# Exhibit C



# HEAVEN'S GATE

**Reg. No. 3,824,482**  
**Registered July 27, 2010**  
**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION (ARIZONA CORPORATION), DBA THE TELAH FOUNDATION  
#107B-178  
4757 E. GREENWAY RD.  
PHOENIX, AZ 85032

FOR: PRE-RECORDED VIDEO TAPES FEATURING CONTENT OF A RELIGIOUS OR SPIRITUAL NATURE; PRE-RECORDED DVDS FEATURING CONTENT OF A RELIGIOUS OR SPIRITUAL NATURE; AUDIOVISUAL RECORDINGS FEATURING CONTENT OF A RELIGIOUS OR SPIRITUAL NATURE; DOWNLOADABLE AUDIOVISUAL RECORDINGS FEATURING CONTENT OF A RELIGIOUS OR SPIRITUAL NATURE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-2-1996; IN COMMERCE 10-3-1996.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-889,658, FILED 12-9-2009.

GRETCHEN ULRICH, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office