# Exhibit D



# United States of America
### United States Patent and Trademark Office

## HEAVEN'S GATE

**Reg. No. 3,816,596**  
**Registered July 13, 2010**  
**Int. Cl.: 26**

**TRADEMARK**

**PRINCIPAL REGISTER**

THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION (ARIZONA CORPORATION), DBA THE TELAH FOUNDATION  
#107B-178  
4757 E. GREENWAY RD.  
PHOENIX, AZ 85032

FOR: CLOTH PATCHES FOR CLOTHING; EMBROIDERED PATCHES FOR CLOTHING; ORNAMENTAL CLOTH PATCHES , IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 3-20-1997; IN COMMERCE 3-20-1997.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-754,619, FILED 6-8-2009.

TEJBIR SINGH, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office