(COURT USE ONLY)

RECEIPT NO. [ ]

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

The Evolutionary Level Above Human, Inc. d/b/a The Tel

v.

Steven Havel, Cathy Weaver, Jason Bartel

Cause No.: 3:22-cv-00395

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation

Party(s) Represented

Prefix (check one) ☒ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: Crum
First Name: Isaac
Middle Name/Initial: Scott
Generation (Sr, Jr, etc):

Firm Name: Messner Reeves LLP
Street Address: 7250 N. 16th Street
Suite/Room No.: 410
City: Phoenix
State: Arizona
Zip: 85020
Office Telephone No.: (602) 641-6705
Fax No.: (303) 623-0552
E-Mail Address: icrum@messner.com

**EDUCATION:**

College: University of Arizona
Degree: B.S. in Computer Engineerin
Year Completed: 2003

Law School: University of Arizona, James E. Rogers College of Law
Year Graduated: 2008

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Arizona | 2008 | Active | 025610 |
| Dist. of Columbia | 2009 | Active | 989108 |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| District Court for the District of Arizona | 2014 | Active |
| District Court for the District of Columbia | 2019 | Active |
| District Court for the District of Colorado | 2022 | Active |
| District Court for the Eastern District of Texas | 2010 | Active |
| Court of Appeals for the Ninth Circuit | 2018 | Active |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, Isaac Scott Crum, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 5/18/2022

Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: _____

_____
Judge, U. S. District Court