# STATE BAR OF ARIZONA

May 17, 2022

Isaac Scott Crum
icrum@messner.com
SENT VIA ELECTRONIC MAIL ONLY

**RE: Mr. Isaac Scott Crum**

The State Bar of Arizona herewith attests to the status of the above-referenced member, as follows:

    Admitted in Arizona:       October 27, 2008.
    Current Membership Status:   Active, in good standing.

The above reflects the membership records of the State Bar, as of the date of this letter.

If additional information is required, please contact the Resource Center at (602) 340-7239 or via email at membership@staff.azbar.org

Sincerely,

*Veronica Morales*

Resource Center



4201 N. 24th Street    Suite 100    Phoenix, AZ 85016-6266
PH: 602-252-4804    FAX: 602-271-4930    WEB: www.azbar.org