UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation, an Arizona nonprofit corporation, <br><br> Plaintiff, <br><br> v. <br><br> Steven Robert Havel; <br> Cathy JoAnn Weaver; <br> Jason Bartel, <br><br> Defendants. | Civil Action No. 3:22-cv-00395 |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, this statement is filed on behalf of The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation ("Plaintiff"), an Arizona nonprofit corporation. There is no parent corporation of Plaintiff, and no publicly held corporation owns 10% or more of the stock of Plaintiff.

RESPECTFULLY SUBMITTED this 18th day of May 2022.

                                                    /s/ Isaac S. Crum
                                                MESSNER REEVES LLP
                                                Isaac S. Crum (AZ Bar #026510)
                                                icrum@messner.com
                                                7250 N. 16th Street, Suite 410
                                                Phoenix, Arizona 85020
                                                Telephone: (602) 641-6705
                                                Facsimile: (303) 623-0552