(COURT USE ONLY)
RECEIPT NO.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

The Evolutionary Level Above Human, Inc. d/b/a The Tel

v.

Cause No.: 3:22-cv-00395

Steven Havel, Cathy Weaver, Jason Bartel

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation

Party(s) Represented

Prefix (check one) ☒ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: Crum          First Name: Isaac          Middle Name/Initial: Scott

Generation (Sr, Jr, etc):

Firm Name: Messner Reeves LLP

Street Address: 7250 N. 16th Street          Suite/Room No.: 410

City: Phoenix          State: Arizona          Zip: 85020

Office Telephone No.: (602) 641-6705          Fax No.: (303) 623-0552

E-Mail Address: icrum@messner.com

**EDUCATION:**

College: University of Arizona          Degree: B.S. in Computer Engineerin          Year Completed: 2003

Law School: University of Arizona, James E. Rogers College of Law          Year Graduated: 2008

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Arizona | 2008 | Active | 025610 |
| Dist. of Columbia | 2009 | Active | 989108 |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| District Court for the District of Arizona | 2014 | Active |
| District Court for the District of Columbia | 2019 | Active |
| District Court for the District of Colorado | 2022 | Active |
| District Court for the Eastern District of Texas | 2010 | Active |
| Court of Appeals for the Ninth Circuit | 2018 | Active |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, Isaac Scott Crum, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 5/18/2022

Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: 05/26/2022

s/Michael G. Gotsch, Sr.
Magistrate Judge, U. S. District Court