✎ AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ✔ ACTION   APPEAL | | COURT NAME AND LOCATION<br>United States District Court<br>For The Northern District of Indiana<br>South Bend Division |
|---|---|---|
| DOCKET NO.<br>3:22-cv-00395 | DATE FILED<br>5/18/2022 | |
| PLAINTIFF<br>The Evolutionary Level Above Human, Inc.<br>d/b/a The Telah Foundation,<br>an Arizona nonprofit corporation | | DEFENDANT<br>Steven Robert Havel;<br>Cathy JoAnn Weaver;<br>Jason Bartel |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 SRu00298530 | The audiotape library of Heaven's Gate by Ti and Do | Total Overcomers Anonymous |
| 2 PA0000867224 | Beyond human -- the last call | Total Overcomers Anonymous |
| 3 VA000877834 | The C.B.E. (Celestial Being Entity) | Total Overcomers Anonymous |
| 4 TXu000817732 | How and when "Heaven's Gate" (the door to the physical... | Heaven's Representatives |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>Amendment   Answer   Cross Bill   Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>  Order   Judgment | WRITTEN OPINION ATTACHED<br>  Yes   No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy