UNITED STATES DISTRICT COURT NORTHERN INDIANA
ST. JOSEPH

| | |
|---|---|
| The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation<br><br>Plaintiff<br><br>-vs-<br><br>Steven Robert Havel, Cathy JoAnn Weaver, and Jason Bartel<br><br>Defendant | 3:22-cv-00395 |

## MOTION

I, Cathy Joann Weaver, of Mishawaka, in St. Joseph, Indiana, MAKE OATH AND SAY THAT:

1. I, Cathy Weaver respectfully file this motion to ask for a 31 day extension to fully answer the Complaint served on June 2, 2022. This is because the Plaintiff, Foundation (aka Mark King and Sarah King) have exposed Weaver and Havel's residential address in the Complaint. (Foundation did not disclose their address or the other co defendant Bartel's address). Due to the extreme controversy this case is going to generate, along with negative media attention [See Exhibit A] and the threatening comments directed at Weaver and Havel on social media [See Exhibit B], Weaver and Havel and Weaver's minor daughter, who resides with Weaver and Havel at the same residence, are exposed to potential harm, so Weaver and Havel need time to secure a loan to pay moving costs and to be able to fully answer the complaint.

2. Weaver also respectfully requests a court appointed attorney because Weaver and Havel can not afford an attorney to prepare our defense and don't want to make filing mistakes and waste the courts time by learning to represent ourselves.
[see Exhibit C - filing in forma pauperis]

3. Weaver respectfully asks to serve the plaintiff and plaintiff's attorney via Certified Registered mail. Due to financial hardship Weaver is unable to hire a Process Server.

4. Exhibit A attached as evidence of negative media attention that divulges our residential address in the complaint. See page 6 of 6.

5. Exhibit B attached as evidence of threatening comments directed at Cathy Weaver (aka CathySouthwestern on YouTube) and at Steven Havel (aka 3SPM on Youtube and as Sawyer) stemming from a telephone interview given to the YouTube Channel Skeptic Generation that they solicited as they like to address religious and/or spiritual beliefs, but then labeled Weaver and Havel as a "Suicide Cult" which is not true as Weaver and Havel are against human suicide and there is no new cult.

6. Exhibit C attached - Filing form in forma pauperis.

STATE OF INDIANA

COUNTY OF ST. JOSEPH

SUBSCRIBED AND SWORN TO BEFORE ME, on the 14 day of June, 2022

Signature _____

(Seal)

NOTARY PUBLIC

My Commission expires: 09/21/2025

KATHERYN S STOLL
Notary Public – Seal
St Joseph County – State of Indiana
Commission Number 705565
My Commission Expires Sep 21, 2025

_____ (Signature)

Cathy Joann Weaver