# Exhibit A

**(Weaver)**
**Negative Media**

https://indianaintellectualproperty.com/2022/05/23/indiana-lawsuit-filed-over-intellectual-property-of-heavens-gate-mass-suicide-group/

# Indiana Intellectual Property Blog ~ Trademark and Copyright Law Updates in Indiana

Search... Go

23
Monday
May 2022

# Indiana Lawsuit filed over Intellectual Property of Heaven's Gate Mass Suicide Group

Posted by Kenan Farrell in Copyright, Indiana, Intellectual Property, Litigation, Northern District of Indiana, Trademark

≈ Leave a comment

CATEGORIES

- Artists (21)
- Authors (19)
- Bloggers (36)
- Branding (27)
- Business Law (7)
- Copyright (278)

rty.com/2022/05/23/indiana-lawsuit-filed-over-intellectual-property-of-heavens-gate-mass-suicide-group/

Write

Monday
MAY 2022

# Intellectual Property of Heaven's Gate Mass Suicide Group

POSTED BY KENAN FARRELL IN COPYRIGHT, INDIANA, INTELLECTUAL PROPERTY, LITIGATION, NORTHERN DISTRICT OF INDIANA, TRADEMARK

≈ LEAVE A COMMENT

The Plaintiff in this lawsuit is The Evolutionary Level Above Human, Inc., a for-profit foundation claiming to own all physical property and intellectual property of the Heaven's Gate religious group, which committed the largest mass suicide in U.S. history in 1997. Among the claimed intellectual property are copyrights in audio cassettes, audiovisual works, fabric designs, lithographic prints, and literary works, as well as various trademark registrations for HEAVEN'S GATE.

Tags

*Federal Trademark Infringement, Contributory Copyright Infringement, Federal Copyright Infringement, Conspiracy*

## HEAVEN'S GATE

| | |
|---|---|
| **Word Mark** | HEAVEN'S GATE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Pre-recorded video tapes featuring content of a religious or spiritual nature; Pre-recorded DVDs featuring content of a religious or spiritual nature; audiovisual recordings featuring content of a religious or spiritual nature; downloadable audiovisual recordings featuring content of a religious or spiritual nature. FIRST USE: 19961002. FIRST USE IN COMMERCE: 19961003 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | NOTATION-SYMBOLS Notation Symbols such as Non-Latin characters,punctuation and mathematical signs,zodiac signs,prescription marks |
| **Serial Number** | 77889658 |
| **Filing Date** | December 9, 2009 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 11, 2010 |
| **Registration** | [illegible] |

The Defendants, three individuals, are accused of publicly sharing copies of the audio tapes and video tapes on a free online file sharing and storage site called "4Shared.com." Per the Complaint (below), Defendant Havel anticipated being sued for sharing the works, posting the following comment on his website:

"So just weeks ago, [a third party] who I had been in contact with on and off for years sent me the digitized audios, all in .mp3 format and I quickly sent them to [Defendant Bartel] and someone else who I know I can trust to be sure to upload them to the internet in mulitple [sic] places so that even if [the Foundation] somehow sue us it will be far too late to keep them from being available to those who want to listen to them."

The Defendants subsequently provided live streamed discussions advising others how to obtain copies of the allegedly infringed works. Numerous works were live-streamed on YouTube. T-shirts bearing the Plaintiff's registered trademarks has been advertised by the Defendants. The Complaint alleges further actions taken by the Defendants to prevent the Plaintiff from enforcing its copyrights.

Having anticipated a lawsuit, presumably the Defendants have some type of solid defense ready to go. I expect fair use arguments (criticism, commentary, news reporting, teaching), and probably some challenges to the foundation's ownership of the claimed intellectual property. But t-shirt sales don't usually go hand-in-hand with valid fair uses so we'll just wait for the Defendants' Answer for more clarification of their goals in sharing the works.

rty.com/2022/05/23/indiana-lawsuit-filed-over-intellectual-property-of-heavens-gate-mass-suicide-group/

Write

# THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC. D/B/A/ THE TELAH FOUNDATION V. HAVEL ET AL.

**Case Number:** 3:22-cv-00395-JD-MGG

**File Date:** May 18, 2022

**Plaintiff:** The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation

**Plaintiff Counsel:** Isaac S. Crum of Messner Reeves LLP

**Defendant:** Steven Robert Havel, Cathy JoAnn Weaver, Jason Bartel

**Cause:** Federal Copyright Infringement, Contributory Copyright Infringement, Conspiracy, Federal Trademark Infringement

**Court:** Northern District of Indiana

**Judge:** Jon E. DeGuilio

**Referred To:** Michael G. Gotsch, Sr.

**Complaint:**

SCRIBD

Millions of books, audiobooks, magazines, documents, sheet music, and more for free.

USDC IN/ND case 3:22-cv-00395-JD-MGG document 1 filed 05/18/22 page 1 of 19

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

.com/2022/05/23/indiana-lawsuit-filed-over-intellectual-property-of-heavens-gate-mass-suicide-group/

Write

SCRIBD

Millions of books, audiobooks, magazines, documents, sheet music, and more for free.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

The Evolutionary Level Above Human, Inc.
d/b/a The Telah Foundation,

an Arizona nonprofit corporation,

Plaintiff,

Civil Action No. 3:22-cv-00395

v.

Steven Robert Havel;
Cathy JoAnn Weaver;
Jason Bartel,

Defendants.

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation (the "Foundation") hereby brings the present action against the named defendants and alleges as follows:

**JURISDICTION AND VENUE**

1. This Court has original subject matter jurisdiction over the claims in this action pursuant to

.com/2022/05/23/indiana-lawsuit-filed-over-intellectual-property-of-heavens-gate-mass-suicide-group/

Write

SCRIBD

**PARTIES**

4. Plaintiff, The Evolutionary Level Above Human, or Telah Foundation, Inc. (the "Foundation") is an Arizona 501(C)(3), Nonprofit Corporation with its principal place of business located at P.O. Box 25098, Scottsdale, AZ 85255.

5. Upon information and belief, Defendants Steven Robert Havel (a/k/a Sawyer, Swyody, and Swy) and Cathy Joann Weaver are currently believed to be residing at 111 Campbell St. Mishawaka, IN 46544.

6. Upon information and belief, Defendant Jason Bartel (a/k/a Crlody, Carlan, and Crl) is currently residing at in Madison, WI.

7. Steven Havel, Cathy Weaver, and Jason Bartel are collectively referred to herein as the Defendants.

**INTRODUCTION**

8. In 1994 the directors of the Foundation renewed a long-standing relationship with a group known as "Total Overcomers Anonymous", "TOA", or "Heaven's Gate" (the "Group"). Three years later, in 1997, all the physical property and intellectual property belonging to the Group (collectively the "Property") was transferred to representatives of the Foundation or was placed, to be obtained, from a storage locker in San Diego County.

9. Prior to being able to obtain all of the property in the storage locker, the locker was seized by officials from San Diego County.

10. From 1997–1999 the Foundation was involved in litigation with San Diego County (who




# Exhibit B

## (Weaver)
## Threatening Comments

This Video Is DEFINITELY Gettin
https://www.youtube.com/watch?v=fWDAUBW8EW8&t=272s
Premium
Search
All
Live
You're A Suicide Cult
4:32 / 31:44
This Video Is DEFINITELY Getting Demonetized... | Sawyer (he/him) - IN | S2E18
9,361 views • May 2, 2022
569
DISLIKE
SHARE
THANKS
CLIP
SAVE
Skeptic Generation
78°F
Sunny

https://www.youtube.com/watch?v=fWDAUBW8EW8&t=272s
Premium
skeptic generation
Sawyer (hē/him)
IA
4:32 / 31:44
This Video Is DEFINITELY Getting Demonetized... | Sawyer (he/him) - IN | S2E18
9,359 views • May 2, 2022
569
DISLIKE
SHARE
THANKS
CLIP
SAVE
Skeptic Generation
79°F
Sunny

Always Watching replied to cathysouthwestern's comment

This Video Is DEFINITELY Getting Demonetized... | Sawyer (he/him) - IN | S2E18

**Always Watching**

Cathy, you and your partner should try to learn what proven facts are, and what fantasy is. You both are engaged in fantasy and I think you both need to seek psychological treatment. This is not normal, you both are involved in a deadly cult. Please don't ever call in again!

REPLY

If you no longer wish to receive emails about comments and replies, you can unsubscribe





This video is DEFINITELY Getting
https://www.youtube.com/watch?v=fWDAUBW8EW8&t=272s
Premium
skeptic generation

REPLY

**cathysouthwestern** 1 month ago

We understand that this is a controversial subject topic but allowing your viewers to engage in basically bullying us and telling us to go kill ourselves is certainly not what we expected when we called in.

4 REPLY

Hide 10 replies

**Akira** 1 month ago

Good point...

1 REPLY

**British Wrath** 1 month ago

The viewers and commenters are not a representation of the channel.

Just know, not all of us are immoral enough to encourage you to commit suicide, those who have done should be disregarded as immature trolls.

Life has such great value, and all the evidence suggests that this is the only life we get.

There is insufficient evidence to warrant belief in any spaceship, or the concept of a spirit or soul.

Always remember, the time to believe something is true, is when there is sufficient evidence for it, *NEVER* before.

Learning to understand what constitutes sufficient evidence is a great starting point, and I encourage you to seriously scrutinise what it is you believe, because talking from my personal perspective. It's completely wild and irrational.

From one human to another, I wish you much love, we are all one species and we should all value each other.

Show less

11 REPLY

**idahogie** 1 month ago

79°F
Sunny
Lr
Ps



https://www.youtube.com/watch?v=fWDAUBW8EW8&t=272s

Premium

skeptic generation

SHOW LESS

333 Comments SORT BY

Add a comment...

Pinned by Skeptic Generation

**Skeptic Generation** 1 month ago

A FEW UPDATES: We have been moderating this comment section more heavily than usual. Here's why.

Some commenters are telling these callers to unalive themselves, which is unacceptable and goes against our stance as secular humanists. If you have posted something advocating for anyone's self-harm (regardless of our thoughts about their beliefs) you will be hidden from the channel. You will no longer be able to post on any videos.

We have also hidden the caller Sawyer commenting from their YouTube channel on this video. This is for two reasons: first, we do not allow proselytizing on this channel and that is consistent across religions we discuss. Second, we view Heaven's Gate as an inherently harmful religion and do not want to provide them an unmoderated platform.

Thank you for your understanding.

Show less

47 REPLY

View 10 replies

**cathysouthwestern** 1 month ago

We understand that this is a controversial subject topic but allowing your viewers to engage in basically bullying us and telling us to go kill ourselves is certainly not what we expected when we called in.

4 REPLY

79°F Sunny

https://www.youtube.com/watch?v=fWDAUBW8EW8&t=272s

Premium

skeptic generation

**Skeptic Generation**
14.2K subscribers

SUBSCRIBE

TW: Discussion of surviving a cult and also not surviving a cult.

Heaven's Gate apologists call in, and the hosts are thunderstruck. Vi is especially frustrated with their attempts to justify the mass unaliving that took place in March of 1997. Apparently it wasn't that bad, because they're all up on a spaceship now. What, and we repeat, the actual fuck.

To learn a little more about Heaven's Gate, check out this article:
https://www.history.com/this-day-in-h...

A FEW NOTES: We have been moderating this comment section more heavily than usual. Here's why.

Some commenters are telling these callers to unalive themselves, which is unacceptable and goes against our stance as secular humanists. If you have posted something advocating for anyone's self-harm (regardless of our thoughts about their beliefs) you will be hidden from the channel. You will no longer be able to post on any videos.

We have also hidden the caller Sawyer commenting from their YouTube channel on this video. This is for two reasons: first, we do not allow proselytizing on this channel and that is consistent across religions we discuss. Second, we view Heaven's Gate as an inherently harmful religion and do not want to provide them an unmoderated platform.

Thank you for your understanding.

———

Skeptic Generation is LIVE every Sunday at 11:30am-1:00pm CT
Call on your phone: 585-LA-MURPH (585-526-8774)
Call online: https://tiny.cc/callSG

Love the show?

79°F
Sunny



This video is DEFINITELY Getting

https://www.youtube.com/watch?v=fWDAUBW8EW8&t=272s

Premium

skeptic generation

18 REPLY

Skeptic Generation 1 month ago

We have heard that some people are telling these callers to harm themselves. In case you missed it, the whole clip is about how NOT ok promoting suicide is, no matter what we think of someone or their beliefs. Anyone seen commenting in this manner will be banned from commenting on future videos. Thank you.

90 REPLY

Hide 8 replies

**sycofreake1** 1 month ago

Also...just never tell people to do that. For any reason. Ever.

15 REPLY

**Buwsur** 1 month ago

I've been listening to Sawyer for years and not once has he advocated for suicide. Him and his partner even post the suicide prevention hotline number in the description of all of their videos.

3 REPLY

**Kris Aaron** 4 weeks ago

Please distinguish between committing suicide for emotional distress such as long-term depression or situational trauma VERSUS ending your life after being diagnosed with a painful, deteriorating disorder that cannot be successfully treated, such as end-stage bone cancer or Alzheimer's.

If I know the last few weeks or months of my life will be hellish and medical providers are restricted as to what treatment they're allowed to offer, then "self-deliverance" may be a viable option that can ONLY be decided by the individual.

Show less

3 REPLY

**compulsiverambler** 4 weeks ago (edited)

@Kris Aaron There are people who've had cancer and depression who say they'd rather have the cancer again than the depression. Emotional pain can be just as bad as muscular, abdominal, and other pain, also causes the brain to deteriorate structurally and also cannot always be successfully treated.

79°F
Sunny

https://www.youtube.com/watch?v=fWDAUBW8EW8&t=272s

Premium

skeptic generation

part that scares people and turns them against your beliefs. There are many groups that aren't so famous that have had mass suicides too.

3 REPLY

**John Blair** 1 month ago

I'm hoping that wasn't the case, I hope you both call in again and become active on other similar platforms. Having outside influences and other points of views on topics like these help everyone grow and see things from different angles. I'm particularly interested in the WHY the beliefs held are taken as fact, there seems to be no evidence to be seen. I'd like to hear an answer to that past it being something felt by the believer.

1 REPLY

**Skeptic Generation** 1 month ago

We absolutely do not condone calling for anyone to hurt themselves (that was the point of the entire conversation). If we see this happening on our channel, we will remove the comment and ban the commenter.

9 REPLY

**John Blair** 1 month ago

@Mauricio I don't believe the callers consider themselves to be in a "death cult". That's a name others have put on them.

1 REPLY

**Bruno Fernandes** 1 month ago

If you google about Heaven's Gate, even the cult members thought they didn't need to die, they were told at first that their "vehicle" would also be carried with them to Heaven, and later this changed and they were told to do what they did. I understand that the callers were not advocating for people to do that again, but there's nothing stopping another cult to get these ideas and do the same.

18 REPLY

**Skeptic Generation** 1 month ago

We have heard that some people are telling these callers to harm themselves. In case you missed it, the whole clip is about how NOT ok promoting suicide is, no matter what we think of someone or their beliefs. Anyone seen commenting in this manner will be banned from commenting on future videos. Thank you.

Vi Joined A Church!! | Skeptic G

https://www.youtube.com/watch?v=RNbwH6TCoyw&t=5205s

Premium

skeptic generation

View reply

**David Marquart** 4 weeks ago

I really feel like giving this dangerous death cult this much time was not necessarily a good call...

3 REPLY

**PhazeCat** 1 month ago

I just recently saw "Prismatist" on Vi's Twitter profile and wondered what that was. Lucky that, I guess! Vi! I'm going to keep an eye out for the Twitter live you're planning on. Some days I wish I were a theist just so I could sit and chat with you. But for now, I'm happy to just sit and listen.

1 REPLY

**RichardZZ1** 1 month ago

Sawyer at 35.15: I'm a sceptic...believe me.

4 REPLY

**Theo Fungi** 1 month ago

Another great show Thank you.

2 REPLY

**Lureeality** 1 month ago

I just joined Church of Prismatic Light. Thanks for the info!

4 REPLY

View 2 replies

**Bostonceltics1369** 1 month ago

Don that's immense! Love to see that lvl of support for some amazing people/hosts! Atta way

1 REPLY

79°F
Sunny

https://www.youtube.com/watch?v=fWDAUBW8EW8&t=272s

Premium

skeptic generation

**Bruno Fernandes** 1 month ago

If you google about Heaven's Gate, even the cult members thought they didn't need to die, they were told at first that their "vehicle" would also be carried with them to Heaven, and later this changed and they were told to do what they did. I understand that the callers were not advocating for people to do that again, but there's nothing stopping another cult to get these ideas and do the same.

18 REPLY

**Skeptic Generation** 1 month ago

We have heard that some people are telling these callers to harm themselves. In case you missed it, the whole clip is about how NOT ok promoting suicide is, no matter what we think of someone or their beliefs. Anyone seen commenting in this manner will be banned from commenting on future videos. Thank you.

90 REPLY

View 8 replies

**JayMike's Movie Nites** 1 month ago

Vi's facial expressions are classic

31 REPLY

**Wayno** 1 month ago

Wow - this is next level dangerous stuff. Good on the hosts challenging this stuff.

17 REPLY

**Brian Gordon** 1 month ago (edited)

Sawyer was a big part of the HBO Heavens Gate documentary, and I recognized that voice immediately. He's the real deal.

74 REPLY

View 13 replies

**Tarnia Talaya** 1 month ago

79°F Sunny

https://www.youtube.com/watch?v=fWDAUBW8EW8&t=272s

Premium

skeptic generation

**Wayno** 1 month ago

Wow - this is next level dangerous stuff. Good on the hosts challenging this stuff.

17 REPLY

**Brian Gordon** 1 month ago (edited)

Sawyer was a big part of the HBO Heavens Gate documentary, and I recognized that voice immediately. He's the real deal.

74 REPLY

Hide 13 replies

**Gabriel Cook** 1 month ago

So I need to watch the HBO documentary first before I watch this video.
Good to know.

6 REPLY

**Brian Gordon** 1 month ago

@Gabriel Cook nah, not really. Just when they asked if he was for real or not...oh yeah, he definitely is. I do recommend the documentary though!

9 REPLY

**Finito** 1 month ago

@Gabriel Cook this is getting ridiculous. This is why I liked The Batman. I didn't have to watch any other movies.

Doctor strange, spiderman, the flash. You need to see other movies to get them. Now I have to watch a documentary before this?...

Read more

1 REPLY

**Genya Kilimnik** 1 month ago

Thanks for this I googled Sawyer and he looked exactly as I expected. I kind of wonder what the gal looks like.

5 REPLY

79°F
Sunny

Lr Ps



2:56      98%

YouTube May 2
to me

YouTube

Always Watching replied to cathysouthwestern's comment

This Video Is DEFINITELY Getting Demonetized... | Sawyer (he/him) - IN | S2E18

**Always Watching**

Cathy, you and your partner should try to learn what proven facts are, and what fantasy is. You both are engaged in fantasy and I think you both need to seek psychological treatment. This is not normal, you both are involved in a deadly cult. Please don't ever call in again!

REPLY

If you no longer wish to receive emails about comments and replies, you can unsubscribe.

© 2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

 

YouTube May 2
Alberto Apú replied to cathysouthwestern's

This Video Is DEFINITELY Gettin ×

https://www.youtube.com/watch?v=fWDAUBW8EW8&t=272s

Premium

skeptic generation

soyev quirsefron 4 weeks ago
@24:00, the sentence "I'm a skeptic, believe me" has a hilarious lack of self awareness
1 REPLY

Tony Blackwell 4 weeks ago
I don't mean to sound mean, but after Googling these two, they look exactly like I imagined them. These people are dangerous.
3 REPLY

Cinderblock 1 month ago (edited)
I LOVE THE HAIR!! <3
4 REPLY

bob smith 1 month ago
Studies are showing that "trigger warnings" do not help alleviate the negative impacts and may make things worse.
3 REPLY

View 2 replies from Skeptic Generation and others

Jeffrey Wedekind 1 month ago
At least I got a good laugh - holy bat shit crazy batman
8 REPLY

Augustus P 2 weeks ago
When she first said 'hello' I thought for sure it was Rick's girlfriend, Daphne, with the amazing elbows.
REPLY

Lightman116 1 month ago
I live in the UK and would love to call the show, how do I do this as I can't afford an international call

79°F Sunny

5:59 PM 6/3/2022

This Video Is DEFINITELY Gettin ×

https://www.youtube.com/watch?v=fWDAUBW8EW8&t=272s

Premium

skeptic generation

**Rozz Williams Scholars Society** 2 weeks ago
Cathy is a grown adult and can make her own decisions.
REPLY

**Bada bing Bada boom** 4 weeks ago
Good job Vi. Push back on these freaks. They are gullible, delusional and dangerous. U can't be nice to these cult people.
1 REPLY

**yoshi saidit** 1 month ago
"It's a personal choice, (except for when we teach kids these things.)"
4 REPLY

Hide 2 replies

**Casey Strange** 4 weeks ago
There was never any children in the group
3 REPLY

**Dr. Lee Aberle** 9 days ago
I don't see any difference in this nutty philosophy or any other religion on the planet.

They all offer rewards after you die. It used to be so common that the Catholic Church had to make up another ad hoc rule against it.

And it concerns me. All of it.

Show less

REPLY

**coval 77** 1 month ago
the callers are evil weirdos
4 REPLY

79°F Sunny

6:00 PM 6/3/2022

This Video Is DEFINITELY Gettin ×

https://www.youtube.com/watch?v=fWDAUBW8EW8&t=272s

Premium

skeptic generation

Show less

REPLY

**coval 77** 1 month ago
the callers are evil weirdos

4 REPLY

**Nightshade** 3 weeks ago
The thing is, all it takes is one charismatic leader to adopt the ideas of Heaven's Gate and convince others they are the holy representative. Then it doesn't even matter if the original members agree or not. Sawyer is not charismatic, he's not a leader. He's a left behind. To continue the work and sow the seed in someone who will rise up as a charismatic person and take over the reigns and grow the cult. He is faithful enough to continue the propaganda without altering it. He is dangerous. The fact he was selected t...
Read more

1 REPLY

Hide 2 replies

**Dulce R-L** 3 weeks ago
Actually, he was not selected to remain behind. According to Sawyer's own declarations, he was separated from the group after telling Marshall that he had m*sturb*ted while watching an MTV video.

REPLY

**Nightshade** 3 weeks ago
@Dulce R-L Ah, thank you for the additional information. I think my point still stands even with the added information.

REPLY

**NickKnowsNothing** 1 month ago
First gripe: They're calling in because one of their "people" recommended it, but they're not there to convert/convice people. Just to share the message of Ti and Do. It's possible that these people don't make a money or even a living off interviews etc - but I'll remain skeptical that they aren't in some way benefiting from it directly or indirectly. Sawyer maintains a YT channel "3spm", and coming on shows like this just discussing their views is free advertising and draws people to want to know more, go to the HG website and ...

79°F Sunny

6:01 PM
6/3/2022

This Video Is DEFINITELY Gettin ×

https://www.youtube.com/watch?v=fWDAUBW8EW8&t=272s

Premium

skeptic generation

I'll try again when I've had a nice pipe in the garden and calm down.

1 REPLY

**Pesila Ratnayake** 1 month ago

I guess most people in the comments disagree with me, but while I think you both generally engage with callers well, I don't think this one was well handled. I don't think most people would do particularly well, and I could tell that you were taken aback by the call, so I'm not intending to blame or anything.

From my perspective, it felt like there was a lot of insisting that belief A necessarily or essentially implies belief B, so therefore the callers believe people should commit suicide. More street epistemology would have gone a long way into unpacking how they ended up believing what they did, and you both made some progress there.

Also, it is possible to want to clarify a misconception about a belief without proselytising for the belief. Seemed strange to insist that talking to documentaries about their beliefs was akin to trying to convince people to join. I'm sure, like most groups, they would want more people to join, but they didn't give their channel name and didn't ask anyone to check it out, or any of the material they mentioned that influenced their views.

Overall, the very understandable aversion to self harm/ the fear of platforming people who might, and perhaps not having a plan for how to talk to people in a group with a notoriety for suicide meant that the conversation wasn't as productive as it probably could have been. Good work on trying your best with a difficult situation though :)

Show less

5 REPLY

Hide 2 replies

**Dulce R-L** 3 weeks ago

These two did a tour of several cities (ending in L.A.) to spread the word about their cult. How is that 'not proselitizing'???

REPLY

**Pesila Ratnayake** 3 weeks ago

@Dulce R-L Context is important. If that is the case, then they may have been proselytising then, assuming to "spread the word" is the same as to attempt to convert. Again, you can inform people about your beliefs, including letting people know

79°F Sunny

Lr Ps

6:05 PM 6/3/2022

This Video Is DEFINITELY Gettin ×

https://www.youtube.com/watch?v=fWDAUBW8EW8&t=272s

Premium

skeptic generation

**maverick0698** 1 month ago

I can't fucking listen to this lol I just shuddered so hard I left my vehicle for a bit xD

2 REPLY

**Bob Smith** 1 month ago

Natural selection at work.

2 REPLY

**Metal Head** 4 weeks ago

If you can not verify and demonstrate with demonstrabie proofs and evidences that something exists.. aka heaven, a soul, a spirit, a Adam and Eve, a literal biblical jesus character or whatever else.. and this is all based just upon "belief" then that "belief" is based upon something that credible or for good reason. Forget about the whole cult part of it for a moment..forget about the history of the cult. Even the ideologicalisms of a heaven..or transcending or that one can evolve from this human state beyond to something else.. that in itself is harmful in that it is not demonstrabie.. you have no way to say it is true, that it is fact or real and you are misleading people to "believe" something or that something is okay to "believe"when there is nothing to indicate is true or possibly can be true or even needs to be true.

Knowledge of something is varifiable..it has evidence. And that thing is true and varifiable wether one accepts it or knows anything about it. This is why I separate knowledge and beliefs..they do not comport to one another. When something exists and is true..that it is a fact . It does not matter if it is known by someone or if they are aware of it, or even accept it or not.

Knowledge of that fact or thing..is just an evidence based awareness. Like the sky being blue.. (which it is not). That is what we perceive because light that is in a myriad of colors on the spectrum is filtered out by our atmosphere.. the light that gets through is basically a white light that reflects our planets most abundant source..water that is a refraction of light we see see.. filtered out all the other colors and blue is the most abundant color refracted. This example is great .what we factually know..compared to what we think, perceive or even believe. Knowledge is different than that of the other areas mentioned.

The fact these people do not want to be labeled as a religion now is because of the horrible example it had prior. It is about a belief of a higher power, a deity, a god, a concept there is some place with that deity or god or whatever.. that makes it a religion.. that is the only qualification that religion has. Belief in a deityhood or god.. the rest is what that religion does and acts upon after that belief is held.

It is a cult because it fits and scores points on the BITE model. In every area of it. It does not matter if the score was just one point In each area..it is a cult.. All the points do is show how dangerous the cult is or can be.

Show less

79°F Sunny

6:08 PM 6/3/2022

This Video Is DEFINITELY Gettin

https://www.youtube.com/watch?v=fWDAUBW8EW8&t=272s

Premium

skeptic generation

**Drew Harrison** 1 month ago
This isn't platforming. This is a discussion about what they believe and why it doesn't work.
2 REPLY

**mmommo1 1111** 3 weeks ago
was it a bad thing.......just love those words nowadays.....elevate yourself....Satan is the author of confusion. is that a bad thing?
REPLY

**TOS100 Returns** 1 month ago
IA is Iowa, not Indiana.
2 REPLY

**Michael Johnson** 1 month ago
These HG people need to be arrested.
2 REPLY

Hide 2 replies

**Donee Stoner** 4 weeks ago
I understand how you feel. However, people are free to believe whatever they want.
1 REPLY

**Domzdream** 1 month ago
KERMIT THE FROG ?
REPLY

**jefrey Kmak** 1 month ago
Not to nitpick, but Indiana is abbreviated IN. IA is Iowa.
1 REPLY

78°F Sunny

6:10 PM 6/3/2022

This Video Is DEFINITELY Gettin ×

https://www.youtube.com/watch?v=fWDAUBW8EW8&t=272s

Premium

skeptic generation

1 REPLY

**loodlebop** 3 weeks ago

WOW

REPLY

**Daniel Rathbun** 1 month ago

Wow....

REPLY

**Grant Lauzon** 1 month ago

What is hē?

I get pronouns but what's the ē for?

REPLY

View reply

**Michael Johnson** 1 month ago

These people are complicit in murder. They should be shut down immediately.

5 REPLY

**Scott Black** 2 weeks ago

Dangerous yes . Worse than christianity ? No 😊 .

2 REPLY

**Chris Kwakernaat** 1 month ago

So unaliving isn't a sin anymore?

1 REPLY

View 2 replies

78°F Sunny

6:11 PM 6/3/2022

**Tarnia Talaya** 1 month ago

"We're all gonna leave our vehicles"

That's disturbingly similar to the note found next to my friend's body, "We all die anyway, I'm just going early"

Death cults are deadly, Sawyer.

Show less

72 REPLY

Hide 9 replies

**Tarnia Talaya** 1 month ago

Vi, Thankyou for calling this out with the seriousness required.

19 REPLY

**Matt** 1 month ago

They literally said they don't want people to commit suicide...

1 REPLY

**Matt** 1 month ago

@Tarnia Talaya she was literally laughing while talking about suicide the whole time. Wtf are you talking about. Vi was mocking suicide the whole time and laughing about it as tho it's a joke.

REPLY

**Jamin Elvers** 1 month ago (edited)

@Matt how you read that Vi was mocking it I have no idea. They was super concerned and that's why they started yelling at them.

11 REPLY

**Tarnia Talaya** 1 month ago

@Matt then maybe he should be more careful with his words.

79°F Sunny

Lr Ps

This Video is DEFINITELY Gettin

https://www.youtube.com/watch?v=fWDAUBW8EW8&t=272s

Premium

skeptic generation

REPLY

**Phoebe Ophie** 1 month ago
holy shit. Talk about a diamond of a conversation.
3 REPLY

**Astro Sci** 3 weeks ago
Sometimes, having your video demonetized is worth it.....especially if it can prevent death by suicide.....
2 REPLY

**The Sordid Singer** 4 weeks ago
These callers demonstrably show the danger & consequences of having a broken epistemology. Their beliefs are so out of touch with reality that it creates a disconnect of epic proportion & leaves them so open to any type of charlatans or harm that comes along. It's just Bonkerville!
1 REPLY

**Alan Else** 4 weeks ago
Just more insanity in a god/alien shaped box . I just can not get my head around how people end up down these absolute nut job rabbit hole's
1 REPLY

**Random Generic Dude** 1 month ago
This video lived up to the click-baity title. I was taken aback.
2 REPLY

**Alberto Apú** 1 month ago
I love watching vi and erick being amazed with the guys... the faces and the eyes ... man... these definitvely sound like poes
4 REPLY

79°F
Sunny

Lr Ps

# Exhibit C
## (Weaver)
## In Forma Pauperis

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[*This form is for non-prisoners who cannot afford to pay the filing fee when filing a new case* OR *a notice of appeal. If you are a prisoner, you need a different form.*]

The Evolutionary Level Above Human, Inc d/b,
[*Type or neatly print in ink your full name. If more than one* **PLAINTIFF**, *each must file a separate form.*]

v.

Steven Robert Havel + Cathy Weaver,
[*Put the name of the first* **DEFENDANT** *on this line.*]

Case Number 3:22-cv-00395
[*For a new case in this court, leave blank. The court will assign a case number.*]

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.*]

## MOTION TO PROCEED IN FORMA PAUPERIS

1. Are you employed? ◯ No.

   ✔ Yes, my gross earnings (before deductions for taxes, etc.) are: $ 1512 per month.

2. Are you married? ✔ No.

   ◯ Yes, spouse's gross earnings (before deductions for taxes, etc.) are: $ ________ per month.

3. Have you (and spouse if married) received money from any other source in the past 12 months? ◯ No.

| ✔ Yes. From where? | How often? | How much? |
|---|---|---|
| Steven Havel | as needed | 12,000.00 |
| | | |
| | | |
| | | |
| | | |

4. If you have no income listed above, explain how you (and spouse, if married) obtain food, clothing, shelter, and other necessities of basic living. ____________________

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

5. How much money do you (and spouse, if married) have? $ $4,000.00.
[*Include cash on hand and deposits in accounts.*]

6. What is the value of your (and spouse, if married) real estate, cars, jewelry, stocks, bonds, and other valuable property or investments? $ 0.

7. How many children under 18 years of age do you (and spouse, if married) support: 1.
[*Include children who live in your household or for whom you pay child support.*]

8. List any adult you support:

| What is your relationship to this adult? | Age? | How Much Support? |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

9. Please provide any other information that should be considered in evaluating your motion.
My bills far exceed my income which is why Steven Havel is helping. This is the reason there is about $4000 in my bank account as Havel took out a loan that he put into my bank account. This loan started as $12,500 which $8,000 of which went to pay 6 months of rent up front for my 17 year old daughter to have a place to live, since the housing market is so competitive. Note that moving was deemed necessary because my address was revealed by Mark and Sarah King aka Telah Foundation, plaintiff in this suit against Havel and me. The move was also seen as needed because of the highly negative press and comments Havel and I have received on Havel's Youtube channel 3spm that I participate in. (See Exhibits A and B). Part of the loan was combined with some of Havel's savings to move to another location so that my daughter will be safe and not affected by any media attention due to the highly contraversial nature of the Heaven's Gate story.

I am not a prisoner. I cannot pay the full filing fees and costs of this civil lawsuit or give security because of my poverty. I believe that my claims have merit. I ask the court to allow me to proceed without pre-payment of court fees and costs. I declare under penalty of perjury that all of my statements in this motion are true.

Cathy Joann Weaver — Signature

6/14/2022 — Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]