# Exhibit A
**(Havel)**
**Negative Media**

https://indianaintellectualproperty.com/2022/05/23/indiana-lawsuit-filed-over-intellectual-property-of-heavens-gate-mass-suicide-group/

# Indiana Intellectual Property Blog ~ Trademark and Copyright Law Updates in Indiana

HOME    ABOUT    CONTACT    DISCLAIMER

Search...    [Go]



## 23
Monday
May 2022

# Indiana Lawsuit filed over Intellectual Property of Heaven's Gate Mass Suicide Group

POSTED BY KENAN FARRELL IN COPYRIGHT, INDIANA, INTELLECTUAL PROPERTY, LITIGATION, NORTHERN DISTRICT OF INDIANA, TRADEMARK

≈ LEAVE A COMMENT

**CATEGORIES**
- Artists (22)
- Authors (19)
- Bloggers (16)
- Branding (17)
- Business Law (7)
- Copyright (122)

rty.com/2022/05/23/indiana-lawsuit-filed-over-intellectual-property-of-heavens-gate-mass-suicide-group/

Monday
May 2022

# Intellectual Property of Heaven's Gate Mass Suicide Group

Posted by Kiyan Farrell in Copyright, Indiana, Intellectual Property, Litigation, Northern District of Indiana, Trademark

≈ Leave a comment

The Plaintiff in this lawsuit is The Evolutionary Level Above Human, Inc., a for-profit foundation claiming to own all physical property and intellectual property of the Heaven's Gate religious group, which committed the largest mass suicide in U.S. history in 1997. Among the claimed intellectual property are copyrights in audio cassettes, audiovisual works, fabric designs, lithographic prints, and literary works, as well as various trademark registrations for HEAVEN'S GATE.

## HEAVEN'S GATE

| | |
|---|---|
| Word Mark | HEAVEN'S GATE |
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: Pre-recorded video tapes featuring content of a religious or spiritual nature; Pre-recorded DVDs featuring content of a religious or spiritual nature; audiovisual recordings featuring content of a religious or spiritual nature; downloadable audiovisual recordings featuring content of a religious or spiritual nature. FIRST USE: 19961002. FIRST USE IN COMMERCE: 19961002. |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Trademark Search Facility | NOTATION-SYMBOLS Notation Symbols such as Non-Latin characters, punctuation and mathematical signs;zodiac signs,prescription marks |
| Classification Code | |
| Serial Number | 77889859 |
| Filing Date | December 9, 2009 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | May 11, 2010 |
| Registration | ------ |

Tags

Federal Trademark Infringement,
Contributory Copyright
Infringement, Federal Copyright
Infringement, Conspiracy

The Defendants, three individuals, are accused of publicly sharing copies of the audio tapes and video tapes on a free online file sharing and storage site called "4Shared.com." Per the Complaint (below), Defendant Havel anticipated being sued for sharing the works, posting the following comment on his website:

"So just weeks ago, [a third party] who I had been in contact with on and off for years sent me the digitized audios, all in .mp3 format and I quickly sent them to [Defendant Bartel] and someone else who I know I can trust to be sure to upload them to the internet in multiple [sic] places so that even if [the Foundation] somehow sue us it will be far too late to keep them from being available to those who want to listen to them."

The Defendants subsequently provided live streamed discussions advising others how to obtain copies of the allegedly infringed works. Numerous works were live-streamed on YouTube. T-shirts bearing the Plaintiff's registered trademarks has been advertised by the Defendants. The Complaint alleges further actions taken by the Defendants to prevent the Plaintiff from enforcing its copyrights.

Having anticipated a lawsuit, presumably the Defendants have some type of solid defense ready to go. I expect fair use arguments (criticism, commentary, news reporting, teaching), and probably some challenges to the foundation's ownership of the claimed intellectual property. But t-shirt sales don't usually go hand-in-hand with valid fair uses so we'll just wait for the Defendants' Answer for more clarification of their goals in sharing the works.

rty.com/2022/05/23/indiana-lawsuit-filed-over-intellectual-property-of-heavens-gate-mass-suicide-group/

# THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC. D/B/A/ THE TELAH FOUNDATION V. HAVEL ET AL.

**Case Number:** 3:22-cv-00395-JD-MGG

**File Date:** May 18, 2022

**Plaintiff:** The Evolutionary Level Above Human, Inc. d/b/a the Telah Foundation

**Plaintiff Counsel:** Isaac S. Crum of Messner Reeves LLP

**Defendant:** Steven Robert Havel, Cathy JoAnn Weaver, Jason Barel

**Cause:** Federal Copyright Infringement, Contributory Copyright Infringement, Conspiracy, Federal Trademark Infringement

**Court:** Northern District of Indiana

**Judge:** Jon E. DeGuilio

**Referred To:** Michael G. Gotsch, Sr.

**Complaint:**

## SCRIBD

Millions of books, audiobooks, magazines, documents, sheet music, and more for free.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

SCRIBD

Millions of books, audiobooks, magazines, documents, sheet music, and more for free.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

The Evolutionary Level Above Human, Inc.
d/b/a The Telah Foundation,
an Arizona nonprofit corporation,

    Plaintiff,

v.                Civil Action No. 3:22-cv-00395

Steven Robert Havel;
Cathy JoAnn Weaver;
Jason Bartel,

    Defendants.

### COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation (the "Foundation") hereby brings the present action against the named defendants and alleges as follows:

### JURISDICTION AND VENUE

1. This Court has original subject matter jurisdiction over the claims in this action pursuant to




.com/2022/05/23/indiana-lawsuit-filed-over-intellectual-property-of-heavens-gate-mass-suicide-group/

§ SCRIBD

## PARTIES

4. Plaintiff, The Evolutionary Level Above Human, or Telah Foundation, Inc. (the "Foundation") is an Arizona 501(C)(3), Nonprofit Corporation with its principal place of business located at P.O. Box 25098, Scottsdale, AZ 85255.

5. Upon information and belief, Defendants Steven Robert Havel (a/k/a Sawyer, Swyody, and Swy) and Cathy Joann Weaver are currently believed to be residing at 111 Campbell St. Mishawaka, IN 46544.

6. Upon information and belief, Defendant Jason Bartel (a/k/a Crlody, Carlan, and Crl) is currently residing at in Madison, WI.

7. Steven Havel, Cathy Weaver, and Jason Bartel are collectively referred to herein as the Defendants.

## INTRODUCTION

8. In 1994 the directors of the Foundation renewed a long-standing relationship with a group known as "Total Overcomers Anonymous", "TOA", or "Heaven's Gate" (the "Group"). Three years later, in 1997, all the physical property and intellectual property belonging to the Group (collectively the "Property") was transferred to representatives of the Foundation or was placed, to be obtained, from a storage locker in San Diego County.

9. Prior to being able to obtain all of the property in the storage locker, the locker was seized by officials from San Diego County;

10. From 1997–1999 the Foundation was involved in litigation with San Diego County (who





# Exhibit B
### (Havel)
### Threatening Comments



YouTube

Always Watching replied to cathysouthwestern's comment

You're A
Suicide
Cult

This Video Is DEFINITELY Getting Demonetized... | Sawyer (he/him) - IN | S2E18

**Always Watching**

Cathy, you and your partner should try to learn what proven facts are, and what fantasy is. You both are engaged in fantasy and I think you both need to seek psychological treatment. This is not normal, you both are involved in a deadly cult. Please don't ever call in again!

**REPLY**

If you no longer wish to receive emails about comments and replies, you can unsubscribe

skeptic generation

▶ **Premium**

**cathysouthwestern** 1 month ago

We understand that this is a controversial subject topic but allowing your viewers to engage in basically bullying us and telling us to go kill ourselves is certainly not what we expected when we called in.

👍 4  👎    REPLY

⌃ Hide 10 replies

**Akira** 1 month ago
Good point...

👍 1  👎    REPLY

**British Wrath** 1 month ago
The viewers and commenters are not a representation of the channel.

Just know, not all of us are immoral enough to encourage you to commit suicide, those who have done should be disregarded as immature trolls.

Life has such great value, and all the evidence suggests that this is the only life we get.

There is insufficient evidence to warrant belief in any spaceship, or the concept of a spirit or soul.

Always remember, the time to believe something is true, is when there is sufficient evidence for it, *NEVER* before.

Learning to understand what constitutes sufficient evidence is a great starting point, and I encourage you to seriously scrutinise what it is you believe, because talking from my personal perspective, it's completely wild and irrational.

From one human to another, I wish you much love, we are all one species and we should all value each other.

Show less

👍 11  👎    REPLY

**idahogie** 1 month ago

https://www.youtube.com/watch?v=fMD4U8W8EV2&t=27s

skeptic generation

▼ Premium

SHOW LESS

333 Comments     ≡ SORT BY

Add a comment...



⚐ Pinned by Skeptic Generation

Skeptic Generation  1 month ago

A FEW UPDATES: We have been moderating this comment section more heavily than usual. Here's why.

Some commenters are telling these callers to unalive themselves, which is unacceptable and goes against our stance as secular humanists. If you have posted something advocating for anyone's self-harm (regardless of our thoughts about their beliefs) you will be hidden from the channel. You will no longer be able to post on any videos.

We have also hidden the caller Sawyer commenting from their YouTube channel on this video. This is for two reasons: first, we do not allow proselytizing on this channel and that is consistent across religions we discuss. Second, we view Heaven's Gate as an inherently harmful religion and do not want to provide them an unmoderated platform.

Thank you for your understanding.

Show less

🖒 47  ⏏  REPLY

▾ View 10 replies

cathysouthwestern  1 month ago
We understand that this is a controversial subject topic but allowing your viewers to engage in basically bullying us and telling us to go kill ourselves is certainly not what we expected when we called in.

🖒 4  ⏏  REPLY

skeptic generation

▼ Premium



**Skeptic Generation**
14.2K subscribers

SUBSCRIBE

×

TW: Discussion of surviving a cult and also not surviving a cult.

Heaven's Gate apologists call in, and the hosts are thunderstruck. Vi is especially frustrated with their attempts to justify the mass unaliving that took place in March of 1997. Apparently it wasn't that bad, because they're all up on a spaceship now. What, and we repeat, the actual fuck.

To learn a little more about Heaven's Gate, check out this article:
https://www.history.com/this-day-in-h...

A FEW NOTES: We have been moderating this comment section more heavily than usual. Here's why.

Some commenters are telling these callers to unalive themselves, which is unacceptable and goes against our stance as secular humanists. If you have posted something advocating for anyone's self-harm (regardless of our thoughts about their beliefs) you will be hidden from the channel. You will no longer be able to post on any videos.

We have also hidden the caller Sawyer commenting from their YouTube channel on this video. This is for two reasons: first, we do not allow proselytizing on this channel and that is consistent across religions we discuss. Second, we view Heaven's Gate as an inherently harmful religion and do not want to provide them an unmoderated platform.

Thank you for your understanding.

_____

Love the show?

Skeptic Generation is LIVE every Sunday at 11:30am-1:00pm CT
Call on your phone: 585-LA-MURPH (585-526-8774)
Call online: https://tiny.cc/callSG

79°F
Sunny



Premium

https://www.youtube.com/watch?v=fWDAUBW8EW8&t=2725

skeptic generation

Skeptic Generation 1 month ago

We have heard that some people are telling these callers to harm themselves. In case you missed it, the whole clip is about how NOT ok promoting suicide is, no matter what we think of someone or their beliefs. Anyone seen commenting in this manner will be banned from commenting on future videos. Thank you.

👍 90  👎   REPLY

↳  Hide 8 replies

sycofreake1 1 month ago

Also...just never tell people to do that. For any reason. Ever.

👍 18  👎   REPLY

Buwsur 1 month ago

I've been listening to Sawyer for years and not once has he advocated for suicide. Him and his partner even post the suicide prevention hotline number in the description of all of their videos.

👍 15  👎   REPLY

Kris Aaron 4 weeks ago

Please distinguish between committing suicide for emotional distress such as long-term depression or situational trauma VERSUS ending your life after being diagnosed with a painful, deteriorating disorder that cannot be successfully treated, such as end-stage bone cancer or Alzheimer's.

If I know the last few weeks or months of my life will be hellish and medical providers are restricted as to what treatment they're allowed to offer, then "self-deliverance" may be a viable option that can ONLY be decided by the individual.

Show less

👍 3  👎   REPLY

compulsiverambler 4 weeks ago (edited)

@Kris Aaron There are people who've had cancer and depression who say they'd rather have the cancer again than the depression. Emotional pain can be just as bad as muscular, abdominal, and other pain, also causes the brain to deteriorate structurally and also cannot always be successfully treated.

skeptic generation

part that scares people and turns them against your beliefs. There are many groups that aren't so famous that have had mass suicides too.

👍 3 👎 REPLY

**John Blair** 1 month ago

I'm hoping that wasn't the case. I hope you both call in again and become active on other similar platforms. Having outside influences and other points of views on topics like these help everyone grow and see things from different angles. I'm particularly interested in the WHY the beliefs held are taken as fact, there seems to be no evidence to be seen. I'd like to hear an answer to that past it being something felt by the believer.

👍 1 👎 REPLY

**Skeptic Generation** 1 month ago

We absolutely do not condone calling for anyone to hurt themselves (that was the point of the entire conversation). If we see this happening on our channel, we will remove the comment and ban the commenter.

👍 9 👎 REPLY

**John Blair** 1 month ago

@Mauricio I don't believe the callers consider themselves to be in a "death cult". That's a name others have put on them.

👍 1 👎 REPLY

**Bruno Fernandes** 1 month ago

If you google about Heaven's Gate, even the cult members thought they didn't need to die, they were told at first that their "vehicle" would also be carried with them to Heaven, and later this changed and they were told to do what they did. I understand that the callers were not advocating for people to do that again, but there's nothing stopping another cult to get these ideas and do the same.

👍 18 👎

**Skeptic Generation** 1 month ago

We have heard that some people are telling these callers to harm themselves. In case you missed it, the whole clip is about how NOT ok promoting suicide is, no matter what we think of someone or their beliefs. Anyone seen commenting in this manner will be banned from commenting on future videos. Thank you.

skeptic generation

▶ Premium

**David Marquart** 4 weeks ago
I really feel like giving this dangerous death cult this much time was not necessarily a good call...

👍 3  👎    REPLY

⌄ View reply

**PhazeCat** 1 month ago
I just recently saw "Prismatist" on Vi's Twitter profile and wondered what that was. Lucky that, I guess! Vil I'm going to keep an eye out for the Twitter live you're planning on. Some days I wish I were a theist just so I could sit and chat with you. But for now, I'm happy to just sit and listen.

👍 1  👎    REPLY

**RichardZZ1** 1 month ago
Sawyer at 35:15: I'm a sceptic...believe me.

👍 4  👎    REPLY

**Theo Fungi** 1 month ago
Another great show Thank you.

👍 2  👎    REPLY

**Lureeality** 🎸🎵 1 month ago
I just joined Church of Prismatic Light.  Thanks for the info!

👍 4  👎    REPLY

⌄ View 2 replies

**Bostonceltics1369** 1 month ago
Don that's immense! Love to see that lvl of support for some amazing people/hosts! Atta way 👀 🖤 ⋰

REPLY

https://www.youtube.com/watch?v=fWDAUBW8EW8&t=272s

skeptic generation

▶ Premium

**Bruno Fernandes** 1 month ago

If you google about Heaven's Gate, even the cult members thought they didn't need to die, they were told at first that their "vehicle" would also be carried with them to Heaven, and later this changed and they were told to do what they did. I understand that the callers were not advocating for people to do that again, but there's nothing stopping another cult to get these ideas and do the same.

👍 18 👎   REPLY

**Skeptic Generation** 1 month ago

We have heard that some people are telling these callers to harm themselves. In case you missed it, the whole clip is about how NOT ok promoting suicide is, no matter what we think of someone or their beliefs. Anyone seen commenting in this manner will be banned from commenting on future videos. Thank you.

👍 90 👎   REPLY

⌄ View 8 replies

**JayMike's Movie Nites** 1 month ago

V's facial expressions are classic

👍 31 👎   REPLY

**Wayno** 1 month ago

Wow - this is next level dangerous stuff. Good on the hosts challenging this stuff.

👍 17 👎   REPLY

**Brian Gordon** 1 month ago (edited)

Sawyer was a big part of the HBO Heavens Gate documentary, and I recognized that voice immediately. He's the real deal.

👍 74 👎   REPLY

⌄ View 13 replies

**Tamia Talaya** 1 month ago

skeptic generation

https://www.youtube.com/watch?v=fWDAUBW8EW8&t=272s

▶ Premium

**Wayno** 1 month ago
Wow - this is next level dangerous stuff. Good on the hosts challenging this stuff.

👍 17  💬     REPLY

**Brian Gordon** 1 month ago (edited)
Sawyer was a big part of the HBO Heavens Gate documentary, and I recognized that voice immediately. He's the real deal.

👍 74  💬     REPLY

▲ Hide 13 replies

**Gabriel Cook** 1 month ago
So I need to watch the HBO documentary first before I watch this video.
Good to know.

👍 6  💬     REPLY

**Brian Gordon** 1 month ago
@Gabriel Cook  this is getting ridiculous. This is why I liked The Batman. I didn't have to watch any other movies.
Doctor strange, spiderman, the flash. You need to see other movies to get them. Now I have to watch a documentary before this?...
Read more

👍 9  💬     REPLY

**Finito** 1 month ago
@Gabriel Cook  nah, not really. Just when they asked if he was for real or not...oh yeah, he definitely is. I do recommend the documentary though!

👍 1  💬     REPLY

**Genya Kilimnik** 1 month ago
Thanks for this I googled Sawyer and he looked exactly as I expected. I kind of wonder what the gal looks like.

👍 5  💬     REPLY



**YouTube** May 2
to me ⌄

 **YouTube**

Always Watching replied to cathysouthwestern's comment

 This Video Is DEFINITELY Getting Demonetized... | Sawyer (he/him) - IN | S2E18

**Always Watching**

Cathy, you and your partner should try to learn what proven facts are, and what fantasy is. You both are engaged in fantasy and I think you both need to seek psychological treatment. This is not normal, you both are involved in a deadly cult. Please don't ever call in again!

REPLY

If you no longer wish to receive emails about comments and replies, you can unsubscribe.

© 2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

 

**YouTube** May 2
Alberto Apú replied to cathysouthwestern's

Video is DEFINITEY Getti...

https://www.youtube.com/watch?v=FvNDAUBW8EVPR&t=272s

skeptic generation

▼ Premium

**soyev quitsefron** 4 weeks ago
@24J00, the sentence "I'm a skeptic, believe me" has a hilarious lack of self awareness
👍 1  👎    REPLY

**Tony Blackwell** 4 weeks ago
I don't mean to sound mean, but after Googling these two, they look exactly like I imagined them. These people are dangerous.
👍 3  👎    REPLY

**Cinderblock** 1 month ago (edited)
I LOVE THE HAIR!! <3
👍 4  👎    REPLY

**bob smith** 1 month ago
Studies are showing that "trigger warnings" do not help alleviate the negative impacts and may make things worse.
👍 3  👎    REPLY

▼ View 2 replies from Skeptic Generation and others

**Jeffrey Wedekind** 1 month ago
At least I got a good laugh- holy bat shit crazy batman
👍 8  👎    REPLY

**Augustus P** 2 weeks ago
When she first said 'hello' I thought for sure it was Rick's girlfriend, Daphne, with the amazing elbows.
👍  👎    REPLY

**Lightman116** 1 month ago
I live in the UK and would love to call the show, how do I do this as I can't afford an international call

skeptic generation

▶ Premium

Razz Williams Scholars Society 2 weeks ago
Cathy is a grown adult and can make her own decisions.

👍 🖓   REPLY

Bada bing Bada boom 4 weeks ago
Good job Vi. Push back on these freaks. They are gullible, delusional and dangerous. U can't be nice to these cult people.

👍 1  🖓   REPLY

yoshi saidit 1 month ago
"It's a personal choice, (except for when we teach kids these things.)"

👍 4  🖓   REPLY

∧  Hide 2 replies

Casey Strange 4 weeks ago
There was never any children in the group

👍 3  🖓   REPLY

Dr. Lee Aberle 9 days ago
I don't see any difference in this nutty philosophy or any other religion on the planet.
They all offer rewards after you die. It used to be so common that the Catholic Church had to make up another ad hoc rule against it.
And it concerns me. All of it.
Show less

👍 5  🖓   REPLY

coval 77 1 month ago
the callers are evil weirdos

👍 4  🖓   REPLY

▶ **Premium**

skeptic generation

Show less

👍 REPLY

C
coval77 1 month ago
the callers are evil weirdos

👍 4 👎 REPLY

N
Nightshade 3 weeks ago
The thing is, all it takes is one charismatic leader to adopt the ideas of Heaven's Gate and convince others they are the holy representative. Then it doesn't even matter if the original members agree or not. Sawyer is not charismatic, he's not a leader. He's a left behind. To continue the work and sow the seed in someone who will rise up as a charismatic person and take over the reigns and grow the cult. He is faithful enough to continue the propaganda without altering it. He is dangerous. The fact he was selected t...
Read more

👍 1 👎 REPLY

⌄ Hide 2 replies

Dulce R-L 3 weeks ago
Actually, he was not selected to remain behind. According to Sawyer's own declarations, he was separated from the group after telling Marshall that he had mr'surpr'ied while watching an MTV video.

👍 👎 REPLY

N
Nightshade 3 weeks ago
@Dulce R-L Ah, thank you for the additional information. I think my point still stands even with the added information.

👍 👎 REPLY

?
Nickknowsnothing 1 month ago
First gripe: They're calling in because one of their "people" recommended it, but they're not there to convert/convince people. Just to share the message of Ti and Do. It's possible that these people don't make a money or even a living off interviews etc- but I'll remain skeptical that they aren't in some way benefiting from it directly or indirectly. Sawyer maintains a YT channel "3spm", and coming on shows like this just discussing their views is free advertising and draws people to want to know more. go to the HG website and...

skeptic generation

https://www.youtube.com/watch?v=aIWDAUBW8EW8&t=272s

▶ Premium

I'll try again when I've had a nice pipe in the garden and calm down.

👍 1  👎  REPLY

**Peslia Ratnayake** 1 month ago

I guess most people in the comments disagree with me, but while I think you both generally engage with callers well, I don't think this one was well handled. I don't think most people would do particularly well, and I could tell that you were taken aback by the call, so I'm not intending to blame or anything.

From my perspective, it felt like there was a lot of insisting that belief A necessarily or essentially implies belief B, so therefore the callers believe people should commit suicide. More street epistemology would have gone a long way into unpacking how they ended up believing what they did, and you both made some progress there.

Also, it is possible to want to clarify a misconception about a belief without proselytising for the belief. Seemed strange to insist that talking to documentaries about their beliefs was akin to trying to convince people to join. I'm sure, like most groups, they would want more people to join, but they didn't give their channel name and didn't ask anyone to check it out, or any of the material they mentioned that influenced their views.

Overall, the very understandable aversion to self harm/ the fear of platforming people who might, and perhaps not having a plan for how to talk to people in a group with a notoriety for suicide meant that the conversation wasn't as productive as it probably could have been. Good work on trying your best with a difficult situation though :)

Show less

👍 5  👎  REPLY

⌄ Hide 2 replies

**Dulce R-L** 3 weeks ago

These two did a tour of several cities (ending in L.A.) to spread the word about their cult. How is that 'not proselitizing'???

👍  👎  REPLY

**Peslia Ratnayake** 3 weeks ago

@Dulce R-L  Context is important. If that is the case, then they may have been proselytising then, assuming to "spread the word" is the same as to attempt to convert. Again, you can inform people about your beliefs, including letting people know

**Premium**

skeptic generation

maverick0698 1 month ago
I can't fucking listen to this lol I just shuddered so hard I left my vehicle for a bit xD

👍 2  👎   REPLY

Bob Smith 1 month ago
Natural selection at work.

👍 2  👎   REPLY

Metal Head 4 weeks ago
If you can not verify and demonstrate with demonstrable proofs and evidences that something exists.. aka heaven, a soul, a spirit, a Adam and Eve, a literal biblical jesus character or whatever else.. and this is all based just upon "belief" then that "belief" is based upon something that credible or for good reason. Forget about the whole cult part of it for a moment, forget about the history of the cult. Even the ideological isms of a heaven.. or transcending or that one can evolve from this human state beyond to something else.. that in itself is harmful in that it is not demonstrable.. you have no way to say it is true, that it is fact or real and you are misleading people to "believe" something or that something is okay to "believe" when there is nothing to indicate is true or possibly can be true or even needs to be true.
Knowledge of something is varifiable. it has evidence. And that thing is true and varifiable wether one accepts it or knows anything about it. This is why I separate knowledge and beliefs. they do not comport to one another. When something exists and is true..that it is a fact.. it does not matter if it is known by someone or if they are aware of it, or even accept it or not.
Knowledge of that fact or thing..is just an evidence based awareness. Like the sky being blue.. (which it is not). That is what we perceive because light that is in a myriad of colors on the spectrum is filtered out by our atmosphere.. the light that gets through is basically a white light that reflects our planets most abundant source..water that is a refraction of light we see see.. filtered out all the other colors and blue is the most abundant color refracted.. This example is great..what we factually know..compared to what we think, perceive or even believe. Knowledge is different than that of the other areas mentioned.
The fact these people do not want to be labeled as a religion now is because of the horrible example it had prior. it is about a belief of a higher power, a god, a concept there is some place with that deity or god or whatever.. that makes it a religion. that is the only qualification that religion has. Belief in a deityhood or god.. the rest is what that religion does and acts upon after that belief is held.
It is a cult because it fits and scores points on the BITE model. In every area of it. it does not matter if the score was just one point in each area.. it is a cult.. All the points do is show how dangerous the cult is or can be.

Show less

https://www.youtube.com/watch?v=FWDAJBWBEWR&t=272s

▶ Premium

skeptic generation

**Drew Harrison** 1 month ago
This isn't platforming. This is a discussion about what they believe and why it doesn't work.
👍 2  👎      REPLY

**mmommo1 1111** 3 weeks ago
was it a bad thing......just love those words nowadays.....elevate yourself....Satan is the author of confusion. is that a bad thing?
👍 2  👎      REPLY

**TOS100 Returns** 1 month ago
IA is Iowa, not Indiana.
👍 2  👎      REPLY

**Michael Johnson** 1 month ago
These HG people need to be arrested.
👍 2  👎      REPLY

▲  Hide 2 replies

**Donee Stoner** 4 weeks ago
I understand how you feel. However, people are free to believe whatever they want.
👍 1  👎      REPLY

**Domzdream** 1 month ago
KERMIT THE FROG ?
👎      REPLY

**Jefrey Krnak** 1 month ago
Not to nitpick, but Indiana is abbreviated IN. IA is Iowa.
👍 1  👎      REPLY

▶ Premium

skeptic generation

loodlebop 3 weeks ago
WOW
👍 1   👎   REPLY

Daniel Rathbun 1 month ago
Wow...
👍   👎   REPLY

Grant Lauzon 1 month ago
What is he?
I get pronouns but what's the é for?
👍   👎   REPLY
▾ View reply

Michael Johnson 1 month ago
These people are complicit in murder. They should be shut down immediately.
👍 5   👎   REPLY

Scott Black 2 weeks ago
Dangerous yes . Worse than christianity ? No 😂.
👍 2   👎   REPLY

Chris Kwakernaat 1 month ago
So unaliving isn't a sin anymore?
👍 1   👎   REPLY

https://www.youtube.com/watch?v=fWDAUBW8EW8&t=2725

skeptic generation

▼ Premium

**Tarnia Talaya** 1 month ago
"We're all gonna leave our vehicles"

That's disturbingly similar to the note found next to my friend's body, "We all die anyway, I'm just going early"

Death cults are deadly, Sawyer.

Show less

👍 72  👎    REPLY

🔺 Hide 9 replies

**Tarnia Talaya** 1 month ago
Vi, Thankyou for calling this out with the seriousness required.

👍 19  👎    REPLY

**Matt** 1 month ago
They literally said they don't want people to commit suicide...

👍 1  👎    REPLY

**Matt** 1 month ago
@Tarnia Talaya she was literally laughing while talking about suicide the whole time. Wtf are you talking about. Vi was mocking suicide the whole time and laughing about it as tho it's a joke.

👍    👎    REPLY

**Jamin Elvers** 1 month ago (edited)
@Matt how you read that Vi was mocking it I have no idea. They was super concerned and that's why they started yelling at them.

👍 11  👎    REPLY

**Tarnia Talaya** 1 month ago
@Matt then maybe he should be more careful with his words.

skeptic generation

**Phoebe Ophie** 1 month ago
holy shit. Talk about a diamond of a conversation.

👍 3  👎      REPLY

**Astro Sci** 3 weeks ago
Sometimes, having your video demonetized is worth it.....especially if it can prevent death by suicide.....

👍 2  👎  😊    REPLY

**The Sordid Singer** 4 weeks ago
These callers demonstrably show the danger & consequences of having a broken epistemology. Their beliefs are so out of touch with reality that it creates a disconnect of epic proportion & leaves them so open to any type of charlatans or harm that comes along. It's just Bonkerville! ✌

👍 1  👎      REPLY

**Alan Else** 4 weeks ago
Just more insanity in a god/alien shaped box . I just can not get my head around how people end up down these absolute nut job rabbit hole's 👽 👽 👽

👍 2  👎      REPLY

**Random Generic Dude** 1 month ago
This video lived up to the click-baity title. I was taken aback.

👍 1  👎      REPLY

**Alberto Apú** 1 month ago
I love watching vi and erick being amazed with the guys... the faces and the eyes ... man... these definitely sound like poes

# Exhibit C
**(Havel)**
**In Forma Pauperis**

AO 239 (Rev. 1/15) (INND Rev. 8/16)                                                                    page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for non-prisoners who cannot afford to pay the filing fee when filing a new case OR a notice of appeal.*
*If you are a prisoner, you need a different form.]*

The Evolutionary Level Above Human, Inc d/b,
_____
*[Type or neatly print in ink your full name. If more than*
*one PLAINTIFF, each must file a separate form.]*

       v.

Steven Robert Havel
_____,
*[Put the name of the first DEFENDANT on this line.]*

Case Number  3:22-cv-00395 _____
*[For a new case in this court, leave blank.*
*The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption.*
*Once you know your case number, it is VERY IMPORTANT that you include it on everything you send*
*to the court for this case. DO NOT send more than one copy of anything to the court.]*

## MOTION TO PROCEED IN FORMA PAUPERIS

1. Are you employed? ⊘ No.

    ◯ Yes, my gross earnings (before deductions for taxes, etc.) are: $ _____ per month.

2. Are you married? ⊘ No.

    ◯ Yes, spouse's gross earnings (before deductions for taxes, etc.) are: $ _____ per month.

3. Have you (and spouse if married) received money from any other source in the past 12

    months? ◯ No.

| ⊘ Yes.      From where? | How often? | How much? |
|---|---|---|
| Chase Manhattan Bank | one time | $12,500 |
| Social Security - retirement income | monthly | 1,067.00 |
|  |  |  |
|  |  |  |
|  |  |  |

4. If you have no income listed above, explain how you (and spouse, if married) obtain food,

clothing, shelter, and other necessities of basic living.  I received some inheritance 7 yrs ago I

used to pay off debt accummulated when I got sick with Lymes & couldn't work.Social Security

barely covered half my expenses. The loan of 12,500.00 was to pay moving costs due to this

lawsuit against me. The inheritance is at about $10,000.00 now and all I have. (see attached)

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

5. How much money do you (and spouse, if married) have? $ __10,000.00__ .
   [*Include cash on hand and deposits in accounts.*]

6. What is the value of your (and spouse, if married) real estate, cars, jewelry, stocks, bonds, and

   other valuable property or investments? $ __10,000.00__ .

7. How many children under 18 years of age do you (and spouse, if married) support: __0__ .
   [*Include children who live in your household or for whom you pay child support.*]

8. List any adult you support:

| What is your relationship to this adult? | Age? | How Much Support? |
|---|---|---|
| Cathy Weaver | 48 | 12,000.00 |
| | | |
| | | |
| | | |

9. Please provide any other information that should be considered in evaluating your motion.
   Please find attached some details surrounding my financial status.

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

I am not a prisoner. I cannot pay the full filing fees and costs of this civil lawsuit or give security
because of my poverty. I believe that my claims have merit. I ask the court to allow me to proceed
without pre-payment of court fees and costs. I declare under penalty of perjury that all of my
statements in this motion are true.

_Steven Robert Hawk_                          _6 - 14 - 2022_
Signature                                      Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]