UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation, an Arizona nonprofit corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Steven Robert Havel;<br>Cathy JoAnn Weaver;<br>Jason Bartel,<br><br>　　　　　Defendants. | Civil Action No. 3:22-cv-00395 |

**RESPONSE TO MOTIONS (ECF 14 and 15)**

On or about June 14, 2022, Defendants Steven Havel and Cathy Weaver filed similar motions (ECF 14 and ECF 15) requesting: (1) an extension of 31 days to answer the Complaint, (2) appointment of an attorney, and (3) permission to serve Plaintiff by registered mail. Plaintiff does not oppose either Defendants' requested extension of time. Plaintiff does not oppose either Defendants' request to serve Plaintiff by registered mail. Plaintiff does oppose both Defendants' request for the appointment of an attorney. In civil cases, Defendants have no right under the Constitution to an attorney and Defendants have not cited any other regulation or statute which would afford them such a right.

RESPECTFULLY SUBMITTED this 29th day of June 2022.

　　　　　　　　　　　　　　　　　　　　　　 /s/  Isaac S. Crum
　　　　　　　　　　　　　　　　　　　　MESSNER REEVES LLP
　　　　　　　　　　　　　　　　　　　　Isaac S. Crum (AZ Bar #026510)
　　　　　　　　　　　　　　　　　　　　icrum@messner.com
　　　　　　　　　　　　　　　　　　　　7250 N. 16th Street, Suite 410

Phoenix, Arizona 85020
Telephone: (602) 641-6705
Facsimile: (303) 623-0552

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2022, I electronically file the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to counsel of record a copy of this filing was also sent via mail to the following:

Cathy JoAnn Weaver
111 Campbell St.
Mishawaka, IN 46544-2704

Steven Robert Havel
111 Campbell St.
Mishawaka, IN 46544-2704

/s/  Isaac S. Crum
Isaac S. Crum