# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| The Evolutionary Level Above Human, Inc; et al<br><br>Plaintiff(s)<br>v.<br><br>Steven Robert Havel; et al<br><br>Defendant(s) | Case No.:3:22-cv-00395<br>Isaac S. Crum<br>MESSNER REEVES LLP<br>7250 N 16th Street, Suite 410<br>Phoenix, AZ 85020<br>(602) 457-5059<br>*Attorneys for the Plaintiff*<br>Client File# 13467.0001. |

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on 6/2/2022 at 5:18 PM at the address of 111 Campbell St, Mishawaka, within St Joseph County, IN, the undersigned duly served the following document(s): Summons; Complaint; Civil Cover Sheet in the above entitled action upon Cathy JoAnn Weaver, by then and there personally delivering true and correct set(s) of the above documents into the hands of and leaving same with Cathy JoAnn Weaver.

Physical description of person served: Gender: Female | Race: Caucasian | Age: N/A | Height: 5'5" | Weight: N/A | Hair: Dark

I declare under penalty of perjury under the laws of the state of  that the foregoing is true and correct.

That the fee for this Service is  $ 347.00



*William Tucker*                                      6/8/2022

William Tucker
County:
Registration No.: 3701207823
3150 North 24th Street, #D104
Phoenix, AZ 85016
(602) 256-9700

Order #:AZ261414
Their File 13467.0001.