# Index of Exhibits in Stephen Havel's Defense

EXHIBIT 1 -. Rkkody sent Havel Heaven's Gate Audios Videos Website and Images

EXHIBIT 2 - Francisco Falcon - Jhnody sent Havel (Sawyer) Pendrive with 930 Audios 6-1-2021

EXHIBIT 3 - DO shows some trust in Sawyer as an "elder" and "older member" and Speaker for Him

EXHIBIT 4 - **Letters from The Class to Some Former Students** who had expressed wanting to Serve at that time, showing Instructions and Guidelines for the Project to Disseminate Their Intellectual Property and Handling of The Estate After Their Exit from this World.

EXHIBIT 5 - Chatroom with Mark King September 3, 2021 on Havel's (Sawyer) 3spm Youtube channel

EXHIBIT 6 - No Conspiracy whatsoever - Bartel (aka Crlody CRL) is Havel's (aka Swyody Swy) worse critic

EXHIBIT 7 - Sawyer (Youtube 3SPM) Wins against TOA - Mark and Sarah Kings Audio tape takedown attempts

EXHIBIT 8 - Audio tapes that talk about people having these tapes to study after they leave

EXHIBIT 9 - Blanket Cease and Desist Letter (no details) and Legal Agreement Proposal Served on Havel and Weaver - 11-17-2021

EXHIBIT 10 - Post of Rkkody's Email to the Kings and Email from Mark and Sarah King to Sawyer (Havel)

# EXHIBIT 1

## Rkkody sent Havel Heaven's Gate Audios Videos Website and Images

**I. Rkkody's Right to Know Common Law Copyright of 2 CD's SR0000251498 5-13-98**   Page 1

Picture of Audio CD's showing Common Law Copyright Label   Page 2

Close up of Common Law Copyright on CD w/verbiage to allow to copy non-commercial   Page 3

Readme.txt File on CD with Copyright Information to copy for non-commercial use   Page 4

Close up of Common Law Copyright on Volume 2 CD   Page 5

Close up of Volume 2 of CD   Page 6

Content of CD's (202 audios, 7 BH videos, images of CBE and Keyhole Logo, websites   Pages 7-28

Pictures of the items Rkkody was selling to pay for giving away these CD's
(Mugs with Keyhole Logo, T shirts with CBE image, Away Team Patches, etc. )   Pages 29-33

Pictures of CD Mailers sent to Stephen Havel (Sawyer) showing postmarks of
August 29, 1997 and January 6, 1998 these when I received a total of 5 CD's
that had some duplicate information on them because all of the videos didn't fit on two   Pages 34-36

I. page 1 RKK's Right to Know — Cath g Morea copyright g Andrew

← → C ⌂ https://publicrecords.copyright.gov/detailed-record/1297935

Copyright Catalog (1978 to present)

Registration record SR000025148

◀ Previous     Next ▶

Share ⌄     Actions ▾

Heaven's Gate classroom teachings :audiotapes vol. 1-2.

| | |
|---|---|
| Registration Number / Date | SR000025148 / 1998-05-13 |
| Previous Registration | Audiotapes preexisting. |
| Type of Work | Sound Recording |
| Title | Heaven's Gate classroom teachings :audiotapes vol. 1-2. |
| Variant Title | Heaven's Gate classroom teachings : audiotapes vol. 1-2. |
| Date of Creation | 1997 |
| Date of Publication | Oct97 |
| Copyright Claimant | ℗ Kathryn Morea, d.b.a. Right to Know. |
| Authorship on Application | recording; Charles E. Humphrey, 1942-1998, d.b.a. Right to Know. |
| Basis of Claim | New Matter: editing, compilation. |
| Description | 2 compact discs. |
| Names | Morea, Kathryn |
| | Humphrey, Charles E., 1942-1998 |
| | Right to Know |

page 2



chings
lume 1

Gate Web Site!

uded on this CD

Published by Right to Know
Http://www.righttoknow.to
Http://www.heavensgate.to

Common law copyright 1997
by Heaven's Representatives
Permission is hereby granted
to copy this CD  as long as
it is not  for commercial
purposes

EADME.TXT - DAREADME.TXT

Thursday, November 20, 1997

```
                 @Common Copyright Law
             1996 by Heaven's Representatives
                  1997 by Right to Know
        ALL RIGHTS RESERVED, WITHOUT PREJUDICE,
            U.C.C. 1-207, U.C.C. 1-103.6
```

This CD-ROM is protected by Common Law copyright. Permission is hereby granted to reproduce this CD-ROM, or portions thereof, as long as the content is unchanged, i.e., nothing added to it or taken away from it as long as it is for non-commercial purposes.

No part of this CD-ROM may be reproduced or transmitted in any form or by any means, now known or to be invented or adapted, for the purpose of financial gain or profit.

CONTENTS: These CD's contain Audio and Video materials that have been encoded for the RealPlayer 5.0 and above media player.

******** RealPlayer 5.0 has been included on this CD ********
******** To play these files you need to install the RealPlayer which has been provided on this CD. To install the RealPlayer simply in the file named "realplay.exe and follow the on screen directions.

LAST MINUTE CHANGE!
...Due to the amount of space required for the video files, we are unable to store the entire video library on the Video CD. Therefore, we had to place one of the videos, Last Chance to Evacuate Earth", on to the EGN3_2 CD in the Video folder.

HGV3 Video CD: Version HGV3.0

ate

chings

olume 2

# Gate Web Site!

luded on this CD

Published by Right to Know
Http://www.righttoknow.to
Http://www.heavensgate.to

Common law copyright 1997
by Heaven's Representatives
Permission is hereby granted
to copy this CD as long as
it is not for commercial
purposes

*[handwritten:] E, PAGE 5
closeup of
copyright on
Volume 2
/ set.*

# Heaven's Gate
# Classroom Teachings
# Audio Tapes - Volume 2

## us the Complete Heaven's Gate Web Site!

A free copy of Real Player 5.0 is included on this CD

ding

rp
com

Published by Rigl
Http://www.righ
Http://www.heave

Common law

I. page 7



> This PC > DVD RW Drive (D:) HG43_1 > AUDIO

Files Currently on the Disc (137)

| Name | Date modified | Type | Size |
|---|---|---|---|
| 001AB~1.RM | 11/7/1997 2:42 AM | RM File | 3,088 KB |
| 002A-0~1.RM | 11/7/1997 2:43 AM | RM File | 1,176 KB |
| 003AB~1.RM | 11/7/1997 2:46 AM | RM File | 5,089 KB |
| 004A-0~1.RM | 11/7/1997 2:48 AM | RM File | 941 KB |
| 005A-0~1.RM | 11/7/1997 2:49 AM | RM File | 911 KB |
| 006AB~1.RM | 11/7/1997 2:51 AM | RM File | 3,916 KB |
| 007AB~1.RM | 11/7/1997 2:54 AM | RM File | 3,474 KB |
| 008AB~1.RM | 11/7/1997 2:55 AM | RM File | 3,140 KB |
| 009AB~1.RM | 11/7/1997 2:56 AM | RM File | 3,807 KB |
| 010A-0~1.RM | 11/7/1997 2:59 AM | RM File | 1,226 KB |
| 011AB~1.RM | 11/7/1997 3:00 AM | RM File | 5,018 KB |
| 012A-0~1.RM | 11/7/1997 3:02 AM | RM File | 3,011 KB |
| 013AB~1.RM | 11/7/1997 3:03 AM | RM File | 3,787 KB |
| 014AB~1.RM | 11/7/1997 3:05 AM | RM File | 3,957 KB |
| 015AB~1.RM | 11/7/1997 3:06 AM | RM File | 2,308 KB |
| 016AB~1.RM | 11/7/1997 4:28 AM | RM File | 3,784 KB |
| 017AB~1.RM | 11/8/1997 4:28 AM | RM File | 6,044 KB |
| 018A-0~1.RM | 11/8/1997 4:32 AM | RM File | 855 KB |
| 019AB~1.RM | 11/8/1997 4:34 AM | RM File | 5,816 KB |
| 020AB~1.RM | 11/8/1997 4:36 AM | RM File | 3,286 KB |
| 021AB~1.RM | 11/8/1997 4:40 AM | RM File | 3,045 KB |
| 022AB~1.RM | 11/8/1997 4:42 AM | RM File | 4,701 KB |

File Home Share View

Pin to Quick access  Copy  Paste  Cut  Copy path  Paste shortcut

Clipboard

Move to  Copy to  Delete  Rename  New folder  New item  Easy access

Organize  New

Properties  Open  Edit  History

Select all  Select none  Invert selection

Select

Quick access
Documents
Pictures
iCloud Photos
iCloud Drive
Videos
classmates – forr
right to know
HG

This PC
3D Objects
Desktop
Documents
Downloads
Music
Pictures
Videos
Windows (C:)
DVD RW Drive (D

DVD RW Drive (D
AUDIO

137 items

Type here to search

10:47 AM  6/24/2022

I. PAGE 9

**File Explorer — AUDIO**

This PC > DVD RW Drive (D:) HGA3_1 > AUDIO

| Name | Date modified | Type | Size |
|---|---|---|---|
| 023AB-...1.RM | 11/8/1997 4:45 AM | RM File | 5,949 KB |
| 024AB-...1.RM | 11/8/1997 4:47 AM | RM File | 4,627 KB |
| 025AB-...1.RM | 11/8/1997 4:50 AM | RM File | 6,020 KB |
| 026AB-...1.RM | 11/8/1997 4:53 AM | RM File | 5,958 KB |
| 027AB-...1.RM | 11/10/1997 3:01 AM | RM File | 5,160 KB |
| 028AB-...1.RM | 11/10/1997 3:03 AM | RM File | 5,003 KB |
| 029AB-...1.RM | 11/10/1997 3:06 AM | RM File | 4,776 KB |
| 030AB-...1.RM | 11/10/1997 3:09 AM | RM File | 6,042 KB |
| 031AB-...1.RM | 11/10/1997 3:12 AM | RM File | 3,218 KB |
| 032AB-...1.RM | 11/10/1997 3:14 AM | RM File | 5,956 KB |
| 033AB-...1.RM | 11/10/1997 3:17 AM | RM File | 3,608 KB |
| 034A-1-...1.RM | 11/10/1997 3:20 AM | RM File | 5,710 KB |
| 035A-1-...1.RM | 11/10/1997 3:21 AM | RM File | 2,122 KB |
| 10/27/1997 1:53 AM | RM File | 786 KB |
| 037AB-...2.RM | 11/10/1997 3:24 AM | RM File | 5,938 KB |
| 026AB-...2.RM | 11/10/1997 3:27 AM | RM File | 5,884 KB |
| 038AB-...1.RM | 11/10/1997 3:49 AM | RM File | 3,591 KB |
| 039AB-...1.RM | 11/10/1997 3:32 AM | RM File | 4,658 KB |
| 040AB-...1.RM | 11/10/1997 3:41 AM | RM File | 3,858 KB |
| 041AB-...1.RM | 11/10/1997 3:53 AM | RM File | 5,576 KB |
| 042AB-...1.RM | 11/10/1997 3:55 AM | RM File | 4,552 KB |
| 043AB-...1.RM | 11/10/1997 3:55 AM | RM File | 3,002 KB |
| 044A-0-...1.RM | 11/10/1997 3:59 AM | RM File | 3,739 KB |
| 045AB-...1.RM | 11/10/1997 4:01 AM | RM File | 2,137 KB |
| 046A-0-1.RM | | | |

I. IMAGE 10

| Name | Date modified | Type | Size |
|---|---|---|---|
| 046A-0-1.RM | 11/10/1997 4:01 AM | RM File | 2,137 KB |
| 047AB--1.RM | 11/10/1997 4:03 AM | RM File | 3,672 KB |
| 048A-0-1.RM | 11/11/1997 10:10 AM | RM File | 1,998 KB |
| 049A-0-1.RM | 11/11/1997 10:12 AM | RM File | 2,914 KB |
| 050AB--1.RM | 11/11/1997 10:14 AM | RM File | 4,869 KB |
| 051A-0-1.RM | 11/11/1997 10:15 AM | RM File | 573 KB |
| 052A-0-1.RM | 11/11/1997 10:17 AM | RM File | 1,702 KB |
| 053A-0-1.RM | 11/11/1997 10:18 AM | RM File | 2,868 KB |
| 054AB--1.RM | 11/11/1997 10:20 AM | RM File | 5,266 KB |
| 055A-0-1.RM | 11/11/1997 10:22 AM | RM File | 2,534 KB |
| 056A-0-1.RM | 11/11/1997 10:23 AM | RM File | 1,387 KB |
| 057A-0-1.RM | 11/11/1997 10:24 AM | RM File | 1,471 KB |
| 058A-0-1.RM | 11/11/1997 10:25 AM | RM File | 1,142 KB |
| 059A-0-1.RM | 11/11/1997 10:26 AM | RM File | 926 KB |
| 060AB--1.RM | 11/11/1997 10:32 AM | RM File | 2,651 KB |
| 061A-0-1.RM | 11/11/1997 10:33 AM | RM File | 814 KB |
| 062AB--1.RM | 11/11/1997 10:35 AM | RM File | 6,063 KB |
| 065AB--2.RM | 11/11/1997 10:37 AM | RM File | 2,745 KB |
| 066AB--1.RM | 10/28/1997 9:05 AM | RM File | 1,211 KB |
| 067AB--2.RM | 10/27/1997 1:38 AM | RM File | 3,715 KB |
| 068AB--2.RM | 10/27/1997 1:42 AM | RM File | 3,424 KB |
| 069AB--2.RM | 10/27/1997 1:46 AM | RM File | 5,837 KB |
| | 10/27/1997 1:50 AM | RM File | 4,545 KB |
| | 10/27/1997 3:55 AM | RM File | 2,571 KB |

10:54 AM
6/24/2022

I. Page 11

This PC > DVD RW Drive (D:) HGA3_1 > AUDIO

| Name | Date modified | Type | Size |
| --- | --- | --- | --- |
| 069AB~2.RM | 10/27/1997 3:56 AM | RM File | 2,571 KB |
| 070A1~2.RM | 10/27/1997 2:20 AM | RM File | 2,905 KB |
| 071A-1~1.RM | 11/14/1997 10:35 AM | RM File | 5,000 KB |
| 072AB~2.RM | 10/28/1997 2:18 AM | RM File | 3,026 KB |
| 073DE~2.RM | 10/28/1997 2:57 AM | RM File | 3,903 KB |
| 074AB~2.RM | 10/28/1997 2:53 AM | RM File | 2,588 KB |
| 075A-1~2.RM | 10/28/1997 10:29 AM | RM File | 3,315 KB |
| 076AB~2.RM | 10/28/1997 10:33 AM | RM File | 4,485 KB |
| 077AB~2.RM | 10/28/1997 10:36 AM | RM File | 3,961 KB |
| 078AB~2.RM | 10/28/1997 9:48 AM | RM File | 3,836 KB |
| 079AB~2.RM | 11/11/1997 10:40 AM | RM File | 2,372 KB |
| 080AB~1.RM | 11/11/1997 10:42 AM | RM File | 4,651 KB |
| 081AB~1.RM | 10/28/1997 10:01 AM | RM File | 3,978 KB |
| 082AB~2.RM | 10/28/1997 10:05 AM | RM File | 3,882 KB |
| 083AB~2.RM | 10/28/1997 2:40 AM | RM File | 4,261 KB |
| 084AB~2.RM | 10/28/1997 2:40 AM | RM File | 2,920 KB |
| 085AB~2.RM | 10/29/1997 2:43 AM | RM File | 3,931 KB |
| 086AB~2.RM | 10/28/1997 2:46 AM | RM File | 4,936 KB |
| 087AB~2.RM | 10/29/1997 3:06 AM | RM File | 995 KB |
| 089A-0~1.RM | 10/29/1997 3:08 AM | RM File | 2,012 KB |
| 092A-0~1.RM | 10/27/1997 1:57 AM | RM File | 738 KB |
| 093AB~2.RM | 10/27/1997 3:11 AM | RM File | 3,491 KB |
| 094AB~1.RM | 10/29/1997 3:13 AM | RM File | 2,877 KB |
| 095A-0~1.RM | 10/29/1997 3:15 AM | RM File | 2,554 KB |

10:56 AM
6/24/2022

E. PAGE 12

File Explorer — This PC › DVD RW Drive (D:) HGA3_1 › AUDIO

| Name | Date modified | Type | Size |
|---|---|---|---|
| 096A-Φ-1.RM | 10/29/1997 3:15 AM | RM File | 3,052 KB |
| 097AB-2.RM | 10/29/1997 3:18 AM | RM File | 3,265 KB |
| 098AB-1.RM | 11/11/1997 10:45 AM | RM File | 2,551 KB |
| 099A-Φ-1.RM | 10/29/1997 3:42 PM | RM File | 4,481 KB |
| 100AB-1.RM | 10/29/1997 3:45 PM | RM File | 1,749 KB |
| 101A-Φ-1.RM | 10/29/1997 3:48 PM | RM File | 5,763 KB |
| 102AB-Φ-1.RM | 10/29/1997 3:52 PM | RM File | 1,004 KB |
| 103A-Φ-1.RM | 10/29/1997 3:54 PM | RM File | 2,745 KB |
| 104A-Φ-1.RM | 10/29/1997 3:57 PM | RM File | 2,508 KB |
| 105A-Φ-1.RM | 10/29/1997 3:59 PM | RM File | 2,364 KB |
| 106A-Φ-1.RM | 10/29/1997 4:01 PM | RM File | 2,961 KB |
| 107A-Φ-1.RM | 10/29/1997 4:03 PM | RM File | 5,234 KB |
| 108AB-1.RM | 10/28/1997 4:05 PM | RM File | 2,848 KB |
| 109A-Φ-1.RM | 10/29/1997 4:08 PM | RM File | 1,920 KB |
| 110A-Φ-1.RM | 10/29/1997 4:10 PM | RM File | 5,613 KB |
| 111AB-1.RM | 10/31/1997 2:52 AM | RM File | 4,324 KB |
| 112AB-1.RM | 10/31/1997 2:55 AM | RM File | 4,067 KB |
| 113AB-1.RM | 10/31/1997 2:58 AM | RM File | 6,050 KB |
| 114AB-1.RM | 10/31/1997 3:01 AM | RM File | 2,137 KB |
| 115A-Φ-1.RM | 10/31/1997 3:03 AM | RM File | 1,079 KB |
| 116A-Φ-1.RM | 10/31/1997 3:05 AM | RM File | 2,077 KB |
| 117A-Φ-1.RM | 10/31/1997 3:07 AM | RM File | 2,987 KB |
| 118A-Φ-1.RM | 10/31/1997 3:09 AM | RM File | 1,577 KB |
| 119A-Φ-1.RM | 10/31/1997 3:10 AM | RM File | |

10:57 AM
6/24/2022

I. PAGE 13

| Name | Date modified | Type | Size |
|---|---|---|---|
| 118A-v-~1.RM | 10/31/1997 3:02 AM | RM File | 4,297 KB |
| 119A-0-~1.RM | 10/31/1997 3:10 AM | RM File | 1,577 KB |
| 120A-0-~1.RM | 10/31/1997 3:12 AM | RM File | 2,004 KB |
| 123A-0-~1.RM | 10/31/1997 3:14 AM | RM File | 2,909 KB |
| 124A-0-~1.RM | 10/31/1997 3:16 AM | RM File | 2,095 KB |
| 125AB-~1.RM | 10/31/1997 3:19 AM | RM File | 5,982 KB |
| 126AB-~1.RM | 10/31/1997 3:22 AM | RM File | 6,024 KB |
| 127A-0-~1.RM | 10/31/1997 3:23 AM | RM File | 2,940 KB |
| 128AB-~1.RM | 10/31/1997 1:50 PM | RM File | 5,237 KB |
| 130A-0-~1.RM | 11/1/1997 1:50 PM | RM File | 236 KB |
| 131AB-~1.RM | 11/1/1997 1:52 PM | RM File | 3,062 KB |
| 132AB-~1.RM | 10/27/1997 4:27 AM | RM File | 5,925 KB |
| 133A-0-~1.RM | 11/1/1997 1:55 PM | RM File | 767 KB |
| 135AB-~1.RM | 11/1/1997 1:57 PM | RM File | 5,876 KB |
| 136A-0-~1.RM | 11/1/1997 2:00 PM | RM File | 2,873 KB |
| 139A-0-~1.RM | 11/1/1997 2:01 PM | RM File | 2,657 KB |
| 140A-0-~1.RM | 11/1/1997 2:04 PM | RM File | 2,868 KB |
| 142AB-~1.RM | 11/1/1997 2:05 PM | RM File | 4,914 KB |
| 143A-0-~1.RM | 11/1/1997 2:10 PM | RM File | 2,540 KB |
| 144A-0-~1.RM | 11/1/1997 2:13 PM | RM File | 316 KB |
| 145AB-~1.RM | 10/27/1997 4:52 AM | RM File | 5,429 KB |
| 146AB-~1.RM | 10/27/1997 8:29 AM | RM File | 3,248 KB |
| 148AB-~1.RM | 10/27/1997 8:32 AM | RM File | 5,648 KB |
| 149AB-~1.RM | 10/27/1997 9:35 AM | RM File | 4,327 KB |

Type here to search

6/24/2022  12:46 PM

I.

Page 14

File | Home | Share | View

Clipboard: Pin to Quick access, Copy, Paste, Cut, Copy path, Paste shortcut

Organize: Move to, Copy to, Delete, Rename

New: New folder, New item, Easy access

Open: Properties, Open, Edit, History

Select: Select all, Select none, Invert selection

This PC > DVD RW Drive (D:) HGA3_2 > AUDIO

| Name | Date modified | Type | Size |
|---|---|---|---|
| ∨ Files Currently on the Disc (59) | | | |
| 150AB~1.RM | 10/27/1997 8:39 AM | RM File | 5,000 KB |
| 151AB~1.RM | 10/27/1997 9:12 AM | RM File | 349 KB |
| 152AB~1.RM | 10/27/1997 9:15 AM | RM File | 5,591 KB |
| 153AB~1.RM | 10/27/1997 9:18 AM | RM File | 5,767 KB |
| 154AB~1.RM | 10/27/1997 9:20 AM | RM File | 4,464 KB |
| 155AB~1.RM | 11/14/1997 8:15 AM | RM File | 5,832 KB |
| 155AB~1.RM | 11/14/1997 8:21 AM | RM File | 5,789 KB |
| 156AB~1.RM | 11/14/1997 8:24 AM | RM File | 3,050 KB |
| 157AB~1.RM | 11/14/1997 8:26 AM | RM File | 4,837 KB |
| 158AB~1.RM | 11/14/1997 8:28 AM | RM File | 4,085 KB |
| 159AB~1.RM | 11/14/1997 8:30 AM | RM File | 5,568 KB |
| 161AB~1.RM | 11/14/1997 8:31 AM | RM File | 5,447 KB |
| 162AB~1.RM | 10/27/1997 8:45 AM | RM File | 4,953 KB |
| 163AB~1.RM | 10/27/1997 8:52 AM | RM File | 5,694 KB |
| 164AB~1.RM | 10/27/1997 8:54 AM | RM File | 5,292 KB |
| 164AB~1.RM | 10/27/1997 8:58 AM | RM File | 5,861 KB |
| 166AB~1.RM | 10/27/1997 9:04 AM | RM File | 2,839 KB |
| 170A~1.RM | 11/1/1997 2:18 PM | RM File | 3,021 KB |
| 171A~1.RM | 10/27/1997 9:07 AM | RM File | 5,821 KB |
| 172AB~1.RM | 10/27/1997 9:09 AM | RM File | 5,731 KB |
| 173AB~1.RM | 11/1/1997 2:20 PM | RM File | 2,987 KB |
| 175A~1~1.RM | 11/1/1997 2:24 PM | RM File | 4,783 KB |
| 179A6~1.RM | | | |

Navigation pane: Quick access, Desktop, Downloads, Documents, Pictures, Music, Videos, iCloud Drive, iCloud Photo..., right to know, HG, classmates - for..., DVD RW Drive (D..., This PC, 3D Objects, Desktop, Documents, Downloads, Music, Pictures, Videos, Windows (C:), DVD RW Drive (D:), AUDIO, WEBSITES

Search AUDIO

Type here to search

1:57 PM   6/24/2022

IMAGE 15

| Name | Date modified | Type | Size |
|------|---------------|------|------|
| 181AB—.1.RM | 11/1/1997 2:26 PM | RM File | 5,386 KB |
| 182A-1—.1.RM | 11/5/1997 5:38 AM | RM File | 3,008 KB |
| 184AB—.1.RM | 11/5/1997 5:41 AM | RM File | 5,772 KB |
| 185AB—.1.RM | 11/5/1997 5:44 AM | RM File | 5,136 KB |
| 186AB—.1.RM | 11/5/1997 6:16 AM | RM File | 5,722 KB |
| 187AB—.1.RM | 11/5/1997 6:19 AM | RM File | 5,611 KB |
| 188AB—.1.RM | 11/5/1997 6:22 AM | RM File | 5,955 KB |
| 189AB—.1.RM | 11/5/1997 6:24 AM | RM File | 5,878 KB |
| 190AB—.1.RM | 11/5/1997 6:27 AM | RM File | 5,994 KB |
| 191A-0—.1.RM | 11/5/1997 6:30 AM | RM File | 2,987 KB |
| 192AB—.1.RM | 11/5/1997 6:33 AM | RM File | 5,943 KB |
| 193AB—.1.RM | 11/5/1997 6:35 AM | RM File | 4,600 KB |
| 194A-0—.1.RM | 11/5/1997 6:37 AM | RM File | 2,993 KB |
| 195AB—.1.RM | 11/5/1997 6:40 AM | RM File | 5,265 KB |
| 196AB—.1.RM | 11/5/1997 6:43 AM | RM File | 6,029 KB |
| 197AB—.1.RM | 11/5/1997 6:46 AM | RM File | 5,572 KB |
| 198A-0—.1.RM | 11/5/1997 10:42 AM | RM File | 3,011 KB |
| 198B-0—.1.RM | 11/5/1997 6:48 AM | RM File | 2,998 KB |
| 199A-0—.1.RM | 11/5/1997 6:50 AM | RM File | 2,942 KB |
| 199B-0—.1.RM | 11/14/1997 11:16 AM | RM File | 5,819 KB |
| 200AB—.1.RM | 11/5/1997 6:57 AM | RM File | 5,782 KB |
| 201AB—.1.RM | 11/14/1997 11:17 AM | RM File | 5,698 KB |
| 202AB—.1.RM | 11/5/1997 7:00 AM | RM File | 5,785 KB |
| 203AB—.1.RM | | | |

1:59 PM
6/24/2022

Type here to search

Search AUDIO

E- PAGE 16

| | HEAVEN-1

File   Home   Share   View

Clipboard    Organize    New    Open    Select

Copy   Paste   Cut   Copy path   Paste shortcut   Move to   Copy to   Delete   Rename   New folder   New item   Easy access   Properties   Open   Edit   History   Select all   Select none   Invert selection

This PC > DVD RW Drive (D:) HGA3_1 > WEBSITES > HEAVEN-1

Documents
Pictures
iCloud Photo
iCloud Drive
IMG
Videos
classmates - form
DVD RW Drive (C
HG
right to know
This PC
3D Objects
Desktop
Documents
Downloads
Music
Pictures
Videos
Windows (C:)
DVD RW Drive (C
Network

∨ Files Currently on the Disc (6)

| Name | Date modified | Type | Size |
|---|---|---|---|
| BOOK | 11/16/1997 6:50 AM | File folder | |
| IMG | 11/16/1997 6:50 AM | File folder | |
| LOGS | 11/16/1997 6:50 AM | File folder | |
| MISC | 11/16/1997 6:50 AM | File folder | |
| INDEX-1.HTM | 10/30/1997 5:21 AM | Brave HTML Docu... | 18 KB |
| WS_FTP.LOG | 10/28/1997 11:39 PM | Text Document | 1 KB |

Search HEAVEN-1

Type here to search

12:50 PM
6/24/2022

I. PAGE 17

File | BOOK

Home | Share | View

> This PC > DVD RW Drive (D:) HGA3_1 > WEBSITES > HEAVEN-1 > BOOK >

## Files Currently on the Disc (71)

| Name | Date modified | Type | Size |
|---|---|---|---|
| HXNSGTXTZIP | 10/29/1997 11:31 PM | Compressed (zipp... | 458 KB |
| 1-1.HTM | 10/29/1997 11:21 PM | Brave HTML Docu... | 4 KB |
| 1-2.HTM | 10/29/1997 11:21 PM | Brave HTML Docu... | 13 KB |
| 1-4.HTM | 10/29/1997 11:21 PM | Brave HTML Docu... | 22 KB |
| 02.HTM | 10/29/1997 11:20 PM | Brave HTML Docu... | 2 KB |
| 2-1.HTM | 10/29/1997 11:21 PM | Brave HTML Docu... | 5 KB |
| 2-2.HTM | 10/29/1997 11:21 PM | Brave HTML Docu... | 6 KB |
| 2-3.HTM | 10/29/1997 11:21 PM | Brave HTML Docu... | 3 KB |
| 2-4.HTM | 10/29/1997 11:21 PM | Brave HTML Docu... | 7 KB |
| 2-5.HTM | 10/29/1997 11:21 PM | Brave HTML Docu... | 4 KB |
| 2-6.HTM | 10/29/1997 11:21 PM | Brave HTML Docu... | 5 KB |
| 03.HTM | 10/29/1997 11:20 PM | Brave HTML Docu... | 12 KB |
| 3-1.HTM | 10/29/1997 11:21 PM | Brave HTML Docu... | 2 KB |
| 3-3.HTM | 10/29/1997 11:21 PM | Brave HTML Docu... | 65 KB |
| 4-1.HTM | 10/29/1997 11:21 PM | Brave HTML Docu... | 2 KB |
| 4-4.HTM | 10/29/1997 11:22 PM | Brave HTML Docu... | 48 KB |
| 05.HTM | 10/29/1997 11:21 PM | Brave HTML Docu... | 12 KB |
| 5-1.HTM | 10/29/1997 11:24 PM | Brave HTML Docu... | 3 KB |
| 5-2.HTM | 10/29/1997 11:24 PM | Brave HTML Docu... | 21 KB |
| 5-3.HTM | 10/29/1997 11:24 PM | Brave HTML Docu... | 3 KB |
| 5-5.HTM | 10/29/1997 11:25 PM | Brave HTML Docu... | 9 KB |
| 5-6.HTM | 10/29/1997 11:25 PM | Brave HTML Docu... | 15 KB |

12:51 PM
6/24/2022

I. PAGE 18

This PC > DVD RW Drive (D:) HGA3_1 > WEBSITES > HEAVEN-1 > BOOK

| Name | Date modified | Type | Size |
|---|---|---|---|
| 6-1.HTM | 10/29/1997 11:25 PM | Brave HTML Docu... | 2 KB |
| 6-2.HTM | 10/29/1997 11:25 PM | Brave HTML Docu... | 5 KB |
| 6-3.HTM | 10/29/1997 11:25 PM | Brave HTML Docu... | 22 KB |
| 6-4.HTM | 10/29/1997 11:25 PM | Brave HTML Docu... | 5 KB |
| 6-5.HTM | 10/29/1997 11:25 PM | Brave HTML Docu... | 12 KB |
| 6-6.HTM | 10/29/1997 11:25 PM | Brave HTML Docu... | 4 KB |
| 6-7.HTM | 10/29/1997 11:25 PM | Brave HTML Docu... | 5 KB |
| 6-8.HTM | 10/29/1997 11:25 PM | Brave HTML Docu... | 7 KB |
| 6-9.HTM | 10/29/1997 11:25 PM | Brave HTML Docu... | 43 KB |
| 410.HTM | 10/29/1997 11:22 PM | Brave HTML Docu... | 45 KB |
| 416.HTM | 10/29/1997 11:22 PM | Brave HTML Docu... | 41 KB |
| 422.HTM | 10/29/1997 11:22 PM | Brave HTML Docu... | 44 KB |
| 428.HTM | 10/29/1997 11:23 PM | Brave HTML Docu... | 44 KB |
| 434.HTM | 10/29/1997 11:23 PM | Brave HTML Docu... | 40 KB |
| 440.HTM | 10/29/1997 11:23 PM | Brave HTML Docu... | 43 KB |
| 446.HTM | 10/29/1997 11:23 PM | Brave HTML Docu... | 45 KB |
| 452.HTM | 10/29/1997 11:24 PM | Brave HTML Docu... | 47 KB |
| 458.HTM | 10/29/1997 11:24 PM | Brave HTML Docu... | 76 KB |
| 465.HTM | 10/29/1997 11:25 PM | Brave HTML Docu... | 82 KB |
| 476.HTM | 10/29/1997 11:25 PM | Brave HTML Docu... | 5 KB |
| 610.HTM | 10/29/1997 11:25 PM | Brave HTML Docu... | 5 KB |
| 611.HTM | 10/29/1997 11:25 PM | Brave HTML Docu... | 2 KB |
| A-1.HTM | 10/29/1997 11:25 PM | Brave HTML Docu... | 2 KB |
| A-2.HTM | 10/29/1997 11:25 PM | Brave HTML Docu... | 6 KB |

File > Home Share View

Clipboard — Organize — New — Open — Select

Copy Paste — Cut — Copy path — Paste shortcut

Move to — Copy to — Delete — Rename — New folder — New item — Easy access

Properties — Open — Edit — History

Select all — Select none — Invert selection

Quick access
Documents
Pictures
iCloud Photo
iCloud Drive
Videos
classmates – forr
right to know
HG

This PC
3D Objects
Desktop
Documents
Downloads
Music
Pictures
Videos
Windows (C:)
DVD RW Drive (D
DVD RW Drive (D

Network

Type here to search

Search BOOK

12:57 PM
6/24/2022







File    Home    Share    View

Pictures
iCloud Photos
iCloud Drive
Videos
classmates - for
DVD RW Drive (C
H:G
right to know
This PC
3D Objects
Desktop
Documents
Downloads
Music
Pictures
Videos
Windows (C:)
DVD RW Drive (C
Network

This PC › DVD RW Drive (D:) HGA3_1 › WEBSITES › HEAVEN~1 › IMG

## Files Currently on the Disc (46)

| Name | Date modified | Type | Size |
|---|---|---|---|
| BAR-BLUE.GIF | 10/29/1997 11:31 PM | GIF File | 1 KB |
| BAR-GREN.GIF | 10/29/1997 11:31 PM | GIF File | 1 KB |
| BAR-PINK.GIF | 10/29/1997 11:31 PM | GIF File | 1 KB |
| BAR-REDD.GIF | 10/29/1997 11:31 PM | GIF File | 12 KB |
| BKGND.JPG | 10/29/1997 11:31 PM | JPG File | 3 KB |
| BKGND.GIF | 10/29/1997 11:32 PM | GIF File | 27 KB |
| BKPG.JPG | 10/29/1997 11:32 PM | JPG File | 2 KB |
| BLUERB.GIF | 10/29/1997 11:32 PM | GIF File | 2 KB |
| BTTN1.JPG | 10/29/1997 11:32 PM | JPG File | 2 KB |
| BTTN2.JPG | 10/29/1997 11:32 PM | JPG File | 2 KB |
| BTTN3.JPG | 10/29/1997 11:32 PM | JPG File | 2 KB |
| BTTN4.JPG | 10/29/1997 11:32 PM | JPG File | 2 KB |
| BTTN5.JPG | 10/29/1997 11:32 PM | JPG File | 2 KB |
| BTTN6.JPG | 10/29/1997 11:32 PM | JPG File | 2 KB |
| BTTN7.JPG | 10/29/1997 11:32 PM | JPG File | 2 KB |
| BTTN8.JPG | 10/29/1997 11:32 PM | JPG File | 7 KB |
| BTTN9.JPG | 10/29/1997 11:32 PM | JPG File | 6 KB |
| DC8B.JPG | 10/29/1997 11:32 PM | JPG File | 6 KB |
| DC8V51.JPG | 10/29/1997 11:32 PM | JPG File | 2 KB |
| DC8V58.JPG | 10/29/1997 11:33 PM | GIF File | 72 KB |
| DO-CSS.GIF | 10/29/1997 11:33 PM | JPG File | 9 KB |
| GALAXY.JPG | | | |

Search IMG

46 items

Type here to search

1:04 PM   6/24/2022



E.

PAGE 23

This PC > DVD RW Drive (D:) HGA3_1 > WEBSITES > HEAVEN-1 > MISC >

### ∨ Files Currently on the Disc (24)

| Name | Date modified | Type | Size |
|---|---|---|---|
| TRANS.ZIP | 10/29/1997 11:38 PM | Compressed (zipp... | 34 KB |
| 95UPD96A.HTM | 10/29/1997 11:35 PM | Brave HTML Docu... | 23 KB |
| BG2PGR.TXT | 10/29/1997 11:37 PM | TXT File | 57 KB |
| EXIT.BAK | 10/29/1997 11:37 PM | BAK File | 2 KB |
| EXITH.HTM | 11/3/1997 6:34 AM | Brave HTML Docu... | 2 KB |
| EXITCHK.HTM | 10/29/1997 11:37 PM | Brave HTML Docu... | 15 KB |
| EXTGLN.HTM | 10/29/1997 11:37 PM | Brave HTML Docu... | 17 KB |
| EXTRSRGA.HTM | 10/29/1997 11:37 PM | Brave HTML Docu... | 9 KB |
| EXTSRGA.HTM | 10/29/1997 11:37 PM | Brave HTML Docu... | 19 KB |
| GETPGR.TXT | 10/29/1997 11:37 PM | TXT File | 13 KB |
| INTRO.HTM | 10/29/1997 11:37 PM | Brave HTML Docu... | 24 KB |
| LASTCHNG.HTM | 10/29/1997 11:37 PM | Brave HTML Docu... | 2 KB |
| LATEST.HTM | 10/29/1997 11:37 PM | Brave HTML Docu... | 4 KB |
| LETTER.HTM | 10/29/1997 11:37 PM | Brave HTML Docu... | 5 KB |
| LINK.BAK | 10/29/1997 11:37 PM | BAK File | 5 KB |
| LINK.HTM | 10/29/1997 11:37 PM | Brave HTML Docu... | 5 KB |
| MEMBER.HTM | 10/29/1997 11:37 PM | Brave HTML Docu... | 2 KB |
| OVRVIEW.HTM | 10/29/1997 11:38 PM | Brave HTML Docu... | 12 KB |
| PRESSREL.HTM | 10/29/1997 11:38 PM | Brave HTML Docu... | 8 KB |
| SECURE.HTM | 10/29/1997 11:38 PM | Brave HTML Docu... | 7 KB |
| VG100596.HTM | 10/29/1997 11:38 PM | Brave HTML Docu... | 70 KB |
| VG060996.HTM | 10/29/1997 11:39 PM | Brave HTML Docu... | 54 KB |
| VT092996.HTM | 10/29/1997 11:39 PM | Brave HTML Docu... | 56 KB |

1:10 PM
6/24/2022

I.

PAGE 24

WESTES

Home
Share
View

This PC › DVD RW Drive (D:) HGA3_1 › WEBSITES ›

Name | Date modified | Type | Size

∨ Files Currently on the Disc (2)

HEAVEN-1 | 11/16/1997 6:50 AM | File folder
RKKODY | 11/16/1997 6:50 AM | File folder

Documents
Pictures
iCloud Photo
iCloud Drive
Videos
classmates – for
right to know
HG
DVD RW Drive (I
This PC
3D Objects
Desktop
Documents
Downloads
Music
Pictures
Videos
Windows (C:)
DVD RW Drive (I
Network

Type here to search

1:48 PM
6/24/2022

E. PAGE 25

File Explorer window (RKKODY):

Home | Share | View

This PC > DVD RW Drive (D:) HGA3_1 > WEBSITES > RKKODY

Files Currently on the Disc (8)

| Name | Date modified | Type | Size |
|---|---|---|---|
| IMG | 11/16/1997 6:50 AM | File folder | |
| LOGS | 11/16/1997 6:51 AM | File folder | |
| RKK | 11/16/1997 6:50 AM | File folder | |
| INDEX.BAK | 10/25/1997 1:44 AM | BAK File | 13 KB |
| INDEX.HTM | 11/01/1997 5:22 PM | HTML Docu... | 15 KB |
| NUNAST~1.GIF | | | 15 KB |
| TILE.JPG | | | 1 KB |
| WS_FTP.LOG | 10/30/1997 1:44 AM | Text Document | 1 KB |

Type: BAK File
Size: 12.4 KB
Date modified: 10/30/1997 1:44 AM

1:34 PM  6/24/2022

Type here to search

I. MAGE 26

This PC > DVD RW Drive (D:) HGA3_1 > WEBSITES > RKRODY > RKK

Search RKK

∨ Files Currently on the Disc (50):

| Name | Date modified | Type | Size |
|---|---|---|---|
| 149AB.RAM | 11/3/1997 6:19 PM | RAM File | 1 KB |
| 149AB.RM | 10/27/1997 8:35 AM | RM File | 4,327 KB |
| iCloud Photo | 11/3/1997 6:10 PM | RAM File | 1 KB |
| 151AB.RAM | 10/27/1997 9:12 AM | RM File | 349 KB |
| 151AB.RM | 10/27/1997 1:41 AM | RAM File | 1 KB |
| ALXODY.RAM | 10/30/1997 1:41 AM | RM File | 185 KB |
| ALXODY.RM | 10/30/1997 12:32 AM | RAM File | 1 KB |
| AUDIO.RAM | 10/30/1997 1:41 AM | RM File | 73 KB |
| AUDIO.RM | 10/30/1997 1:42 AM | RAM File | 1 KB |
| CHKODY.RAM | 10/30/1997 1:42 AM | RM File | 478 KB |
| CHKODY.RM | 10/30/1997 12:39 AM | RAM File | 1 KB |
| GLDODY.RAM | 10/30/1997 1:42 AM | RM File | 256 KB |
| GLDODY.RM | 10/30/1997 12:43 AM | JPG File | 23 KB |
| HGBTTNJ.JPG | 10/20/1997 1:42 AM | RAM File | 1 KB |
| JNNODY.RAM | 10/30/1997 12:47 AM | RM File | 164 KB |
| JNNODY.RM | 10/30/1997 1:42 AM | RAM File | 1 KB |
| JWNODY.RAM | 10/25/1997 12:51 AM | RM File | 507 KB |
| JWNODY.RM | 10/30/1997 12:54 AM | RAM File | 261 KB |
| MLL3DY.RAM | 10/30/1997 12:56 AM | RM File | 373 KB |
| MLL3DY.RM | 10/30/1997 1:42 AM | RAM File | 1 KB |
| MLLODY.RAM | 10/30/1997 12:58 AM | RM File | 140 KB |
| NRRODY.RAM | 10/30/1997 1:42 AM | RAM File | 1 KB |

Type here to search

1:36 PM
6/24/2022

Image 27



| Name | Date modified | Type | Size |
|------|---------------|------|------|
| NRRODY.RM | 10/30/1997 1:01 AM | RM File | 384 KB |
| RETURN.BAK | 10/30/1997 1:42 AM | BAK File | 12 KB |
| RETURN.RM | 10/22/1997 2:03 AM | RM File | 12 KB |
| RKKABOUT.HTM | 10/30/1997 5:35 AM | Brave HTML Docu... | 4 KB |
| RKKBK.HTM | 10/30/1997 4:50 AM | Brave HTML Docu... | 3 KB |
| RKKEVENT.BAK | 10/30/1997 1:42 AM | BAK File | 6 KB |
| RKKEVENT.HTM | 10/30/1997 5:00 AM | Brave HTML Docu... | 8 KB |
| RKKHGBK.HTM | 10/30/1997 4:55 AM | Brave HTML Docu... | 5 KB |
| RKKIBS.HTM | 10/30/1997 4:52 AM | Brave HTML Docu... | 6 KB |
| RKKLINKS.BAK | 10/30/1997 1:43 AM | BAK File | 4 KB |
| RKKLINKS.HTM | 10/30/1997 4:54 AM | Brave HTML Docu... | 6 KB |
| RKKNEW.HTM | 11/3/1997 6:46 AM | Brave HTML Docu... | 21 KB |
| RKKONA4T.HTM | 10/30/1997 4:55 AM | Brave HTML Docu... | 70 KB |
| RKKPOST1.HTM | 10/30/1997 4:56 AM | Brave HTML Docu... | 20 KB |
| RKKRIGHT1.HTM | 10/30/1997 5:32 AM | Brave HTML Docu... | 4 KB |
| RKKSTORY.HTM | 10/30/1997 4:57 AM | Brave HTML Docu... | 15 KB |
| RKKTAPE.HTM | 10/30/1997 4:57 AM | Brave HTML Docu... | 16 KB |
| RKKTRAIN.HTM | 10/30/1997 5:40 AM | Brave HTML Docu... | 4 KB |
| RKKVIDEO.HTM | 10/30/1997 5:22 AM | Brave HTML Docu... | 7 KB |
| RKKWILL.HTM | 10/30/1997 1:44 AM | Brave HTML Docu... | 39 KB |
| RKKWIND.HTM | 10/30/1997 1:44 AM | Brave HTML Docu... | 4 KB |
| SRRODY.RAM | 10/30/1997 5:22 AM | RAM File | 1 KB |
| SRRODY.RM | 10/30/1997 1:44 AM | RM File | 235 KB |
| STPTHALF.GIF | 10/30/1997 1:04 AM | GIF File | 5 KB |

6/24/2022   1:39 PM

E. PAGE 28

This PC > DVD RW Drive (D:) HG43_1 > WEBSITES > RKKODY > RKK

| Name | Date modified | Type | Size |
|---|---|---|---|
| RKKBK.HTM | 10/30/1997 4:53 AM | Brave HTML Docu... | 6 KB |
| RKKEVENT.BAK | 10/30/1997 1:42 AM | BAK File | 6 KB |
| RKKEVENT1.HTM | 10/30/1997 5:00 AM | Brave HTML Docu... | 8 KB |
| RKKHGBK.HTM | 10/30/1997 4:53 AM | Brave HTML Docu... | 5 KB |
| RKKLIBS.BAK | 10/30/1997 4:52 AM | BAK File | 6 KB |
| RKKLINKS.BAK | 10/30/1997 1:42 AM | BAK File | 4 KB |
| RKKLINKS.HTM | 10/30/1997 4:54 AM | Brave HTML Docu... | 6 KB |
| RKKNEW.HTM | 10/30/1997 5:46 AM | Brave HTML Docu... | 21 KB |
| RKKOMAT.HTM | 11/3/1997 8:46 AM | Brave HTML Docu... | 70 KB |
| RKKOFST.HTM | 10/30/1997 4:55 AM | Brave HTML Docu... | 20 KB |
| RKKRIGHT.HTM | 10/30/1997 4:55 AM | Brave HTML Docu... | 4 KB |
| RKKSTORY.HTM | 10/30/1997 5:32 AM | Brave HTML Docu... | 15 KB |
| RKKTAPE1.HTM | 10/30/1997 4:57 AM | Brave HTML Docu... | 16 KB |
| RKKTRAIN.HTM | 10/30/1997 4:57 AM | Brave HTML Docu... | 4 KB |
| RKKVIDEO.HTM | 10/30/1997 5:40 AM | Brave HTML Docu... | 7 KB |
| RKKWILL.HTM | 10/30/1997 4:57 AM | Brave HTML Docu... | 39 KB |
| RKKWIND.HTM | 10/30/1997 5:22 AM | Brave HTML Docu... | 4 KB |
| SRRODY.RAM | 10/30/1997 1:44 AM | RAM File | 1 KB |
| SRRODY.RM | 10/30/1997 1:04 AM | RM File | 255 KB |
| STPTHALF.GIF | 10/30/1997 1:44 AM | GIF File | 5 KB |
| TILE.JPG | 10/30/1997 1:44 AM | JPG File | 1 KB |
| VRNODY.RAM | 10/30/1997 1:44 AM | RAM File | 1 KB |
| VRNODY.RM | 10/30/1997 1:05 AM | RM File | 128 KB |
| WS_FTP.LOG | 10/30/1997 1:44 AM | Text Document | 4 KB |

1:49 PM
6/24/2022

# Style A    Style B

## TO ORDER Mugs, Mouse Pad



**Original Art**
**full color prints**
**frame.**

**Available for $4**

**Sweat Shirts are high quality white**
**100% cotton. Specify size S, M, L, X**
**ORDER Send $25.00 each plus $3**



...public statements, and advertisi...
book, including the addendum, ...

To ORDER Send $25 to Right...

## MUGS, MOUSE PADS, ...



Style A    Style B

TO ORDER Mugs, Mouse Pad or ...

Original Art of h...
full color prints c...
frame...

advertising placed in the USA to...
dendum, is 230 8-1/2 x 14 (legal s...

5 to Right to Know (includes shippin...

## PADS, PATCHES AND PI...



B

Mouse Pad or Patch send $10 each

tapes - 12 segments).  These

ellite in  1992.

H), or send $99 for the entire

d When

e to the
presentatives
f Heaven's
inal days of
 of  posters,
today.   The
l size) pages.

ping in US.)



**PICTURES**

I-1 page 34

# Right to Know

2522 Lincoln #174, Venice, Ca 90291

**TO**

Stephen Havel
18 New York Ave
Stony Brook, NY 11790

$0.78

CD ENCLOSED
**Handle With Care**
FIRST CLASS MAIL





# Right to Know

2532 Lincoln #174, Venice, Ca 90291

**TO**

Steve Havel
18 New York Ave.
Stony Brook, NY  11790

CD ENCLOSED
**Handle With Care**
FIRST CLASS MAIL

# EXHIBIT 2

## Francisco Falcon - Jhnody sent Havel (Sawyer) Pendrive with 930 Audios 6-1-2021

## DO Establishes that JHNODY aka Francisco Falcon is in His Service to Disseminate Their Information by sending him a FedX packet and Tapes, etc.

**This also shows that Mark and Sarah King knew that Jhnody was on the list (in the Letter to them) of someone to get help from and to definitely divide the audio tapes with as they did until JHN realized TI and DO didn't intend for them to be locked away – that they needed to be made available to the world to hear.**

**I. Email to Sawyer of Class Material he received in his FedX packet**    Page 1

Email to Sawyer of Beyond Human Video Tape Masters he received in his FedX packet    Page 2

Picture of 12 sessions of Beyond Human Original Masters    Page 3

**II -Letter to JHNODY with List of FedX Content**

Email from sending Letter to Sawyer    Page 1

Letter from Class    Page 2

Pics of enclosed 3 ½ " floppy disks with Class files listed in Letter + Away Team patches    Page 3

Pic of Blue Book (plastic binding) Content of Web Site before Purple Book Existed    Page 4

Cover of Blue Book    Page 5

Inside Cover Page of Blue Book    Page 6

Blue Book Common Law Copyright page (free to copy to distribute if non commercial)    Page 7

Blue Book Common Law Copyright page with ISBN # to Heavens Representatives    Page 8

**III. Email to Sawyer for List of who received a similar packet from DO and Crew**    Page 1

List of others who received a similar Fed X packet (page 1 of 2)    Page 2

List of others who received a similar Fed X packet (page 2 of 2)    Page 3

**IV Email to Sawyer of Location of Exit of Group to Rancho Sante Fe, CA**    Page 1

Location written document to Rancho Sante Fe and how to get into the house    Page 2

Map 1 of location    Page 3

Map 2 of location    Page 4

**V. Audio tapes sent to JHN by Mark and Sarah King**    Pages 1-18

**VI. Francisco Falcon sent Stephen Havel (Sawyer) Pendrive with 930 Audios 6-1-2021**    Pages 1-4

I. Email came PAGE 1 of What come in his
FELIX Packet folder CLAPS



The Beyond Human Series Videos master
(originals) sent to Theology in his FedX
package from CLASS



Original SVHS - Beyond Human Series 1 to 12 and Do exit video and students of heavens gate expressing their thoughts before exit   Inbox ×

Francisco Falcon
to me

Enviado desde mi Galaxy

Fri, Jun 24, 5:26 PM (2 days ago)

17 of 320

Reply    Forward

Thanks for sharing!    Very interesting!    Love it!

Type here to search





II. page 2

JHN,

By now, having read the enclosed press release and Earth Exit Statements By Students, you should be aware that we have exited our vehicles just as we entered them. Hopefully, you will receive this FedEx in a timely manner to coincide with the FedEx's being sent out simultaneously to the others on the list.

We have enclosed a set of diskettes containing the contents of our website, two final videotapes made by DO and the Class, the location of our exit, and the list of others receiving this packet – one reason we particularly wanted to put it in your hands is so that two copies of this material will now exist outside the States. The other is with a Romanian ISP with whom we've recently made arrangements to be one to house the heavensgate site (www.heavensgate.deltanet.roknet.ro) – but until such time as this FedEx reaches him, the webmaster there knows very little about us, so we'll see how that goes – how he chooses to respond.

You have been extremely helpful to us, and we wanted to especially thank you for that assistance. You seemed to be in tune with those times when that help was particularly appreciated.

We would hope that, should you feel inclined to assist with the dissemination of our information, you would contact some of the following: MRC/SRF, RKK, OSC (Oscar or OSCODY), FLX/ABL or NEO and work together on it to some degree, at least initially. That's not to influence any options you may choose on your own in relationship to us and this event, for all doors are still open to you as well. That's always your choice.

We wish you only the best and our hearts are with you.

Thank you.

The Class

**Note:** Due to time limitations and less than professional equipment, the quality is rather poor on the enclosed videotapes, and for this we apologize. Some of the individuals on the list are receiving SVHS tapes and some will be receiving the standard VHS format – our intention is for those SVHS tapes to serve primarily as masters for making further copies, which we are certainly encouraging. These tapes can be sent to the media or wherever you feel would be appropriate. However, in case you don't know this already, the SVHS tapes will not play properly on a standard VHS player/recorder, you will need to view them on an SVHS machine.

**Additional Note:** We suspect that the authorities will take an immediate interest in you – your whereabouts – your plans in relationship to the action that we took – and we are asking that you be cautious and aware of this for your own protection.



USDC IN/ND case 3:22-cv-00395-JD-MGG document 20-1 filed 04/26/22 page 46 of 158



# How and When

# "Heaven's Gate"

*(The Door to the Physical Kingdom Level Above Human)*

# May Be Entered

*An Anthology of Our Materials*

# How and When

# "Heaven's Gate"

## (The Door to the Physical Kingdom Level Above Human)

## May Be Entered

## Some Topics Addressed:

- ❖ The *metamorphic formula* – the transition from human kingdom to Kingdom Level Above Human

- ❖ Some *"symptoms"* of likely candidates: turning against the system – preferring to die rather than stay in "this world" – wanting to *"go home to God"*

- ❖ All *organized religions* are unknowingly used as the *#1 killers of souls*

- ❖ *UFO's and space aliens* – sorting the good from the bad

*An Anthology by Representatives*
*from the Kingdom of Heaven*

II. PAGE 7

© Common Law Copyright
1996 by Heaven's Representatives
Printed in the New Mexico Republic, the united States of America

ALL RIGHTS RESERVED, WITHOUT PREJUDICE,
U.C.C. 1-207, U.C.C. 1-103.6

This book is protected by Common Law copyright. Permission is hereby granted to reproduce this book, or portions thereof, as long as the content is unchanged, i.e., nothing added to it or taken away from it as long it is for non-commercial purposes.

No part of this publication may be reproduced or transmitted in any form or by any means, now known or to be invented or adapted, for the purpose of financial gain or profit.

# Copyright

© Common Law Copyright
1996 by Heaven's Representatives
Printed in the New Mexico Republic, the united States of America
ALL RIGHTS RESERVED, WITHOUT PREJUDICE,
U.C.C. 1-207, U.C.C. 1-103.6
**ISBN: 0-926524-51-8**


This book is protected by Common Law copyright.  Permission is
hereby granted to reproduce this book, or portions thereof, as
long as the content is unchanged, i.e., nothing added to it or
taken away from it as long as it is for non-commercial purposes.

No part of this publication may be reproduced or transmitted in
any form or by any means, now known or to be invented or adapted,
for the purpose of financial gain or profit.

8

III

page 1

Cover page of email to lawyer of List of Those who received Similar FedX packets

https://mail.google.com/mail/u/1/#inbox/FMfcgzGpFdFNSHvWlRKTcmgFdLtSDJtm

Gmail

Search mail

**List of those who received similar packets**   Inbox ×

5 of 320

**Francisco Falcon**

to me

**2 Attachments**

Fri, Jun 24, 7:50 PM (2 days ago)

Enviado desde mi Galaxy

Reply     Thank you!     Got it, thanks!     Received, thank you.

Forward

Type here to search

77°F

10:12 AM
6/26/2022

III. page 2

# LIST OF THOSE WHO RECEIVED SIMILAR PACKETS

(former classmembers currently handling TELAH's mail)
Mark and Sarah King
4757 East Greenway Rd., #103
Phoenix, AZ 85032
(602) 493-7678
solaty@cris.com

(current classmember in a satellite or "halfway-house" circumstance in relationship to the class)
Wayne Parker (a.k.a. OSC, Oscody or Oscar)
5515 N. 7th Street, #5-226
Phoenix, AZ 85014
(602) 279-3221
recgnizr@sprintmail.com

(former classmember)
Chuck Humphrey (a.k.a. RKK)
841 Phillips Drive
Northglenn, CO 80233
(303) 452-1708
next-gen@ix.netcom.com

Chuck Humphrey is also at
Right to Know
420 East 120th Street, Unit B-2, Suite 107
Denver, CO 80020
(303) 784-5657

(former classmember)
Francisco J. Falcon (a.k.a. JHN)
URB Santa Fe,
Calle Jose D. Beaujon
Quinta Rosita
Punto Fijo, Falcon, Venezuela
+58 69 455709
tidoaim@telcel.net.ve

(former classmember who left class in late February of 1997)
Rik Ford (Rio DiAngelo) (a.k.a. NEO)
c/o InterAct Entertainment
9107 Wilshire, Suite 700
Beverly Hills, CA 90210
1-888 www-geti or 1-800 USSEARCH, ask for Rio)
rio@websitesnow.com

(former classmembers currently in a "satellite" circumstance in relationship to the class)
Lorraine and Floyd Snelson (a.k.a. FLX and ABL)
11845 State Route F
Rolla, MO 65401
(573) 364-1031

_III. pAge 3_

(friends of classmembers, they maintain the ISP currently housing heavensgate.com)
Chris Milus and Holly Craig
1387 Old Elkton Pike
Dellrose, TN 38449
(615) 732-4816 or (615) 433-9448
chris@dns.cnav.com or holly@dns.cnav.com

(segment producer/reporter (Simon) and producer/director (Debbie) with the BBC – currently doing
a documentary on UFO's – they are our preferred media contacts and we'd like them to have access
to the story first – they recently contacted us to do an interview which we declined, but we felt good
about them.  Feel free to contact them if you'd like to.)
Simon Boyce and Debbie Geller
BBC c/o CBC
747 Third Avenue, 8th floor
New York, NY  10017  Room 8-C
(212) 546-0547
boyces@newyork.cbc.ca

(webmaster at a Romanian ISP, a back-up site for heavensgate – site address is
_www.heavensgate.deltanet.roknet.ro_)
Ionut Muntean
Deltasoft, LTD
2200 Brasov
50 Harmanului Street
B, fl.2, ap.9
ROMANIA
+40 68 322150
delta@deltanet.roknet.ro



LOCATION of EXIT - Kansas ~ MN - I

PAGE 1 - Cover of email of evidence to Stryper

IV LOCATION or in her directions

PAGE 2

# Location

We have been residing at a rental property in San Diego county owned by Sam Koutchesfahani – his telephone number is (619) 756-6868. We'd prefer that you call him only after one of you (on the list) visit the rental property yourself. He knows who we are to the best of his comprehension, and he is likely to be cooperative if he knows you are friends of our "monastery." He is an Iranian who is currently not allowed to leave this country due to some legal problems that he was involved in. He is experiencing quite a lot of financial difficulties at present and the house that we've been renting is one of his major assets. So he may be concerned in this regard. His wife is named Fifi and she has also been extremely nice to us; she has some idea that we are "angels."

Address:
18241 Colina Norte
Rancho Santa Fe, CA 92067

The street, Colina Norte, is located off a larger street which runs roughly E to W called El Camino Del Norte. Both of these roads are located on the North side of the little town of Rancho Santa Fe, California. Rancho Santa Fe is just E of the slightly larger town of Encinitas, CA and it is SW of the town of Escondido, CA.

There is an iron gate at the bottom of the drive. You'll likely need to hop the fence and enter the house to open the gate. The entry door between the two garage doors on the SW side of the house will be left unlocked. To open the gate, enter the house and locate the switch that looks just like a regular wall light switch; it is situated next to the main intercom/radio fixture mounted in the wall between the kitchen and the main front door – just flip the switch up and the gate will open.

The house is quite large and sits on a hill with a large iron gate at the bottom of the driveway. The house number (18241) is on the left concrete gate pillar. The driveway curves around the front of the house and then winds towards the garages to the side of the house and then around towards the back of the house. You can see the tennis court above and to the rear of the property from the garage area. You can enter the house as stated above through the regular household door situated between the two garage doors.

If you have access to a San Diego county *Thomas Guide,* the house is located on map 1148 in square D-7.

IV
PAGE 3
LOCATION
MAP 1



IV - Location map 2

PAGE (4)

viii

pg 1 Cover Email to Sawyer



**Audiotapes packages** Inbox

**Francisco Falcon**
to me

Enviado desde mi Galaxy

Ok. | Ok, recebido. | Não veio nada.

Reply | Forward

I

PAGE 2 - Audio Tape Kitchen





PAGE 4

812  12-06-93  Lesson on going out          79 min.
             Souls w/deposits vs none
             (2 of 2)

813  12-08-93  Next Level Conception  75 min.

814  12-10-93  Creatures vs Souls          48 min.

815  12-11-93  Lessons from Elijah Meeting
             Holy spirit, sponge, permissiveness
             ( 1 of 2 )                  126 min.

816  12-11-93  Lessons from Elijah Meeting
             Holy spirit, sponge, permissiveness
             ( 2 of 2 )                  126 min.

817  12-14-93  New Soul/Creature
             Understanding        105 min.
             Going out Questions  (1 of 2)

818  12-14-93  New Soul/Creature
             Understanding        105 min.
             Going out Questions  (2 of 2)

819  12-15-93  RDD Leaves Class         16 min.
             Strategy for going out in 3's

820  12-15-93  2 Teams in a Town         96 min.

821  12-18-93  How to Approach Meeting
                                    68 min.

2L PAGE 5

822   12-20-93   Offspring & Others       80 min.

823   12-25-93   Q & A Going Out          70 min.

824   12-27-93   Partnerships & Travel Strategy
                                          77 min.

825   12-28-93   Where to go first        54 min.

826   12-30-93   Consider actions in grouping
                 Strategy for going out

827   01-02-94   Make it believable,      75 min.
                 Do all I can, don't
                 shortchange them

828   01-02-94   Make it believable,      75 min.
                 Do all I can, don't
                 shortchange them

829   01-27-94   Compound/Going           45 min.
                 Public Strategy

830   03-03-94   Relationship to O.M.
                 Misc. Strategy
                 (says 2 of 2 but don't have 1st tape)

831   03-24-94   Tampa USF Meeting
                 (1 of 2)

PAGE 6

832  03-24-94  Tampa USF Meeting
( 2 of 2)

833  04-02-94  Meeting w/Links Group 2 & 4
( Little Rock, AR)
(says 1 of 2 but only have 1)

834  04-29-94  Not Judging, Not Denying
Who you are.          120 min.
( 1 of 2 )

835  04-29-94  Not Judging, Not Denying
Who you are          120 min.
( 2 of 2 )

836  05-22-94  Mt. Cross

837  05-23-94  Inverness  (tape 1 of 2)

838  05-23-94  Inverness  (tape 2 of 2)

839  05-24-94  Inverness  2nd Meeting
(tape 1 of 2)

840  05-24-94  Inverness 2nd Meeting
(tape 2 of 2)

841  Inverness  3rd Meeting
Change becoming a new creature

TA





I. page 8

842 06-14-94 Portland Group 3

6

843 07-07-94 Boseman
Control Status Reports

844 07-11-94 Meeting w/Links
2 Deposits
( 1 of 2 )

845 07-11-94 Meeting w/Links
2 Deposits
( 2 of 2 ) (starts about 2/3 in)

846 07-17-94 Rockford

847 08-06-94 Boston H.I.M.
( 1 of 2 )

848 08-06-94 Boston H.I.M.
( 2 of 2 )                17 min.

849 07-23-94  Meeting w/Links    40 min.

850 09-26-94 Soul, Karma, Judgment  70 min.

851 10-22-94 Crew minded, positive    65 min.

852   11-04-94   Links Meeting

853   11-09-94   Links Meeting
                 ( 1 of 2 )

854   11-09-94   Links Meeting
                 ( 2 of 2 )

855   11-09-94   What if Links Leaves...   90 min.

856   11-22-94   Hive Mentality             65 min.
                 Conceptualizing/
                 Controlling your Vehicle

857   11-23-94   Higher Perspective         25 min.

858   12-04-94   Ornery & Healthy           80 min.

859   12-08-94   As Fast As Possible        95 min.
                 ( 1 of 2 )

860   12-08-94   As Fast As Possible        95 min.
                 ( 2 of 2 )

861   12-10-94   Te Lahson Application      60 min.

| 862 | 12-21-94 | Being Conned (1 of 2) | 120 min. |
| 863 | 12-21-94 | Being Conned (2 of 2) | 120 min. |
| 864 | 12-22-94 | Links Meeting Strategy | 76 min. |
| 865 | 12-25-94 | Exit Puzzle | 85 min. |
| 866 | 12-27-94 | Compound Strategy | 80 min. |
| 867 | 12-31-94 | First Half of Meeting | 60 min. |
| 868 | 12-31-94 | D - Year | 95 min. |
| 869 | 01-23-95 | Compound Strategy | 70 min. |
| 870 | 01-25-95 | Compound Strategy/ Algae (1 of 2) | 100 min. |
| 871 | 01-25-95 | Compound Strategy Algae (2 of 2) | 100 min. |

V — page 211

Francisco Falcon

Audios 872 til 896   Inbox ×

to me ⌄

Jun 24, 2022, 4:43 PM (2 days ago)

Enviado desde mi Galaxy

3 Attachments



GRACIAS!

RECIBIDO.

RECIBIDO, GRACIAS!

Reply    Forward

881 02-01-95 Mission to Another Country
(India ?) 135 min.
( 2 of 2 )

880 02-01-95 Mission to Another Country
(India ?) 135 min.
( 1 of 2 )

879 02-26-95 Diet - NL has to like you
( 2 of 2 )

878 02-26-95 Diet - NL has to like you
( 1 of 2 )

877 02-17-95 Alien Agenda/Departure
Questions 65 min.

876 02-16-95 To Leave Without 90 min.
Compromising

875 02-04-95 Separating Vehicle & Mind
Leaving in '95 95 min.
( 2 of 2 )

874 02-04-95 Separating Vehicle & Mind
Leaving in '95 95 min.
( 1 of 2 )

873 01-29-95 Moving Target Monastery
( 2 of 2 )

872 01-29-95 Moving Target Monastery
( 1 of 2 )





892   05-09-95   Redemption

893   05-25-95   Shedding Influences
                 Becoming as Children

894   25-26-95   Links                45 min.

895   05-26-95   Duty

896   05-26-95   Heavy Duty Influences  45 min.



Audeo List sent to JHW From Mark + Sarah

H PAGE 16

| | | | |
|---|---|---|---|
| 811 | 12-06-93 | Lesson on going out<br>Souls w/deposits vs none<br>( 1 of 2 ) | 79 min. |
| 812 | 12-06-93 | Lesson on going out<br>Souls w/deposits vs none<br>( 2 of 2 ) | 79 min. |
| 813 | 12-08-93 | Next Level Conception | 75 min. |
| 814 | 12-10-93 | Creatures vs Souls | 48 min. |
| 815 | 12-11-93 | Lessons from Elijah Meeting<br>Holy spirit, sponge, permissiveness<br>( 1 of 2 ) | 126 min. |
| 816 | 12-11-93 | Lessons from Elijah Meeting<br>Holy spirit, sponge, permissiveness<br>( 2 of 2 ) | 126 min. |
| 817 | 12-14-93 | New Soul/Creature<br>Understanding<br>Going out Questions (1 of 2) | 105 min. |
| 818 | 12-14-93 | New Soul/Creature<br>Understanding<br>Going out Questions (2 of 2) | 105 min. |
| 819 | 12-15-93 | RDD Leaves Class<br>Strategy for going out in 3's | 16 min. |
| 820 | 12-15-93 | 2 Teams in a Town | 96 min. |
| (821) | 12-18-93 | How to Approach Meeting | 68 min. |
| 822 | 12-20-93 | Offspring & Others | 80 min. |
| 823 | 12-25-93 | Q & A Going Out | 70 min. |
| 824 | 12-27-93 | Partnerships & Travel Strategy | 77 min. |
| 825 | 12-28-93 | Where to go first | 54 min. |

| | | | |
|---|---|---|---|
| 826 | 12-30-93 | Consider actions in grouping<br>Strategy for going out | |
| 827 | 01-02-94 | Make it believable,<br>Do all I can, don't<br>shortchange them | 75 min. |
| 828 | 01-02-94 | Make it believable,<br>Do all I can, don't<br>shortchange them | 75 min. |
| 829 | 01-27-94 | Compound/Going<br>Public Strategy | 45 min. |
| 830 | 03-03-94 | Relationship to O.M.<br>Misc. Strategy<br>(says 2 of 2 but don't have 1st tape) | |
| 831 | 03-24-94 | Tampa USF Meeting<br>( 1 of 2 ) | |
| 832 | 03-24-94 | Tampa USF Meeting<br>( 2 of 2) | |
| 833 | 04-02-94 | Meeting w/Links Group 2 & 4<br>( Little Rock, AR)<br>(says 1 of 2 but only have 1) | |
| 834 | 04-29-94 | Not Judging, Not Denying<br>Who you are<br>( 1 of 2 ) | 120 min. |
| 835 | 04-29-94 | Not Judging, Not Denying<br>Who you are<br>( 2 of 2 ) | 120 min. |
| 836 | 05-22-94 | Mt. Cross | |
| 837 | 05-23-94 | Inverness (tape 1 of 2) | |
| 838 | 05-23-94 | Inverness (tape 2 of 2) | |
| 839 | 05-24-94 | Inverness 2nd Meeting<br>(tape 1 of 2) | |
| 840 | 05-24-94 | Inverness 2nd Meeting<br>(tape 2 of 2) | |

PAGE 67

841  Inverness  3rd Meeting
     Change becoming a new creature

842  06-14-94  Portland   Group 3

843  07-07-94  Boseman
               Control Status Reports

844  07-11-94  Meeting w/Links
               2 Deposits
               ( 1 of 2 )

845  07-11-94  Meeting w/Links
               2 Deposits
               (2 of 2 ) (starts about 2/3 in)

846  07-17-94  Rockford

847  08-06-94  Boston H.I.M.
               ( 1 of 2 )

848  08-06-94  Boston H.I.M.
               ( 2 of 2 )                17 min.

849  07-23-94  Meeting w/Links        40 min.

850  09-26-94  Soul, Karma, Judgment  70 min.

851  10-22-94  Crew minded, positive  65 min.

852  11-04-94  Links Meeting

853  11-09-94  Links Meeting
               ( 1 of 2 )

854  11-09-94  Links Meeting
               ( 2 of 2 )

855  11-09-94  What If Links Leaves..  90 min.

856  11-22-94  Hive Mentality         65 min.
               Conceptualizing/
               Controlling your Vehicle
857  11-23-94  Higher Perspective     25 min.

858  12-04-94  Ornery & Healthy       80 min.

859  12-08-94  As Fast As Possible    95 min.
               ( 1 of 2 )

860  12-08-94  As Fast As Possible    95 min.
               ( 2 of 2 )

861  12-10-94  Te Lahson Application  60 min.

862  12-21-94  Being Conned           120 min.
               ( 1 of 2 )

863  12-21-94  Being Conned           120 min.
               ( 2 of 2 )

864  12-22-94  Links Meeting Strategy  76 min.

865  12-25-94  Exit Puzzle            85 min.

866  12-27-94  Compound Strategy      80 min.

867  12-31-94  First Half of Meeting  60 min.

868  12-31-94  D - Year               95 min.

869  01-23-95  Compound Strategy      70 min.

870  01-25-95  Compound Strategy      100 min.
               Afgar
               ( 1 of 2 )

| | | | |
|---|---|---|---|
| 871 | 01-25-95 | Compound Strategy   100 min. Algae ( 2 of 2 ) | |
| 872 | 01-29-95 | Moving Target Monastery ( 1 of 2 ) | |
| 873 | 01-29-95 | Moving Target Monastery ( 2 of 2 ) | |
| 874 | 02-04-95 | Separating Vehicle & Mind Leaving in '95        95 min. ( 1 of 2 ) | |
| 875 | 02-04-95 | Separating Vehicle & Mind Leaving in '95        95 min. ( 2 of 2 ) | |
| 876 | 02-16-95 | To Leave Without Compromising        90 min. | |
| 877 | 02-17-95 | Alien Agenda/Departure Questions        65 min. | |
| 878 | 02-26-95 | Diet - NL has to like you ( 1 of 2 ) | |
| 879 | 02-26-95 | Diet - NL has to like you ( 2 of 2 ) | |
| 880 | 02-01-95 | Mission to Another Country (India ?)        135 min. ( 1 of 2 ) | |
| 881 | 02-01-95 | Mission to Another Country (India ?)        135 min. ( 2 of 2 ) | |
| 882 | 02-19-95 | Accelerated Change/ Self Sufficiency        75 min. | |
| 883 | 03-03-95 | Relationship to OM & Misc. Strategy | |
| 884 | 04-22-95 | Links Meeting | |
| 885 | 04-15-95 | Getting Rid of Your Own Mind | |

| | | | |
|---|---|---|---|
| 886 | 04-15-95 | Links Needs | 90 min. |
| 887 | 04-17-95 | Influences/Deposits Increasing Thirst Thru Asking | |
| 888 | 04-21-95 | Getting Rid of Excess Conservative w/$ Desperation | |
| 889 | 04-22-95 | Accelerating | 30 min. |
| 890 | 04-29-95 05-01-95 | NL Determines Exit | 70 min. |
| 891 | 04-29-95 05-01-95 | NL Determines Exit | 70 min. |
| 892 | 05-09-95 | Redemption | |
| 893 | 05-25-95 | Shedding Influences Becoming as Children | |
| 894 | 25-26-95 | Links | 45 min. |
| 895 | 05-26-95 | Duty | |
| 896 | 05-26-95 | Heavy Duty Influences | 45 min. |
| 897 | 05-27-95 | Lessons Re: STR | |
| 898 | 06-03-95 | Connecting | 20 min. |
| 899 | 06-06-95 | Celebration | 45 min. |
| 900 | 06-12-95 06-14-95 | Meeting Receiving from T? | 10 min 40 min. |

FO-S-024

FECHA: _____

Señores
GUARDIA NACIONAL BOLIVARIANA COMANDO DE OPERACIONES,
COMANDO ANTIDROGA, UNIDAD ESPECIAL ANTIDROGAS DE MAIQUETÍA
Cc: RESGUARDO NACIONAL.

Su Despacho
Por medio de la presente, nosotros _FRANCISCO FALCON_____
C I / RIF Nº V- _3394164_____ hacemos constar que se está
exportando _____MERCANCIA ( )_____ Bulto(s) que serán embarcadas con
el Nro. De Guía Aérea _6027956191_, con destino a, _USA_ en el Vuelo de
DHL_____

**BAJO FE DE JURAMENTO**, declaro que en el embarque en referencia no se
transporta ningún tipo de substancia estupefaciente o psicotrópica de las
señaladas o especificadas en la **LEY ORGANICA DE DROGA.**, asumiendo
toda responsabilidad y rigor que pueda derivarse de la tramitación y
agenciamiento de la mercancía, bienes y lo útiles contenidos en este
embarque.
Sin otro particular a que hacer referencia, me despido de Usted, dando fe de
lo expuesto, firmando conforme,
Atentamente,

Nombre de la Compañía
(*opcional*)

Nombre y Apellido

Cargo:(*solo persona Jurídica*)

Teléfono:

Firma y _____  3394164

Nota: Las huellas deben ser colocadas de manera
adecuada y visible

Huellas Dactilares:
*gares izquierdo y derecho)*

REPUBLICA BOLIVARIANA DE VENEZUELA
CEDULA DE IDENTIDAD
V 3.394.164                079
                    Gustavo Vizcaír
                    Director
APELLIDOS FALCON SALIMA
NOMBRE FRANCISCO JESUS
17/06/1949  SOLTERO
F. NACIMIENTO  EDO CIVIL
13/07/2019  07/2029
F. EXPEDICION  F. VENCIMIENTO
**VENEZOLANO**

# Commercial Invoice

Nº de albarán: 6027955161   **Fecha:**   2021-06-01   Nº de Factura:

**ENVÍO DESDE:**
FRANCISCO JESUS FALCON
FRANCISCO JESUS FALCON
CALLE JOSE DOLORES BEAUJO QTA RICOA
SANTA FE
PUNTO FIJO EDO FALCON
CARACAS, CARACAS

Venezuela
+584123429028
FRANCISCOFALCON316@GMAIL.COM
Tipo de vendedor:BUSINESS
CIF:J-00086473-0
EORI:
IDENTIFICACIÓN FISCAL:

**ENVIAR A:**
STEPHEN  HAVEL
STEPHEN  HAVEL
639 Saw Mill Hill Road

Wells, 05774
Vermont
United States of America
+18023252296

Tipo de vendedor:PRIVATE
CIF:
EORI:

Referencia del envío:  PENDRIVE
Referencia del destinatario:

**Observacion-
es:**

| Art-ículo | Descripción | Código de la mercancía | GST pagado | Peso neto/bruto | COO | Tipo de referencia e identificación | Cantid-ad | Valor unitario | Valor subtotal |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 1,00 PCS | 20.00 USD | 20.00 USD |
| 1 | PENDRIVE | | | 0.10 kg | VENEZUE-LA | | | | |

Total factura:             20.00 USD
Importe total de la factura: 20.00 USD
Código de divisa:       USD
Forma de pago:
Incoterms:                Delivered at Place
Place of Incoterm:
Motivo de la exportación: Personal, Not for Resale
Tipo de exportación:    Permanent
Peso neto total:
Peso bruto total:        0.10kg

Nº de líneas de artículos:    1
Nº de palets:                 0
Total bultos:                 1.0
Marcas del paquete / Otra información:

CIF/NIF del pagador:
Impuestos/Tasas acc!:        Receiver Will Pay
Requiere Pedimento:          No
Sistema de pago de aranceles e impuestos:

Transportista:
Destinatario final:          DHL
Licencia Nº:

Por la presente certifico que la información contenida en esta factura es veraz y correcta y el contenido de este envío es el declarado.

**Nombre:**   FRANCISCO JESUS FALCON

**Cargo:**

**Fecha de la firma:** _____

**Firma:**

**Sello de la empresa**

Página 1 of 1

VI page 3

Recipient's Copy Piece 1 of 1

**EXPRESS WORLDWIDE** **WPX** **DHL**

2021-04-01 WPXHL-1.6 / '29-4831*

From : FRANCISCO JESUS FALCON
CALLE JOSE FELIX RIBAS, 12
PUTO FIJO EDO FALCON
CARACAS CARACAS
Venezuela

Origin: **CCS**

To : STEPHEN HAVEL
STEPHEN HAVEL
639 Saw Mill Hill Road

Contact: STEPHEN HAVEL

Ref: PENDRIVE

**US-ALB-ALB**

05774 Wells Vermont
United States of America

Postage Weight: 0.1 kg
Piece 1/1

WAYBILL 60 2795 5161

(2L)US05774-48000001

(J-JD01 4600 0087 7695 5258

Content: PENDRIVE

**Autorización y firma del remitente (Requerido)**
Acepto que en este envío se aplican los términos estándar de DHL y limitan la responsabilidad de DHL. También se puede aplicar el Convenio de Varsovia. Declaro que este envío no contiene dinero en efectivo o artículos peligrosos. El remitente exonera a DHL en caso de incumplimiento a la ley contra Ilícitos Cambiarios.

Firma:

**TÉRMINOS Y CONDICIONES DE TRANSPORTE DE DHL EXPRESS**
("Términos y Condiciones")

AVISO IMPORTANTE

SENIAT

N° COMPROBANTE: 201303A0000017863672

## REGISTRO ÚNICO DE INFORMACIÓN FISCAL (RIF)

V033941048  FRANCISCO JESÚS FALCON SALIMA

FECHA DE INSCRIPCIÓN:          18/02/1991

DOMICILIO FISCAL CALLE JOSE DOLORES BEAUJON, QTA RICOA S/N, URB SANTA
FE,EDO FALCON PUNTO FIJO FALCON ZONA POSTAL 4102

FECHA DE ÚLTIMA ACTUALIZACIÓN: 29/07/2013

FECHA DE VENCIMIENTO:          20/07/2016

FIRMAS PERSONALES: f
INNOVACIONES MEDICAS (INNOVAMED)



GERENCIA REGIONAL DE TRIBUTOS INTERNOS
REGIÓN CENTRO OCCIDENTAL

1033941648-IYS
FIRMA AUTORIZADA

Condición: Contribuyente Formal del IVA: La condición de este contribuyente no requiere la retención del Impuesto en materia de IVA, por no
estar obligado al pago del mismo.

La validez de este Comprobante debe verificarse a través de la dirección www.seniat.gob.ve, Sistemas en Línea mediante la opción "Consulta
Comprobante Digital RIF". No requiere sello húmedo.

# EXHIBIT 3

## DO shows some trust in Sawyer as an "elder" and "older member" and Speaker for Him

Pic of June and Sawyer in Beyond Human Video Session 1     Page 1 - 2

Pics of Sawyer with Classmates during 1994 Public meetings     Page 3 - 6

History of Sawyers Public Speaking     Page 7 - 8

2 Clips from Audio Tape 849 saying Sawyer had Speaker task     Page 9

DO in Beyond Human Session 1 identifies June and Sawyer as having grown to become "elders" and "older members" to the audience.     Page 10-15

JUNEK
https://vimeo.com/heavensgate

(I. PAGE 1) J Sawyer

June

( I. PAGE 2 ) sourse

# Beyond Human Session...

9 years ago

Documentary

Reporting & Journalism

Full title: Beyond Human...
Tr, Do & Students

...ens Gate by the Telah Foundation Beyond Human – The Last Call Session 1...
...red.

http://vimeo.com/hcavenagaco





N Heaven's Gate 1997 NOS(NL)

Missoula, Montana
July 4, 1994

CNN

53:43 / 2:11:14

IN Heaven's Gate 1997 NOS(NL)

**History of Sawyer's Public Speaking and ~~Media~~**
**During and After his membership with Heaven's Gate**
(Sawyer is represented by his Heaven's Gate group initials - SWY)

USDC IN/ND case 3:22-cv-00039 ~~document 30-1~~ filed 06/22/23 page 87 of 158

*I.*
*?Age 7*

## THE BIRTH PERIOD of Human Individual Metapmorphisis - H.I.M.
September 1975 - July, 1976
  Public Meeting Engagements
    Worchester, MA - 200 people at the public library - SWY/DND as speakers
    Mt. Pelier, Vermont - 14 people at hotel room - SWY/DND as speakers
    Panama City, Florida - 50 people at Best Western Motel - SWY/DND guest speakers   *= STL & ?*
    Brownsville, Texas - 40 people at the public library - SWY/DND as speakers
    Lake Charles, Louisiana - 12 people at local hotel
    Liberal, Kansas - 100 people at public library - SWY/DND as speakers   *— Ad in Newspaper 1976*
    Joplin, Missouri - 15 people at public library - SWY/DND as speakers
    St. Joseph, Missouri - 3 people at the public library - SWY/DND as speakers

## 1992 SATELLITE SERIES by Total Overcomers Anonymous - T.O.A.
September 1992 - One hour tape announcing the Second Coming by SWY/JWN sent to Christian
    Broadcasting Network for uplink
October 1992 - 12 hr. Satellite/Video Series - Beyond Human, SWY/JWN as Do's TelePrompTers   *for 1st & 4 hoi*

## 1993 AD CAMPAIGN by T.O.A.
Associate writer of May 27, 1993 USA TODAY 1/3 Page Ad, and consultant on about 20 other ads
    placed in alternative bases tabloids worldwide.

## 1994 PUBLIC MEETING AGENDA of T.O.A.
December 1993 - Trial Public Meeting
    SWY is flown in to Denver, from Phoenix to assist JWN/ALX
January 1994 - September 1994 Public meetings and media events
  Dallas, Texas (Addison Hotel) Public Meeting given by- SWY, CHK, OLL, GLN
  CBS affiliate does nice segment - uses movie script artwork done by OLL
  Dallas, Texas Public Meeting at a city park facility near Love Field - given by SWY, CHK, OLL
  Austin, Texas Public Meeting with media coverage at the Hyatt Hotel given by- SWY, CHK
  Tucson, Arizona -
    ABC affiliate does a good segment of SWY/CHK
    UFOAZ by Ted Loman 60 minute interview with SWY/CHK and MLL
    Public Meeting at a New Age Book Store (Ted tapes meeting) given by SWY/CHK and MLL
  Houston, Texas
    Public Meeting in a private gymnasium given by SWY/CHK
    ABC affiliate separate interview given by SWY/CHK
  Birmingham, Alabama
    Public Meeting given by SWY/MLL with media coverage
  Boulder, Colorado
    Public Meeting at Best Western Motel given by SWY/CHK
  Denver, Colorado
    Public Meeting at a Public Library given by SWY/CHK (near the University)
  Olympia, Washington
    Public Meeting at University given by SWY/YVN
  Portland, Oregon
    Public Meeting at hotel given by SWY/YVN
  Medford, Oregon
    Public Meeting given at courthouse by SWY/YVN
  Mt. Shasta, California
    Public Meeting given at recreation center by SWY/YVN
    Private Meeting given to Mt. Shasta Business Community by SWY/YVN and assistants.
  Vancouver, British Columbia, Canada - (canceled)

*L. page 8*

Several meetings with U of M cult expert and psychologist, Robert Balch to edit his manuscript

Chicago, Illinois
West Chicago Public Meeting - SWY/YVN
Downtown Public Meeting at University - SWY, JWN, OLL, STM

Portland, Maine
Public Meeting with media coverage given by SWY/YVN

Hampton, New Hampshire (South of Portsmouth, New Hampshire)
Public Meeting with media coverage given by SWY/YVN

## RANCHO SANTA FE EVENT - Heaven's Gate

**March 30, 1997 - Easter Sunday**
CBS - 60 minutes - Leslie Stahl interviews Sawyer, Wayne and Kelly, Executive Producer Don Hewitt
says in 50 years of TV this has got to be the most interesting story he's seen and he wants to run all 60
minutes on it. The only other time all 60 minutes was dedicated to one topic was an interview with the
Reagans. (However they couldn't get all three segments edited on time so just ran 2 segments (40 min.)
Short Daily News interview of Sawyer (In CBS waiting room after "60 Minutes" taping)

**March 31, 1997**
ABC - Good Morning America Segment, Joan Lunden interviews Sawyer with Mr. & Mrs. Maeder
CBS - Morning show Segment- Interview of Sawyer, Wayne and Lee Shargal
NBC short interview with Sawyer and Wayne on the street outside of CBS studio
MSNBC - Dayside: Live 60 minute discussion with Sawyer & Wayne by Brian Williams
MSNBC - Sawyer on line chat for 30 minutes
ABC World News Tonight, David Ritter interviews Sawyer and Wayne at Wayne's hotel room
MSNBC - Dayside: Live 60 minute discussion with Sawyer, Wayne and Kelly
MSNBC - Sawyer on line chat for 30 minutes

**April 1, 1997**
CNN - Larry King Live, with DYM's sister, Sawyer from NY, RTH from SF and AND from Seattle

**April 3, 1997**
Time Magazine Interview of Sawyer by Dick Ostling and Photographer
Newsweek Magazine Interview of Sawyer by Matt Bai

**April 8, 1997**
New York Times Interview of Sawyer by Barry Birnack

Boston Globe Phone interview of Sawyer by Steve Fainaru and Charlie Senate re: LVV
Denver Post phone interview of Sawyer re: Ladonna from Denver
UFOAZ - hosted by Ted Loman, 5 minute live phone interview with Sawyer.

**April 9, 1997**
Geraldo Rivera Day Show (taped to play in May)- UFO's Yes or No? (PANEL: Sawyer, Ted Loman (host
of UFOAZ), Moon Astronaut Dr. Edgar Mitchell, Michael Luckman (director of NY Center for UFO
Research), Tim Crofford (UFO Video footage), Kim Carlsburg, (Abductee), another Abductee and
Gov't debunker.

BBC phone interview of Sawyer by Marc Duff in London
San Jose News phone interview of Sawyer by Tracy re: ALX

Psychology Class interviews Sawyer at Riverhead Suffolk Community College *(by telephone)*

*- After 2000 -*
*National Geographics Channel doc*
*Heavens Gate Podcast*
*CNN*
*HBO MAX - Heavens Gate Cult of Cults*
*2020 - ABC -*
*many internet group (media) interviews*

I, may [handwritten] DO speaker of a having had "speaker task" [handwritten]

Two Clips where DO talks about Sawyer as being assigned speaker task in 1994 public meetings.

Clip 1) DO refers to Swyody being Speaker:

2:37 to 2:58:

...you can say, well, how can Swyody, who was a speaker at meetings and you know, helped me come in and come into the class. And which certainly a couple of, if not more than a couple, some of you could certainly say that he was instrumental in helping you come into the classroom.

Clip 2) DO refers to Swyody having been Speaker:

4:05 to 4:16:

...while he was on the road and because he was too embarrassed to bring it up and trade that he wouldn't be speaker any longer, he brought it up.

I, page 60   Beyond Human - Do indicates
June & S.Awyer are
elders & older members
to the audience to
help them.

see # 16 39 40 38 & 39.

1
00:00:00,000 --> 00:00:11,390

2
00:00:11,400 --> 00:00:14,100
Welcome to Beyond Human -

3
00:00:15,200 --> 00:00:16,400
The Last Call.

4
00:00:18,400 --> 00:00:22,800
We have a big picture to try to portray to you.

5
00:00:25,100 --> 00:00:26,200
You don't you know us.

6
00:00:27,600 --> 00:00:29,500
You don't know what we represent.

7
00:00:31,100 --> 00:00:33,390
Beyond human might say something,

8
00:00:33,400 --> 00:00:36,500
it might not but it says a lot to us,

9
00:00:37,500 --> 00:00:38,900
and we want to share it with you.

10
00:00:43,600 --> 00:00:44,600
I've asked

11
00:00:45,700 --> 00:00:47,900
some students to help me.

12
00:00:48,900 --> 00:00:52,200
And you noticed on the opening title page.

13
00:00:54,000 --> 00:00:55,300
that this was

*I₂ Page 11*

```
14
00:00:56,300 --> 00:00:58,900
TI DO and Students.

15
00:01:00,500 --> 00:01:03,590
I'm DO and sitting in front of me

16
00:01:03,600 --> 00:01:07,200
here are two students June and Sawyer
```

*DO Introduces Sawyer & June*

```
17
00:01:08,200 --> 00:01:09,400
and they're going to play.

18
00:01:10,600 --> 00:01:14,990
Your part in voicing for you questions that

19
00:01:15,000 --> 00:01:16,690
might enter your head.

20
00:01:16,700 --> 00:01:19,590
They may not necessarily be questions.

21
00:01:19,600 --> 00:01:21,090
that would enter their heads, cuz they've

22
00:01:21,100 --> 00:01:23,200
been students for a long time.

23
00:01:25,100 --> 00:01:28,200
But they will try to help me

24
00:01:29,400 --> 00:01:34,990
fill the gaps and not have too big of holes

25
00:01:35,000 --> 00:01:36,790
in the subject matter that we're going to

26
00:01:36,800 --> 00:01:37,700
```

try to cover for you.

27
00:01:39,100 --> 00:01:42,090
[NEXT SEGMENT:]
Here this shepherd Jesus comes in and is

28
00:01:42,100 --> 00:01:43,090
respond and

29
00:01:43,100 --> 00:01:45,190
they recognize that they are lost sheep and

30
00:01:45,200 --> 00:01:47,090
they come together and lo and behold he's

31
00:01:47,100 --> 00:01:48,390
got what they're looking for, they don't

32
00:01:48,400 --> 00:01:50,400
know what they were looking for, but he's got it.

33
00:01:54,300 --> 00:01:58,600
Well, this little classroom that dwindled to 50.

34
00:01:59,900 --> 00:02:03,200
and then dwindled down to couple dozen

35
00:02:04,300 --> 00:02:07,200
have now reached a condition

36
00:02:08,100 --> 00:02:08,700
Where they

37
00:02:11,200 --> 00:02:16,190
have overcome the world enough to relate

38
00:02:16,200 --> 00:02:20,890
in a position of a notch as Elders or

39
00:02:20,900 --> 00:02:24,590
older members to anyone else that they

40
00:02:24,600 --> 00:02:26,500
could help in they're own overcoming.

41
00:02:28,500 --> 00:02:31,090
Yes, that means these two here who been

42
00:02:31,100 --> 00:02:32,990
sitting here this whole hour with me and

43
00:02:33,000 --> 00:02:33,690
haven't asked me.

44
00:02:33,700 --> 00:02:34,600
a bloomin thing, (all laughing)

45
00:02:38,600 --> 00:02:40,190
I know they like to hear about the kingdom of

46
00:02:40,200 --> 00:02:42,590
heaven, and they know how filled

47
00:02:42,600 --> 00:02:43,400
I am with it. (emotional)

48
00:02:45,600 --> 00:02:47,190
And I know how filled they

49
00:02:47,200 --> 00:02:47,900
are with it.

50
00:02:49,900 --> 00:02:52,690
You know, we've been in a very strange

51
00:02:52,700 --> 00:02:53,600
position.

52
00:02:54,400 --> 00:02:58,390
And that for 16 years, we haven't shared

53
00:02:58,400 --> 00:02:59,000
this truth.

54
00:03:00,300 --> 00:03:00,700
Oh,

55
00:03:01,900 --> 00:03:05,690
we dabbled in it a teeny bit on two

56
00:03:05,700 --> 00:03:05,990
occasions.

57
00:03:06,000 --> 00:03:12,690
very sheepishly and realized no one wanted

58
00:03:12,700 --> 00:03:13,400
to hear about it.

59
00:03:15,000 --> 00:03:16,990
And now all of a sudden we're getting

60
00:03:17,000 --> 00:03:19,200
instruction to give it out.

61
00:03:20,500 --> 00:03:21,390
more clearly.

62
00:03:21,400 --> 00:03:26,190
And this is what you're witnessing tonight.

63
00:03:26,200 --> 00:03:27,600
The 1st.

64
00:03:28,500 --> 00:03:31,700

program, the first session of a series on,

65
00:03:34,100 --> 00:03:37,300
Above Human Beyond Human.

66
00:03:39,300 --> 00:03:42,800
Last Call End of the Age Last Call.

67
00:03:44,700 --> 00:03:47,600
We'll take this up in another session.

68
00:03:48,900 --> 00:03:50,890
And we'll have a series. I know.

69
00:03:50,900 --> 00:03:52,290
I left a lot of gaps.

70
00:03:52,300 --> 00:03:56,090
They didn't help me fill them too well, but maybe

71
00:03:56,100 --> 00:03:57,890
they'll fill more the next time.

72
00:03:57,900 --> 00:04:01,590
I see these little papers coming up saying 10

73
00:04:01,600 --> 00:04:05,590
seconds left and we look forward to the

74
00:04:05,600 --> 00:04:07,990
next time when we can tell you more.

75
00:04:08,000 --> 00:04:17,257
The TELAH Foundation Copyright 1997

# EXHIBIT 4

## Letters from The Class to Some Former Students

### who had expressed wanting to serve at that time, showing Instructions and Guidelines for the Project to Disseminate Their Intellectual Property and Handling of The Estate After Their Exit from this World.

**Letters from The Class aka Friends or Pursers to:**

**RKK – From Your Friends re: Web Sites and Media Contact... Page 1 - 2**

**RKK – From Your Friends re: Web Site**                                 **Page 3**

**MRC/SRF - (Mark and Sarah King) –**                                 **Page 4-5**
**(re: Items of Value in Storage (Audio tapes) to be disseminated).**

**MRC/SRF – (Mark and Sarah King) –**                                 **Page 6-8**
**(From Pursers re: legal and financial affairs)**

**MRC/SRF – (Mark and Sarah King) –**                                 **Page 9-10**
**(From The Class re: disposition of cars/vans, etc.**

**Chris and Holly – BBC Reporters Interested in Story**                **Page 11**
**(Sent by Your Friends) re: Intro to Chuck (Rkkody)**

*I. Page 1*

RKK,

By now, having read the enclosed press release and the Earth Exit Statements by Students, you should be aware that we have exited our vehicles just as we entered them. Also enclosed is a list of the others who are receiving this press release, as well as a document describing our location. The Internet account information, however, we sent only to you, MRC/SRF, and OSC. We are hoping that with your computer skills, you might choose to assist us in this capacity for whatever length of time feels right to you. We are particularly interested in having you upload the files on the third diskette entitled "Earth Exit, final press release, and index page" to all three of our websites. Instructions to do this have been written up by SRR/VRN and are included in this packet. We are also interested in someone following through with keeping a check on the site located on the Romanian ISP listed on the account information sheet.

We did upload the site to his server last Thursday and we also FedEx'ed the Romanian webmaster the same set of diskettes as you received containing the entire site along with a press release and related documents. We have prepaid two months of webhosting on this Romanian server under the name of Sister Michael Remi. The FTP and telenet access routine is detailed on the account information sheet. The webmaster's name is Ionut Muntean, telephone number: 011 40 68 322150. He speaks and writes English well enough for us to communicate with him, and seems to be an agreeable fellow. All he knew about us however, before now, is that we were a small Interfaith monastery with some "non-traditional" views. So we're not sure what his response will be to this most recent event.

We are hoping, of course, to use this site as an alternate way to access our information in case the authorities shut down our sites in the States. The URL for this site is www.heavensgate.deltanet.roknet.ro – the server is unix machine. If you run into any questions regarding the unix server, a friend of some classmembers named Chris Milus (he's on the list we sent you), runs an ISP in Tennessee, which currently houses the heavensgate.com site. He's very unix knowledgeable, and we suspect he'll be more than happy to help out.

Thanks for your help on this.

Also we want to make it clear that we're certainly not asking you to do this if, after receiving this information, circumstances make it too difficult or other options seem more appropriate for you. We want you to feel free to exercise any available options with whatever timing feels right for your own next step.

We have listed Simon Boyce as our preferred media contact. He recently requested to use us in a major documentary about UFO's and paranormal (he works for the BBC, however he and his crew are currently working out of the CBC office – Canadian Broadcast Company – in New York). Although we declined the interview, he tried to make the point with us on several occasions that their intention was to be as objective as possible. So, whether or not that is possible (for the media to remain objective) at least his frame of mind attempts to lean in that direction. His producer/director, Debbie Geller, at a later time made another sincere, attempt to try to convince us to participate in their documentary. So, for this reason, we are recommending that they be involved to some degree, in the coverage of this event, that is, if their attitude seems to remain somewhat objective and you find working with them not too difficult. Of course, this is contingent upon whether or not you should choose to say anything to the media on our behalf. We would hope that the public would have an opportunity for more thorough knowledge of who we are and what we're about.

(continued next page)

*I: PAGE 2*

　　　Hopefully, you will be able to work together with MRC/SRF, OSC (Oscody), JHN, and NEO (who is currently working for a company in LA called InterAct Entertainment). There is also a recent correspondent from Germany by the name of Soeren, who has been trying to make it to the US to meet with us. OSC is in contact with this individual and has offered housing for him at the Phoenix satellite. We gave instructions to OSC that if Soeren continues to try to support us and to move in our direction, that he can be included in events that transpire to whatever degree feels right. Soeren has been through quite a lot recently in his attempts to come our way, and DO thinks that he deserves our/your help if he still wants it.

　　　Also, it's OK if you want to ask PYP if he would like to participate in any way.

　　　We're probably not thinking of all the things we need to pass on, but if you ask TI and DO for help, as you know, you will get all you need and then some.

　　　Good Luck.

　　　Your Friends

**Note:** Due to time limitations and less than professional equipment, the quality is rather poor on the enclosed videotapes, and for this we apologize. Some of the individuals on the list are receiving SVHS tapes and some will be receiving the standard VHS format – our intention is for those SVHS tapes to serve primarily as masters for making further copies, which we are certainly encouraging. (RKK, you have the original master, we thought you would know best how to duplicate the tapes and where to distribute them for widest coverage.) These tapes can be sent to the media or wherever you feel would be appropriate. However, in case you don't know this already, the SVHS tapes will not play properly on a standard VHS player/recorder, you will need to view them on an SVHS machine.

**Additional Note:** We suspect that the authorities will take an immediate interest in you – your whereabouts – your plans in relationship to the action that we took – and we are asking that you be cautious and aware of this for your own protection.

I. Page 3

Rkk,

Last minute additions for the web site -- if you would like to help
in this way.  Heavensgatetoo is our primary concern.  We have others
that may already correct the other sites if you don't get a chance
to get to it.  Note: any existing graphics that are missing from
these files can be found already on the web site.

Re: Installation of the files found on this disk.

The files on this disk are a press release and the latest papers by
students regarding our exit.  These are intended as updates to the
existing websites of heavensgate, heavensgatetoo, levelabovehuman, and
the Romania heavensgate site.

Since the heavensgatetoo site has a unique set up from the rest, you will
find a "too" subdirectories present on this disk.  The files in it
are the equivalent to heavensgate (or levelabovehuman) but are for
heavensgatetoo.

For simplicity, you will find both index.htm and index.html in the root
directories.  These are duplicates of one another.  Some of the sites
default to index.htm others to index.html, hence the duplication -- upload
both.  The files in the "misc" directory compliment what is already
in the online misc directories.  The new index files update the index
files that already exist in the online root so that they will now include
pointers to the press release and student exit papers.

On another disk that you were sent, you will find the account information
you need in order to upload these files.

Thanks,

Your Friends.



*I: PAGE 4*

MRC/SRF,

By now, having read the enclosed press release, you should be aware that we have exited our vehicles just as we entered them. Also included are two videotapes of DO and the Class, a list of the others who are receiving this final press release and "Earth Exit Statements by Students," as well as a document describing our location. The Internet account information, however, we sent only to you, RKK, and OSC.

Enclosed is a key to our storage units which we prefer remain confidential to you and whomever on the list above would be most helpful to you – we suspect RKK and OSC would likely be a big help – but including others would be OK as well, whatever your strategy permits. We put into storage items that we would prefer the authorities not have access to. You can do with those items whatever feels right to you. The only exception to this is some exercise equipment which belongs to our landlord, Sam, and we suspect he will want at some point. The storage units are #241 (use key 798 for this unit) and #147 (key 591), located at Private Storage Systems, 2421 Barham, Escondido, CA. The passcode to get through the gate is * 21484 # – the related contract/paperwork is also included in this package, and we have attached a map that further pinpoints this location.

We also have a 20 foot yellow truck in a separate storage unit, and we did think that RKK would be a good choice to retrieve it – it's big enough to be able to haul all of what's in storage, we believe. The truck storage paperwork is also enclosed. The name of the company is California Self Storage located at 5206 Eastgate Mall, San Diego, CA  92121-2809. The unit number is F 258 and the access code is *351-3046. Pursers have included an additional document as part of this packet that further covers the disposition of our cars and this truck. So we ask that you refer to that document for details. It is our desire that any items of value that are retrievable by you be divided among those who feel inclined to disseminate our information. Any of the funds you retrieve can be used towards that end and for the living expenses of those involving themselves with this project. It is likely that the items currently in the residence will not be easily available to you – so we did mention to our landlord, Sam, who might have better luck with the authorities in claiming some of those items, since he owns the house, that he could have whatever valuables are there – which likely will amount to a few TV's, some bunks, a few household items, and perhaps a laptop computer or two.

On another note, we uploaded the heavensgate website to an ISP in Romania, and we also FedEx'ed the Romanian webmaster the diskettes containing the entire site along with the diskette containing the final press release and the Earth Exit Statements by Students (these final statements are on a separate disk which hopefully RKK will be able to upload, however the Romanian fellow will have the entire site on diskette as back-up). We have prepaid two months of webhosting on this Romanian server under the name of Sister Michael Remi. The webmaster's name is Ionut Muntean, telephone number: 011 40 68 322150. He speaks and writes English well enough for us to communicate with him, and seems to be an agreeable fellow. All he knew about us however, before now, is that we were a small Interfaith monastery with some "non-traditional" views. So we're not sure what his response will be to this most recent event.

We are hoping, of course, to use this site as an alternate way to access our information in case the authorities shut down our sites in the States. The URL for this site is www.heavensgate.deltanet.roknet.ro.

As you may have noticed, we have listed Simon Boyce as our preferred media contact. He recently requested to use us in a major documentary about UFO's and paranormal (he works for the BBC, however he and his crew are currently working out of the CBC office – Canadian Broadcast Company – in New York). Although we declined the interview, he tried to make the point with us on several occasions that their intention was to be as objective as possible. So, whether or not that is possible (for the media to remain objective) at least his frame of mind attempts to lean in that direction. His producer/director, Debbie Geller, at a later time made another sincere attempt to try to convince us to participate in their documentary. So, for this reason, we are recommending that they be involved to some degree in the coverage of this event, that is, if their attitude seems to remain somewhat objective and you find working with them not too difficult. Of course, this is contingent upon whether or not you should choose to say anything to the media on our behalf. We would hope that the public would have an opportunity for more thorough knowledge of who we are and what we're about.

(continued on next page)

*I.*    *pAge 5*

Hopefully, you will be able to work together with some of the following: OSC, RKK, JHN, FLX/ABL and NEO (who is currently working for a company in LA called InterAct Entertainment). There is also a recent correspondent from Germany by the name of Soeren (we couldn't remember if we mentioned him to you or not), who has been trying to make it to the US to meet with us. OSC is in contact with Soeren and has offered Soeren housing at his apartment. We gave instructions to OSC that if Soeren continues to try to support us and to move in our direction, that he can be included in events that transpire to whatever degree feels right. Soeren has been through quite a lot recently in his attempts to come our way, and DO thinks that he deserves our/your help if he still wants it.

We also asked OSC to register the Heaven's Gate book with the Library of Congress and that if he needed any funds to accomplish this, that you would cover it out of the project funds that you have on hand.

Also we want to make it clear that we're certainly not asking you to do these tasks if, after receiving this information, circumstances make it too difficult or other options seem more appropriate for you. We want you to feel free to exercise any available options with whatever timing feels right for your own next step. No doors are closed to you.

We're probably not thinking of all the things we need to pass on, but if you ask TI and DO for help, as you know, you will get all you need and then some. Our hearts are with you and we appreciate your help on all this.

Good Luck.

The Class

Note: Due to time limitations and less than professional equipment, the quality is rather poor on the enclosed videotapes, and for this we apologize. Some of the individuals on the list are receiving SVHS tapes and some will be receiving the standard VHS format – our intention is for those SVHS tapes to serve primarily as masters for making further copies, which we are certainly encouraging. (RKK has the original master in his packet). These tapes can be sent to the media or wherever you feel would be appropriate. However, in case you don't know this already, the SVHS tapes will not play properly on a standard VHS player/recorder, you will need to view them on an SVHS machine.

Additional Note: We suspect that the authorities will take an immediate interest in you – your whereabouts – your plans in relationship to the action that we took – and we are asking that you be cautious and aware of this for your own protection.

**URGENT Note:** Please drop the letter in the mail addressed to our landlord, Sam, as soon as you feel comfortable *that he will not get that letter before you have a chance to get to the address* listed in the "Location" document.

*I. PAGE 6* *RKK*

March 22, 1997

*MRC/SRF*

" " <u>You are about to inherit what's left of our purser task, to do with as you choose.</u> We are arranging to get some funds to all of you (<u>RKK, OSC & MRC/SRF</u>) from what we have on hand, but we know that there is no way we can pay you for whatever efforts <u>you may or may not choose to contribute in collecting our loose ends and disseminating information about what actually happened here.</u>

## Funds Which May Come In After We Leave

We don't know if you'll actually be able to get any of these funds, but if it is possible, we'd like these funds to be available to those who still support the class and want to help get our information out.

We had two clients who still owe healthy amounts to our company, Higher Source Contract Enterprises. For security reasons (we aren't sure how public MRC/SRF's P.O. may become), we are asking these clients to make out their final checks to OSC and mail them directly to OSC, but these companies may or may not cooperate. Should these clients send checks to our Higher Source P.O., the mail should be forwarded to our box with MRC/SRF, and if you choose, you could deposit those checks in our Higher Source bank account via mail, and use the signed checks that we are sending you to get the money out. If they pay OSC directly, then hopefully he can cash the checks and divvy the funds up with the others. There are three significant amounts still owed to us.

QwikCap
4755 Oceanside Blvd., Suite 130
Oceanside, CA 92056
Contact: Spencer C. Elliott, Phone: 619-631-5280, Fax: 619-631-5285

Amounts Owed:     $4,750.50 (due 3/28/97)
                 $9,400.00 (due 3/14/97)

*Spencer knew us as June, Goider Sonny, Stewart, & Rio of Higher Source*

*Update: We decided not to ask Qwikcap to send a check to OSC, If They send a check, it will be to Higher Source*

Btek Computer Services
3802 E. University, Suite 5
Phoenix, AZ 85034
Contact: Stan Babowicz, Phone: 602-470-0705, Fax: 602-470-0753

*Stan knew us as Melinda + Sonny of Higher Source*

Amount Owed:     $3750.00 (Overdue since about Dec. 96, but we subcontracted for a client who has been slow to pay. Stan has been expecting payment any day, and if he does get the funds, we believe he will in turn pay us.)

*I... PAGE 7*

The other source of income we expect is from tax refunds. We provided you a Power of Attorney for anyone expecting a tax refund, and a list of refunds expected, but we don't know if you'll be able to successfully cash any checks or not—or even if you'll want to try.

You can also use whatever is in the TELAH bank account, which we think is about $1430.

## Postal Boxes

We provided you a list of all our P.O.'s. We closed out a couple of P.O.'s (a U.S. Post Office box in Rancho Santa Fe, and a P.O. for OLL & TLL in Colorado Springs). We sent letters to four P.O.'s asking them to forward weekly to the box we have with you in Phoenix, and we gave them forwarding funds for this purpose. A fifth P.O. (Del Mar Hts P.O.) we did nothing with, since it had little mail going to it. The sixth P.O., the Scottsdale P.O. also was not forwarded. Instead, we are giving you the keys to the Scottsdale P.O. in case you choose to stop by and pick up the mail. Other than the checks you might get through our Higher Source P.O., we doubt that there will be much of interest to you in our mail.

## Power of Attorneys/ID's

We are sending you a comprehensive Power of Attorney for anyone expecting a tax refund, or who has major items (cars, credit cards, insurance, rent, etc.) in their name. We don't know if these will be accepted by those you deal with, or if you'll have any reason to use them. We also sent you a list of the legal names of all the individuals in the class along with their basic information and a copy of everyone's passport or ID.

## Bank Accounts

We have only two bank accounts of possible interest to you—business accounts for Higher Source Contract Enterprises and TELAH Services.

## Bills

We do not expect or want you to pay any bills. We've left extra funds with our landlord, the credit card companies, and anyone else that we thought might have reason to think we might owe them money. We even filed all of our tax returns for 1996 and paid any taxes that anyone should owe this year. (Copies of our tax returns and all supporting documents have been left in our craft for the government.) We did our best to pay anyone and everyone. If we missed something, it was unintentional, and our bills certainly shouldn't be a concern for those of you who feel led to continue here.

## Voicemails

*I  page 8*

We sent letters canceling all of our voicemails as of 4/1/97.  You shouldn't need to be concerned about any of these.

**Insurance/Registrations**

We are sending you a list of our cars and basic related information.  We didn't cancel insurance or registrations for the cars (and we don't think  you need to).  We figured that as cars are sold or re-registered, this issue will take care of itself.

**Phone Cards**

We have a couple of pre-paid phone cards that still have some funds on them if you'd like to use them.  (We used them for calling from pay phones.)  To use them dial: 1-800-355-0599 and enter the account number.  The account numbers are:

27841873   Balance about $96
54937763   Balance about $42

May the force be with you!

Pursers (SNG, SLV, MLL, GLD)

*I. PAGE 9*
*MRC/SRF*

*Sw: RKK told me that M+S blacked-out their names on this + the purser task letter. Apparently they didn't on the primary letter.*

If you choose to accept this mission....hopefully this note thoroughly explains all you need to know about the keys/titles/bills of sale for the cars we've been using. We all thank you very much for any and all the help you have given us—we appreciate it, and the Next Level appreciates it, more than you know.

What we've done is to take all the cars to the San Diego Airport Parking Co., the location of which is shown on their flyer and further clarified on the marked Mapsco pages. Note that there is free shuttle service from and to the San Diego Airport. Also enclosed are one set of keys, the signed title, and a signed Bill of Sale for each car. The Olds has two Bills of Sale, in case it matters what state the Bill of Sale must be for (since the title and registration are in different states). We are hoping that you will solicit help from Oscar (OSCODY), RKK, FLX/ABL, and others as you need it.

### NOTE

Whoever picks up the car(s) will need to present the enclosed claim ticket and have the car keys with them. There is someone on duty 24 hours a day and you can pick up the cars at any time. We've paid for one month's parking to give you plenty of time to make whatever arrangements you need to.

*THE CLAIM CHECK ENCLOSED ARE IN NAME OF MARIC THE CAR DESIGNS ARE WRITTEN IN the top of the Cl- check.*

It's up to you how the vehicles are distributed, but the following suggestions were ok'd by Links:

- White Ford van (X-van) and dark blue Mercury Sable (S-car) to MRC/SRF. We thought you might be able to use X-van to help shuttle things around for your business.
- The white Lincoln Continental (LC-car) to RKK.
- The silver Mazda van (M-van) and tan Oldsmobile (O-car) to OSC. We thought if Soren comes that it would be helpful for him to have use of a car—perhaps the Olds would be suitable for his use.
- Maybe you could contact NEO, JHN, FLX/ABL, or possibly PYP to see if any of them want the blue Ford Van (Blue van) or any of the cars that you, RKK, or OSC don't want, or if they could use the proceeds from a sale—you can work it out with them as you see fit. *left at residence*
- If there are vehicles that are not wanted or can't be used, maybe they could go on some car lot on consignment, or be sold, or given away, or just forget about them. We do feel the I-van (white Handicap van that really stands out in a crowd of cars) could be sold for something, maybe to a Nursing Home or Handicap place, etc. It's in very good shape. Maybe OSC or RKK could help you with its disposition.
- The large yellow moving truck can be found at our storage place (the accessing and disposing of storage items are covered in another note to you). Again, perhaps you could get some help from RKK or OSC in handling the truck and storage.
- Pertinent information about each car (maintenance records, care instructions, etc.) can be found in the respective glove compartments or on the front seat. Note that the I-van has a book of instructions for how to operate its various features. It's particularly important that this book be read before operating the vehicle. Also, you will find extended warranties for S-car and LC-car.

Another set of keys, as well as list of vehicles, a copy of this note, and copies of the paperwork are coming to you in another package, just in case something happens to one package. Some cars may have a travel bag in them—be sure to get the bags and their purser contents.

Thanks again,
The Class

*I. PAGE 10*

Hopefully, you will be able to work together with some of the following:  OSC, RKK, JHN, FLX/ABL and NEO (who is currently working for a company in LA called InterAct Entertainment).  There is also a recent correspondent from Germany by the name of Soeren (we couldn't remember if we mentioned him to you or not), who has been trying to make it to the US to meet with us.  OSC is in contact with Soeren and has offered Soeren housing at his apartment.  We gave instructions to OSC that if Soeren continues to try to support us and to move in our direction, that he can be included in events that transpire to whatever degree feels right.  Soeren has been through quite a lot recently in his attempts to come our way, and DO thinks that he deserves our/your help if he still wants it.

We also asked OSC to register the Heaven's Gate book with the Library of Congress and that if he needed any funds to accomplish this, that you would cover it out of the project funds that you have on hand.

Also we want to make it clear that we're certainly not asking you to do these tasks if, after receiving this information, circumstances make it too difficult or other options seem more appropriate for you.  We want you to feel free to exercise any available options with whatever timing feels right for your own next step.  No doors are closed to you.

We're probably not thinking of all the things we need to pass on, but if you ask TI and DO for help, as you know, you will get all you need and then some.  Our hearts are with you and we appreciate your help on all this.

Good Luck.

The Class


Note:  Due to time limitations and less than professional equipment, the quality is rather poor on the enclosed videotapes, and for this we apologize.  Some of the individuals on the list are receiving SVHS tapes and some will be receiving the standard VHS format – our intention is for those SVHS tapes to serve primarily as masters for making further copies, which we are certainly encouraging.  (RKK has the original master in his packet).  These tapes can be sent to the media or wherever you feel would be appropriate.  However, in case you don't know this already, the SVHS tapes will not play properly on a standard VHS player/recorder, you will need to view them on an SVHS machine.

Additional Note:  We suspect that the authorities will take an immediate interest in you – your whereabouts – your plans in relationship to the action that we took – and we are asking that you be cautious and aware of this for your own protection.

**URGENT Note:**  Please drop the letter in the mail addressed to our landlord, Sam, as soon as you feel comfortable *that he will not get that letter before you have a chance to get to the address* listed in the "Location" document.

I. PAGE 11

Chris and Holly,

Well, it's difficult to know where to start since you know quite a bit about us, yet it's been through the acquaintance of only a few classmembers. Those of us who do know you, never felt it was sheer happenstance that our paths seemed to cross as they did. And we're hoping that your association with us won't put you in too awkward a situation, especially by hosting the heavensgate website. (Enclosed is a diskette containing the contents of the site, which we are providing you as insurance and back-up.)

Enclosed is also a list of others who are receiving this information simultaneously – many of these are individuals who have spent varying degrees of time in the class and who, for individual reasons, found themselves outside the class at this time.

We believe you know Rio who is now working at InterAct Entertainment in L.A. designing websites. Their server currently houses the Kushner-Locke website (one of the owners of InterAct, Nick Matzorkis, is friends with Peter Locke. Nick also knows us – who we are – and we have done quite a bit of work for his company)

We're not aware of anyone else on the list that you know personally – but we suspect that they'll all be quite cooperative and helpful to you.

Chuck Humphrey is a computer programmer and all-around computer person who will be keeping up with our site on a Romanian unix server as well as uploading to the heavensgate sites the final press release and the Exit Statements by Students. If for some reason there is a delay in the upload to the site on your server, feel free to go ahead and do it. All the files that need to be replaced and/or added are on a single diskette labeled "Earth Exit, final press release, and index page." We mentioned to Chuck to contact you if he had any questions regarding unix – we thought you'd be happy to help him out if he needs it.

We obtained space on this Romanian server to house a mirror site of heavensgate. The URL is www.heavensgate.dellamet.roknet.ro – hopefully the webmaster can withstand the controversy. This Romanian fellow knows very little about us until such time as he receives this FedEx with press release, except that we are a small interfaith monastery with some "non-traditional" views. His name is Jonut, and he was quite agreeable when we spoke to him on the telephone, but that was before he was aware of our history or of events to follow.

Well, here's to you. Thanks for your help throughout the years. We do suspect, however, that our paths are likely to cross yet again – we'll see.

Your friends,

June, Steele, Sonny, Nick, Evan, Otis, and Geoff

this letter was sent to MARS MEDIA - Holly CRAIB used to Have the Heavensgate Site on their Server until it was removed and given to RYAN SCADSBURG.

# EXHIBIT 5

**Chatroom with Mark King September 3, 2021 on Havel's (Sawyer) 3spm Youtube channel**

Chatroom exchange with Mark King over the audio tapes being made public Streamed live on Sep 3, 2021
https://youtu.be/rBHVpcQ4t4k

**********
Chat room starting with Mark King entering at 1 hour 9 minutes and 52 seconds to 4 hour 43 minute 59 seconds
**********

1) Mark King: Hi Sawyer, You may want to qualify that you are not an attorney. Fair use does not cover playing whole tapes and collections. We have destroyed that in court.

2) Mark King: RKK gave us the original 202 tapes back in May, 1997.

3) Mark King: So Ti and Do would steal copyrighted materials:  You can just ask us for them. There is so much more material to see.

4) Mark King: We just want to serve the Next Level. Please examine saying we are working for lucy.

5) Mark King: We never turned down the task. Those myths come from Bartel. We told RKK and OSC to pick up storage contents on March 26th. Rkk only picked up one box of tapes and said his back hurt and left.

6) Mark King: He failed what he was asked to do. Please do not use Bartel as a guide to facts on the subject. If you were to just talk to us for an hour or two your mindset would change dramatically.

7) Mark King: He took 202 and left us the balance to 486

8) Mark King: Oscody was there. He felt he failed for not pushing RKK to do his task. This haunted OSC till he departed in 2000.

9) Mark King: We have sent our audios for years.

10) Mark King: There are simple rules to follow and you told us that you did not want to follow them.

11) Mark King: There will be the Telah Foundation left to tell the truth and history.

12) Mark King: We were given the task. If we are evil, why did Ti, Do, the Class and the Next Level work with us in 1995, 1996 and 1997 to prepare for what was going to occur:

13) cathysouthwestern: Hi Sawyer!

14) cathysouthwestern: Hi everyone!

15) Mark King: You are adding your own spin. That is okay to tell your story. Please

don't confuse that with using Next Level items illegally.

16) cathysouthwestern: Mark King, but the Next Level does not follow human ways so how can anything Next Level be illegal:

17) cathysouthwestern: Doesn't the Next Level want those of us who are hungry for this information to have it all easily available to us:

18) Mark King: Hi Cathy, The structure (the Telah Foundation) was set up to handle what and when information was to be disseminated, protected and maintained by us.

19) cathysouthwestern: Hi Mark....but who gave you that task:  Did they give it to you and you alone:  because my understanding is that task was given to at least 3 other members:

20) Mark King: Everyone can have there information. They just have to ask.

21) Mark King: Sawyer, you do not have our instructions. You have a few pieces of paper. We trained for years for this.

22) cathysouthwestern: But what happens if you personally aren't around anymore to slowly hand out information:

23) Mark King:  Hi Cathy - We have set up the structure and will work the transition.

24) cathysouthwestern: Where I am confused is why can't all the audio just be put out in one spot all at once:

25) cathysouthwestern: Thank you for answering Mark, I really appreciate it

26) Mark King: Please Sawyer don't tell us what we lost or not. Do worked with us and that 1988 misinformation from RKK was long found to be incorrect.

27) Mark King: Cathy, RKK was given the website task. He failed at that and the site went down on March 28th, 1997. JHN was given a storage task. He has turned against the NL. We were asked to do the rest.

28) Mark King: Hi Cathy, All tapes will be placed on Vemio.

29) cathysouthwestern: Mark I can say 100% I am very grateful to you and Sarah for maintaining the website all these years and for the audio you have emailed me personally when I emailed you asking for it.

30) Mark King: Sorry Sawyer, we have a 200 word limit.

31) cathysouthwestern: It hurts me greatly to see past class members fighting and it's confusing as well. It doesn't jive with how the class was when together.

32) cathysouthwestern: Mark, all tapes will placed on Venmo:  That is wonderful news!!!

33) Mark King: Cathy, It is very sad. We want to let everything out now but Sawyer and Bartel are blocking us by not following rules.

34) cathysouthwestern: I don't understand how would them disseminating the information stop you also from putting it out:

35) Mark King: Sorry, we meant Vimeo.

36) cathysouthwestern: Vimeo....okay....I saw it wrong!

37) Mark King: Cathy, both Sawyer and Bartel has stated they would put out all the tapes without structure. They have already demonstrated that they will steal items that are copyrighted & trademarked.

38) cathysouthwestern: This is probably a really stupid observation but how can Next Level information be regulated by the human kingdom:

39) Mark King: Cathy - If they do that, the whole structure the Next Level set up will be messed up.

40) cathysouthwestern: but the Next Level would not let that happen

41) cathysouthwestern: unless it is supposed to happen

42) Mark King: Cathy, the structure and information will survive, if protected properly.

43) cathysouthwestern: It feels like maybe y'all got wrapped up in human kingdom emotions concerning Next Level information

44) cathysouthwestern: and those of us who just want the information are stuck left wanting

45) Mark King: Cathy, it is in Sawyers and Bartel hand to make this right. If they do information will come fast.

46) cathysouthwestern: I really don't care WHO puts it out. JUST PUT IT OUT is exactly how I feel.

47) cathysouthwestern: So you are saying your actions are a direct result of Sawyer and Bartels actions:

48) Mark King: If you live in this world you have to use earth's structure to do that.

49) cathysouthwestern: You aren't putting out the tapes and it is Sawyer and Bartels faults:  Is that what you are stating:

50) Mark King: Yes Cathy, They are standing in the way because they steal and them add there spin.

51) cathysouthwestern: So if they stop doing that you'll be able to put all the tapes on Vimeo:

52) Mark King: Over the years they have demonstrated that if even one tape comes up, they just put it out.

53) cathysouthwestern: Just sounds like a lot of ego going back and forth....Next Level wants this information out and ALL of you are standing in the way

54) cathysouthwestern: get out of the way and let the Next Level talk to us through Do

55) Mark King: Yes, LGG/MLL set up Telah and said that is the name we will be called.

56) Mark King: We are the Telah Foundation. The Next Level set it up.

57) Mark King: With permission, you can have the tapes and other things.

58) Mark King: Sawyer, Authors of internet articles and documentaries make changes all the time. We are misquoted and simply lied to often.

59) Mark King: This format is not conducive to answering questions. Things are asked while I am answering and I am not hearing them. My spelling is not too good at times other.

60) Mark King: Hi Cathy, we know you have to get to work so we will let you go. We have to go to bed but we appreciate talking to you. Like we said, we have told Sawyer it is up to him.

61) Mark King: We could be back on track in days or end up in court. He has to really talk to Do. We do everyday.

62) Mark King: RKK inaction and failure to get the storage items cost Sarah and I $325,000 in court action (which we won) to get audio tapes 487 to 1061. We knew there were a lot of tapes there plus much more.

63) Mark King: OSC was in charge of the book.

64) Mark King: We gave copies of three pages to RKK. We have all originals.

65) cathysouthwestern: I just had to take a quick shower....thank you for answering my questions Mark, I really appreciate it and I understand your position a lot better now

66) Mark King: We never gave RKK any originals and only asked him to empty the locker one day. He's failed at everything he was asked to do.

67) cathysouthwestern: So Sawyer what I'm hearing is if you don't release any previously unreleased tapes TELAH will release them all on Vimeo. Mark do I have

that correct:

68) Mark King: Yes, an apology is in order.

69) Mark King: Yes, that is correct Cathy.

70) Mark King: If it is silly a nd not needed, you and bartel don't know the damage you have done.

71) cathysouthwestern: I for one am excited to see that happen in the near future!

72) Mark King: Good Night


II.

On Wednesday, September 1, 2021, 09:05:56 PM EDT, rep@heavensgate.com wrote:

1.  You have to speak about the Next Level issues separate from conspiracy theories like vaccines separately.  There cannot be your views on Ti and Do and Next Level teachings followed by conspiracy theories about vaccines and masks.  You can make up your own site for that.  You would also have to apologize to the Telah Foundation and to your readers that you actively participated in acts of theft of the audio tapes and other items you did not have authority to disseminate.  We know this would be hard for you but it would be a good Next Level way to correct many issues that exist between us and more especially with how Ti and Do would behave.   If Bartel would participate, that would be a help to him too but we doubt he would.  Like Chuck was asked to do, all tapes would be returned to the Telah Foundation and everything that Falcon did would be included also.  We can discuss other things if you really are even serious about this.  We are willing to give certain legal permissions if reasonable conditions are met before release to the public.  We know people will tell you not to trust us but it would be a loss for all of us.

6.  We can work with you but some simple Next Level ways would need to be talked about.  If you have trouble with realizing that what you did was a theft, then you may just have to hash it out in court.  The new sites you pick will be the least of your problems.  Please don't ally yourself with Bartel.  We have been in court and either won or settled more cases than you know of.  We have never lost.  The items you brought up for a legal fight does not have merit and will not even make it to court.  You will just be left with all our court fees and whatever the judge determines in copyright fee structures.  Please work with us so we can be productive together.
*** end of email segments to Sawyer from Mrc/Srf (Mark/Sarah) ***

# EXHIBIT 6

**No Conspiracy whatsoever - Bartel (aka Crlody CRL) is Havel's (aka Swyody Swy) worse critic**

*I, D, page* [handwritten]

civilization like the way a tiny part of what Jesus said was made popular, all the parts that were meant as seeds rather than instruction of how to qualify to literally be in the Heaven's in a "mansion (dwelling place)" (spacecraft) with our Older Member(s).

→ Crlody blog post: *starts with quote from Sawyer (Havel)* [handwritten]

"how come you seem to be doing next to nothing on this blog to help show people the misinformation areas instead of wasting your time trying to be the lone crusader against me while hardly ever having anything to say that is substantive - showing direct application to things TI and DO said".

→ Posted on August 8, 2020by crlody

The condescending statement that is the title of this blog is from Sawyer, the self-appointed "messenger" of Ti and Do. According to Sawyer I am "doing next to nothing to show people the misinformation areas" and yet I have pointed out on numerous occasions where he, the Kings and Rio have been purveying misinformation about the class and what Ti and Do taught. I am not going to bother to respond to his allegations with specifics as every time that I do Sawyer denies it or says that things were taken out of context. Sawyer is expressing his opinion that I am not doing enough to show "direct application to things Ti and Do taught" and of course if he is accusing me of this then he must think that he is the one who is showing us these things. That's funny because Ti and Do and the class did not ask anyone to stay behind for twenty-three years to demonstrate "direct application" to things that they taught. Their final request was to "disseminate" Their information. End of story.

I have stated numerous times that these conflicts between former members do nothing but distract from what Ti and Do taught. My position has not changed for over twenty years that if people want to know what Ti and Do taught then they need to examine what Ti and Do taught and not listen to their dropouts' INTERPRETATIONS of what They taught. Sawyer has decided that what he is doing is "substantive-showing direct application to what Ti and Do taught". He has also accused me of being full of "influences" (disembodied spirits) which he also did in the past when I told him that we were being hoaxed by Austin Plecity of Canada. And yet Sawyer has admitted that he was "awakened by Ti" (supposedly) who showed him "two spirits". So, who is full of "influences", the one who sees them in his bedroom? Or the one that Sawyer accuses of having them? What if we are all full of "influences" to some degree and those that point the finger at others as being under the influence are in fact harboring many influences?

According to Sawyer what I am doing is "wasting my time" so of course in his usual arrogance then whatever he is doing must not be a waste of time. Not only is Sawyer the arbiter of what it is to stand for Ti and Do he is also the arbiter of what it is to waste one's time and who is full of "influences".

Sawyer, I hope that you're reading this because you need to get it through your thick, arrogant head that I DO NOT CARE one iota what you think of me and what I do. You're not my Older Member, you're not an "overseer", you're not on a "mission" for Ti and Do and I don't need to listen to anything that you say to get closer to Them. You are a dropout just like everyone else on planet earth. You are just as susceptible to corruption and influences as the rest of us. You had no interest in

Carlan (Crlody):
You might want to watch it when you accuse others of being full of "influences"
Sawyer. You said I was under an "influence" when I told you about Austin. You were
wrong then and what if you're wrong now when you again accuse me of such things.
Your arrogance and belief that all that you're doing is for Ti and Do very well
could be your downfall. I will never put my trust in you or anything that comes out
of your lying mouth.


Sawyer (3spm):
If you don't think that you have influences, you must not have realized it yet. TI
and DO taught from day one - I think it's even in Statement One and many other
places in the Heaven's Gate Book/Beyond Human Series. Please, no one take my word
for it. Look it up. Search the Heaven's Gate book for "discarnate" and/or
"incarnate", that all humans have influences. Here is a link to get started with.
It's also in the Heaven's Gate Book. I copied it:

https://sawyerhg.wordpress.com/2013/12/20/incarnating-and-discarnating/

For example, does the part of us that is from Next Level mind call people liars if
they haven't actually lied about something?

You just called me a liar. So back it up. If you can't back it up from something
specific TI and/or DO and/or Student Crew who graduated and/or from what Jesus
taught that TI and DO said was kept accurate in the 4 gospels, then it's not true,
which makes you spreading lies in a public space, does it not?

If you do come up with something that would be great because then I could correct
myself and try not to slip in that way again, which is the way of anyone who wants
to act like a Member of the Next Level.

You have said many things about me that were not true at all. One tiny example; You
called me a "false prophet". So what did I say that didn't come true? What did I
forecast that didn't come true? I can't think of anything and if I did on these
livestreams it was a mistake and I corrected it on the spot. Making an educated
guess isnt' lying is it?

For those that never studied the Greek and Hebrew origin of the word, Prophet, I
think you will find that it's someone who speaks publicly claiming it's inspired by
"God" or some God. If they just keep it to themselves they aren't prophesizing.

You still seem to hold a grudge against Austin and me for not holding a grudge
against Austin and you seem to still think that you were in the right about him and
that he was something to the affect of no good or evil (maybe I didn't get your
exact words on that). Why would we think that way about anyone unless their actions
were "evil"? Sure he created a hoax and you and I were played in that regard but
have always felt it was his influences that fostered that and justified to him. I
know it appears to some that I am arrogant in saying this but so be it but there are
many examples in TI and DO and Crew talking about influences that include judging
others or even ourselves. Only discarnate influences would have us do that and think

Jason (Carlan, Crlody, Crl):

"I asked for signs and got them"-Sawyer  "The Next Level...is not interested in creating phenomena (signs) or impressive trickery"-Last Chance to Advance Beyond Human. "Any information that seems to come through that can't be helpful in the overcoming process might have earmarks of being separate or unnecessary information and I don't feel that our Father's Kingdom sends unnecessary information. ...We can get into theorizing about things that go on in the heavens that really have nothing to do with our overcoming. And we can play the game of exploring a bit, but it opens the door to possibly listening to other voices of letting SELF come in, and/or playing the game of "what if" or guessing what it might be". "As we relate to the Kingdom of Heaven, they don't let us know about them on the basis of what they show us". "You can't get closer to our Father on the basis of what you have seen. Our Father DOES NOT GIVE YOU PROOF". "It doesn't really matter. It isn't significant to us. It's no basis for our allegiance to our task. And it shouldn't be to you. If you can think of it in that light, and just simply be amused by it, because we're not trying to lock in on what we're doing with fulfillment of the prophecies in the Book of Revelation, or Isaiah, or anyplace else, or Daniel"-Do, Beyond Human

Sawyer (3spm):

Maybe that wasn't clear as you didn't provide the context which is all important to what is said. I did ask for a sign while They were helping me to reawaken more again in around 2001. TI nor DO never said that I ever heard that we couldn't ask them for a sign. We certainly wouldn't have done that when we were in the classroom with them but since their leaving they never addressed what we shouldn't say to them in our seeking of their Minds. I do believe my even asking for that was a show of how far away from them I had sunk to ask for such.

To act as if someone now can't be given a sign that Ti and Do and Their Next Level heard our request for help is another of those negatives that can mislead people as the way the Next Level does often help us, now that they are not physically with us, can be by instigating something we become aware of through the media or from another human or some related pathway, which is about something we were asking about, by Their determination that we were asking not by some wrote way of saying a meaningless religious prayer as Jesus spoke against being of much words and/or a "vain repetition". But it's a lot of times a sense that it might have been a response to what we asked before then. At least that's what I feel I've experienced a number of times and I'm sure that method wouldn't be limited to me or former class members as any and all humans can have their own sense of a relationship with the Next Level no matter what they refer to Them as for the Next Level can see our hearts. So, someone who does have that sense may think of it as a "sign" from Them but it must be believed with some degree of caution because we know the lower forces love to pretend to be the Next Level to us. If it feels like approval to take some step and they continue to ask which is very important as they proceed with actions that can be reversed they can feel that it's right for them to do. But what they think, say and do would never harm anyone or themselves in any way. If it's about leaving someone or a circumstance where someone is dependent on them I think the Next Level would have them try to work something out as we were taught to do when we left all behind - "not to leave a mess" as we were given instructions. I can't possibly go through all the ways people now can have interface with Ti and Do and

Carlan (jason) comment to :

As usual you don't mention a file sharing site where the tapes have been available for well over ten years. Is it your goal to draw attention to the class' information or is to take credit for preserving the audio tapes when you in fact did nothing to help RKK with that task ?  As usual you don't mention  that you faulted RKKODY for what he did with the tapes when you were too busy with your family to give any help, you're always the hero for Ti and Do in your own narrative. As usual you mention your book in the same sentence as the HG Book as if your book is as important as(or even a continuation of ? )  the one put out by Ti and Do. Maybe the real reason that you have made up a Next Level mission for yourself is because you like all the attention that you get for that claim. Perhaps this entire crusade of yours for the past fifteen years has more to do with your ego than it does with being on a mission for the Next Level.

Sawyer (3spm)'s reply:

You are not telling the truth at all about what I said about Rkkody. I never faulted Rkkody one iota. What Jason is talking about is because I asked him the question of why Rkkody gave the audio tape masters back to mark to include the ones made after Ti left her vehicle that he hadn't copied and/or digitized yet, which mark and sarah still keep from the public to my chagrin.

What I said was that I believe Rkkody was doing exactly what DO wanted him to do. I could be wrong about that as I'm not DO but I don't for one second believe DO overlooked the placement of the audio tapes in storage as "items of value" that he instructed in the letter we have and I have because Carlan (Jason) sent them to me which I really appreciated having. I posted all this info on my blog and I give people the letters as well so they can see for themselves DO's intention that if mark and sarah didn't want to take that task of retrieving the storage content, Rkkody and Oscody were mentioned as being the ones Mark and Sarah should give the task to. So Mark and Sarah chose to pass the task over to Rkk/Osc and they retrieved the tapes from storage. Then mark and sarah had a change of mind and wanted to fulfill that task of also dividing them among the people that wanted to participate in the task of disseminating them so people could get a more in depth view of Ti and Do and their classroom.

Mark and sarah were upset with rkkody for sending out the digitized 196 audio tapes he had copied before giving the masters back to mark.

I don't believe Rkkody made a mistake to give them back but even if he did which is not for any of us to say the positive remains that it puts all of us to the test. We can get angry and insulting and claim Mark and Sarah are false prophets (which has nothing to do with it) as I believe Carlan, you called them or we can recognize that if and when we need those tapes Ti and Do would certainly see to it that we had access to them. They could help mark and sarah have a change of mind/heart on the issue.

Still I was never satisfied with not having the remaining couple hundred tapes - I don't know the exact number in total but at one point someone told me there were 484 - maybe that came from carlan who worked with rkkody some in those days. Rkkody sent

This is what I would call, in Ti and Do's lingo a call for a "help wanted meeting" among anyone that believes to some degree in who Ti and Do are.

I am asking for help for my communication with Crlody. I don't want human advise but anyone who has listened to the Beyond Human tapes and read the Purple Book and perhaps has listened to some of the audio meeting tapes and other materials might have something come up in their mind that would help point out to Sawyer where Crlody is correct in one or more of his accusations. Of course this isn't but a tiny example of the criticisms I have received but I'm not willing to put that kind of time into building it all up.

At the end of this document I describe the way Help Wanted Meetings worked as I recalled. I don't think I'm wrong about them because I was serving Do as a craft overseer who at times did call a Help Wanted Meeting for one or more classmates.

So here is what was said just a couple weeks ago:

 Crlody said to Sawyer:

"We have all the information we need"- you. If that is the case then your book is not needed, just like Rio's book was not needed. Why would I read your book when the Class left one? Why would I read your blog or watch your videos when the Class left behind a lot of information that They specifically asked to be distributed? Information that you, conveniently, don't seem to care whether or not it is being suppressed. The lessons that your Older Member gave to the Students, presumably until They left and you, by your actions are more interested in your own videos, your own blog, your own book. They didn't say you were being left behind to tell us "the real truth of Ti and Do" so why should I believe that you can tell me what the real truth is? Because you said so? Why should I believe that you have "contacts" with Ti and Do that you seem to feel is an "open phone line"? I didn't believe Rio when he said he was getting info from the NL like a "ticker tape" so why would I believe that you are somehow so special that the NL is giving you info and even giving you "tasks"? I could be wrong but you have at times acted as if finding fault with what you're doing is somehow finding fault with Ti and Do. No one on this planet represents Ti and Do and the Next Level. The information They left behind is all we have and it is a crime against the NL that that information is being controlled and suppressed by the TELAH foundation. The only purpose of the Class was to teach individuals how to advance beyond human, you cannot teach this, you are not qualified. The Teachers are gone but They did leave a lot of information. NOTHING in anything that They left tells me that I should believe that the NL contacts you in dreams to assign you the "task" of interpreting the Book of Revelation and making videos and this blog and your book. I don't see NL humility here, I see someone who attention and recognition for having been in the Class just like Austin wanted attention and recognition for his "association" with HG. You have attracted followers, Austin tried to follow us and re-start the Class despite my yelling until I was blue that that was never going to happen. I will never put my trust in you, Rio or the Kings or anything that you have to say. Why would I? Why would I believe anything that you have to say and more importantly, why do you think that you should be listened to? You're not the first one who has claimed NL contacts. I just think that youre one of the more dangerous ones because you are acting as if you represent the Class (why even call yourself Sawyer Heaven's Gate, did Do " tell" you to) and

as Ti and Do taught we could pertaining to the "red letters" in the 4 gospels then we can surmise that that space aliens wouldn't be allowed to interfere with those "signs" seen in the "sun, moon and stars" (which I believe stars comes from the Greek "Aster" as a lighted object seen traversing from east to west, thus a comet, and I also think stars could be considering the plants as to us with the naked eye they look the same as stars. With Pluto I came up with interpretation because I knew the content of the first movie script and the pictures Ollody drew/airbrushed. Both Pluto and Ceres are strongly linked to Rev 6:8, to show their influence during the time of the "green horse". When I saw a number of cross referenced records, the same as with Rev 11 Two Witnesses and Rev 12 "woman" and lots more, like the "Briefing" Ti "remembered" before she left in Rev 4, it's like hard to deny there is a strong potential match of those ideas to those prophecies, yet I still do not know for sure if I got those right but it's part of when they occurred as well that to me is part of that puzzle. And there have been many more "signs". We didn't need those "signs". I think safe to say no one who was in their classroom needed any of those signs but now, it's impossible to tell who can benefit from being able to see those mysteries uncovered.

Crlody:
Once again, go complain to your followers about all the "accusations" that you have to weather while on your important mission for the Next Level. RKK never felt like he was here to explain what the class was about. And he even was sent back after his first attempt at leaving. And he never saw it as being sent back, he always maintained that he "botched" the attempt.

Sawyer:
This to me sounds like sarcasm, though I could be wrong but if it is, which you can examine I think you would agree it's not a characteristic of a member of the Next Level.

I am not comparing myself to Rkkody, nor anyone else, nor that I have any different mission than anyone else, nor why he botched the first exit. I only considered that it wasn't botched so that he could do a few more tasks for the Next Level before he left, but I could be wrong about that but I know it's possible that's why it was botched or that the Next Level made a positive out of the "botch".

I have no followers but I admit when it comes up, and some ask me or comment about our back and forth I get worn out, so probably do come across as complaining. I'll try not to duplicate that further.

************************************

*I Cree page 9*

from because you don't know what I am to Ti and Do right now, nor to anyone else.
All you can do, as I is talk about what you believe or feel about me, which you've
done so many times now I had to compile them into a blog post so to not allow you to
sow news seeds of misinformation about me.

crlody:
To your credit you're one of the very few former class members I've known who takes
responsibility for why they left the Class. RKK did too. And of course for your own
sake I'm glad that you decided that you found the human life unsatisfying. But how
can you be sure that "give your life" in a dream means that you're supposed to be
doing all that you're doing?

Sawyer: To me that's apples and oranges re: my belief that Do said to me in a dream,
when I asked (not during a dream) if I should "prepare to lay down my life as they
did", "you need to give your life". That's not saying I'm supposed to do what I'm
doing. I don't know if what I did with the book and other biblical based
writings/speakings is approved by Ti and Do. They may not see any value to it,
though for other reasons to include subsequent dreams I have impressions that it was
a positive thing to do for the overall mission at this point in time THAT THEY GAVE
TO ALL OF US. It was by delving into the Revelations to show how they all can
legitimately translate and be interpreted as being fulfilled by Ti and Do,
specifically because of their teachings and experiences over the years, that I
couldn't deny their potential value to at the very least provide the challenge to
Christians who say they are waiting for Jesus to return. It faces them with the
truth and I guess it's possible some are still growing souls. I don't know. I don't
try to discern all that. It's enough to do, to try to keep up with all the
misinformation seeds sown out there on a daily basis.

Crlody:
Are you getting specific instructions from Ti and Do in dreams to say all that
you're saying? They told you that you are "brave" and that it doesn't matter that
the audio tapes that They wanted disseminated are being suppressed? That makes no
sense and I think deep down you know it doesn't but you are so thoroughly convinced,
so thoroughly RIGHTEOUS about everything you're doing being some "task" for the NL
that you refuse to hear anything to the contrary. The more that I tell you that I
don't believe in your task the more you will continue to believe in it as you take
that resistance to mean you're being persecuted because of the rightness of your
mission. Don't confuse your own will with Ti and Do's will. You don't represent
Them. You can't explain the lessons presented by Ti and Do on the audio tapes better
than they can.

Swyody:
No absolutely not. I haven't got any "instructions" from dreams or any other way. I
agree with Rkkody, that's not the way it works but we can get "ideas" about things
to think or say or do, but they can't necessarily be counted on unless we can see
them verified by things in the legitimate records with all Ti and Do taught as the
ultimate authority. I know I suggested that the Ceres lights were not Space Aliens
on that dwarf planet. I don't think I'm wrong about that because DO said that the
space aliens couldn't travel very far away from the earth anymore. However, I don't
know how far that is. But if we can count on what Jesus said about where the "signs"
would come from going forward through the fulfillment of the remaining prophecies,

Carlan Crlody:

The only way an individual can know who Ti and Do are is to receive a gift of recognition from the Next Level. Do spoke about how this isnt something that He could "talk anyone into" nor was He interested in trying to "prove" it to anyones satisfaction(Beyond Human series). They spent years putting Their information out and they left this world in a manner designed to draw attention to The information that they were leaving behind and They repeatedly stated that They want Their information to get out.

They never said anything about needing a former member to use his "unique interpretation" of Revelation to "prove" that They were the 2nd coming. I've already pointed out where Do stated that Revelations ultimately "didnt matter" to Them(Beyond Human). Sawyers "unique translation and interpretation with experience from being with Ti and Do for 19 years" cannot prove anything about Ti and Do but it does demonstrate that Sawyer likes to draw attention to himself and the fact that he spent 19 years in the Class. Others spent between 13 and 16 years in the Class and no longer believe in Ti and Do so obviously time spent in the Class is ultimately not a barometer of ones committment to the Next Level and is ultimately meaningless and pointless to keep bringing up except for self-aggrandizing reasons.

Sawyer and does not care about the suppressed information put out by Ti and Do because his primary focus is on what he himself has to say about the Class. This is why he felt compelled to overlay his flute music on an audio tape of Ti and Do, he wants attention and recognition and he is using his experience in the Class to get it.

Now Sawyer will accuse me of having a "self-righteous vendetta" because I refuse to accept what he has to say and he seems to think that by not accepting his self-congratulatory, rambling and often incoherent videos and writings that I somehow "owe Ti and Do" for daring to not accept what he has to say.?

Sawyer's reply:

Crl ody - why do you insist on lying so much. Here are the examples in what you just wrote:

Where did I ever say I don't care about the suppressed information, except in the context that I can do nothing about it and I trust Ti and Do knew and still know that we have all the information we need. If you don't believe that then that's your problem to deal with them about distrusting that we have all the information we need. Does it stop anything from proceeding. But you keep on repeating that disinformation.

That one point about Revelation didn't indicate there was anything wrong with interpreting it, did it, so another half truth at best to use out of context to justify your actions against my talking and "speaking" the truth relative to the records and everything Ti and Do taught which I do link to as the reason for my unique interpretations. They are unique because Ti and Do were/are unique and it is through what I received from them that can see those translations and interpretations.

*I. CRL PAG 9*

"The controversy surrounding Doctor Kevorkian is whether or not it is acceptable to willingly exit the vehicle due to physical pain and suffering. We feel that the mental suffering of remaining in a world where you know you do not belong is certainly as severe. The human world is a hideous hell due to all of the poor choices humans have made since the beginning of this civilization. If this is all there is with nothing to look forward to beyond this, then why choose to extend your time in this hell"?-GLNODY

"During a brief window of time, some may wish to follow us. If they do, it will not be easy. The requirement is to not only believe who the Representatives are, but, to do as they and we did. You must leave everything of your humanness behind. This includes the ultimate sacrifice and demonstration of faith -- that is, the shedding of your human body. If you should choose to do this, logistically it is preferred that you make this exit somewhere in the area of the West or Southwest of the United States -- but if this is not possible -- it is not required. You must call on the name of TI and DO to assist you. In so doing, you will engage a communication of sorts, alerting a spacecraft to your location where you will be picked up after shedding your vehicle, and taken to another world -- by members of the Kingdom of Heaven.

Only a Member of the Next Level can give you Life -- can take you out of "Death" -- but it requires that you disconnect, separate, from the last element holding you to the human kingdom.

We know what we're saying -- we know it requires a "leap of faith." But it's deliberate -- designed for those who would rather take that leap than stay in this world.

We suggest that anyone serious about considering this go into their most quiet place and ask, scream, with all of their being, directing their asking to the Highest Source they can imagine (beyond Earth's atmosphere), to give them guidance. Only those "chosen" by that Next Kingdom will know that this is right for them, and will be given the courage required to act".

Crlody:

Rio claimed that the above statement was "targeted to former class members". He also claimed that if he wasn't "given this task" that he would have "considered it". He also conveniently never showed anyone the letter that the class sent to him. I've already documented how the letters to RKK and MRC/SRF contained what I feel were invitations to follow Do and the class and I strongly feel that the same invitation was contained in all the letters that they sent to former class members. Rio has admitted that he never even "considered" taking that step and so has Sawyer. And they both have claimed that they were given "tasks" and they both seem to use those "tasks" as something of a justification for staying here.

Sawyer:

Not true. I did consider laying down my vehicle exactly as they did. It might be hard to find my statement about that, though I believe it's in my book and/or

been left behind and still be available if TI and DO didn't want people to read it and consider it.

Carlan (Crlody):
Why do you ask arrogant, loaded questions( that a five-year old can see through )which presume that you have the capacity to be "substantive-showing direct application to things Ti and Do said"  and those who dare to disagree with you are apparently lacking in this ability compared to you? The difference between you and I is that I don't presume to know what is "substantive-showing direct application to what Ti and Do said" after Ti and Do left planet earth with an invitation to follow Them The most "direct application" of what they said would be to accept that onvitation. The only part of your self-congratulatory pathetic dig at me that matters is "what Ti and Do said". All that other GARBAGE about "direct application to things Ti and Do said" is just your ego wanting recogbition under the "mission" that you let those "spirits" con you into believing, spirits that you claim that "Ti" woke you up to see. Should we listen to what Ti and Do said or the supposed "direct application" of what they said by one of their dropouts?  I didnt thinkbit was possible but you are somehow now more tiresome than ever before.

Sawyer (3spm):
Okay, you got your beef off again but said nothing I can see can help anyone at all. Isn't it ironic that you attack me with make up things and then claim  I am making a "dig" at you when I quote that we all have influences you took offense at my saying in response to the question. The reason I said "substantive-showing direct application" because of the many times you accused me of doing things DO didn't say we couldn't do but because they apparently irked you. Like, any use of music on my personal blogtalkradio broadcast I did for some years and then posted on this youtube channel. True we had no instruction to do that but we also didn't have instruction to stay behind. It's a choice and we get the ramifications pro and/or con to our choices. We didn't  have any instruction to not talk about what we heard from TI and DO's lips, yet you constantly berate me for having a blog and now you have one and I think it's great. You berate me over and over and put out the thoughts that I only do what I do because of some ego trip (as if this was ever satisfying to my  human ego and I know the difference because I do have a musical ego to keep at bay, because it's a false ego as in a moment I could lose my ability to play music and will eventually so what good is it, but at least when my picture is put into millions of heads on the documentaries some people who recognize me in the world will perhaps enjoy my music and perhaps not automatically think I am evil. Maybe I'm wrong about that but I have testified many times to TI and DO - stood for them and lost gigs because of it and musical friends but have also opened up some ideas for some about TI and DO.

So how much of my  ego I have yet to overcome is  not yours to determine. But I know it has up until now at least irked your influences because Crlody's Mind from the Next Level doesn't have that characteristic as the Next Level doesn't have competition, in this case seemingly an ego battle I don't intend to start but I can see that I probably could have chose my words better in trying to respond to Geoff's question (but from the past, it might not have avoided this exchange anyway).

So to any who read this and are considering Standing for TI and DO,  this is expected to happen to each of us as TI and Do's info will never be popular in this

*I, Crl* *page 11*

https://the-gadgeteer.com/2018/01/12/heavens-gate-podcast-a-personal-journey-though-an-alien-cult/#comments

Crl's comment:

The most accurate information on HG is the info left behind by HG, not Sawyer's blog and book which he is writing on his own as part of his self-appointed mission here on planet earth which he claims he got from some dreams. Hundreds of hours of audio tapes left behind by the group are being suppressed and Sawyer has stated that he does "not care" that these tapes are being suppressed, probably because his primary interest is promoting his blog, book and himself. Sawyer had no interest in distributing HG's info after they left in 1997 despite the fact that the group repeatedly stated in their final letters to some former members of the group that they wanted their info to get out. Sawyer did not receive one of these letters.

Sawyer's reply:

Carlan is right. The most accurate information on HG is in the information left behind but as I was with Ti and Do for 19 years and witnessed most of that information's progression and have countless examples of the many things Ti and Do taught, I provide additional insights to the truth about Ti and Do that some people value. Some of the mistruths Carlan stated in his comment were:

1) The mission I have is the same mission anyone can have - to tell the truth from everything Ti and Do left behind which includes my personal witness testimony. Thus it's not "self appointed" as DO is the one who compelled anyone to disseminate their information so people could have a more in depth understanding of what they were all about. What Carlan is referring to as dreams is true but I didn't start being of service to Ti and Do again because of the dreams, though they did help me come to terms with the bond I had formed with Ti and Do while in the group, since I had become reabsorbed into worldliness after I left them voluntarily. I continued to have dreams sometimes in response to questions I had and sometimes to correct me, though I don't expect Carlan to believe they could have actually been Ti and Do and Crew communicating from their spacecraft. We were taught that dream time could be used by the Next Level to help us with our lesson steps, though I never claim they can be counted upon 100% because the lower forces of the planet can also influence us through dreams. Like anything one can learn to recognize the differences.

2) Carlan keeps repeating and taking out of context my saying I do "not care" that the audio tapes are still being suppressed by Mark and Sarah, the Heaven's Gate webmasters. First off several hundred of those audio tapes with Ti's inclusion on them are available and I do distribute them freely to anyone who asks me for them. The couple hundred tapes still being supressed are not in my hands and I have no influence upon Mark and Sarah, though I have tried to talk sense to them. Since DO saw to it that Rkkody got the first batch of tapes and distributed them - sent me a cd, etc. when he could have arranged for them to be distributed the same way he arranged for the exit video's and web site and Beyond Human Series to be available and could have had them all transcribed, a project we did have starting from before Ti left her vehicle in 1985, I trust that we have all the information they want us to have access to, so in that way I don't have this cross to bear though I wouldn't be against someone trying to get the tapes through some legal means. It just doesn't

I. CRC — page 12

From Jason (Carlan, Crlody) comment on 3spm (Sawyer) youtube channel to a livestream of tape #10:

Jason:

You title the stream "Ti and Do audio" and yet, as usual, you spend more than half of the time talking and giving your take on things. Once again, RKK and I did not digitize these tapes so that you can use them to draw attention to your youtube channel. What you have done for the past ten plus years is a disgusting mockery of what Ti and Do taught.

Sawyer (3spm):

You say you and Rkkody did not digitize the tapes for me (people) to disseminate them on my channel or anywhere else???? Are you kidding me? Like the Next Level needed you and Rkkody to make sure this information gets. Isn't that a huge amount of being full of yourself to believe and state? Anyway, I say in the description when the tape starts approximately so it's not like I'm trying to hide the tape to trick people into listening to me. Why are you so full of hate of whatever and whoever bring Ti and Do's Mind public? Who cares if it boosts my ego. That's between me and Ti and Do. If you listened to these last tapes 16 and 10 in particular you will see how much Ti and Do wanted each student to write a book for the purpose of providing their own expression of the information for the sake of those in a potential future classroom. I suggest you listen to it several times as this is very clear and also in the last Portland tape in 1994 DO said we need to get bolder about showing Christians that Ti and Do were the ones referred to as the Father and Jesus so he instructed students to get more familiar with the bible records so they could talk to Christians. Sure you can say that was for them but there is zero indication that was limited to then or they wouldn't have provided all this material to us now and DO wouldn't have said the gate was still open after he left and he wouldn't have said that even those who never hear about TI and Do could "go with him" when they wrap things up. So you are very out of place with your tiny twig like complaints against me while you might be missing the log that's in your own eye. So I will continue to do what I'm doing as what you don't see is that I send people the tapes and all the info like at least 3x's a week and I don't include my youtube tapes though I do include the book I wrote as that seems to be Ti and Do's intention for now as well by many forms of evidence, again in the 94 and 82 tapes.

believe not having that courage means the end of my learning lessons and providing Ti and Do service until I do exit this vehicle (by whatever means, not actually ruling out leaving as they did).

Crlody:
Ti and Do were brave as were all those who followed Them out of here. You're here because you're afraid to leave. Just like everyone else. You're not special. The world doesn't need Sawyer's take on what the class was about to grow closer to the NL. What if I said that I had a dream in which Do told me that you are completely off-track and not serving the NL with this mission of yours? Would you tell me it must not have been Do in my dream? How would either of us "prove" it either way? You can never prove that you are for the NL Sawyer, it's something that you believe and you seem to expect the world to believe you too. considering that you haven't shut up about it for ten plus years running now If you claim that you have contacts with the NL and you also claim that you "don't care" that a significant portion of the NL mind that was left here by the class is being suppressed then I must state that your "contacts" are not from the NL. The Class wanted the tapes distributed. RKK knew it, I know it but you don't care because you are more interested in your own blog, your own book and your own videos than you are in listening to Do instruct the students in the ways and thinking of the NL.

Maybe the reason that you get so defensive and you behave as if you're almost a martyr for the NL is because deep down you know that you could be wrong about all of your claims.

Sawyer:

Constant exaggerations and misrepresentations of what I think come out of your pen on a regular basis. How do you know what I think unless I give it to you. Who gives you that information that makes you sound so confident?

I am not trying to prove to anyone that I am for the Next Level but I am trying to offer evidence that Ti and Do were from the Next Level as the return of the Father and Jesus. Can you explain to me what's wrong with that?

I'm wondering if you are drunk or stoned when you  write these comments as they ramble along with preconceived opinions you self justify that are often telling me what I think and feel and experience and should not do. Do you ever wonder what Ti and Do think of your accusations against me?

And then if I respond which I always do, you call me defensive. Isn't that called in the world a type of "bait and switch" you are employing, or maybe it's the "straw horse" or some other phrase that's been popularized for that kind of form of deception. It's hardly straight forward as we were taught to communicate and Jesus also spoke about.

Ti and Do taught that dreams could be used by the Next Level to help us with our lessons. It was personal and when Ti and Do had us tell them of our dreams, which they encouraged us to program our vehicles to remember when we went "down" (to bed), they sometimes gave their impression of the dream and sometimes told us about their dreams. The biggest point to dreams is that they are personal and not meant to talk

Further comments from Crlody (Carlan) and Sawyer's responses:

crlody:
These conflicts between us only serve to distract individuals from the information that the Class left behind. We need to be satisfied with that information as the most direct, undiluted Next Level information on the planet. By your actions you are not satisfied with that information and want recognition for your take on what the Class was about. By your own words you "don't care" that much of that information is being suppressed. You want recognition for being "brave" in your self-appointed NL mission and if you didn't want recognition for that then why even bring it up?

Sawyer:
You must never read my comments back to you because I've explained probably over a dozen times what I mean by the out of context, "don't care" about the surpassed audio tapes. That was not an accurate thing to say as to how I feel about it but again I got worn down so did say it that way but since then, even over years have clarified that I do care but have no recourse to get them released that I would feel good about and know that we have everything we need. I trust Ti and Do to have provided all we need to take further steps in our overcoming and provision of service (mission) for Ti and Do. As I recall, but could be wrong about, Ti and Do didn't like using that word "mission" pertaining to themselves. They spoke as having or giving a "task", or an "assigned task" and/or "project" and/or "process" and/or program as far as I recall.

What do you propose we do to try to get  those tapes remaining audio tapes released?

You sound like you think you have authority to tell me what I should or should not be doing, saying my actions show that I'm not "satisfied with that information" (from Ti and Do) because I write/talk about related scriptures and signs, etc. while DO and TI are who gave us the many, many references to scriptures and parts of the Book of Revelations, not me, so I'm following their lead in that. If you could point to things Ti and Do said that indicate what NOT to think, say and do then you'd have some credence but even the few remote references hardly criticize my efforts in that regard.

I think you could learn to look for the positive in what others do, and "forgive" our trespasses against others as we want our trespasses to be forgiven and especially so when you have no grounds to see them as negatives in Ti and Do's mind from the information they left behind.

I agree their info is the most direct, undiluted info on the planet. Part of their information is the Jesus record (See the back of the Heaven's Gate book and  how many times DO spoke about Jesus and Ti as well, though they never quoted chapter and verse) that you seem to choose not to include - the entire record in the 4 gospels and we can't ignore how much of the Book of Revelations DO spoke about so can't disqualify those provisions of information.

I brought up before that to me it did require some bravery (however minor) to put myself in the public eye in 1997 and then again in 2002 and thereafter at times. I only brought up "bravery" because you kept on reminding me that I didn't have the courage to exit as they did which I don't disagree with, though have no reason to

# EXHIBIT 7

**Sawyer (Youtube 3SPM) Wins against TOA - Mark and Sarah Kings Audio tape takedown attempts**

*PAge Counter notification against TOA*
*mark & sarah king take down attempt*

From: YouTube Copyright <youtube-disputes+1o15qy66nw5b20h@google.com>
Date: Fri, Dec 3, 2021, 4:21 AM
Subject: Re: [V4VX3FM7AKJUWVQXFK6KLOZREM] New Copyright Counter Notification
To: <sawcat575@gmail.com>

Dear 3spm,
Thank you for your counter notification. It has been forwarded to the party that
sent the takedown notification.
Keep in mind that by submitting this counter notification, you've initiated a formal
legal dispute process. As such, YouTube will handle this process in accordance with
the law. This process takes some time, so we kindly ask for your patience.
Upon forwarding your counter notification to the claimant, we will allow them 10-14
business days from this date to respond with evidence that they have taken court
action against you to prevent the reinstatement of the video(s) in question.
If we receive no response, after that time period your videos will be restored and
the associated penalties on your account will be resolved.
You will receive updates in this email thread about your counter notification's
status. You can also check its status within your Video Manager. Though no response
is required of you, please respond directly to this message should you choose to
provide us with any further information.
- The YouTube Team

Counter Notification as follows:
Videos included in counter notification:
    http://www.youtube.com/watch?v=MoVa4KsXT-Q
Display name of uploader: 3spm

My use of the audio played falls under the Fair Use which is excepted to copyright.
I also provided commentary.

I swear, under penalty of perjury, that I have a good faith belief the material was
removed due to a mistake or misidentification of the material to be removed or
disabled.

Stephen Havel
© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

note:
This audio was Ti & Do audio talking in 1982 Blackhawk CO Adam Lucifer part 1

PAge 2  WON for PArt ONE of the Youtube
from takedown attempt 1 by Telah

From: YouTube Copyright <youtube-disputes+1o15qy66nw5b20h@google.com>
Date: Fri, Dec 17, 2021, 4:21 AM
Subject: Re: [V4VX3FM7AKJUWVQXFK6KLOZREM] New Copyright Counter-Notification
To: <sawcat575@gmail.com>

Dear 3spm,
In accordance with the Digital Millennium Copyright Act, we've completed processing
your counter notification.
The following videos have been restored unless you have deleted them:
    http://www.youtube.com/watch?v=MoVa4KsXT-Q
- The YouTube Team
© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

note: re: Ti & Do audio talking in 1982 Blackhawk CO Adam Lucifer part 1

*[handwritten: PAGES — Counter notification against TOA — MARK & SARAH KING takedown attempt 2]*

From: YouTube Copyright <youtube-disputes+2xsc7jzzfdfyy0h@google.com>
Date: Fri, Dec 3, 2021, 4:20 AM
Subject: Re: [IZ3ALGLS72W744A6Y2CNAW32FE] New Copyright Counter Notification
To: <sawcat575@gmail.com>

Dear 3spm,
Thank you for your counter notification. It has been forwarded to the party that
sent the takedown notification.

Keep in mind that by submitting this counter notification, you've initiated a formal
legal dispute process. As such, YouTube will handle this process in accordance with
the law. This process takes some time, so we kindly ask for your patience.

Upon forwarding your counter notification to the claimant, we will allow them 10-14
business days from this date to respond with evidence that they have taken court
action against you to prevent the reinstatement of the video(s) in question.

If we receive no response, after that time period your videos will be restored and
the associated penalties on your account will be resolved.

You will receive updates in this email thread about your counter notification's
status. You can also check its status within your Video Manager. Though no response
is required of you, please respond directly to this message should you choose to
provide us with any further information.
- The YouTube Team
Counter Notification as follows:
Videos included in counter notification:
    http://www.youtube.com/watch?v=UImuHw1BsIQ
Display name of uploader: 3spm
My use of the audio played falls under the Fair Use act. I also provided commentary.

I swear, under penalty of perjury, that I have a good faith belief the material was
removed due to a mistake or misidentification of the material to be removed or
disabled.

Stephen Havel
© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

note: This was audio tape 149 that indicates directly three times that TI and DO
intended that people would be looking for these tapes to find out what these two
were all about AFTER they exited their human vehicles

PAGE 4 *work for hire* 2 deletes *on youtube*
From takedown attempt 2! by TeIAh

From: YouTube Copyright <youtube-disputes+2xsc7jzzfdfyy0h@google.com>
Date: Fri, Dec 17, 2021, 4:20 AM
Subject: Re: [IZ3ALGLS72W744A6Y2CNAW32FE] New Copyright Counter-Notification
To: <sawcat575@gmail.com>

Dear 3spm,
In accordance with the Digital Millennium Copyright Act, we've completed processing
your counter notification.
The following videos have been restored unless you have deleted them:
    http://www.youtube.com/watch?v=UImuHw1BsIQ
- The YouTube Team

 @ 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

note:

Tape 149 - TI and DO want all tapes available

# EXHIBIT 8

**Audio tapes that talk about people having these tapes to study after they leave**

①

*And also that talk about The tapes being left behind for The public to have after They left.*

108 AB
03/29/1984
How our information will be brought out. There is a spacecraft overhead - we will leave together - departure will be witnessed. Energy of our vehicle returning to our family strain - dissemination of information through our family strain. Being appreciative of your vehicle.

05 min. Telephone addendum
08/08/84
Return conversation to strain.
14 min.
142 AB
08/13/1984
How to think about humans. Sympathizing with humans or lording over them. Wavering. Maturity & stability. Unrecognized negativity. Every individual who came must leave. Scarf through a ring analogy. Dishonest with Links. Your strong signals. Stopping read out. lousy homework. Wasted suffering. How you grow. Putting vehicle in it's place. Programs of weakness. Predictions, computers, data entry. Being on & off target. Water & oil.

149 AB
08/30/1984
That's not you. Don't you accept that, apostles. Media. Technical knowledge. Looking for goodness. Departure witnessed. Human limitations. Quasars. Intended detection. Refreshing your memory. The lines out from the center. Dallas & Houston. Breaking away. Religion. The feeling of almost remembering.
69 min.

153 AB
09/14/1984
09/16/1984
Deposits, streamers. Kleenex & Links craft. Information available to humans in step by step. Thoughts don't dissipate, they have to be consumed. Opening memories. Humans harboring goodness. Positive & negative sides of a magnet. Our type of goodness. They haven't grown to be able to consume. Exposing negative through our strains is a step to destroying it. Setting ourselves up for homework. The streamer - differentiating between vehicle & Next Level Mind.
91 min.

154 AB
09/16/1984
Tuning in (cont. from 153) The things that can be tuned in to: vehicles: genetic structure including strains with similar weakness. Our Next Level lessons brought to our awareness by our teachers. Lower forces (actually they tune into you, they are the aggressors) Lucifer's tactics for putting blinders on humans.
71 min.

155 AB
09/19/1984
Foresight & guilt. Humans advancement in all areas. Technical advancement out - weighing moral advancement. Religion still based on fear & superstition. Reminder of



our importance. As we respond we send signals & deposit thoughts. Humans idea of being worldly. We bring out the negativity by being here. Blinders of ignorance. What will motivate humans to change? Equal exchange of ideas. Getting more mind by depositing thoughts.
86 min.


156 AB
09/22/1984
Key words. Referring to instructions & procedures while on this task. Adapting while in these vehicles. Open mind to teachers. Putting out key words. Rudiments of Next Level are the same for all. Our feelers. Only way to bring in Next Level Mind is to act like a Member of the Next Level. Our departure & humans. Turning a page. When you see weaknesses in vehicle & make an effort to change it, you pull in thoughts that have been deposited, eating your own words. Receiving & transmitting.
93 min.


161 AB
10/05/1984
10/07/1984
Chemical imbalances. Wouldn't be stimulated if healthy. Most offspring are accidents. Scanners to find out vehicle's needs. Regulating ourselves to teach our strain nutrition. The knowledge of nutrition is available to humans. Hormones & harmonics. Frequencies 0-100. Frequency is changed as it comes in. proc. Retriever lessons. Suggestions. How Members of Next Level communicate.
91 min.


TI and DO Audio Tape #200 AB 02-13,14-1985 - 89 min.

-Labs location.
-Our minds from space or graduates from
 whole different civilization of this garden.
-A task force to "pollute" the air with
 frequency & knowledge.
-Shock of our departure may cause a
 whole new beginning.
-Older Member may be able to create with mind
 (not need labs etc.).
-Human perception of light & speed etc. is
 ignorant.
-Do's task with geography & transportation.
-Only a part of Link's mind is here.
-As you try to imagine labs you're trying
 to remember.
-Monitor. Mingling Members of NL not perfect.

# EXHIBIT 9

**Blanket Cease and Desist Letter (no details)
and
Legal Agreement Proposal
Served on Havel and Weaver - 11-17-2021**

**Marcos Eduardo Garciaacosta, Esq.**
2875 W. Ray Rd. Suite 6 #108 Chandler, AZ 85224
marcos.e.garciaacosta@gmail.com 602 317 0035

November 17, 2021

Mr. Stephen Havel, Ms. Cathy Weaver

**Subject**: Cease and Desist of Copyright violations of Telah Foundation and Heaven's Gate content

Dear Mr. Havel and Ms. Weaver,

My name is Marcos Garciaacosta, Esq and I represent The Telah Foundation ("Telah"), an organization that is the legal owner for copyright title regarding audio and video recordings of Heaven's Gate ("Content") and Mr. Mark King ("Mr. King") who is the managing director for Telah. Telah and Mr. King are the recipients of an assignment of copyright for that content and it dates back to the late 1990s. That assignment was a result of a court agreement and was approved by a judge in California. Mr. King and Telah are the keepers and guardians of the Content which also includes personal information, images, persona and more information regarding Heaven's Gate and its members. Mr. King and Telah have the duty of protecting the content, if it is distributed, how and to whom. The content is of an extremely sensitive nature and in the wrong hands can cause tremendous harm to innocent people. Because of that Mr. King and Telah have decided that their fiduciary duties are best served by restricting any distribution or sharing of the content.

You have in your possession a large number of material that were illegally obtained from Mr. King and you have illegally made those recordings available to the public without my client's consent. The number of files or recordings rise into the hundreds. Mr. King in his and Telah's behalf demands that you return or destroy any illegal content you have in your possession, remove any material you have made available to the public by any means, including but not limited to online properties, websites, share drives and more.

Please be aware that my client is very serious about the severity of this situation and is ready to pursue all venues available to assert his rights. By any analysis of the case, it is clear that you are violating my client's rights. Copyright infringement is a very serious violation and if we have to take this case to court you will be found liable and responsible for damages to our client for every infringement, plus attorney fees. For this case damages start around $100,000 per violation, meaning every illegal recording you have would make you responsible for damages of $100,000 which can total damages in the millions of dollars. In addition, your failure to obey injunctions and court orders may have the court find you in contempt and order incarceration.

Consider this the last and only request from Telah Foundation and Mr. King. I am confident you will proceed the proper way and thank you in advance for your collaboration and do not hesitate to contact me if you have any questions.

*Marcos E. Garcíaacosta*, Esq.

Attorney for Telah Foundation and Mr. Mark King.

www.legalbizglobal.com

# Legal Agreement between The TELAH Foundation and Stephen Havel A.K.A. Sawyer and Cathy Weaver and to provide a settlement of the Cease and Desist of 11/17/2021

Whereas The TELAH Foundation ("Telah") and Mark King ("King") **WHY DOES MARK KING HAVE TO BE LISTED AS AN EXCLUSIVE OWNER, WHY ISN'T IT JUST THE TELAH FOUNDATION? WE ALSO DO NOT ACKNOWLEDGE ANY HUMANS I.E. THE TELAH FOUNDATION AS HAVING OWNERSHIP OF DO AND THE CLASSES MATERIALS** are the exclusive and legal owners of a series of elements of Intellectual Property ("Material") that includes but is not limited to registered material with the Copyright Office as well as with the US Patent and Trademark Office and they are comprised on among others video recordings, audio recordings, graphics, books, logos and more as well as other intangible property related to individuals and organizations such as names, photos, images, personal information and more depicted in those materials and associated with the organization Heaven's Gate.

Whereas Telah and King are the legal owners, guardians and keepers **AGAIN WE DO NOT ACKNOWLEDGE SUCH** of the Material and their goal is for it not to be distributed in an irresponsible manner that can cause damage to innocent people. **WE BELIEVE YOU ARE NOT STATING YOUR TRUE GOAL WHICH IS TO BE THE ONLY ONES TO DISSEMINATE TI AND DO'S INFORMATION BECAUSE YOU FEEL ONLY MARK AND SARAH KING WERE GIVEN THAT TASK TO DO. WE DISAGREE VEHEMENTLY WITH YOUR POSITION. WE ASK THAT THIS LANGUAGE BE REMOVED AS IT IS NOT A TRUE STATEMENT.**

Whereas King is the legal representative of Telah and he is empowered by Telah under the law to enter into contracts and agreements <u>with the purpose of controlling the appropriate use and dissemination</u> of the Material under control of King and Telah. **WE DO NOT TRUST MARK AND SARAH KINGS PERSONAL VIEWS OF WHAT IS APPROPRIATE USE AND DISSEMINATION. WE ASK THAT THIS LANGUAGE BE REMOVED.**

Whereas Stephen Havel A.K.A. Sawyer ("Havel") and Cathy Weaver ("Cathy") desire to have access to Material and desire to reprint the a number of items listed below items with the intention to distribute to individuals in person, community bulletin boards, electrical boxes, utility poles, etc., via the internet including any and all social media

1

sites also to include a future website authored and designed by Havel and Cathy, and mixed media such as newspapers, magazines etc.

Whereas Havel and Cathy hereby recognize the rights and authority of King and Telah over the Material. Havel and Cathy shall be referred to as "Recipients". **WE DO NOT RECOGNIZE THIS. WE ASK THAT THIS LANGUAGE BE REMOVED.**

**In this agreement Material also covers new content or Derivative product created by Recipients based on Material, inspired by it, edited from it or using portions of Material.** **WE DO NOT AGREE TO THIS. WE ASK THAT THIS LANGUAGE BE REMOVED.**

This agreement is entered **of free will by Recipients**, King and Telah to be referred to as "Parties" or "Parties to the Agreement". **WE DO NOT AGREE WITH THIS. WE DO NOT WANT TO BE ENTERING ANY AGREEMENT WITH MARK AND SARAH KING YOU ARE FORCING US TO DO THIS SO WE CAN PERFORM OUR TASK OF DISSEMINATING TI AND DO'S VALUABLE INFORMATION.**

Parties agree that unless otherwise specified nothing in here represents a permanent, universal, for perpetuity licensing or assignment of rights or any other transfer of rights asserted by Telah and King and acknowledged by Recipients.

## AGREEMENT

If granted rights to any part of Material Recipients agree to not reprint the Material in its entirety but only be a document-by-document reprint.  For example we would reprint 1a. and pass it out if asked or as we felt called too.

Recipients desire permission from Telah and King to purchase multiple copies of the Heavens Gate book ("Book") so in the event we are at a meeting or a convention and someone asks us for a copy of the book we would sell it to them at exactly the cost we paid for it from Telah. **Those purchasing individuals use the book for personal study and cannot resell in any form.** **WE DO NOT HAVE CONTROL OVER WHAT PURCHASING INDIVIDUALS MAY OR MAY NOT DO WITH THEIR PURCHASED PERSONAL COPIES OF THE BOOK.  HOW DO YOU PROPOSE WE WOULD ENFORCE SUCH A THING? WE CAN NOT AS WE WOULD HAVE TO KEEP TRACK OF EVERY SINGLE PERSON WHO PURCHASED A BOOK AND FOLLOW WHAT THEY ARE DOING WITH SAID PURCHASED BOOK, IT'S IMPOSSIBLE.**

Recipients acknowledge and agree that nothing shall be added or subtracted from the book in any form.  The Book, or any sections from it, shall be left, unmodified, exactly as it was given to Telah from the Heaven's Gate Group and Marshall Herff Applewhite (known as "Do").

2

**Book Portions to be reprinted in its entirety with nothing added or subtracted**

Recipients agree that upon authorization from Telah and King they shall limit reproductions from the Book to the sections and pages listed below and nothing shall be added or subtracted from the sections.

1a. Do's Intro: Purpose-Belief

      pg. iii, iv, v, vi

2a. Overview of Present Mission

      pg. vii, viii, ix

3a. Undercover "Jesus" surfaces Before Departure

      Section 1-pg. 3-6

4a. '95 Statement by an E.T Presently Incarnate

      Section 1-pg. 7-12

5a. First Statement of Ti and Do

      Section 2-pg. 3, 4

6a. First Poster Used for Public Meetings

      Section 2-pg.5

7a. The 17 Steps

      Section 2-pg. 8

8a. Major Offenses Lesser Offenses

      Section 2-pg. 9

9a. '88 Update – The UFO Two and Their Crew

      Section 3-pg 3-19

10a. Beyond Human Section 4-pg. 2-4

11a. USA Today Ad May 27, 1993: "UFO Cult" Resurfaces With Final Offer

      Section 5-pg. 3

12a. An unpublished presentation- exploring possible approaches April 25, 1993

*II. Legal Agreement — pAge 4*

Extraterrestrials Return with Final Warning

Section 5-pg.4-6

13a. Guidelines sent to those who were seriously considering joining the class-those who had responded to articles, ads, and correspondence October 23, 1993

Note: This particular type of classroom experience is no longer offered.

Total Overcomers Classroom Admission Requirements

Section 5-pg. 8-12

14a. Poster November 28, 1993

The Only Way Out of This Corrupt World

Section 6-pg.3

15a. Last Chance Statement January 16, 1994

Crew from the Evolutionary Level Above Human Offers-LAST CHANCE To Advance Beyond Human

Section 6-pg.4

16a. Poster. January 17, 1994

Crew From The Evolutionary Level Above Human Offers- Last Chance to Advance Beyond Human

Section 6-pg. 5

17a. Poster. March 10, 1994

Organized Religion (Especially Christian) has Become the Primary Pulpit for Misinformation and the "Great Cover-Up"

Section 6-pg. 6

18a. Poster. March 16, 1994

"UFO Cult" Resurfaces with a Final Offer

Section 6-pg. 7

19a. Poster. March 21, 1994

UFOs, Space Aliens and Their Final Fight for Earths Spoils

4

Section 6-pg. 8

20a. Poster. June 20, 1994

The End of The Age is Here-And as was Promised-He's Back, The One "The World" Hated and Killed Before! We're Back, His "Adopted" Who Were Treated The Same! Where Will You Stand? Section 6-pg.9

21a. Poster. July 30, 1994

Some desire to advance beyond racial consciousness some beyond gender and sexual consciousness some beyond religious consciousness some desire to advance even Beyond all Human behavior for the sake of the Evolutionary Level Above Human- the "Kingdom of God" Some who are devoting their entire lives to this endeavor will speak on:

Section 6-pg. 10

22a. Poster. August 18, 1994

UFO Two and Crew Say: "The Shedding of our Borrowed Human Bodies May Be Required in Order to Take Up Our New Bodies Belonging To The Next World."

Section 6-pg.11

23a. Appendix A: Statements Written By Students

*Ti and Do as "Smelling Salts" -Jwnody

*WARNING: For Those Who Are Prone to Hasty Judgments -Glnody

*Ingredients of a Deposit-Becoming a New Creature -Lvvody

*The Truth Is -Nrrody

*A Matter of Life or Death? YOU Decide -Wknody

*T.E.L.A.H.- The Evolutionary Level Above Human -Smmody

*The Way Things Are -Yrsody

*A Farewell Message to Those Who Remain Behind -Drrody

*My Ode to Ti and Do! What This Class Has Meant to Me-Everything! Qstody

*The Hidden Facts of Ti and Do -Chkody

*" Away Team" from Deep Space Surfaces Before Departure -Jwnody

*A Testament -Srrody

*Older Member – Younger Member- Their Relationship -Slvody

*Statement by a Crewmember -Tddody

*Be Fruitful and Multiply -Jmmody

*Up the Chain -Brnody

*Religions Are Humans' #1 Killers of Souls -Jwnody

*Evolutionary "Rights" for "Victims" -Stmody

*Deposits -Snnody

*The World's Most Successful Con Game -Lggody

*Incarnating and Discarnating -Jnnody

*Investments -Anlody

Appendix A Pages 1-100

24a. Appendix B Appendix B-pg.1-9

Bible Quotes Primarily From Previous Representatives to Earth From The Evolutionary Level Above Human

## Audio Material

As indicated in this document Material consists of a number of audio tapes and logs left in storage and that were retrieved and then kept stored by Telah and King.

Recipients request all audio tapes and logs known and unknown be posted on the proposed Vimeo site with a deadline of March 25, 2022, **or best effort if encountering delays. THIS CONCERNS US, WE NEED A TIMELINE IF THERE ARE DELAYS. YOU'VE DELAYED THE INFORMATION COMING OUT FOR 26 YEARS. WE DO NOT WANT TO BE GOING BACK AND FORTH WITH THIS FOR YEARS UNTIL WE DIE.**

Recipients request the right to play audio and on any and all social media platforms and in person with a statement that the Telah has given us such permission and with whatever watermark and disclaimer Telah requires.

Recipients request the right to provide commentary on all audios that may be played **as long as they are separate** (WHAT DOES THIS MEAN?) from those original recordings and do not add, subtract or modify them in anyway.

4b. Recipients request to have full permission to provide audios and logs to those without internet via USB drives but first and foremost interested parties will be directed to TELAH official Vimeo site.

5b. Recipients request permission to transcribe audio tapes either personally ourselves or via other true believers or other seekers who feel inclined to do so. Transcripts will be proofread and then uploaded or submitted via e-mail to Telah to be added to the Vimeo site and properly watermarked or notated as the Telah will describe. **CLEAR TIMELINE BE DEFINED FOR THE TRANSCRIPTS TO BE UPLOADED TO THE VIMEO SITE**

6b. Recipients request the permission to use any audio tapes and in any <u>agreed music recordings, as long as they get approval on any recordings from the Telah Foundation</u>. **WE DO NOT AGREE WITH THIS AND ASK THAT THIS LANGUAGE BE REMOVED. WE FEEL NO MATTER WHAT IS PRODUCED YOU WILL NOT BE FAIR AND WILL JUDGE IT ACCORDING TO YOUR MIND, NOT TI OR DO'S.** The Telah Foundation will not endorse, approve of or support any of these recordings and the Foundation will not be mentioned on written or production materials of any kind.

# The Videos

Section C

Recipients request the permission to use the below listed tapes in any agreed music recordings and they are <u>under the same terms and provisions as the audio tapes</u>. **WITH THE EXCEPTIONS NOTED FOR THE AUDIOS.**

Recipients request permission to play the following listed videos via the internet and in person (We agree that the video recordings will not be altered in any way or form):

    1c. Beyond Human Series 1-12

    2c. Last Chance To Evacuate Planet Earth

    3c. Planet Earth About To Be Recycled

    4c. Do's Final Exit

    5c. Student Exit Statements

    6c. Chicago Meeting Footage

    7c. KOPE Radio Interview

    8c. Missoula News Interview

# Artwork

Section D

1d. Recipients request permission to use Ollody's retrievable artworks depicting Next Level scenes and Members. Recipients will be making merchandise for profit based on Ollody's works **in agreement with Telah.** WE DO NOT AGREE THAT WE HAVE TO GET PERMISSION FROM THE TELAH FOUNDATION OR THE KINGS TO PRODUCE ORIGINAL WORKS BASED ON OLLODY'S WORKS. WE FEEL YOU WILL NOT BE FAIR AND WILL JUST DECLINE EVERYTHING WE SUBMIT FOR YOUR APPROVAL.

2d. Recipients also propose to reprint Ollody's artworks and display them in a gallery style setting for members of the public to view **after a sufficient time of successful cooperation between parties.** WHY WOULD YOU HAVE ANY ISSUE WITH US DISPLAYING OLLODYS' ART WORKS IN A GALLERY? WE DO NOT AGREE WITH THIS AND ASK IT TO BE REMOVED FROM THIS DOCUMENT.

3d. Recipients request to use the Heaven's Gate logo and name as they have done on their various sites, as before, without fear of legal repercussions.  Any other use is prohibited.

# Additional Terms

Section E

1e. If the audios are not posted by March 25, 2022, or best effort, due to delays, Recipients can contact Telah to discuss. AGAIN WE NEED A CLEAR DEFINED TIMELINE AND A DEFINITION OF WHAT IS AN ALLOWABLE DELAY I.E. DEATH IN THE FAMILY AS OPPOSED TO YOU JUST DON'T FEEL LIKE IT THAT DAY

2e. Telah will not cause any of Recipients' social media sites to be deleted or taken offline, unless the terms of this Agreement are violated.

3e. **Telah will require audios that have already been dispersed and retrievable by the recipients to be collected, returned or destroyed.** THIS IS IMPOSSIBLE TO DO AS WE HAVE NO CONTROL OVER WHETHER INDIVIDUALS HAVE ALREADY MADE COPIES OF THE AUDIOS. ALSO HOW DO WE ENFORCE THIS? WE GO TO EACH PERSONS HOUSE THAT WAS GIVEN AUDIOS AND STAND OVER THEM WHILE THEY DELETE EVERYTHING AND THEN WE CHECK ALL THEIR USB DRIVES?  IT'S NOT POSSIBLE. WE ASK THIS BE REMOVED FROM THE DOCUMENT.

4e. Telah will not require Recipients to publicly apologize for anything in order to obtain the permissions requested in this document **other than recognize Telah and King as the rightful and legal owners of Material.**  WE ARE NOT DOING THIS. WHY DO YOU NEED US TO ACKNOWLEDGE YOU HAVE HUMAN OWNERSHIP OVER DO AND THE CLASSES MATERIALS? WHY IS THAT SO IMPORTANT TO YOU?

8

5e. **Telah will not require Recipients to run everything by them before reprinting or creating new content based on MATERIAL. Recipients however agree to abide to common sense in their editing and creation of new content based on Material and to obey all laws and regulations and to promptly remove, recall and destroy any content deemed inappropriate by Telah and King.** WHO DECIDES WHAT IS COMMON SENSE? THE RECEIPENTS? THE TELAH FOUNDATION? THEN YOU EXPECT US TO DELETE AND DESTROY ANYTHING WE MAY PRODCUE THAT YOU ONE DAY DECIDE IS INAPPORPIATE? WE DO NOT AGREE TO THIS AND ASK IT BE REMOVED FROM THE DOCUMENT.

CLAUSES

1. **PAYMENT AND PAYMENT TERMS**

As compensation for the performance of this Agreement, Recipients must pay Telah or King a licensing fee of $1.00, plus an annual maintenance of $1.00.

2. **TERM, REVIEWS AND TERMINATION**
   a. **Term**. This Agreement will commence on the Effective Date and, unless terminated earlier in accordance with the terms of this Agreement, will remain in force and effect for an initial period of one (1) year, renewable upon the written agreement of the parties.
   b. **Termination by Notice. Telah or King may terminate this Agreement at its sole discretion providing a 30 day Notice.** WE ALSO CAN TERMINATE THIS AGREEMENT WITH A 30 DAY NOTICE. I PROPOSE WE MAKE IT 60 DAYS THOUGH.
   c. **Termination for Breach**. Either party may terminate this Agreement if the other party breaches any material term of this Agreement and fails to cure such breach within thirty (30) days following written notice thereof from the non-breaching party.
   d. **Effect of Termination. Upon notification Recipients shall return all Material obtained directly or indirectly from Telah or King, or any Material King or Telah have rights for. Recipients shall also stop using any Material for purposes of creating derivative Products or any editing, variations or similar of Material. Recipients shall recover, return and destroy any Material that may be in the hands of others as required to produce any Material or Derivative Product**. AGAIN, THIS IS IMPOSSIBLE TO ENFORCE UPON INDIVIDUALS. WE DO NOT AGREE WITH THIS AND ASK THAT IT BE REMOVED FROM THE DOCUMENT.
   e. **Reviews**. Recipients agree to provide at least quarterly reports to Telah and King of the progress in their execution plan and how they are using or modifying the Material within the confines of this Agreement. Parties further agree to a minimum of yearly review of this Agreement for alterations, modifications or similar as found necessary by the parties. WE WILL NOT PROVIDE ANY REPORTS TO THE TELAH FOUNDATION OR THE KINGS FOR ANY REASON WHATSOEVER. WE ARE NOT YOUR EMPLOYEES. WE ARE NOT DISSEMINATING THE INFORMATION FOR YOU. WE WORK FOR TI AND DO AND THE NEXT LEVEL.

II. *Ubegand agreement MGG Page 10*

3. **NOTICES AND DESIGNATED CONTACTS**. All notices required or permitted under this Agreement will be in writing, will reference this Agreement, and will be deemed given: (i) when delivered personally; (ii) one (1) business day after deposit with a nationally-recognized express courier, with written confirmation of receipt; or (iii) three (3) business days after having been sent by registered or certified mail, return receipt requested, postage prepaid. All such notices will be sent to the designated contacts listed below at the addresses set forth below or to such other address as may be specified by either party to the other party in accordance with this Section.

4. **NON ASSIGNMENT**. Recipients may not assign or transfer this Agreement, in whole or in part, without the express prior written consent of the other party. Any attempt to assign this Agreement, without such consent, is void.

5. **NO WARRANTY, NO REPRESENTATIONS**. Material provided to Recipients is AS IS and Telah nor King make any promises or give any assurance of the authenticity or provenance of the material, as well as make no warranties or representations of the quality or fitness of use of the Material for Recipient's purposes. Telah and King as well do not make any representation as to the rights to the Material or any liens or disputes that exist or may exist in the future in connection with the Material.

6. **PROPER INSURANCE. Recipients acknowledge that they will be responsible for any liability insurance on behalf of each other and the Material as well as insurance for the distribution and effect of the distribution of Material or its Derivatives. Parties agree Telah and King are not obligated to carry any insurance for the Material such as IP, copyright and similar, as well as for any damages the use of Material and its derivatives could cause in other parties. I WANT TO MAKE SURE I UNDERSTAND THIS. THE TELAH FOUNDATION DOES NOT CARYY ANY INSURANCE TO PROTECT THE MATERIAL. ARE YOU PROPOSING THAT WE NEED TO CARRY INSURANCE FOR SOME UNFORSEEN CIRCUMSTANCE IN THE FUTURE? BUT YOU YOURSELF DO NOT CARRY INSURANCE?**

7. **OWNERSHIP OF DERIVATIVES OR NEW WORK. The parties agree that, to the fullest extent permitted by applicable law, each item of Recipient's Product related to Material, based on it, or inspired by it will be the sole and exclusive property of Recipients. Recipients hereby licenses to Telah and King, and agree to license to Telah and King, all right, title and interest in and to the Recipient's Product, including all worldwide patent rights (including patent applications and disclosures), copyrights, trade secret rights, know-how, and any and all other intellectual property or proprietary rights (collectively, "Intellectual Property Rights") therein. At Telah's or King's request and expense, during and after the term of this Agreement, Recipients will assist and cooperate with Telah and King in all respects, execute documents, and take such further acts reasonably requested to enable Telah and King to acquire, transfer, maintain, perfect and enforce the joint Intellectual Property Rights and other legal protections for the Recipient's Product. Recipients hereby grants Telah and King an exclusive, irrevocable, royalty-free, transferable, perpetual, world-wide, sub-licensable right and license to use the Recipient's Product. Notwithstanding the foregoing, the parties agree that Telah and King will retain ownership of all Intellectual Property Rights owned by them prior to the Effective Date of this Agreement. WE DO NOT AGREE WITH ANY OF THIS AT ALL. YOU WANT TO OWN THE RIGHTS, TITLE AND COPYRIGHT TO ORIGINAL IDEAS AND CONTENT THAT WE CREATE INSPIRED**

10

*TI . beyond Agreement — page 11*

BY HEAVENS GATE AND THAT IS RIDICULOUS AND OFFENSIVE TO EVEN ASK US. THIS MUST BE REMOVED FROM THE DOCUMENT FOR US TO EVEN CONSIDER MOVING FORWARD.

8. **CONFIDENTIAL NATURE OF MATERIAL.** Telah and King are the protectors and guardians of the Material to prevent it from being misinterpreted or misused causing harm to innocent parties. Because of the sensitive nature of Material Telah and King have exercised to the best of their abilities all efforts to keep the material restricted and confidential. **THE TELAH FOUNDATION AND MARK KING FREELY ADMIT IN THIS DOCUMENT RIGHT HERE THAT THEY HAVE WORKED WITH ALL THEIR BEST EFFORTS TO KEEP DO AND THE CLASSES INFORMATION RESTRICED AND CONFIDENTIAL. THAT GOES AGAINST THE EXACT EXPRESSED DESIRES OF DO AND THE CLASS.** Recipients agree to continue keeping the Material confidential and to exercise their best efforts to prevent access to parts of said Material not agreed nor authorized by Telah and King and to exercise best efforts to prevent potentially damaging Material to be released to the public. **WE WILL NEVER AGREE TO KEEPING TI AND DO AND THE CLASSES INFORMATION CONFIDENTIAL AND RESTRICTED. THAT IS NOT OUR TASK. EVERY SINGLE PERSON WHO HAS A DEPOSIT IS TASKED WITH DISSEMINATING THEIR INFORMATION. THAT IS WHAT WE WILL DO UNTIL THE DAY WE DIE. YOU CAN TRY AND SHUT US UP AND WE WILL JUST TAKE IT TO THE STREETS. ARE YOU GOING TO HAVE US ARRESTED AND THROWN IN PRISON FOR SHARING TI AND DO'S LIFESAVING INFORMATION? WOULD YOU GO THAT FAR TO STOP US TALKING ABOUT TI AND DO JUST BECAUSE YOU FEEL WE WEREN'T GIVEN A TASK AND ONLY YOU, MARK AND SARAH KING WERE?**

9. **BEHAVIOR.** Recipients agree to obey all rule and regulations and shall not violate any law. Any **felonies or other** violations that endanger the life or safety of others shall be deem grounds for termination of this Agreement. **SO IF THERE ARE NO FELONIES OR OTHER VIOLATIONS THE AGREEMENT STANDS, I'M NOT SURE WHY THIS NEEDS TO BE IN HERE.**

10. **INDEPENDENCE OF PARTIES.** Nothing in this Agreement will be construed as establishing an employment or agency relationship between Parties. Parties have no authority to bind each other by contract or otherwise. **Recipients understand and agree that there is the possibility of not making any money as a result of their authorized access and use of Material.** WHY IS THIS IN HERE? WE ARE NOT DOING ANY OF THIS FOR MONEY. Parties understand and agree that each Party is responsible for their own personal and business expenses including government and registration fees, taxes, assessments, permits and more.

11. **INDEMNIFICATION AND COSTS.** TELAH AND KING shall not be liable for any damage or injury of or to Recipients, guests, invitees, customers, third parties, agents or employees or to any person or groups that Recipients contact or share any of the Material with. **Recipients hereby agree to indemnify, defend and hold TELAH AND KING harmless and innocent from any and all claims or assertions of every kind and nature. Recipients also agree to be responsible for any costs or liability arising from his use of Material including but not limited to any excess liability beyond what any insurance policy may cover as well as being responsible of any deductible assessed to TELAH AND KING.** WE DO NOT AGREE WITH ANY OF THE UNDERLINED AND ASK THAT IT BE REMOVED FROM THE DOCUMENT Recipients are responsible for all costs associated with use, editing and distribution of any Material authorized by Telah and King.

12. **ATTORNEYS' FEES.** In the event any dispute arises between TELAH AND KING and Recipients concerning this Agreement that results in litigation, the losing party shall pay the prevailing party's reasonable attorney fees and court costs, which shall be determined by the court and

made a part of any judgment. **Parties agree that these fees shall not be less than $5,000.** WE DO NOT AGREE TO THE UNDERLINED AND ASK THAT IT BE REMOVED FROM THE DOCUMENT.

13. **COUNSEL. PARTIES EACH WARRANTS TO THE OTHER THAT HE OR SHE HAS ENTERED INTO THIS AGREEMENT VOLUNTARILY, FREE AND CLEAR FROM ANY DURESS OR UNDUE INFLUENCE FROM THE OTHER PARTY OR ANY OTHER PERSON.** AS STATED PRIOR, WE DO NOT WISH TO ENTER INTO ANY AGREEMENT WITH THE TELAH FOUNDATION OR MARK AND SARAH KING. THE TELAH FOUNDATION IS FORCING US INTO THIS AGREEMENT IN ORDER TO WORK TOWARDS OUR TASK OF DISSEMINATING TI AND DO'S INFORMATION. PARTIES FURTHER WARRANT THAT HE OR SHE HAS READ THIS AGREEMENT IN ITS ENTIRETY, AND THAT HE OR SHE FULLY UNDERSTANDS THE NATURE AND EFFECT OF ALL RECITALS AND COVENANTS PRIOR TO THE EXECUTION OF THIS AGREEMENT. EACH PARTY HAS HAD THE OPPORTUNITY AND HAS BEEN STRONGLY ENCOURAGED TO SEEK THE ADVICE OF THE LEGAL COUNSEL OF HIS OR HER CHOICE, SO THAT HE OR SHE HAS BEEN ADVISED FULLY AND ADEQUATELY AS TO THE CHARACTER AND LEGAL EFFECT OF ALL RECITALS AND COVENANTS CONTAINED IN THIS AGREEMENT.

14. **ALTERNATIVE DISPUTE RESOLUTION ("AOR").** Parties agree to mediate any dispute or claim arising out of or relating to this Agreement. All mediation costs shall be paid equally by the parties. In the event that mediation does not resolve all disputes or claims, the unresolved disputes or claims shall be submitted for binding arbitration. In such event, the parties shall agree upon an arbitrator and cooperate in the scheduling of an arbitration hearing. If the parties are unable to agree on an arbitrator, the dispute shall be submitted to the American Arbitration Association ("AAA") in accordance with the AAA Arbitration Rules in the state of Arizona. **The decision of the arbitrator shall be final and no appealable.** WE DO NOT AGREE WITH THIS. Judgment on the award rendered by the arbitrator may be entered in any court of competent jurisdiction. Notwithstanding the foregoing, either party may opt out of binding arbitration within thirty {30) days after the conclusion of the mediation conference by notice to the other and, in such event, either party shall have the right to resort to court action. **WE DON'T UNDERSTAND WHAT THIS ENTIRE PARAGRAPH MEANS SO WE WILL NEED CLARIFICATION**

15. DISPARAGING. Recipients agree to refrain from any actions whatsoever, in person, electronically or otherwise that disparage, defame, sully or compromise the goodwill, name, brand or reputation of Telah and King, or (ii) commit any other action that could likely injure, hinder or interfere with the business or personal life of the Telah and King. Recipients hereby represent and warrant that, prior to the Effective Date, they have not committed any of the foregoing actions described in this Section, and will remove or withdraw any negative comments made by Recipients in any media or forum. **WE DO NOT AGREE TO ABIDE BY ANY OF THIS AND IT IS FRANKLY UNNECESSARY. WE DO NOT AGREE WITH THIS AND ASK THAT IT BE REMOVED FROM THE DOCUMENT.**

16. **GOVERNING LAW.** This Agreement shall be governed, construed and interpreted by, through and under the Laws of the **State of Arizona** in a court of proper jurisdiction in the county of Maricopa. **HOW DO WE GET TO ARIZONA? WE DO NOT LIVE ANYWHERE NEAR THERE, WHO IS GOING TO PAY OUR NECESSARY TRAVEL EXPENSES IN THE EVENT YOU DECIDE WE HAVE BROKEN THE AGREEMENT AND YOU DECIDE TO SUE AND FORCE US TO COURT?**

17. **SEVERABILITY.** Each provision of this Agreement shall be construed to preserve its validity and enforceability to every extent possible. If any provision of this Agreement or the application thereof shall, for any reason and to any extent, be found invalid or unenforceable, neither the

remainder of this Agreement nor the application of the provision to other persons, entities or circumstances shall be affected thereby, but instead shall be enforced the maximum extent permitted by law. The party who would have the provision enforced shall be entitled to elect whether: **(a) the provision should be modified to the extent necessary to make it valid and enforceable; or (b) the provision shall be deemed not to be part of the Agreement and all other provisions shall remain in full force and effect.** DOES THIS MEAN THAT YOU CAN TAKE THINGS OUT OR CHANGE THINGS AT WILL OR AS YOU SEE FIT?

18. **BINDING EFFECT**. The covenants, obligations and conditions herein contained shall be binding on and inure to the benefit of the heirs, legal representatives, and assigns of the parties hereto as allowed in this Agreement. **IF THIS MEANS YOU WANT TO SUE OUR KIDS OR ANY HEIRS IF WE HAPPEN TO DIE IN THE MIDST OF ALL THIS OR AT ANY FUTURE POINT IN TIME, THEN WE DO NOT AGREE TO THIS AND IT NEEDS TO BE REMOVED FROM THE DOCUMENT.**

19. **DESCRIPTIVE HEADINGS**. The descriptive headings used herein are for convenience of reference only and they are not intended to have any effect whatsoever in determining the rights or obligations of the TELAH AND KING or Driver. **WHAT DOES THIS MEAN? WHO IS THE DRIVER?**

20. **CONSTRUCTION**. The pronouns uses herein shall include, where appropriate, either gender or both, singular and plural.

21. **NON-WAIVER**. No indulgence, waiver, election or non-election by TELAH AND KING under this Agreement shall affect Recipients duties and liabilities hereunder. **Neither any failure nor any delay** on the part of TELAH AND KING in exercising any right hereunder shall operate as a waiver thereof; nor shall any single or partial exercise of any right hereunder preclude any other or further exercise thereof or the exercise of any other right. **WHO DECIDES THE FAILURE OR DELAY?**

22. **MODIFICATION**. The Parties hereby agree that this document contains the entire agreement between the parties and this Agreement shall not be modified, changed, altered or amended in any way except through a written amendment signed by all of the parties hereto.

23. **LIMITATION OF LIABILITY**. Parties agree that in no event TELAH AND KING shall be liable for any breach or damages to anybody associated with the execution of this agreement. IN NO EVENT SHALL TELAH AND KING BE LIABLE FOR ANY SPECIAL, INCIDENTAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL DAMAGES OF ANY KIND IN CONNECTION WITH THIS AGREEMENT, EVEN IF THEY HAVE BEEN INFORMED IN ADVANCE OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT SHALL EITHER PARTY'S AGGREGATE LIABILITY EXCEED THE FEES PAID OR PAYABLE BY RECIPIENTS TO TELAH AND KING PURSUANT TO THIS AGREEMENT. **WHAT ABOUT US, THE RECEIPENTS NOT BEING HELD LIABLE FOR ANYTHING? WE DO NOT AGREE TO THIS UNLESS THE SAME WORDING IS USED FOR US.**

24. **NO ELECTION OF REMEDIES**. Except as expressly set forth in this Agreement, the exercise by either party of any of its remedies under this Agreement will not be deemed an election of remedies and will be without prejudice to its other remedies under this Agreement or available at law or in equity or otherwise. **WE DON'T UNDERSTAND THIS AND NEED CLARIFICATION**

25. **COUNTERPARTS**. This Agreement may be executed in counterparts, each of which will be deemed an original, but all of which together will constitute one and the same instrument. **WE DON'T FULLY UNDERSTAND THIS AND NEED CLARIFICATION**

Entered this _____ of November 2021 by

Recipients

Cathy Weaver                          Stephen Havel

Telah Foundation

Mark King

# EXHIBIT 10

**Post of Rkkody's Email to the Kings**
**and**
**Email from Mark and Sarah King to Sawyer (Havel)**

*I CRLODY (BARTEL) post of RKKODY Email to Mark + Sarah King*

RKK's e-mail to the Kings, 10/17/97

crlody

Jun 16

Mark and Sarah!

Your refusal to even acknowledge our notes to you has forced me to take the
following persepective.

JHNODY called me over the last couple of days and passed on a few things from you.
If what he expressed to me came from you then I am appalled. How dare you consider
that others like GNR and CRL may not have enough Next Level mind in their vehicles
to help determine the fate of those tapes. What arrogance to feel you have the
capacity to judge who may listen to those tapes or who may not.

You think I have been the problem, that I have not just gone along with you and that
I have kept you from doing your task. I will stop at nothing to keep that book from
being published. I don't want you or any other human to change the copyright on that
book and that is not negotiable. I will stop at nothing to get those audio tapes in
front of ANYone who wants to hear them. There was no mention of keeping those tapes
from certain people who would not respect what they hear. Who are YOU to judge who
is righteous enough to hear those tapes? You, the Pope and your buddy Paul seem to
be drinking from the same pot.

You have repeatedly manipulated and lied to myself and other ex-class members and
have engaged in deceitful tactics in efforts to set them against me.

There's more but I think that one can get the picture. RKK, who had been friends
with the Kings when they were all out of the class, did not trust Mark and Sarah one
iota by the fall of 1997. He had been lied to one too many times.

Hi Sawyer,

1. We replied to your email in late March. We don't know why you didn't get it but in short, no, you or your production people do not have rights to do that. You do not have permission.

2. Yes, we took down Jason Bartel's illegal, stolen audio tapes. He took down the Google drive but Google will be shutting down that drive and everything on it soon. Please be careful about encouraging that friend of yours. You may have cost him his Google privileges and possibly being added to the lawsuit. Please be careful about asking others (Geoff Barnes, Jeremy Gilley, Abby Rose, Jason Pollack Anon, etc, etc, etc) about performing illegal acts of storing, transcribing, disseminating and keep tapes hidden from us. This illegal activity may hurt them more than you know. Some of these people are young and impressionable and your advice may unintentionally hurt them.

3. Yes, we want to have Ti and Do's information go out to the world. We thought you may even help us with that but it must be done legally. What you have done over the past few months is not legal. We know that you and Bartel think that getting these tapes out, your way, is fine and correct, but it is not. Did you wonder why the entities we have contacted take down the information so quickly? Did you think it was because we tricked them or presented our case better? No, it is not. We thought you knew we had copyrights on everything (yes, even the 1061 individual audiotapes). The Telah Foundation has full ownership, full copyrights and trademarks on everything the Group owned. Not because we got to the the rights first but because we have a full federal court order from a judge in 1999 giving us every bit of intellectual property. When those entities see that document, they cut and run. The Federal Copyright and Trademark office has determined a total of 917 illegal downloads of infringed material. At $100,000 per download it is currently sitting at over $91 million in fines to you and Bartel (and who ever is added). Google Drive, 4Share, Wordpress, Youtube are all getting clear as soon as possible. Both Bartel's and your sites are all coming down. We are meeting on Youtube later this week to give final instruction's on that one. Do you want that site to stay up, then please, cooperate with us. It ironic that your activity may set back the release of all the audiotapes on March 24th, 2022 (25 anniversary). Yes, we want the information out but it must be done in a legal and orderly method. Please help us with this, not hinder us.

4. You know that Bartel had said many unfounded things about you for over two decades. You know what he said is just incorrect. Multiply that many times for us. When he doesn't know, he just makes things up. It goes from the silly about "saying it worth millions of dollars (last time it was 10 million-it's like a fish story). In April 1997, we were with Chuck Humphrey at a Mexican restaurant called Carlos O'Brien's. We told him how our attorney, Jerry Weinstein, had said this information may be worth a million dollars. We laughed at him and said it would not be worth a cent. Chuck laughed with us and reframed the story for Bartel. Another of his tales is that we lost the case with San Diego. Not true, that was the judge who signed the order of intellectual property release to us. We have never spoken to or met Bartel but he has a whole trove of these made-up stories to make himself feel that he was a part of things. He never has been but he may get up front and personal with a judge very soon.

5. Stop telling people to kill themselves! When our attorneys see what you and Bartel say it isn't interpreted as allowing choice (or other euphemisms you use). It is taken as aiding and abetting a death. In the past few months you have even changed your wording to "needing you body for lessons". We thought you had finally had an enlightened moment. Obviously not. Both you and Bartel have killed teenagers and others who Ti and Do would have never allow a brief encounter with the information to ever do. How can someone who get a fraction of information over a short period of time make an informed decision? Ti and Do taught people for over 20 years before this even came up.

6. You leave out a key piece. We were given all the intellectual and physical property by Ti, Do and the Class. Read the letters. We were to determine what was of value and what to do with it. We determined and still determine who can do this. If you care to ask, we can work with you. Bartel and Falcon are out. They lost that ability to do anything for the Group unless they have a serious change of heart to really help Ti and Do instead of hurting them.

7. No, they deliberately did not mention you. Bartel was never even thought about because he is not a part of this. All he know is bitterness, hatred and lies. He even stated such in his postings. He really has to expose that influence for what it really is.

8. Keeping the website up and disseminating the information is our task. We only found out about the 4Share location on May 1st, 2021. We immediately went to 4Share to take it down. They didn't want to until they saw the legal ramifications. As far as letting both of you have the original 200 tape CD or using the videotapes the Group left, we let that slide for two decades but you went too far. Everything must come down now. You blew it. You damaged Ti and Do and the Group.

9. As far as brand or logo, we have ownership of them for 75 years. What this means is that you can no longer use the logo on the website, the website or the term "Heaven's Gate" from now on (without permission).

10. Yes, you and Bartel are the classic keyboard cowards.

11. You and Bartel take what is in articles or documents as coming straight from us. You keep quoting things we have never said. These authors or documentarians change things all the time. Why have you never checked with us before making accusations?

12. We believe everything that Ti, Do and the Next Level taught us. Always have. Your past statements make it clear that you want to follow the ways of the Next Level but have trouble doing that.

13. Finally, our international attorney indicates we can get to Francis Falcon, even in Venezuela. He is not out of reach. We have all international copyrights too.

We recommend that you do not send this out to others (like you do a lot). Take time to have along breathe and really think things over. We want to work with you but we

have to see some cooperation on your part.  Please communicate your feelings to us
first so we can come to an agreement.  We need to know before the Youtube meeting
occurs.  We don't want to stop you expressing your views but we have to have it
occur in a Next Level way.


Mrc/Srf


> On Aug 31, 2021, at 7:03 PM, Sawyer heavensgate <sawyerhg@yahoo.com> wrote:
>
> Thank you for getting in touch.
>
> I sent you an email a few months ago and asked you about allowing me to use
ollody's digital pictures in video's I want to make and you didn't respond or I
missed it and only learned of your negative response from Jhnody so I knew you got
it.
>
> Did you take down Crlody's 4shared account by claiming he breached a copyright?
>
> Do you want people to have TI and DO's information or not?
>
> Who cares that you have a bone to pick with Crlody because of some of his vulgar
ways. It's about fulfilling what TI and Do intended and you know from audio tape 149
that they intended for people to have a chance to hear all the audio tapes after
they left.
>
> And why are you telling people the gate is closed in some many words and the only
thing to do is to study the information for a future incarnation? Didn't DO say that
people could follow him. I know that's not popular but it's not that hard to explain
what he meant by using the many things He and Jwnody wrote and said to not give a
false impression that suicide doesn't get one anywhere. In the Away team document
Jwnody wrote in the Book it was clear that the task souls are taking vehicles to do
AFTER their exit especially is to disseminate their information and "Stand in
Defense" of all they stood for and taught.
>
> And in the letter they sent to you, they said they hoped people would have the
opportunity to learn more in depth about them and they wrote that knowing that their
book was posted on the internet way before then so what does that say about the
"items of value" in storage that they instructed you or whoever did the task to
divide among those who want to do the task.
>
> Just because they didn't mention me or crlody is no excuse to not provide the
audio tapes to us and whoever wanted to participate in the task.
>
> We have to take our lumps when it comes to why we each left which was nice to see,
though painful, in the audio tape where DO talked about swyody leaving. And I know
now that they also said things about you two.
>
> I know you are both under pressure from the lower forces who want to do away with
the website and all of us who believe in and stand for TI and Do in any way. That's

II. page 4

the price we have to pay in our current service. That doesn't mean to me to throw
caution to the wind. Maybe you see Crlody as doing that but that doesn't make sense
to me either as surely you knew he had that 4shared account for years with the 196
audio's available for download to anyone who searched for it.
>
> Maybe it wasn't you who claimed copyright infringement of the audios on 4shared. I
hope you will let me know if that's the case.
>
> If it isn't you then who else would have the copyrights or perhaps 4shared doesn't
look for proof before cancelling an account because crlody doesn't have to pay for
the space so they just turn him off.
>
> I saw on the log file that you claimed to hold the copyrights to the audios. Is
that true? Did you file for every tape. That to me seems to be an extreme to do to
protect intellectual property in this case when the 196 tapes have already been sent
far and wide and even if that was not the case, holding them back from people,
fearing they would be tampered with as I believe Srfody first said to me was her
concern, or used in some sexual way I believe she said also doesn't make any sense
since as I told her then that's going to happen no matter what we do.
>
> I am glad you challenged Lil Uzi Vert's, but mostly it was the words he replaced
that I disliked.
>
> I don't think we need to preserve some brand name or logo. It's going to run it's
course and in a sense of course even bad publicity reaches that one or two people
who look into the details and potentially become students of TI and DO.
>
> So I'm glad you wrote as all these things have built up in my craw so to speak and
I was a bit of a coward to approach you on them.
>
> I'm sure you know of the critiques I've written on my blog re: email interviews
you gave to various small media groups. I have been critical of you for being so
brief about explaining some things while other things you were as best I could tell
making up entirely. I won't hash over all those things and I know I'm trusting that
those who printed your email responses didn't doctor things or take them out of
context as why would they in most cases.
>
> I'm not sure if you believe in everything TI and DO taught and did as being their
instruction and of course it doesn't matter to me personally that I know about what
you believe, except that I have to field the many questions people have about things
they have reported that you have said to them in emails. There has been some
consistency in some of what they have reported to me which leads me to believe they
are accurately reporting and sometimes they send me the copy of the exact emails.
>
> So I do think it's important to maintain communication and I look forward to what
you might say about what I've said here.
>
> In a sense you may have had a harder task but we all get what we need so I'm
willing to put it all behind us and move forward if it's about TI and DO's full
teachings getting to more people.
>

> SAwyer