UNITED STATES DISTRICT COURT NORTHERN INDIANA
ST. JOSEPH

| | |
|---|---|
| The Evolutionary Level Above Human, Inc. <br><br> d/b/a The Telah Foundation <br><br> Plaintiff <br><br> -vs- <br><br> Steven Robert Havel, Cathy JoAnn Weaver, and Jason Bartel <br><br> Defendant | 3:22-cv-00395 |

## MOTION

I, Stephen Havel, of Mishawaka, in St. Joseph, Indiana, MAKE OATH AND SAY THAT:

From 7/25/2022

1. I, Stephen Havel respectfully file this motion to ask for a one (1) day extension due to the complexity of my Answer, Defense, Counterclaim and Exhibits.

STATE OF INDIANA

COUNTY OF ST. JOSEPH

Stephen Havel 7-26-2022
(Signature and date)