# UNITED STATES DISTRICT COURT
for the

## Northern District of Indiana

## South Bend Division

| | | |
|---|---|---|
| The Evolutionary Level Above Human, Inc.<br>d/b/a The Telah Foundation,<br>an Arizona nonprofit corporation,<br><br>*Plaintiff(s)*<br><br>-v-<br><br>Steven Robert Havel;<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.3:22-cv-00395 |

## Notice of Change of Address

Please be advised of the following address change effective upon filing with the Clerk:

**Former Address:**  Stephen Havel
111 Campbell St.
Mishawaka, IN 46544

**Telephone:**


**Current Address:**  Stephen Havel
5776 Grape Rd.
Suite 51
PMB # 121
Mishawaka, IN 46545

**Telephone:**

Printed Name: Stephen Havel

Signature: *Stephen Havel*

Date: 7-26-2022

## CERTIFICATE OF SERVICE

I certify that a copy of this Notice of Change of Address has been mailed, postage prepaid, upon (insert names and addresses of other parties in space provided):

Date: 7-26-2022       Signed: *Stephen Havel*
                              Filing party

*NOTE: You must complete this section and mail copies of this document to each party.*