UNITED STATES DISTRICT COURT NORTHERN INDIANA
ST. JOSEPH

| | |
|---|---|
| The Evolutionary Level Above Human, Inc. | 3:22-cv-00395 |
| d/b/a The Telah Foundation | |
| Plaintiff | |
| -vs- | |
| Steven Robert Havel, Cathy JoAnn Weaver, and Jason Bartel | |
| Defendant | |

## MOTION

I, Cathy Weaver, of Mishawaka, in St. Joseph, Indiana, MAKE OATH AND SAY THAT:

1. I, Cathy Weaver respectfully file this motion to ask for permission to file all future documents by email. This is due to living out of my vehicle and will be traveling out of state over the next several months. I will have access to a laptop and public libraries that have internet access so will be able to file documents in a timely manner.

STATE OF INDIANA

COUNTY OF ST. JOSEPH

Cathy Weaver 7/26/2022
(Signature and date)