# INDEX OF EXHIBITS

| | |
|---|---|
| **Exhibit 1** | **Emails between Plaintiff and Defendant** |
| **Exhibit 2** | **Defendants journal entry** |
| **Exhibit 3** | **Chat room exchange between Plaintiff and Defendant** |
| **Exhibit 4** | **Emails between Plaintiff and Defendant** |
| **Exhibit 5** | **Emails between Weaver and Bartel Co-Defendants** |
| **Exhibit 6** | **Emails between Plaintiff and Defendant** |
| **Exhibit 7** | **Text messages between Plaintiff and Defendant** |
| **Exhibit 8** | **Proposed Agreement and email confirmation of such** |
| **Exhibit 9** | **Cease and Desist Letter from Plaintiff's attorney** |
| **Exhibit 10** | **Emails between Plaintiff and Defendant** |
| **Exhibit 11** | **Legal Agreement and Annotated proposed Legal Agreement from Defendant** |
| **Exhibit 12** | **Numerous postings of the Video Works by others** |
| **Exhibit 13** | **Emails between the Plaintiff and Defendant** |
| **Exhibit 14** | **Co-Defendant Havel unanswered email to Plaintiff And Defendant Weaver emails between Property Manager** |

# EXHIBIT 1

 Gmail

cathysouthwestern <cathysouthwestern@gmail.com>

---

## Heavens Gate Book
14 messages

---

**cathysouthwestern .** <cathysouthwestern@gmail.com>
To: rep@heavensgate.com

Mon, Apr 13, 2020 at 8:24 PM

Good Evening!

I"m writing to see if there are any further materials available than what is on the website?
I have pored through everything numerous times and have watched all the Beyond Human Sessions, Last Chance to Evacuate Planet Earth and Do's Final Exit.
I've listened to the Blackhawk tapes, the Portland audio's and Inverness.
There is something my mind is still seeking which made me believe I should reach out to you and ask......maybe Ti and Do spoke something more and this mind just hasn't come across it yet.
Any response is greatly appreciated and I do look forward to hearing from you!

Thank you,
Cathy Weaver
480-201-4528

---

**rep@heavensgate.com** <rep@heavensgate.com>
To: "cathysouthwestern ." <cathysouthwestern@gmail.com>

Mon, Apr 13, 2020 at 9:04 PM

You must have seem Student expressing their thoughts and read the book?
[Quoted text hidden]

---

**cathysouthwestern .** <cathysouthwestern@gmail.com>
To: rep@heavensgate.com

Mon, Apr 13, 2020 at 9:08 PM

I have seen the away teams exit videos, yes.
[Quoted text hidden]

---

**cathysouthwestern .** <cathysouthwestern@gmail.com>
To: rep@heavensgate.com

Mon, Apr 13, 2020 at 9:09 PM

And yes, the text that is available on the website I have read.
I also have read The Transfiguration Diet and follow the diet somewhat but I'm sure as you have experienced overcoming is not easy and it is a process!
[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>
To: "cathysouthwestern ." <cathysouthwestern@gmail.com>

Mon, Apr 13, 2020 at 9:45 PM

No, the process is not easy.

What would you like?  We have made the audio tape available to many over the years on a tape by tape basis.  It is always based that it is for private use only and cannot be reproduced or put out on the internet in any way.  All have accepted this simple request and they have received tapes for years, online,  at no cost.  Recently we found one person was slipping on that commitment and he agreed to follow it again (once he was found out).  Contrary to some

---

rumors out there, we have made the audios available for years.  We understand that misinformation has been spread about this and other things about us for a very long time.  We have redigitized and remastered the audio tapes so they can be heard without the static and failures on the tapes.

We choose to just present the information of the Next Level via website, book, videotapes and audios.  We keep ourselves out of it.  Ti and Do is what is important, not us.  Rumors are made up about people who are quiet, unfortunately.

We have loved Ti and Do and the Next Level for 45 years.

[Quoted text hidden]

---

**cathysouthwestern .** <cathysouthwestern@gmail.com>
To: rep@heavensgate.com

Mon, Apr 13, 2020 at 10:08 PM

That would be wonderful! I would love online and that way no cost is incurred for either of us.
I don't know how I can adequately express that I will not share the audio or copy it or do anything that would go against Ti and Do or the Next Level.
I am a relatively new seeker in that I have only just recently in the last year and a half come to believe that Ti and Do are who they say they are and that they are from the Kingdom level above man, the Kingdom of God.
My understanding is there is no Older Member present so therefore the old classroom is gone and will never be again but I cant help but think, what about the members who are still coming here to overcome? On the Blackhawk tape part 1 a student asked about the book they were writing and Ti said it was for members that would come in the future to overcome...I'm sorry, I could be wrong about that. I did not find a transcript for the Blackhawk Tapes so I actually transcribed part 1 myself and I need to go back and look at that again.
I'm sorry, I'm going on and on but the point is my mind is seeking Next Level information and I do not want to be mislead by anything and want to ingest only material directly from Ti and Do.
Thank you so much for your time I hope I haven't overstepped or been offensive or rude in my eagerness for Next Level information.

[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>
To: "cathysouthwestern ." <cathysouthwestern@gmail.com>

Mon, Apr 13, 2020 at 10:24 PM

Attachment available until May 13, 2020

The information will serve as the springboard for those who have reincarnated to join a Group with Do when he returns in about 1000 years.  Don't worry, the time will past very quickly and the Next Level will tell you when to jump in to that reincarnation.

It is not necessary to send us the transcript.

We will start with Tape #1.  As we said, keep them private and more will come.  We may have to start new emails now and again when the tapes become to heavy to send online.  Also be aware we may send at night when the bandwidth is larger.

Tape 1

Click to Download
001_AB.mp3
36.9 MB

[Quoted text hidden]

---

**cathysouthwestern .** <cathysouthwestern@gmail.com>
To: rep@heavensgate.com

Mon, Apr 13, 2020 at 10:28 PM

Thank you so much!! I am to listen now!
[Quoted text hidden]

---

**cathysouthwestern .** <cathysouthwestern@gmail.com>
To: rep@heavensgate.com

Tue, Apr 14, 2020 at 6:01 PM

I can't thank you enough for sending Tape 1. The guided meditation with Ti, I dont have any words. Exactly what this mind needed right now. If you don't mind I'd like to listen to tape one for a bit of time before you send along the next one because I would like to make sure I understand before moving on.
[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>
To: "cathysouthwestern ." <cathysouthwestern@gmail.com>

Tue, Apr 14, 2020 at 6:22 PM

Okay.
[Quoted text hidden]

---

**cathysouthwestern .** <cathysouthwestern@gmail.com>
To: rep@heavensgate.com

Tue, May 5, 2020 at 9:45 PM

Hi there!
Would you happen to have a transcript of tape 1? Some of what Ti is saying I just cant make it out.
Thank you and I hope you are well!
[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>
To: "cathysouthwestern ." <cathysouthwestern@gmail.com>

Tue, May 5, 2020 at 10:19 PM

Unfortunately we do not.
[Quoted text hidden]

---

**cathysouthwestern .** <cathysouthwestern@gmail.com>
To: rep@heavensgate.com

Wed, May 6, 2020 at 4:59 AM

Hmm, maybe I'll try and listen to it on a different device and I'll be able to hear it better.
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>
To: rep@heavensgate.com

Mon, Nov 2, 2020 at 1:29 AM

Good morning!

Is it possible to send me the first tape link again? I broke my old phone so I don't have it saved anymore and when I came back to the link it has expired 😑

[Quoted text hidden]

# EXHIBIT 2



5821™

TrueBlock® Shipping Labels
Completely covers everything underneath

Go to avery.com/templates
Use Avery Template 5821

I'm putting together a little trip for myself to _____
Then Vermont to meet Sawyer and hang out wi_____
for a spell. Should be very interesting. I fee_____
first real step towards getting a commune set _____
of my thoughts are centered around it. First the _____
coast for a bit of exploring and then I'm to the deser_____

Tucumcari specifically and maybe Truth or Consequen_____
maybe even where Ole Carlos Castaneda went with

Don Yaqi.
But then I need to go see
         The Children of Light and see how they wou_____
feel about a Heavens Gate situation at their property.

# EXHIBIT 3



Chatroom exchange with Mark over the audio tapes being made public

465 views • Streamed live on Sep 3, 2021

17    DISLIKE    SHARE    CLIP    SAVE    ...

**Top chat replay**

Mark King  Cathy RKK was given the website task. He failed at that and the site went down on March 28th, 1997. JHN was given a storage task. He has turned against the NL. We were asked to do the rest.

Mark King  Hi Cathy, All tapes will be placed on Venmo.

cathysouthwestern  Mark I can say 100% I am very grateful to you and Sarah for maintaining the website all these years and for the audio you have emailed me personally when I emailed you asking for it.

Mark King  Sorry Sawyer, we have a 200 word limit.

cathysouthwestern  It hurts me greatly to see past class members fighting and it's confusing as well. It doesn't jive with how the class was when together.

78 Sound  has there been any evidence they made it on the spaceship?

cathysouthwestern  Mark, all tapes will placed on Venmo? That is wonderful news!!!

Mark King  Cathy, It is very sad. We want to let everything out now but Sawyer and Bartel are blocking us by not following rules.

cathysouthwestern  I don't understand how would them disseminating the information stop you also from putting it out?

HIDE CHAT REPLAY

Listenable          Recently uploaded



Chatroom exchange with Mark over the audio tapes being made public

465 views • Streamed live on Sep 3, 2021

Top chat replay

cathysouthwestern  I don't understand how would them disseminating the information stop you also from putting it out?

Mark King  Sorry, we meant Vimeo.

cathysouthwestern  Vimeo...okay...I saw it wrong!

Mark King  Cathy, both Sawyer and Bartel has stated they would put out all the tapes without structure. They have already demonstrated that they will steal items that are copyrighted & trademarked.

78 Sound  Dr. Steven Greer says its a state of consciousness when seeing they see ufos

cathysouthwestern  This is probably a really stupid observation but how can Next Level information be regulated by the human kingdom?

Mark King  Cathy - if they do that, the whole structure the Next Level set up will be messed up.

cathysouthwestern  but the Next Level would not let that happen

cathysouthwestern  unless it is supposed to happen

Mark King  Cathy, the structure and information will survive, if protected properly.

cathysouthwestern  It's like maybe y'all got wrapped up in human [...]dom emotions concerning Next Level information

HIDE CHAT REPLAY



3



Chatroom exchange with Mark over the audio tapes being made public

465 views · Streamed live on Sep 3, 2021

**Top chat replay** ∨

Mark King  Sorry Sawyer, we do have the task to do.

cathysouthwestern  Just sounds like a lot of ego going back and forth... Next Level wants this information out and ALL of you are standing in the way

cathysouthwestern  Just sounds like a lot of ego going back and forth.. Next Level wants this information out and ALL of you are standing in the way

cathysouthwestern  get out of the way and let the Next Level talk to us through Do

Mark King  Yes, LGG/MLL set up Telah and said that is the name we will be called.

Mark King  We are the Telah Foundation. The Next Level set it up.

Mark King  With permission, you can have the tapes and other things.

Mark King  Sawyer, Authors of internet articles and documentaries make changes all the time. We are misquoted and simply lied to often.

Mark King  This format is not conducive to answering questions. Things are asked while I am answering and I am not hearing them. My spelling is not too good at times either.

Mark King  Hi Cathy, ... now you have to get to work so we will let you... We have to go to bed



Chatroom exchange with Mark over the audio tapes being made public

465 views · Streamed live on Sep 3, 2021

3pm

👍 17   👎 DISLIKE   ↗ SHARE   ✂ CLIP   ⬇ SAVE   ...

Top chat replay ∨

Mark King  Hi Cathy, we know you have to get to work so we will let you go. We have to go to bed but we appreciate talking to you. Like we said, we have told Sawyer it is up to him.

Mark King  We could be back on track in days or end up in court. He has to really talk to Do. We do everyday.

Mark King  RKK inaction and failure to get the storage items cost Sarah and I $325,000 in court action (which we won) to get audio tapes 487 to 1061. We knew there were a lot of tapes there plus much more.

Mark King  OSC was in charge of the book.

Mark King  We gave copies of three pages to RKK. We have all originals.

cathysouthwe...tern  I just had to take a quick shower...thank you for answering my questions Mark, I really appreciate it and I understand your position a lot better now

Mark King  We never gave RKK any originals and only asked him to empty the locker one day. He's failed at everything he was asked to do.

cathysouthwestern  So Sawyer what I'm hearing is if you dont release any previously unreleased tapes TELAH will release them all on Vimeo. Mark do I have that correct?

Mark King  Yes, an apology is in order.

HIDE CHAT REPLAY

Listenable     Recently uploaded

5



Chatroom exchange with Mark over the audio tapes being made public

465 views • Streamed live on Sep 3, 2021

3spm

**Top chat replay** ∨

Mark King  Hi Cathy. The structure (the Telah Foundation) was set up to handle what and when Information was to be disseminated, protected and maintained by us.

cathysouthwestern  Hi Mark...but who gave you that task? Did they give it to you and you alone? because my understanding is that task was given to at least 3 other members?

Mark King  Everyone can have there information. They just have to ask.

Mark King  Sawyer, you do not have our instructions. You have a few pieces of paper. We trained for years for this.

cathysouthwestern  But what happens if you cathysouthwestern  Where I am confused is why can't all the audio just be put out in one spot all at once?

Mark King  Hi Cathy - We have set up the structure and will work the transition.

cathysouthwestern  personally aren't around anymore to slowly hand out information?

cathysouthwestern  Thank you for answering Mark, I really appreciate it

Mark King  Please Sawyer don't tell us what we lost or not. Do worked with us and that 1986 misinformation from RKK was long found to be incorrect.



▶ YouTube

Chatroom exchange with Mark over the audio tapes being made public

465 views • Streamed live on Sep 3, 2021

👍 17   👎 DISLIKE   ↪ SHARE   ✂ CLIP   ≡+ SAVE   ...

Search

Top chat replay ⌄

cathysouthwestern   Hi Sawyer!

cathysouthwestern   Hi everyone!

Mark King   You are adding your own spin. That is okay to tell your story. Please don't confuse that with using Next Level items illegally.

cathysouthwestern   Mark King, but the Next Level does not follow human ways so how can anything Next Level be illegal?

cathysouthwestern   Doesn't the Next Level want those of us who are hungry for this information to have it all easily available to us?

Mark King   Hi Caty, The structure (the Teleh Foundation) was set up to handle what and when information was to be disseminated, protected and maintained by us.

cathysouthwestern   Hi...ark...but who gave you

Mark King   We have sent our audios for years.

Mark King   There are simple rules to follow and you told us that you did not want to follow them.

Mark King   There will be the Telah Foundation left to tell the truth and history.

Mark King   We were given the task. If we are evil, why did Ti Do, the Class and the Next Level work, with us in 1995, 1996 and 1997 to prepare for what was going to occur?

HIDE CHAT REPLAY

All   Listenable   Recently uploaded



RKK & DO The Father & Jesus Heaven's Gate UFO Two Witnesses

Las Vegas

Ceres

Search

Chatroom exchange with Mark over the audio tapes being made public

465 views · Streamed live on Sep 3, 2021

👍 17    👎 DISLIKE    ↗ SHARE    ✂ CLIP    ≡+ SAVE    ...

Top chat replay ∨

Mark King  RKK gave us the original 202 tapes back in May, 1997.

Geoff Barnes  I wish you could all work together in a timely fashion

Mark King  So TI and Do would steal copyrighted materials? You can just ask us for them. There is so much more material to see.

Geoff Barnes  Mark I am interested in the materials

Mark King  We just want to serve the Next Level. Please examine saying we are working for Iьoy.

Mark King  We never turned down the task. Those myths come from Bartel. We told RKK and DSC to pick up storage contents on March 26th. RKK only picked up one box of tapes and said his back hurt and left.

Mark King  He failed what he was asked to do. Please do not use Bartel as a guide to facts on the subject. If you were to just talk to us for an hour or two your mindset would change dramatically.

Mark King  He took 202 and left us the balance to 486

Mark King  Oscody was there. He felt he failed for not pushing RKK to do his task. This haunted OSC till he departed in 2000.

Mark King  We have ... ur audios for years.

HIDE CHAT REPLAY

All    Listenable    Recently uploaded



**Chatroom exchange with Mark over the audio tapes being made public**

465 views · Streamed live on Sep 3, 2021

▲ 186  👎 3spm

👍 17   👎 DISLIKE   ↗ SHARE   ✂ CLIP   ⌸+ SAVE   ...

Top chat replay ⌄

Mark King  RKK gave us the original 202 tapes back in May, 1997.

Geoff Barnes  I wish you could all work together in a timely fashion

Mark King  So Ti and Do would steal copyrighted material? You can just ask us for them. There is so much more material to see.

Geoff Barnes  Mark I am interested in the materials

Mark King  We just want to serve the Next Level. Please examine saying we are working for luvy.

Mark King  We never turned down the task. Those myths come from Bartel. We told RKK and OSC to pick up storage contents on March 26th. RKK only picked up one box of tapes and said his back hurt and left.

Mark King  He failed what he was asked to do. Please do not use Bartel as a guide to facts on the subject. If you were to just talk to us for an hour or two your mindset would change dramatically.

Mark King  He took 202 and left us the balance to 486

Mark King  Oscody was there. He felt he failed for not pushing RKK to do his task. This haunted OSC till he departed in 2000.

Mark King  We have ... ur audios for years.

Listenable   Recently uploaded



Chatroom exchange with Mark over the audio tapes being made public

465 views · Streamed live on Sep 3, 2021

👍 17    👎 DISLIKE    ↪ SHARE    ✂ CLIP    ⊟ SAVE    ...

Top chat replay ˅

patty  What if you put a disclaimer at the beginning of every video to cover yourself?

Mark King  Hi Sawyer. You may want to qualify that you are not an attorney. Fair use does not cover playing whole tapes and collections. We have destroyed that in court.

Geoff Barnes  woah

patty  Fair use if it's works of commentary which is exactly what we're getting here

Geoff Barnes  hey Mark

krell  why would someone not want the tapes played if no one is griffing or anything

krell  wouldn't it be better to be out there

patty ^

patty  Sup krell

krell  hey patty

krell  so many creatives have used dos words and image for projects. lots of inspiration

krell  all forms of media from cartoons and music

rodel'ce  hey guys

rodel'ce  aiight, ima b... .ut

HIDE CHAT REPLAY

Listenable    Recently uploaded



Chatroom exchange with Mark over the audio tapes being made public

465 views • Streamed live on Sep 3, 2021

🖒 17   👎 DISLIKE   ⇗ SHARE   ✂ CLIP   ⯈↓ SAVE   ...

Top chat replay ∨

Mark King  OSC was in charge of the book.

Mark King  We gave copies of three pages to RKK. We have all originals.

cathysouthwestern  I just had to take a quick shower....thank you for answering my questions Mark, I really appreciate it and I understand your position a lot better now

Mark King  We never gave RKK any originals and only asked him to empty the locker one day. He's failed at everything he was asked to do.

cathysouthwestern  So Sawyer what I'm hearing is if you don't release any previously unreleased tapes TEAH will release them all on Vimeo. Mark do I have that correct?

Mark King  Yes, an apology is in order.

Mark King  Yes, that is correct Cathy.

Mark King  If it is silly a nd not needed, you and bartel don't know the damage you have done.

cathysouthwestern  I for one am excited to see that happen in the near future!

Mark King  Good Night

storage items cost Sarah and I $925,000 in court action (which we won) to get audio tapes 487 to 1061. We knew there were a lot of tapes there plus much more.

HIDE CHAT REPLAY

All   Listenable   Recently uploaded

▶ Youtube

Search

3spm

# EXHIBIT 4

 Gmail                    cathysouthwestern <cathysouthwestern@gmail.com>

# HG
31 messages

**rep@heavensgate.com** <rep@heavensgate.com>                    Sat, Sep 4, 2021 at 7:09 PM
To: cathysouthwestern <cathysouthwestern@gmail.com>

Hi Cathy,

Can we talk?

Mark King

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                    Sun, Sep 5, 2021 at 2:06 AM
To: rep@heavensgate.com

Good morning Mark,

Absolutely! When is a good time for you?
My number is 480-201-4528
[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>                    Sun, Sep 5, 2021 at 11:00 AM
To: cathysouthwestern <cathysouthwestern@gmail.com>

Hi Cathy,

For now we may just talk through email. I feel like I am going way beyond appropriate to even do this.

The reason why i am communicating to you is that something seems off with Steven Havel's (Sawyer) responses. I may not be responding to any of his podcast's anymore. That was the first and last time I will listen to him live. Other than being hard to understand it makes for disjointed and confusing responses and a lot of misunderstanding. When I read the "transcript" yesterday (and compared it to the recording) it did not add up. Everyone has a tendency to steer conversation so they look more favorable but this playback was not correct. He took our replies or statements out of context and then rewrote his responses that did not match up. Here are some points:

1. He uses our responses out of context and reworked his responses. Rewriting history is not appraise to us.

2. He rebuts my responses with snide comments and incorrect recalls and doesn't search for the truth. He appears to be mad at me for invading his space. We didn't intend that but were responding to multiple false accusations that have come up over the past few weeks. The biggest issue is his responses to his own listeners. When you and Anthony Wilson give unrelated responses, he bristles. It is like he is indicating to not touch his followers or his view of the Class. He accepts favorable responses from his followers and takes strength and resolve from it but now indicates there are spies in his midst. We have never stopped his commentary but will not allow copyright and trademark infringement.

3. We asked for confidentiality to get some issues worked out and he violated that twice last week. With his indication, yesterday, that he is going to put everything on line that we say, we will not be able to speak to him anymore. He has made up his mind that this is war, which it is not. We have never and had not told him how to speak or what to say. He asked us how to improve his presentation to the public and we mentioned how he could reduce confusion by presenting Next Level teachings separately from conspiracy theories on Covid and Global Warming. Ti and Do never spoke of any topical issues when relating to the public. We stated to Sawyer that he could

---

easily set up a separate site to speak to those issues. He did not take that well. Once of the reasons that we feel that he should not mix the two was due to the fact that we own the Trademark "Heaven's Gate" as a word and as a logo. We have for nearly 25 years. We have not done any lawsuits to calm things down with Sawyer and Bartel but it doesn't mean that they might force something. This recent theft of tapes could be resolved easily and the structure be set up to get tapes and other things out. Yesterday they dug in their heels.

4. After his revised transcript came out and his statements of defiance yesterday, it appears that he contacted Bartel to stir the pot. Usually Bartel does not read his posts or follows his sites because he disagrees with Sawyer's position. He feels Sawyer is grandstanding and putting himself ahead of Ti and Do's views. Bartel wants the tapes and book to stand alone and speak for themselves without Sawyer's additions. Sawyer stated yesterday that he is not Bartel's "partner" (what ever that means) but distanced himself while lighting the fuse. Bartel's weak spot is the criticism of RKK. He did not react well to our stance that Chuck (RKK) made a mistake in a few areas in 1997. Sawyer knew this and got Bartel to explode yesterday. After restating 25 years of false claims about RKK and us, Bartel wrote us privately and told us we would be dead soon and that we will face judgement in from of the Next Level. Using these codewords upset our attorneys and they went ahead with what they promised weeks ago by contacting the FBI and local police. He said he would find and kill us in 1999 but gave up at that time. They don't know where he stands now.

5. We know you think it is silly for those who were in the Class to fight but Bartel was only there for several weeks in 1994. He struggles to finds a balance and is explosive at times. Sawyer tuned out the whole Class issue for a while in the 2000's while raising his daughter. He returned later and demanded his due since he was in the group for 19 years. Everyone else has died natural deaths (mostly) and are gone. Bartel was never on the Group's radar an is not considered to be a voice or have standing. Sawyer was not mentioned on paper to be a spokesperson for the Group and was left out of all instructions. They had his phone, address, etc but left him out. Do and the Group told us how they felt about him but we do not want to bring this stuff up. If he wants to participate, fine. But he cannot violate the structure, copyrights, trademarks, etc they set up to take his share. He disregarded Bartel's lies in previous years but has started to embrace them as the years have gone on. Sometimes his writings pull directly from quotes from Bartel's myths and lies. We wish they would stop hyping up things.

We will step back to calm things down again. We will have to work through our attorneys. It may delay the 3/24/22 release of the tapes. It may delay other things. Like we said recently. Steven Havel and Jason Bartel stand in the way because they have dedicated themselves to steal anything we put out. It cannot be this way.

Mark
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                                    Sun, Sep 5, 2021 at 11:51 AM
To: rep@heavensgate.com

Hi Mark,

I appreciate you taking the time to explain everything to me.

I want to say I don't think it's silly you guys are fighting, it breaks my heart and I wonder what maybe I can do about it?

I concur with your assessment of Sawyers behavior, he seemed to be letting out years of frustration and anger at you guys. I have only interacted with Sawyer via his livestream and a few facebook messages . No phone calls or in person meeting so I really can't attest to his normal behavior. He actually seemed like he is in most of his livestreams just angry this time around.

Like you stated in the chat it is not a good format to try and talk with him, in addition he does seems very defensive of that space. I think it's really good though because now you know exactly what he is thinking. My understanding is that he just wants all of the audio available to anyone who wants to listen to it.

You explained to me in the chat why that can't happen just yet....here's what I know....
You and Sarah(I'm sorry if there is no H) have been safeguards of the most precious information this planet has ever known. The Next Level put you in that position. You and Sarah would not have the treasure so to speak if the Next Level did not want you to have it. I can't begin to imagine the absolute nonsense and horror you have had to deal with throughout the decades to keep this treasure safe. I only know of this instance with Sawyer and Bartel I'm sure y'all have thwarted many a disaster besides this.

Just to state I've had very minimal contact with Bartel because frankly he's been a rude jerk to me and I told him not to talk(write) to me the way he was.  That ended that email "conversation".

All these words.....Mark , tell me what I can do to help if anything?

[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>                                    Sun, Sep 5, 2021 at 12:01 PM
To: cathysouthwestern <cathysouthwestern@gmail.com>

Hi Cathy,

At risk being labeled a spy, you may drop a hint a time or two on this live stream that the Kings sound like that have a strong legal position and may be right.

That will really blow his mind.  He needs to be forced to the negotiation table.  Forget Bartel.  His hatred, bitterness and vengefulness has pushed him away from the Next Level.

Also legal talks are confidential and should be treated as such.  Why does Steven Havel not accept this?

Mark

[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                              Sun, Sep 5, 2021 at 12:09 PM
To: rep@heavensgate.com

Is there a way to facilitate an in person meeting in a neutral space just so you guys can talk face to face and have a mediator if things get off track?
I know there is a legal proceeding for that but I'm thinking all parties really want to avoid that so if it could be just literally a campground meeting?

[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>                                    Sun, Sep 5, 2021 at 12:37 PM
To: cathysouthwestern <cathysouthwestern@gmail.com>

Possibly.  We are open to it.

Last time we tried with Sten Havel in 2009 he said he could not fly because lower forces we trying to kill him.

He has also indicated he will not wear a mask and will not be vaccinated, endangering anyone in a room.

With the upcoming Lambda and Mu variants, this may be a problem.  Telephonic may work.

Mark

[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                              Sun, Sep 5, 2021 at 1:03 PM
To: rep@heavensgate.com

That does pose problems....I am in Indiana, I know Sawyer is in Vermont, I'm actually planning a trip next week to go visit with him. Maybe I can talk with him then about a zoom meeting if nothing else?

I know it sounds crazy but I'd love to visit with you guys as well.

I'm stopping to visit with another who believes in Ti and Do who lives in Maine so it's an exploration trip for me to connect with like minded ones.

I forgot ....I'm also going first to see a guy in New Jersey he was supposed to be doing a HG documentary so I was going to visit with him too.
[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>          Sun, Sep 5, 2021 at 1:27 PM
To: cathysouthwestern <cathysouthwestern@gmail.com>


There a several people doing documentaries. They all end up talking to us to get rights since we own all of them.

Maybe we can talk telephonically, if we know what the agenda is.
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>          Mon, Sep 6, 2021 at 6:37 PM
To: rep@heavensgate.com

I think this gentleman is focusing primarily on Sawyer and his role. I could be wrong about that but that's the impression I've gotten.
I don't know what Sawyers agenda is besides him wanting all the audio being available to the public....but I may have a better understanding once I meet him in person,
I am leaving tomorrow to begin this little journey...I expect to be in Vermont by the 12th or 13th, possibly sooner I'm not sure I'm playing it by ear for the most part.
I can keep you updated on a possible phone call once I've spoken with Sawyer.
Up to this point I haven't spoken, or written to anyone about our current communications so Sawyer has no idea you reached out to me. I'm not exactly sure how to approach it to be honest, I'm asking Ti and Do for guidance so it's not on me. Ha ha ha
I apologize for the late response, I didn't realize I didn't finish this email and it was sitting in my drafts.
[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>          Mon, Sep 6, 2021 at 8:02 PM
To: cathysouthwestern <cathysouthwestern@gmail.com>


Good luck with Sawyer. Stay Safe. He once said that he got sick with covid a couple a months ago because he sat with someone who was vaccinated and wearing a mask. So be careful. His view is different.

We may be able to talk soon if the necessity merits it. If it is about just his views on things he has expressed before, it definatly can wait.

He like documentaries focused on him. Like a moth to flame. That is why Bartel dislikes him most of the time. Until he get more tapes.
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>          Mon, Sep 6, 2021 at 11:18 PM
To: rep@heavensgate.com

Thank you for your words, I'll be safe!

I was just thinking of it...are y'all still able to mail out a physical copy of the Heaven's Gate book? I'd love to purchase one once I get back from traveling!
[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>          Tue, Sep 7, 2021 at 7:08 AM
To: cathysouthwestern <cathysouthwestern@gmail.com>

Yes we send them out all the time.

Here are all 16 official online videotapes:   http://vimeo.com/heavensgate

The book is $30 if shipped in the U.S.

Please send $30 cash to:

Telah
P.O. Box 25098
Scottsdale, AZ 85255

We will send the book to the address you indicate to us in your letter.
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>        Sat, Sep 11, 2021 at 9:24 AM
To: rep@heavensgate.com

Thank you so much,
I apologize for the delay in response,  I've been trying to camp and learning a lot about myself in the process.
LOL
I know that having lived in Phoenix for 15 years there is no way that I can camp outside in Maine when it is 50 degrees.
I had no idea it was so cold here in September but I digress.
As soon as I get back to home base in Indiana I will go ahead and mail out that $30 to you.
I would really appreciate it if you and Sarah would sign it as well I know it was a classroom endeavor but I know that y'all had a lot to do with the the creation of the book.... if you don't feel it's appropriate I completely understand.
I am meeting with Sawyer tonight so that will be an experience that I am looking forward to.

Thank you again,
Cathy
[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>        Sat, Sep 11, 2021 at 9:28 AM
To: cathysouthwestern <cathysouthwestern@gmail.com>

Okay.
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>        Sun, Oct 3, 2021 at 7:41 PM
To: rep@heavensgate.com

Good afternoon Mark,

I once again find myself in the position of apologizing to you for such a delay in response.
I have been working with Sawyer to come to a temporary agreement before an in person meeting can be arranged and that has taken a little longer then I anticipated.

Sawyer has agreed to not play any new tapes on his livestream until we can sit down and discuss things in person with both you and Sarah.
Sawyer has agreed short of getting vaccinated to take Covid safety precautions.  Maintain 6 feet of distance between us all (shouldn't be hard 😊 ) we will both mask up and make sure we have zero symptoms of anything before meeting.  We will both sanitize our hands and if I'm leaving anything out let me know. Neither of us however will take a

covid test because we don't have faith we would receive accurate results so hopefully that is not the one thing that will cause you not to want to meet.

If it works into your schedule we were planning for mid November?

I was thinking we could meet up at a restaurant and just take things from there.
I moved from Phoenix 3 years ago and am eager to see any changes!

In an effort to be completely transparent with you I have copied the entirety of just this email and sent it to Sawyer so I know what I am stating here he does agree too and he is involved with this effort.
[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>
To: cathysouthwestern <cathysouthwestern@gmail.com>
Sun, Oct 3, 2021 at 10:05 PM

Will we be meeting in a neutral city and location?

Restaurants are out because we cannot take off masks of be in an enclosed space with him.  You should be careful too.

Also the attacks and use of copyrighted and trademark material must stop to see if he is even serious.

We are not wasting time or money to have him listen to us and them just brush our ideas off.  The September 1st, 2021 email is still in front of him to consider and it has never been answered.

Mark
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>
To: rep@heavensgate.com
Mon, Oct 4, 2021 at 10:10 AM

Would the Phoenix Desert Botanical Gardens work for you? Or maybe the hole in the rock hiking area? I think the gardens, if they are open would be nice because there are several areas to sit down there that are away from anyone that may be passing by.

In regards to the use of copyrighted material isn't that him agreeing to not play any of the new tapes on his livestream? Forgive me, I really don't know copyright laws.

I of course do not have the power to say that he will or will not  listen, he has indicated to me that he will and I believe him. In regards to the email Sawyer has indicated to me that there were several points that he would like to go over in person with you he will follow that up with a written response if that is what is needed.

Does that time frame of mid-november work for you?
[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>
To: cathysouthwestern <cathysouthwestern@gmail.com>
Mon, Oct 4, 2021 at 11:37 AM

Cathy,

We think this may be a case of running before we have even learned to walk.  We want to have significant interactions with Steven Havel but we have to proceed with a few understandings before real talks can begin.

First,  he indicated in September, to his followers, that they must proceed ahead with getting the illegally obtained copyrighted and trademarked materials out to the public in whatever methods necessary.  He also indicated that there is to be nothing done "unlawfully or violently" but we find that lawlessness is a daily event and the death threats are

not stopping.  He communicates with Bartel occasionally and who,  just a few weeks ago has indicated "we will be dead soon".  Havel's followers are not much different.  He is defying normal convention because he feels Ti and Do would.  They would not.  He is still distributing illegally acquired audio and videotapes and is still using illegally obtained trademarks such as "Heaven's Gate" and displaying trademarks like the Heaven's Gate logo, Group artwork and Classroom material.  None of this is sanctioned by the Telah Foundation, who the Group set up as owner and distributor of these works.

Second, you seem to be indicating that he will board an airplane with no vaccination to come to Phoenix?  That is like putting a bomb on a plane.  We hope you are wrong about this.  Ti would slap him silly if she found out what he was doing.

Third, we will drive to a neutral city closer to him to facilitate this meeting but wouldn't a phone call be the first step?  He cannot shed 24 years of preconceived misinformation and lies about us that quickly.  He was very disrespectful on that livestream and the days following.  He has never even tried to correct or answer any of our questions.  Being a rebellious bad boy is not a good look when speaking of Ti and Do and the Next Level.

Could he please send us some of his questions so we could prepare for that phone conversation?  We have to lay some groundwork.  We can still meet in min-November but we need to communicate before that to get an understanding.

Fourth, has he agreed to keep all of this confidential?  He can't seem to help saying anything to anybody.  That podcast to those two Australian kids, yesterday,  was embarrassing to him and the Next Level.  Did he know what they we going to do to the information?  Ti and Do would never allowed that to happen in our meeting in 1975-76 or 1994 or in our interviews on radio or newspapers.  Please check on his stand on confidential information.

Thank you,

Mark King
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                    Tue, Oct 5, 2021 at 9:45 AM
To: rep@heavensgate.com

May I share your last email with Sawyer so I can get his views on it?

Also just to answer, Sawyer is driving, not flying.

[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>                          Tue, Oct 5, 2021 at 11:04 AM
To: cathysouthwestern <cathysouthwestern@gmail.com>

Hi Cathy,

Do you think our frank email would help?  We will be speaking frankly with him and it may be difficult for him to separate from that influence.

Let's see how he will react.  It can be positive if he wants to but the livestream demonstrated that it can go negative.

Mark
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                    Tue, Oct 5, 2021 at 2:58 PM
To: rep@heavensgate.com

I just want to make sure that I don't misrepresent anything you stated or asked and I also want to be able to answer each point when responding back to you.
I'll go ahead and copy paste it to Sawyer and get back to you when I have a response.

[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>                     Tue, Oct 5, 2021 at 3:36 PM
To: cathysouthwestern <cathysouthwestern@gmail.com>

Hi Cathy,

You can leave out the second question about him boarding a plane if that question is already answered.

You can substitute the question we said on the livestream. "Is he willing to apologize sincerely to us and his followers as to the mistakes he has made and the unnecessary misunderstandings he has caused with those who continue to perform the tasks they were given to do for the Next Level?"

Mark
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>               Tue, Oct 5, 2021 at 3:45 PM
To: rep@heavensgate.com

Okay thank you for the clarification
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>               Mon, Oct 11, 2021 at 4:27 PM
To: rep@heavensgate.com

Just a quick update....I'm working with Sawyer to come to an understanding and I'm just dotting all the i's and crossing the t's before responding.
I am working on this literally day and night
[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>                     Mon, Oct 11, 2021 at 5:00 PM
To: cathysouthwestern <cathysouthwestern@gmail.com>

Thank you very much.
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>               Thu, Oct 14, 2021 at 7:34 AM
To: rep@heavensgate.com

Good morning Mark,

On the first point. Sawyer has agreed to not distribute or play or direct people to any links to the material in question. He has not done so since I told you a couple weeks ago that he had agreed to stop. He has also not asked anyone to distribute the materials in question. You and I both know he can't control the actions of others which brings us to the 2nd point in your first point. Sawyer has no control over Bartel or his actions and he can't speak to anything on Bartels behalf. They are NOT on friendly terms with each other...it's in fact quite the opposite. Sawyer expressed to me his concern that you appear to indicate you have received death threats from his "followers". That is one of the questions he'd like to follow up on with the first phone call with y'all.
I've spoken with Sawyer extensively about the last part of your first paragraph. He is of

the mind that the classroom materials and the HG materials should not be under copyright or trademark to ANY human on this planet he feels the Next Level "owns" that information, not TELAH, he questions the instructions left behind by Do and the Class stating that specifically as he has never been shown such a document or instruction. That is one of his major questions to you....where did Do and the Class give you and only you ownership of all the material?  So where you indicate the Group set up TELAH as owner of the materials he respectfully asks for proof of that statement.

In regards to keeping everything confidential Sawyer has agreed to that.
I actually may be the guilty party here in that I've told at least one person to quit posting material and when they asked why I said I was speaking with TELAH and working towards a resolution.  This individual indicated they were in communication with you as well and that made me upset that I had spoken briefly of our interactions with this individual.
It was a good lesson that I needed to learn and I also promise alongside Sawyer not to speak of potential legal proceedings.

In regards to Sawyer apologizing,  he honestly feels he doesn't have to apologize for disseminating Ti and Do's information.
He doesn't understand why you feel the need to hold onto the tapes or any material for any length of time. He feels once instructions are received from his Older Member its time to move now...not 20+ years later...he needs to understand why you feel you have received instructions to hold the material back when everything he learned while in the Class was to move and move quickly once instructions are given.
I apologize if the tone of this email comes across  rude..I'm just trying to convey what Sawyer has conveyed to me in the most efficient way possible so I'm just blurting it out so to speak.
Sawyer has expressed multiple questions to me that he would like to ask but they all really boil down to where is the document or documents stating that Do and the Group gave you and only you ownership and permission to distribute classroom materials.
It really does all come down to that in his mind. If you can provide that I believe he can move forward with an apology and then to also ask TELAH for permission to disseminate the same materials TELAH has.

[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>                                   Thu, Oct 14, 2021 at 9:24 AM
To: cathysouthwestern <cathysouthwestern@gmail.com>


Hi Cathy,

Sawyer is rehashing the same questions he has stated for over 12 years.

Others have tried to bridge the gap during that time and I am afraid he is using you to hold the same position, as always.  We are sorry for that.

We have whole ownership and he will have to deal with it.  He should really examine step #17.  He has fought looking at it for over two decades.  We will follow our instructions.

What it boils down to is that Do did not include him at the end and it eats away at him.  He should examine why.  He is not a Teacher.

He has added parts to this Frankenstein we call Jason Bartel and cannot walk away when the monster destroys something.

We have handled Jay Miller Whitehall.

Mark & Sarah
[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>                        Thu, Oct 14, 2021 at 3:55 PM
To: cathysouthwestern <cathysouthwestern@gmail.com>

Hi Cathy,

A bit more.

We have been through this exercise several times by Havel and Bartel.  In the end they reject it and the material remains offline.  Those two have been the sole reason the loin-share of material remains out of the public view, not us.  They have indicated they would steal it (as they have demonstrated again recently) and will release it to all without any consideration to the Telah Foundation.  They simply don't accept the protection of the legal system that the Class set up the Telah Foundation in May, 1996.

We worked with the Class extensively in 1995 on a variety of things but the real training did not start until April of 1996.  They set up of Telah in Arizona, followed by months of in person training, instructions by fax, email, phone and other means into 1997 that was intended to give us a background in what they wanted us to do.  In time, we took care of much of their email and handled all of their dissemination of tapes and other printed material.  Since we cannot give Havel and Bartel direct printed instructions (which the Group chose not to do on many things, all throughout it's 22 years) is an indicated of disqualification to these two individuals.  They feel if they were not given training and instructions by several means, then ours must be fictitious.

We will repeat this for you again, even though Havel's and Bartel's mind is already made up.  The training culminated with many instructions in March, 1997.  We followed everything they gave us to do.  They always asked if we wanted to this and we indicated we were honored.  They never took it for granted.  We received the third and final version of the book on Friday, March 21st, 1997 and spoke with them about it.  They did a conference call with on on that Friday, March 21st, checking if the galley of the book had made it.  All of them were on the call.  Do lead it and it sounded like the 38 students were sitting around the phone.  They thanked us for what we had done and what we were going to do.  In looking back we knew there was a lot of code being used but the over thrust was one of gratitude and appreciation for the part we played and would move forward with.  We loved that feeling but have never heard it from Bartel or Havel.  Later in 1997 we heard it from Flx/Abl, Osc, Pyp, Rio, Rkk (at the beginning) and even Jhn but that his all gone now.  This fight with lower forces are endless.

Here are small pieces of letter written only to us in late March, 1997:

Hi MRC and SRF,

You are about to inherit what's left of our purser task, to do with as you choose.  We are arranging to get funds, to all of you (RKK, OSC & MRC/SRF) from what we have on hand, but we know that there is no way we can pay you for whatever efforts you may or may not choose to contribute in collecting our loose ends and disseminating about what actually happened here. (...)

and this other letter...

Hi MRC and SRF!

If you choose to accept this mission...hopefully this note explains all you need to know about ...

There were many letters, some just informative and some giving directions as to what we were going to do.  Others got similar letters but not all of them like we did.

Bartel and Havel have dismissed all of the training, instructions by various means and our packets via FedEx as just the same as others got and have never drawn any distinction.  When Havel let it slip about a year ago, that he really felt that were were given this task to do, Bartel really let him have it via Wordpress postings.  Bartel vilified us and

convinced Havel we were under the direction of satan and could not possibly be working for the Next Level. In time, Havel admitted that Bartel set him straight and he has been pushing this "Kings are liars and tools" for some time now. We feel your attempt to try to bridge the gap was commendable but both have fallen back to their negative position. Their hatred is eating them up.

As far as Sawyer agreeing not to distribute, that horse is out of the barn. The orders to evade our attorneys reach was given in August and his followers have already done their work. Bartel will never comply and has Havel around his finger.

We will never satisfy either of them so please don't spend much energy on this. Sawyer's response demonstrates he has not conceded to anything and will not.

Like we said on the early September livestream, the only two who have stopped the information coming out is Bartel and Havel, not us. We don't give information to confessed robbers.

Ti, Do and the Next Level gave us this ownership task to do. We will follow through with it. Sawyer has decided not to accept it and any further discussion is meaningless.

Mark & Sarah
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                    Fri, Oct 15, 2021 at 4:29 AM
To: Sawyer heavensgate <sawyerhg@yahoo.com>

[Quoted text hidden]

---

**Sawyer heavensgate** <sawyerhg@yahoo.com>                            Sat, Oct 16, 2021 at 6:13 PM
To: tspm@vermontel.net
Cc: "Cathysouthwestern ." <cathysouthwestern@gmail.com>

cathy,

here is my reply to marks latest email below:

to Mrc/Srf:

I haven't stolen anything. The 196-202 audio tapes were gifted to me by Rkkody BEFORE any judge gave you any form of permission to the contents of storage where the tapes were. And gifted me tapes as well, tapes that you sent to him but since he was on the list of those to primarily work with (in the letters) he legitimately had ownership of them. He was also sent 80 audios by DO BEFORE any judge gave you any intellectual property control.

I have accepted the legal system you have been working on in the "protection" of the audios legally. I simply don't understand why I as one of "those who are inclined to disseminate our information" haven't been one who you divided the items of value in storage, the tapes among. I never wanted masters. I only wanted access to the data so digital copies are great.

Sure you received training by the class as soon as 1994 I'd bet but more in 1995, 1996 and 1997 but I'd bet the bulk if not most all of the instructions re: what to do with the "items of value" in storage (that audios being the biggest items of value) were in the letters. I understand that they gave you two the primary part of that task of retrieving the items of value from storage but they also showed their intention and you have not fulfilled that intention but instead have seemed to only focus on their giving you the option to perform those tasks in the letters in the way you choose but as we know in the classroom for many many years when TI and DO gave a task it was intended to perform that task ASAP but you have still not divided those tapes over 24 years. Instead you both came up with an arbitrary date in March of 2022 to divide the tapes and even with that never said how fast they would be provided.

If you have more instructions than the letter on what to do with the items of value in storage then why not show us them. Show us the emails, faxes, etc. you referred to unless they are about various unrelated to their info aspects of their estate resolution. I only care about the remaining audio tapes you have kept hidden all these years as that was not their intention as can be clearly seen in tape 149.

Why am I "disqualified" from being among "those who are inclined to disseminate their information" as stated in the

letters was your task to do when I have proved over many years that I am inclinded to disseminate their information?

I am grateful for your provision of the website all these years and the exit tapes to people who asked but your task was much more than that which you have not done.

I know of the letter you quoted about inheriting the purser tasks. We have many of the letters you received and jhnody also got the letter to you on how to divide the items of value in storage among those inclined to do the dissemination task,

Bartel never convinced me of anything. I operate independent of Bartel. I never called you names, nor threatened you in any way, shape or form. I never said Bartel set me straight on anything.

I have no hatred of you so there is nothing eating me up over this. You are projecting that onto me and it's not true at all. I was resigned to not have the hundreds of tapes you have hidden from the public for nearly 25 years now.

You have make up this claim that Bartel has me wrapped around his finger. Where is the evidence of that?

You are making up the premise that I have "stopped the information coming out". I never had the information except for what Rkkody owned before the judge gave you any permission. The judge's ruling on the groups intellectual property has never been shown to us, so I may have to get it myself.

I have never "robbed" anything of any of TI and DO's information so that's another of your wild accusations.

sawyer

[Quoted text hidden]

# EXHIBIT 5

CRL

Sent with ProtonMail Secure Email.

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                    Fri, Sep 17, 2021 at 10:57 AM
To: crlody <crlody@█████████>

Good afternoon,
I appreciate you thinking of me in regards to having access to the tapes.
At this point in time I am content with gaining access to the tapes via Telah or what has already been posted online.
I know I'm naive but I feel working with and not against Mark and Sarah is what needs to happen moving forward.
Mark stated unequivocally in writing that as long as everybody stopped taking tapes and posting them online that he
would upload every single tape to a Vemo, Venimo?(I know I have that wrong) account on March 25th 2022.
 Like I said,  I know I'm naive but feel it's best, at this moment in time, to work with TELAH.
We all want the same thing
and that is to disseminate Ti and Do's information.
  Mark and Sarah feel they have received instructions (I could be wrong about this) that the information is to be
disseminated via the structure they have put in place.
Sawyer,  Jhnody,  you, me and pretty much every other believer I've personally spoken with feel very differently about
that....
the vibe I'm getting for lack of a better word is that we need to work WITH them not against them in order to get all the
tapes legally and then there will be no more of all this talk of shutting people's  pages, blogs or channels down.
I apologize for such a long email but I felt compelled to share my mind with you on this.
The Next Level is moving in lives right now, they are moving in my life BIG TIME.
Maybe you are a part of that...of course you are as you have a soul deposit. Anyone who believes in Ti and Do and
hungers for their information will have a place to come and get it.
Not a church.
A center.
The Center actually.
I don't know why I feel compelled to tell you but I do so I'm going with it. I'm going to hit send before the lower forces
talk me out of it
[Quoted text hidden]

---

**crlody** <crlody@█████████>                                        Fri, Sep 17, 2021 at 3:18 PM
Reply-To: crlody <crlody@█████████>
To: cathysouthwestern <cathysouthwestern@gmail.com>

If you want to believe them that is your choice. Please don't tell them that I offered this to you.

Sent with ████████ Secure Email.

-------- Original Message --------
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                    Fri, Sep 17, 2021 at 3:42 PM

To: crlody <crlody@██████████>

What you have said between you and I stays between you and I.
Although I will let you know I shared with Sawyer just my last communication with you....none of what you said, only what I wrote to you.
Understand I will not say anything to Mark and Sarah of such things.
The goal that I am working towards is harmony......just enough harmony for all audio and tapes to be supplied in a legal manner so Mark and Sarah will then have no legal recourse against any of us.

I believe Ti and Do

I believe the Next Level

I do not believe or take much stock in what men say.
[Quoted text hidden]

---

**crlody** <crlody@██████████>                                    Fri, Sep 17, 2021 at 3:45 PM
Reply-To: crlody <crlody@██████████>
To: cathysouthwestern <cathysouthwestern@gmail.com>

Thank you. Take care and be well.

Sent with ██████ Secure Email.

------- Original Message -------
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>             Fri, Sep 17, 2021 at 4:07 PM
To: crlody <crlody@██████████>

You as well!
[Quoted text hidden]

# EXHIBIT 6

 Gmail            **cathysouthwestern** <cathysouthwestern@gmail.com>

---

## Moving forward
12 messages

---

**cathysouthwestern** <cathysouthwestern@gmail.com>        Wed, Oct 20, 2021 at 9:20 AM
To: rep@heavensgate.com

Hi Mark & Sarah,

I must admit your last email was extremely discouraging and I honestly didn't know how to reply, I still don't. I've been asking Ti and Do for help and I fear they are silent. I apologize for not asking but I did copy paste your last email to Sawyer to see how to respond...he has drafted his own response is my understanding but I could be wrong about that.

It saddens me greatly to see you say all further discussions are meaningless after a couple of questions. I suppose we'll just drop any discussion of a possible reconciliation between the Telah Foundation and Sawyer.

Moving forward I'd like to just talk to you about asking the Telah foundation to give me, Cathy Weaver, written permission to print out the posters and flyers the class used. I would love to start putting them up on bulletin boards, telephone poles, electrical boxes...really anywhere people will see them. In the space where it states Meeting Time & Place I plan on putting the HG website(www.heavensgate.com) and also the Facebook group that I just made called Ti and Do The Two Witnesses where I also wanted to have permission to post the flyers and the USA Today ad. I also am asking for written permission to print out the full page ad that was printed in USA today back in 1993 as I'd like to be able to pass that out to people who have expressed interest in Ti and Do and their updates.

I look forward to hearing back from you. I am pressed to disseminate Ti and Do's information and I believe I'm being guided to post up flyers and just do what the Class did by drawing attention to the information by putting their exact posters displayed in key locations.

Thank you,
Cathy Weaver
480-201-4528

---

**rep@heavensgate.com** <rep@heavensgate.com>        Wed, Oct 20, 2021 at 4:05 PM
To: cathysouthwestern <cathysouthwestern@gmail.com>


Hi Cathy,

We are sorry that this has not been productive for us.

We feel that the few questions he has responded to have been negative with an emphatic "prove it to us" mentality".

If he has other questions or is willing to understand and address the point 17 issue, we will answer them. So far he is only expressing rejection and suspicion of what we do.

Mark
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>        Wed, Oct 20, 2021 at 4:24 PM
To: rep@heavensgate.com

Hi Mark,

I'm honestly past all the Sawyer issue.....

You've made it perfectly clear there is no moving forward on that so I'm over it and I just want to move onto what my purpose on this planet is.

I want with all my heart and mind to disseminate the updates Ti and Do brought to this planet. Do is my Older Member and I want ever single person on this planet to be given the option to know and believe that Do was/is the return of the mind that occupied Jesus, Elijah, Moses, Enoch and Adam. Can you let me know if I have the permission I asked for in the last part of my email?

Thank you.
[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>
To: cathysouthwestern <cathysouthwestern@gmail.com>

Wed, Oct 20, 2021 at 4:38 PM

Hi Cathy,

We don't understand.

We want to move forward.  We want to see some desire to move forward on Sawyer's part.  As of now he said no.

I will talk to Sarah about the posters.  So far it sounds fine but need to know what the facebook posting is about and how we will answer the inevitable questions that will come up about where the meetings will be held.  The posters indicate to an actual meeting and since there will be no meeting, how is our website or your facebook location going to satisfy those that ask.

Please hold off until we get some clarification.

Are you indicating that the current website and peoples ability to get the book and tapes is not adequate fro what you want to do?

Mark
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>
To: rep@heavensgate.com

Wed, Oct 20, 2021 at 6:05 PM

Hi Mark,

I took your statement any further discussion concerning Sawyer is meaninglessness at face value.

I have forwarded this communication of just this email thread to him so he can adress #17 directly with you as I'm not going to put forth any more effort towards reconciliation amongst y'all.

Concerning the posters with your permission we can take out the active meeting part and just put instead "For further information please visit the HG website and/or the Ti and Do, The Two Witnesses Facebook group.
That group I plan on building up with fellow believers who wish to discuss Ti and Do and the Next Level, currently there are only 10 or so members.

I am starting out on a cross country road trip visiting some of the same towns the Class did and I want to pass out flyers and connect with potential fellow believers.

I want to disseminate Ti and Do's information like they instructed all of us with minds to do.
I would love to invite you to be apart of the Facebook group but I don't know your information on Facebook so I haven't been able to send you an invite.

I'm not sure what you mean by asking if the website is not adequate to what I am put upon to do.
What I want to do is in addition to the website. It's different.  Neither is either better or worse.  Just different.

Are you indicating the website is the only adequate way to disseminate Ti and Do's information? Or is the only other

adequate way for people to email you 961 times for each individual tape and then not be able to discuss those tapes with anyone else as you instructed me in that first email?

Throughout this entire process my only goal has been to make all of the information available to the public that Ti and Do and the Class wanted available to the public that's all I have ever wanted.
I want that information myself but emailing you for each individual tape was honestly off putting for my personal journey discovering the Next Level.

I wish with all my being that you allow me the permission to disseminate Ti and Do's information as I feel I have been instructed to do.

 I apologize for the tone of this email, you can probably tell I feel very strongly about this and I'm trying to come up with reasons as to why it would be wrong for me to disseminate the information and I just can't see it. Perhaps you can point that out to me?
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>
To: Sawyer heavensgate <sawyerhg@yahoo.com>

Wed, Oct 20, 2021 at 7:30 PM

[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>
To: rep@heavensgate.com

Thu, Oct 28, 2021 at 1:59 AM

?
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>
To: rep@heavensgate.com

Wed, Nov 3, 2021 at 1:30 PM

Good afternoon Mark and Sarah,

I'm curious are you not receiving my emails anymore or you just intentionally ignoring me?
[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>
To: cathysouthwestern <cathysouthwestern@gmail.com>

Wed, Nov 3, 2021 at 1:45 PM

We have not received any emails since 10/20/2021.
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>
To: rep@heavensgate.com

Wed, Nov 3, 2021 at 1:59 PM

There are so many replies in this thread that I'm just going to go ahead and start a new email and attach the screenshot of the email I already sent with what I asked that I would like a response on please.

---------- Forwarded message ---------
From: **cathysouthwestern** <cathysouthwestern@gmail.com>
Date: Wed, Oct 20, 2021, 5:05 PM
Subject: Re: Moving forward
To: <rep@heavensgate.com>

[Quoted text hidden]



**Screenshot_20211103-125806.png**
308K



---

**rep@heavensgate.com** <rep@heavensgate.com>                    Wed, Nov 3, 2021 at 2:40 PM
To: cathysouthwestern <cathysouthwestern@gmail.com>


Hello Cathy Weaver,

You and Steven Havel do **NOT** have permission to use any of the Group's information, intellectual property, copyrights or trademarks.

That includes any audio tapes (in any format or location), any videotapes, any books, any written material or any Next Level or Heaven's Gate trademarks, logos, copyrights and any intellectual property of any kinds.

You and Steven Havel have made your intentions known to deviate from the instructions given to us by Do in 1996 and 1997 and have chosen to work against the instrument he specifically set up (The Telah Foundation) to house, protect, disseminate the information of the Next Level. Our attorneys have been instructed to use the information of the past many years and especially of the past few weeks and any upcoming meetings or streamings in our upcoming filings. This includes any other individuals you use as agents or have influenced to put this copyrighted and trademarked information out into the public sphere in any manner, without our expressed written permission.

We also want to make absolutely clear that we will not endorse, support or acknowledge any recent statements by Steve Havel and Jason Bartel in September, 2021 postings as to who is doing a better job in encouraging people (especially young, easily influenced teenagers) to commit suicide. This is not the position that former students should maintain or foster by any means. The information from the Next Level speaks for itself.

Any violation of our protected and secure legal copyrights and trademarks will be handled to full extent of the law.

Any more death threats directed at us from those who choose to stand against the Next Level will be dealt with legally.

Mark King
President
The Telah Foundation



[Quoted text hidden]
[Quoted text hidden]
<Screenshot_20211103-125806.png>

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                    Wed, Nov 3, 2021 at 2:56 PM
To: rep@heavensgate.com

Thank you Mark it is good to know your position as we move forward with this.

You keep mentioning death threats but there have been none from either myself or Stephen Havel.

Can you please provide proof of any death threats that you keep mentioning?

Also I would appreciate knowing your exact reason why you feel we are not capable to disseminate Ti and Do's information?

Do you just not personally like us? Do you think that is a good reason for hundreds, thousands millions of people not to hear Next Level information because of your personal feelings against us?

Can you please point out exactly where we (Sawyer) have promoted suicide?

You keep mentioning Jason Bartel that person literally has nothing to do with us you can go ahead and do whatever you're going to do against him we don't need to know about it but thank you for letting us know your stance on that as well.

I hear you when you say do instructed you in 1996 and 1997 and I also see the letters that were sent to people and I see where it stated that anybody that wants to disseminate the information is encouraged to do that. Someone who lived in Germany who never even met any of you in person was suggested as disseminating the information and having the material that you in fact have right now. So what say you to that Mark?
I really feel like you need to examine your personal reasonings for why you think we cannot disseminate the information.
Is it power is it envy? Because it certainly is not your Next Level mind.

[Quoted text hidden]

# EXHIBIT 7

received_772479230440696.webp

https://mail.google.com/mail/u/0

1 of 26

⚅ 📷 ▶️ 🅿️ •                    ⏰ 📳 📶 ◢ 🔋 4:00

← (480) 427-1624          📹   📞   🔍   ⋮

Saturday, Nov 6 • 3:13 PM

Texting with (480) 427-1624 (SMS/MMS)

Hi Cathy;
We don't know if you are going to
have another meeting today but
could you refrain from using our
legal names during it,  Mrc/Srf is
fine but Mark, Sarah, King's and
Scottsdale AZ were mentioned
several times last night,. The as also
a tone of legal issues that we are
wary of bringing up since we are
close to coming an understanding
after the Phoenix understanding is
reached,
Mark



Saturday, Nov 6 • 6:48 PM



Are you there?
Is this the number for Cathy?

Nov 6, 6:48 PM

Yes.... I apologize for not responding
sooner. I'm honestly not sure what to
say

I'm of the m___ that since you are
suing us al____ s are off. You used
our legal names will use your legal

⊕   🖼️        Text message              😊   🎤



1

← (480) 427-1624

Saturday, Nov 6 • 6:48 PM



Are you there?
Is this the number for Cathy?

Nov 6, 6:48 PM

Yes.... I apologize for not responding sooner. I'm honestly not sure what to say

I'm of the mind that since you are suing us all bets are off. You used our legal names will use your legal names.



Sawyer had mentioned on Wednesday night that he has never used our information before,. Is this a change now?

Is the Phoenix meeting with us off then?



It's my understanding that we never actually set a meeting up.
I tried and tried and you never agreed to meet with us and then you told me all further discussion was meaningless.
Sawyer is of the mind to not use your legal ⤓s and that has been his position ⤓oughout the last 24

⊕    Text message    🎤

eceived_1113837435908832.webp

https://mail.google.com/mail/u/(

⏲ 🔔 ▼ ◢ ▭ 4:00

← (480) 427-1624          📹  📞  🔍  ⋮

It's my understanding that we never actually set a meeting up.
I tried and tried and you never agreed to meet with us and then you told me all further discussion was meaningless.
Sawyer is of the mind to not use your legal names and that has been his position throughout the last 24 years.......
You used his legal name 3 times in the Livestream from the other night. Sawyer has never wanted his legal name out there ....you caused every single one of his followers to now know his legal name.
That was incredibly wrong of you.
You and Sarah's legal names have been in the public for many years now....his has not.
If it was up to me Mark we wouldn't even be talking about you at all but you are restricting us from spreading Ti and Do's message and recently at least three or four times you said that you are suing us.
That is something I feel the world needs to know and I will not be quiet about it.

You asked us on ̬  ̬nesday night
to meet up with you in Phoenix. We

  Text message          😊  🎤

3

7/23/2022, 3:02 PM

←     (480) 427-1624       ⬛︎   ☎   🔍   ⋮



You asked us on Wednesday night to meet up with you in Phoenix,. We thought that was another request and verification of a break-through,. We thought all of us wanted to end this and free up the information once and for all,. What happened?

What happened is you said you were going to sue us. And also I asked you via email for permission to disseminate the material from the Heaven's Gate book specifically the USA today ad and the away team document and you said no. Emphatically you said no. So where does that leave us now Mark?

I really don't feel like we're asking for much we just wanted to disseminate Ti and Do's information. I apologize for my tone I clearly do not appreciate people threatening to sue me for trying to spread the truth.

I'm curious what breakthrough are you expecting us to have?
I would love to still meet up with you but I'm starting to see that there might not h ⌄ y value to it. I have let you kno  early what I want and

⊕      |Text message      ☺   🎤



4

← (480) 427-1624    🎥 📞 🔍 ⋮

I'm curious what breakthrough are you expecting us to have?
I would love to still meet up with you but I'm starting to see that there might not be any value to it. I have let you know clearly what I want and what my intentions are I'm not really sure what your intentions are except for to keep the information hidden and to sue me.

It wasn't a proper and legal method to give permission via email,. That is why we said no,. Legally done we can free everything up,

We don't understand,. You asked us to meet you Phoenix when you arrived here, it sound like you don't want to really resolve it face to face,

Sawyer would like me to ask you if you can please define the legal method of obtaining permission to use the materials from the group

Again I asked you several times to meet with us and you came up with reasons why you wouldn't....... So I'm not rea⌄ re why you're saying what you're ⌄ying now because

⊕ 🖼 Text message    ☺ 🎤

*5*

📶 4:02

← (480) 427-1624        📹  📞  🔍  ⋮

Sawyer would like me to ask you
if you can please define the legal
method of obtaining permission to
use the materials from the group

Again I asked you several times to
meet with us and you came up with
reasons why you wouldn't....... So
I'm not really sure why you're saying
what you're saying now because
you're the one that said you did not
want to meet so please don't flip it
around and act like it was me saying
that

 No, we want to meet,
Face to face usually solves things
fast,

Perfect.
I honestly would love to meet you
guys I respect what you have done
for the last 20 plus years I really do
Mark.
I'm just frustrated with recent
developments. We will be in Phoenix
the week of Thanksgiving I don't
have the exact day but as this week
progresses I'll know further.

Forgive me  ↓  we are about to head
to our meeting here in LA so I won't

⊕  🖼️   Text message          ☺  🎤

← (480) 427-1624

Perfect.
I honestly would love to meet you guys I respect what you have done for the last 20 plus years I really do Mark.
I'm just frustrated with recent developments. We will be in Phoenix the week of Thanksgiving I don't have the exact day but as this week progresses I'll know further.

Forgive me but we are about to head to our meeting here in LA so I won't be able to respond back until after that

 Tell Sawyer that we come to a simple written agreement called a copyright and trademark agreement,. It is also called a licence agreement,. We have done this with parties for over two decades,. We agree on terms , like we did with HBO and just sign,

It just designates licensor and licensee,

We agree to not talk about any of this at tonight's meeting

↓      Or say your names

⊕  🖼  Text message          ☺  🎤



7

(480) 427-1624

Thank you for that explanation....do
you already have an agreement
made up? Sawyer knows what
information he wants to disseminate
as do I....you might have a very
different view of what you will allow
so we'd like to know what you are
thinking in regards to that.



That is why we have always met with
the other interested party to work
out the terms. The agreement is
never the same each time,



We can work on something but
it is literally like negotiating with
ourselves,
We will work on it,

That makes sense would the week
of Thanksgiving work for you guys to
meet?

I can tell you that we would like
permission to play any and all of the
audio's ..... We would like permission
to reprint any poster from the
Heaven's Gate book do you use to
disseminate information. We would
like permis    ↓   to use the classroom
materials such as Ollodys paintings

   Text message     

*8*

Screenshot_20220628-160340.png

https://mail.google.com/mail/u/2/

← (480) 427-1624

That makes sense would the week of Thanksgiving work for you guys to meet?

I can tell you that we would like permission to play any and all of the audio's ..... We would like permission to reprint any poster from the Heaven's Gate book do you use to disseminate information. We would like permission to use the classroom materials such as Ollodys paintings of Next Level members

If you think we want a lawsuit, you might be surprised,. We hate lawyers and being in courtrooms,. It has taken all our money and time,. A courtroom is not a place for the truth,



I completely agree with that as well

As does Sawyer

We are really tied up Thanksgiving week,. Booked Monday, 11/22 to Saturday  11/27,. We have everything after 11am free on Saturday well into December,        ↓

Text message



9

7/24/2022, 11:54 AM

← (480) 427-1624      📹 📞 🔍 ⋮



We are really tied up Thanksgiving week,. Booked Monday, 11/22 to Saturday 11/27,. We have everything after 11am free on Saturday well into December,

Saturday, Nov 6 • 10:17 PM

I misspoke....we actually are going to be in Phoenix the week of the 15th ....we will probably be there at least 3 days



Fairly free that week

Sunday, Nov 7 • 1:57 AM

That's great, we're thinking Tuesday the 16th or Wednesday the 17th?

Sunday, Nov 7 • 9:17 AM

Wednesday, November 17th from about 1pm to conclusion would work,. We can meet outside like you mentioned at Papago park or at a downtown office if you want a safe, secure location with services to get legal stuff done,

↓



⊕  Text message      🙂 🎤

*10*

eceived_544261844092266.webp

https://mail.google.com/mail/u/(

← (480) 427-1624

Good morning....since we do want
to complete everything at once we
should go ahead and meet were we
can get legal stuff done.
However Sawyer and I have
discussed it further and there really
is no point in meeting if you're not
going to give us what we want to put
it bluntly. We would like full rights
to reprint any posters, Statements,
ads run and documents from the
Heaven's Gate book we would like
full rights to all of the audios to
listen to them to play them online
to discuss them to pass them out to
people. We would like full permission
to use Ollodys art work of Next Level
members.. our intention with the
artwork is to have a room set up with
the paintings displayed just where
people can see them.
We would love to sign something
stating that we will not make any
money off of any of these materials
we will not profit off of anything.
For example we're not going to be
charging for posters we pass out.
Just so you're aware I would like to
reprint the USA Today ad along with
illustrations. I'd like to work with
you on that if possible to get your
approval b ↓ anything would be
printed.

Text message




11

7/23/2022, 3:05 PM

eceived_714166633213391.webp

https://mail.google.com/mail/u/(

**(480) 427-1624**

people can see them.
We would love to sign something
stating that we will not make any
money off of any of these materials
we will not profit off of anything.
For example we're not going to be
charging for posters we pass out.
Just so you're aware I would like to
reprint the USA Today ad along with
illustrations. I'd like to work with
you on that if possible to get your
approval before anything would be
printed.
We would also like written
acknowledgement that you will not
be pulling any of Sawyer's social
media or working to have that
happen.
Sawyer is not going to be
apologizing for any of his actions
over the years except for where he
has accepted as truth media reports
of things you may or may not have
said.
We are also not going to be asking
you are running everything by you
before we do it.
After this is over honestly we
probably never will think about you
again and all of this will be done and
you won't have to think about us
either.
I apologize ⬇ 's is too blunt or
direct but I want to be very clear

 Text message 

← (480) 427-1624     📹 📞 🔍 ⋮

4:04

apologizing for any of his actions
over the years except for where he
has accepted as truth media reports
of things you may or may not have
said.
We are also not going to be asking
you are running everything by you
before we do it.
After this is over honestly we
probably never will think about you
again and all of this will be done and
you won't have to think about us
either.
I apologize if this is too blunt or
direct but I want to be very clear
about what we expect and if you
guys aren't going to agree with that
then there's no point in meeting.

I forgot to add that we would like to
use the Heaven's Gate logo as well.
Sawyer has that posted in a couple
of different places and he would like
to ensure that he's not going to have
to take any of that down. Again all
of this is with the understanding and
the written acknowledgements that
we will not be profiting off of any of
these materials.

Hi All,
This would be workable with legal

Text message    😊 🎤

13

(480) 427-1624

Hi All,
This would be workable with legal
definitions noted,
The only issue is the dispersal of
video and audio tapes,. There is a
reason we want them to be pulled
directly from the Foundation's Vimeo
site,. All will be there but with a
watermark and notation that they
are for study and can't be resold
or distributed without the Telah
Foundation's permission,. It will
not restrict people using them in
any way but will diminish theft and
misuse,



Oh I like that a lot. I actually really
like that a lot.
Definitely have no problem just
directing people to that Vimeo link

And I apologize I should have stated
that that yes everything we use
with permission of course we would
have that on there that everything
is reprinted with permission of the
Telah Foundation or whatever legal
jargon we need to put absolutely will
do that no problem whatsoever

Monday, No... 10:30 AM



Text message



14

(480) 427-1624

Monday, Nov 8 • 10.30 AM

Hi Cathy and Sawyer,
We know you will be busy in San
Diego but we need you to put all
your intellectual property requests
in one email so our attorneys can
get the license agreement done
this week,. Please direct it to
rep@heavensgate,com

They still want a court case instead
of a settlement but we told them to
change directions and get this over
with,



We do not know what will happen
with Jason Bartel so his path may
be different from yours,. All we can
hope for is a softening of positions
and a higher understandings of how
To and Do would handle this,



We are sorry it took so long to come
to our mutual understanding,

Also could you help us with
something, in the beginning Ti and
Do used 21 years old as a line of
adulthood but things changed when
the voting age changed, When
people pull vide     nd audios from
the revised Vime    te, do they have

Text message

← (480) 427-1624

 We are sorry it took so long to come to our mutual understanding,

Also could you help us with something, in the beginning Ti and Do used 21 years old as a line of adulthood but things changed when the voting age changed, When people pull videos and audios from the revised Vimeo site, do they have to agree to be 18 years old or 21 years old?



 Good morning.... We just woke up if you wouldn't mind give me a bit to respond

 Okay

Take your time,
We still have leeway on action before we meet,

Monday, Nov 8 • 12:25 PM

We'll go ahead and get started composing that email with all of our intellectual property requests I think I should be able to get that to you by end of today or tomorrow.
↓
Regarding Jason Bartel to be

Text message

16

← (480) 427-1624

Monday, Nov 8 • 12:25 PM

We'll go ahead and get started
composing that email with all of our
intellectual property requests I think
I should be able to get that to you by
end of today or tomorrow.

Regarding Jason Bartel to be
completely honest with you I really
don't care what happens with him
that person is not associated with
me at all in any way or form.

I'm of the same mind as Ti and
Do...and if possible it should be 21



21 is fine with us too

Monday, Nov 8 • 6:42 PM

Sawyer and I were talking about it
and as far as us playing audios while
we're streaming ..... Basically we
would be going to the Vimeo site and
then playing the audio while we're
live streaming. And then if anybody
wanted further audio we would
direct them to the Vimeo site.... In
order for us to be able to do that
we would state that we are playing
the audio w    the permission of the
Telah Foun      on and then we would
also put that in the description. Is



Text message 

17

eceived_761622538617310.webp

https://mail.google.com/mail/u/(

🔋 📷 ▶️ 🅿️ •          ⏰ 📳 📶 ◢ 🔋 4:05

← (480) 427-1624          📹   📞   🔍   ⋮

Monday, Nov 8 • 6:42 PM

Sawyer and I were talking about it and as far as us playing audios while we're streaming ..... Basically we would be going to the Vimeo site and then playing the audio while we're live streaming. And then if anybody wanted further audio we would direct them to the Vimeo site.... In order for us to be able to do that we would state that we are playing the audio with the permission of the Telah Foundation and then we would also put that in the description. Is that how that would look?

Sawyer and I were also discussing people wanting to transcribe audios and how that would look moving forward.



That may work out but we would need the transcribed original so we can put it on the Vimeo website for others to download and read,

Monday, Nov 8 • 8:43 PM

We would absolutely do that. We can even have it to where people would dire⬇️ pload them to that or maybe ju⬇️send them to you

    Text message           

18

eceived_385271360380877.webp

https://mail.google.com/mail/u/(

← (480) 427-1624

Monday, Nov 8 • 8:43 PM

We would absolutely do that.
We can even have it to where people
would directly upload them to that
or maybe just send them to you
but maybe that wouldn't work out
because they need to be proof
read ..I'm just thinking out loud
here....
Sawyer just mentioned to me about
using clips from some of the audios
for an album he is working on and
wanting to gain permission for that.

Just so you know, we have received
many requests from all over the
world to combine  music and Ti
and/or Do's words and have always
turned them down,. We did not
single out Sawyer's request for
something similar,.  Can we talk
about this in person?  It requires a
face to face,



Yes I understand

Tuesday, Nov 9 • 2:14 PM

Please tell Saw... e told our
attorneys to proceed with the

 Text message 

19

7/23/2022, 3:05 PM

← (480) 427-1624    🎥 📞 🔍 ⋮

Tuesday, Nov 9 • 2:14 PM



Please tell Sawyer we told our attorneys to proceed with the lawsuit and have stopped all settlement paperwork,. We are sorry we will not be meeting next week since there is much more to get done in preserving and protecting To and Do's Next Level information, Mrc & Srf

Tuesday, Nov 9 • 3:24 PM

That's a damn shame.
We will be broadcasting every single thing that takes place moving forward.
We will go ahead and have our attorney contact you once we meet with our benefactors.
I'm really sorry we couldn't settle this between us.

Tuesday, Nov 9 • 5:58 PM

If you ever change your mind before leaving Phoenix, we would be willing to talk to maybe just start the process instead of ending it,. The legal proce  ↓  ̖ard on both parties,. Anytime, ̖nywhere,

⊕ 🖼️ |Text message ☺ 🎤

𝒹𝑜

← (480) 427-1624

**Tuesday, Nov 9 • 5:58 PM**



If you ever change your mind before leaving Phoenix, we would be willing to talk to maybe just start the process instead of ending it,. The legal process is hard on both parties,. Anytime, anywhere, Thanks for the consideration,

Thank you for saying that however you made it pretty clear how you're moving forward so I don't see any point in having a meeting if you're not going to agree to all of the terms that we have set forth in prior text messages.
We will proceed accordingly.

I'm sorry I wasn't very clear in my first message will be broadcasting everything that happens moving forward and also everything that has happened in the past just so you're aware these text messages will be made public.

**Friday, Nov 12 • 7:26 PM**

Per our "discussion" during the live stream I wanted to make sure you mean wha ↓ said when you said the meeting is still on and for Sawyer



Text message

← (480) 427-1624   📹  📞  🔍  ⋮

Friday, Nov 12 • 7:26 PM

Per our "discussion" during the live stream I wanted to make sure you mean what you said when you said the meeting is still on and for Sawyer and I to email you the items we are seeking permission to disseminate?

I am working on that item by item and I just want to make sure I'm not wasting my time here because it is proving to be quite lengthy



We don't think you are wasting your time,
Just submit when you are done and we will look it over,
Is is different then you told us before?

I don't believe so I'm just being very specific on exactly what we would like to be able to disseminate from the Heaven's Gate book so there is no misunderstanding. So I'm listing item by item everything we would like to be able to use

Saturday, Nov 13 • 8:32 AM

↓

That is fine with us

⊕  🖼  Text message   🙂  🎤

22

← (480) 427-1624

I don't believe so I'm just being very specific on exactly what we would like to be able to disseminate from the Heaven's Gate book so there is no misunderstanding. So I'm listing item by item everything we would like to be able to use

Saturday, Nov 13 • 8:32 AM

That is fine with us
Just list the items and we will put them on the settlement,. If we have questions we will get back to you,. The attorney is busy on Monday and Tuesday but he said he would do his best to get the document done by Wednesday for the meeting,



Sunday, Nov 14 • 10:16 PM

Almost to the point where I can send that over ....


Okay

Tuesday, Nov 16 • 1:23 PM

What time did you want to meet tomorrow?



Text message

  

23

← (480) 427-1624          📹  📞  🔍  ⋮

Tuesday, Nov 16 • 1:23 PM

What time did you want to meet tomorrow?

Tuesday, Nov 16 • 3:40 PM



At <u>1:00pm</u>
The attorney is trying to get everything done between court cases and will tell us where by tonight

Okay sounds good, we'll stand by for updates on location

Tuesday, Nov 16 • 7:33 PM



Our attorney finally sent us the address:
<u>3101 N Central Ave</u>
<u>Suite 1150</u>
<u>Phoenix, AZ 85012</u>

He is sorry to get it to us so late,.
He has been in court all day and will have to finish our paperwork tomorrow morning before we meet,
See you <u>tomorrow at 1:00pm</u>,

Thank you  we need to bring

⊕  🖼️      Text message          😊  🎤

24

received_2186682521491539.webp                                      https://mail.google.com/mail/u/0

4:07

← (480) 427-1624          📹  📞  🔍  ⋮

> Thank you ....do we need to bring anything except ourselves and be masked up?

 No, that's all

Thursday, Nov 18 • 8:56 PM

I'm sorry but we can't agree to half of the things you want us too so we are not going to be able to sign the agreement.
Thank you for meeting with us and the time and effort but I just don't think we are ever going to see eye to eye and it's causing so much strife between Sawyer and I that it's just not worth it anymore. We will disseminate Ti and Do's information as we feel called to do and hopefully you will come to understand we are led by Ti and Do and you will not pursue legal action against us.

Wednesday, Dec 1 • 4:28 PM

Why are you trying to take Sawyer's YouTube channel down when you promised us to our faces that you would not? ↓

⊕  🖾     Text message            😊  🎤

25

eceived_2302970363183504.webp

https://mail.google.com/mail/u/(



← (480) 427-1624        ▢◄ ☏ 🔍 ⋮

No, that's all

**Thursday, Nov 18 • 8:56 PM**

I'm sorry but we can't agree to half of the things you want us too so we are not going to be able to sign the agreement.
Thank you for meeting with us and the time and effort but I just don't think we are ever going to see eye to eye and it's causing so much strife between Sawyer and I that it's just not worth it anymore. We will disseminate Ti and Do's information as we feel called to do and hopefully you will come to understand we are led by Ti and Do and you will not pursue legal action against us.

**Wednesday, Dec 1 • 4:28 PM**

Why are you trying to take Sawyer's YouTube channel down when you promised us to our faces that you would not?

I just sent you the counter agreement via email. We'd appreciate it if you would quit trying to take his channel down that is not Next Level behavior

Dec 1, 4:29 PM • SMS

⊕ 🖼 Text message        😊 🎤

  

26

# EXHIBIT 8

Legal Agreement Between The T.E.L.A.H Foundation

and Stephen Havel A.K.A. Sawyer and Cathy Weaver

Concerning the Heavens Gate Book

Section A

Stephen Havel A.K.A. Sawyer and Cathy Weaver request permission to reprint the

following below listed items with the intention to distribute to individuals in person, community

bulletin boards, electrical boxes, utility poles, etc., via the internet including any and all social

media sites also to include a future website authored and designed by Stephen Havel A.K.A.

Sawyer and Cathy Weaver, and mixed media such as newspapers, magazines etc.

Stephen Havel A.K.A. Sawyer and Cathy Weaver agree to not reprint the Heavens Gate

book in its entirety it will only be a document-by-document reprint, for example we would

reprint 1a. and pass it out if asked or as we felt called too.

Stephen Havel A.K.A. Sawyer and Cathy Weaver request permission to purchase

multiple copies of the Heavens Gate book so in the event we are at a meeting or a convention

and someone asks us for a copy of the book we would sell it to them at exactly the cost we paid

for it from the T.E.L.A.H. Foundation. We request this permission because at several of our

meetings people have asked us for the Heavens Gate book and we directed them to the

T.E.L.A.H. Foundation via the Heavens Gate website and they expressed that they might do that

but probably wouldn't because of having to send a money order or cash through the mail, they

just want a copy right then and there. We'd like to be able to provide them that opportunity so

they don't miss out on the opportunity to have a copy of the Heavens Gate book.

Stephen Havel A.K.A. Sawyer and Cathy Weaver request permission to add their own

illustrations if inspired and also request creative artistic license to add colors or designs such as

borders to the posters to make them stand out.

Please see list as follows:


1a. Do's Intro: Purpose-Belief

pg. iii, iv, v, vl

2a. Overview of Present Mission

pg. vii, viii, ix

3a. Undercover "Jesus" surfaces Before Departure

Section 1-pg. 3-6

4a. '95 Statement by an E.T Presently Incarnate

Section 1-pg. 7-12

5a. First Statement of Ti and Do

Section 2-pg. 3, 4

6a. First Poster Used for Public Meetings

Section 2-pg.5

7a. The 17 Steps

Section 2-pg. 8

8a. Major Offenses Lesser Offenses

Section 2-pg. 9

9a. '88 Update – The UFO Two and Their Crew

To be reprinted ONLY in its entirety with nothing added or subtracted

Section 3-pg 3-19

10a. Beyond Human Section 4-pg. 2-4

11a. USA Today Ad May 27, 1993: "UFO Cult" Resurfaces With Final Offer

Section 5-pg. 3

12a. An unpublished presentation- exploring possible approaches April 25, 1993

Extraterrestrials Return with Final Warning

Section 5-pg.4-6

13a. Guidelines sent to those who were seriously considering joining the class-those who had responded to articles, ads, and correspondence October 23, 1993

Note: This particular type of classroom experience is no longer offered.

Total Overcomers Classroom Admission Requirements

Section 5-pg. 8-12

14a. Poster November 28, 1993

The Only Way Out of This Corrupt World

Section 6-pg.3

15a. Last Chance Statement January 16, 1994

Crew from the Evolutionary Level Above Human Offers-LAST CHANCE To Advance Beyond Human

Section 6-pg.4

16a. Poster. January 17, 1994

Crew From The Evolutionary Level Above Human Offers- Last Chance to Advance Beyond Human

Section 6-pg. 5

17a. Poster. March 10, 1994

Organized Religion (Especially Christian) has Become the Primary Pulpit for Misinformation and the "Great Cover-Up"

Section 6-pg. 6

18a. Poster. March 16, 1994

"UFO Cult" Resurfaces with a Final Offer

Section 6-pg. 7

19a. Poster. March 21, 1994

UFOs, Space Aliens and Their Final Fight for Earths Spoils

Section 6-pg. 8


20a. Poster. June 20, 1994

The End of The Age is Here-And as was Promised-He's Back, The One "The World" Hated

and Killed Before! We're Back, His "Adopted" Who Were Treated The Same! Where Will You

Stand? Section 6-pg.9

21a. Poster. July 30, 1994

Some desire to advance beyond racial consciousness some beyond gender and sexual

consciousness some beyond religious consciousness some desire to advance even Beyond all

Human behavior for the sake of the Evolutionary Level Above Human- the "Kingdom of God"

Some who are devoting their entire lives to this endeavor will speak on:

Section 6-pg. 10

22a. Poster. August 18, 1994

UFO Two and Crew Say: "The Shedding of our Borrowed Human Bodies May Be Required in

Order to Take Up Our New Bodies Belonging To The Next World."

Section 6-pg.11


Please scroll to continue

4

23a. Appendix A: Statements Written By Students

*Ti and Do as "Smelling Salts" -Jwnody

*WARNING: For Those Who Are Prone to Hasty Judgments -Glnody

*Ingredients of a Deposit-Becoming a New Creature -Lvvody

*The Truth Is -Nrrody

*A Matter of Life or Death? YOU Decide -Wknody

*T.E.L.A.H.- The Evolutionary Level Above Human -Smmody

*The Way Things Are -Yrsody

*A Farewell Message to Those Who Remain Behind -Drrody

*My Ode to Ti and Do! What This Class Has Meant to Me-Everything! Qstody

*The Hidden Facts of Ti and Do -Chkody

*" Away Team" from Deep Space Surfaces Before Departure -Jwnody

*A Testament -Srrody

*Older Member – Younger Member- Their Relationship -Slvody

*Statement by a Crewmember -Tddody

*Be Fruitful and Multiply -Jmmody

*Up the Chain -Brnody

*Religions Are Humans' #1 Killers of Souls -Jwnody

*Evolutionary "Rights" for "Victims" -Stmody

*Deposits -Snnody

*The World's Most Successful Con Game -Lggody

*Incarnating and Discarnating -Jnnody

*Investments -Anlody

5

Appendix A Pages 1-100

24a. Appendix B Appendix B-pg.1-9

Bible Quotes Primarily From Previous Representatives to Earth From The Evolutionary

Level Above Human


The Audios


Section B


1b. In regards to the number of audio tapes and logs left in storage and that were retrieved and

then kept stored by the T.E.L.A.H. Foundation, Stephen Havel A.K.A. Sawyer and Cathy Weaver

request ALL audio tapes and logs known and unknown be posted on the proposed Vimeo site

with a deadline of March 25, 2022.

2b. Stephen Havel A.K.A. Sawyer and Cathy Weaver request the right to play every single audio

and log on any and all social media platforms and in person with a statement that the T.E.L.A.H.

Foundation has given us such permission and with whatever watermark and disclaimer the

T.E.L.A.H. Foundation requires.

3b. Stephen Havel A.K.A. Sawyer and Cathy Weaver request the right to provide commentary

on ALL audios and logs that may be played.

4b. Stephen Havel A.K.A. Sawyer and Cathy Weaver request to have full permission to provide

audios and logs to those without internet via USB drives but first and foremost interested

parties will be directed to the T.E.L.A.H. Foundations official Vimeo site.

5b. Stephen Havel A.K.A. Sawyer and Cathy Weaver request permission to transcribe every

single audio either personally ourselves or via other true believers or other seekers who feel

6

inclined to do so. Transcripts will be proofread and then uploaded or submitted via e-mail to the T.E.L.A.H. Foundation to be added to the Vimeo site and properly watermarked or notated as the T.E.L.A.H. Foundation will describe.

6b. Stephen Havel A.K.A. Sawyer and Cathy Weaver request the permission to use any and or ALL audio tapes and logs in any music recording with possible expected profit and a percentage of royalties will be forwarded to the T.E.L.A.H. Foundation. Very low profit is expected so Stephen Havel A.K.A. Sawyer and Cathy Weaver propose a $00.01 cent to every dollar earned be forwarded to the T.E.L.A.H. Foundation.

The Videos

Section C

Stephen Havel A.K.A. Sawyer and Cathy Weaver request the permission to use the below listed tapes in any music recording with possible expected profit and a percentage of royalties will be forwarded to the T.E.L.A.H. Foundation. Very low profit is expected so Stephen Havel A.K.A. Sawyer and Cathy Weaver propose a $00.01 cent to every dollar earned be forwarded to the T.E.L.A.H. Foundation.

Stephen Havel A.K.A. Sawyer and Cathy Weaver request permission to play the following listed videos via the internet and in person:

1c. Beyond Human Series 1-12

2c. Last Chance To Evacuate Planet Earth

3c. Planet Earth About To Be Recycled

4c. Do's Final Exit

5c. Student Exit Statements

7

6c. Chicago Meeting Footage

7c. KOPE Radio Interview

8c. Missoula News Interview

9c. Video never released of When You Know Ti and Do song performed by the class

Artwork

Section D

1d. Stephen Havel A.K.A. Sawyer and Cathy Weaver request permission to use ALL of Ollody's art works depicting Next Level scenes and Members. Stephen Havel A.K.A. Sawyer and Cathy Weaver will be making merchandise for profit based on Ollody's works. Specifically, we will be designing a doll using the depiction of an Older Member. We are also pursuing a video game concept with the Older Member depiction as the avatar. We request permission to use Ollody's artwork for the doll, game and whatever other products may be created using Ollody's artworks.

2d. Stephen Havel A.K.A. Sawyer and Cathy Weaver also propose to reprint Ollody's artworks and display them in a gallery style setting for members of the public to view.

3d. Any profit made from any of these endeavors the T.E.L.A.H. Foundation will receive $00.01 cent of every dollar earned.

4d. Stephen Havel A.K.A. Sawyer and Cathy Weaver request permission to use the Heavens Gate logo and the Heavens Gate name without fear of legal repercussions.

Additional Terms

8

Section E

1e. If the audios are not posted by March 25, 2022 Stephen Havel A.K.A. Sawyer and Cathy Weaver have permission to share audios via USB drives, emailed or via the internet including any and all social media.

2e. Stephen Havel A.K.A. Sawyer and Cathy Weaver request written acknowledgement that the T.E.L.A.H. Foundation will not cause any of Stephen Havel's' A.K.A. Sawyer social media sites to be deleted or taken offline.

3e. Stephen Havel A.K.A. Sawyer and Cathy Weaver request written acknowledgement that the T.E.L.A.H. Foundation will not require audios that have already been dispersed to be collected and returned as it is not logically feasible for that to happen as people could just make copies that we are unaware of and can't retrieve.

4e. Stephen Havel A.K.A. Sawyer and Cathy Weaver request written acknowledgement that the T.E.L.A.H. Foundation will not require Stephen Havel A.K.A Sawyer to apologize for anything in order to obtain the permissions requested in this document.

5e. Stephen Havel A.K.A. Sawyer and Cathy Weaver request written acknowledgement that the T.E.L.A.H. Foundation will not require us to run everything by them before we reprint or create things.

6e. This agreement can be amended to allow for future intellectual property rights requests in the event this agreement proves insufficient to complete the task Stephen Havel A.K.A. Sawyer and Cathy Weaver have before them.

 Gmail            cathysouthwestern <cathysouthwestern@gmail.com>

## Intellectual Property Rights Request

4 messages

---

**cathysouthwestern** <cathysouthwestern@gmail.com>         Sun, Nov 14, 2021 at 9:01 PM
To: rep@heavensgate.com

Good Evening,

Please see attached....can you email me back so I know you have received?

Thank you!
Cathy Weaver
480-201-4528
www.facebook.com/cathyweaverphotography

📄 **Legal Agreement Between The T.E.L.A.H Foundation and Stephen Havel A.K.A. Sawyer and Cathy Weaver.docx**
21K

---

**rep@heavensgate.com** <rep@heavensgate.com>         Sun, Nov 14, 2021 at 10:24 PM
To: cathysouthwestern <cathysouthwestern@gmail.com>

We have received your legal agreement and will pass it on to our attorneys on Monday morning.

> On Nov 14, 2021, at 9:01 PM, cathysouthwestern <cathysouthwestern@gmail.com> wrote:
>
> <Legal Agreement Between The T.E.L.A.H Foundation and Stephen Havel A.K.A. Sawyer and Cathy Weaver.docx>

---

**cathysouthwestern** <cathysouthwestern@gmail.com>         Sun, Nov 14, 2021 at 10:50 PM
To: rep@heavensgate.com

Thank you for the confirmation.
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>         Wed, Jun 22, 2022 at 7:10 PM
To: Sawyer Cathy <sawcat575@gmail.com>

[Quoted text hidden]

---

# EXHIBIT 9

**Marcos Eduardo Garciaacosta, Esq.**

2875 W. Ray Rd. Suite 6 #108 Chandler, AZ 85224
marcos.e.garciaacosta@gmail.com 602 317 0035

November 17, 2021

Mr. Stephen Havel, Ms. Cathy Weaver

**Subject:** Cease and Desist of Copyright violations of Telah Foundation and Heaven's Gate content

Dear Mr. Havel and Ms. Weaver,

My name is Marcos Garciaacosta, Esq and I represent The Telah Foundation ("Telah"), an organization that is the legal owner for copyright title regarding audio and video recordings of Heaven's Gate ("Content") and Mr. Mark King ("Mr. King") who is the managing director for Telah. Telah and Mr. King are the recipients of an assignment of copyright for that content and it dates back to the late 1990s. That assignment was a result of a court agreement and was approved by a judge in California. Mr. King and Telah are the keepers and guardians of the Content which also includes personal information, images, persona and more information regarding Heaven's Gate and its members. Mr. King and Telah have the duty of protecting the content, if it is distributed, how and to whom. The content is of an extremely sensitive nature and in the wrong hands can cause tremendous harm to innocent people. Because of that Mr. King and Telah have decided that their fiduciary duties are best served by restricting any distribution or sharing of the content.

You have in your possession a large number of material that were illegally obtained from Mr. King and you have illegally made those recordings available to the public without my client's consent. The number of files or recordings rise into the hundreds. Mr. King in his and Telah's behalf demands that you return or destroy any illegal content you have in your possession, remove any material you have made available to the public by any means, including but not limited to online properties, websites, share drives and more.

Please be aware that my client is very serious about the severity of this situation and is ready to pursue all venues available to assert his rights. By any analysis of the case, it is clear that you are violating my client's rights. Copyright infringement is a very serious violation and if we have to take this case to court you will be found liable and responsible for damages to our client for every infringement, plus attorney fees. For this case damages start around $100,000 per violation, meaning every illegal recording you have would make you responsible for damages of $100,000 which can total damages in the millions of dollars. In addition, your failure to obey injunctions and court orders may have the court find you in contempt and order incarceration.

Consider this the last and only request from Telah Foundation and Mr. King. I am confident you will proceed the proper way and thank you in advance for your collaboration and do not hesitate to contact me if you have any questions.

*Marcos E. Garcíaacosta*, Esq.

Attorney for Telah Foundation and Mr. Mark King.

# EXHIBIT 10

 Gmail

**cathysouthwestern <cathysouthwestern@gmail.com>**

## Coming to Agreement
49 messages

**rep@heavensgate.com** <rep@heavensgate.com>
To: cathysouthwestern <cathysouthwestern@gmail.com>
Cc: Marcos <marcos.e.garciaacosta@gmail.com>

Wed, Nov 24, 2021 at 9:40 AM

Hi Cathy and Sawyer,

After listening to your streaming on 11/23/21, we would like to clarify some things so that we can come to a higher understanding quickly.

1. Like we said last Wednesday at our meeting, we have not sued you. We do not want to sue you. It is messy and Phoenix courtrooms are not pleasant. Let's end this quickly so that possibility is not put into play.
Yes, if Ti and Do were in the public human social situations that we are in, and not protecting their security in every possible way, they may have been forced to sue others for things done to them. That was not possible in their circumstance and we are glad for that. We have to follow the instructions we were given. We will protect the information.

2. Please take care in indicating to your listeners that we have not been doing the task of disseminating over the past 20 years. We have maintained the website, answered many questions each day, sent out videotapes and books as they asked us to do and even have send out audio tapes for years, on request. Just because it is not through a venue or method that others approved or disproved, it does not mean it hasn't occurred. We can improve on how that is done and we would like to work with you but it will be under the umbrella of the Telah Foundation. We won't get into all the legal issues that the Foundation has had to go through to keep the information available and free to the public. We are not as worried about others in the world abusing those tapes as we are the individuals who were not given the task, spreading it illegally, thinking that they are working for the Next Level.

3. We saw that finished draft document about three hours before you did. Does it have things that can be improved, sure. We didn't even know about the "Quarterly reports" and the "new product retention" that you have mentioned (out of context, unfortunately) to your listeners that can be influenced and swayed without having all the facts. We feel that these kinds of corrections can be done privately and much more effectively. If you don't like them, correct them!

4. We have attached the agreement as to where it is now. You can add and modify as you see fit in order to come to a higher understanding and movement forward. You can even stipulate that the Next Level is the sole and only holder of all Next Level information, as you indicated, but you have to work with the entity that Do set up in the spring of 1996 to handle the earthly issues that stand before us. We do not need a rehash of the pages you sent us a couple of weeks ago. Don't send them to us again. We are past that and have to work with the modified document that we paid to bring into legal compliance. This whole human legal issue may be a hassle and a thing of human level only, but we have to deal with it so that you can move forward with what you want to do. You can delay confronting it but we have to come to a separate peace so both of us can do our task. It will not go away by wishing for it to happen.

5. We know you have decided that that you will defy the Cease and Desist and continue to violate it's stipulations. That it within your ability to proceed but there are consequences. As it states, until we get things worked out you will not be able to make use of any of the Group's (Ti and Do's) intellectual property in any form. Here are examples that have already been noted by our attorney:

a. Unauthorized play of audio tape #149 ("That's Not You - 8/30/84") on 11/20/2021. That is a violation of the Cease and Desist.

b. Unauthorized recital of the "Power of Goodness" in the Manzano mountains of New Mexico. That is a violation of the Cease and Desist.

c. Unauthorized play of audio tape # 918 (master log #1039) ("Links returning after 20 days - 4/18/96") on 11/21/2021. That is a violation of the Cease and Desist.

d. Unauthorized play of audio tape # 919 (master log #1040) ("What Going on in the World - 5/4/98") on 11/23/2021. That is a violation of the Cease and Desist.

You have indicated that you may play #920 on Thanksgiving night, which would also be a violation. It doesn't have to go this way. When agreement is reached, you can play what you want. You can use the intellectual property information the Class left behind, but you have to come to an agreement with us first. Without an agreement there will be no contents for your center in New Mexico. Let's reconcile this.

Don't let our comments in your streamings since the Cease and Desist imply that we are approving or supporting what you are doing. We do not. We just want to keep things moving forward.

Please keep the contents of this email confidential. We trust you will do this because you want to move ahead meaningfully.

Mrc/Srf

---

**rep@heavensgate.com** <rep@heavensgate.com>
To: cathysouthwestern <cathysouthwestern@gmail.com>

Wed, Nov 24, 2021 at 9:55 AM

Here is the modified agreement to date:

> On Nov 24, 2021, at 9:40 AM, rep@heavensgate.com wrote:
>
> Hi Cathy and Sawyer,
>
> After listening to your streaming on 11/23/21, we would like to clarify some things so that we can come to a higher understanding quickly.
>
> 1. Like we said last Wednesday at our meeting, we have not sued you. We do not want to sue you. It is messy and Phoenix courtrooms are not pleasant. Let's end this quickly so that possibility is not put into play.
> Yes, if Ti and Do were in the public human social situations that we are in, and not protecting their security in every possible way, they may have been forced to sue others for things done to them. That was not
> possible in their circumstance and we are glad for that. We have to follow the instructions we were given. We will protect the information.
>
> 2. Please take care in indicating to your listeners that we have not been doing the task of disseminating over the past 20 years. We have maintained the website, answered many questions each day, sent out videotapes and books as they asked us to do and even have send out audio tapes for years, on request. Just because it is not through a venue or method that others approved or disproved, it does not mean it hasn't occurred. We can improve on how that is done and we would like to work with you but it will be under the umbrella of the Telah Foundation. We won't get into all the legal issues that the Foundation has had to go through to keep the information available and free to the public. We are not as worried about others in the world abusing those tapes as we are the individuals who were not given the task, spreading it illegally, thinking that they are working for the Next Level.
>
> 3. We saw that finished draft document about three hours before you did. Does it have things that can be improved, sure. We didn't even know about the "Quarterly reports" and the "new product retention" that you have mentioned (out of context, unfortunately) to your listeners that can be influenced and swayed without having all the facts. We feel that these kinds of corrections can be done privately and much more effectively. If you don't like them, correct them!

> 4.  We have attached the agreement as to where it is now.  You can add and modify as you see fit in order to come to a higher understanding and movement forward.  You can even stipulate that the Next Level is the sole and only holder of all Next Level information, as you indicated, but you have to work with the entity that Do set up in the spring of 1996 to handle the earthly issues that stand before us.  We do not need a rehash of the pages you sent us a couple of weeks ago.  Don't send them to us again.  We are past that and have to work with the modified document that we paid to bring into legal compliance.  This whole human legal issue may be a hassle and a thing of human level only, but we have to deal with it so that you can move forward with what you want to do.  You can delay confronting it but we have to come to a separate peace so both of us can do our task.  It will not go away by wishing for it to happen.
>
> 5.  We know you have decided that that you will defy the Cease and Desist and continue to violate it's stipulations.  That it within your ability to proceed but there are consequences.  As it states, until we get things worked out you will not be able to make use of any of the Group's (Ti and Do's) intellectual property in any form.  Here are examples that have already been noted by our attorney:
>
> a.  Unauthorized play of audio tape #149 ("That's Not You  - 8/30/84") on 11/20/2021.  That is a violation of the Cease and Desist.
>
> b.  Unauthorized recital of the "Power of Goodness" in the Manzano mountains of New Mexico.  That is a violation of the Cease and Desist.
>
> c.  Unauthorized play of audio tape # 918 (master log #1039) ("Links returning after 20 days - 4/18/96") on 11/21/2021.  That is a violation of the Cease and Desist.
>
> d.  Unauthorized play of audio tape # 919 (master log #1040) ("What Going on in the World - 5/4/96") on 11/23/2021.  That is a violation of the Cease and Desist.
>
> You have indicated that you may play #920 on Thanksgiving night, which would also be a violation.  It doesn't have to go this way.  When agreement is reached, you can play what you want.  You can use the intellectual property information the Class left behind, but you have to come to an agreement with us first.  Without an agreement there will be no contents for your center in New Mexico.  Let's reconcile this.
>
> Don't let our comments in your streamings since the Cease and Desist imply that we are approving or supporting what you are doing.  We do not.  We just want to keep things moving forward.
>
> Please keep the contents of this email confidential.  We trust you will do this because you want to move ahead meaningfully.
>
> Mrc/Srf
>
>

**Legal Agreement Between The T.E.L.A.H Foundation and Stephen Havel A.K.A. Sawyer and Cathy Weaver.docx**
34K

**cathysouthwestern** <cathysouthwestern@gmail.com>
To: "rep@heavensgate.com" <rep@heavensgate.com>

Wed, Dec 1, 2021 at 2:26 PM

Why are you destroying Sawyer's youtube account?

Here is our counter....
Thank you!
Cathy Weaver
480-201-4528
www.facebook.com/cathyweaverphotography

On Wed, Nov 24, 2021 at 11:56 AM rep@heavensgate.com <rep@heavensgate.com> wrote:

Here is the modified agreement to date:

[Quoted text hidden]

**AMMENDED Legal Agreement Between The T.E.L.A.H Foundation and Stephen Havel A.K.A. Sawyer and Cathy Weaver-1 .docx**
39K

---

**cathysouthwestern** <cathysouthwestern@gmail.com>        Fri, Dec 3, 2021 at 9:52 AM
To: rep@heavensgate.com

Please confirm you have received
[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>        Fri, Dec 3, 2021 at 11:25 AM
To: cathysouthwestern <cathysouthwestern@gmail.com>

Will any responses be held in confidentiality as agreed and recorded by our attorney on 11/17/21?
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>        Fri, Dec 3, 2021 at 11:58 AM
To: rep@heavensgate.com

You did not inform us that you were recording anything or that you were serving us with a cease and desist all of that
was done with trickery and deceit.
You did not tell us that we had to sign a confidentiality agreement or that we would be in breach of anything if we
broke any kind of confidentiality so for you to state that we agreed to such is in error.
We are unclear why you would need to say anything that couldn't be shared with the public.
[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>        Fri, Dec 3, 2021 at 12:12 PM
To: cathysouthwestern <cathysouthwestern@gmail.com>

Since you are indicating that our understandings will not be held in confidence, then please go through our attorney.
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>        Fri, Dec 3, 2021 at 3:35 PM
To: rep@heavensgate.com
Cc: "marcos.e.garciaacosta@gmail.com" <marcos.e.garciaacosta@gmail.com>

Please find attached.

Please confirm receipt of this email
[Quoted text hidden]

USDC IN/ND case 3:22-cv-00395-JD-MGG   document 26-1   filed 07/26/22   page 88 of 150

**AMMENDED Legal Agreement Between The T.E.L.A.H Foundation and Stephen Havel A.K.A Sawyer and Cathy Weaver-1 .docx**
39K

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                    Mon, Dec 6, 2021 at 10:16 AM
To: rep@heavensgate.com
Cc: marcos.e.garciaacosta@gmail.com

2nd request to confirm receipt of our requested corrections.

Please see attached and confirm receipt.
[Quoted text hidden]

---

**Marcos** <marcos.e.garciaacosta@gmail.com>                    Mon, Dec 6, 2021 at 11:25 AM
To: cathysouthwestern <cathysouthwestern@gmail.com>
Cc: rep@heavensgate.com

I am swamped until Wednesday, I have an all day case Wednesday
I will get back to you all starting thursday!

cheers
[Quoted text hidden]
--

Marcos, Counsel for the creative classes(r)
Avocat 弁護士 Rechtsanwalt 律師
Freundliche Grüße

By accepting this email you agree to our terms & conditions: https://bit.ly/MarcosLawDisclaimer

602-317-0035 - text, whatsapp
fax: 480-967-1515
www.legalbizglobal.com
Justia: bit.ly/JustiaMarcos
facebook.com/legalbizglobal/
Linkedin: http://bitly.com/MarcosLKDIN
Singularity University: bit.ly/MarcosSU
Business - Intellectual Property - Trademarks - Copyrights

By Appointment: 659 E. Main St. Suite 108, Mesa, AZ 85203
bit.ly/marcoslawmap
Mail: 2875 W. Ray Rd. Suite 6-108, Chandler, AZ 85224

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                    Thu, Dec 9, 2021 at 12:28 PM
To: Marcos <marcos.e.garciaacosta@gmail.com>

Awaiting your response........,
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                    Fri, Dec 10, 2021 at 11:44 AM
To: Marcos <marcos.e.garciaacosta@gmail.com>

I'm sorry, is it standard operating procedure to blow someone off for a week and then not respond thereafter as an attorney or you just trying a certain tactic here?
We would appreciate the common courtesy of a timely response.
Unlike the Kings we don't have the funds to employ an attorney ourself or I would have them contact you directly to get this resolved efficiently and not have to deal with us but since that isn't going to happen you could at least give us the common courtesy to respond.
[Quoted text hidden]

**Marcos** <marcos.e.garciaacosta@gmail.com>                    Fri, Dec 10, 2021 at 1:09 PM
To: cathysouthwestern <cathysouthwestern@gmail.com>, rep@heavensgate.com

Mark, Cathy,

I am reviewing all the material you guys have exchanged and catching up after being locked down all day Wednesday, plus all my preparation done last week.

Let me get back to you on Monday with a more complete response.

[Quoted text hidden]

**cathysouthwestern** <cathysouthwestern@gmail.com>              Mon, Dec 13, 2021 at 12:18 PM
To: Marcos <marcos.e.garciaacosta@gmail.com>

I know you have a lot of things on your plate but it really sucks just sitting over here not knowing what's going on and if I'm getting sued or not. I don't want to retain a lawyer just to get quick responses back cuz I don't have the funds for that this is getting really old really fast.
[Quoted text hidden]

**Marcos** <marcos.e.garciaacosta@gmail.com>                    Mon, Dec 13, 2021 at 12:22 PM
To: cathysouthwestern <cathysouthwestern@gmail.com>

Hi Cathy,

I am reviewing everything with Mark and giving him my insights on all your conversations so he can decide what is the direction he wants to take.
In essence, this is a case about property rights, specifically copyright property, no different than a real estate property. As such in principle, Mark, as the owner of the title can prevent anybody from using the property.

We will report back to you

cheers.
[Quoted text hidden]

**cathysouthwestern** <cathysouthwestern@gmail.com>              Mon, Dec 13, 2021 at 12:43 PM
To: Marcos <marcos.e.garciaacosta@gmail.com>, rep@heavensgate.com

Great....we require proof of what exact audios with tape numbers are copyrighted because we know that he only has 486 audios copyrighted.
We deleted anything that was on the YouTube channel with audio so as of now there's nothing being used that they, the Kings own.
So what exactly would we be in copyright violation of?
Moving forward we aren't going to use anything the class used because the Kings will not let us so that's on them if any misinformation gets out we're just going to make new information based off of the old information that will be completely original and creative content so they will not be able to sue us for copyright infringement.
It's a shame that we can't work together but since they want to be Lord and Master over all the information they can have it and just sit on it like the dragons they want to be we will move forward with spreading the information the best that we can do without the original information.
We will not use any of the class materials so we won't ever have to deal with the Kings again. Hopefully they will be

happy knowing they have once again suppressed Ti and Do's information from being shared positively with the world.
They will have to answer for their actions as will Sawyer and I....and everyone on this planet, including yourself.

[Quoted text hidden]

---

**Marcos** <marcos.e.garciacosta@gmail.com>                                    Tue, Dec 14, 2021 at 8:19 PM
To: cathysouthwestern <cathysouthwestern@gmail.com>
Cc: rep@heavensgate.com

Hi Cathy,

You can search in the copyright catalog
https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?DB=local&PAGE=First
and search for Heaven's gate

[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                           Wed, Dec 15, 2021 at 3:42 AM
To: Marcos <marcos.e.garciaacosta@gmail.com>, rep@heavensgate.com

Yes, thank you we did that....that is where we find there are only 486 audios copyrighted...they are in bulk... listed as
one copyright.....that means there are over 500 audios that the Kings do not have copyrighted. We want to know
exactly what numbered audios they have copyrighted..... because the other 500+ audios they have no rights to hoard

[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                           Wed, Dec 22, 2021 at 3:40 AM
To: Marcos <marcos.e.garciaacosta@gmail.com>, rep@heavensgate.com

So you guys are going to continue to ignore us?
Where do we stand right now?

[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                           Sat, Dec 25, 2021 at 1:26 PM
To: Marcos <marcos.e.garciaacosta@gmail.com>, rep@heavensgate.com

Merry Christmas.

Following up on my last email from 3 days ago.......

Are we not working with that agreement anymore? What are we doing moving forward from here?

[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>                                 Sun, Dec 26, 2021 at 6:22 AM
To: cathysouthwestern <cathysouthwestern@gmail.com>

Our attorney has indicated that there is no understanding of confidentiality from either of you.

[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                           Sun, Dec 26, 2021 at 7:47 AM
To: rep@heavensgate.com

Okay..... Is there something that you need to say to us that nobody else can hear?
I don't understand what the problem with that is.
So you're saying that since we're not going to keep things confidential you're not going to come to an agreement with
us?
I hate to assume things so if you would just be clearly that would be appreciated.

[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>
To: cathysouthwestern <cathysouthwestern@gmail.com>

Sun, Dec 26, 2021 at 7:50 AM

All communications are confidential.  Period.

[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>
To: rep@heavensgate.com

Sun, Dec 26, 2021 at 12:08 PM

So you are choosing to not talk to us based on this one thing?
You want us to hide what you say to us?
Why do you need to hide?
So we will be forced to get an attorney to deal with you then? To force you to communicate?
[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>
To: cathysouthwestern <cathysouthwestern@gmail.com>

Sun, Dec 26, 2021 at 12:37 PM

Just agree to simple confidentiality.

[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>
To: rep@heavensgate.com

Sun, Dec 26, 2021 at 1:02 PM

I don't understand what that means so I have a hard time agreeing to it. I am sorry but I don't understand what simple
confidentiality means
[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>
To: cathysouthwestern <cathysouthwestern@gmail.com>

Sun, Dec 26, 2021 at 1:05 PM

We simply agree to keep our communications private.

If you need anymore information please talk with our attorney.

[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>
To: rep@heavensgate.com

Mon, Dec 27, 2021 at 2:04 AM

Well we simply don't agree to keep communications private so please answer my question.....we have to now get an
attorney for you to speak with us?
This is so ridiculous it's not even funny
[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>
To: cathysouthwestern <cathysouthwestern@gmail.com>

Mon, Dec 27, 2021 at 7:14 AM

What is your question?

[Quoted text hidden]

Mon, Dec 27, 2021 at 8:15 AM

**cathysouthwestern** <cathysouthwestern@gmail.com>
To: rep@heavensgate.com

[Quoted text hidden]

To looking up on my last email I have 3 days ago .

Are we not working with that agreement anymore?
What are we doing moving forward from here?

**Screenshot_20211227-101445~2.png**
38K

Mon, Dec 27, 2021 at 8:19 AM

**rep@heavensgate.com** <rep@heavensgate.com>
To: cathysouthwestern <cathysouthwestern@gmail.com>

Yes, we are still working on an agreement.

[Quoted text hidden]
[Quoted text hidden]
<Screenshot_20211227-101445~2.png>

Tue, Dec 28, 2021 at 8:57 PM

**Marcos** <marcos.e.garciaacosta@gmail.com>
To: cathysouthwestern <cathysouthwestern@gmail.com>
Cc: rep@heavensgate.com

Hi Cathy,

Merry Christmas to you as well
I will defer to Mark but the last I understand is you got a copy of Mark's proposed agreement that allowed you to use content under control of Mark. Mark is willing to entertain reasonable minor modifications to it if you are willing to review it and negotiate.

Cheers.
[Quoted text hidden]

Wed, Dec 29, 2021 at 1:17 AM

**cathysouthwestern** <cathysouthwestern@gmail.com>
To: Marcos <marcos.e.garciaacosta@gmail.com>, rep@heavensgate.com

I did review it and I sent it back to both of you about 2 weeks ago....

you emailed me back and said you received it.....

sounds like you didn't actually receive it?

It is attached to this thread of emails.
[Quoted text hidden]

**rep@heavensgate.com** <rep@heavensgate.com>
To: cathysouthwestern <cathysouthwestern@gmail.com>

Wed, Dec 29, 2021 at 9:00 AM

Hi Cathy,

On Monday night you indicated you could not find yourself working with us in any way.

Have you changed your position on this?

Mrc

[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>
To: rep@heavensgate.com

Wed, Dec 29, 2021 at 9:06 AM

Mark,

I am sick of going back and forth with these emails like this did you get the agreement that I sent back to you do you have revisions that you want to make to it?

[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>
To: cathysouthwestern <cathysouthwestern@gmail.com>

Wed, Dec 29, 2021 at 9:09 AM

Yes, we have the revisions.  Will both of you agree to confidentiality as we work this out?
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>
To: rep@heavensgate.com

Wed, Dec 29, 2021 at 9:17 AM

Fine...have it your way we just want this done with one way or the other.
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>
To: rep@heavensgate.com

Wed, Dec 29, 2021 at 5:00 PM

Instead of a blanket agreement that covers many things we both find almost impossible to agree too ........how about we take things piece by piece?

We can work out an agreement just to do an audiobook?
[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>
To: cathysouthwestern <cathysouthwestern@gmail.com>

Wed, Dec 29, 2021 at 5:21 PM

Hi Cathy,

I can contact my attorney and speak with him about stopping any work on a confidentiality agreement if you want to do it this way.
It has to be a blanket agreement to allow us to work on all aspects of a settlement resolution.

Our attorney gave you the basic guideline yesterday and we thought your answer this morning was an acknowledgement of that guideline.
Please tell us if you have changed your mind about getting this done one way or the other.

Mrc
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                        Thu, Dec 30, 2021 at 2:09 AM
To: rep@heavensgate.com

Mark,

I have no idea what you are talking about.....I thought we were still working with the agreement you two had drawn up?
Now you are speaking of a confidentiality agreement?
Why are you making this as difficult as possible?
Speak plainly for Next Level sake!!!
[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>                              Thu, Dec 30, 2021 at 5:38 AM
To: cathysouthwestern <cathysouthwestern@gmail.com>

To proceed to working on any aspects of the settlement agreement we have to agree to keep our discussions private.

So first the confidentiality agreement and then the settlement agreement.  It will not be done piecemeal.
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                        Thu, Dec 30, 2021 at 11:43 AM
To: rep@heavensgate.com

We verbally agree to not discuss our talks in regards to the settlement agreement.


Saw
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                        Wed, Jan 5, 2022 at 2:10 AM
To: rep@heavensgate.com

So we are back to you ignoring us?
Come on ..let's get this over with one way or the other!
[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>                              Wed, Jan 5, 2022 at 7:13 AM
To: cathysouthwestern <cathysouthwestern@gmail.com>

Our attorney has been out for the holidays but I talked to him yesterday and he said he should have the confidentiality/nondisclosure done by today or tomorrow,
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                        Wed, Jan 5, 2022 at 11:24 AM
To: rep@heavensgate.com

You did not inform us that you were drawing up a legal document we are not going to sign any confidentiality agreement we will verbally agree to it but we are not signing anything.

[Quoted text hidden]

**cathysouthwestern** <cathysouthwestern@gmail.com>
To: rep@heavensgate.com

Wed, Jan 5, 2022 at 12:05 PM

We need to really be clear with each other for example we had no idea that you're drawing up another legal document for us to sign. Just like when we walked into your lawyer's office we had no idea that you had already drafted up a legal agreement...... If you really want to work with us please speak plainly and clearly with us so we are all on the same page.

[Quoted text hidden]

**rep@heavensgate.com** <rep@heavensgate.com>
To: cathysouthwestern <cathysouthwestern@gmail.com>

Wed, Jan 5, 2022 at 12:18 PM

Here is it clearly:

We need to have a concise confidentiality that we both agree to and sign.

Your attempt on 12/30/2021 was a great start but a short, signed agreement is necessary as a common legal practice.

On Jan 5, 2022, at 12:05 PM, cathysouthwestern <cathysouthwestern@gmail.com> wrote:

We need to really be clear with each other for example we had no idea that you'rreat start e drawing up another legal document for us to sign. Just like when we walked into your lawyer's office we had no idea that you had already drafted up a legal agreement...... If you really want to work with us please speak plainly and clearly with us so we are all on the same page.

[Quoted text hidden]

**cathysouthwestern** <cathysouthwestern@gmail.com>
To: rep@heavensgate.com

Wed, Jan 5, 2022 at 12:38 PM

Got it.

We are not engaging in any legal practices with you.

Any luciferian legal practices with you.

If you and Sarah desire to work with us in a Next Level manner then we are more than willing to do so.

I guess moving forward I will not bother you anymore and we are going to do what we are going to do to disseminate Ti and Do's information. If you feel the need to sue us so be it but from here on out we're done.

Cathy

[Quoted text hidden]

**rep@heavensgate.com** <rep@heavensgate.com>

Wed, Jan 5, 2022 at 12:40 PM

To: cathysouthwestern <cathysouthwestern@gmail.com>

See you in court.
[Quoted text hidden]

# EXHIBIT 11

# Legal Agreement between The TELAH Foundation and Stephen Havel A.K.A. Sawyer and Cathy Weaver and to provide a settlement of the Cease and Desist of 11/17/2021

Whereas The TELAH Foundation ("Telah") and Mark King ("King") are the exclusive and legal owners of a series of elements of Intellectual Property ("Material") that includes but is not limited to registered material with the Copyright Office as well as with the US Patent and Trademark Office and they are comprised on among others video recordings, audio recordings, graphics, books, logos and more as well as other intangible property related to individuals and organizations such as names, photos, images, personal information and more depicted in those materials and associated with the organization Heaven's Gate.

Whereas Telah and King are the legal owners, guardians and keepers of the Material and their goal is for it not to be distributed in an irresponsible manner that can cause damage to innocent people.

Whereas King is the legal representative of Telah and he is empowered by Telah under the law to enter into contracts and agreements with the purpose of controlling the appropriate use and dissemination of the Material under control of King and Telah.

Whereas Stephen Havel A.K.A. Sawyer ("Havel") and Cathy Weaver ("Cathy") desire to have access to Material and desire to reprint the a number of items listed below items with the intention to distribute to individuals in person, community bulletin boards, electrical boxes, utility poles, etc., via the internet including any and all social media sites also to include a future website authored and designed by Havel and Cathy, and mixed media such as newspapers, magazines etc.

Whereas Havel and Cathy hereby recognize the rights and authority of King and Telah over the Material. Havel and Cathy shall be referred to as "Recipients".

In this agreement Material also covers new content or Derivative product created by Recipients based on Material, inspired by it, edited from it or using portions of Material.

This agreement is entered of free will by Recipients, King and Telah to be referred to as "Parties" or "Parties to the Agreement".

1

Parties agree that unless otherwise specified nothing in here represents a permanent, universal, for perpetuity licensing or assignment of rights or any other transfer of rights asserted by Telah and King and acknowledged by Recipients.

## AGREEMENT

If granted rights to any part of Material Recipients agree to not reprint the Material in its entirety but only be a document-by-document reprint.  For example we would reprint 1a. and pass it out if asked or as we felt called too.

Recipients desire permission from Telah and King to purchase multiple copies of the Heavens Gate book ("Book") so in the event we are at a meeting or a convention and someone asks us for a copy of the book we would sell it to them at exactly the cost we paid for it from Telah. Those purchasing individuals use the book for personal study and cannot resell in any form.

Recipients acknowledge and agree that nothing shall be added or subtracted from the book in any form.  The Book, or any sections from it, shall be left, unmodified, exactly as it was given to Telah from the Heaven's Gate Group and Marshall Herff Applewhite (known as "Do").

**Book Portions to be reprinted in its entirety with nothing added or subtracted**

Recipients agree that upon authorization from Telah and King they shall limit reproductions from the Book to the sections and pages listed below and nothing shall be added or subtracted from the sections.

1a. Do's Intro: Purpose-Belief

pg. iii, iv, v, vi

2a. Overview of Present Mission

pg. vii, viii, ix

3a. Undercover "Jesus" surfaces Before Departure

Section 1-pg. 3-6

4a. '95 Statement by an E.T Presently Incarnate

Section 1-pg. 7-12

5a. First Statement of Ti and Do

Section 2-pg. 3, 4

2

6a. First Poster Used for Public Meetings

    Section 2-pg.5

7a. The 17 Steps

    Section 2-pg. 8

8a. Major Offenses Lesser Offenses

    Section 2-pg. 9

9a. '88 Update – The UFO Two and Their Crew

    Section 3-pg 3-19

10a. Beyond Human Section 4-pg. 2-4

11a. USA Today Ad May 27, 1993: "UFO Cult" Resurfaces With Final Offer

    Section 5-pg. 3

12a. An unpublished presentation- exploring possible approaches April 25, 1993

    Extraterrestrials Return with Final Warning

    Section 5-pg.4-6

13a. Guidelines sent to those who were seriously considering joining the class-those who had responded to articles, ads, and correspondence October 23, 1993

Note: This particular type of classroom experience is no longer offered.

    Total Overcomers Classroom Admission Requirements

    Section 5-pg. 8-12

14a. Poster November 28, 1993

    The Only Way Out of This Corrupt World

    Section 6-pg.3

15a. Last Chance Statement January 16, 1994

    Crew from the Evolutionary Level Above Human Offers-LAST CHANCE To Advance Beyond Human

    Section 6-pg.4

16a. Poster. January 17, 1994

Crew From The Evolutionary Level Above Human Offers- Last Chance to Advance Beyond Human

Section 6-pg. 5

17a. Poster. March 10, 1994

Organized Religion (Especially Christian) has Become the Primary Pulpit for Misinformation and the "Great Cover-Up"

Section 6-pg. 6

18a. Poster. March 16, 1994

"UFO Cult" Resurfaces with a Final Offer

Section 6-pg. 7

19a. Poster. March 21, 1994

UFOs, Space Aliens and Their Final Fight for Earths Spoils

Section 6-pg. 8

20a. Poster. June 20, 1994

The End of The Age is Here-And as was Promised-He's Back, The One "The World" Hated and Killed Before! We're Back, His "Adopted" Who Were Treated The Same! Where Will You Stand? Section 6-pg.9

21a. Poster. July 30, 1994

Some desire to advance beyond racial consciousness some beyond gender and sexual consciousness some beyond religious consciousness some desire to advance even Beyond all Human behavior for the sake of the Evolutionary Level Above Human- the "Kingdom of God" Some who are devoting their entire lives to this endeavor will speak on:

Section 6-pg. 10

22a. Poster. August 18, 1994

UFO Two and Crew Say: "The Shedding of our Borrowed Human Bodies May Be Required in Order to Take Up Our New Bodies Belonging To The Next World."

Section 6-pg.11

23a. Appendix A: Statements Written By Students

*Ti and Do as "Smelling Salts" -Jwnody

*WARNING: For Those Who Are Prone to Hasty Judgments -Glnody

*Ingredients of a Deposit-Becoming a New Creature -Lvvody

*The Truth Is -Nrrody

*A Matter of Life or Death? YOU Decide -Wknody

*T.E.L.A.H.- The Evolutionary Level Above Human -Smmody

*The Way Things Are -Yrsody

*A Farewell Message to Those Who Remain Behind -Drrody

*My Ode to Ti and Do! What This Class Has Meant to Me-Everything! Qstody

*The Hidden Facts of Ti and Do -Chkody

*" Away Team" from Deep Space Surfaces Before Departure -Jwnody

*A Testament -Srrody

*Older Member – Younger Member- Their Relationship -Slvody

*Statement by a Crewmember -Tddody

*Be Fruitful and Multiply -Jmmody

*Up the Chain -Brnody

*Religions Are Humans' #1 Killers of Souls -Jwnody

*Evolutionary "Rights" for "Victims" -Stmody

*Deposits -Snnody

*The World's Most Successful Con Game -Lggody

*Incarnating and Discarnating -Jnnody

*Investments -Anlody

Appendix A Pages 1-100

24a. Appendix B Appendix B-pg.1-9

Bible Quotes Primarily From Previous Representatives to Earth From The Evolutionary Level Above Human

## Audio Material

As indicated in this document Material consists of a number of audio tapes and logs left in storage and that were retrieved and then kept stored by Telah and King.

Recipients request all audio tapes and logs known and unknown be posted on the proposed Vimeo site with a deadline of March 25, 2022, or best effort if encountering delays.

Recipients request the right to play audio and on any and all social media platforms and in person with a statement that the Telah has given us such permission and with whatever watermark and disclaimer Telah requires.

Recipients request the right to provide commentary on all audios that may be played as long as they are separate from those original recordings and do not add, subtract or modify them in anyway.

4b. Recipients request to have full permission to provide audios and logs to those without internet via USB drives but first and foremost interested parties will be directed to TELAH official Vimeo site.

5b. Recipients request permission to transcribe audio tapes either personally ourselves or via other true believers or other seekers who feel inclined to do so. Transcripts will be proofread and then uploaded or submitted via e-mail to Telah to be added to the Vimeo site and properly watermarked or notated as the Telah will describe.

6b. Recipients request the permission to use any audio tapes and in any agreed music recordings, as long as they get approval on any recordings from the Telah Foundation. The Telah Foundation will not endorse, approve of or support any of these recordings and the Foundation will not be mentioned on written or production materials of any kind.

# The Videos

Section C

Recipients request the permission to use the below listed tapes in any agreed music recordings and they are under the same terms and provisions as the audio tapes.

Recipients request permission to play the following listed videos via the internet and in person (We agree that the video recordings will not be altered in any way or form):

    1c. Beyond Human Series 1-12

    2c. Last Chance To Evacuate Planet Earth

3c. Planet Earth About To Be Recycled

4c. Do's Final Exit

5c. Student Exit Statements

6c. Chicago Meeting Footage

7c. KOPE Radio Interview

8c. Missoula News Interview

# Artwork

Section D

1d. Recipients request permission to use Ollody's retrievable artworks depicting Next Level scenes and Members. Recipients will be making merchandise for profit based on Ollody's works in agreement with Telah.

2d. Recipients also propose to reprint Ollody's artworks and display them in a gallery style setting for members of the public to view after a sufficient time of successful cooperation between parties.

3d. Recipients request to use the Heaven's Gate logo and name as they have done on their various sites, as before, without fear of legal repercussions.  Any other use is prohibited.

# Additional Terms

Section E

1e. If the audios are not posted by March 25, 2022, or best effort, due to delays, Recipients can contact Telah to discuss.

2e. Telah will not cause any of Recipients' social media sites to be deleted or taken offline, unless the terms of this Agreement are violated.

3e. Telah will require audios that have already been dispersed and retrievable by the recipients to be collected, returned or destroyed.

4e. Telah will not require Recipients to publicly apologize for anything in order to obtain the permissions requested in this document other than recognize Telah and King as the rightful and legal owners of Material.

5e. Telah will not require Recipients to run everything by them before reprinting or creating new content based on MATERIAL. Recipients however agree to abide to common sense in their

editing and creation of new content based on Material and to obey all laws and regulations and to promptly remove, recall and destroy any content deemed inappropriate by Telah and King.

**CLAUSES**

1. **PAYMENT AND PAYMENT TERMS**

As compensation for the performance of this Agreement, Recipients must pay Telah or King a licensing fee of $1.00, plus an annual maintenance of $1.00.

2. **TERM, REVIEWS AND TERMINATION**

   a. **Term.** This Agreement will commence on the Effective Date and, unless terminated earlier in accordance with the terms of this Agreement, will remain in force and effect for an initial period of one (1) year, renewable upon the written agreement of the parties.

   b. **Termination by Notice.** Telah or King may terminate this Agreement at its sole discretion providing a 30 day Notice.

   c. **Termination for Breach.** Either party may terminate this Agreement if the other party breaches any material term of this Agreement and fails to cure such breach within thirty (30) days following written notice thereof from the non-breaching party.

   d. **Effect of Termination.** Upon notification Recipients shall return all Material obtained directly or indirectly from Telah or King, or any Material King or Telah have rights for. Recipients shall also stop using any Material for purposes of creating derivative Products or any editing, variations or similar of Material. Recipients shall recover, return and destroy any Material that may be in the hands of others as required to produce any Material or Derivative Product.

   e. **Reviews.** Recipients agree to provide at least quarterly reports to Telah and King of the progress in their execution plan and how they are using or modifying the Material within the confines of this Agreement. Parties further agree to a minimum of yearly review of this Agreement for alterations, modifications or similar as found necessary by the parties.

3. **NOTICES AND DESIGNATED CONTACTS.** All notices required or permitted under this Agreement will be in writing, will reference this Agreement, and will be deemed given: (i) when delivered personally; (ii) one (1) business day after deposit with a nationally-recognized express courier, with written confirmation of receipt; or (iii) three (3) business days after having been sent by registered or certified mail, return receipt requested, postage prepaid. All such notices will be sent to the designated contacts listed below at the addresses set forth below or to such other address as may be specified by either party to the other party in accordance with this Section.

4. **NON ASSIGNMENT.** Recipients may not assign or transfer this Agreement, in whole or in part, without the express prior written consent of the other party. Any attempt to assign this Agreement, without such consent, is void.

8

5. **NO WARRANTY, NO REPRESENTATIONS.** Material provided to Recipients is AS IS and Telah nor King make any promises or give any assurance of the authenticity or provenance of the material, as well as make no warranties or representations of the quality or fitness of use of the Material for Recipient's purposes. Telah and King as well do not make any representation as to the rights to the Material or any liens or disputes that exist or may exist in the future in connection with the Material.

6. **PROPER INSURANCE.** Recipients acknowledge that they will be responsible for any liability insurance on behalf of each other and the Material as well as insurance for the distribution and effect of the distribution of Material or its Derivatives. Parties agree Telah and King are not obligated to carry any insurance for the Material such as IP, copyright and similar, as well as for any damages the use of Material and its derivatives could cause in other parties.

7. **OWNERSHIP OF DERIVATIVES OR NEW WORK.** The parties agree that, to the fullest extent permitted by applicable law, each item of Recipient's Product related to Material, based on it, or inspired by it will be the sole and exclusive property of Recipients. Recipients hereby licenses to Telah and King, and agree to license to Telah and King, all right, title and interest in and to the Recipient's Product, including all worldwide patent rights (including patent applications and disclosures), copyrights, trade secret rights, know-how, and any and all other intellectual property or proprietary rights (collectively, "Intellectual Property Rights") therein. At Telah's or King's request and expense, during and after the term of this Agreement, Recipients will assist and cooperate with Telah and King in all respects, execute documents, and take such further acts reasonably requested to enable Telah and King to acquire, transfer, maintain, perfect and enforce the joint Intellectual Property Rights and other legal protections for the Recipient's Product. Recipients hereby grants Telah and King an exclusive, irrevocable, royalty-free, transferable, perpetual, world-wide, sub-licensable right and license to use the Recipient's Product. Notwithstanding the foregoing, the parties agree that Telah and King will retain ownership of all Intellectual Property Rights owned by them prior to the Effective Date of this Agreement.

8. **CONFIDENTIAL NATURE OF MATERIAL.** Telah and King are the protectors and guardians of the Material to prevent it from being misinterpreted or misused causing harm to innocent parties. Because of the sensitive nature of Material Telah and King have exercised to the best of their abilities all efforts to keep the material restricted and confidential. Recipients agree to continue keeping the Material confidential and to exercise their best efforts to prevent access to parts of said Material not agreed nor authorized by Telah and King and to exercise best efforts to prevent potentially damaging Material to be released to the public.

9. **BEHAVIOR.** Recipients agree to obey all rule and regulations and shall not violate any law. Any felonies or other violations that endanger the life or safety of others shall be deem grounds for termination of this Agreement.

10. **INDEPENDENCE OF PARTIES.** Nothing in this Agreement will be construed as establishing an employment or agency relationship between Parties. Parties have no authority to bind each other by contract or otherwise. Recipients understand and agree that there is the possibility of not making any money as a result of their authorized access and use of Material. Parties understand and agree that each Party is responsible for their own personal and business expenses including government and registration fees, taxes, assessments, permits and more.

9

11. **INDEMNIFICATION AND COSTS**. TELAH AND KING shall not be liable for any damage or injury of or to Recipients, guests, invitees, customers, third parties, agents or employees or to any person or groups that Recipients contact or share any of the Material with. Recipients hereby agree to indemnify, defend and hold TELAH AND KING harmless and innocent from any and all claims or assertions of every kind and nature. Recipients also agree to be responsible for any costs or liability arising from his use of Material including but not limited to any excess liability beyond what any insurance policy may cover as well as being responsible of any deductible assessed to TELAH AND KING. Recipients are responsible for all costs associated with use, editing and distribution of any Material authorized by Telah and King.

12. **ATTORNEYS' FEES**. In the event any dispute arises between TELAH AND KING and Recipients concerning this Agreement that results in litigation, the losing party shall pay the prevailing party's reasonable attorney fees and court costs, which shall be determined by the court and made a part of any judgment. Parties agree that these fees shall not be less than $5,000.

13. **COUNSEL**. PARTIES EACH WARRANTS TO THE OTHER THAT HE OR SHE HAS ENTERED INTO THIS AGREEMENT VOLUNTARILY, FREE AND CLEAR FROM ANY DURESS OR UNDUE INFLUENCE FROM THE OTHER PARTY OR ANY OTHER PERSON. PARTIES FURTHER WARRANT THAT HE OR SHE HAS READ THIS AGREEMENT IN ITS ENTIRETY, AND THAT HE OR SHE FULLY UNDERSTANDS THE NATURE AND EFFECT OF ALL RECITALS AND COVENANTS PRIOR TO THE EXECUTION OF THIS AGREEMENT. EACH PARTY HAS HAD THE OPPORTUNITY AND HAS BEEN STRONGLY ENCOURAGED TO SEEK THE ADVICE OF THE LEGAL COUNSEL OF HIS OR HER CHOICE, SO THAT HE OR SHE HAS BEEN ADVISED FULLY AND ADEQUATELY AS TO THE CHARACTER AND LEGAL EFFECT OF ALL RECITALS AND COVENANTS CONTAINED IN THIS AGREEMENT.

14. **ALTERNATIVE DISPUTE RESOLUTION ("AOR")**. Parties agree to mediate any dispute or claim arising out of or relating to this Agreement. All mediation costs shall be paid equally by the parties. In the event that mediation does not resolve all disputes or claims, the unresolved disputes or claims shall be submitted for binding arbitration. In such event, the parties shall agree upon an arbitrator and cooperate in the scheduling of an arbitration hearing. If the parties are unable to agree on an arbitrator, the dispute shall be submitted to the American Arbitration Association ("AAA") in accordance with the AAA Arbitration Rules in the state of Arizona. The decision of the arbitrator shall be final and no appealable. Judgment on the award rendered by the arbitrator may be entered in any court of competent jurisdiction. Notwithstanding the foregoing, either party may opt out of binding arbitration within thirty {30) days after the conclusion of the mediation conference by notice to the other and, in such event, either party shall have the right to resort to court action.

15. **DISPARAGING**. Recipients agree to refrain from any actions whatsoever, in person, electronically or otherwise that disparage, defame, sully or compromise the goodwill, name, brand or reputation of Telah and King, or (ii) commit any other action that could likely injure, hinder or interfere with the business or personal life of the Telah and King. Recipients hereby represent and warrant that, prior to the Effective Date, they have not committed any of the foregoing actions described in this Section, and will remove or withdraw any negative comments made by Recipients in any media or forum.

16. **GOVERNING LAW**. This Agreement shall be governed, construed and interpreted by, through and under the Laws of the State of Arizona in a court of proper jurisdiction in the county of Maricopa.

17. **SEVERABILITY.** Each provision of this Agreement shall be construed to preserve its validity and enforceability to every extent possible. If any provision of this Agreement or the application thereof shall, for any reason and to any extent, be found invalid or unenforceable, neither the remainder of this Agreement nor the application of the provision to other persons, entities or circumstances shall be affected thereby, but instead shall be enforced the maximum extent permitted by law. The party who would have the provision enforced shall be entitled to elect whether: (a) the provision should be modified to the extent necessary to make it valid and enforceable; or (b) the provision shall be deemed not to be part of the Agreement and all other provisions shall remain in full force and effect.

18. **BINDING EFFECT**. The covenants, obligations and conditions herein contained shall be binding on and inure to the benefit of the heirs, legal representatives, and assigns of the parties hereto as allowed in this Agreement.

19. **DESCRIPTIVE HEADINGS**. The descriptive headings used herein are for convenience of reference only and they are not intended to have any effect whatsoever in determining the rights or obligations of the TELAH AND KING or Driver.

20. **CONSTRUCTION**. The pronouns uses herein shall include, where appropriate, either gender or both, singular and plural.

21. **NON-WAIVER**. No indulgence, waiver, election or non-election by TELAH AND KING under this Agreement shall affect Recipients duties and liabilities hereunder. Neither any failure nor any delay on the part of TELAH AND KING in exercising any right hereunder shall operate as a waiver thereof; nor shall any single or partial exercise of any right hereunder preclude any other or further exercise thereof or the exercise of any other right.

22. **MODIFICATION**. The Parties hereby agree that this document contains the entire agreement between the parties and this Agreement shall not be modified, changed, altered or amended in any way except through a written amendment signed by all of the parties hereto.

23. **LIMITATION OF LIABILITY**. Parties agree that in no event TELAH AND KING shall be liable for any breach or damages to anybody associated with the execution of this agreement. IN NO EVENT SHALL TELAH AND KING BE LIABLE FOR ANY SPECIAL, INCIDENTAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL DAMAGES OF ANY KIND IN CONNECTION WITH THIS AGREEMENT, EVEN IF THEY HAVE BEEN INFORMED IN ADVANCE OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT SHALL EITHER PARTY'S AGGREGATE LIABILITY EXCEED THE FEES PAID OR PAYABLE BY RECIPIENTS TO TELAH AND KING PURSUANT TO THIS AGREEMENT.

24. **NO ELECTION OF REMEDIES.** Except as expressly set forth in this Agreement, the exercise by either party of any of its remedies under this Agreement will not be deemed an election of remedies and will be without prejudice to its other remedies under this Agreement or available at law or in equity or otherwise.

25. **COUNTERPARTS**. This Agreement may be executed in counterparts, each of which will be deemed an original, but all of which together will constitute one and the same instrument.

Entered this _____ of November 2021 by

Recipients

Cathy Weaver

Telah Foundation

Mark King

Stephen Havel

# Legal Agreement between The TELAH Foundation and Stephen Havel A.K.A. Sawyer and Cathy Weaver and to provide a settlement of the Cease and Desist of 11/17/2021

Whereas The TELAH Foundation ("Telah") and Mark King ("King") WHY DOES MARK KING HAVE TO BE LISTED AS AN EXCLUSIVE OWNER, WHY ISN'T IT JUST THE TELAH FOUNDATION? WE ALSO DO NOT ACKNOWLEDGE ANY HUMANS I.E. THE TELAH FOUNDATION AS HAVING OWNERSHIP OF DO AND THE CLASSES MATERIALS are the exclusive and legal owners of a series of elements of Intellectual Property ("Material") that includes but is not limited to registered material with the Copyright Office as well as with the US Patent and Trademark Office and they are comprised on among others video recordings, audio recordings, graphics, books, logos and more as well as other intangible property related to individuals and organizations such as names, photos, images, personal information and more depicted in those materials and associated with the organization Heaven's Gate.

Whereas Telah and King are the legal owners, guardians and keepers AGAIN WE DO NOT ACKNOWLEDGE SUCH of the Material and their goal is for it not to be distributed in an irresponsible manner that can cause damage to innocent people. WE BELIEVE YOU ARE NOT STATING YOUR TRUE GOAL WHICH IS TO BE THE ONLY ONES TO DISSEMINATE TI AND DO'S INFORMATION BECAUSE YOU FEEL ONLY MARK AND SARAH KING WERE GIVEN THAT TASK TO DO. WE DISAGREE VEHEMENTLY WITH YOUR POSITION. WE ASK THAT THIS LANGUAGE BE REMOVED AS IT IS NOT A TRUE STATEMENT.

Whereas King is the legal representative of Telah and he is empowered by Telah under the law to enter into contracts and agreements with the purpose of controlling the appropriate use and dissemination of the Material under control of King and Telah. WE DO NOT TRUST MARK AND SARAH KINGS PERSONAL VIEWS OF WHAT IS APPROPRIATE USE AND DISSEMINATION. WE ASK THAT THIS LANGUAGE BE REMOVED.

Whereas Stephen Havel A.K.A. Sawyer ("Havel") and Cathy Weaver ("Cathy") desire to have access to Material and desire to reprint the a number of items listed below items with the intention to distribute to individuals in person, community bulletin boards, electrical boxes, utility poles, etc., via the internet including any and all social media sites

also to include a future website authored and designed by Havel and Cathy, and mixed media such as newspapers, magazines etc.

Whereas Havel and Cathy hereby recognize the rights and authority of King and Telah over the Material. Havel and Cathy shall be referred to as "Recipients". WE DO NOT RECOGNIZE THIS. WE ASK THAT THIS LANGUAGE BE REMOVED.

**In this agreement Material also covers new content or Derivative product created by Recipients based on Material, inspired by it, edited from it or using portions of Material.** WE DO NOT AGREE TO THIS. WE ASK THAT THIS LANGUAGE BE REMOVED.

This agreement is entered **of free will by Recipients**, King and Telah to be referred to as "Parties" or "Parties to the Agreement". WE DO NOT AGREE WITH THIS. WE DO NOT WANT TO BE ENTERING ANY AGREEMENT WITH MARK AND SARAH KING YOU ARE FORCING US TO DO THIS SO WE CAN PERFORM OUR TASK OF DISSEMINATING TI AND DO'S VALUABLE INFORMATION.

Parties agree that unless otherwise specified nothing in here represents a permanent, universal, for perpetuity licensing or assignment of rights or any other transfer of rights asserted by Telah and King and acknowledged by Recipients.

<div align="center">AGREEMENT</div>

If granted rights to any part of Material Recipients agree to not reprint the Material in its entirety but only be a document-by-document reprint.  For example we would reprint 1a. and pass it out if asked or as we felt called too.

Recipients desire permission from Telah and King to purchase multiple copies of the Heavens Gate book ("Book") so in the event we are at a meeting or a convention and someone asks us for a copy of the book we would sell it to them at exactly the cost we paid for it from Telah. **Those purchasing individuals use the book for personal study and cannot resell in any form.** WE DO NOT HAVE CONTROL OVER WHAT PURCHASING INDIVIDUALS MAY OR MAY NOT DO WITH THEIR PURCHASED PERSONAL COPIES OF THE BOOK.  HOW DO YOU PROPOSE WE WOULD ENFORCE SUCH A THING? WE CAN NOT AS WE WOULD HAVE TO KEEP TRACK OF EVERY SINGLE PERSON WHO PURCHASED A BOOK AND FOLLOW WHAT THEY ARE DOING WITH SAID PURCHASED BOOK, IT'S IMPOSSIBLE.

Recipients acknowledge and agree that nothing shall be added or subtracted from the book in any form.  The Book, or any sections from it, shall be left, unmodified, exactly as it was given to Telah from the Heaven's Gate Group and Marshall Herff Applewhite (known as "Do").

**Book Portions to be reprinted in its entirety with nothing added or subtracted**

Recipients agree that upon authorization from Telah and King they shall limit reproductions from the Book to the sections and pages listed below and nothing shall be added or subtracted from the sections.

1a. Do's Intro: Purpose-Belief

     pg. iii, iv, v, vi

2a. Overview of Present Mission

     pg. vii, viii, ix

3a. Undercover "Jesus" surfaces Before Departure

     Section 1-pg. 3-6

4a. '95 Statement by an E.T Presently Incarnate

     Section 1-pg. 7-12

5a. First Statement of Ti and Do

     Section 2-pg. 3, 4

6a. First Poster Used for Public Meetings

     Section 2-pg.5

7a. The 17 Steps

     Section 2-pg. 8

8a. Major Offenses Lesser Offenses

     Section 2-pg. 9

9a. '88 Update – The UFO Two and Their Crew

     Section 3-pg 3-19

10a. Beyond Human Section 4-pg. 2-4

11a. USA Today Ad May 27, 1993: "UFO Cult" Resurfaces With Final Offer

     Section 5-pg. 3

12a. An unpublished presentation- exploring possible approaches April 25, 1993

Extraterrestrials Return with Final Warning

Section 5-pg.4-6

13a. Guidelines sent to those who were seriously considering joining the class-those who had responded to articles, ads, and correspondence October 23, 1993

Note: This particular type of classroom experience is no longer offered.

Total Overcomers Classroom Admission Requirements

Section 5-pg. 8-12

14a. Poster November 28, 1993

The Only Way Out of This Corrupt World

Section 6-pg.3

15a. Last Chance Statement January 16, 1994

Crew from the Evolutionary Level Above Human Offers-LAST CHANCE To Advance Beyond Human

Section 6-pg.4

16a. Poster. January 17, 1994

Crew From The Evolutionary Level Above Human Offers- Last Chance to Advance Beyond Human

Section 6-pg. 5

17a. Poster. March 10, 1994

Organized Religion (Especially Christian) has Become the Primary Pulpit for Misinformation and the "Great Cover-Up"

Section 6-pg. 6

18a. Poster. March 16, 1994

"UFO Cult" Resurfaces with a Final Offer

Section 6-pg. 7

19a. Poster. March 21, 1994

UFOs, Space Aliens and Their Final Fight for Earths Spoils

Section 6-pg. 8

20a. Poster. June 20, 1994

The End of The Age is Here-And as was Promised-He's Back, The One "The World" Hated and Killed Before! We're Back, His "Adopted" Who Were Treated The Same! Where Will You Stand? Section 6-pg.9

21a. Poster. July 30, 1994

Some desire to advance beyond racial consciousness some beyond gender and sexual consciousness some beyond religious consciousness some desire to advance even Beyond all Human behavior for the sake of the Evolutionary Level Above Human- the "Kingdom of God" Some who are devoting their entire lives to this endeavor will speak on:

Section 6-pg. 10

22a. Poster. August 18, 1994

UFO Two and Crew Say: "The Shedding of our Borrowed Human Bodies May Be Required in Order to Take Up Our New Bodies Belonging To The Next World."

Section 6-pg.11

23a. Appendix A: Statements Written By Students

*Ti and Do as "Smelling Salts" -Jwnody

*WARNING: For Those Who Are Prone to Hasty Judgments -Glnody

*Ingredients of a Deposit-Becoming a New Creature -Lvvody

*The Truth Is -Nrrody

*A Matter of Life or Death? YOU Decide -Wknody

*T.E.L.A.H.- The Evolutionary Level Above Human -Smmody

*The Way Things Are -Yrsody

*A Farewell Message to Those Who Remain Behind -Drrody

*My Ode to Ti and Do! What This Class Has Meant to Me-Everything! Qstody

*The Hidden Facts of Ti and Do -Chkody

*" Away Team" from Deep Space Surfaces Before Departure -Jwnody

\*A Testament -Srrody

\*Older Member – Younger Member- Their Relationship -Slvody

\*Statement by a Crewmember -Tddody

\*Be Fruitful and Multiply -Jmmody

\*Up the Chain -Brnody

\*Religions Are Humans' #1 Killers of Souls -Jwnody

\*Evolutionary "Rights" for "Victims" -Stmody

\*Deposits -Snnody

\*The World's Most Successful Con Game -Lggody

\*Incarnating and Discarnating -Jnnody

\*Investments -Anlody

Appendix A Pages 1-100

24a. Appendix B Appendix B-pg.1-9

Bible Quotes Primarily From Previous Representatives to Earth From The Evolutionary Level Above Human

## Audio Material

As indicated in this document Material consists of a number of audio tapes and logs left in storage and that were retrieved and then kept stored by Telah and King.

Recipients request all audio tapes and logs known and unknown be posted on the proposed Vimeo site with a deadline of March 25, 2022, **or best effort if encountering delays.** THIS CONCERNS US, WE NEED A TIMELINE IF THERE ARE DELAYS. YOU'VE DELAYED THE INFORMATION COMING OUT FOR 26 YEARS. WE DO NOT WANT TO BE GOING BACK AND FORTH WITH THIS FOR YEARS UNTIL WE DIE.

Recipients request the right to play audio and on any and all social media platforms and in person with a statement that the Telah has given us such permission and with whatever watermark and disclaimer Telah requires.

Recipients request the right to provide commentary on all audios that may be played **as long as they are separate** (WHAT DOES THIS MEAN?) from those original recordings and do not add, subtract or modify them in anyway.

4b. Recipients request to have full permission to provide audios and logs to those without internet via USB drives but first and foremost interested parties will be directed to TELAH official Vimeo site.

5b. Recipients request permission to transcribe audio tapes either personally ourselves or via other true believers or other seekers who feel inclined to do so. Transcripts will be proofread and then uploaded or submitted via e-mail to Telah to be added to the Vimeo site and properly watermarked or notated as the Telah will describe. CLEAR TIMELINE BE DEFINED FOR THE TRANSCRIPTS TO BE UPLOADED TO THE VIMEO SITE

6b. Recipients request the permission to use any audio tapes and in any **agreed music recordings, as long as they get approval on any recordings from the Telah Foundation**. WE DO NOT AGREE WITH THIS AND ASK THAT THIS LANGUAGE BE REMOVED. WE FEEL NO MATTER WHAT IS PRODUCED YOU WILL NOT BE FAIR AND WILL JUDGE IT ACCORDING TO YOUR MIND, NOT TI OR DO'S. The Telah Foundation will not endorse, approve of or support any of these recordings and the Foundation will not be mentioned on written or production materials of any kind.

# The Videos

Section C

Recipients request the permission to use the below listed tapes in any agreed music recordings and they are **under the same terms and provisions as the audio tapes**. WITH THE EXCEPTIONS NOTED FOR THE AUDIOS.

Recipients request permission to play the following listed videos via the internet and in person (We agree that the video recordings will not be altered in any way or form):

1c. Beyond Human Series 1-12

2c. Last Chance To Evacuate Planet Earth

3c. Planet Earth About To Be Recycled

4c. Do's Final Exit

5c. Student Exit Statements

6c. Chicago Meeting Footage

7c. KOPE Radio Interview

8c. Missoula News Interview

# Artwork

Section D

1d. Recipients request permission to use Ollody's retrievable artworks depicting Next Level scenes and Members. Recipients will be making merchandise for profit based on Ollody's works **in agreement with Telah.** WE DO NOT AGREE THAT WE HAVE TO GET PERMISSION FROM THE TELAH FOUNDATION OR THE KINGS TO PRODUCE ORIGINAL WORKS BASED ON OLLODY'S WORKS. WE FEEL YOU WILL NOT BE FAIR AND WILL JUST DECLINE EVERYTHING WE SUBMIT FOR YOUR APPROVAL.

2d. Recipients also propose to reprint Ollody's artworks and display them in a gallery style setting for members of the public to view **after a sufficient time of successful cooperation between parties.** WHY WOULD YOU HAVE ANY ISSUE WITH US DISPLAYING OLLODYS' ART WORKS IN A GALLERY? WE DO NOT AGREE WITH THIS AND ASK IT TO BE REMOVED FROM THIS DOCUMENT.

3d. Recipients request to use the Heaven's Gate logo and name as they have done on their various sites, as before, without fear of legal repercussions.  Any other use is prohibited.

# Additional Terms

Section E

1e. If the audios are not posted by March 25, 2022, or best effort, due to delays, Recipients can contact Telah to discuss. AGAIN WE NEED A CLEAR DEFINED TIMELINE AND A DEFINITION OF WHAT IS AN ALLOWABLE DELAY I.E. DEATH IN THE FAMILY AS OPPOSED TO YOU JUST DON'T FEEL LIKE IT THAT DAY

2e. Telah will not cause any of Recipients' social media sites to be deleted or taken offline, unless the terms of this Agreement are violated.

3e. **Telah will require audios that have already been dispersed and retrievable by the recipients to be collected, returned or destroyed.** THIS IS IMPOSSIBLE TO DO AS WE HAVE NO CONTROL OVER WHETHER INDIVIDUALS HAVE ALREADY MADE COPIES OF THE AUDIOS. ALSO HOW DO WE ENFORCE THIS? WE GO TO EACH PERSONS HOUSE THAT WAS GIVEN AUDIOS AND STAND OVER THEM WHILE THEY DELETE EVERYTHING AND THEN WE CHECK ALL THEIR USB DRIVES?  IT'S NOT POSSIBLE. WE ASK THIS BE REMOVED FROM THE DOCUMENT.

4e. Telah will not require Recipients to publicly apologize for anything in order to obtain the permissions requested in this document **other than recognize Telah and King as the rightful and legal owners of Material.** WE ARE NOT DOING THIS, WHY DO YOU NEED US TO ACKNOWLEDGE YOU HAVE HUMAN OWNERSHIP OVER DO AND THE CLASSES MATERIALS? WHY IS THAT SO IMPORTANT TO YOU?

8

5e. **Telah will not require Recipients to run everything by them before reprinting or creating new content based on MATERIAL. Recipients however agree to abide to common sense in their editing and creation of new content based on Material and to obey all laws and regulations and to promptly remove, recall and destroy any content deemed inappropriate by Telah and King.** WHO DECIDES WHAT IS COMMON SENSE? THE RECEIPENTS? THE TELAH FOUNDATION? THEN YOU EXPECT US TO DELETE AND DESTROY ANYTHING WE MAY PRODCUE THAT YOU ONE DAY DECIDE IS INAPPORPIATE? WE DO NOT AGREE TO THIS AND ASK IT BE REMOVED FROM THE DOCUMENT.

**CLAUSES**

1. **PAYMENT AND PAYMENT TERMS**

As compensation for the performance of this Agreement, Recipients must pay Telah or King a licensing fee of $1.00, plus an annual maintenance of $1.00.

2. **TERM, REVIEWS AND TERMINATION**

a. **Term.** This Agreement will commence on the Effective Date and, unless terminated earlier in accordance with the terms of this Agreement, will remain in force and effect for an initial period of one (1) year, renewable upon the written agreement of the parties.

b. **Termination by Notice. Telah or King may terminate this Agreement at its sole discretion providing a 30 day Notice.** WE ALSO CAN TERMINATE THIS AGREEMENT WITH A 30 DAY NOTICE. I PROPOSE WE MAKE IT 60 DAYS THOUGH.

c. **Termination for Breach.** Either party may terminate this Agreement if the other party breaches any material term of this Agreement and fails to cure such breach within thirty (30) days following written notice thereof from the non-breaching party.

d. **Effect of Termination. Upon notification Recipients shall return all Material obtained directly or indirectly from Telah or King, or any Material King or Telah have rights for. Recipients shall also stop using any Material for purposes of creating derivative Products or any editing, variations or similar of Material. Recipients shall recover, return and destroy any Material that may be in the hands of others as required to produce any Material or Derivative Product.** AGAIN, THIS IS IMPOSSIBLE TO ENFORCE UPON INDIVIDUALS. WE DO NOT AGREE WITH THIS AND ASK THAT IT BE REMOVED FROM THE DOCUMENT.

e. **Reviews.** Recipients agree to provide at least quarterly reports to Telah and King of the progress in their execution plan and how they are using or modifying the Material within the confines of this Agreement. Parties further agree to a minimum of yearly review of this Agreement for alterations, modifications or similar as found necessary by the parties. WE WILL NOT PROVIDE ANY REPORTS TO THE TELAH FOUNDATION OR THE KINGS FOR ANY REASON WHATSOEVER. WE ARE NOT YOUR EMPLOYEES. WE ARE NOT DISSEMINATING THE INFORMATION FOR YOU. WE WORK FOR TI AND DO AND THE NEXT LEVEL.

3. **NOTICES AND DESIGNATED CONTACTS**. All notices required or permitted under this Agreement will be in writing, will reference this Agreement, and will be deemed given: (i) when delivered personally; (ii) one (1) business day after deposit with a nationally-recognized express courier, with written confirmation of receipt; or (iii) three (3) business days after having been sent by registered or certified mail, return receipt requested, postage prepaid. All such notices will be sent to the designated contacts listed below at the addresses set forth below or to such other address as may be specified by either party to the other party in accordance with this Section.

4. **NON ASSIGNMENT**. Recipients may not assign or transfer this Agreement, in whole or in part, without the express prior written consent of the other party. Any attempt to assign this Agreement, without such consent, is void.

5. **NO WARRANTY, NO REPRESENTATIONS**. Material provided to Recipients is AS IS and Telah nor King make any promises or give any assurance of the authenticity or provenance of the material, as well as make no warranties or representations of the quality or fitness of use of the Material for Recipient's purposes. Telah and King as well do not make any representation as to the rights to the Material or any liens or disputes that exist or may exist in the future in connection with the Material.

6. **PROPER INSURANCE**. <u>Recipients acknowledge that they will be responsible for any liability insurance on behalf of each other and the Material as well as insurance for the distribution and effect of the distribution of Material or its Derivatives. Parties agree Telah and King are not obligated to carry any insurance for the Material such as IP, copyright and similar, as well as for any damages the use of Material and its derivatives could cause in other parties.</u> I WANT TO MAKE SURE I UNDERSTAND THIS. THE TELAH FOUNDATION DOES NOT CARYY ANY INSURANCE TO PROTECT THE MATERIAL. ARE YOU PROPOSING THAT WE NEED TO CARRY INSURANCE FOR SOME UNFORSEEN CIRCUMSTANCE IN THE FUTURE? BUT YOU YOURSELF DO NOT CARRY INSURANCE?

7. **OWNERSHIP OF DERIVATIVES OR NEW WORK. The parties agree that, to the fullest extent permitted by applicable law, each item of Recipient's Product related to Material, based on it, or inspired by it will be the sole and exclusive property of Recipients. Recipients hereby licenses to Telah and King, and agree to license to Telah and King, all right, title and interest in and to the Recipient's Product, including all worldwide patent rights (including patent applications and disclosures), copyrights, trade secret rights, know-how, and any and all other intellectual property or proprietary rights (collectively, "Intellectual Property Rights") therein. At Telah's or King's request and expense, during and after the term of this Agreement, Recipients will assist and cooperate with Telah and King in all respects, execute documents, and take such further acts reasonably requested to enable Telah and King to acquire, transfer, maintain, perfect and enforce the Joint Intellectual Property Rights and other legal protections for the Recipient's Product. Recipients hereby grants Telah and King an exclusive, irrevocable, royalty-free, transferable, perpetual, world-wide, sub-licensable right and license to use the Recipient's Product. Notwithstanding the foregoing, the parties agree that Telah and King will retain ownership of all Intellectual Property Rights owned by them prior to the Effective Date of this Agreement.** WE DO NOT AGREE WITH ANY OF THIS AT ALL. YOU WANT TO OWN THE RIGHTS, TITLE AND COPYRIGHT TO ORIGINAL IDEAS AND CONTENT THAT WE CREATE INSPIRED

BY HEAVENS GATE AND THAT IS RIDICULOUS AND OFFENSIVE TO EVEN ASK US. THIS MUST BE REMOVED FROM THE DOCUMENT FOR US TO EVEN CONSIDER MOVING FORWARD.

8. **CONFIDENTIAL NATURE OF MATERIAL.** Telah and King are the protectors and guardians of the Material to prevent it from being misinterpreted or misused causing harm to innocent parties. Because of the sensitive nature of Material Telah and King have exercised to the best of their abilities all efforts to keep the material restricted and confidential. THE TELAH FOUNDATION AND MARK KING FREELY ADMIT IN THIS DOCUMENT RIGHT HERE THAT THEY HAVE WORKED WITH ALL THEIR BEST EFFORTS TO KEEP DO AND THE CLASSES INFORMATION RESTRICED AND CONFIDENTIAL. THAT GOES AGAINST THE EXACT EXPRESSED DESIRES OF DO AND THE CLASS. Recipients agree to continue keeping the Material confidential and to exercise their best efforts to prevent access to parts of said Material not agreed nor authorized by Telah and King and to exercise best efforts to prevent potentially damaging Material to be released to the public. WE WILL NEVER AGREE TO KEEPING TI AND DO AND THE CLASSES INFORMATION CONFIDENTIAL AND RESTRICTED. THAT IS NOT OUR TASK. EVERY SINGLE PERSON WHO HAS A DEPOSIT IS TASKED WITH DISSEMINATING THEIR INFORMATION. THAT IS WHAT WE WILL DO UNTIL THE DAY WE DIE. YOU CAN TRY AND SHUT US UP AND WE WILL JUST TAKE IT TO THE STREETS. ARE YOU GOING TO HAVE US ARRESTED AND THROWN IN PRISON FOR SHARING TI AND DO'S LIFESAVING INFORMATION? WOULD YOU GO THAT FAR TO STOP US TALKING ABOUT TI AND DO JUST BECAUSE YOU FEEL WE WEREN'T GIVEN A TASK AND ONLY YOU, MARK AND SARAH KING WERE?

9. **BEHAVIOR.** Recipients agree to obey all rule and regulations and shall not violate any law. Any **felonies or other** violations that endanger the life or safety of others shall be deem grounds for termination of this Agreement. SO IF THERE ARE NO FELONIES OR OTHER VIOLATIONS THE AGREEMENT STANDS, I'M NOT SURE WHY THIS NEEDS TO BE IN HERE.

10. **INDEPENDENCE OF PARTIES.** Nothing in this Agreement will be construed as establishing an employment or agency relationship between Parties. Parties have no authority to bind each other by contract or otherwise. **Recipients understand and agree that there is the possibility of not making any money as a result of their authorized access and use of Material.** WHY IS THIS IN HERE? WE ARE NOT DOING ANY OF THIS FOR MONEY. Parties understand and agree that each Party is responsible for their own personal and business expenses including government and registration fees, taxes, assessments, permits and more.

11. **INDEMNIFICATION AND COSTS.** TELAH AND KING shall not be liable for any damage or injury of or to Recipients, guests, invitees, customers, third parties, agents or employees or to any person or groups that Recipients contact or share any of the Material with. **Recipients hereby agree to indemnify, defend and hold TELAH AND KING harmless and innocent from any and all claims or assertions of every kind and nature. Recipients also agree to be responsible for any costs or liability arising from his use of Material including but not limited to any excess liability beyond what any insurance policy may cover as well as being responsible of any deductible assessed to TELAH AND KING.** WE DO NOT AGREE WITH ANY OF THE UNDERLINED AND ASK THAT IT BE REMOVED FROM THE DOCUMENT Recipients are responsible for all costs associated with use, editing and distribution of any Material authorized by Telah and King.

12. **ATTORNEYS' FEES.** In the event any dispute arises between TELAH AND KING and Recipients concerning this Agreement that results in litigation, the losing party shall pay the prevailing party's reasonable attorney fees and court costs, which shall be determined by the court and

11

made a part of any judgment. **Parties agree that these fees shall not be less than $5,000.** WE DO NOT AGREE TO THE UNDERLINED AND ASK THAT IT BE REMOVED FROM THE DOCUMENT.

13. **COUNSEL. PARTIES EACH WARRANTS TO THE OTHER THAT HE OR SHE HAS ENTERED INTO THIS AGREEMENT VOLUNTARILY, FREE AND CLEAR FROM ANY DURESS OR UNDUE INFLUENCE FROM THE OTHER PARTY OR ANY OTHER PERSON.** AS STATED PRIOR, WE DO NOT WISH TO ENTER INTO ANY AGREEMENT WITH THE TELAH FOUNDATION OR MARK AND SARAH KING. THE TELAH FOUNDATION IS FORCING US INTO THIS AGREEMENT IN ORDER TO WORK TOWARDS OUR TASK OF DISSEMINATING TI AND DO'S INFORMATION. PARTIES FURTHER WARRANT THAT HE OR SHE HAS READ THIS AGREEMENT IN ITS ENTIRETY, AND THAT HE OR SHE FULLY UNDERSTANDS THE NATURE AND EFFECT OF ALL RECITALS AND COVENANTS PRIOR TO THE EXECUTION OF THIS AGREEMENT. EACH PARTY HAS HAD THE OPPORTUNITY AND HAS BEEN STRONGLY ENCOURAGED TO SEEK THE ADVICE OF THE LEGAL COUNSEL OF HIS OR HER CHOICE, SO THAT HE OR SHE HAS BEEN ADVISED FULLY AND ADEQUATELY AS TO THE CHARACTER AND LEGAL EFFECT OF ALL RECITALS AND COVENANTS CONTAINED IN THIS AGREEMENT.

14. **ALTERNATIVE DISPUTE RESOLUTION ("AOR").** Parties agree to mediate any dispute or claim arising out of or relating to this Agreement. All mediation costs shall be paid equally by the parties. In the event that mediation does not resolve all disputes or claims, the unresolved disputes or claims shall be submitted for binding arbitration. In such event, the parties shall agree upon an arbitrator and cooperate in the scheduling of an arbitration hearing. If the parties are unable to agree on an arbitrator, the dispute shall be submitted to the American Arbitration Association ("AAA") in accordance with the AAA Arbitration Rules in the state of Arizona. **The decision of the arbitrator shall be final and no appealable.** WE DO NOT AGREE WITH THIS. Judgment on the award rendered by the arbitrator may be entered in any court of competent jurisdiction. Notwithstanding the foregoing, either party may opt out of binding arbitration within thirty {30} days after the conclusion of the mediation conference by notice to the other and, in such event, either party shall have the right to resort to court action. WE DON'T UNDERSTAND WHAT THIS ENTIRE PARAGRAPH MEANS SO WE WILL NEED CLARIFICATION

15. DISPARAGING. Recipients agree to refrain from any actions whatsoever, in person, electronically or otherwise that disparage, defame, sully or compromise the goodwill, name, brand or reputation of Telah and King, or (ii) commit any other action that could likely injure, hinder or interfere with the business or personal life of the Telah and King. Recipients hereby represent and warrant that, prior to the Effective Date, they have not committed any of the foregoing actions described in this Section, and will remove or withdraw any negative comments made by Recipients in any media or forum. WE DO NOT AGREE TO ABIDE BY ANY OF THIS AND IT IS FRANKLY UNNECESSARY. WE DO NOT AGREE WITH THIS AND ASK THAT IT BE REMOVED FROM THE DOCUMENT.

16. **GOVERNING LAW.** This Agreement shall be governed, construed and interpreted by, through and under the Laws of the **State of Arizona** in a court of proper jurisdiction in the county of Maricopa. HOW DO WE GET TO ARIZONA? WE DO NOT LIVE ANYWHERE NEAR THERE, WHO IS GOING TO PAY OUR NECESSARY TRAVEL EXPENSES IN THE EVENT YOU DECIDE WE HAVE BROKEN THE AGREEMENT AND YOU DECIDE TO SUE AND FORCE US TO COURT?

17. **SEVERABILITY.** Each provision of this Agreement shall be construed to preserve its validity and enforceability to every extent possible. If any provision of this Agreement or the application thereof shall, for any reason and to any extent, be found invalid or unenforceable, neither the

remainder of this Agreement nor the application of the provision to other persons, entities or circumstances shall be affected thereby, but instead shall be enforced the maximum extent permitted by law. The party who would have the provision enforced shall be entitled to elect whether: **(a) the provision should be modified to the extent necessary to make it valid and enforceable; or (b) the provision shall be deemed not to be part of the Agreement and all other provisions shall remain in full force and effect.** DOES THIS MEAN THAT YOU CAN TAKE THINGS OUT OR CHANGE THINGS AT WILL OR AS YOU SEE FIT?

18. **BINDING EFFECT.** The covenants, obligations and conditions herein contained shall be binding on and inure to the benefit of the heirs, legal representatives, and assigns of the parties hereto as allowed in this Agreement. IF THIS MEANS YOU WANT TO SUE OUR KIDS OR ANY HEIRS IF WE HAPPEN TO DIE IN THE MIDST OF ALL THIS OR AT ANY FUTURE POINT IN TIME, THEN WE DO NOT AGREE TO THIS AND IT NEEDS TO BE REMOVED FROM THE DOCUMENT.

19. **DESCRIPTIVE HEADINGS.** The descriptive headings used herein are for convenience of reference only and they are not intended to have any effect whatsoever in determining the rights or obligations of the TELAH AND KING or Driver. WHAT DOES THIS MEAN? WHO IS THE DRIVER?

20. **CONSTRUCTION.** The pronouns uses herein shall include, where appropriate, either gender or both, singular and plural.

21. **NON-WAIVER.** No indulgence, waiver, election or non-election by TELAH AND KING under this Agreement shall affect Recipients duties and liabilities hereunder. **Neither any failure nor any delay** on the part of TELAH AND KING in exercising any right hereunder shall operate as a waiver thereof; nor shall any single or partial exercise of any right hereunder preclude any other or further exercise thereof or the exercise of any other right. WHO DECIDES THE FAILURE OR DELAY?

22. **MODIFICATION.** The Parties hereby agree that this document contains the entire agreement between the parties and this Agreement shall not be modified, changed, altered or amended in any way except through a written amendment signed by all of the parties hereto.

23. **LIMITATION OF LIABILITY.** Parties agree that in no event TELAH AND KING shall be liable for any breach or damages to anybody associated with the execution of this agreement. IN NO EVENT SHALL TELAH AND KING BE LIABLE FOR ANY SPECIAL, INCIDENTAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL DAMAGES OF ANY KIND IN CONNECTION WITH THIS AGREEMENT, EVEN IF THEY HAVE BEEN INFORMED IN ADVANCE OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT SHALL EITHER PARTY'S AGGREGATE LIABILITY EXCEED THE FEES PAID OR PAYABLE BY RECIPIENTS TO TELAH AND KING PURSUANT TO THIS AGREEMENT. WHAT ABOUT US, THE RECIPIENTS NOT BEING HELD LIABLE FOR ANYTHING? WE DO NOT AGREE TO THIS UNLESS THE SAME WORDING IS USED FOR US.

24. **NO ELECTION OF REMEDIES.** Except as expressly set forth in this Agreement, the exercise by either party of any of its remedies under this Agreement will not be deemed an election of remedies and will be without prejudice to its other remedies under this Agreement or available at law or in equity or otherwise. WE DON'T UNDERSTAND THIS AND NEED CLARIFICATION

25. **COUNTERPARTS.** This Agreement may be executed in counterparts, each of which will be deemed an original, but all of which together will constitute one and the same instrument. WE DON'T FULLY UNDERSTAND THIS AND NEED CLARIFICATION

Entered this _____ of November 2021 by

Recipients

Cathy Weaver                                    Stephen Havel

Telah Foundation

Mark King

# EXHIBIT 12



Tennessee

Follow

discography

Nov 2021



KINGDOM OF HEAVEN

music

community

- BEYOND HUMAN/NOT OF THIS

WORLD

rom

04.26 · 12:33

**Digital Track**

Streaming + Download

Includes unlimited streaming via the free Bandcamp app, plus high-quality download in MP3, FLAC and more.

**Buy Digital Track $1** USD or more

Send as Gift

**Buy the Full Digital Album**

rom  released November 13, 2021

 YouTube   heavens gat ✕   🔍   ⋮    SIGN IN


Home


Explore

🎵
Shorts


Subscriptions


Library

🕐
History



PLAY ALL

# Heaven's Gate

11 videos • 41 views • Last updated on Jan 3, 2021

☰+   🔀   ↪   ⋯

FringeCraft                    SUBSCRIBE


1   Heaven's Gate...   16:12   FringeCraft


2   Heaven's Gate...   22:29   FringeCraft


3   Heaven's Gate...   17:35   FringeCraft


4   Heaven's Gate...   32:48   FringeCraft


5   Heaven's Gate...   16:30   FringeCraft


6   Heaven's Gate...   18:30   FringeCraft


7   Heaven's Gate...   17:07   FringeCraft

8   Heaven's Gate...   21:22   FringeCraft

9   Heaven's Gate...   21:36

 

heavens gat ✕   🔍   🎤   ⋮   👤 SIGN IN

☰ ▶ YouTube


Home


Explore


Shorts

📑
Subscriptions


Library

🕘
History



PLAY ALL

# Heaven's gate initiation tapes

10 videos • 2 views • Updated 6 days ago

  ↗ 

  killdude2000          SUBSCRIBE

1   7:58   **Heaven's Gate…**
                              JayDowns

2   8:56   **Heaven's Gate…**
                              JayDowns

3   10:03   **Heaven's Gate…**
                               JayDowns

4   9:59   **Heaven's Gate…**
                              JayDowns

5   10:05   **Heaven's Gate…**
                               JayDowns

6   9:39   **Heaven's Gate…**
                              JayDowns

7   9:42   **Heaven's Gate…**
                              JayDowns

8   10:03   **Heaven's Gate…**
                               JayDowns

9  9:13   **Heaven's Gate…**

leavens Gate Remastered - YouTube

 YouTube

heavens gat ✕ 🔍 🎤 ⋮ SIGN IN

🏠 Home

🧭 Explore

Shorts

📺 Subscriptions

📚 Library

🕐 History

 **Heavens Gate Remastered**

193 subscribers

SUBSCRIBE

PLAYLISTS     CHANNELS     ABOUT     🔍

 1:28:33

 1:56:33

**Do's Final Exit Statement**

18K views • 6 years ago

**Heaven's Gate Class Exit Videos**

19K views • 6 years ago



☰  ▶YouTube        heavens gat ✕    🔍        🎤        ⋮        👤 SIGN IN

## Heaven's Gate: Ti and Do lecture, 1982

3,904 views • Apr 22, 2015        👍 70    👎 DISLIKE    ↗ SHARE    ☰+ SAVE    ⋯

    **ujbabel**
16 subscribers                                        SUBSCRIBE

A classroom tape of rather poor quality, but nevertheless audible if one pays proper attention
to the recording.

SHOW MORE

16 Comments        ☰ SORT BY

    Add a comment...

afoolisharrangement 2 years ago
This is fascinating and so rare, thank you so much for this.

👍 9  👎    REPLY

▼ View reply

heavensgate class audio tapes since 1982 til 1997. The inside teach...

≡  ▶ YouTube          | heavens gat ✕ |  🔍          🎤       ⋮     ⊙ SIGN IN







Heavensgate class audio tapes since 1982 til 1997. The inside teachings.

137 views • Jan 24, 2022          👍 3   👎 DISLIKE   ↪ SHARE   ≡+ SAVE   •••



**h**   **heavens gate**                    SUBSCRIBE
        5 subscribers

heavensgate Audio Tapes
Audio tapes content
https://mega.nz/file/slVyXIwQ#Vb7oQVz...
Link for download tapes
(01-10) https://mega.nz/folder/t08wQATa#GCrnS...
(11-20) https://mega.nz/folder/EllWjagD#QvSFn...
(21-30) https://mega.nz/folder/U98wBaoZ#7PE41...
(31-40) https://mega.nz/folder/pxswmQCC#dctPE...
(41-50) https://mega.nz/folder/F80mhaZA#NCPZl...
(51-60) https://mega.nz/folder/JskGHAJB#X9EXT...
(61-70) https://mega.nz/folder/9hk2TQZA#l3XaR...
(71-80) https://mega.nz/folder/5xcy1Bil#8HR1H...
(81-90) https://mega.nz/folderhttps://mega.nz...
(91-100) https://mega.nz/folder/Uk0GHAQa#_tssu...
(101-110) https://mega.nz/folder/ExlEFSrZ#TDsNm...
(111-120) https://mega.nz/folder/F01AVYZb#W0eeZ...
(121-130) https://mega.nz/folder/U01AhCDa#Yklhx...





7/23/2022, 4:03 PM

  ☰  **YouTube**

heavens gat ✕ 🔍   ⋮  SIGN IN

🏠 Home

🧭 Explore

⚡ Shorts

📑 Subscriptions

▶️ Library

🕐 History

 

PLAY ALL

## Heavens Gate

19 videos • 15 views • Last updated on Jan 10, 2022

     

 Matthew Barnes        SUBSCRIBE

1  58:35   **Beyond Huma...**   Heavens...

2 58:16   **Beyond Huma...**   Heavens...

3 58:52   **Beyond Huma...**   Heavens...

4 58:05   **Beyond Huma...**   Heavens...

5  57:15   **Beyond Huma...**   Heavens...

6 57:52   **Beyond Huma...**   Heavens...

7 58:19   **Beyond Huma...**   Heavens...

8 58:45   **Beyond Huma...**   Heavens...

9  58:45   **Beyond Huma...**   Heavens...



heavens gat ✕   🔍   🎤   ⋮     SIGN IN


Home


Explore


Shorts

Subscriptions


Library


History



# Heaven's Gate Revival

SUBSCRIBE

PLAYLISTS          CHANNELS          ABOUT          🔍







Heaven's Gate Revival -
Beyond Human - The Last…
21 views • 2 years ago

Heaven's Gate Revival -
Beyond Human - The Last…
47 views • 2 years ago

Heaven's Gate Revival -
Beyond Human - The Last…
64 views • 2 years ago



☰ ▶ YouTube

heavens gat ✕ 🔍 🎤

⋮ 👤 SIGN IN



# JayDowns

3.21K subscribers

SUBSCRIBE

🏠 Home
🧭 Explore
⊞ Shorts
▤ Subscriptions
▷ Library
🕑 History

PLAYLISTS    COMMUNITY    CHANNELS    ABOUT    🔍

ape ▷ PLAY ALL




8:56    10:03    9:59

**Heaven's Gate Cult Initiation Tape Part 2**

JayDowns
322K views • 12 years ago

**Heaven's Gate Cult Initiation Tape Part 3**

JayDowns
138K views • 12 years ago

**Heaven's Gate Cult Initiation Tape Part 4**

JayDowns
119K views • 12 years ago





4:40    7:04    10:26

**01 Voice Of Fire- Book Of Daniel**

314 views • 1 year ago

**Message from Isakin Jonsson 1**

7.8K views • 6 years ago

**Message from Isakin Jonsson 2**

3.4K views • 6 years ago

7/23/2022, 3:59 PI



'ee Hope - YouTube




## YouTube

heavens gat ✕

SIGN IN


**Home**


**Explore**


**Shorts**


**Subscriptions**


**Library**


**History**



## Vee Hope

13 subscribers

SUBSCRIBE



PLAYLISTS          CHANNELS          ABOUT





1:34:27

**Heaven's Gate, Beyond Human, Session 11 (STERE...**

62 views • 1 year ago



58:19

**Heaven's Gate, Beyond Human, Session 10 (STERE...**

59 views • 1 year ago



58:18

**Heaven's Gate, Beyond Human, Session 9 (STEREO...**

111 views • 1 year ago



58:20

**Heaven's Gate, Beyond Human, Session 6 (STEREO...**

85 views • 1 year ago



58:19

**Heaven's Gate, Beyond Human, Session 5 (STEREO...**

53 views • 1 year ago



58:16

**Heaven's Gate, Beyond Human, Session 4 (STEREO...**

80 views • 1 year ago



of 2

7/23/2022, 3:58 PM

leavensGateDatabase - YouTube

 YouTube

heavens gat ✕ 🔍 🎤 ⋮ 👤 SIGN IN

 Home

 Explore

 Shorts

 Subscriptions

 Library

 History

 **HeavensGateDatabase**

5.42K subscribers

SUBSCRIBE

PLAYLISTS   COMMUNITY   CHANNELS   ABOUT   🔍


**57:56**

**Planet Earth About To Be Recycled (Your Only Chance...**

121K views • 9 years ago


**1:56:29**

**Student Exit Statements**

378K views • 9 years ago


**1:28:55**

**Do's Final Exit**

444K views • 9 years ago


**1:48:56**

**Beyond Human (The Last Call) - Session 12**

24K views • 10 years ago


**1:34:14**

**Beyond Human (The Last Call) - Session 11**

14K views • 10 years ago


**58:24**

**Beyond Human (The Last Call) - Session 10**

6.6K views • 10 years ago


**58:19**

**Beyond Human (The Last Call) - Session 7**

8.8K views • 10 years ago


**57:52**

**Beyond Human (The Last Call) - Session 6**

8K views • 10 years ago


**57:15**

**Beyond Human (The Last Call) - Session 5**

10K views • 10 years ago

  



☰  ▶ YouTube   | heavens gat ✕ |   🔍   🎤     ⋮   👤 SIGN IN

🏠 Home



# Heaven's Gate Archive
29 subscribers

SUBSCRIBE

🧭 Explore

PLAYLISTS          CHANNELS          ABOUT          🔍

🎬 Shorts

📺 Subscriptions

📚 Library

🕐 History

**Beyond Human**
— *The Last Call*
Te, Do and Students   1:35:13

Heaven's Gate: Beyond
Human - The Last Call -...
10 views • 1 month ago
CC

**Beyond Human**
— *The Last Call*
Te, Do and Students   58:40

Heaven's Gate: Beyond
Human - The Last Call -...
19 views • 1 month ago
CC

**Beyond Human**
— *The Last Call*
Te, Do and Students   58:49

Heaven's Gate: Beyond
Human - The Last Call -...
7 views • 1 month ago
CC

HPM Reporting: Heaven's Gate

 ☰ ▶ **YouTube**

heavens gat ✕ 🔍 🎤

⋮ 

Home
Explore
Shorts
Subscriptions
Library
History



# Heaven's Gate Archive

29 subscribers

SUBSCRIBE

PLAYLISTS     CHANNELS     ABOUT     🔍




0:35


2:00:31


1:28:32

**Channel Trailer**

33 views • 1 month ago

CC

**Heaven's Gate: Total Overcomers Anonymous...**

70 views • 1 month ago

**Heaven's Gate: Do's Final Exit**

37 views • 1 month ago

HPM Reporting: Heaven's Gate

of 2

7/23/2022, 3:55 PM




Home


Explore


Shorts


Subscriptions


Library


History

 SIGN IN

heavens gat ✕

 Website



# Heaven's Gate

29 subscribers

SUBSCRIBE

PLAYLISTS    CHANNELS    ABOUT


1:09:25


1:48:41


1:34:27

**Last chance to evacuate planet earth before it is…**

46 views • 1 year ago

**Beyond Human: Session 12**

173 views • 1 year ago

**Beyond Human: Session 11**

120 views • 1 year ago

7/23/2022, 3:55 PM

# EXHIBIT 13



cathysouthwestern <cathysouthwestern@gmail.com>

. . . . .

23 messages

**cathysouthwestern** <cathysouthwestern@gmail.com>                Wed, Apr 6, 2022 at 9:26 AM
To: rep@heavensgate.com

Can we talk?

---

**rep@heavensgate.com** <rep@heavensgate.com>                Wed, Apr 6, 2022 at 9:43 AM
To: cathysouthwestern <cathysouthwestern@gmail.com>

Will it be kept private?

> On Apr 6, 2022, at 8:26 AM, cathysouthwestern <cathysouthwestern@gmail.com> wrote:
>
> Can we talk?

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                Wed, Apr 6, 2022 at 10:15 AM
To: rep@heavensgate.com

Yes
[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>                Wed, Apr 6, 2022 at 10:22 AM
To: cathysouthwestern <cathysouthwestern@gmail.com>

We have been promised this twice before only to find it spoken about to others, sometimes with mixtures of misunderstandings and implications that we are in league with lower forces.

What makes it different this time?
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                Wed, Apr 6, 2022 at 10:52 AM
To: rep@heavensgate.com

I don't want to talk via the internet, phone, email etc.
I want to talk in person, like I believe it was impressed upon me the original intention was for us for to meet together and talk as individuals not as people that are trying to get something out of the others or with lawyers present I just want to talk with you guys and Sawyer all together in a peaceful setting where we can talk.
[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>                Wed, Apr 6, 2022 at 10:53 AM
To: cathysouthwestern <cathysouthwestern@gmail.com>

6/23/2022  11:17 AM

About what items?

[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>
To: rep@heavensgate.com

Wed, Apr 6, 2022 at 12:33 PM

I don't want to talk via the internet.
Only in person
Face to face
No lawyers

If y'all want to do that I propose we meet on May 2nd or May 3rd at the Desert Botanical Gardens.

I apologize..... nevermind

I just.... nevermind

I shouldn't have approached you two.

Again, I apologize

[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>
To: cathysouthwestern <cathysouthwestern@gmail.com>

Wed, Apr 6, 2022 at 6:14 PM

Hi Cathy,

I spoke to Sarah about and she just wants this to come to an end. If talking would achieve this, them May 2 or 3 at the Botanical Garden or just the free Papago Park would be fine. We are tired of the misinformation and lack of cooperation on something that could be worked out relatively quickly.

The costs and complications are getting to be too much.

Mark

[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>
To: rep@heavensgate.com

Thu, Apr 7, 2022 at 9:07 AM

Hi Mark,

We would prefer the Desert Botanical Gardens as I believe there will be less people and I personally want to visit the gardens again.
Tuesday May 3rd works for us and upon your confirmation I'll go ahead and reserve the tickets for Sawyer and I ......it looks like you can't just show up anymore like you used to you have to purchase tickets in advance just FYI.

Cathy

[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>
To: cathysouthwestern <cathysouthwestern@gmail.com>

Thu, Apr 7, 2022 at 9:30 AM

Hi Cathy,

With the Chihuly Glass exhibit the demand and price has gone up.

What time of day will you be there and how long do you plan the discussion?

Mark
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                    Thu, Apr 7, 2022 at 10:33 AM
To: rep@heavensgate.com

That's actually exactly why I wanted to go there was for the Chihuly glass exhibit so I'm aware of the cost but thank you for the reminder.
We plan to be there in the morning when they open and explore a bit there is one section in there particularly that I'm thinking about that we can meet at but I can't recall from thousand miles away I have to get there and then I can direct you to where we can meet specifically.
As far as timing I hadn't really planned that out I was just thinking we would talk together as long as we want to and as long as it takes to work things out....
[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>                    Thu, Apr 7, 2022 at 12:34 PM
To: cathysouthwestern <cathysouthwestern@gmail.com>

Since the Garden opens at 8:00am, do you want Sarah and I to be there at 9:00, 9:30, 10:00 or a better time.
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                    Thu, Apr 7, 2022 at 6:56 PM
To: rep@heavensgate.com

Sorry for the delay in responding.....

10:00am I think would be perfect if that works for y'all?
[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>                    Thu, Apr 7, 2022 at 6:57 PM
To: cathysouthwestern <cathysouthwestern@gmail.com>

Yes.
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                    Fri, Apr 8, 2022 at 6:53 AM
To: rep@heavensgate.com

Perfect I'll go ahead and reserve tickets and we'll get there at 8am and explore but then I can message you the exact spot I'm thinking of.
It's been a few years since I've been there but I believe the area that I'm thinking of is close to the restaurant if not maybe the actual restaurant itself they had lots of seats outside.
Does that sound familiar?
[Quoted text hidden]

---

**rep@heavensgate.com** <rep@heavensgate.com>                    Fri, Apr 8, 2022 at 8:43 AM
To: cathysouthwestern <cathysouthwestern@gmail.com>

Yes, there is a lot of outdoor seating at the restaurant.

There is also seating out in the garden itself so find what is comfortable to you and we will join you at 10:00am to work towards clarifying or correcting some issues.

The Garden has always been conducive to quieting the brain.

[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                    Fri, Apr 8, 2022 at 11:44 AM
To: rep@heavensgate.com

Perfect...just purchased the tickets.
I purchased general admission this screenshot just shows the time that we will be at the chihuly exhibit is all
[Quoted text hidden]



**Screenshot_20220408-134206.png**
161K

---

**rep@heavensgate.com** <rep@heavensgate.com>                    Fri, Apr 8, 2022 at 12:03 PM
To: cathysouthwestern <cathysouthwestern@gmail.com>

We will be there at 10:00am.

    [Quoted text hidden]
    [Quoted text hidden]
    <Screenshot_20220408-134206.png>

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                    Fri, Apr 8, 2022 at 2:38 PM
To: rep@heavensgate.com

Sounds good.
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                    Mon, Apr 18, 2022 at 1:46 PM
To: rep@heavensgate.com

Unfortunately my finances won't allow us to make this trip.

We have to cancel, sorry to waste your time.
[Quoted text hidden]

---

**cathysouthwestern** <cathysouthwestern@gmail.com>                    Sun, Apr 24, 2022 at 8:20 PM
To: rep@heavensgate.com

I just want to make sure you received as I haven't gotten a response back .....Sawyer has also reached out to you with no response........please respond so I know you aren't expecting us May 3rd.....

[Quoted text hidden]

**rep@heavensgate.com** <rep@heavensgate.com>     Mon, Apr 25, 2022 at 7:19 AM
To: cathysouthwestern <cathysouthwestern@gmail.com>

It is unfortunate we cannot come to an understanding on May 3rd or via email.

[Quoted text hidden]

**cathysouthwestern** <cathysouthwestern@gmail.com>     Mon, Apr 25, 2022 at 7:58 AM
To: rep@heavensgate.com

I'm not sure why you're saying we can't come to and understanding because I said we can't physically meet with you guys....

I never said anything like that.

The last indication I received from you guys was you're taking us to court and no communication after that.

I felt to reach out to you and just talk without trying to come to any whatever the hell you guys are thinking in your heads legally I just wanted to talk things over but finances won't allow us to do that as far as physically in person with each other that does not indicate that we would not want to come to some agreement.

But I can tell you we are not signing any legal documents with you,  you've already proven to us how that would not be in our favor we are not going down that road with you

all you two have to do is agree to leave us alone and let us do what we are doing

that's it nobody needs to sign anything

there doesn't need to be any legal agreement

it's all on you two to just leave us alone legally.

[Quoted text hidden]

# EXHIBIT 14

 Gmail

Sawyer Cathy <sawcat575@gmail.com>

## 60 day notice to vacate 111 Campbell Street

9 messages

---

**Sawyer Cathy** <sawcat575@gmail.com>
To: Tac Management ⟨▮▮▮▮▮▮▮▮▮▮▮▮▮▮⟩

Mon, May 2, 2022 at 8:02 AM

Please confirm that you have received the 60-day notice for me to vacate the property at 111 Campbell Street Mishawaka 46544

---

**Sawyer Cathy** <sawcat575@gmail.com>
To: Tac Management ⟨▮▮▮▮▮▮▮▮▮▮▮▮⟩

Mon, May 2, 2022 at 9:35 AM

Here is the separate email that I sent earlier this morning. But I'll add to it.

My name is Cathy Weaver I am vacating the property on June 30th 2022 property located at 111 Campbell Street Mishawaka Indiana 46544.

Please email me back so I know you have received and that this is sufficient.
[Quoted text hidden]

---

**Tac Management** ⟨▮▮▮▮▮▮▮▮▮▮▮▮▮▮⟩
To: Sawyer Cathy <sawcat575@gmail.com>

Mon, May 2, 2022 at 10:11 AM

Yes, we have received it.

Thank you,

TAC TEAM
[Quoted text hidden]

---

**Sawyer Cathy** <sawcat575@gmail.com>
To: Tac Management ▮▮▮▮▮▮▮▮▮▮▮@▮▮▮▮▮

Mon, May 2, 2022 at 10:40 AM

Great, thanks for letting me know!

As soon as I have a forwarding address I will go ahead and provide that to y'all....
[Quoted text hidden]

---

**Sawyer Cathy** <sawcat575@gmail.com>
To: Tac Management ⟨▮▮▮▮▮▮▮▮▮▮▮▮⟩

Mon, May 9, 2022 at 6:09 AM

Well.....this is awkward.....

I'm wondering if there is any way I can withdraw the 60 day notice and go ahead and sign another year lease at the $1,000 rate?

Due to unforeseen family circumstances I'm unable to move from the area now 😔.
[Quoted text hidden]

---

**Tac Management** ⟨▮▮▮▮▮▮▮▮▮▮▮▮@▮▮▮▮▮⟩

Mon, May 9, 2022 at 2:26 PM

To: Sawyer Cathy <sawcat575@gmail.com>

Hi Cathy,

We hope your family is safe and nothing happened to them.

You can withdraw your 60 day notice, and sign a new year lease for $1,000 per month.

Just confirm to this email that you want to withdraw it.

Sincerely,

**TAC Team**
[Quoted text hidden]

---

**Sawyer Cathy** <sawcat575@gmail.com>                                    Tue, May 10, 2022 at 5:42 AM
To: Tac Management <████████████████>

Hi Tac Team!

Everyone in the fam is okay....they just still need me here to help out with my 94 years young grandma and I recognize that I need to stay for her...no matter how much I hate the weather!

Yes, I confirm to withdraw my 60 day notice....I can come in next week to sign a renewal lease.....My daughter Maia will be 18 in July, should she sign as well?
[Quoted text hidden]

---

**Tac Management** ████████████████>                                    Tue, May 10, 2022 at 8:23 AM
To: Sawyer Cathy <sawcat575@gmail.com>

Cathy, we are glad that everything is ok.

We will get back to you next week with the information about your daughter and the date to sign the lease.

Maritza
[Quoted text hidden]

---

**Sawyer Cathy** <sawcat575@gmail.com>                                    Tue, May 10, 2022 at 9:37 AM
To: Tac Management ████████████████>

Okay sounds good thank you!
[Quoted text hidden]

 Gmail

cathysouthwestern <cathysouthwestern@gmail.com>

___

## regarding your lawsuit that endangers a child
5 messages

___

**Sawyer heavensgate** <sawyerhg@yahoo.com>                                      Thu, Jun 2, 2022 at 1:51 PM
To: "rep@ heavensgate.com" <rep@heavensgate.com>
Cc: "Cathysouthwestern ." <cathysouthwestern@gmail.com>

06-02-2022

To Mark and Sarah,

You have accomplished something by your issuance of a lawsuit. You have scared Cathy to death because of what could happen to her 17 year old daughter, who before this even happened was suicidal for a number of reasons including racial discrimination all her life as she is mixed race as her dad is black and she has been treated poorly most of her life because of.

You are responsible for the great stress this has caused both Cathy, her daughter (and me), because you have given out her exact house address to the public. Anyone can learn of that address now. Cathy's daughter has one more year to finish high school in the very town you are stimulating court proceedings in. This is a small town and no doubt she will go to school and get bullied at the least when the kids link her daughter with her mother.

Further, it could cause untold damages to her daughter and even drive her to suicide all because you listed the address in the filing.

This amounts to criminal negligence on your part, endangering the life of a child as well as to our lives.

All of this to get back at me for playing some audio tapes  doing what TI and DO clearly (by many, many proves) have instructed every believer to do that you think you are the sole authority over, in how, when and where and by who and what of Their information was to be disseminated and because you don't like Cathy. You may not even see how you have slipped into the "trail boss" role and act as if you "can't be wrong" about a number of your choices on how, when, where and what to do to fulfill the limited temporary tasks (besides maintaining the web site) DO gave to you.

So now, we are being forced to move Cathy's daughter out of the house and out of this town to escape the backlash that is likely to happen when her friends and school mates find out that her mother is being sued in relationship to the Heaven's Gate suicide cult.

Isn't it ironic that you accused me of some illusionary responsibility for some alleged young person's possible motivation to commit suicide because of my talking about Heaven's Gate publicly (and explaining over and over why I am against human suicide, while you maintain the website of what most people in the world consider to be a suicide cult.

So what I am asking for you to do is re-file, if you must, with some general address for both cathy and I, like you did with your address and Jason's address, not specific to our actual house addresses.

All these years you have sought to protect your home address. I have never ever given that out to anyone except to say the phoenix area and I never gave out your legal names. You wrongfully accused me of giving out your legal names but I never did and I faulted Jason for doing so a number of times. Even when Mark came into our chat using his legal name, yes I read it aloud but it seemed you didn't care or you wouldn't have come in with that name, even still I refrained from using that name thereafter.

Sawyer

___

**cathysouthwestern** <cathysouthwestern@gmail.com>                              Fri, Jun 3, 2022 at 11:21 AM
To: crlody <crlody@protonmail.com>