# UNITED STATES DISTRICT COURT
### for the
### Northern District of Indiana
### South Bend Division

| | |
|---|---|
| The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation, an Arizona nonprofit corporation,<br><br>*Plaintiff(s)*<br><br>-v-<br><br>Cathy JoAnn Weaver<br><br>*Defendant* | )<br>)<br>)   Case No. 3:22-cv-00395<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## Notice of Change of Address

Please be advised of the following address change effective upon filing with the Clerk:

**Former Address:** Cathy JoAnn Weaver
111 Campbell St.
Mishawaka, IN 46544

**Telephone:**

**Current Address:** Cathy JoAnn Weaver
5776 Grape Rd.
Suite 51
PMB # 121
Mishawaka, IN 46545

**Telephone:**

Printed Name: Cathy Weaver

Signature: Cathy Weaver

Date: 7/26/2022

## CERTIFICATE OF SERVICE

I certify that a copy of this Notice of Change of Address has been mailed, postage prepaid, upon (insert names and addresses of other parties in space provided):

Date: 7/26/2022       Signed: Cathy Weaver
                              Filing party

**NOTE: You must complete this section and mail copies of this document to each party.**