UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation, an Arizona nonprofit corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>Steven Robert Havel;<br>Cathy JoAnn Weaver;<br>Jason Bartel,<br><br>        Defendants. | Civil Action No. 3:22-cv-00395 |

**RESPONSE TO MOTIONS (ECF 21, 22, 24 and 25)**

On or about July 26, 2022, after their answers were due, Defendants Steven Havel and Cathy Weaver filed similar motions (ECF 21 and ECF 24) requesting an extension of time by one day to file answers to the Complaint. Plaintiff does not oppose either Defendants' requested extension of time.

On or about July 26, 2022, Defendants Steven Havel and Cathy Weaver filed similar motions (ECF 22 and ECF 25) requesting permission to "file all future documents by email." While undersigned counsel has no knowledge as to whether the Court has capacity to receive filings by email, Plaintiff will not oppose this request.

Defendants did not contact undersigned counsel prior to filing any of the motions referenced herein. If they had, Plaintiff could have informed them that Plaintiff would not oppose any of these motions or the relief requested.

RESPECTFULLY SUBMITTED this 9th day of August 2022.

      /s/  Isaac S. Crum
MESSNER REEVES LLP
Isaac S. Crum (AZ Bar #026510)
icrum@messner.com
7250 N. 16th Street, Suite 410
Phoenix, Arizona 85020
Telephone: (602) 641-6705
Facsimile: (303) 623-0552

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 9th day of August 2022, I electronically file the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to counsel of record.  A copy of this filing was also sent via mail to the following:

      Cathy JoAnn Weaver
      5776 Grape Road, Ste 51
      PMB #121
      Mishawaka, IN 46545

      Steven Robert Havel
      5776 Grape Road, Ste 51
      PMB #121
      Mishawaka, IN 46545

      /s/  Isaac S. Crum
      Isaac S. Crum