UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEVEN ROBERT HAVEL, et al., <br><br> Defendants. | CASE NO. 3:22-CV-395-JD-MGG |

**ORDER**

On July 26, 2022, Defendants Steven Havel and Cathy JoAnn Weaver each filed two motions: Motions for Extension of Time to File Answer [DE 21, DE 24] and Motions for permission to receive all future documents via email. [DE 22, DE 25].

**1.     Motions for Extension of Time to File Answer**

In Defendants Havel and Weaver's Motions for Extension of Time to File Answer, Defendants ask for a one-day extension of time to file their answer, explaining that the complexity of their answers required an additional day—from July 25, 2022, to July 26, 2022. Defendants also filed their answers along with the extension requests. [DE 20, DE 26]. In a response filed on August 9, 2022, Plaintiff indicates that it does not object to the additional time. With good cause shown and without objection from Plaintiff, the Defendants' Motions for Extension of Time are **GRANTED**. [DE 21, DE 24]. Accordingly, Defendants' Answers filed on July 26, 2022, are **DEEMED** timely filed.

**2.   Motions for Email Filing**

Regarding Defendants' Motions for permission to file future documents via email, there is no provision in the court's local rules allowing for filings and correspondence via e-mail. *See* CurrentLocalRules.pdf (uscourts.gov). In addition, the court's electronic filing manual states that documents filed by *pro se* litigants shall be filed on paper. *See* ATTY USER MANUAL 5-29-20.pdf (uscourts.gov) at 9. Accordingly, Defendants must continue to file motions and receive copies of this court's orders via U.S. Mail. Therefore, Defendants' Motions to file documents via email must be **DENIED**. [DE 22, DE 25].

However, Defendants may arrange to have another individual request copies of relevant pleadings and orders in-person at the courthouse as needed. Given Defendants' status *in forma pauperis* as presented in DE 14-1 and DE 15-1, this Court authorizes Defendants to receive one copy of every court filing at no charge. Moreover, Defendants are further **ADVISED** that they can acquire electronic read-only access of the docket sheets in this case by registering for a PACER[1] account online at at https://pacer.uscourts.gov/register-account/pacer-case-search-only.

**SO ORDERED** this 11th day of August 2022.

    s/Michael G. Gotsch, Sr.
    Michael G. Gotsch, Sr.
    United States Magistrate Judge

---

[1] Public Access to Court Electronic Records

2