UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation, an Arizona nonprofit corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Steven Robert Havel;<br>Cathy JoAnn Weaver;<br>Jason Bartel,<br><br>　　　　　Defendants. | Civil Action No. 3:22-cv-00395 |

## MOTION FOR EXTENSION OF TIME TO SERVE JASON BARTEL AND FOR APPROVAL OF ALTERNATIVE SERVICE

Pursuant to Federal Rules of Civil Procedure 4(m), Plaintiff, The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation (the "Foundation") hereby moves the Court for an order granting Plaintiff's request to serve Mr. Bartel by alternative means and for a 30 day extension of time to effect service. The basis and support for this Motion are detailed in the Brief in Support of this Motion filed contemporaneously herewith.

RESPECTFULLY SUBMITTED this 16th day of August 2022.

　　　　　　　　　　　　　　　　　　　　　/s/ Isaac S. Crum
　　　　　　　　　　　　　　　　　　　MESSNER REEVES LLP
　　　　　　　　　　　　　　　　　　　Isaac S. Crum (AZ Bar #026510)
　　　　　　　　　　　　　　　　　　　icrum@messner.com
　　　　　　　　　　　　　　　　　　　7250 N. 16th Street, Suite 410
　　　　　　　　　　　　　　　　　　　Phoenix, Arizona 85020
　　　　　　　　　　　　　　　　　　　Telephone: (602) 641-6705
　　　　　　　　　　　　　　　　　　　Facsimile: (303) 623-0552

## CERTIFICATE OF SERVICE

      I hereby certify that on the 16th day of August 2022, I electronically file the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to counsel of record.  A copy of this filing was also sent via mail to the following:

> Cathy JoAnn Weaver
> 5776 Grape Road, Ste 51
> PMB #121
> Mishawaka, IN 46545
>
> Steven Robert Havel
> 5776 Grape Road, Ste 51
> PMB #121
> Mishawaka, IN 46545

                          /s/  Isaac S. Crum
                          Isaac S. Crum