# Exhibit A

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*

FOR COURT USE ONLY

**MESSNER REEVES LLP / PHX**
**7250 N 16th Street, Suite 410  Phoenix, AZ 85020**

TELEPHONE NO.: **(602) 457-5059**          FAX NO.:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: **Plaintiff**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA**

STREET ADDRESS:
CITY AND ZIP CODE: **, IN**

REFERENCE NUMBER:

**13467.0001.**

HEARING DATE:

Plaintiff(s): **The Evolutionary Level Above Human, Inc; et al**
Defendant(s): **Steven Robert Havel; et al**

| **AFFIDAVIT OF NON-SERVICE** | CASE NUMBER: **3:22-cv-00395** |
|---|---|

I received the within assignment for filing and/or service on  June 1, 2022 and that after due and diligent effort I have not been able to serve said person. I attempted service on this servee on the following dates and times:

Servee:  **Jason Bartel**

Documents:  **Summons; Complaint; Civil Cover Sheet**

As enumerated below:

**6/2/2022 -- 3:17 PM**      2458 Pennsylvania Ave
**Business**        Madison, WI 537044754
Per the General Manager, Mr Bartel would be done with his driving shift at 5PM.

**6/2/2022 -- 4:50 PM**      2458 Pennsylvania Ave
**Business**        Madison, WI 537044754
The server returned to the location and waited for the subject. Howver, she did not see him. She left her business card with the manager and he said that the driver has her card. She has not received a phone call from him. Do you have a home address or how do you want to proceed?

**6/9/2022 -- 4:52 PM**      2458 Pennsylvania Ave
**Business**        Madison, WI 537044754
SERVER ARRIVED AT LOCATION AND SPOKE TO MALE DISTPATCHER 40-50 YEARS OLD BROWN HAIR IN A PONY TAIL HE STATED THAT HE WAS GIVEN INSTRUCTIONS BY SUBJECT TO ASK SERVER TO STAY AWAY FROM LOCATION AND TO NOT RETURN TO THE PLACE OF EMPLOYMENT AGAIN. PLEASE ADVISE HOW YOU WOULD LIKE FOR US TO PROCEED?

That the fee for this Service is  $ 251.85

Subscribed and sworn before me, a Notary
Public, this 21st day of July, 2022

_____
NONE - Notary Public
My Commission expires on: 8/17

Kamille Valenzuela-Sanchez
County:
3150 North 24th Street, #D104
Phoenix, AZ 85016
(602) 256-9700

7/21/2022

**AFFIDAVIT OF NON-SERVICE**

Order#: AZ261416

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*

**MESSNER REEVES LLP - PHX**
7250 N 16th Street, Suite 410   Phoenix, AZ 85020

TELEPHONE NO.: **(602) 457-5059**                    FAX NO.:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*:   **Plaintiff**

FOR COURT USE ONLY

### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA

STREET ADDRESS:
CITY AND ZIP CODE: **, IN**

HEARING DATE:

REFERENCE NUMBER:
**13467.0001.**

Plaintiff(s):  **The Evolutionary Level Above Human, Inc., d/b/a the Telah Foundation, etc.**
Defendant(s):  **Steven Robert Havel, et al**

**AFFIDAVIT OF NON-SERVICE**

CASE NUMBER:
**3:22-cv-00395**

I received the within assignment for filing and/or service on   June 9, 2022 and that after due and diligent effort I have not been able to serve said person. I attempted service on this servee on the following dates and times:

Servee:   **Jason Bartel**

Documents:   **Summons; Complaint; Civil Cover Sheet**

As enumerated below:

**6/15/2022 – 1:35 PM**      N4019 Forest Dr
**Home**                                Hancock, WI 549437752
This is his fathers house. His family has no contact with him and could not provide a location for him. Subject's whereabouts are unknown.



That the fee for this Service is  $ 493.60

Subscribed and sworn before me, a Notary
Public, this 21st day of July, 2022

*St. A. Schwartz*

NONE - Notary Public
My Commission expires on:  10-14-2022

*Kathy Myers*                              7/21/2022

Kathy Myers
County:
3150 North 24th Street, #D104
Phoenix, AZ 85016
(602) 256-9700

### AFFIDAVIT OF NON-SERVICE
Order#: AZ262245

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*

**MESSNER REEVES LLP / PHX**
7250 N 16th Street, Suite 410  Phoenix, AZ 85020

TELEPHONE NO.: **(602) 457-5059**          FAX NO.:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: **Plaintiff**

FOR COURT USE ONLY

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA**

STREET ADDRESS:

CITY AND ZIP CODE: **, IN**

HEARING DATE:

REFERENCE NUMBER:
**13467.0001.**

Plaintiff(s): **The Evolutionary Level Above Human, Inc., d/b/a the Telah Foundation, etc.**
Defendant(s): **Steven Robert Havel, et al**

**AFFIDAVIT OF NON-SERVICE**

CASE NUMBER:
**3:22-cv-00395**

I received the within assignment for filing and/or service on  July 8, 2022 and that after due and diligent effort I have not been able to serve said person. I attempted service on this servee on the following dates and times:

Servee:   **Jason Bartel**

Documents:   **Summons; Complaint; Civil Cover Sheet**

As enumerated below:

**7/11/2022 -- 12:01 PM**      5600 Tecumseh Ave
**Home**                              Monona, WI 537162963
There was no response at the door. Server left their business card with a sticky note on the front door. A neighbor check was attempted at 5506 and there was no response there either. The server has not received a phone call in regards to their card.

**7/12/2022 -- 7:27 PM**      5600 Tecumseh Ave
**Home**                            Monona, WI 537162963
There was no answer and no cars present. Left business card. Checked with neighbor at 5602 and there was no answer.

**7/13/2022 -- 8:10 AM**      5600 Tecumseh Ave
**Home**                            Monona, WI 537162963
Previous business card was still on the front stoop. Left another business card. Checked with neighbor at 5602 and there was no answer.

That the fee for this Service is  $ 398.00

Subscribed and sworn before me, a Notary
Public, this 25th day of July, 2022.

*Joanne Van Norman*
NONE - Notary Public
My Commission expires on: 8/7/24

NOTARY PUBLIC
JOANNE VAN NORMAN
STATE OF WISCONSIN

*Kamille Valenzuela-Sanchez*                    7/20/2022

Kamille Valenzuela-Sanchez
County:  Dane, Suak Iowa, Columbia, Jefferson
3150 North 24th Street, #D104
Phoenix, AZ 85016
(602) 256-9700

**AFFIDAVIT OF NON-SERVICE**
Order#: AZ264661

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*

**MESSNER REEVES LLP / PHX**
7250 N 16th Street, Suite 410  Phoenix, AZ 85020

TELEPHONE NO.: **(602) 457-5059**                    FAX NO.:

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*: **Plaintiff**

FOR COURT USE ONLY

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA**

STREET ADDRESS:

CITY AND ZIP CODE: **, IN**

HEARING DATE:

REFERENCE NUMBER:

**13467.0001.**

Plaintiff(s):  **The Evolutionary Level Above Human, Inc., d/b/a the Telah Foundation, etc.**

Defendant(s):  **Steven Robert Havel, et al**

| | |
|---|---|
| **AFFIDAVIT OF NON-SERVICE** | CASE NUMBER: **3:22-cv-00395** |

I received the within assignment for filing and/or service on  July 8, 2022 and that after due and diligent effort I have not been able to serve said person. I attempted service on this servee on the following dates and times:

Servee:   **Jason Bartel**

Documents:   **Summons; Complaint; Civil Cover Sheet**

As enumerated below:

**7/11/2022 -- 11:44 AM**      527 Dunning St
**Home**                                 Madison, WI 537045632
I arrived at the given address. Current resident stated that Jason Bartels does not live at (527 Dunning St.) She didn't know him or where he lives. A neighbor at (525 Dunning St.) also stated that she didn't know if Jason still lived there.

That the fee for this Service is  $ 205.00

Subscribed and sworn before me, a Notary
Public, this 25th day of July, 2022

*Joanne Van Norman*
NONE - Notary Public
My Commission expires on: 8/7/24

*[Notary seal: JOANNE VAN NORMAN — NOTARY PUBLIC — STATE OF WISCONSIN]*

*Kam VDS*                              7/20/2022

Kamille Valenzuela-Sanchez
County:  Dane, Suak Iowa, Columbia, Jefferson
3150 North 24th Street, #D104
Phoenix, AZ 85016
(602) 256-9700

**AFFIDAVIT OF NON-SERVICE**
Order#: AZ264662

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| **MESSNER REEVES LLP / PHX**<br>7250 N 16th Street, Suite 410   Phoenix, AZ 85020<br><br>TELEPHONE NO.: **(602) 457-5059**          FAX NO.:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **Plaintiff** | |

| **UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA**<br><br>STREET ADDRESS:<br>CITY AND ZIP CODE: **, IN**<br><br>HEARING DATE: | |
|---|---|
| | REFERENCE NUMBER:<br>**13467.0001.** |

| Plaintiff(s):  **The Evolutionary Level Above Human, Inc., d/b/a the Telah Foundation, etc.**<br>Defendant(s):  **Steven Robert Havel, et al** | |
|---|---|
| **AFFIDAVIT OF NON-SERVICE** | CASE NUMBER:<br>**3:22-cv-00395** |

I received the within assignment for filing and/or service on  July 12, 2022 and that after due and diligent effort I have not been able to serve said person. I attempted service on this servee on the following dates and times:

       Servee:  **Jason Bartel**

      Documents:  **Summons; Complaint; Civil Cover Sheet**

As enumerated below:

**7/13/2022 -- 11:12 AM**    417 Elmside Blvd Apt 2
**Home**               Madison, WI 537045763
I arrived at the given address. Bad address per male resident. The neighbor in apartment #1 did not know if Jason Bartel lived there and there was no answer at Apt. 3.

That the fee for this Service is  $ 205.00

Subscribed and sworn before me, a Notary
Public, this 25th day of July, 2022

*Joanne Van Norman*
NONE - Notary Public
My Commission expires on: *8/7/24*

*Kamille V-S*                                    7/20/2022
Kamille Valenzuela-Sanchez
County:  Dane, Suak Iowa, Columbia, Jefferson
3150 North 24th Street, #D104
Phoenix, AZ 85016
(602) 256-9700

*[Notary seal: JOANNE VAN NORMAN — NOTARY PUBLIC — STATE OF WISCONSIN]*

**AFFIDAVIT OF NON-SERVICE**
Order#: AZ264860

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| MESSNER REEVES LLP<br>7250 N 16th Street, Suite 410   Phoenix, AZ 85020<br>TELEPHONE NO.: (602) 457-5059          FAX NO.:<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA<br>STREET ADDRESS:<br>CITY AND ZIP CODE: , IN<br>HEARING DATE: | REFERENCE NUMBER:<br>13467.0001. |
| Plaintiff(s):  The Evolutionary Level Above Human, Inc; et al<br>Defendant(s):  Steven Robert Havel; et al | |
| AFFIDAVIT OF NON-SERVICE | CASE NUMBER:<br>3:22-cv-00395 |

I received the within assignment for filing and/or service on  July 8, 2022 and that after due and diligent effort I have not been able to serve said person. I attempted service on this servee on the following dates and times:

Servee:   **Jason Bartel**

Documents:   **Summons; Complaint; Civil Cover Sheet**

As enumerated below:

**7/13/2022 -- 5:15 PM**          2458 Pennsylvania Ave
**Business**                  Madison, WI 537044754
The defendant is a driver for the Taxi Company. He had left for the day. He would be driving again today 7/14. I was told the best time to get him is around 5 when he most likely would return for the end of his day. They couldn't provide a start time for me. I was there yesterday around 5:15 and was told he didn't work that day.

**7/15/2022 -- 5:00 PM**          2458 Pennsylvania Ave
**Business**                  Madison, WI 537044754
Subject is evading. I was told by the dispatch operator to " leave and go away ". Will be unable to serve subject at this lcoation, staff is very uncooperative.

That the fee for this Service is  $ 402.00

Subscribed and sworn before me, a Notary
Public, this ~~25th~~ 9th day of ~~July~~ August 2022

Diane M. Ripp
Notary Public My
Commission expires on: 10|18|2022

Lynn Kalupa
County:
177 N. Church Ave. Ste. 1015
Tucson, AZ 85701
(520) 288-8939

8-9-2022
~~7/20/2022~~

(Notary seal: DIANE M. RIPP · NOTARY PUBLIC · STATE OF WISCONSIN)

## AFFIDAVIT OF NON-SERVICE
Order#: AZ264659