UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation, an Arizona nonprofit corporation, <br><br>       Plaintiff, <br><br>  v. <br><br>Steven Robert Havel; <br>Cathy JoAnn Weaver; <br>Jason Bartel, <br><br>       Defendants. | Civil Action No. 3:22-cv-00395 |

**ANSWER TO COUNTERCLAIMS**

Plaintiff, The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation (the "Foundation") by and through their attorney, to the extent necessary, hereby answer the alleged "counterclaims" brought by Defendants Steven Robert Havel and Cathy JoAnn Weaver (collectively, "Defendants").

**GENERAL DENIAL**

Unless specifically admitted below, the Foundation denies each and every allegation set forth in the counterclaims. Any factual allegation admitted below is admitted only as to the specific admitted facts, not as to any purported conclusions, characterizations, implications, or speculations that arguably follow from the admitted facts. The Foundation denies that Defendants are entitled to the relief requested or any other.

## ANSWER

1. / 134.[1]   The Foundation admits that TOA is the original authors, owners, and creators of the Video Works, as stated on the copyright registrations. The Foundation is the owner of rights to all of the intellectual property of TOA. The Foundation denies any allegation that its copyright registrations were in any way invalid or that the Video Works had any sort of prior registration. To the extent that there are any additional factual averments that require a response, the Foundation denies said averments.

2. / 135.   The Foundation denies that Mr. Humphry or Right to Know ever had any legal rights to any intellectual property, to the extent any rights existed, they were relinquished as part of the 1999 Consent Decree and Settlement between TELAH and Right to Know.  To the extent that there are any additional factual averments that require a response, the Foundation denies said averments.

3. / 136.   The Foundation admits that the original authors and creators of the Literary Work is as stated on the copyright registrations. The Foundation denies that "the group" registered copyrights on the material or that there was any agreement that such work be "re-produced upon anyone desiring to do so" or that any use of said Literary Work was "directly against the wishes of the group and Do." To the extent that there are any additional factual averments that require a response, the Foundation denies said averments.

4. / 137.   The Foundation has no knowledge of the truth of the averments in Paragraph 137 and denies them on that basis.

5. / 138.   The Foundation admits it has received information related to these materials.  To the extent that there are any additional factual averments that require a response, the Foundation denies said averments.

---

[1] While the counterclaims asserted by Mr. Havel (*see* Doc. 20) and Ms. Weaver (*see* Doc. 26) are identical, the paragraph numbering is different.  The paragraph numbers shown herein show the paragraph numbers from Mr. Havel's counterclaim followed by a "/" and then the corresponding paragraph number from Ms. Weaver's counterclaim.

6. / 139.      This paragraph constitutes a legal conclusion to which no response is required. To the extent a response is required, it is denied.

7. / 140.      This paragraph constitutes a legal conclusion to which no response is required. To the extent a response is required, it is denied.

8. / 141.      This paragraph constitutes a legal conclusion to which no response is required. To the extent a response is required, it is denied.

## ANSWER TO PRAYER FOR RELIEF

The Foundation denies that Defendants are entitled to any relief requested against the Foundation.

## AFFIRMATIVE DEFENSES
## FIRST AFFIRMATIVE DEFENSE
### *(Failure to State a Claim)*

Defendants' Counterclaims, in whole or in part fail, to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE
### *(Doctrine of Unclean Hands)*

Defendants' Counterclaims, in whole or in part, are barred by the doctrine of unclean hands.

## THIRD AFFIRMATIVE DEFENSE
### *(Lack of Standing)*

Defendants lack standing to pursue, some or all of, the alleged counterclaims.

RESPECTFULLY SUBMITTED this 17th day of August 2022.

       /s/ *Isaac S. Crum*
MESSNER REEVES LLP
Isaac S. Crum (AZ Bar #026510)
icrum@messner.com
7250 N. 16th Street, Suite 410
Phoenix, Arizona 85020
Telephone: (602) 641-6705
Facsimile: (303) 623-0552

{06660172 / 1}                4

## CERTIFICATE OF SERVICE

      I hereby certify that on the 17th day of August 2022, I electronically file the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to counsel of record. A copy of this filing was also sent via mail to the following:

> Cathy JoAnn Weaver
> 5776 Grape Road, Ste 51
> PMB #121
> Mishawaka, IN 46545
>
> Steven Robert Havel
> 5776 Grape Road, Ste 51
> PMB #121
> Mishawaka, IN 46545

          /s/ Isaac S. Crum
          Isaac S. Crum