UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation, an Arizona nonprofit corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>Steven Robert Havel;<br>Cathy JoAnn Weaver;<br>Jason Bartel,<br><br>    Defendants. | Civil Action No. 3:22-cv-00395 |

**AFFIDAVIT OF SERVICE OF JASON BARTEL**

Undersigned hereby declares as follows:

(1) Pursuant to this Court's August 19, 2022 Order regarding alternative service (Doc. 33), on or about August 24, 2022 a copy of the summons and complaint in this matter was mailed via certified mail, return receipt requested, to Mr. Bartel's employer, Union Cab.

(2) The copy of the summons and complaint were delivered on or about August 25, 2022 and signed for by Lonnie Wild.

(3) The return receipt was received by undersigned shortly thereafter and a true and correct copy of the return receipt is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 9th day of September 2022.

                                                     /s/ Isaac S. Crum
                                                   MESSNER REEVES LLP
                                                   Isaac S. Crum (AZ Bar #026510)
                                                   icrum@messner.com
                                                   7250 N. 16th Street, Suite 410
                                                   Phoenix, Arizona 85020
                                                   Telephone: (602) 641-6705
                                                   Facsimile: (303) 623-0552

## CERTIFICATE OF SERVICE

      I hereby certify that on the 9th day of September 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to counsel of record.  A copy of this filing was also sent via mail to the following:

    Cathy JoAnn Weaver
    5776 Grape Road, Ste 51
    PMB #121
    Mishawaka, IN 46545

    Steven Robert Havel
    5776 Grape Road, Ste 51
    PMB #121
    Mishawaka, IN 46545

                                               /s/  Isaac S. Crum
                                               Isaac S. Crum