# EXHIBIT 1

# Entity Information

**Search Date and Time:**
9/6/2022 12:15:26 PM

### Entity Details

Entity Name:

THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION

Entity ID:

08194851

Entity Type:

Domestic Nonprofit Corporation

Entity Status:

**Active**

Formation Date:

9/23/1997

Reason for Status:

In Good Standing

Approval Date:

9/23/1997

Status Date:

Original Incorporation Date:

9/23/1997

Life Period:

Perpetual

Business Type:

RELIGIOUS

Last Annual Report Filed:

2022

Domicile State:

Arizona

Annual Report Due Date:

5/23/2023

Years Due:

Original Publish Date:

**Statutory Agent Information**

Name:

MARK KING

Appointed Status:

Active

Attention:

Address:

23623 N Scottsdale Rd D3-424, SCOTTSDALE, AZ 85255, USA

Agent Last Updated:

2/23/2022

E-mail:

Attention:

Mailing Address:

County:

Maricopa

**Principal Information**

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|-------|------|-----------|---------|----------------------|--------------|
| Director | MARK KING | | P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA | 9/23/1997 | 3/23/2019 |
| Director | SARAH KING | | P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA | 9/23/1997 | 3/23/2019 |
| President/CEO | MARK KING | | P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA | 9/23/1997 | 3/23/2019 |
| Secretary | SARAH KING | | P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA | 9/23/1997 | 3/23/2019 |

Page 1 of 1, records 1 to 4 of 4

**Entity Known Place of Business**

Attention: TELAH

Address: 23623 N Scottsdale Rd D3-424, SCOTTSDALE, AZ, 85255, USA

County: Maricopa

Last Updated: 2/23/2022

Entity Principal Office Address

# EXHIBIT 2

MRC/SRF,

By now, having read the enclosed press release, you should be aware that we have exited our vehicles just as we entered them. Also included are two videotapes of DO and the Class, a list of the others who are receiving this final press release and "Earth Exit Statements by Students," as well as a document describing our location. The Internet account information, however, we sent only to you, RKK, and OSC.

Enclosed is a key to our storage units which we prefer remain confidential to you and whomever on the list above would be most helpful to you – we suspect RKK and OSC would likely be a big help – but including others would be OK as well, whatever your strategy permits. We put into storage items that we would prefer the authorities not have access to. You can do with those items whatever feels right to you. The only exception to this is some exercise equipment which belongs to our landlord, Sam, and we suspect he will want at some point. The storage units are #241 (use key 798 for this unit) and #147 (key 591), located at Private Storage Systems, 2421 Barham, Escondido, CA. The passcode to get through the gate is * 21484 # – the related contract/paperwork is also included in this package, and we have attached a map that further pinpoints this location.

We also have a 20 foot yellow truck in a separate storage unit, and we did think that RKK would be a good choice to retrieve it – it's big enough to be able to haul all of what's in storage, we believe. The truck storage paperwork is also enclosed. The name of the company is California Self Storage located at 5206 Eastgate Mall, San Diego, CA 92121-2809. The unit number is F 258 and the access code is *351-3046. Pursers have included an additional document as part of this packet that further covers the disposition of our cars and this truck. So we ask that you refer to that document for details. It is our desire that any items of value that are retrievable by you be divided among those who feel inclined to disseminate our information. Any of the funds you retrieve can be used towards that end and for the living expenses of those involving themselves with this project. It is likely that the items currently in the residence will not be easily available to you – so we did mention to our landlord, Sam, who might have better luck with the authorities in claiming some of those items, since he owns the house, that he could have whatever valuables are there – which likely will amount to a few TV's, some bunks, a few household items, and perhaps a laptop computer or two.

On another note, we uploaded the heavensgate website to an ISP in Romania, and we also FedEx'ed the Romanian webmaster the diskettes containing the entire site along with the diskette containing the final press release and the Earth Exit Statements by Students (these final statements are on a separate disk which hopefully RKK will be able to upload, however the Romanian fellow will have the entire site on diskette as back-up). We have prepaid two months of webhosting on this Romanian server under the name of Sister Michael Remi. The webmaster's name is Ionut Muntean, telephone number: 011 40 68 322150. He speaks and writes English well enough for us to communicate with him, and seems to be an agreeable fellow. All he knew about us however, before now, is that we were a small Interfaith monastery with some "non-traditional" views. So we're not sure what his response will be to this most recent event.

We are hoping, of course, to use this site as an alternate way to access our information in case the authorities shut down our sites in the States. The URL for this site is www.heavensgate.deltanet.roknet.ro.

As you may have noticed, we have listed Simon Boyce as our preferred media contact. He recently requested to use us in a major documentary about UFO's and paranormal (he works for the BBC, however he and his crew are currently working out of the CBC office – Canadian Broadcast Company – in New York). Although we declined the interview, he tried to make the point with us on several occasions that their intention was to be as objective as possible. So, whether or not that is possible (for the media to remain objective) at least his frame of mind attempts to lean in that direction. His producer/director, Debbie Geller, at a later time made another sincere attempt to try to convince us to participate in their documentary. So, for this reason, we are recommending that they be involved to some degree in the coverage of this event, that is, if their attitude seems to remain somewhat objective and you find working with them not too difficult. Of course, this is contingent upon whether or not you should choose to say anything to the media on our behalf. We would hope that the public would have an opportunity for more thorough knowledge of who we are and what we're about.

(continued on next page)

Hopefully, you will be able to work together with MRC/SRF, OSC (Oscody), JHN, and NEO (who is currently working for a company in LA called InterAct Entertainment). There is also a recent correspondent from Germany by the name of Soeren, who has been trying to make it to the US to meet with us. OSC is in contact with this individual and has offered housing for him at the Phoenix satellite. We gave instructions to OSC that if Soeren continues to try to support us and to move in our direction, that he can be included in events that transpire to whatever degree feels right. Soeren has been through quite a lot recently in his attempts to come our way, and DO thinks that he deserves our/your help if he still wants it.

Also, it's OK of you want to ask PYP if he would like to participate in any way.

We're probably not thinking of all the things we need to pass on, but if you ask TI and DO for help, as you know, you will get all you need and then some.

Good Luck.

Your Friends

**Note:** Due to time limitations and less than professional equipment, the quality is rather poor on the enclosed videotapes, and for this we apologize. Some of the individuals on the list are receiving SVHS tapes and some will be receiving the standard VHS format – our intention is for those SVHS tapes to serve primarily as masters for making further copies, which we are certainly encouraging. (RKK, you have the original master, we thought you would know best how to duplicate the tapes and where to distribute them for widest coverage.) These tapes can be sent to the media or wherever you feel would be appropriate. However, in case you don't know this already, the SVHS tapes will not play properly on a standard VHS player/recorder, you will need to view them on an SVHS machine.

**Additional Note:** We suspect that the authorities will take an immediate interest in you – your whereabouts – your plans in relationship to the action that we took – and we are asking that you be cautious and aware of this for your own protection.

RKK,

By now, having read the enclosed press release and the Earth Exit Statements by Students, you should be aware that we have exited our vehicles just as we entered them. Also enclosed is a list of the others who are receiving this press release, as well as a document describing our location. The Internet account information, however, we sent only to you, MRC/SRF, and OSC. We are hoping that with your computer skills, you might choose to assist us in this capacity for whatever length of time feels right to you. We are particularly interested in having you upload the files on the third diskette entitled "Earth Exit, final press release, and index page" to all three of our websites. Instructions to do this have been written up by SRR/VRN and are included in this packet. We are also interested in someone following through with keeping a check on the site located on the Romanian ISP listed on the account information sheet.

We did upload the site to his server last Thursday and we also FedEx'ed the Romanian webmaster the same set of diskettes as you received containing the entire site along with a press release and related documents. We have prepaid two months of webhosting on this Romanian server under the name of Sister Michael Remi. The FTP and telenet access routine is detailed on the account information sheet. The webmaster's name is Ionut Muntean, telephone number: 011 40 68 322150. He speaks and writes English well enough for us to communicate with him, and seems to be an agreeable fellow. All he knew about us however, before now, is that we were a small Interfaith monastery with some "non-traditional" views. So we're not sure what his response will be to this most recent event.

We are hoping, of course, to use this site as an alternate way to access our information in case the authorities shut down our sites in the States. The URL for this site is www.heavensgate.deltanet.roknet.ro – the server is unix machine. If you run into any questions regarding the unix server, a friend of some classmembers named Chris Milus (he's on the list we sent you), runs an ISP in Tennessee, which currently houses the heavensgate.com site. He's very unix knowledgeable, and we suspect he'll be more than happy to help out.

Thanks for your help on this.

Also we want to make it clear that we're certainly not asking you to do this if, after receiving this information, circumstances make it too difficult or other options seem more appropriate for you. We want you to feel free to exercise any available options with whatever timing feels right for your own next step.

We have listed Simon Boyce as our preferred media contact. He recently requested to use us in a major documentary about UFO's and paranormal (he works for the BBC, however he and his crew are currently working out of the CBC office – Canadian Broadcast Company – in New York). Although we declined the interview, he tried to make the point with us on several occasions that their intention was to be as objective as possible. So, whether or not that is possible (for the media to remain objective) at least his frame of mind attempts to lean in that direction. His producer/director, Debbie Geller, at a later time made another sincere, attempt to try to convince us to participate in their documentary. So, for this reason, we are recommending that they be involved to some degree, in the coverage of this event, that is, if their attitude seems to remain somewhat objective and you find working with them not too difficult. Of course, this is contingent upon whether or not you should choose to say anything to the media on our behalf. We would hope that the public would have an opportunity for more thorough knowledge of who we are and what we're about.

(continued next page)

Hopefully, you will be able to work together with some of the following: OSC, RKK, JHN, FLX/ABL and NEO (who is currently working for a company in LA called InterAct Entertainment). There is also a recent correspondent from Germany by the name of Soeren (we couldn't remember if we mentioned him to you or not), who has been trying to make it to the US to meet with us. OSC is in contact with Soeren and has offered Soeren housing at his apartment. We gave instructions to OSC that if Soeren continues to try to support us and to move in our direction, that he can be included in events that transpire to whatever degree feels right. Soeren has been through quite a lot recently in his attempts to come our way, and DO thinks that he deserves our/your help if he still wants it.

We also asked OSC to register the Heaven's Gate book with the Library of Congress and that if he needed any funds to accomplish this, that you would cover it out of the project funds that you have on hand.

Also we want to make it clear that we're certainly not asking you to do these tasks if, after receiving this information, circumstances make it too difficult or other options seem more appropriate for you. We want you to feel free to exercise any available options with whatever timing feels right for your own next step. No doors are closed to you.

We're probably not thinking of all the things we need to pass on, but if you ask TI and DO for help, as you know, you will get all you need and then some. Our hearts are with you and we appreciate your help on all this.

Good Luck.

The Class

Note: Due to time limitations and less than professional equipment, the quality is rather poor on the enclosed videotapes, and for this we apologize. Some of the individuals on the list are receiving SVHS tapes and some will be receiving the standard VHS format – our intention is for those SVHS tapes to serve primarily as masters for making further copies, which we are certainly encouraging. (RKK has the original master in his packet). These tapes can be sent to the media or wherever you feel would be appropriate. However, in case you don't know this already, the SVHS tapes will not play properly on a standard VHS player/recorder, you will need to view them on an SVHS machine.

Additional Note: We suspect that the authorities will take an immediate interest in you – your whereabouts – your plans in relationship to the action that we took – and we are asking that you be cautious and aware of this for your own protection.

 **URGENT Note:** Please drop the letter in the mail addressed to our landlord, Sam, as soon as you feel comfortable *that he will not get that letter before you have a chance to get to the address* listed in the "Location" document.



If you choose to accept this mission....hopefully this note thoroughly explains all you need to know about the keys/titles/bills of sale for the cars we've been using. We all thank you very much for any and all the help you have given us—we appreciate it, and the Next Level appreciates it, more than you know.

What we've done is to take all the cars to the San Diego Airport Parking Co., the location of which is shown on their flyer and further clarified on the marked Mapsco pages. Note that there is free shuttle service from and to the San Diego Airport. Also enclosed are one set of keys, the signed title, and a signed Bill of Sale for each car. The Olds has two Bills of Sale, in case it matters what state the Bill of Sale must be for (since the title and registration are in different states). We are hoping that you will solicit help from Oscar (OSCODY), RKK, FLX/ABL, and others as you need it.

### NOTE

Whoever picks up the car(s) will need to present the enclosed claim ticket and have the car keys with them. There is someone on duty 24 hours a day and you can pick up the cars at any time. We've paid for one month's parking to give you plenty of time to make whatever arrangements you need to.

*THE CLAIM CHECK ENCLOSED ARE IN NAME OF MARK! THE CAR DESIGN[?] ARE WRITTEN in [?] the top of the Ch[?] check.*

It's up to you how the vehicles are distributed, but the following suggestions were ok'd by Links:

- White Ford van (X-van) and dark blue Mercury Sable (S-car) to MRC/SRF. We thought you might be able to use X-van to help shuttle things around for your business.
- The white Lincoln Continental (LC-car) to RKK.
- The silver Mazda van (M-van) and tan Oldsmobile (O-car) to OSC. We thought if Soren comes that it would be helpful for him to have use of a car—perhaps the Olds would be suitable for his use.
- ~~Maybe you could contact NEO, JHN, FLX/ABL, or possibly PYP to see if any of them want the blue Ford Van (Blue van) or any of the cars that you, RKK, or OSC don't want, or if they could use the proceeds from a sale—you can work it out with them as you see fit.~~ *left at residence*
- If there are vehicles that are not wanted or can't be used, maybe they could go on some car lot on consignment, or be sold, or given away, or just forget about them. We do feel the I-van (white Handicap van that really stands out in a crowd of cars) could be sold for something, maybe to a Nursing Home or Handicap place, etc. It's in very good shape. Maybe OSC or RKK could help you with its disposition.
- The large yellow moving truck can be found at our storage place (the accessing and disposing of storage items are covered in another note to you). Again, perhaps you could get some help from RKK or OSC in handling the truck and storage.
- Pertinent information about each car (maintenance records, care instructions, etc.) can be found in the respective glove compartments or on the front seat. Note that the I-van has a book of instructions for how to operate its various features. It's particularly important that this book be read before operating the vehicle. Also, you will find extended warranties for S-car and LC-car.

Another set of keys, as well as list of vehicles, a copy of this note, and copies of the paperwork are coming to you in another package, just in case something happens to one package. Some cars may have a travel bag in them—be sure to get the bags and their purser contents.

Thanks again,
The Class

March 22, 1997



You are about to inherit what's left of our purser task, to do with as you choose. We are arranging to get some funds to all of you (RKK, OSC & MRC/SRF) from what we have on hand, but we know that there is no way we can pay you for whatever efforts you may or may not choose to contribute in collecting our loose ends and disseminating information about what actually happened here.

**Funds Which May Come In After We Leave**

We don't know if you'll actually be able to get any of these funds, but if it is possible, we'd like these funds to be available to those who still support the class and want to help get our information out.

We had two clients who still owe healthy amounts to our company, Higher Source Contract Enterprises. For security reasons (we aren't sure how public MRC/SRF's P.O. may become), we are asking these clients to make out their final checks to OSC and mail them directly to OSC, but these companies may or may not cooperate. Should these clients send checks to our Higher Source P.O., the mail should be forwarded to our box with MRC/SRF, and if you choose, you could deposit those checks in our Higher Source bank account via mail, and use the signed checks that we are sending you to get the money out. If they pay OSC directly, then hopefully he can cash the checks and divvy the funds up with the others. There are three significant amounts still owed to us.

QwikCap
4755 Oceanside Blvd., Suite 130
Oceanside, CA 92056
Contact: Spencer C. Elliott, Phone: 619-631-5280, Fax: 619-631-5285

*Spencer knew us as June, Goider Sonny, Stewart, & Rio of Higher Source*

Amounts Owed:  $4,750.50 (due 3/28/97)
$9,400.00 (due 3/14/97)

*Update; We decided not to ask QwikCap to send a check to OSC, If They send a check, it will be to Higher Source*

Btek Computer Services
3802 E. University, Suite 5
Phoenix, AZ 85034
Contact: Stan Babowicz, Phone: 602-470-0705, Fax: 602-470-0753

*Stan knew us as Melinda & Sonny of Higher Source*

Amount Owed:  $3750.00 (Overdue since about Dec. 96, but we subcontracted for a client who has been slow to pay. Stan has been expecting payment any day, and if he does get the funds, we believe he will in turn pay us.)

The other source of income we expect is from tax refunds. We provided you a Power of Attorney for anyone expecting a tax refund, and a list of refunds expected, but we don't know if you'll be able to successfully cash any checks or not—or even if you'll want to try.

You can also use whatever is in the TELAH bank account, which we think is about $1430.

## Postal Boxes

We provided you a list of all our P.O.'s. We closed out a couple of P.O.'s (a U.S. Post Office box in Rancho Santa Fe, and a P.O. for OLL & TLL in Colorado Springs). We sent letters to four P.O.'s asking them to forward weekly to the box we have with you in Phoenix, and we gave them forwarding funds for this purpose. A fifth P.O. (Del Mar Hts P.O.) we did nothing with, since it had little mail going to it. The sixth P.O., the Scottsdale P.O. also was not forwarded. Instead, we are giving you the keys to the Scottsdale P.O. in case you choose to stop by and pick up the mail. Other than the checks you might get through our Higher Source P.O., we doubt that there will be much of interest to you in our mail.

## Power of Attorneys/ID's

We are sending you a comprehensive Power of Attorney for anyone expecting a tax refund, or who has major items (cars, credit cards, insurance, rent, etc.) in their name. We don't know if these will be accepted by those you deal with, or if you'll have any reason to use them. We also sent you a list of the legal names of all the individuals in the class along with their basic information and a copy of everyone's passport or ID.

## Bank Accounts

We have only two bank accounts of possible interest to you—business accounts for Higher Source Contract Enterprises and TELAH Services.

## Bills

We do not expect or want you to pay any bills. We've left extra funds with our landlord, the credit card companies, and anyone else that we thought might have reason to think we might owe them money. We even filed all of our tax returns for 1996 and paid any taxes that anyone should owe this year. (Copies of our tax returns and all supporting documents have been left in our craft for the government.) We did our best to pay anyone and everyone. If we missed something, it was unintentional, and our bills certainly shouldn't be a concern for those of you who feel led to continue here.

## Voicemails

We sent letters canceling all of our voicemails as of 4/1/97.  You shouldn't need to be concerned about any of these.

**Insurance/Registrations**

We are sending you a list of our cars and basic related information.  We didn't cancel insurance or registrations for the cars (and we don't think you need to).  We figured that as cars are sold or re-registered, this issue will take care of itself.

**Phone Cards**

We have a couple of pre-paid phone cards that still have some funds on them if you'd like to use them.  (We used them for calling from pay phones.)  To use them dial:  1-800-355-0599 and enter the account number.  The account numbers are:

27841873   Balance about $96
54937763   Balance about $42

May the force be with you!

Pursers (SNG, SLV, MLL, GLD)

Rkk,

Last minute additions for the web site -- if you would like to help
in this way.  Heavensgatetoo is our primary concern.  We have others
that may already correct the other sites if you don't get a chance
to get to it.  Note: any existing graphics that are missing from
these files can be found already on the web site.

Re: Installation of the files found on this disk.

The files on this disk are a press release and the latest papers by
students regarding our exit.  These are intended as updates to the
existing websites of heavensgate, heavensgatetoo, levelabovehuman, and
the Romania heavensgate site.

Since the heavensgatetoo site has a unique set up from the rest, you will
find a "too" subdirectories present on this disk.  The files in it
are the equivalent to heavensgate (or levelabovehuman) but are for
heavensgatetoo.

For simplicity, you will find both index.htm and index.html in the root
directories.  These are duplicates of one another.  Some of the sites
default to index.htm others to index.html, hence the duplication -- upload
both.  The files in the "misc" directory compliment what is already
in the online misc directories.  The new index files update the index
files that already exist in the online root so that they will now include
pointers to the press release and student exit papers.

On another disk that you were sent, you will find the account information
you need in order to upload these files.

Thanks,

Your Friends.



Chris and Holly,

   Well, it's difficult to know where to start since you know quite a bit about us, yet it's been through the acquaintance of only a few classmembers. Those of us who do know you, never felt it was sheer happenstance that our paths seemed to cross as they did. And we're hoping that your association with us won't put you in too awkward a situation, especially by hosting the heavensgate website. (Enclosed is a diskette containing the contents of the site, which we are providing you as insurance and back-up.)

   Enclosed is also a list of others who are receiving this information simultaneously – many of these are individuals who have spent varying degrees of time in the class and who, for individual reasons, found themselves outside the class at this time.

   We believe you know Rio who is now working at InterAct Entertainment in L.A. designing websites. Their server currently houses the Kushner-Locke website (one of the owners of InterAct, Nick Marzorlis, is friends with Peter Locke). Nick also knows us – who we are – and we have done quite a bit of work for his company).

   We're not aware of anyone else on the list that you know personally – but we suspect that they'll all be quite cooperative and helpful to you.

   Chuck Humphrey is a computer programmer and all-around computer person who will be keeping up with our site on a Romanian unix server as well as uploading to the heavensgate site the final press release and the Exit Statements by Students. If for some reason there is a delay in the upload to the site on your server, feel free to go ahead and do it. All the files that need to be replaced and/or added are on a single diskette labeled "Earth Exit, final press release, and index page." We mentioned to Chuck to contact you if he had any questions regarding unix – we thought you'd be happy to help him out if he needs it.

   We obtained space on this Romanian server to house a mirror site of heavensgate. The URL is www.heavensgate.defianet.roknet.ro – hopefully the webmaster can withstand the controversy. This Romanian fellow knows very little about us until such time as he receives this Fedex with press release, except that we are a small interfaith monastery with some "non-traditional" views. His name is Ionut, and he was quite agreeable when we spoke to him on the telephone, but that was before he was aware of our history or of events to follow.


   Well, here's to you. Thanks for your help throughout the years. We do suspect, however, that our paths are likely to cross yet again – we'll see.

Your friends,

June, Steele, Sonny, Nick, Evan, Otis, and Geoff

this letter was sent to MARS MEDIA – Holly CRAIG used to Have the Heavens gate Site on their Server until it was removed and given to RYAN SCADSBURG.

II. pAge 2

JHN,

By now, having read the enclosed press release and Earth Exit Statements By Students, you should be aware that we have exited our vehicles just as we entered them. Hopefully, you will receive this FedEx in a timely manner to coincide with the FedEx's being sent out simultaneously to the others on the list.

We have enclosed a set of diskettes containing the contents of our website, two final videotapes made by DO and the Class, the location of our exit, and the list of others receiving this packet – one reason we particularly wanted to put it in your hands is so that two copies of this material will now exist outside the States. The other is with a Romanian ISP with whom we've recently made arrangements to be one to house the heavensgate site (www.heavensgate.deltanet.roknet.ro) – but until such time as this FedEx reaches him, the webmaster there knows very little about us, so we'll see how that goes – how he chooses to respond.

You have been extremely helpful to us, and we wanted to especially thank you for that assistance. You seemed to be in tune with those times when that help was particularly appreciated.

We would hope that, should you feel inclined to assist with the dissemination of our information, you would contact some of the following: MRC/SRF, RKK, OSC (Oscar or OSCODY), FLX/ABL or NEO and work together on it to some degree, at least initially. That's not to influence any options you may choose on your own in relationship to us and this event, for all doors are still open to you as well. That's always your choice.

We wish you only the best and our hearts are with you.

Thank you.

The Class

**Note:** Due to time limitations and less than professional equipment, the quality is rather poor on the enclosed videotapes, and for this we apologize. Some of the individuals on the list are receiving SVHS tapes and some will be receiving the standard VHS format – our intention is for those SVHS tapes to serve primarily as masters for making further copies, which we are certainly encouraging. These tapes can be sent to the media or wherever you feel would be appropriate. However, in case you don't know this already, the SVHS tapes will not play properly on a standard VHS player/recorder, you will need to view them on an SVHS machine.

**Additional Note:** We suspect that the authorities will take an immediate interest in you – your whereabouts – your plans in relationship to the action that we took – and we are asking that you be cautious and aware of this for your own protection.

# LIST OF THOSE WHO RECEIVED SIMILAR PACKETS

(former classmembers currently handling TELAH's mail)
Mark and Sarah King
4757 East Greenway Rd., #103
Phoenix, AZ 85032
(602) 493-7678
solaty@cris.com

(current classmember in a satellite or "halfway-house" circumstance in relationship to the class)
Wayne Parker (a.k.a. OSC, Oscody or Oscar)
5515 N. 7th Street, #5-226
Phoenix, AZ 85014
(602) 279-3221
recgnizr@sprintmail.com

(former classmember)
Chuck Humphrey (a.k.a. RKK)  *(303) 457-1047*
841 Phillips Drive
Northglenn, CO 80233
(303) 452-1708
next-gen@ix.netcom.com

```
Mr. Chuck Humphrey
5023 W. 120th Ave. # 109
Broomfield, CO 80020
```

Chuck Humphrey is also at
Right to Know
420 East 120th Street, Unit B-2, Suite 107
Denver, CO 80020
(303) 784-5657

(former classmember)
Francisco J. Falcon (a.k.a. JHN)
URB Santa Fe,
Calle Jose D. Beaujon
Quinta Rosita
Punto Fijo, Falcon, Venezuela
+58 69 455709
tidoaim@telcel.net.ve

(former classmember who left class in late February of 1997)
Rik Ford (Rio DiAngelo) (a.k.a. NEO)
c/o InterAct Entertainment
9107 Wilshire, Suite 700
Beverly Hills, CA 90210
1-888 www-geti or 1-800 USSEARCH, ask for Rio)
rio@websitesnow.com

(former classmembers currently in a "satellite" circumstance in relationship to the class)
Lorraine and Floyd Snelson (a.k.a. FLX and ABL)
11845 State Route F
Rolla, MO 65401
(573) 364-1031

T0112

(friends of classmembers, they maintain the ISP currently housing heavensgate.com)
Chris Milus and Holly Craig
1387 Old Elkton Pike
Dellrose, TN 38449
(615) 732-4816 or (615) 433-9448
chris@dns.cnav.com or holly@dns.cnav.com

(segment producer/reporter (Simon) and producer/director (Debbie) with the BBC – currently doing
a documentary on UFO's – they are our preferred media contacts and we'd like them to have access
to the story first – they recently contacted us to do an interview which we declined, but we felt good
about them.  Feel free to contact them if you'd like to.)
Simon Boyce and Debbie Geller
BBC c/o CBC
747 Third Avenue, 8th floor
New York, NY  10017  Room 8-C
(212) 546-0547  (0545)
boyces@newyork.cbc.ca

(webmaster at a Romanian ISP, a back-up site for heavensgate – site address is
*www.heavensgate.deltanet.roknet.ro*)
Ionut Muntean
Deltasoft, LTD
2200 Brasov
50 Harmanului Street
B, fl.2, ap.9
ROMANIA
+40 68 322150
delta@deltanet.roknet.ro

# Location

We have been residing at a rental property in San Diego county owned by Sam Koutchesfahani – his telephone number is (619) 756-6868. We'd prefer that you call him only after one of you             visit the rental property yourself. He knows who we are to the best of his comprehension, and he is likely to be cooperative if he knows you are friends of our "monastery." He is an Iranian who is currently not allowed to leave this country due to some legal problems that he was involved in. He is experiencing quite a lot of financial difficulties at present and the house that we've been renting is one of his major assets. So he may be concerned in this regard. His wife is named Fifi and she has also been extremely nice to us; she has some idea that we are "angels."

Address:
18241 Colina Norte
Rancho Santa Fe, CA  92067

The street, Colina Norte, is located off a larger street which runs roughly E to W called El Camino Del Norte. Both of these roads are located on the North side of the little town of Rancho Santa Fe, California. Rancho Santa Fe is just E of the slightly larger town of Encinitas, CA and it is SW of the town of Escondido, CA.

There is an iron gate at the bottom of the drive. You'll likely need to hop the fence and enter the house to open the gate. The entry door between the two garage doors on the SW side of the house will be left unlocked. To open the gate, enter the house and locate the switch that looks just like a regular wall light switch; it is situated next to the main intercom/radio fixture mounted in the wall between the kitchen and the main front door – just flip the switch up and the gate will open.

The house is quite large and sits on a hill with a large iron gate at the bottom of the driveway. The house number (18241) is on the left concrete gate pillar. The driveway curves around the front of the house and then winds towards the garages to the side of the house and then around towards the back of the house. You can see the tennis court above and to the rear of the property from the garage area. You can enter the house as stated above through the regular household door situated between the two garage doors.

If you have access to a San Diego county *"Thomas Guide,"* the house is located on map 1148 in square D-7.

Sam, Fifi, Tawni & Tony:

First off, we wanted to say how much we appreciated your friendship. It's very unusual for us to have more than a brief association with humans, but maybe it was because your roots are not of the US and your belief is non-Christian. Anyway, when we first leased your house we knew your belief and trust in us was put to the test. As the months went by, we fulfilled all our obligations and we think we more than met your expectations. We feel that the Next Level arranged this circumstance with you and that we hope you're up to an even greater test. The test for you now is that our task here on earth is over and its time for us to go home—to return to the Kingdom of Heaven from where we came.

As you will remember Sam, we told you that these containers (bodies) were merely tools for us to use for our task and that we had borrowed them since the early to mid-seventies (more or less 22 to 24 years ago) and have been using them ever since. It's now time for us to exit this world and leave our borrowed bodies behind. Since we come from the world above human that created all that is including these human containers, each of us had the right to take one and use it, and each of us also has the right to lay it down. By the time you receive this letter we will have left a few days ago.

Since when we came into this world we borrowed these containers for the task we were given to do, it's necessary that we leave them behind upon our return so that this world will know that we came, offered the Kingdom of Heaven to them, and left. We could have very easily been picked up unnoticed by a space craft and quietly slipped away with no one the wiser, but the design for our end is that it's necessary for the world to have proof of our existence and judge us as they will. As you know so well, most of it will be full of misinformation and negative, but there may be a few who might have their eyes opened a little and see some of the truth behind our action. What this amounts to, Sam and Fifi, is that we left those "containers" (the bodies we were using) in your house and soon the authorities and news media will be all over your property wanting to know every scrap of information (past and present) about us. All that you read and hear will most certainly be negative, but the Koutchesfahanis who know us and who see us as "angels" from heaven, can try and set their twisted record straight if you want to. All of our containers had a past before we borrowed them and so the media will dig up all the garbage they can find, especially about our Teacher Do (who you know as Father Jonathan.) To the world and the way humans are programmed, your house will appear as a crime scene where a group of cult members lived and "committed suicide." Nothing could be further from the truth for we merely left behind the tools that we needed for this earthly task, and since each container had served its intended purpose, it was discarded when it was no longer needed—just like you would discard a worn out suit of clothes. The ignorant world will want to know who we are and why we would do such a "stupid act" and so numerous books, movie and TV scripts will probably be quickly written to profit from the media hyped "tragic event." If you want to benefit financially from what you know about us and the media notoriety you will have, feel free to do so. Our "Heaven's Gate" book that you have a copy of will probably become a "best seller."

In preparation for our exit, we wanted your house to be as nice as possible, so we have spent a lot of time cleaning up the grounds. We cleaned up the back fence area by hauling off about three truck loads of old yard trimmings. We also pruned and fertilized the fruit trees, pulled a million weeds, weed whacked the grass around the fruit trees and

shrubs, fixed a lot of broken and damaged sprinklers to where they all work, dug ditches around the fruit trees for holding water, trimmed the hedges and shrubs, and a lot more. The grounds look nice.

The authorities may want to confiscate or hold for estate purposes, TV's, bunks and other equipment that belongs to us. As far as we're concerned we would like for you to have what is left in the house if the authorities will allow it. The big screen TV cost $5,800 and the smaller one in the den/bar area was around $1,200, so feel free to keep or sell them. Hopefully, the TV's and other equipment we left in the house, plus the $7,000 deposit we have with you will take care of our financial obligations for April and May. We hope our story alone will be worth something. The Next Level will be in the house watching all that happens and will assist you with your task. Our vehicles (bodies) will probably be taken to the morgue and may or may not be claimed by their human families. It will probably be chaos around your house for a while with not only the cops, FBI, and media, but the snoopy, looky-lou public who may want souvenirs might be more of a problem. If the public thinks that your house was actually occupied by a God (Father Jonathan) and angels from God's Kingdom, who knows, they may want to buy it from you and turn it into some sort of a shrine.

The truth about the Kingdom of Heaven and the facts about us are in our *Heaven's Gate* book and on our website www.heavensgate.com. In preparation for our exit, we have produced and added to our web site some materials to give the world a chance to know the truth from the Kingdom of God's point of view as opposed to what they will hear and read from the media. With this in mind we have sent out a press release nationwide and have enclosed a copy for you. We have also prepared and sent out a few copies of a 1 1/2 hour video tape of Do (you know him as Father Jonathan) explaining what our task has been, why we can no longer stay here, and the fact that it is necessary for us to leave now in order that we be out of harms way before the serious spading under of this planet is set in motion by the Next Level.

All our current bills have been paid, but since we won't be here to pay the remaining ones that come in we would be grateful if you would take care of them for us, and so we've enclosed $1,500 that should be more than enough. Thanks for the use of your house and your friendship. All that has and will happen can be a positive if you view it from the right perspective. Also know that the Next Level picked you for this task because they felt you could handle it. You won't be alone, so just ask the Next Level for help as you tell the world about us, and you will have it.

Thanks for everything.

Logan & June

# EXHIBIT 3

USDC IN/ND case 3:22-cv-00395-JD-MGG   document 35-1   filed 09/09/22   page 22 of 79

# Copyright

© Common Law Copyright
1996 by Heaven's Representatives
Printed in the New Mexico Republic, the united States of America

ALL RIGHTS RESERVED, WITHOUT PREJUDICE,
U.C.C. 1-207, U.C.C. 1-103.6

This book is protected by Common Law copyright.  Permission is
hereby granted to reproduce this book, or portions thereof, as
long as the content is unchanged, i.e., nothing added to it or
taken away from it as long as it is for non-commercial purposes.

No part of this publication may be reproduced or transmitted in
any form or by any means, now known or to be invented or adapted,
for the purpose of financial gain or profit.

**To return to: | Website Home Page |**
**For the next topic in this section: | Do's Intro: Our Purpose -- The Simple Bottom Line |**
**To return to: | Table of Contents |**

# EXHIBIT 4

5023 West 120th Avenue # 109 • Broomfield, CO 80020 • (303) 754-2927 • e-mail: next-gen@ix.netcom.com

**Subject: Response**
   **Date:** Sun, 16 Nov 1997 22:37:45 +0000
   **From:** "Recgnizr" <recgnizr@sprintmail.com>
   **To:** rkk@rkkody.com
   **CC:** tidoaim@telcel.net.ve, rio@highersource.com


Rkk/Crl,

In response to your voice and e-mail...

First, we have answered and will continue to answer every valid e-mail
and written request sent to us.  Throughout the year before the Class
left they sat and talked to us again and again about the appropriate
responses to the letters and e-mails that they were filtering through
us.  We have never failed to fill the hundreds of tapes, books, and written
requests that have come to us.  Hostile, commercial, and
requests from minors were not to be entertained according to just
some of the instructions we received.  Those who seek to obtain
information from us in an obviously fraudulent or deceitful way would
be dissatisfied by our response.

Your attempt to siphon off e-mails under the context of fear of
non-performance on our part is not only misguided but sounds like another
self-serving attempt to overstep the task that you were given to do.

PLEASE let us accomplish the task without interference.

To justify changing the last remaining original, pure
website (exactly as the Class left it) as you did on Thursday to
heavensgatetoo.com is not only saddening, but disgusting to all of us
associated with this task.  We were concerned that this was going to
happen and took the steps necessary to prevent this.  The Class asked
you to put the updates in and maintain the websites as they left
them. They did not give ownership of the web-sites to you.  They
especially did not give to you the right to do with them as you
please.

Heavensgatetoo.com will be restored to its original condition and put
back on line as soon as possible.  If the Class wanted it altered
then there would have been instructions for something as important as
that to occur.  They pulled together all the information of 25 years
and They decided what was updated or outdated and made those choices before
They left.  We don't want to alter, modify, or change this.  We trust
Their judgment.  Our Father found it acceptable and His Father made
it clear many times that one who alters instructions so easily and
quickly would find tasks in the Next Level few and far between.

We feel the mistake you make is in thinking the only instructions
that deal with this task came in the Federal Express paks.  We
received instructions in person, by phone, and by written
_____ in packages continually up to the time they
_____.  It appears that you continue to disregard all of this
because it doesn't fit your personal timetable and plan.

We don't know were your plan and timetable came from but it seems to
be self-generated and throws out Next Level ways and conduct as you
admitted yourself.  Remember Ti and Do made it clear that its not the
end result that is as important as the way its done.  Please display
your trust in the Next Level by allowing their direction to become
evident.

Just because we don't make loud pronouncements and deal with media

5023 West 120th Avenue # 109 • Broomfield, CO 80020 • (303) 754-2927 • e-mail: next-gen@ix.netcom.com

sources doesn't mean we aren't doing anything.  The instructions that
we have been given are being carried out daily and their effect around the
world will hopefully serve the Next Level very well.

You ask in your e-mail if what you are doing is right.  You wonder
why all your communications are one-sided.  Please don't disregard
all the signals coming your way.  All of us can't be all wrong all of
the time.  The Class trusted us with this task for a reason.  Even
you understood this in your June 6th e-mail when you stated "I have
no intention of changing anything on it (the website) unless we are
all in agreement, and as far as I am concerned it was the classes
intention that TELAH be the only legitimate address listed on their
WEB where people can get information distributed."

Please help the Class by doing these few things that we are
all waiting for to happen:                          *Mark changed it to 59;
                                                     will be used to get info out or to
                                                     clarify*

1. First, restore Heavensgate.com back to the original way the class left it
(with the Telah address and e-mail). Original means,
according to disks they sent with only the exit statements added.

2. Discontinue all inappropriate commercialization of class materials.

3. Remove unapproved Class materials from Rkkody.com/Right to Know.to

4. Please discontinue any reproduction and dispersal of audio tapes in any form.
Please give all of us the time to work out the best solution in this
matter.  We promise they will be made available when the right
decision is arrived at. Ti and Do and the Class did not feel the
urgency that you feel about this or they would have taken care of it
prior to their departure. As you well know, the Class gave us the
responsibility to take care of all of their possessions that were in
storage. We want it to be clear that we have not relinquished that
responsibility as you have implied.

Please understand that the tasks given to us by the Class will be
carried out.  We will not forsake their requests.  If you chose to
continue to interfere as you have, it just slows the whole process
down that, ironically, you want to speed up.  We feel that the lower
forces of this planet are attempting to divide us and set us against
each other in order to achieve their goal of stopping the
information.  We do not wish to participate in this kind of conflict.

Don't live under the delusion that you are the only person getting
the information out.  You can rest assured that all e-mails, letters,
and requests will be taken care of through the mechanism the Class
set up if it is allowed to work.  The information of the Class will
make it out for all to decide.  Whatever choice you wish to make
will be taken into account by the Next Level.  If you trust them they
will never let you down.

Osc/Srf/Mrc



Internet On a Stick

# EXHIBIT 5



# EXHIBIT 6





# EXHIBIT 7



| | |
|---|---|
| Date sent: | Fri, 17 Oct 1997 15:13:12 -0600 |
| From: | Chuck <chuck@heavensgate.com> |
| Send reply to: | rkk@rkkody.com |
| Organization: | Right to Know |
| To: | "microec@ix.netcom.com" <microec@ix.netcom.com>, |
| | "rio@hig  ersource.com" <rio@highersource.com>, |
| | "solaty@  ris.com" <solaty@cris.com>, |
| | "tidoaim@telcel.net.ve" <tidoaim@telcel.net.ve>, |
| | "recgnizr@sprintmail.com" <recgnizr@sprintmail.com>, |
| | "Stwody@aol.com" <Stwody@aol.com>, lah@heavensgatetoo.com |
| Subject: | meeting |

Mark and Sara!

Your refusal to even acknowledge our notes to you has forced me to take the following perspective.

Jhnody called me over the last couple of days and passed on a few things from you. If what he `expressed to me came from you then I am appalled. How dare you consider that others like Gnr and Crl may not have enough Next Level mind in their vehicles to help determine the fate of those tapes. What arrogance to feel you have the capacity to judge who may listen to those tapes and who may not. This vehicle's son in law has done more to help the Next Level than you have, and he did not even have the opportunity to meet Ti or Do. He wanted to help because he felt the Next Level wanted this information to get out.

You think that I have been the problem, that I have not just gone along with you and that I have kept you from doing your task. Let me make myself real clear on this: I Will stop at nothing to keep that book from being published. I don't want you or any other human to change the copyright on that book and that is not negotiable. I will stop at nothing to get those audio tapes in front of ANYone who wants to hear them.. There was no mention of our keeping those tapes from certain people who would not respect what they hear. WHO are YOU to judge who is righteous enough to hear those tapes.. You, the Pope and your buddy Paul seem to be drinking from the same pot.

Let me make it real clear what I am about to do so that there is no misunderstanding from anyone. I am considering our relationship not simply one of "friends" who have taken adversarial positions, but more accurately, one in which you are now my enemy. You became my enemy the day you and Rio went on Art Bell and contradicted my Older Member in what DO made abundantly clear on his last video tape.

You have repeatedly manipulated and lied to myself and other ex-class members and have engaged in deceitful tactics in efforts to set them against me. For this, I could care less, but for what you told this world on that talk show is unforgivable. You have turned against the Next Level just as Paul turned against the Next Level 2000 years ago when he watered down the truth in the name of being more palatable.

If you want to stay here and serve the beast then that is your choice, but to represent yourself to be an authority of the class with many years experience in the classroom, and state with such confidence that

T0065



the gate is closed, when your Older Member has stated otherwise, then I am personally making a vow to discredit you and everyone else who tries to dilute and withhold information that my Older member and 39 of my classmates died to make available to this hideous world that you want to serve.

I have no interest in being on this planet, yet I find I am still here. It is has been my sincere desire to leave ever since the class left, (or as you have so often referred to it as "committed suicide"). I have realized though, that I would be copping out if I was to leave here with the mess that you and all who think like you have created.

I will not make idle promises as you have done with me.. In fact, you can be assured that what I am saying here is not a bluff. I am prepared to leave this vehicle ("die") for what I believe to be right, and there is nothing short of leaving this vehicle that will prevent me from this effort. So believe me when I say that I have nothing to loose in this war against miss-information and Paulody.

What I learned from Jhnody last night was appalling. You have done nothing to make the information Do left with you available to this world, yet you want to have a meeting with others who want to serve this world more than the Next Level, to take a vote on how you can do your task without upsetting the beast you all worship.

It has been six months since they left and you have offered nothing. At every juncture in trying to workout a strategy for distributing their materials you have steadfastly held your loyalty to the beast and put the information the class left with you in the hands of Lucifer to distribute. Not only do you choose to withhold that information from the world, but you don't want anyone else to do it either. If that is not a crime against the Next Level, then I don't know what is. You have no right to keep others from distributing the material Do entrusted to ALL of us (read the letters). He did not say that only TELAH (Mrc/Srf) will disseminate information.. He said ALL who.. Read it - I am not making this up - That is why I put your letters on the web. (Do you remember how much you objected when I started making the book available on my web site, and I even got a call from OSC complaining that only TELAH should be distributing anything, even the tapes that were clearly given to RKK to make available?) Every time I have tried to expose the truth have objected.

I guarantee that if you think I have done things to embarrass you before, then you have just seen the tip of the iceberg. I am waging all out war against you, and your lying friend, Lucifer. If you want to continue serving this world that is your choice, but if you want to continue serving Lucifer by standing in the way of getting the Book and the Audio Tapes out to this world, then be advised that I will stop at nothing to accomplish the task my Older Member asked us to do. If you don't want to do that task then that is O.K., but Send all of the class's audio tapes to me along with the third revision to their book. I don't even want the originals, just the copies. There are several others who do want to get this material into the world as Do asked us to do.

# EXHIBIT 8



## Students of Heaven's Gate expressing their thoughts before exit

**Authors:** Heaven's Gate (Organization), Right to Know Enterprises

**Summary:** This was videotaped just a week before the "Heaven's Gate" religious cult committed mass suicide in anticipation of going to "the next level" or heaven, by spaceship. The members of the cult eac...

Show more ⌄

**VHS Video**, [1997]
English
**Publisher:** [Right to Know Enterprises], [Denver, Colo.], [1997]



## Heaven's Gate : file of clippings and miscellanea

**Authors:** Heaven's Gate (Organization), Michigan State University

**Print Book**, [1997]-
English
**Publisher:** [1997]-

 WorldCat

It...       Search for books, articles, and more     🔍

## How and when "Heaven's Gate" (the door to the physical kingdom level above human) may be entered : an anthology

**Author:** <u>Heaven's Gate (Organization)</u>

📖 **Print Book**, English, [1997?], ©1996

**Edition:** <u>View all formats and editions</u>

**Publisher:** Right to Know Enterprises, Denver, CO, [1997?], ©1996

Show more information ⌄

Borrow from **University of Wyoming** near United States

Borrow

481 miles away

## Find a Copy at a Library

Featured libraries                                         All libraries

USDC IN/ND case 3:22-cv-00395-JD-MGG    document 35-1    filed 09/09/22    page 37 of 79

 **WorldCat**

It... ▾ | au="Heaven's Gate ( Organization)" | 🔍 | ⦿

≡ Filter

Sort by:  Location ⌄

*Showing 11-11 of 11 Result*





### Beyond human : the last call

**Authors:** Marshall Applewhite, Heaven's Gate (Organization)., Right to Know Enterprises (Firm).

**Summary:** This tape presents Do (Marshall Applewhite) and Ti, and students in a teacher/student setting as they explain the simple, clear, understandable explanation of how to get to "Heaven" according to th...

Show more ⌄

▶ **VHS Video**, 1997

English

**Publisher:** Right to Know Enterprises, [Denver, Colo.], 1997

 1 

**Results per Page:**  10 ⌄





## Heaven's Gate classroom teachings audio tapes : plus the complete Heaven's Gate Web site

**Author:** Heaven's Gate (Organization)

**Summary:** Includes 218 classroom teachings audio tapes, the video entitled Last chance to evacuate earth, and the Heaven's Gate Web site

📁 **Computer File,** ©1997
English
**Publisher:** Right to Know Enterprises, Venice, CA, ©1997



## Heaven's Gate video tape collection ; Heaven's Gate classroom teachings audio tapes

**Author:** Heaven's Gate (Organization)

**Summary:** Contains 18 hours of videos produced by the Heaven's Gate group and over 200 hours of audio tapes made by the group of their classroom meetings (1982-1997), plus the original...

Show more ⌄

🎞 **Interactive Multimedia,** ©1997

9/7/22, 7:31 AM
Do's final exit | WorldCat.org
USDC IN/ND case 3:22-cv-00395-JD-MGG    document 35-1    filed 09/09/22    page 39 of 79

 WorldCat

It... ⌄ | Search for books, articles, and more | 🔍 | ▯▯

---

### Do's final exit

**Authors:** Marshall Herff Applewhite, Heaven's Gate (Organization), Right to Know Enterprises





**Summary:** Presents the founder and leader of the "Heaven's gate" religious cult, Marshall Herff Applewhite, offering final instructions to those who wish to follow him. This video was taped just over a week before...

▶ **VHS Video**, English, [1997]
**Edition:** View all formats and editions
**Publisher:** [Right to Know Enterprises], [Denver, Colo.], [1997]

Show more information ⌄

Borrow from **Indiana University** near United States

| Borrow |
|--------|

619 miles away

## Find a Copy at a Library



### Last chance to evacuate Earth before it's recycled

**Authors:** Marshall Herff Applewhite, Heaven's Gate (Organization), Right to Know Enterprises

**Summary:** This video presents Do (Marshall Applewhite), the founder and leader of the Heaven's Gate religious cult, talking about the coming events on Earth as prophesized by him. He claimed that Earth w...

Show more ⌄



▶ **VHS Video**, [1996]
English
**Publisher:** [Right to Know Enterprises], [Denver, Colo.], [1996]



### Planet about to be recycled : your only chance to survive - leave with us

**Authors:** Marshall Herff Applewhite, Heaven's Gate (Organization), Right to Know Enterprises

**Summary:** This tape presents Do (Marshall Applewhite) in his final effort to relate to humans. Applewhite was the founder and leader of the Heaven's Gate religious cult who eventually committed mass suicide....

Show more ⌄

▶ **VHS Video**, [1996]
English
**Publisher:** [Right to Know Enterprises], [Denver, Colo.], [1996]

# EXHIBIT 9



**Etsy**

☰  Search for anything  🔍

**Sign in**

🛒

## Similar items ⓘ

See more





Goth Cat Strange Evil Eyes Iron On Patch
Stellarpatch
**$5.90**
Only 3 available and it's in 2 people's carts

Embroidered Heaven's Gate Away Team Iron On Patch
Stellarpatch
**$5.50**

$35.00   FREE shipping





stellarpatch

♡ Follow

1,502 sales | 4.9 ★★★★★ (210 reviews)

Embroidered Heaven's Gate Iron On Patch

**$6.50**

Quantity

1

Add to cart



**Other people want this.** 5 people have this in their carts right now.

**Description**

The patch measures 7.5cm by 4cm.

# Etsy

| Search for anything    🔍 |

**Sign in**

🛒






‹           ›

hipstabake

♡ Follow

⭐ Star Seller

198 sales | ★★★★★

## Heaven's Gate Party Mug

**$14.00**

Low in stock

Quantity

1

Add to cart



**Selling fast!** Only 3 left.

USDC IN/ND case 3:22-cv-00395-JD-MGG    document 35-1    filed 09/09/22    page 45 of 79



Biodome Thriving on Chaos Mug
Hipstabake
**$14.00**



Hans Moleman 'Cowabunga Dudes' Simpsons Mug
Hipstabake
**$14.00**





Butt Pinch Mug
Hipstabake
**$14.00**



Put It In H - Simpsons Mug
Hipstabake
**$14.00**

The Simpsons Not Lenny Mug
Hipstabake
**$14.00**

## You may also like

including Ads ⑦

[ See more ]





Heaven's Gate Can Coozie - FREE SHIPPING US
ViperNine
**$5.50**   FREE shipping

Embroidered Heaven's Gate Iron On Patch
Stellarpatch
**$6.50**



Heaven's Gate Away Team Cult Hat and Beanie
Getspastick
**$15.00**

Heaven's Gate Away Team Sticker, cult stickers, heaven's gate cult decal, cult decal, Halle comet, bumper sticker, stickers for laptop
TheSanitariumArt
**$6.09**  FREE shipping





Heavens Gate Nike Blazers Patch Die Cut Sticker

ThatsSoKiller

**$3.00**



Heaven's Gate Mug - American Cult Cup - Ti and Do - UFO Religion - Mass Suicide - Hale Bopp

FringeGeek

**$22.99**

Eligible orders get 10% off

 Etsy

☰    Search for anything    🔍

**Sign in**



## Similar items ⊙

**See more**



Heaven's Gate Away Team Iron On Patch Replica
Graveface
**$8.00**





Heaven's Gate Away Team Enamel Pin LTD Hologram Edition
Graveface
**$9.00**



Heaven's Gate "Right to Know" 3 CD-Rom Set - Rare Cult Collectible
Ad by TrueCultCollectibles
**$158.55**   FREE shipping

Mapled Woven Halloween Patch
Ad by SeventhInk
**$10.00**
   **Bestseller**



♡

USDC IN/ND case 3:22-cv-00395-JD-MGG document 35-1 filed 09/09/22 page 49 of 79





Graveface

♡ Follow

14,841 sales | 5.0 ★★★★★ (3,339 reviews)

## Heaven's Gate HOME Team & AWAY Team Iron On Patch Set (2 pcs)

## $14.00

Quantity

1

Add to cart



Other people want this. 11 people have this in their carts right now.



Arrives by Sep 16-22 if you order today.

### Highlights



Handmade

### Description

After years of having the highest quality replica AWAY TEAM patch on Etsy we're introducing the HOME TEAM patch representing those who stayed behind after Heaven's Gate mass suicide in 1997.

This set comes with the replica Heaven's Gate Away Team patch and Home Team patch. Both iron on, high quality, 3.5"

### Shipping and return policies

| Estimated arrival | Returns & exchanges | Return & exchange window |
|---|---|---|
| Sep 16-22 | Accepted | 30 days |





Heaven's Gate Away Team enamel pin
Graveface
**$8.00**

Heaven's Gate Away Team Enamel Pin LTD Hologram Edition
Graveface
**$9.00**

What If They're Right? Heaven's Gate Death Cult Inspired Tee
Graveface
**$22.00**

USDC IN/ND case 3:22-cv-00395-JD-MGG   document 35-1   filed 09/09/22   page 51 of 79



Heaven's Gate Away Team Cult Hat and Beanie
Getspastick
**$15.00**



Heavens Gate Away Team Patch,patches,sew on patches,iron on patches,patches for jackets,punk patches,anime patches,embroidered patches
Dailypatch
**$8.31**







AWAY TEAM
YADAYADAYADACO
$10.00

Heaven's Gate Away Team Iron On Patch cult true crime
ViperNine
$9.50



...ate Away Team Iron On Patch

Heaven's Gate Party Mug
Hipstabake
$14.00

## Explore related categories & searches

**Accessories**     **Patches & Pins**     **Patches**     **heavens gate velcro**     **heavens gate patch velcro**

**More**

Listed on Sep 6, 2022
136 favorites
Report this item to Etsy

All categories  >  Accessories  >  Patches & Pins  >  Patches

**Yes! Send me exclusive offers, unique gift ideas, and personalized tips for shopping and selling on Etsy.**

Enter your email                                          Subscribe

Etsy is powered by 100% renewable electricity.

Get help              Shop              Sell              About

Help Center          Gift cards        Sell on EtsyEtsy, Inc.
Contact Etsy Support Sitemap           Teams       Policies
Returns on Etsy      Etsy blog         Forums      Investors
Etsy Purchase ProtectionEtsy United KingdomAffiliates  Careers
Privacy settings     Etsy Germany                  Press
                     Etsy Canada                   Impact

Download the Etsy App

USDC IN/ND case 3:22-cv-00395-JD-MGG   document 35-1   filed 09/09/22   page 53 of 79



DAVID BRIN - Heaven's Reach - 1998 First Printing Hardcover in dj
Ad by OldBookSource
**$5.20**
$6.50 (20% off)





TrueCultCollectibles

♡ **Follow**

621 sales | 4.8 ★★★★★ (149 reviews)

# Heaven's Gate "Right to Know" 3 CD-Rom Set - Rare Cult Collectible

## $158.55

**Low in stock**

Pay in 4 installments of $39.63. **Klarna.** <u>Learn more</u>

Add to cart



**Selling fast!** Only 2 left, and 2 people have it in their carts.



**Hooray!** This item ships free to the US.

## Highlights



Vintage from the 1990s

## Description

Learn more about this item

## Shipping and return policies

Ready to ship in Etsy offsets carbon emissions from shipping and packaging on this purchase.    **Get shipping cost**
1-2 weeks

      Ships from Canada

## FAQs

## Meet your sellers

https://www.etsy.com/listing/769266717/blood-junkie-t-shirt-goth-shirt-gothic-themed-tsdnrl

Blood Junkie T-Shirt, Goth Shirt, Gothic Themed Shirt, Original Graphic Tee, Horror Shirt, Movie Buff Gift

Ad by peculiarartifacts

$35.00   FREE shipping









What If They're Right? Heaven's Gate Death Cult Inspired Tee
Graveface
$22.00



Heavens Gate Logo Longsleeve - We Do In All Honesty Hate This World + Educational Material
Graveface
$37.00



"If You Can't Beat Em,



Jeffrey Dahmer and the Chocolate Factory T-Shirt
Ad by ForRealSerial
**$24.07**



**Eat Em"**

*Jeffrey Dahmer*



Jeffrey Dahmer, If you can't beat em, eat em printed on full front of 100% cotton short sleeve t-shirt
Ad by HootNHollerStudio
**$19.00**   FREE shipping

https://www.etsy.com/listing/12942074120/what-if-night-light-team-night-sky-stranger - Painted for anime night light in what it. Stranger.



# What if night!

Graveface

♡ Follow

14,841 sales | 5.0 ★ ★ ★ ★ ★ (3,339 reviews)

Heaven's Gate What if they're right: bundle Tee, Enamel Pin & Away Team Patch

**$33.00+**

Size

Select an option

**Add to cart**



Other people want this. 8 people have this in their carts right now.

Arrives by Sep 16-22 if you order today.

Goes well with these items from Graveface

+  ( **Choose add-ons** )

**Highlights**

⋙  Handmade

**Description**

# EXHIBIT 10

The Truth about Heaven's Gate

# Chapter 1

## The Fed Ex Packages

I hadn't normally made a habit of checking my mail at the Right to Know mail box I rented several months ago for Do and the class but on Mar 25th 1997 I broke routine and check the mail. I had just dropped off my truck at the repair shop which was in the same mall as the Mail Box Etc. where I rented the box in the name of Right to Know enterprises, a name Do had given for me to use with that mail stop.

I had always been in contact with them either by email, or by phone and had asked if there was anything I could do to help. About November or December they had called and mentioned it would help them to get this P.O. box set up so they could receive mail there for some tasks they were about to. I was happy to help so I rented the box for them.

They had not used the address for much so there was nothing in the box for several weeks. In fact, I don't recall ever getting any mail there except for that Fed-Ex package that arrived on Mar 25th.

It was an odd thing, for not only did I rarely check the mail but I had checked it just moments after it was delivered by Fed-Ex. The package was one of those boxes and the address label was strange in that the sender was the same as the recipient, Chuck Humphrey. I guess I just new it was from the class as that was the kind of thing I have learned to expect from them. They were always doing things to protect their security like using bogus return addresses and this was not out of character for them.

I don't know why I didn't open the package just then, but I walked back home which was only about ten minutes from the mall. As I approached the house I notices another Fed-Ex package leaning against the front door. This package was the express letter type. I saw the address was done in the same way. The sender was the same as the recipient. I went inside and opened the letter package and found a number of receipts and insurance forms for the old Ryder truck the class had bought a couple years ago in Texas. I didn't grasp the significance of these documents until I opened the other package. I searched in the letter for some explanation and when I found none I proceeded to open the other package. I pulled out several letters and two (2) Hi-8 tapes along with two (2) SVHS tapes labeled "Do's exit statements", and "Students thoughts before exit". I started reading one of the letters addressed to "RKK" and it began with the following words:

"By now, having read the enclosed press release and the Earth Exit Statements by Students, you should know that we have exited our Vehicles just as we entered them."

I new exactly what they had done. I can't say I was surprised that they had left, just very disappointed that I had not been in the class when they left.

I knew they were going to leave and I knew it was going to be soon but I did not know they were going to do it then. Now, as I look back on that day it makes perfect sense that they would choose that day to leave. It was the day when the comet "hale-bop" was closest to the earth. It had also been right after an eclipse of the moon and it was Easter.

Needless to say I was a bit overwhelmed and didn't quite know what to do. I had been staying at GNRODY's (pronounced "Gen-ro'-dy") house and she had just came home. I showed her the materials to and we were still in a state of confusion not really knowing what we should do next. We both wanted to watch the video but we didn't get around to it for a couple hours.

One of the letters was a set of instructions including a map on how to find their bodies. We had received this information before anyone knew they had done this. An eerie feeling knowing you have knowledge of what would turn out to be the most publicized cult in the US over the next few days. We also knew by the letter, that others were sent the same kind of packets. We browsed through most of the other material and then started watching the tapes. I remember fast forwarding through a lot of it because I was anxious to do something yet I wasn't sure what.

I called a former classmate who was known in the group as MRC and who was on the list of those who also received the same package and asked if he got a package. He told me that another ex-class member, whose class name is OSC, was there and picked up a package for himself but that they hadn't really had a change to examine the contents that close. I then called another ex-classmate, SRF, at her home and told her then the class had left their vehicles. I could be wrong, but she seemed like she really didn't believe me until she talked with MRC. After a while I guess MRC came home and showed the package to SRF and then we talked again by phone.

By this time both MRC as SRF seemed concerned that the TELAH address was on he Web. They had offered to assist the class in the past by setting up this address. In addition to their concern about the mail address being advertised on the Web site, they were also concerned about a letter they were send to the landlord of the house where the class had rented. MRC told me that they had a copy of the letter the class had prepared for SAM and had asked MRC/SRF to send once the bodies were found. The letter contained their names and my name. They wanted to remove their names and my name from that letter before they sent it off. I had some real mixed feelings at that time, as it seemed that they were changing something the class had purposely done, yet I also had mixed emotions about my name on the letter that might attract the authorities to me and I think that neither MRC/SRF wanted that link.

I think that ultimately my response was to tell them they had to do what they felt was right to do.

I learned later that they did remove their names and my name because they felt that Sam would surely show the sheriff and that would be a direct link to us.

# Chapter 2

**Before the News Hit**

I was having trouble with the concept that I had somehow done something wrong.. In my mind the worst that could happen was that I might get out of this vehicle by refusing to cooperate, and that would only accelerate my exit, which is what I wanted more than anything anyway.

By then I was feeling that I made a terrible mistake by waiting over 24 hours before doing anything. It wasn't until the next day that I took a flight from Denver to Phoenix which arrived on the afternoon of the 26th where I met with OSC at the airport.

OSC had also felt an urgency to get out to San Diego and go to the house in Ranch Santa Fe, so even though we were going to meet with MRC and SRF, we decided not to at that time but chose instead to hop on another plane to San Diego that same afternoon.

We took a flight that put us in San Diego about 6:30 p.m. that evening and OSC rented a car then we headed out towards Rancho Santa Fe. We made a quick stop to a store where we bought a video camcorder so that we could tape the scene before the authorities had any chance to contaminate or change the scene. We obviously didn't trust that whoever was called would not somehow alter the scene in some way as to try to make up their own scenario as to what really happened. I later learned my suspicions were unfounded and in fact I was surprised to learn that the sheriffs department did an excellent job in who they handled their investigation.

As we were driving up Interstate 5 towards the house we had to travel through slow rush hour traffic. We were about ten minutes from the house when we turned on the radio and listened to the first accounts of the event. Needless to say we had no further reason to continue for the last thing either of us wanted was to encounter the police or the reporters, so we turned off the Interstate into a hotel looking for a phone. The only lobby phones we found were being used by a couple reporters calling in their story. They had no idea we had more of the story they would ever hope to get and were standing in line waiting to use the phone.

Rather than wait or try to use the phone next to the reported and be overheard, we left the hotel and searched for another phone so we could call MRC and SRF and let them know we had to abort our mission.

Once we found a phone and talked to MRC/SRF, we all agreed that the best thing to do now was to return to Phoenix.

Our flight didn't leave for a while so OSC and I went to a Chinese restaurant outside the airport and had dinner. After a bite to eat we left San Diego and flew back to Phoenix that night.

It was late when we got back to Phoenix, and went to OSC apartment. He had a sofa-bed he let me use so I laid down for what I thought was going to be a few hours rest. Both of our vehicles were really exhausted and when I hit the bunk I went out like a light.

It wasn't two hours later, about 3 AM, when OSC woke me up and said MRC was on the phone. I answered the call and MRC seemed to be upset and nervous about the TELAH address still being on the Heaven's Gate web site. TELAH is the name the class used to distribute their materials and the address was a rented box where MRC and SRF had set up some months prior for the class to use.

In the Fed Ex pak they sent to me I was given the Internet access codes and a letter asking me to help upload some new files to their web sites. I was really not feeling up to digging into the Internet at that hour especially since my vehicle was lacking rest and I was having a lot of trouble making my brain work.

I went back to bed after trying to explain to MRC that I would try to get it done in the morning. Well, I felt bad that they were so nervous and wanted to do what I could to help them, so I get out of bed and stayed up for another hour to make the changes to the index pages for their web site, but the site was so busy I was unable to access the server and could not make the update MRC had wanted.

I guess I didn't get much accomplished and tried to get more sleep, but couldn't. I got up about 5:30 AM and showered. Both OSC and I had arranged to meet with MRC and SRF before they went to work that morning. We all knew there would be hoards of reporters waiting for MRC and SRF because the TELAH address was still on the web.

Shortly before 7:00AM OSC and I met with MRC and SRF in a strip mall parking lot where we sat in the back of their car while they transferred all of the things they received from the class to our keeping. The Class has given MRC and SRF the "purser" task. This was the name they used to describe the bookkeeping task. They sent a few letters to MRC and SRF outlining the things they were asking them to handle. MRC and SRF handed over all of their paperwork they got from the class along with two sets of keys to all of the cars and trucks the class had parked in a San Diego airport Parking lot. The Class had taken great care to make sure we could gain access to all of their effects, including some cars, trucks and two storage lockers in San Diego that contained the majority of personal items, computers and some other things.

# Chapter 3

## The Storage Lockers

After we left MRC and SRF, OSC and I went back to his apartment. OSC felt better about getting a storage locker that he could use to store the paperwork we got from MRC and SRF. There was a strong air of paranoia that I could not understand. We had done nothing wrong, yet we were acting like a bunch of fugitives.    Later that week OSC and MRC and SRF instigated a clandestine procedure of communication involving meeting in a parking lot at night and not having any phone contact. This severely impacted my ability to stay in touch with them.

I stayed in OSC's apartment and made some phone calls while OSC rented a storage locker in Phoenix and put all of the things MRC and SRF had given to us in that locker. We then made arrangement to fly back out to San Diego that afternoon (Thursday), to retrieve a couple of the cars and get some things out of the storage locker. I guess I had it in my brain that we needed to get the tapes out of the storage lockers before the cops confiscated it all. The class had mentioned in their letters that they would prefer we remove some items which they felt would be better if the authorities did not get. I interpreted this to mean the hundreds of audio tapes that were made in the class over the years beginning with 1982 up through 1997.

We hopped on another plane to San Diego with one way tickets as we were planning to drive a couple cars back. We arrived in San Diego later that afternoon. Once there, we took a shuttle to the parking lot where the class had stored the cars. We had a claim ticket for each of the cars made out to Mark King. The Class had paid for a month worth of storage and each of the cars were parked right near each other.

We were only there to get the L-Car, a Lincoln Continental and the M-Van, a Mazda mini-van. The class always used names like L-car to describe their cars and trucks. It was less human to refer to the car by a generic name like "L-car" rather than calling it a Lincoln.

We  knew that the class had intended certain cars to be given to certain individuals. I was to get the L-car, and OSC was to get the M-Van and the O-Car, an Oldsmobile. They had a White Ford van (X-Van) and a Mercury Sable (S-car) that was to go to MRC and SRF. They had also mentioned that a large handicap van (I-van) could be sold to a nursing home or something. In their letter they made it clear that if any of the vehicles were not wanted then they could go on some car lot on consignment, or be sold, or be given away, or just forgot about.

We took the L-Car off the lot out the back gate so as to avoid being questioned by the attendant. We drove to where the storage lockers were and using the access codes supplied in the letters to open the gate and went to the first storage locker.

We had been given all the keys and paperwork to the storage locker units 214 and 147 which were located on Barham Dr. in Escondido, CA. The class pursers were very well organized and kept a file folder on everything. We were given the complete file on the storage lockers that contained the rental agreements signed by Tom Nichols (DSTODY) and Cabot Van Sideren (OLLODY) and copies of all of the money orders in the amount of $80 to cover the rent on the two storage lockers through April 1997.

We opened the larger of the storage lockers and found it packed full right to the door with boxes piled almost to the ceiling. We started pulling boxes out and placed them outside on the pavement so we could go through them. The first boxes we pulled out contained the audio tapes I had felt the class

wanted us to protect.  There were about 6 or 7 boxes of audio cassettes and several other boxes of extra Beyond Human video tapes.  Since we did not have room in the L-car to retrieve the entire contents of the storage locker, both OSC and I agreed that we should just take the tapes and some other supplies he could use in reproducing the big blue book.

After looking around for anything else we thought might need to be retrieved, we closed that unit and went to the other one.  For the most part there were just a lot of camping stuff and other household items.   After packed up all the tapes in the l-car we proceeded back to the Airport parking lot.

# Chapter 4

**Stashing the loot**

Getting the items from the storage locker was smooth, but we both were very tired from not having had a lot of rest in the previous two days. We picked up the M-van and transferred some of the tapes and other book supplies to it. OSC drove the M-van and I took the L-car and headed out on Interstate 8 back towards Phoenix.

It was late in the evening when we got out of San Diego and we drove for a couple hours then pulled off at a motel for the night. The next morning (Friday) we got an early start and drove up to Phoenix.

When we arrived in Phoenix OSC was concerned about taking the cars to his apartment. We wound up parking on a side street about a block from his apartment. I was going along with him just to put him at ease but I continued to ask what crime we had committed that would bring down the wrath of "big Bro" on us.

OSC put his tapes in the storage locker he rented in Phoenix. I drove him to the Airport where his car was parked from the day before. Meanwhile OSC was going to fly back to San Diego to try to get the computers out of the storage lockers. We all agreed that the computers may contain a lot of information that we all felt better if the Sheriff did not have.

I drove straight through to Denver arriving late that evening. I ran into some snow driving up through Walsenberg Colorado and on into Denver. The next day was Saturday, Mar 29th. I rented a storage locker in Denver so that I could move all of my personal things into that locker because by this time I realized I couldn't stay where I was living with without putting people in the middle of something they had not wanted. I moved most of my personal belongings along with several boxes of electronic parts that I had accumulating to the storage locker.

I also placed the remaining audio tapes we retrieved from the San Diego storage locker into the Denver locker.

By this time, OSC had contacted me and told me the storage lockers had another lock placed on them. We didn't know for sure but we all suspected that the sheriff had put the locks on there. We still don't know how the sheriff found out about the storage lockers, but by that time every news station in the world was showing pictures of the 39 who "died". We suspected that by this time the manager of the storage lockers saw the news and recognized DSTODY's vehicle "Tom Nichols" who's played in the old Star Trek series.

I had been trying to stay in phone contact with MRC and OSC, but they seemed to be so afraid their phones were tapped it was all but impossible to have a conversation with them. I did not know what was to be done with the tapes, but on Monday I started looking for a couple lawyers. I wanted to get some legal opinion as to if I was in anyway being accused of a crime, and I was hoping to locate an attorney who would be able to represent the classes interest in recovering the remaining effects of the class that was taken by the San Diego Sheriff.

I had been contacted by a reporter from the San Francisco Chronicle who wanted an interview. I

told him I would not be able to talk with anyone until I found an attorney.  He called back and gave me the names of a couple of attorneys in California.  I was kind of leery taking a referral from a reporter, but I called them anyway.

One guy was an entertainment attorney who was interested in helping me sell my story, and the other was an attorney in San Diego who was interested in helping up get the things from the class that were confiscated by the Sheriff.

# Chapter 5

## The Lawyers

Later that next week I had moved all of my stuff into the storage locker I rented in Denver and headed out again to meet up with MRC and SRF and OSC in Phoenix. I was excited about meeting with a lawyer and was trying to find a check partner but it seemed that none of the crew in Phoenix was interested in going out to California and talking with any lawyers there. I didn't like the idea of doing this myself, but since I felt I had already responded too slowly with respect to the storage lockers I felt it was important to take action quickly. I felt that if I had been quicker to respond in the first place that the storage lockers would not have been confiscated by the county.

It seems that what my Older Member had done was to get the worlds attention for a few days.. In only a week most of the dust had settled and we rarely saw another story expect for trails of family members telling their story in short columns hidden on the back of the back section somewhere.

When I finally did connect with PYP, we agreed to meet at a Denny's in Flagstaff later that night. I did not realize that a snowstorm had been hanging over Flagstaff and I ran right into the middle of it as I drove into town. I met PYP at the Denny's where we had agreed to meet. By this time the snow was coming down hard and I felt bad that I had asked him to drive all the way up from Sedona for he had very poor vision and could barely see in good weather, much less during the heavy snow we both had to driver through to meet in Flagstaff.

After he finished a milk shake, we went to the room I had taken for the night in a motel next to Denny's. I brought in the packet of paperwork I had collected from both MRC and SRF's letters and mine. After sharing what was happening with PYP, we both agreed to meet with OSC in Phoenix the next morning.

I got up about 5:30 AM, as I had been used to getting up early, and I just couldn't sleep much with all this going on. I got showered and dressed and started out the door when I noticed about 2 feet of fresh snow was covering the L-car I was driving.

After using my cloves and a wash cloth to clean the snow off of the car, I headed out slowly down the hill towards Phoenix. I could only drive about 35 MPH due to the snow and ice, but once I got below 35oo feet it cleared up and I made pretty good time into Phoenix.

During the drive down I got a call from Holly who was running the Internet site where Heaven's Gate was hosted. Apparently someone had redirected the domain name to a non-existing address effectively confiscating our web site. In the Letter I received from the class they had asked me to upload some new files to their web sites. The group had about three different sites. Http:www.heavensgate.com, http:www.heavensgatetoo.com, and a site in Romainia that was just being set up that we still do not have access to.

I had learned from Holly about the trouble everyone was having with trying to log into the site. Chris, the technical person who works with Holly, was busy trying to add another server when this all happened. I used the opportunity to ask Holly if she had any way to remove the TELAH address from the two web sites as MRC and SRF both were still very nervous about their address being used.

Holly told me she would do what she could as soon as they got the new server up, but she also had some reporters at her office from ABC who wanted me to do an interview with them for the Nightline show. Previously, NEO (Rio DiAngelo) had been negotiating with ABC to do a movie or

something.   I told the reporter I would consider doing the interview if I could be hidden from the camera as I was still more concerned with getting the remaining things from the class and did not want the interference publicity might generate.

I made it to Phoenix before noon and made arrangements to meet the ABC crew at a station in Phoenix early that afternoon.

OSC and I met with PYP and we agreed that PYP and I would go to San Diego to talk with the attorney referred to us by the reporter.  He was at work and I met him at lunch and so I used his apartment to change before going to the interview.

When I told PYP about it later he felt I might have been out of place without a check partner.  I could have certainly used one, for the interview was not that good and as it turned out ABC didn't even air the segment.

PYP and I then drove to California where we made arrangements to meet with an  attorney in a restaurant on the coast near Escondido.  The meeting was interesting, and he asked us to come over to his home that afternoon.  It was Sunday.

We went out to the beach and just relaxed a while before going over to met with the lawyer at his home.  When we got there he had invited his law partner to sit in on our discussions.  He seems to like to talk a lot and didn't seem to listen much.   When we left the meeting we both felt OK about him and thought he might be the one who could get the things back from the sheriff.

I had no idea what a nightmare this was to become.  We still had to talk to MRC and SRF and somehow relate to them that we felt good about having further contact with the lawyer and seeing what kind of arrangement he wanted from us.

By now MRC and SRF had been making some efforts towards getting involved with trying to do the task that the class had given to them.  I had jumped in to pick up where I thought they were not doing it.  That was a mistake as they got really upset with me later because I was trying to do their task and they had not asked me to do it.  I was confused for I didn't understand how I could have made such a mistake in how I had interpreted them and the intentions of the class as described in their letters.

While I was in California I had the "farewell" videos duplicated at a place in San Diego.  I had wanted to connect with the other attorney while I was there, for at this time I felt it might be right to make some efforts towards going public and writing a book or something.

The next day PYP got on a flight in San Diego back to Phoenix for he did not want to go to LA with me.  PYP offered to start checking the email for Heaven's Gate.  Since the class had given me all of the passwords to each of their email accounts, I passed them on to PYP to handle since he expressed that that would be something he would like to do.

I went up to LA that day and picked up the 500 tapes I had duplicated on the way up.  I met with an Entertainment attorney who said I might have a story others would like to hear, so I decided to write a book.

I know as much about writing as a dog knows how to drive a car, so I asked him if he could find an agent who might be interested in working with me to locate a ghost writer and a publisher who might want to work with me on the.

18

The Attorney was cordial and seemed to be interested in helping.  He explained his fee's and they seemed very appropriate so I gave him my verbal go-ahead on finding the agents.

I then got a motel room to spend the night before going back to Denver.  I also visited with my vehicle's daughter and her family.  They took me out to eat at the Sizzler and we talked a little about my involvement with Heaven's Gate.

She didn't criticize me, and her husband was interested in what I had to say.  On a subsequent trip I learned that her ex-husband had been trying to convince her son that my Older Member was the "evil one" who was supposed to be first and that he murdered all of those others.  I was really shocked that anyone could reach that conclusion especially without doing anything to investigate who these people were and who Do was.  I did not feel it was my place to start any dialog with him, yet I was prepared to answer any questions he might have, but that opportunity never came.

I had given Kathy and Cesar my 1988 Suburban just a week before and they flew out to Denver to get it just a few days before all this.  Unfortunately, the truck blew an engine while they were driving back to California and they had to leave it to be repaired in Green River Utah.  I felt terrible that they had trouble with it.   I thought I was giving them something they could use and it turned out to give them trouble.  They said they would have it fixed and it would still be a good value to them.

After my visit with them I returned to the Motel and got some rest that night.

The next morning I headed out for Phoenix again with a car load of video tapes.  While I was in LA I figured I could pick up some mailers for the videos so I called around and found a packaging company where I could buy the mailers.  I placed a will-call order and picked up some of the items on my way out of LA towards phoenix later that morning.

I arrived in Phoenix and got a motel for I didn't want to put OSC through any more stress about being watched by the FBI.  Later that evening we met with MRC and SRF in a another parking lot (security!).  We went to a restaurant next door and had dinner.  It was a Mexican food place, quite nice, and I had some beef enchiladas and rice.

We talked about the Attorney we met in San Diego.  MRC and SRF had talked with that lawyer and were starting to feel good about working with him, and yet I was becoming more suspicious of him.  I had heard that the sheriff was trying to get in touch with me to find out if I was "OK", as if he was somehow responsible for me.  I mentioned this to the Attorney and he gave me what I call "a party line answer," telling me it was just his job and he was really a nice guy.  I wasn't buying it.  What seemed like an innocent concern did not make a bit of sense to me.  This guy didn't know me from Adam yet he wants to talk with me to make sure I am O.K.  I did not elect the Sheriff to be my mother.  It is none of his business whether or not I am O.K.  or whether I am thinking of leaving the way my Older member did.  The lawyer just couldn't see that it was none of the county's business and took the side of the system rather than wanting to defend my position of not needing another mother.

MRC and SRF were still nervous about putting their address back on the web site and SRF made it pretty clear she did not want me interfering with their task of trying to retrieve the items from storage any more.  (I asked MRC if they wanted to distribute the farewell videos out of their Postnet business and he said ho did not want to.

I was confused, The web site had been changed to remove the TELAH address and MRC did not want to handle the distribution of the new tapes yet the class clearly wanted that material to be available to people.  I made a decision, rightly or wrongly to go to Denver and set up a method of distributing the new video tapes through the Right To Know address that was set up earlier.

After dinner we all parted our separate ways.  I spent the night in a motel in Phoenix and left the next morning for Denver.  I drove up to Denver the next day and arrived that evening about 8:30 PM.

The next day, I don't know what day it was, but the next day I could, I opened up a business name at the court house and set up a bank account for Right to Know.  I also found a company in Boulder who would do the fulfillment on requests for the tapes.

I know I could have handled things better, yet I was furious over how the world including some ex-classmates were responding to this event.  One of these ex-members (Dick Joslyn) went on TV telling people that the space craft had gone, that they all made a mistake by committing suicide.  Some had aligned themselves with the world but still had no regrets for their being with them, a position I could relate with easily since I too found myself out of the class so often because of my own immaturity.

By this time Rio had gone onto to national TV claiming he heard a voice tell him he should leave only a few weeks before the others exited their vehicles.  When I heard that I reflected on the many time I found myself in the same situation.  The reality was that my desire to be only a servant of the Next Level was not strong enough and I gave into influences that conned me into believing I would be better off by leaving the class.  I know all too well that influence who masquerades as someone who would have me believe the Next Level has a special task for me to do once the others have gone.  Now I don't know what happened to RIO, only he and the Next Level knows what happened when he left, but it was odd that in the letters MRC and SRF and I received there was no mention of distributing some of the groups things to him.  In fact, it seemed odd to me that someone who had left just weeks before was not given one of the cars.  I don't want to criticize Rio, for I know how the media has a way of distorting things.  I have to assume he genuinely wants to help set the record straight about the class and I would like to believe he still knows Ti and Do are who they say they are.

At any rate after setting up the Right to Know so that they could distribute the "exit" video tapes, I still had the question of what to do with the audio tapes?

By this time I have made another decision to put the Right to Know address on the web sites and ask people to send a $10 donation for each tape.  I thought that was reasonable since the cost to duplicate and distribute the tapes were about that much.  I took a lot of flack from MRC and SRF and OSC and PYP over that decision.  They all felt that the tapes should be free.  PYP in his grand style of well meaning said he would pay half of the cost, never bothered to follow through with his offerings.  A pattern I became far too familiar with during period outside the class over the years.  It seems that our friendship was always one of those one-way friendships.  You know the kind  when the only time you hear from someone is when they want something from you.

I had a real conflict going on in my head now.  It was clear that MRC and SRF was not even considering participating in the offer that was extended by DO in the exit video where he said that if anyone wants to follow him there was a short window where we could go with him.  I had already concluded that I wanted to go and was now in a state of simply trying to tie up these loose ends quickly so I could get out of here.

I didn't really care at this point whether or not MRC and SRF concurred with what I was doing.  We had somehow come to different understandings as to what the class had intended in respect to handling the Web site, the storage locker contents and the audio tapes.   It was becoming more and more clear that this entire exercise was simply a way the Next Level was testing us.  It was a way to see if we could put into practice anything we had learned over the time we were once involved with them.  One of the most important lessons they tried to teach us was the value of working with a check

partner. This check partner works when two individuals are seeking the same thing. In the class, it is effective only when both partners are seeking only to please their Older Member and have no interest in their own position of whether or not they are right or wrong. Their only interest is in performing the task they are assigned in the highest possible way, or in the way they feel their Older Member would be pleased with them. By now those who were given some tasks were bickering amongst themselves with me in the very thick of it. I gave into influences who became very critical of the others. It seemed that there were several of us who felt one way about what should happen, and others who felt opposing things would be right. In my mind we all flunked this test miserably, but again, I am not the one assigned to judge this, especially since I fight regular battles with criticizing others.

I felt like it is only a matter of time before I will be leaving my vehicle and trying to catch up with the other, yet I could tell that none of the ex-classmates I had been working with was thinking like that at all. It was a subject that made SRF very nervous and when I mentioned it to PYP his body language spoke loud and clear. In fact, there was only one person I ran into who was actually preparing for the time he could exit his vehicle. That was JSTODY. We both felt at the time that there was still things the Next Level might be able to take advantage of while we were still here and we did not want to leave without being sure that it was appropriate.

After spending a few more days in Denver trying to decide what to do about the tapes, I was getting more and more concerned that the tapes would be confiscated by someone and destroyed or made unavailable.

I started going through some of the paperwork on the yellow truck and noticed the storage area where the class had kept it was due to expire in about ten days. I called JSTODY and asked if he knew what could be done with it. He offered to sell it if we moved it back to Las Vegas. I then called OSC and MRC to run this plan by them. The other options included sending in a payment, but I felt like that might raise a flag when the payment was applied to the account thereby triggering the authorities and getting the truck confiscated.

It was clear that the class wanted to give the vehicles to those who are helping with their information. The wording in their letters were such that if no one wanted the vehicles, then they could be sold or even given away.

Thinking I had been doing the class a favor by trying to take care of some of the things MRC and SRF did not seem to be taking care of, I headed out again the next day towards Las Vegas to pick up JST.

I spent the night in Flagstaff and drove into Las Vegas the next day. When I got there JST and I talked at length about what seemed to be going on and we both acted as kind of check partners for the next several days.

We drove down to San Diego that afternoon and got a motel. We went to the storage area where the truck was supposed to be stored but did not see it there. Thinking it may be out of view behind a building or something we noticed the storage area was only accessible during the day. We had to wait until the next morning before doing anything about it so we headed back to the motel.

We made a phone call to OSC who told me MRC did not want us to get the truck. He said to give MRC a call so I did.

In talking with MRC he told me that the lawyer I'll refer to here as TOM felt like we should give the truck to a food bank in order to get some PR that would make us look good to the judge. Already MRC had told me that TOM wanted to present him and SRF to the county as two outstanding citizens

who have been out of the class for a long time. According to them, the judge can determine who gets the rights to the contents of the storage locker based not on the intentions of the class, but on how well he likes the person who was designated as the custodian. The judge apparently has the power to decide the case based on his own prejudice, so TOM wanted to position MRC and SRF as model citizens so we could get the judgment in their favor.

When we met at the Mexican restaurant only a week earlier MRC was saying that TOM wanted to form some kind of entity to be able to get all the rights to Heaven's Gate stuff including copyrights on all the web pages and their logo's etc. He said there can me 10's of millions at stake.

I was furious when I heard that TOM wanted to give the truck away in an act nothing short of bribery just to get the judge to feel good about MRC and SRF. I told MRC I was against this and that the attorney seemed to be just manipulating them so he could make a lot of money. It seems that TOM had not ever even brought up payment for his services to MRC at this time. No contract for services had been discussed and TOM had been working without any relationship being established with MRC and SRF at that time. That made me even more nervous. I knew the technique. I did the same kind of thing in my consulting business. I would put in a lot of front end work in the hopes that the client would feel guilty and therefore more committed to me than with my competitors.

Now I don't know what TOM was up to, but it sure did not seem right by what I knew to be right. If we had a legal right to the contents of the storage locker why did we need to play these games. What is wrong with the argument that we are designated by the class as the ones they wanted these things to go to?

By the time I got off the phone with MRC I was very upset. And agreed to simply drop it and return the keys to MRC and SRF. I was washing my hands of this entire thing and told MRC I would be mailing him the keys and he could give everything to the county of San Diego if that would make him happy. I was beginning to get the message that my involvement was simply interfering with what they had interpreted as "their responsibility" the same responsibility they so conveniently tried to hide from when the heat was on just a few weeks prior.

The next morning I had made arrangements to attend a press conference with Dick Joslyn at the Unitarian Universalis church in San Diego. Since we were so close to Mexico, JSTODY felt like using this opportunity to make a short trip to Tiauanna in the morning and pick up some Phenobarbital. It was not hard to buy over the counter there. It seems this country is so intent on controlling what people can and cannot get that it has made it illegal for pharmacies to sell it without a prescription here. I hate a government that seems to think it has the right and duty to be mother to everyone who happens to be born it it's boundaries. I resent with a passion that kind of arrogance in any government, but then it's not about protecting people is it. It is really about making more money for the medical profession isn't it? After all who are the ones who lobby for these control? In case you can't guess it is the medical community itself. Why would they want to control these substances?   Could it have anything to do with generating more business for them? If you could by this stuff without a prescription then some poor starving doctor would not have paying customer. What is even more interesting is how easily bureaucrats can be convinced this is all done in the interest of "protecting us from ourselves."

So the next morning JSTODY heads off on a tour bus to Mexico and I went over to where the News Conference was to take place at 1:00PM. The press conference was a farce. Dick bored this room full of reporters for the better part of 2 hours with his rhetoric about how much he loved those people and he is the only one honoring their death. It made me want to throw up the way he grandstanded and tried to convince others not to commit suicide.

By the time he let Nancy Brown talk, already people were starting to leave out of sheer disgust:

22

23      The Truth about Heaven's gate

Nancy talked for about ten minutes then he let me put my two cents worth in.  I was maybe seven or eight minutes into it when he pulled me off and closed the press conference just as people were asking some good questions.

By that time JSTODY had The Truth about his trip and met me there at the press conference. He stood in the back where no one knew he was there.  His mission was a success in that he got what he went there for.  We headed out back towards Las Vegas where he had to pick up his daughter at the airport later that night.

25    The Truth about Heaven's gate

The Next day Holly met me in from of her office where I was waiting.  She took me to a small coffee shop where we had breakfast of biscuits, eggs and grits.  My vehicle likes grits but I don't have them very often.  We used to have them in the class and I learned to like them there.

Holly was very helpful in getting the changes made to the web site, and we spent the better part of the day talking about the class.  Chris had downloaded about 1300 email message address to heavensgate.com, so I went through a lot of them that afternoon.

Holly took me to see her farm and we got a chance to talk a lot on the drive out there.  She seemed like she really wanted to learn more about what Ti and Do had taught.  She told me OLL would help her by referring her questions to places in their information that might help her and never tried to convince her that she should be doing what they were doing.

After returning to her office and reading the email we went to Chris's house and watched more of the videos.

The next day Holly drove me to the Airport in Nashville and I flew back to Las Vegas. After arriving in Las Vegas I met with JST. His daughter was still there and I didn't want to intrude on his visit with her so I went back to the motel I had stayed at in Boulder City when I was there the last time.

The next day, Kelly returned to New York after packing up a lot of her things that her dad was keeping for her at his small apartment in Las Vegas.

I had devised a plan by this time, and having spent time with Chris and Holly, I decided to go to LA again and really try to get these videos sold so I could use the funds to master the audio tapes.  I had been concerned about these tapes for a few days and while I was at Holly's office we got a call from RIO.  This was the first time I actually was able to talk with him since the event.  He was not returning any of my calls to him since Mar 25, and I was really glad to hear from him so we arranged to get together when I got into that area.

I told Rio about the video tapes we made while in the group and that I felt that some of those tapes might be useful in his ABC deal, and was hoping he would want to help preserve the audio tapes left by the class.  I was not sure what Rio felt about my using the tapes to generate funds and after our conversation I was questioning what I was doing with respect to what ex-members might feel.  Well, after talking with JST and developing a strategy for how we might master these tapes using rented computers at his apartment, I left that afternoon for LA again.

I got into LA that afternoon and made arrangements to stay with my vehicle's daughter once again.  She had extended an invitation once before so I thought it would be OK to taker her up on that this time.

On the trip down I got a call from a news reporter from TIME who had talked with Chris's attorney, Richard.  He mentioned the video tapes that were never before seen by the public and felt they might be interested in buying them.  I explained that I was trying to sell the rights to use them to raise money in order to master the 200 audio tapes.

The reporter connected me with Susan at CNN who wanted to see the tapes in LA.  I made arrangements at that time to show her the tapes the next morning in the CNN Beverly Hills office.

When I got to LA it was still early afternoon so I went to the mall and bought another camcorder tape as I needed to get a spare for some video I was hoping to leave behind.  I guess both JST and I were

already committed to the idea of leaving but we did not know when. We both wanted to play out this business with trying to master the audio tapes, so we were thinking it might take a few weeks to get this done providing we got the funds.

I spent that night at Kathy's house. Cesar found a pad that he let me use and they let me stay in one of the spare rooms they had been trying to refurbish. They bought a big house close to the mall in Santa Monica and were fixing it up as three separate units. They intended to rent out two of the units and live in the third. I stayed the night with them after having dinner at some fish place on the mall. The food was good but the place was really crowded and busy. I had Cajun Ahi which is some kind of tuna.

The next day I went to CNN and showed a couple tapes to the people there. After talking with them for about an hour they told me that they would not be interested in buying the tapes so I left to meet with Rio later that afternoon.

Rio asked me to met him at a place in the Century City mall. I got there a little early and was consuming a strawberry, pineapple milkshake I bought at the haeggendaus stand. It was about the most expensive milk shake I ever had. Rio showed up with a baseball cap covering his almost totally bald head. He use to have some hair but he was balding when I knew him in the class a couple years earlier.

He was also wearing dark glasses. I don't know if he didn't want me to look at his eyes or if he was in some kind of disguise due to the recent publicity he had on the cover of Time magazine. We walked over to the ABC towers where I suspected he might be living and sat at an isolated patio table to talk about what was going on.

He seemed to be asking most of the question and I felt like I was being interrogated. I felt very uncomfortable and it was as if I was being grilled by some lawyer. It was not at all like the NEODY I had known in the class, but yet I knew I was also not behaving as a member of the class either. I tried to share with him the events as I saw them, and asked why he had not been in contact with anyone else over the last two weeks since the event happened. He said "Rkkody don't pick on me", "You know how things are. I' not picking on you so please don't pick on me".

I didn't know what to think of that. I became even more suspicious and was not sure if he was being up front with me or if I had just given into influences of suspicion and distrust. I didn't like being so suspect of everyone. I was starting to feel like there was a division being drawn between ex-classmates. Some were aligning themselves with MRC and SRF and the San Diego lawyer who seemed to have his own agenda. I really suspected that Rio's lawyer simply put the clamps on his revealing anything until the ABC deal was signed and that is why he was not returning my phone calls.

I felt somehow betrayed that he did not offer to help with these video tapes. I thought since he was essentially the co-owner of the tapes that he would have some interest in helping me market them and protect the audio tapes from the 22 years of classroom. He felt I was wrong to have taken them and that I should have turned them over to MRC and SRF. He also felt I should not have put Right to Know in the Web site and be charging a donation for those farewell tapes.

Not once did I get the impression he wanted to help distribute any of the classes information, or offer any financial help to those who are distributing it. I had heard from the grapevine that Rio signed 2.5 million dollars deal with ABC and now was being critical of me for wanting to raise funds to help disseminate the materials left by the class.

By this time I was very confused and I was trying to ask Ti and Do for help. Something seemed very wrong with this picture. He tried to make me feel guilty for wanting to make sure the classes

27      The Truth about Heaven's gate

information was preserved but was not offering to help.  That meeting left me very disturbed.  I can only remember one other time I was that shaken up by an encounter.  It was while on the road in 75 when Jasper and I held a meeting in Grass Valley California and we went to some Christian youth camp for some help with a meal.  After eating in their cafeteria we went for walk with a couple kids who said they were interested in what were doing and wanted to learn more about the Kingdom of Heaven. As we talked about our understanding of this "harvest" one of the administrators pulled up in a jeep and was visibly hostile towards us.  He grabbed the kid (a teenage girl) and  yelled at us to leave and drove his jeep behind us as we walked towards our car.  We were kicked out of that place and the intensity of hostility was something I will never forget.  We both had stomachs tied in a not after that encounter.  That guy had no interest in examining what we had to say.  It was pure hate coming at us and just because we were working for the Next Level.

I am not saying the RIO was vibrating any kind of hate.  He was simply taking the position that I was harboring an influence and he had the clear picture of what was happening.

I took a trip up the coast and walked for an hour or so on the beach reaching up for help in what I was to do.  It seemed pretty clear that by now I was not going to get any help with trying to preserve the audio tapes, so it seemed there was no further reason for hanging around LA, or planet earth for that matter.

Earlier I had talked with the entertainment attorney (Jamie) and he had not been able to locate any agencies willing to work with me on this book.   I called JST and told him how things went with RIO and we both agreed that it might just mean that we don't need to delay our own exit much more.

I was beginning to feel relieved about how things were turning out.  I had written a email to PYP earlier explaining how I was seeing the situation with MRC and SRF and OSC.  I guess that email was read by MRC and SRF who answered it later with an email addressed to me a copied to Holly, Rio, Chris, and OSC.

I left the next day for Las Vegas again and when I got there JST was taking care of getting rid of some things. I stayed a night with JST and left the next day for Denver after we both kind of agreed that we would like to get out of here in a week.

**The writing on the wall**

I went over to meet with JSTODYs the next day and he and his daughter and I all went out to try out the buffet at the Rio. He told me that was one of the best buffets in Las Vegas and was also the best value. When we got to the casino we saw a line about three miles long so we all agreed that we would look for another restaurant. We went upstairs and came across a very expensive and snobbish restaurant. JSTODY's daughter seemed to want to try it and since JSTODY knew he would be leaving soon he wanted to indulge her while he was still with her, so we ate dinner there. It kind'a reminded me of the Wendy's TV commercial where some snobbish waiter serves a large plate with a tiny little portion of something and tries to make you feel it's a privilege to be ripped off. I had a small piece of chicken surrounded by three cloves of roasted garlic and little smidgen of potatoes. They had steak. The entire bill was about $160 for three people. It was disgusting to pay that much money for one meal for three people.

After spending the night with JSTODY, I got up the next morning and hopped a plane to Nashville. Mars Media is one of the Internet Service Providers (ISP) the class had been working with to host their web site. Chris Milus and Holly Craig owned the company and they invited me to come out there to see what we could do about getting the web site back. I told them I could spend Sunday and Monday but had to get back by Tuesday.

At this time I had collected the videos made while were traveling on the road in the class during the 1994 road trip. Both Rio (NEO) and I were on the camera crew during that time so I felt like these tapes could be used to raise some money that could then be used to duplicate some of the audio tapes from the class.

My plan at this time was to digitally master the 300 or so audio tapes so we could make them available to anyone who was interested. I felt like Do would not want those tapes to be destroyed or anyone in the government or the family members to confiscate the tapes.

When I got to Nashville, Chris met me at the airport following a little misdirection. Chris and Holly had been very supportive of the class through all the recent negativity in the press. I was amazed that someone who was not a class member was able to stand up and proudly proclaim in front of the world that they were not ashamed of their friendship with those in the class.

Chris dove me out to Franklin, a small town about 90 miles away from Nashville, where I met Holly in their office. We talked a lot about how things were turning. I was there in the hopes of learning more about who took our web site and trying to get it back. I spent the night at Chris's house which is located about two blocks from their office.

I had made some copies of the video tapes that NEO and I took while on the road in '94, and played some of them for Chris. He felt that these tapes were very valuable and that we could find a buyer through an attorney he and Holly had used on other occasions.

The attorney he refereed was named Richard and his office was in Carlsbad CA. I had spoken with Richard a few days earlier and he also wanted to get all the ex-classmates to form an entity of some kind and go after Rio for saying he was the only survivor. I told Chris I was not comfortable turning against Rio. The Attorney said such a meeting would not help as he thought Rio was firmly under control and manipulated by his attorneys. I guess I really wanted to take the higher side and not judge NEODY for what the press was saying about him.