UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>STEVEN ROBERT HAVEL, et al.,<br><br>      Defendants. | CASE NO. 3:22-CV-395-JD-MGG |

**ORDER FOR WRITTEN STATUS REPORTS**

Fed. R. Civ. P. 16(b) requires this Court to enter a scheduling order—after consultation with the parties—fixing deadlines for amendments to the pleadings, the commencement and completion of discovery, and the filing of dispositive motions. To comply with that Rule, this Court now **ORDERS** the unrepresented Defendants and the Plaintiff to separately prepare and file a *brief* status report, not to exceed three pages unless greater length is unavoidable by **October 24, 2022**. The parties' reports should address:

    (1) the nature of the case and the principal factual and legal issues;

    (2) whether all parties have been served, or any parties dismissed;

    (3) the discovery each party intends to undertake, the anticipated time necessary for completion of discovery, and any limitations on discovery that any party believes may be necessary;

    (4) the time within which amendments to the pleadings shall be allowed;

    (5) motions now pending or anticipated by any party, and the status of any briefing remaining related to any pending motions;

(6) what deadline should be set for the filing of dispositive motions;

(7) whether any aspects of the case have been stipulated or settled, and when the parties expect to complete mediation or other alternative dispute resolution efforts;

(8) whether the parties have considered litigating this matter under this Court's consent procedure, as explained in the two-page consent form issued contemporaneously with this order.

After the parties file their status reports as required by this Order, this Court will enter a Scheduling Order pursuant to Fed. R. Civ. P. 16(b). Lastly, the Court directs the parties' attention to Fed. R. Civ. P. 16(b)(4), which provides that a scheduling order "may be modified only for good cause and with the judge's consent." The Court will consider only written requests to modify its scheduling order.

**SO ORDERED** this 21st day of September 2022.

s/ Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge
