UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation,<br><br>an Arizona nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>Steven Robert Havel, Cathy JoAnn Weaver, Jason Bartel,<br><br>Defendants. | CAUSE NO. 3:22-CV-395-JD-MGG |

**RESPONSE TO COUNTERCLAIM OF JASON BARTEL**

The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation (the "Foundation" or "Plaintiff") hereby addresses a portion of the relief requested in the "Counterclaim" brought by Defendant Jason Bartel ("Defendant") against Mark King and Sarah King, who have not appeared in this action and for whom an affidavit of service has not been filed.[1]  [Doc. 35 at 52 ("In support of Defendant, Jason Bartel's counterclaim against Mark and Sarah King . . . ."), *id.* at 55 (seeking judgment against "Counter Defendants, otherwise known as Mark and Sarah King as Defendant . . . .")]

Although Mr. Bartel's "Counterclaim" has not named the Foundation as a "Counterdefendant" or a party to the "Counterclaim," the "Counterclaim" requests relief that would affect the Foundation's intellectual property rights.  [Doc. 35 at 55 (requesting the Court to declare unenforceable and to cancel the Foundation's trademark rights and copyrights)]

---

[1] Although Doc. 35 is titled "Counterclaim," it appears that Mr. Bartel intended to file a Third-Party Complaint against Mark King and Sarah King.

The Foundation denies that Mr. Bartel is entitled to any relief that would invalidate and/or diminish the Foundation's intellectual property rights, and it is improper for Mr. Bartel to request the Court to invalidate and/or diminish the Foundation's intellectual property rights without naming the Foundation as a Counterdefendant to an action that requests such relief. Because the Foundation is not a named party to Mr. Bartel's "Counterclaim," the Foundation does not address the allegations contained therein. If the Court construes the "Counterclaim" that is asserted against Mark King and Sarah King to assert a counterclaim against the Foundation, despite the "Counterclaim" not naming the Foundation as a party to the "Counterclaim," the Foundation requests 10 days from the date of the Court's decision, if any, as to whether the "Counterclaim" is asserted against the Foundation to file a response to the "Counterclaim."

RESPECTFULLY SUBMITTED this 26th day of September 2022.

      /s/ Issac S. Crum
MESSNER REEVES LLP
Isaac S. Crum (AZ Bar #026510)
icrum@messner.com
Daniel L. Marks (AZ Bar #034141) (pro hac vice to be submitted)
dmarks@messner.com
7250 N. 16th Street, Suite 410
Phoenix, Arizona 85020
Telephone: (602) 641-6705
Facsimile: (303) 623-0552

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of September 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to counsel of record.  A copy of this filing was also sent via U.S. mail to the following:

>Cathy JoAnn Weaver
>5776 Grape Road, Ste 51
>PMB #121
>Mishawaka, IN 46545
>
>Steven Robert Havel
>5776 Grape Road, Ste 51
>PMB #121
>Mishawaka, IN 46545
>
>Jason Bartel
>N40I9 Forest Drive
>Hancock, WI 54943
>jasonbartel@unioncab.com

>>*/s/  Isaac S. Crum*
>>Isaac S. Crum