UNITED STATES DISTRICT COURT NORTHERN
INDIANA ST. JOSEPH

The Evolutionary Level Above Human,
Inc.

    d/b/a The Telah Foundation

       Plaintiff

         -vs-

Steven Robert Havel, Cathy JoAnn
       Weaver, and Jason
       Bartel

       Defendant

3:22-cv-00395

**MOTION**

I, Stephen Robert Havel, of Mishawaka, in St. Joseph, Indiana, MAKE OATH AND SAY
THAT:

1. I, Stephen Havel respectfully file this motion to ask for the court to appoint the co-defendants myself, Cathy Weaver and Jason Bartel an attorney, legal consultant or mediator.

2. While all co-defendants have filed their Answers, Defenses, Counterclaim and Request for Jury Trial the Discovery phase this suit is now entering has left us completely in the dark with how to proceed. We just do not have the knowledge to proceed forward with any confidence that we won't miss a deadline that we know nothing about or follow federal rules that we just do not have any working understanding of. All co-defendants have obligations to work and we just don't have the time or energy after working 8 hour days and nights to be able to spend countless hours trying to research all of the federal rules

3. We fear the Plaintiffs' attorneys are already engaging in intimidation and bullying tactics to scare us into making the wrong move or saying the wrong thing. All co-defendants would consider it a travesty of justice for us to lose this case based on technicalities that we know nothing about. (Exhibit A)

4. According to this Courts orders on 6-29-2022 we sent out 20 copies of the Plaintiffs complaint to 20 different Intellectual Property Rights attorneys or Federal Civil Case

attorneys that have appeared before this Court as defenders in the past. (Exhibit B & C).
We included a detailed description of our position as well (Exhibit D)

5. We unfortunately only received 2 responses back for our efforts and both were denials.
(Exhibit E)

STATE OF INDIANA

COUNTY OF ST. JOSEPH

Stephen Robert Havel _____ 10-7-22

                                  (Signature)          (Date)