Gmail

**Sawyer Cathy <sawcat575@gmail.com>**

## Telah Foundation adv. Havel, et al. - Renewed Request for Rule 26(f) Conference
13 messages

**Daniel L. Marks** <DMarks@messner.com>                          Thu, Oct 6, 2022 at 6:28 PM
To: "jasonbartel@unioncab.com" <jasonbartel@unioncab.com>, "sawcat575@gmail.com" <sawcat575@gmail.com>
Cc: Isaac Crum <ICrum@messner.com>, Mary Willson <MWillson@messner.com>

Stephen, Cathy, and Jason,

We are contacting you all to coordinate a telephonic Rule 26(f) conference, which is mandatory
per Rule 26 of the Federal Rules of Civil Procedure.  For your convenience, we are attaching a
copy of Rule 26 so that each of you are familiar with the Rule and your obligations as a litigant.
We encourage you to familiarize yourself with the Rules as this matter proceeds because a self-
represented litigant is held to the same standards as an attorney.

Please let us know if you are available during any of the following dates/times:

   1. Friday, October 7, 2022:
       a. 12:30 p.m. AZ time / 2:30 p.m. WI time / 3:30 p.m. Eastern time
       b. 1:00 p.m. AZ time / 3:00 p.m. WI time / 4:00 p.m. Eastern time
       c. 1:30 p.m. AZ time / 3:30 p.m. WI time / 4:30 p.m. Eastern time
       d. 2:00 p.m. AZ time / 4:00 p.m. WI time / 5:00 p.m. Eastern time
       e. 2:30 p.m. AZ time / 4:30 p.m. WI time / 5:30 p.m. Eastern time
       f. 3:00 p.m. AZ time / 5:00 p.m. WI time / 6:00 p.m. Eastern time
       g. 3:30 p.m. AZ time / 5:30 p.m. WI time / 6:30 p.m. Eastern time
   2. Monday, October 10, 2022:
       a. 12:30 p.m. AZ time / 2:30 p.m. WI time / 3:30 p.m. Eastern time
       b. 1:00 p.m. AZ time / 3:00 p.m. WI time / 4:00 p.m. Eastern time
       c. 1:30 p.m. AZ time / 3:30 p.m. WI time / 4:30 p.m. Eastern time
       d. 2:00 p.m. AZ time / 4:00 p.m. WI time / 5:00 p.m. Eastern time
       e. 2:30 p.m. AZ time / 4:30 p.m. WI time / 5:30 p.m. Eastern time
       f. 3:00 p.m. AZ time / 5:00 p.m. WI time / 6:00 p.m. Eastern time
       g. 3:30 p.m. AZ time / 5:30 p.m. WI time / 6:30 p.m. Eastern time
   3. Tuesday, October 11, 2022:
       a. 12:30 p.m. AZ time / 2:30 p.m. WI time / 3:30 p.m. Eastern time
       b. 1:00 p.m. AZ time / 3:00 p.m. WI time / 4:00 p.m. Eastern time
       c. 1:30 p.m. AZ time / 3:30 p.m. WI time / 4:30 p.m. Eastern time
       d. 2:00 p.m. AZ time / 4:00 p.m. WI time / 5:00 p.m. Eastern time
       e. 2:30 p.m. AZ time / 4:30 p.m. WI time / 5:30 p.m. Eastern time

    f. 3:00 p.m. AZ time / 5:00 p.m. WI time / 6:00 p.m. Eastern time

    g. 3:30 p.m. AZ time / 5:30 p.m. WI time / 6:30 p.m. Eastern time

4. Wednesday, October 12, 2022:

    a. Any time between 9:00 a.m. AZ time and 5:00 p.m. AZ time (7:00 p.m. WI Time, 8:00 p.m. Eastern)

Once we have an agreed upon date and time, we will circulate a call-in number so that everyone can participate.

This is our first request for such a conference with respect to Jason, and part of an ongoing request for the participation of Stephen and Cathy, who have previously refused to participate in a Rule 26(f) conference. Please note that if any party refuses to participate in this process, we will need to notify the Court and will request appropriate sanctions, including dismissal of any counterclaims, default judgment, and any other relief that is appropriate.

Thank you,

Danny

**DANNY MARKS**

Attorney

**D:** 602.635.4016    **E:** dmarks@messner.com

7250 N 16th Street, Suite 410, Phoenix, AZ 85020

https://www.messner.com

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Rule 26.pdf**
277K

**Daniel L. Marks** <DMarks@messner.com>                     Thu, Oct 6, 2022 at 6:38 PM
To: "jasonbartel@unioncab.com" <jasonbartel@unioncab.com>, "sawcat575@gmail.com" <sawcat575@gmail.com>,
"jason_bartel@unioncab.com" <jason_bartel@unioncab.com>
Cc: Isaac Crum <ICrum@messner.com>, Mary Willson <MWillson@messner.com>

[Quoted text hidden]

---

**Sawyer Cathy** <sawcat575@gmail.com>                     Thu, Oct 6, 2022 at 6:44 PM
To: "Daniel L. Marks" <DMarks@messner.com>
Cc: jasonbartel@unioncab.com, Isaac Crum <ICrum@messner.com>, Mary Willson <MWillson@messner.com>

This is the FIRST time your office has contacted Stephen and myself, Cathy to participate in any
telephone conference. I'd like to know why you're saying we refuse to participate in when your office has not even
asked us yet?
[Quoted text hidden]

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>          Thu, Oct 6, 2022 at 6:45 PM
To: sawcat575@gmail.com



## Address not found

Your message wasn't delivered to **jasonbartel@unioncab.com**
because the address couldn't be found, or is unable to receive
mail.

**LEARN MORE**

The response was:

    550 5.1.1 The email account that you tried to reach does not exist. Please try double-
    checking the recipient's email address for typos or unnecessary spaces. Learn more at
    https://support.google.com/mail/?p=NoSuchUser m4-20020a9d7e84000000b00660e5b784bdsor115604otp.169
    - gsmtp

Final-Recipient: rfc822; jasonbartel@unioncab.com
Action: failed
Status: 5.1.1
Diagnostic-Code: smtp; 550-5.1.1 The email account that you tried to reach does not exist. Please try
 550-5.1.1 double-checking the recipient's email address for typos or
 550-5.1.1 unnecessary spaces. Learn more at
 550 5.1.1  https://support.google.com/mail/?p=NoSuchUser m4-20020a9d7e84000000b00660e5b784
bdsor115604otp.169 - gsmtp
Last-Attempt-Date: Thu, 06 Oct 2022 15:45:03 -0700 (PDT)

 **Gmail**                                             **Sawyer Cathy <sawcat575@gmail.com>**

---

## Telah Foundation adv. Havel, et al. - Renewed Request for Rule 26(f) Conference

---

**Daniel L. Marks** <DMarks@messner.com>                              Thu, Oct 6, 2022 at 7:34 PM
To: Sawyer Cathy <sawcat575@gmail.com>
Cc: "jason_bartel@unioncab.com" <jason_bartel@unioncab.com>, Isaac Crum <ICrum@messner.com>, Mary Willson
<MWillson@messner.com>

Please see the attached email correspondence reflecting a refusal to discuss the scheduling of the
case. Despite the prior refusal, we are still hopeful that we can move forward cooperatively.


Please let us know your availability for the times listed below so that we can move this forward:

[Quoted text hidden]

Thank you,


Danny


**DANNY MARKS**

Attorney

**Messner Reeves LLP**

**D:** 602.635.4016  **E:** dmarks@messner.com

7250 N 16th Street, Suite 410, Phoenix, AZ 85020




**From:** Sawyer Cathy <sawcat575@gmail.com>
**Sent:** Thursday, October 6, 2022 3:45 PM
**To:** Daniel L. Marks <DMarks@messner.com>
**Cc:** jasonbartel@unioncab.com; Isaac Crum <ICrum@messner.com>; Mary Willson <MWillson@messner.com>
**Subject:** Re: Telah Foundation adv. Havel, et al. - Renewed Request for Rule 26(f) Conference


**[ EXTERNAL EMAIL ]**

---

[Quoted text hidden]
[Quoted text hidden]

**Daniel L. Marks**

| | |
|---|---|
| **From:** | Sawyer Cathy <sawcat575@gmail.com> |
| **Sent:** | Tuesday, August 30, 2022 9:50 AM |
| **To:** | Isaac Crum |
| **Subject:** | Re: lawsuit |

**[ EXTERNAL EMAIL ]**

Thank you but we feel to proceed through the courts.

On Mon, Aug 29, 2022, 8:00 PM Isaac Crum <ICrum@messner.com> wrote:

Stephen,

Thank you for the email.  I am required under the federal rules to reach out to discuss scheduling of the case.  I also feel it is required under Fed. R. Civ. P. 1 to see if there are any terms of a settlement or partial settlement that can be reached.  Not sure what your interaction was with Telah Foundation's previous lawyer, but I am starting from a clean slate on this case—and would prefer an open line of communication, if possible.

Best,

ISAAC S. CRUM

Partner
**Messner Reeves LLP**

**D:** 602.641.6705 **O:** 602.457.5059 **E:** icrum@messner.com

7250 N 16th Street, Suite 410, Phoenix, AZ 85020

**From:** Sawyer Cathy <sawcat575@gmail.com>
**Sent:** Sunday, August 28, 2022 7:24 AM
**To:** Isaac Crum <ICrum@messner.com>
**Subject:** lawsuit

**[ EXTERNAL EMAIL ]**

What do you want to talk on the telephone about and why can't it be talked about in writing?

stephen havel

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

 Gmail

**Sawyer Cathy <sawcat575@gmail.com>**

---

## Telah Foundation adv. Havel, et al. - Renewed Request for Rule 26(f) Conference

---

**Sawyer Cathy** <sawcat575@gmail.com>                                    Thu, Oct 6, 2022 at 7:56 PM
To: "Daniel L. Marks" <DMarks@messner.com>
Cc: Jason Bartel <jason_bartel@unioncab.com>, Isaac Crum <ICrum@messner.com>, Mary Willson
<MWillson@messner.com>

Respectfully you are not listed as an attorney on this case so we will only deal with Isaac Crum as he is listed on all
the documents and on Pacer as the lead attorney.

[Quoted text hidden]

 Gmail

**Sawyer Cathy <sawcat575@gmail.com>**

---

## Telah Foundation adv. Havel, et al. - Renewed Request for Rule 26(f) Conference

**Isaac Crum** <ICrum@messner.com>                                          Thu, Oct 6, 2022 at 8:11 PM
To: Sawyer Cathy <sawcat575@gmail.com>, "Daniel L. Marks" <DMarks@messner.com>
Cc: Mary Willson <MWillson@messner.com>, "jason_bartel@unioncab.com" <jason_bartel@unioncab.com>

---

Danny works with me, so please feel free to treat his emails as if they came from me. (Also, as you can clearly see, I am cc-ed on these emails.) Please let us know if you are standing by your previous desire to not talk on the phone and we will let the Court know. Alternatively, we would appreciate it if you could pick a time from those listed below that works to discuss scheduling for this matter.


Thank you,


**ISAAC S. CRUM**

Partner
**Messner Reeves LLP**

**D:** 602.641.6705 **O:** 602.457.5059 **E:** icrum@messner.com

[Quoted text hidden]

 Gmail

**Sawyer Cathy <sawcat575@gmail.com>**

## Telah Foundation adv. Havel, et al. - Renewed Request for Rule 26(f) Conference

**Sawyer Cathy** <sawcat575@gmail.com>                                    Thu, Oct 6, 2022 at 8:14 PM
To: Isaac Crum <ICrum@messner.com>
Cc: "Daniel L. Marks" <DMarks@messner.com>, Mary Willson <MWillson@messner.com>, Jason Bartel
<jason_bartel@unioncab.com>

   You are correct and that I can clearly see that you are cc'd on this email but until he is listed on Pacer and all of the
   court documents as being an attorney for us to deal with we will not deal with him. In addition unfortunately none of
   those dates work for us as we eill be on the road traveling and will not arrive at our destination until after the 16th.
   [Quoted text hidden]



**UNITED STATES POSTAL SERVICE.**

```
                MISHAWAKA
               111 E 3RD ST
          MISHAWAKA, IN 46544-9998
              (800)275-8777

7/13/2022                      12:02 PM
-----------------------------------------
Product          Qty   Unit        Price
                       Price
-----------------------------------------
Priority Mail®     1               $9.25
   Indianapolis, IN 46225
   Weight: 1 lb 2.00 oz
   Expected Delivery Date
      Thu 07/14/2022
   Tracking #:
      9505 5105 7564 2194 5459 65
   Insurance                       $0.00
      Up to $100.00 included
Total                              $9.25

Priority Mail®     1               $9.25
   South Bend, IN 46635
   Weight: 1 lb 2.20 oz
   Expected Delivery Date
      Fri 07/15/2022
   Tracking #:
      9505 5105 7564 2194 5459 72
   Insurance                       $0.00
      Up to $100.00 included
Total                              $9.25

Priority Mail®     1               $9.25
   Fort Wayne, IN 46802
   Weight: 1 lb 2.10 oz
   Expected Delivery Date
      Fri 07/15/2022
   Tracking #:
      9505 5105 7564 2194 5459 89
   Insurance                       $0.00
      Up to $100.00 included
Total                              $9.25

Priority Mail®     1               $9.25
   Indianapolis, IN 46290
   Weight: 1 lb 2.20 oz
   Expected Delivery Date
      Thu 07/14/2022
   Tracking #:
      9505 5105 7564 2194 5459 96
   Insurance                       $0.00
      Up to $100.00 included
Total                              $9.25

Priority Mail®     1               $9.25
   Mishawaka, IN 46545
   Weight: 1 lb 2.20 oz
   Expected Delivery Date
      Fri 07/15/2022
   Tracking #:
      9505 5105 7564 2194 5460 09
   Insurance                       $0.00
      Up to $100.00 included
Total                              $9.25

Priority Mail®     1               $9.25
   Mishawaka, IN 46544
   Weight: 1 lb 2.10 oz
   Expected Delivery Date
      Fri 07/15/2022
   Tracking #:
      9505 5105 7564 2194 5460 16
   Insurance                       $0.00
      Up to $100.00 included
Total                              $9.25

Priority Mail®     1               $9.25
```

Exhibit 8

(handwritten: 1, 2, 3, 4, 5, 6)

Tracking #:
  9505 5105 7564 2194 5460 16           $0.00
Insurance
  Up to $100.00 included
Total                                   $9.25

Priority Mail®        1                 $9.25
  South Bend, IN 46601
  Weight: 1 lb 2.10 oz
  Expected Delivery Date
      Fri 07/15/2022
  Tracking #:
    9505 5105 7564 2194 5460 23
  Insurance                             $0.00
    Up to $100.00 included
Total                                   $9.25

Priority Mail®        1                 $9.25
  Griffith, IN 46319
  Weight: 1 lb 2.10 oz
  Expected Delivery Date
      Fri 07/15/2022
  Tracking #:
    9505 5105 7564 2194 5460 30
  Insurance                             $0.00
    Up to $100.00 included
Total                                   $9.25

Priority Mail®        1                 $9.25
  South Bend, IN 46615
  Weight: 1 lb 1.90 oz
  Expected Delivery Date
      Fri 07/15/2022
  Tracking #:
    9505 5105 7564 2194 5460 47
  Insurance                             $0.00
    Up to $100.00 included
Total                                   $9.25

Priority Mail®        1                 $9.25
  Mishawaka, IN 46544
  Weight: 1 lb 2.20 oz
  Expected Delivery Date
      Fri 07/15/2022
  Tracking #:
    9505 5105 7564 2194 5460 54
  Insurance                             $0.00
    Up to $100.00 included
Total                                   $9.25

Priority Mail®        1                 $9.25
  Elkhart, IN 46516
  Weight: 1 lb 2.30 oz
  Expected Delivery Date
      Fri 07/15/2022
  Tracking #:
    9505 5105 7564 2194 5460 61
  Insurance                             $0.00
    Up to $100.00 included
Total                                   $9.25

Priority Mail®        1                 $9.25
  Merrillville, IN 46410
  Weight: 1 lb 2.20 oz
  Expected Delivery Date
      Fri 07/15/2022
  Tracking #:
    9505 5105 7564 2194 5460 78
  Insurance                             $0.00
    Up to $100.00 included
Total                                   $9.25

Priority Mail®        1                 $9.25
  South Bend, IN 46617
  Weight: 1 lb 2.10 oz
  Expected Delivery Date
      Fri 07/15/2022
  Tracking #:
    9505 5105 7564 2194 5460 85
  Insurance                             $0.00
    Up to $100.00 included
Total                                   $9.25

Priority Mail®        1                 $9.25



```
Priority Mail®      1                    $9.25
     Schererville, IN 46375
     Expected Delivery Date
          Fri 07/15/2022
     Tracking #:
          9505 5105 7564 2194 5460 92
     Insurance                           $0.00
          Up to $100.00 included
Total                                     $9.25
```


```
Priority Mail®      1                    $9.25
     Merrillville, IN 46410
     Weight: 1 lb 2.00 oz
     Expected Delivery Date
          Fri 07/15/2022
     Tracking #:
          9505 5105 7564 2194 5461 08
     Insurance                           $0.00
          Up to $100.00 included
Total                                     $9.25
```

```
Priority Mail®      1                    $9.25
     Merrillville, IN 46410
     Weight: 1 lb 2.30 oz
     Expected Delivery Date
          Fri 07/15/2022
     Tracking #:
          9505 5105 7564 2194 5461 15
     Insurance                           $0.00
          Up to $100.00 included
Total                                     $9.25
```

```
Priority Mail®      1                    $9.25
     Indianapolis, IN 46204
     Weight: 1 lb 2.00 oz
     Expected Delivery Date
          Thu 07/14/2022
     Tracking #:
          9505 5105 7564 2194 5461 22
     Insurance                           $0.00
          Up to $100.00 included
Total                                     $9.25
```

```
Priority Mail®      1                    $9.25
     Indianapolis, IN 46208
     Weight: 1 lb 2.00 oz
     Expected Delivery Date
          Thu 07/14/2022
     Tracking #:
          9505 5105 7564 2194 5461 39
     Insurance                           $0.00
          Up to $100.00 included
Total                                     $9.25
```

```
Priority Mail®      1                    $9.25
     South Bend, IN 46634
     Weight: 1 lb 2.10 oz
     Expected Delivery Date
          Fri 07/15/2022
     Tracking #:
          9505 5105 7564 2194 5461 46
     Insurance                           $0.00
          Up to $100.00 included
Total                                     $9.25
```



```
Priority Mail®      1                    $9.25
     Elkhart, IN 46516
     Weight: 1 lb 1.80 oz
     Expected Delivery Date
          Fri 07/15/2022
     Tracking #:
          9505 5105 7564 2194 5461 53
     Insurance                           $0.00
          Up to $100.00 included
Total                                     $9.25
```


```
Grand Total:                            $185.00

Credit Card Remitted                    $185.00
     Card Name: MasterCard
     Account #: XXXXXXXXXXXXX0684
     Approval #: 06742Z
```

Attorneys to send letter too

① Warrick + Boyn LLP     Corporate
   8161 Parkway Ave        lawyers
   Ethant In  46510

① ✓
② Pagham, Lanlang      Remax Case    July 13
Represented   1044 North Meridian St.                Sent
Defendant     Suite 450
              Indianapls  In 46290

② ✓ ③ Ryan Fanton   Law offices of Ryan M Fenton
Represented   450 Lincoln way west      574-258-9496
Defendant     Mishawaka, In. 46544     July 13
                                        Sent

④ Overkraser Law offices LLC
  18 E Main St
  Suite 502          Represent
  Greenfield, In 46140   Plaintiffs

③ ✓ ⑤ William N Ramsey           July 13
       Barret McNagny LLP          Sent
       215 E. Berry St
       P.O. Box 2263
       Fort Wayne, IN. 46801

RvR International BV 1.14-2641

**(6)** Southbank Legal: Cadoe Curran + Kuehn
Represent Plaintiffs
100 E Wayne St
Suite 300
South Bend In 46601
574-968-0760

**(7)** Maginot Moore + Beck LLP
Represented Plaintiff
One Indiana Sq
Suite 2200
Indianapolis In 46204
317-638-2922
hcmoore@maginot.com

**(8)** JC Law Offices
Represented Plaintiff
123 NW 4th St
Suite 10
Evansville, IN 47708
812-301-1282
JC@JC-law.com

**(4)** **(9)** Clint A Zalas
Represented Defendant
Lee and Zalas
54391 N. 30th St.
South Bend, IN. 46635
574-232-5923
cazalas@lgzlegal.com
July 13 Sent

**(10)** Angela L Freel
Represented Defendant
Jackson Kelly PLLC
physical address 221 NW Fifth St 2nd Fl
mail address P.O. Box 1507    47706
Evansville In. 47708
812-422-9444
alfreel@jacksonkelly.com
nathan.dewan@ "
Represents Companies

⑤
※ ⑪
Represented
Defendant

Kighthnger + Gray LLP - Morten
800 E Broadway Ste 100
Merrillville, IN. 46410

Sent
July 13
219-764-0413
Jthrow@k-glaw.com
lgad@k-glaw.com

⑥
※ ⑫
Represented
Defendant

Sanders Pianowski LLP
300 Riverwalk Dr
Elkhart, IN 46516

574-294-1499   July 13
Sent
glankford@riverwalklaw.co.
Garrick T. Lankford

⑦
※ ✓ ⑬
Represented
Defendant

Botkin Hall LLP
1003 N. Hickory Rd
South Bend, IN 46615

July 13 Sent
574-234-3900
mmarston@bhlawyers.net

⑧
※ ⑭
Represented
Defendant

Zamudio Law Professionals PC
233 S Colfax St.
Griffith, IN. 46319

July 13 Sent
JW-954-2300
Christie@zq zlawpro.com
dan@zlawpro.com

⑮
Represented
Defendant

Barnes + Thornburg LLP - SBEND
201 S Main St
Suite 400
South Bend IN 46601

574-233-1171
eileen-pruitt@bt-law.com
Damon.leichty@"

Represents Businesses



16  O'Brien + Telloyan PC          574-287-7696
    205 W. Jefferson Blvd
    South Bend, IN. 46601
    Bankruptcy

17  Filippello George V            574-256-5003
    2500 Miracle Lane
    Suite D          Family Law
    Mishawaka In. 46545

2
✓ 18  Thorne-Grodnik LLP           574-256-5660
    Michael Trippel               ┌─────────┐
    420 Lincolnway W. Hwy         │ July 13 │
    Mishawaka IN 46544            │ Sent    │
                                  └─────────┘

V 19  Wandling + Associates        574-231-2220
✓   224 W. Jefferson Blvd.        ┌─────────┐
    Suite 400                     │ July 13 │
    South Bend, IN. 46601         │ Sent    │
                                  └─────────┘

20  Michael Dorestberger          Closed
    4100 Edison Lakes Pkwy
    Mishawaka IN 46545



① ② May. Oberfell Lorber
4100 Edison Lakes Pky
Suite 100
, Mishawaka, IN. 46545

574-245-4100

July 13
Sent

① Dentons Bingham Greenebaum LLP
2700 Market Tower
Represented
Defendant 10 W. Market St.
Grey Television Indianapolis, IN. 46204
Business

317-635-8900

dan.byrne@
dentons.com

② Thor Industries IN.
Represented 601 E Beardsley Ave RU
Defendant Elkhart, IN. 46514
The Claimant

Company
Jeep

574-970-7925

③ Wilson Elser Moskowitz Edelman + Dicker LLP
233 E. 84th Dr
Suite 301
Merrillville, IN. 46410

219-525-0560

July 13
Sent



(13) Hunt Suedhoff Kalamaros LLP.
Represented 205 W. Jefferson Blvd
Defendants Ste 300
South Bend IN. 46634
P.O.Box 4156

574-232-4801

July 13
Sent

(14) Meitus Gelbert Rose LLP
Represented 451 N. New Jersey St.
Defendants Indianapolis, IN. 46204

317-464-5366
July 13
Sent

(15) Bradshaw Law LLC
5525 N. Meridian St.
Indianapolis, IN. 46208

317-490-4852
July 13
Sent

(16) Schweinger Law office LLC
106 W. Lexington Ave
Elkhart, IN 46516

574-293-4242
July 13
Sent

(17) Long Meihofer LLC
400 E 86th Ave
Merrillville, IN 46410

630-796-0799
July 13
Sent

July 13
Sent

219-865-6666

✓ ⑱ Taube Law offices
$69   1415 Eagle Ridge Dr.
Schererville, IN. 46375

✓ ⑲ THK Law LLP
2126 LaSalle Ave
Suite 100
South Bend, IN. 46617

574-232-3535

July 13
Sent

✓ ⑳ Indiana Legal Services Inc
1300 Madison Ave
Suite 300
Indianapolis, IN. 46225

317-631-9410
Matt. Foster @
ilsi.net

July 13
Sent

EXhibit D

Cathy Weaver & Stephen Havel

5776 Grape Rd

Suite 51

PMB# 121

Mishawaka, IN 46545


Email: Sawcat575@gmail.com


Case # : 3:22-cv-00395


July 13, 2022


Dear Law Offices of Ryan M. Fountain:


Please see the enclosed packet along with the order we received from the court.

We would like to ask for your services pro bono or on a contingency basis with an agreed upon percentage of any monetary amount that may be awarded to us as we are financially unable to afford an attorney. I and my partner Stephen Havel are each being sued by the webmasters of the Heaven's Gate website. We are required to submit our answer to the court by 7/25/2022 and when we submit our answer, we will also be entering a counterclaim against Mark and Sarah King, otherwise known as the The Evolutionary Level Above Human, Inc doing business as the TELAH Foundation. They are former class members of the group and were in the class for 12 years before they were kicked out of the group for not wanting to follow procedures, and for deliberately going against Do, their teacher. They left the group in 1987.

My partner, Stephen Havel was also a member of the group for 19 years before he left of his own accord in late 1994 as he also wasn't following procedure, so he left of his own volition. Do, known in the world as Marshall Applewhite, asked Stephen Havel, also known as Sawyer or Swyody to remain in the group and work on his issue but Sawyer felt unable to do so.

Sawyer left the group and soon after started a relationship that lasted for over 17 years, he and his partner had a child. Do (through the medium of other class members) three times before the group exited in 1997 asked Sawyer indirectly if he wanted to return to the group or serve in some capacity but Sawyer did not desire to do so as he had a family. When the group left in 1997 Sawyer then began to want to be of service by participating in multiple high profile media interviews where he gave his understanding of the group and their purpose and tried to correct misinformation the media was portraying.

Mark and Sarah King, the plaintiffs in this case, approached the group in early 1994 and offered themselves up for service while remaining outside of the group, which the class did take them up on. They served as a means for the group to have their taxes filed and other fiduciary responsibilities, for that end the group and Do gave them fiduciary power of attorney, which we do not have proof of just the plaintiffs word and they have lied about several things.  When the group exited Mark & Sarah King along with 2 other prior class members were tasked with retrieving all of the items from storage that the group had produced and left behind, this included videos and over 1000 audio tapes made by Do and Ti, the teachers of the group.  Several letters were also sent out to at least 4 other prior members of the group with instructions of what to do after their exit and as Sawyer had told Do on those 3 different occasions that he did not want to serve the group, he was not sent a letter.

Mark and Sarah were listed as the primary prior members to go to the storage unit and retrieve the items of value, for reasons known only to them they passed that task onto two other prior members of the group, Rkkody and Oscody. Within a short amount of time of them receiving these final instructions according to them via fed ex packages, emails, faxes and unrecorded telephone calls, the group was found deceased by another prior member and he alerted the authorities, a flurry of activity began starting with the sheriff's office putting a lock on the storage locker.  Rkkody and Oscody prior to the group being found deceased had gone to the storage unit and retrieved one box of tapes before they "got spooked" and when they went back to retrieve the rest, the lock was there.  This started immediate arguments between the prior members who had been left behind, even though the letters stated what was to be done with the materials and Do had discussed at length on several different audio and video tapes and in the Heavens Gate book what he and the group wanted done with their information. Rkkody wanted to disseminate the materials as the letters stated but Mark and Sarah King felt differently.  It's a very long story and this is just the beginning of it.

We have all the letters, except the ones Mark & Sarah King state were only sent to them; we have all the audios stating what Do and the class wanted done with their materials.  Mark and Sarah King took it upon themselves to have  some of the materials copyrighted and they have persisted over the last 25 years in keeping most all of the audio and video information suppressed and have done some pretty terrible things towards that end.  Rkkody eventually left his vehicle(body), Mark & Sarah King had bullied and harassed him for about a year before he did end up taking his life.  His daughter continued on with her father's mission of dissemination of the materials and Mark and Sarah waited just a few months after Rkkody's exit before they sued her while she was still grieving the loss of her father.

The judge decided in the end result of that lawsuit to grant Mark and Sarah King sole and exclusive ownership of all of the groups intellectual property. The plaintiffs have still not provided this consent decree to show exactly what the judge consented to them.  We are not sure how Mark & Sarah made that happen, but we know beyond a shadow of a doubt the group absolutely did NOT want that.  Mark & Sarah have wealth and they had an attorney.  Kathy, Rkkody's daughter represented herself and she did not have the experience of being in the group or even being a believer in the groups purpose and mission.  Mark & Sarah King harassed her through repeated phone calls and voice recordings where they stated she was not worthy and that also they would take her house from her if she persisted in trying to keep the materials her deceased father had left her.

Rkkody while still alive, in an effort to keep the materials in the public domain common law copyrighted the 200+ audio cassettes he had possession of that he had personally retrieved from the storage. Rkkody sent two Cd's to Sawyer with the 200+ audios on them, he had every right to do so although Mark and Sarah King disagreed with that.

 Jhnody is another class member who was also sent a letter  with final instructions before the groups exit and original masters to the video series called Beyond Human – The Last Call and was given instructions to disseminate the groups materials to the media and anyone he chose to send them too. Interestingly enough Mark & Sarah King sent Jhnody 900+ audios over a year time period as Jhnody kept emailing Mark and asking for them.  Mark did email the audio tapes directly to him and also sent him about 80 cassette tapes of those same audios.  Jhnody then sent Sawyer those same 900+ digitized audios towards the task of disseminating them.

Mark & Sarah King were furious with Jhnody for giving the audios to Sawyer.  They have had a personal vendetta against Sawyer for many years mostly because Sawyer didn't agree that they had any justification for keeping the audio tapes from him and others, including the other defendant, Jason Bartell, aka Carlan, Crlody, CRL, also a former member who worked directly with Rkkody.

I, Cathy Weaver have been a student of the material for over three years now and had an online friendship with Sawyer as he had a YouTube channel where he discusses his 19 years' experience in the classroom and he would play the audios that he had possession of that were given to him by Rkkody and Jhnody.  I would engage with Sawyer, along with other subscribers to his channel in his live chats and we would all discuss the information the class left behind for the world to hear. Throughout those three years I became more and more of a believer, and I saw the constant threats from Mark and Sarah King against Sawyer and I foolishly believed that I could bring them together and broker an agreement between them so the materials could be free and available to everyone once and for all.

Sawyer and I had a casual, almost student to teacher "relationship" online.  I was impressed more and more that I wanted to meet him in person and sit with him and ask him all the questions about the group and Ti and Do that I just didn't have time to ask him while he was doing a live stream and answering multiple people who were also asking him questions.  At this time, I was also conversing with another seeker who had the same intention as I had.  I agreed to travel to Maine and pick him up and together he and I traveled to meet in person with Sawyer who resided in Vermont at the time. He and I both spent two days with Sawyer and then it was time for the other seeker to return back to his day-to-day duties. Sawyer rode with us while taking him back to Maine.  Once back at Sawyers house he and I continued to discuss the group and we also discussed the conflict between Mark & Sarah King and himself.

I expressed my desire to get them all together for a face-to-face meeting so they could work out an agreement where all the materials could be shared publicly, and Mark & Sarah King would stop threatening Sawyer and those of his subscribers who also wished to share the classes information. Months later we had that meeting and at that meeting both Sawyer and I were served with a Cease and Desist letter.  I was shocked to see my name listed on the Cease and Desist as I had shared none of the material, nor did I have possession of any of the material.

By the time of this meeting November 2021 and from when Sawyer and I first met in September of 2021 I will admit that he and I fell in love and we began a physical relationship with each other.  We are still committed to each other and Sawyer moved from Vermont to come live with me and my daughter in Mishawaka Indiana. I began participating in his live streams where we played the audio tapes and we also decided to make merchandise in the form of t-shirts.

We did use the so called Heavens Gate logo on those t-shirts and we also used the depiction of what we refer to as an Older Member on t-shirts.  Unbeknownst to us Mark & Sarah King had copyrighted or trademarked the image of the Older Member.  For the keyhole logo we slightly changed it by adding the entire original artwork as designed by the class member who was in the group, so we thought it was altered enough that it would not infringe on their copyright of the Heavens Gate keyhole logo.

I'll admit that I have a temper and as Mark & Sarah King continued to threaten us, I reacted in kind by speaking harsh words against them on the live stream.  With Sawyer and I repeatedly playing audio tapes and selling t-shirts they grew more and more infuriated and finally after years of threatening Sawyer and months of threatening me they finally engaged in pursuing a lawsuit against us.

To date we played less than 15 audio tapes on the live stream and we sold a total of 9 shirts at 32.50 each. We were served on June 2, 2022 which the process server had not turned into the court until July 6 2022.  Even before we were served, Sawyer and I marked every single one of our live streams that might offend them and that contained audio plays  as private so they are no longer viewable on YouTube. We stopped selling the two shirt designs that contain what they have  finally proved via the exhibits they presented with this lawsuit what they have trademarked/copyrighted.

Under the Fair Use act we had started reading sections of the Heavens Gate book on a separate YouTube channel, I have since marked that channel and all of the uploaded videos as private and it is no longer viewable to the public.

Currently we are not playing audios on Sawyers YouTube channel and we are not infringing on any of their presumed copyrights or trademarks.  As stated before, they obtained these copyrights and trademarks with NO instructions from Do or the group and we believe their intention as evidenced throughout their actions over the last 26 years is to hide most of the audio & video material away and hoard it for themselves.

Our counterclaim will be demanding that first and foremost they provide the alleged fed ex packages, emails, faxes and letters that only they received containing Do and the groups final instructions upon their exit and most importantly that they make ALL the groups materials public so every single person on this planet can access them if they have any interest in doing so and to be able to disseminate the classroom materials as anyone of the public may see fit. Our counterclaim will also be demanding any and all proof to the consent decrees they were awarded from the judge in San Diego and the judge from the Kathy Morea case. We also are demanding an EXACT inventory of every thing they received from San Diego county when the judge awarded them the groups materials from the storage locker that were impounded by San Diego county. We demand that they provide ALL of the trademarks, copyrights and patents that they have applied for and received. To date they just tell us they own everything and we know that is not true.

We have been compiling our defense and our offense against Mark and Sarah King and the actions they took directly against Do and the classes instructions. They took it upon themselves to copyright and trademark the material when they had no instructions to do so. They did have instruction to common law copyright the Heavens Gate book but that is it. Instead of putting a common law copyright on the book they put just a copyright on the book which is not what they were asked to do. They took it upon themselves to hide and hoard almost all of the audio & visual material and threaten Sawyer over the years with a lawsuit if he kept sharing the materials with people. We have over 20+ exhibits already prepared with evidence against them, we have been working diligently to compile our defense and offense because again, we are counter-suing them for the financial and emotional burden they have placed upon us by bringing this frivolous lawsuit against us. We also want to remove their sole and exclusive ownership granted to them in that 1999 lawsuit by the judge and finally make all of the group's material public once and for all as Do and the group originally intended.

Incidentally, there is no new group or "cult' and we are NOT trying to recruit anyone to join any new group. We are adamantly against suicide and we post a disclaimer before each and every one of our live streams, along with sharing material from the Heavens Gate website about why we are against suicide.

As you can see this is potentially going to be a national media interest case and neither us or Mark & Sarah King are backing down from our stated positions. We intend to see this through to the end no matter what the consequences. Mark & Sarah King chose to make our residential address public and that forced me to abandon my daughter as I had to secure her a safe residence away from me and the media storm that will surely ensue once this becomes known in the mainstream world. That cost Sawyer and I over 8,000.00 to do and we will be asking for that back from them. Sawyer and I are forced to become mobile and have a P.O Box as an address and live on the road so curiosity seekers or those who may wish to do us harm or just the media will not be able to harass us.

We hope that you may have an interest in our case and decide to represent us either pro-bono or on a contingency basis. Please respond in writing to the address listed above, we have been ordered by the court to obtain proof of your response and it would greatly help us out for you to do so.

Thank you for your time and effort in reading this and we hope to hear back from you soon with a positive response!

Cathy Weaver & Stephen Havel

 Gmail

**Sawyer Cathy <sawcat575@gmail.com>**

## The Evolutionary Level Above Human v. Havel: 3:22-cv-00395-JD-MGG
1 message

**John Bradshaw** <john@jbradshawlaw.com>                          Mon, Jul 18, 2022 at 10:07 AM
To: "sawcat575@gmail.com" <sawcat575@gmail.com>

Dear Cathy Weaver and Stephen Havel,

I received your packet and letter dated July 13, 2022 regarding the above case, but must respectfully decline the opportunity to represent you.  Best wishes.

-John


John M. Bradshaw

Bradshaw Law LLC

5525 N Meridian St.

Indianapolis, IN 46208

317.490.4852

john@jbradshawlaw.com




Confidentiality Notice: The information contained in this e-mail, and any attachments thereto, is only for the use of the recipient(s) named above. This message, and its attachments, may contain information that falls under the attorney-client and/or work product privileges. Receipt of this message by an unintended recipient does not constitute a waiver by the sender of any and all applicable privileges. If you are not the intended recipient of the e-mail and any attachments, or an agent responsible for delivering it to the intended recipients, you are hereby notified that any use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by e-mail, permanently delete the e-mail and any attachments immediately, and destroy all copies.



**EQUAL ACCESS TO JUSTICE**

**South Bend Office**

227 S. Main Street, Suite 200
South Bend, IN 46601

Office: (574) 234-8121

Fax: (574) 239-2185

July 18, 2022

Mr. Stephen R. Havel
sawcat575@gmail.com

Dear Mr. Havel:

Your request for legal assistance has been reviewed by the attorneys and paralegals on our office's Case Acceptance Group. Unfortunately, we are not able to actually represent you in any negotiations, hearings or proceedings regarding your legal matter because we do not have the resources available to do so. We receive a large number of requests for assistance each year and are simply unable to fulfill each one.

If you are interested in pursuing this matter, we would suggest that you consider consulting with an attorney in private practice. In order to find a good private practice lawyer, you should:

1. Contact the local bar association. Often the attorneys indicate the types of cases they accept. They may also have a referral service. We suggest you call the St. Joseph County Lawyer Referral at 574-235-9657.
2. Get referrals and recommendations. Ask colleagues, friends and family members who have used attorneys.
3. Check online reviews. Remember, positive reviews can be misleading and negative reviews could arise from clients who unfairly blame the attorney for a bad outcome.
4. Check disciplinary history. You may contact the clerk of the Indiana Supreme court to find out whether an attorney's law license is active and in good standing, whether there are any formal disciplinary charges pending, and whether the attorney has been disciplined in the past. To reach the office of the Clerk, call (317) 232-1930. You may also obtain information through an online search through the Roll of Indiana Attorneys online database. https://courtapps.in.gov/rollofattorneys/search.
5. The Yellow Pages of your local telephone directory will list the private attorneys in your area and the types of cases they handle. You should interview an attorney prior to hiring the attorney. Many attorneys offer free initial consultations, but make sure your interview/initial appointment is free before scheduling it.

Of course, you would need to work out a fee arrangement with any attorney whom you decide to retain, and you should read the fee agreement with great care.

**United Way**

**LSC** America's Partner for Equal Justice
LEGAL SERVICES CORPORATION

INDIANALEGALSERVICES.ORG

Again, our inability to extend an offer of representation at this time does not mean that your case is without merit.  We regret that we do not have the staff to represent everyone who asks for help but hope that our information is of assistance to you in determining how best to proceed.

Very truly yours,

INDIANA LEGAL SERVICES, INC.

Angela M. Hoogeveen
Managing Attorney

AMH:msc