**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

The Evolutionary Level Above Human, Inc.

                       Plaintiff,

v.                                                     Civil Action No.: 3:22−cv−00395−JD−MGG

                                                       Chief Judge Jon E DeGuilio

Steven Robert Havel, et al.

                       Defendant.

**CONSENT TO OR DECLINATION OF THE EXERCISE**
**OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

     Each party to the above−captioned civil matter shall select one of the following two options indicating whether the party will consent or decline to consent to having a Magistrate Judge conduct any and all proceedings in this case, including entry of final judgment, in accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and Local Rule 72−1.

    __**X**__    The party or parties listed below voluntarily consent to having a United States Magistrate Judge conduct all further proceedings in this case to disposition, with direct review by the Seventh Circuit Court of Appeals in the event an appeal is filed.

**OR**

    ____    The party or parties listed below acknowledge the availability of a United States Magistrate Judge but decline to consent.

**Should this case be reassigned from one magistrate to another due to caseload restrictions, recusal, retirement or any other reason, the undersigned may object within thirty (30) days of such reassignment.**

| Printed Name of Party | Signature of Party or Attorney | Date |
|---|---|---|
| Plaintiff The Evolutionary Level Above Human, Inc. | /s/ Isaac Crum | 10/12/2022 |

*NOTE:* **This Consent to or Declination of the Exercise of Jurisdiction by a United States Magistrate Judge must be returned to the Clerk of Court within twenty−one (21) days of receipt.** If the Consent Form is not returned within the twenty−one (21) days, then the parties will be reminded of the return requirement by the Clerk's Office and given a ten (10) day extension recorded in a docket entry. The failure to return the Form within the ten (10) day extension period will be brought to the attention of the Court for further action as the Court deems appropriate.

    *Fort Wayne:* FWClerks@innd.uscourts.gov     *South Bend:* SBClerks@innd.uscourts.gov
    *Hammond:* HMDClerks@innd.uscourts.gov     *Lafayette:* LafClerks@innd.uscourts.gov

    *To return this form via U.S. Mail, please refer to* http://www.innd.uscourts.gov *for mailing addresses.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

The Evolutionary Level Above Human, Inc.

　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Civil Action No.: 3:22-cv-00395-JD-MGG
　　　　　　　　　　　　　　　　　　　　　　　Chief Judge Jon E DeGuilio

Steven Robert Havel, et al.

　　　　　　　　　　　　　　　Defendant.

**CONSENT TO OR DECLINATION OF THE EXERCISE
OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

Each party to the above-captioned civil matter shall select one of the following two options indicating whether the party will consent or decline to consent to having a Magistrate Judge conduct any and all proceedings in this case, including entry of final judgment, in accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and Local Rule 72-1.

　　**X**　　The party or parties listed below voluntarily consent to having a United States Magistrate Judge conduct all further proceedings in this case to disposition, with direct review by the Seventh Circuit Court of Appeals in the event an appeal is filed.

**OR**

　　____　The party or parties listed below acknowledge the availability of a United States Magistrate Judge but decline to consent.

**Should this case be reassigned from one magistrate to another due to caseload restrictions, recusal, retirement or any other reason, the undersigned may object within thirty (30) days of such reassignment.**

Printed Name of Party　　　　　Signature of Party or Attorney　　　　　Date

Jason Bartel　　　　　　　　　　/s/ Jason Bartel　　　　　　　　　　10-3-71

*NOTE:* **This Consent to or Declination of the Exercise of Jurisdiction by a United States Magistrate Judge must be returned to the Clerk of Court within twenty-one (21) days of receipt.** If the Consent Form is not returned within the twenty-one (21) days, then the parties will be reminded of the return requirement by the Clerk's Office and given a ten (10) day extension recorded in a docket entry. The failure to return the Form within the ten (10) day extension period will be brought to the attention of the Court for further action as the Court deems appropriate.

　　*Fort Wayne:* FWClerks@innd.uscourts.gov　　　*South Bend:* SBClerks@innd.uscourts.gov
　　*Hammond:* HMDClerks@innd.uscourts.gov　　　*Lafayette:* LafClerks@innd.uscourts.gov

*To return this form via U.S. Mail, please refer to http://www.innd.uscourts.gov for mailing addresses.*

USDC IN/ND case 3:22-cv-00395-JD-MGG   document 37   filed 09/22/22   page 2 of 2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

The Evolutionary Level Above Human, Inc.

                              Plaintiff,

v.                                                           Civil Action No.: 3:22-cv-00395-JD-MGG
                                                         Chief Judge Jon E DeGuilio

Steven Robert Havel, et al.

                              Defendant.

**CONSENT TO OR DECLINATION OF THE EXERCISE**
**OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

Each party to the above-captioned civil matter shall select one of the following two options indicating whether the party will consent or decline to consent to having a Magistrate Judge conduct any and all proceedings in this case, including entry of final judgment, in accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and Local Rule 72-1.

    [✓] The party or parties listed below voluntarily consent to having a United States Magistrate Judge conduct all further proceedings in this case to disposition, with direct review by the Seventh Circuit Court of Appeals in the event an appeal is filed.

**OR**

    [ ] The party or parties listed below acknowledge the availability of a United States Magistrate Judge but decline to consent.

**Should this case be reassigned from one magistrate to another due to caseload restrictions, recusal, retirement or any other reason, the undersigned may object within thirty (30) days of such reassignment.**

| Printed Name of Party | Signature of Party or Attorney | Date |
|---|---|---|
| Cathy Weaver | Cathy Weaver | 10/5/2022 |

*NOTE:* **This Consent to or Declination of the Exercise of Jurisdiction by a United States Magistrate Judge must be returned to the Clerk of Court within twenty-one (21) days of receipt.** If the Consent Form is not returned within the twenty-one (21) days, then the parties will be reminded of the return requirement by the Clerk's Office and given a ten (10) day extension recorded in a docket entry. The failure to return the Form within the ten (10) day extension period will be brought to the attention of the Court for further action as the Court deems appropriate.

    *Fort Wayne: FWClerks@innd.uscourts.gov*    *South Bend: SBClerks@innd.uscourts.gov*
    *Hammond: HMDClerks@innd.uscourts.gov*    *Lafayette: LafClerks@innd.uscourts.gov*

    *To return this form via U.S. Mail, please refer to http://www.innd.uscourts.gov for mailing addresses.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

The Evolutionary Level Above Human, Inc.

                                                Plaintiff,

v.                                                                                           Civil Action No.: 3:22-cv-00395-JD-MGG
                                                                                             Chief Judge Jon E DeGuilio

Steven Robert Havel, et al.

                                                Defendant.

## CONSENT TO OR DECLINATION OF THE EXERCISE
## OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

Each party to the above-captioned civil matter shall select one of the following two options indicating whether the party will consent or decline to consent to having a Magistrate Judge conduct any and all proceedings in this case, including entry of final judgment, in accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and Local Rule 72-1.

    [✓] The party or parties listed below voluntarily consent to having a United States Magistrate Judge conduct all further proceedings in this case to disposition, with direct review by the Seventh Circuit Court of Appeals in the event an appeal is filed.

**OR**

    [ ] The party or parties listed below acknowledge the availability of a United States Magistrate Judge but decline to consent.

**Should this case be reassigned from one magistrate to another due to caseload restrictions, recusal, retirement or any other reason, the undersigned may object within thirty (30) days of such reassignment.**

| Printed Name of Party | Signature of Party or Attorney | Date |
|---|---|---|
| Stephen Havel | *Stephen Havel* | 10-5-2022 |

*NOTE:* **This Consent to or Declination of the Exercise of Jurisdiction by a United States Magistrate Judge must be returned to the Clerk of Court within twenty-one (21) days of receipt.** If the Consent Form is not returned within the twenty-one (21) days, then the parties will be reminded of the return requirement by the Clerk's Office and given a ten (10) day extension recorded in a docket entry. The failure to return the Form within the ten (10) day extension period will be brought to the attention of the Court for further action as the Court deems appropriate.

*Fort Wayne:* *FWClerks@innd.uscourts.gov*    *South Bend:* *SBClerks@innd.uscourts.gov*
*Hammond:* *HMDClerks@innd.uscourts.gov*    *Lafayette:* *LafClerks@innd.uscourts.gov*

*To return this form via U.S. Mail, please refer to* *http://www.innd.uscourts.gov* *for mailing addresses.*