(COURT USE ONLY)
RECEIPT NO.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

The Evolutionary Level Above Human, Inc. d/b/a The Tela

v.

Steven Robert Havel; Cathy JoAnn Weaver; Jason Bartel

Cause No. 3:22-cv-00395

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation

Party(s) Represented

Prefix (check one) ☒ Mr.   ☐ Ms.   ☐ Mrs.

| Field | Value |
|---|---|
| Last Name: | Marks |
| First Name: | Daniel |
| Middle Name/Initial | L. |
| Generation (Sr, Jr, etc): | |
| Firm Name: | Messner Reeves LLP |
| Street Address: | 7250 N. 16th Street |
| Suite/Room No.: | 410 |
| City: | Phoenix |
| State: | Arizona |
| Zip: | 85020 |
| Office Telephone No.: | 602.635.4016 |
| Fax No.: | |
| E-Mail Address: | dmarks@messner.com |

**EDUCATION:**

| Field | Value | | |
|---|---|---|---|
| College: | University of Arizona, | Degree: B.A. in History | Year Completed: 2014 |
| Law School: | University of Nebraska, Juris Doctor | | Year Graduated: 2016 |
| Other Post-Graduate Schooling: | | | |

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Nebraska | 2017 | Active | 26231 |
| Arizona | 2017 | Active | 34141 |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| U.S. Disctrict Court of Nebraska | 2017 | Active |
| U.S . District Court of Arizona | 2017 | Acrive |
| | | |
| | | |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.)  Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an  explanation)   ☒ No

Applicant: I, Daniel L. Marks , do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 10/18/2022

*Signature of Applicant*

Considered and approved.

SO ORDERED.

Dated: _____     _____
                                                                             Judge, U. S. District Court

# STATE BAR OF ARIZONA

October 12, 2022

Daniel L. Marks
dmarks@messner.com
SENT VIA ELECTRONIC MAIL ONLY

### RE: Mr. Daniel L. Marks

The State Bar of Arizona herewith attests to the status of the above-referenced member, as follows:

    Admitted in Arizona:    December 19, 2017.
    Current Membership Status:    Active, in good standing.

The above reflects the membership records of the State Bar, as of the date of this letter.

If additional information is required, please contact the Resource Center at (602) 340-7239 or via email at membership@staff.azbar.org

Sincerely,

*Ayde Hernandez*

Resource Center



# SUPREME COURT
# STATE OF NEBRASKA

# CERTIFICATE OF GOOD STANDING

I certify that I am Clerk of the Supreme Court of the State of Nebraska, the highest court of the State, and that on April 18, 2017, Daniel Laev Marks was admitted to practice as an Attorney and Counselor at Law by the Supreme Court. I further certify that the attorney is now in good standing in the Courts of Nebraska, and there is not now pending in this court any disciplinary action. The attorney's private and professional character appears to be good.

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of this Court, in the City of Lincoln, on October 18, 2022.



_____
Wendy A. Wussow, Clerk