RECEIPT NO. _____   (COURT USE ONLY)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

The Evolutionary Level Above Human, Inc. d/b/a The Tela

v.                                          Cause No.  3:22-cv-00395

Steven Robert Havel; Cathy JoAnn Weaver; Jason Bartel

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation

Party(s) Represented

Prefix (check one) ☒ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: Marks   First Name: Daniel   Middle Name/Initial: L.

Generation (Sr, Jr, etc): 

Firm Name: Messner Reeves LLP

Street Address: 7250 N. 16th Street   Suite/Room No.: 410

City: Phoenix   State: Arizona   Zip: 85020

Office Telephone No.: 602.635.4016   Fax No.: 

E-Mail Address: dmarks@messner.com

**EDUCATION:**

College: University of Arizona,   Degree: B.A. in History   Year Completed: 2014

Law School: University of Nebraska, Juris Doctor   Year Graduated: 2016

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Nebraska | 2017 | Active | 26231 |
| Arizona | 2017 | Active | 34141 |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| U.S. Disctrict Court of Nebraska | 2017 | Active |
| U.S. District Court of Arizona | 2017 | Acrive |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, Daniel L. Marks, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 10/18/2022

Signature of Applicant

Considered and approved.

SO ORDERED.

Dated:   10/19/2022                                        s/Michael G. Gotsch, Sr.
                                                          Magistrate   Judge, U. S. District Court

Revised 06/05/2013