UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC.,

    Plaintiff,

v.

STEVEN ROBERT HAVEL, et al.,

    Defendants

CASE NO. 3:22-CV-395-JD-MGG

## MOTION TO AMEND COUNTERCLAIM OF DEFENDANT AND COUNTERPLAINTIFF JASON BARTEL

Defendant Jason Bartel hereby moves the Court for an order granting Defendant's request to amend Counterplaintiff Jason Bartel's counterclaim against Counterdefendants Mark and Sarah King. Counterplaintiff requests that if the Court rules favorably for Counterplaintiff in Jason Bartel's Countersuit against Mark and Sarah King that rather than all of the Group's Property being evenly divided between Defendants as Counterplaintiff requested previously in Counterplaintiff's counterclaim Jason Bartel now requests that all Property previously owned by the Group that is currently owned or held in Trust by the Telah Foundation be placed into the Public Domain but subject to the same terms and conditions of the Common Law Copyright that the Group placed on the Group's book, How and When Heaven's Gate May Be Entered.

Namely,

This publication is protected by Common Law copyright. Permission is hereby granted to reproduce this publication, or portions thereof, as long as the content is unchanged, i.e., nothing added to it or taken away from it as long as it is for non-commercial purposes. No part of this publication may be reproduced or transmitted in any form or by any means, now known or to be invented or adapted, for the purpose of financial gain or profit.

If a trust needs to be created to administer the intellectual property created and previously owned by the Group Counterplaintiff will accept the Court's discretion in the creation of said Trust and Counterplaintiff requests that the Trust be administered by Counterplaintiff Jason Bartel, Defendant Steven Havel and Defendant Cathy Weaver. Defendant also requests that a stipulation be placed on all intellectual property created by the Group stating that no intellectual property created by the Group may ever be copyrighted or trademarked by any organization whether it be a for profit or nonprofit organization.