

Jason Bartel
N4019 Forest Dr.
Hancock WI 54943



Clerk of Court
U.S. Court House
204 S. Main St.
South Bend, In
46601