

**UNITED STATES POSTAL SERVICE®** | **PRIORITY® MAIL**

Jason Bartel
N4019 Forest Dr.
Hancock, WI 54943

Clerk of Court
U.S. Court House
204 S. Main St.
South Bend, In
46601

---

UNITED STATES POSTAL SERVICE. — Retail

**P** — US POSTAGE PAID — **$9.90**
Origin: 53716
10/19/22
5649801165-8

PRIORITY MAIL®

0 Lb 3.30 Oz
1004

EXPECTED DELIVERY DAY: 10/22/22

C005

SHIP TO:
204 S MAIN ST
SOUTH BEND IN 46601-2122

USPS TRACKING® #

9505 5111 5142 2292 7236 60

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE