


Jason Bartel
N4019 Forest Dr.
Hancock, WI 54943

Clerk of Court
U.S. Court House
204 S. Main St.
South Bend, In
46601