UNITED STATES DISTRICT COURT NORTHERN
INDIANA ST. JOSEPH

2022 OCT 21  PM 3: 57

U.S. DISTRICT COURT CLERK
NORTHERN DISTRICT
OF INDIANA

| | |
|---|---|
| The Evolutionary Level Above Human, Inc. | |
| d/b/a The Telah Foundation | 3:22-cv-00395 |
| Plaintiff | |
| -vs- | |
| Steven Robert Havel, Cathy JoAnn Weaver, and Jason Bartel | |
| Defendant | |

**STATUS REPORT**

I, Cathy Weaver, of Mishawaka, in St. Joseph County, Indiana submit this Status Report as ordered by the Court on September 21, 2022.

1. The nature of this case is alleged copyright infringement as claimed by the Plaintiffs the TELAH Foundation hereafter to be referred to as Mark King and Sarah King.  The principal factual issues as I, Cathy Weaver see them is that Mark King and Sarah King have maliciously and with vindictive intent to financially and mentally ruin me filed a frivolous lawsuit against me.  Mark King and Sarah King have made no commercial financial gain by any of the alleged copyrighted material, they have not suffered loss of any money or profits in regards to this alleged copyright infringement.  The fact is that I, Cathy Weaver have also not made any monetary gains by disseminating the alleged copyrighted material.  The fact is that I, Cathy Weaver repeatedly asked Mark King and Sarah King to prove via their alleged proof of transfer of ownership from the group and fraudulently gained copyrights that they had in fact rights to the material.  Mark King and Sarah King never provided that proof in over a year of I, Cathy Weaver asking for it on numerous documented occasions, instead they just stated I needed to "take their word" for it. The fact is that even when they served me with a Cease and Desist in November of 2021 with an attorney firm that is no longer representing them they did not include a date to comply by nor did they provide proof of their alleged copyrights and Consent Decrees to prove what they were demanding I comply with.  In that Cease and Desist they accused me of things that I had not even participated in. The fact is that I shouldn't even be in this lawsuit as I have not done any of the things, except for two of the counts, that they have accused me of.  I engaged in a public reading via

publishing on a publicly accessible YouTube channel audio readings of portions of the Heavens Gate Book which Mark King and Sarah King have available for FREE download on the website Heavensgate.com, thereby making the readings FAIR USE. I sold NINE (9) t-shirts with their alleged copyright images that again they REFUSED to provide proof of copyright. The fact is that Mark King and Sarah King only provided proof of copyrights the very same day they filed this malicious lawsuit against me. I'm very far from an attorney but the legal issues as I see them is that Mark King and Sarah King lied to the copyright office to gain their copyrights. They copyrighted material that they said was Work for Hire when in truth they were not employees of the group nor can they prove via signed written orders from the group that they were ever employed by the group. The Superior Judge in San Diego in Feb of 1999 ruled that they could not prove any transfer of ownership and ruled that they had engaged in a frivolous lawsuit against San Diego county. Mark King and Sarah King appealed that ruling and the Judge in the interests of selling everything at auction to pay for the funeral costs as demanded by the groups families entered into an agreement in August of 1999 with Mark King and Sarah King to get them to waive all their appellate rights so the county could move forward with an auction and receive the proceeds to bury their loved ones. Mark King and Sarah King demanded that in order for them to waive their appellate rights they be given rights and possession of everything confiscated from the storage lockers of which there is a detailed list. The 486 audio tapes that Mark King and Sarah King fraudulently copyrighted are NOT on that list. These are the factual and legal issues as I, Cathy Weaver see them.

2. Since I'm not an attorney I don't know if Mark King and Sarah King have effectively been served by my entering a counter claim against them, but I would like to have them served so they have to present themselves in court and can not continue to hide behind their Foundation. I am literally bankrupt and getting by on credit so I can not afford to pay the cost associated with serving them via a process server. I respectfully ask this Court if they do need to be served to answer for their actions in this frivolous lawsuit that I be allowed to serve them via certified mail to their last known address on file, which unlike them I'm not going to disclose their personal home address like they did to me.
To my knowledge none of the parties have been dismissed.

3. I've been able to research, and I believe that the only Discovery that I can engage in due to having no financial means to do so is Request for Documents and Interrogatories. If I have to pay for either of those methods of Discovery, then I don't know what to do moving forward as far as Discovery is concerned. I leave the anticipated time of Discovery up to the discretion of this Court as I have no idea how long or short it should take. I ask that the Plaintiffs be limited in Discovery in regards to my personal life or anything that may be used against me character wise that has absolutely no bearing on this case. I also ask that the Plaintiffs not be allowed to confiscate my personal laptop or cell phone in their potential request for electronic evidence as both of those items are needed to allow me to complete my

job on a day to day basis. I, Cathy Weaver also use my personal laptop and my cell phone in regards to dealing with this frivolous lawsuit on a day to day basis.

4. As much as I've been able to understand in regards to the time in which amendments to the pleadings shall be allowed I respectfully ask the court that I, Cathy Weaver be allowed to amend any of my pleadings for as long as new evidence is allowed to be admitted, even up to and during a jury trial. Things may come to light that may require me to amend pleadings, otherwise I respectfully ask the Court to decide the timeframe as I don't understand the legal rules in regards to this.

5. Along with Stephen Havel I, Cathy Weaver filed a motion pleading with the Court to appoint us an attorney, legal counsel or a mediator. I don't know if I will file any future motions. As of this date 10.24.2022 I do not have plans to do so but if something comes up that I have to file a motion for I respectfully ask the Court that I be allowed to do so. I, Cathy Weaver am not aware of any briefings at this time.

6. I respectfully request the Court to impose a deadline for the filing of dispositive motions.

7. To my, Cathy Weaver's knowledge no aspects of this case have been stipulated or settled and due to the Plaintiffs' attorneys aggressive, bullying intimidating tactics I have little hope for successful mediation between us or other alternative dispute resolution efforts.

8. As much as I understand this all parties have agreed to litigating this matter under this Court's consent procedure.

STATE OF INDIANA

COUNTY OF ST. JOSEPH

Cathy Joann Weaver _Cathy Weaver_   _10/21/2022_
                    (Signature)      (Date)