UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

The Evolutionary Level Above Human, Inc.

Case NO. 3:22-CV-395-JD-MGG

d/b/a The Telah Foundation

    Plaintiff

-vs-

Steven Robert Havel, Cathy JoAnn Weaver

    and Jason Bartel

    Defendants

## STATUS REPORT

I, Stephen Havel, of Mishawaka, in St. Joseph County, Indiana submit this Status Report as ordered by the Court on September 21, 2022.

Introduction:

I have tried to keep this Status Report brief but as one familiar with this case can see there are many aspects to this case that are very complicated to sort through and considering that I am not a lawyer, I try to be thorough in my own way. I have tried to stick to the "principal facts" and "legal issues". To do so there are parts of this case I have not addressed. For instances, Plaintiff's created this case containing 113 paragraphs of alleged facts and accusations including Seven Counts that some of which there is absolutely no basis for, like that of "Plush Dolls" and some idea there was any Conspiracy at all between myself and co-defendants.

(1) the nature of the case and the principal factual and legal issues

    a. The nature of the case is that of Plaintiffs' alleged Copyright and/or Trademark Infringement by Stephen Havel because of his playing and/or providing access to TI and DO and Their Students Information they created and left behind for people to hear, read and see, (which they also wanted to be done non-commercially, with the exception of charging for materials to enable continued dissemination of said Information).

    b. The principal factual and legal issues are:

### The Legality of the Copyrights and Trademarks

#### The Audio Tapes (Audio Work)

1. There are significant legal considerations surrounding the transfer of the 486 audio tapes authored by Total Overcomers Anonymous, aka TOA (Group) to the Telah Foundation.

    a. In 1997 what documents did Foundation (aka Mark King and/or Sarah King) present

to the government copyright office that shows they had the right to copyright any of the audio tapes they had nothing to do with creating. What are the details for the "Assignment" of that Transfer shown in Plaintiff's Exhibit A?

b. In 1997 how did Foundation (Mark King and Sarah King) justify their filing for the copyright of the 486 audio tapes (Plaintiff's Exhibit A) (that Rkkody retrieved from Storage) as a "work for hire"? What is the evidence that Group hired Mark King and/or Sarah King (Foundation) to create the named audio tapes or authorized them to do anything more than distribute them to those who were inclined to disseminate them to whoever wanted them.

**Beyond Human – The Last Call Video Tape Series (Video Work)**

2. In 1997 what documents did Foundation (aka Mark King and/or Sarah King) present to the government copyright office that show they had the right to copyright any of the Beyond Human – The Last Call Video tapes (12) they had nothing to do with creating. What are the details for the "Assignment" of that Transfer shown in Plaintiff's Exhibit B?

**The CBE Lithographic Print (Art Work)**

3. In 1997 what documents did Foundation (aka Mark King and/or Sarah King) present to the government copyright office that show they had the right to copyright the CBE lithographic image they had nothing to do with creating. What are the details for the "Assignment" of that Transfer shown in Plaintiff's Exhibit F?

a. In that same Exhibit F, the date for creation of the CBE lithographic image is listed as 1992 and First Publication as 1997. This copyright might not apply to the original artwork first shown and put up for sale to the public in the early 1980's. The original was not a lithographic print. It was drawn and oil painted, I believe using an airbrush. The artist wasn't Total Overcomers Anonymous aka TOA as that name was not used for the Group until the Beyond Human Video tape series which was filmed in 1992 which I was in the Group and was part of the film crew for. The artist's name was Ollody (aka Oliver Odinwood, aka birth name, Cabot Van Sinderen who was among the decedents in 1997. TI and DO assigned him the task of making a number of illustrations for the Screenplay called, "The Meeting." I don't know if that artwork was copyrighted or the Screenplay was copyrighted.

Plaintiffs, Mark King and Sarah King (aka Mrcody (MRC) and Srfody (SRF)) and other former students who are still alive would have certainly remembered when Ollody painted this CBE image and were witnesses in degrees to the creation of it and the others and must remember how the illustrations were mounted for display in the Groups business in Amarillo, Texas, called Astrologics and might recall being made into prints at that time that were for sale in an Art Gallery (perhaps in the Albuquerque, NM area?). They were certainly still in the Group during the Astrologics business venture where I was doing astrological charts for the public and Mark King (Mrcody, (MRC) was making stained glass windows.

b. Also regarding the CBE Image, I also question the legality of not listing the Authors legal name of Cabot Van Sinderen aka Ollody aka Oliver, or whatever names he used. To put TOA as the Author is misleading and perhaps that is why the question of this being a "work made for hire" wasn't answered as requested. Under the definition of "work made for hire" Total Overcomers Anonymous could be listed as the Employer of Ollody, in which case the copyright registration application would need to check "yes". Thus this

application appears to have been potentially falsified for some reason. Perhaps this was done on purpose to avoid listing Ollody's legal name as the Author who was at that time deceased. Had Ollody in his legal name been listed as the Author, perhaps Ollody's family could lay claim to the ownership of this CBE image as well as the other paintings he authored on behalf of the Group (TOA). This gives the appearance of outright fraud.

c. Foundation (Mark King and Sarah King) had no written or reported instructions from their said Teacher, who they claim to work for, DO, to copyright this CBE Image or anything else for that matter. Other publishers have used it over the years. I don't know if they all had permission from The Telah Foundation and/or from Mark King or Sarah King. For instance, Rio (Neody) D'Angelo, aka Richard Ford who I know at times has worked closely with Mark King and Sarah King used the CBE image in his book, "Beyond Human Mind" published in 2007, shown on page 109 that shows no evidence of having received permission from the Telah Foundation and/or Mark King or Sarah King who were said copyright holders since 1997. I was given a copy of this book by Rio in 2007 or 2008 as a gift. If he didn't have written permission does that mean he used it illegally and thus my having it is a theft. This image has been used in many places. It was used by Rkkody in 1997 on T shirts for sale advertised on the CD's he circulated. Those CD's were copyrighted in 1997 under Right to Know under Common Law Copyright to allow for copying in part or in it's entirety all the information and pictures on the CD's as long as not for commercial purposes. Rkkody only asked for a donation to genuinely be able to continue to give away the CD's which is what my intention is for the sale of T shirts with this image on them.

**How and When "Heaven's Gate" (The Door To The Physical Kingdom Level Above Human) May Be Entered – An Antholody of Our Materials (Literary Work)**

4. What is the legality and documentation shown to the Copyright office to enable the "Transfer" of ownership, "pursuant to assignment" between the Author listed as Heaven's Representatives to The Telah Foundation.

a. The copyright registration in Plaintiffs' Exhibit G lists 1997 as the year the "creation of this work was completed" and lists no "date of first publication." There is direct evidence the Heaven's Gate Website was created and published by the Group and put online in 1996 and CONTAINS THE BOOK (Literary Work) and has a Common Law Copyright encouraging copying it entirely or in parts and is available to see even today on Heavensgate.com under the BOOK section as shown below.

b. the legal issue surrounding what legal documentation Foundation (Mark King and Sarah King) have to show it was the intention of Heaven's Representatives, the original authors, DO and Crew (Group) to thwart anyone from sharing the content of their Book (Literary Work) with the general public. These original authors have shown their intention which is still documented on the Heavensgate.com via the posting of their Book (Literary Work) showing their desired Common Law Copyright page (below). This is the very website that Mark King and Sarah King (Foundation) took over from Rkkody after he died via a lawsuit against Rkkody's daughter whom Rkkody had left the website to. DO and Crew are the Authors of this Book which they posted in 1996 complete with the ability for a free download of the entire content of their Book (Literary Work).

(Since Mark King and Sarah King claim to believe in DO how can they justify trying to stop Havel's attempts to freely provide the Book (Literary Work) content in an audio

form for the blind and for anyone to be able to easily hear.)

DO's Original Books Copyright as posted on Heavensgate.com :

@ Common Law Copyright

1996 by Heaven's Representatives

Printed in the New Mexico Republic, the united States of America

ALL RIGHTS RESERVED, WITHOUT PREJUDICE,

U.C.C. 1-207, U.C.C. 1-103.6

This book is protected by Common Law copyright. Permission is hereby granted to reproduce this book, or portions thereof, as long as the content is unchanged, i.e., nothing added to it or taken away from it as long as it is for non-commercial purposes.

No part of this publication may be reproduced or transmitted in any form or by any means, now known or to be invented or adapted, for the purpose of financial gain or profit.

## Affirmative Defense Legal Issues: Fair Use and Laches and Delay

### Aspects of Fair Use Defense:

5. which audio tapes of the total of 1061 (according to Mark King) does Foundation hold a copyright for. Exhibit A of their Complaint says it's for 486 audio tape deposits. Therefore there is no illegality in my playing and/or providing to the public the other 575 audio tapes.

6. Also considering that Rkkody (RKK) aka Charles (Chuck) Humphrey, aka Right To Know, (one of the 8 names who DO gave for Mark and Sarah to at least initially work with and specifically to help with the contents of the Storage where the tapes were stored) who was the person who first retrieved the 486 audio tapes from the Groups Storage room on March 26 or so, sent me a total of 5 CD's in December of 1997 and January of 1998 that contained; some 218 (alleged part of the 486) digitized audio tapes and all of the other materials listed in Plaintiffs' Exhibits B thru G, all having a Common Law Copyright encouraging their free dissemination to the public, how was I to know there was any legality to sharing that information with the public from then until this lawsuit was filed and I was shown the copyrights Foundation had obtained.

(Evidence of the above can be seen in my Defense Exhibit 1 - Rkkodys gift to Sawyer in 1997 of Heaven's Gate Classroom Teachings - Audio Tapes Vol. 1-2 Copyright Registration SR0000251498)

7. Francisco Falcon (aka JHN (Jhnody) or Juan) also gave me some 930 digitized audio tapes he had received from Mark and Sarah King (Foundation) over years via email that he sent to me on a Thumb Drive around the spring of 2021. This included a Tape Log largely compiled by the Group Members. The first 218 or so of these appeared to be the same audio files Rkkody had sent me in 1997 though digitized to .mp3 files instead of Rkkody's .rm (Real Media) files.

Francisco was also included in the list of 8 people for Mark and Sarah to initially work with on the project (dissemination of their information) and can be heard in at least one of the later audio tapes. DO sent him a Fed X packet like the one Mark and Sarah King received that included the set of 12 Beyond Human – The Last Call original video tape SVHS masters so were not in the storage unit where Mark and Sarah got their material. In the letter from DO (Class) to Jhn (Francisco) it is stated they hoped he would share the tape information with the media and anyone he chooses.

Francisco has agreed to give a written and/or video deposition of his relationship to Plaintiffs and to the intentions and instructions of/by the Class (aka Group). He is also willing to come to the United States as he currently resides in and is a native to Venezuela, to testify on behalf of the Defendants claims.

(Evidence of the above can be seen in Havel's Exhibit 2 - Jhnody's gift to Sawyer)

**Laches and Delay Affirmative Defense:**

8. Since about 2007, I was never issued a Cease and Desist by Mark King and/or by Sarah King and/or by their TELAH Foundation or any other entity to stop playing and/or providing publicly the Groups audio tapes and other of their Information (that I had received from Rkkody in 1997). Nor did the Kings (Foundation) show me evidence they had copyrights and/or trademarks at all. I have evidence that Mark King and/or Sarah King knew of my playing and providing audio tapes and other of the material from the Class, from around the start of my youtube channel (3SPM) in 2007.

9. I was given a Cease and Desist by Mark and Sarah King in person in their lawyers office in November of 2021 but was shown no proof of what copyrights or trademarks they had, only a long list of threatening demands and fines and even imprisonment for non compliance with them. I was only told over and over by Mark King in emails (that I have) that they had "copyrighted everything" which I knew was not true by many proves.

10. I understand that it is legally the duty of the copyright holder, when learning that some are potentially in breach of their copyright to inform them, to issue a Cease and Desist that provides the documentation of exactly what was copyrighted.

(2) whether all parties have been served, or any parties dismissed;

    a. I have no intention to add any parties to my counterclaim (if that is even an option)

    b. regarding whether all parties have been served, I don't know if the extent of my serving counter defendants is only through my counterclaim. If it was possible I would like to serve Mark King and Sarah King specifically by name.

    I don't know enough about the law to know whether my counterclaim against Foundation can hold Mark King and Sarah King personally accountable for their actions against me and culpable to relinquish their trying to control all of TI and DO's information and paying me for the financial damage their action against me has brought. They appear to be hiding behind the entity, The Evolutionary Level Above Human, Inc. while Mark King has also brought actions against me under his name. Furthermore, if I am required to appear in court, I request them to also be required to appear in court and be called by me as a witness.

(3) the discovery each party intends to undertake, the anticipated time necessary for completion of discovery, and any limitations on discovery that any party believes may be necessary;

    a. re: the categories of Discovery I intend to undertake:

        1. Depositions by Oral Examination

        (This depends on what I can do that does not incur any cost since I am without savings and live on a fixed social security income and have significant debt and this lawsuit has cost me thousands to deal with and reduced my potential supplemental income streams)

        2. Interrogatories to parties

        3. Producing Documents, Electronically Stored Information, and Tangible Things, or Entering onto Land, for Inspection and Other Purposes

        4. Requests for Admission

    b. re:  anticipated time necessary for completion of discovery

        I don't know how much time Discovery will take. I leave this up to the Court but hope for it to be completed as quickly as possible.

    c. re:  limitations on discovery that any party believes may be necessary

        I will not agree to producing any Electronically Stored Information, and/or Tangible Things, or allowing Foundation and/or it's representatives to enter onto Land, or into my places of residence for Inspection and Other Purposes.

        (Though these plaintiffs have called me a thief, which there is zero proof of because of the audio tapes I have being gifted to me, (that I have well documented legally in my Answer), by individuals (Rklkody (deceased) and Jhnody (Francisco Falcon) who had as much or even more rights to that information as Mark King and Sarah King and I and others have.

        Furthermore, I don't have anything in my possession that can't be obtained over the internet by some simple searches because of the provision of these said materials by Rkkody when he was alive.

        The fact of the matter is that Mark King and Sarah King have done next to nothing for over 20 years to legally inform anyone of exactly what they had copyrighted and trademarked and/or to enforce their limited copyrights (that some or all of may have been manipulations of the copyright and trademark laws). Nor have they lost funds from anyone's dissemination of the said materials. Nor have I or Rkkody or Jhnody or co-defendants profited from any dissemination of said materials).

(4) the time within which amendments to the pleadings shall be allowed;

> I would like to allow amendments to the pleadings up until the date of the trial. I already plan on amending my Defense and Counterclaim and how fast I get that accomplished will be largely based on the evidence I become aware of through Discovery.

(5) motions now pending or anticipated by any party, and the status of any briefing remaining related to any pending motions;

> a. I am aware of the response from the Court pending to rule on whether to allow Bartell to name in his counter claim the names, Mark King and Sarah King.
>
> b. I have filed a motion to receive a court appointed pro bono attorney and/or a consultant that I believe is still outstanding.

(6) what deadline should be set for the filing of dispositive motions

> I would like to have the ability to file a dispositive motion up until the trial.

(7) whether any aspects of the case have been stipulated or settled, and when the parties expect to complete mediation or other alternative dispute resolution efforts

> Nothing has been stipulated or settled between me and the Plaintiffs. I don't know of any time frame for mediation and am not aware of any alternative dispute resolution efforts. The Plaintiffs, Mark King and Sarah King (Foundation) have made many legally documented demands upon me that are completely unreasonable. In my opinion this is all about their ego's being damaged because I don't cow tow to them as some equivalent to my Teachers, TI and DO.

(8) whether the parties have considered litigating this matter under this Court's consent procedure, as explained in the two-page consent form issued contemporaneously with this order.

> Yes, I have consented to use the Court's consent procedure.

*[Signature: Stephen Havel]*   10-21-2022

Stephen Havel