# EXHIBIT 12

An August of 1999 settlement Plaintiffs Mark and Sarah King reached with San Diego County

approved by Judge Lisa Guy-Schall.

1  JILLYN HESS-VERDON, (SBN: 146626)
   TODD D. IRBY, (SBN: 153485)
2  HESS-VERDON & ASSOCIATES
   1301 Dove Street, Suite 670
3  Newport Beach, California 92660
   Attorneys for The TELAH FOUNDATION
4  Telephone: (949) 474-5460
   Fax: (949) 474-5470
5

FILED
Clerk of the Superior Court
AUG 1 1 1999
BY: M. GARLAND

6

7

8            SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

9                          NORTH COUNTY BRANCH

10  Estates of                          ) No.  PN022228
                                        )
11  JOHN MICHAEL CRAIG, also known as   ) ORDER APPROVING AGREEMENT TO
    LOGAN M. LAWSON, aka LOGAN LAHSON,  ) SELL ESTATE PROPERTY AND TO
12  DANA ABREO, MARSHALL HERF           ) CONVEY TRUST PROPERTY TO
    APPLEWHITE, ROBERT JOHN ARANCIO,    ) TRUST BENEFICIARIES
13  RAYMOND ALAN BOWERS, LA DONNA ANN   )
    BRUGATO, MARGARET JANE BULL,        )
14  CHERYL ELAINE BUTCHER, BETTY        ) JUDGE: HON. LISA GUY-SCHALL
    ELDRIE DEAL, ERIKA ERNST, JULIE     ) DEPT:  28
15  A. LA MONTAGNE, JACQUELINE O.       )
    LEONARD, JEFFERY HOWARD LEWIS,      )
16  DAVID GEOFFREY MOORE, GAIL RENEE    )
    MAEDER, STEVEN TERRY MCCARTER,      )
17  JOEL PETER MCCORMICK, YVONNE        )
    MCCUDDY-HILL, NANCY DIANE NELSON,   )
18  NORMA JEANNE NELSON, THOMAS ALVA    )
    NICHOLS, LINDLEY AYERHURT PEASE,    )
19  SUSAN ELIZABETH PAUP, MARGARET      )
    ELLA RICHTER, JUDITH ANN ROWLAND,   )
20  MICHAEL BARR SANDOE, BRIAN ALAN     )
    SCHAAF, DAVID CABOT VAN SINDEREN,   )
21  JOYCE ANGELA SKALLA, GARY JORDAN    )
    ST. LOUIS, SUSAN FRANCES STROM,     )
22  DENISE THURMAN, GORDON THOMAS       )
    WELCH, ALPHONZO FOSTER, LUCY        )
23  PESHO, MICHAEL CARRIER, DARWIN      )
    JOHNSON, LAWRENCE GALE, and         )
24  SUZANNE COOKE,                      )
                                        )
25  _____Deceased_____    )

26

27

28                                      1

                    Order Approving Settlement Agreement

1

2    The PROPOSED AGREEMENT TO SELL ESTATE PROPERTY AND TO CONVEY

3  TRUST  PROPERTY  TO  TRUST  BENEFICIARIES,  (hereinafter,  the

4  "Agreement") filed by Don Billings, the Public Administrator, County

5  of San Diego, administrator of the Estates of John M. Craig, Dana

6  Abreo, Marshall Herf Applewhite, Robert John Arancio, Raymond Alan

7  Bowers, La Donna Ann Brugato, Margaret Jane Bull, Cheryl Elaine

8  Butcher, Betty Eldrie Deal, Erika Ernst, Julie A. La Montagne,

9  Jacqueline O. Leonard, Jeffery Howard Lewis, David Geoffrey Moore,

10  Gail Renee Maeder, Steven Terry McCarter, Joel Peter McCormick,

11  Yvonne McCuddy-Hill, Nancy Diane Nelson, Norma Jeanne Nelson,

12  Thomas Alva Nichols, Lindley Ayerhurt Pease, Susan Elizabeth Paup,

13  Margaret Ella Richter, Judith Ann Rowland, Michael Barr Sandoe,

14  Brian Alan Schaaf, David Cabot Van Sinderen, Joyce Angela Skalla,

15  Gary Jordan St. Louis, Susan Frances Strom, Denise Thurman, Gordon

16  Thomas Welch, Alphonzo Foster, Lucy Pesho, Michael Carrier, Darwin

17  Johnson, Lawrence Gale, Suzanne Cooke, came on regularly for

18  hearing on August 6, 1999 at 1:30 p.m., in Department 28, of the

19  above-entitled  Court,  the  Honorable  Judge  Lisa  Guy-Schall

20  presiding.  The Public Administrator was represented by his

21  attorney, John J. Sansone, County Counsel, by Cheryl K. Carter,

22  Senior Deputy.  The TELAH FOUNDATION was represented by its

23  attorneys  Jillyn  Hess-Verdon,  and  Todd  D.  Irby;  no  other

24  appearances were made.

25    Upon satisfactory proof being made to the Court, the Court

26  finds:

27

28  _____
                                  2
                    Order Approving Settlement Agreement

1       1.   Notice of the Time and Place of the Hearing on the

2  Agreement has been given in the manner prescribed by law;

3       2.   Notice of the Agreement and the Parties' request for

4  its approval was made in the manner prescribed by law; and

5       3.   All of the allegations contained in the Agreement are

6  true.

7       IT  IS  THEREFORE  ORDERED,  ADJUDGED  AND  DECREED  that  the

8  execution of the agreement which provides the following:

9                              RECITALS

10      (1)  The parties herein are Respondent, Don Billings, Public

11 Administrator  for  the  County  of  San  Diego  and  Personal

12 Representative for the following Estates: John M. Craig, Dana

13 Abreo, Marshall Herf Applewhite, Robert John Arancio, Raymond Alan

14 Bowers, La Donna Ann Brugato, Margaret Jane Bull, Cheryl Elaine

15 Butcher, Betty Eldrie Deal, Erika Ernst, Julie A. La Montagne,

16 Jacqueline O. Leonard, Jeffery Howard Lewis, David Geoffrey Moore,

17 Gail Renee Maeder, Steven Terry McCarter, Joel Peter McCormick,

18 Yvonne McCuddy-Hill, Nancy Diane Nelson, Norma Jeanne Nelson,

19 Thomas Alva Nichols, Lindley Ayerhurt Pease, Susan Elizabeth Paup,

20 Margaret Ella Richter, Judith Ann Rowland, Michael Barr Sandoe,

21 Brian Alan Schaaf, David Cabot Van Sinderen, Joyce Angela Skalla,

22 Gary Jordan St. Louis, Susan Frances Strom, Denise Thurman, Gordon

23 Thomas Welch, Alphonzo Foster, Lucy Pesho, Michael Carrier, Darwin

24 Johnson, Lawrence Gale, and Suzanne Cooke; and Petitioners, Mark

25 King and Sarah King, on behalf of the TELAH FOUNDATION.

26      (2)  A  controversy  exists  between  the  Parties  as  to  the

27

28 _____3_____

1  ownership of certain property which was litigated in Superior Court
2  Case #PN022228.

3      (3)  On February 22, 1999 Judge Lisa Guy-Schall rendered a
4  Statement of Decision in Superior Court Case #PN022228 determining
5  that all right, title and possession of property listed on Exhibit
6  Two (referenced therein) is vested in the aforestated Estates; that
7  all right, title, and possession of the property listed on Exhibit
8  One (referenced therein) is vested in Don Billings as Trustee for
9  The TELAH FOUNDATION, and that all valuable property would be
10 liquidated to cash and applied to the payment of approved
11 creditors' claims filed against the aforesaid Estates, with any
12 excess proceeds of Exhibit One items returning to the TELAH
13 FOUNDATION; and that all intellectual property involved in the
14 dispute is vested in the aforesaid Estates.

15     (4)  Further, attorneys' fees and costs of the Public
16 Administrator were awarded and ordered by the court to be paid by
17 the TELAH FOUNDATION.

18     (5)  The Parties have considered their competing claims, the
19 dispute, and the appellate rights in Superior Court Case #PN022228
20 associated thereto.

21     (6)  The TELAH FOUNDATION filed a Notice of Appeal to preserve
22 its rights to appeal the Statement of Decision by Judge Guy-Schall
23 in its entirety.

24     (7)  This agreement affects only the Parties' rights and
25 interests in the intellectual and tangible property held by the
26 Public Administrator.

27

28                                                       4

Order Approving Settlement Agreement

1    (8)   The Parties further agree that this agreement is in the
2  best   interests  of  the  Parties  and  heirs  as  it  will  provide
3  protection as to certain items of property from sale for commercial
4  purposes;  provides  some  cash;  and  allows  remaining  items  of
5  property  to  be  subject  to  estate  administration  (by  releasing
6  issues as to ownership of the property from the appellate process).
7
8                              AGREEMENT
9    IT IS HEREBY AGREED as follows:
10    (1)   The Parties agree this Agreement shall be binding on all
11  the  successors,  heirs,  administrators,  assigns  of  each  of  the
12  parties and beneficiaries of their respective estates.
13    (2)   Don Billings, Public Administrator, and trustee for TELAH
14  FOUNDATION for certain property determined to be gifts made in view
15  of  impending  death  by  the  decedents  herein  (Exhibit  One  of
16  Statement  of  Decision  referenced  therein),  hereby  agrees  to
17  transfer and convey to TELAH FOUNDATION by and through Mark King
18  and Sarah King all right, title and possession of the following
19  property, including any intellectual property rights, in exchange
20  for the TELAH FOUNDATION's promise to release and waive all rights
21  of  appeal  pertaining  to  all  other  items  of  property  of  the
22  aforesaid estates in the possession of the Public Administrator,
23  thereby  permitting  the  Public  Administrator  to  liquidate  said
24  property without delay.   In addition, the TELAH FOUNDATION promises
25  to safeguard, archive and control these items thereby agreeing to
26  not sell them.   Finally, the TELAH FOUNDATION waives the right to
27
28                              5

1   any proceeds from the liquidation of items retained by the Public

2   Administrator.   Accordingly, Don Billings conveys to the TELAH

3   FOUNDATION all right, title and possession of the following:

4                      LIST OF TRUST ASSETS BEING
                      CONVEYED TO TRUST BENEFICIARY

5                       TELAH FOUNDATION

6   Blue Bag Containing Floppy Disks; Sheriff's Evidence List, Item #131

7   Blue Bag Containing Papers, Small Black Binder; Sheriff's Evidence List, Item #132

8   Black Attache Case Containing Misc. Papers, Office Items; Sheriff's Evidence List, Item #133

9   Green Attache Containing Floppy Disks; Sheriff's Evidence List, Item #134

10  Black Organizer Containing Papers and Floppy Disks; Sheriff's Evidence List, Item #135

11  Black Briefcase Containing Floppy Disks, Toolkit, Hard Disk, CD-ROM, Personal Organizer; Sheriff's Evidence List, Item #136

12  Dark Gray Briefcase Containing Floppy Disks; Sheriff's Evidence List, Item #137

13  Black Attache Containing Papers and Floppy Disks; Sheriff's Evidence List, Item #138

14  Blue Garment Bag Containing Pillow Cases, Misc. Items; Sheriff's Evidence List, Item #139

15  Tool Kit in Black Carrying Case; Sheriff's Evidence List, Item #140

16  Box Containing 4 Video Tapes (TV Interview Tapes); Sheriff's Evidence List, Item #141

17  Black Box Containing Video Tapes (Planet About To Be Recycled); Sheriff's Evidence List, Item #142

18  Box Containing Video Tapes (Beyond Human); Sheriff's Evidence List, Item #143

19  Box Containing Video Tapes (Planet About To Be Recycled); Sheriff's Evidence List, Item #144

20  Box Containing Video Tapes (Beyond Human); Sheriff's Evidence List, Item #145

21  Box Containing Video Tapes (Last Chance to Evacuate Earth); Sheriff's Evidence List, Item #146

22  Box Containing Video Tapes (Last Chance to Evacuate Earth); Sheriff's Evidence List, Item #147

23  Box Containing Video Tapes (Beyond Human); Sheriff's Evidence List, Item #148

24  Box Containing Video Tapes (Last Chance to Evacuate Earth); Sheriff's Evidence List, Item #149

25  Box Containing Video Tapes (Last Chance to Evacuate Earth); Sheriff's Evidence List, Item #150

26  Box Containing Video Tapes (Last Chance to Evacuate Earth); Sheriff's Evidence List, Item #151

27  Box Containing Video Tapes (Last Chance to Evacuate Earth);

28

Order Approving Settlement Agreement

1   Sheriff's Evidence List, Item #152
    Box Containing Video Tapes (Planet About to Be Recycled); Sheriff's
2   Evidence List, Item #153
    Box Containing Video Tapes (Planet About to Be Recycled); Sheriff's
3   Evidence List, Item #154
    Box Containing Video Tapes (Beyond Human) and Audio Cassettes;
4   Sheriff's Evidence List, Item #155
    Box Containing Video Tapes (Beyond Human); Sheriff's Evidence List,
5   Item #156
    Box Containing Video Tapes (Unlabeled); Sheriff's Evidence List,
6   Item #157
    Box Containing Video Tapes (Session Tapes-Beyond Human) and Audio
7   Cassettes; Sheriff's Evidence List, Item #158
    Box Containing Video Tapes (All But 4-Planet About to Be Recycled-
8   Other 4 are Beyond Human); Sheriff's Evidence List, Item #159
    Box Containing Video Tapes (Last Chance to Evacuate Earth);
9   Sheriff's Evidence List, Item #160
    Box Containing Video Tapes (Various Titles-Master Tapes Beyond
10  Human Series); Sheriff's Evidence List, Item #161
    Box Containing Audio Cassettes; Sheriff's Evidence List, Item #162
11  Box Containing Audio Cassettes; Sheriff's Evidence List, Item #163
    Box Containing Audio Cassettes; Sheriff's Evidence List, Item #164
12  Box Containing Audio Cassettes; Sheriff's Evidence List, Item #165
    Box Containing Papers, Spiral Notebooks; Sheriff's evidence List,
13  Item #166
    Box Containing Papers; Sheriff's Evidence List, Item #167
14  Box Containing Misc. Computer Manuals, Disks; Sheriff's Evidence
    List, Item #168
15  Box Containing Papers Entitled "95 Statement by an ET Presently
    Incarnate"; Sheriff's Evidence List, Item #169
16  Accordion Folder Containing Misc. Papers; Sheriff's Evidence List,
    Item #170
17  Box Containing Heaven's Gate Manuals; Sheriff's Evidence List, Item
    #171
18  Box Containing Heaven's Gate Manuals; Sheriff's Evidence List, Item
    #172
19  Box Containing Heaven's Gate Manuals; Sheriff's Evidence List, Item
    #173
20  Box Containing Heaven's Gate Manuals, Papers and Floppy Disks;
    Sheriff's Evidence List, Item #174
21  Box Containing Loose Papers; Sheriff's Evidence List, Item #175
    Box Containing Notebooks, Papers and Floppy Disks; Sheriff's
22  Evidence List, Item #176
    Red Crate Containing Floppy Disks; Sheriff's Evidence List, Item
23  #177
    Plastic Box Containing Heaven's Gate Manuals; Sheriff's Evidence
24  List, Item #178
    Plastic Box Containing Heaven's Gate Manuals; Sheriff's Evidence
25  List, Item #179
    Pink Wallet with Discs
26  Cardboard Box Containing Mailers
    Blue Nylon Bag Containing Misc.  Clippings Docs
27

28  _____7_____

1  Black Bag Containing Misc.  Docs
   Green Nylon Bag Containing Discs
2  Computer Hard Drive IBM 50858185170
   Computer Hard Drive Server No I.D.
3  Green Nylon Bag Containing Discs
   Computer Hard Drive No I.D.
4  Cardboard Box Containing Discs
   Manilla Envelope Containing Photos
5  Purple Wallet Containing Discs
   Cardboard Box Containing Bag with Discs
6  Disc File Holder
   Cardboard Box Misc. Docs
7  Heaven's Gate Away Team Patches

8  　　　(3)　Don　Billings,　Public　Administrator,　as　Personal

9  Representative　of　the　Estates　of:　John　M.　Craig,　Dana　Abreo,

10 Marshall　Herf　Applewhite,　Robert　John　Arancio,　Raymond　Alan　Bowers,

11 La　Donna　Ann　Brugato,　Margaret　Jane　Bull,　Cheryl　Elaine　Butcher,

12 Betty　Eldrie　Deal,　Erika　Ernst,　Julie　A.　La　Montagne,　Jacqueline　O.

13 Leonard,　Jeffery　Howard　Lewis,　David　Geoffrey　Moore,　Gail　Renee

14 Maeder,　Steven　Terry　McCarter,　Joel　Peter　McCormick,　Yvonne

15 McCuddy-Hill,　Nancy　Diane　Nelson,　Norma　Jeanne　Nelson,　Thomas　Alva

16 Nichols,　Lindley　Ayerhurt　Pease,　Susan Elizabeth　Paup,　Margaret

17 Ella　Richter,　Judith　Ann　Rowland,　Michael　Barr　Sandoe,　Brian　Alan

18 Schaaf,　David　Cabot　Van　Sinderen,　Joyce　Angela　Skalla,　Gary　Jordan

19 St.　Louis,　Susan　Frances　Strom,　Denise　Thurman,　Gordon　Thomas

20 Welch,　Alphonzo　Foster,　Lucy　Pesho,　Michael　Carrier,　Darwin

21 Johnson,　Lawrence　Gale,　and　Suzanne　Cooke,　and　as　Trustee　for　the

22 TELAH　FOUNDATION,　agrees　to　sell　the　following　property　to　the

23 TELAH　FOUNDATION,　by　and　through　Mark　King　and　Sarah　King　for　the

24 sum　of　$2,000.00　thereby　transferring　all　right,　title　and

25 possession:

26 　　　　　　　TRUST　AND　ESTATE　PROPERTY　SOLD
   　　　　　　　TO　TELAH　FOUNDATION
27

28 　　　　　　　　　　　　　　8

1   Business Records in box marked "PURSER"
    Y/M Wide Band Wedding Ring
2   Yellow Metal Ring
    Blk. Bag w/misc.  clothing and papers
3   State of Arizona Certificate of Trade Name Higher Source Contract
    Enterprises Regis 12/11/95; Exp.  12/11/2000; Trade Name #151844
4   on behalf of Logan Lahson
    Form SS-4 Application for Employer ID# John M. Craig DBA Logan
5   Lahson
    1 Ctn. Framed and Unframed Artwork/Signs
6   1 Envelope w/orig. Documents; orig.  Copyright Screenplay THE
    MEETING, orig.  Copyright Artwork for Screenplay and 2 Bills of
7   Sale by Authors of THE MEETING to group member
    3 Drawer File Cabinet, 2 Drawer File Cabinet
8   Application for Trade Name for Telah Services and Attachments
    2-Drawer Filing Cabinet; Sheriff's Evidence List, Item #41
9   Notebook Computer; Sheriff's Evidence List, Item #43
    Mouse; Sheriff's Evidence List, Item #43.01
10  Desktop Computer CPU; Sheriff's Evidence List, Item #44
    Keyboard; Sheriff's Evidence List, Item #44.01
11  Monitor; Sheriff's Evidence List, Item #44.02
    Mouse; Sheriff's Evidence List Item #44.03
12  Data Transfer A/B Switch Box; Sheriff's Evidence List, Item #45
    Notebook Computer; Sheriff's Evidence List, Item #46
13  Mouse; Sheriff's Evidence List, Item #46.01
    Notebook Computer; Sheriff's Evidence List, Item #47
14  Mouse; Sheriff's Evidence List, Item #47.01
    Notebook Computer; Sheriff's Evidence List, Item #48
15  Mouse; Sheriff's Evidence List, Item #48.01
    Mini Tower CPU 386SX; Sheriff's Evidence List, Item #49
16  Keyboard; Sheriff's Evidence List, Item #49.01
    Monitor; Sheriff's Evidence List, Item #49.02
17  Mouse; Sheriff's Evidence List, Item #49.03
    Desktop CPU; Sheriff's Evidence List, Item #50
18  Keyboard; Sheriff's Evidence List, Item #50.01
    Monitor; Sheriff's Evidence List, Item #50.02
19  Mouse; Sheriff's Evidence List, Item #50.03
    Tower Computer; Sheriff's Evidence List, Item #51
20  Keyboard; Sheriff's Evidence List, Item #51.01
    Monitor ; Sheriff's Evidence List, Item #51.02
21  Mouse; Sheriff's Evidence List, Item #51.03
    Stereo Speakers; Sheriff's Evidence List, Item #51.04
22  Fax/Modem; Sheriff's Evidence List, Item #51.05
    Notebook Computer; Sheriff's Evidence List, Item #52
23  Monitor; Sheriff's Evidence List, Item #52.01
    Mouse; Sheriff's Evidence List, Item #52.03
24  Printer; Sheriff's Evidence List, Item #53
    Desktop CPU Case; Sheriff's Evidence List, Item #54
25  Keyboard; Sheriff's Evidence List, Item #54.01
    Mouse; Sheriff's Evidence List, Item #54.03
26  Monitor; Sheriff's Evidence List, Item #54.02
    2-Drawer Filing Cabinet; Sheriff's Evidence List, Item #55
27
28  ─────────────────────────────────────────────

Order Approving Settlement Agreement

| | |
|---|---|
| 1 | 3-Drawer Filing Cabinet; Sheriff's Evidence List, Item #56 |
| | Books from Bookshelf (3 boxes); Sheriff's Evidence List, Item #57 |
| 2 | Papers; Sheriff's Evidence List, Item #58 |
| | Misc. Floppy Disks; Sheriff's Evidence List, Item #59 |
| 3 | 4-Drawer Filing Cabinet; Sheriff's Evidence List, Item #60 |
| | 2-Drawer Filing Cabinet; Sheriff's Evidence List, Item #61 |
| 4 | Video Cassettes; Sheriff's Evidence List, Item #64 |
| | Black Plastic Box Containing Patches; Sheriff's Evidence List, |
| 5 | Item #65 |
| | 3 Papers, Different Titles; Sheriff's Evidence List, Item #66 |
| 6 | 2 Manuals "How and When Heaven's Gate May Be Entered"; Sheriff's |
| | Evidence List, Item #67 |
| 7 | 2-Drawer Filing Cabinet; Sheriff's Evidence List, Item #68 |
| | Gray Plastic File Box; Sheriff's Evidence List, Item #69 |
| 8 | Brown Plastic File Box; Sheriff's Evidence List, Item #70 |
| | Gray Plastic File Box; Sheriff's Evidence List, Item #71 |
| 9 | Misc. Loose Papers, Envelopes and Binders; Sheriff's Evidence |
| | List, Item #72 |
| 10 | Blue Plastic Box; Sheriff's Evidence List, Item #73 |
| | Blue Plastic Box; Sheriff's Evidence List, Item #74 |
| 11 | VHS Tapes; Sheriff's Evidence List, Item #195 |
| | VHS Tapes; Sheriff's Evidence List, Item #196 |
| 12 | VHS Tapes; Sheriff's Evidence List, Item #197 |
| | Box Containing Misc. Items; Sheriff's Evidence List, Item #198 |
| 13 | Box Containing Cassettes; Sheriff's Evidence List, Item #199 |
| | Computer Disks; Sheriff's Evidence List, Item #200 |
| 14 | VHS Tapes; Sheriff's Evidence List, Item #201 |
| | Empty VHS Cases; Sheriff's Evidence List, Item #202 |
| 15 | VHS Tapes; Sheriff's Evidence List, Item #203 |
| | Clipboard and Three Ring Binder "Checkout" and Roster; Sheriff's |
| 16 | Evidence List, Item #40 |
| | "Why We Must Leave At This Time" and "Earth Exit Statement"; |
| 17 | Sheriff's Evidence List, Item #58 |
| | Computer Disks; Sheriff's Evidence List, Item #62 |
| 18 | Two Cassettes (Audio Only); Sheriff's Evidence List, Item #63 |
| | File of Disks; Sheriff's Evidence List, Item #77 |
| 19 | Manila Envelope Containing Documents; Sheriff's Evidence List, |
| | Item #188 |
| 20 | Manila Envelope Containing Five (5) White Envelopes (Travel |
| | Documents); Sheriff's Evidence List, Item #189 |
| 21 | Bank Bag with Calculator; Gas Receipts and Notebook |
| | Computer Mini-Tower |
| 22 | Ctn. W/Computer (Insight) |
| | Tower Computer Marked as "SERVER" on Tape; Sheriff's Evidence |
| 23 | List, Item #113 |
| | Minitower Computer; Sheriff's Evidence List, Item #114 |
| 24 | Monitor; Sheriff's Evidence List, Item #115 |
| | Box Containing Monitor, Keyboard and Mouse; Sheriff's Evidence |
| 25 | List, Item #116 |
| | Box Containing Monitor; Sheriff's Evidence List, Item #117 |
| 26 | Box Containing Computer, Keyboard, Ethernet Adapter, Mouse, 28.2 |
| | Fax/Modem, Powerstrip, and Manuals; Sheriff's Evidence List, Item |
| 27 | |
| 28 | |

Order Approving Settlement Agreement

```
 1  #118
    Computer; Sheriff's Evidence List, Item #119
 2  Monitor; Sheriff's Evidence List, Item #120
    Box Containing Monitor, Keyboard, Mouse; Sheriff's Evidence List,
 3  Item #121
    Box Containing Monitor; Sheriff's Evidence List, Item #122
 4  Box Containing Computer, Mouse Manuals and Cable; Sheriff's
    Evidence List, Item #123
 5  Black Carrying Case Containing Notebook Computer, Mouse,
    Cigarette Lighter Adapter; Sheriff's Evidence List, Item #124
 6  Box Containing Assorted Computer Accessories and Floppy Disks;
    Sheriff's Evidence List, Item #130
 7  Box Containing Sony Monitor 1055228 and Keyboard
    Any other Intellectual Property
 8  Any Shrouds
```

9       (4)   The TELAH FOUNDATION agrees to protect, safeguard,

10  archive and control all items received in this agreement and not

11  sell them.

12      (5)   The Public Administrator agrees not to advertise in any

13  manner the liquidation of the items of these estates as "Heaven's

14  Gate" liquidations.  The Public Administrator shall not be held

15  responsible for representations made by the media, but will make

16  every effort to follow the policy of the Public Administrator's

17  Office in providing notices of any liquidations of the items of

18  these estates.

19      (6)   TELAH FOUNDATION agrees to dismiss with prejudice its

20  Notice of Appeal filed April 21, 1999 as to all property issues

21  except the Court's order that The TELAH FOUNDATION pay the Public

22  Administrator's attorney's fees and costs.  Said dismissal must

23  be filed within seven (7) court days after receipt of court order

24  approving this agreement.

25      (7)   Upon filing of above-referenced Dismissal, the Parties

26  shall perform the remaining terms of this agreement including but

27

28

11

Order Approving Settlement Agreement

1  not limited to, the delivery of said items to THE TELAH

2  FOUNDATION, and the payment of said sum to the Public

3  Administrator, within seven (7) court days after the filing of

4  the above-referenced Dismissal.

5  (8)  This agreement, its terms, and any and all

6  negotiations, communications, and/or representations leading

7  thereto, shall be barred from admissibility for any purpose in

8  the remaining appellate process.

9  is approved by this Court as to its form and its content,

10  and the Parties may execute its terms forthwith.

11

12  IT IS SO ORDERED:

13  Dated:   8/10/99

14  LISA GUY-SCHALL

15  JUDGE OF THE SUPERIOR COURT

16

17

18

19

20

21

22

23

24

25

26

27

28

12

Order Approving Settlement Agreement