Jason Bontel
N1019 Forest Dr.
Hancock, WI
54943



Clerk of Court
U.S. District Court
204 S. Main St.
SHIP TO:
SOUTH BEND IN 46601

(420) 46601