UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC., | |
| Plaintiff, | |
| v. | CASE NO. 3:22-CV-395-MGG |
| STEVEN ROBERT HAVEL, et al., | |
| Defendants. | |

**ORDER**

Defendant Jason Bartel, proceeding in this action *pro se*, filed (1) an unsigned Moton to Amend Counterclaim [DE 44], (2) an unsigned Motion to Name Mark and Sarah King as Plaintiffs and Counter Defendants and Effect Service on Plaintiffs [DE 45], (3) an unsigned status report [DE 46] in response to the Court's order issued on September 21, 2022, [DE 36] and (4) an unsigned Motion to Add Exhibits of Two Court Actions Involving Mark and Sarah King and the Foundation to Defendant's Answer to Plaintiff's Complaint [DE 50].

Federal Rule of Civil Procedure 11(a) requires that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Because Defendant Bartel has not signed the instant motions or his status report, the Court now **STRIKES** these filings. [DE 44, DE 45, DE 46, and DE 50]. However, the Court affords Defendant Bartel an opportunity to correct this deficiency. Accordingly,

Defendant Bartel is afforded until **November 21, 2022**, to return the instant filings with proper signature.

    **SO ORDERED** this 28th day of October 2022.

                                        s/Michael G. Gotsch, Sr.
                                        Michael G. Gotsch, Sr.
                                        United States Magistrate Judge