**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**



THE EVOLUTIONARY LEVEL ABOVE
HUMAN, INC.,

      Plaintiff,

      v,

STEVEN ROBERT HAVEL, et al.,

      Defendants

CASE NO. 3:22-CV-395-JD-MGG

### MOTION TO BLOCK EXPEDITED HEARING REQUESTED BY PLAINTIFFS

Defendant Jason Bartel hereby moves the Court for an order granting Defendant's request that

the Court deny Plaintiff's request for an expedited hearing as Defendant strongly believes

that Plaintiffs are requesting the expedited hearing in order to suppress information

that would be brought before the Court's attention during discovery as this information

would be damaging to Plaintiff's claims in Mark and Sarah King's complaint.

Jason Bartel
N4019 Forest Drive
Hancock, WI 54943
jason_bartel@unioncab.com
608-212-9787

Jason Bartel
~~First Forest Dr, N 6914 Forest Dr.~~
Hancock, WI 54943



F

U.S. POSTAGE
$1.20
FCM LG ENV
53714
Date of sale
10/28/22
06        25
11487914

**USPS FIRST-CLASS MAIL ®**

1.00 oz

Clerk of Court
U.S. District Court
204 S. Main St.

SHIP
TO:

**SOUTH BEND IN 46601**

(420) 46601