UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE
HUMAN, INC.,

    Plaintiff,

v,

STEVEN ROBERT HAVEL, et al.,

    Defendants

CASE NO. 3:22-CV-395-JD-MGG

**FILED**
**10/31/2022**
**U.S. DISTRICT COURT**
NORTHERN DISTRICT OF INDIANA
Gary T. Bell, Clerk

## MOTION TO ADD SIGNATURE PAGE TO DEFENDANT JASON BARTEL'S STATUS REPORT

Defendant Jason Bartel hereby moves the Court for an order granting Defendant's request that a signature page be added to Defendant's status report.

Signature Page for Defendant Jason Bartel's Status Report

Jason Bartel
N4019 Forest Drive
Hancock, WI 54943
jason_bartel@unioncab.com
608-212-9787

Defendant

*/s/ Jason Bartel*