**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

THE EVOLUTIONARY LEVEL ABOVE
HUMAN, INC.,

      Plaintiff,

      v,

STEVEN ROBERT HAVEL, et al.,

      Defendants

CASE NO. 3:22-CV-395-JD-MGG

**FILED**

**10/31/2022**

**U.S. DISTRICT COURT**
NORTHERN DISTRICT OF INDIANA
Gary T. Bell, Clerk

## MOTION TO ADD SIGNATURE PAGE TO DEFENDANT JASON BARTEL'S MOTION TO NAME MARK AND SARAH KING AS PLAINTIFFS AND COUNTERDEFENDANTS

Defendant Jason Bartel hereby moves the Court for an order granting Defendant's request that

a signature page be added to Defendant's motion to name Mark and Sarah King as Plaintiffs and

Counterdefendants and effect service on Plaintiffs.

Signature Page for Defendant Jason Bartel's Motion to Name Mark and Sarah King as Plaintiffs and Counterdefendants

Jason Bartel
N4019 Forest Drive
Hancock, WI 54943
jason_bartel@unioncab.com
608-212-9787

Defendant