Jason Bartel
N4019 Forest Drive
Hancock, WI 54943



Clerk of Court
U.S. District Court
204 S. Main St.

SHIP TO:
SOUTH BEND IN 46601