UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE
HUMAN, INC.,

    Plaintiff,

v.

STEVEN ROBERT HAVEL, et al.,

    Defendants

CASE NO. 3:22-CV-395-JD-MGG

### MOTION TO ADD SIGNATURE PAGE TO DEFENDANT AND COUNTERPLAINTIFF JASON BARTEL'S MOTION TO AMEND COUNTERSUIT

Defendant Jason Bartel hereby moves the Court for an order granting Defendant's request that a signature page be added to Defendant's motion to amend Counterplaintiff Jason Bartel's countersuit against Counterdefendants Mark and Sarah King.

Signature Page for Defendant and Counterplaintiff Jason Bartel's Motion to Amend Counterclaim

Jason Bartel
N4019 Forest Drive
Hancock, WI 54943
jason_bartel@unioncab.com
608-212-9787

Defendant

*/s/ Jason Bartel*