UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC., <br><br> Plaintiff, <br><br> v, <br><br> STEVEN ROBERT HAVEL, et al., <br><br> Defendants | FILED <br> 10/31/2022 <br> U.S. DISTRICT COURT <br> NORTHERN DISTRICT OF INDIANA <br> Gary T. Bell, Clerk <br><br> CASE NO. 3:22-CV-395-JD-MGG |

## MOTION TO ADD SIGNATURE PAGE TO DEFENDANT JASON BARTEL'S MOTION TO ADD EXHIBITS OF TWO COURT ACTIONS INVOLVING MARK AND SARAH KING

Defendant Jason Bartel hereby moves the Court for an order granting Defendant's request that a signature page be added to Defendant's motion to add two exhibits ( exhibits 11 and 12 ) of Court actions involving Mark and Sarah King and the Foundation.

Signature Page for Defendant Jason Bartel's motion to add two exhibits of Court actions involving Mark and Sarah King and the Foundation to Defendant's Answer to Plaintiff's Complaint

Jason Bartel
N4019 Forest Drive
Hancock, WI 54943
jason_bartel@unioncab.com
608-212-9787

Defendant  */s/ Jason Bartel*