Jason Bartel
N4019 Forest Drive
Hancock, WI 54943



U.S. POSTAGE
$1.44
FCM LG ENV
53714
Date of sale
10/25/22
06    2S
11487914

**USPS FIRST-CLASS MAIL®**

Clerk of Court    2.00 oz
U.S. District Court
204 S. Main St.

SHIP
TO:

**SOUTH BEND IN 46601**

(420) 46601