Jason Bartel
N4019 Forest Drive
Hancock, WI 54943



USPS FIRST-CLASS MAIL®

U.S. POSTAGE
$2.64
FCM LG ENV
53714
Date of sale
10/29/22
06  2S  SSK
11487914

6.80 oz

Clerk of Court
U.S. District Court
204 S. Main St.

SHIP TO:
SOUTH BEND IN 46601

(420) 46601