UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEVEN ROBERT HAVEL, et al., <br><br> Defendants. | CASE NO. 3:22-CV-395-MGG |

**ORDER**

In an order dated October 27, 2022, the Court struck filings by Defendant Jason Bartel in this action because they were unsigned. Specifically, the Court struck the following filings from Bartel: (1) an unsigned Moton to Amend Counterclaim [DE 44], (2) an unsigned Motion to Name Mark and Sarah King as Plaintiffs and Counter Defendants and Effect Service on Plaintiffs [DE 45], (3) an unsigned status report [DE 46] in response to the Court's order issued on September 21, 2022, [DE 36] and (4) an unsigned Motion to Add Exhibits of Two Court Actions Involving Mark and Sarah King and the Foundation to Defendant's Answer to Plaintiff's Complaint [DE 50]. In striking these filings, the Court afforded Defendant Bartel until November 21, 2022, to return these filings with proper signature.

On October 31, 2022, Defendant Bartel filed four motions seeking to add a signature page to his prior unsigned filings. Based on the timing, the Court can only assume that the prior order striking Defendant Bartel's unsigned filings crossed in the

mail with these new filings. Accordingly, the Court issues this order in the interest of clarity.

As the Court has already stricken Defendant Bartel's unsigned filings, Defendant Bartel's four Motions to Add a Signature Page to his prior unsigned filings [DE 55, DE 56, DE 57, and DE 58] must be **DENIED as moot**. However, as explained in the Court's order striking these filings, Defendant Bartel may resubmit these filings with his signature, and he is afforded until **November 21, 2022**, to do so.

**SO ORDERED** this 3rd day of November 2022.

s/Michael G. Gotsch, Sr.  
Michael G. Gotsch, Sr.  
United States Magistrate Judge