UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE
HUMAN, INC.,

    Plaintiff,

v,

STEVEN ROBERT HAVEL, et al.,

    Defendants

CASE NO. 3:22-CV-395-JD-MGG

-FILED-
At _____ NOV 0 3 2022
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## MOTION TO NAME MARK AND SARAH KING AS PLAINTIFFS AND COUNTER DEFENDANTS AND EFFECT SERVICE ON PLAINTIFFS

Defendant Jason Bartel hereby moves the Court for an order granting Defendant's request that Mark and Sarah King hereafter be named as Plaintiffs and Counterdefendants in the case before this Court and Defendant further requests that the Court effect service on Mark and Sarah King and file an affidavit of service for Plaintiffs upon effect of service. Defendant asserts that Mark and Sarah King are the founders of the Foundation and only current officers and directors of the Foundation and Mark and Sarah King have continuously represented the Foundation from the Foundation's founding to the present. Mark and Sarah King are the only natural persons responsible for initiating the civil action against Defendant Jason Bartel, Defendant Steven Havel and Defendant Cathy Weaver and Mark and Sarah King are largely, if not totally, responsible for the fraudulent, unethical and vindictive activities of the Foundation for the past twenty-five years and Mark and Sarah King should no longer be allowed to hide behind a Religious Nonprofit tax-exempt Foundation while Plaintiffs initiate civil actions based on

fraudulent copyright claims in an attempt to economically ruin Defendants and abuse and deceive the Federal Court System. Defendant Jason Bartel requests that the Court effect service on Mark and Sarah King via certified mail if Jason Bartel has to incur personal cost to effect service on Mark and Sarah King as Defendant has limited financial resources and cannot afford to pay Process Servers. Upon information and belief Defendant believes that Mark and Sarah King reside at 7402 E. Sand Hills Rd., Scottsdale, AZ 85255.

Jason Bartel
N4019 Forest Drive
Hancock. WI 53953
jason_bartel@unioncab.com
608-212-9787

*/s/ Jason Bartel*
10/29/22