UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC.,

Plaintiff,

v.

STEVEN ROBERT HAVEL, et al.,

Defendants

CASE NO. 3:22-CV-395-JD-MGG

-FILED-
At NOV 03 2022
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

### MOTION TO ADD EXHIBITS OF TWO COURT ACTIONS INVOLVING MARK AND SARAH KING AND THE FOUNDATION TO DEFENDANT'S ANSWER TO PLAINTIFF"S COMPLAINT

Defendant Jason Bartel hereby moves the Court for an order granting Defendant's request that two exhibits, exhibits 11 and 12, be added to Defendant's defense to Plaintiff's complaint as the 1999 ruling by Judge Lisa Guy-Schall and later settlement agreed to by Judge Guy-Schall nullify all claims of copyright infringement by Mark and Sarah King and all claims that Plaintiff's Foundation has owned all of the Group's Property since 1997.

Jason Bartel
N4019 Forest Drive
Hancock. WI 53953
jason_bartel@unioncab.com
608-212-9787

*[signed]* Jason Bartel
10/29/22