UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC., | |
| Plaintiff, | |
| v. | CASE NO. 3:22-CV-395-MGG |
| STEVEN ROBERT HAVEL, et al., | |
| Defendants. | |

**ORDER**

On September 21, 2022, this Court ordered the unrepresented Defendants and the Plaintiff to separately prepare and file brief status reports addressing discovery and other matters so that this Court could enter a Scheduling Order in accordance with Federal Rule of Civil Procedure 16(b). Defendants Cathy JoAnn Weaver and Steven Robert Havel filed their status reports on October 21, 2022, and Defendant Jason Bartel filed his status report on November 3, 2022. [*See* DE 48, DE 49, DE 59]. Plaintiff filed its status report on October 24, 2022. [DE 47]. Information presented in these status reports, however, reveals communication issues and other disputes between the parties that make it difficult for the Court to enter an appropriate scheduling order at this time.

First, Plaintiff indicated that it would file a motion for an expedited hearing under Federal Rule of Civil Procedure 65(a)(2) "within the next two weeks" and that Plaintiff "believe[d] it can prove its case without the need for any additional discovery." [DE 47 at 2]. As of this date, however, no such motion has been filed. Moreover,

Defendants Cathy JoAnn Weaver and Steven Robert Havel filed a response indicating their opposition to much of the information presented by Plaintiff in its status report and further requesting that any motion for an expedited hearing be denied. Likewise, Defendant Jason Bartel filed his "Motion to Block Expedited Hearing Requested by Plaintiffs," indicating his objection to Plaintiff's plan to file a motion for an expedited hearing without further discovery. Plaintiff has not filed any response despite being afforded ample time to do so. *See* N.D. Ind. L.R. 7-1(d)(3).

Next, Plaintiff's status report also indicated that it attempted to communicate with Defendants regarding a potential settlement. Plaintiff further indicates Defendants Weaver and Havel declined such discussions. Plaintiff also indicates that Defendant Bartel has blocked Plaintiff's counsel's email addresses and would only "unblock" these emails if ordered by the court. [DE 47 at 3].

Moreover, on November 3, 2022, Defendant Bartel filed three additional motions: (1) his "Motion to Name Mark and Sarah King as Plaintiffs and Counter Defendants and Effect Service on Plaintiffs" [DE 61]; (2) his "Motion to Amend Counterclaim of Defendant and Counterplaintiff Jason Bartel" [DE 62]; and (3) his "Motion to add Exhibits of Two Court Actions Involving Mark and Sarah King and the Foundation to Defendant's Answer to Plaintiff's Complaint" [DE 63]. Plaintiff has not filed a response to any of these motions despite being afforded ample time to do so. *See* N.D. Ind. L.R. 7-1(d)(3).

Based on the parties' disputes regarding how to propel this case forward as well as the communication issues presented in these filings, the Court requires a hearing to

resolve these concerns and issue an appropriate scheduling order. Therefore, the Court **SETS** a video motion hearing on **February 10, 2023, at 11:00 a.m. (E.S.T.)** via Zoom. The parties should come prepare to address issues raised in the parties' status reports and to address Defendant Bartel's pending motions.

All parties listed on the docket sheet will receive a Zoom link via email from chambers at least 24 hours prior to the hearing. To timely receive the Zoom link, the *pro se* Defendants must provide chambers with their email address by **February 3, 2023**. The *pro se* Defendants may provide their email by emailing chambers at Gotsch_chambers@innd.uscourts.gov or by calling chambers at (574) 246-8100.

**SO ORDERED** this 4th day of January 2023.

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge

3