UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE
HUMAN, INC.,

    Plaintiff,

v.

STEVEN ROBERT HAVEL, et al.,

    Defendants

CASE NO. 3:22-CV-395-JD-MGG

**Defendant Jason Bartel's Response To Order For Video Motion Hearing**

Firstly, Defendant Jason Bartel would like to thank the Court for the opportunity to participate in a video motion hearing in order that this case be propelled forward.

Secondly, Defendant would like to address Plaintiff's statement in Plaintiff's status report that was restated in the Order for video motion hearing, namely, that Plaintiff's Attorneys, "attempted to communicate with Defendants regarding a potential settlement".

Attorney Daniel Marks e-mailed Defendants on October 6, 2022 to allegedly, "coordinate a telephonic Rule 26 ( f ) conference, which is mandatory per Rule 26 of the Federal Rules of Civil Procedure".

No settlement was mentioned, however, Plaintiff's Attorney threatened to, "Notify the Court and will request appropriate sanctions, including dismissal of any Counterclaims, default judgment, and any other relief that is appropriate", if Defendant Jason Bartel, Defendant Steven Havel and Defendant Cathy Weaver "refused to participate in a Rule 26 (f) conference".

# EXHIBIT 13

Email exchange between Plaintiff's Attorneys and Defendant Jason Bartel, Defendant Steven Havel and Defendant Cathy Weaver

**UNION CAB of Madison**

Jason Bartel <jason_bartel@unioncab.com>

---

## Telah Foundation adv. Havel, et al. - Renewed Request for Rule 26(f) Conference
12 messages

---

**Daniel L. Marks** <DMarks@messner.com>  Thu, Oct 6, 2022 at 5:38 PM
To: "jasonbartel@unioncab.com" <jasonbartel@unioncab.com>, "sawcat575@gmail.com" <sawcat575@gmail.com>, "jason_bartel@unioncab.com" <jason_bartel@unioncab.com>
Cc: Isaac Crum <ICrum@messner.com>, Mary Willson <MWillson@messner.com>

Stephen, Cathy, and Jason,

We are contacting you all to coordinate a telephonic Rule 26(f) conference, which is mandatory per Rule 26 of the Federal Rules of Civil Procedure. For your convenience, we are attaching a copy of Rule 26 so that each of you are familiar with the Rule and your obligations as a litigant. We encourage you to familiarize yourself with the Rules as this matter proceeds because a self-represented litigant is held to the same standards as an attorney.

Please let us know if you are available during any of the following dates/times:

1. Friday, October 7, 2022:
    a. 12:30 p.m. AZ time / 2:30 p.m. WI time / 3:30 p.m. Eastern time
    b. 1:00 p.m. AZ time / 3:00 p.m. WI time / 4:00 p.m. Eastern time
    c. 1:30 p.m. AZ time / 3:30 p.m. WI time / 4:30 p.m. Eastern time
    d. 2:00 p.m. AZ time / 4:00 p.m. WI time / 5:00 p.m. Eastern time
    e. 2:30 p.m. AZ time / 4:30 p.m. WI time / 5:30 p.m. Eastern time
    f. 3:00 p.m. AZ time / 5:00 p.m. WI time / 6:00 p.m. Eastern time
    g. 3:30 p.m. AZ time / 5:30 p.m. WI time / 6:30 p.m. Eastern time
2. Monday, October 10, 2022:
    a. 12:30 p.m. AZ time / 2:30 p.m. WI time / 3:30 p.m. Eastern time
    b. 1:00 p.m. AZ time / 3:00 p.m. WI time / 4:00 p.m. Eastern time
    c. 1:30 p.m. AZ time / 3:30 p.m. WI time / 4:30 p.m. Eastern time
    d. 2:00 p.m. AZ time / 4:00 p.m. WI time / 5:00 p.m. Eastern time
    e. 2:30 p.m. AZ time / 4:30 p.m. WI time / 5:30 p.m. Eastern time
    f. 3:00 p.m. AZ time / 5:00 p.m. WI time / 6:00 p.m. Eastern time
    g. 3:30 p.m. AZ time / 5:30 p.m. WI time / 6:30 p.m. Eastern time
3. Tuesday, October 11, 2022:
    a. 12:30 p.m. AZ time / 2:30 p.m. WI time / 3:30 p.m. Eastern time
    b. 1:00 p.m. AZ time / 3:00 p.m. WI time / 4:00 p.m. Eastern time
    c. 1:30 p.m. AZ time / 3:30 p.m. WI time / 4:30 p.m. Eastern time
    d. 2:00 p.m. AZ time / 4:00 p.m. WI time / 5:00 p.m. Eastern time
    e. 2:30 p.m. AZ time / 4:30 p.m. WI time / 5:30 p.m. Eastern time
    f. 3:00 p.m. AZ time / 5:00 p.m. WI time / 6:00 p.m. Eastern time

g. 3:30 p.m. AZ time / 5:30 p.m. WI time / 6:30 p.m. Eastern time
4. Wednesday, October 12, 2022:
   a. Any time between 9:00 a.m. AZ time and 5:00 p.m. AZ time (7:00 p.m. WI Time, 8:00 p.m. Eastern)

Once we have an agreed upon date and time, we will circulate a call-in number so that everyone can participate.

This is our first request for such a conference with respect to Jason, and part of an ongoing request for the participation of Stephen and Cathy, who have previously refused to participate in a Rule 26(f) conference. Please note that if any party refuses to participate in this process, we will need to notify the Court and will request appropriate sanctions, including dismissal of any counterclaims, default judgment, and any other relief that is appropriate.

Thank you,

Danny

**DANNY MARKS**

Attorney

**D:** 602.635.4016  **E:** dmarks@messner.com

7250 N 16th Street, Suite 410, Phoenix, AZ 85020

https://www.messner.com

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

---

**Jason Bartel** <jason_bartel@unioncab.com>                Thu, Oct 6, 2022 at 6:18 PM
To: Sawyer Cathy <sawcat575@gmail.com>

Is this legit that we have to talk to them?
[Quoted text hidden]

**Sawyer Cathy** <sawcat575@gmail.com> Thu, Oct 6, 2022 at 6:22 PM
To: Jason Bartel <jason_bartel@unioncab.com>

I think so but I really don't know.... I just did a quick Google search on rule 26 and this article is pretty good but very overwhelming.

https://www.digitalwarroom.com/blog/frcp-rule-26
[Quoted text hidden]

---

**Daniel L. Marks** <DMarks@messner.com> Thu, Oct 6, 2022 at 6:34 PM
To: Sawyer Cathy <sawcat575@gmail.com>
Cc: "jason_bartel@unioncab.com" <jason_bartel@unioncab.com>, Isaac Crum <ICrum@messner.com>, Mary Willson <MWillson@messner.com>

Please see the attached email correspondence reflecting a refusal to discuss the scheduling of the case. Despite the prior refusal, we are still hopeful that we can move forward cooperatively.

Please let us know your availability for the times listed below so that we can move this forward:

[Quoted text hidden]

Thank you,

Danny

**DANNY MARKS**

Attorney

**Messner Reeves LLP**

**D:** 602.635.4016   **E:** dmarks@messner.com

7250 N 16th Street, Suite 410, Phoenix, AZ 85020

**From:** Sawyer Cathy <sawcat575@gmail.com>
**Sent:** Thursday, October 6, 2022 3:45 PM
**To:** Daniel L. Marks <DMarks@messner.com>
**Cc:** jasonbartel@unioncab.com; Isaac Crum <ICrum@messner.com>; Mary Willson <MWillson@messner.com>
**Subject:** Re: Telah Foundation adv. Havel, et al. - Renewed Request for Rule 26(f) Conference

[ EXTERNAL EMAIL ]

This is the FIRST time your office has contacted Stephen and myself, Cathy to participate in any telephone conference. I'd like to know why you're saying we refuse to participate in when your office has not even asked us yet?

**2 attachments**

📄 **Rule 26.pdf**
277K

📄 **Cathy Sawyer emails from August 28-30, 2022.pdf**
157K

---

**Sawyer Cathy** <sawcat575@gmail.com>  Thu, Oct 6, 2022 at 6:56 PM
To: "Daniel L. Marks" <DMarks@messner.com>
Cc: Jason Bartel <jason_bartel@unioncab.com>, Isaac Crum <ICrum@messner.com>, Mary Willson <MWillson@messner.com>

Respectfully you are not listed as an attorney on this case so we will only deal with Isaac Crum as he is listed on all the documents and on Pacer as the lead attorney.
[Quoted text hidden]

---

**Sawyer Cathy** <sawcat575@gmail.com>  Thu, Oct 6, 2022 at 6:57 PM
To: Jason Bartel <jason_bartel@unioncab.com>

[Quoted text hidden]

---

**Isaac Crum** <ICrum@messner.com>  Thu, Oct 6, 2022 at 7:11 PM
To: Sawyer Cathy <sawcat575@gmail.com>, "Daniel L. Marks" <DMarks@messner.com>
Cc: Mary Willson <MWillson@messner.com>, "jason_bartel@unioncab.com" <jason_bartel@unioncab.com>

Danny works with me, so please feel free to treat his emails as if they came from me. (Also, as you can clearly see, I am cc-ed on these emails.) Please let us know if you are standing by your previous desire to not talk on the phone and we will let the Court know. Alternatively, we would appreciate it if you could pick a time from those listed below that works to discuss scheduling for this matter.

Thank you,

**ISAAC S. CRUM**

Partner
**Messner Reeves LLP**

**D:** 602.641.6705  **O:** 602.457.5059  **E:** icrum@messner.com

[Quoted text hidden]

---

**Sawyer Cathy** <sawcat575@gmail.com>  Thu, Oct 6, 2022 at 7:14 PM
To: Isaac Crum <ICrum@messner.com>
Cc: "Daniel L. Marks" <DMarks@messner.com>, Mary Willson <MWillson@messner.com>, Jason Bartel <jason_bartel@unioncab.com>

You are correct and that I can clearly see that you are cc'd on this email but until he is listed on Pacer and all of the court documents as being an attorney for us to deal with we will not deal with him. In addition unfortunately none of those dates work for us as we eill be on the road traveling and will not arrive at our destination until after the 16th.
[Quoted text hidden]

---

**Daniel L. Marks** <DMarks@messner.com>  Fri, Oct 7, 2022 at 3:17 PM
To: Sawyer Cathy <sawcat575@gmail.com>, Isaac Crum <ICrum@messner.com>
Cc: Mary Willson <MWillson@messner.com>, Jason Bartel <jason_bartel@unioncab.com>

Do you have any availability to speak before Sunday, October 16? We understand that you have access to internet during your travels and we can circulate a Zoom conference call that can be accessed/joined through the internet, in the event you do not have access to a phone until the 16th.

If Defendants are not able to speak before the 16th, please let us know whether you and Jason are available to speak on Monday, October 17, 2022, at any time between 9:00 a.m. AZ time and 5:00 p.m. AZ time (7:00 p.m. WI Time, 8:00 p.m. Eastern)? Please let us know so that we can reserve that time on our calendars. We do not expect that the conference would last longer than 30 minutes.

[Quoted text hidden]

---

**Sawyer Cathy** <sawcat575@gmail.com>  Sun, Oct 9, 2022 at 8:48 PM
To: "Daniel L. Marks" <DMarks@messner.com>
Cc: Isaac Crum <ICrum@messner.com>, Mary Willson <MWillson@messner.com>, Jason Bartel <jason_bartel@unioncab.com>

We have consulted with the Court and learned that because Cathy, Jason and myself, Stephen are defending ourselves (Pro Se), things work a little differently. Whereas normally as we approach Discovery the lawyers from both side communicate to come up with a joint Status Report that includes scheduling questions, etc. (see the status report the court ordered we defendants to file by the 24th of October), with Pro Se that working together is replaced by our filing our own status report, which I guess that means you file your own. We also have learned that our answer to your status report to the degree we have one also gets filed with the court as well as any Discovery proceedings like Interrogatories.

Yes, we have to communicate but there is nothing in Indiana law that requires that communication be in any one specific way, like on the telephone as you have requested. Thus we are not refusing to communicate. We simply choose to do so through the courts so everything is documented.

Stephen Havel

[Quoted text hidden]

---

**Jason Bartel** <jason_bartel@unioncab.com>  Mon, Oct 10, 2022 at 8:46 AM
To: "Daniel L. Marks" <DMarks@messner.com>

Mr. Marks,

Federal Rule of Civil Procedure 26 requires all parties that have appeared in the case to hold a "conference of the parties" to discuss and initiate the discovery process. This meeting can be held in person, over the phone, via email or mail, or by any other means of communication.

As a phone conference is not required by the Court I will not be scheduling one. Email or mail will be sufficient.

Jason Bartel
[Quoted text hidden]

---

**Jason Bartel** <jason_bartel@unioncab.com>  Wed, Oct 19, 2022 at 10:03 AM
To: "Daniel L. Marks" <DMarks@messner.com>

Daniel Marks,

As the Court has ordered all parties to prepare the status reports "separately" no communication in any form between parties is required by Rule 26 (f). As you have tried to intimidate me into a conference not required by the Court I am blocking your and Isacc Crum's e-mail addresses and they will be unblocked only if the Court requires e-mail communication between the Parties.

Jason Bartel
N4019 Forest Dr.
Hancock. WI 54943
jason_bartel@unioncab.com

*[signed]* Jason Bartel
1/13/23

Jason Bartel
N4019 Forest Dr.
Hancock, WI 54943



U.S. POSTAGE PAID
FCM LG ENV
MONONA, WI 53716
JAN 13, 23
AMOUNT
$1.68
RDC 99   46601   R2305K134679-22

U.S. District Court
204 S. Main St.
South Bend, IN
46601