UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>STEVEN ROBERT HAVEL, et al.,<br><br>　　Defendants. | CASE NO. 3:22-CV-395-MGG |

**ORDER**

On January 4, 2023, this Court issued an order setting this matter for a video motion hearing on February 10, 2023. The purpose of the hearing was to address issues raised in the parties' status reports and to address various motions filed by Defendant Jason Bartel. [*See* DE 64 at 3]. Notably, Plaintiff's status report filed on October 24, 2022, indicated that Plaintiff planned to file a motion for preliminary injunction and expedited hearing under Rule 65(a)(2) "within the next two weeks." [DE 47 at 2]. However, at the time of that order, Plaintiff had yet filed any such motion. Moreover, Defendants Cathy JoAnn Weaver and Steven Robert Havel had filed a response to Plaintiff's status report requesting that any motion for an expedited hearing be denied. Likewise, Defendant Bartel has filed a motion seeking to block any expedited hearing request filed by Plaintiff.

On January 23, 2023, Plaintiff then filed its long-anticipated Motion for Preliminary Injunction seeking injunctive relief as to Defendants Bartel and Havel

only.[1] [DE 66]. However, rather than specifically requesting an expedited hearing, the motion states that "[i]f the Court would benefit from having a hearing on this Motion, Plaintiff requests that the Court advance the trial on the merits, as authorized by Fed. R. Civ. P. 65(a)(2) and consolidate it with a hearing. In this case . . . lengthy discovery is not necessary." [DE 67 at 25-26].

In accordance with Rule 1's mandate to ensure a fair outcome of this matter, and as permitted by N.D. Ind. L.R. 65-1(a), the Court will allow Defendants to file responses to the instant motion prior to any ruling or hearing. *See also* N.D. Ind. L.R. 7-1(d)(3). Accordingly, Defendants shall file any response to the instant motion by **February 6, 2023.** Any reply by Plaintiff shall be filed by **February 13, 2023.** These deadlines may only be extended by motion of a party with good cause shown. *See* Fed. R. Civ. P. 6.

To allow the parties time to brief the instant motion for preliminary injunction prior to any hearing, the video motion hearing scheduled for **February 10, 2023, at 11:00 a.m. (EST)** is hereby **VACATED.** The Court may schedule further hearings as necessary.

**SO ORDERED** this 25th day of January 2023.

                                                        s/Michael G. Gotsch, Sr.
                                                        Michael G. Gotsch, Sr.
                                                        United States Magistrate Judge

---

[1] Plaintiff explains that it is not seeking injunctive relief against Defendant Cathy Weaver at this time due to Defendant Weaver filing a voluntary petition for bankruptcy on October 27, 2022.