UNITED STATES DISTRICT COURT NORTHERN INDIANA

ST. JOSEPH COUNTY

The Evolutionary Level Above Human, Inc.

    d/b/a The Telah Foundation

        Plaintiff

          -vs-

    Steven Robert Havel,

    Cathy JoAnn Weaver,

    Jason Bartel

        Defendants

3:22-cv-00395



## MOTION

I, Cathy JoAnn Weaver, of Mishawaka, in St. Joseph County, Indiana, MAKE OATH AND SAY THAT:

1. I, Cathy Weaver respectfully file this motion to ask for the Court to strike from PACER my personal address that the Plaintiffs have disclosed in their Motion for Preliminary Injunction and in their Brief in Support of Motion for Preliminary Injunction and by submitting as an exhibit my Bankruptcy filing which lists my personal address.

2. I, Cathy Weaver have provided to the Court and to the Plaintiffs attorneys a mailing address to be used and the Court indicated in a previous order that that mailing address would be used for all future correspondence. My mailing address is 5776 Grape Rd STE 51 PMB 121 Mishawaka, IN 46545.

3. The Plaintiffs have maliciously disclosed my personal address for no reason that I can determine except to cause me stress and anxiety. Due to the controversial nature of this case my home address should not be disclosed. The Court will hopefully remember how upon the Plaintiffs disclosing my last home address I was forced to move to another secure location so as not to be harassed by anyone who may feel to do so. The Plaintiffs have kept their personal address out of all proceedings and in fact over the last 26 years have closely guarded their personal address by using a PO box so people can not come to their house and harass them.

4. I, Cathy Weaver beg Your Honor to order the Plaintiffs to not disclose my personal address again in any future filings in this or any other case they may bring against me. They have caused me untold stress and now I have to move once again and break a lease that I had to spend 8,000.00 moving into on such short notice. They have done this on purpose to hurt me.

5. Please see fit to black out my address on the Brief in Support of Preliminary Injunction, The Motion for Preliminary Injunction and on my Bankruptcy Filing.

STATE OF INDIANA

COUNTY OF ST. JOSEPH

Cathy JoAnn Weaver   _Cathy JoAnn Weaver_   1/25/2023
                                (Signature)          (Date)

Cathy Weaver
5776 Grape Rd
STE 51 PMB #121
Mishawaka, IN. 46545

25 JAN 2023 PM 3 L



U.S. District Court
Robert Grant Federal Courthouse
204 S. Main St.
South Bend, IN. 46601

46601-212299