# EXHIBIT 14

Plaintiff's DMCA Copyright Complaints

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE
HUMAN, INC.,

      Plaintiff,

        v,                             CASE NO. 3:22-CV-395-MGG

STEVEN ROBERT HAVEL, et al.,

      Defendants

## MOTION TO ADD EXHIBIT OF PLAINTIFF'S DMCA COPYRIGHT COMPLAINTS

Defendant Jason Bartel hereby moves the Court for an order granting Defendant's request to add Exhibit 14 to Defendant's defense as Plaintiff's DMCA copyright complaint contains multiple counts of perjury. Plaintiff's have claimed that The Telah Foundation is the owner ( sic ) cassette tapes entitled "The audiotape library of Heaven's Gate by Ti and Do." (United States Copyright Reg. No. SRu[REDACTED]30.), however, Plaintiffs were specifically denied the intellectual property rights to The Audiotape Library of Heaven's Gate by Ti and Do in a ruling by California Superior Court Judge Lisa Guy-Schall in 1999 as per Exhibit 11 submitted by Defendant. Judge Guy-Schall stated that 'There Is no evidence, written or otherwise, transferring ownership of intellectual property rights in the "The Audiotape Library of Heaven's Gate by TI and Do', therefore, Plaintiffs were explicitly denied any and all rights to the aforementioned audio tapes and yet Mark King used the Foundation to file

fraudulent DMCA takedown notices. The settlement with San Diego County which arose after Mark and Sarah King appealed Judge Guy-Schall's ruling of decision specifically stated that 'This agreement affects only the Parties' rights and interests in the intellectual and tangible property held by the Public Administrator'. As all of the intellectual and physical property that was entrusted to the Foundation was held by the San Diego County Public Administrator until August of 1999 it is not possible for the 'Audiotape Library of Heaven's Gate by Ti and Do', which was registered with the US copyright office on October 27, 1997 by Mark King on behalf of the Foundation, to have been part of the intellectual property that was transferred from San Diego County to the Foundation.

Defendant strongly believes that Plaintiffs did not initiate the DMCA takedowns nor this lawsuit in good faith as Mark and Sarah King were well aware that Plaintiffs had been denied all intellectual property rights to the 'Audiotape Library of Heaven's Gate by Ti and Do' in February of 1999 and yet Mark and Sarah King chose to use Plaintiff's Foundation to initiate fraudulent DMCA takedown requests each of which contains a count of perjury. Plaintiffs continued to attempt to deceive the Court system by filing this lawsuit based on the same fraudulent claims of ownership of and rights to 'The Audiotape Library of Heaven's Gate by Ti and Do'. Plaintiffs used Mark and Sarah King's Foundation and the Foundation's legal resources to file this lawsuit with the malicious intent of economically ruining the lives of the Defendants as Defendant Jason Bartel strongly believes that Mark and Sarah King are aware that Defendants cannot afford Corporate lawyers of the Intellectual Property

variety. Defendant has contacted numerous Attorneys and legal organizations and the only

Attorney who would speak with Defendant told Defendant that Attorney's fees were a

$10,000 retainer and $400/hour. The same Attorney told Defendant that if Defendant loses

this case that Defendant could not file bankruptcy to avoid the damages that Plaintiffs

are requesting.



Search        Topics        Research and Media Mentions

About

🔍  Search all notices...                                                    Go

Advanced Search: add additional search queries

⊗   🔍                        ⌄                          ☐ All words required

Add more

Advanced Search

DMCA (Copyright) Complaint to Google

**SENDER**                      **RECIPIENT**                  **SUBMITTER**

Messner Reeves LLP              Google LLC                     Google LLC
on behalf of The Telah          [Private]
Foundation                      Mountain View, CA, 94043, US
[Private]
US

COUNTRY: US us

## Re: Unknown

**NOTICE TYPE:**        DMCA

## Copyright claim 1

**KIND OF WORK:**       Unspecified

**DESCRIPTION**

The Telah Foundation is the owner cassette tapes entitled "The audiotape library of Heaven's Gate by Ti and Do." (United States Copyright Reg. No. SRu[REDACTED]30.) The copyrighted audio cassettes are not authorized for distribution on the internet. The owner of the google drive account admits these are copies of the copyrighted tapes on his blog at: https://crlody.wordpress.com/2022/01/20/updated-link-to-the-google-drive-with-tapes-1-212/

**ORIGINAL URLS:**          No copyrighted URLs were submitted.

**ALLEGEDLY INFRINGING URLS:**          01.  drive.google.com - 96 URLs

Click here to request access and see full URLs.

**JURISDICTIONS**          US

TOPICS

DMCA Notices, Copyright

TAGS

© 2017 Lumen          Spring '22 Research Sprint          Blog Archive          Legal          Licenses          Privacy

Researchers          Sign In

# Lumen

Search        Topics        Research and Media Mentions

About

🔍 Search all notices...                                                                    Go

Advanced Search: add additional search queries

✖  🔍                          ▾                          ☐ All words required

Add more

Advanced Search

## Takedown Request regarding Trademark Complaint to YouTube

**SENDER**                      **RECIPIENT**                   **SUBMITTER**

Marcos Eduardo                  YouTube Legal Support           YouTube Legal Support
Garciaacosta, Marcos E.         [Private]
Garciaacosta Law Group          San Bruno, CA, 94066, US
PLLC
on behalf of The Telah
Foundation
[Private]

## Re: Youtube video

**SENT VIA: YOUTUBE LEGAL SUPPORT**

**NOTICE TYPE:**          Trademark

## Complaint 1

**DESCRIPTION OF ALLEGEDLY INFRINGED MARK**   The vide is using the trademark registered by owner, the TELAI Foundation, through out the whole video misleading people of the source and ownership of the content. Infringement type: video_and_channel

**ALLEGEDLY INFRINGING URLS:**   01.  www.youtube.com - 2 URLs

Click here to request access and see full URLs.

**TAGS**          youtube

**JURISDICTIONS**    us

## Original Documents

TOPICS
Trademark

TAGS
youtube

(c) 2017 Lumen          Spring '22 Research Sprint          Blog Archive          Legal          Licenses          Privacy

Researchers          Sign In



Search       Topics       Research and Media Mentions

About

🔍 Search all notices...                                                          Go

Advanced Search: add additional search queries

✕  🔍                              ▾                    ☐ All words required

Add more

Advanced Search

DMCA (Copyright) Complaint to Google

SENDER:
Marcus E. Garcinacosta Law
Group PLLC
on behalf of Mark King, Telah
Foundation
[Private]
US

Sent on December 2, 2021
COUNTRY: US us

RECIPIENT:
Google LLC
[Private]
Mountain View, CA, 94043, US

SUBMITTER:
Google LLC

## Re: Unknown

**NOTICE TYPE:**      DMCA

## Copyright claim 1

**KIND OF WORK:**     Unspecified

USDC IN/ND case 3:22-cv-00395-MGG   document 72-1   filed 02/02/23   page 10 of 69

**DESCRIPTION**　　　Copies of audio recordings kept confidential by copyright owner. Content is not public and drive owner stole it.

**ORIGINAL URLS:**　　01.  cocatalog.loc.gov - 1 URL

**ALLEGEDLY**
**INFRINGING**
**URLS:**　　01.  drive.google.com - 2 URLs

Click here to request access and see full URLs.

**JURISDICTIONS**　　　us

TOPICS

TAGS

DMCA Notices, Copyright

© 2017
Lumen

Spring '22 Research Sprint　　Blog Archive　　Legal　　Licenses　　Privacy

Researchers　　Sign In



Search        Topics        Research and Media Mentions

About

🔍  Search all notices...                                                      Go

Advanced Search: add additional search queries

❌  🔍                          ⌄                        ☐ All words required

Add more

Advanced Search

DMCA (Copyright) Complaint to Google

SENDER                          RECIPIENT                       SUBMITTER
Marcos E. Sardiacosta Law       Google LLC                      Google LLC
Group PLLC                      [Private]
on behalf of Mark King, Telah   Mountain View, CA, 94043, US
Foundation
[Private]
US

COUNTRY: US us

## Re: Unknown

**NOTICE TYPE:**      DMCA

## Copyright claim 1

**KIND OF WORK:**     Unspecified

USDC IN/ND case 3:22-cv-00395-MGG   document 72-1   filed 02/02/23   page 12 of 69

**DESCRIPTION**       A number of audiotapes illegally obtained from client. Client

**ORIGINAL URLS:**    01.  cocatalog.loc.gov - 1 URL

**ALLEGEDLY**         01.  drive.google.com - 1 URL
**INFRINGING**
**URLS:**

Click here to request access and see full URLs.

**JURISDICTIONS**        US

TOPICS                                              TAGS

DMCA Notices, Copyright                          .

© 2017              Spring '22 Research Sprint      Blog Archive       Legal        Licenses        Privacy
Lumen

                                                                        Researchers      Sign In



Search     Topics     Research and Media Mentions

About

Q  Search all notices...                                              Go

Advanced Search: add additional search queries

⊗   Q                    ▾                          ☐ All words required

Add more

Advanced Search

## DMCA (Copyright) Complaint to Google

**SENDER**
Marcos E. Garciaacosta Law
Group PLLC
on behalf of Mark King, Tolah
Foundation
[Private]
US
SOME ADDRESS REDACTED
COUNTRY: US us

SOME CONTACT INFO REDACTED

**RECIPIENT**
Google LLC
[Private]
Mountain View, CA, 94043, US

**SUBMITTER**
Google LLC

# Re: Unknown

**NOTICE TYPE:**     DMCA

## Copyright claim 1

**KIND OF WORK:**     Unspecified

USDC IN/ND case 3:22-cv-00395-MGG   document 72-1   filed 02/02/23   page 14 of 69

| DESCRIPTION | AUDIO Tapes Copyright by Client |
| --- | --- |
| **ORIGINAL URLS:** | 01. cocatalog.loc.gov - 1 URL |
| **ALLEGEDLY INFRINGING URLS:** | 01. drive.google.com - 1 URL |

Click here to request access and see full URLs.

| **JURISDICTIONS** | US |
| --- | --- |

TOPICS

DMCA Notices, Copyright

TAGS

© 2017 Lumen          Spring '22 Research Sprint          Blog Archive          Legal          Licenses          Privacy

Researchers          Sign In



Search      Topics      Research and Media Mentions

About

🔍 Search all notices...                                                    Go

Advanced Search: add additional search queries

✕  🔍                          ▾                    ☐ All words required

Add more

Advanced Search

DMCA (Copyright) Complaint to Google

**SENDER**
Legal Business Global
Mark King, Yelah
Foundation
[Private]
US

COUNTRY: US us

**RECIPIENT**
Google LLC
[Private]
Mountain View, CA, 94043, US

**SUBMITTER**
Google LLC

## Re: Unknown

**NOTICE TYPE:**      DMCA

## Copyright claim 1

**KIND OF WORK:**      Unspecified

**DESCRIPTION**

The google drives contain copyrighted material that belongs to my client Mr. Mark King. The US copyright registration numbers are provided here: SRu[REDACTED]30 PA[REDACTED] VA[REDACTED] PA[REDACTED] VAu[REDACTED]25 PA[REDACTED]

**ORIGINAL URLS:**    01.  cocatalog.loc.gov - 9 URLs

**ALLEGEDLY INFRINGING URLS:**    01.  drive.google.com - 2 URLs

Click here to request access and see full URLs.

**JURISDICTIONS**        US

TOPICS                                              TAGS

DMCA Notices, Copyright

© 2017 Lumen            Spring '22 Research Sprint        Blog Archive        Legal        Licenses        Privacy

Researchers        Sign In

 **Lumen**      Search     Topics     Research and Media Mentions

About

🔍 Search all notices...           Go

DMCA (Copyright) Complaint to Google

**SENDER**
Messner Reeves, LLP
on behalf of The Telah
Foundation
[Private]
US

COUNTRY: US us

**RECIPIENT**
Google LLC
[Private]
Mountain View, CA, 94043, US

**SUBMITTER**
Google LLC

## Re: Unknown

**NOTICE TYPE:**     DMCA

## Copyright claim 1

**KIND OF WORK:**     Unspecified

**DESCRIPTION**     The Telah Foundation is the owner cassette tapes entitled "The audiotape library of Heaven's Gate by Ti and Do." (United States Copyright Reg. No. SRu[REDACTED]30.) The copyrighted audio cassettes are not authorized for distribution on the internet. The owner of the google drive account admits these are copies of the copyrighted tapes on his blog at: https://crlody.wordpress.com/2022/01/20/updated-link-to-the-google-drive-with-tapes-1-212/

**ORIGINAL URLS:**     No copyrighted URLs were submitted.

USDC IN/ND case 3:22-cv-00395-MGG   document 72-1   filed 02/02/23   page 18 of 69

**ALLEGEDLY**          01.  drive.google.com - 100 URLs
**INFRINGING**
**URLS:**

Click here to request access and see full URLs.


**JURISDICTIONS**          us


TOPICS                                         TAGS
DMCA Notices, Copyright


© 2017          Spring '22 Research Sprint          Blog Archive          Legal          Licenses          Privacy
Lumen

                                                                          Researchers          Sign In

Jason Bartel
N4019 Forest Dr.
Hancock. WI 54943
jason_bartel@unioncab.com

1/29/23

# EXHIBIT 15

The Foundation's copyright and trademark registrations

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
### SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE
HUMAN, INC.,

        Plaintiff,

        v.                              CASE NO. 3:22-CV-395-MGG

STEVEN ROBERT HAVEL, et al.,

        Defendants.

## MOTION TO ADD PLAINTIFF"S COPYRIGHT AND TRADEMARK REGISTRATIONS TO DEFENDANT JASON BARTEL"S DEFENSE

Defendant hereby moves the Court for an Order granting Defendant's request to add Plaintiff's

copyright and trademark registrations made on behalf of Mark and Sarah King's Foundation

to Defendant's defense. These 1997 registrations clearly exemplify that all of the Foundation's

copyrights and trademark were registered for intellectual property that Plaintiff's were denied

all rights to in February of 1999 as per Judge Lisa Guy-Schall's Ruling of Decision in Exhibit 11.

# Celestial being entity.

## Registration of Copyright

## VA0000877834

The work titled *Celestial being entity.* is registered with the U.S. Copyright Office and Library of Congress as copyrighted visual material. Rightsholders and authors include Telah Foundation, Total Overcomers Anonymous and TOA..

Type of Work:     Visual Material

Registration Number / Date:
                  VA0000877834 / 1997-09-22

Title:            The CBE : Celestial being entity.

Description:      Art reproduction.

Copyright Claimant:
                  Telah Foundation

Date of Creation:  1992

Date of Publication:
                  1997-03-31

Authorship on Application:
                  Total Overcomers Anonymous a.k.a. TOA.

Other Title:      Celestial being entity.

Names:            Telah Foundation
                  Total Overcomers Anonymous
                  TOA.

⌄

## View PDF Manual

# Heaven's Gate Away Team.

## Registration of Copyright

### VAu000409525

The work titled *Heaven's Gate Away Team.* is registered with the U.S. Copyright Office and Library of Congress as copyrighted visual material. Rightsholders and authors include Telah Foundation, Total Overcomers Anonymous and TOA.

```
Type of Work:      Visual Material

Registration Number / Date:
                   VAu000409525 / 1997-09-22

Application Title: Heaven's Gate Away Team patch.

Title:             Heaven's Gate Away Team.

Description:       Embroidered patch.

Copyright Claimant:
                   Telah Foundation

Date of Creation:  1996

Authorship on Application:
                   Total Overcomers Anonymous a.k.a. TOA.

Names:             Telah Foundation
                   Total Overcomers Anonymous
                   TOA

=========================================================================
```

⌄

## View PDF Manual

# How and when "Heaven's gate" (the door to the physical kingdom level above human) may be entered

## Registration of Copyright

## TXu000817732

The work titled *How and when "Heaven's gate" (the door to the physical kingdom level above human) may be entered* is registered with the U.S. Copyright Office and Library of Congress as copyrighted text. Rightsholders and authors include Telah Foundation and Heaven's Representatives.

```
Type of Work:        Text

Registration Number / Date:
                     TXu000817732 / 1997-09-22

Title:               How and when "Heaven's gate" (the door to the physical
 kingdom level above human) may be entered : an anthology
 of our materials.

Description:         1 v.

Copyright Claimant:
                     Telah Foundation

Date of Creation:   1997

Authorship on Application:
                     Heaven's Representatives, employer for hire.

Names:               Telah Foundation
                     Heaven's Representatives
```

⌄

## View PDF Manual

# The audiotape library of Heaven's Gate by Ti and Do.

## Registration of Copyright

## SRu000298530

The work titled *The audiotape library of Heaven's Gate by Ti and Do.* is registered with the U.S. Copyright Office and Library of Congress as copyrighted sound recording and text. Rightsholders and authors include Telah Foundation, Total Overcomers Anonymous and TOA.

```
Type of Work:        Sound Recording and Text

Registration Number / Date:
                     SRu000298530 / 1997-10-27

Title:               The audiotape library of Heaven's Gate by Ti and Do.

Description:         486 sound cassettes.

Copyright Claimant:
                     © ℗ Telah Foundation

Date of Creation:    1997

Authorship on Application:
                     text, recording: Total Overcomers Anonymous a.k.a. TOA,
 employer for hire.

Names:               Telah Foundation
                     Total Overcomers Anonymous
                     TOA
```

====================================================================

⌄

## View PDF Manual

# Do's final exit

## Registration of Copyright

PA0000869585

The work titled *Do's final exit* is registered with the U.S. Copyright Office and Library of Congress as copyrighted motion picture. Rightsholders and authors include Telah Foundation, Total Overcomers Anonymous and TOA.

⌄

Type of Work:      Motion Picture


Registration Number / Date:
                   PA0000869585 / 1997-09-22


Title:             Do's final exit : students of Heavens Gate expressing their
 thoughts before exit.


Description:       2 videocassettes ; 1/2 in.


Copyright Claimant:
                   Telah Foundation


Date of Creation:  1997


Date of Publication:
                   1997-03-25


Authorship on Application:
                   Total Overcomers Anonymous a.k.a. TOA, employer for hire.


Variant title:     Do's final exit : students of Heavens Gate expressing their
 thoughts before exit.


Names:             Telah Foundation
                   Total Overcomers Anonymous
                   TOA


==========================================================================

© 2023 USPTO.report | Privacy Policy (/privacy_policy.php) | Resources (/resources/) | 🔊 (/tm.rss) | 🐦
(https://twitter.com/trademarktrader)

⌄

# Beyond human--the last call.

## Registration of Copyright

## PA0000867224

The work titled *Beyond human--the last call.* is registered with the U.S. Copyright Office and Library of Congress as copyrighted motion picture. Rightsholders and authors include Telah Foundation, Total Overcomers Anonymous and TOA.

```
Type of Work:      Motion Picture

Registration Number / Date:
                   PA0000867224 / 1997-09-22

Title:             Beyond human--the last call.

Description:       7 videocassettes ; 1/2 in.

Copyright Claimant:
                   Telah Foundation

Date of Creation:  1992

Date of Publication:
                   1992-01-11

Authorship on Application:
                   Total Overcomers Anonymous a.k.a. TOA, employer for hire.

Names:             Telah Foundation
                   Total Overcomers Anonymous
                   TOA


=========================================================================
```

fiverr  **Typographers who are just** *your type*

© 2023 USPTO.report | Privacy Policy (/privacy_policy.php) | Resources (/resources/) | 🔊 (/rim.rss) | 🐦
(https://twitter.com/trademarktrader)

# HEAVEN'S GATE

## Evolutionary Level Above Human Foundation, The

USPTO Trademarks (https://uspto.report/TM/) ›
   / Evolutionary Level Above Human Foundation, The (https://uspto.report/company/Evolutionary-Level-Above-Human-Foundation) ›
   / Heaven's Gate Application #75389215 (https://uspto.report/TM/75389215/)

ReachOut Books & Solid Grounds Coffee Shoppe

Fond du Lac

We're Your Store for Christian Gifts, Books, Bibles, Music & More. Shop Best Sellers

| Website |
| --- |

Directions

Application Filed: 1997-11-13 (1997-11-13)

Trademark Application Details

## Status

710          Dead/Cancelled

| ↻ Refresh |
| --- |

(/TM/75389215/refresh)

CANCELLED - SECTION 8

Research          W (https://en.wikipedia.org/w/index.php?search=%22HEAVEN%27S+GATE%22) 🐦 (https://twitter.com/search?q=%22HEAVEN%27S+GATE%22) ▥ (https://nitter.domain.glass/search?f=tweets&q=%22HEAVEN%27S+GATE%22) 🔤 (https://translate.google.com/#view=home&op=translate&sl=auto&tl=en&text=HEAVEN%27S+GATE) ✳ (https://www.wolframalpha.com/input/?i=HEAVEN%27S+GATE) OneLook (https://www.onelook.com/?w=HEAVEN%27S+GATE) Acronym Finder (https://www.acronymfinder.com/~/search/af.aspx?Acronym=HEAVEN%27S+GATE&string=exact)

| | |
| --- | --- |
| Serial Number | 75389215 |
| Registration Number | 2262312 |
| Mark Drawing Code | 1000: Typeset: Word(s)/letter(s)/number(s) |
| Cancellation Code | 2 |
| Attorney Name | J MICHAEL CLEARY |
| Law Office Assigned | L20 |
| Employee Name | HERMAN, RUSS |

Ads by Google

Send feedback    Why this ad? ▷

| | |
|---|---|
| 1999-04-27 | Published for Opposition |
| 1999-07-20 | Trademark Registered |
| 1999-07-23 | Location: FILE REPOSITORY (FRANCONIA) |
| 2006-04-22 | Cancelled |
| 2006-04-22 | Status: Dead/Cancelled |
| 2018-07-08 | Transaction Date |

ReachOut Books & Solid Grounds Coffee Shoppe

Fond du Lac

We're Your Store for Christian Gifts, Books, Bibles, Music & More. Shop Best Sellers

| Website | Directions |

## Trademark Applicants & Owners

| | |
|---|---|
| Owner: | Evolutionary Level Above Human Foundation, The (/company/Evolutionary-Level-Above-Human-Foundation) |
| Entity Statement | NON-PROFIT CORPORATION |
| Address | 5515 North Seventh Street Suite 5226 Phoenix AZ 85014 |
| Legal Entity Type | |
| Legal Entity State | AZ |

## Attorney of Record

J MICHAEL CLEARY
CLEARY & KOMEN
600 PENNSYLVANIA AVE SE STE 200
WASHINGTON DC 20003-4304

## Good, Services, and Codes

| | |
|---|---|
| International Codes: | 9 |
| U.S. Codes: | 021,023,026,036,038 |
| International Codes: | 16 |
| U.S. Codes: | 002,005,022,023,029,037,038,050 |
| International Codes: | 26 |
| U.S. Codes: | 037,039,040,042,050 |

| Type Code | Type |
|---|---|
| GS0091 | Pre-recorded video tapes featuring content of a religious or spiritual nature |

## Trademark Filing History

| Description | Date | Event Coding |
|---|---|---|
| ASSIGNED TO EXAMINER | 1998-07-21 | 1 DOCK D:Assigned to Examiner |
| NON-FINAL ACTION MAILED | 1998-08-03 | 2 CNRT F:First Action |

COMPLETE

| CORRESPONDENCE RECEIVED IN LAW OFFICE | 1998-11-03 | 6 CRFA I:Incoming Correspondence |
| ASSIGNED TO EXAMINER | 1999-01-12 | 7 DOCK D:Assigned to Examiner |
| ASSIGNED TO EXAMINER | 1999-01-21 | 8 DOCK D:Assigned to Examiner |
| USE AMENDMENT ACCEPTED | 1999-01-21 | 9 IUAA P: |
| APPROVED FOR PUB - PRINCIPAL REGISTER | 1999-01-21 | 10 CNSA O:Outgoing Correspondence |
| NOTICE OF PUBLICATION | 1999-03-26 | 11 NPUB O:Outgoing Correspondence |
| PUBLISHED FOR OPPOSITION | 1999-04-27 | 12 PUBO A:Allowance for Publication |
| REGISTERED-PRINCIPAL REGISTER | 1999-07-20 | 13 R.PR A:Allowance for Publication |
| CANCELLED SEC. 8 (6-YR) | 2006-04-22 | 14 C8.. O:Outgoing Correspondence |

## Similar Marks

| Mark Image | Registration \| Serial | Company | Trademark Application Date |
|---|---|---|---|
|  (/TM/86800264) | 86800264 5148959 Live/Registered | The Telah Foundation(/TM/86800264) | 2015-10-27 |
| Heaven's Gate (/TM/86499438) | 86499438 4794686 Live/Registered | Chunn, Randall W.(/TM/86499438) | 2015-01-09 |
| HEAVEN'S GATE (/TM/77889658) | 77889658 3824482 Live/Registered | The Evolutionary Level Above Human Foundation(/TM/7788 9658) | 2009-12-09 |
| HEAVEN'S GATE (/TM/777 90468) | 77790468 not registered Dead/Abandoned | SaluTech Industries, LLC(/TM/77790468) | 2009-07-27 |

HEAVEN'S GATE 31883)

HEAVEN'S GATE(/TM/75389215)    | 75389215 | 2262312 | Dead/Cancelled |   Evolutionary Level Above Human Foundation, The(/TM/7538  1997-11-13
                                                                          9215)

 (/TM/75380224)    | 75380224 | 2221463 | Dead/Cancelled |   Khoshnood, Daniel(/TM/75380224)                          1997-10-27

© 2023 USPTO.report | Privacy Policy (/privacy_policy.php) | Resources (/resources/) | 🔊 (/tm.rss) | 🐦 (https://twitter.com/trademarktrader)

# HEAVEN'S GATE

# The Evolutionary Level Above Human Foundation

USPTO Trademarks (https://uspto.report/TM/) ›
/ The Evolutionary Level Above Human Foundation (https://uspto.report/company/Evolutionary-Level-Above-Human-Foundation) ›
/ Heaven's Gate Application #77889658 (https://uspto.report/TM/77889658/)

ReachOut Books & Solid Grounds Coffee Shoppe

Fond du Lac

We're Your Store for Christian Gifts, Books, Bibles, Music & More. Shop Best Sellers

| Website |
| :---: |

Directions

Application Filed: 2009-12-09 (2009-12-09)

Trademark Application Details

# HEAVEN'S GATE

ReachOut Books & Solid Grounds Coffee Shoppe

Fond du Lac

We're Your Store for Christian Gifts, Books, Bibles, Music & More. Shop Best Sellers

| Website |
| :---: |

Directions

⌄

ᏟrunZΞro          Zero unknowns on your network

USDC IN/ND case 3:22-cv-00395-MGG   document 72-1   filed 02/02/23   page 36 of 69

SECTIONS BOOKMARKS

Research

W (https://en.wikipedia.org/w/index.php?search=%22HEAVEN%27S+GATE%22) 🐦 (https://twitter.com/search?q=%22HEAVEN%27S+GATE%22) ▣ (https://nitter.domain.glass/search?f=tweets&q=%22HEAVEN%27S+GATE%22) ▣ (https://translate.google.com/#view=home&op=translate&sl=auto&tl=en&text=HEAVEN%27S+GATE) ✳ (https://www.wolframalpha.com/input/?i=HEAVEN%27S+GATE) OneLook (https://www.onelook.com/?w=HEAVEN%27S+GATE) Acronym Finder (https://www.acronymfinder.com/~/search/af.aspx?Acronym=HEAVEN%27S+GATE&string=exact)

| | |
|---|---|
| Serial Number | 77889658 |
| Registration Number | 3824482 |
| Mark Drawing Code | 4000: Illustration: Drawing with word(s)/letter(s)/number(s) in Block form |
| Attorney Name | Marcos Eduardo Garciaacosta |
| Law Office Assigned | M40 |
| Employee Name | ULRICH, NANCY G |

## Timeline

| | |
|---|---|
| 1996-10-02 | Date of First Use |
| 2009-12-09 | Application Filed |
| 2010-05-11 | Published for Opposition |
| 2010-07-27 | Trademark Registered |
| 2015-09-29 | Location: TMO LAW OFFICE 113 |
| 2015-09-29 | Status: Live/Registered |
| 2019-12-02 | Transaction Date |

▷ ✕

Complete your collection
eBay

## Trademark Applicants & Owners
⌄

Legal Entity Type                    Corporation

Legal Entity State                     AZ

ReachOut Books & Solid Grounds Coffee Shoppe

Fond du Lac

We're Your Store for Christian Gifts, Books, Bibles, Music & More. Shop Best Sellers

| Website | Directions |

## Documents

Click the blue "Refresh" button to load certificates, specimines, application, and other documents.

## Attorney of Record

Marcos Eduardo Garciaacosta
Marcos E. Garciaacosta Law Group PLLC
1221 N Longmore St.
2875 W Ray Rd, Suite 6 # 108
Chandler AZ 85224

## Good, Services, and Codes

| | |
|---|---|
| International Codes: | 9 |
| U.S. Codes: | 021,023,026,036,038 |

| Type Code | Type |
|---|---|
| GS0091 | Pre-recorded video tapes featuring content of a religious or spiritual nature; Pre-recorded DVDs featuring content of a religious or spiritual nature; audiovisual recordings featuring content of a religious or spiritual nature; downloadable audiovisual recordings featuring content of a religious or spiritual nature |

Complete yo
collection
eBay

## Trademark Filing History

| Description | Date | Event Coding |
| --- | --- | --- |
| NEW APPLICATION ENTERED IN TRAM | 2009-12-12 | 1 NWAP I:Incoming Correspondence |
| NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 2009-12-15 | 2 NWOS I:Incoming Correspondence |
| ASSIGNED TO EXAMINER | 2010-03-11 | 3 DOCK D:Assigned to Examiner |
| APPROVED FOR PUB - PRINCIPAL REGISTER | 2010-03-16 | 4 CNSA O:Outgoing Correspondence |
| ASSIGNED TO LIE | 2010-03-31 | 5 ALIE A:Allowance for Publication |
| LAW OFFICE PUBLICATION REVIEW COMPLETED | 2010-04-03 | 6 PREV O:Outgoing Correspondence |
| NOTICE OF PUBLICATION | 2010-04-21 | 7 NPUB O:Outgoing Correspondence |
| PUBLISHED FOR OPPOSITION | 2010-05-11 | 8 PUBO A:Allowance for Publication |
| REGISTERED-PRINCIPAL REGISTER | 2010-07-27 | 9 R.PR A:Allowance for Publication |
| TEAS SECTION 8 RECEIVED | 2015-09-25 | 10 ES8R I:Incoming Correspondence |
| TEAS CHANGE OF CORRESPONDENCE RECEIVED | 2015-09-25 | 11 TCCA I:Incoming Correspondence |
| CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 2015-09-29 | 12 APRE A:Allowance for Publication |
| REGISTERED - SEC. 8 (6-YR) ACCEPTED | 2015-09-29 | 13 8.OK O:Outgoing Correspondence |
| NOTICE OF ACCEPTANCE OF SEC. 8 - E-MAILED | 2015-09-29 | 14 NAS8 E:E-Mail |
| PAPER RECEIVED | 2016-12-16 | 15 MAIL I:Incoming Correspondence |
| TEAS CHANGE OF CORRESPONDENCE RECEIVED | 2017-01-24 | 16 TCCA I:Incoming Correspondence |
| REVIEW OF CORRESPONDENCE COMPLETE - ADDRESS UPDATED | 2017-05-05 | 17 CORV 1: |
| COURTESY REMINDER - SEC. 8 (10- | 2019-07-27 | 18 REM2 E:E-Mail |

| | | | |
|---|---|---|---|
| ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | 2019-12-02 | | 20 ARAA I:Incoming Correspondence |
| TEAS SECTION 8 & 9 RECEIVED | 2020-09-03 | | 21 E89R I:Incoming Correspondence |
| CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 2020-10-22 | | 22 APRE A:Allowance for Publication |
| REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 2020-10-22 | | 23 89AG O:Outgoing Correspondence |
| REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 2020-10-22 | | 24 RNL1 Q: |
| NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | 2020-10-22 | | 25 NA89 E:E-Mail |

▷ ×

Complete yo
collection

eBay

## Similar Marks

| Mark Image | | Registration | Serial | Company | Trademark Application Date |
|---|---|---|---|---|
|  HEAVEN'S GATE | (/TM/86800264) | 86800264   5148959   Live/Registered | The Telah Foundation(/TM/86800264) | 2015-10-27 |
| Heaven's Gate | (/TM/86499438) | 86499438   4794686   Live/Registered | Chunn, Randall W.(/TM/86499438) | 2015-01-09 |
| HEAVEN'S GATE | (/TM/77889658) | 77889658   3824482   Live/Registered | The Evolutionary Level Above Human Foundation(/TM/77889658) | 2009-12-09 |
| HEAVEN'S GATE | (/TM/777 90468) | 77790468   not registered   Dead/Abandoned | SaluTech Industries, LLC(/TM/77790468) | 2009-07-27 |
| HEAVEN'S GATE | (/TM/77754619) | 77754619   3816596   Live/Registered | The Evolutionary Level Above Human Foundation(/TM/77754619) | 2009-06-08 |
| ⌄ | (/TM/771 | 77121883   not registered   Dead/Abandoned | Schoon, Scott/(/TM/77121883) | 2007-03-15 |

(/TM/75380224) | 75380224 | 2221463 | Dead/Cancelled | Khoshnood, Daniel(/TM/75380224)   1997-10-27

© 2023 USPTO.report | Privacy Policy (/privacy_policy.php) | Resources (/resources/) | (/tm.rss) | (https://twitter.com/trademarktrader)

# HEAVEN'S GATE

## The Telah Foundation

USPTO Trademarks (https://uspto.report/TM/) ›  /  The Telah Foundation (https://uspto.report/company/Telah-Foundation) ›
  /  Heaven's Gate Application #86800264 (https://uspto.report/TM/86800264/)

▷ ⨯

Complete your collection
eBay

Application Filed: 2015-10-27 (2015-10-27)

Trademark Application Details



The mark consists of "Heaven's" running horizontally with the letter "A" in the middle of a keyhole. "Gate" runs vertically in that keyhole and that letter "A" is shared by both words.

Mark For: HEAVEN'S GATE® trademark registration is intended to cover the categories of digital media, namely, video tapes and DVDs featuring religious and spiritual information. [all]

▷ ⨯

Complete yc
collection


Get 1 free rental day.
Hertz. Let's Go!

USDC IN/ND case 3:22-cv-00395-MGG   document 72-4   filed 02/03/23   page 42 of 69

>Color is not claimed as a feature of the mark. The mark consists of "Heaven's" running horizontally with the letter "A" in the middle of a keyhole. "Gate" runs vertically in that keyhole and that letter "A" is shared by both words.

## Status

                    LIVE REGISTRATION Issued and Active

2022-03-29 UTC

[↻ Refresh]

(/tm/refresh/86800264)
The trademark application has been registered with the Office.

| | |
|---|---|
| Research | W (https://en.wikipedia.org/w/index.php?search=%22HEAVEN%27S+GATE%22) 🐦 (https://twitter.com/search?q=%22HEAVEN%27S+GATE%22) (https://nitter.domain.glass/search?f=tweets&q=%22HEAVEN%27S+GATE%22) (https://translate.google.com/#view=home&op=translate&sl=auto&tl=en&text=HEAVEN%27S+GATE) ✹ (https://www.wolframalpha.com/input/?i=HEAVEN%27S+GATE) OneLook (https://www.onelook.com/?w=HEAVEN%27S+GATE) Acronym Finder (https://www.acronymfinder.com/~/search/af.aspx?Acronym=HEAVEN%27S+GATE&string=exact) |
| Serial Number | 86800264 |
| Registration Number | 5148959 |
| Mark Literal Elements | HEAVEN'S GATE |
| Mark Drawing Type | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/LETTER(S)/NUMBER(S) |
| Mark Type | TRADEMARK |
| Standard Character Claim | No |
| Register | PRINCIPAL |
| Current Location | PUBLICATION AND ISSUE SECTION 2017-02-28 |
| Basis | 1(a) |
| Class Status | ACTIVE |
| Primary US Classes | 021: Electrical Apparatus, Machines and Supplies |
| | 023: Cutlery, Machinery, Tools and Parts Thereof |
| | 026: Measuring and Scientific Appliances |
| | 036: Musical Instruments and Supplies |
| | 038: Prints and Publications |

⌄

Primary International Class

009 - Primary Class

(Electrical and scientific apparatus) Scientific, nautical, surveying, electric, photographic, cinematographic, optical, weighing, measuring, signaling, checking (supervision), lifesaving and teaching apparatus and instruments; apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers, recording discs; automatic vending machines and mechanisms for coin operated apparatus; cash registers, calculating machines, data processing equipment and computers; fire-extinguishing apparatus.

| | |
|---|---|
| Filed Use | Yes |
| Current Use | Yes |
| Intent To Use | No |
| Filed ITU | No |
| 44D Filed | No |
| 44E Current | No |
| 66A Current | No |
| Current Basis | No |
| No Basis | No |
| Attorney Name | Marcos Eduardo Garciaacosta |
| Law Office Assigned | L50 |
| Employee Name | MCPHERSON RAYBURN, SHA |

## Timeline

| | |
|---|---|
| 1996-07-01 | Date of First Use |
| 1996-07-01 | Date of Use In Commerce |
| 2015-10-27 | Application Filed |
| 2016-12-13 | Published |
| 2016-12-13 | Published for Opposition |
| 2017-02-28 | Location: PUBLICATION AND ISSUE SECTION |
| 2017-02-28 | Status: Live/Registered |
| 2017-02-28 | Status: Registered. The registration date is used to determine when post-registration maintenance documents are due. |
| 2017-02-28 | Trademark Registered |
| 2019-12-02 | Transaction Date |
| 2023-02-28 | Maintenance On Time Date |
| 2023-08-28 | Maintenance Late Fee Date |

Learn more

## Trademark Parties (Applicants & Owners)

Party:

Address

Legal Entity Type

Legal Entity State

The Telah Foundation (/company/Telah-Foundation)

P.O. Box 25098 Scottsdale, ARIZONA UNITED STATES 85255

Corporation

ARIZONA

## Documents

| Drawing (/TM/86800264/DRW20151030072110/) | 2015-10-27 |
|---|---|
| Specimen (/TM/86800264/SPE20151030072110/) | 2015-10-27 |
| TEAS Plus New Application (/TM/86800264/FTK20151030072110/) | 2015-10-27 |
| Design Search Code Corr Project (/TM/86800264/DSC20151031061718/) | 2015-10-31 |
| XSearch Search Summary (/TM/86800264/XSS20160219205024/) | 2016-02-19 |

Offc Action Outgoing 2016-03-08
(/TM/86800264/OOA20160308194848/)

Response to Office Action 2016-03-09
(/TM/86800264/ROA20160309172757/)

Amendment and Mail Process Complete 2016-03-10
(/TM/86800264/AMC20160310064214/)

Offc Action Outgoing 2016-04-02
(/TM/86800264/OOA20160402155354/)

Response to Office Action 2016-09-26
(/TM/86800264/ROA20160927171322/)

Amendment and Mail Process Complete 2016-10-14
(/TM/86800264/AMC20161014130127/)

TRAM Snapshot of App at Pub for 2016-11-02
Oppostn
(/TM/86800264/PST20161102060634/)

Publication & Issue Review Complete 2016-11-06
(/TM/86800264/PRC20161106162050/)

Notice of Publication 2016-11-23
(/TM/86800264/NOP20161123071554/)

Notification Of Notice of Publication 2016-11-23
(/TM/86800264/NON20161123071553/)

TEAS Withdrawal of Attorney 2016-12-02
(/TM/86800264/WOA20161205092401/)

Notice of Publication 2016-12-14
(/TM/86800264/NOP20161214071007/)

Registration Certificate 2017-02-28
(/TM/86800264/ORC20170212200141/)

TEAS Rev, App and/or COA of 2019-12-02
Atty/Dom.Rep
(/TM/86800264/RAA20191202160446/)

Courtesy E-Reminder of Sec. 8 (6-yr) 2022-02-28
(/TM/86800264/ER120220228054624/)

 (/TM/86800264/AMC20160310064214#2)      (/TM/86800264/AMC20161014130127#2)

HEAVEN'S (/TM/86800264/DRW20151030072110#1)     HEAVEN'S (/TM/86800264/FTK20151030072110#2)

(/TM/86800264/FTK20151030072110#3)    (/TM/86800264/FTK20151030072110#4)

(/TM/86800264/OOA20160220112128#2)     (/TM/86800264/PRC20161106162050#2)

## Design Search Codes

141108                                    Padlocks; Locks and key holes; padlocks; combination locks; Locks, combination; Locks

## Attorney of Record

Marcos Eduardo Garciaacosta
Marcos E. Garciaacosta Law Group PLLC
1221 N Longmore St.
2875 W Ray Rd, Suite 6 # 108
Chandler AZ 85224

## Good, Services, and Codes

IC 009. US 021 023 026 036 038. G & S: Digital media, namely, video tapes and DVDs featuring religious and spiritual information. FIRST USE: 19960701. FIRST USE IN COMMERCE: 19960701

International Codes:                       9

U.S. Codes:                               021,023,026,036,038

Type Code                                 Type

## Trademark Filing History

| Description | Date | Proceeding Number |
| --- | --- | --- |
| COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | 2022-02-28 | |
| TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | 2019-12-02 | |
| ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | 2019-12-02 | |
| REGISTERED-PRINCIPAL REGISTER | 2017-02-28 | |
| NOTICE OF PUBLICATION | 2016-12-14 | |
| PUBLISHED FOR OPPOSITION | 2016-12-13 | |
| WITHDRAWAL OF ATTORNEY GRANTED | 2016-12-02 | |
| TEAS WITHDRAWAL OF ATTORNEY RECEIVED | 2016-12-02 | |
| NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | 2016-11-23 | |
| LAW OFFICE PUBLICATION REVIEW COMPLETED | 2016-11-04 | 76568 |
| APPROVED FOR PUB - PRINCIPAL REGISTER | 2016-11-01 | |
| TEAS/EMAIL CORRESPONDENCE ENTERED | 2016-10-13 | 76568 |
| CORRESPONDENCE RECEIVED IN LAW OFFICE | 2016-10-13 | 76568 |
| ASSIGNED TO LIE | 2016-10-03 | 76568 |
| TEAS RESPONSE TO OFFICE ACTION RECEIVED | 2016-09-26 | |
| NOTIFICATION OF NON-FINAL ACTION E-MAILED | 2016-04-02 | 6325 |
| NON-FINAL ACTION WRITTEN | 2016-04-02 | 78477 |

| | | |
|---|---|---|
| TEAS/EMAIL CORRESPONDENCE ENTERED | 2016-03-09 | 88889 |
| TEAS RESPONSE TO OFFICE ACTION RECEIVED | 2016-03-09 | |
| CORRESPONDENCE RECEIVED IN LAW OFFICE | 2016-03-09 | 88889 |
| NOTIFICATION OF NON-FINAL ACTION E-MAILED | 2016-03-08 | 6325 |
| NON-FINAL ACTION WRITTEN | 2016-03-08 | 78477 |
| NON-FINAL ACTION E-MAILED | 2016-03-08 | 6325 |
| NOTIFICATION OF NON-FINAL ACTION E-MAILED | 2016-02-20 | 6325 |
| NON-FINAL ACTION WRITTEN | 2016-02-20 | 78477 |
| NON-FINAL ACTION E-MAILED | 2016-02-20 | 6325 |
| ASSIGNED TO EXAMINER | 2016-02-18 | 78477 |
| NOTICE OF DESIGN SEARCH CODE E-MAILED | 2015-10-31 | |
| NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 2015-10-30 | |
| NEW APPLICATION ENTERED IN TRAM | 2015-10-30 | |

## Similar Marks

| Mark Image | Registration \| Serial | Company | Trademark Application Date |
|---|---|---|---|
|  (/TM/86800264) | 86800264   5148959   Live/Registered | The Telah Foundation(/TM/86800264) | 2015-10-27 |
| Heaven's Gate) | (/TM/86499438)   86499438   4794686   Live/Registered | Chunn, Randall W.(/TM/86499438) | 2015-01-09 |

USDC IN/ND case 3:22-cv-00395-MGG   document 72-1   filed 02/02/23   page 49 of 69

HEAVEN'S GATE 90468) (/TM/777 | 77790468 | not registered | Dead/Abandoned | SaluTech Industries, LLC(/TM/77790468)     2009-07-27

HEAVEN'S GATE ) (/TM/77754619 | 77754619 | 3816596 | Live/Registered | The Evolutionary Level Above Human Foundation(/TM/7775   2009-06-08
4619)

HEAVEN'S GATE 31883) (/TM/771 | 77131883 | not registered | Dead/Abandoned | Schoen, Scott(/TM/77131883)     2007-03-15

HEAVEN'S GATE(/TM/75389215)  | 75389215 | 2262312 | Dead/Cancelled | Evolutionary Level Above Human Foundation, The(/TM/7538  1997-11-13
9215)

(/TM/75380224)  | 75380224 | 2221463 | Dead/Cancelled | Khoshnood, Daniel(/TM/75380224)     1997-10-27

# HEAVEN'S GATE

# The Evolutionary Level Above Human Foundation

USPTO Trademarks (https://uspto.report/TM/) ›
   /   The Evolutionary Level Above Human Foundation (https://uspto.report/company/Evolutionary-Level-Above-Human-Foundation) ›
   /   Heaven's Gate Application #77754619 (https://uspto.report/TM/77754619/)

ReachOut Books & Solid Grounds Coffee Shoppe
Fond du Lac
We're Your Store for Christian Gifts, Books, Bibles, Music & More. Shop Best Sellers

| Website |
|---------|

Directions

Application Filed: 2009-06-08 (2009-06-08)

Trademark Application Details

# HEAVEN'S GATE

Status                                            701              Live/Registered

| ↻ Refresh |
|-----------|

(/TM/77754619/refresh)

SECTION 8-ACCEPTED

   Research

⌄

W (https://en.wikipedia.org/w/index.php?
search=%22HEAVEN%27S+GATE%22) (https://twitter.com/search?
q=%22HEAVEN%27S+GATE%22)
(https://nitter.domain.glass/search?
f=tweets&q=%22HEAVEN%27S+GATE%22)
(https://translate.google.com/#view=home&op=translate&sl=auto&tl=en

| | |
|---|---|
| Serial Number | 77754619 |
| Registration Number | 3816596 |
| Mark Drawing Code | 4000: Illustration: Drawing with word(s)/letter(s)/number(s) in Block form |
| Attorney Name | Marcos Eduardo Garciaacosta |
| Law Office Assigned | L60 |
| Employee Name | SINGH, TEJBIR |

## Timeline

| | |
|---|---|
| 1997-03-20 | Date of First Use |
| 2009-06-08 | Application Filed |
| 2010-04-27 | Published for Opposition |
| 2010-07-13 | Trademark Registered |
| 2015-09-29 | Location: TMEG LAW OFFICE 106 |
| 2015-09-29 | Status: Live/Registered |
| 2019-12-02 | Transaction Date |

▷ ✕

### Wisconsin Freemasons

Become the Best Version of You. Answer the Call.
the Journey

Grand Lodge F.&A.M. of WI                                    O|

## Trademark Applicants & Owners

| | |
|---|---|
| Owner: | 📖 The Evolutionary Level Above Human Foundation (/company/Evolutionary-Level-Above-Human-Foundation) |
| Address | #107B-178 4757 E. Greenway Rd. Phoenix AZ 85032 |
| Legal Entity Type | Corporation |
| Legal Entity State | AZ |

⌄

ReachOut Books & Solid Grounds Coffee Shoppe

Fond du Lac

We're Your Store for Christian Gifts, Books, Bibles, Music & More. Shop Best Sellers

| Website |
| --- |

Directions

## Documents

Click the blue "Refresh" button to load certificates, specimines, application, and other documents.

## Attorney of Record

Marcos Eduardo Garciaacosta
Marcos E. Garciaacosta Law Group PLLC
1221 N Longmore St.
2875 W Ray Rd, Suite 6 # 108
Chandler AZ 85224

Complete your collection
eBay

## Good, Services, and Codes

| | |
| --- | --- |
| International Codes: | 26 |
| U.S. Codes: | 037,039,040,042,050 |

| Type Code | Type |
| --- | --- |
| GS0261 | Cloth patches for clothing; Embroidered patches for clothing; Ornamental cloth patches |

Trademark Filing History

| Description | Date | Event Coding |
|---|---|---|
| NEW APPLICATION ENTERED IN TRAM | 2009-06-11 | 1 NWAP I:Incoming Correspondence |
| NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 2009-06-11 | 2 NWOS I:Incoming Correspondence |
| ASSIGNED TO EXAMINER | 2009-09-08 | 3 DOCK D:Assigned to Examiner |
| NON-FINAL ACTION WRITTEN | 2009-09-08 | 4 CNRT R:Renewal |
| NON-FINAL ACTION E-MAILED | 2009-09-08 | 5 GNRT F:First Action |
| NOTIFICATION OF NON-FINAL ACTION E-MAILED | 2009-09-08 | 6 GNRN O:Outgoing Correspondence |
| TEAS RESPONSE TO OFFICE ACTION RECEIVED | 2010-02-12 | 7 TROA I:Incoming Correspondence |
| CORRESPONDENCE RECEIVED IN LAW OFFICE | 2010-02-12 | 8 CRFA I:Incoming Correspondence |
| TEAS/EMAIL CORRESPONDENCE ENTERED | 2010-02-16 | 9 TEME I:Incoming Correspondence |
| APPROVED FOR PUB - PRINCIPAL REGISTER | 2010-03-09 | 10 CNSA O:Outgoing Correspondence |
| ASSIGNED TO LIE | 2010-03-23 | 11 ALIE A:Allowance for Publication |
| LAW OFFICE PUBLICATION REVIEW COMPLETED | 2010-03-23 | 12 PREV O:Outgoing Correspondence |
| PUBLISHED FOR OPPOSITION | 2010-04-27 | 13 PUBO A:Allowance for Publication |
| OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | 2010-04-27 | 14 NPUB E:E-Mail |
| REGISTERED-PRINCIPAL REGISTER | 2010-07-13 | 15 R.PR A:Allowance for Publication |
| TEAS SECTION 8 RECEIVED | 2015-09-25 | 16 ES8R I:Incoming Correspondence |
| TEAS CHANGE OF CORRESPONDENCE RECEIVED | 2015-09-25 | 17 TCCA I:Incoming Correspondence |
| CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 2015-09-29 | 18 APRE A:Allowance for Publication |
| REGISTERED - SEC. 8 (6-YR) ACCEPTED | 2015-09-29 | 19 8.OK O:Outgoing Correspondence |
| NOTICE OF ACCEPTANCE OF SEC. 8 - E-MAILED | 2015-09-29 | 20 NAS8 E:E-Mail |
| PAPER RECEIVED | 2016-12-16 | 21 MAIL I:Incoming Correspondence |
| TEAS CHANGE OF CORRESPONDENCE RECEIVED | 2017-01-24 | 22 TCCA I:Incoming Correspondence |
| REVIEW OF CORRESPONDENCE COMPLETE - ADDRESS UPDATED | 2017-05-05 | 23 CORV 1: |

| | | | |
|---|---|---|---|
| TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | 2019-12-02 | 25 REAP I:Incoming Correspondence | |
| ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | 2019-12-02 | 26 ARAA I:Incoming Correspondence | |
| TEAS SECTION 8 & 9 RECEIVED | 2020-02-27 | 27 E89R I:Incoming Correspondence | |
| CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 2020-04-30 | 28 APRE A:Allowance for Publication | |
| REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 2020-04-30 | 29 89AG O:Outgoing Correspondence | |
| REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 2020-04-30 | 30 RNL1 Q: | |
| NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | 2020-04-30 | 31 NA89 E:E-Mail | |

## Similar Marks

| Mark Image | | Registration \| Serial | Company | Trademark Application Date |
|---|---|---|---|---|
|  HEAVEN'S GATE | (/TM/86800264) | 86800264  5148959  Live/Registered | The Telah Foundation(/TM/86800264) | 2015-10-27 |
| Heaven's Gate) | (/TM/86499438) | 86499438  4794686  Live/Registered | Chunn, Randall W.(/TM/86499438) | 2015-01-09 |
| HEAVEN'S GATE) HEAVEN'S GATE | (/TM/77889658) | 77889658  3824482  Live/Registered | The Evolutionary Level Above Human Foundation(/TM/77889658) | 2009-12-09 |
| HEAVEN'S GATE 90468) | (/TM/777 | 77790468  not registered  Dead/Abandoned | SaluTech Industries, LLC(/TM/77790468) | 2009-07-27 |

ⱽ

(/TM/771 | 77131883 | not registered | Dead/Abandoned   Schoen, Scott(/TM/77131883)                    2007-03-15
HEAVEN'S GATE 31883)


HEAVEN'S GATE(/TM/75389215)    | 75389215 | 2262312 | Dead/Cancelled   Evolutionary Level Above Human Foundation, The(/TM/7538 1997-11-13
9215)

    (/TM/75380224)   | 75380224 | 2221463 | Dead/Cancelled   Khoshnood, Daniel(/TM/75380224)                    1997-10-27


© 2023 USPTO.report | Privacy Policy (/privacy_policy.php) | Resources (/resources/) | 📶 (/tm.rss) | 🐦 (https://twitter.com/trademarktrader)

Jason Bartel
N4019 Forest Dr.
Hancock. WI 54943
jason_bartel@unioncab.com

*Jason Bartel*

1/29/23

# EXHIBIT 16

SFgate article about Mark and Sarah King enforcing the Foundation's trademark registrations

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE
HUMAN, INC.,

        Plaintiff,

        v.

STEVEN ROBERT HAVEL, et al.,

        Defendants.

CASE NO. 3:22-CV-395-MGG

## MOTION TO ADD AN ARTICLE ABOUT PLAINTIFFS AND THE FOUNDATION TO DEFENDANT JASON BARTEL"S DEFENSE

Defendant Jason Bartel hereby moves the Court for an Order granting Defendant's request to

add an article about Plaintiffs and Plaintiff's Foundation to Defendant's Defense as the article

demonstrates Mark and Sarah King's litigious history and previous attempts to enforce a

trademark for which Plaintiffs have no intellectual property rights.

✉ **THE DAILY**

# The Bay Area's best free local newsletter.

Please enter your email address:

By signing up, you agree to our Terms and Conditions and acknowledge that your information will be used as described in our Privacy Policy

Culture // Music

# Surviving members of deadly Heaven's Gate cult peeved by rapper Lil Uzi Vert album art



**Michelle Robertson, SFGATE**
Updated: Aug. 2, 2018 5:22 p.m.

○  ○  ○





**1 of 32**

Lil Uzi Vert posted artwork for his forthcoming album on Instagram this week. Surviving members of Heaven's Gate say it bears too close a resemblance to the deadly cult's imagery.

Instagram Screen Grab

USDC IN/ND case 3:22-cv-00395-MGG   document 72-1   filed 02/02/23   page 60 of 69

✉ **THE DAILY**

# The Bay Area's best free local newsletter.

By signing up, you agree to our Terms and Conditions and acknowledge that your information will be used as described in our Privacy Policy

On Tuesday, Lil Uzi Vert released the artwork for his new album. Called "Eternal Atake," the design seems to directly reference the infamous early-Internet aesthetic of Heaven's Gate, with its keyhole and galaxy backdrop. Uzi also changed his Instagram avatar to a photo of Marshall Applewhite, the cult's founder.

"Looks awesome," wrote one commenter on Uzi's Instagram post.

"Album of the year," someone else mused.

"Pretty sure this cult pulled a mass suicide," another added.

That statement is correct, of course. In 1996, 39 members of Heaven's Gate killed themselves in a rented San Diego mansion wearing matching tracksuits and Nike sneakers.

## More for you

**From the Archives: Heaven's Gate mass suicide**

 **THE DAILY**

## The Bay Area's best free local newsletter.

Please enter your email address:

By signing up, you agree to our Terms and Conditions and acknowledge that your information will be used as described in our Privacy Policy



Like Uzi's fans, surviving members of the cult also had a response to the new album cover: "Not cool."

"Lil Uzi Vert has to abide by common trademark and copyright laws. Especially in a matter as sensitive as this," said members of the Telah Foundation — those left behind to run the Heaven's Gate website during the 1996 suicide — in a statement to PageSix.

## Most Popular

**1.** Horoscope for Saturday, 1/28/23 by Christopher Renstrom

**2.** Good news, bad news for 49ers' McCaffrey, Mitchell prior to Eagles game

**3.** California shooting: 3 dead, 4 hurt in ritzy LA neighborhood

**4.** Routes: Qantas sets a return to SFO; San Jose Airport changes its name

**5.** Amazon may sell massive 29-acre Bay Area property as return to office stalls

**6.** Coldest temperatures of the year so far are coming to the SF Bay Area

Newsletters

"You can rage against social inequities but be cognizant of someone else's intellectual property," the statement continued. "How [would] he feel if his songs were altered a bit by someone else and they made money off of it? Not cool." SFGATE could not reach the foundation for comment.

Jason Bartel
N4019 Forest Dr.
Hancock. WI 54943
jason_bartel@unioncab.com

1/29/23

# EXHIBIT 17

A 2018 page from Defendant Jason Bartel's blog

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
### SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE
HUMAN, INC.,

        Plaintiff,

        v.                                                    CASE NO. 3:22-CV-395-MGG

STEVEN ROBERT HAVEL, et al.,

        Defendants.

## MOTION TO ADD EXHIBIT OF DEFENDANT'S BLOG PAGE TO DEFENDANT"S DEFENSE

Defendant Jason Bartel hereby moves the Court for an Order granting Defendant's request

to add a page from Defendant's blog Defendant's defense. This blog page demonstrates that

Defendant has had links on Defendant's blog to free file-sharing sites containing the Group's

intellectual property since 2018. The blog page also demonstrates that Defendant Bartel and

Defendant Havel have had a contentious history and have not always had the same position on

the Group's intellectual property.

My Home

Edit Edit post    Change Change theme  ● Update Update visibility

**crlody**
*Exposing the TELAH Foundation's lies*

---

## The Heaven's Gate Info that was left behind

Posted on September 5, 2018 by crlody

Here is a link to the 218 audio tapes that RKK copied and that he and I digitized in 1997. https://www.4shared.com/folder/zwNuSwhR/_online.html They were made by Ti and Do and the class between 1982 and 1985. The audio quality is pretty poor on some of the earliest tapes. Heavensgate.com still has much of the info that the group left behind. Here is a document produced by the group that only appeared online: http://www.sacred-texts.com/ufo/hg/txt/newsdieforgod.txt. And another: http://www.sacred-texts.com/ufo/hg/txt/newsjewschristians.txt and another http://www.sacred-texts.com/ufo/hg/txt/newsthanksaction.txt

Sorry, it appears that wordpress only allows these links in cut and paste form.

I encourage anyone to email rep@heavensgate.com and ask Mark and Sarah King why they aren't releasing the audio tapes that RKK and OSC retrieved from the storage lockers that Mark promised RKK he would release. I would also encourage anyone to contact Sawyer at his blog Sawyer at Heaven's Gate and ask him why he "does not care" that these tapes are being suppressed. Ask him why his blog and book that he claims was mentioned in the Book of Revelations are more important for the world to hear about than the actual words of Ti and Do, whom he claims that he is serving.

https://www.4shared.com/account/home.jsp#dir=zwNuSwhR



**About crlody**
a former student of Ti and Do
View all posts by crlody →

This entry was posted in Heaven's Gate, Uncategorized. Bookmark the permalink.

---

## 17 Responses to *The Heaven's Gate Info that was left behind*



**David** *says:*
September 5, 2018 at 10:32 am

Any chance of "The Routine" document being available? There is also a Christmas video from 1996 with all the members, I believe?

I am not familiar with The Routine document. As for the videos. I had many of them in the 1990s after RKK left. I then leant them to a man named Sergio Myers for the Heaven's Gate: The Day After documentary. Sergio later denied that I had given

USDC IN/ND case 3:22-cv-00395-MGG document 72-1 filed 02/02/23 page 66 of 69

them to him and he apparently gave them to R&K. I believe that Sergio was threatened with legal action by the Kings and that scared him into giving the tapes up. RKK had done much of the filming for those videos and now they will be hidden away like almost all of the audio tapes made from 1985 to 1997. It's a real shame that former members of the group are hoarding these materials and it frustrates me to no end.

Reply

 **David** *says:*

September 15, 2018 at 12:53 am

It is really quite disappointing that they would hold this information hostage. The secrecy and finger-pointing that has sprung up since the group left is likwise disheartening. The Routine was the document detailing extactly how the members would take their lives. I am very curious as to how exactly it was structured.

My understanding is that the procedure came from the book Final Exit by Derek Humphrey

Reply

 **Matthew Mitchell (wandering6849)** *says:*

September 14, 2018 at 4:50 am

What purpose serves the Kings in not releasing the 400+ audio tapes they have on hand and presumably digitized? I don't understand, It seems like any former member of the class would want that information disseminated freely for anyone who wishes to hear it. I for one would be utterly fascinated from a historical perspective to hear the progression of the group over the course of a decade. I can only hope the Kings will find it in their hearts to do the right thing one day.

Reply

 **anon** *says:*

September 16, 2018 at 10:28 pm

Hello can you check the link for 4shared, it doesnt work or look right.

Reply

 **crlody** *says:*

September 16, 2018 at 11:35 pm

It should work if you cut and paste the link, I just tried it and it worked. Apparently wordpress doesn't allow links in their text so it looks wrong/weird. If you have any more problems let me know, I can send the CD-ROMs via snail mail if that would work for you.

Reply

 **Patti** *says:*

July 24, 2019 at 9:29 pm

Is there a way to contact you? Many questions.

Reply

 **crlody** *says:*

July 25, 2019 at 4:39 am

It's in one of the posts but here it is, crlody@mail.com

USDC IN/ND case 3:22-cv-00395-MGG   document 72-1   filed 02/02/23   page 67 of 69



**Jei Dizzle** *says:*

April 1, 2020 at 4:02 am

Links aren't responding. I also wanted to point out that the HG site is down currently. Rep@heavensgate replied that the site was up and running again but it hasn't yet responded for me. I'm getting error responses on all of these links, though. I was hoping to hear more, I've been looking in to the group again as of late and my reading led me here.

Reply



**crlody** *says:*

April 1, 2020 at 4:29 am

I just tried the 4shared link and it worked for me.
https://www.4shared.com/folder/zwNuSwhR/_online.html%C2%A0They

Reply



**Jei Dizzle** *says:*

April 1, 2020 at 4:55 am

The sacred text links worked just fine, and the 4shared gave me trouble at first. They're working now, and the HG site is back up, by the way.

I'm aware that TELAH doesn't want me talking to you.. they told me themselves. I asked them about HG info, like the book, and they charge, I guess. I held a correspondence with them for a while and they just don't seem interested in spreading the information around. They were very direct and rather rude at times.



**crlody** *says:*

April 1, 2020 at 5:14 am

I'm glad the links are working. I've unfortunately now given away all the books I had except a personal copy. Mark King won't ever give up the rest of the tapes that he's suppressing. I've done everything I could to expose what they've done since the class left. He somehow decided that they were his "property" even though he had nothing to fo with retrieving them. It's a shame how blinded to his own selfish egotism he has chosen to be. Don't judge Ti, Do and the students who left with them based on us dropouts. We dropped out-or in Mark's case were kicked out-for our own personal reasons/issues. None of us here represent Ti, Do and the class. I'm hoping to get a few more writings produced by members of the class in 1992/3 transcribed soonish.



**crlody** *says:*

April 1, 2020 at 4:32 am

If you're still having trouble with the 4shared link let me know. I'll look into the sacred texts links.
https://www.sacred-texts.com/ufo/hg/index.htm#texts

Reply



**crlody** *says:*

April 1, 2020 at 4:39 am

The links I put in the comments here both worked for me. If you're still having trouble gimme a holler and mention where I
can contact you. BTW, those at TELAH (rep@hg.com) seem to be monitoring these comments and they don't
seem to like it when they find out someone who contacted them had any contact with me.

Reply

 **Jei Dizzle** *says:*
April 1, 2020 at 7:40 pm

I didn't mean to antagonize that situation at all. Curiosity gets me sometimes.

Anyhow, I thought some of the texts were familiar. Like I might have seen them before, and sure enough I
had. I don't know if you were aware but Rkkody's site, or some have said your site, still remains viewable in
archive form. It was cool to be able to see them in their original presentation.

https://web.archive.org/web/19980125140432/http://www.rkkody.com:80/

 **crlody** *says:*
April 1, 2020 at 11:43 pm

I've seen the archived rkkody.com. I'm glad that it can still be found. If it wasn't for RKK we wouldn't even
know about the audio tapes.

 **Jei Dizzle** *says:*
April 1, 2020 at 4:11 am

I was also wondering if you or anyone has ever seen this video. It seems to be someone discovering the group post exit. I have
never seen this video mentioned or cited anywhere or in any way and it seems really odd that it's just sitting on youtube
without much detail about it. Any idea?
https://m.youtube.com/watch?v=wGSzkID3_mo

Reply

 **crlody** *says:*
April 1, 2020 at 11:39 pm

That looks like the video that Rio shot. I've only seen little snippets of it.

Reply

**crlody**

Jason Bartel
N4019 Forest Dr.
Hancock. WI 54943
jason_bartel@unioncab.com

*Jason Bartel*

1/29/23