Jason Bortel
N4019 Forest Dr.
Hancock, WI
54943



**UNITED STATES POSTAL SERVICE** — Retail

**P**  US POSTAGE PAID
**$9.85**
Origin: 53716
01/30/23
5649801165-22

**PRIORITY MAIL®**

0 Lb 14.90 Oz
RDC 04

EXPECTED DELIVERY DAY: 02/02/23

C005

SHIP TO:
204 S MAIN ST
SOUTH BEND IN 46601-2122



USPS TRACKING® #
9505 5111 5141 3030 8708 83



U.S. District Court
Clerk of Court
204 S. Main St.
South Bend, IN
46601