UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

The Evolutionary Level Above Human, Inc.
d/b/a The Telah Foundation, an Arizona
nonprofit corporation,

  Plaintiff,

  v.

Steven Robert Havel,
Cathy JoAnn Weaver,
Jason Bartel,

  Defendants

**CASE NO. 3:22-CV-395-JD-MGG**



## Brief in Opposition to the Plaintiff's Motion for a Preliminary Injunction

### I. Havel's Introduction:

A. Early on in the Brief filed by Plaintiffs' shown below, they state regarding my provision of TI and DO's information that, **"Defendants' widespread distribution of such powerful materials presents a risk that the events from 1997 will reoccur."**

I will try to show the Court some of the abundance of information that shows there is no evidence or danger of another event developing, like what happened in 1997, with the Heaven's Gate Group, as a result of anything I have said and/or done or will say and do via any of my social media accounts, web sites and/or in person and/or in emails and/or via any forms of communication.

Isn't it highly ironic that Mark King, Sarah King (Plaintiffs) have been running Heavensgate.com and Vimeo – Heavens Gate for 24 years and about 8 years respectively and the content of both those sites includes writings and video's respectively where DO and Crew talk frankly about what they were about to do and encourage anyone to follow them during a brief window of time.

Whose media accounts are more "widespread," Heavengate.com or little ole me with a little over 2000 subscribers on Youtube: 3spm and a couple hundred "friends" on facebook.com/sawyer.heavensgate, a handful on sawyerhg.wordpress.com and a handful on twitter @sawyertido? When media and people do a search on Heaven's Gate what comes up?

This is the biggest reason this motion for a preliminary injunction should be denied. If it was to be ordered by the court then the court would also be obliged to order the closing down of Heavensgate.com and Mark and Sarah's Vimeo account.

B. I will show the Court considerable evidence that I have for many years publicly stated My Position Against Suicide on my blog sawyerhg.wordpress.com and on my facebook page Sawyer.heavensgate and on my Youtube channel: 3SPM, and why that position comes from TI and DO and Crew.



C. I will try to show the Court examples that I honestly have never had any desire or even have any capacity to become some new leader or to form a new "cult" or group of any kind. A tiny few people, have told me they  fear I will one day switch gears and claim DO is feeding me new instructions that could lead to what happened in 1997. People can believe all sorts of things and the media often fans those flames of deluded fear mongering. But my public record stands that such fears are completely unwarranted.

The evidence behind this last statement is overwhelming. There is a vast difference between me and TI and DO and anyone that investigates their teaching with much depth should be able to realize.

D. I will also attempt to show the Court how TI and DO and Crew always gave away their information and intended that everyone who believes in what they taught (which Mark King and Sarah King claim) take the opportunity of assisting with the "dissemination task" and not just have it done by any one or two people as Mark King and Sarah King have expressed.

E. I will show how and why **I was legitimately and legally gifted with the Intellectual property** Mark King and Sarah King (Plaintiffs) were also gifted with by DO and Crew (directly and indirectly).

The primary gifting was from DO and Crew by their directly mailing and/or by some other means, some of their Primary Intellectual Property to at least 8-10 different individuals and then left behind the audio cassettes of internal Class meetings and the lions share of secondary Intellectual Property in the Storage unit they hoped would be retrieved by Mark and Sarah, Rkkody and Oscody and/or others before San Diego County found out about that Storage room and confiscated it's contents.

F. Pertaining to the Intellectual Property in the Storage Unit; Since Mark King and Sarah King chose not to go to that storage unit to retrieve it's contents, as DO and Crew desired them to do, but instead passed on the task to Rkkody and Oscody to do, which DO and Crew also suggested engaging their help to do, the Intellectual Property Rkkody and Oscody did retrieve (mainly 486 audio cassette meeting tapes) on March 26, 1997 was then gifted to Mark King and Sarah King.

Rkkody and Oscody roughly split up the 486 audio tapes they retrieved from that Storage Unit and Oscody soon gave his tapes to the care of Mark King and Sarah King while Rkkody took his share to Denver and began copying them and then eventually gave the originals to Mark King and Sarah King on the condition that they would do as DO asked of Mark King and Sarah King (Mrc/Srf), to "...divide..." them among "...those who were inclined to disseminate our information," which to date they never really did except in tiny token ways.

G. **Mark King and Sarah King then defrauded the copyright office** about 7-8 months later by registering those 486 audio tapes as The Audio Tape Library of Heaven's Gate by TI and DO, showing no paperwork to justify the transfer of  TI and DO and Crew's Intellectual Property they had no hand whatsoever in creating and listing the authorship as a "work for hire" as if they were the employees of Total Overcomers Anonymous (aka TOA) that they had no legal documentation to show.

And this was the ruling by Judge Lisa Guy Schall's Statement of Decision ordering that Mark King and Sarah King had filed a "frivolous lawsuit" trying to lay a "Claim" to all the Property the Group left behind to include what was in Storage that by then San Diego County had impounded.

This ruling isn't a matter of opinion. Here are 3 of the laws Judge Lisa Guy Schall cited in her decision:

**"Any transfer of ownership of intellectual property, other than by operation of law, is Invalid unless an instrument of conveyance, or a note or memorandum of the transfer Is In writing and signed by the owner of the rights conveyed or such owner's duly authorized agent (17 U.S.C. § 204 (a)).**

**Furthermore, It Is well settled that a copyright Is distinct from the material object In which Its**



**expressive content is embodied (17 U.S.C. § 202).**

**Transfer of the physical object does not transfer the copyright and vice versa (17 U.S.C. § 202).**

Since there Is no written Instrument transferring ownership of the Intellectual property to the petitioners, the estates own all Intellectual property as tenants In common."

***This ends Havel's Introduction.***

## Havel's Responses to Plaintiffs' Motion and Brief for a Preliminary Injunction

### Plaintiffs' Paragraph 1:

The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation (the "Foundation" or "Plaintiff") hereby requests the Court to enter a preliminary injunction that prohibits Stephen Havel ("Mr. Havel") and Jason Bartel ("Mr. Bartel")ı from infringing upon Plaintiff's copyrights, requires Mr. Havel and Mr. Bartel to deliver copyrighted materials to Plaintiff's counsel, and requires Mr. Havel and Mr. Bartel and/or various online platforms to take down certain accounts and webpages that contain Plaintiff's copyrighted materials.

ı As explained in Section IV, below, Defendant Cathy Weaver ("Ms. Weaver") filed a Petition for Bankruptcy on October 27, 2022. Plaintiff learned of Ms. Weaver's bankruptcy in mid-November as Plaintiff was about to file an earlier version of this Motion which also sought to enjoin Ms. Weaver. Ms. Weaver's filing has thrown a wrench in Plaintiff's initial thoughts on the scheduling of this matter, for fear of running afoul of 11 U.S.C. § 362. Over the past two months, Plaintiff's counsel has been in contact with the Bankruptcy Trustee seeking to have the automatic stay lifted. The Trustee, who has been made aware of Ms. Weaver's misconduct, has stated that she will not oppose a Motion to Lift the Stay, which will be filed in the United States Bankruptcy Court for the District of Indiana. Once the stay is lifted, Plaintiff intends to file a substantially similar motion seeking to enjoin Ms. Weaver.

### II. Havel's Response to Plaintiffs' Paragraph 1:

A. All the copyrights and trademarks Mark King and Sarah King (plaintiffs) filed in this case that they are trying to use against me can be shown to the Court were  fraudulently obtained in the first place.

B. I owned all the Heavensgate Intellectual Property that was not in Storage when the Courts gave Mark King and Sarah King Consent Decrees to possess some of the Heavensgate Intellectual Property.

C. It would be a breach of my rights to own what was freely given to me that the plaintiffs have no documentation from the creators of said Intellectual Property to have obtained copyrights and/or trademarks for.

D. Even so, Plaintiffs had literally over 10 years to show me the copyrights they had and did not so their use of those copyrights and/or trademarks are null and voided by non use according to the Affirmative Defense of Laches and Delay

E. Even so, my use of any of the Heavens Gate Intellectual Property I was gifted by Former Members who were named by DO and Crew as recipients of some of their Intellectual Property should qualify in every way as Fair Use.

F. Even so, since the Lawsuit began, in case I was in breach of what were determined to be valid copyrights and/or trademarks I stopped all accused breaches, but when I learned and obtained the copyright of the C.B.E. Image by Olliver Odinwood (See Exhibit 1 - Olliver Odinwood Copyright Registration 11-18-1982 of 14 Illustrations for The Meeting ) that is active for 70 years from his death (as one of the 39 Members of Heavens Gate Group), I used some of his images as thumbnails for my non-profit livestreams on Youtube.com/3spm.

G. Even if for some reason the Court upholds Mark King and Sarah Kings Copyrights and/or Trademarks presented in this action against me, regarding audio tapes I played on my Youtube channel, Plaintiffs have never to date even provided the exact list of what audio tape files were among the 486 deposits of the copyright registration, though I have repeatedly asked for the information.

H. Therefore the NEED for the Discovery Process so I can obtain from Plaintiffs all the Court documents to fully defend myself and to have my right to a Jury Trial if Plaintiffs refuse to drop all charges against me and the other co-defendants and share all the intellectual property they have with us in a type of new foundation that includes voiding all Plaintiffs Copyrights and Trademarks.

I. I believe Plaintiffs will use any measure they can drum up to delay or thwart that Discovery Process because they know some of what we will still find out will further discredit their entire case.

J. For these and additional reasons I believe there are no grounds for this Preliminary Injunction or this lawsuit and I intend to seek to prosecute Mark King and Sarah King for their fraud and deceit and the huge emotional and economic toll their actions against me and co-defendant Cathy Weaver has taken. Co-defendant Jason Bartell is his own person and there is and has never been a "conspiracy" to infringe on Plaintiffs alleged copyrights and/or trademarks.

### K. **Havel was gifted all the Intellectual Property he possesses that TI and DO and Crew created and wanted others to have access to.**

Even if Plaintiffs have all the rights they claim over ALL of the intellectual Property (IP), which is preposterous to claim, because of how much of that IP information was given to at least 8 former members before and after their Exit event, that was not in Storage and therefore not subject to either Consent Decree.

Here is what I was given from 5 of those former Classmembers (Rkkody, Neody (Rio), Mrcody (Mark King) and Sarah King (Srfody) and Jhnody, Francisco Falcon) who DO included on the List in the Letter sent to Mark King and Sarah King (Mrc/Srf) in the order of the year I received them:

1) 1997 and 1998 from Rkkody and Crlody (Co-defendant Jason Bartell) via 4 CD's that included:

   a. 218 digitized audio tapes Common Law Copyrighted in 1997 by Heaven's Representatives (Plaintiffs list these are part of the Audio Works).

   b. 7 digitized Beyond Human video tapes informally copyrighted by TOA in 1992 (Plaintiffs list these as Video Works)

   c. The digitized and zipped Heaven's Gate Book with it's Common Law Copyright by Heavens Representative that is still viewable on Heavensgate.com. (Plaintiffs will claim this as their Literary Work (aka Purple Book) but what Rkkody gave me was actually from the earlier version DO aka The Blue Book)

   d. The HeavensGate.com website code and many images of the Keyhole logo and C.B.E Image and two other Older Member (CBE) images of paintings by Ollody (Olliver Odinwood).

   e. Rkkody.com website code and many images of Classmembers

   f. 5 Video tapes named: Planet About to be Recycled - Your only chance to survive is to leave with us, Last Chance to Evacuate Earth, DO's Final Exit and Last Statements of Students before departure.

   g. Many jpg images to include the image of the C.B.E Older Member painting copyrighted by Olliver Odinwood in 1982 (Plaintiffs' will claim the C.B.E. Lithographic print is their Visual Artwork.)



2) In approx.2007 from Mark King and Sarah King they sent me Purple Books and a set of 7 Beyond Human Video Tapes). The tape Jackets appear to be originals from when I was in the Group in 1992 when the Beyond Human Series was produced as they have a copyright @1992 by Total Overcomers Anonymous (T.O.A.). I believe this was an informal copyright, the kind every creator of art has. They are the same tapes Jhnody received, except Jhnody's were Master Originals used to upload to Satellite dish systems then. And in his letter that accompanied the tapes DO and Crew said they hoped he would copy them and share them with the media and with anyone he chose to share them with.

3) 2008, July received 2 cd's from Rio D'Angelo aka Neody that contained a number of audio tapes that show a copyright to the Telah foundation on them. Some of the audios were recorded in 1994 labeled "Inverness, California" which is what the tape log indicates were created by DO then.

4) 2021 received approx 930 digitized audio tapes from Jhnody (Francisco Falcon). He had been gifted them by Mark King and Sarah King over years via email attachments.

L. **Everyone including Plaintiffs were Gifted parts of the Groups Intellectual Property (IP) by DO and Crew**. Mark King and Sarah King failed to get to Storage before San Diego County did so the gift of the contents of Storage was lost, though via Plaintiffs lawsuit against the County was regained. In other words DO didn't sell or officially file copyrights or give anyone a document to transfer any of that IP to anyone else, as far as we know, with the exception of signing over bills of sale of The Meeting Screenplay and Artwork to "Group Member" which we don't know who that refers to. (This exception is based on what I believe is Case PN022228's Exhibit 1 or 2 – a list of items found in the Rancho Sante Fe mansion where the deceased were found in 1997). (See Exhibit 2 - Case PN022228 – Statement of Decision 1999 by Judge Lisa Guy Schall)

M. **Since the phrase Intellectual Property is being thrown around by Plaintiffs, here is a short History of the development of TI and DO's (Heaven's Gate) Intellectual Property**:

1. DO aka Marshall Herff Applewhite gave away his and TI's and their students intellectual property to the public starting in 1975 with their document called Statement One. After that they wrote Statement two and three and a document they called the Prospective Candidate Letter. I traveled around the country giving that information to people and talking about all they said, as did Mark King and Sarah King.

2. After TI and DO and Crew stopped doing public meetings by June of 1976, they wrote "The 17 steps" as the first written guidelines to start The Class.

3. By 1976 TI and DO had provided two major interviews that became the book UFO Missionaries Extraordinary, written by Hayden Hewes and Brad Steiger, about them.

4. Soon thereafter TI and DO and Crew self published the booklet called Ruffles, Snacks for Thinkers. This book and booklet were part of our library and we carried around some cases of each of them for many years.

5. Starting in about 1982 TI and DO began taping the private meetings they gave to their student body. Srrody was a primary on the taping task and I was often his partner. We would set up the recorder and change tapes as needed and label them when a meeting was over. At times TI and DO didn't want certain things on tape. I believe those were at times when they were opening up discussion of the signs that a student was having trouble staying in the classroom, students who had dropped out. A big part of that was out of concern for the security of the Classroom as they didn't want a dropout to talk to investigators who might try to remove certain of the members who by the way were all adults.

I can be heard asking questions of TI and DO in many of those audio taped meetings.

6. In about 1982 TI and DO formed a small committee who they helped to write a screenplay and



create Artwork illustrations for a motion picture they called, The Meeting. Of the three assigned that task, only Olliver Odinwood (Ollody) was among the 38 students who left their vehicles in 1997. Found among things in the Rancho Sante Fe mansion was a document of the registration of copyright of the 14 illustrations Olliver painted which included what Mark and Sarah later fraudulently copyrighted referred to as the C.B.E. Celestial Being Entity. I can testify and could find other former members that could testify when those paintings were made and that Mark and Sarah certainly knew about but hid so they could obtain a copyright for themselves. (Exhibit 1 - Olliver Odinwood Copyright Registration 11-18-1982 of 14 Illustrations for The Meeting and Exhibit 2 - Case PN022228 – Statement of Decision 1999 by Judge Lisa Guy Schall)

7. In 1986 DO published the book "The Transfiguration Diet" and I was a salesman for the book in Dallas, Texas. A couple years later DO sold the Book to Christopher Publications.

8. In 1987 Mark and Sarah were sent by DO out of the Class and to this day Mark and Sarah have made up stories that have been published as to why. In the interview Mark gave to Bardo Methodology in October of 2022, the story changed significantly from what he/they said about their leaving to Gizmodo. Plus there are additional examples of their changing their story.

One of the reasons they want to shut me up on all my social media accounts is probably at least in part because I know what happened because I was there and I feel compelled to correct what they tell the media because it's not right that they are trying to rewrite history that becomes misinformation. I know what it's like to be embarrassed by the truth but it's better than making things up because as we know someone who spins a tale will likely have a hard time keeping up with the story they told years before. They also seem to want to shut up Crlody (co-defendant Bartell) because he verifies some of what I recounted about their being sent out of the Group in 1987 because of what he heard other students in the Classroom say about it while he was in the Classroom. Also Bartell having worked with Rkkody in 1997 also knew from what Rkkody told him and from his own experience what things Mark King and/or Sarah King said that was erroneous or that they never followed through with. They have a big problem owning up to what they did wrong or even thinking they have done anything wrong.

9. As early as 1987 DO was feeling we might be called to do things public again so we tried many avenues. We'd self publish little fliers and send them out. We had teams of writers and at one point I was one, though my writing wasn't as good as some others. I could tell the difference so it wasn't a big deal to me.

10. About a year after Mark and Sarah were sent out of the house where we lived in Boulder, Colorado DO began to work on a booklet he called "'88 Update - The UFO Two and Their Crew. We bought a small do it yourself binding machine and these plastic combs and made a bunch of copies and sent them to various UFO and New Age groups throughout the U.S. The purpose of that booklet DO said was to set the record straight as to he and TI's beginning until TI's vehicle died in 1985 because there were many reports that were just not true.

11. By 1991 or so DO was feeling to make video presentations and he took us through a process of determining whether two students would be the ones to deliver their message again to the public and I was chosen to work with Jwnody on the task. We uploaded a type of speech to a religious Satellite TV channel. But DO then felt he had to make a video series and I was one of the crew members who recorded the Beyond Human – The Last Call videos. One can see an early version of me on 4 or 5 of those 12 sessions, simply being a helper to DO who did 99.9% of the talking. I was very happy to serve in that way. We put those tapes up on Satellite in 1992.

DO had us include a copyright notification on the hard cover video tape jacket saying, "Copyright @ 1992 by Total Overcomers Anonymous". (See Exhibit 3 - Beyond Human - The Last Call - Copyright @ 1992 by Total Overcomers Anonymous)

12. Then in 1993 we put an information ad in USA Today that was I thought 1/3 of a page for what I thought cost about 30,000.00. From all three of these efforts we provided a PO Box so readers could communicate with us and we corresponded with many people about what they read and to those who wanted more information we sent for free some of the video's of the Beyond Human series.

13. We put a modified version of that document in many new age publications around the United States and Europe and in Australia and New Zealand and continued correspondence. But DO felt that kind of correspondence wasn't working to help people because one needed to put disciplines into motion to accomplish growth.

14. DO asked us if we'd like to give public meetings again, like we did in 1975-1976. We were excited about sharing what we'd learned over the 17 prior years. I was assigned to be a group overseer with my partner and we organized public meetings all over the United States and did so for about 9 months. I think I authored one of the posters in the Heaven's Gate Book but can't prove it. I can prove I was a speaker for the meetings we held as we have video footage Rkkody shot that Mark and Sarah can't claim is theirs.

15. I left of my own volition in September of 1994, 19 years after I joined in September of 1975 and I tell my story on my blog Mark and Sarah want to have taken down, under the post title of Sawyer's Story. This blog is also where I have posted my book for free download. It is just over 900 8 1/4" by 11 pages of text only. I do sell some but love giving them away. I published in 2017. I didn't include anything in it that I thought Mark King and Sarah King could find fault with.

16. After I left DO went on to write and have students write and they considered traveling the world still giving away all their information to anyone who wanted it, even putting it into an entertainment format.

17. The Book in this lawsuit has been called the Literary Work . It contains most of these same document's I just listed and the same story I just told, mostly from the writings of Student named June (Jwnody).

18. When DO and his students put together their Book, they put a Common Law Copyright on it encouraging people to copy it entirely or in parts as long as it wasn't changed or added to and not copied for commercial purposes. (See Exhibit 4 - Heaven's Gate "Blue" Book Common Law Copyright by Heaven's Representatives). DO wanted people to copy it and give it to whomever they chose.

19. Throughout the Audio Works and in the Literary Work that includes the transcript of the Beyond Human Video Series, TI and/or DO and Crew often talk about people looking to listen to and read and even compile in various ways the information in these materials. I have many examples.

20. I have on record Mark King and Sarah King's claim to want to share TI and DO's Information with the world but for 25 years have mostly horded the 1061 audio tapes and stopped others from posting the Beyond Human video tape series and have issued strikes to my Youtube channel for even reading a document TI wrote called, "Power of Goodness".

21. As the Group was preparing to leave this world by their own choices, DO sent letters authored by various Crew members giving them various tasks if they wanted to perform them. Most seemed to have received their letter on March 25, 1997. In at least 3 of the letters DO and Crew expressed that they hoped they would disseminate their information to others, to anyone they chose. (Exhibit 5 - Letter from DO and Crew to Mrc(Mark King) and Srf (Sarah King) March 25, 1997, Exhibit 6 - Letter from DO and Crew to Rkkody (Charles "Chuck" Humphreys) March 25, 1997 and Exhibit 7 - Letter from DO and Crew to Jhnody (Francisco Falcon) about March 25, 1997)

22. Initially there were 8 former members who were sent Intellectual Property as a gift. They were



listed as Mrc (aka Mrcody, Mark King), Srf (aka Srfody, Sarah King), Rkk (aka Rkkody, Rick or Chuck Humphrey, Jhn (aka Jhnody, Juan, Francisco Falcon), Osc (aka Oscody, Wayne Parker), Flx (aka Flxody, Lorraine Snelson), Abl (aka Ablody, Snelson and Neo (aka Neody, Rio D' Angelo).

DO gave me several opportunities to stay connected to him but I was so asleep I didn't take him up on them so I wasn't included in the former Member list to receive service upon their exit.

We know this because DO and Crew sent each of them the list of others who were receiving FedX packets on or about March 25, 1997. To date I have only seen the letters sent to Mrc/Srf (Mark and Sarah) and to Jhn (Juan) and to Rkk (Rick).

23. In addition to the receipt of letters were Intellectual Property. For instance, Jhnody received the entire set of the Original Master video tapes for the Beyond Human – The Last Call – Video Work. He also received diskettes that contained the entire code for the Heaven's Gate website which contained the entire Heaven's Gate Book (Literary Work). He also received at least two Books that by the way the Group self published and put one of those plastic combs on.

I was not listed with these 8 but in at least one of the letters DO has expressed they could enlist the help of "others". Crlody was not listed either. Pypody was talked about in Rkkody's letter.

24. Mark King and Sarah King have said in emails I have record of that they would have sent Sawyer aka Swyody (Havel) and Carlan (Crlody) all the audio tapes If they thought we wouldn't share them with others. They told Cathy Weaver and myself in person that only they were to disseminate all the Heaven's Gate Intellectual Property.

25. I received about 218 digitized audio tapes from Rkkody in 1997 and 1998. I received a handful of audio tapes from Rio D'Angelo (Neody) around that same time.

26. In 2021 Jhnody sent me a thumb drive with about 930 digitized audio tapes on them as he felt they weren't meant to be in some closet as he heard on audio tape 149 TI and DO talking as if they were all available to the public.

27. From about 2007 to 2021 I had been sharing the Intellectual Property I was gifted. Even Mark and Sarah King sent me a case of the Purple Books twice. I gave them away. They also gave me the Beyond Human Video series.

28. DO and Crew set up the website to download for free the contents of the HG Book (Literary Work). I have downloaded it many times and sent it to people who have asked for it.

29. I had been playing audio tapes on my youtube channel 3spm since at least 2016 and Mark and Sarah I'm sure knew about it and yet never would show me why they thought I was doing something wrong by DO.

So to be told I had to stop playing the tapes and sharing some of the information with people which was all for free really made me scratch my head to wonder why.

And now to be told that they want to take down my wordpress blog and Youtube channel and Facebook page and confiscate any Intellectual Property they say they own and have copyrights for or not is like telling a child of DO to not share with people my Families fantastic history that I grew up with for half of my adult years.

30. It's like Mark King and Sarah King don't want people to know how positive TI and DO always were/are about everything they said and did. They don't seem to want people to know the inside story. Perhaps they fear people hearing that they weren't seen by DO as very good students. DO does talk about them in that way many times throughout the audio tapes. Yet that didn't mean DO doesn't live them, so he gave them a task of dividing the audio tapes among those who were inclined to disseminate



their information. They began to perform that task in part but then began to judge who should or should not be given the audio tapes.

31.And now they are talking about TI and DO's and Crews information as if it could cause people to commit suicide which is ridiculously false and there is a ton of evidence they would be against. I will address that a little further down in this response.

32. Mark King and Sarah King were given ownership of some of the Intellectual Property of the Class but not all of it and it wasn't exclusive ownership of it.

N. Since Havel hasn't been proven to have infringed on any of Plaintiffs Copyrights and/or Trademarks because of evidence those copyrights and trademarks were fraudulently obtained there is absolutely no legal reason to take down any of Havel's social media sites nor legal reasons to deliver Plaintiff's fraudulently copyrighted materials to Plaintiff's counsel. This is the jist of the entire case Plaintiff has Claimed against Defendants, which is precisely why there needs to be a process of Discovery in order to obtain all the evidence of this fraudulent registration of Plaintiffs copyrights and trademarks.

O. If for some reason the Court and/or Jury finds Plaintiffs copyrights and trademarks are valid then Havel will show that any use falls under Fair Use and since Plaintiffs allowed Havel and Bartell the posting and public use of said copyrighted and trademarked Items over 7+ years Plaintiffs entire complaint should be dismissed as a frivolous lawsuit and Defendants should be awarded with their Counterclaims.

P. Regarding subscript ₁ I, Havel, testify that Ms. Weaver knew nothing about her filing for bankruptcy having any affect on Plaintiffs motions in this Lawsuit. I testify that she did learn from her bankruptcy lawyer that Plaintiffs would be contacted to inform them of Weavers Bankruptcy and that should Weaver be awarded with financial reimbursements of her significant expenses that came about because of Plaintiffs lawsuit such funds would go to the bankruptcy trustees. I testify that Weaver filed for bankruptcy exclusively because she could not keep up with her debt payments.

## Plaintiffs' Paragraph 2:

### I. INTRODUCTION REGARDING HEAVEN'S GATE.
Total Overcomers Anonymous, T,O.A., or Heaven's Gate ("Heaven's Gate") was a group that gained notoriety in 1997, when the majority of its members (39 members) engaged in a ritualistic mass suicide that coincided with the approach of the Hale-Bopp Comet.

This action involves Defendants Mr. Havel, Ms. Weaver, and Mr. Bartel's (collectively, the "Defendants") infringement of the intellectual property that was the property of Heaven's Gate, which is now owned by Plaintiff. Defendants' infringement and exploitation of these powerful materials is not only unlawful, but Defendants' widespread distribution of such powerful materials presents a risk that the events from 1997 will reoccur.

## III. Havel's Response to Plaintiffs' Paragraph 2:

### A. I have always been Against all forms of Suicide and Weaver since joining with me on my livestreams feels the same way

This should be a criminal act to suggest publicly in any way and without any evidence that Defendants use of TI and DO and Crews materials, what they call "infringement and exploitation" (loving to use the most inflammatory words they can, just like tabloid media groups love to do to get headlines) **"presents a risk that the events from 1997 will reoccur."**

### B. The facts are that there is NO New Cult or Group of any kind and no risk of such an event because DO is not present anymore and there can be no one to take his place.

(9)

This statement is the most important part of Plaintiffs Statements to address as it couldn't be further from the truth and that is backed up by literally 20 years of my and co-defendant Bartell's sharing TI and DO's Information with people.

I for one don't just share information with just anyone, like many Christians do on street corners.

I'd been wondering for months when Mark and Sarah would stoop to this kind of attempt at character assassination. They have seemed to become so desperate to hold onto their perceived power, that they started this lawsuit and now are seeing all the evidence we have in our legal defense that they are trying to play the Court by trying to make this idea look like something realistic to consider.

C. When I saw this it was reminiscent of when I first got wind of how Mark King and Sarah King were thinking this way about me and Bartell, when they sent me an email on September 1, 2021 that I have on file, and said to me, as a condition of some sort, towards my not being sued by them:

Mark King and Sarah King wrote to Sawyerhg@yahoo.com (Havel) via their Heaven's Gate email, rep@heavensgate.com:

"5. **Stop telling people to kill themselves!** When our attorneys see what you and Bartel say it isn't interpreted as allowing choice (or other euphemisms you use). It is taken as aiding and abetting a death. In the past few months you have even changed your wording to "needing you body for lessons". We thought you had finally had an enlightened moment. Obviously not. **Both you and Bartel have killed teenagers and others who Ti and Do would not allow a brief encounter with the information to ever do.** How can someone who get a fraction of information over a short period of time make an informed decision? Ti and Do taught people for over 20 years before this even came up."

Now, granted this was sent to me in an email I have on record. It's listed as point number 5 because these are the conditions they told me I have to meet if I didn't want to be sued. I don't know if they are going senile which happens to a lot of old people. It's certainly not the kind of talk they got from TI and DO, making accusations that are are totally irrational and untrue.

I include this here because this shows the caliber of person behind this lawsuit, accusing me of "telling people to kill themselves," FALSE! and "aiding and abetting a death," FALSE. They really give TI and DO and those who exited their human vehicles in 1997 a bad name, with this lawsuit, and with this motion for an injunction. It's like they are getting senile to say to me, "both you and Bartel have killed teenagers and others who Ti and Do would have never allow a brief encounter with the information to ever do"

I don't think they have the consciousness to even realize what they are saying here. They are equating time with the information and the amount of information as a criteria for committing suicide. They sound like they are promoting suicide in some way if someone spent enough time with the information as if that is a criteria.

TI and DO never lorded over anyone in any way.

I am embarrassed at the way they treat people who come to the heavensgate.com website to ask honest questions. They use words like people are "swine" and "cockaroaches". Sarah King told Cathy Weaver to her face in November of 2021 while I was present with them that she "had an Influence" because Weaver wanted to share TI and DO's Information with people.

D. Actually if Mark and/or Sarah really listened to what I said in many livestreams they would have seen that I constantly said the opposite. But I often would speak for even 3-5 hours so it would be hard to hear everything I say. Some even thought I was saying something that was not from TI and DO's Mind in this regard, yet I was quoting a number of things DO and Crew had said on the topic, to include a number of my blog posts I list some of below.

E. **There is zero evidence of a re-occurrence of the Heaven's Gate Group's actions in 1997. And even if there was such a "risk," ironically the actions of Mark King and Sarah King would be by far the biggest purveyors of such an event because they have been the Webmasters of the Heaven's Gate website (Heavensgate.com) from approximately 1997 to date in 2023.**

F. In fact I can prove that my actions have actually reduced any potential that someone would commit suicide because of having any exposure to the Heaven's Gate Intellectual Property.

**Havel nor Weaver have never promoted any form of suicide and have included disclaimers in the description of every one of the Youtube 3SPM livestreams Havel removed from the channel that were cited by Plaintiffs as copyright infringements and many more that have no such alleged infringements. That description reads:**

**"We are against Suicide.** If anyone is considering suicide, please contact this hotline to get some help. TI and Do taught that we need our vehicles to learn our lessons through: (800) 273-8255 https://suicidepreventionlifeline.org/?fbclid=IwAR0Be1D1AQxwAyr5JNHAtBHhfRa6Tthw238FH9W 1aRGU3_ZuJlGTVEfL0r4 ).

G. **Havel has posted in his blog why he and TI and DO were against both forms of suicide.**

Here are some examples - The first is directly from DO and Crews Heavensgate.com website. By the way, these posts of documents displayed on my blog are from the CD's Rkkody gifted to me that DO gifted him that were not obtained from Storage thus not subject to either Consent Decree or Copyrights:

1. **Our Position Against Suicide,** By Do and Crew posted on Heavensgate.com:

https://sawyerhg.wordpress.com/2016/11/23/our-position-against-suicide-by-do-and-crew-posted-on-heavensgate-com/

November 23, 2016

2. **DO's Teachings Were Anti-Human Suicide**

April 23, 2022

https://sawyerhg.wordpress.com/2022/04/23/dos-teachings-were-for-all-souls/

3. **Suicide and Death is NOT a ticket into membership in the Next Level.** One needs to know to Whom they are going. Dying believing in Jesus gets us nowhere because He came back in the name DO. To New Believers in TI and DO – Here is the Evidence that People Who Come to Recognize DO as Their Older Member Now Have the Task from DO to Stand in Defense of TI and DO as The Most Current Representatives from the Kingdom that Created the Earth & It's Inhabitants & Accept the Consequences Until Their Departure

November 16, 2020

https://sawyerhg.wordpress.com/2020/11/16/no-to-suicide-among-new-believers-in-ti-and-do-here-is-the-evidence-that-people-who-come-to-recognize-do-as-their-older-member-now-have-the-task-from-do-to-stand-in-defense-of-ti-and-do-as-the-most/

4. **No Real Comparison of Jonestown suicides with Heaven's Gate**

October 27, 2017

https://sawyerhg.wordpress.com/2017/10/27/no-real-comparison-of-jonestown-suicides-with-



heavens-gate/

5. **Plus one could find many livestreams myself and Cathy Weaver have made where we have stated our opposition to suicide and why.** I have talked about that in a number of dozens of my livestreams for years even before meeting Cathy Weaver.

I have also spoke about this in person with many and on my Facebook page Sawyer Heavensgate and have talked several out of suicide when they told me they were ready to exit as the Group did. I would tell them how the opportunity to grow is now having a physical body so to take advantage of this exceptional opportunity and that "suicide gets you nowhere".

6. **And because there is no evidence that anyone besides the former class members; Rkkody in 1998, Jstody in 1997, Gbbody in 1999(?) and Oscody in 2000** (and perhaps one person who was known to be a Grateful Dead roadie) **have committed suicide. To insinuate that any of them did so because of anything I have said or did is delusional.**

I content that we would certainly know if anyone else of the many who commit suicide everyday did so because of Heaven's Gate teachings because had they left a note saying so, it surely would have been given to the police/media to report on as they love to bash TI and DO and Crew's Heaven's Gate Group.

## H. Copyright and Trademark Fraud

1. I intend to prove that all Plaintiffs Copyrights and Trademarks were fraudulently registered

**Mark King and Sarah King** aka Plaintiffs as representatives of The Telah Foundation **registered Copyrights** of;

a.) - The Audio Works (486 deposits) on 10-27-97,

b) -The Video Works on 09-22-97 (Beyond Human – The Last Call, DO's Final Exit, Students of Heaven's Gate expressing their thoughts before exit) and on 09-24-97 (Last Chance to evacuate Earth before it's recycled and Planet about to be recycled-your only chance to survive-leave with us),

c) -The Visual Work – the C.B.E Celestial Being Entity on 9-22-97

d) - The Literary Work – known as The Heaven's Gate Book entitled, "How and When "Heaven's Gate" (The Door to the Physical Kingdom Level Above Human May Be Entered; an Anthology of Our Materials on 9-22-97.

**Mark King and Sarah King via Telah Foundation filed these registrations without any authorizing documents to justify under the law the Transfer and/or Assignment of Rights from the Authors;** TI (aka Bonnie Nettles) or DO (aka Marshall Herf Applewhite), **or from Total Overcomers Anonymous (aka TOA) or from Olliver Odinwood (aka Ollody, legal name of Cabot Van Sinderen) – (The artist who created the C.B.E. Painting and 13 other paintings made in approximately 1982** as illustrations for the Motion Picture, The Meeting) **and did so before, thus without any Consent Decrees from the Court Cases that came over a year later** in Case No. 3:98-cv-00892 on 07-09-99 and in Case No. PNO22228 on 08-11-99.

2. In Case No. PNO22228 in the HON. Judge LISA GUY-SCHALL's Statement of Decision she ruled on 02-22-99 with Mark King and Sarah King as the Telah Foundation referred to as "Petitioners," writing. (Bolding is mine):

(12)

\*\*\* start of quotes from Judge Lisa Guy Schall's Statement of Decision (Exhibit 2 - Case PN022228 – Statement of Decision 1999 by Judge Lisa Guy Schall)

**a. Although Petitioners presented evidence of post-mortem registrations of** the literary work entitled, "How and When Heaven's Gate (The Door to the Physical Kingdom Level Above Human) May Be Entered - An Anthology of Our Materials;" the audiovisual works entitled, "Last Chance to Evacuate Earth Before It'S Recycled," "Plant About to Be Recycled - Your Only Chance to Survive - Leave With US," "Do's Final Exit - Students of Heaven's Gate Expressing Their Thoughts Before Exit," "Beyond Human - The Last Call," "The C.B.E. (Celestlal Being Entltv"); the trade name Heaven's Gate; and the sound recordings entitled, "The Audiotape Library of Heaven's Gate by TI and Do."

**b. Nevertheless, there is no evidence of any writing which explicitly conveyed or transferred ownership of all this Intellectual property to the Petitioners.**

**c. There was no writing actually Signed by the decedents except the Durable Power of Attorney, which became void upon their deaths.**

**d. Sarah King testified that,** "How and When Heaven's Gate (The Door to the Physical Kingdom Level Above Human) May Be Entered - An Anthology of Our Materials," Last Chance to Evacuate Earth Before It's Recycled," "Plant About to Be Recycled - Your Only Chance to Survive - Leave With US," "Do's Final Exit - Students of Heaven's Gate Expressing Their Thoughts Before Exit," and "Beyond Human - The Last Call," **were all given to the petitioners by the group for the express purpose of distributing copies** and receiving returned copies. **Thus, she and her husband, Mark, were agents or distributors, but no more.**

e. TWO "Heaven's Gate Away Team" **patches were mailed** In Identical mailings to the Petitioners **and Others according to Rio DI Angelo. There Is no evidence that by these mailings the Petltioners also received the intellectual property rights to the patches.**

f. **Therefore, there Is no evidence that a pre-monem transfer of the intellectual property rights occurred.**

g. As for the painting, "C.B.E.,"it was delivered to Petitioners In February of 1977, with words of gratitude, according to Sarah King. **Yet, there is no evidence that decedents gave Intellectual propertv rights in the painting to the Petitioners as well."**

h. **There Is no evidence, written or otherwise, transferring ownership of Intellectual propertv rights in the "The Audiotape Library of Heaven's Gate by TI and Do."**

I. **Any transfer of ownership of intellectual property, other than by operation of law, is Invalid unless an instrument of conveyance, or a note or memorandum of the transfer Is In writing and signed by the owner of the rights conveyed or such owner's duly authorized agent (17 U.S.C. § 204 (a)).**

j. **Furthermore, It Is well settled that a copyright Is distinct from the material object In which Its expressive content is embodied (17 U.S.C. § 202).**

k. **Transfer of the physical object does not transfer the copyright and vice versa (17 U.S.C.**

§ 202).

I. **Since there is no written Instrument transferring ownership of the Intellectual property to the petitioners, the estates own all Intellectual property as tenants In common."**

\*\*\* end of pertinent ruling from Judge Lisa Guy Schall \*\*\*

Havel Note: where Judge Lisa Guy Schall writes, "As for the painting, "C.B.E.,"it was delivered to Petitioners In February of 1977," it must be a typo to mean 1997 since the painting didn't exist in 1977 as evidenced by the copyright registration of Olliver Odinwood of all 14 paintings that included the C.B.E. Painting.

3.) These references to the Law are clear. Mark King and Sarah King and their Telah Foundation and any other companies have nothing they have shown to the Courts before and now that justifies their Transferring the Copyright and or establishing Trademarks out of any of those items they were not the Authors of.

4.) Even though DO and Crew did not officially copyright any of their Intellectual Property (with the exception of Olliver Odinwood's copyright of the 14 Illustrations that included the CBE painting, for The Meeting and the copyrighting of the Screenplay of the Meeting by former Classmember Cddody registered under the name David Cododdy), the fact that they are the Authors gives them the Copyrights to them and anyone they convey having that right which they did not give that right to Mark King or Sarah King or any of their organizations.

DO did give an example of his copyright choice in the copyright page in his original Book termed the Blue Book. (See Exhibit 4 - Heaven's Gate "Blue" Book Common Law Copyright by Heaven's Representatives). Mark King and Sarah King, who say they are working for DO but they ignored DO's copyright of choice.

5. Kathyrn Morea (daughter to Rkkody (aka Chuck Humphrey) registered copyrights of the content of 2 CD's containing approx 218 digitized audio tapes, filed on May 1998 - (See Exhibit 8 - Copyright of Heaven's Gate Classroom Teachings Audio Tapes Kathryn Morea - 5-13-98)

6. Olliver Odinwood aka Ollody (legal name Cabot Van Sinderen) registered a Copyright for 14 paintings that included the C.B.E (Older Member) painting. (See Exhibit 1 - Olliver Odinwood Copyright Registration 11-18-1982 of 14 Illustrations for The Meeting)

7. One evidence of direct fraud in the copyrighting of the C.B.E. Lithographic image is that Mark King and Sarah King both knew that Ollody was the Author of the C.B.E. Illustration yet they fraudulently omitted that detail when they registered the copyright. They let it stand that Total Overcomers Anonymous (aka TOA) was the Author and they didn't answer the question of whether it was a work for hire. How did they get that copyright without answering yes or no to that question?

8. There are no documents from TOA, Total Overcomers Anonymous or Telah Services making either Mark King or Sarah King or the Telah Foundation their employees to justify copyrighting any Audio Works or Video Works (See Plaintiff Complaint Exhibits A, B)

## I. All of Havel's use of TI and DO and Crews Intellectual Property Should Qualify as Fair Use

Regardless of whether Plaintiffs' Copyrights and/or Trademarks are evidenced to have been fradulently obtained or not, if Havel is informed about exactly what audio tapes are copyrighted or not, he can provide ample evidence his usage can easily meet all of the conditions of Fair Use.



14

Here is the defintion of Fair Use from:

https://www.law.cornell.edu/uscode/text/17/107

17 U.S. Code § 107 - Limitations on exclusive rights: Fair use

Notwithstanding the provisions of sections 106 and 106A, the fair use of a copyrighted work, including such use by reproduction in copies or phonorecords or by any other means specified by that section, for purposes such as criticism, comment, news reporting, teaching (including multiple copies for classroom use), scholarship, or research, is not an infringement of copyright.

In determining whether the use made of a work in any particular case is a fair use the factors to be considered shall include—

(1) the purpose and character of the use, including whether such use is of a commercial nature or is for nonprofit educational purposes;

Havel's comment: The purpose of the use of the work has always been for educational use. My Youtube channel has always been a non-profit operation. Of course any endeavour requires time and energy so I have recently enabled the selling of T shirts I have had printed. And I have included in the description of each livestream a way to give me donations. However, I don't hardly ever seek to receive donations and I would be glad to not include that avenue for donations, nor the selling of T shirts or my book at the times when I would play TI and DO's audio tapes if that is what I must do. My channel has never been monetized and there is no participation in any revenue sharing program.

(2) the nature of the copyrighted work;

Havel's Comment: The nature of the work is generally thought of as religious though I don't find any contradiction to think of it as scientific even moreso than religious.

(3) the amount and substantiality of the portion used in relation to the copyrighted work as a whole; and

Havel's Comment: The body of work of the audio tapes is literally well over 1000 hours of content of which the most I would use at any given time would be 45 minutes to a hour of content.

(4) the effect of the use upon the potential market for or value of the copyrighted work.

Havel's Comment: There is no market for this work. Mark and Sarah King are actually prohibited by the Court settlement to sell any of the Intellectual Property they obtained from Storage. As far as I know they havn't sold any of it but who knows for sure and actually DO wasn't against selling certain items to help with the expenses of those who were performing the Dissemination Project.

The fact that a work is unpublished shall not itself bar a finding of fair use if such finding is made upon consideration of all the above factors.

(Pub. L. 94–553, title I, § 101, Oct. 19, 1976, 90 Stat. 2546; Pub. L. 101–650, title VI, § 607, Dec. 1, 1990, 104 Stat. 5132; Pub. L. 102–492, Oct. 24, 1992, 106 Stat. 3145.)

### J. **All Havel's Use of Heavensgate Intellectual Property has been allowed by Mark King and Sarah King for over 7 years before they filed this lawsuit, thus falls under the Affirmative Defense of Latches and Delay.**

I have on record my asking Mark King and/or Sarah King via email to show me what they had as their reasons for not sharing all the audio files with me so I could also share them with others as DO instructed all believers to be able to do after his and his students exit of this world.

It is well documented that Mark King and Sarah King have been trying to reign over the Heaven's Gate Intellectual Property as if they created any of it. When Rkkody wouldn't play ball with Plaintiff's they



threatened him with a lawsuit and then when he died sued his daughter within weeks of his death and threatened to take her house if she didn't give up what she inherited from her father, Rkkody.

They had years of opportunity to tell me about their copyrights but never did until this lawsuit was filed. I knew there were more than the 218 or so audio tapes Rkkody gave me because I was in the Class the whole time and seven years after they were sent out.

It was their responsibility to share with me what they had copyrighted but they chose not to. I know from Mark that there are 1061 audio meeting tapes and yet they only copyrighted 486. Why haven't they copyrighted all of them? Maybe they learned from Judge Lisa Guy Schall that those copyrights were actually fraudulently obtained. Another reason I suspect why they didn't copyright the remaining audio tapes was because they received two consent decrees as settlements and thought that's all they needed to strike down anyone elses use of the materials, even fair use of the materials until they sought to bring down my youtube channel by issuing strikes on livestreams in which I played audio tapes I was gifted by Rkkody and by Jhnody who were gifted them by DO. But what others did not do, I did when I fought their strikes as fair use and won with Youtube. Then they thought it seems that they needed a court order to strike down my channel.

Since they never told anyone I know about, which tapes were copyrighted, not even in the Cease and Desist they sprung on Weaver and I in November of 2021, even if their copyrights were upheld by the Court after this lawsuit those copyrights only referred to 486 of the 1061 that were copyrighted. I had no way to know which of those 1061 were copyrighted so why would I believe them when I already knew they were lying about so much.

K. There is evidence in the Court case where Mark King and Sarah King as Telah Foundation sued Rkkody's daughter, that the court ruled they could have the Intellectual property in storage **but needed to share it with former members of the group**, which I and Jhnody and Crlody (Carlan, Jason Bartell are. We will get the court documents to prove this is true. Jason remembered this part of the settlement having seen it when he visited with Rkkody's daughter.

L. **Jhnody was also (with Rkkody) named on the list of 8 former students by DO** (aka Marshall Herff Applewhite) in a letter to Mrc/Srf (Mrcody/Srfody) aka Mark King and Sarah King, to hopefully "work together with at least initially in the "Dissemination Project"" (paraphrased from Letter) that included receiving any/all of and/or some substantial part of the Intellectual property hoped would be recovered in storage and...

**Jhnody was actually sent 80 cassette audio tapes directly from Mark and Sarah King**, showing that at least at some point Mark King and/or Sarah King tried to abide by DO's instruction in the Letter he had his Students send to Mark and Sarah (MRC/SRF) in their Fedx packets they received on March 25, 1997 and...

Jhnody also received directly from DO and Crew in his FedX packet at about March 25th 1997:

1) Letters:

-the same "Location Documents" Mark and Sarah King received and Rio D'Angelo (Neody) received and Rkkody received that pointed out where their bodies were and how to get into the mansion where the Groups bodies were found

-another that expressed thanks to him and indicated that they hoped he would share the Beyond Human Video tapes they sent him with the media and anyone of his choosing.

2) the full set of the original masters of the Beyond Human – The Last Call Video Tapes in SVHS format and



3) received on 3 1/2" diskettes the code for the Heavensgate.com website that he recently posted as HeavensGatealso.com which also contains...

4) At least Two "Blue" Books, bound in a plastic comb binding entitled, "How and When The Door to the Physical Kingdom Level Above Human May Be Entered" having DO's Common Law Copyright to allow anyone to copy the entire book or parts of the book as long as nothing was changed or added to it and wasn't used for commercial purposes which was the same Book Rkkody received directly from DO which was the previous version of the "Purple Book" Mark and Sarah published and sell but that they removed the Common Law Copyright from.

That same Book copyright page is actually still on the web site Heavengate.com but that Mark and Sarah King chose to removed from the Purple Book version they had printed

5) that includes the full transcripts of the Beyond Human – The Last Call Video Tape series that DO and Crew copyrighted informally in 1992 as TOA – Total Overcomers Anonymous.

6) Jhnody also received several Away Team Patches directly from DO.

## K. **Mark King and Sarah King have a history of lying or exaggerating or minimizing or skewing the truth to fit their agenda of appearing to be the Representatives of all things Heaven's Gate**

This is among the biggest reasons why they are suing me and others, as they said in their complaint because we (by calling them on their lies, etc.) tarnish the reputation they believe they have with some people – probably people in their lives.

As examples, Mark King and Sarah King lied to Havel and Weaver in person in November 2021 as to why they didn't go to storage saying they had to go to San Diego to help authorities identify the bodies. As it turned out all they did was have their lawyer send a document listing the deceased legal information.

**I deserve to have access to the same Heaven's Gate Intellectual Property as Mark King and Sarah King were gifted by DO to gift to others that includes me.** Had Mark King and Sarah King not failed at getting to storage to retrieve the contents of those units before San Diego County did and if Mark King and Sarah King had divided those storage contents among those who wanted to disseminate them to others, none of this would have occurred because Mark King and Sarah King took a small task and distorted it into their personal empire in which they want to reign as "kings" ironically and they want everyone else to be their subjects.

### Plaintiffs' Paragraph II.A:

II. OVERVIEW OF DEFENDANTS' INTENTIONAL AND ONGOING INFRINGEMENT OF PLAINTIFF'S INTELLECTUAL PROPERTY.
A. Plaintiff Is the Registered Owner of Copyrights and Trademarks of Heaven's Gate.

### Plaintiffs' Paragraphs II.B:

B. Defendants Have Willfully Violated Plaintiff's Rights.
Defendants have violated Plaintiff's copyright protections and intellectual property rights.

### Havel's Response to Paragraph II.A and II.B:

Mark King and Sarah King don't have exclusive ownership of Heaven's Gate Intellectual Property.

There is no ongoing infringement.

(17)

**I have not played any audio tapes since this lawsuit was filed against me on or about May 18, 2022.**

What Plaintiffs are calling infringement must be using the CBE image as a thumbnail. How trite does one get and especially when they falsified their copyright registration for the CBE Image as Olliver Odinwood still holds the copyright for the image he created.

My defense will prove Plaintiffs Copyrights and Trademarks were Fraudulently registered as Plaintiffs didn't create any of the works and received Consent Decrees after fraudulently obtaining them which was verified by Judge Lisa Guy Schall.

My not playing audio tapes since the start of this lawsuit is NOT an expression of guilt but as a show of respect for the law that if I was indeed violating copyrights and trademarks I didn't know about them because Plaintiffs would never tell me over years that they even had copyrights and trademarks. Then when I learned of their copyrights and trademarks I ceased playing tapes and using trademarks in any way but then saw a mountain of evidence that showed the copyrights and trademarks were all fraudulently obtained. Still I didn't want to push it since I still needed Discovery to discover the remaining evidence for a shut and closed case against Plaintiffs which I hope the court still allows me to do as I believe I have the right to under law.

Plaintiffs' cited that Weaver said on May 13, 2022 that we had been playing audio tapes and that was true, we did play some tapes BEFORE we were sued on May 18, 2022 and shown copyrights for some tapes yet at the same time we still haven't been shown which of the 1061 audio tapes were copyrighted which once again proves that all charges should be dismissed because of a valid Affirmative Defense referred to as Latches and Delay.

### Havel Response to Paragraph B.2:

I deny any of this applies to me and there are  no new accusations contained within and Plaintiffs Copyrights and Trademarks can be shown to have been obtained fraudulently which is part of the need for Discovery to substantiate as much as would be possible.

### Plaintiff's Paragraphs C:

C. Defendants' Stated Intention to Keep Infringing.
Defendants are actively engaged in a conspiracy to commit copyright infringement.
[King Declaration, Exh. A, at ¶ 28] A fact that they have explicitly stated on the website belonging to or being operated by Mr. Havel and Ms. Weaver where they trumpet the fact that they will not stop infringing even with court intervention:
So just weeks ago, [a third party] who I had been in contact with on and off for years sent me the digitized audios, all in .mp3 format and I quickly sent them to [Defendant Bartel] and someone else who I know I can trust to be sure to upload them to the internet in mulitple [sic] places so that even if [the Foundation] somehow sue us it will be far too late to keep them from being available to those who want to listen to them.
[King Declaration, Exh. A, at ¶¶ 28-29; see Doc. 1-8 at 4]
 Additionally, as set forth in the prior section, Mr. Bartel recently announced, "To hell with going dark," while simultaneously sharing Plaintiff's copyrighted materials. [Exhibit 4 to Exhibit A]

### Havel's Response to Paragraph C:

I deny infringing on anything. I will show the Court how their copyrights and trademarks were



obtained fraudulently as they did not create any of them and they were not employed by the Heaven's Gate Group or given any instructions to copyright anything. They say they have instructions we don't know about but would never show us those instructions in writing and DO, the remaining leader of the Group was quite meticulous in his intention of what to do with all their Intellectual Property they sent to at least 8 former Classmembers for the very reason we are seeing unfold here, when some decide they alone had the task to manage the materials and have mismanaged them by hardly ever sharing them.

There is no "conspiracy" and there never was. Saying this is the real conspiracy of telling lies and using deceit.

## Plaintiff's Paragraph D:

D. Plaintiff Filed This Lawsuit to Curtail Defendants' Unlawful Actions.
To stop Defendants' unlawful actions, Plaintiff has brought this action, asserting claims for copyright infringement, conspiracy to commit copyright infringement, and trademark infringement. [Doc. 1]

**Havel's Response:** This is no conspiracy and never was. This is a plot to make this case bigger than it is, I guess to try to get money.

## Plaintiff's Paragraph E:

E. Defendants Have Possibly Spoliated Evidence and Have Stated that They Will Not Produce Electronically Stored Information.
It is possible that Defendants have spoliated evidence. For example, Mr. Havel's Answer states that he has "removed" certain online posts from his "YouTube channel and Facebook page and Blog" where he played Plaintiff's protected audiotapes. [Doc. 20 at 26, 68 at, ¶ 20]
Mr. Havel's Status Report states that he "will not agree to produc[e] any Electronically Stored Information." [Doc. 49 at 6, ¶ 3(c))] Ms. Weaver affirmatively requested that the Court prohibit the inspection or her laptop or cellphone. [Doc. 48 at 2-3, ¶ 3] Mr. Bartel has requested the Court prohibit Plaintiff from inspecting Mr. Bartel's "personal devices[,] including cell phones and computers nor any notebooks or ledgers." [Doc. 59 at 6, ¶ 3]

## Havel's Response:

I never denied I possess digitized audio tapes I got from Rkkody in 1997 and Jhnody in 2021 that I have documented in my Exhibits 1 and 2 in my Answer and Defense submitted to the Court. I don't have anything to hide. I received Beyond Human tapes and copies of the Literary Work from Mark and Sarah King in about 2007. I received some audio tape cd's from Rio (Neody) in about 2010. All of these individuals received Letters from DO and certain Intellectual Property. Rkkody retrieved the 486 audio tapes from Storage so he had as much right to have them as Mark King and Sarah King (Foundation). Jhnody was sent by DO the Heaven's Gate website and so was Rkkody and Rkkody sent it to me in 1997 but I've never used it.

The only reason I don't want to allow anyone to inspect any of my devices is because I deserve to have my privacy as I have not broken any laws and I intend to prove that in the Court of law that I am supposed to have the right to have my time in.

## Plaintiff's Paragraph F.1:

F. The Court Has Already Ruled that Plaintiff Has a Reasonable Likelihood of Succeeding on Its Copyright Infringement Claims.



Plaintiff previously sought on an ex parte basis a temporary restraining order and
preliminary injunction against Defendants. [Docs. 8-9] Although on May 27, 2022, the Court
denied the Motion's because it was requested ex parte, the Court found that:
1. Plaintiff is the owner of the following valid copyrights:
- A lithographic print titled "The C.B.E. (Celestial Being Entity)" [Doc. 1-6];
- A literary work titled "How and When 'Heaven's Gate' (The Door to the
Physical Kingdom Level Above Human) May be Entered – an Anthology of
Our Materials" [Doc. 1-7];
- Sound recordings titled "The Audiotape Library of Heaven's Gate by Ti and
Do" [Doc. 1-1]; and
- A collection of audiovisual works titled "Beyond Human – The Last Call."
[Doc. 1-2]
[Doc. 11 at 5]

## Havel's Response:

I believe this is a false statement. Where is the court order? I have never seen the Court express that
Plaintiff "has a reasonable likelihood of succeeding". Why would an impartial court officer offer such a
statement? And especially doing so without seeing what documents are surfaced to show why Plaintiffs
may have no real case against me?

I am not aware of an ex parte motion to the court. There has never been a temporary restraining order
and preliminary injunction against Havel and/or against Weaver. If there was such a denial of said
motion, why isn't any of this on Pacer?

I am not aware that the "Court found" that the Plaintiffs Copyrights of the C.B.E. and/or Audio Works
and/or Beyond Human Video works are valid. How could the Court know that from the provision of
copyright registrations alone whether in this case they were obtained fraudulently because the Plaintiffs
Mark King and Sarah King (Foundation) did nothing to participate in their creation - Authorship and
they did not create them as a Work for Hire nor were employed by the Group as a Work for Hire. There
is no documentation Plaintiffs have shown to justify those copyrights were legally registered.

In fact, the C.B.E. Lithographic image was copyrighted by it's author Olliver Odinwood, aka Ollody in
the Group and Mark King and Sarah King knew that when they filed for Copyrights yet did not list him
as it's author on their registration application. That should be a criminal action to withhold the true
author of a work they want to copyright.

Say one of the Beatles gave me a tape of one of their practices and it was never published. Could I then
copyright it?

In this example, say the Beatles gave 5 friends a certain mix tape of their unpublished uncopyrighted
work and one of them copyrighted it as their own and then sued the other 4 people when they played
the works on their youtube channel. This is what happened. Mark and Sarah and Rkkody and Oscody
and Jhnody and Flxody and Ablody and Neody (Rio) were all given Intellectual Property that wasn't
copyrighted by the Group but that the Group wanted them to have so they were gifts. Then Mark and
Sarah copyrighted some of that intellectual material they were given and that Rkkody and Oscody
retrieved from Storage before San Diego confiscated it as part of the estates of the deceased. Then
Rkkody also started making CD's with a bunch of the copyrighted property on it and began to threaten
anyone who sought to use it. So advance to 2002 or so and I've been sharing what Rkkody gifted to me
and Mark and Sarah don't like it but allow me to do so, and also allow Bartell to post 218 audio tapes or

20

so on 4shared to be given away to whoever finds them, which they also allow and they allow the Beyond Human Video Tape Series to be on Youtube for over 10 years and then when Jhnody sends me 930 digitized audio tapes they decide to sue me because I started playing them. But they only sue me for playing the tapes that they have copyrighted but they don't tell me which tapes they have copyrighted.

Possession and ownership are not grounds for a copyright. This ruling was provided by Judge Lisa Guy Schall in Case PNO22228 on 02-22-99 in her STATEMENT OF DECISION that included the paragraph:

**"Any transfer of ownership of intellectual property, other than by operation of law, is Invalid unless an instrument of conveyance, or a note or memorandum of the transfer Is In writing and signed by the owner of the rights conveyed or such owner's duly authorized agent (17 U.S.C. § 204 (a))."**

Part of my case is to show that Plaintiffs fraudulently obtained copyrights and trademarks. This is even supported by Judge Lisa Guy Schalls Decision in 1999.

And where are the documents on Pacer that Plaintiff's are citing here? Specifically I can't find documents 8 and 9 and 11?

## Plaintiff's Paragraph F.2:

2. Defendants copied Plaintiff's copyrighted works as "evidenced by Defendants
Havel and Weaver's live streams of the audio works [King Decl. DE 9-1 ¶ 7], their live stream
of themselves reading aloud the literary work [DE 1 ¶ 49; DE 9-1 ¶ 2], their usage of the C.B.E. image
on both thumbnails and on merchandise [King Decl., DE 9-1 ¶¶ 14, 17], and by
Defendant Bartel posting archives of the copyrighted audio and audiovisual works online (Id.
¶¶ 9–13).")." [Doc. 11 at 6]

## Havel's Response:

re: Audio Works: There is no evidence I played livestreams on my youtube channel with copyrighted material since we know as a fact only 486 audios were copyrighted by Mark and Sarah King and they never would tell anyone I know about which of those 1061 Audios were among those 486.

Plus even if I did play a copyrighted tape isn't that Fair Use? Youtube unheld that my playing of tapes was Fair Use. Plus since Mark King and Sarah King have known I was playing audios for years and never told me of their copyrights at all, it also should fall under Laches and Delay.

re: Literary Work: Why isn't it Fair Use to read from the various sources of the Heavens Gate Book that Rkkody received and gave to me and Jhnody received and gave to me and or that Mark and Sarah King sent to me and that has been posted on all of the Heaven's Gate websites for anyone in the public to have access to. Everything we did in that regard had no economic benefit to me/us. Plus Mark and Sarah King didn't lose anything from doing so since they even still support the website where people can freely download the entire Literary Work.

Plus the copyright on the Book that's still posted on the Heaven's Gate Web site is one of Common Law Copyright authorizing anyone to copy the entire book or parts thereof as long as nothing is changed and it is not done for commercial purposes.

So reading parts of the Literary Work is somehow an infringement of some sort to justify all their anger



against me?

Plus I've been sharing the Heaven's Gate Book text with people for years and Mark and Sarah King knew about some of it and did nothing to show me any reason I should stop, thus again the Laches and Delay ruling also applies.

Where is Doc 11?

## Plaintiff's Paragraph F.3:

3. Plaintiff "has a reasonable likelihood of succeeding on its copyright infringement claims." [Doc. 11 at 6]

### Havel's Response:

Where is Doc 11 on Pacer?

Are you claiming Judge Michael G. Gotsch Sr. said this and said it on record?

Do you know what this kind of accusation looks like?

Are you lying?

Does this have something to do with why Doc 11 and others are missing from the docket?

## Plaintiff's Paragraph G.1:

G. Defendants' Filings Further Substantiate Defendants' Unlawful Actions.
Defendants' filings in this action confirm that Defendants have infringed on Plaintiff's intellectual property rights.

1. Filings that Confirm Mr. Havel's Infringement.

1. Mr. Havel admitted to "quickly sen[ding] [hundreds of audio cassette tapes that were registered by the foundation with the United States Copyright Office in 1997] to [Defendant Bartel] and someone else who [Havel] know[s] [he] can trust to be sure to upload them to the internet in mulitple [sic] places so that even if [the Foundation] somehow sue [Defendants] it will be far too late to keep [Plaintiff] from being available to those who want to listen to them." [Doc. 20 at 12-13, ¶¶ 35-36]

### Havel's Response:

This statement alleged to be from me does not "confirm" any infringement of copyrights. This is outright lying. Here is why.

When I was gifted the audio tapes on a thumb drive from Jhnody in June of 2021 I had no knowledge that Mark King and Sarah King had copyrights on anything as he hadn't said he had such from talking with him and sarah for over a decade via emails. He told me he had something to prove he was doing the right thing by not releasing the audio tapes to people, people like me he said who he thought would give them to others. He talked about some kind of "personal use clause".

You put together a statement saying I admitted to infringement but then filled in what you wanted it to say, seeking to hope the Court would not pick up on what you added that was not true. This is deceitful and if I was a lawyer with time on my hands and no concern for money I'd bring some action against you. It's fraud to do this kind of thing in my book.

To further bring context to this statement from me that seems to be partially correct... When I got the



thumb drive and sent it to Crlody to use knowing he wanted those audios for decades, I also ended up posting on my sawyer.heavensgate facebook page that I had them and I knew Mark King and Sarah King would be very upset that I had them because they told Jhnody that they were upset in an email to him that he shared with me.

Mark must have been monitoring my facebook page and saw my post while he also saw Crlody's post that he was posting the tapes to his 4shared account he had for years with the 218 audio tapes posted for free downloads that I'm sure Mark King knew about but allowed to be there.

Mark then sent me an email and I responding and then another threatening to sue me.

So I went on facebook and posted part of his threat and mark responded by threatening other facebook "friends" with lawsuits of hundreds of thousand of dollars. That actually happened after Mark was able to take down crlody's (Bartells) 4shared account and was working to take down the google drive where he also posted some of the audios I sent him. I didn't communicate with Crlody hardly at all as 99% of the time the only time we would talk was in comments on my social media pages when he would be critical of most everything I did. I knew he would post them and I wanted to do the same thing but I am a cheapskate so I was thinking about how to just bundle them in batches so I could send them to people who asked, when they asked. I never just sent them to anyone.

### Plaintiff's Paragraph G.2:

2. Mr. Havel admitted that he "sen[t] Bartel (Carlan, aka Crlody) a thumb drive containing digitized audio tapes." [Doc. 20 at 13, ¶ 35]

### Havel's Response:

However, that is not at all admitting to any kind of copyright infringement as I didn't know about copyrights even existing.

### Plaintiff's Paragraph G.3:

3. Mr. Bartel's Answer confirms that "Defendant [Bartel] was provided with 929

audio works in 2021 by Defendant Havel" and confirms that at a minimum "486" of those "Audio Works have been registered according to the copyright registration provided by Plaintiff[]." [Doc. 35 at 9, ¶ 16]

### Plaintiff's Paragraph G.4:

4. Mr. Havel avowed that he "gave [Mr. Bartel] the thumb drive because [Mr. Havel] knew [Mr. Bartel], like [Mr. Havel], wanted those tapes for our own use and to share with others." [Doc. 20 at 20, ¶ 45 (emphasis added)]

### Havel's Response:

At the time I knew nothing about any copyrights so was not willfully infringing upon Mark and Sarah Kings copyrights.

### Plaintiff's Paragraph G.5:

5. Mr. Havel admitted to "play[ing] audio tapes" that were registered copyrights. [Doc. 20 at 18m ¶ 40]



### Havel's Response:

At the time I knew nothing about any copyrights so was not willfully infringing upon Mark and Sarah Kings copyrights.

### Plaintiff's Paragraph G.6:

6. Ms. Weaver stated "[she] began participating in [Mr. Havel's] live streams where [Ms. Weaver and Mr. Havel] played the audio tapes and we also decided to make merchandise in the form of t-shirts." [Doc. 39-1 at 23]

### Havel's Response:

At the time I knew nothing about which audio tapes Mark and Sarah King had copyrighted which he still has not revealed and whether at the time we were selling only the T shirt with TI and DO on the front from the NY Times stock photography and if this was after I was being sued how the trademarks applied to T shirts.

### Plaintiff's Paragraph G.7:

7. Ms. Weaver confirmed that she and Mr. Havel "repeatedly play[ed] audio tapes and s[old] t-shirts," [Doc. 39-1 at 23]
USDC IN/ND case 3:22-cv-00395-MGG document 67 filed 01/23/23 page 9 of 26
{07040478 / 2} 10

### Havel's Response:

At the time I knew nothing about which audio tapes Mark and Sarah King had copyrighted which he still has not revealed and whether at the time we were selling only the T shirt with TI and DO on the front from the NY Times stock photography and if this was after I was being sued how the trademarks applied to T shirts.

### Plaintiff's Paragraph G.8:

8. Ms. Weaver stated that she and Mr. Havel have played "15 audio tapes on the live stream and [Ms. Weaver and Mr. Havel] sold a total of 9 shirts at 32.50." [Doc. 39-1 at 23]

### Havel's Response:

At the time I knew nothing about which audio tapes Mark and Sarah King had copyrighted which he still has not revealed and whether at the time I was selling only the T shirt with TI and DO on the front from the NY Times stock photography and if this was after I was being sued how the trademarks applied to T shirts.

### Plaintiff's Paragraph G.9:

9. Ms. Weaver stated that she and Mr. Havel "stopped selling the two shirt designs that contain what [Plaintiff] ha[s] finally proved via the exhibits [Plaintiff] presented with this lawsuit what [Plaintiff] ha[s] trademarked/copyrighted." [Doc. 39-1 at 23]

24

## Havel's Response:

Yes, I did stop selling 2 of 3 T shirt designs in case they were infringements of trademarks and/or copyrights. I didn't know so was trying to comply until the court worked it out thus no infringement here but proof I tried to comply.

## Plaintiff's Paragraph G.10:

10. Mr. Havel admitted selling shirts with Plaintiff's trademark. [Doc. 20 at 28-29]

## Havel's Response:

I never knew if those T shirt designs were infringing upon a Trademark that applied to those T shirts. I may have sold a handful that were an infringement but now that I know that all the Copyrights and Trademarks were obtained fraudulently and those image belong to all former members as the judge in the Kathryn Morea case stated as I understand it there was no infringements.

## Plaintiff's Paragraph G.2.1-4:

2. Filings that Confirm Ms. Weaver's Infringement.

1. Ms. Weaver confirmed that she "began participating in [Mr. Havel's] live streams where [Ms. Weaver and Mr. Havel] played the audio tapes and [they] also decided to make merchandise in the form of t-shirts." [Doc. 39-1 at 23]
2. Ms. Weaver stated that she and Mr. Havel "repeatedly play[ed] audio tapes and s[old] t-shirts." [Doc. 39-1 at 23]

3. Ms. Weaver stated that she and Mr. Havel have played "15 audio tapes on the live stream and [they] sold a total of 9 shirts at 32.50." [Doc. 39-1 at 23]

4. Ms. Weaver stated that she and Mr. Havel "stopped selling the two shirt designs that contain what [Plaintiff] ha[s] finally proved via the exhibits [Plaintiff] presented with this lawsuit what [Plaintiff] ha[s] trademarked/copyrighted." [Doc. 39-1 at 23]

## Havel's Response:

None of these paragraphs admit to any Infringements of Trademarks and/or Copyrights.

## Plaintiff's Paragraph G.3.1-4:

3. Filings that Confirm Mr. Bartel's Infringement.
1. Mr. Bartel "admit[ted] to playing numerous video tapes as well as 224 audio tapes" online. [Doc. 35 at 12, ¶ 27]

2. Mr. Bartel admitted to circulating Plaintiff's intellectual property to others. [Doc. 35 at 13-14, ¶¶ 29-31]

3. Mr. Bartel avowed to being "very excited to share these audio tapes with anyone who would like to listen to them including a College Professor whom the Defendant sent a thumb drive containing audio tapes 1-929 produced by the Group." [Doc. 35 at 51-52, ¶ 132]
USDC IN/ND case 3:22-cv-00395-MGG document 67 filed 01/23/23 page 10 of 26
{07040478 / 2} 11



4. Mr. Bartel's Answer confirmed that he is also known as "Crlody." [Doc. 35 at
4, ¶ 6] "Crlody" has copied and disseminated Plaintiff's intellectual property. [Doc. 9-1 at 3,
¶ 13; Doc. 9-1 at 9]

## Plaintiff's Paragraph H:

H. Defendants, Who Are Unfazed By Legal Action, Continue to Infringe.
Defendants are committed to infringing Plaintiff's protected material, as evidenced by
Defendants' statements below, many of which were made after this litigation began.
On November 3, 2021, Mr. Havel and Ms. Weaver stated:

Ms. Weaver: "Everyone is going to have the tapes, and they can take and
duplicate them."

Mr. Havel: "How you going to stop people from doing that?"

. . .

Ms. Weaver: "…what's to say that the Next Level info won't go back under
lock and key for another 24 years? Well, it's not. . . because, I'm not going to
let that happen.
Mr. Havel: "And a lot of people, actually who aren't going to let that happen."
[King Declaration, Exh. A, at ¶ 32]

In January 2022, Ms. Weaver stated:

"… [the files] are uploaded to a couple of different sites now actually, so, and
it's great, keep them, I mean we shouldn't be saying that but… "Everybody
destroy them, destroy them, wink, wink, don't really but say that you did…"
[King Declaration, Exh. A, at ¶ 33]

On March 28, 2022, Mr. Havel stated:

"And, uh, I don't intend to let this channel come down. And, even if it did I
would start another one and then they would have to find me and, uh, you know,
shut me down. This isn't the first attempt on this channel and it won't be the
last."

[King Declaration, Exh. A, at ¶ 34]

On April 8, 2022, on their YouTube channel, Ms. Weaver stated:

"Go ahead and email us . . . email us if you don't know where the tapes are . . .
please email us and we'll direct you to them."
USDC IN/ND case 3:22-cv-00395-MGG document 67 filed 01/23/23 page 11 of 26
{07040478 / 2} 12

[King Declaration, Exh. A, at ¶ 35]

On May 1, 2022, Mr. Havel stated:

"And, uh, and technically, um, they could hold me accountable for that, so I'm
not going to say how many, I'm not gonna even try to guess, 'cus I don't
remember. Uh, but, um, 'cus I can take the fifth that it would tend to incriminate
me. So I'll do that, uh, even thought they could probably hear this tape and say,
"oh you say that." So, I dunno. If that gets used against me, that's the way it
goes. They're still not going to get any money from me and it's not going
to stop the material from circulating, because we're all, [Bartel] and myself,
Cathy, and [a third party], and other people are circulating the tapes."

[King Declaration, Exh. A, at ¶ 36 (emphasis added)]

On August 25, 2022, Mr. Bartel, aka Crlody, posted online "We made copies of the
audio tapes and digitized them and put them on CD-ROMs. I still give away these CDs to this



day." [King Declaration, Exh. A, at ¶ 37]

On October 7, 2022, Mr. Havel and Ms. Weaver broadcast a "live stream" on YouTube,
during which time Mr. Havel stated, "maybe we'll lose, but that won't stop me and Kathy
[Weaver] and [Mr. Bartel] from telling the truth." (Emphasis added) [King Declaration,
Exh. A, at ¶ 38; see Exhibit 6 to Exhibit A] Later in that stream, the following statements were
made:

Ms. Weaver: "Once it's done and whatever the outcome is, if its not favorable,
we're out of here."

Mr. Havel: "Right, but we don't know what we're going to do exactly."

Ms. Weaver: "We're gonna share the fucking information. I know I
shouldn't say that, but like you said-"

Mr. Havel: "Well, yeah, we're going to share the information one way or the
other –"

Ms. Weaver: "And they won't be able to touch us."

Mr. Havel: "You know, I'm not saying which information and how. Maybe it's
just out of our mouths from our memories because they don't use that against
us –"

Ms. Weaver: "They're going to use everything against us. That's why their
shady, shady lawyers wanted us to call so they can trip us up but we already
know that we don't have to do that so –"

Mr. Havel: "Right, we talked to the clerk today –"

Ms. Weaver: "-Nanny poo."

(Emphasis added). [King Declaration, Exh. A, at ¶ 39; see Exhibit 7 to Exhibit A]
On October 7, 2022, Mr. Bartel posted on his blog an entry titled "New Link for the
audio tapes," which contained a link to hundreds of Heaven's Gate tapes, and stated, in part,
"To hell with [Telah's Directors]." [King Declaration, Exh. A, at ¶¶ 40-41; see Exhibits 8-9
to Exhibit A] The website containing hundreds of Heaven's Gate Tapes that was linked in Mr.
Bartel's October 7, 2022, blog post states that "These files have been made available to me
through an ex-member who goes by the name crlody." [King Declaration, Exh. A, at ¶ 41;
Exhibit 9 to Exhibit A]

On October 19, 2022, Mr. Bartel announced, "To hell with going dark," while
simultaneously sharing Plaintiff's copyrighted materials. [King Declaration, Exh. A, at ¶ 42]
On November 3, 2022, Mr. Havel and Ms. Weaver broadcast a "live stream" on
YouTube, during which time Ms. Weaver stated, "like they instigated this again right because
we sold nine shirts and played less than 13 audios for free." [King Declaration, Exh. A, at ¶
43; see Exhibit 10 to Exhibit A]

On November 28, 2022, Mr. Bartel published a blog post titled "What [Plaintiff's
Directors] don't want others to hear on the class' audio tapes," while simultaneously sharing
Plaintiff's copyrighted materials. [King Declaration, Exh. A, at ¶ 44; see Exhibits 11-12 to
Exhibit A]

## Havel's Response:

None of these alleged quotes constitute infringement for a number of reasons but one that is foolproof
is the fact that Mark King and Sarah King have never told us or the Court which of the 486 audio tapes
were copyrighted of the total 1061 that Mark King said on a livestream and in an email I have on
record he has. Plus we have evidence what they did copyright was done so fraudulently which we have
suspected for a long time and have had ample evidence of for a long time.



## Plaintiff's Paragraph I:

I. Defendants Havel and Weaver Have Been Promoting a Website that
Copied the Website Operated by Telah and Have Been Promoting It.
Plaintiff owns and operates a website with the URL "https://www.heavensgate.-com/".
[King Declaration, Exh. A, at ¶ 45; see Exhibit 13 to Exhibit A] Mr. Havel and Ms. Weaver
have been promoting a copycat website that has the URL "https://heavensgatealso.com/".

[King Declaration, Exh. A, at ¶ 46; see Exhibit 14 to Exhibit A] https://heavensgatealso.com/
is nearly identical to https://www.heavens-gate.com/, with the exception being that requests
for materials are directed to "rep@heavensgatealso.com" instead of "rep@heavensgate.com."
[King Declaration, Exh. A, at ¶ 47, compare Exhibit 13 to Exhibit A at 3, with Exhibit 14 to
Exhibit A at 3]
Mr. Havel and Ms. Weaver admitted during a YouTube live stream on December 25,
2022, that "[they] have a website that [they]'re promoting [that]'s called heavensgatealso.com,
which is the same code." [King Declaration, Exh. A, at ¶ 48; Exhibit 15 to Exhibit A] Mr.
Havel also stated that he offered to assist in changing the html code on the
heavensgatealso.com website so that it listed a different email address, and Ms. Weaver stated
that there have been discussions so that emails sent to the rep@heavensgatealso.com email
address would be delivered to Mr. Havel and Ms. Weaver. [King Declaration, Exh. A, at ¶ 49;
Exhibit 16 to Exhibit A]

## Havel's Response:

There is no infringement of copyrights or trademarks in any of this. Mark King and Sarah King are
simply pulling at straws to act like they have grounds to get a Preliminary Injunction against me.

It's part of the Court record that I have documented with Exhibit 6 - Letter from DO and Crew to
Rkkody (Charles "Chuck" Humphreys) March 25, 1997 and Exhibit 7 - Letter from DO and Crew to
Jhnody (Francisco Falcon) about March 25, 1997 that show that both Jhnody and Rkkody received the
code to the Heavensgate.com website. Jhnody recently decided to create Heavensgatealso from the
code DO sent him. DO said in the letter to jhnody in march or april of 1997 that he was sending him
the code so that the website would be offshore at two locations. The other location was Romania who
he didn't know whether would put the website up or not after he heard the news of their exit.

Jhnody asked me for how to change the email of the website and I told him I knew how to do it and I
would have done that for him but he then figured it out for himself.

At one time the Class had at least three websites. As I understand it one was called Heavensgate.com,
the other, Heavensgateto.com and the other the LevelAboveHuman.com.

## Plaintiff's Paragraph J:

J. In January 2023, Mr. Bartel Shared Hundreds of Telah's Tapes and
Thanked Others for Disseminating Telah's Protected Materials.
On January 15, 2023, Mr. Bartel uploaded a blog post that contains a link to a website
that contains an audio library of "Heaven's Gate Audio Tapes" and the website states "These
files have been made available to me through an ex-member who goes by the name crlody."
[King Declaration, Exh. A, at ¶ 50; Exhibits 17-18 to Exhibit A]
On January 16, 2023, Mr. Bartel published a blog post in which Mr. Bartel gives
"[t]hanks to all who have tried to disseminate" the "audio tapes" and for "stand[ing] up" to the
"Telah Foundation." [King Declaration, Exh. A, at ¶ 51; Exhibit 19 to Exhibit A]

## Plaintiff's Paragraph III:

III. A PRELIMINARY INJUNCTION SHOULD BE ENTERED.

A party seeking a preliminary injunction must first show "that: (1) absent preliminary injunctive relief, [the party] will suffer irreparable harm in the interim prior to a final resolution; (2) there is no adequate remedy at law; and (3) [the party] has a reasonable
USDC IN/ND case 3:22-cv-00395-MGG document 67 filed 01/23/23 page 14 of 26
{07040478 / 2} 15
likelihood of success on the merits." Turnell v. CentiMark Corp., 796 F.3d 656, 661–62 (7th Cir. 2015).

Once the moving party has made such a showing, the Court "considers: (4) the irreparable harm the moving party will endure if the preliminary injunction is wrongfully denied versus the irreparable harm to the nonmoving party if it is wrongfully granted; and (5) the effects, if any, that the grant or denial of the preliminary injunction would have on nonparties (the 'public interest')." Id. at 662. The Court's assessment of the fourth factor "is made on a sliding scale: 'The more likely the plaintiff is to win, the less heavily need the balance of harms weigh in his favor; the less likely he is to win, the more need it weigh in his favor.'" Courthouse News Serv. v. Brown, 908 F.3d 1063, 1068 (7th Cir. 2018) (quoting Ty, Inc. v. Jones Group, Inc., 237 F.3d 891, 895 (7th Cir. 2001)).

A. The Court Has Already Ruled that Plaintiff Is Likely to Succeed on the
Merits of Its Copyright Infringement Claims.

The United States Copyright Act provides that "Anyone who violates any of the exclusive rights of the copyright owner as provided by sections 106 through 122 or of the author as provided in section 106A(a), or who imports copies or phonorecords into the United States in violation of section 602, is an infringer of the copyright or right of the author, as the case may be." 17 U.S.C. § 501. To succeed on the merits of their copyright infringement claim, the Foundation must establish (1) ownership of a valid copyright, and (2) copying of constituent elements of the work that are original. Muhammad-Ali v. Final Call, Inc., 832 F.3d 755, 760 (7th Cir. 2016).

In this case, Plaintiff is the lawful assignee of all right, title and interest in and to the

copyrighted works, including the Audio Works, Video Work, Literary Work, and Visual Work. [King Declaration, Exh. A, at ¶¶ 4, 8-9 (Registration Certificates attached to Complaint as Exhibits A, B, F, G.)]

Plaintiff has submitted extensive documentation, including Defendants' avowals, that Defendants are illicitly promoting and distributing copies of Plaintiff's copyrighted material, which is a violation of Plaintiff's rights under the Copyright Act.

The Court has already "[found] that the certificates of registration are prima facie evidence of valid copyrights over the aforementioned material by the Foundation" and "that the Foundation has made out a prima facie case that each of the defendants has copied, without authorization, original elements of the copyrighted works." [Doc. 11 at 5]

## Havel's Response:

**Re: A. The Court Has Already Ruled that Plaintiff Is Likely to Succeed on the**

Merits of Its Copyright Infringement Claims.

**Where is this Court order that already ruled that Plaintiff is Likely to Succeed. How can a Judge make such a ruling in the start of a case. Isn't that a bit partial?**

**Re: "...Defendants' avowals, that Defendants are illicitly promoting and distributing copies of Plaintiff's copyrighted material,..."**

I have NOT made any "avowals" that I ever was or am currently "illicitly promoting and distributing copies of Plaintiff's copyrighted material". Plaintiffs haven't even revealed which of the 486 audio tapes they copyrighted. We know from Mark Kings own mouth in two separate instances that he has 1061 audio tapes.

Additionally, I have ceased playing any audio tapes and have not sent anyone audio tapes since the lawsuit began on May 18, 2021.

Also, even if I had any playing of audio tapes was not for profit and was for teaching only and was only a tiny part of the tape library so would qualify as Fair Use.

Plus, I had been playing audio tapes for over 7 years before the lawsuit and I have evidence Mark King and/or Sarah King knew about some of it on my youtube channel and they never told me they had copyrights and that I should cease and desist thus qualify to dismiss all charged under the Affirmative Defense of Laches and Delay.

Also I now have significant evidence that Plaintiffs registered copyrights and trademarks on items they were not the creators of nor were they employees of those creators, TI, DO and Crew so have no documentation to support their doing so and I have court rulings that confirm that.

Plus I have evidence of direct Fraud in the copyrighting of the CBE Image as a copyright exists already for that image registered by it's author Olliver Odinwood plus they knew he was the author and defrauded the copyright office so I might have to bring them up on criminal charges.

However, I have no desire for a dismissal as I want to exercise my right to a jury trial of my peers and to full exercise of my counterclaim against them.

**Re: Plaintiffs statement: "The Court has already "f[ound] that the certificates of registration are prima facie evidence of valid copyrights over the aforementioned material by the Foundation" and "that the Foundation has made out a prima facie case that each of the defendants has copied, without authorization, original elements of the copyrighted works." [Doc. 11 at 5]**

Why are Plaintiffs including quotes from the Court where the Court left out left out certain words that had to be filled in, ie. "f[ound]"? Was this from a recording that was hard to understand? Was this in doc 11 that somehow was disappeared from the docket on Pacer?

## Plaintiff's Paragraph III.B:

B. Plaintiff Has and Will Continue to Suffer Irreparable Harm Absent
Injunctive Relief.
Harm is irreparable when it cannot be prevented or rectified by a final judgment after
trial. Girl Scouts of Manitou Council, Inc. v. Girl Scouts of United States of Am., Inc. 549 F.3d
1079, 1089 (7th Cir. 2008). An award of monetary damages does not preclude a finding of
irreparable harm if, among other things:

(1) the plaintiff is so poor that he would be harmed in the interim by the loss of
the monetary benefits; (2) the plaintiff would be unable to finance his lawsuit



without the money he wishes to recover; (3) the damages would be unobtainable
from the defendant because it will be insolvent prior to the final judgment; and

(4) the nature of the plaintiff's loss may make damages very difficult to
calculate.
Hamlyn v. Rock Island Cnty. Metro. Mass Transit Dist., 960 F. Supp. 160, 162 (C.D. Ill. 1997).

A final judgment will not rectify Plaintiff's irreparable harms that are caused by
Defendants' unlawful activities because monetary damages will not rectify Plaintiff's damages
and Defendants' actions could lead to the loss of life, which is an irreparable harm.

### Havel's Response:
I would bet Plaintiffs are not "poor" at all. They have bragged in interviews of how successful they are
and have been in their multiple businesses. If they were so poor why did they sue me. I wasn't doing
anything to take money away from them.

**In fact, I need to reiterate that if there is any concern for the loss of life because of anyone talking
about Heaven's Gate, Mark King and Sarah King should be at the top of the list because in the
eyes of the world they are the most visible representatives of Heaven's Gate as the website
webmasters who deal with media groups and field all sorts of questions and comments.**

What evidence is there that anything Havel has said or done over 20 years in regards to TI and DO and
Heaven's Gate "could lead to the loss of life?" This is such a irresponsible thing to even say like I have
pointed out thoroughly in my Response in the Introduction to this Response.

In fact Mark and Sarah King, because they never seem to explain to people why suicide is not an
answer are for some keeping that door open I imagine. I spend a great deal of time with everyone that
asks me that question showing them why they need to stay in their vehicle. I have literally saved lives.

### Plaintiff's Paragraph III.B.1:

1. Money Damages Are Inadequate.

Money damages are inadequate because: (1) Plaintiff, which is a not-for-profit
corporation, will not be able to continue existing as a business or prosecuting this case without
injunctive relief; (2) damages are difficult to quantify; (3) the ancillary damages—such as the
possibility of lost life—cannot be remedies by damages; and (4) Defendants will not be able
to pay an award of damages.

a) Plaintiff Will Not Be Able to Continue Absent Injunctive
Relief.
Plaintiff is a not-for-profit corporation that will not be able to continue to or prosecute
this lawsuit without injunctive relief. See Roland Machinery Co. v. Dresser Industries, 749
F.2d 380, 386 (7th Cir. 1984) (holding that monetary relief is inadequate when "[t]he damage
award may come too late to save the plaintiff's business" or "plaintiff may not be able to
finance his lawsuit against the defendant"). As set forth in the Declaration attached as

### Havel's Response:

**Re: (3) the ancillary damages—such as the possibility of lost life—cannot be remedies by
damages;**

Mark King and Sarah King must be desperate to try to stop this Lawsuit from proceeding by measures



like this. They obviously don't want the Discovery Process to proceed. I imagine they know they will be asked certain questions under oath and given the many lies they have told could get caught often and even reveal things that challenge their entire house of cards.

**So I guess I have to once again reiterate that if there is any concern for "the possibility of lost life" because of anyone talking about Heaven's Gate, Mark King and Sarah King should be at the top of the list because in the eyes of the world they are the most visible representatives of Heaven's Gate as the website webmasters who deal with media groups and field all sorts of questions and comments.**

What evidence is there that anything Havel has said or done over 20 years in regards to TI and DO and Heaven's Gate "could lead to the loss of life?" This is such a irresponsible thing to even say like I have pointed out thoroughly in my Response in the Introduction to this Response. Here are the other areas in which I have shown all the actions I have taken to help people not think Suicide will solve anything for them and how they need their vehicles to learn lessons through. I suggest people reads or rereads both my Introduction and this section re: Suicide: **III. Havel's Response to Plaintiffs' Paragraph 2:**

In fact Mark and Sarah King, because they never seem to explain to people why suicide is not an answer are for some keeping that door open I imagine. I spend a great deal of time with everyone that asks me that question showing them why they need to stay in their vehicle. I have literally saved lives.

*******

## Plaintiffs Paragraph Exhibit 1 (1-4):

Exhibit 1:

1. Plaintiff is a not-for-profit corporation. [King Declaration, Exh. A, at ¶¶ 8, 54]

2. The revenue generated through Plaintiff's operations is de minimis. Plaintiff has been able to maintain its existence because its Plaintiff's directors have contributed funds so that Plaintiff can pay the de minimis expenses associated with Plaintiff's operations. [King Declaration, Exh. A, at ¶ 52]

3. The legal expenses associated with Plaintiff pursuing its claims against Defendants are not considered typical operating expenses. Plaintiff's legal expenses have already greatly exceeded Plaintiff's business operations. The cost of filing this action ($402) has exceeded the amount of annual income that Plaintiff earned in 2021. The cost of serving Defendants, one of whom evaded service (Mr. Bartel), was significant. [See Doc. 31-1 at 2-7 (total of $1,955.45 in attempting to serve Mr. Bartel)] [King Declaration, Exh. A, at ¶ 53]

4. The expenses that Plaintiff has incurred in connection with its important and necessary legal action of Defendants are not sustainable for Plaintiff, which is a not-for-profit and does not generate a stream of revenue. Moreover, because legal action is necessary to preserve and protect Plaintiff's rights, the failure to enter injunctive relief could have the ultimate effect of Plaintiff losing its intellectual property rights. [King Declaration, Exh. A, at ¶ 54]

Moreover, as set forth in greater detail in Section III(B)(1)(d), at the end of trial, Plaintiff will not be able to recover damages from Defendants, who have avowed to the Court that they are indigent.

## Havel's Response:

In Point 4, Plaintiffs are totally wrong. **They never had to sue anyone. They never exclusively owned**

(32)

**Intellectual Property Rights.** They were gifted all the Property the eventually obtained through the courts. DO did not copyright any of his and his Crews audios, videos (not formally) and writings (not formally). **DO was thoroughly involved in all operations of the Group. He can be heard talking about copyrights and chose to use Common Law Copyrights on his Book**, what Plaintiffs have referred to as Literary Work.

It is very clear that DO never intended that there had to be just one centralized structure for their Intellectual Property or they would have organized that before they exited this world in 1997. This is what Mark King and Sarah King claim to have, an Exclusive Structure which is what they are now struggling to uphold and it's falling apart because it was never meant to be.

Re: Plaintiffs saying, "... the failure to enter injunctive relief could have the ultimate effect of Plaintiff losing its intellectual property rights." - How would injunctive relief – removing from Defendants all the Intellectual Property that was gifted to them by DO and Crew, to include from Rkkody and Jhnody, going to preserve what Mark and Sarah King consider to be their Intellectual Property rights? If they have the property they can continue to have the property and the rights to use it as they see fit since the only stipulation of how to use His and TI's and Crews IP was said in the Common Law Copyright they used for their Book aka Literary Work which said the Book could be Copied in full or in part as long as nothing is changed or added to and not done for commercial purposes. DO wasn't against recouping funds to pay for the printing costs, etc. and the ability to store and ship materials, so that doesn't impede having some type of charge on methods of receiving materials.

Part of what Defendants want is some type of a repository that is free and open to the public online and potentially in brick and mortar locations wherever someone wants to start one, even museums where people can learn about what all TI and DO taught over their 24 years incarnate.

**It's good that Plaintiffs realized that Defendants have a strong defense against their legal attack of us, to the degree that Plaintiffs can be shown to have fraudulently obtained Intellectual Property Rights in the first place and were even ordered by a judge to share that Intellectual Property with former Members of which Havel and Bartel and Jhnody (Francisco Falcon) and others are.**

It's true Mark King and Sarah King would have their ego's deflated by not being the king pins of Heaven's Gate but if they really believe in TI and DO they would welcome sharing all Their Intellectual Property they have possession of instead of hiding it away with the idea that it will remain for 200 or so years when there are people right now who want to know what TI and DO taught beyond the very limited and highly erroneous information the main stream media broadcasts day and night that so many gullible people then believe hook line and sinker.

## Plaintiffs Paragraph b re: actual damages
b) Actual Damages Are Difficult to Quantify, Especially Because Defendants Have Thwarted Plaintiff's Ability to Control the Distribution of Its Copyrighted Works.

Upon prevailing in its copyright action against Defendants, Plaintiff has the choice of recovering either actual damages or statutory damages. 17 U.S.C. § 504; 17 U.S.C. § 504(c) (providing that the "copyright owner may elect" its remedy "at any time before final judgment is rendered"). A calculation of Plaintiff's actual damages will be difficult to calculate in this situation.

Plaintiff, cognizant of the powerful nature of the protected materials, has neither widely distributed the protected materials nor sold the protected materials for profit. See, e.g.,

Defendant Bartel's Answer, Doc. 10, at 14, ¶ 31 ("Defendant admits to being grateful to Defendant Havel for providing the audio tapes produced by the Group that have been suppressed for over twenty years by the Plaintiff[]."). As such, it would be difficult to establish with reasonable certainty the amount of actual damages/lost profits that Plaintiff would have had if Plaintiff charged consumers for its protected materials.

Additionally, Defendants have distributed and made available Plaintiff's protected materials to various recipients, each of whom may have redistributed those materials. Defendants' distribution of the protected materials has frustrated Plaintiff's rights to control the distribution of its protected materials, and Defendants' actions have also necessarily diluted the market value of the materials in an unknown amount by making the materials available to anyone with access to the internet.

The irreparable harm in this case is similar to that in Fitzgerald v. Murray, which held that the plaintiff suffered irreparable harm because the plaintiff's "right to control the distribution of its copyrighted materials" was denied by the defendant, who made repeated attempts to widely disseminate [the] infringing book and ha[d] encouraged others to share the book." No. 121CV01822TWPTAB, 2021 WL 7502265, at *4 (S.D. Ind. Oct. 20, 2021), reconsideration denied, No. 121CV01822TWPTAB, 2021 WL 5754846 (S.D. Ind. Dec. 3, 2021). Defendants have opened Pandora's box by distributing Plaintiff's protected materials and encouraging others to redistribute those materials. [King Declaration, Exh. A, at ¶¶ 10-51]

### Plaintiffs Paragraph c possibility of loss of life

c) The Possibility of Loss of Life Is Irreparable.
A final monetary judgment is not able to rectify the loss of life, a result which could reoccur if Defendants continue to distribute the Heaven's Gate materials.
In Whitaker By Whitaker v. Kenosha Unified Sch. Dist. No. 1 Bd. of Educ., the court held that the plaintiff's desire to commit suicide because of the defendant's policy was a prospective harm cannot "be compensated by monetary damages" and that there was not "an adequate remedy for preventable 'life-long diminished well-being and life functioning.'" 858

### Havel's Response:

This thinking that there is more of a chance for the possibility for the loss of life because of more people having access to the Heaven's Gate Information is irrational thinking, fear mongering and without any evidence of truth. Since the year 2000 the Heaven's Gate story has been broadcast perhaps more than any other story in modern history. Probably every day someone writes an article or does a podcast or makes a video or produces a documentary or writes a song or names a funeral parlor or band or religious group or even puts in an obituary the words, Heavens Gate. There may not be anyone who hasn't heard about the story in some way, shape or form. Over 20 years of my writing and talking and providing interviews to most every major media house,

I can count on one hand how many people told me they were ready to graduate into the Next Level Above Human and felt that meant killing themselves to which each time I told them, if they really thought they were where those members were in their spiritual development then why not do the work they did to see some of where they were at. I would tell them to study what TI and DO taught and see if they agree with everything they taught. That meant reading the Heaven's Gate book, even several times and watching the Beyond Human Video tape series even several times and listening to as many audio tapes as we had at that time, which was because of Mark King and Sarah King only the ones that Rkkody had provided us that he retrieved from Storage on March 26, 1997 that to Mark and Sarah's objection he copied and digitized and sent to libraries freely because he knew that was TI and DO and

(34)

Crews intention. Anyone that really has some of TI and DO's Mind knows and even feels to their core that they want to share that information they learn from studying their materials with others because frankly their Minds were from out of this world, no doubt and in ways some might not even recognize because of how Beyond Human they were/are. I can recall at least two or three of these people thanking me even months later.

It's ironic that I would do livestream after livestream and write blog post after blog post expressing all the things I could recall and still find from the Information TI and DO left behind about what there was left to do for those who remained after their exit and Crlody, for one, aka co-defendant Jason Bartel was my biggest critic and actually though I feel he was off in some things he would bring up to me, he did face me with things DO said that I was kind of avoiding, be it consciously or subconsciously. But when I examined the things DO said and put them in context of the times and how they might apply to now, I realized that TI, DO and Crew really did have "A Position Against Suicide" though that's a little hard to wrap one's head around unless someone opens their Mind to how that makes complete sense with all TI and DO taught.

I could make this into a book and I may just do that because DO outlined that there were three types of people in this world who would go with him when he and his crew left this earth's atmosphere, which by the way I don't believe that has occurred yet because otherwise we wouldn't still be talking about this. The first type were those Students who were with him. And remember that Rio (Neody) was there until about two weeks before their exit time in 1997. DO said those with him were those who recognized their Older Member from the Next Level Above Human and had come to know that they were Souls inside their vehicles and had shown DO that they really believed and proved it by all the ways they had to change their behaviors and ways or DO would ask them to leave or challenge them into recognizing they weren't quite ready to stay in the Class. I believe that happened to both myself and Crlody (Bartel) by each being faced with the overcoming of aspects of our behaviors and ways that we didn't seem to want to get help with or hadn't grown to recognize enough to try to conquer then. For me it was that I was a little too pleased with myself and I liked to be seen as something special and I had a sarcasm streak with some people and I grew behind in keeping certain thoughts out of my head which goes with being too pleased with myself.

The Second type of person was someone who recognized TI and DO as their Older Members but still had certain weaknesses. I guess I fall into that category now. We all have weaknesses so it's nothing new. It's a choice what to work on and when and we can't really judge ourselves because we don't know what we are up against and whether the Next Level will judge that we've made headway in one department that became and exception to meet a certain degree of moving up in degrees of Next Level Membership.

The Third category are those who might have never even heard about TI and DO but who were separating from their worldliness in their own ways. DO didn't pretend to know who all might be in that category.

But in any of these cases, DO left behind help for each person to take their own next best step towards spiritual advancement that all the religions and atheism all can be good steps to take and even outgrow because reality is beyond what they religions and/or atheists say.

TI and DO and Crew said many times that one doesn't need to die to go to the Next Level but they must change over their vehicle enough to receive a "final ingredient" to complete the metamorphosis of this body into a Next Level Above Human body (vehicle).

But this is why it's very, very important to take full advantage of every moment we have in these

35

vehicles as there is a ton to learn and why it's a waste of time to think all we need to do is believe in some savior and die to go to heaven. Thus belief alone is not enough by far. So even belief in TI and DO guarantees nothing and when we each leave these vehicles then the Next Level will judge our Spirit to determine if we grew and would continue to grow or not and if not them perhaps would be recycled.

## Plaintiffs Paragraph F.3d re: loss of life concern:

F.3d 1034, 1046 (7th Cir. 2017).
Similar to the policy at issue in Whitaker, Defendants' ongoing unlawful actions in this case could result in the loss of life.[2]

Following the mass suicide of 39 Heaven's Gate members, history repeated itself, and four others took their own life in a similar manner and/or because of the Heaven's Gate teachings. The protected materials that are at issue in this case are powerful and have already resulted it in the loss of life, and Defendants' unlawful distribution of materials at issue could result in more loss of life, which is priceless and cannot be redressed by money damages.

d) Money Damages Are Unobtainable from Defendants Who Have Avowed to Lack Assets. An award of money damages does not remedy harm when damages are unobtainable. The Seventh Circuit has explained that the unobtainability of damages depends "on two factors —the appellees' resources and the potential magnitude of eventual damages." Signode Corp.

[2] - In Whitaker, an expert report addressed the plaintiff's suicidal ideations. Here, history confirms that the materials could lead to suicide, as evidenced by nearly all of Heaven's Gate members committing mass suicide based on the message of Heaven's Gate.

## Havel's Response:

1. re: Plaintiffs' writing: "Similar to the policy at issue in Whitaker, Defendants' ongoing unlawful actions in this case could result in the loss of life" (Plaintiffs' footnote to this sentence: "In Whitaker, an expert report addressed the plaintiff's suicidal ideations. Here, history confirms that the materials could lead to suicide, as evidenced by nearly all of Heaven's Gate members committing mass suicide based on the message of Heaven's Gate.)"

If what Plaintiffs are claiming here had real substance then logic would follow that they by maintaining the Heavensgate.com website when lots of people would go to it, as Mark King has said thousands have, "could result in the loss of life". Thus the Judge might want to consider an injunction against Mark King and Sarah Kings provision of the Heavensgate.com website.

The so called unlawful actions were as stated by Plaintiffs playing of some audio tapes on my youtube channel. None of the content of any of the audio tapes I've played said anything about committing suicide. Also they have stated that I have read from the Literary Work. The Literary Work is what is published on the Heavensgate.com website and the text of their Book that is most of the content of the website is offered for free download as a zip file of it's text that anyone can download and print out and read aloud as I did for free which would constitute Fair Use if done for free as I have always done.

Furthermore Plaintiffs never revealed which of the 1061 audio tapes of which I only possess about 930 were copyrighted as their copyright only claims to contain "486 deposits".

Furthermore, I have a great deal of evidence from Court cases Plaintiffs' were involved with in 1997-1999 that shows Plaintiffs copyrights and trademarks were fraudulently obtained.

Futhermore, One court order we are seeking to get the official document for was remembered to have

36

stated in the Judges decision that the Intellectual Property (whatever that was defined as) was to be "shared with former members" of which I am one that can be easily proven and that Crlody, Jason Bartel was also and that Jhnody was also and that Rkkody was also (but Rkkody is deceased). Thus we have the right to those materials via court order the same as Mark King and Sarah King have.

2. re: Plaintiffs' writing: "Following the mass suicide of 39 Heaven's Gate members, history repeated itself, and four others took their own life in a similar manner and/or because of the Heaven's Gate teachings. The protected materials that are at issue in this case are powerful and have already resulted it in the loss of life, and Defendants' unlawful distribution of materials at issue could result in more loss of life, which is priceless and cannot be redressed by money damages."

The Four who are being referred to here were:

- Jstody (Wayne Cook) who exited by his own hand in 1997 with Rkkody on Rkkody's first attempt to leave. He joined in 1975 or 1976 (not sure) but left some years later and then rejoined in 1993 as I recall from being there then. He left again sometime later and I worked with him in 1996 in Las Vegas painting houses. He was the person who invited me to be on 60 Minutes with him and his vehicles daughter Kelly. On that broadcast he expressed wishing he'd left with them. Then he did.

- Rkkody (Charles or Chuck Humphreys aka Rick Edwards) who self exited in February of 1998 (after a failed attempted some months earlier) who joined in 1975 from San Francisco where I met him and would come and go from the group many times because he felt cooped up in the Group but always loved his Older Members so when they left and he was out of the group at that time he wanted to leave as they did.

- Gbbody who had joined the group in 1994 during public meetings around the country and left and then wanted to rejoin but couldn't find them.

-Oscody who had first joined in 1975 but left the group and wanted to rejoin for over 18 years thereafter who finally found the group but who DO required to live in a half way situation rather than include him in the house in which they all lived. He self exited in 2000.

In all four of these cases, they had been in the Group with TI and DO initially, except for Gbbody who was only with DO.

Since then there is no information that anyone ever self exited because of TI and DO's Information. This idea that the information on it's own was the reason all of these layed down their human vehicles is a figment of the imagination and unwarranted fear, an unjustifiable opinion, a fabrication by people who think they are know it alls on the subject but have nothing to base it on but that lawyers like those employed by Mark King and Sarah King searched down so they could include it in this irrational premise that on the surface can justify their using words they then link to what might happen.

I guarantee that if one looks at statistics surrounding suicide there are far more who commit suicide because of having lost a good job or because they were at war and saw and acted in horrible ways towards other human beings and were haunted by it or did so to enact vengeance or revenge on someone else or because they were deeply depressed or felt hopeless in this life or because they had been very abused in sexual ways or were on all kinds of medications that even made them manic.

The story of Heaven's Gate has been so highlighted by a media who loves sensationalism and doesn't hesitate to build a story from bits and pieces to tell the story the way they want to tell it to satisfy their producers and brainwash the public to look at what they don't understand and think they understand it.

And that's exactly what Mark King and Sarah King have now stooped to and/or had their lawyers stoop to, lawyers that simply want to make money and/or somehow actually believe in their clients irrational cause or some combination thereof.

37

So Plaintiffs holding onto the Audio tapes for 25 years, while lying that they wanted to share them with the world (which we have on record to show) was made up. Cathy Weaver and I, met with Mark King and Sarah King in their old lawyers office in Phoenix in November of 2021 because Cathy Weaver had communicated with them via mostly emails to arrange a meeting so we could hopefully reach a settlement of use of the materials. In that settlement documentation Cathy Weaver included in an Exhibit in her Status Report filed several months ago, it states that Plaintiffs' fully intended to post all the digitized audio tapes on Vimeo. The Plaintiffs' also stated on one of my livestreams on Youtube.com channel: 3spm that I also have on record for the court, the same idea that they planned to post all the audio tapes on Vimeo by March 25, 2022, the 25th anniversary of the Heaven's Gate Groups Exit. But they said that was contingent on Sawyer (Havel) and Carlan (Crlody, Bartel) giving them all our audio tapes. It was funny how they have been making excuses for 25 years as to why they weren't disseminating those audio tapes. It's like they want to hide their content though that's not trusting TI and DO whom they say they love and I've heard many of those audio tapes and if anything they show that DO was not requiring anyone to even think they were making the right decision to stay and lay down their vehicles lives or leave the Class if they didn't feel right about laying down their vehicles life. DO did not want anyone there with him unless they proved to him over years that they were there of their own free will.

Their choices had nothing to do with the material. It had everything to do with the relationship each student had formed with DO. And that relationship was not trivial. One can ask Mark King and Sarah King how particular both TI and DO were about who could remain their student. Many were sent out of the class over many years. Some were paid to leave because they had become too comfortable in that nice communal lifestyle so that they weren't working hard enough on adopting the many behaviors and ways that would find them compatible with other Members of the Next Level on their spacecrafts in the literal heavens.

3. re: Plaintiffs' writing: "Defendants' unlawful distribution of materials at issue could result in more loss of life, which is priceless and cannot be redressed by money damages."

Talk about shooting in the dark for reasons to distract the Court from the issues at hand. As I have already gone into great detail about, this claim that loss of life could result from so called unlawful distribution of materials at issue is rather stupid. Does that mean if I were distributing Heaven's Gate Materials so called lawfully that there could be less or no loss of life as a result?

Do Mark and Sarah King have a magic ability to know who to distribute materials to and who not to. If so how do they filter out those who come to their website to see what DO and Crew wrote there. Do people have to sign in and prove their age? Maybe that wouldn't be a bad idea as the last thing I do is ever really talk to children about this, though at what age is someone really still a child. In law, someone who is 18 can join the military and go to war to even kill others in foreign lands or can father or mother a child and raise it. On purpose I am selective of who I talk to and what I say. On my livestream I can't be selective but I always say at some point that I am against suicide and I have that stated in the description of my livestreams for years. Some may not hear it because I often would talk for 3-5 hours at a shot and this was well before I met Cathy Weaver.

## Plaintiffs Paragraph 2 re: Harm
2. The Harm Cannot Be Fully Rectified After Trial Because Defendants' Ongoing Distributions of the Protected Materials Intend to Continue Distributing the Protected Materials.

Defendants' misconduct at issue in this matter is irreparable and, as Defendants have admitted, has been intended to be irreparable. See Sections II(C), (G)-(H) (identifying Defendants' multiple representations that confirm that Defendants seek to reveal and

disseminate Plaintiff's protected materials and have others circulate the materials).

Even if monetary damages could be recovered from Defendants, monetary damages will not cure Plaintiff being stripped of its ability to control the materials at issue. Defendants have distributed the materials to others whom Defendants have encouraged to re-distribute materials, rendering weaker Plaintiff's ability to re-gain control over the materials.

Plaintiff will not secure adequate relief absent the Court entering an Order that obligates Defendants to remove its publications/circulation of the materials, prohibits Defendants from further dissemination of the materials, and forces the return of the materials. Even then, however, Plaintiff will need to remain hawkish to (1) prevent others from redistributing the materials that Defendants have published to the world, and (2) enforce its rights against those third parties, and Defendants if they violate the Court Order, which Defendants have stated that they will not respect. See Sections II(C), (H).

## Havel's Response:

I have never said that I will not respect a Court Order to not disseminate certain materials on certain platforms. What I have said was that I will not stop talking about what I know about the teachings of TI and DO, the truth about them because that is my personal experience.

Yes I'm aware that some are providing materials but I am not automatically the source of their having those materials. I don't know who is. Rkkody had been sharing his CD's for over a year before he left his vehicle. Rkkody's Daughter inherited materials, probably audio tapes Rkkody got from Storage that DO wanted him and the world to have access to.

Crlody (Bartel) has said that he sent people materials. I have sent people materials I got from Rkkody via CD's in 1997 and 1998.

-Who knows who DO and Crew sent what to. We know DO and Crew sent batches of their Intellectual Property to Flxody and Ablody, Rkkody, Oscody, Neody (Rio D'Angelo), Jhnody, Mrcody (Mark King) and Srfody (Sarah King), news organizations like the BBC and CNN.

-Re: Plaintiffs' stating that, "Defendants' misconduct at issue in this matter is irreparable and, as Defendants have admitted, has been intended to be irreparable."

I have not admitted to any misconduct or having any intention to anything being irreparable.

I don't know what if any materials I have acted unlawfully about as Plaintiff never told me which audio of 1061 were copyrighted and didn't even tell me they had a copyright until May 18th 2022 when this lawsuit was filed and I ceased playing audio tapes I had been gifted by Rkkody and/or Jhnody in case I was in breach of copyrights and/or trademarks.

Re: Plaintiffs' writing that my actions to share TI and DO's property is: " rendering weaker Plaintiff's ability to re-gain control over the materials". Who gave Mark King and Sarah King the task of "gaining control over the materials?" Even the court's consent decrees Plaintiffs received didn't provide that order. Why do they need control? Even if they want to sell them, which one court ordered them not to do with certain of the materials they were sold in a settlement, Plaintiffs have said this wasn't about money which any of my actions weren't about either so why aren't we working independantly instead of their dictating and acting like the overseers of all the dissemination Project that they are refusing to do for over 25 years to the extent DO hoped they would do.

Re: Plaintiffs writing: "Plaintiff will not secure adequate relief absent the Court entering an Order that obligates Defendants to remove its publications/circulation of the materials, prohibits Defendants from



further dissemination of the materials, and forces the return of the materials"

Why is Plaintiffs receiving some perceived, imagined "adequate relief' based on anything I do or don't have posted or am disseminating or have in my possession? By gifts, I own the same materials except for the 100+ audio tapes they are still hording/hiding? If the court required all they ask against me how is that going to give them any "relief"?

## Plaintiffs Paragraph C:

C. There Is No Adequate Remedy at Law.
"Prior cases in this circuit indicate that the irreparable harm and no adequate remedy at law inquiries are intertwined." Lineback v. Frye Elec., Inc., 539 F. Supp. 2d 1111, 1121 (S.D. Ind. 2008).

As explained above, in Sections II(C), (H) and III(B)(1)(d), there is no adequate remedy at law because Defendants will not be able to satisfy an award of monetary damages and Defendants will continue to engage in unlawful actions.

This situation is similar to Fitzgerald v. Murray, in which the court found irreparable harm and an inadequate remedy at law when there was a "likelihood that [defendant] w[ould] continue infringing [plaintiff]'s copyright and that it will not be able to obtain money damages." 121CV01822TWPTAB, 2021 WL 7502265, at *5 (S.D. Ind. Oct. 20, 2021). Defendants, as set forth in Section II(C) and Section II(H), have avowed to continue infringing Plaintiff's copyrights and have a goal of having Plaintiff's protected materials redistributed.

Further, as set forth in Section III(B)(1)(d), Plaintiff will not be able to recover monetary damages from Defendants.

Moreover, Plaintiff will continue to suffer from Defendants' ongoing misconduct that will not be curtailed unless there is a Court Order. Defendants will continue to distribute Plaintiff's protected materials, which has resulted in irreparable harm because it has eliminated Plaintiff's ability to control the distribution of the materials and has the potential of further irreparable harm in the form of the loss of life, as has happened in the past. See Whitaker By Whitaker, 858 F.3d 1034, 1046 ("While the [defendant] focuses the majority of its arguments on why [plaintiff]'s harm is not irreparable, it also argues that any harm he has allegedly suffered can be remedied by monetary damages. We are not convinced. While monetary damages are used to compensate plaintiffs in tort actions, in those situations the damages relate to a past event, where the harm was inflicted on the plaintiff through negligence or something comparable. But this case is not the typical tort action, as [plaintiff] has alleged prospective harm."). Plaintiff's prospective harm cannot be remedied by monetary damages that will be unrecoverable.

Injunctive relief is necessary because the future harms that will arise from Defendants' avowals to continue circulating Plaintiff's copyrighted materials cannot be compensated by damages.

## Havel's Response:

Where Plaintiffs write: "...have avowed to continue infringing Plaintiff's copyrights and have a goal of having Plaintiff's protected materials redistributed.". I have never avowed to infringe on anything as I am not infringing on anything as Plaintiffs never provided me with a list of which audio tapes they have copyrighted and whether their copyrights and trademarks have any validity remains to be seen in Discovery.

Since the lawsuit started in case I was really infringing on copyrights and trademarks which I now



know is highly unlikely, I stopped playing audio tapes and stopped reading from the Literary Work. However, none of that is admitting to any infringement at all as Plaintiffs have tried to skew the Courts opinion about.

## Plaintiffs Paragraph D:

D. Defendants Will Not Be Harmed by the Court Entering a Preliminary Injunction.

Defendants will not be harmed by the Court enjoining Defendants' unlawful practices because it is not lawful for Defendants to infringe on the rights of others. See YOURNETDATING, LLC v. Mitchell, 88 F. Supp. 2d 870, 872 (N.D. Ill. 2000) ("Mitchell and Webscapades will suffer no legitimate harm of which they can complain if the TRO is granted because they have no honest business hacking YourNetDating's system and diverting its customers to Sexetera.").

Even if Defendants were injured by an Order preventing Defendants from engaging in unlawful actions, such an injury would be the result of Defendants' wrongdoing. Novartis Consumer Health, Inc. v. Johnson & Johnson-Merck Consumer Pharm., 290 F.3d 578, 596 (3d Cir. 2002) ("[T]he injury a defendant might suffer if an injunction were imposed may be discounted by the fact that the defendant brought that injury upon itself.").

## Havel's Response:

Wrong. I will be harmed by a preliminary Injunction but it what degree of harm would be based on what degree of injunction the Court orders against me. If the Court granted all that these Plaintiffs want that will be very harmful. I can still sell T shirts with images on them that are not called into question by Plaintiffs copyrights and trademarks. I can still sell my book that I wrote that doesn't infringe on any of Plaintiffs copyrights or trademarks. I still own the material I was gifted. The Court would be stealing what I legitimately have proof I own and owned it before Plaintiffs received any Consent Decrees that were supposed to include sharing Intellectual Property with me as a former member that I intend to prove in Discovery. Plus there is more ways I will be harmed that I don't yet realize but it depends on what the Court orders.

## Plaintiffs Paragraph E:

E. There Is a Strong Public Interest in Granting the Injunction.

The balance of harms works on a sliding scale such that "[t]he more likely the plaintiff is to win, the less heavily need the balance of harms weigh in his favor; the less likely he is to win, the more need it weigh in his favor." Valencia v. City of Springfield, 883 F.3d 959, 966 (7th Cir. 2018). Because Plaintiff is likely to prevail on its Copyright Claims, as the Court previously found, the balance of harms only needs to weigh slightly in the Foundation's favor. It is well established that "upholding copyright protections serves the public interest" and "that copyright and trademark law protects not only individual parties, but the public at large." Fitzgerald v. Murray, 121CV01822TWPTAB, 2021 WL 7502265, at *5 (S.D. Ind. Oct. 20, 2021) (quoting Silvertop Assocs. Inc. v. Kangaroo Mfg., Inc., 319 F. Supp. 3d 754, 770 (D.N.J. 2018)). Article I, Section 8, Clause 8 of the Constitution evidences the deeply rooted public policy to protect copyrights and intellectual property rights.

There is no interest that cuts in favor of Defendants. The law has made it unlawful to infringe upon the rights of others, as Defendants have done and continue to do without any regard for the law, and the Constitution provides rights to protect the owner of a copyright. Defendants have no intention of stopping, no matter the consequence, and it is proper for the

Court to bring order to the chaos that Defendants have caused.

## Havel's Response:

re: Plaintiffs saying, "Because Plaintiff is likely to prevail on its Copyright Claims, as the Court previously found, the balance of harms only needs to weigh slightly in the Foundation's favor"

Where is the evidence that "the Court previously found, the balance of harms only needs to weigh slightly in the Foundation's favor"

How come I can't find this Court order on Pacer. Is it in one of the missing documents you cited in this motion? Was that legal to get a court order Defendants were not included in? How could the court enter an order for a temporary restraining order against defendants and a preliminary Injunction before the Defendants even filed their Answer to the Plaintiffs Complaint or before all the Defendants were even served?

I thought we lived in a society that had still had freedom of speech and Fair Use regardless of whether it was for copyrighted materials. We have not done anything for profit.

## Plaintiffs Paragraph IV – Future Injunctive Relief will be Sought:

IV. FUTURE INJUNCTIVE RELIEF WILL BE SOUGHT AGAINST MS.
WEAVER ONCE THE BANKRUPTCY STAY HAS BEEN LIFTED.
This Motion seeks injunctive relief against Mr. Havel and Mr. Bartel only because Ms.
Weaver petitioned for bankruptcy on October 27, 2022. Despite Ms. Weaver's failure to file in this action a Notice of Bankruptcy, there is nevertheless an automatic stay with respect to Plaintiff's Claims against Ms. Weaver in this proceeding. See 11 U.S.C. § 362.
Plaintiff will either (1) seek to lift the stay so that Plaintiff can proceed against Ms.
Weaver in this action, or (2) Plaintiff will bring an adversary proceeding against Ms. Weaver, which will ask for injunctive relief. The Bankruptcy Trustee told Plaintiff's counsel that the Trustee will not oppose a Motion to Lift the Stay.

## Havel's Response:

I testify on behalf of Ms. Weaver that nothing she did re: her bankruptcy had anything to do with this lawsuit whatsoever. Plaintiffs are making something out of it that does not exist.

## Plaintiffs Paragraph Request for Trial:

V. REQUEST FOR TRIAL ON THE MERITS IF THERE IS A HEARING.
If the Court would benefit from having a hearing on this Motion, Plaintiff requests that the Court advance the trial on the merits, as authorized by Fed. R. Civ. P. 65(a)(2) and consolidate it with a hearing. In this case, given the overwhelming evidence of Defendants' misconduct, lengthy discovery is not necessary.

## Havel's Response:

Discovery is absolutely necessary for my complete defense and that's why Plaintiffs are working so hard to distract the court from going through it because they don't want to provide the records I will be asking for and don't want to answer under oath the questions I plan to ask. I expect Plaintiffs will try to delay the provision of what I ask for and will try to use any tactic to avoid because what the receipt of those court documents will do is end their case against me and will result in a counterclaim they fear but this is all coming to pass because of their action.

## Plaintiffs Paragraph Conclusion:

42

VI. CONCLUSION.

Plaintiff respectfully requests that the Court enter an Order that: (1) prohibits Mr. Havel and Mr. Bartel from infringing upon Plaintiff's copyrights, (2) requires Mr. Havel and Mr. Bartel to deliver copyrighted materials to Plaintiff's counsel, and (3) requires Mr. Havel and Mr. Bartel and/or various online platforms to take down certain accounts and webpages that contain Plaintiff's copyrighted materials. Because the removal of such materials could result in the spoliation of evidence, Plaintiff requests the Court Order Defendants to back-up onto an external drive their computers, smartphones, and online accounts on which Defendants have uploaded materials, and to lodge those materials with the Court, under seal.

A proposed form of Order is being submitted herewith.

RESPECTFULLY SUBMITTED this 23rd day of January 2023.

/s/ Isaac S. Crum

MESSNER REEVES LLP

Isaac S. Crum (AZ Bar #026510) (Pro Hac Vice) icrum@messner.com

Daniel L. Marks (AZ Bar #034141) (Pro Hac Vice) dmarks@messner.com

7250 N. 16th Street, Suite 410 Phoenix, Arizona 85020

Telephone: (602) 641-6705 Facsimile: (303) 623-0552

## Havel's Responses:

Here are my responses to Plaintiff requests that the Court enter an Order that:

### (1) prohibits Mr. Havel and Mr. Bartel from infringing upon Plaintiff's copyrights,

I haven't been proven to have infringed on any Copyrights or Trademarks. That's what this entire case is about and the facts are that I legitimately was gifted with Heaven's Gate Intellectual Property(HG IP) by Rkkody and by Jhnody who legitimately possessed and still possess in the case of Jhnody HG IP.

Plus I was never informed which audio tapes were copyrighted. All the copyright states is that 486 Audios were in the Deposit. We know from Mark Kings mouth that I can prove that he has 1061. Jhnody was gifted with 930 from Mark King and Sarah King. Mark King has acknowledged that Rkkody and Oscody retrieved 486 audio tapes from Storage on March 26, 1997. I have proof that Rkkody sent me CD's with 218 digitized audio tapes. I have proof that Rio sent me Audio tapes as well. I have proof that Mark King and Sarah King sent me two cases of Literary Work – Books and a set of Beyond Human Video Tapes. I have many more items of proof I have already submitted to the Court but I don't know why none of that proof seems to matter as I'm told in this document that the Court already decided that it was likely that Plaintiffs would win.

I ask the court to totally ignore any motions for Preliminary Injunctions of any kind and allow myself to enter into an adaquate period of time for Discovery and require the Plaintiffs to provide the documents from the court cases and other documents I request of them.

### (2) requires Mr. Havel and Mr. Bartel to deliver copyrighted materials to Plaintiff's counsel, and

I request of the Court that Plaintiffs requirement be denied in full. I have been honest and forthright in listing all the materials I have that are in any way included in what Plaintiffs say are copyrighted materials.

I intend to show the court ample evidence that the copyrights and trademarks obtained by Plaintiff were obtained fraudulently because they don't have any documents that show that DO and Crew transferred their creations to them and they don't have any documents that show that DO and Crew hired them to create any of the Audio Works, Video Works, Literary Works, Visual Art Works.

43

I do have evidence that the creators of all these works wanted them to have a Common Law Copyright. I also have evidence that the CBE and 13 other illustrations were copyrighted by Olliver Odinwood in 1982 which makes that copyright good for 70 years and that Mark King and Sarah King knew that he in the name Ollody, legal name Cabot Van Sinderen was the author of all those illustrations to include the C.B.E. Lithographic Print Plaintiffs then fraudulently copyrighted and didn't even do so claiming a work for hire.

(3) requires Mr. Havel and Mr. Bartel and/or various online platforms to take down certain accounts and webpages that contain Plaintiff's copyrighted materials. Because the removal of such materials could result in the spoliation of evidence, Plaintiff requests the Court Order Defendants to back-up onto an external drive their computers, smartphones, and online accounts on which Defendants have uploaded materials, and to lodge those materials with the Court, under seal.
I ask the court to deny all of these requests. Since the lawsuit filed on May 18, 2022, to show respect for the Court and in case I was infringing on copyrights I didn't know about, I ceased playing any audio tapes and I removed the livestreams where I had played audio tapes. I also at that time removed all video's that showed either of the two trademarked images, the CBE Image and what has been called the Heavensgate logo image, the picture with the keyhole and saturns rings in the background. By the way Saturns Rings I believe was one of the images Olliver Odinwood copyrighted in 1982 that Mark King and Sarah King have not acknowledged.

There is no spoliation of evidence as I already admit I have the materials Plaintiffs claim belong to them. This is a battle of who has the copyright. We know from rulings by Judge Lisa Guy Schall that Plaintiffs in their case that she presided over, said Plaintiffs then listed as Petitioners showed no documentation that gave them the Property Rights to declare rights over any of the HG IP. (See Exhibit 2 - Case PN022228 – Statement of Decision 1999 by Judge Lisa Guy Schall)

If the court does order me to backup these devices I will do so but I do not have the funds to pay for doing so. If Plaintiffs send me the devices to use for the backups I will do so as I have nothing to hide and actually would like for the Court to have the materials. But I will not agree to delete any of what I have because I legitimately own these items.

If I had received mix tapes from the Beatles that were not copyrighted and I wasn't selling anything would I be required to give them to the Court because another fan was also sent the same mix tapes and they copyrighted them after all the Beatles had died? That is the kind of situation we are in right now and I can't figure out why Mark King and Sarah King think they have the right to order me around in this way when I've done nothing unlawful or immoral or unjust or unfair or against them and/or against their ability to do exactly as they want with the HG IP they received.

### Plaintiffs Paragraph Declaration...:
DECLARATION OF MARK KING IN SUPPORT OF
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

I, Mark King, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct. If called to testify in Court about these matters, I could and would competently testify to the following:

1. I am over the age of eighteen and am a resident of Maricopa County, Arizona.

2. I am the President and a director of The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation (the "Foundation" or "Plaintiff").



3. I have personal knowledge of the matters stated in this Declaration or have such knowledge as a result of reviewing Plaintiff's business records.

4. I have reviewed the Complaint (Docket No. 1) filed in connection with the above-captioned matter and state that I am aware of the factual averments made therein and the factual averments made therein are true and accurate. To the extent, if any that there are any inconsistencies between the Complaint and this declaration, this declaration should govern because it is based on information and documentation that has been learned and obtained, respectively, since the date the Complaint was filed.

### Havel's Response:

It seems as if Mark King has made this declaration in part to cover for changing his tune about a number of things in the Complaint.

I ask the Court to require Mark King to list the "inconsistencies" between the Complaint and this declaration.

How can Mark King say under oath that there might be inconsistencies that are based on information and documentation that has been learned and obtained respectively since the date the complaint was filed"?

He's basically saying there are inconsistencies or he's trying to cover for the statements in the Complaint that were erroneous. This seems to be an example of someone who was in the habit of lying and/or stretching the truth being found and perhaps not even knowing where that might have occurred so trying to pull the wool over the Courts eyes in these respects. It seems like a disclaimer that he seeks to not be held in contempt of court for lying when lies are surfaced by Defendants.

I believe Bartell found a few lies.

For instance in the Complaint filed by Foundation, Mark King and Sarah King they state:

"8. In 1994 the directors of the Foundation renewed a long-standing relationship with a group known as "Total Overcomers Anonymous", "TOA", or "Heaven's Gate" (the "Group"). Three years later, in 1997, all the physical property and intellectual property belonging to the Group (collectively the "Property") was transferred to representatives of the Foundation or was placed, to be obtained, from a storage locker in San Diego County."

Then in this motion for a preliminary injunction Plaintiffs Mark King and Sarah King state:

"II.    OVERVIEW OF DEFENDANTS' INTENTIONAL AND ONGOING INFRINGEMENT OF PLAINTIFF'S INTELLECTUAL PROPERTY.
A.    Plaintiff Is the Registered Owner of Copyrights and Trademarks of Heaven's Gate.
Throughout the 1980's and 1990's Heaven's Gate created a number of works, including the following:
☐    A series of audio tapes (the "Audio Works");
☐    Certain video works (the "Video Works");
☐ A literary work entitled "How and When Heaven's Gate' (the door to the physical kingdom level above human) may be entered: an anthology of our materials" (the "Literary Work"); and
☐    A visual work of "The C.B.E." (the "Visual Work")
[Doc. 1 (Complaint) at ¶¶ 8–25; Declaration of Mark King, attached hereto as Exhibit A, at



¶¶ 4-6, 9] Heaven's Gate also adopted and used trademarks in connection with its work (the "Trademarks"). [King Declaration, Exh. A, at ¶ 7]

Plaintiff, which is a not-for-profit organization, acquired the intellectual property rights related to these works and trademarks in or around 1999, following the passing of the 39 Heaven's Gate members and after a lengthy court battle. [King Declaration, Exh. A, at ¶ 8]

## Here is a rather large "inconstancy" statement in Mark Kings Declaration:

"Plaintiff, which is a not-for-profit organization, acquired the intellectual property rights related to these works and trademarks in or around 1999, following the passing of the 39 Heaven's Gate members and after a lengthy court battle. [King Declaration, Exh. A, at ¶ 8]

"in or around 1999" he "acquired the intellectual property rights related to these works and trademarks...AFTER a lengthy court battle.

Again from the Complaint:

"Three years later, in 1997, **all the physical property and intellectual property** belonging to the Group (collectively the "Property") was **transferred** to representatives of the Foundation or was placed, to be obtained, from a storage locker in San Diego County."

Okay, so all we are talking about is the physical property and intellectual property that wasn't put into storage because that portion was "transferred" to Mark King and Sarah King as the representatives of the Foundation.

What is the documentation for the Property that was "transferred"? Is that the same documentation Mark King and Sarah King used to obtain copyrights for the Audio Works, Video Works, Literary Works and the C.B.E. Lithographic Image. Is it just coincidence that in the **Transfer Clause** of the Copyright registration application they wrote: "pursuant to assignments"? These registrations for copyrights were all made in September and October of 1997 **before** Mark King and Sarah King received Consent Decrees for the contents of Storage.

**Thus this statement that intellectual property was transferred must refer to the Audio Works that Rkkody got from Storage since all the other audio tapes were still in storage until 1999. Thus the Consent Decrees do not apply to those 486 audio tapes and there is no documentation to support the official "transfer" of copy rights thus the copyrights of those items in particular are void and fraudulently obtained and these statements are perjury.**

And this may also apply to the Video Works and here is another part to this picture.

In the application for the registration of the C.B.E. Lithographic image that Plaintiffs are also basing most of their complaint about my use of, they not only didn't fill in the true owner of those images Olliver Odinwood created that I know I can prove Mark King and Sarah King both knew about they also said they transferred that ownership/copyright from TOA to Telah Foundation "pursuant to assignments" yet had no documentation at the time to show they had that assignment. **Plus in that registration they checked the box, "no" for the question:**

**"Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?" (see plaintiffs complaint Exhibit F)**

**(See Exhibit 1 - Olliver Odinwood Copyright Registration 11-18-1982 of 14 Illustrations for The Meeting)**



So Mark King and Sarah King have claimed in their Complaint that we three defendants have a Conspiracy to infringe on their copyrights when the whole time they have a conspiracy to defraud the copyright office and this federal court.

## Plaintiffs Paragraph 6:

6. Throughout the 1980's and 1990's Heaven's Gate created a number of
works, including the following:
a. A series of audio tapes (the "Audio Works");
b. Certain video works (the "Video Works");
c. A literary work entitled "How and When Heaven's Gate' (the door to the
physical kingdom level above human) may be entered: an anthology of
our materials" (the "Literary Work"); and
d. A visual work of "The C.B.E." (the "Visual Work").

## Havel's Response:

Plaintiffs' write: "Throughout the 1980's and 1990's Heaven's Gate created a number of works, including the following:"

Who are Heaven's Gate defined as in this document and/or Motion? We all know that TI, DO and Crew are the only ones who "created" all of the listed "works". Are Mark King and Sarah King trying to slip in themselves to being included as part of Heaven's Gate? Well, unfortunately they have been evidenced to think of themselves as defined as Heaven's Gate because they have been answering the website for so long. But now they are suing me and other co-defendants so it's time to be accurate on who created what and they created none of it though they have said things that hint that they had something to do with some of that creation, thus another deceit.

## Plaintiffs Paragraph 7:

7. Heaven's Gate also adopted and used trademarks in connection with its work
(the "Trademarks").

## Havel's Response:

Again who is Heaven's Gate? What Trademarks did DO and Crew register? None I believe is the answer though here Mark King is misleading the Court which is yet another fraud.

## Plaintiffs Paragraph 10:

10. Beginning in September 2021, Defendants Havel and Weaver started
broadcasting audio from the Foundation's copyrighted material on their YouTube channel.

## Havel's Response:

This was well before the lawsuit was filed and I had no knowledge that Mark King and Sarah King held any copyrights and trademarks and all I knew was that Rkkody had sent me, gifted me with about 218 audio meeting tapes TI and DO created in the 1980's that I was in attendance to.

This is yet another lie as Havel had been broadcasting audios I was given by Rkkody and by Jhnody well before I met Cathy Weaver. I only met Weaver on September 11, 2021 and we didn't move in together until October and didn't play any tapes much then if at all because Cathy didn't want me to do so, so we could show Mark King and Sarah King that I was serious about coming to some formal agreement with playing tapes because Weaver knew from my livestreams that Mark sometimes attended and chatted in (that I have on record) that I was at odds with Mark King over my playing of audio tapes on my channel.



### Plaintiffs Paragraph 11:

11. Defendants Havel and Weaver started broadcasting the audio works on the 3spm YouTube channel, which belongs to Mr. Havel but is operated by Mr. Havel and Ms. Weaver, and advertising these public performances on Havel's twitter channel.

### Havel's Response:

I had no evidence of exactly which audio tapes Mark King and Sarah King had copyrighted of the 1061 he said he had. In any case like I said in my response to paragraph 10 I stopped playing audio tapes.

### Plaintiffs Paragraph 12:

12. True and accurate representations of the advertisements of these public performances are shown below, along with the accurate URLs at which the advertisements were accessed, although some URLs may no longer work because Defendants have removed some online postings and/or made private online postings:
(Previously available at: https://twitter.com/Sawyerdoti/status/1435464433388634116 and https://twitter.com/Sawyerdoti/status/1433645089046376449 (last visited May 16, 2022)).

### Havel's Response:

I never felt I was doing anything against the law or against TI and DO so when Mark King threatened me and I stopped and then tried to come to an agreement and that failed I wasn't going to stop playing tapes that I owned because they were gifted to me and didn't know what was or wasn't copyrighted. Mark King through his lawyer made some strikes against my channel on Youtube and I understood that if three strikes were made my channel could be taken down and I didn't want that to happen so I marked all my audios from years of playing them private. Then I fought the take down attempt and won with You tube citing Fair Use.

### Plaintiffs Paragraph 13:

13. When these public performances of Plaintiff's copyrighted materials began in the Fall of 2021, Plaintiff demanded that Defendants stop infringing on Plaintiff's copyrights and Plaintiff sought to resolve this matter amicably.

### Havel's Response:

No, actually it was Weaver that sought to resolve the entire matter amicably which I can prove. This is yet another of many examples of Mark King lying in even subtle ways. Cathy Weaver can actually prove from emails she kept that Mark King is lying here.

### Plaintiffs Paragraph 14:

14. Defendants have refused all such overtures.

## Havel's Response:

If one saw the list of demands Mark King and Sarah King gave to us in their lawyers office when they also gave us a cease and desist that still didn't inform me of which audio tapes I needed to cease, one would wonder if they were off their rockers. They sought to own everything I did and I would have to check with them about anything and everything I did related to the material. And if I didn't comply there would be fines and if I didn't pay them my/our kids would have to pay them. I say we here because they had included Cathy Weaver in the Cease and Desist even though she had nothing to do



with any alleged infringements of copyrights.

## Plaintiffs Paragraph 15:

15. Despite conversations between the Foundation and Defendants, Defendants
have refused to stop airing YouTube videos incorporating the Foundation's copyrighted
material.

## Havel's Response:

This is another lie as I stopped playing audios when the lawsuit was filed and haven't played one since.

## Plaintiffs Paragraph 16:

16. The "3spm" YouTube channel has increased its use of the Foundation's
copyrighted content in recent weeks playing numerous copies of the Foundation's
copyrighted content, including audio tapes 204, 203, 202, 201, 200, 50, and 52—and
repeatedly using Plaintiff's registered copyrighted "C.B.D." image, as shown here:
(https://www.youtube.com/c/3spmSwy/videos (last visited May 16, 2022)).

## Havel's Response:

This was before the lawsuit was filed on May 18, 2022.

DO gifted some of their intellectual property to at least 8 former students especially on March 25, 1997
by fedx packages but well before then as well. Rkkody was one of them and he gifted me with even
more intellectual property than Mark and Sarah had until they got a lot of audios from San Diego
county of what they confiscated from Storage that Mark and Sarah King and Rkkody and Oscody were
supposed to get. What rkkody sent me was not in the Storage unit and he gifted these materials to me
before Mark and Sarah King received some of the IP via the court cases in 1999 so Rkkody's materials
weren't even included in those court rulings.

Then in 2021 Jhnody, another on the list of 8 gifted to me some 930 digitized audio tapes.

## Plaintiffs Paragraph 17:

17. Mr. Havel and Ms. Weaver have also used the 3spm YouTube channel to
disseminate the URLs of the copyrighted recordings that have been impermissibly
uploaded to Google drive and made available by Defendants.

## Havel's Response:

DO gifted some of their intellectual property to at least 8 former students especially on March 25, 1997
by fedx packages but well before then as well. Rkkody was one of them and he gifted me with even
more intellectual property than Mark and Sarah had until they got a lot of audios from San Diego
county of what they confiscated from Storage that Mark and Sarah King and Rkkody and Oscody were
supposed to get. What rkkody sent me was not in the Storage unit and he gifted these materials to me
before Mark and Sarah King received some of the IP via the court cases in 1999 so Rkkody's materials
weren't even included in those court rulings.

Then in 2021 Jhnody, another on the list of 8 gifted to me some 930 digitized audio tapes.

## Plaintiffs Paragraph 18:

18. On May 13, 2022's live stream, Defendant Weaver states: "There's several
tapes, there are over 900-plus tapes available, audios, which we've been playing on the



channel and if you email us we can give you a link to the google drive and point out specific tapes…" This video was available at https://www.youtube.com/watch?v=ld2l2JamEOY, but has since been designated "private." It was last visited May 16, 2022.

## Havel's Response:

I never played any audios from a google drive.

This was before the lawsuit was filed and we still didn't know there were any copyrights on audio tapes or which of the 1061 tapes were copyrighted.

## Plaintiffs Paragraph 28:

28. Defendants Havel and Weaver have stated that they are working with Defendant Bartel to spread the Foundation's copyrighted material without the Foundation's permission. As but one example, Havel and Weaver stated on Weaver's website that: So just weeks ago, [a third party] who I had been in contact with on and off for years sent me the digitized audios, all in .mp3 format and I quickly sent them to [Defendant Bartel] and someone else who I know I can trust to be sure to upload them to the internet in mulitple [sic] places so that even if [the Foundation] somehow sue us it will be far too late to keep them from being available to those who want to listen to them.
(Complaint at Exhibit H, July 2021 Post by Defendants at 3.)

## Havel's Response:

Defendants Havel and Weaver have NEVER made such a statement and actually are not working with Bartell to spread any of TI and DO's information.

Also, Weaver doesn't have a website.

I was gifted the audio tapes by Rkkody in 1997 the tapes he owned and eventually copyrighted and was gifted more by Jhnody who was gifted them by Mark and Sarah King who were gifted them by DO and Crew in 1997.

## Plaintiffs Paragraph 29:

29. Exhibit H to the Complaint referenced above, is a true and accurate copy of the July 2021 posting on Mr. Sawyer's website.

## Havel's Response:

Please refer to my Answer to Plaintiffs' Complaint Exhibit H.

## Plaintiffs Paragraph 30:

30. The longer these files are available to download the less likely it is that the Foundation will be able to control the dissemination of its intellectual property.

## Havel's Response:

Plaintiffs (Foundation) never ever had any indication or documentation or authority from TI, DO and



Crew to "control the dissemination".

DO gifted some of their intellectual property to at least 8 former students especially on March 25, 1997 by fedx packages but well before then as well. Rkkody was one of them and he gifted me with even more intellectual property than Mark and Sarah had until they got a lot of audios from San Diego county of what they confiscated from Storage that Mark and Sarah King and Rkkody and Oscody were supposed to get. What rkkody sent me was not in the Storage unit and he gifted these materials to me before Mark and Sarah King received some of the IP via the court cases in 1999 so Rkkody's materials weren't even included in those court rulings.

Then in 2021 Jhnody, another on the list of 8 gifted to me some 930 digitized audio tapes.

## Plaintiffs Paragraph 31:
31. Defendants do not appear to have any intention of ceasing their copyright violations.

## Havel's Response:

Since the copyrights and trademarks can be shown by court orders past and previous copyrights on much of the primary intellectual material, to have been obtained fraudulently.

Plus even if Plaintiffs copyrights on tapes were found to be valid, Plaintiffs still have never literally shown the evidence of exactly which tapes were copyrighted and they were gifted to at least 8 people, 4 of which are still alive and one of those in Jhnody who is the person who sent me the audio tapes in 2021.

## Plaintiffs Paragraph 32:
32. On November 3, 2021, Defendants Weaver and Havel stated in their livestream on the 3spm YouTube channel that they would not stop distributing the copyrighted material and stated as follows:
Weaver: "Everyone is going to have the tapes, and they can take and duplicate them."
Havel: "How you going to stop people from doing that?"
. . .
Weaver: "…what's to say that the Next Level info won't go back under lock and key for another 24 years? Well, it's not. . . because, I'm not going to let that happen.
Havel: "And a lot of people, actually who aren't going to let that happen."
This video was available at https://www.youtube.com/watch?v=NUzeenzlnuM, but has since been designated "private."

## Havel's Response:

Since the copyrights and trademarks can be shown by court orders past and previous copyrights on much of the primary intellectual material, to have been obtained fraudulently.

Plus even if Plaintiffs copyrights on tapes were found to be valid, Plaintiffs still have never literally shown the evidence of exactly which tapes were copyrighted and they were gifted to at least 8 people, 4 of which are still alive and one of those in Jhnody who is the person who sent me the audio tapes in 2021.



**Plaintiffs Paragraph 33:**

33. On January 27, 2022, in their YouTube video, Defendant Weaver stated that she would advise people to lie if asked to destroy unauthorized copies of the copyrighted material, as quoted below:

"… [the files] are uploaded to a couple of different sites now actually, so, and it's great, keep them, I mean we shouldn't be saying that but…

"Everybody destroy them, destroy them, wink, wink, don't really but say that you did…"

This video was available at https://www.youtube.com/watch?v=FlwOBIExXLc, but has since been designated "private."

**Havel's Response:**

Since the copyrights and trademarks can be shown by court orders past and previous copyrights on much of the primary intellectual material, to have been obtained fraudulently.

Plus even if Plaintiffs copyrights on tapes were found to be valid, Plaintiffs still have never literally shown the evidence of exactly which tapes were copyrighted and they were gifted to at least 8 people, 4 of which are still alive and one of those in Jhnody who is the person who sent me the audio tapes in 2021.

If someones father gave their son a gift and some government for some reason didn't want that gift to exist what son wouldn't do whatever they could do to keep that gift that harms no one.

**Plaintiffs Paragraph 34:**

34. On March 28, 2022, in their YouTube video, Defendant Havel stated that, if forced to shutdown his channel, he would defy such a shutdown by creating a new channel that he would hide, as quoted below:

"And, uh, I don't intend to let this channel come down. And, even if it did I would start another one and then they would have to find me and, uh, you know, shut me down. This isn't the first attempt on this channel and it won't be the last."

This video was available at https://www.youtube.com/watch?v=mB8YOQSlg2Q, but has since been designated "private."

**Havel's Response:**

We still have some freedom of speech in this country so why wouldn't I keep talking about TI and DO's teachings.

**Plaintiffs Paragraph 35:**

35. On April 8, 2022, in their YouTube video, Defendant Weaver encouraged people to email them to get copies of the copyrighted material, as follows:

"Go ahead and email us . . . email us if you don't know where the tapes are .

. . please email us and we'll direct you to them."

This video was available at https://www.youtube.com/watch?v=HNgOa0f4Bbw, but has since been designated "private."



52

## Havel's Response:

Since the copyrights and trademarks can be shown by court orders past and previous copyrights on much of the primary intellectual material, to have been obtained fraudulently.

Plus even if Plaintiffs copyrights on tapes were found to be valid, Plaintiffs still have never literally shown the evidence of exactly which tapes were copyrighted and they were gifted to at least 8 people, 4 of which are still alive and one of those in Jhnody who is the person who sent me the audio tapes in 2021.

## Plaintiffs Paragraph 36:

36. On May 1, 2022, in their YouTube video (available at
https://www.youtube.com/watch?v=GD5UwunEUsY), Defendant Havel acknowledged
his role in the copyright infringement scheme and stated:
"And, uh, and technically, um, they could hold me accountable for that, so
I'm not going to say how many, I'm not gonna even try to guess, 'cus I don't
remember. Uh, but, um, 'cus I can take the fifth that it would tend to
incriminate me. So I'll do that, uh, even thought they could probably hear
this tape and say, "oh you say that." So, I dunno. If that gets used against
me, that's the way it goes. They're still not going to get any money from
me and it's not going to stop the material from circulating, because we're
all, [Bartel] and myself, Cathy, and [a third party], and other people are
circulating the tapes."
(Emphasis added). This video was available at
https://www.youtube.com/watch?v=GD5UwunEUsY, but has since been designated
"private."

## Havel's Response:

There never ever ever was a "copyright infringement scheme". This is part of Plaintiffs inserting words that if left unchallenged they would claim I agree to it be not addressing it.

Since the copyrights and trademarks can be shown by court orders past and previous copyrights on much of the primary intellectual material, to have been obtained fraudulently.

## Plaintiffs Paragraph 37:

37. On August 25, 2022, Mr. Bartel, aka Crlody, posted online "We made copies
of the audio tapes and digitized them and put them on CD-ROMs. I still give away these
CDs to this day." This post has been taken down by Mr. Bartel.

## Havel's Response:

I could be wrong here but believe if Bartel said this about making copies he was talking about when he was working with Rkkody in 1997. Remember Rkkody retrieved the 486 audio cassette tapes from Storage on March 26, 1997 per DO's instruction in a letter to Mark and Sarah. They were supposed to go to storage themselves but they were afraid so they turned the task over to rkkody entirely – gave him all their letters from DO and Crew. That means that rkkody first "owned" by possession and by gift from DO. So he had the right to copy, and disseminate them to whoever he chose and Mark and Sarah King, when they wanted their task back after they saw the media push had reduced, they resented that Rkkody didn't trust them and rightly so.

$\left( 53 \right)$

**Plaintiffs Paragraph 38:**
38. On October 7, 2022, Mr. Havel and Ms. Weaver broadcast a "live stream" on YouTube, during which time Mr. Havel stated "maybe we'll lose, but that won't stop me and Kathy [Weaver] and [Mr. Bartel] from telling the truth." (Emphasis added). A screenshot reflecting that portion of the YouTube video and the transcript is attached hereto as Exhibit 6; see also https://www.youtube.com/watch?v=GyR8J2D8f3g at 54:01-54:09 (last accessed December 5, 2022).

**Havel's Response:**

Did I add Bartell in what I said or not. Again they are inserting what they want the court to think. And what is so bad about telling the truth. If Mark and Sarah are so broke why are they funding these lawyers to waste so much time documenting nothing pertaining to this case.

**Plaintiffs Paragraph 39:**
39. Later in Mr. Havel and Ms. Weaver's October 7, 2022, stream, the following statements were made:
. Weaver: "Once it's done and whatever the outcome is, if its not favorable, we're out of here."
Mr. Havel: "Right, but we don't know what we're going to do exactly."
Ms. Weaver: "We're gonna share the fucking information. I know I shouldn't say that, but like you said-"
Mr. Havel: "Well, yeah, we're going to share the information one way or the other –"
Ms. Weaver: "And they won't be able to touch us."
Mr. Havel: "You know, I'm not saying which information and how. Maybe it's just out of our mouths from our memories because they don't use that against us –"
Ms. Weaver: "They're going to use everything against us. That's why their shady, shady lawyers wanted us to call so they can trip us up but we already know that we don't have to do that so –"
Mr. Havel: "Right, we talked to the clerk today –"
Ms. Weaver: "-Nanny nanny poo poo."
A screenshot of that portion Mr. Havel and Ms. Weaver's October 7, 2022, is attached hereto as Exhibit 7; see also https://www.youtube.com/watch?v=GyR8J2D8f3g 1:17:17-1:18:00 (last accessed December 5, 2022).

**Havel's Response:**

Plaintiffs want me to shut up entirely yet isn't it ironic that they don't shut up. They keep giving interviews that talk somewhat positively about TI and DO's teachings, while skewing some of it to try to appear "normal" and "reasonable" and like some new age sages. DO said this about Sarah King and by this additional action are forcing that to the surface while before this lawsuit I was staying away from all the evidence of how they both fell into disfavor with DO.

If they don't want to tow the difficult line of telling the truth about ALL they taught (that includes why they were against suicide) then maybe they should just ignore what everyone else is doing and do what they want to do. Instead they have assigned themselves to be the pseudo Heaven's gate police force. It's a pity that they have become so angry and dictatorial and over bearing and inflexible when they are generally speaking kind gentle people.



**Plaintiffs Paragraph 44:**

44. On November 28, 2022, Mr. Bartel published a blog post titled "What
[Plaintiff's Directors] don't want others to hear on the class' audio tapes," while
simultaneously sharing Plaintiff's copyrighted materials. A copy of the November 28,
2022, blog post is attached hereto as Exhibit 11; see also
https://crlody.wordpress.com/2022/11/28/what-mark-and-sarah-king-dont-want-others#to-hear-on-the-
class-audio-tapes/ (last accessed December 5, 2022); a copy of the website
that was linked in the blog post is attached hereto as Exhibit 12; see also
https://archive.org/details/HPM-HeavensGateAudio (last accessed December 5, 2022) .

**Havel's Response:**

Interesting that Plaintiffs are putting a highlight on this post when the post really shows some of why
they seem to hate DO because of all the things he said about them over the years after DO sent them
out of the Classroom. After all if one loves TI and DO as Sarah King and Mark King have said in my
physical presence at their lawyers office, wouldn't they want to do what they were asking all believers
to do and participate in getting their words out, disseminating their information to whoever wants to
hear it just as DO demonstrated dozens of times and TI and DO can be heard on audio tapes talking
about.

So Mark and Sarah seem to think giving lip service to loving TI and DO is what they were to do. So,
yes they kept the website up which was great and yes they got a lot of flack for doing so and isn't it
ironic that nothing bad happened to them over 24 years because they trusted TI and DO enough to
know that if they served them and were keen they would not be harmed as "angels would be watching
over all their servants".

Yet, isn't it very sad how they then took DO's giving them another opportunity to show him that they
loved him and are using what he gave them against others who want to serve them as if only they can
have service.

**Plaintiffs Paragraph 46:**

46. Mr. Havel and Ms. Weaver have been promoting a copycat website with the
URL "https://heavensgatealso.com/". A copy of the homepage of
"https://heavensgatealso.com/" is attached hereto as Exhibit 14.

**Havel's Response:**

It is not a copycat website. It doesn't belong to me or Weavers or Bartell. It belongs to Jhnody who is
ready to testify in this court case to the fact that DO directly gave him the same website code he gave
Rkkody and gave to Mark and Sarah and to others because DO didn't care who put it up, he just wanted
to insure it was available to people after he and his crew left their human bodies.

DO sent the heavensgate website code to Jhnody and I have included the evidence of that in Exhibit 7 -
Letter from DO and Crew to Jhnody (Francisco Falcon) about March 25, 1997. So Jhnody has every
right to use that code as that was DO's intention as DO stated in the Letter Jhnody received to have the
website off shore from the U.S. In case there was a problem with keeping the site up in the U.S.

**Plaintiffs Paragraph 47:**

47. https://heavensgatealso.com/ is nearly identical to
https://www.heavensgate.com/, with the exception being that requests for materials are
directed to "rep@heavensgatealso.com" instead of "rep@heavensgate.com." Compare



Exhibit 13 at 3, with Exhibit 14 at 3.

## Havel's Response:

Re: the website – it is not mine or Weavers or Bartells website. It belongs to Jhnody who is ready to testify in this court case

DO sent the heavensgate website code to Jhnody and I have included the evidence of that in Exhibit 7 - Letter from DO and Crew to Jhnody (Francisco Falcon) about March 25, 1997. So Jhnody has every right to use that code as that was DO's intention as DO stated in the Letter Jhnody received to have the website off shore from the U.S. In case there was a problem with keeping the site up in the U.S.

Well isn't it interesting that the problem with the website didn't come from the government but from within former students DO gave the opportunity to help with who then took some small tasks and dictatorially created their own empire, such an empire that even goes against itself by claiming others who talk about the Teachings of TI and DO and Crew are stimulating "loss of life" which there is no evidence for while they maintain the website that is quite frank about the choices they each made to choose to end their own lives in this world. I am anti suicide but the irony is classic.

## Plaintiffs Paragraph 48:

48. On December 25, 2022, Mr. Havel and Ms. Weaver broadcast a "live stream" on YouTube, during which time they admitted that "[they] have a website that [they]'re promoting [that]'s called heavensgatealso.com, which is the same code." Screenshot of Mr. Havel and Ms. Weaver's December 25, 2022, "live stream" on YouTube reflecting transcript from 1:04:56 to 1:06:00 at 1:05:08, attached hereto as Exhibit 15; see also https://www.youtube.com/watch?v=D0i94iWqdiU at 1:05:08-1:05:16 (last accessed on January 19, 2023).

## Havel's Response:

Notice how Plaintiffs attempt to spin a web of lies by the simple addition of a word, in this example putting "[they]" to make it look like I was saying "we" have a website. Does the Court think if Plaintiffs had a strong case against me, they would stoop to this kind of seeking to manipulate the court.

Re: the website – it is not mine or Weavers or Bartells website. It belongs to Jhnody who is ready to testify in this court case

DO sent the heavensgate website code to Jhnody and I have included the evidence of that in Exhibit 7 - Letter from DO and Crew to Jhnody (Francisco Falcon) about March 25, 1997. So Jhnody has every right to use that code as that was DO's intention as DO stated in the Letter Jhnody received to have the website off shore from the U.S. In case there was a problem with keeping the site up in the U.S.

Well isn't it interesting that the problem with the website didn't come from the government but from within former students DO gave the opportunity to help with who then took some small tasks and dictatorially created their own empire, such an empire that even goes against itself by claiming others who talk about the Teachings of TI and DO and Crew are stimulating "loss of life" which there is no evidence for while they maintain the website that is quite frank about the choices they each made to choose to end their own lives in this world. I am anti suicide but the irony is classic.



## Plaintiffs Paragraph 49:

49. During the December 25, 2022, "livestream" Mr. Havel stated that he offered
to assist in changing the html code on the heavensgatealso.com website so that it listed a
different email address, and Ms. Weaver stated that there have been discussions so that
emails sent to the rep@heavensgatealso.com email address would be delivered to Mr.
Havel and Ms. Weaver. Screenshot of Mr. Havel and Ms. Weaver's December 25, 2022,
"live stream" on YouTube reflecting transcript from 1:06:00 to 1:06:57 at 1:06:00-1:06:31,
attached hereto as Exhibit 16; see also https://www.youtube.com/watch?v=D0i94iWqdiU
at 1:05:59-1:06:50 (last accessed on January 19, 2023).

## Havel's Response:

DO sent the heavensgate website code to Jhnody and I have included the evidence of that in Exhibit 7 -
Letter from DO and Crew to Jhnody (Francisco Falcon) about March 25, 1997. So Jhnody has every
right to use that code as that was DO's intention as DO stated in the Letter Jhnody received to have the
website off shore from the U.S. In case there was a problem with keeping the site up in the U.S.

Well isn't it interesting that the problem with the website didn't come from the government but from
within former students DO gave the opportunity to help with who then took some small tasks and
dictatorially created their own empire, such an empire that even goes against itself by claiming others
who talk about the Teachings of TI and DO and Crew are stimulating "loss of life" which there is no
evidence for while they maintain the website that is quite frank about the choices they each made to
choose to end their own lives in this world. I am anti suicide but the irony is classic.

## Plaintiffs Paragraph 53:

53. The legal expenses associated with Plaintiff pursuing its claims against
Defendants are not considered typical operating expenses. Plaintiff's legal expenses have
already greatly exceeded Plaintiff's business operations. The cost of filing this action
($402) has exceeded the amount of annual income that Plaintiff earned in 2021. The cost
of serving Defendants, one of whom evaded service (Mr. Bartel), was significant.

## Havel's Response:

This statement proves that Plaintiffs Foundation has very, very little income. In other words shows they
have no economic losses they claim to have because of Defendants actions of playing some tapes and
even selling a handful of T shirts that aren't even necessarily breaking any copyright or trademark
laws.

## Conclusion:

There are no grounds for any degree of Preliminary Injunction and I hope the Court can order the rules
and schedule for Discovery and require Plaintiffs to provide the remaining documents I request and the
under oath responses to questions I have for Plaintiffs so I can amend my Defense and Counter Claim
against Plaintiffs and if necessary proceed to a jury Trial. I am willing to negotiate a Settlement.

List of Exhibits

Exhibit 1 - Olliver Odinwood Copyright Registration 11-18-1982 of 14 Illustrations for The Meeting

Exhibit 2 - Case PN022228 – Statement of Decision 1999 by Judge Lisa Guy Schall



Respectively Submitted this 2nd day of February 2023.

Stephen Havel
5776 Grape Rd
Suite 51
PMB # 121
Mishawaka, IN. 46545
Sawcat575@gmail.com
Defendant