PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
PAID
FI
49316

Havel's
Brief to file

# PRIORITY MAIL ★

- DATE OF DELIVERY SP
- USPS TRACKING™ INCL
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
  * Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EXPRESS



PITNEY BOWES
US POSTAGE
Correction
02 7H
0001339771      $ 028.75⁰
FEB 02 2023
MAILED FROM ZIP CODE 29940

FROM: B/C

## UNITED STATES POSTAL SERVICE — PRIORITY MAIL EXPRESS



EJ 892 093 555 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 403 ) 331-4528

Stephen Hart + Cathy Weaver
57766 Cripe Rd
Suite 31
PMB 2121
Mishawaka, IN 46545

B/C 2/4

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: ...
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
* Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( 574 ) 246-8200

U.S. District Court
Robert Grant Federal Courthouse
204 S Main St.
South Bend, IN 46607

**PAYMENT BY ACCOUNT** (if applicable)

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO
PO ZIP Code: 29940
Scheduled Delivery Date: 2/4
Postage: $ 28.75
Date Accepted: 2/2
Scheduled Delivery Time: ☑ 6:00 PM
Insurance Fee: $
COD Fee: $
Time Accepted: 4:05 PM
Return Receipt Fee: $
Live Animal Transportation Fee: $
Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $ 28.75
Weight: ☐ Flat Rate
Acceptance Employee Initials:

**DELIVERY (POSTAL SERVICE USE ONLY)**



Label 11-M 3 Ply, MAY 2021   PSN 7690-18-000-6975   3-ADDRESSEE COPY

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PS00001000014   OD: 12.5 x 9.5   ORDER FREE SUPPLIES ONLINE    POSTAL SERVICE®