# Exhibit List

Exhibit 1        Bankruptcy Attorney Text

Exhibit 2a-b    Telah Foundation Vimeo Site

Exhibit 3        Sawyers Livestream Screenshot

Exhibit 4        Missing Cited Documents on PACER

Exhibit 5,a      Screenshot Heaven's Gate Website

27

Exhibit 1

 **Peter Francis Geraci**

Thanks – message received   5:16 PM

Friday, January 27

Geraci Law LLC
The 2 are unrelated. The bankruptcy case only relates to the debt owed. They will not be allowed to collect a debt from you. You are free to litigate against their request for an injunction but that is not a related matter to the bankruptcy nor is it related to the automatic stay.
***

View all   4:00 PM

28




# Heaven's Gate

📍 The TELAH Foundation

+ Follow    ✉ Message

The video on this channel was produced by members of the Heaven's Gate group. It is being provi... Read more

**16 videos** — All Documentary

### Activity
| | |
|---|---|
| Showcases | 0 |
| Followers | 197 |
| Following | 0 |
| Collections | 0 |
| Member since | Dec 2011 |





Exhibit 2a-b






# Mark and Sarah are threatening all my social media accounts



**3spm**
2.15K subscribers

Subscribed

 26      Share   Clip   Save

316 views  Streamed live on Jan 28, 2023

\*\*\*\*\*\*\*\*\*

We are not allowed by Mark and Sarah, the Heaven's Gate webmasters to play actual meeting tapes of TI and DO talking at internal Classroom meetings so for now will have to talk about them in our words.

\*\*\*\*\*\*\*\*

Why we are AGAINST SUICIDE and are NOT A CULT - a comment that sawyer left for youtube Skeptic Generation hosts who blocked sawyer's comment on the video they labeled in their thumbnail "you're a suicide cult" that came from our call in to their show upon their request.

This isn't our personal opinion to be "against suicide". Read for yourselves the , document entitled "Our Position Against Suicide" that DO and Crew put front and center on the Heaven's Gate website. That website (Heavensgate.com) holds the contents of the Heaven's Gate Book entitled, "How and When the Kingdom Level Above Human May Be Entered". That Book contains the full Formula for starting and continuing a metamorphosis and for being saved from the recycling to be in TI and DO's Next Level keeping to potentially escape the death of one's Soul

CM/ECF  Query  Reports ▾  Utilities ▾  Help  Log Out

The Evolutionary Level Above Human, Inc.

represented by **Daniel I Marks PHV**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Isaac Crum PHV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/18/2022 | 1 | COMPLAINT with JURY DEMAND against All Defendants ( Filing fee $ 402 receipt number AINNDC-4921050.), filed by The Evolutionary Level Above Human, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Civil Cover Sheet, # 10 Proposed Summons, # 11 Proposed Summons, # 12 Proposed Summons)(Crum, Isaac) (Entered: 05/18/2022) |
| 05/18/2022 | 2 | Application for Attorney Isaac Scott Crum to Appear Pro Hac Vice on behalf of The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation. Pro Hac Vice fee of $ 96 has been received, receipt number AINNDC-4921147 (Attachments: # 1 Arizona State Bar Certificate of Good Standing, # 2 District of Columbia Bar Certificate of Good Standing)(Crum, Isaac) (Entered: 05/18/2022) |
| 05/18/2022 | 3 | Corporate Disclosure Statement by by The Evolutionary Level Above Human, Inc.. (Crum, Isaac) (Entered: 05/18/2022) |
| 05/19/2022 |  | **NEW CASE, MOTIONS PENDING** Chief Judge Jon E DeGuilio and Magistrate Judge Michael G Gotsch, Sr added. (mlc) (Entered: 05/19/2022) |
| 05/19/2022 | 6 | Summons Issued as to Jason Bartel, Steven Robert Havel, Cathy JoAnn Weaver. **NOTE:The attached document is accessible by court personnel only: Summons forms that were electronically submitted to the court for issuance will be returned to counsel via e-mail.** (mlc) (Entered: 05/19/2022) |
| 05/26/2022 | 10 | ORDER granting 2 Application to Appear Pro Hac Vice of Attorney Isaac Crum PHV for The Evolutionary Level Above Human, Inc. Signed by Magistrate Judge Michael G Gotsch, Sr on 5/26/2022. (ace) (Entered: 05/26/2022) |
| 06/08/2022 | 12 | REPORT by The Evolutionary Level Above Human, Inc. . (Crum PHV, Isaac) (Entered: 06/08/2022) |
| 06/08/2022 | 13 | REPORT by The Evolutionary Level Above Human, Inc. . (Crum PHV, Isaac) (Entered: 06/08/2022) |
| 06/14/2022 | 14 | MOTION by Defendant Cathy JoAnn Weaver. (Attachments: # 1 Exhibit)(kmt) (Entered: 06/14/2022) |
| 06/14/2022 | 15 | MOTION by Defendant Steven Robert Havel. (Attachments: # 1 Exhibit)(kmt) (Entered: 06/14/2022) |
| 06/29/2022 | 16 | RESPONSE to Motion re 15 MOTION for Extension of Time to File Answer, 14 MOTION for Extension of Time to File Answer filed by The Evolutionary Level Above Human, Inc. (Crum PHV, Isaac) (Entered: 06/29/2022) |
| 06/29/2022 | 17 | ORDER GRANTING Defendants Motions as to their request for an extension of time to respond to the complaint, extending the deadline to 7/25/2022 (DE 14, DE 15); DENYING the Defendants Motions as to their request for court-appointed counsel (DE 14, DE 15), and DENYING AS MOOT the Defendants Motions as to their request to serve filings on Plaintiff via certified registered mail (DE 14, DE 15). Defendants are ADVISED that they must keep the court apprised of their current contact information and while proceeding in this action without representation, their contact information will be made public on the Courts docket. As a final matter, as of the date of this order, despite Defendants indication that they were served on June 2, 2022, the record does not reflect service upon the Defendants and no address is listed on the docket. Accordingly, the Clerk is DIRECTED to mail a copy of this order and ten copies of the complaint (DE 1) to Defendants last known address. Signed by Magistrate Judge Michael G Gotsch, Sr on 6/29/2022. (Copy mailed as directed in Order)(kmt) (Entered: 06/30/2022) |
| 07/05/2022 | 18 | AFFIDAVIT of Service for Summons, Complaint, and accompanying documents served on Steven Robert Havel on 6/2/22, filed by The Evolutionary Level Above Human, Inc.. (Crum PHV, Isaac) (Entered: 07/06/2022) |

Exhibit 4

33

Transcript of videotape 1.

*German translation*

Videotape 2: Planet Earth About To Be Recycled -- Your Only Chance To Survive -- Leave With Us (Oct. 5, 1996 - 58 min.)

Transcript of videotape 2.

*German translation*

Our Book, entitled How and When "Heaven's Gate" May Be Entered *(An Anthology of Our Materials).*

The transcripts of videotapes 1 and 2 can be viewed online, downloaded or requested through TELAH Services.

Hard copy editions of the book may be ordered through TELAH Services for $45 US. This includes shipping and handling, via priority mail.

If you would like to send for videotapes, there is no charge. If you would like to copy them and return the originals to us, we will make them available to someone else. If you choose to assist with defraying our expenses, those funds would be reinvested towards getting this information out.

Requests For Materials Can Be Emailed To: rep@heavensgate.com

Or Sent Via Postal Service To:

TELAH Services
4757 E. Greenway Rd. Ste. 103-178

34

Exhibit 5, A



35