

# PRIORITY MAIL ★

- DATE OF DELIVERY SP...
- USPS TRACKING™ INCL...
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
  * Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

FROM: B/C

**UNITED STATES POSTAL SERVICE ®**  **PRIORITY MAIL EXPRESS®**

EJ 892 093 555 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)  PHONE ( 9??) ???-45??

Stephen Howl + Cathy Weaver
5776 Grape Rd
Suite 51
PMB #121
Mishawaka, IN 46545

B/C 2/4

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
 *Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)  PHONE ( 574 ) 246-8000

U.S. District Court
Robert Grant Federal Courthouse
204 S Main St.
South Bend, IN 46601

ZIP + 4® (U.S. ADDRESSES ONLY)

• For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
• $100.00 insurance included.

PS00001000014   OD: 12.5 x 9.5

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 29940  Scheduled Delivery Date: 2/4  Postage: $28.75
Date Accepted: 2/2  Scheduled Delivery Time: ☑ 6:00 PM  Insurance Fee: $  COD Fee: $
Time Accepted: 4:05 PM  Return Receipt Fee: $  Live Animal Transportation Fee: $
Special Handling/Fragile: $  Sunday/Holiday Premium Fee: $  Total Postage & Fees: $28.75
Weight ___ lbs ___ ozs.  ☐ Flat Rate  Acceptance Employee Initials:

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

Label 11-M 3 Ply, MAY 2021  PSN 7690-18-000-6975  3-ADDRESSEE COPY

**ORDER FREE SUPPLIES ONLINE**  **POSTAL SERVICE®**



PITNEY BOWES
US POSTAGE
Correction
02 7H
0001339771  $ 028.75⁰
FEB 02 2023
MAILED FROM ZIP CODE 29940