UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation, an Arizona nonprofit corporation,<br><br>Plaintiff,<br>v.<br><br>Steven Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>Defendants. | CAUSE NO. 3:22-CV-395-JD-MGG |



**BRIEF IN OPPOSITION OF PLAINTIFFS FILING OF A PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

**I, Stephen Havel attest that the following statements I will swear by are true. In order to properly address the Plaintiff's Proposed Order for a Preliminary Injunction I will respond to the document in full below.**

The Court has considered The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation's (the "Foundation" or "Plaintiff") Motion for a Preliminary Injunction (the "Motion") and finds that:

1) Plaintiff is the owner of (a) a lithographic print titled "The C.B.E. (Celestial Being Entity)"; (b) A literary work titled "How and When 'Heaven's Gate' (The Door to the Physical Kingdom Level Above Human) May be Entered – an Anthology of Our Materials"; (c) sound recordings titled "The Audiotape Library of Heaven's Gate by Ti and Do"; and (d) a collection of audiovisual

1

works titled "Beyond Human – The Last Call." [DE 1-1, DE 1-2, DE 1-6, DE 1- 7] *See also* Doc. 11 at 5.

**RESPONSE:** For this Court to rule that the Plaintiffs copyrights are valid without allowing myself and co-defendants to go through the Discovery process when we will ask the Plaintiffs to prove the Assignments, Transfers and Work for Hire status they claim they received would be a travesty of justice. Plaintiffs Mark King and Sarah King have now changed their story from their initial Complaint where they stated that the Telah Foundation was transferred all physical and Intellectual Property by the Group in 1997 to state now that they were actually awarded the physical and Intellectual Property of the Heaven's Gate group after a lengthy court battle in 1999. Plaintiff's must be ordered to show written signed proof from the Group that they were given Assignments, Transfers and Work for Hire status to prove the validity of their copyrights and trademarks. Plaintiffs have knowingly defrauded the Copyright and Trademark office and should be held to task for doing so.

2) Plaintiff is likely to prevail on its copyright infringement claims against Defendants Stephen Havel ("Mr. Havel") and Jason Bartel ("Mr. Bartel") (collectively, "Defendants"). *See also* Doc. 11 at 5. Defendants' Answers, statements under oath, and the overwhelming evidence supports that Defendants have intentionally and willfully infringed on Plaintiff's copyrighted materials.

**RESPONSE: Plaintiff is not likely to prevail as they can not prove that they obtained the alleged copyrights and trademarks legally. The Discovery process should be allowed to proceed so I, Stephen Havel can ask the Plaintiffs to produce their Assignments, Transfers and Work for Hire status.**

2

3) Plaintiff is likely to suffer irreparable harm and is without an adequate remedy at law because: (a) Plaintiff, which is a not-for-profit corporation, will not be able to continue existing as a business or prosecuting this case without injunctive relief; (b) non-statutory damages are difficult to quantify; (c) the ancillary damages—such as the possibility of lost life—cannot be remedies by damages; and (d) Defendants will not be able to pay an award of damages, as evidenced by Defendants' avowals to this Court and the size of statutory damages that could be entered in accordance with 17 U.S.C. § 504. Further, Defendants have made clear that Defendants are committed to infringing on Plaintiff's copyrights, and do not appear dissuaded by the legal action that has been brought against Defendants in this action or the ramifications of Defendants' infringements.

**RESPONSE: Granting a Preliminary Injunction will have no effect on the Telah Foundation and whether it can continue to keep operating or prosecuting this case and Plaintiffs have not proven that it would do so. A Preliminary Injunction will not bring any funds to the Telah Foundation to continue operating. Mark King and Sarah King have operated the Telah Foundation since it's inception in 1997 and have had the wealth to keep it running up until the present. They chose to bring this frivolous lawsuit against myself and co-defendants over less than $300.00. To discuss non-statutory damages is an abuse of this Court as is claiming there will be loss of life. Plaintiffs have never been able to prove that I, Stephen Havel have caused loss of life because it simply is NOT TRUE. Plaintiffs stating that I, Stephen Havel have made clear that I am committed to infringe on their illegally obtained copyrights and trademarks is false as I have evidenced by marking private in June 2022 all YouTube video's that contained their alleged copyrighted material. I have not played one single audio on my channel nor directed anyone to their alleged copyrighted material nor disseminated any of their alleged copyrighted material since this case began.**

4) Plaintiff will continue suffering harm absent the entry of an injunction, whereas Defendants will not be harmed by being prohibited from engaging in unlawful activities. Defendants have sought to strip Plaintiff of its control of the property and Plaintiff will not have a remedy against Defendants.

**RESPONSE: Plaintiffs dissemination of the Groups material has not been stopped by any of my past actions. Plaintiffs still run the Heavensgate.com website, they still have control of the emails that go to that website, they still sell copies of the Heavens Gate book and they still have all of their video's posted on their Vimeo site. Unlike the Plaintiffs if I, Stephen Havel and my co-defendants are awarded equal ownership or even sole ownership of the Groups material I would still allow Plaintiffs to continue all of the dissemination efforts they have engaged in up to date.**

5) Public policy, and the Constitution, supports upholding copyright protections and supports protecting Plaintiff's copyrights and entering an injunction against Defendants. *See* Article I, Section 8, Clause 8 of the Constitution; ." *Fitzgerald v. Murray*, 121CV01822TWPTAB, 2021 WL 7502265, at *5 (S.D. Ind. Oct. 20, 2021). There is no countervailing public policy that supports the infringement of another's copyright protections.

**RESPONSE: Does the Constitution allow for people to defraud the Copyright and Trademark office by lying on their applications for such? Does the Constitution allow for a Plaintiff to abuse the Court system by filing frivolous lawsuits to harass people who do not concede to their unreasonable demands?**

Accordingly, the Court **ISSUES A PRELIMINARY INJUNCTION** as follows:

1) Defendants, including Defendants' agents and/or other persons in concert or participation with Defendants, are restrained from:
    a. Copying, reproducing, displaying, distributing, performing, or preparing derivative works of any of the Foundation's copyrighted works; and
    b. Aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the Foundation's copyrighted works.

**RESPONSE: This appears to be the Plaintiff's asking the Court to restrict anyone that has any contact with me, Stephen Havel to be restrained. Plaintiffs are trying to bring other parties into this lawsuit without naming and adding additional Defendants. This is a blanket open-ended request that could restrict dozens if not hundreds of people.**

2) Within three (3) calendar days of the date of this Order, Defendants are each obligated to back-up onto an external drive their computers, smartphones, and online accounts on which Defendants have uploaded materials. Defendants are obligated lodge those materials with the Court, under seal, to avoid potential spoliation.

**RESPONSE: I, Stephen Havel would ask the same be ordered for the Plaintiff so they can't spoil evidence that can be used against them.**

3) Within four (4) calendar days of the date of this Order, Defendants are obligated to collect and deliver to the Foundation's counsel all copies in their possession, custody, or control of:

    a. Audio tapes and recordings originating from the Group (including but not limited to those registered with the Copyright office as SRu00298530);

**RESPONSE: Now Plaintiffs are changing their story again and admitting that they lied when they said they had EVERYTHING, ALL THE AUDIOS copyrighted. They are now admitting by asking for materials that are NOT registered with the copyright office to be turned over.**

    b. Audiovisual recordings originating from the Group (including but not limited to those registered with the Copyright office as PA00667224);

**RESPONSE: Plaintiffs are changing their story again and admitting that they lied when they said they had EVERYTHING, ALL THE audiovisual recordings copyrighted. They are now admitting by asking for materials that are NOT registered with the copyright office to be turned over.**

    c. Literary works originating from the Group (including but not limited to those registered with the Copyright office as TXu00817732);

**RESPONSE: Plaintiffs are changing their story again and admitting that they lied when they said they had EVERYTHING, ALL THE literary works copyrighted. They are now admitting by asking for materials that are NOT registered with the copyright office to be turned over.**

    d. Visual works originating from the Group (including but not limited to those registered with the Copyright office as VA00877834);

**RESPONSE: Plaintiffs are changing their story again and admitting that they lied when they said they had EVERYTHING, ALL THE visual recordings copyrighted. They are now admitting by asking for materials that are NOT registered with the copyright office to be turned over.**

4) Within four (4) calendar days of the date of this Order, Defendants are obligated to remove and delete from the internet any and all posting that contain Plaintiff's copyrighted materials. This includes, but is not limited to, the following websites: Alphabet Inc. and its subsidiary, Google LLC, Automattic Inc. d/b/a Wordpress, Meta Platforms Inc. f/k/a Facebook, Inc., Twitter, Inc.

**RESPONSE: The Discovery process will prove that Plaintiffs illegally gained said copyrights and trademarks by Defendant requiring Plaintiffs Mark King and Sarah King hiding behind the Telah Foundation to turn over any and all documentation proving they received signed Assignments, Transfers or Work for Hire status from the Heavens Gate Group.**

5) Within four (4) calendar days of the date of this Order, Defendants are obligated to remove and delete from the internet https://heavensgatealso.com/. Defendants are obligated to preserve all data regarding the publishing of https://heavensgatealso.com, internet traffic to https://heavensgatealso.com/, and emails sent to "rep@heavensgatealso.com".

**RESPONSE:** I, Stephen Havel nor my co-defendant Jason Bartel has any power to complete this request as I have NOTHING to do with heavensgatealso.com. It is literally not within my power to have this website removed as I am not the one who caused it to be placed on the internet. Plaintiffs are attempting to bring a third-party Defendant into this lawsuit without naming the Defendant or even informing the third party that they will potentially be affected by this lawsuit. Plaintiff needs to file another lawsuit to go after the party or parties that are responsible for the heavensgatealso.com website. Is Plaintiff allowed to just add other alleged parties that are allegedly infringing on their illegally gained copyrights and trademarks?

6) Alphabet Inc. and its subsidiary, Google LLC shall, within ten (10) days of receipt of this Order:
   a. Remove all access to the files currently being hosted at: https://drive.google.com/drive/u/2/folders/11ExoXaKa_mFbmHQyhSSuVBROeOMlwse3

**RESPONSE:** I, Stephen Havel have no power to complete this request as I have NOTHING to do with this google drive. It is literally not within my power to have this drive removed as I am not the one who caused it to be placed on the internet.

   b. Remove all access to the files currently being hosted at: https://drive.google.com/drive/u/3/folders/1UpGPvvEKMKyVgZNZeW4XGKpcMxD0cLpn

**RESPONSE:** I, Stephen Havel have no power to complete this request as I have NOTHING to do with this google drive. It is literally not within my

power to have this drive removed as I am not the one who caused it to be placed on the internet.

c. Disable the YouTube channel currently being used to publicly perform the audio works located at https://www.youtube.com/c/3spmSwy

**RESPONSE: I, Stephen Havel respectfully ask for this to be denied. I have not publicly performed the audio works on the above mentioned YouTube channel since at least June 1st, 2022. I created my YouTube channel on January 7, 2007 and have already admitted that I did play Ti & Do's audio works on occasion. I will remind the Court that I was present for at least 70% of the audio recordings, in fact I created many of them by starting the record button on the tape recorder. I also personally labelled many of them. The Plaintiffs Mark King and Sarah King have been aware of my YouTube Channel for at least 10 years and were aware that I had on occasion played audio recordings and yet they took no action against me until now. To ask for my channel that I have maintained for 16 years to be removed is malicious and vindictive on the Plaintiffs part and they are only doing so to hurt me.**

d. Disable the YouTube channel created to host an audio book version of the Foundation's Literary work and located at: https://www.youtube.com/c/heavensgatebook

**RESPONSE: This YouTube channel is no longer viewable by the public and has not been viewable by the public since at least June, 1st 2022. Through the Discovery process it will be proven that the**

9

>    **Plaintiffs changed the Common Law Copyright that the Group had already placed upon the Heavens Gate book so anyone and everyone could reproduce it as long as they didn't change it's content or add to it's content and/or do so commercially. I respectfully ask the Court to leave this YouTube channel intact once it is proven the Plaintiffs copyrights are null and void.**

   e. Disable the YouTube channel created to publicly perform audiovisual works belonging to the Foundation's and located at: https://www.youtube.com/user/HeavensGateDatabase
   f.

**RESPONSE: I, Stephen Havel nor my co-defendant Jason Bartel has any power to complete this request as I have NOTHING to do with heavensgatedatabase. It is literally not within my power to have this YouTube Channel removed as I am not the one who caused it to be placed on the internet. Plaintiffs seem to be attempting to bring a third-party Defendant into this lawsuit without naming the third-party.**

   g. Remove all access to any copies of the files located at links in section 4(a)–4(e), which are currently being hosted by Google.

**RESPONSE: I, Stephen Havel have no power to complete this request as I have NOTHING to do with this google drive. It is literally not within my power to have this drive removed as I am not the one who caused it to be placed on the internet.**

7) Automattic Inc. d/b/a Wordpress shall, within ten (10) days of receipt of this Order:

    a. Disable the accounts and webpages being used to direct people to download infringed audio recordings located at https://SawyerHG.wordpress.com and https://crlody.wordpress.com

**RESPONSE: In regards to mine, Stephen Havel's SawyerHG wordpress blog I respectfully ask for this request to be denied. I started my wordpress blog in April 2009 and have many blogs posted that contain none of the Plaintiffs alleged copyrighted works. Would it not be a more appropriate measure to require me to remove any of their alleged copyrighted works as opposed to removing my entire blog that I have maintained for the last 14 years? I would like to remind the Court that in my Defense I brought up latches, Mark King and Sarah King have been following my blog for at least 10 years and were aware of everything that was posted on it and yet they took no action against my blog. Now they only seek to have my blog destroyed to harm me. They again are using this Court to carry out their personal vindictive vendetta against me because I would not concede to their unreasonable demands.**

8) Meta Platforms Inc. f/k/a Facebook, Inc. shall within ten (10) days of receipt of this Order:

    a. Disable the Sawyer Heavens Gate Facebook page which is used to announce broadcasts of infringing YouTube performances of copyrighted works.

11

RESPONSE: I, Stephen Havel respectfully ask for this request to be denied. I started my Facebook page on August 9th, 2008. Plaintiffs have been aware of my Facebook page for at least 10 years and have taken no action against it in those 10 years. I have not made any announcements of any broadcasts of performances of the Plaintiffs alleged copyrighted material since at least June 1st, of 2022. Plaintiffs seek to punish me and hurt me by removing all of my social media accounts. They are abusing this Court by asking the Court to do their dirty work and delete my entire presence off the internet. They are vindictive and malicious and have proven that time and time again by bringing this lawsuit against myself and my co-defendants. I sincerely wish Your Honor that you will see through their lies and see their true agenda against me and my co-defendants. All because I sold 9 shirts that I wasn't even sure were copyrighted or trademarked and played around 15 audios that I was never informed were copyrighted and that I was literally sitting right there for! The Plaintiffs were kicked out of the Group in 1987 and their bitterness has caused them to lie and cheat to steal the Groups material and then attempt to keep it under lock and key where only they are qualified to disseminate the materials. This is not what Ti & Do or the Group wanted to happen to their materials after they left this planet. I have proof in Do's own words of exactly what he wanted done with their information and I intend to provide that to this Court if the Court will allow me the process to do so.

9) Twitter, Inc. shall within ten (10) days of receipt of this Order:
   a. Disable the @sawyerdoti Twitter account which is used to announce broadcasts of infringing YouTube performances of copyrighted works.

**RESPONSE: I, Stephen Havel respectfully ask for this request to be denied. I started my Twitter account in February of 2013 and Plaintiffs have been aware of this account and that I advertised ALL of my YouTube broadcasts on this account. Plaintiffs took no action against this account despite knowing the above. I have not announced since June 1st of 2022 any broadcasts which contain the Plaintiffs alleged copyrighted material. To ask for my entire account to be destroyed shows the malicious intent of Mark King and Sarah King and them stating to me in front of their prior attorney and my co-defendant Cathy Weaver that we were going to pay if we didn't concede to their demands.**

10) The owner of and/or anyone with control of Archive.org and any of its related entities shall, within ten (10) days of receipt of this Order:
    a. Remove all access to the files currently being hosted at: https://archive.org/details/HPM-HeavensGateAudio

**RESPONSE: I, Stephen Havel nor my co-defendant Jason Bartel has any power to complete this request as I have NOTHING to do with heavensgateaudio. It is literally not within my power to have this website removed as I am not the one who caused it to be placed on the internet. Plaintiffs seem to be attempting to bring a third-party Defendant into this lawsuit without naming the Defendant or even informing the third party that they will potentially be affected by this lawsuit. Plaintiff needs to file another lawsuit to go after the party or parties that are responsible for the heavensgateaudio. Is Plaintiff allowed to just add other alleged parties that**

13

are allegedly infringing on their illegally gained copyrights and trademarks?

11) Plaintiff need not post a bond.

**NO RESPONSE NEEDED**

12) Any Defendants subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Indiana Local Rules. Any third party impacted by this Order may move for appropriate relief.

**RESPONSE: Plaintiffs are attempting to bring outside parties into their prosecution of us and frankly I, Stephen Havel believe that is an abuse of the Court and the judicial system. The Plaintiff's wish to take down any and everyone that has absolutely nothing to do with myself in this lawsuit. The Plaintiffs need to file all the lawsuits they desire to pursue other people who are also allegedly infringing on their illegally gained copyrights and trademarks and not piggyback it onto this current lawsuit.**

I, Stephen Havel swear and attest to the truth of the responses I have made.

_____2-3-2023_____  *Stephen Havel*
                          Stephen Havel

                          5776 Grape Rd.
                          Suite 51
                          PMB# 121
                          Mishawaka, IN. 46545
                          Sawcat575@gmail.com
                          Defendant

```
#####      ####            #   #              ###
#   #     #    #           #   #               #
#   #    #                ######                #
#   #    #                 #   #              ####
####     #                 #   #              #   #
#        #                ######              #   #
#         #    #           #   #              #   #
###        ####            #   #               ###
                           #   #
```

Job : 2
Date: 2/3/2023
Time: 3:22:16 PM

```
#####      ####           # #              ###
#   #     #    #          # #               #
#   #    #                # #               #
#   #    #               ######            ####
####     #                # #              #  #
#        #                # #              #  #
#         #   #          ######            #  #
###        ###            # #               ###
                          # #
                          # #
```

Job : 3
Date: 2/3/2023
Time: 3:22:35 PM