# PRIORITY MAIL

PRESS FIRMLY TO SEAL

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE

* Domestic only

US POSTAGE $009.65
FEB 03 2023
MAILED FROM ZIP CODE 29940

**FROM:** Cathy Weaver
5776 Grape Rd
Suite 51
PMB #121
Mishawaka, IN 46545

**TO:** U.S. District Court
Robert Grant Federal Courthouse
204 S. Main St.
South Bend, IN 46601

USPS TRACKING #
9114 9022 0078 9605 9188 41

EP14F July 2013
OD: 12.5 x 9.5

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE