**PRESS FIRMLY TO SEAL**

# PRIORITY
## ★ MAIL ★

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
- * Domestic only

UNITED STATES POSTAL SERVICE®

USPS TRACKING #

9114 9022 0078 9605 9188 41

EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®

PS00001000014

---

US POSTAGE $009.65
FEB 03 2023
MAILED FROM ZIP CODE 29940

# PRIORITY
## ★ MAIL ★

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Cathy Weaver
5776 Grape Rd
Suite 51
PMB #121
Mishawaka, IN 46545

TO: U.S. District Court
Robert Grant Federal Courthouse
204 S. Main St.
South Bend, IN 46601

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE