UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation, an Arizona nonprofit corporation,<br><br>    Plaintiff,<br> v.<br><br>Steven Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>    Defendants. | CASE NO. 3:22-CV-395-JD-MGG |

**PLAINTIFF'S EXPEDITED MOTION TO STRIKE PAGES 13-58 OF DOC. 73, PAGES 5-9 OF DOC. 73-1, AND DOC. 75**

  The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation (the "Foundation" or "Plaintiff") hereby requests that the Court strike pages 13-58 of Steven Havel's Brief in Opposition to the Plaintiff's Motion for a Preliminary Injunction (Doc. 73), Pages 5-9 of the Exhibits to Mr. Havel's Brief in Opposition to the Plaintiff's Motion for a Preliminary Injunction (Doc. 73-1), and Mr. Havel's Brief in Opposition of Plaintiffs [sic] Filing of a Proposed Order Granting Plaintiff's Motion for a Preliminary Injunction (Doc. 75) because the aforementioned materials are more than four times longer than the page limit, if they were double spaced as required by the Rules, for a response brief.

**I. MR. HAVEL HAS SERIOUSLY DISREGARDED THE RULES BY FILING A RESPONSE THAT IS MORE THAN FOUR TIMES THE PAGE LIMIT.**

  Docs. 73, 73-1, and 75 were each filed in response to Plaintiff's Motion for a Preliminary Injunction and the proposed Order submitted therewith.

{07094890 / 1}           1

Despite a 25-page limit for response briefs, N.D. Ind. L.R. 7-1(e)(1), and that each brief must "be double spaced," N.D. Ind. L.R. 5-4(a)(5):

1) Doc. 73 is 58 pages long and is single spaced. The font within Doc. 73 also appears to be smaller than 12-point font. *See* N.D. Ind. L.R. 5-4(a)(4).

2) Pages five through nine of Doc 73-1 consists of additional argument, all of which is also single spaced.

3) Doc. 75 is 16 pages, or 14 if one does not count the final two pages that appear to have been included in error, that includes additional argument against the relief that Plaintiff requested in its request for injunctive relief.

Between Doc. 73 and pages 5-9 of Doc. 73-1, there are over 60 pages of single-spaced argument. If Mr. Havel double-spaced the documents, as he was required to do, Docs. 73 and pages 5-9 of 73-1 would exceed 120 pages. That number increases to over 130 pages when factoring Doc. 75's response to the relief requested by Plaintiff.

## II.  THE COURT SHOULD STRIKE MR. HAVEL'S FILINGS THAT DO NOT COMPLY WITH THE RULES.

The Court may "strike . . . from the record" any paper that does not comply with the Local Rules. N.D. Ind. L.R. 1-3(a)(1). Plaintiff requests that the Court strike pages 13-57 of Doc. 73; pages 5-9 of Doc. 73-1, and Doc. 75. This limits Mr. Havel to the page limits set forth in the Local Rules.

There is no compelling reason for Mr. Havel to have exceeded the page limit by over 100 pages. Mr. Havel does not even attempt to justify his serious disregard of the applicable Rules. Even if there were a compelling reason for Mr. Havel to exceed the page limit, Mr. Havel's filings did not include a table of contents, an issue statement, and a table of authorities. *See* N.D. Ind. L.R. 7-1(e)(2).

A self-represented "litigant is held to the same standards as a trained attorney and is afforded no inherent leniency simply by virtue of being self-represented." *Zavodnik v. Harper*, 17 N.E.3d 259, 266 (Ind. 2014); *see also Farguson v. MBank Houston, N.A.*, 808

F.2d 358, 359 (5th Cir.1986) ("[O]ne acting pro se has no license to harass others, clog the judicial machinery with meritless litigation, and abuse already overloaded court dockets."). Mr. Havel is held to the same standard as an attorney, and such blatant disregard of the Rules is unacceptable, regardless of whether a party is self-represented or represented by legal counsel.

Plaintiff will be extremely prejudiced if the Court does not grant the relief requested herein.  Mr. Havel's total disregard of the Rules will prevent Plaintiff from having a full and fair opportunity to refute Mr. Havel's materials.  It is not possible for Plaintiff to submit a Reply brief of 15 pages or less that fully addresses even a portion of the 120+ pages of materials submitted by Mr. Havel.

### III. CONCLUSION.

Plaintiff requests that the Court strike pages 13-57 of Doc. 73; pages 5-9 of Doc. 73-1, and Doc. 75.  This limits Mr. Havel to the page limits set forth in the Local Rules, avoids the prejudice associated with Mr. Havel's disregard of the Rules, and places the parties on equal footing as was intended by the Rules.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff is seeking expedited relief from the Court because Plaintiff must submit its Reply by February 13, 2023.[1]  [Doc. 68 at 2]  A proposed form of Order is being submitted herewith.

RESPECTFULLY SUBMITTED this 7th day of February 2023.

      */s/ Daniel L. Marks*
MESSNER REEVES LLP
Isaac S. Crum (AZ Bar #026510) (*Pro Hac Vice*)
icrum@messner.com
Daniel L. Marks (AZ Bar #034141) (*Pro Hac Vice*)
dmarks@messner.com
7250 N. 16th Street, Suite 410
Phoenix, Arizona 85020
Telephone: (602) 641-6705
Facsimile: (303) 623-0552

---

[1] Plaintiff has not received from Mr. Havel through U.S. Mail or e-mail a copy of what Mr. Havel submitted to the Court.  Plaintiff did not receive a copy of Docs. 73, 73-1, and 75 until the morning of February 7, 2023, when it was transmitted to Plaintiff's counsel through the Court's electronic filing system.  Plaintiff is submitting this Motion as soon as possible in hopes that the Court can address it before February 13, 2023.

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the parties listed below. A copy of this filing was also sent via U.S. mail and email.

Cathy Weaver
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

Steven Robert Havel
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

Jason Bartel
N4019 Forest Drive
Hancock, WI 54943
jason_bartel@unioncab.com

*/s/ Mary Willson*