# EXHIBIT 18

A 1998/1999 Federal Court case initiated by Mark and Sarah King and Plaintiff's Foundation

1  DAVID J. MICLEAN (SB# 115098)
   KIMBERLY A. DONOVAN (SB# 160729)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street
3  Redwood City, California 94063
   Telephone: (650) 364-8200
4  Facsimile: (650) 367-0997

**FILED**

MAR 6 1998

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

5

6  Attorneys for Plaintiffs
   THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION,
7  INC., MARK KING, SARAH KING and WAYNE PARKER

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                **C·98-0892**   CRB

11 THE EVOLUTIONARY LEVEL ABOVE        CASE NO.
   HUMAN FOUNDATION, INC. dba THE
12 TELAH FOUNDATION, MARK KING,        **COMPLAINT FOR TRADEMARK
   SARAH KING and WAYNE PARKER,        INFRINGEMENT, DILUTION and
13                                     COPYRIGHT INFRINGEMENT**
              Plaintiffs,
14                                     **DEMAND FOR JURY TRIAL**
       v.
15
   RIGHT TO KNOW; The Executor of the Estate
16 of CHARLES HUMPHREY aka CHUCK
   HUMPHREY, KATHRYN MOREA,
17 LANMINDS and IMPSAT MEXICO,

18            Defendants.

19

20      Plaintiffs THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION, INC. dba

21 THE TELAH FOUNDATION (hereinafter "TELAH"), MARK KING, SARAH KING and

22 WAYNE PARKER (collectively "Plaintiffs") complain against defendants RIGHT TO KNOW,

23 The Executor of the Estate of CHARLES HUMPHREY aka CHUCK HUMPHREY, KATHRYN

24 MOREA, LANMINDS and IMPSAT MEXICO (collectively "Defendants") and allege as follows:

25                          **PARTIES**

26      1.      Plaintiff TELAH is a non-profit corporation organized and existing under the laws of

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RCI/125730.1/RL                          COMPLAINT FOR TRADEMARK
                                         INFRINGEMENT,
                                         DILUTION and COPYRIGHT INFRINGEMENT -

*1*

1  the State of Arizona.  Its address is 5515 North Seventh Street, No. 5-226, Phoenix, Arizona 85014.

2  TELAH was organized for the purpose of preserving the memory and integrity of the religious faith

3  of THE EVOLUTIONARY LEVEL ABOVE HUMAN (also known as "Heaven's Gate") and, in

4  furtherance of that purpose, holds the sole responsibility for dissemination of intellectual property

5  created by that organization.

6      2.      Plaintiffs, MARK KING, SARAH KING and WAYNE PARKER, are individuals

7  who reside in the State of Arizona.  These individuals also make up the Board of Directors of

8  TELAH.

9      3.      Defendant RIGHT TO KNOW is a business entity of unknown form.  Plaintiffs are

10  informed and believe that RIGHT TO KNOW's principal place of business is at 2532 Lincoln

11  Blvd., Ste. 174, Venice, CA 90291.  Plaintiffs are informed and believe that RIGHT TO KNOW is

12  a business organization formed for the purpose of commercially misappropriating material

13  associated with the Heaven's Gate religious organization.

14      4.      Defendant The Executor of the Estate of CHARLES HUMPHREY aka CHUCK

15  HUMPHREY ("HUMPHREY") is believed to be the person responsible for handling the affairs of

16  CHARLES HUMPHREY aka CHUCK HUMPHREY, who plaintiffs are informed and believe is

17  deceased.

18      5.      Defendant KATHRYN MOREA ("MOREA") is an individual.  Plaintiffs are

19  informed and believe that MOREA resides in Santa Monica, California.

20      6.      Defendant LANMINDS is a business entity of unknown form.  Plaintiffs are

21  informed and believe that LANMINDS' principal place of business is located at 1700 Martin

22  Luther King, Jr. Way, Berkeley, CA 94709.  LANMINDS was the internet service provider for the

23  heavensgate.com and rkkody.com websites from July of 1997 until February 27, 1998.

24      7.      Defendant IMPSAT MEXICO ("IMPSAT") is a business entity of unknown form.

25  Plaintiffs are informed and believe that IMPSAT's principal place of business is in Mexico.

26  Defendant IMPSAT is an internet service provider presently serving as the server for the

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/125730.1/RL

-2-

COMPLAINT FOR TRADEMARK
INFRINGEMENT,
DILUTION and COPYRIGHT INFRINGEMENT -

1 heavensgate.com and rkkody.com websites.

## JURISDICTION

3    8.    This court has jurisdiction over this action pursuant to 28 U.S.C. §1331(action

arising under Federal acts), 28 U.S.C. §1338(a) (actions arising under the Copyright Act) and 15

U.S.C. §1121 (actions arising under the Lanham Act).

## VENUE

7    9.    Venue is proper in this district pursuant to 28 U.S.C. §1391(b) and (c) and 28 U.S.C.

§1400(a).

## FACTUAL BACKGROUND

10    10.    In the mid-1970's Marshall Applewhite (also known as "Do") and Bonnie Nettles

(also known as "Ti") founded a religious organization variously known as Heaven's Gate, Total

Overcomers Annonymous Monastery and/or The Evolutionary Level Above Human.   The

organization, generally referred to herein as Heaven's Gate, had extensive beliefs, doctrines and

teachings.   Among those beliefs was the belief that Ti and Do were representatives from a "Higher

Level" (similar to Heaven) and that at some point they would return to that Higher Level along with

a group of their followers, whom they referred to as "The Class."

17    11.    The Heaven's Gate religious organization created extensive original works,

including videotapes, audiotapes and a book, which set forth the organization's beliefs and

teachings and memorialized thoughts of Ti, Do and various individuals within The Class.   The

audiotape works, collectively known as "The Audiotape Library of Heaven's Gate by Ti and Do,"

was authored by the organization under the name "Total Overcomers Annonymous."   The

organization also prepared audiovisual tapes including "Do's Final Exit," "Students of Heaven's

Gate Expressing Their Thoughts Before Exit," "Last Chance to Evacuate Earth Before It's

Recycled," "Planet About to be Recycled – Your Only Chance to Survive – Leave With Us," and

"Beyond Human – The Last Call," a 12-session audiovisual work.   The group also prepared an

original lithographic print depicting "The C.B.E. (Celestrial Being Entity)" and a fabric design

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/125730.1/RL                    -3-              COMPLAINT FOR TRADEMARK
INFRINGEMENT,
DILUTION and COPYRIGHT INFRINGEMENT

1  patch known as the "Heaven's Gate Away Team Patch."

2      12.    Heaven's Gate members prepared a book compiling the literary works of the

3  organization, entitled "How and When 'Heavens Gate' (The Door to the Physical Kingdom Level

4  Above Human) May Be Entered – An Anthology of Our Materials." This book was authored under

5  the earlier used name of the organization, Heaven's Representatives. Over time, the group prepared

6  revised and additional versions of this book.

7      13.    Many members of Heaven's Gate were quite proficient in use of computers and

8  technology, including the Internet. The organization had an Internet website under the domain

9  name "heavensgate.com". On the website, Heaven's Gate maintained a web page containing

10 information regarding the organization's beliefs.

11     14.    The trademark "Heaven's Gate" was used in association with The Evolutionary

12 Level Above Human Religious organization. The mark was used in audiotapes, videotapes and

13 literary works. Additionally, the mark was selected for use as the domain name of the organization.

14 As a result of years of use and association with the persons, audiotapes, videotapes, literary works,

15 teachings and beliefs of the organization, persons began to associate the name "Heaven's Gate"

16 with the organization.

17     15.    On March 24, 1997, Do and 38 of his followers, referred to as "The Class,"

18 committed suicide in order to "exit" their bodies and go to the "Next Level." This event received a

19 great deal of publicity and increased public awareness of The Evolutionary Level Above Human

20 religious organization, commonly known as "Heaven's Gate."

21     16.    When Do and members of The Class "exited" earth, they left behind specific

22 instructions to other individuals associated with the Heaven's Gate religious organization.

23 Plaintiffs MARK and SARAH KING were given authority to control and manage the organization's

24 real, personal and intellectual property. This included transfer of all copyrights and trademarks held

25 or asserted by the organization, all rights to the organization's websites, rights to accounts

26 receivable from customers of a business run by the organization and specific assets of individual

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/125730.1/RL                           -4-              COMPLAINT FOR TRADEMARK
                                                          INFRINGEMENT,
                                                          DILUTION and COPYRIGHT INFRINGEMENT -

1   members of Heaven's Gate who had departed.

2        17.    The Heaven's Gate members who departed the earth left specific instructions with

3   regard to the heavensgate.com website. The Internet account information related to this website

4   was provided to plaintiffs MARK KING, SARAH KING and WAYNE PARKER as well as to

5   another individual, CHUCK HUMPHREY. HUMPHREY is now deceased.

6        18.    After Do and The Class departed, plaintiffs attempted to carry out the wishes of

7   Heaven's Gate and its followers. Plaintiffs incorporated the non-profit corporation known as

8   TELAH for this purpose. TELAH has applied for and received registration of the copyrights for

9   works prepared by the organization. Attached hereto as Exhibits A through E are the copyright

10   registration relating to works authored by the organization under the names Total Overcomers

11   Annonymous and Heaven's Representatives assigned to plaintiffs. Attached hereto as Exhibit F is

12   the copyright application association with The Celestial Being Entity lithographic print created by

13   Total Overcomers Annonymous and assigned to plaintiffs. Attached hereto as Exhibit G is the

14   copyright application associated with the Heaven's Gate Away Team Patch created by Total

15   Overcomers Annonymous and assigned to plaintiffs. The works described in this paragraph are

16   referred to hereinafter as the Subject Works.

17                     **DEFENDANTS' ACTIVITIES**

18        19.    After Do and The Class departed, HUMPHREY, a member of Heaven's Gate at one

19   time, misappropriated the heavensgate.com website. HUMPHREY exerted individual control over

20   the heavensgate.com website and made changes to it for his own profit and purposes, contrary to

21   the wishes of the Heaven's Gate organization. HUMPHREY moved the website to a server

22   operated by LANMINDS without authority. On HUMPHREY's own website, with the domain

23   name rkkody.com, HUMPHREY advertised numerous products, including audiotapes, videotapes,

24   T-shirts, coffee mugs and mouse pads, depicting Heaven's Gate intellectual property which had

25   been assigned to plaintiffs. This advertising, promotion and sale of such products is absolutely

26   contrary to the desires, teachings and beliefs of the Heaven's Gate organization. On February 17,

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/125730.1/RL             -5-         COMPLAINT FOR TRADEMARK
INFRINGEMENT,
DILUTION and COPYRIGHT INFRINGEMENT -

1 | 1998, HUMPHREY committed suicide.

2 |     20.    Plaintiffs are informed and believe, and on that basis allege, that after

3 | HUMPHREY's death, HUMPHREY's daughter MOREA continued to operate the infringing

4 | heavensgate.com and rkkody.com websites. Plaintiffs contacted LANMINDS, the server for the

5 | heavensgate.com website, and requested that the site be turned over to plaintiffs, the rightful owners

6 | of the trademark and website. Instead, LANMINDS contacted MOREA and asked for instructions

7 | as to the website. In direct defiance of plaintiffs' request, LANMINDS failed to transfer the

8 | heavensgate.com website to plaintiffs and MOREA moved both the heavensgate.com and

9 | rkkody.com website to a new server, IMPSAT. Despite the fact that HUMPHREY was already

10 | deceased, MOREA apparently indicated HUMPHREY as the administrative, billing and technical

11 | contact for the heavensgate.com website.

12 | **FIRST CAUSE OF ACTION**

13 | **(Trademark Infringement and False Designation of Origin Under 15 U.S.C. §1125(a))**

14 |     21.    Plaintiffs repeat and re-allege the allegations contained in paragraphs 1 through 20

15 | hereof as set forth in full and incorporate them herein by reference.

16 |     22.    Defendants have used and continue to use words, terms, names and devices, and

17 | false and misleading representations and descriptions of fact in commerce in connection with a

18 | website and the promotion of various products which are likely to cause confusion, or to cause

19 | mistake, or to deceive the public into believing that there is an affiliation, connection or association

20 | between plaintiffs and defendants, or that defendants' ideas, statements, and/or products originated

21 | with, or are sponsored or approved by, plaintiffs. Persons familiar with plaintiffs' trademarks are

22 | likely to believe defendants' ideas, statements and/or goods are espoused, made, sponsored or sold

23 | by plaintiffs. Plaintiffs have no control over the statements and ideas set forth by defendants or the

24 | nature and quality of the products sold by defendants. Any defect, objection or fault found with

25 | defendants' statements and advertising bearing plaintiffs' marks or products marketed under marks

26 | which are confusingly similar to plaintiffs' trademarks would necessarily reflect upon and seriously

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/125730.1/RL               -6-           COMPLAINT FOR TRADEMARK
INFRINGEMENT,
DILUTION and COPYRIGHT INFRINGEMENT -

1  injure the reputation which plaintiffs have established for their organization and products marketed

2  under their trademarks.

3     23.    Defendants' use of the marks specified herein has been without permission or

4  authority of the plaintiffs.

5     24.    Defendants' acts of infringement have been committed with the intent to cause

6  confusion and mistake and to deceive. Defendants have acted willfully, intentionally, deliberately

7  and maliciously to create and foster the confusion among the public for the purpose of trading upon

8  the good will and reputation established by plaintiffs. Plaintiffs believe that they presently are and

9  are likely to continue to be damaged by such false description and representation as the public is

10  likely to be confused or mistaken as to the true source of defendants' statements, advertising,

11  website and goods.

12     25.    As a direct and proximate result of defendants' conduct, plaintiffs have already been

13  damaged in an amount not yet ascertained but to be proven at the time of trial. The aforesaid false

14  and deceptive conduct and practices of defendants, unless restrained, are likely to continue and will

15  result in irreparable harm to plaintiffs. Plaintiffs have no adequate remedy at law. Accordingly,

16  plaintiffs seek injunctive relief pursuant to 15 U.S.C. §1116.

17     26.    Plaintiffs have suffered damages, including but not limited to damage to their

18  reputation, entitling plaintiffs to an award of damages and costs according to proof under 15 U.S.C.

19  §1117. Additionally, particularly since defendants' actions were willful, plaintiffs are entitled to a

20  trebling of damages found or assessed. Further, this is an exceptional case entitling plaintiffs to

21  reasonable attorney's fees pursuant to 15 U.S.C. §1117. Plaintiffs are further entitled to an order

22  directing that all infringing articles in the possession of defendants be delivered up for destruction

23  pursuant to 15 U.S.C. §1118.

24  <u>**SECOND CAUSE OF ACTION**</u>

25  <u>**(Dilution of Mark Under 15 U.S.C. §1125(c))**</u>

26     27.    Plaintiffs repeat and re-allege the allegations contained in paragraphs 1 through 26

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/125730.1/RL                    -7-        COMPLAINT FOR TRADEMARK
                                              INFRINGEMENT,
                                              DILUTION and COPYRIGHT INFRINGEMENT -

1  hereof as if set forth in full and incorporate herein by reference.

2      28.    Plaintiffs' marks have acquired a high degree of recognition and have become well

3  known and famous.

4      29.    Defendants' sale and promotion of products not manufactured by or approved by

5  plaintiffs and control, revision and maintenance of a website bearing trademarks identical or nearly

6  identical to plaintiffs' trademarks have injured plaintiff and will, unless enjoined by the court,

7  continue to cause damage to plaintiffs' reputation and to dilute and tarnish the distinct quality of

8  plaintiffs' marks.

9      30.    Plaintiffs have no adequate remedy at law and will suffer irreparable damage if

10  defendants' activities continue.

11      31.    Defendants' aforesaid activities constitute a willful and knowing violation of section

12  43(c) of the Lanham Act (15 U.S.C. §1125(c)) and entitle plaintiffs to injunctive relief.

13  ### THIRD CAUSE OF ACTION

14  ### (Dilution of Mark Under California Business and Professions Code §14300, et seq.)

15      32.    Plaintiffs repeat and re-allege the allegations contained in paragraphs 1 through 31

16  hereof as if set forth in full and incorporate them herein by reference.

17      33.    Defendants' sale of products not manufactured or approved by plaintiffs and control

18  and management of a website bearing marks identical or nearly identical to plaintiffs' trademarks

19  have injured plaintiffs and will, unless enjoined by the court, continue to cause irreparable damage

20  to plaintiffs' reputation and to dilute and tarnish the distinctive quality of plaintiffs' marks.

21  Plaintiff has no adequate remedy at law.

22      34.    Defendants' unlawful conduct, in violation of §§14300, et seq. of the California

23  Business and Professions Code, will continue to irreparably harm plaintiffs unless enjoined and

24  plaintiffs have no adequate remedy at law, entitling plaintiffs to injunctive relief under §14300 of

25  the California Business and Professions Code.

26  ///

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RCI/125730.1/RL                    -8-        COMPLAINT FOR TRADEMARK
                                              INFRINGEMENT,
                                              DILUTION and COPYRIGHT INFRINGEMENT -

## FOURTH CAUSE OF ACTION

### (Copyright Infringement Under 17 U.S.C. § 101 et seq.)

35.   Plaintiffs repeat and re-allege the allegations contained in paragraphs 1 through 34 hereof as if set forth in full and incorporate them herein by reference.

36.   Plaintiffs are informed and believe, and on that basis allege, that HUMPHREY and RIGHT TO KNOW knowingly and willfully directly copied plaintiffs' Subject Works in their entirety.  Plaintiffs are further informed and believe, and on that basis allege, that HUMPHREY and RIGHT TO KNOW copied the Subject Works for the specific purpose of infringing plaintiffs' copyrights and selling illegal and unauthorized copies of the Subject Works.  Plaintiffs are informed and believe, and on that basis allege, that since at least as early as December of 1997, HUMPHREY and RIGHT TO KNOW have been reproducing, distributing, promoting and offering for sale illegal and unauthorized copies of the Subject Works.

37.   Plaintiffs are informed and believe, and on that basis allege, that MOREA conspired with and assisted HUMPHREY in knowingly and willfully copying plaintiffs' Subject Works in its entirety.  Plaintiffs are further informed and believe, and on that basis allege, that MOREA continues to knowingly and willfully directly copy the Subject Works for the specific purpose of infringing plaintiffs' copyrights and selling illegal and unauthorized copies of the Subject Works. Plaintiffs are informed and believe, and on that basis allege, that since at least as early as February of 1998, MOREA has been reproducing, distributing, promoting and offering for sale illegal and unauthorized copies of the Subject Works.

38.   Plaintiffs are informed and believe, and on that basis allege, that LANMINDS and IMPSAT are Internet service providers who maintained or maintain the heavensgate.com and rkkody.com websites, thereby aiding, abetting, assisting and contributing to the infringing actions by the remaining defendants.

39.   Plaintiffs have sustained and will continue to sustain damage as a result of defendants' wrongful conduct and defendants' production and sale of the infringing products.

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

1  Defendants have deprived plaintiffs of the ability to control the publication and/or reproduction of

2  the Subject Works, thereby causing severe and irreparable damage to plaintiffs' reputation and

3  goodwill.  Defendants' wrongful conduct has also deprived and will continue to deprive plaintiffs of

4  opportunities for expanding their good will.  Additionally, plaintiffs are informed and believe, and

5  on that basis allege, that defendants have profited from the Subject Works, thereby depriving

6  plaintiffs of potential revenue.

7         40.    Plaintiffs are informed and believe, and on that basis allege, that unless enjoined by

8  this court, defendants intend to continue their course of conduct and to wrongfully use, infringe

9  upon, sell and otherwise profit from plaintiffs' Subject Works and works derived from them.  As a

10  direct and proximate result of the acts of defendants alleged above, plaintiffs have already suffered

11  irreparable damage and have sustained lost good will, damage to their reputations and lost potential

12  revenue.  Plaintiffs have no adequate remedy at law to redress all of the injuries that defendants

13  have caused and intend to cause by their conduct.  Plaintiffs will continue to suffer irreparable

14  damage and sustain lost goodwill, damage to their reputations, and lost potential revenue until

15  defendants' actions alleged above are enjoined by this court.

16         41.    By their actions alleged above, defendants have infringed and will continue to

17  infringe plaintiffs' copyrights related to the Subject Works by producing, distributing, and placing

18  upon the market products which are direct copies of plaintiffs' copyrighted Subject Works.

19         42.    Plaintiffs are entitled to an injunction restraining defendants, and all persons acting

20  in concert with them, from engaging in any further act in violation of the copyright laws.

21         43.    Plaintiffs are further entitled to recover from defendants the damages, including

22  attorney's fees, they have sustained and will sustain, and any gains, profits and advantages obtained

23  by defendants as a result of defendants' acts of infringement alleged above.  At present, the amount

24  of such damages, gains, profits and advantages cannot be fully ascertained by plaintiffs.

25  ///

26  ///

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/125730.1/RL                    -10-        COMPLAINT FOR TRADEMARK
                                               INFRINGEMENT,
                                               DILUTION and COPYRIGHT INFRINGEMENT -

## **PRAYER**

WHEREFORE, plaintiffs pray:

1.      That Judgment be entered in favor of plaintiffs declaring plaintiffs to be the owners of all trademarks and copyrights set forth herein;

2.      That all rights to the domain name heavensgate.com be transferred to plaintiffs;

3.      That preliminary and permanent injunctions issue restraining defendants, their agents, servants, employees, successors and assigns, and all others in concert and privity with them, from infringement of plaintiffs' trademarks and from engaging in false designation of origin and dilution of plaintiffs' trademark rights and injury to plaintiffs' reputation;

4.      That defendants, their agents, servants, employees, successors and assigns, and all others in concert and privity with them or in participation with them, be enjoined from directly or indirectly infringing plaintiffs' copyrights in the Subject Works or continuing to market, offer, sell, dispose of, license, lease, transfer, display, advertise, reproduce, develop or manufacture any works derived or copied from the Subject Works, or to participate or assist in any such activity;

5.      That defendants be required to surrender for destruction all products, labels, advertising, originals, copies, facsimiles or duplicates of the Subject Works or of work which infringes upon the plaintiffs' trademarks;

6.      That defendants be required to account for and pay over to plaintiffs defendants' profits, actual damages suffered by plaintiffs as a result of defendants' acts, and appropriate royalties, together with interest and costs, and that such damages be trebled because of the willful acts described herein in disregard of plaintiffs' known rights as set forth herein;

7.      That defendants be required to file with the court and to serve on plaintiffs a report in writing under oath setting forth in detail the manner and form in which defendants have complied with the court's order;

8.      That plaintiffs have judgment entered against defendants for plaintiffs' costs and attorneys fees associated with this suit; and

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/125730.1/RL

-11-

COMPLAINT FOR TRADEMARK
INFRINGEMENT,
DILUTION and COPYRIGHT INFRINGEMENT -

9.    For such other and further relief as the court may deem just and equitable.

DATED: March 6, 1998                    ROPERS, MAJESKI, KOHN & BENTLEY

By_____
    DAVID J. MICLEAN
    KIMBERLY A. DONOVAN
    Attorneys for Plaintiffs
    THE EVOLUTIONARY LEVEL ABOVE
    HEAVEN FOUNDATION, INC., MARK KING,
    SARAH KING and WAYNE PARKER

## DEMAND FOR JURY TRIAL

Plaintiffs THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION, INC.,

MARK KING, SARAH KING and WAYNE PARKER hereby demand a jury trial in the above-

entitled matter.

DATED: March 6, 1998                    ROPERS, MAJESKI, KOHN & BENTLEY

By_____
    DAVID J. MICLEAN
    KIMBERLY A. DONOVAN
    Attorneys for Plaintiffs
    THE EVOLUTIONARY LEVEL ABOVE
    HEAVEN FOUNDATION, INC., MARK KING,
    SARAH KING and WAYNE PARKER

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/125730.1/RL                         -12-           COMPLAINT FOR TRADEMARK
                                                       INFRINGEMENT,
                                                       DILUTION and COPYRIGHT INFRINGEMENT -

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

REGISTRATION NUMBER

**SRu 298-530**

*SRu0002965304*

EFFECTIVE DATE OF REGISTRATION

| 10 | 27 | 97 |
|----|----|----|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

"THE AUDIOTAPE LIBRARY OF HEAVEN'S GATE BY TI AND DO"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

None

**NATURE OF MATERIAL RECORDED ▼** See instructions.

☐ Musical   ☐ Musical-Dramatic
☐ Dramatic   ☒ Literary
☐ Other

---

**2**

**NAME OF AUTHOR ▼**

Total Overcomers Anonymous, a.k.a. T.O.A.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ **United States**
Domiciled in ▶ **United States**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Entire Work

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This Information must be given in all cases.
1997 ◄ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶   ◄ Nation

---

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

The Telah Foundation
4757 E. Greenway Road, #103
Phoenix, AZ 85032

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

pursuant to assignments

**APPLICATION RECEIVED**
OCT 27 1997
**ONE DEPOSIT RECEIVED**
OCT 27 1997
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ___ pages

Deposit includes 486 audio cassettes containing text and
sound recording.

EXAMINED BY

FORM SR

CHECKED BY

☐ CORRESPONDENCE
   Yes

☐ DEPOSIT ACCOUNT
   FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

N/A

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                        Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Jerome E. Weinstein, Esq.
WEINSTEIN AND HART
9777 Wilshire Blvd., Suite 1009
Beverly Hills, CA 90212-1901
Area Code & Telephone Number ▶ (310) 274-7157

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check one ▼
☐ author
☒ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

The Telah Foundation,                    date ▶ ✓ 10/21/97
By Mark King, President

Handwritten signature (X) ▼
*Mark King*

**9**

MAIL
CERTIFI-
CATE TO

Name ▼
Jerome E. Weinstein, Esq.
WEINSTEIN AND HART
Number/Street/Apartment Number ▼
9777 Wilshire Blvd., Suite 1009
City/State/Zip ▼
Beverly Hills, CA 90212-1901

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1995.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

October 1992—75,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/60,010

# CERTIFICATE OF REGISTRATION



USDC IN/ND case 3:22-cv-00395-MGG document 79-1 filed 10/04/23 page 16 of 123

## FORM PA



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

For a Work of the Performing Arts
**UNITED STATES COPYRIGHT OFFICE**

REGI

**PA 869-585**

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|
| 9 | 22 | 97 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**
"DO'S FINAL EXIT - STUDENTS OF HEAVENS GATE EXPRESSING THEIR THOUGHTS BEFORE EXIT"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See Instructions**

Audiovisual work

---

**2**

**a** NAME OF AUTHOR ▼
\* Total Overcomers Anonymous aka T.O.A.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ **United States**
Domiciled in ▶ **United States**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1997 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ March   Day ▶ 25   Year ▶ 1997
United States of America   ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

The Telah Foundation
4757 E. Greenway Road, #103
Phoenix, AZ 85032

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

pursuant to assignments

APPLICATION RECEIVED
SEP. 22. 1997
ONE DEPOSIT RECEIVED
SEP. 22. 1997 (2)
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**DO NOT WRITE HERE OFFICE USE ONLY**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY [B/CG]

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**
PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6**
DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

See instructions
before completing
this space

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**7**
DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

CORRESPONDENCE Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Jerome E. Weinstein, Esq.
Weinstein and Hart
9777 Wilshire Blvd., Suite 1009
Beverly Hills, CA 90212-1901

Be sure to
give your
daytime phone
◄ number

Area Code and Telephone Number ▶ **(310) 274-7157**

**8**
CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☒ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.   date▶ **9/12/97**

The Telah Foundation,
by Mark King, President

Handwritten signature (X) ▼
_Mark King_

**9**
MAIL CERTIFICATE TO
Name ▼
Jerome E. Weinstein, Esq.
Weinstein and Hart
Number/Street/Apartment Number ▼
9777 Wilshire Blvd., Suite 1009
City/State/ZIP ▼
Beverly Hills, CA 90212-1901

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

16

☆U.S. GOVERNMENT PRINTING OFFICE: 1993 342-582/60,017

⊚ PRINTED ON RECYCLED PAPER

**CERTIFICATE OF REGISTRATION**

FORM PA
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

PA 869-628

EFFECTIVE DATE OF REGISTRATION

9 / 24 / 97
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼** "LAST CHANCE TO EVACUATE EARTH BEFORE IT'S RECYCLED" "PLANET ABOUT TO BE RECYCLED-YOUR ONLY CHANCE TO SURVIVE - LEAVE WITH US"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See instructions**

Audiovisual work

---

**2**

**a** **NAME OF AUTHOR ▼** Total Overcomers Anonymous, a.k.a. T.O.A.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶ United States
☐ Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1996 ◀Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ October   Day ▶ 15   Year ▶ 1996
United States of America ◀Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

The Telah Foundation
4757 E. Greenway Road, #103
Phoenix, AZ 85032

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

pursuant to assignments

APPLICATION RECEIVED
SEP 24 1997
ONE DEPOSIT RECEIVED
SEP 24 1997
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

17

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**

Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation. **6**

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

N/A

See instructions
before completing
this space

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **7**
Name ▼          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

    Jerome E. Weinstein, Esq.
    Weinstein and Hart
    9777 Wilshire Blvd., Suite 1009
    Beverly Hills, CA 90212-1901
              Area Code and Telephone Number ▶ (310) 274-7157

Be sure to
give your
daytime phone
◀ number

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

    The Telah Foundation,              date ▶ ___V 9/12/97___
    by Mark King, President

Handwritten signature (X) ▼

    Mark King

MAIL
CERTIFI-
CATE TO

Name ▼
    Jerome E. Weinstein, Esq.
    Weinstein and Hart
Number/Street/Apartment Number ▼
    9777 Wilshire Blvd., Suite 1009
City/State/ZIP ▼
    Beverly Hills, CA 90212-1901

Certificate
will be
mailed in
window
envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.



☆ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE 1993-342-582/80,017

18

# CERTIFICATE OF REGISTRATION



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE
REG

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**PA 867-224**

**EFFECTIVE DATE OF REGISTRATION**

SEP 22 1997

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

"BEYOND HUMAN - THE LAST CALL"

PREVIOUS OR ALTERNATIVE TITLES ▼

Audiovisual work

NATURE OF THIS WORK ▼ See instructions

*

**2**

**a** NAME OF AUTHOR ▼

Total Overcomers Anonymous, a.k.a. T.O.A.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR  Citizen of ▶ United States
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

Entire work

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR  Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR  Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED

1992  ◀ Year  This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.

Month January  Day 11  Year 1992  ◀ Nation
United States of America

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

The Telah Foundation
4757 E. Greenway Road, #103
Phoenix, AZ 85032

APPLICATION RECEIVED
SEP 22 1997
ONE DEPOSIT RECEIVED
SEP 22 1997   ½"VT/D
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

pursuant to assignments

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

19

*Deposit is a motion picture

FORM PA

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

( ) Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a ( ) This is the first published edition of a work previously registered in unpublished form.

b ( ) This is the first application submitted by this author as copyright claimant.

c ( ) This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                                                    **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   **Name/Address/Apt/City/State/ZIP** ▼

Jerome E. Weinstein, Esq.
Weinstein and Hart
9777 Wilshire Blvd., Suite 1009
Beverly Hills, CA 90212-1901

Area Code and Telephone Number ▶ **(310) 274-7157**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of ____

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

The Telah Foundation,                           date ▶ 9/18/97
BY Mark King, President

Handwritten signature (X) ▼

*Mark King*

**MAIL
CERTIFI-
CATE TO**

Certificate
will be
mailed in
window
envelope

**Name** ▼
Jerome E. Weinstein, Esq.
Weinstein and Hart

**Number/Street/Apartment Number** ▼
9777 Wilshire Blvd., Suite 1009

**City/State/ZIP** ▼
Beverly Hills, CA 90212-1901

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

1992)  300,000   ♻ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,014

20

FORM TX
For a Literary Work
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

_____

TX _____ TXU _____

EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

HOW AND WHEN "HEAVEN'S GATE" (THE DOOR TO THE PHYSICAL KINGDOM LEVEL ABOVE HUMAN) MAY BE ENTERED – AN ANTHOLOGY OF OUR MATERIALS

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**

**NAME OF AUTHOR ▼**

Heaven's Representatives

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
1997 ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____ ◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

The Telah Foundation
4757 E. Greenway Road, #103
Phoenix, AZ 85032

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

pursuant to assignments

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of _____ pages

21

FORM TX

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
  N/A

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
  N/A

See instructions before completing this space.

**7**

—space deleted—

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Jerome E. Weinstein, Esq.
Weinstein and Hart
9777 Wilshire Blvd., Suite 1009
Beverly Hills, CA 90212-1901
Area Code and Telephone Number ▶ **(310) 274-7157**

Be sure to give your daytime phone number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☒ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
The Telah Foundation,
by Mark King, President        date ▶ 9/12/97

Handwritten signature (X) ▼
_Mark King_

**11**

MAIL CERTIFICATE TO

Name ▼
Jerome E. Weinstein, Esq.
Weinstein and Hart

Number/Street/Apartment Number ▼
9777 Wilshire Blvd., Suite 1009

City/State/ZIP ▼
Beverly Hills, CA 90212-1901

Certificate will be mailed in window envelope

**•YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1993—300,000        ⊛ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,019

22

# FORM VA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA          VAU

EFFECTIVE DATE OF REGISTRATION

. . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(Month)        (Day)        (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM VA/CON)

**① Title**

TITLE OF THIS WORK:

THE C. B. E. (CELESTIAL BEING ENTITY)

NATURE OF THIS WORK: (See instructions)

Lithographic print

Previous or Alternative Titles

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work . . . . . . . . . . . . . . . . . . . . . . . . . . . . Vol . . . No . . . . Date. . . . . . . . . . . . . Pages . . . . . . . . . .

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR:

Total Overcomers Anonymous, a.k.a. T.O.A.

DATES OF BIRTH AND DEATH:
Born . . . . . . . Died . . . . . . .
(Year)        (Year)

Was this author's contribution to the work a "work made for hire"?   Yes. . . . . .   No . . .

AUTHOR'S NATIONALITY OR DOMICILE:

Citizen of United States  or  { Domiciled in . . . . . . . . . . . . . . . . . . . . . . .
(Name of Country)                                          (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes . .   No X
Pseudonymous?   Yes . .   No X

If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)

Entire work

**2**

NAME OF AUTHOR:

DATES OF BIRTH AND DEATH:
Born . . . . . . . Died . . . . . . .
(Year)        (Year)

Was this author's contribution to the work a "work made for hire"?   Yes. . . . . .   No . . . .

AUTHOR'S NATIONALITY OR DOMICILE:

Citizen of . . . . . . . . . . . . . . . . .  or  { Domiciled in . . . . . . . . . . . . . . . . . . . . . . .
(Name of Country)                                          (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes . .   No
Pseudonymous?   Yes . .   No

If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**

NAME OF AUTHOR:

DATES OF BIRTH AND DEATH:
Born . . . . . . . Died . . . . . . .
(Year)        (Year)

Was this author's contribution to the work a "work made for hire"?   Yes . . . . .   No . . . .

AUTHOR'S NATIONALITY OR DOMICILE:

Citizen of . . . . . . . . . . . . . . . . .  or  { Domiciled in . . . . . . . . . . . . . . . . . . . . . . .
(Name of Country)                                          (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes . .   No
Pseudonymous?   Yes . .   No

If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year. 1992 . . .

(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:

Date. . . . March 31, 1997
(Month)        (Day)        (Year)

Nation  United States of America
(Name of Country)

(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

The Telah Foundation
4757 E. Greenway Road, #103
Phoenix, AZ 85032

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

pursuant to assignments

- Complete all applicable spaces (numbers 5-9) on the reverse side of this page
- Follow detailed instructions attached   • Sign the form at line 8

23

DO NOT WRITE HERE

Page 1 of . . pages



© 1997 The Telah Foundation

24

# FORM VA

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA                    VAU

EFFECTIVE DATE OF REGISTRATION

. . . . . . . . . . . . . . . . . . . . . . . . . . .
(Month)        (Day)        (Year)

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM VA/CON)

**① Title**

TITLE OF THIS WORK:

**HEAVEN'S GATE AWAY TEAM PATCH**

NATURE OF THIS WORK: (See instructions)

**Fabric design**

Previous or Alternative Titles

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work . . . . . . . . . . . . . . . . . . . . . . . . . . . Vol . . . . No . . . . Date . . . . . . . Pages . . . . . . . .

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR:

**Total Overcomers Anonymous, a.k.a. T.O.A.**

DATES OF BIRTH AND DEATH:
Born . . . . . . . Died . . . . . . .
(Year)        (Year)

Was this author's contribution to the work a "work made for hire"?    Yes . . . .    No . . . . .

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of . . . **United States** . . . . } or { Domiciled in . . . . . . . . . . . . . . . . . . . .
(Name of Country)                              (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Yes . . . .    No **X**
Pseudonymous?    Yes . . . . .    No **X**
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)

**Entire work**

**2**

NAME OF AUTHOR:

DATES OF BIRTH AND DEATH:
Born . . . . . . . Died . . . . . . .
(Year)        (Year)

Was this author's contribution to the work a "work made for hire"?    Yes . . . .    No . . . . .

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of . . . . . . . . . . . . . . . . . . . . } or { Domiciled in . . . . . . . . . . . . . . . . . . . .
(Name of Country)                              (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Yes . .    No
Pseudonymous?    Yes . .    No
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**

NAME OF AUTHOR:

DATES OF BIRTH AND DEATH:
Born . . . . . . . Died . . . . . . .
(Year)        (Year)

Was this author's contribution to the work a "work made for hire"?    Yes . . . .    No . . . . .

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of . . . . . . . . . . . . . . . . . . . . } or { Domiciled in . . . . . . . . . . . . . . . . . . . .
(Name of Country)                              (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Yes    No
Pseudonymous?    Yes    No
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year. **1996**

(This information must be given in all cases)

DATE AND NATION OF FIRST PUBLICATION:

Date . . . . . . . . . . . . . . . . . . . . . . . . . . .
(Month)        (Day)        (Year)

Nation . . . . . . . . . . . . . . . . . . . . . . . . . .
(Name of Country)

(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

**The Telah Foundation**
**4757 E. Greenway Road, #103**
**Phoenix, AZ 85032**

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

**pursuant to assignments**

---

• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• Follow detailed instructions attached    • Sign the form at line 8

25

DO NOT WRITE HERE

Page 1 of . . . . pages



© 1997 The Telah Foundation

26

**CIVIL COVER SHEET**

## I. (a) PLAINTIFFS

THE EVOLUTIONARY LEVEL ABOVE HUMAN
FOUNDATION, INC.; MARK KING; SARAH KING; and
WAYNE PARKER

### DEFENDANTS

RIGHT TO KNOW; The Executor of the Estate of
CHARLES HUMPHREY aka CHUCK HUMPHREY; KATHRYN
MOREA; LANMINDS; and IMPSAT MEXICO

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Maricopa, AZ
EXCEPT IN U.S. PLAINTIFF CASES

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  LOS ANGELES, CA

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

DAVID J. MICLEAN & KIMBERLY A. DONOVAN, ESQ.
ROPERS, MAJESKI, KOHN & BENTLEY
1001 MARSHALL STREET
REDWOOD CITY, CA  94063

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
(For Diversity Cases Only)    FOR PLAINTIFF AND ONE FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## V. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: [x] YES [ ] NO

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Trademark Infringement under 15 U.S.C. section 1125(a);
Dilution under 15 U.S.C. section 1125(c); Dilution under Ca Bus. & Prof. Code section
14300, et seq.; Copyright Infringement under 17 U.S.C. section 101, et seq.

## VII. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

### OTHER STATUTES
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 891 Agricultural Act
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment Of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### TORTS
#### PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

#### PERSONAL INJURY
- [ ] 362 Personal Injury— Med Malpractice
- [ ] 365 Personal Injury— Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

#### PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### CIVIL RIGHTS
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 444 Welfare
- [ ] 440 Other Civil Rights

### PRISONER PETITIONS
- [ ] 510 Motions to Vacate Sentence Habeas Corpus
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

### FORFEITURE/PENALTY
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt. Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- [x] 820 Copyrights
- [ ] 830 Patent
- [x] 840 Trademark

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS - Third Party 26 USC 7609

## VIII(a). IDENTICAL CASES:

Has this action been previously filed and dismissed, remanded or closed?  X  No  ___ Yes

IF yes, list case number(s): _____

CV71 (3/97)          CIVIL COVER SHEET - Continued on Reverse          Page 1 of 2
                                                                        CCD-JS44

27

# United States District Court

NORTHERN _____ DISTRICT OF CALIFORNIA

THE EVOLUTIONARY LEVEL ABOVE HUMAN
FOUNDATION, INC.; MARK KING; SARAH
KING; and WAYNE PARKER,

              PLAINTIFFS,

       V.

RIGHT TO KNOW; The Executor of the
Estate of CHARLES HUMPHREY aka CHUCK
HUMPHREY; KATHERYN MOREA; LANMINDS;
and IMPSAT MEXICO,

            DEFENDANTS.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CV-98-00892 CRB ENE

**TO:** (Name and address of defendant)

Right to Know; Kathryn Morea;
Executor of the Estate of CHARLES HUMPHREY
1802 9th Street
Santa Monica, CA  90404

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KIMBERLY A. DONOVAN, ESQ.
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA   94063

FAXED

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

MAR 0 9 1998

CLERK

_Maria SW_

(BY) DEPUTY CLERK

DATE

28

P. 2/5

FILED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAR 6   12 59 PM '98

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

```
                              )
EVOLUTIONARY LEVEL ABOVE      )
            Plaintiff(s)      )
                              )        C 98-00892 CRB ENE
   -v-                        )
                              )   INITIAL CASE MANAGEMENT SCHEDULING ORDER
RIGHT TO KNOW                 )            Civil L.R. 16-2
            Defendant(s)      )
_____)
```

        IT IS HEREBY ORDERED THAT this action is assigned to the
Honorable Charles R. Breyer.  When serving the complaint or
notice of removal, the plaintiff or removing defendant shall
serve on all other parties a copy of this order, the handbook
entitled "Dispute Resolution Procedures in the Northern District
of California" and all other documents specified in Civil Local Rule 4-3.
Counsel shall comply with the case schedule listed below unless the
Court otherwise orders.

        IT IS FURTHER ORDERED that this action is assigned to the
Early Neutral Evaluation (ENE) program governed by ADR Local Rule 5.
Parties shall add "ENE" to the end of the case number on future filings.

### CASE SCHEDULE

| Date | Event | Governing Rule |
|------|-------|----------------|
| 03/06/98 | Complaint filed | |
| 04/20/98 | Last day to file proof(s) or waiver(s) of service | Civil L.R. 4-2 |
| 06/04/98 | Last day to meet and confer re case management | Civil L.R. 16-4 |
| 06/15/98 | Last day to complete initial disclosures | Civil L.R. 16-5 |
| 06/30/98 | Last day to file/serve Case Management Statement and ADR Certification | Civil L.R. 16-12 & 16-13 |
| 07/10/98 | Case Management Conference in Courtroom 8, 19th Fl.-SF at 8:30 AM | Civil L.R. 16-13 |

29

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**<u>NOTICE</u>**

Judge Breyer conducts a criminal law and motion calendar on Wednesdays at 2:30 p.m. Civil law and motion calendar is conducted on Fridays at 10:00 a.m. Case management conferences are conducted on Fridays at 8:30 a.m. **ORDER OF CALL IS DETERMINED BY THE COURT.** Counsel need not reserve a hearing date for civil motions, however, counsel are advised to check the legal papers for unavailable dates. A proposed form of order shall be submitted with all motion and opposition papers.

**ALL DISCOVERY MOTIONS** in cases assigned to Judge Breyer are hereby referred to the Chief Magistrate Judge to be heard and considered at the convenience of his calendar or to be assigned by him to another available Magistrate Judge. All such matters shall be noticed by the moving party for hearing on the assigned Magistrate Judge's regular law and motion calendar, or pursuant to that Judge's procedures.

**IT IS SO ORDERED.**

Dated: January 2, 1998

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

30

1
2
3
4
5
6
7
8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11        **SPECIAL NOTICE REGARDING MOTIONS**

12

13   Briefs or Memoranda of Points and Authorities in support of, or in opposition to, any motions filed

14   in this action must be typed on 28-line, double-spaced pleading paper and, except for Summary

15   Judgment motions which is 25 pages, may not exceed **FIFTEEN** (15) pages in length, exclusive of

16   title pages, indexes of cases, table of contents, exhibits, affidavits, and summaries of argument, if

17   required.  Briefs exceeding ten (10) pages in length must contain an **additional** one-page summary

18   of argument, including reference to any important cases cited.  Any briefs due on Fridays **MUST** be

19   filed by 12:00 Noon unless other arrangements have been made with the Court.

20        **IT IS SO ORDERED.**

21

22   Dated:   January 2, 1998

23                                      CHARLES R. BREYER
                                        UNITED STATES DISTRICT JUDGE

24

25

26

27

28

*United States District Court*
*For the Northern District of California*

3|

ROPERS, MAJESKI, KOHN & BE___Y     (650) 364-8200
1001 Marshall Street
Redwood City, California 94063
ATTORNEY FOR (Name): Plaintiffs
Ref. No.: 8051351.hp

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION,
INC. et al. vs. RIGHT TO KNOW et al.

**FOR COURT USE ONLY**

**F I L E D**

APR 9 1998

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

| PROOF OF SERVICE | HEARING DATE: | TIME: | DEPT./DIV.: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | C.98-00892 CRB ENE |

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the: SUMMONS IN A CIVIL CASE; COMPLAINT FOR TRADEMARK INFRINGEMENT, DILUTION and COPYRIGHT INFRINGEMENT; INITIAL CASE MANAGEMENT SCHEDULING ORDER; NOTICE DATED 1/2/98 RE: DISCOVERY MOTIONS; SPECIL NOTICE REGARDING MOTIONS DATED 1/2/98; BLANK JOINT CASE MANAGEMENT STTEMENT AND PROPOSED ORDER; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXCERISE OF JURISDICTION AND APPEAL OPTION; BLANKK CONSENT TO EXERCISE JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE

2. a. Party served:   RIGHT TO KNOW

   b. Person served:   KATHRYN MOREA, AUTHORIZED TO ACCEPT SERVICE OF PROCESS ON BEHALF OF DEFENDANT RIGHT TO KNOW

   c. Address:   2924 OCEAN AVENUE
   VENICE, CALIFORNIA 90291

3. I served the party in item 2
   a. **by personally delivering** the copies (1) on (date): 3/30/98     (2) at (Time): 9:44 P.M.

5. **Person Serving** (name, address, and telephone No.):
   J. WASHINGTON

   **EXPRESS NETWORK, INC.**
   640 South Olive Street
   Los Angeles, California 90014
   (213) 892-9090

   a. Fee for service: $

   b. Registered California process server.
   (1) Registration No.: 2907
   (2) Expiration Date: 10/8/98
   (3) County: LOS ANGELES

6.   **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   April 7, 1998

32

ROPERS, MAJESKI, KOHN & BE___LY   (650) 364-8200
1001 Marshall Street
Redwood City, California 94063
ATTORNEY FOR *(Name)*: Plaintiffs
REF. No.: 8051351c.hp

FOR COURT USE ONLY

FILED

APR 9  12 11 PM '98

RICHARD W. _EKING
CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION,
INC. et al. vs. RIGHT TO KNOW et al.

| PROOF OF SERVICE | HEARING DATE: | TIME: | DEPT./DIV.: | CASE NUMBER: NO DIST OF CA |
|---|---|---|---|---|
| | | | | C.98-00892 CRB ENE |

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the: SUMMONS IN A CIVIL CASE; COMPLAINT FOR TRADEMARK INFRINGEMENT, DILUTION and COPYRIGHT INFRINGEMENT; INITIAL CASE MANAGEMENT SCHEDULING ORDER; NOTICE DATED 1/2/98 RE: DISCOVERY MOTIONS; SPECIL NOTICE REGARDING MOTIONS DATED 1/2/98; BLANK JOINT CASE MANAGEMENT STTEMENT AND PROPOSED ORDER; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXCERISE OF JURISDICTION AND APPEAL OPTION; BLANKK CONSENT TO EXERCISE JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE

2. a. Party served: KATHRYN MOREA

   b. Person served: KATHRYN MOREA

   c. Address:      2924 OCEAN AVENUE
                    VENICE, CALIFORNIA 90291

3. I served the party in item 2
   a. **by personally delivering** the copies (1) on *(date)*: 3/30/98        (2) at *(Time)*: 9:44 P.M.

5. **Person Serving** *(name, address, and telephone No.)*:
   *J. WASHINGTON*

   **EXPRESS NETWORK, INC.**
   640 South Olive Street
   Los Angeles, California 90014
   (213) 892-9090

   a. Fee for service: $

   b. Registered California process server.
      (1) Registration No.: 2907
      (2) Expiration Date: 10/8/98
      (3) County: LOS ANGELES

6. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 7, 1998

| Form Adopted by Rule Judicial Council of California 982(a)(23) (New July 1, 1987) | **PROOF OF SERVICE** | Code civ. Proc.,§417.10 (f) |
|---|---|---|

33

ROPERS, MAJESKI, KOHN & BE LY    (650) 364-8200
1001 Marshall Street
Redwood City, California 94063
ATTORNEY FOR *(Name)*: Plaintiffs
Ref. No.: 8051351b.hp

FOR COURT USE ONLY

**F I L E D**

APR 9 1998

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION,
INC. et al. vs. RIGHT TO KNOW et al.

| PROOF OF SERVICE | HEARING DATE: | TIME: | DEPT./DIV.: | CASE NUMBER: C.98-00892 CRB ENE |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the: SUMMONS IN A CIVIL CASE; COMPLAINT FOR TRADEMARK INFRINGEMENT, DILUTION and COPYRIGHT INFRINGEMENT; INITIAL CASE MANAGEMENT SCHEDULING ORDER; NOTICE DATED 1/2/98 RE: DISCOVERY MOTIONS; SPECIL NOTICE REGARDING MOTIONS DATED 1/2/98; BLANK JOINT CASE MANAGEMENT STTEMENT AND PROPOSED ORDER; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXCERISE OF JURISDICTION AND APPEAL OPTION; BLANKK CONSENT TO EXERCISE JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE

2.  a. Party served:    THE EXECUTOR OF THE ESTATE OF CHARLES HUMPHREY AKA CHUCK HUMPHREY

    b. Person served:   KATHRYN MOREA, AUTHORIZED TO ACCEPT SERVICE OF PROCESS ON BEHALF OF DEFENDANT THE EXECUTOR OF THE ESTATE OF CHARLES HUMPHREY AKA CHUCK HUMPHREY

    c. Address:         2924 OCEAN AVENUE
                        VENICE, CALIFORNIA  90291

3. I served the party in item 2
    a. **by personally delivering** the copies (1) on *(date)*: 3/30/98        (2) at *(Time)*: 9:44 P.M.

5. **Person Serving** *(name, address, and telephone No.)*:
   J. WASHINGTON

   **EXPRESS NETWORK, INC.**
   640 South Olive Street
   Los Angeles, California 90014
   (213) 892-9090

   a. Fee for service:  $

   b. Registered California process server.
      (1) Registration No.: 2907
      (2) Expiration Date:  10/8/98
      (3) County: LOS ANGELES

6.    **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:    April 7, 1998

| Form Adopted by Rule Judicial Council of California 982(a)(23) (New July 1, 1987) | **PROOF OF SERVICE** | Code civ. Proc.,§417.10 (f) |
|---|---|---|

34

1    DAVID J. MICLEAN (SB# 115098)
    KIMBERLY A. DONOVAN (SB# 160729)
2    ROPERS, MAJESKI, KOHN & BENTLEY
    1001 Marshall Street
3    Redwood City, California 94063
    Telephone: (650) 364-8200
4    Facsimile: (650) 367-0997

5

6    Attorneys for Plaintiffs
    THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION,
    INC., MARK KING, SARAH KING and WAYNE PARKER

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

**FILED**
APR 23   3 00 PM '98
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

**BY FAX**

10

11    THE EVOLUTIONARY LEVEL ABOVE
    HUMAN FOUNDATION, INC. dba THE
12    TELAH FOUNDATION, MARK KING,
    SARAH KING and WAYNE PARKER,
13
             Plaintiffs,
14
15       v.

16    RIGHT TO KNOW; The Executor of the Estate
    of CHARLES HUMPHREY aka CHUCK
17    HUMPHREY, KATHRYN MOREA,
    LANMINDS and IMPSAT MEXICO,
18
            Defendants.

CASE NO.: CV-98-00892 CRB ENE

**REQUEST TO ENTER DEFAULT AS TO
DEFENDANT'S RIGHT TO KNOW,
ESTATE OF HUMPHREY AND
KATHRYN MOREA**

DEFAULT ENTERED
5-19-98
RICHARD W. WIEKING, CLERK

By _____
       Deputy Clerk

19

20      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

21       Plaintiffs THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION, INC.

22    ("TELEH"), MARK KING, SARAH KING and WAYNE PARKER hereby request that the clerk of

23    the above-entitled Court enter default in this matter against Defendants RIGHT TO KNOW, The

24    Executor of the Estate of CHARLES HUMPHREY aka CHUCK HUMPHREY and KATHRYN

25    MOREA. Entry of default is appropriate on the ground that said Defendants have failed to appear

26    or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/133343.1/JS3

REQUEST TO ENTER DEFAULT

1   Procedure.  Plaintiffs served the Summons and Complaint in this action on  Defendants RIGHT TO

2   KNOW, The Executor of the Estate of CHARLES HUMPHREY aka CHUCK HUMPHREY and

3   KATHRYN MOREA on March 30, 1998, and said Defendants have failed to timely appear and

4   answer or otherwise respond to the Complaint.  The above-stated facts are further set forth in the

5   accompanying Declaration of Kimberly A. Donovan, filed herewith.

6   DATED:  April 22, 1998                           ROPERS, MAJESKI, KOHN & BENTLEY

7

8                                                   By _____

9                                                      DAVID J. MICLEAN
                                                       KIMBERLY A. DONOVAN

10                                                     Attorneys for Plaintiffs
                                                       THE EVOLUTIONARY LEVEL ABOVE
11                                                     HEAVEN FOUNDATION, INC., MARK KING,
                                                       SARAH KING and WAYNE PARKER

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

LAW OFFICES
Ropers, Majeski, Kohn &
  Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200         RC1/133343.1/JS3                        REQUEST TO ENTER DEFAULT

                                                -2-

1  **CASE NAME:**   Telah v. Right to Know, et al.    **ACTION NO.:  CV-98-00892 CRB ENE**

2                                    PROOF OF SERVICE

3        I am a citizen of the United States. My business address is 1001 Marshall Street, Redwood
City, California  94063.  I am employed in the county of San Mateo where this service occurs.  I am
4  over the age of 18 years, and not a party to the within cause.  I am readily familiar with my
employer's normal business practice for collection and processing of correspondence for mailing
5  with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S.
Postal Service the same day as the day of collection in the ordinary course of business.

6

7        On the date set forth below, following ordinary business practice, I served a true copy of the
foregoing document(s) described as:

8        **REQUEST TO ENTER DEFAULT AS TO DEFENDANT'S RIGHT TO KNOW,
ESTATE OF HUMPHREY AND KATHRYN MOREA**

9

10  ☐  (BY FAX) by transmitting via facsimile the document(s) listed above to the fax
number(s) set forth below, or as stated on the attached service list, on this date
before 5:00 p.m.

11

12  ☒  (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be
placed in the United States mail at Redwood City, California.

13  ☐  (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand
this date to the offices of the addressee(s).

14  ☐  (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an
15  overnight delivery carrier with delivery fees provided for, addressed to the
person(s) on whom it is to be served.

16                       Kathryn Morea
17                       2924 Ocean Boulevard
                         Venice, California  90291

18  ☒  *(Federal)* I declare that I am employed in the office of a member of the bar of this
19       court at whose direction the service was made.

20  Executed on April 22, 1998, at Redwood City, California.

21

22                                              Jacquelyn Smith

23

24

25

26

27

28

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

37

Kathryn Morea
P. O. Box 393
Big Bear Lake, Ca. 92315

Defendant



FILED

APR 27  10 37 AM '98

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

United States District Court

Northern District of California

The Evolutionary Level Above
Human Foundation, Inc. Dba THE
TELAH Foundation, Mark King,
Sarah King and Wayne Parker

      Plaintiffs

   v.

Right to Know; The executor of the Estate
of Charles Humphrey aka Chuck
Humphrey, Kathryn Morea,
Lanminds and Impsat Mexico

      Defendants

**CASE NO.: CV-98-00892 CRB ENE**

**REQUEST BY KATHRYN
MOREA THAT  NO DEFAULT
JUDGEMENT BE GRANTED**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

    Defendant,  KATHRYN MOREA, hereby requests that the clerk of the above-
entitled Court does NOT enter default in this matter against Defendants Right to Know, The
executor of the Estate of CHARLES HUMPHREY aka CHUCK HUMPHREY and
KATHRYN MOREA.  Entry of default is inappropiate on the grounds that plaintiff failed to
serve defendant with summons and complaint and now are asking for default judgment
against defendant.  Defendant, KATHRYN MOREA is requesting of plaintiff's
attorney,Kimberly Donovan of Ropers, Majeski, Kohn & Bentley that the summons and
complaint be mailed to her at the above address.

DATED: April 26, 1998

                             Kathryn Morea, defendant

38

# United States District Court

**FILED**

**MAY 1 9 1998**

NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE EVOLUTIONARY LEVEL ABOVE HUMAN
FOUNDATION, INC.; MARK KING; SARAH
KING; and WAYNE PARKER,

PLAINTIFFS,

V.

RIGHT TO KNOW; The Executor of the
Estate of CHARLES HUMPHREY aka CHUCK
HUMPHREY; KATHERYN MOREA; LANMINDS;
and IMPSAT MEXICO,

DEFENDANTS.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CV-98-00892 CRB ENE



TO: (Name and address of defendant)

Right to Know; Kathryn Morea;
Executor of the Estate of CHARLES HUMPHREY
1802 9th Street
Santa Monica, CA 90404

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KIMBERLY A. DONOVAN, ESQ.
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA 94063

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

MAR 0 9 1998

CLERK

_Maria SW_

(BY) DEPUTY CLERK

DATE

39

KATHRYN MOREA
P. O. Box 393
Big Bear Lake, Ca. 92315

Defendant, In Pro Per

FILED
MAY 22  3 16 PM '98
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

United States District Court

Northern District of California

| | |
|---|---|
| The Evolutionary Level Above Human Foundation, Inc., dba THE TELAH FOUNDATION, MARK KING, SARAH KING and WAYNE PARKER | CASE NO.: CV-98-00892 CRB ENE |
| | MOTION TO SET ASIDE ENTRY OF DEFAULT |
| Plaintiffs, | |
| v. | |
| RIGHT TO KNOW; The Executor of the Estate of CHARLES HUMPHREY aka CHUCK HUMPHREY, KATHRYN MOREA, ~~ANMINDS~~ and ~~IMDSAT MEXICO~~ | |

40

17   
18    Defendants.

19

20    Defendant KATHRYN MOREA, in Pro Per responds to court re service of defendant as follows:

21    1.   Plaintiff claims to have served Kathryn Morea, personally at 2924 Ocean Avenue on

22          March 30, 1998. This is not true. Kathryn Morea resides as a full time resident in Big

23          Bear Lake, California. She has lived in Big Bear since January 1998. Her son, Zachary

24          Postil is enrolled in Big Bear Elementary School. Kathryn Morea has not been living at

25          Ocean Avenue address since January 1998, before this case was filed. According to the

26          proof of service, she was served personally. This is not physically possible. Big Bear

27          Lake is a three hour drive from Venice, California. Neither was a substitute service made

28          on another parties on her behalf, who now reside in the residence at

41

2924 Ocean Avenue, or such would have been noted on the proof of service.

2. Kathryn Morea does have mail forwarded from the address at 2924 Ocean Avenue, and the first correspondence received ever in regards to this case, was the request to enter default.

3. Kathryn Morea, immediately upon receiving said request, wrote to both the court and plaintiff's attorney, Kimberley Donovan, to state that no prior correspondence had been received, and that complaint please be mailed to P. O. Box 393., Big Bear Lake, California 92315, where Kathryn Morea resides.

4. On May 18, 1998, Kathryn Morea received the complaint for the first time.

5. Defendant Kathryn Morea should be granted 20 days from May 18, 1998 to respond with answer to complaint.

6. Additionally, defendant, Kathryn Morea, requests to the clerk of the above titled court, that ALL future correspondence in this matter be forwarded directly to her residence address at P. O. Box 393 Big Bear Lake, Ca. 92315, where she can receive such in a timely matter as she does not live at 2924 Ocean Avenue.

DATED: May 21, 1998

By _Kathryn M Morea_
Kathryn Morea, defendant
In Pro Per

42

2  Big Bear Lake, Ca. 92315

3  Defendant, In Pro Per

United States District Court

Northern District of California

The Evolutionary Level Above
Human Foundation, Inc.,
dba THE TELAH FOUNDATION,
MARK KING, SARAH KING and
WAYNE PARKER

Plaintiffs,

v.

RIGHT TO KNOW; The Executor of the Estate
of CHARLES HUMPHREY aka CHUCK
HUMPHREY, KATHRYN MOREA,
LANMINDS and IMPSAT MEXICO

Defendants.

CASE NO.: CV-98-00892
CRB ENE

NOTICE OF MOTION
TO SET ASIDE DEFAULT

MOTION TO SET ASIDE DEFAULT HEARING HAS BEEN
SCHEDULED FOR FRIDAY JUNE 26, 1998 AT 10:00 AM
IN COURTROOM 8 at 19TH FLOOR OF UNITED STATES
DISTRICT COURT, 450 GOLDEN GATE AVENUE, SAN FRANCISCO,
CALIFORNIA 94102

DATED MAY 22, 1998

_Kathryn Morea_

KATHRYN MOREA, IN PRO PER

43

Kathryn Morea
PO Box 393
Big Bear Lake , Ca 92315

DEFENDANT , IN PRO PER



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE EVOLUTIONARY LEVEL ABOVE
HUMAN FOUNDATION, INC DBA
THE TELAH FOUNDATION, MARK
KING, SARAH KING AND
WAYNE PARKER

         PLAINTIFFS

        V.

RIGHT TO KNOW; THE EXECUTOR
OF THE ESTATE OF CHARLES
HUMPHREY , AKA CHUCK HUMPHREY,
KATHRYN MOREA, LANMINDS AND
IMPSAT MEXICO

        DEFENDANTS

CASE NO CV.98.00842 CRB ENi

DECLARATION OF KATHRYN
MOREA IN SUPPORT TO SET
ASIDE ENTRY OF DEFAULT.

1. I, Kathryn Morea, in proper, have personal knowledge of the below stated facts, and if called upon to testify, unless stated otherwise, I could and would competently testify to the below stated facts:

2. THE SUMMONS AND COMPLAINT IN THIS ACTION WERE NOT PERSONALLY SERVED ON KATHRYN MOREA. THE PROOF OF

44

SERVICE DATED March 30, 1998 at address 2924 Ocean Avenue Venice CA is UNTRUE. I, KATHRYN MOREA, HAVE RESIDED FOR FIVE MONTHS AT 40419 BIG BEAR Blvd, BIG BEAR LAKE, CALIFORNIA.

3. ON OR ABOUT APRIL 23, 1998 I recieved, via us mail, the plaintiff's request TO ENTER DEFAULT. THIS WAS THE FIRST CORRESPONDENCE RECEIVED BY ME IN REGARDS TO THIS CASE.

4 UPON RECEIPT OF ABOVE REQUEST I MAILED LETTER TO KIMBERLY DONOVAN, ATTORNEY FOR PLAINTIFF, AND REQUESTED TO BE FORWARDED THE SUMMONS AND COMPLAINT WHICH I HAD NEVER RECEIVED.

5 I THEN DROVE TO SAN FRANCISCO TO FILE A "REQUEST THAT NO DEFAULT BE GRANTED" AND TO REVIEW FILE AND PROOF OF SERVICE.

6 I FOUND THAT PROOF OF SERVICE SHOWS PERSONAL SERVICE ON KATHRYN MOREA AT 2924 OCEAN AVE., VENICE, WHERE I HAVE NOT LIVED FOR 5 MONTHS. ADDITIONALLY, MY SON HAS BEEN ENROLLED IN SCHOOL IN BIG BEAR SINCE JANUARY. IT IS 3 hours DRIVE AWAY FROM VENICE.

7 AFTER REQUESTING SUMMONS & COMPLAINT FROM PLAINTIFF'S ATTORNEY ON April 26, 1998 TO BE MAILED TO MY ADDRESS IN BIG BEAR AT P.O. BOX 393 BIG BEAR LAKE, CALIF 90291 I DID RECEIVE SUMMONS & COMPLAINT AT SAID P.O BOX via U.S. mail on May 18, 1998.

8 THERE IS NO MAIL SERVICE IN BIG BEAR LAKE, WHICH IS WHY I HAVE REQUESTED, AND CONTINUE TO REQUEST, THAT MAIL BE SENT TO MY P.O. BOX there.

9   WHILE COMPOSING ANSWER TO COMPLAINT, I RECEIVED NOTIFICATION THAT DEFAULT HAD BEEN ENTERED.

10   I HAVE COMPLETED MY ANSWER AND ATTACH SAID ANSWER ALONG WITH MY MOTION TO SET ASIDE ENTRY OF DEFAULT AT THIS TIME.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT

DATED THIS 22 DAY OF MAY, 1998 at San Francisco, Ca.

KATHRYN J MOREA
DEFENDANT, IN PROPER

46

1   KATHRYN MOREA
    P. O. Box 393
2   Big Bear Lake, Ca. 92315

3
    Defendant, In Pro Per

4
                        United States District Court
5
                        Northern District of California
6

**FILED**

**MAY 2 2 1998**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

7   The Evolutionary Level Above          |   CASE NO.: CV-98-00892
    Human Foundation, Inc.,               |   CRB ENE
8   dba THE TELAH FOUNDATION,             |
9   MARK KING,SARAH KING and              |   ANSWER TO
    WAYNE PARKER                          |   COMPLAINT BY
                                          |   KATHRYN MOREA,
10                                        |   IN PRO PER
11                                        |
12                                        |
            Plaintiffs,                   |
13                                        |
14              v.                        |
15   RIGHT TO KNOW; The Executor of the Estate |
     of CHARLES HUMPHREY aka CHUCK        |
16   HUMPHREY, KATHRYN MOREA,             |
17   LANMINDS and IMPSAT MEXICO           |
18          Defendants.                   |
19

20   Defendant KATHRYN MOREA, in Pro Per answers plaintiff, "TELAH"'s complaint as follows:

21   1.      Except as specifically admitted, defendant denies each and every allegation contained in

22   paragraphs:1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,

23   30, 31,32,33,34,35,36,37,38,39,40,41,42,and 43 of plaintiff's complaint, as though said

24   denials were set forth at length herein.

25   2.   Defendant is attaching letters from Heaven's Gate to ex-members they corresponded to

26   upon their mass suicide.  Approximately 8 Federal Express packages were sent from

27   Heaven's Gate group to ex-members including: Rio DeAngelo(NEO), Chuck

28   Humphrey(RKK), Wayne Parker(OSC), and Mark (MRC) and Sarah (SRF) King, and a few

47

1       others.  The letters are addressed to the three letter initial used as names in the Heaven's

2       Gate class.  Letters are dated March 22, 1997.

3      3.   Exhibit A is letter from Heaven's Gate class to MRC/SRF (Mark and Sarah King).  This letter

4        explains instructions for collecting funds owed to members of Heaven's Gate, instructions for

5        bills, phones and insurance.  At no point in this letter is copyright material transferred to Mark

6        and Sarah King.  Mark and Sarah King took it upon themselves to copyright material

7        assuming that no one would bother to challenge the validity and authority of said copyrights.

8      4.   Exhibit B is letter from Heaven's Gate to RKK (Chuck Humphrey).  This letter asks him to

9        upload information onto Heaven's Gate website and included the actual diskettes and

10       passwords necessary to do so.  Additionally, the second page of this letter states: *"our*

11       *intention is for those SVHS tapes to serve primarily as masters for making further copies,*

12       *which we are certainly encouraging. (RKK, you have the original master, we thought you*

13       *would know best how to duplicate the tapes and where to distribute them for widest*

14       *coverage.)  These tapes can be sent to the media or wherever you feel would be*

15       *appropriate."*  Chuck Humphrey did exactly what he was told and given the authority to do by

16       those who produced this material.  Despite the fact that masters were given to Chuck

17       Humphrey, and he was told to distribute said materials, plaintiffs nevertheless copyrighted

18       those materials with no authority or transfer rights given to them to do so.

19     5.   Exhibit C is another letter to MRC/SRF (Mark and Sarah King),this letter states *"It is our*

20       *desire that any items of value that are retrievable by you be divided among those who feel*

21       *inclined to disseminate our information.  Any of the funds you retrieve can be used towards*

22       *that end and for the living expenses of those involving themselves in this project."*  Instead of

23       abiding by the wishes of the late Heaven's Gate members, Mark and Sarah King have

24       chosen to keep all funds given to them.  They did not help to disseminate the information in

25       a timely manner even though they were specifically left twenty thousand dollars cash by the

26       Heaven's Gate group with which to do so, in addition to receivables they collected.

27     6.   Exhibit D is another 'last minute' letter from Heaven's Gate group to RKK (Chuck

28

Humphrey).  This letter lists pertinent website and technical information to him only, as it was clearly the intention of the group that Chuck Humphrey run the Heavensgate.com, and other group owned websites.

1.  Exhibit E is a letter from Heavens Gate group to Chris and Holly, of Mars Media, the ISP for Heavensgate.com at the time of the mass suicide.  To Chris and Holly, they write *"Chuck Humphrey is a computer programmer and all-around computer person who will be keeping up with our site on a Romanian unix server as well as uploading to the heavensgate sites the final press release and the Exit Statements by the Students."*  This particular letter actually names some of the names of the class members involved in writing the letter.

4.  Exhibit F is the Form PA, copyright application on Chuck Humphrey's creation, the videotape collection on cd rom.

5.  Exhibit G is the Form SR, copyright application on Chuck Humphrey's creation, the audiotape collection on cd rom.

6.  Exhibit H is a copy of the internic domain name registration for Heavensgate.com

7.  In answer to allegations contained in paragraph 6 of complaint, defendant admits.

8.  In answer to allegations contained in paragraph 10 of complaint, defendant admits.

9.  In answer to allegations contained in paragraph 13 of complaint, defendant admits.

10. In answer to allegations contained in paragraph 17 of complaint, defendant admits.

Additionally, Chuck Humphrey controlled the Heavensgate.com website for approximately 8 months before his death.  The plaintiffs made no attempt to file complaint against him while he lived.  Yet, only 9 days after the death of Chuck Humphrey, plaintiff caused Heavensgate.com website to go off line, and even after website was offline, plaintiff's attorneys ran an asset search on Humphrey's daughter Morea and discovered it would be financially rewarding to file complaint against Morea.  Plaintiff had eight months to file suit against Chuck Humphrey, who had no assets.  Plaintiff is using this case against Morea in hopes of funding other legal expenses the plaintiff has incurred.

WHEREFORE, defendant prays judgment as follows:

1.  That plaintiff take nothing by their complaint;

49

1.   That plaintiff take nothing by their complaint;

2.   That defendant remain owner of heavensgate.com domain name;

3.   That no injunction be granted against defendant;

4.   That defendant be allowed to continue to sell, distribute, dispose of, transfer, advertise, reproduce or manufacture any of the materials which were offered for sale on the RKKody.com website at the time of Chuck Humphrey's death;

5.   Costs of suit incurred by defendant; and

6.   For such other and further relief as to the court deems proper.

Defendant In Pro Per

50

*RKK*

March 22, 1997

*MRC/SRF*

You are about to inherit what's left of our purser task, to do with as you choose. We are arranging to get some funds to all of you (RKK, OSC & MRC/SRF) from what we have on hand, but we know that there is no way we can pay you for whatever efforts you may or may not choose to contribute in collecting our loose ends and disseminating information about what actually happened here.

**Funds Which May Come In After We Leave**

We don't know if you'll actually be able to get any of these funds, but if it is possible, we'd like these funds to be available to those who still support the class and want to help get our information out.

We had two clients who still owe healthy amounts to our company, Higher Source Contract Enterprises. For security reasons (we aren't sure how public MRC/SRF's P.O. may become), we are asking these clients to make out their final checks to OSC and mail them directly to OSC, but these companies may or may not cooperate. Should these clients send checks to our Higher Source P.O., the mail should be forwarded to our box with MRC/SRF, and if you choose, you could deposit those checks in our Higher Source bank account via mail, and use the signed checks that we are sending you to get the money out. If they pay OSC directly, then hopefully he can cash the checks and divvy the funds up with the others. There are three significant amounts still owed to us.

QwikCap
4755 Oceanside Blvd., Suite 130
Oceanside, CA 92056
Contact: Spencer C. Elliott, Phone: 619-631-5280, Fax: 619-631-5285

*Spencer knew us as June, Goider Sonny, Stewart, + Rio of Higher Source*

| Amounts Owed: | $4,750.50 (due 3/28/97) |
|---|---|
| | $9,400.00 (due 3/14/97) |

*Update; We decided not to ask Qwikcap to send a check to OSC, IF They send a check, it will be to Higher Source*

Btek Computer Services
3802 E. University, Suite 5
Phoenix, AZ 85034
Contact: Stan Babowicz, Phone: 602-470-0705, Fax: 602-470-0753

*Stan knew us as Melinda + Sonny of Higher Source*

Amount Owed:     $3750.00 (Overdue since about Dec. 96, but we subcontracted for a client who has been slow to pay. Stan has been expecting payment any day, and if he does get the funds, we believe he will in turn pay us.)

The other source of income we expect is from tax refunds.  We provided you a Power of Attorney for anyone expecting a tax refund, and a list of refunds expected, but we don't know if you'll be able to successfully cash any checks or not—or even if you'll want to try.

You can also use whatever is in the TELAH bank account, which we think is about $1430.

## Postal Boxes

We provided you a list of all our P.O.'s.  We closed out a couple of P.O.'s (a U.S. Post Office box in Rancho Santa Fe, and a P.O. for OLL & TLL in Colorado Springs).  We sent letters to four P.O.'s asking them to forward weekly to the box we have with you in Phoenix, and we gave them forwarding funds for this purpose.  A fifth P.O. (Del Mar Hts P.O.) we did nothing with, since it had little mail going to it.  The sixth P.O., the Scottsdale P.O. also was not forwarded.  Instead, we are giving you the keys to the Scottsdale P.O. in case you choose to stop by and pick up the mail.  Other than the checks you might get through our Higher Source P.O., we doubt that there will be much of interest to you in our mail.

## Power of Attorneys/ID's

We are sending you a comprehensive Power of Attorney for anyone expecting a tax refund, or who has major items (cars, credit cards, insurance, rent, etc.) in their name.  We don't know if these will be accepted by those you deal with, or if you'll have any reason to use them.  We also sent you a list of the legal names of all the individuals in the class along with their basic information and a copy of everyone's passport or ID.

## Bank Accounts

We have only two bank accounts of possible interest to you—business accounts for Higher Source Contract Enterprises and TELAH Services.

## Bills

We do not expect or want you to pay any bills.  We've left extra funds with our landlord, the credit card companies, and anyone else that we thought might have reason to think we might owe them money.  We even filed all of our tax returns for 1996 and paid any taxes that anyone should owe this year.  (Copies of our tax returns and all supporting documents have been left in our craft for the government.)  We did our best to pay anyone and everyone.  If we missed something, it was unintentional, and our bills certainly shouldn't be a concern for those of you who feel led to continue here.

## Voicemails

We sent letters canceling all of our voicemails as of 4/1/97. You shouldn't need to be concerned about any of these.

### Insurance/Registrations

We are sending you a list of our cars and basic related information. We didn't cancel insurance or registrations for the cars (and we don't think you need to). We figured that as cars are sold or re-registered, this issue will take care of itself.

### Phone Cards

We have a couple of pre-paid phone cards that still have some funds on them if you'd like to use them. (We used them for calling from pay phones.) To use them dial: 1-800-355-0599 and enter the account number. The account numbers are:

27841873   Balance about $96
54937763   Balance about $42

May the force be with you!

Pursers (SNG, SLV, MLL, GLD)

53

RKK,

By now, having read the enclosed press release and the Earth Exit Statements by Students, you should be aware that we have exited our vehicles just as we entered them. Also enclosed is a list of the others who are receiving this press release, as well as a document describing our location. The Internet account information, however, we sent only to you, MRC/SRF, and OSC. We are hoping that with your computer skills, you might choose to assist us in this capacity for whatever length of time feels right to you. We are particularly interested in having you upload the files on the third diskette entitled "Earth Exit, final press release, and index page" to all three of our websites. Instructions to do this have been written up by SRR/VRN and are included in this packet. We are also interested in someone following through with keeping a check on the site located on the Romanian ISP listed on the account information sheet.

We did upload the site to his server last Thursday and we also FedEx'ed the Romanian webmaster the same set of diskettes as you received containing the entire site along with a press release and related documents. We have prepaid two months of webhosting on this Romanian server under the name of Sister Michael Remi. The FTP and telnet access routine is detailed on the account information sheet. The webmaster's name is Ionut Muntean, telephone number: 011 40 68 322150. He speaks and writes English well enough for us to communicate with him, and seems to be an agreeable fellow. All he knew about us however, before now, is that we were a small Interfaith monastery with some "non-traditional" views. So we're not sure what his response will be to this most recent event.

We are hoping, of course, to use this site as an alternate way to access our information in case the authorities shut down our sites in the States. The URL for this site is www.heavensgate.deltanet.roknet.ro – the server is unix machine. If you run into any questions regarding the unix server, a friend of some classmembers named Chris Milus (he's on the list we sent you), runs an ISP in Tennessee, which currently houses the heavensgate.com site. He's very unix knowledgeable, and we suspect he'll be more than happy to help out.

Thanks for your help on this.

Also we want to make it clear that we're certainly not asking you to do this if, after receiving this information, circumstances make it too difficult or other options seem more appropriate for you. We want you to feel free to exercise any available options with whatever timing feels right for your own next step.

We have listed Simon Boyce as our preferred media contact. He recently requested to use us in a major documentary about UFO's and paranormal (he works for the BBC, however he and his crew are currently working out of the CBC office – Canadian Broadcast Company – in New York). Although we declined the interview, he tried to make the point with us on several occasions that their intention was to be as objective as possible. So, whether or not that is possible (for the media to remain objective) at least his frame of mind attempts to lean in that direction. His producer/director, Debbie Geller, at a later time made another sincere, attempt to try to convince us to participate in their documentary. So, for this reason, we are recommending that they be involved to some degree, in the coverage of this event, that is, if their attitude seems to remain somewhat objective and you find working with them not too difficult. Of course, this is contingent upon whether or not you should choose to say anything to the media on our behalf. We would hope that the public would have an opportunity for more thorough knowledge of who we are and what we're about.

(continued next page)

5-4

Hopefully, you will be able to work together with MRC/SRF, OSC (Oscody), JHN, and NEO (who is currently working for a company in LA called InterAct Entertainment).  There is also a recent correspondent from Germany by the name of Soeren, who has been trying to make it to the US to meet with us.  OSC is in contact with this individual and has offered housing for him at the Phoenix satellite. We gave instructions to OSC that if Soeren continues to try to support us and to move in our direction, that he can be included in events that transpire to whatever degree feels right.  Soeren has been through quite a lot recently in his attempts to come our way, and DO thinks that he deserves our/your help if he still wants it.

Also, it's OK of you want to ask PYP if he would like to participate in any way.

We're probably not thinking of all the things we need to pass on, but if you ask TI and DO for help, as you know, you will get all you need and then some.

Good Luck.

Your Friends

Note:  Due to time limitations and less than professional equipment, the quality is rather poor on the enclosed videotapes, and for this we apologize.  Some of the individuals on the list are receiving SVHS tapes and some will be receiving the standard VHS format – our intention is for those SVHS tapes to serve primarily as masters for making further copies, which we are certainly encouraging.  (RKK, you have the original master, we thought you would know best how to duplicate the tapes and where to distribute them for widest coverage.)  These tapes can be sent to the media or wherever you feel would be appropriate. However, in case you don't know this already, the SVHS tapes will not play properly on a standard VHS player/recorder, you will need to view them on an SVHS machine.

Additional Note:  We suspect that the authorities will take an immediate interest in you – your whereabouts – your plans in relationship to the action that we took – and we are asking that you be cautious and aware of this for your own protection.

MRC/SRF,

By now, having read the enclosed press release, you should be aware that we have exited our vehicles just as we entered them. Also included are two videotapes of DO and the Class, a list of the others who are receiving this final press release and "Earth Exit Statements by Students," as well as a document describing our location. The Internet account information, however, we sent only to you, RKK, and OSC.

Enclosed is a key to our storage units which we prefer remain confidential to you and whomever on the list above would be most helpful to you – we suspect RKK and OSC would likely be a big help – but including others would be OK as well, whatever your strategy permits. We put into storage items that we would prefer the authorities not have access to. You can do with those items whatever feels right to you. The only exception to this is some exercise equipment which belongs to our landlord, Sam, and we suspect he will want at some point. The storage units are #241 (use key 798 for this unit) and #147 (key 591), located at Private Storage Systems, 2421 Barham, Escondido, CA. The passcode to get through the gate is * 21484 # – the related contract/paperwork is also included in this package, and we have attached a map that further pinpoints this location.

We also have a 20 foot yellow truck in a separate storage unit, and we did think that RKK would be a good choice to retrieve it – it's big enough to be able to haul all of what's in storage, we believe. The truck storage paperwork is also enclosed. The name of the company is California Self Storage located at 5206 Eastgate Mall, San Diego, CA  92121-2809. The unit number is F 258 and the access code is *351-3046. Pursers have included an additional document as part of this packet that further covers the disposition of our cars and this truck. So we ask that you refer to that document for details. It is our desire that any items of value that are retrievable by you be divided among those who feel inclined to disseminate our information. Any of the funds you retrieve can be used towards that end and for the living expenses of those involving themselves with this project. It is likely that the items currently in the residence will not be easily available to you – so we did mention to our landlord, Sam, who might have better luck with the authorities in claiming some of those items, since he owns the house, that he could have whatever valuables are there – which likely will amount to a few TV's, some bunks, a few household items, and perhaps a laptop computer or two.

On another note, we uploaded the heavensgate website to an ISP in Romania, and we also FedEx'ed the Romanian webmaster the diskettes containing the entire site along with the diskette containing the final press release and the Earth Exit Statements by Students (these final statements are on a separate disk which hopefully RKK will be able to upload, however the Romanian fellow will have the entire site on diskette as back-up). We have prepaid two months of webhosting on this Romanian server under the name of Sister Michael Remi. The webmaster's name is Ionut Muntean, telephone number: 011 40 68 322150. He speaks and writes English well enough for us to communicate with him, and seems to be an agreeable fellow. All he knew about us however, before now, is that we were a small Interfaith monastery with some "non-traditional" views. So we're not sure what his response will be to this most recent event.

We are hoping, of course, to use this site as an alternate way to access our information in case the authorities shut down our sites in the States. The URL for this site is www.heavensgate.deltanet.roknet.ro.

As you may have noticed, we have listed Simon Boyce as our preferred media contact. He recently requested to use us in a major documentary about UFO's and paranormal (he works for the BBC, however he and his crew are currently working out of the CBC office – Canadian Broadcast Company – in New York). Although we declined the interview, he tried to make the point with us on several occasions that their intention was to be as objective as possible. So, whether or not that is possible (for the media to remain objective) at least his frame of mind attempts to lean in that direction. His producer/director, Debbie Geller, at a later time made another sincere attempt to try to convince us to participate in their documentary. So, for this reason, we are recommending that they be involved to some degree in the coverage of this event, that is, if their attitude seems to remain somewhat objective and you find working with them not too difficult. Of course, this is contingent upon whether or not you should choose to say anything to the media on our behalf. We would hope that the public would have an opportunity for more thorough knowledge of who we are and what we're about.

(continued on next page)

Hopefully, you will be able to work together with some of the following: OSC, RKK, JHN, FLX/ABL and NEO (who is currently working for a company in LA called InterAct Entertainment). There is also a recent correspondent from Germany by the name of Soeren (we couldn't remember if we mentioned him to you or not), who has been trying to make it to the US to meet with us. OSC is in contact with Soeren and has offered Soeren housing at his apartment. We gave instructions to OSC that if Soeren continues to try to support us and to move in our direction, that he can be included in events that transpire to whatever degree feels right. Soeren has been through quite a lot recently in his attempts to come our way, and DO thinks that he deserves our/your help if he still wants it.

We also asked OSC to register the Heaven's Gate book with the Library of Congress and that if he needed any funds to accomplish this, that you would cover it out of the project funds that you have on hand.

Also we want to make it clear that we're certainly not asking you to do these tasks if, after receiving this information, circumstances make it too difficult or other options seem more appropriate for you. We want you to feel free to exercise any available options with whatever timing feels right for your own next step. No doors are closed to you.

We're probably not thinking of all the things we need to pass on, but if you ask TI and DO for help, as you know, you will get all you need and then some. Our hearts are with you and we appreciate your help on all this.

Good Luck.

The Class

**Note:** Due to time limitations and less than professional equipment, the quality is rather poor on the enclosed videotapes, and for this we apologize. Some of the individuals on the list are receiving SVHS tapes and some will be receiving the standard VHS format – our intention is for those SVHS tapes to serve primarily as masters for making further copies, which we are certainly encouraging. (RKK has the original master in his packet). These tapes can be sent to the media or wherever you feel would be appropriate. However, in case you don't know this already, the SVHS tapes will not play properly on a standard VHS player/recorder, you will need to view them on an SVHS machine.

**Additional Note:** We suspect that the authorities will take an immediate interest in you – your whereabouts – your plans in relationship to the action that we took – and we are asking that you be cautious and aware of this for your own protection.

**URGENT Note:** Please drop the letter in the mail addressed to our landlord, Sam, as soon as you feel comfortable *that he will not get that letter before you have a chance to get to the address* listed in the "Location" document.

Last minute additions for the web site -- if you would like to help
in this way.  Heavensgatetoo is our primary concern.  We have others
that may already correct the other sites if you don't get a chance
to get to it.  Note: any existing graphics that are missing from
these files can be found already on the web site.

Re: Installation of the files found on this disk.

The files on this disk are a press release and the latest papers by
students regarding our exit.  These are intended as updates to the
existing websites of heavensgate, heavensgatetoo, levelabovehuman, and
the Romania heavensgate site.

Since the heavensgatetoo site has a unique set up from the rest, you will
find a "too" subdirectories present on this disk.  The files in it
are the equivalent to heavensgate (or levelabovehuman) but are for
heavensgatetoo.

For simplicity, you will find both index.htm and index.html in the root
directories.  These are duplicates of one another.  Some of the sites
default to index.htm others to index.html, hence the duplication -- upload
both.  The files in the "misc" directory compliment what is already
in the online misc directories.  The new index files update the index
files that already exist in the online root so that they will now include
pointers to the press release and student exit papers.

On another disk that you were sent, you will find the account information
you need in order to upload these files.

Thanks,

Your Friends.



58

Chris and Holly:

Well, it's difficult to know where to start since you know quite a bit about us, yet it's been through the acquaintance of only a few classmembers. Those of us who do know you, never felt it was sheer happenstance that our paths seemed to cross as they did. And we're hoping that your association with us won't put you in too awkward a situation, especially by hosting the heavensgate website. (Enclosed is a diskette containing the contents of the site, which we are providing you as insurance and back-up.)

Enclosed is also a list of others who are receiving this information simultaneously -- many of these are individuals who have spent varying degrees of time in the class and who, for individual reasons, found themselves outside the class at this time.

We believe you know Rio who is now working at InterAct Entertainment in LA designing websites. Their server currently houses the Kushner-Locke website (one of the owners of InterAct, Nick Mutzoukis, is friends with Peter Locke. Nick also knows us -- who we are -- and we have done quite a bit of work for his company).

We're not aware of anyone else on the list that you know personally -- but we suspect that they'll all be quite cooperative and helpful to you.

Chuck Humphrey is a computer programmer and all-around computer person who will be keeping up with our site on a Romanian unix server as well as uploading to the heavensgate site the final press release and the Exit Statements by Students. If for some reason there is a delay in the upload to the site on your server, feel free to go ahead and do it. All the files that need to be replaced and/or added are on a single diskette labeled "Earth Exit, final press release, and index page." We mentioned to Chuck to contact you if he had any questions regarding unix -- we thought you'd be happy to help him out if he needs it.

We obtained space on this Romanian server to house a mirror site of heavensgate. The URL is www.heavensgate.deltanet.roknet.ro -- hopefully the webmaster can withstand the controversy. This Romanian fellow knows very little about us until such time as he receives this FedEx with press release, except that we are a small Interfaith monastery with some "non-traditional" views. His name is Jonut, and he was quite agreeable when we spoke to him on the telephone, but that was before he was aware of our history or of events to follow.

Well, here's to you. Thanks for your help throughout the years. We do suspect, however, that our paths are likely to cross yet again -- we'll see.

Your friends,

June, Steele, Sonny, Nick, Evan, Otis, and Geoff

59

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

PA          PAU
EFFECTIVE DATE OF REGISTRATION

Month          Day          Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼
HEAVENS GATE
VIDEO TAPE COLLECTION          (ON CD ROM)
PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions
AUDIO VISUAL WORK ON CD ROM

---

**2**
**a**
NAME OF AUTHOR ▼
Charles E. Humphrey  dba  RIGHT TO KNOW  (Pseudonym)

DATES OF BIRTH AND DEATH
Year Born ▼ 1942     Year Died ▼ 1998

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☒ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Compiled + condensed 18 hours of video collection onto cd rom

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1997 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ April  Day ▶  Year ▶ 1997  Nation
United States

---

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
KATHRYN MOREA, RIGHT TO KNOW
2532 LINCOLN Blvd., Suite 174
Venice  CA  90291

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

BY WILL

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

60

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED B

CHECKED BY

FORM PA

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Heaven's Gate Video tapes

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Edited and condensed 18 hours of video tape collection + encoded
into 1 cdrom using real audio encoder plus Heavens Gate website

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

KATHRYN Morea
Right To Know
2532 Lincoln Blvd #174
Venice, CA 90291

Be sure to
give your
daytime phone
◄ number

Area Code and Telephone Number ▶ 909   878 3117

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☒ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

KATHRYN MOREA                                    Date ▶ 4/30/98

Handwritten signature (X) ▼

Kathryn Morea

**9**

**MAIL CERTIFICATE TO**

Name ▼
KATHRYN MOREA, Right To Know

Certificate
will be
mailed in
window
envelope

Number/Street/Apt ▼
2532 Lincoln Blvd #174

City/State/ZIP ▼
Venice, CA 90291

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

May 1995—300,000          ✷ PRINTED ON RECYCLED PAPER          ☆U.S. COPYRIGHT OFFICE WWW: February 1998

61



62

# FORM SR



For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

| SR | SRU |

**EFFECTIVE DATE OF REGISTRATION**

| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

HEAVEN'S GATE CLASSROOM TEACHINGS
AUDIO TAPES  VOL I & VOL II  (ON CD ROM)

**PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼**

## 2

**a**

dba (Pseudonym)

**NAME OF AUTHOR ▼**

Charles E Humphrey, Right to Know

**DATES OF BIRTH AND DEATH**
Year Born ▼  1942    Year Died ▼  1998

Was this contribution to the work a "work made for hire"?
□ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  □ Yes  ☒ No
Pseudonymous?  ☒ Yes  □ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

Sound Recording

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
□ Yes
□ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  □ Yes  □ No
Pseudonymous?  □ Yes  □ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
□ Yes
□ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  □ Yes  □ No
Pseudonymous?  □ Yes  □ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1997
◀ Year

This information must be given in all cases.

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.

Month ▶ Oct    Day ▶    Year ▶ 97
UNITED STATES    ◀ Nation

## 4

**a**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

KATHRYN MOREA, RIGHT TO KNOW
2532 LINCOLN BIVD # 174
Venice, CA  90291

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**b** BY WILL

See instructions before completing this space.

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

| EXAMINED BY | | FORM SR |
| --- | --- | --- |
| CHECKED BY | | |

| CORRESPONDENCE | FOR COPYRIGHT OFFICE USE ONLY |
| --- | --- |
| ❏ Yes | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
❏ Yes ❏ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ❏ This work was previously registered in unpublished form and now has been published for the first time.

b. ❏ This is the first application submitted by this author as copyright claimant.

c. ❏ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a  Heaven's Gate teachings on audio tape.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b  Mixed, condensed + edited 200+ hours of audio tape collection & encoded into double cdrom using real audio encoder

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼          **Account Number** ▼

a

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b  KATHRYN MOREA , RIGHT TO KNOW
2532 LINCOLN BLVD #174   Venice, CA 90291

Area code and daytime telephone number ▶ 909 878 3117   Fax number ▶
Email▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

❏ author          ❏ owner of exclusive right(s)

☑ other copyright claimant          ❏ authorized agent of
                                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

KATHRYN MOREA                                    Date ▶ 4/30/98

Handwritten signature ▼

☞  ✗ _Kathryn Morea_

**9**

| Mail certificate to: | **Name** ▼ KATHRYN MOREA , RIGHT TO KNOW | • Complete all necessary spaces • Sign your application in space 8 |
| --- | --- | --- |
| | **Number/Street/Apt** ▼ 2532 LINCOLN BLVD #174 | 1. Application form 2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights* 3. Deposit material |
| Certificate will be mailed in window envelope | **City/State/ZIP** ▼ Venice CA 90291 | Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

September 1997—60,000          ⊛ PRINTED ON RECYCLED PAPER          ☆U.S. COPYRIGHT OFFICE WWW: March 1998

64





65

**N E T W O R K**
**S O L U T I O N S**

# InterNIC Registration Services

*Domain Registration/Renewal Invoice*

Chuck Humphrey
Right to Know
420 E 120TH AVE UNIT B-2 SUITE 507
Denver, CO 80233-1100

*pd by Chuck*
*1-30-98*

**Network Solutions, Inc.**
**PO Box 17305**
**Baltimore MD 21297-0525**

Invoice Date: 30-Dec-97
Tax ID: 52-1146119

| Invoice Number: | Domain Name: | |
|---|---|---|
| **251431** | **HEAVENSGATE.COM** | |
| **Due Date:** | **Period Covered:** | **Amount Due:** |
| 30-JAN-1998 | 18-DEC-1997 - 18-DEC-1999 | $100.00 US Dollars |

*Thank you for registering the Internet/World Wide Web domain name shown above. Timely receipt of payment will ensure registration services for the period noted above. By this payment, Registrant agrees to the terms and conditions of the current Domain Name Registration Agreement. This payment is non-refundable.*

**To Pay By Credit Card or Confirm Payment:** We accept all major credit cards 24 hours per day, seven days a week. Call **(888) 771-3000** toll-free from the United States, Canada, Puerto Rico and the U.S. Virgin Islands. Outside of these areas, call **(402) 496-9798.**

**Or:** Go to ***http://rs.internic.net/pay*** on the World-Wide Web to use Network Solutions' Secure On-Line Payment System or the First Virtual Internet Payment System.

**To Pay By Check:** Make check payable to Network Solutions, Inc. in **US Dollars**, drawn on a US Bank, and return the check and payment stub in the enclosed remittance envelope.

**To Pay By Debit Account:** Send e-mail to **accounts@internic.net** with the domain name, invoice number, and 16-digit Account Number you were assigned when you established your debit account.

*For billing inquiries, send e-mail to **billing@internic.net**, or call **(703) 742-4777** from 7:00am to 9:00pm Eastern Time.*
**Remarks:** *New payment option!* *You may now pay by credit card 24 hours a day using Network Solutions' On-Line Payment System (http://rs.internic.net/pay).*

oic10681

0000025143141000008

*Please retain this portion for your records*

66

1  DAVID J. MICLEAN (SB# 115098)
   KIMBERLY A. DONOVAN (SB# 160729)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street
3  Redwood City, California  94063
   Telephone:  (650) 364-8200
4  Facsimile:  (650) 367-0997

5
   Attorneys for Plaintiffs
6  THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION,
   INC., MARK KING, SARAH KING and WAYNE PARKER
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  THE EVOLUTIONARY LEVEL ABOVE          CASE NO.:  CV-98-00892 CRB ENE
    HUMAN FOUNDATION, INC. dba THE
12  TELAH FOUNDATION, MARK KING,
    SARAH KING and WAYNE PARKER,
13                                        NOTICE OF ENTRY OF DEFAULT
                  Plaintiffs,
14
          v.
15
    RIGHT TO KNOW; The Executor of the Estate
16  of CHARLES HUMPHREY aka CHUCK
    HUMPHREY, KATHRYN MOREA,
17  LANMINDS and IMPSAT MEXICO,

18                Defendants.

19

20

21

22

23

24

25

26
LAW OFFICES
Ropers, Majeski, Kohn &
  Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
  (650) 364-8200

RC1/137433.1/RL                           NOTICE OF ENTRY OF DEFAULT

67

1    Defendants RIGHT TO KNOW, the Executor of the Estate of CHARLES HUMPHREY aka

2  CHUCK HUMPHREY and KATHRYN MOREA are hereby notified that on May 19, 1998, default

3  was entered in the above-referenced action, as set forth in the attached document.

4  DATED: May 22, 1998                    ROPERS, MAJESKI, KOHN & BENTLEY

5

6                                          By _____

7                                             DAVID J. MICLEAN
                                             KIMBERLY A. DONOVAN
8                                            Attorneys for Plaintiffs
                                             THE EVOLUTIONARY LEVEL ABOVE
9                                            HEAVEN FOUNDATION, INC., MARK KING,
                                             SARAH KING and WAYNE PARKER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/137433.1/RL                    -2-      REQUEST TO ENTER DEFAULT

68

FILED

APR 23  3 00 PM '98

RICHARD ~ WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

1   DAVID J. MICLEAN (SB# 115098)
    KIMBERLY A. DONOVAN (SB# 160729)
2   ROPERS, MAJESKI, KOHN & BENTLEY
    1001 Marshall Street
3   Redwood City, California  94063
    Telephone:  (650) 364-8200
4   Facsimile:  (650) 367-0997

5
    Attorneys for Plaintiffs
6   THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION,
    INC., MARK KING, SARAH KING and WAYNE PARKER
7
            UNITED STATES DISTRICT COURT
8                                                          BY
            NORTHERN DISTRICT OF CALIFORNIA               FAX
9

10

11  THE EVOLUTIONARY LEVEL ABOVE          CASE NO.:  CV-98-00892 CRB ENE
    HUMAN FOUNDATION, INC. dba THE
12  TELAH FOUNDATION, MARK KING,          REQUEST TO ENTER DEFAULT AS TO
    SARAH KING and WAYNE PARKER,          DEFENDANT'S RIGHT TO KNOW,
13                                         ESTATE OF HUMPHREY AND
                Plaintiffs,                KATHRYN MOREA
14

15          v.
                                          DEFAULT ENTERED
16  RIGHT TO KNOW; The Executor of the Estate   5-19-98
    of CHARLES HUMPHREY aka CHUCK
17  HUMPHREY, KATHRYN MOREA,              RICHARD W. WIEKING, CLERK
    LANMINDS and IMPSAT MEXICO,
18                                         By
                Defendants.                      Deputy Clerk
19
            TO THE CLERK OF THE ABOVE-ENTITLED COURT:
20
        Plaintiffs THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION, INC.
21
    ("TELEH"), MARK KING, SARAH KING and WAYNE PARKER hereby request that the clerk of
22
    the above-entitled Court enter default in this matter against Defendants RIGHT TO KNOW, The
23
    Executor of the Estate of CHARLES HUMPHREY aka CHUCK HUMPHREY and KATHRYN
24
    MOREA.  Entry of default is appropriate on the ground that said Defendants have failed to appear
25
    or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil
26

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200          RC1/133343.1/JS3                      REQUEST TO ENTER DEFAULT

FILED BY
FAX & FILE

EXHIBIT   A
69

1  Procedure. Plaintiffs served the Summons and Complaint in this action on Defendants RIGHT TO

2  KNOW, The Executor of the Estate of CHARLES HUMPHREY aka CHUCK HUMPHREY and

3  KATHRYN MOREA on March 30, 1998, and said Defendants have failed to timely appear and

4  answer or otherwise respond to the Complaint. The above-stated facts are further set forth in the

5  accompanying Declaration of Kimberly A. Donovan, filed herewith.

6  DATED: April 22, 1998                    ROPERS, MAJESKI, KOHN & BENTLEY

7

8                                          By

9                                             DAVID J. MICLEAN
                                             KIMBERLY A. DONOVAN

10                                          Attorneys for Plaintiffs
                                            THE EVOLUTIONARY LEVEL ABOVE
11                                          HEAVEN FOUNDATION, INC., MARK KING,
                                            SARAH KING and WAYNE PARKER

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/133343.1/JS3

-2-

REQUEST TO ENTER DEFAULT

70

**CASE NAME:     THE EVOLUTIONARY LEVEL ABOVE V. RIGHT TO KNOW
ACTION NO.:  CV-98-00892 CRB ENE**

### PROOF OF SERVICE

I am a citizen of the United States. My business address is 1001 Marshall Street, Redwood City, California  94063.  I am employed in the county of San Mateo where this service occurs.  I am over the age of 18 years, and not a party to the within cause.  I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

### Notice of Entry of Default

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood City, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

> KATHRYN MOREA
> P.O. BOX 393
> BIG BEAR LAKE, CA  92315
> DEFENDANT

☒ *(State)*  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 26, 1998, at Redwood City, California.

*Ruth A. Rinaldi*
Ruth A. Rinaldi

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA  94063
(650) 364-8200

71

**CASE NAME:**   Telah v. Right to Know, et al.   **ACTION NO.:** CV-98-00892 CRB ENE

**PROOF OF SERVICE**

AT THE TIME OF THIS SERVICE I WAS AT LEAST 18 Years OF AGE AND NOT A PARTY TO THIS ACTION.

*FILED*
*JUN 5 10 07 AM '98*
*RICHARD W. WIEKING*
*U.S. DISTRICT COURT CLERK*
*NO DIST OF CA*

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

1) MOTION TO SET ASIDE ENTRY OF DEFAULT
2) NOTICE OF MOTION TO SET ASIDE DEFAULT
3) DECLARATION OF KATHRYN MOREA
4) ANSWER TO COMPLAINT BY KATHRYN MOREA

☐ **(BY FAX)** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ **(BY MAIL)** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at VENICE , California.

☐ **(BY PERSONAL SERVICE)** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ **(BY OVERNIGHT DELIVERY)** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

KIMBERLY DONOVAN, ATTY FOR PLAINTIFF
ROPERS MAJESKI KOHN & BENTLEY
1001 MARSHALL ST.
REDWOOD CITY, CA 94063

I declare under penalty of perjury under the laws of the State of CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on

6·29·98

CESAR MOREA

72

FAXED

1   DAVID J. MICLEAN (SB# 115098)
    KIMBERLY A. DONOVAN (SB# 160729)
2   ROPERS, MAJESKI, KOHN & BENTLEY
    1001 Marshall Street
3   Redwood City, California 94063
    Telephone: (650) 364-8200
4   Facsimile: (650) 367-0997

FILED

JUN 5 1998

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5

6   Attorneys for Plaintiffs
    THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION,
    INC., MARK KING, SARAH KING and WAYNE PARKER

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11   THE EVOLUTIONARY LEVEL ABOVE        **CASE NO.: CV-98-00892 CRB ENE**
    HUMAN FOUNDATION, INC. dba THE
12   TELAH FOUNDATION, MARK KING,         **OPPOSITION TO MOTION TO SET**
    SARAH KING and WAYNE PARKER,         **ASIDE DEFAULT**
13
            Plaintiffs,                  **DATE: June 26, 1998**
14                             **TIME: 10:00 a.m.**
    v.                              **DEPT: 8**
15
    RIGHT TO KNOW; The Executor of the Estate
16   of CHARLES HUMPHREY aka CHUCK
    HUMPHREY, KATHRYN MOREA,
17   LANMINDS and IMPSAT MEXICO,

18             Defendants.

19                         **I.**

20                **INTRODUCTION**

21       After failing to respond to the Complaint, defendant KATHRYN MOREA

22   ("MOREA") now intends to have the default set aside claiming she did not receive a copy of the

23   Summons and Complaint in this action such that she could timely answer the Complaint. This claim

24   is false. Additionally, MOREA's Motion fails to meet the basic requirements for filing of pleadings

25   in this court and the motion should be denied on that basis. If, however, the court is inclined to

26   grant MOREA's motion, MOREA should be admonished to follow the court's procedures in the

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/139607.1/RL                         OPPOSITION TO MOTION TO SET ASIDE
                                      DEFAULT
        73                           CV 98 00892 CRB ENE

1  future and further should be required to pay the attorney's fees and costs incurred by plaintiffs as a

2  result of this default.

## II.

#### STATEMENT OF FACTS

5  The Summons and Complaint in this action, along with various other documents

6  required to be served pursuant to Local Rules and a letter from plaintiffs' counsel, were served on

7  KATHRYN MOREA on March 30, 1998 at 9:44 p.m. Sets of the documents were served on

8  MOREA both individually and on behalf of RIGHT TO KNOW and the ESTATE OF CHARLES

9  HUMPHREY aka CHUCK HUMPHREY.[1/] The documents were personally served by a California

10 registered process server after the address had been located by an investigator through a TRW credit

11 report. At the time the documents were served, Ms. MOREA took the documents and did not in

12 any manner state or contend that she was a person other than herself.

13 After the Summons and Complaint and related documents were served on MOREA,

14 MOREA apparently contacted several other persons about the case. She contacted Gary Morrell of

15 LANMINDS, advising him that LANMINDS was also a defendant in this action. She also contacted

16 various individuals associated with the Heaven's Gate group, who subsequently contacted the

17 plaintiffs. Thus, plaintiffs had no question that service had been effected.

18 MOREA failed to file an answer to the complaint or take any other action before the

19 court until after the default had been entered. MOREA then filed a document requesting that the

20 court not enter default, claiming service had not been made. In response, plaintiffs' counsel

21 prepared correspondence indicating a willingness to consider withdrawal of the request to enter

22 default, but stating that communication was necessary to allow this a possibility. Once again, no

23 communication was received.

24 After the court entered default, plaintiffs' counsel forwarded a copy of a notice of

---

25 [1/]   It appears that MOREA is only seeking to set aside the default as to herself individually, not
26       as to RIGHT TO KNOW or the ESTATE OF CHARLES HUMPHREY aka CHUCK
        HUMPHREY.

LAW OFFICES
Ropers, Majeski, Kohn &
Benley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/139607.1/RL                                -2-            OPPOSITION TO MOTION TO SET ASIDE
                                                             DEFAULT
                                                             CV 98 00892 CRB ENE

74

1  entry of default with a letter to MOREA, once again offering to have the default set aside, but only

2  upon communications.  Apparently the entry of default was finally enough to cause MOREA to act

3  and to file this Motion.  The motion itself, however, fails to comply with many of the most basic

4  requirements for pleadings in this court, including the requirement that the pleading is to be served

5  upon opposing counsel and is to be accompanied by a proof of service.  This failure made it such

6  that plaintiff's counsel did not receive a copy of the Motion until June 1, 1998, only four days before

7  the Opposition to the Motion was due.  Rather than using more court time to request a continuance,

8  plaintiffs proceeded to file this Opposition but anticipate additional declarations in support of the

9  Opposition will be filed prior to the hearing date and would appreciate the court's consideration of

10  those declarations in light of the fact that plaintiffs had such a short period of time in order to

11  prepare their Opposition.

12                              **III.**

13          **PERSONAL SERVICE WAS EFFECTED ON MOREA**

14          The only ground MOREA states for setting aside the default in this action is that she

15  was not served with the Summons and Complaint in this action.  Although plaintiffs do not deny this

16  is a proper ground for setting aside a default, in this case MOREA was served.  The process server's

17  Proof of Service sets forth under penalty of perjury that MOREA was personally served with

18  documents on behalf of herself, RIGHT TO KNOW and the ESTATE OF CHARLES HUMPHREY

19  aka CHUCK HUMPHREY.

20          The initial address the plaintiffs had for KATHRYN MOREA was 1802 Ninth Street,

21  Santa Monica, California.  The Process Server attempted to effect service at this address, but learned

22  that MOREA was renting out the property and no longer lived there.  An investigator then

23  attempted to locate the current address for MOREA.  Several techniques were used in order to

24  locate a current address, however a TRO credit report ultimately came up with the address of 2924

25  Ocean Avenue, Venice, California.  The report indicated that the Ocean Avenue address was a new

26  address as of February of 1998, which was consistent with the report the Process Server had

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/139607.1/RL                    -3-     OPPOSITION TO MOTION TO SET ASIDE
                                           DEFAULT
                                           CV 98 00892 CRB ENE

75

1    received from the Santa Monica address. Service was then effected at this address. After MOREA

2    was served she spoke with several other people confirming she had received copies of the Summons

3    and Complaint in this action, making it incredible that she now claims she did not receive such

4    documents. These conversations occurred prior to the date the request to enter default was served,

5    which MOREA contends was the first document she received in this case.

6         Plaintiffs are presently in the process of contacting some of the third parties who

7    heard from MOREA after she had received copies of the Summons and Complaint but before the

8    date of default in this case. Plaintiffs will submit declarations in support of these facts prior to the

9    hearing date, but were unable to secure such declarations in time to file this Opposition on short

10   notice as a result of MOREA's failure to serve the Motion on plaintiffs' counsel.

11

**IV.**

12

### IF THE MOTION TO SET ASIDE IS GRANTED, CONDITIONS SHOULD BE IMPOSED UPON MOREA

13

14         MOREA's Notice of Motion to Set Aside Default, Motion and Declaration all fail to

15   meet many of the procedural requirements of this Court. Although a party may represent him or

16   herself without an attorney, persons appearing *pro se* are still bound by the Federal Rules and Local

17   Rules, and sanctions may be imposed for failure to comply with the rules. (Civil L.R.3-9(a).)

18   MOREA's Motion and Answer do not indicate a telephone number of counsel, in violation of Civil

19   Local Rule 3-4(a), and were not accompanied by a Certificate of Service, in violation of Local Rules

20   5-2 and 5-4. The failure to have a Proof of Service may allow a paper to be disregarded. (Civil

21   L.R.5-4(b). The reason no Certificate of Service was attached is simple. The Motion was not served

22   upon opposing counsel in violation of Local Rule 7-2(a). Although the Motion was required to have

23   been filed and served not less than 35 days prior to the hearing date, MOREA ended up mailing a

24   copy of the Motion on May 30, 1998, probably after receipt of correspondence from plaintiffs'

25   counsel about the entry of default, such that the motion was received by plaintiffs' counsel only days

26   before this Opposition was due.

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/139607.1/RL

-4-

OPPOSITION TO MOTION TO SET ASIDE
DEFAULT
CV 98 00892 CRB ENE

76

1    Courts are permitted to impose conditions on the setting aside of a default. *Nilsson,*

2 *Robbins, et al. v. Louisiana Hydrolec,* 854 F.2d 1538 (9th Cir. 1988). Plaintiffs would request that if

3 the court is inclined to set aside the default, that MOREA be specifically advised her papers and

4 pleadings will not be considered in the future if they do not comply with the Local Rules and Federal

5 Rules. Plaintiffs would further request an imposition of sanctions consisting of the attorney's fees

6 and costs plaintiffs have incurred as a result of the default. Such sanctions have been specifically

7 upheld as appropriate conditions upon granting relief from a default. *Nillson, Robbins, supra,* 854

8 F.2d at 1546, 47; *Foy v. Dicks,* 146 FRD 113, 117-118 (ED PA 1993). The attorneys fees and costs

9 plaintiffs have incurred as a result of this default are set forth in the Declaration of Kimberly A.

10 Donovan, filed herewith.

11                          **V.**

12                     **CONCLUSION**

13    Although MOREA denies receiving the Summons and Complaint in this action, this is

14 simply false. Not only did the Process Server declare that he effected personal service on MOREA,

15 but several third parties were contacted by MOREA and were advised that MOREA had received a

16 copy of the Summons and Complaint. However, if the Court is inclined to grant the Motion to Set

17 Aside the Default, plaintiffs are entitled to an award of attorneys fees and costs as a condition of

18 setting aside the default in this case.

19 DATED: June 5, 1998                    ROPERS, MAJESKI, KOHN & BENTLEY

20

21                                By

22                                   DAVID J. MICLEAN
                                     KIMBERLY A. DONOVAN
23                                   Attorneys for Plaintiffs
                                     THE EVOLUTIONARY LEVEL ABOVE
24                                   HEAVEN FOUNDATION, INC., MARK KING,
                                     SARAH KING and WAYNE PARKER

25

26

RC1/139607.1/RL              -5-    OPPOSITION TO MOTION TO SET ASIDE
                                    DEFAULT
                                    CV 98 00892 CRB ENE

**CASE NAME:    THE EVOLUTIONARY LEVEL ABOVE V. RIGHT TO KNOW**
**ACTION NO.:   CV-98-00892 CRB ENE**

### PROOF OF SERVICE

    I am a citizen of the United States. My business address is 1001 Marshall Street, Redwood City, California 94063. I am employed in the county of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

    On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

### OPPOSITION TO MOTION TO SET ASIDE DEFAULT

☐   (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☐   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood City, California.

☐   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐   (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

           KATHRYN MOREA
           P.O. BOX 393
           BIG BEAR LAKE, CA 92315
           DEFENDANT

☒   *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 5, 1998, at Redwood City, California.

                             *Ruth A. Rinaldi*
                             Ruth A. Rinaldi

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

78

FILED

JUN 5 1998

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

1   DAVID J. MICLEAN (SB# 115098)
    KIMBERLY A. DONOVAN (SB# 160729)
2   ROPERS, MAJESKI, KOHN & BENTLEY
    1001 Marshall Street
3   Redwood City, California 94063
    Telephone: (650) 364-8200
4   Facsimile: (650) 367-0997

5

6   Attorneys for Plaintiffs
    THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION,
    INC., MARK KING, SARAH KING and WAYNE PARKER

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  THE EVOLUTIONARY LEVEL ABOVE          CASE NO.: CV-98-00892 CRB ENE
    HUMAN FOUNDATION, INC. dba THE
12  TELAH FOUNDATION, MARK KING,          DECLARATION OF KIMBERLY A.
    SARAH KING and WAYNE PARKER,          DONOVAN IN SUPPORT OF THE
13                                        OPPOSITION TO MOTION TO SET
              Plaintiffs,                 ASIDE DEFAULT
14
         v.                              DATE: June 26, 1998
15                                       TIME: 10:00 a.m.
    RIGHT TO KNOW; The Executor of the Estate   DEPT: 8
16  of CHARLES HUMPHREY aka CHUCK
    HUMPHREY, KATHRYN MOREA,
17  LANMINDS and IMPSAT MEXICO,

18            Defendants.

19

20       1.    I, KIMBERLY A. DONOVAN, am an attorney with the law firm of Ropers, Majeski,

21  Kohn & Bentley and am one of the attorneys of record for plaintiffs in the above-referenced action.

22  I have personal knowledge as to each of the below stated facts, unless stated otherwise, and if called

23  upon to testify, I could and would competently testify as to each of the below stated facts.

24       2.    On or about April 15, 1998, I received a telephone call from Gary Morrell from

25  LANMINDS, one of the defendants in this action. Mr. Morrell said that he had received a telephone

26  call from KATHRYN MOREA. He advised me that MOREA told him she had been served with a

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

DECL. OF DONOVAN IN SUPPORT OF OPP TO
MOTION TO SET ASIDE DEFAULT
CV 98 00892 CRB ENE

79

1   Summons and Complaint in this case and she was calling Morrell to advise him that his company,

2   LANMINDS, was also a defendant in the case.

3       3.    On or about April 15, 1998, I was advised by my client that he had received a

4   telephone call from another individual who knew CHUCK HUMPHREY, the father of KATHRYN

5   MOREA. This third party had received a telephone call from KATHRYN MOREA advising that

6   MOREA had been served with a Summons and Complaint in regard to this case. The third party

7   attempted to serve as an intermediary between MOREA and Mark King to attempt to resolve some

8   of the issues in this case. I was later advised that the third party had determined he was not going to

9   be able to resolve the issues after several telephone calls between Mr. King and MOREA.

10       4.    I did not receive a copy of this motion until June 1, 1998. I reviewed the envelope in

11   which the motion was mailed and noted that the postmark indicated [Saturday], May 30, 1998. No

12   proof of service was attached to the motion. MOREA's telephone number did not appear on the

13   pleadings and, despite my numerous efforts to contact MOREA through e-mail, letters, and third

14   parties, I was never able to obtain her telephone number. Yesterday, after I sent an express mail

15   letter to MOREA indicating I needed her telephone number in order to meet and confer with her, as

16   required by the court, MOREA called and left her telephone number on my voicemail.

17       4.    As a result of MOREA's default, plaintiffs have incurred attorney's fees totaling $875

18   based upon 5 hours of attorney time at a rate of $175 per hour. This time was for discussions

19   between myself and my client regarding the default, the filing of the Request to Enter Default and

20   related declaration, correspondence to Ms. Morea, preparation of the Notice of Entry of Default,

21   and the Opposition to this Motion.

22       I declare under penalty of perjury under the laws of the United States that the foregoing is

23   true and correct.

24       Dated this 5th day of June, 1998 at Redwood City, California.

25

26                     Kimberly A. Donovan

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

        -2-    DECL. OF DONOVAN IN SUPPORT OF OPP TO
MOTION TO SET ASIDE DEFAULT
CV 98 00892 CRB ENE

80

1   **CASE NAME:   THE EVOLUTIONARY LEVEL ABOVE V. RIGHT TO KNOW**
    **ACTION NO.:  CV-98-00892 CRB ENE**

2                           **PROOF OF SERVICE**

3          I am a citizen of the United States. My business address is 1001 Marshall Street, Redwood
4   City, California  94063.  I am employed in the county of San Mateo where this service occurs.  I am
    over the age of 18 years, and not a party to the within cause.  I am readily familiar with my
5   employer's normal business practice for collection and processing of correspondence for mailing
    with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S.
6   Postal Service the same day as the day of collection in the ordinary course of business.

7          On the date set forth below, following ordinary business practice, I served a true copy of the
    foregoing document(s) described as:

8         **DECLARATION OF KIMBERLY A. DONOVAN IN SUPPORT OF THE**
9               **OPPOSITION TO MOTION TO SET ASIDE DEFAULT**

10  ☐   (BY FAX) by transmitting via facsimile the document(s) listed above to the fax
        number(s) set forth below, or as stated on the attached service list, on this date
11      before 5:00 p.m.

12  ☐   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be
        placed in the United States mail at Redwood City, California.

13  ☐   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand
        this date to the offices of the addressee(s).

14
    ☐   (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an
15      overnight delivery carrier with delivery fees provided for, addressed to the
        person(s) on whom it is to be served.

16
                        KATHRYN MOREA
17                      P.O. BOX 393
                        BIG BEAR LAKE, CA  92315
18                      DEFENDANT

19  ☒   *(State)* I declare under penalty of perjury under the laws of the State of California
        that the above is true and correct.
20

21  Executed on June 5, 1998, at Redwood City, California.

22                                            *Ruth A. Rinaldi*
23                                            Ruth A. Rinaldi

24

25

26

LAW OFFICES
Ropers, Majeski, Kohn &
  Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA  94063
(650) 364-8200

81

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE EVOLUTIONARY LEVEL ABOVE )
HUMAN FOUNDATION, INC.; MARK )
KING; SARAH KING; and WAYNE )
PARKER )
                          Plaintiff. )
v. )
RIGHT TO KNOW; The Executor of )
the Estate of CHARLES HUMPHREY )
aka CHUCK HUMPHREY; KATHRYN )
MOREA; LANMINDS; and IMPSAT MEX )
                          Defendant. )

CASE NO. CV 98-00892CRB ENE

CERTIFICATION OF DISCUSSION
OF ADR OPTIONS

_Instructions:_ Pursuant to General Order 35, within 110 days after the filing of the Complaint or Notice of Removal, counsel and client shall sign this Certification, file it with the court and serve it on all other parties.

ADR options are explained in the brochure entitled "Dispute Resolution Procedures in the Northern District of California." The court encourages attorneys and clients to call its ADR Program Director or Deputy Director at (415) 556-3167 to discuss the various options and their suitability for particular types of cases.

We hereby certify that we have (1) read the brochure entitled "Dispute Resolution Procedures in the Northern District of California," (2) discussed the available court and private dispute resolution options and (3) considered whether this case might benefit from any of them.

Client: MARK KING ON BEHALF OF TELAH     Date: June 24, 1998
        FOUNDATION

Attorney: _____     Date: June 25, 1998
          KIMBERLY A. DONOVAN

Party: _____
          *Plaintiff/Defendant
        Mark King for TELAH

CERTIFICATION OF DISCUSSION OF ADR OPTIONS          FORMS/CERT.ADR
                                                    NDC-35

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE EVOLUTIONARY LEVEL ABOVE  )
HUMAN FOUNDATION, INC.; MARK  )
KING; SARAH KING; and WAYNE  )
PARKER  )
                        Plaintiff,  )
       v.  )
RIGHT TO KNOW; The Executor of  )
the Estate of CHARLES HUMPHREY  )
aka CHUCK HUMPHREY; KATHRYN  )
MOREA; LANMINDS; and IMPSAT MEX)
                    Defendant.  )

CASE NO. CV 98-00892CRB ENE

CERTIFICATION OF DISCUSSION
OF ADR OPTIONS

_Instructions:_  Pursuant to General Order 35, within 110 days after the filing of the Complaint or Notice of Removal, counsel and client shall sign this Certification, file it with the court and serve it on all other parties.

ADR options are explained in the brochure entitled "Dispute Resolution Procedures in the Northern District of California." The court encourages attorneys and clients to call its ADR Program Director or Deputy Director at (415) 556-3167 to discuss the various options and their suitability for particular types of cases.

       We hereby certify that we have (1) read the brochure entitled "Dispute Resolution Procedures in the Northern District of California," (2) discussed the available court and private dispute resolution options and (3) considered whether this case might benefit from any of them.

Client:     MARK KING                 Date: June 24, 1998

Attorney:                         Date: June 25, 1998
       KIMBERLY A. DONOVAN

Party:                            
           *Plaintiff/Defendant
       Mark King

CERTIFICATION OF DISCUSSION OF ADR OPTIONS

FORMS/CERT.ADR
NDC-35

83

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE EVOLUTIONARY LEVEL ABOVE )
HUMAN FOUNDATION, INC.; MARK )
KING; SARAH KING; and WAYNE )
PARKER )
                                    Plaintiff. )
            v. )
RIGHT TO KNOW; The Executor of )
the Estate of CHARLES HUMPHREY )
aka CHUCK HUMPHREY; KATHRYN )
MOREA; LANMINDS; and IMPSAT MEX )
                                    Defendant. )

CASE NO. CV 98-00892CRB ENE

CERTIFICATION OF DISCUSSION
OF ADR OPTIONS

_Instructions:_  Pursuant to General Order 35, within 110 days after the filing of the Complaint
or Notice of Removal, counsel and client shall sign this Certification, file it with the court and
serve it on all other parties.

_ADR options are explained in the brochure entitled "Dispute Resolution Procedures in the
Northern District of California." The court encourages attorneys and clients to call its ADR
Program Director or Deputy Director at (415) 556-3167 to discuss the various options and their
suitability for particular types of cases._

We hereby certify that we have (1) read the brochure entitled "Dispute Resolution
Procedures in the Northern District of California," (2) discussed the available court and
private dispute resolution options and (3) considered whether this case might benefit from
any of them.

Client:   SARAH KING                    Date:  June 24, 1998

Attorney: _[signature]_                 Date:  June 25, 1998
          KIMBERLY A. DONOVAN

Party:    _[signature]_
              Plaintiff/Defendant
          Sarah King

CERTIFICATION OF DISCUSSION OF ADR OPTIONS

1
2
3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE EVOLUTIONARY LEVEL ABOVE | ) | |
| HUMAN FOUNDATION, INC.; MARK | ) | CASE NO. CV 98-00892CRB ENE |
| KING; SARAH KING; and WAYNE | ) | |
| PARKER | ) | CERTIFICATION OF DISCUSSION |
| Plaintiff, | ) | OF ADR OPTIONS |
| v. | ) | |
| RIGHT TO KNOW; The Executor of | ) | |
| the Estate of CHARLES HUMPHREY | ) | |
| aka CHUCK HUMPHREY; KATHRYN | ) | |
| MOREA; LANMINDS; and IMPSAT MEX | ) | |
| Defendant. | ) | |

_Instructions:_ Pursuant to General Order 35, within 110 days after the filing of the Complaint or Notice of Removal, counsel and client shall sign this Certification, file it with the court and serve it on all other parties.

ADR options are explained in the brochure entitled "Dispute Resolution Procedures in the Northern District of California." The court encourages attorneys and clients to call its ADR Program Director or Deputy Director at (415) 556-3167 to discuss the various options and their suitability for particular types of cases.

We hereby certify that we have (1) read the brochure entitled "Dispute Resolution Procedures in the Northern District of California," (2) discussed the available court and private dispute resolution options and (3) considered whether this case might benefit from any of them.

Client:   WAYNE PARKER                            Date: June 24, 1998

Attorney: _signature_                             Date: June 25, 1998
          KIMBERLY A. DONOVAN

Party: _Wayne R. Parker_
          Plaintiff/Defendant
       Wayne Parker

CERTIFICATION OF DISCUSSION OF ADR OPTIONS                FORMS/CERT.ADR
                                                          NDC-35

85

1  **CASE NAME:    THE EVOLUTIONARY LEVEL ABOVE V. RIGHT TO KNOW**
   **ACTION NO.:  CV-98-00892 CRB ENE**

2                                **PROOF OF SERVICE**

3           I am a citizen of the United States. My business address is 1001 Marshall Street, Redwood

4  City, California  94063.  I am employed in the county of San Mateo where this service occurs.  I am
   over the age of 18 years, and not a party to the within cause.  I am readily familiar with my

5  employer's normal business practice for collection and processing of correspondence for mailing
   with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S.

6  Postal Service the same day as the day of collection in the ordinary course of business.

7           On the date set forth below, following ordinary business practice, I served a true copy of the
   foregoing document(s) described as:

8
   CERTIFICATION OF DISCUSSION OF ADR OPTIONS BY MARK KING ON BEHALF OF

9             TELAH, SARAH KING, MARK KING AND WAYNE PARKER

10    ☐   (BY FAX) by transmitting via facsimile the document(s) listed above to the fax
          number(s) set forth below, or as stated on the attached service list, on this date

11        before 5:00 p.m.

12    ☐   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be
          placed in the United States mail at Redwood City, California.

13    ☐   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand
          this date to the offices of the addressee(s).

14

15    ☐   (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an
          overnight delivery carrier with delivery fees provided for, addressed to the
          person(s) on whom it is to be served.

16

17                        KATHRYN MOREA
                          P.O. BOX 393

18                        BIG BEAR LAKE, CA  92315
                          DEFENDANT

19    ☒   *(State)*  I declare under penalty of perjury under the laws of the State of California
          that the above is true and correct.

20

21        Executed on June 25, 1998, at Redwood City, California.

22

23                                        _Ruth A. Rinaldi_
                                          Ruth A. Rinaldi

24

25

26
LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA  94063
(650) 364-8200

*86*

**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **June 26, 1998**

**C-98-00892 CRB** EME

**EVOLUTIONARY LEVEL ABOVE** v. **RIGHT TO KNOW, et al**

Attorneys: _____Kimberly Donovan_____          _____Katherine Morea_____

_____          _____

Deputy Clerk: **MARY CONSTANTINO-FERIA**     Reporter: _____**Diane Skillman**_____

**PROCEEDINGS:**                                                          **RULING:**

1. ___D Katherine Morea's Motion to set aside default - GRANTED_____     _____

2. ___P's request for sanctions - DENIED_____     _____

3. _____     _____

4. _____     _____

( ) Status Conference     ( ) P/T Conference     ( )Case Management Conference

**ORDERED AFTER HEARING:**

_____

_____

( ) ORDER TO BE PREPARED BY:     Plntf _____ Deft _____ Court _____

( ) Referred to Magistrate For: _____
          ( )By Court          ( )Parties to approach Chief Magistrate in future

( ) CASE CONTINUED TO _____     for _____

Discovery Cut-Off _____     Expert Discovery Cut-Off _____

Plntf to Name Experts by _____     Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
                    Type of Trial: ( )Jury     ( )Court

Notes: _____

_____

_____

87

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JUN 26 1998

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE EVOLUTIONARY LEVEL ABOVE
HUMAN FOUNDATION, INC., et al.

        Plaintiffs,

    v.

RIGHT TO KNOW, et al.

        Defendants.

No. C 98-892 CRB ENE

**ORDER SETTING ASIDE
ENTRY OF DEFAULT**

    Before the court is defendants' motion to set aside the entry of default in this case. Having carefully read and considered the papers submitted by the parties, the Court GRANTS defendants' motion.[1]

    A court may set aside the entry of default where defendants demonstrates that they received no actual notice of the action before the answer was due. See Peralta v. Heights Med. Ctr., Inc., 485 U.S. 80, 86 (1988). Similarly, a default may be set aside where the plaintiff failed to serve defendant properly. See Mason v. Genisco Technology Corp., 960 F.2d 849, 851 (1992). For the purposes of this motion, the Court accepts defendants' claims that they were not properly served by plaintiffs. Further, the defendants have now filed an answer to the claim. Accordingly, defendants' motion to set aside the default is granted.

    The Court stresses that defendants, while appearing pro se, are still required to comply

**COPIES MAILED TO PARTIES OF RECORD**

---

[1] Pursuant to Local Rule 7-1(b), the Court decides this case without oral argument.

88

with all federal and local rules, including all rules governing the filing and service of motions. See Local Rule 3-9(a). In the future, failure to do so will result in the imposition of sanctions by this Court. Plaintiffs' request for the imposition of sanctions consisting of attorney's fees and costs incurred as a result of the default is DENIED.

This motion is removed from the Court's June 26, 1998 law and motion calendar. As indicated in the initial case management scheduling order, the parties are directed to appear in person at the case management conference on Friday, July 10, 1998, at 450 Golden Gate Avenue, San Francisco, California, Courtroom 8, 19th Floor at 8:30 a.m. The parties are also directed to file a joint case management statement on or before Tuesday, June 30, 1998 as required by Local Rule 16-13.

**IT IS SO ORDERED.**

Dated: 6-26-98

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

89        2



**FILED**

JUN 30 1998

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE EVOLUTIONARY LEVEL ABOVE
HUMAN FOUNDATION, INC. dba THE
TELAH FOUNDATION, MARK KING,
SARAH KING and WAYNE PARKER,

        Plaintiffs,

    v.

RIGHT TO KNOW; The Executor of the Estate
of CHARLES HUMPHREY aka CHUCK
HUMPHREY, KATHRYN MOREA,
LANMINDS and IMPSAT MEXICO,

        Defendants.

**CASE NO.:  CV-98-00892 CRB ENE**

**JOINT CASE MANAGEMENT
STATEMENT AND PROPOSED ORDER**

**DATE:  JULY 10, 1998**
**TIME:   8:30 A.M.**
**DEPT:   COURTROOM 8**

    The parties to the above-entitled action jointly submit this Case Management Statement and
Proposed Order and request the court to adopt it as its Case Management Order in this case.

## DESCRIPTION OF THE CASE

1.    **A brief description of the events underlying the action:**

    A religious organization known by several names including The Class, Heaven's Gate, Total
Overcomers Anonymous Monastery and The Evolutionary Level Above Human has existed for over
twenty years.  Defendant Kathryn Morea ("Morea") contends that the organization was also known

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/141004.1/RL

- 1  JOINT CASE MANAGEMENT STATEMENT AND
          PROPOSED ORDER

90

1   as Right to Know.  During that period of time, the organization created various intellectual property,

2   including audiotapes, videotapes and works of art.  The group believed that at some point their

3   leader, Do, would take his followers, known as "The Class," to a "Higher Level".  In order to go to

4   the Higher Level Do and Members of the Class, would "exit" their bodies or "vehicles" by

5   committing suicide in a particular manner.  In preparation for this exit, members of The Class and

6   Do sent Federal Express packages to various ex-members of the Class and asked tasks to be done by

7   each of them.

8        Plaintiffs contend that Do and The Class transferred the Heaven's Gate organization's

9   copyrights, trademarks, and other intellectual property, as well as real and personal property

10  associated with the organization and some individuals in The Class, to Mark and Sarah King and

11  Wayne Parker.  The Kings and Parker were to manage these assets as they deemed appropriate.  Do

12  and The Class identified other individuals who the Kings and Parker could have assist them in

13  handling the tasks and materials given to them.  Among the people who were to assist the Kings and

14  Parker were Chuck Humphrey.  Humphrey was to upload the final version of the heavensgate.com

15  website onto the Internet.  Humphrey was also recommended to assist in duplicating certain tapes if

16  desired by the Kings and Parker.

17        Morea contends that the "exit videos" were sent to Chuck Humphrey and he was asked to

18  copy and distribute them.  Chuck Humphrey was also asked to take over their websites.  They asked

19  Wayne Parker to register their book "How and When Heaven's Gate May be Entered" with the

20  Library of Congress.  They gave some of their tangible assets, (cars, cash, website business) to

21  several of the ex-members including Mark and Sarah King, Chuck Humphrey, Rio DiAngelo and

22  Wayne Parker.  They asked Mark and Sarah King to take over the "purser task" which was their

23  word for bookkeeping.

24        Shortly thereafter, Do and The Class, consisting of 38 individuals, "exited" by committing

25  suicide.

26  .      After the exit, plaintiffs contend that they, along with Chuck Humphrey and various other

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/141004.1/RL

- 2   JOINT CASE MANAGEMENT STATEMENT AND
PROPOSED ORDER

91

1  people associated with The Class, initially worked together to carry out the instructions left by The

2  Class for websites, books, videotapes and other materials associated with the religious organization.

3  Morea contends that initially Humphrey alone carried out The Class's instructions while plaintiffs

4  were initially reluctant to do anything but eventually decided they wanted to do those tasks asked of

5  them.  Plaintiffs formed The Evolutionary Level Above Human Foundation, Inc. ("TELAH") by

6  plaintiffs to administer plaintiffs' tasks.  In May 1997 Humphrey tried to follow Do and The Class by

7  attempting suicide himself.  He survived, and continued his dissemination task as he saw it.  Disputes

8  arose between Mark King and Chuck Humphrey regarding the websites and the dissemination and

9  handling of materials related to the religious organization.  Additionally, Humphrey had set up his

10  own website, rkkody.com, in which he marketed and sold items bearing Heaven's Gate trademarks

11  and logos and tapes which plaintiffs contend were copyrighted material assigned to plaintiffs.  In

12  mid-February of 1998, Chuck Humphrey attempted suicide again, and this time succeeded.

13        Plaintiffs initially believed that after Humphrey's death they would be able to resolve issues

14  relating to the intellectual property transferred from the Heaven's Gate organization to plaintiffs.

15  Instead, Humphrey's daughter, Kathryn Morea, assumed control over the websites and materials

16  previously held by Humphrey and instructed Lanminds that they could not allow control of the

17  website to be changed to TELAH.  Morea indicates that Humphrey left written instructions to the

18  ISP Lanminds, that his daughter, Morea and specifically not Mark and Sarah King, should be given

19  control of the websites.  The websites went off-line on or about February 26, 1998, and have

20  remained off-line since that time.

21      **2.      The principal factual issues which the parties dispute:**

22            a.      Whether the Heaven's Gate organization properly assigned or otherwise

23  transferred rights to its intellectual property to plaintiffs.

24            b.      Whether Chuck Humphrey was assigned any rights to any intellectual

25  property of the Heaven's Gate organization.

26            c.      Whether Chuck Humphrey's revisions to the heavensgate.com website

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/141004.1/RL                              - 3  JOINT CASE MANAGEMENT STATEMENT AND
                                                  PROPOSED ORDER

92

1   constitute copyright infringement.

2           d.      Whether Chuck Humphrey's offering for sale and sale of books, audiotapes,

3   videotapes, mouse pads, coffee mugs and other commercial items constitute infringement upon

4   copyrights and other intellectual property held by plaintiffs.

5           e.      Whether Kathryn MOREA has infringed upon the copyrights and other

6   intellectual property held by plaintiffs.

7       **3.      The principal legal issues which the parties dispute:**

8           a.      Whether injunctive relief should be granted which would enjoin defendants

9   from any use, reproduction, sale or offer for sale of intellectual property associated with the

10  Heaven's Gate organization.

11          b.      Whether injunctive relief should be granted which would require defendants

12  to turn over all Heaven's Gate materials to plaintiff.

13      **4.      The Other factual issues which remain unresolved:**

14          a.      Chuck Humphrey passed away before this litigation was filed.  A formal

15  probate estate has not been filed, and therefore a legal representative of his estate has not been

16  appointed.  His daughter, defendant Kathryn MOREA, was apparently given control of the websites

17  Humphrey was using and has copies of tapes, CD's and other intellectual property which had been

18  distributed by Chuck Humphrey.  MOREA was served on behalf of the Estate of Chuck Humphrey,

19  although it remains unclear whether this service is valid and whether this defendant needs to remain

20  in the action.  Plaintiffs would propose that if MOREA stipulates that since Humphrey's death, she

21  has had full control over the intellectual property and websites at issue in this case which were

22  formerly controlled by Humphrey, plaintiffs would consider dismissing the Estate from this action.

23          b.      Defendant IMPSAT was named as a defendant because, according to Internic,

24  IMPSAT is now serving as the website provider or host for the heavensgate.com and rkkody.com

25  websites which contained the infringing material.  However, these websites have not been brought

26  up on the Internet since they were brought down by LANMINDS and transferred to Impsat.

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/141004.1/RL                                         -  4  JOINT CASE MANAGEMENT STATEMENT AND
                                                                  PROPOSED ORDER

93

1  Additionally, Impsat is located in Mexico. Plaintiffs would propose that MOREA stipulate she will

2  not allow the websites or any other website containing material associated with the Heaven's Gate

3  organization, to be displayed, sold or offered for sale on a website pending resolution of this action,

4  in which case IMPSAT would be dismissed from this action.

5       **5.**    **The parties which have not been served and the reasons:**

6        a.    Plaintiffs believe that proper service was effected upon the Estate of Chuck

7  Humphrey by serving MOREA as the personal representative of that estate, despite the fact that no

8  formal probate proceedings have been filed. Additionally, plaintiffs believe that defendant RIGHT

9  TO KNOW has been properly served by effecting service upon MOREA. Although RIGHT TO

10  KNOW is not a corporation or partnership according to records with the State of California, RIGHT

11  TO KNOW has been operated as an entity of unknown legal form and MOREA has continued to

12  operate it and use the fictitious business name after the death of her father, Chuck Humphrey.

13  Accordingly, to the extent this entity exists, plaintiffs believe it is proper to effect to service on the

14  entity by serving MOREA.

15        b.    IMPSAT has not been served, in part due to the fact that they have not

16  brought up the websites for which they now serve as technical contacts and also because of the fact

17  that they are located in Mexico and jurisdictional problems could exist. Plaintiff suggests resolution

18  of this issue as set forth under number 4 above.

19        c.    Although LANMINDS has now been served with the Summons and

20  Complaint in this action, plaintiffs are engaged in settlement negotiations with LANMINDS and

21  anticipate filing a Consent Decree and entering into a settlement agreement shortly.

22       **6.**    **The additional parties intended to be joined.**

23        a.    None known at this time.

24           **ALTERNATIVE DISPUTE RESOLUTION**

25       **7.**    **The following parties consent to assignment of this case to a United States**

26  **Magistrate Judge for trial:** None.

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/141004.1/RL

-  5  JOINT CASE MANAGEMENT STATEMENT AND
PROPOSED ORDER

94

8.   **The parties have already been assigned to the following ADR process:**

    a.   Early Neutral Evaluation.

9.   **The ADR process to which the parties jointly request referral:**

    a.   None at this time, although the parties may agree that Mediation would be more effective than Early Neutral Evaluation in this case.

## DISCLOSURES

10.   **The parties certify that they have made the following disclosures:**

    By Plaintiffs:  Identification of witnesses and subjects of information known:

            Mark and Sarah King
            4757 East Greenway Road, Ste. 103
            Phoenix, AZ  85032

            Wayne Parker
            5515 North 7th Street, No. 5-226
            Phoenix, AZ  85014

            Francisco J. Falcon
            URB Santa Fe
            Calle Jose D. Beaujon
            Quinta, Rosita
            Punto, Fijo, Falcon, Venezuela

            Rik Ford/Rio DiAngelo
            c/o InterAct Entertainment
            9107 Wilshire, Ste. 700
            Beverly Hills, CA  90210

            Lorraine and Floyd Snelson
            11845 State Route F
            Rolla, MO  65401

    Each of these witnesses has information regarding creation and authorship of the copyrighted works, ownership of the copyrighted works, assignment of the copyrighted works and the intent of the authors of the copyrighted works.  These individuals also have information and knowledge regarding the establishment, ownership and transfer of rights to the trademarks, websites and other intellectual property involved in this case.

            Chris Milus
            1387 Old Elkton Pike

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/141004.1/RL

                - 6   JOINT CASE MANAGEMENT STATEMENT AND
                     PROPOSED ORDER

95

Delrose, TN 38449

Holly Craig
1387 Old Elkton Pike
Delrose, TN 38449

These witnesses have information with regard to the heavensgate.com website and the creation, ownership and transfer of ownership of that website and information contained thereon.

## DOCUMENTS AND TANGIBLE THINGS

Plaintiffs have the audiotapes, videotapes, and original "Away Team Patch" referred to in the Complaint. Plaintiffs also have CD's which contain copies of some of these materials. Plaintiffs further have computer diskettes containing copies of websites and further copies of some of these tapes and other materials.

Plaintiffs have in their possession documents regarding the Telah and Heaven's Gate organizations, including documents filed with various government agencies and documents regarding the transfer of various assets, including those at issue in this case, from the Heaven's Gate organization and its individual members to plaintiffs. Plaintiffs further have keys and information demonstrating that access to storage lockers and other facilities were given to plaintiffs. Plaintiffs have copies of infringing websites through which defendants sold or offered for sale materials over which plaintiffs claim ownership. Plaintiffs also have copies of various e-mail messages regarding the intellectual property at issue in this case.

Pursuant to Local Rule 16-5(e), plaintiffs have already notified defendants that plaintiffs have in excess of 100 pages of documents appropriate for production under Local Rule 16-5(b). Defendants have not yet made an election regarding inspection and copying.

Plaintiffs initially base damages in this case upon any revenue received by defendants and/or Chuck Humphrey as a result of the infringing activities. Plaintiffs further base damages upon damage to the image, reputation and credibility of plaintiffs as a result of the infringing activity and potential revenue to plaintiffs which would have assisted in deferring costs incurred by plaintiffs. Such calculation can only be made after receipt of documents and information from defendants.

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/141004.1/RL

- 7   JOINT CASE MANAGEMENT STATEMENT AND
PROPOSED ORDER

96

1  Plaintiffs also claim attorneys fees and costs of this suit as damages.  Plaintiffs do not have any

2  insurance documents in their possession or control which are applicable to this action.

3  ## DEFENDANT MOREA

4

5  **Defendant MOREA has disclosed the following witnesses:**

6  Cesar Morea
   2924 Ocean Avenue
7  Venice, CA  90291

8  Jason Bartell
   1101 Erin Street
9  Madison, WI  53715

10  Nadia Calbert
    841 Phillips Drive
11  Denver, CO  80233

12  Teri Nettles
    (Address to be confirmed at later date)
13
    Sergio Myers
14  (Address to be confirmed at later date)

15  Steven Havel
    (Address to be confirmed at later date)
16

17

18  **Defendant has disclosed the following documents and tangible things:**

19  Defendant has both audio and video CDRoms which contain Heavensgate teachings.

20  Defendant has computer disks containing copies of websites.  Defendant has documents relating to

21  transfer of ownership of website and videos to defendant and has already attached these as answer to

22  the complaint.  Additional documents are attached.

23  / / /

24  / / /

25  / / /

26  / / /

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/141004.1/RL

- 8   JOINT CASE MANAGEMENT STATEMENT AND
      PROPOSED ORDER

97

## DISCOVERY

**11.     The parties agree to the following discovery plan:**  Depositions, interrogatories, requests for production and requests for admissions:  The parties agree to abide by the limitations set forth in the Federal Rules of Civil Procedure and Local Rules and do not anticipate the need for excess discovery at this time.  The parties request discovery related deadlines as follows:  Disclosure of experts by October 5, 1998; counter-designations by October 19, 1998; completion of non-expert discovery by November 2, 1998; completion of expert discovery by November 23, 1998; filing of dispositive motions by December 7, 1998.

## TRIAL SCHEDULE

**12.     The parties request a trial date of February 22, 1999.**

**13.     The parties expect that the trial will last for the following number of days:  10 days.**

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

**14.**     Pursuant to Civil L.R. 16-6, each of the undersigned certifies that or she has read the brochure entitled "Dispute Resolution Procedures in Northern District of California," discuss the available dispute resolution options provided by the court and private entities and is considered whether this case might benefit from any of the available dispute resolution options.

DATED:  _6/26/98_

ROPERS, MAJESKI, KOHN & BENTLEY

BY _____
KIMBERLY A. DONOVAN
Attorneys for Plaintiffs

DATED:  _6/26/98_

_____
KATHRYN MOREA, IN PRO PER

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/141004.1/RL

- 9   JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER

98

## CASE MANAGEMENT ORDER

The Case Management Statement Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition, the court orders:

_____

_____

_____

_____

DATED: _____          _____

CHARLES R. BREYER
JUDGE OF THE U.S. DISTRICT COURT

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corportion
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/141004.1/RL

- 10  JOINT CASE MANAGEMENT STATEMENT AND
PROPOSED ORDER

99

**CASE NAME:    THE EVOLUTIONARY LEVEL ABOVE V. RIGHT TO KNOW**
**ACTION NO.:   CV-98-00892 CRB ENE**

### PROOF OF SERVICE

I am a citizen of the United States. My business address is 1001 Marshall Street, Redwood City, California 94063. I am employed in the county of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER**

☐  (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒  (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood City, California.

☐  (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐  (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

KATHRYN MOREA
P.O. BOX 393
BIG BEAR LAKE, CA 92315
DEFENDANT

☒  *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 30, 1998, at Redwood City, California.

*Ruth A. Rinaldi*
Ruth A. Rinaldi

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

100

**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **June 10, 1998**

**C-98-00892 CRB** EME

**EVOLUTIONARY LEVEL ABOVE, etc., et al** v. **RIGHT TO KNOW, et al**

Attorneys:        Kimberly Donovan            Catherine Morea

Deputy Clerk: **MARY CONSTANTINO-FERIA**     Reporter: _____ **n/a** _____

**PROCEEDINGS:**                                           **RULING:**

1.   Initial case management conference held; Plaintiff shall dismiss def _____

2.   Impsant Mexico; Court shall send case to ADR - Mediation and get _____

3.   someone with experience in copyright/intellectual property issues; _____

4. _____

( ) Status Conference     ( ) P/T Conference     ( )Case Management Conference

**ORDERED AFTER HEARING:**

_____

_____

( ) ORDER TO BE PREPARED BY:   Plntf _____ Deft _____ Court _____

( ) Referred to Magistrate Judge For: _____
       ( )By Court      ( )Parties to approach Chief Magistrate in future

( xx ) CASE CONTINUED TO _____ 09/11/98 at 8:30 a.m. for further case management conference _____

Discovery Cut-Off _____ Expert Discovery Cut-Off _____

Plntf to Name Experts by _____ Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
                 Type of Trial: ( )Jury    ( )Court

Notes: _____

_____

_____

**FILED**

JUL 1 7 1998

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10   EVOLUTION LEVEL ABOVE, etc.,
11          Plaintiff,                          No. C 98-892 CRB MED
12   v.                                         **NOTICE OF REMOVAL FROM
                                                EARLY NEUTRAL EVALUATION
13   RIGHT TO KNOW, et al.,                     AND REFERRAL TO MEDIATION**
14          Defendant.
                                        /
15
16   TO COUNSEL OF RECORD:
17          Pursuant to the attached Order, this matter has been removed from the Early Neutral
18   Evaluation program and referred to the court's Mediation program governed by ADR L.R. 6.
19          Counsel shall discontinue the use of the initials "ENE" following the case number.  Counsel
20   shall add "MED" to the end of the case number on further papers filed in this matter.
21   Dated: July 17, 1998                       RICHARD W. WIEKING
                                                Clerk
22
23
24                                              by:    Karla Quintanilla
                                                ADR Case Administrator
                                                522-2059
25   cc:    Courtroom Deputy
26
27
28                                                                          REV. 1/98

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
Northern District of California
08/12/98

Kimberly Donovan
Ropers Majeski Kohn & Bentley
1001 Marshall St
Redwood City,CA 94063
650-364-8200

David Miclean
Ropers Majeski Kohn & Bentley
1001 Marshall St
Redwood City,CA 94063
650-364-8200

Kathryn Morea
P.O. Box 393
Big Bear Lake,CA 92315

# FILED

AUG 1 1 1998

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

23
kmφ

3:98cv892 CRB Evolutionary Level-v-Right To Know

NOTICE OF APPOINTMENT OF MEDIATOR

     The Court hereby notifies the parties and counsel that the
mediator assigned to conduct a mediation in this case is:

Ellen Beilock
633 Battery St
5th Flr
San Francisco,CA 94111
(415) 677-0880

     Counsel shall familiarize themselves with the requirements
of ADR L.R. 6 which governs the Mediation program.  The mediator
will schedule a joint phone conference with counsel under ADR
L.R. 6-6 and will set the date of the mediation session within
the deadlines set by ADR L.R. 6-4 or the court order referring
this action to mediation.  The court permits the mediator to charge
each party its pro rata share of the cost of the phone conference.

     Counsel are reminded that the written mediation statements
required by ADR L.R. 6-7 shall NOT be filed with the court.

                         RICHARD W. WIEKING
                         by:

Dated: 8/12/98
                         _____
                         (ADR Case Administrator)
                         Karla Quintanilla

                                        REV. 9/95

103

Kathryn Morea
1802 9th Street
Santa Monica, California 90404

Defendant



United States District Court

Northern District of California

The Evolutionary Level Above
Human Foundation, Inc. Dba THE
TELAH Foundation, Mark King,
Sarah King and Wayne Parker

CASE NO.: CV-98-00892 CRB MED

ADDRESS CHANGE OF
DEFENDANT KATHRYN MOREA

        Plaintiffs

   v.

Right to Know; The executor of the Estate
of Charles Humphrey aka Chuck
Humphrey, Kathryn Morea,
Lanminds and Impsat Mexico

        Defendants

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Defendant, KATHRYN MOREA, hereby informs the court of her new address:
1802 9th Street Santa Monica, California 90404. Please mail all future correspondence in this
case to that address effective today 8/11/98. Thank you.

DATED: August 11, 1998

Kathryn Morea, defendant

104

**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **September 11, 1998**

**C-98-00892 CRB** MED

**EVOLUTIONARY LEVEL ABOVE, etc., et al** v. **RIGHT TO KNOW, et al**

Attorneys: ___ Kimberly Donovan ___          ___ Kathryn Morea (pro per) ___

_____          _____

Deputy Clerk: **MARY CONSTANTINO-FERIA**          Reporter: _____
**PROCEEDINGS:**                                                      **RULING:**

1. ___ Further case management conference held; Mediator Eileen Bielok ___          _____

2. ___ have not contacted counsel for a date; Court orders counsel to contact          _____

3. ___ mediator ASAP; _____          _____

4. _____          _____
      ( ) Status Conference       ( ) P/T Conference       ( )Case Management Conference

**ORDERED AFTER HEARING:**

_____

_____

( ) ORDER TO BE PREPARED BY:   Plntf _____ Deft _____ Court _____

( ) Referred to Magistrate Judge For: _____
         ( )By Court       ( )Parties to approach Chief Magistrate in future

(xx) CASE CONTINUED TO ___ 11/13/98 at 8:30 a.m. for further case management conference ___

Discovery Cut-Off _____   Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for _____ days
                              Type of Trial: ( )Jury   ( )Court

Notes: _____

_____

_____

105

RECEIVED

SEP 11 1998

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  DAVID J. MICLEAN (SB# 115098)
   KIMBERLY A. DONOVAN (SB# 160729)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street
3  Redwood City, California 94063
   Telephone: (650) 364-8200
4  Facsimile: (650) 367-0997

FILED

SEP 11 1998

5

6  Attorneys for Plaintiffs
   THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION,
   INC., MARK KING, SARAH KING and WAYNE PARKER

7

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8            UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  THE EVOLUTIONARY LEVEL ABOVE      CASE NO.: CV-98-00892 CRB ENE
    HUMAN FOUNDATION, INC. dba THE
12  TELAH FOUNDATION, MARK KING,
    SARAH KING and WAYNE PARKER,
13
              Plaintiffs,             CONSENT DECREE BETWEEN
14                                    PLAINTIFFS AND DEFENDANT
       v.                             LANMINDS
15
    RIGHT TO KNOW; The Executor of the Estate
16  of CHARLES HUMPHREY aka CHUCK
    HUMPHREY, KATHRYN MOREA,
17  LANMINDS and IMPSAT MEXICO,

18            Defendants.

19

20       Pursuant to a settlement agreement entered into between plaintiffs and defendant

21  LANMINDS, LANMINDS hereby agrees to be enjoined as follows:

22       1.      LANMINDS and its agents will not host a website for heavensgate.com or any other

23  website containing the words "Heaven's Gate" in its domain name; and

24       2.      LANMINDS will not knowingly host or serve as administrative contact for any

25  website which sells, or offers for sale, consumer items, audiotapes, videotapes, CD's or other

26  material of/or regarding the Heaven's Gate group without written permission of the Telah

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/140480.1/RL

COPIES MAILED TO
PARTIES OF RECORD

106

1  Foundation.  LANMINDS shall not be obligated to investigate whether any website offers such

2  material for sale, however, if LANMINDS has actual knowledge that such materials are being

3  offered for sale or is so informed, then LANMINDS shall be obligated to immediately cease serving

4  as the host or administrative contact for such website.

5       3.      LANMINDS hereby agrees to abide by the above agreements unless and until a court

6  order or settlement agreement makes a final determination that the plaintiffs in this action are not

7  entitled to the intellectual property associated with the Heaven's Gate organization or otherwise

8  enter an order inconsistent with this Decree.

9  DATED: _7-1-98_____

10                                            LANMINDS

11                                   BY _Gary Morrell_____

12                                      GARY MORRELL, PRESIDENT

13

14  DATED: _9/11/98_____        ROPERS, MAJESKI, KOHN & BENTLEY

15

16                                   BY _____

17                                      KIMBERLY A. DONOVAN
                                        Attorneys for Plaintiffs

18

19                              **ORDER**

20
    IT IS SO ORDERED.
21

22  DATED: _9-11-98_____

23                                      JUDGE OF THE U.S. DISTRICT COURT

24

25

26

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/140480.1/RL                          -2-

107

*COPY*

1  DAVID J. MICLEAN (SB# 115098)
   KIMBERLY A. DONOVAN (SB# 160729)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street
3  Redwood City, California  94063
   Telephone:  (650) 364-8200
4  Facsimile:  (650) 367-0997

5  Attorneys for Plaintiffs
6  THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION,
   INC., MARK KING, SARAH KING and WAYNE PARKER
7

**RECEIVED**

SEP 11 1998

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

SEP 11 1998

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 THE EVOLUTIONARY LEVEL ABOVE
   HUMAN FOUNDATION, INC. dba THE
12 TELAH FOUNDATION, MARK KING,
   SARAH KING and WAYNE PARKER,
13
             Plaintiffs,
14
        v.
15
   RIGHT TO KNOW; The Executor of the Estate
16 of CHARLES HUMPHREY aka CHUCK
   HUMPHREY, KATHRYN MOREA,
17 LANMINDS and IMPSAT MEXICO,
18           Defendants.
19

| | |
|---|---|
| **CASE NO.:  CV-98-00892 CRB** ~~ENE~~ |

**CONSENT DECREE BETWEEN
PLAINTIFFS AND DEFENDANT
LANMINDS**

20      Pursuant to a settlement agreement entered into between plaintiffs and defendant

21 LANMINDS, LANMINDS hereby agrees to be enjoined as follows:

22      1.      LANMINDS and its agents will not host a website for heavensgate.com or any other

23 website containing the words "Heaven's Gate" in its domain name; and

24      2.      LANMINDS will not knowingly host or serve as administrative contact for any

25 website which sells, or offers for sale, consumer items, audiotapes, videotapes, CD's or other

26 material of/or regarding  the Heaven's Gate group without written permission of the Telah

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/140480.1/RL

COPIES MAILED TO
PARTIES OF RECORD

108

1   Foundation.  LANMINDS shall not be obligated to investigate whether any website offers such

2   material for sale, however, if LANMINDS has actual knowledge that such materials are being

3   offered for sale or is so informed, then LANMINDS shall be obligated to immediately cease serving

4   as the host or administrative contact for such website.

5       3.      LANMINDS hereby agrees to abide by the above agreements unless and until a court

6   order or settlement agreement makes a final determination that the plaintiffs in this action are not

7   entitled to the intellectual property associated with the Heaven's Gate organization or otherwise

8   enter an order inconsistent with this Decree.

9   DATED:   7-1-98

10                                          LANMINDS

11                                          BY  Gary Morrell

12                                              GARY MORRELL, PRESIDENT

13

14   DATED:   9/11/98                        ROPERS, MAJESKI, KOHN & BENTLEY

15

16                                          BY

17                                              KIMBERLY A. DONOVAN
                                                Attorneys for Plaintiffs

18

19                                          **ORDER**

20

21   IT IS SO ORDERED.

22   DATED:   9 - 14 - 98

23                                          JUDGE OF THE U.S. DISTRICT COURT

24

25

26

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/140480.1/RL                                        -2-

109

RECEIVED

SEP 11 1998

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  DAVID J. MICLEAN (SB# 115098)
   KIMBERLY A. DONOVAN (SB# 160729)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street
3  Redwood City, California  94063
   Telephone:  (650) 364-8200
4  Facsimile:  (650) 367-0997

5
   Attorneys for Plaintiffs
6  THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION,
   INC., MARK KING, SARAH KING and WAYNE PARKER
7

FILED

SEP 14 1998

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  THE EVOLUTIONARY LEVEL ABOVE          CASE NO.:  CV-98-00892 CRB ENE
    HUMAN FOUNDATION, INC. dba THE
12  TELAH FOUNDATION, MARK KING,
    SARAH KING and WAYNE PARKER,
13
            Plaintiffs,
14                                          STIPULATION AND ORDER for
     v.                                     DISMISSAL of The Executor of the Estate
15                                          of CHARLES HUMPHREY aka CHUCK
                                            HUMPHREY, and IMPSAT MEXICO
16  RIGHT TO KNOW; The Executor of the Estate  WITHOUT PREJUDICE
    of CHARLES HUMPHREY aka CHUCK
17  HUMPHREY, KATHRYN MOREA,
    LANMINDS and IMPSAT MEXICO,
18
            Defendants.
19

20

21

22          WHEREAS Defendant Kathryn Morea has represented to plaintiffs and to the court that

23  there is no CHARLES HUMPHREY aka CHUCK HUMPHREY and Impsat Mexico has not

24  brought up the heavensgate.com website,

25          The parties to this action hereby stipulate to dismissal of The Executor of the Estate of

26  CHARLES HUMPHREY aka CHUCK HUMPHREY and IMPSAT MEXICO without prejudice,

COPIES MAILED TO
PARTIES OF RECORD

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corportion
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/140480.1/RL

STIPULATION FOR DISMISSAL
Case No. CV-98-00892 CRB MED

110

1  pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

2

3  DATED: _____9/11/98_____          ROPERS, MAJESKI, KOHN & BENTLEY
4
5                                    BY _____
6                                        KIMBERLY A. DONOVAN
7                                        Attorneys for Plaintiffs
8
9  DATED: _____9/11/98_____          _____
10                                       KATHRYN MOREA
11
12                    **ORDER**
13
14  IT IS SO ORDERED.
15
16  DATED: ___5-14-98___             _____
17                                   JUDGE OF THE U.S. DISTRICT COURT
18
19
20
21
22
23
24
25
26

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

RC1/140480.1/RL                    -2-    STIPULATION FOR DISMISSAL
                                          Case No. CV-98-00892 CRB MED

111

*Mediated Resolutions*

533 Battery Street, 14th Floor, San Francisco, California 94111
Tel: (415) 677-0880  Fax: (415) 676-3165  E-Mail: omegamediate@IGC.org

**FILED**

OCT 01 1993

September 29, 1998

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ms. Kathryn Morea
1802 9th Street
Santa Monica, CA 90404

Kimberly Donovan, Esq.
Ropers, Majeski, Kohn &
  Bentley
1001 Marshall Street
Redwood City, CA 94063

28 KMC

Re: <u>The Evolutionary Level Above Human Foundation, Inc. et al. v.
    Right to Know, et al.</u>
    U.S. District Court (N.D.Cal.) Case No. C 98-0892

Dear Ms. Donovan and Ms. Morea:

   This will confirm that the above matter has been scheduled for
mediation as follows:

   DATE:    Friday, October 9, 1998

   TIME:    10:00 a.m.

   PLACE:   Hall of Justice - 2nd Floor, South Conference Room
            400 County Center
            Redwood City, CA


   As discussed in our conference call, you can fax your
mediation statements directly to me at 510 601-5679 by October 5,
1998.  I understand you will also exchange them with each other.

   This will confirm that you have made arrangements for the
personal attendance at the mediation of all decision makers
(including any insurance representatives) needed in order to
conclude settlement.

   I look forward to working with you in resolving this matter.


                              Sincerely,

                              s/

                              Ellen J. Beilock

112

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

OCT 21 1998

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**29KMØ**

Evolutionary Level,

          Plaintiff,

     v.

Right To Know,

          Defendant.

No. C 98-00892 CRB MED

**CERTIFICATION OF
ADR SESSION**

---

_**Instructions:**_  _The neutral shall submit this Certification to the ADR unit within 10 days after completing a mediation or ENE session.  The ADR unit will file-stamp the Certification and place it in the court file._

1.   I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) ___10/9/98___:

2.   Did the case settle?   ☒ fully   ☐ partially   ☐ no

3.   If the case did not settle fully, is any follow-up contemplated?
     ☐ another session scheduled for (date) _____
     ☐ phone discussions expected by (date) _____
     ☐ no

4.   If the case did not settle fully, please list, below or on an attachment, any agreements or stipulations (re: facts, discovery, motions, partial settlement or future ADR etc.).  _**Please be careful not to reveal any information that the parties have not consented to disclose to the court**_.

5.   **IS THIS ADR PROCESS COMPLETED?** ☒ **YES**   ☐ **NO**

Dated: ___10/13/98___

_Howard Her_
signature

Howard Herman
type or print name

U.S. District Court ● 450 Golden Gate Ave. ● San Francisco, CA ● 94102
ADR Program ● (415) 522-2199 ● fax (415) 522-2146

113

FILED

MAY 11 1999

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOLUTIONARY LEVEL ABOVE, | No. C 98-00892 CRB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| RIGHT TO KNOW, | |
| Defendant. | MAY 18 1999 |
| | ENTERED IN CIVIL DOCKET_____ |

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that this cause be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within thirty days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

Dated: 5-11-99

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

COPIES MAILED TO
PARTIES OF RECORD

United States District Court
For the Northern District of California

114

AO 120 (Rev. 6/90)

| TO:  Commissioner of Patents and Trademarks<br>Washington, D.C. 20231 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____ on the following ☐ Patents or ☑ Trademarks:

| DOCKET NO.<br>98-892 CRB | DATE FILED<br>3/6/98 | U.S. DISTRICT COURT<br>Northern District Of California |
|---|---|---|

| PLAINTIFF<br>Evolutionary Level Above Human Foundation Inc. | DEFENDANT<br>Right to Know |
|---|---|

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT  5/11/99 |
|---|
| ORDER OF DISMISSAL without prejudice; case settled |

| CLERK<br>RICHARD W. WIEKING | (BY) DEPUTY CLERK<br>Gloria Acevedo | DATE<br>5/19/99 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Commissioner   Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4—Case file copy

115

RECEIVED

1   DAVID J. MICLEAN (SB# 115098)
    KIMBERLY A. DONOVAN (SB# 160729)
2   ROPERS, MAJESKI, KOHN & BENTLEY
    1001 Marshall Street
3   Redwood City, California  94063
    Telephone:  (650) 364-8200
4   Facsimile:  (650) 367-0997

**FILED**

JUL - 9 1999

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUL - 9 1999

5

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6   Attorneys for Plaintiffs
    THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION,
    INC., MARK KING, SARAH KING and WAYNE PARKER

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12   THE EVOLUTIONARY LEVEL ABOVE          CASE NO.:  CV-98-00892 CRB ENE
     HUMAN FOUNDATION, INC. dba THE
13   TELAH FOUNDATION, MARK KING,
     SARAH KING and WAYNE PARKER,
14
              Plaintiffs,                  CONSENT DECREE BETWEEN
15                                         PLAINTIFFS AND KATHRYN AND
        v.                                 CESAR MOREA
16
     RIGHT TO KNOW; The Executor of the Estate
17   of CHARLES HUMPHREY aka CHUCK
     HUMPHREY, KATHRYN MOREA,
18   LANMINDS and IMPSAT MEXICO,
19            Defendants.

20

21          Pursuant to a Settlement Agreement, The Evolutionary Level Above Human Foundation,

22   Inc. dba The Telah Foundation ("TELAH"), Mark King, Sarah King, Wayne Parker, Kathryn Morea

23   and Cesar Morea (all collectively referred to as "The Parties") hereby agree to be enjoined and to be

24   required to act as follows:

25          1.     TELAH will distribute the "How and When Heaven's Gate May Be Entered" book,

26   final version, initial version, and Humphrey version, as set forth in the Settlement Agreement.

27   Kathryn and Cesar Morea (jointly referred to as "The Moreas") will provide TELAH with copies of

28   the Humphrey version, except up to 5 personal copies, for this purpose.

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA  94063
(650) 364-8200

-1-

116

2.      TELAH will provide copies of the heavensgate.com website on disk to The Moreas, who will then prepare a new Videotape CD from the CD's created by Humphrey containing copies of videotapes created by The Class, as set forth in the Settlement Agreement.  The new Videotape CD will be provided to TELAH, which will make copies of the it and distribute it as set forth in the Settlement Agreement.

3.      The Moreas will provide TELAH with one copy of the two CD set of CD's created by Humphrey containing copies of audiotapes of classroom sessions by The Class ("the Audiotape CD Set").  From this copy, TELAH will make a new revised Audiotape CD Set and will disseminate it as set forth in the Settlement Agreement.

4.      The rkkody.com website shall be taken down completely and all e-mail capabilities are to be disabled.  Morea will sign documents and assist as necessary to enable TELAH to do this. Morea will not maintain a website containing materials of The Class/Heaven's Gate, nor will she assist others in doing so.

5.      TELAH will bring up the heavensgate.com website in the manner set forth by The Class, as indicated in the diskettes left by The Class, except as set forth in the Settlement Agreement. TELAH will be responsible for paying all costs to bring up and maintain the heavensgate.com website and will have ownership of the domain name and site.  TELAH will be responsible for evaluating and responding to e-mail received by heavensgate.com as it deems appropriate.  As set forth in the Settlement Agreement, once a month for a period of 3 months from the date the heavensgate.com website becomes operable, TELAH will send The Moreas redacted copies of all viable e-mail messages received at the heavensgate.com website and all responses sent to those messages.  Other than the changes specifically set forth in the Settlement Agreement, no other changes shall be made to the heavensgate.com website.

6.      TELAH agrees to send out copies of the "Do's Final Exit," "Students of Heaven's Gate Expressing Their Thoughts Before Exit," "Last Chance to Evacuate Earth Before It's Recycled," "Planet About to be Recycled - Your Only Chance to Survive - Leave With Us" videotapes in their possession at no charge or for the cost of shipping, at TELAH's discretion, to anyone who requests them as set forth in the heavensgate.com website contained in the diskettes left

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA  94063
(650) 364-8200

-2-

1    by The Class.

2        7.    The Moreas presently have control over the Right To Know name and postal box.

3   The Moreas can use the Right To Know name and postal box as they wish, so long as such use is

4   consistent with the provisions contained in this Agreement. On that basis, TELAH will dismiss The

5   Action against Right To Know.

6        8.    TELAH will have exclusive rights and responsibility for ownership and management

7   of the intellectual property of The Class/the Heaven's Gate group (including the numerous other

8   names used by the group), including copyrights and trademarks to books, videotapes, audiotapes,

9   CD's, websites, letters, other documents, names and symbols.

10        9.    The Moreas have made certain representations and agreements with respect to the

11   Heaven's Gate material in their possession, as set forth in the Settlement Agreement. With respect to

12   the Heaven's Gate material with The Moreas are entitled to maintain in their possession under the

13   Settlement Agreement, The Moreas agree not to copy, distribute or disseminate any of this material

14   or show or give it to anyone other than themselves. The Moreas agree this material is to be

15   maintained and used only as set forth in the Settlement Agreement. Should The Moreas locate any

16   additional material which they are not entitled to maintain under the provisions of this Consent

17   Decree and the Settlement, Agreement they will promptly send that material to TELAH.

18        15.    The Parties hereby submit to the jurisdiction of the United States District Court,

19   Northern District of California, for purposes of enforcement of Decree. The Parties agree to execute

20   any and all documents necessary to effectuate the provisions of the Settlement Agreement.

21   Dated: _____ 7-1-99 _____

22

       _____

       TELAH, by its President, Mark King

23   Dated: _____ 7-1-99 _____

24

25        _____

       MARK KING

26   Dated: _____ 7-1-99 _____

27        _____

       SARAH KING

28

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

-3-

1   Dated: 7/1/99

2                                        _Wayne R. Parker_
                                          WAYNE PARKER
3   Dated: 6/21/99

4                                        _Kathryn J Morea_
                                          KATHRYN MOREA
5

6   Dated: 6-21-99 -                     _____
                                          CESAR MOREA
7

8                                         Approved as to Form and Content

9   Dated: 7/6/99

10                                       _____
                                          KIMBERLY A. DONOVAN
11                                        Attorney for TELAH, Mark King, Sarah King
                                          and Wayne Parker
12

13  It is so ordered.

14

15  Dated: 9-9-99

16

17                                       _____

18                                            CHARLES R. BREYER
                                          JUDGE, UNITED STATES DISTRICT COURT
19

20

21

22

23

24

25

26

27

28

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA  94063
(650) 364-8200

-4-
119

1   DAVID J. MICLEAN (SB# 115098)
    KIMBERLY A. DONOVAN (SB# 160729)
2   ROPERS, MAJESKI, KOHN & BENTLEY
    1001 Marshall Street
3   Redwood City, California  94063
    Telephone:  (650) 364-8200
4   Facsimile:  (650) 367-0997

**FILED**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA   JUL 2 0 1999

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5   Attorneys for Plaintiffs
6   THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION,
    INC., MARK KING, SARAH KING and WAYNE PARKER

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  THE EVOLUTIONARY LEVEL ABOVE          **CASE NO.:  CV-98-00892 CRB ENE**
    HUMAN FOUNDATION, INC. dba THE
13  TELAH FOUNDATION, MARK KING,
    SARAH KING and WAYNE PARKER,
14
              Plaintiffs,
15                                        DISMISSAL OF DEFENDANTS RIGHT TO
        v.                                KNOW, THE EXECUTOR OF THE
16                                        ESTATE OF CHARLES HUMPHREY aka
    RIGHT TO KNOW; The Executor of the Estate   CHUCK HUMPHREY and IMPSAT
17  of CHARLES HUMPHREY aka CHUCK         MEXICO
    HUMPHREY, KATHRYN MOREA,
18  LANMINDS and IMPSAT MEXICO,
19            Defendants.

20

21         Pursuant to a Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiffs hereby

22  voluntarily dismiss defendants RIGHT TO KNOW, the Executor of the Estate of CHARLES

23  HUMPHREY aka CHUCK HUMPHREY and IMSAT MEXICO from the above-referenced action.

24  As to all other defendants to this action, consent decrees have been filed, thus effectively terminating

25  ///

26  ///

27  ///

28  ///

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA   94063
(650) 364-8200

-1-

DISMISSAL OF DEFENDANTS RIGHT TO KNOW, THE EXECUTOR OF THE ESTATE OF CHARLES HUMPHREY aka CHUCK
HUMPHREY and IMPSAT MEXICO, Case No. CV 98-00892 CRB-ENE

120

1  the case except that the court shall retain jurisdiction pursuant to the consent decrees entered in the

2  case.

3  Dated: July 15, 1999

ROPERS, MAJESKI, KOHN & BENTLEY

By _____
KIMBERLY A. DONOVAN
Attorney for TELAH, Mark King, Sarah King
and Wayne Parker

IT IS SO ORDERED

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

2-18-95
DATE

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA   94063
(650) 364-8200

DISMISSAL OF DEFENDANTS RIGHT TO KNOW, THE EXECUTOR OF THE ESTATE OF CHARLES HUMPHREY aka CHUCK
HUMPHREY and IMPSAT MEXICO, Case No. CV 98-00892 CRB-ENE

121

1 | CASE NAME:    THE EVOLUTIONARY LEVEL ABOVE V. RIGHT TO KNOW
ACTION NO.:  CV-98-00892 CRB ENE

2

PROOF OF SERVICE

3

I am a citizen of the United States. My business address is 1001 Marshall Street, Redwood
City, California  94063.  I am employed in the county of San Mateo where this service occurs.  I am
over the age of 18 years, and not a party to the within cause.  I am readily familiar with my
employer's normal business practice for collection and processing of correspondence for mailing
with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S.
Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the
foregoing document(s) described as:

**DISMISSAL OF DEFENDANTS RIGHT TO KNOW, THE EXECUTOR OF THE ESTATE
OF CHARLES HUMPHREY aka CHUCK HUMPHREY and IMPSAT MEXICO**

☐   (BY FAX) by transmitting via facsimile the document(s) listed above to the fax
    number(s) set forth below, or as stated on the attached service list, on this date
    before 5:00 p.m.

☒   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be
    placed in the United States mail at Redwood City, California.

☐   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand
    this date to the offices of the addressee(s).

☐   (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an
    overnight delivery carrier with delivery fees provided for, addressed to the
    person(s) on whom it is to be served.

KATHRYN MOREA
CESAR MOREA
1802 9th STREET
SANTA MONICA, CA  90404
(310) 712-6810

☒   *(State)*  I declare under penalty of perjury under the laws of the State of California
    that the above is true and correct.

Executed on July 16, 1999, at Redwood City, California.

_Ruth A. Rinaldi_
Ruth A. Rinaldi

LAW OFFICES
Ropers, Majeski, Kohn &
Bentley
A Professional Corporation
1001 Marshall Street
Redwood City, CA  94063
(650) 364-8200

RCI/137463.2/RL          PROOF OF SERVICE - CASE NO. CV 98 00892 CRB ENE

122