Jason Bartel
N4019 Forest Dr.
Hancock, WI 54943

Clerk of Court
U.S. District Court
204 S. Main St.
South Bend, IN
46601



US POSTAGE PAID
$10.55
Origin: 53716
02/07/23
5649801165-22

PRIORITY MAIL®

1 Lb 5.70 Oz
RDC 04

EXPECTED DELIVERY DAY: 02/10/23

C005

SHIP TO:
204 S MAIN ST
SOUTH BEND IN 46601-2122

USPS TRACKING® #
9505 5111 5141 3038 8759 58