UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation, an Arizona nonprofit corporation,<br><br>                Plaintiff,<br>     v.<br><br>Steven Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>                Defendants. | CASE NO. 3:22-CV-395-JD-MGG |

**ADDITIONAL MATERIAL FACTS TO PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION TO CANCEL ALL OF PLAINTIFF'S REGISTERED COPYRIGHTS AND TRADEMARK REGISTRATIONS [Doc. 71]**

The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation (the "Foundation" or "Plaintiff") hereby submits the following Additional Material Facts in support of Plaintiff's Response in Opposition to Motion to Cancel All of Plaintiff's Registered Copyrights and Registrations [Doc. 71] pursuant to Fed. R. Civ. P. 56 and N.D. Ind. L.R. 56-1(b)(2)(D).

1.    Plaintiff has maintained that it has owned the intellectual property of Heaven's Gate since 1997. [Declaration of Mark King, attached hereto as Exh. A, at ¶ 4]

2.    Although there existed for a short period a dispute as to Plaintiff's ownership of the intellectual property of Heaven's Gate, multiple Court Orders have been entered that confirm that the Foundation is the legal owner of all of the intellectual property of Heaven's Gate. [Declaration of Mark King, attached hereto as Exh. A, at ¶ 5]

3.    In July 1999, the United States District Court for the Northern District of California entered a Consent Decree, that states that the Foundation has "exclusive rights

and responsibility for ownership and management of the intellectual property of The Class / the Heaven's Gate group (including the numerous other names used by the group), including copyrights and trademarks to books, videotapes, audiotapes, CD's websites, letters, other documents, names and symbols." [Declaration of Mark King, attached hereto as Exh. A, at ¶ 16; Exh. 3 to Exh. A at 3:6-9, ¶ 8]

4.  In August 1999, in a probate action involving the consolidated estates of the 39 members of Heaven's Gate who expired in 1997, the Superior Court of California entered an Order that confirmed the conveyance of "Intellectual Property" to Plaintiff. [Declaration of Mark King, attached hereto as Exh. A, at ¶¶ 7-8, 12-15; Exh. 2 to Exh. A at 11:7-8]

5.  Plaintiff holds various Copyright Registrations and Trademark Registrations, including those submitted with the Complaint. [Doc. 1-1 (copyright registration for the Audiotape Library of Heaven's Gate); Doc. 1-2 (copyright registration for "Beyond Human – the Last Call"); Doc. 1-3 (trademark registration no. 3,824,482); Doc. 1-4 (trademark registration no. 3,816,596); Doc. 1-5 (trademark registration no. 5,148,959); Doc. 1-6 (copyright registration for "the C.B.E. (Celestial Being Entity)"); Doc. 1-7 (copyright registration for "How and When 'Heaven's Gate' (the Door to the Physical Kingdom Level Above Human) May be Entered – an Anthology of Our Materials")]

RESPECTFULLY SUBMITTED this 13th day of February 2023.

　　　　　　　　　　　　　　　　　　　 /s/ Isaac S. Crum
　　　　　　　　　　　　　　　　　　MESSNER REEVES LLP
　　　　　　　　　　　　　　　　　　Isaac S. Crum (AZ Bar #026510)
　　　　　　　　　　　　　　　　　　(*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　icrum@messner.com
　　　　　　　　　　　　　　　　　　Daniel L. Marks (AZ Bar #034141)
　　　　　　　　　　　　　　　　　　(*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　dmarks@messner.com
　　　　　　　　　　　　　　　　　　7250 N. 16th Street, Suite 410
　　　　　　　　　　　　　　　　　　Phoenix, Arizona 85020
　　　　　　　　　　　　　　　　　　Telephone: (602) 641-6705
　　　　　　　　　　　　　　　　　　Facsimile: (303) 623-0552

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of February 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the parties listed below.  A copy of this filing was also sent via U.S. mail and email.

Cathy Weaver
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

Jason Bartel
N4019 Forest Drive
Hancock, WI 54943
jason_bartel@unioncab.com

Steven Robert Havel
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

/s/ Mary Willson