Jason Bartel
N4019 Forest Dr.
Hancock, WI
54943

U.S. District Court
Clerk of Court
204 S. Main St.
South Bend, IN
46601

