UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC.,

Plaintiff,

v.

STEVEN ROBERT HAVEL, et al.,

Defendants.

CASE NO. 3:22-CV-395-MGG



-FILED-
FEB 21 2023
At_____M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

### MOTION TO ADD A STATEMENT REGARDING EXHIBIT 18, PLAINTIFFS 1998/1999 FEDERAL COURT CASE

Defendant Jason Bartel hereby moves the Court for an Order granting Defendant's request to add a Statement into the Court regarding Exhibit 18, Mark and Sarah King's 1998/1999 Federal Court case as Plaintiffs used deceptions in Exhibit 18 in a similar manner to the case before this Court and these deceptions were recently discovered by Defendant. These deceptions were used by Mark and Sarah King to make fraudulent claims of ownership of all of the Group's Property in the lawsuit in Exhibit 18.

On page 4 of Exhibit 18, point 14 under the 'Factual Background' heading we see the following claim by Plaintiffs,

'The trademark "Heaven's Gate" was used in association with The Evolutionary Level Above Human Religious organization. The mark was used in audiotapes, videotapes and literary works. Additionally, the mark was selected for use as the domain name of the organization. As a result of years of use and association with the persons, audiotapes, videotapes, literary

works, teachings and beliefs of the organization, persons began to associate the name "Heaven's Gate' with the organization'.

As per Exhibit 1 of Defendant Jason Bartel's defense the Evolutionary Level Above Human Inc. a Religious Nonprofit Corporation was not Incorporated in the state of Arizona until September 23, 1997. Prior to that time there was not an entity called The Evolutionary Level Above Human Religious organization nor any kind of Religious Nonprofit Corporation that was Incorporated that used the name The Evolutionary Level Above Human. The Group had a business entity called TELAH Services that had a mailbox at Mark and Sarah King's Postnet business in Phoenix but it was not a Religious Nonprofit Corporation like the Foundation that was Incorporated by Plaintiffs six months after the acknowledged end of the Group. Therefore it is not possible that 'as a result of years and use and association' that 'persons began to associate the name "Heaven's Gate' with the organization' as the 'organization' mentioned is the Foundation and it only came into existence six months before Mark and Sarah King filed the lawsuit in Exhibit 18.

Furthermore, on page 4 of Exhibit 18, in point 16 under the 'Factual Background" heading Plaintiffs claimed that,

'Plaintiffs MARK and SARAH KING were given authority to control and manage the organization's real, personal and intellectual property'.

Once again, the 'organization' referenced by Plaintiffs is the Foundation or as Mark and Sarah King referred to in the aforementioned point 14, 'The Evolutionary Level Above Human Religious organization'. Mark and Sarah King deliberately deceived the Court that presided over the lawsuit in Exhibit 18 into believing that the Foundation or The Evolutionary Level Above Human

Religious organization was created by the Group when in fact the Foundation was created six months after the Group's end for the sole purpose of fraudulently claiming ownership of and copyrighting the Group's intellectual property. Mark and Sarah King continue to commit perjury in point 16, page 4 of Exhibit 18 by claiming,

'This included transfer of all copyrights and trademarks held or asserted by the organization'. Once again, the 'organization' referenced in the above is the Foundation, not the Group and the Group held no registered copyrights and trademarks nor did the Group legally transfer any of the Group's intellectual property to Mark and Sarah King as per Exhibit 11, Judge Lisa Guy-Schall's February of 1999 Ruling of Decision.

Defendant strongly believes that Mark and Sarah King used deception and fraud to obtain the 'consent decree' that was the result of the litigation in Exhibit 18 and that this deception and fraud subjects the 'consent decree' to termination. Defendant also believes that the information presented in this motion demonstrates a clear pattern of deception and fraud on the part of Plaintiffs in multiple Federal Court cases.

Jason Bartel
N4019 Forest Dr.
Hancock. WI 54943
jason_bartel@unioncab.com

*[signature: Jason Bartel]*
2/15/23