Jason Bartel
N4019 Forest Dr.
Hancock, WI
54943

U.S. District Court
Clerk of Court
204 S. Main St.
South Bend, IN
46601

U.S. POSTAGE PAID
FCM LG ENV
MONONA, WI
53716
FEB 15, 23
AMOUNT
$1.98
R2304H109498-22