**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF INDIANA**

**SOUTH BEND DIVISION**

The Evolutionary Level Above Human, Inc.

d/b/a The Telah Foundation, an Arizona

nonprofit corporation,

     Plaintiff,

       v.

Steven Robert Havel,

Cathy JoAnn Weaver,

Jason Bartel,

     Defendants

CASE NO. 3:22-CV-395-JD-MGG



-FILED-

FEB 2 1 2023

At _____ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

    **Revised Brief in Response to Plaintiff's Brief in Support of Motion for a Preliminary Injunction**

I. In Doc 67, Plaintiffs have made many inflammatory statements that seek to steer the Court towards

seeing what I do, by sharing TI and DO's information with people who seek it out, as potentially

leading to a repeat event like what occurred in 1997 pertaining to the Heaven's Gate Group or to

some general form of the "loss of life". [Doc 67, at I. "…Defendants' widespread distribution of such

powerful materials presents a risk that the events from 1997 will reoccur."].

I will prove that I am adamantly against Suicide and have been demonstrating this fact for years

before the lawsuit and my social media accounts are anything but widespread. Plaintiffs Heaven's

Gate website and Vimeo Account, by far can be seen by the public as supporting the choices made by

The Group in 1997 and are perhaps 1000 times more "widespread" in their reach. Who hasn't heard

of Heavens Gate. What media group hasn't shown the website still being up and working in the many

documentaries and perhaps hundreds of articles.  My Youtube channel is named, "3spm" and over

nearly 15 years of operation has a little over 2000 subscribers. My wordpress blog has 42 Subscribers

and my facebook page has 136 followers over the same period of time. On my facebook page I never

make friend requests – never, and the friend requests that I accept, which are not all, I send a long

document to that includes saying my/**Our Position Against Suicide.** These accusations are Slander.

    **A. I contend that there is no evidence behind these wild claims and in fact a great deal of**

    **evidence to the contrary. I have actively promoted all people to stay alive as even DO and**

    **Crew said we all NEED our human bodies to learn lessons through.**  In fact, I could make the

same argument pertaining to Plaintiffs maintaining of HeavensGate.com for over 20 years and the

Heaven's Gate Vimeo site for some 15 years, where most all the primary Heaven's Gate

Information (minus the Audio tapes) have been posted. But I would never stoop to that low of an

accusation because the evidence is that none of what Plaintiffs have done by supporting Heaven's Gate's Information being available, nor anything I have done, has resulted in any known loss of life. Here is much of the evidence of my position Against Suicide:

1. Plaintiffs use as their evidence for a potential "loss of life", because of the Heaven's Gate teachings, the actions of four former Members of the Group that all took their human lives in 1997 (Jstody and Gbbody), 1998 (Rkkody) and 2000 (Oscody). [Doc 67 at III. B. 1. c "…Following the mass suicide of 39 Heaven's Gate members, history repeated itself, and four others took their own life in a similar manner and/or because of the Heaven's Gate teachings]. **Their choices had nothing at all to do with me as I didn't have any social media accounts until approx. 2008.** Plus they were all former Members having joined the Group years before the Groups exit. To follow are additional reasons why Plaintiffs many accusations throughout their Brief, I am responding to now, are completely unfounded and are not grounds for any kind of Preliminary Injunction Against me and/or any of my Social Media accounts.

2. Over 20 years of talking publicly about TI and DO's teachings, I have talked 4-5 people out of taking their own lives. For all I know in some of those few cases they may have been testing me since I never met any of them in person.

3. Additionally, the facts are that there is NO New Cult or Group of any kind and no risk of such an event because DO is not present anymore and there can be no one to take his place and that even current believers Stand by DO and Crews document posted on the Heaven's Gate website, that Mark King and Sarah King are the current webmasters for called, "Our Position Against Suicide'.

4. In fact I can prove that my actions have actually reduced any potential that someone could commit suicide because of having any exposure to the Heaven's Gate Intellectual Property. Even before this lawsuit I had included disclaimers in the description of every one of the Youtube 3SPM livestreams a statement against Suicide:

**"We are against Suicide.** If anyone is considering suicide, please contact this hotline to get some help. TI and Do taught that we need our vehicles to learn our lessons through: (800) 273-8255 https://suicidepreventionlifeline.org/?fbclid=IwAR0Be1D1AQxwAyr5JNHAtBHhfRa6Tthw238F H9W1aRGU3_ZuJlGTVEfL0r4  ).

Actually if Mark and/or Sarah really listened to what I said in most livestreams they would have seen that I constantly said the opposite. But I often would speak for even 3-5 hours so it would be

hard to hear everything I say. Some even thought I was saying something that was not from TI

and DO's Mind in this regard, yet I was quoting a number of things DO and Crew had said on the

topic, to include a number of my blog posts I list some of below.

5. I have posted on my blog why I and TI and DO and Crew were against both forms of suicide.

Here are some examples - The first is directly from DO and Crews Heavensgate.com website. By

the way, these posts of documents displayed on my blog are from the CD's Rkkody gifted to me

that DO gifted him that were not obtained from Storage thus not subject to either Consent Decree

nor Plaintiffs Copyrights:

a) **Our Position Against Suicide. I posted on November 23, 2016**

https://sawyerhg.wordpress.com/2016/11/23/our-position-against-suicide-by-do-and-crew-posted-
on-heavensgate-com/

b) **DO's Teachings Were Anti-Human Suicide – Posted on April 23, 2022**

https://sawyerhg.wordpress.com/2022/04/23/dos-teachings-were-for-all-souls/

c) **Suicide and Death is NOT a ticket into membership in the Next Level Posted** Nov. 16, 2020

https://sawyerhg.wordpress.com/2020/11/16/no-to-suicide-among-new-believers-in-ti-and-do-
here-is-the-evidence-that-people-who-come-to-recognize-do-as-their-older-member-now-have-the-
task-from-do-to-stand-in-defense-of-ti-and-do-as-the-most/

d) **No Real Comparison of Jonestown suicides with Heaven's Gate – Posted** Oct. 27, 2017

https://sawyerhg.wordpress.com/2017/10/27/no-real-comparison-of-jonestown-suicides-with-
heavens-gate/

6. When I saw this accusation from Plaintiffs that what I do could result in loss of life, I was kind of

expecting them to play that card because they were desperate to stop the Discovery Process and

had already accused me of "killing teenagers", which is another of the many evidences of their

having lost their minds, to say to me. This idea first came up in an email to me from Mark and

Sarah King using the email address rep@heavensgate.com, which I have on record from Sept. 1,

2021 shows they have been thinking this way from at least that far back. They wrote:

"5. Stop telling people to kill themselves!  When our attorneys see what you and Bartel say it isn't

interpreted as allowing choice (or other euphemisms you use).   It is taken as aiding and abetting a

death.  In the past few months you have even changed your wording to "needing you body for

lessons". We thought you had finally had an enlightened moment.  Obviously not. Both you and

Bartel have killed teenagers and others who Ti and Do would have never allow a brief encounter

with the information to ever do.  How can someone who get a fraction of information over a short period of time make an informed decision?  Ti and Do taught people for over 20 years before this even came up."

Now, granted this was sent to me in an email. It's listed as point number 5 because these are conditions, they said I would have to meet if I didn't want to be sued. Granted I spoke about this subject many times and I've always been against it. I include this here because this shows the caliber of person behind this lawsuit, accusing me of "telling people to kill themselves," FALSE! and "aiding and abetting a death," FALSE. They really give TI and DO and those who exited their human vehicles in 1997 a bad name, with saying this about me and to me and with this lawsuit, and with this motion for an injunction. It's like they are getting senile to say these things. I don't think they have the consciousness to even realize what they are saying here. They are equating time with the information and the amount of information as a criteria for committing suicide. They sound like they are promoting suicide in some way if someone spent enough time with the information as if that is a criteria. I am embarrassed at the way they treat people who come to the heavensgate.com website to ask honest questions. I have emails and have heard them in person say that people were "swine" and that those who were sharing TI and DO's information would run like "cockaroaches" when they would show venues their Consent Decrees.  Sarah King told Cathy Weaver to her face in November of 2021 while I was present with them that she "had an Influence" because Weaver wanted to share TI and DO's Information with people.

7. Considering Plaintiffs have no data to support their claims, because there is no data, because there hasn't been anyone taking their life even remotely related to anything I have said or done or even related to what Mark King and Sarah King have said and/or done, this is a slanderous thing to even suggest publicly. How many people might read these suggestions and not see my response or not care about my response and believe Plaintiffs have a point? In support of my defense that I believe I legally have a right to state, here is a segment of a report from the CDC regarding suicide in the U.S.: (Note that if one looks at the entire wikapedia article on Suicide one will find that since 2001 especially the suicide rate has skyrocketed and regarding the causes, I didn't see any cause that related to Heaven's Gate or for that matter any religious group. Here is part of the report: "Suicide in the United States is a major national public health issue. The country has one of the highest suicide rates among wealthy nations.[*"New International Report on Health Care: U.S. Suicide Rate Highest Among Wealthy Nations | Commonwealth Fund"*. www.commonwealthfund.org. January 30, 2020. Retrieved March 17, 2020.] In 2020, there were

45,799 recorded suicides,[ *"NCHS Data Brief, Number 433, March 2022"* *(PDF). CDC. Retrieved*

*March 3, 2022.*] up from 42,773 in 2014, according to the CDC's National Center for Health

Statistics (NCHS).

8. There are people all over the world who have religious and spiritual beliefs about death of the body

who claim when they die their soul will go to some heaven. Should the courts be used to prohibit all

of that talk?  I know there is that desire among some to disallow the religious from talking about

their beliefs publicly. And for those who are anti-religious freedoms, are there not thousands of

people who approve of being in some type of service that could endanger their own lives and the

lives of others, based on belief, yet that talk is rightfully permitted.

B. None of what Plaintiffs have claimed here has anything to do with the alleged copyright and/or

trademark infringements. As of this Lawsuit, since June of 2022, I have self imposed a type of

injunction over myself to give the Courts the say as to whether I needed to stop playing any of the

audio tapes and giving away of other of TI and DO and Crews Intellectual Property that was never

involved in either Consent Decree's in 1999, because it was gifted to me by Rkkody in 1997 and

1998. When I learned the CBE Image was copyrighted by Olliver Odinwood in 1982, it's author, I

did post some thumbnails of that image for some livestreams as Plaintiffs clearly used fraud of the

copyright office to obtain their copyright of the same image. This will probably be part of my

revised Counter Claim I believe I can legally update following Discovery. I will cease using it again

as I ceased using it when the Lawsuit started on May 18, 2022.

II.    **Mark King and Sarah King (Plaintiffs) Great Deception of the Government and Courts**

A. **Plaintiffs don't want the Court to put any focus on the fact that they had no documentation**

**to  obtain Copyrights and Trademarks in 1997 before they had any Consent Decrees.**

B. **The Plaintiffs don't want the Court to put any focus on the fact that even with the two**

**Consent Decrees they have zero legal documents to show the Group authorized them to register**

**Copyrights and/or Trademarks for any of the Groups Intellectual Property.**

C. **The Plaintiffs are afraid they will be held in contempt of Court, if that is the correct legal**

**term, for making fraudulent statements of fact in now three Courts** saying over and over that

they were "transferred" all the Groups Intellectual Property in 1997 and then in their Brief in support

of this Preliminary Injunction against me, in Mark Kings Declaration that they only acquired any

ownership and/or Property Rights and Transfer Rights in 1999 after a lengthy Court battle.

D. **Plaintiffs are afraid that the facts will surface that prove they were not the only ones to receive the Groups Intellectual Property** and they were not the only former members of the group to perform the dissemination project and that had they followed DO, who they claim to be their leader they would have simply "divided" the "items of value" (left in Storage) "among those who were inclined to disseminate our Information" which would have certainly included myself and co-defendant Bartell.

E. **Plaintiffs are at this time scrambling to hide these facts and plan to barrage the Court** with Statements and picking away at the personal lives of Defendants and by complaining about anything they can about Defendants not knowing how to be lawyers.

F. **I will show in Section IV. of this response some of the evidence of Mark Kings attempted coverup** of he and Sarah Kings (plaintiffs) deception of the government and Courts to date.

G. **I have legal proof that I was legitimately gifted with the Group's Intellectual property** that I still possess. I provided this evidence to the Court as Exhibits with my Answer. I don't believe anyone has the right to remove those materials from my possession. Here is a little summary of how I obtained these gifts. Rkkody sent me two Common Law Copyrighted CD's on or about January 5, 1998, containing much of the same material that he sent me on 2 CD's on or about December of 1997. What Rkkody sent me was never possessed by Mark King and Sarah King (Plaintiffs) until Rkkody sent Mark King and Sarah King the master audio cassettes after he had copied them and digitized them. Rkkody had retrieved them from Storage. Thus none of what Rkkody sent me was part of the Consent Decrees Mark King and Sarah King (Plaintiffs) received from the Courts in 1999 nor among what they received directly from DO on or slightly before March 25, 1997 as best I understand. Mark and Sarah King were also gifted with that same Intellectual Property by DO and Crew (directly and indirectly) and this was further established by Judge Lisa Guy Schall in 1999 as a "gift" to Plaintiffs. I also received a thumb drive from Jhnody who had received it's contents, some 918 digitized audio tapes from Mark King and Sarah King. He realized they weren't meant to be hidden away so sent them to me. When this goes to trial I will show how Mark King and Sarah King defrauded the copyright office and then defrauded two Court Judges with those fraudulent copyrights.

The primary gifting was from DO and Crew by their directly mailing and/or by some other means, some of their Primary Intellectual Property to at least 8 different individuals and then by their leaving behind the audio cassettes of internal Class meetings and the lions share of secondary Intellectual Property in the Storage unit they hoped would be retrieved by Mark and Sarah, with the help of

Rkkody and Oscody and/or others of their choosing, before San Diego County found out about that Storage room and confiscated it's contents.

**H.   Pertaining to the Intellectual Property in the Storage Unit**; Since Mark and Sarah King chose not to go to that Storage unit to retrieve it's contents, as DO and Crew desired them to do, but instead according to Rkkody's manuscript passed on the task to Rkkody and Oscody to do, (which DO and Crew also suggested engaging their help to do) they gave them all the Letters they had received from DO and Crew on March 25, 1997 and that's how Rkkody learned about the Storage Room and immediately went there. Thus the Intellectual Property Rkkody and Oscody did retrieve from Storage by their own efforts to fly to San Diego, pick up two of the cars DO instructed them to have and signed over to them, went to Storage and found it full to the roof. Knowing they could not fit all the contents in their two cars they just took boxes of audio cassette tapes which have been identified as the 486 audio cassette meeting tapes. Rkkody and Oscody roughly split up the 486 audio tapes they retrieved from that Storage Unit and I believe Oscody soon gave his share of those audio cassette tapes to the care of Mark King and Sarah King, while Rkkody took his share to Denver and began copying them and then eventually gave the originals to Mark King and Sarah King on the condition that they would do as DO asked of Mark King and Sarah King (Mrc/Srf), to "...divide..." them among "...those who were inclined to disseminate our information," which to date they never really did except in tiny token ways. Had Mark and Sarah King performed that task for DO, they would have not hesitated to send me and Bartell a sizable share of those tapes and or if they were digitized all of them because I (and Bartell purely on his own even before I got involved) were disseminating them to those who asked for them as DO expressed many times hoped would be done by whoever was so inclined to do.

I. **Mark King and Sarah King then defrauded the copyright office** about 7-8 months later by registering those 486 audio tapes as The Audio Tape Library of Heaven's Gate by TI and DO, showing no signed paperwork from it's authors (TI and DO and Olliver Odinwood and other Crewmembers) to justify the transfer of TI and DO and Crew's Intellectual Property they had no hand whatsoever in creating and listing the authorship of the Audio Works and Video Works and Literary Work each as a "work for hire" as if they were the employees of Total Overcomers Anonymous (aka TOA) or Telah Services or in whatever other names the Group went by that Plaintiffs had no legal documentation to show.

**II.   Judge Lisa Guy Schall's Statement of Decision in Case PN022228 shows Mark King and Sarah King provided no legal documentation to show they had any rights over the Contents of**

**Storage or over the Property in the Estates of those who were deceased,  except for though Settled by selling the contents of Storage the Group wanted them to have as a Gift for the purpose of Disseminating to others.**

A.   Plaintiffs sued San Diego County to try to obtain all the Property the Group left behind that then included the contents of two Storage Rooms, one of which had most of the Groups audio cassette tapes minus the 486 tapes Rkkody had retrieved and sent to me and others before any Consent Decrees. Seeing all those copyrights didn't impress Judge Guy-Schall as shown by her Statement of Decision ordering that Mark King and Sarah King had filed a "frivolous lawsuit" trying to lay a "Claim" to all the Property the Group left behind. This ruling isn't a matter of opinion. Here are parts of the decision Judge Lisa Guy Schall cited in her Statement of Decision in Case PNO22228 filed on 02-22-99:

1.   **"Any transfer of ownership of intellectual property, other than by operation of law, is Invalid unless an instrument of conveyance, or a note or memorandum of the transfer Is In writing and signed by the owner of the rights conveyed or such owner's duly authorized agent (17 U.S.C. § 204 (a))."**

2.   **"Furthermore, It Is well settled that a copyright Is distinct from the material object In which Its expressive content is embodied (17 U.S.C. § 202)."**

3.   **"Transfer of the physical object does not transfer the copyright and vice versa (17 U.S.C. § 202)."**

4.   Judges Guy Schall says they provided "no written Instrument transferring ownership": **"Since there Is no written Instrument transferring ownership of the Intellectual property to the petitioners, the estates own all Intellectual property as tenants In common."** In this case the "estates" referred to all the deceased members of the Heaven's Gate group.

5.   The only documentation Plaintiffs have is a Letter assumed to be from DO and Crew but that bears no signature thus has never given Mark and Sarah King and/or their Telah Foundation any rights, to copyright and/or trademark since they are not the authors of any of that Intellectual Property and were not employees of DO and Crew, nor of Total Overcomers Anonymous, aka TOA nor of Telah Services or any other legal entity the Group established.

6.   Here is what Judge Guy Schall said about the Letters that to her did not constitute a legal will: **"Shortly prior to their deaths, on March 24, 1997, they sent a mailing to Mark and Sarah**

King which included powers of attorneys, documents regarding vehicles, passports, keys, maps, codes to storage units, unsigned letters, videotapes and other items"

7.   Further the Judge Guy Schall ruled that what Mark King and Sarah King were intended by DO and Crew to receive was a GIFT : **"Ownership rights to a substantial portion Of the property in the estates was never transferred to the Petitioners. That which was transferred was a gift in view of Impending death. Either way, property in the estates was Indisputably subJect to creditors' claims and the Petitioners claim to the contrary was without merit."**

8.   Judge Guy Schall ruled that the Court could not make a will for a decedent: **"Petitioners filed this action actually asking for relief that no trial court could grant. A trial court cannot make a will for a decedent. The decedents' alleged Intent could not take the place of statutory formalities and alleged wishes could not control and direct disposition of a decedenrs property without the law to give them substance. "**

9.   Further Judge Guy Schall states: (exhibit 2 below refers to the contents of Storage) that there were no "signed writings" provided by Mark King and Sarah King: **"No evidence of pre-mortem transfer of the Items In Exhibit 2 was offered. No evidence was offered contesting the value of the estates or the propriety of the creditors' claims. Except for three bills of sale and thirty-nine Powers of Attorney, no signed writing of any kind was offered Into evidence. For these reasons, this action was frivolous and without merit."**

10. Judge Guy Schall then rules that Mark King and Sarah King would be fined. (I understand that they were fined with all court costs and $4,000.00): **"Prosecution of a frivolous action may In Itself be evidence from which a finding of subJective bad-faith can be made, for purposes of award of sanction (West Coast Development v. Reed (1992) 2 Cal.App.4th 693, 702)."**

11. Judge Guy Schall then shows how Sarah King actually stated that Mark King and Sarah King were simply given the task to be "distributors" of the information, "but no more": **"Sarah King testified that, "How and When Heaven'S Gate (The Door to the Physical Kingdom Level Above Human) May Be Entered - An Anthology of Our Materials," Last Chance to Evacuate Earth Before It'S Recycled," Plant About to Be Recycled - Your Only Chance to Survive - Leave With US," "Do'S Final Exit - Students of Heaven's Gate Expressing Their Thoughts Before Exit," and "Beyond Human - The Last Call," were all given to the petitioners by the group for the express purpose of distributing copies and receiving**

returned copies. Thus, she and her husband, Mark, were agents or distributors, but no more.

12. Judge Guy Schall says even the Power of Attorney Mark King and Sarah King received from the decedents was "durable" so became void at their death: **"Nevertheless, there is no evidence of any writing which explicitly conveyed or transferred ownership of all this Intellectual property to the Petitioners. There was no writing actually Signed by the decedents except the Durable Power of Attorney, which became void upon their deaths."**

13. Judge Guy Schall then rules that the receipt of the Away Team Patches in the mail from the decedents doesn't impart Intellectual Property Rights. Also this shows that "others" also received such patches including Neody (Rio D'Angelo) plus they didn't know at the time that Jhnody (Francisco Falcon) who is still alive also received Patches and a lot of other Intellectual Property, who is the person who sent me the 918 or so digitized audio tapes Mark King and Sarah King had gifted to him, whose name was one of the 8 listed on Mark King and Sarah Kings letter from the Group : **"TWO "Heaven's Gate Away Team" patches were mailed In Identical mailings to the Petitioners and Others according to Rio DI Angelo. There Is no evidence that by these mailings the Petitioners also received the intellectual property rights to the patches."**

14. Judge Guy Schall reiterates that there was no transfer of Intellectual Property Rights: **"Therefore, there Is no evidence that a pre-monem transfer of the intellectual property rights occurred."**

15. Judge Guy Schall ruled on the C.B.E. Lithographic Print Mark and Sarah King had fraudulently copyrighted and didn't even answer the required question of whether it was a "work for hire" and I guess that wasn't required or it was overlooked that they didn't answer that yes or no question about the Author. Further, they checked "no" to the box on the copyright registration that asked if this image had already been registered, either lying or really didn't know what had been copyrighted because when the had it copyrighted they hadn't yet seen the documents that were found in the house that showed all 14 images that included the C.B.E. acrylic painting were copyrighted by Olliver Odinwood in 1982. However if they were honest, when they learned of that copyright they should have contacted the copyright office to correct their error. Instead they ignored the law in this respect and then went so far as to try to sue me for it's usage. Judge Guy Schall: **"As for the painting, "C.B.E.,"it was delivered to Petitioners In February of 1977, with words of gratitude, according to Sarah King. Yet, there is no evidence that decedents gave Intellectual property rights in the painting to the Petitioners as well."** (Havel's note: the

year noted here 1977 must be a typo as none of the paintings Ollody (Olliver Odinwood) created existed until approximately 1982)

16. Judge Guy Schall then ruled on the Audio Works Mark King and Sarah King showed the court the copyright for, writing: **"There Is no evidence, written or otherwise, transferring ownership of Intellectual property rights in the "The Aucllotape Library of Heaven'S Gate by TI and Do." Any transfer of ownership of intellectual property, other than by operation of law, is Invalid unless an instrument of conveyance, or a note or memorandum of the transfer Is In writing and signed by the owner of the rights conveyed or such owner's duly authorized agent (17 U.S.C. § 204 (a))."**

17. Therefore on this basis alone, I ask the Court to deny any form or degree of Preliminary Injunction Plaintiffs have requested.

III. **Plaintiffs will claim this Statement of Decision ruling by Judge Guy Schall was updated in the Settlement of that case.** I need the Discovery to complete my defense. Here is a start:

A.   In part there were some updates in the Settlement but it did not update the facts that Plaintiffs (petitioners, Mark King and Sarah King) provided no proof the Group transferred to Plaintiffs any Intellectual Property Rights nor anything signed to show they were working as employees for the Group. They provided no documentation to authorize their registering copyrights and trademarks in 1997. They never provided anything signed by TI and/or by DO or from any of their Students to authorize the transfer of their Audio Works, Video Works, Literary Works or Visual Art works like the CBE Lithographic Print.

B.   Plaintiffs Claimed DO and/or Telah Services (The Groups company before Mark and Sarah King formed Telah Foundation) and/or Total Overcovers Anonymous aka TOA and/or Heaven's Representatives (another of the names DO and Crew used to describe themselves, (in which they wrote the Common Law Copyright for the Heaven's Gate Book that Mark and Sarah King then changed the copyright on)) had "transferred" the Rights to all their Intellectual Property to Mark King and/or Sarah King and/or to the Telah to take away from me what was freely given to me that the plaintiffs have no documentation from the creators of said Intellectual Property to have obtained copyrights and/or trademarks for. Rkkody didn't steal the Audio Tapes and Video Tapes and Website code and the first edition of the Heaven's Gate book, nor the images Olliver Odinwood painted (CBE, etc.) or the Logo and the words Heaven's Gate, yet he was the first person to use them, put them all on CD's and convert the audio and videos he received from DO into digital

versions, so he had the right to share them with whoever he wanted to share them with and that

included me, so why do Plaintiffs have any rights to take those items away from me.

D. Even so, Plaintiffs had literally over 10 years to show me the copyrights they had and did not, so

their use of those fraudulently obtained copyrights and/or trademarks should be null and voided by

non use according to the **Affirmative Defense of Laches and Delay**

E. Even so, my use of any of the Heavens Gate Intellectual Property I was gifted by Former

Members who were named by DO and Crew as recipients of some of their Intellectual Property

should qualify in every way as **Fair Use.**

F. Even so, since the Lawsuit began, in case I was in breach of what were determined to be valid

copyrights and/or trademarks I stopped all accused breaches, but when I learned and obtained the

copyright of the C.B.E. Image by Olliver Odinwood that is active for 70 years from his death (as

one of the 39 Members of Heavens Gate Group), I used some of his images as thumbnails for my

non-profit livestreams on Youtube.com/3spm.

G. Even if for some reason the Court upholds Mark and Sarah Kings Copyrights and Trademarks

presented in this action against me, regarding audio tapes I played on my Youtube channel,

Plaintiffs have never provided the exact list of what audio tape files were among the 486 items in

the deposit on the copyright registration, though I have repeatedly asked for the information.

H. Therefore the NEED for the Discovery Process so I can obtain from Plaintiffs all the Court

documents to fully defend myself and to have my right to a Jury Trial.

I. I believe Plaintiffs will use any measure they can drum up to delay or thwart that Discovery

Process because they know some of what I will still find out will further discredit their entire case.

J. Here is what I was given from 5 of those former Classmembers (Rkkody, Neody (Rio), Mrcody

(Mark King) and Sarah King (Srfody) and Jhnody, (Francisco Falcon) who DO included on the List

in the Letter sent to Mark King and Sarah King (Mrc/Srf) in the order of the year I received them:

1) 1997 and 1998 from Rkkody and Crlody (Co-defendant Jason Bartell) via 4 CD's that included:

a) 218 digitized audio tapes Common Law Copyrighted in 1997 by Heaven's Representatives

(Plaintiffs list these are part of the Audio Works).

b) 7 digitized Beyond Human video tapes informally copyrighted by TOA in 1992 (Plaintiffs list

these as Video Works)

c) The digitized and zipped Heaven's Gate Book with it's Common Law Copyright by Heavens Representative that is still viewable on Heavensgate.com. (Plaintiffs will claim this as their Literary Work (aka Purple Book) but what Rkkody gave me was actually from the earlier version DO aka The Blue Book)

d) The HeavensGate.com website code and many images of the Keyhole logo and C.B.E Image and two other Older Member (CBE) images of paintings by Ollody (Olliver Odinwood).

e) Rkkody.com website code and many images of Classmembers

f) 5 Video tapes named: Planet About to be Recycled - Your only chance to survive is to leave with us, Last Chance to Evacuate Earth,  DO's Final Exit and Last Statements of Students before departure.

g) Many jpg images to include the image of the C.B.E Older Member painting copyrighted by Olliver Odinwood in 1982 (Plaintiffs' will claim the C.B.E. Lithographic print is their Visual Artwork.)

2) In approx. 2007 from Mark King and Sarah King sent me two cases of Literary Works (Purple Books) and a set of Video Works - 7 Beyond Human Video Tapes. The tape Jackets appear to be originals from when I was in the Group in 1992 when the Beyond Human Series was produced as they have a copyright @1992 by Total Overcomers Anonymous (T.O.A.). I believe this was an informal copyright, the kind every creator of art has. They are the same tapes Jhnody received, except Jhnody's were Master Originals, perhaps the ones we used (that I was on the crew to create) to upload to Satellite dish systems then. And in his letter that accompanied the tapes DO and Crew said they hoped he would copy them and share them with the media and with anyone he chose to share them with. This is  the same thing DO had said for years that he wanted to happen yet Mark and Sarah King don't seem to care about what DO wanted anymore.

3) 2008, July received 2 cd's from Rio D'Angelo aka Neody that contained a number of audio tapes that show a copyright to the Telah foundation on them. Some of the audios were recorded in 1994 labeled "Inverness, California" which is what the tape log indicates were created by DO then.

4) 2021 received approx 930 digitized audio tapes from Jhnody (Francisco Falcon). He had been gifted them by Mark King and Sarah King over years via email attachments.

K. **Everyone including Plaintiffs were Gifted parts of the Groups Intellectual Property (IP) by DO and Crew.** Mark King and Sarah King failed to get to Storage before San Diego County did so the gift of the contents of Storage was lost, though via Plaintiffs lawsuit against the County was

regained. In other words DO didn't sell or officially file copyrights or give anyone a document to transfer any of that IP to anyone else, as far as we know, with the exception of signing over bills of sale of The Meeting Screenplay and Artwork to "Group Member" which we don't know who that refers to.

L. Regarding subscript ₁ of Plaintiffs Introduction re: Weaver's Bankrupsy, I, Havel, testify that Ms. Weaver knew nothing about her filing for bankruptcy having any effect on Plaintiffs motions in this Lawsuit. I testify that she did learn from her bankruptcy lawyer that Plaintiffs would be contacted to inform them of Weavers Bankruptcy and that should Weaver be awarded with financial reimbursements of her significant expenses that came about because of Plaintiffs lawsuit such funds would go to the bankruptcy trustees. I testify that Weaver filed for bankruptcy exclusively because she could not keep up with her debt payments.

I'd like to bring to the Courts attention that Plaintiffs accusing or insinuating Weaver was hiding the Bankrupsy from this Court deliberately was not true, while it appears to be an action Plaintiffs engaged in by not informing the San Diego Superior Court of the lawsuit they had pending in the U.S. District Court in the Northern District of California concerning Copyright Infringement.

M. Even though DO and Crew did not officially copyright any of their Intellectual Property (with the exception of Crewmember, Olliver Odinwood's copyright of the 14 Illustrations that included the CBE painting, for the movie The Meeting and the copyrighting of the Screenplay of The Meeting by former Classmember Cddody registered under the name David Cododody), the fact that they are the Authors gives them an automatic Copyright if I understand the law correctly.

DO did give an example of his copyright choice in the copyright page in his original Book termed the Blue Book. Mark King and Sarah King, who say they are working for DO but they ignored DO's copyright of choice.

N. Kathyrn Morea (daughter to Rkkody (aka Chuck Humphrey) registered copyrights of the content of 2 CD's containing approx 218 digitized audio tapes, filed on May 1998.

O. All of Havel's use of TI and DO and Crews Intellectual Property Should Qualify as Fair Use. Regardless of whether Plaintiffs' Copyrights and/or Trademarks are evidenced to have been fraudulently obtained or not, if Havel is informed about exactly what audio tapes are copyrighted or not, he can provide ample evidence his usage can easily meet all of the conditions of Fair Use.

P. In about 2016 I asked Mark and Sarah King via email to show me what they had as their reasons for not sharing all the audio files with me so I could also share them with others as DO instructed

all believers to be able to do after his and his students exit of this world. It is well documented that Mark and Sarah King have been trying to reign over the Heaven's Gate Intellectual Property as if they created any of it. When Rkkody wouldn't play ball with Plaintiff's they threatened him with a lawsuit and then when he died sued his daughter within 9 days of his death and threatened to take her house if she didn't give up what she inherited from her father, Rkkody.

They had years of opportunity to tell me about their copyrights but never did until this lawsuit was filed. I knew there were more than the 218 or so audio tapes Rkkody gave me because I was in the Class the whole time and seven years after they were sent out.

It was their responsibility to share with me what they had copyrighted but they chose not to. I know from Mark King that there are 1061 audio meeting tapes and yet they only copyrighted 486. Why haven't they copyrighted all of them? Maybe they learned from Judge Lisa Guy Schall that those copyrights were actually fraudulently obtained. Another reason I suspect why they didn't copyright the remaining audio tapes was because they received two consent decrees as settlements and thought that's all they needed to strike down anyone elses use of the materials, even fair use. They sought to bring down my youtube channel by issuing strikes on livestreams in which I played audio tapes I was gifted by Rkkody and by Jhnody who were gifted them by DO. I fought their strikes as fair use and won with Youtube. Then they thought it seemed they needed a court order to strike down my channel.

Since they never told anyone I know about, which tapes were copyrighted, not even in the Cease and Desist they sprung on Weaver and I in November of 2021, even if their copyrights were upheld by the Court after this lawsuit those copyrights only referred to 486 of the 1061 that were copyrighted. I had no way to know which of those 1061 were copyrighted so why would I believe them when I already knew they were lying about so much.

Q. Jhnody was also (with Rkkody) named on the list of 8 former students by DO (aka Marshall Herff Applewhite) in a letter to Mrc/Srf (Mrcody/Srfody) aka Mark King and Sarah King, to hopefully "work together with at least initially in the "Dissemination Project"" (paraphrased from Letter) that included receiving any/all of and/or some substantial part of the Intellectual property hoped would be recovered in storage and...

**Jhnody was actually sent 80 cassette audio tapes directly from Mark and Sarah King**, showing that at least at some point Mark King and/or Sarah King tried to abide by DO's instruction in the

Letter he had his Students send to Mark and Sarah (MRC/SRF) in their Fedx packets they received on March 25, 1997 and...

Jhnody also received directly from DO and Crew in his FedX packet at about March 25th 1997:

1) Letters; 1) the same "Location Documents" Mark and Sarah King, Rio D'Angelo (Neody) and Rkkody received that pointed out where their bodies were and how to get into the mansion where the Groups bodies were found. 2) another that expressed thanks to him and indicated that they hoped he would share the Beyond Human Video tapes they sent him with the media and anyone of his choosing.

2) a full set of the original masters of the Beyond Human Video Tapes in SVHS format

3) received at least one  3 1/2" diskettes, the code for the Heavensgate.com website that he recently posted as HeavensGatealso.com which also contains...

4) At least Two "Blue" Books, bound in a plastic comb binding entitled, "How and When The Door to the Physical Kingdom Level Above Human May Be Entered" having DO's Common Law Copyright to allow anyone to copy the entire book or parts of the book as long as nothing was changed or added to it and wasn't used for commercial purposes which was the same Book Rkkody received directly from DO which was the previous version of the "Purple Book" Mark and Sarah published and sell but that they removed the Common Law Copyright from.

That same Book copyright page is actually still on the web site Heavengate.com but that Mark and Sarah King chose to removed from the Purple Book version they had printed

5) that includes the full transcripts of the Beyond Human – The Last Call Video Tape series that DO and Crew copyrighted informally in 1992 as TOA – Total Overcomers Anonymous.

6) Jhnody also received several Away Team Patches directly from DO.

**IV. Mark King's Declaration Shows His Attempt to Coverup he and Sarah Kings Fraud upon 3 Courts by significantly changing what he told the Court in at least two of their Complaints all under oath.**

A. One basis for this accusation against Plaintiffs is found in their Complaint that is contradicted in a major way in Mark Kings Declaration (Plaintiffs Exhibit A in this Brief): **It has to do with when and what Intellectual Property was "transferred" to Plaintiffs and what documentation was there to transfer that Intellectual Property to legally enable Plaintiffs to Copyright and**

Trademark a great deal of it in 1997 before any Consent Decrees. Here is the first statement in this regard from Plaintiffs Complaint:

"**8. In 1994 the directors of the Foundation renewed a long-standing relationship with a group known as "Total Overcomers Anonymous", "TOA", or "Heaven's Gate" (the "Group"). Three years later, in 1997, all the physical property and intellectual property belonging to the Group (collectively the "Property") was transferred to representatives of the Foundation or was placed, to be obtained from a storage locker in San Diego County." [Doc 1 at 8]**

Thus the facts show Plaintiffs claim: In "**1997…all the Property and Intellectual Property … was transferred to representatives of the Foundation or was placed, to be obtained from a storage locker in San Diego County.**" What Property was transferred and what Property was put in Storage?

Since we know that Plaintiffs registered Copyrights for 486 Audio Tapes (Audio Works), 7 Video Tapes (Video Works) – The Beyond Human Series, The Literary Work - the Heaven's Gate Book's 3rd and final version and the C.B.E (Celestial Being Entity) in September and October of 1997 these must be among the Physical and Intellectual Property Plaintiffs say were "transferred" to them. This means that the remainder of "ALL" the Groups Physical and Intellectual Property was put in Storage which they didn't have possession of until 1999 via "a long court battle" as they state in Mark King's Declaration:

"**A. Plaintiff Is the Registered Owner of Copyrights and Trademarks of Heaven's Gate. Throughout the 1980's and 1990's Heaven's Gate created a number of works, including the following: • A series of audio tapes (the "Audio Works"); • Certain video works (the "Video Works"); • A literary work entitled "How and When Heaven's Gate' (the door to the physical kingdom level above human) may be entered: an anthology of our materials" (the "Literary Work"); and • A visual work of "The C.B.E." (the "Visual Work")". [Doc 67 at II.A.]**

And here is how a big lie was revealed by Mark King himself when he continued saying:

"**Plaintiff, which is a not-for-profit organization, acquired the intellectual property rights related to these works and trademarks in or around 1999, following the passing of the 39 Heaven's Gate members and after a lengthy court battle.  [King Declaration, Exh. A, at ¶ 8]**" **[Doc 67 at II.A.]**

If Plaintiffs only "**acquired the intellectual property rights related to these works and trademarks in or around 1999**" what documents did they show the Government Copyright office

in September and October of 1997 to register Copyrights and Trademarks for these described Works that they have been presenting, now, with this action to Three Courts in 1997-1999 to date?

Plaintiffs have never produced any documentation from the Group, signed by Members of the Group or even not signed that legally gives them the Property Rights to Copyright and/or Trademark any of what they have said were Audio, Video, Literary and/or Visual Art Works Thus their Copyrights can be shown to be fraudulent and we should proceed to Defendants Counter Claims to figure out how to "divide" the items of value from Storage among those who are inclined to disseminate the Groups Information as DO and Crew expressed in their Letter to Mark and Sarah King (Mrc/Srf).

B. **Another false statement to the Courts: Plaintiffs never ever received or were transferred or obtained "all the Physical property and Intellectual property belonging to the Group"** as stated in their initial Complaint, [Doc 1 at 8] shown above.

The Group sent out at least 7 other packets of their property to at least 7 other former Students. We have ample evidence of this fact, from what DO and his Crew sent to Rkkody in Letters and from his manuscript (that his daughter I believe has published) and from Mark and Sarah Kings' Letters from DO and Crew and from the Letters DO sent Jhnody (Francisco Falcon) and the Physical Property also sent to all of these individuals. Plus we have co-defendant Bartell aka Crlody's testimony from having worked closely with Rkkody in 1997 before he died, that Rkkody received from DO a number of things in the last days before they exited. He had the Blue Book, version one of the Book eventually put into print by Mark and Sarah King. Rkkody also had the audio tapes he retrieved from Storage on March 27, 1997. He sent me CD's containing Audio Tapes, Video tapes, the Blue Book and the Website code and many images to include the CBE Image in December of 1997 that I have the mailers for that show the postal dates. I also have pictures of all Jhnody received from DO on or about that same day of the 25th of March, 1997. **Mark and Sarah King knew about the others who received the Groups Physical and Intellectual Property because each who received packets also received a list of others who received similar packets. So they knew they were lying to the court to say this.** Then they said:

**"9. Prior to being able to obtain all of the property in the storage locker, the locker was seized by officials from San Diego County. "[Doc 1 at 9]**

Here they are careful not to say too much, but still exposed evidence that they knew they had obtained some of the "property in the storage locker" which the records show were the 486 audio

tapes Rkkody and Oscody retrieved from Storage on March 27, 1997 after Mark and Sarah King turned over their task to go to storage to them, as was suggested by DO in their Letter, to do if they chose not to do the task themselves. I have testimonies to these facts. They went on to say:

**"10. From 1997–1999 the Foundation was involved in litigation with San Diego County (who represented both the County and the estates of members in the Group) over ownership of the Property. That litigation ended with the entry of a consent decree in 1999, which conveyed to the Foundation not only a large amount of physical property, but also all of the intellectual property rights belonging to the Group." "[Doc 1 at 10]**

So between Doc 1 at 8 and Doc 1 at 10, Plaintiffs are talking about **"all the physical property and intellectual property belonging to the Group…was transferred"** to them and/or **"all of the intellectual property rights belonging to the Group "** was conveyed, it is still a falsehood to state because all the physical property and intellectual property was in at least 8 former classmembers hands and as to "rights" the only rights Plaintiffs received was from the two Court Orders, one that the bought that didn't include the Intellectual Property Rkkody had sent to people legitimately, like to me and to Crlody (Bartell) and others and didn't include what DO sent Jhnody and that DO didn't give any Intellectual Property Rights to anyone except by his example that was a Common Law Copyright as seen in the Heaven's Gate Book that is still posted as a part of the Heaven's Gate Website Mark and Sarah King are the webmasters of but perhaps are scurring to remove as we speak so perhaps we need to file an preliminary Injunction against them destroying evidence.

I have already shown in section III of this document that Judge Lisa Guy Schall ruled that nothing Mark and Sarah King showed the Court amounted to a legal transfer of any of the Groups Property. I have additional proof that even their Copyrights and Trademarks they gave to the Court in that case were in question. But Judge Guy Schall, was faced with moving the settlement of the Estates through the court system while Mark and Sarah King through their lawyers were throwing many accusations around to not be charged with a frivolous Lawsuit. Judge Guy Schall acknowledged that the Kings had been gifted certain Property but that it didn't constitute having rights to all of it, though when the Kings threatened to appeal, to not drag on the court battle and reap the ire of the families and add to the costs of the entire effort Judge Guy Schall settled with Mark and Sarah King so they would receive much of the contents of Storage that included the remaining hundreds of audio tapes. However, once again Mark and Sarah King are lying when it would just take a few extra words to tell the truth, when they said they received a, **"…consent**

**decree in 1999, which conveyed to the Foundation not only a large amount of physical property, but also all of the intellectual property rights belonging to the Group."**

How can they have received "intellectual property rights" for Property that was not in the Storage or in the property where the Group Members were deceased? So it was not "all" and this is a very important point because I owned the 218 audio tapes plus other materials from the Group that Rkkody sent me before this consent decree and I can prove it. Mark and Sarah King go on to say:

**"11. A second lawsuit, filed in 1998 also ended in a 1999 consent decree which likewise confirmed the Foundation's ownership of, inter alia, the intellectual property of the Group."** [doc 1 at 11]. Here is yet another lie, saying "Foundation's Ownership of...the intellectual property of the Group" when they have never possessed or owned it all because DO spread it out among 8 or more former students and Jhnody can still testify to what he received from DO.

**"12. The Foundation has been the owner of the Property from 1997 to the present."[doc 1 at 12].** Again, a false claim of ownership of the Audio Works, Video Works, Literary Works and Visual Art Works all Copyright registered by Plaintiffs in 1997 while in Mark Kings Declaration he states he's only owned Intellectual Property Rights since 1999.

This statement that intellectual property was transferred must refer to the Audio Works that Rkkody and Oscody retrieved from Storage since all the other audio tapes were still in storage until 1999.

Thus the Consent Decrees do not apply to those 486 audio tapes and there is no documentation to support the official "transfer" of copyrights thus indications of fraud and perjury.

C. In the application for the registration of the C.B.E. Lithographic image that Plaintiffs are also basing most of their complaint about my use of, they not only didn't fill in the true owner of those images, Olliver Odinwood (Ollody) created and I believe I can prove Mark and Sarah King knew about, but they also said they transferred that copyright from TOA to Telah Foundation "pursuant to assignments" yet had no documentation at the time to show they had that Assignment.

D. **In Mark King's Declaration can be shown what looks like a type of coverup of the fact that he filed falsified information to this court** as well as to courts prior and was looking to cover for those statements on record. Here is some evidence of this in: Mark King Declaration:

4. I have reviewed the Complaint (Docket No. 1) filed in connection with the above-captioned matter and state that I am aware of the factual averments made therein and the factual averments made therein are true and accurate. To the extent, if any that there are any inconsistencies between the Complaint and this declaration, this declaration should govern because it is based on

information and documentation that has been learned and obtained, respectively, since the date
the Complaint was filed. [doc 67-A at 4.]:

I could be wrong but Mark King's Declaration is hardly a coincidence. Since I talk about the case on
my livestream, because I have nothing to hide, I talked about the discrepancy between what Mark
King said about receiving all the intellectual property of the Group in 1997 and then in his
Declaration saying it was 1999 after a long court battle. So he introduced a change in this Motion's
Brief for a Preliminary Injunction as a distraction. I just learned that he has now returned to that
earlier version in his second Declaration. Is this their strategy to keep changing the facts thinking the
Court won't take notice because they are barraging the Court and myself with paperwork?

Mark King writes in this Declaration as just noted, that he:

a) "reviewed the Complaint" and says the "factual averments made therein are true and accurate."

Why is there a need to review his own Complaint in their Preliminary Injunction against me, unless
there is something he wants to change in the Complaint which he seems to lead up to more when he:

b) Goes on to talk about how IF there are any "...inconsistencies between the Complaint and this
declaration, this declaration should govern..."

So now he's giving some clues on why he's writing this, because of possible "inconsistencies," in
other words, one way to see this is what someone does when they have been caught falsifying
something. He goes on to:

c) give reasons for these potential even illusionary "inconsistencies" as being inconsistent because
they were "...based on information...learned" and "documentation...obtained".

So what is the information Mark King learned? And what documentation did he obtain?

I've got some ideas of what Mark could be referring to: How about the Information and Documents
Defendants have provided that have been shared with the court like;

1) The reality that Defendants have surfaced over and over that shows Mark and Sarah King don't
have any documentation at all from the Group to legally register any copyrights and trademarks.
Judge Lisa Guy Schall's Statement of Decision added a lot to that idea. They never have provided
Defendants with their documents behind stating in the Transfer Clause of the Copyright
registrations that was listed as, "Pursuant to Assignments". They never showed any documentation
that they were hired by TOA to produce any of those Audios, Video's and Visual Art Images as
"work for hire".

2.) The reality that possession of Intellectual Property doesn't equal Rights to copyright and trademark that property, like what also came from Judge Lisa Guy Schall's Statement of Decision.

3.) That they have made erroneous statements to now 3 Judges about how they own all the Groups Intellectual Property that was transferred to them in 1997 when they are now saying their ownership and rights only were granted them by two Judges in 1999 which was at least a year after they copyrighted and trademarked a great deal of the Groups Intellectual Property that even other people like myself had been gifted with.

E. Mark and Sarah King have claimed in their Complaint that we three defendants have a Conspiracy to infringe on their copyrights and they have repeated that here in this action request, when the whole time they have enacted a conspiracy to defraud the copyright office and this federal court as they also defrauded the California District Court and the California Federal Court in 1999 by lying about what the Group left them with and to do and by obtaining copyrights and trademarks illegitimately.

F. Mark King writes: "Heaven's Gate also adopted and used trademarks in connection with its work (the "Trademarks")." [King Declaration, Exh. A, at ¶ 7]

Sure DO and Crew used certain of the images they created but they didn't transfer the rights to copyright or trademark them to Mark and Sarah King thus they fraudulently registered them with the copyright office. This would apply to the Away Team patches and the name Heaven's Gate and to the so called, "keyhole logo".

G. Mark King Writes; "10. Beginning in September 2021, Defendants Havel and Weaver started broadcasting audio from the Foundation's copyrighted material on their YouTube channel. Kings Declaration [doc 67 at 10]

This was well before the lawsuit was filed and I had no knowledge that Mark King and Sarah King held any copyrights and trademarks and all I knew was that Rkkody had sent me, gifted me with about 218 audio meeting tapes TI and DO created in the 1980's that I was in attendance for. This is yet another lie as Havel had been broadcasting audios I was given by Rkkody and by Jhnody well before I met Cathy Weaver. I only met Weaver on September 11, 2021 and we didn't move in together until October and didn't play any tapes much then if at all because Cathy didn't want me to do so, so we could show Mark King and Sarah King that I was serious about coming to some formal agreement with playing tapes because Weaver knew from my livestreams that Mark sometimes attended and chatted in (that I have on record) that I was at odds with Mark King over my playing of audio tapes on my channel.

## Conclusion

As I am exhausted having to write and re-write a response to their Brief and Motion and don't want to miss something they could try to use against me,  I don't have the space to comment on every one of their statements over 150+ pages of most of the same allegations they made in the Complaint but put into new documents that makes it look like I'm infringing upon their alleged Copyrights and Trademarks all along which is untrue. Therefore I've stated the facts in this Response that I believe do address all the old accusations and but with more evidence of their wrongdoing and I blanket deny anything I haven't responded directly enough to.

Since this Lawsuit was filed against me and I found out about it, so by at least June of 2021, I  have not played any more audio tapes in part or total on my Youtube channel or anywhere else nor have I read anything publicly from the Heaven's Gate Book that Rkkody gifted me which was the earlier Common Law Copyrighted version DO sent a number of people referred to as the Blue Book, nor played any parts of the Beyond Human Video's, while admit that I did use the CBE image for a thumbnail on several of my Youtube livestreams because I like showing it to people but because I learned it was copyrighted in 1982 by Olliver Odinwood (Ollody) so should be completely stricken from this action against me on that basis alone.

I ask the Court to fully deny this Motion knowing that I don't want to give Plaintiffs any more false ammunition against me. If in fact I am found to be guilty of copyright infringement it was unknowing and at worst Fair Use and I've been doing so since 2008 and with as keen as Mark and Sarah King are, they knew about most all that I did since then and never informed me they had any copyrights or trademarks even when I asked for their documentation behind not sharing the audio tapes with me. They told me in person with Weaver as my witness re: my public posting/playing of alleged copyrights and trademarked Property from the Group that they "let it slide" yet now they are on the attack.

We could end this case by cancelling the fraudulently acquired Copyrights and Trademarks that Plaintiffs never have made money from anyway and proceed to Defendants Counter Claims to have some kind of joint ownership as Common Law to share TI and DO's amazing information that does not end in suicide at all but is as valid a belief system as any.

Submitted this 15th day of February of 2023:

*Stephen Havel*

Stephen Havel
5776 Grape Rd.
Suite 51
PMB# 121
Mishawaka, IN. 46545
Sawcat575@gmail.com
Defendant.

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

**PRIORITY® MAIL**



UNITED STATES POSTAL SERVICE.

Retail

US POSTAGE PAID

**$9.65**

Origin: 31401
02/15/23
1278150701-95

PRIORITY MAIL®

0 Lb 5.30 Oz

RDC 04

EXPECTED DELIVERY DAY: 02/21/23

C005

SHIP
TO:
204 S MAIN ST
SOUTH BEND IN 46601-2122



USPS TRACKING® #

9505 5124 3506 3046 3839 87

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

...e.
...surance (restrictions apply).*
...y international destinations.
...n form is required.
...laims exclusions see the
...ability and limitations of coverage.

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**FROM:**

Stephen Havel
5776 Grape Rd.
Ste 51  PMB #121
Mishawaka, IN
46545

**TO:**

U.S. District Court
Robert Grant Federal
Court house

204 S. Main St.
South Bend, IN
46601





This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.