# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation, an Arizona nonprofit corporation,<br><br>                Plaintiff,<br>   v.<br><br>Steven Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>                Defendants. | CASE NO. 3:22-CV-395-JD-MGG |

## PLAINTIFF'S RESPONSE TO DEFENDANT JASON BARTEL'S *MOTIONS TO ADD EXHIBITS TO THE CASE*  [Docs. 79 and 84-85]

On or about February 9, 17, and 22, 2023, Defendant Jason Bartel submitted to the Court Motions seeking to add various documents as "Exhibits" to this case.  [*See* Docs. 79, 84, and 85]

To the extent Mr. Bartel is seeking the Court's permission to file the referenced documents in this case's docket, Plaintiff does not oppose Mr. Bartel's Motions.

Plaintiff, however, reserves all of its rights to object to the authenticity and admissibility of these exhibits (under the Federal Rules of Evidence or otherwise) to the extent they are ever introduced or presented as evidence in this matter.  Plaintiff objects to the use or consideration of the documents submitted as 84-1 and 85-1 in connection with any pending Motion that has either been fully briefed or on which Plaintiff has submitted a Response because Plaintiff would be prejudiced by the Court considering Mr. Bartel's newly identified documents that he failed to

{07127143 / 2}

1

provide before the time when Plaintiff's prior filings were submitted to the Court and/or failed to include them in his submissions.

RESPECTFULLY SUBMITTED this 23rd day of February 2023.

        /s/ Isaac S. Crum
MESSNER REEVES LLP
Isaac S. Crum (AZ Bar #026510)
(*Pro Hac Vice*)
icrum@messner.com
Daniel L. Marks (AZ Bar #034141)
(*Pro Hac Vice*)
dmarks@messner.com
7250 N. 16th Street, Suite 410
Phoenix, Arizona 85020
Telephone: (602) 641-6705
Facsimile: (303) 623-0552

### CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the parties listed below. A copy of this filing was also sent via U.S. mail and email.

Cathy Weaver
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

Jason Bartel
N4019 Forest Drive
Hancock, WI 54943
jason_bartel@unioncab.com

Steven Robert Havel
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

        /s/ Mary Willson