Jason Bartel
N4019 Forest Dr.
Hancock WI
54943



U.S. POSTAGE PAID
FCM LG ENV
MONONA, WI 53716
FEB 24, 23
AMOUNT
$1.50
R2304H109498-38

U S District Court
clerk of Court
204 S. Main St.
South Bend, IN
46601