**EXHIBIT LIST TO**
**THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC.**
**D/B/A THE TELAH FOUNDATION'S**
**REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**
**AGAINST STEVEN HAVEL**

**CASE NO. 3:22-CV-395-JD-MGG**

**THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC. D/B/A THE TELAH**
**FOUNDATION**

**V.**

**STEVEN ROBERT HAVEL, ET AL.**

| EXHIBIT | DATE | TITLE OF DOCUMENT / DESCRIPTION |
|---|---|---|
| **A.** | **February 28, 2023** | **Declaration of Mark King.** |
| **1.** | January 28, 2023 | Screenshot of Mr. Havel and Ms. Weaver's January 28, 2023, "live stream" on YouTube reflecting transcript from 1:59:24 to 2:00:20.   (https://www.youtube.com/watch?v=ubNg4EmZg_8 (last accessed February 27, 2023)). |
| **2.** | January 28, 2023 | screenshot of Mr. Havel and Ms. Weaver's January 28, 2023, "live stream" on YouTube reflecting transcript from 2:19:00 to 2:19:53.   (https://www.youtube.com/watch?v=ubNg4EmZg_8 (last accessed February 27, 2023)). |
| **3.** | December 17, 2022 | Printout from the "Lodge of Sorrows" Instagram posting that promotes the "Heaven's Gate Re-Examined" event and the playing of "the Final Exit Video." |
| **4.** | December 17, 2022 | Screenshot of live stream of the "Heaven's Gate Re-Examined" event at the 2:41:51 mark. (https://www.youtube.com/watch?v=zU2c5mcPMqg (last accessed February 28, 2023)). |
| **5.** | December 17, 2022 | Screenshot of live stream of the "Heaven's Gate Re-Examined" event at the 4:10:12 mark. (https://www.youtube.com/watch?v=zU2c5mcPMqg (last accessed February 28, 2023)). |
| **6.** | December 17, 2022 | Comments on the December 17, 2022 live stream related to Mr. Havel "hoping to do more" events "all over the country." (https://www.youtube.com/watch?v=zU2c5mcPMqg (last accessed February 28, 2023)). |

## EXHIBIT LIST TO
## THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC. D/B/A THE TELAH
## FOUNDATION'S MOTION FOR A PRELIMINARY INJUNCTION

### CASE NO. 3:22-CV-395-JD-MGG

| EXHIBIT | DATE | TITLE OF DOCUMENT / DESCRIPTION |
|---------|------|--------------------------------|
| **7.** | December 17, 2022 | Comments on the December 17, 2022 live stream related to Mr. Havel discussing playing the Beyond Human Tape. (https://www.youtube.com/watch?v=zU2c5mcPMqg (last accessed February 28, 2023)). |
| **8.** | February 3, 2023 | YouTube video in which Mr. Havel and Ms. Weaver discuss being compensated for participating in the "Heaven's Gate Re-Examined" event. (https://www.youtube.com/watch?v=L33X-dISk8I (last accessed February 28, 2023)). |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

The Evolutionary Level Above Human,
Inc. d/b/a The Telah Foundation, an
Arizona nonprofit corporation,

                    Plaintiff,

      v.

Steven Robert Havel,
Cathy JoAnn Weaver,
Jason Bartel,

                    Defendants.

CASE NO. 3:22-CV-395-JD-MGG

## DECLARATION OF MARK KING

I, Mark King, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct.  If called to testify in Court about these matters, I could and would competently testify to the following:

1.      I am over the age of eighteen and am a resident of Maricopa County, Arizona.

2.      I am the President and a director of The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation (the "Foundation" or "Plaintiff").

3.      I have personal knowledge of the matters stated in this Declaration or have such knowledge as a result of reviewing Plaintiff's business records.

4.      The real name of Olliver Odinwood (Ollody) is David Cabot Van Sinderen.

5.      After Plaintiff filed its Motion for Preliminary Injunction on January 23, 2023, Defendants Steven Havel and Cathy Weaver have continued to make statements that they will not stop infringing on the Foundation's intellectual property.

6.      For example, during a YouTube "live stream" that Mr. Havel and Ms. Weaver hosted on January 28, 2023, Mr. Havel stated that he and Ms. Weaver would not "go[] away" if the YouTube channel was "taken down," that he may move the sharing of

information to platforms such as Telegram or Rumble, and provided directions for the audience to "look for [Mr. Havel and Ms. Weaver]."  A screenshot of Mr. Havel and Ms. Weaver's January 28, 2023, "live stream" on YouTube reflecting transcript from 1:59:24 to 2:00:20, attached hereto as Exhibit 1; *see also* https://www.youtube.com/watch?v=ubNg4EmZg_8 at 1:59:24 (last accessed February 27, 2023).

7.     At a later point during the January 28, 2023, live stream, Mr. Havel discussed his "commitment to uh doing these live streams" and "sharing" the "information."  A screenshot of Mr. Havel and Ms. Weaver's January 28, 2023, "live stream" on YouTube reflecting transcript from 2:19:00 to 2:19:53, attached hereto as Exhibit 2; *see also* https://www.youtube.com/watch?v=ubNg4EmZg_8 at 2:19:00 (last accessed February 27, 2023).

8.     During the live stream, Ms. Weaver wore a shirt on which the words "Heaven's Gate" were written in a particular design that Plaintiff has trademarked. *Compare* Ms. Weaver's clothing, *with* Doc. 1-5 at 2.

9.     The lawsuit that Plaintiff has brought against Mr. Havel and his co-Defendants has not caused Mr. Havel to stop circulating Plaintiff's copyrighted materials.

10.     For example, on December 17, 2022, Mr. Havel was paid to perform at a "Heaven's Gate Re-Examined" event at a venue in Georgia called the "Lodge of Sorrows," during which time he played "the Final Exit Video."

11.     Plaintiff is the owner of "the Final Exit Video."  *See* Doc. 81-1 at 27:16; *id.* at 28:7.

12.     Attached hereto as Exhibit 3 is a printout from the "Lodge of Sorrows" Instagram posting dated December 17, 2022, that promotes the "Heaven's Gate Re-Examined" event and the playing of "the Final Exit Video.

13.     The "Heaven's Gate Re-Examined" event was live streamed on December 17, 2022, on the 3spm YouTube channel belonging to Mr. Havel that he and Ms. Weaver

operate.  *See* https://www.youtube.com/watch?v=zU2c5mcPMqg (last accessed February 28, 2023).

14.     The Final Exit Video played for approximately one and one-half hours. Attached hereto as Exhibits 4 and 5, respectively, are screenshot of the December 17, 2022, YouTube live stream at the 2:41:51 mark and the 4:10:12 mark, each of which show the video on a large screen.

15.     In the December 17, 2022, live stream's comment section, Mr. Havel responded to a comment that stated "what a great event…jealous of all who attended" by saying "we are hoping to do more all over the country. This feels like the right thing to do." A screenshot reflecting this is attached hereto as Exhibit 6.

16.     Ms. Weaver, through her username "cathysouthwestern," also replied that "We are in talks to have another one coming up next May, it will be in Chicago this time!" *See* Exhibit 6.

17.     In the December 17, 2022, live stream's comment section, Mr. Havel wrote, in part, "Wish we would have livestreamed starting at the museum earlier in the day when we had a little meeting around the Heavens Gate part of the museum with DO's voice playing and his face showing from a Beyond Human tape in the background the entire time."  A screenshot of this comment is attached hereto as Exhibit 7.

18.     Beyond Human is a copyrighted work owned by Plaintiff.  *See* Doc. 1-2.

19.     Exhibit 7 also contains another comment posted by Ms. Weaver that stated that she and Mr. Havel "are looking at doing another one in Chicago in May!"

20.     Mr. Havel and Ms. Weaver were both paid for participating in the "Heaven's Gate Re-Examined" event on December 17, 2022.

21.     Attached hereto as Exhibit 8 is a YouTube video in which Mr. Havel and Ms. Weaver are interviewed, and Ms. Weaver states that the "Heaven's Gate Re-Examined" event was "the first paid event [Mr. Havel and Ms. Weaver had] done."  *See also* https://www.youtube.com/watch?v=L33X-dISk8I (last accessed February 28, 2023).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: _Feb 28, 2023_____.

_Mark King_____
Mark King (Feb 28, 2023 12:00 MST)
_____
Mark King
President
The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation, an Arizona nonprofit corporation

# EXHIBIT 1



EXHIBIT 2



# EXHIBIT 3

2/28/23, 9:13 AM          Graveface Lodge Of Sorrows on Instagram: "Today is the day, Savannah!! Have you ever wanted to meet a former member of Heaven's Gate and hear his perspective uncensored? …

USDC IN/ND case 3:22-cv-00395-MGG    document 90-1    filed 02/28/23    page 12 of 24

*Instagram*

🔍 Search                                    **Log In**    Sign Up



THE GRAVEFACE MUSEUM PRESENTS...

# HEAVEN'S GATE:
## RE-EXAMINED

*Heaven's Gate has fascinated individuals for decades and left us with a lot of questions to this day. This is an unparalleled opportunity to hear first-hand accounts from a former member of Heaven's Gate who was there from the beginning. To gain a deeper understanding of everything surrounding Heaven's Gate, we will discuss cults/religions with unique perspectives, Ti & Do's teachings interpreted by active believers, address sensationalism/mis-conceptions, and give YOU an opportunity to ask your own questions.*

In-person interview with Sawyer, a former member (1976-1994) and current believer. Followed by an audience Q&A; moderated by James Gladman (a Heaven's Gate meeting attendee who chose to not join in the 1980s). Sawyer has made several appearances in the media. Recently featured in HBO's 'Heaven's Gate: Cult of Cults' (2020)

Get rare insight from Cathy Weaver; someone who recently discovered Ti & Do's teachings and chose to dedicate herself entirely to their message.

ADDITIONAL PRESENTATIONS/PERFORMANCES WILL INCLUDE:
△ Slideshow presentation of space and UFO phenomena  △ Screening of a video/documentary that was on the list of viewing recommendations for Heaven's Gate students  △ Screening of the Final Exit video with introduction & outro by Sawyer

△ Live music performed by Sawyer  △ On-site art gallery of Cathy's photography △ & Performance by the Dead City Collective

SEATS ARE VERY LIMITED! GET TICKETS IN ADVANCE AT:
GRAVEFACEMUSEUM.COM –GENERAL $40 - VIP $80

*Meeting Time and Place:*
**SATURDAY, DECEMBER 17ᵀᴴ**
12:00-2:00PM: GRAVEFACE MUSEUM (410 E. LOWER FACTORS WALK)
4:00-10:00PM THE LODGE OF SORROWS (415 W BOUNDARY ST. BAY 6)

 **lodgeofsorrows** • Follow                    ···

 **lodgeofsorrows** Today is the day, Savannah!! Have you ever wanted to meet a former member of Heaven's Gate and hear his perspective uncensored? Good! Because you can do so today. VIP tickets are now sold out but you can still buy general admission tickets at the door. The breakdown in this:
12-2pm VIP meet n greet at the museum (SOLD OUT)
2-4pm art gallery opening at the lodge
4pm film screening at the lodge
5pm is really when the event gets going with Sawyer as he's prepared an awesome slideshow for that hour.
At 6pm we'll meet Cathy (new believer)
At 630pm Sawyer will intro the Final Exit video and immediately do a long

                  

96 likes

DECEMBER 17, 2022

Log in to like or comment.

──────────────────────────────

More posts from **lodgeofsorrows**

2/28/23, 9:13 AM    Graveface Lodge Of Sorrows on Instagram: "Today is the day, Savannah!! Have you ever wanted to meet a former member of Heaven's Gate and hear his perspective uncensored? …

USDC IN/ND case 3:22-cv-00395-MGG    document 90-1    filed 02/28/23    page 13 of 24

# Instagram

Search          Log In    Sign Up











2/28/23, 9:13 AM       Graveface Lodge Of Sorrows on Instagram: "Today is the day, Savannah!! Have you ever wanted to meet a former member of Heaven's Gate and hear his perspective uncensored? …

*Instagram*

🔍 Search                                              Log In   Sign Up



APRIL 15TH, 2023
AT THE LODGE OF SORROWS, SAVANNAH GA.



See more posts

Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Locations   Instagram Lite   Contact Uploading & Non-Users   Meta Verified

English ∨        © 2023 Instagram from Meta

EXHIBIT 4



EXHIBIT 5



EXHIBIT 6



# EXHIBIT 7



EXHIBIT 8

