UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation, an Arizona nonprofit corporation,<br><br>Plaintiff,<br>v.<br><br>Steven Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>Defendants. | CASE NO. 3:22-CV-395-JD-MGG  |

### HAVEL'S REASONS TO DENY ALL PLAINTIFFS REQUESTS FOR SANCTIONS AS PER COURT ORDER (DOC 93)

1. I am sorry Your Honor, but when I saw how many new accusations were filed by Plaintiffs I didn't know how to respond as some of the many accusations make statements that are concocted from partial quoting of what I said, with the addition of their words they insert that totally misconstrue what I said, in essence creating a lie they hope to use in their favor. Plaintiffs keep attempting to try to get me to say I infringed on things I never infringed on.

2. I didn't know that I needed to file with the court asking for a special authorization to reply again and that was called a "surreply". My response was a knee jerk reaction, taking a chance that it was okay to reply because I didn't think it was fair to allow Plaintiffs to be able to make new claims in their reply without my having the ability to respond. Plaintiffs intentionally brought new allegations knowing that I was not allowed to respond. Plaintiffs knew about the event held on December 17th, 2022 and should have included those allegations concerning that

1

event with their request for Preliminary Injunction, but instead they waited to bring it up until they knew legally I was not supposed to respond.

3. When I examined the Civil Rules of Procedure Your Honor sent me a link for when correcting my past formatting ignorance, I didn't see that Exhibits were part of the 24 page limit. I still am unclear on that point. Can Your Honor please clarify if exhibits are included in that 24 page limit?

4. I neglected to sign doc 91-1 – my Exhibit 4 to my inappropriate response to Plaintiffs last reply which was my oversight as I felt under a lot of stress to file it before Your Honor ruled on a preliminary injuction against me, potentially because of new claims I couldn't respond to.

5. None of the above was intentional as Plaintiffs also state in section III of Doc 92 by saying: "There is no basis for Mr. Havel's ongoing and intentional disregard of the Rules." I do not knowingly and intentionally disregard the rules of this Court. Why would I want to disregard the rules knowing how these Plaintiffs, have no desire for the truth to be brought out so they will try to win by any other means. They constantly twist the truth.

6. In Doc 90, Section II. A. at ¶ 3 Plaintiffs admit to bringing "additional evidence" they say "confirm Mr. Havel's commitment to infringing of Plaintiffs intellectual property". This is a new claim and I request the opportunity to state my defense as they then misconstrued a number of things I said in livestreams assuming they knew what I was talking about when nothing I said had anything to do with infringements on any of the Plaintiffs alleged copyrights and trademarks. I possess in my head over 19 years of direct experience with TI and DO and by memory alone can talk for hours about it. There are many more examples of how Plaintiffs make new allegations that show why I do not deserve sanctions because I didn't know of how I could properly respond to that. I have since learned there is procedure to potentially respond, called a surreply, a Brief that I needed to ask the Court

permission, aka Leave for. I will seek out that permission as the Court indicated I could submit. There are many new Claims or newly framed Claims and I would like the opportunity to respond to all of them which I will not do here though I wish on record that I blanket deny all of what they accuse me of in this latest Motion for sanctions and if permitted by the Court will bring the facts and details to why none are infringements.

I ask the Court to deny any Sanctions whatsoever. I have tried to abide by all the procedures and anytime I have neglected them was unintentional and out of ignorance of them and not even knowing what to search for to obtain the knowledge. I demonstrated wanting to abide by the 24 page limit to replies. I have abided by the double spacing and font size requirements and have signed all the docs I submitted except the Exhibit doc 91-1 that the Court has striken.

Additionally, after I saw the Motion for Sanctions filed by Plaintiffs, because I filed an inappropriate purported Surreply, knowing it was procedure to reply to their Motion and not yet knowing if my Surreply really was inappropriate, I rushed off a Response to Plaintiffs Motion for Sanctions. I apologize if this was done in error.

I Stephen Havel do swear and attest to the statements I have made here.

3-17-2023   *Stephen Havel*

Stephen Havel
5776 Grape Rd
Ste. 51 PMB # 121
Mishawaka, IN. 46545
Sawcat575@gmail.com

3



Document 1 of 6 to file please