**PRIORITY MAIL EXPRESS®**

**FLAT RATE ENVELOPE**

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

This package is made from post-consumer waste. Please recycle – again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses and/or reuse may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; July 2022; All rights reserved.

PRESS FIRMLY TO SEAL          PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
SAVANNAH, GA
MAR 17 23
AMOUNT
**$28.75**
R2304M112915-25

RDC 07          46601

---

**UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL EXPRESS®**

EI 215 503 490 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 505 ) 480 3684

Stephen Havel
5776 Grape Rd
Suite 51 PMB # 121
Mishawaka, IN 46545

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)
*Refer to USPS.com® or local Post Office™ for availability.*

TO: (PLEASE PRINT)   PHONE ( )

Northern District Court of
South Bend
204 S. Main St.
South Bend, IN 46601

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com® or call 800-222-1811.
■ $100.00 insurance included.


**PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO Zip Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 31406 | 3-18-23 | $ 28 75 |
| Time Accepted | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 3-17-23 4:13 PM | ☐ 10:30 AM ☐ 12:00 PM | $ | |
| | Return Receipt Fee | Live Animal Transportation Fee |
| | $ | |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
| $ | $ | $ 28 75 |
| Weight   ☒ Flat Rate | Acceptance Employee Initials |
| lbs. ozs. | asm |

☑ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| 3-18-23 | 9:35 PM | B/C |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |

LABEL 11-B, MAY 2021          PSN 7690-02-000-9996

**UNITED STATES POSTAL SERVICE®**