# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation, an Arizona nonprofit corporation,<br><br>                Plaintiff,<br>   v.<br><br>Steven Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>                Defendants. | CASE NO. 3:22-CV-395-JD-MGG |

**NOTICE OF COMPLETION OF BRIEFING ON PLAINTIFF'S MOTION TO STRIKE DOC. 91 AND DOC. 91-1 AND REQUEST FOR SANCTIONS**

The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation (the "Foundation" or "Plaintiff") hereby provides Notice to the Court that briefing has concluded on Plaintiff's Motion to Strike Doc. 91 and Doc. 91-1 and Request for Sanctions (DE 92).

Plaintiff is providing this Notice to minimize any confusion that may exist because Mr. Havel submitted a second responsive brief on March 20, 2023 (DE 96), despite Mr. Havel filing a responsive brief on March 16, 2023 (DE 94), and Plaintiff submitting its Reply on March 17, 2023 (DE 95). The Court Order dated March 9, 2023, permitted Plaintiff to have until March 29, 2023, to file a Reply, but Plaintiff's Reply was already filed before Mr. Havel's second responsive brief, and Plaintiff will not be submitting a second Reply to address Mr. Havel's unauthorized second responsive brief, which primarily consists of portions that have been lifted from Mr. Havel's first responsive brief. [DE 93 at 2]

Plaintiff is hopeful that this eliminates any confusion caused by Mr. Havel filing two responsive briefs and dispels any notion that Plaintiff has not submitted a Reply.

RESPECTFULLY SUBMITTED this 29th day of March 2023.

          */s/ Isaac S. Crum*
MESSNER REEVES LLP
Isaac S. Crum (AZ Bar #026510)
(*Pro Hac Vice*)
icrum@messner.com
Daniel L. Marks (AZ Bar #034141)
(*Pro Hac Vice*)
dmarks@messner.com
7250 N. 16th Street, Suite 410
Phoenix, Arizona 85020
Telephone: (602) 641-6705
Facsimile: (303) 623-0552

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of March 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the parties listed below.  A copy of this filing will also be sent via U.S. mail and email.

Cathy Weaver
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

Jason Bartel
N4019 Forest Drive
Hancock, WI 54943
jason_bartel@unioncab.com

Steven Robert Havel
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

/s/ Mary S. Willson