UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION



| | |
|---|---|
| THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC., | |
| Plaintiff, | |
| v. | CASE NO. 3:22-CV-395-MGG |
| STEVEN ROBERT HAVEL, et al., | |
| Defendants. | |

### MOTION TO ADD EVIDENCE REGARDING THE TRUE AND FACTUAL 'KNOWN PLACE OF BUSINESS' OF THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC.

Defendant Jason Bartel hereby moves the Court for an Order granting Defendant's request to add statements and evidence into the Court regarding the Known Place of Business of The Evolutionary Level Above Human, Inc. aka The Evolutionary Level Above Human Foundation ( Exhibit 1 ).  Defendant strongly believes that the evidence and statements presented herein will obviate the need for any Discovery in this case. Defendant will further establish a pattern of deceitful behavior on the part of Plaintiffs Mark and Sarah King as Plaintiffs have attempted to deceive Defendants and this Court concerning the Known Place of Business of Plaintiff's Foundation. The evidence presented herein directly impacts the factual and legal matters of this case and adds substantial strength to Defendant's argument that a Summary Judgment in favor of Defendants as well as awarding of all counterclaims is forthcoming in the case before this Court.

The evidence presented herein will further cement the need for the Court to name Mark

and Sarah King as Plaintiffs in this case as Plaintiffs are using a mailbox at a UPS store as the Foundation's Known Place of Business and the address of the Foundation's Statutory Agent and therefore there is no method by which legal documentation can be received by the Foundation's Statutory Agent, Mark King. Defendant will present irrefutable evidence to legitimize the claims made herein.

The Evolutionary Level Above Human, Inc. has a distinct mailing address from the d/b/a The Telah Foundation and Plaintiffs have deliberately attempted to confuse the issue of the identity and the true location of Mark and Sarah King's Foundation. Defendant will present evidence which conclusively proves that Plaintiffs Mark and Sarah King have deliberately and willfully attempted to deceive Defendants into believing that the d/b/a known as The Telah Foundation is the same entity with the legal name of The Evolutionary Level Above Human, Inc. that Mark and Sarah King used to initiate this lawsuit against Defendants.

Defendant Jason Bartel requests that hereafter the entity registered with the Arizona Corporation Commission in Exhibit 1 of Defendant's defense, The Evolutionary Level Above Human Foundation aka The Evolutionary Level Above Human, Inc., an Arizona Religious Domestic Nonprofit Corporation, be referred to as the Foundation for the duration of the case before this Court. The Evolutionary Level Above Human Inc. aka The Evolutionary Level Above Human Foundation has an 'Address' of "23623 N. Scottsdale Rd. D3-424 Scottsdale, AZ 85255' ( Exhibit 1) .

The Telah Foundation is merely the 'brand name' of The Evolutionary Level Above Human, Inc. and is not an entity Incorporated in the state of Arizona and cannot be used to

initiate any legal proceedings. Furthermore, as The Telah Foundation is not an Incorporated entity The Telah Foundation cannot file Trademark applications.

The 'Foundation' in paragraph 2 of Plaintiff's complaint is referred to as a 'nonprofit corporation' and as the n and c are not capitalized Mark and Sarah King are not referring to the Evolutionary Level Above Human Inc., an Arizona Domestic Nonprofit Corporation, in paragraph 2 of Plaintiff's complaint. Defendant pointed out in Defendant's answer to Plaintiff's complaint that,

> 'Defendant believes that Plaintiffs are trying to mislead Defendant as terms nonprofit and corporation are not capitalized when describing alleged Foundation in paragraph 2 therefore terms nonprofit and corporation do not apply to an Incorporated Nonprofit Foundation in Arizona. Defendant requests that Mark and Sarah King clarify whether or not alleged Foundation described in paragraph 2 is Incorporated in Arizona'.

Plaintiffs have yet to address the issue in paragraph 2 raised by Defendant Bartel. Furthermore, the entity named in paragraph 4 of Mark and Sarah King's complaint is allegedly the,

'Plaintiff, The Evolutionary Level Above Human, or Telah Foundation, Inc. (the "Foundation") is an Arizona 501(C)(3), Nonprofit Corporation with its principal place of business located at P.O. Box 25098, Scottsdale, AZ 85255'.

However, the Arizona Corporation Commission states that ( Exhibit 19, page 2 ),

'If you have a Corporation, the statutes indicate that your Known Place of Business must be a physical address within Arizona. For Corporations, you must use a physical street address. P.O. Boxes and personal mailboxes are not permissible'

23623 N. Scottsdale Rd. D3 Scottsdale AZ, 85255 is the address for a UPS store that offers mailbox services. ( Exhibit 20 ).  They do not offer P.O. boxes, hence the

3

D3-424 portion of the Foundation's address for the Foundation's Known Place of Business refers to box number 424 at the location of the UPS store at 23623 N. Scottsdale Rd. D3 Scottsdale, AZ 85255.

In Defendant's answer to Plaintiff's complaint Defendant stated in reference to paragraph 4 that Defendant is,

'without sufficient information to admit or deny if Telah Foundation, Inc. is a Nonprofit Corporation with its principal place of business at P.O. Box 25098 Scottsdale, AZ 85255'.

Plaintiffs Mark and Sarah King committed perjury in paragraph 4 by claiming that

'An Arizona 501 (C)(3), Nonprofit Corporation with its principal place of business located at P.O. Box 25098, Scottsdale, AZ 85255' is the 'Plaintiff' as there is no 'Arizona 501 (C)(3), Nonprofit Corporation with its principal place of business located at P.O. Box 25098, Scottsdale, AZ 85255'. Moreover, Plaintiffs have confused the issue of the location of Mark and Sarah King's Nonprofit Corporation in the Telah Foundation's trademark filings ( Exhibit 21 ). The USPTO report for The Telah Foundation's trademark filing with an application date of 10-27-2015 states that The Telah Foundation is a 'Corporation" Incorporated in 'Arizona' with an 'Address' at 'P.O. Box 25098 Scottsdale, ARIZONA UNITED STATES 85255'.

However, the 2015 Annual Report of the Arizona Corporation Commission ( Exhibit 22, page 1 ) for The

Evolutionary Level Above Human Foundation states that the address of the Domestic Nonprofit Corporation is,

'4757 E. Greenway Rd. #107B-178  Phoenix, AZ 85032'. Furthermore, the 'mailing address' of the 'statutory agent  Mark King' in the same Annual report is listed as '4757 E. Greenway Rd.

4

#107B Phoenix, AZ 85032'.

Therefore, Plaintiffs Mark and Sarah King committed perjury on Plaintiff's 10-27-2015 trademark application as the statutes for Corporations in the state of Arizona state, as per Exhibit 19, page 2, that 'P.O. boxes and personal mailboxes are not permissible' as a 'Known Place of Business' and therefore Plaintiffs did not use the Address for a Nonprofit Corporation with a legal Known Place of Business in the state of Arizona on Plaintiff's trademark application dated 10-27-2015.

The legal entity Incorporated in the state of Arizona, The Evolutionary Level Above Human, Inc. with an address of 23623 N. Scottsdale Rd. D3-424 Scottsdale, AZ 85255 ( Exhibit 1 ), is not allowed to initiate legal actions as the statutory agent, Mark King, does not have a physical address where Mark King can 'receive legal documentation on the nonprofit's behalf during normal working hours'. The previous quoted statement is per the website, chamberofcommerce.org and the article 'How To Start A Nonprofit In Arizona' ( Exhibit 23 ). d/b/a The Telah Foundation with a mailing address of P.O. Box 25098 Scottsdale, AZ 85255 is not an Incorporated entity in the State of Arizona and therefore also cannot initiate any legal actions.

As The Evolutionary Level Above Human, Inc is not allowed to initiate legal actions, much less even remain a Religious Nonprofit Corporation, based on the statutes that govern Corporations in the state of Arizona, this entire lawsuit was based on fraud from the outset. Plaintiffs Mark and Sarah King cannot plead ignorance to these facts or blame Plaintiff's Attorneys as Plaintiffs deceptive conduct fits a pattern of behavior since 1997 that Defendant

Neither entity referred to as the 'Foundation' in paragraphs 2 and 4 of Mark and Sarah King's complaint is in fact The Evolutionary Level Above Human, Inc., the Arizona Domestic Nonprofit Corporation used by Plaintiffs Mark and Sarah King to initiate this fraudulent lawsuit against Defendants. Plaintiffs have abused Mark and Sarah King's Foundation by using the Foundation's legal resources to initiate this lawsuit in which Plaintiffs could not even admit what the true location of Mark and Sarah King's Nonprofit Corporation is to this Court. Plaintiffs did not submit a single piece of evidence from the Arizona Corporation Commission into this case.

Defendant would like to remind the Court that in the initial complaint filed by Plaintiffs Mark and Sarah King the complaint stated that the civil action was being initiated by, 'The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation, an Arizona nonprofit corporation, Plaintiff,'

The Evolutionary Level Above Human, Inc. is an Arizona Religious Domestic Nonprofit Corporation that is distinct from d/b/a The Telah Foundation, an alleged Arizona nonprofit corporation, in that The Evolutionary Level Above Human, Inc. is Incorporated in the state of Arizona as a Religious Domestic Nonprofit Corporation and is the same entity described in Defendant Bartel's Exhibit 1, from the Arizona Corporation Commission's website 'Entity Information' data for The Evolutionary Level Above Human Foundation, a Domestic Nonprofit Corporation. The aforementioned Nonprofit Corporation is the same legal Incorporated entity that Defendant Bartel has requested be referred to as the Foundation in this case.

d/b/a The Telah Foundation is the 'trade name' of The Evolutionary Level Above Human Inc. or Evolutionary Level Above Human Foundation, a Religious Domestic Nonprofit

Foundation. d/b/a The Telah Foundation, an alleged Arizona nonprofit corporation, has a mailing address of P.O. Box 25098 Scottsdale, AZ ( Exhibit 24 ). As per Exhibit 1 The Evolutionary Level Above Human Foundation, a Domestic Nonprofit Corporation has an Address of 23623 N. Scottsdale Rd. D3-424 Scottsdale, AZ 85255. The Statutory Agent for The Evolutionary Level Above Human Inc. or The Evolutionary Level Above Human Foundation is listed as Mark King with an Address of 23623 N. Scottsdale Rd. D3-424 Scottsdale, AZ 85255.  However, 'Director' and 'President/CEO' Mark King as well as 'Director' and 'Secretary' Sarah King have their addresses listed as P.O. Box 25098  Scottsdale, AZ 85255 which is the same address that Plaintiffs claimed in paragraph 4 of Plaintiff's complaint to be the 'principal place of business' of Plaintiff's Foundation. As Defendant has pointed out to the Court a P.O. Box with no street address is impossible to identify as being the 'principal place of business' for the Foundation. Furthermore,  as has been pointed out in this motion before the Court an 'Arizona 501(C)(3), Nonprofit Corporation' cannot legally operate from a P.O. Box.

As Plaintiffs are using a mailbox at a UPS store it is not possible for the Foundation's Statutory Agent, Mark King, to receive legal documentation during normal working hours and Defendant prays that this Court will grant Defendant's pending motion to name Mark and Sarah King as Plaintiffs in this case due to the inability to serve Statutory Agent Mark King with legal documentation at a mailbox at a UPS store in Scottsdale, AZ. Unless Mark King has authorized the UPS store and any of the UPS store's representatives to act as an agent of the Foundation and receive legal documentation on behalf of the Foundation, Plaintiffs are in violation of the statutes of the Arizona Corporation Commission governing Nonprofit Corporations.

#107B Phoenix, AZ 85032'.

Therefore, Plaintiffs Mark and Sarah King committed perjury on Plaintiff's 10-27-2015 trademark application as the statutes for Corporations in the state of Arizona state, as per Exhibit 19, page 2, that 'P.O. boxes and personal mailboxes are not permissible' as a 'Known Place of Business' and therefore Plaintiffs did not use the Address for a Nonprofit Corporation with a legal Known Place of Business in the state of Arizona on Plaintiff's trademark application dated 10-27-2015.

The legal entity Incorporated in the state of Arizona, The Evolutionary Level Above Human, Inc. with an address of 23623 N. Scottsdale Rd. D3-424 Scottsdale, AZ 85255 ( Exhibit 1 ), is not allowed to initiate legal actions as the statutory agent, Mark King, does not have a physical address where Mark King can 'receive legal documentation on the nonprofit's behalf during normal working hours'.  The previous quoted statement is per the website, chamberofcommerce.org and the article 'How To Start A Nonprofit In Arizona' ( Exhibit 23 ). d/b/a The Telah Foundation with a mailing address of P.O. Box 25098 Scottsdale, AZ 85255 is not an Incorporated entity in the State of Arizona and therefore also cannot initiate any legal actions.

As The Evolutionary Level Above Human, Inc is not allowed to initiate legal actions, much less even remain a Religious Nonprofit Corporation, based on the statutes that govern Corporations in the state of Arizona, this entire lawsuit was based on fraud from the outset. Plaintiffs Mark and Sarah King cannot plead ignorance to these facts or blame Plaintiff's Attorneys as Plaintiffs deceptive conduct fits a pattern of behavior since 1997 that Defendant

King as Plaintiffs in this case and effect service on Mark and Sarah King so that Plaintiffs cannot continue to use Plaintiff's Foundation to persecute Defendants and to deceive this Court and the Arizona Corporation Commission.

Defendant further prays that this Court will notify the Arizona Attorney General's Office of Mark and Sarah King's deceptive conduct in this case and Plaintiff's abuse of Mark and Sarah King's Religious Nonprofit Foundation Incorporated in the state of Arizona..

Plaintiffs have used Mark and Sarah King's Foundation as a vehicle to persecute those whom Plaintiffs feel have defied Mark and Sarah King and Plaintiff's twenty-five years plus of deceptions involving Plaintiff's Foundation have been well documented by Defendant Jason Bartel in the case before this Court. Defendant strongly believes that there is no need to prolong this case any further as the factual and legal matters have been well established and the evidence against Mark and Sarah King is irrefutable. Plaintiffs requests for a Preliminary Injunction and emergency sanctions from Defendant Havel are delaying tactics that are unnecessarily prolonging this case. Defendant Bartel has conclusively proven that the Foundation's copyright and trademark registrations were obtained fraudulently in Defendant's Motion To Cancel All Of The Evolutionary Level Above Human, Inc's. D/B/A The Telah Foundation's Registered Copyrights And Trademark Registrations. Plaintiffs were denied all rights to the intellectual property registered for copyrights and a trademark by the Foundation in 1997 in Judge Lisa Guy-Schall's February of 1999 Ruling of Decision in a California Superior Court ( Exhibit 11 ).