Jason Bintzel
N4019 Forest Dr.
Hancock, WI 54943





U.S. POSTAGE PAID
PM
MONONA, WI
53716
APR 24, 23
AMOUNT
$9.85
R2304H109498-16
RDC 04    46601

U.S. District Court
Att: Clerk of Court
204 S. Main St.
South Bend, IN
46601



PRIORITY MAIL
TRACKED INSURED
UNITED STATES POSTAL SERVICE
For Domestic and International Use    Label 107R, May 2014

EXPECTED DELIVERY DAY: 04/27/23
USPS TRACKING® #



9505 5111 5142 3114 8121 59