# EXHIBIT 19

Excerpt from the Arizona Corporation Commission's FAQ page



(/) ACC (/)

Corporation-Commission/236191902948)

(https://twitter.com/corpcommaz/)

(https://www.youtube.com/channel/UCwwos7UAAuZ)

(https://www.instagram.com/arizonacorporationcommi

(https://www.linkedin.com/company/arizona-corporation-commission?trk=company_logo)

## Corporations Division (/corporations)

### General Questions

Expand all

How and where do I submit documents for filing?

Why won't A.C.C. staff help me fill out my form?

What form do I file?

Do I have to use the A.C.C. forms?

What is the cost or fee to file documents?

Are fees refundable?

What payment methods are acceptable?

What is a money-on-deposit ("MOD") account?

How long will it take to process my document?

What is the difference between a corporation and a limited liability company?

How do I get an EIN or TIN?

**My business is only on the internet - what address do I use for the principal address or known place of business?**

For LLCs, the location of your business is referred to as the "Principal Address." For Corporations, the location of your business is referred to as the "Known Place of Business."

USDC AND case 3:22-cv-00395-MCC document 102-1 filed 04/24/23, page 3 of 22

If you have an internet based business, you will need to give consideration to which address you use. Please be aware that your Principal Address is a public record and is viewable online. Therefore, you may want to consider using an address different from your home address if you have an internet based business and if you are not comfortable using your home address as a public record. If you have an internet business, you may consider using a P.O. Box or the address of your Statutory Agent, if permissible.

If you have a Corporation, the statutes indicate that your Known Place of Business must be a physical address within Arizona. For Corporations, you must use a physical street address. P.O. Boxes and personal mailboxes are not permissible. Please be aware that your Known Place of Business address is a public record and is viewable online. Therefore, in the event that you have an internet based company and you are not comfortable using your home address as a public record, you may want to consider using the physical street address of your Statutory Agent, if permissible.

Will my name and address be viewable by the public?

Do I have to publish my document?

Where do I publish a document?

What do I do with the Affidavit of Publication from the newspaper?

How do I correct an error in a document?

The A.C.C. misspelled my information - how do I get that corrected?

My business was administratively dissolved - what do I do?

My company is out of business - should I let the business be administratively dissolved?

How can I serve an entity?

How can I get a W-9 from the Arizona Corporation Commission?

## Statutory Agents

Expand all

What is a statutory agent?

Who can be a statutory agent?

Does the statutory agent have to sign anything?

How do I appoint a different statutory agent?

How does a statutory agent resign?

How do I change the statutory agent's address?

## Entity Names

Expand all



# EXHIBIT 20

A UPS store in Scottsdale, AZ that is the 'Known Place of Business' of
The Evolutionary Level Above Human, Inc. and the address of Statutory
Agent Mark King

USDC IN/ND case 3:22-cv-00395-MGG   document 102-1   filed 04/27/23   page 5 of 22



| Ask us anything about The UPS Store N Scott | 🔍 |

The UPS Store    Mailbox Services

# Mailbox Services
## The UPS Store N Scottsdale Rd and Pinnacle Peak Rd

Don't settle for a PO Box; with private mailbox services from The UPS Store N Scottsdale Rd and Pinnacle Peak Rd, you'll get a real street address, package acceptance from all carriers and quick and easy access to your mail and deliveries, kept in a secure location. Sign up today for your mailbox from The UPS Store location at 23623 N Scottsdale Rd D3.

- A real street address
- Package acceptance from all carriers
- Package and mail receipt notifications
- Mail holding and forwarding

- Call-In mail check
- 24-hour access (at participating locations)
- Key Savings Card™

**Get your real street address today!**

Let us handle all of your mail and package receiving.

Contact Us

Download Mailbox Agreement

Don't settle for a PO Box; get a private mailbox with a real street address.

# EXHIBIT 21

USPTO Trademark Filing for The Telah Foundation

# The Telah Foundation

## USPTO Trademark & Patent Filings

Trademark applications and grants for The Telah Foundation. The Telah Foundation has 1 trademark applications. The latest application filed is for "HEAVEN'S GATE"

ⓘ ✕

## Agrace Day Center

Oper

Agrace Adult Day Center

### Company Profile

| | |
|---|---|
| Company Aliases<br>• The Telah Foundation<br>• foundation telah | |
| State Incorporated | ARIZONA |
| Entity Type | CORPORATION |
| Address | P.O. Box 25098 Scottsdale, ARIZONA UNITED STATES 85255 |

*profile and listings may contain filings by different individuals or companies with the same name. Review application materials to confirm ownership/assignment.

### Call Us for Details
We Are Your Trusted Source for Your Branding Needs. Husky Branding Irons

### Trademark Applications

| Mark Image | Registration \| Serial | Trademark | Application Date |
|---|---|---|---|
|  (/TM/86800264) | 5148959  86800264 | HEAVEN'S GATE(/TM/86800264) | 2015-10-27 |

© 2023 USPTO.report | Privacy Policy (/privacy_policy.php) | Resources (/resources/) | 🔊 (/tm.rss) | 🐦 (https://twitter.com/trademarktrader)

# EXHIBIT 22

2015 Annual Report for The Evolutionary Level Above Human
Foundation by the State Of Arizona Corporation Commission

 

**STATE OF ARIZONA**
E-FILED
**CORPORATION COMMISSION**
**CORPORATION ANNUAL REPORT**
**& CERTIFICATE OF DISCLOSURE**

05028266

**DUE ON OR BEFORE** 05/23/2015          **FILING FEE** $10.00

PLEASE READ ALL INSTRUCTIONS. The following information is required by A.R.S. §§10-1622 & 10-11622 for all corporations organized pursuant to Arizona Revised Statutes, Title 10. The Commission's authority to prescribe this form is A.R.S. §§10-121(A) & 10-3121(A). YOUR REPORT MUST BE SUBMITTED ON THIS ORIGINAL FORM. Make changes or corrections where necessary. Information for the report should reflect the current status of the corporation.

-0819485-1
1.    THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION
      4757 E GREENWAY RD #107B-178
      PHOENIX, AZ  85032

Business Phone: _____   (Business phone is optional.)
State of Domicile: ARIZONA         Type of Corporation: NON-PROFIT

2.    Statutory Agent: MARK KING              Statutory Agent's Street or Physical Address:
      Mailing Address: 4757 E GREENWAY RD #107B    Physical Address:
      City, State, Zip: PHOENIX, AZ  85032         City, State, Zip: AZ

| ACC USE ONLY | |
|---|---|
| Fee | $ 10.00 |
| Penalty | $ 0.00 |
| Reinstate | $ 0.00 |
| Expedite | $ _____ |
| Resubmit | $ _____ |

*If appointing a new statutory agent, the new agent MUST consent to that appointment by signing below. Note that the agent address must be in Arizona.*
I, (individual) or We, (corporation or limited liability company) having been designated the new Statutory Agent, do hereby consent to this appointment until my removal or resignation pursuant to law.

_____
Signature of *new* Statutory Agent

_____
Printed Name of *new* Statutory Agent

3.    **Secondary Address:**

      (Foreign Corporations are **REQUIRED**
      to complete this section.)

4.    CHARACTER OF BUSINESS

      RELIGIOUS

Received: 04/15/2015 16:36

AR:0046
Rev. 12/2008

Arizona Corporation Commission
Corporations Division

USDC IN/ND case 3:22-cv-00395-MGG   document 103-1   filed 04/27/23   page 10 of 22

## 5. CAPITALIZATION:   (For-profit Corporations and Business Trusts are REQUIRED to complete this section.)

Business trusts must indicate the number of transferable certificates held by trustees evidencing their beneficial interest in the trust estate.

**5a.** Please examine the corporation's original Articles of Incorporation for the amount of **shares authorized**.

Number of Shares/Certificates **Authorized**          Class                    Series Within Class (if any)

**5b.** Review all corporation amendments to determine if the original number of shares has changed.  Examine the corporation's minutes for the number of **shares issued**.

Number of Shares/Certificates **Issued**              Class                    Series Within Class (if any)

## 6. SHAREHOLDERS:   (For-profit Corporations and Business Trusts are REQUIRED to complete this section.)

List shareholders holding more than 20% of any class of shares issued by the corporation, or having more than a 20% beneficial interest in the corporation.

NONE

## 7. OFFICERS

    Name:  MARK KING                          Name:  SARAH KING
    Title: PRESIDENT/CEO                       Title: SECRETARY
    Address:  4757 E GREENWAY RD #107B         Address:  4757 E GREENWAY RD #107B
              PHOENIX, AZ   85032                        PHOENIX, AZ   85032
    Date Taking Office: 09/23/1997             Date Taking Office: 09/23/1997


    Name:  DAVE GOETZINGER                     Name:
    Title: VICE-PRESIDENT                      Title:
    Address:  4757 E GREENWAY RD #107B         Address:
              PHOENIX, AZ   85032              Date Taking Office:
    Date Taking Office: 09/23/1997

## 8. DIRECTORS

    Name:  MARK KING                          Name:  SARAH KING
    Address:  4757 E GREENWAY RD #107B         Address:  4757 E GREENWAY RD #107B
              PHOENIX, AZ   85032                        PHOENIX, AZ   85032
    Date Taking Office: 09/23/1997             Date Taking Office: 09/23/1997


    Name:  DAVE GOETZINGER                     Name:
    Address:  4757 E GREENWAY RD  #107B-178    Address:
              PHOENIX, AZ   85032              Date Taking Office:
    Date Taking Office: 1/1/2015

2

**9. FINANCIAL DISCLOSURE (A.R.S. §10-11622(A)(9))**

**Nonprofits** – if your annual report is due on or before September 25, 2008, you **must attach** a financial statement (e.g. income/expense statement, balance sheet including assets, liabilities). If your nonprofit annual report is due after September 25, 2008, a financial statement is not required. **Cooperative marketing associations** must in all cases submit a financial statement. All other forms of corporations are exempt from filing a financial statement no matter what date the annual report was due.

**ONLY NONPROFIT CORPORATIONS MUST ANSWER THIS QUESTION:**

**9A. MEMBERS (A.R.S. §10-11622(A)(6))**          This corporation **DOES** ☒ **DOES NOT** ☐ have members.

**10. CERTIFICATE OF DISCLOSURE (A.R.S. §§ 10-202(D), 10-3202(D), 10-1622(A)(8) & 10-11622(A)(7))**

A. Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or holds more than 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest in the corporation been:

1. Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven year period immediately preceding the execution of this certificate?
2. Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the seven year period immediately preceding execution of this certificate?
3. Subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven year period immediately preceding execution of this certificate where such injunction, judgment, decree or permanent order involved the violation of:
    (a) fraud or registration provisions of the securities laws of that jurisdiction, or
    (b) the consumer fraud laws of that jurisdiction, or
    (c) the antitrust or restraint of trade laws of that jurisdiction?

**One box must be marked:   YES ☐   NO ☒**

If "YES" to A, the following information **must be submitted** as an attachment to this report for each person subject to one or more of the actions stated in Items 1 through 3 above.

1. Full birth name.
2. Full present name and prior names used.
3. Present home address.
4. All prior addresses for immediately preceding 7 year period.
5. Date and location of birth.
6. The nature and description of each conviction or judicial action; the date and location; the court and public agency involved; and the file or cause number of the case.

B. Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or holds over 20% of the issued and outstanding common shares, or 20% of any other proprietary, beneficial or membership interest in the corporation, served in any such capacity or held a 20% interest in any other corporation on the bankruptcy or receivership of that other corporation?

**One box must be marked:   YES ☐   NO ☒**

If "YES" to B, the following information **must be submitted** as an attachment to this report for each corporation subject to the statement above.
    (a) Name and address of each corporation and the persons involved.
    (b) State(s) in which it:  (i) was incorporated and   (ii) transacted business.
    (c) Dates of corporate operation.

**11. STATEMENT OF BANKRUPTCY OR RECEIVERSHIP (A.R.S. §§ 10-1623 & 10-11623)**

A. Has the **corporation** filed a petition for bankruptcy or appointed a receiver?   **One box must be marked:   YES ☐   NO ☒**
If "Yes" to A, the following information **must be submitted** as an attachment to this report:
1. All officers, directors, trustees and major stockholders of the corporation within one year of filing the petition for bankruptcy or the appointment of a receiver. If a major stockholder is a corporation, the statement shall list the current president, chairman of the board of directors and major stockholders of such corporate stockholder. "Major stockholder" means a shareholder possessing or controlling twenty per cent of the issued and outstanding shares or twenty per cent of any proprietary, beneficial or membership interest in the corporation.

2. Whether any such person has been an officer, director, trustee or major stockholder of any other corporation within one year of the bankruptcy or receivership of the other corporation. If so, for each such corporation give:
    (a) Name and address of each corporation;
    (b) States in which it:  (i) was incorporated and   (ii) transacted business.
    (c) Dates of operation.

**12. SIGNATURES:**   | Annual Reports must be signed and dated by at least one duly authorized officer or they will be rejected. |

I declare, under penalty of perjury, that all corporate income tax returns required by Title 43 of the Arizona Revised Statutes have been filed with the Arizona Department of Revenue. I further declare under penalty of perjury that I (we) have examined this report and the certificate, including any attachments, and to the best of my (our) knowledge and belief they are true, correct and complete.

Name  MARK KING                              Date  04/15/2015

Signature  MARK KING

Title  PRESIDENT/CEO

(Signator(s) must be duly authorized corporate officer(s) listed in section 7 of this report.)

# EXHIBIT 23

Excerpt from chamberofcommerce.org How To Start A Nonprofit In Arizona

## 2. Nominate an Arizona registered agent

Every Arizona nonprofit organization must nominate a registered or statutory agent. The statutory agent is also referred to as a resident agent or service of process agent.

This is because they are tasked with receiving all legal and official documentation from the state on the nonprofit's behalf. Ultimately, the Arizona statutory agent is your business's point of contact with the state.

When nominating the statutory agent in Arizona, they must meet the following requirements:

- The nominated statutory agent must be a resident of Arizona

- The registered agent must be authorized to transact business in Arizona

- The registered agent must be over the age of 18

- The registered agent must have a physical address or street address and not just a P.O. Box address

- The nominated registered agent must also remain available to receive legal documentation on the nonprofit's behalf during normal working hours

- The Arizona service of process agent must consent to the appointment

https://www.chamberofcommerce.org/nonprofit/arizona

# EXHIBIT 24

Pages from reddit.com regarding The Telah Foundation's mailing address at P.O. Box 25098  Scottsdale, AZ  85255



🔍 🔴 r/LPOTL ⊗ Search Reddit          💬 🔔 ➕ 📢 Advertise

r/LPOTL

**Posts**

Posted by u/[deleted] 2 years ago

## Got our tapes in the mail just in time for the holidays 🛸🎄🕎✨



💬 35 Comments    ↗ Share    •••

◯ u/TradeStation · Promoted

Meet TradeStation, the award-winning brokerage you've never heard of. For 40 years we've





tradestation.com                                              Learn More

🔴 👁 ⌄        🔍 🔴 ⊗  Search Reddit        💬 🔔 ➕ 📢 Advertise

Comment as Forsaken-Coconut6796

GIF  **B**  *i*  🔗  ~~S~~  ‹C›  A^  ⊘      T͏T  ☰  •••        **Markdown Mode**   Comment

---

Sort By: Best ⌄  |  🔍 Search comments

**ieatballz69** · 2 yr. ago
Long Fat Man

Oh. My. God. WHERE DID YOU GET THOSE!?

⬆ 86 ⬇   💬 Reply  Share  •••

> [deleted] · 2 yr. ago
>
> You send 5$ to:
>
> Telah
>
> P.O. Box 25098
>
> Scottsdale, AZ 85255
>
> I got the tapes in the mail really quickly after sending off the money.
>
> Happy Holidays 🍃
>
> ⬆ 86 ⬇   💬 Reply  Share  •••

> > [deleted] · 2 yr. ago
> >
> > Their super outdated (but still active) website is worth a visit
> >
> > ⬆ 47 ⬇   💬 Reply  Share  •••

**catchthemouse** · 2 yr. ago

# EXHIBIT 25

1/25/22 Statement of Change with the Arizona Corporation Commission for The Evolutionary Level Above Human Foundation

# STATEMENT OF CHANGE

## OF KNOWN PLACE OF BUSINESS, PRINCIPAL OFFICE ADDRESS OR STATUTORY AGENT

### ENTITY INFORMATION

**ENTITY NAME:**       THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION
**ENTITY ID:**        08194851
**ENTITY TYPE:**       Domestic Nonprofit Corporation

### STATUTORY AGENT INFORMATION

**STATUTORY AGENT NAME:**    MARK KING
**PHYSICAL ADDRESS:**      23623 N Scottsdale Rd D3-424, SCOTTSDALE, AZ 85255
**MAILING ADDRESS:**

### KNOWN PLACE OF BUSINESS

Att: TELAH, 7402 E SAND HILLS RD , SCOTTSDALE, AZ 85255

### PRINCIPAL OFFICE ADDRESS

### SIGNATURE

President/CEO: Mark King - 01/25/2022

# EXHIBIT 26

2022 Annual Report for The Evolutionary Level Above Human
Foundation with the Arizona Corporation Commission

# 2022 ANNUAL REPORT

## ENTITY INFORMATION

**ENTITY NAME:** THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION
**ENTITY ID:** 08194851
**ENTITY TYPE:** Domestic Nonprofit Corporation
**CHARACTER OF BUSINESS:** RELIGIOUS
**AUTHORIZED SHARES:**
**ISSUED SHARES:**

## STATUTORY AGENT INFORMATION

**STATUTORY AGENT NAME:** MARK KING
**PHYSICAL ADDRESS:** 23623 N Scottsdale Rd D3-424, SCOTTSDALE, AZ 85255
**MAILING ADDRESS:**

## KNOWN PLACE OF BUSINESS

Att: TELAH, 23623 N Scottsdale Rd D3-424, SCOTTSDALE, AZ 85255

## PRINCIPAL OFFICE ADDRESS

## PRINCIPAL INFORMATION

Director: MARK KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997
Director: SARAH KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997
President/CEO: MARK KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997
Secretary: SARAH KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997

## SIGNATURE

President/CEO: Mark King - 02/23/2022

# EXHIBIT 27

2023 Annual Report for The Evolutionary Level Above Human Foundation with the Arizona Corporation Commission

# 2023 ANNUAL REPORT

## ENTITY INFORMATION

| | |
|---|---|
| **ENTITY NAME:** | THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION |
| **ENTITY ID:** | 08194851 |
| **ENTITY TYPE:** | Domestic Nonprofit Corporation |
| **CHARACTER OF BUSINESS:** | Other - RELIGIOUS |
| **AUTHORIZED SHARES:** | |
| **ISSUED SHARES:** | |

## STATUTORY AGENT INFORMATION

| | |
|---|---|
| **STATUTORY AGENT NAME:** | MARK KING |
| **PHYSICAL ADDRESS:** | 23623 N Scottsdale Rd D3-424, SCOTTSDALE, AZ 85255 |
| **MAILING ADDRESS:** | |

## KNOWN PLACE OF BUSINESS

Att: TELAH, 23623 N Scottsdale Rd D3-424, SCOTTSDALE, AZ 85255

## PRINCIPAL OFFICE ADDRESS

## PRINCIPAL INFORMATION

Director: MARK KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997

Director: SARAH KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997

President/CEO: MARK KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997

Secretary: SARAH KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997

## SIGNATURE

President/CEO: Mark King - 02/22/2023