Jason Bartel
N4019 Forest Dr.
Hancock, WI 54943



U.S. POSTAGE PAID
PM
MONONA, WI
53716
APR 25, 23
AMOUNT
$9.85
R2304H109498-16



U.S. District Court
Att: Clerk of Court
204 S. Main St.
South Bend, IN
46601

EXPECTED DELIVERY DAY: 04/28/23
USPS TRACKING® #

9505 5111 5142 3115 8135 13