# EXHIBIT 1

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 86800264
Filing Date: 10/27/2015

NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT16\IMAGEOUT16\868\002\86800264\xml1\ FTK0002.JPG |
| *SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | Heaven's Gate |
| *COLOR MARK | NO |
| *COLOR(S) CLAIMED (If applicable) | |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of Heaven's running horizontally with the letter "A" in the middle of a keyhole. Gate runs vertically in that keyhole and that letter "A" is shared by both words. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 456 x 347 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | The Telah Foundation |
| *STREET | 4757 E Greenway Rd #107B-178 |
| *CITY | Phoenix |
| *STATE (Required for U.S. applicants) | Arizona |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 85032 |
| PHONE | REDACTED |
| FAX | |
| EMAIL ADDRESS | XXXX |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

| LEGAL ENTITY INFORMATION | |
|---|---|
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | Arizona |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Digital media, namely, **video tapes and DVDs** featuring **religious and spiritual information** |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 07/01/1996 |
| FIRST USE IN COMMERCE DATE | At least as early as 07/01/1996 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\868\002\86800264\xml1\ FTK0003.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT 16\868\002\86800264\xml1\ FTK0004.JPG |
| SPECIMEN DESCRIPTION | digital images of products currently used in commerce |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| MISCELLANEOUS STATEMENT | We have previously applied and received a Service Mark on this word and logo many years ago and were not informed it had expired. Registration number 2221463. |
| **CORRESPONDENCE INFORMATION** | |
| *NAME | The Telah Foundation |
| *STREET | 4757 E Greenway Rd #107B-178 |
| *CITY | Phoenix |
| *STATE (Required for U.S. applicants) | Arizona |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 85032 |
| PHONE | REDACTED |
| FAX | |
| *EMAIL ADDRESS | rep@heavensgate.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Plus |

| NUMBER OF CLASSES | 1 |
| --- | --- |
| FEE PER CLASS | 225 |
| *TOTAL FEE PAID | 225 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Mark King/ |
| * SIGNATORY'S NAME | Mark King |
| * SIGNATORY'S POSITION | President |
| SIGNATORY'S PHONE NUMBER | REDACTED |
| * DATE SIGNED | 10/26/2015 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86800264**
**Filing Date: 10/27/2015**

## To the Commissioner for Trademarks:

**MARK:** Heaven's Gate (stylized and/or with design, see mark)

The literal element of the mark consists of Heaven's Gate.
The mark consists of Heaven's running horizontally with the letter "A" in the middle of a keyhole. Gate runs vertically in that keyhole and that letter "A" is shared by both words.
The applicant, The Telah Foundation, a corporation of Arizona, having an address of
   4757 E Greenway Rd #107B-178
   Phoenix, Arizona 85032
   United States


requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
   International Class 009:  Digital media, namely, video tapes and DVDs featuring religious and spiritual information

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 009, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 07/01/1996, and first used in commerce at least as early as 07/01/1996, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) digital images of products currently used in commerce.
Specimen File1
Specimen File2


**Miscellaneous Statement**
We have previously applied and received a Service Mark on this word and logo many years ago and were not informed it had expired. Registration number 2221463.


The applicant's current Correspondence Information:
   The Telah Foundation
   4757 E Greenway Rd #107B-178
   Phoenix, Arizona 85032
   REDACTED

   rep@heavensgate.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /Mark King/   Date Signed: 10/26/2015
Signatory's Name: Mark King
Signatory's Position: President


RAM Sale Number: 86800264
RAM Accounting Date: 10/27/2015

Serial Number: 86800264
Internet Transmission Date: Tue Oct 27 10:25:52 EDT 2015
TEAS Stamp: USPTO/FTK-XX.XXX.XXX.XXX-201510271025529
34239-86800264-540d5c6d5faeeaa681334e1e1
46df263cfa6249de74ed6fb0b5f6c045c782-DA-
11924-20151026193315077286





