Signature Page for Defendant Jason Bartel's Motion To ADD Evidence Regarding Plaintiff's Corporate Disclosure Statement In order To Identify The True And Legal Name of Mark King And Sarah King's Arizona Religious 501(c)(3) Nonprofit Corporation

Jason Bartel
5/19/23

-FILED-
MAY 22 2023
At_____M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Signature Page for Defendant Jason Bartel's Motion To Cancel All of The Telah Foundation's 1997 Registered Copyrights And Trademark Registration Number 5148959

*Jason Bartel*

5/19/23

-FILED-
MAY 22 2023
At _____ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

USDC IN/ND case 3:22-cv-00395-MGG   document 104   filed 05/22/23   page 3 of 5

Signature Page For Defendant Jason Bartel's Motion To Amend Defendant's Counterclaim And Motion To Name Mark And Sarah King As Plaintiffs And Counter Defendants And Effect Service On Plaintiffs And Further Amend Any And All References To Mark And Sarah King In The Case Before This Court

*[signature]*
5/19/23

-FILED-
MAY 22 2023
At _____ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Jason Bartel
N4019 Forest Dr
Hancock, WI
54943

U.S. District Court Clerk
204 S. Main St.
South Bend, IN
46601

PRIORITY® MAIL

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

UNITED STATES POSTAL SERVICE®

RDC 04

46601

U.S. POSTAGE PAID
PM
MADISON, WI
53714
MAY 19, 23
AMOUNT

$9.65

R2303S102608-6

EXPECTED DELIVERY DAY: 05/22/23

USPS TRACKING® #

9505 5124 8710 3139 9824 00

EP14H July 2022 Outer Dimension: 10 x 5

