UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC.,

Plaintiff,

v.

STEVEN ROBERT HAVEL, et al.,

Defendants.

CASE NO. 3:22-CV-395-MGG



## MOTION TO AMEND DEFENDANT"S COUNTERCLAIM AND MOTION TO NAME MARK AND SARAH KING AS PLAINTIFFS AND COUNTER DEFENDANTS AND EFFECT SERVICE ON PLAINTIFFS AND FURTHER AMEND ANY AND ALL REFERENCES TO MARK AND SARAH KING IN THE CASE BEFORE THIS COURT

Defendant Jason Bartel hereby moves the Court for an Order granting Defendant's request to amend Defendant's Counterclaim, Defendant's Motion To Name Mark And Sarah King As Plaintiffs And Effect Service On Plaintiffs and any and all references to 'Mark and Sarah King' in the case before this Court.

Defendant requests that the Counter Defendants in Counter Plaintiff Jason Bartel's Counterclaim be amended from naming 'Mark and Sarah King' to name 'Mark King and Sarah King' as the Counter Defendants in Counter Plaintiff Bartel's Counterclaim. Defendant requests that any and all references to 'Mark and Sarah King' in Counter Plaintiff Bartel's Counterclaim be amended to name 'Mark King and Sarah King' rather than the incorrect and inaccurate description of 'Mark and Sarah King'. Defendant further requests that Defendant's Motion To Name 'Mark and Sarah King' as Plaintiffs And Counter Defendants And Effect Service On

\

Plaintiffs be amended from naming 'Mark and Sarah King' as Plaintiffs to naming 'Mark King' and 'Sarah King' as Plaintiffs and Counter Defendants in Defendant Jason Bartel's Motion To Name 'Mark And Sarah King' As Plaintiffs And Counter Defendants And Effect Service On Plaintiffs.

Defendant further requests that any and all references that Defendant has made in the case before this Court to 'Mark and Sarah King' be amended to name and read as 'Mark King' and 'Sarah King', two distinct natural persons, rather than Defendant's erroneous description of the two distinct natural persons as 'Mark and Sarah King'.

Defendant sincerely apologizes to the Court for continually making the same mistake of referring to the two two distinct natural persons, 'Mark King' and 'Sarah King', as 'Mark and Sarah King'. Defendant humbly requests that the Court allow Defendant's answer to Mark King and Sarah King's complaint be amended to replace any and all references to 'Mark and Sarah King' with the names of two distinct natural persons, 'Mark King' and 'Sarah King'. Defendant further requests that any and all motions, responses and any and all documents that Defendant Jason Bartel has submitted to the Court have all references to 'Mark and Sarah King' be amended and replaced with the more accurate description, 'Mark King and Sarah King', two distinct natural persons.

If the Court prefers Defendant will replace the inaccurate nomenclature 'Mark and Sarah King' with the correct nomenclature of 'Mark King and Sarah King' on any and all of Defendant's submissions to the Court that the Court deems necessary to be re-submitted. Defendant will re-submit Defendant's Counterclaim, Motion To Name Mark and Sarah King As Plaintiffs And Counter Defendants And Effect Service On Plaintiffs and any other documents submitted



by Defendant with references to 'Mark and Sarah King' if the Court prefers that course of action rather than granting Defendant's present Motion before the Court. Defendant apologizes for wasting the Court's time with these errors and Defendant's prior errors involving Defendant's lack of a signature on multiple documents submitted by Defendant Bartel.

In Defendant defense, the Plaintiffs, Mark King and Sarah King, have filed a fraudulent and frivolous lawsuit and Defendant should never have been put in the position of having to defend Defendant Jason Bartel against the false claims made by Mark King and Sarah King. The Court should not have had the Court's time and resources wasted on a case based on fraud, lies and vindictiveness. Defendant is submitting two concurrent motions that will clearly and demonstrably prove that Mark King and Sarah King's lawsuit was based on fraud and deceit from start to finish and that Mark King and Sarah King are the Plaintiffs in the case before this Court as no natural and/or legal person or persons has been designated as Plaintiff in the case before this Court as Defendant Bartel will conclusively prove in one of Defendant's concurrent Motions before the Court.