UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE
HUMAN, INC.,

    Plaintiff,

v.

STEVEN ROBERT HAVEL, et al.,

    Defendants.

CASE NO. 3:22-CV-395-MGG

## MOTION TO CANCEL ALL OF THE TELAH FOUNDATION'S 1997 REGISTERED COPYRIGHTS AND TRADEMARK REGISTRATION NUMBER 5148959

Defendant Jason Bartel hereby moves the Court for an Order granting the cancellation of 'The Telah Foundation's' 1997 registered copyrights and trademark registration number 5148959. This motion will serve as a replacement for Defendant's previous MOTION TO CANCEL ALL OF THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC.'S, D/B/A THE TELAH FOUNDATION'S, REGISTERED COPYRIGHTS AND TRADEMARK REGISTRATIONS.

The Evolutionary Level Above Human, Inc. does not exist as an Arizona Nonprofit Corporation as per Defendant's concurrent MOTION TO ADD EVIDENCE REGARDING PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT IN ORDER TO IDENTIFY THE TRUE AND LEGAL NAME OF MARK KING AND SARAH KING'S ARIZONA RELIGIOUS 501(C)(3) NONPROFIT CORPORATION. Therefore, Defendant's pending Motion to cancel all of 'The Evolutionary Level Above Human, Inc's' copyright and trademark registrations is

moot as Mark King and Sarah King did not register any copyrights and trademarks in the name of the fictional entity/legal person, 'The Evolutionary Level Above Human, Inc.'

Defendant will demonstrate that all of the copyright registrations that are alleged to be owned by Plaintiffs were in fact registered by the d/b/a of Mark King and Sarah King's Foundation, an Arizona Religious Nonprofit Corporation with the 'true name' of The Evolutionary Level Above Human Foundation.

The majority of Plaintiff's copyrights registrations were registered by the alleged d/b/a of an alleged Arizona Nonprofit Corporation that was not Incorporated when Mark King and Sarah King registered multiple copyrights in 1997 ( Exhibit 28, pages 3-10). Furthermore, even after The Evolutionary Level Above Human Foundation was Incorporated in the state of Arizona on September 23, 1997, Plaintiffs again used 'The Telah Foundation' to register a copyright for 'The Audiotape Library Of Heaven's Gate By Ti And Do' on October 27, 1997 ( Exhibit 28, pages 1-2 ).

Defendant Bartel has drafted the present motion to address recently discovered facts as Plaintiffs Mark King and Sarah King did not register any copyrights in the name of The Evolutionary Level Above Human Foundation, an Arizona Religious Nonprofit Corporation, Incorporated on September 23, 1997 ( Exhibit 1, page 1 ). Plaintiffs have registered two trademarks with the Foundation, an Arizona Religious Nonprofit Corporation that is the same 'entity' described in Exhibit 1, page 1 of Defendant Bartel's defense, The Evolutionary Level Above Human Foundation,

Defendant Bartel mistakenly believed that the Foundation's 1997 copyright registrations, four of which are mentioned in paragraphs 15 through 18 of Plaintiff's complaint, were assigned to the Arizona Religious Nonprofit Corporation that was Incorporated on September,

23, 1997 ( Exhibit 1, page 1 ), The Evolutionary Level Above Human Foundation. Defendant was also mistaken in believing that the alleged Plaintiff in the case before this Court, The Evolutionary Level Above Human, Inc., was an Arizona Nonprofit Corporation. Defendant was further mistaken in believing that the alleged Plaintiff, The Evolutionary Level Above Human, Inc., had registered multiple copyrights in 1997 and three trademarks in 2010 and 2015.

Defendant now is aware that The Evolutionary Level Above Human, Inc. is a non-existent entity/legal person and The Evolutionary Level Above Human, Inc. does not have any copyrights or trademarks registered with the alleged Plaintiff's name.

The Evolutionary Level Above Human Foundation, Inc. was the Plaintiff in the Federal Court case that Defendant Bartel submitted to the Court as Exhibit 18. Mark King and Sarah King's names are in the Plaintiff field on page 1 of Exhibit 18 along with the 'true name' of Plaintiff's Foundation, The Evolutionary Level Above Human Foundation, which has been the 'true name' of Mark King and Sarah King's Arizona Religious Nonprofit Corporation since September 23, 1997 ( Exhibit 29 )

The Federal case in Exhibit 18 states dba The Telah Foundation in the Plaintiff field after The Evolutionary Level Above Human Foundation, Inc. ( Exhibit 18, page 1 ). In the case before this Court d/b/a The Telah Foundation is in the 'Plaintiff' field on page 1 of Mark King and Sarah King's complaint. d/b/a 'The Telah Foundation' is an alleged 'Arizona nonprofit corporation' as per page 1 of Plaintiff's complaint.  Therefore, 'The Telah Foundation' is acknowledged by Plaintiffs as the d/b/a, 'trade name', 'brand name', 'alias', or 'fictitious name of Mark King and Sarah King's Arizona Nonprofit Corporation, The Evolutionary Level Above Human Foundation, an Arizona Religious Nonprofit Corporation. As d/b/a The Telah Foundation is acknowledged by Plaintiffs to

be an 'Arizona nonprofit corporation', therefore, 'The Telah Foundation' cannot be an Arizona Nonprofit Corporation.

This is further proof that Plaintiff's Foundation, The Evolutionary Level Above Human Foundation, Inc., is the 'alter ego' of Mark King and Sarah King. Moreover, Mark King and Sarah King have known since 1997 that the 'trade', 'brand' or 'fictitious' name that is 'The Telah Foundation' is not the true and legal name of Plaintiff's Foundation and yet Mark King and Sarah King have chosen to waste this Court's time by filing a lawsuit based on fraudulently obtained copyright registrations in the name of 'The Telah Foundation', the acknowledged d/b/a of Plaintiff's Arizona Religious Nonprofit Corporation as per Exhibit 18, page 1 and as per page 1 of Mark and Sarah King's complaint in the case before this Court.

Defendant has recently discovered this particular case of Plaintiff's blatant fraud on the US Copyright Office and U.S. Patent and Trademark Office that is addressed in the Motion before this Court and Defendant strongly believes that Mark King and Sarah King's fraudulent copyright and trademark registrations will be proven invalid to this Court based on the evidence presented herein and in Defendant's two concurrent motions. Furthermore, this evidence should leave no doubt to the Court that Plaintiff's entire lawsuit has been based on fraud and that Defendants will be entitled forthwith to a favorable Summary Judgment as well as awarding of all counterclaims as per the discretion of the Court.

Moreover, the deceptive actions taken in 1997 and up to the present by Mark King and Sarah King using Plaintiff's Foundation in order to fraudulently claim ownership of and falsely register copyrights and trademarks on the Group's Property should leave no doubt that Mark King and Sarah King are the Plaintiffs in this case and the Corporate veil of The Evolutionary

4

Level Above Human Foundation, Inc. must be pierced in order that Plaintiffs cannot continue to hide behind and to abuse the Arizona Religious Nonprofit Corporation Incorporated on September 23, 1997, The Evolutionary Level Above Human Foundation.

Also, as Mark King and Sarah King did not use the legal entity, The Evolutionary Level Above Human Foundation, Inc. to file the civil action that resulted in the case before this Court, but rather used a fictitious legal entity/person to file alleged Plaintiff's civil action, there is in essence no corporate veil to pierce as no legal person or persons has been named as a Plaintiff. Mark King and Sarah King attempted to manipulate the legal system and this Court by trying to create an illusion that an Arizona 501(C)(3) Nonprofit Corporation is the Plaintiff in this case. Therefore, the only two Officers/Directors of The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation, Mark King and Sarah King, must be named as Plaintiffs in the case before this Court.

All of The Telah Foundation's 1997 registered copyrights ( Exhibit 28 ) and registered trademark number 5148959 ( Exhibit E of Plaintiff's complaint ) were obtained fraudulently as The Telah Foundation is the d/b/a of Plaintiff's Foundation, The Evolutionary Level Above Human Foundation, Inc, ( Exhibit 18, page 1 ). As The Telah Foundation is merely an 'alias' or 'fictitious name' for 'The Evolutionary Level Above Human, Foundation', an Arizona Nonprofit Corporation, therefore, 'The Telah Foundation' is not a legal entity or person and therefore may not claim ownership of the intellectual property created by the Group.

All of 'The Telah Foundation's' 1997 copyright applications were signed by alleged 'President' of 'The Telah Foundation', Mark King. Trademark Registration number 5148959 is also alleged to be owned by The Telah Foundation (Exhibit E of Plaintiff's complaint ).

As there has never been an Arizona Incorporated entity named 'The Telah Foundation' that Mark and Sarah King served as Officers and/or Directors of, Plaintiffs Mark and Sarah King committed fraud when assigning the Group's Property to the alleged entity called The Telah Foundation.

Furthermore, at least four of The Telah Foundation's copyright applications were signed on September 12, 1997 by 'President Mark King' ( Exhibit 28, pages ? ) which is eleven days before The Evolutionary Level Above Human Foundation was Incorporated in the state of Arizona ( Exhibit 1, page 1 ). It appears that Plaintiffs Mark and Sarah King used a fictitious name of a Corporation that didn't even exist yet to register multiple copyrights in 1997. Moreover, even after The Evolutionary Level Above Human Foundation was Incorporated on September 23, 1997, Plaintiffs Mark and Sarah King continued to claim that The Telah Foundation was the alleged legal entity that the copyright registration was being assigned to in the copyright registration dated October 27, 1997 ( Exhibit 28, page ? ). This blatant fraud on the US Copyright Office calls for the immediate cancellation by this Court of the following copyright registrations by The Telah Foundation:

```
Registration Number / Date:
            VA0000877834 / 1997-09-22

Title:              The CBE : Celestial being entity.


Registration Number / Date:
            VAu000409525 / 1997-09-22

Application Title: Heaven's Gate Away Team patch.

Title:              Heaven's Gate Away Team.
```

6

Registration Number / Date:
           TXu000817732 / 1997-09-22

Title:          How and when "Heaven's gate" (the door to the physical
 kingdom level above human) may be entered : an anthology
 of our materials.


Registration Number / Date:
           SRu000298530 / 1997-10-27

Title:          The audiotape library of Heaven's Gate by Ti and Do.

Registration Number / Date:
           PA0000869628 / 1997-09-24

Title:          Last chance to evacuate Earth before it's recycled ; Planet
 about to be recycled--your only chance to survive--leave
 with us.


Registration Number / Date:
           PA0000869585 / 1997-09-22

Title:          Do's final exit : students of Heavens Gate expressing their
 thoughts before exit.

Registration Number / Date:
           PA0000867224 / 1997-09-22

Title:          Beyond human--the last call.


Furthermore, the following trademark registration allegedly owned by The Telah Foundation

is also subject to cancellation due to The Telah Foundation being a d/b/a or alias of

7

The Evolutionary Level Above Human Foundation, Inc.:

Registration number: 5148959 ( Exhibit E of Plaintiff's complaint )

  Defendant Bartel prays that the Motion To Cancel All of 'The Telah Foundation's' registered copyrights and trademark registration number 5148959 will be granted by the Court in anticipation of Defendant drafting a Motion For Summary Judgment in favor of Defendants. Defendant strongly believes that Plaintiffs Mark and Sarah King have wasted enough of the Court's time with Plaintiff's delaying tactics like the demand for emergency sanctions from Defendant Havel and Mark and Sarah King's proposed Order for a Preliminary Injunction. Defendant Bartel believes that the material facts of this case are not in dispute and that enough evidence has been presented to the Court to dispel any need for discovery in this case.