UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE
HUMAN, INC.,

    Plaintiff,

v.

STEVEN ROBERT HAVEL, et al.,

    Defendants.

CASE NO. 3:22-CV-395-MGG

## MOTION TO ADD EVIDENCE REGARDING PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT IN ORDER TO IDENTIFY THE TRUE AND LEGAL NAME OF MARK KING AND SARAH KING'S ARIZONA RELIGIOUS 501(C)(3) NONPROFIT CORPORATION

    Defendant Jason Bartel hereby moves the Court for an Order granting Defendant's request to add statements and evidence regarding Plaintiff's Corporate Disclosure Statement and claims made in Mark King and Sarah King's complaint in order to identify the true and legal name of Mark King and Sarah King's Arizona Nonprofit Corporation that allegedly is the Plaintiff in the case before this Court. Defendant will conclusively prove that no natural and/or legal person or persons is the Plaintiff in this case and therefore Mark King and Sarah King filed this lawsuit under fraudulent circumstances.

    Defendant would like to reiterate to the Court Defendant's request that the entity described in Exhibit 1, page 1 and Exhibit 18, page 1 of Defendant's defense; The Evolutionary Level Above Human Foundation, an Arizona Religious Nonprofit Corporation with a 'Known Place of Business' address of 23623 N. Scottsdale Rd. D3-424  Scottsdale, AZ 85255 and a

\

Statutory Agent identified as Mark King; be referred to as the Foundation for the duration of the case before this Court.

Defendant Bartel had mistakenly believed that The Evolutionary Level Above Human Foundation, an Arizona Nonprofit Corporation, and The Evolutionary Level Above Human, Inc. were the same entity/legal person. Defendant will present evidence herein which conclusively proves that the alleged Plaintiff in the case before this Court, The Evolutionary Level Above Human, Inc, is in fact a fictional entity/legal person, not a d/b/a, 'fictitious name', 'trade name' or 'brand name'. Moreover, The Evolutionary Level Above Human, Inc. is most definitely not Incorporated in Arizona as the only 'entity' that comes up when searching for 'The Evolutionary Level Above Human' in a search of the Arizona Corporation Commission's database of Corporations and LLC's is 'The Evolutionary Level Above Human Foundation ( Exhibit 30 ).

Although the Court has removed 'd/b/a The Telah Foundation, an Arizona nonprofit corporation', from the Plaintiff field in the case before this Court, Mark King and Sarah King continue to place 'd/b/a The Telah Foundation, an Arizona nonprofit corporation' in the Plaintiff field. Defendant Bartel will demonstrate that' d/b/a The Telah Foundation, an alleged Arizona nonprofit corporation', is no more the Plaintiff in this case than is the alleged Corporation and legal entity/person, The Evolutionary Level Above Human, Inc.

As per Plaintiff's Corporate Disclosure Statement in the case before this Court, 'this statement is filed on behalf of The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation ("Plaintiff"), an Arizona nonprofit corporation'.

As per Exhibit 1, page 1 of Defendant's defense, the Arizona Corporation Commission's 'Entity Information', the Evolutionary Level Above Human Foundation is the 'Entity Name' of

the Religious Domestic Nonprofit Corporation that has a 'Statutory Agent' named Mark King with an 'address' for Statutory Agent Mark King of 23623 N. Scottsdale Rd. D3-424, Scottsdale, AZ 85255. Directors Mark King and Sarah King have an address of P.O.Box 25098 Scottsdale, AZ 85255 according to Exhibit 1, page 1 of Defendant Bartel's defense, the Arizona Corporation Commission's 'Entity Information' for The Evolutionary Level Above Human Foundation, an Arizona Nonprofit Corporation.

As Defendant pointed out in Defendant's answer to paragraph 2 of Mark King and Sarah King's complaint the words nonprofit and corporation are not capitalized when Plaintiffs Mark King and Sarah King are describing the alleged' Arizona nonprofit corporation' that allegedly is a or the Plaintiff in the case before this Court.

The term nonprofit corporation does not describe the Arizona Religious Nonprofit Corporation that is the entity described in Exhibit 1, page 1 of Defendant Bartel's defense, The Evolutionary Level Above Human Foundation which in this Court case is known as the Foundation. .As an 'Arizona nonprofit corporation' is not an Arizona Nonprofit Corporation the term 'nonprofit corporation' is meaningless in reference to Mark King and Sarah King's Foundation. A nonprofit corporation, if such a thing exists, cannot be used to initiate the civil action that resulted in the case before this Court and if Plaintiffs choose to challenge this statement then Mark King and Sarah King must provide an example of a previous case in which a Plaintiff was an 'Arizona nonprofit corporation' with the n and the c in the term 'Arizona nonprofit corporation' not capitalized and the entity in question was not Incorporated in Arizona.

The Evolutionary Level Above Human Foundation, the entity described in Exhibit 1, page 1 of Defendant Bartel's defense, is an Arizona Nonprofit Corporation. As Plaintiffs have

clearly stated that 'd/b/a The Telah Foundation' is an 'Arizona nonprofit corporation' Mark King and Sarah King are stating before the Court that d/b/a The Telah Foundation is not an entity Incorporated in the state of Arizona. As d/b/a The Telah Foundation is merely the 'brand name' of The Evolutionary Level Above Human Foundation, Inc it is not a legal entity or person and cannot file lawsuits and register copyrights or trademarks.  The Telah Foundation is not an Arizona Nonprofit Corporation as per the Arizona Corporation Commission's database of Arizona Corporations and LLC's ( Exhibit 31 ).

    Searching for The Evolutionary Level Above Human in the Arizona Corporation Commission's website will only bring up the 'entity name' for The Evolutionary Level Above Human Foundation. ( Exhibit 30 ). Furthermore, in a previous lawsuit brought by Mark King and Sarah King in the name of Plaintiff's Foundation, Plaintiffs used the true and legal name of Mark King and Sarah King's Foundation, The Evolutionary Level Above Human Foundation, Inc. ( Exhibit 18,page 1 ). As Plaintiffs used the true and legal name of Mark King and Sarah King's Foundation in the Federal case in Exhibit 18 in the Northern District of California in 1998 and 1999, Defendant believes that this begs the question as to why Plaintiffs have chosen not to reveal the true and legal name of Mark King and Sarah King's Foundation in the case before this Court and more importantly, why did Plaintiffs use a non-existent corporation and a 'fictitious name' of Mark King and Sarah King's Foundation to initiate the civil action that resulted in the case before this Court?.

    The indisputible fact that Plaintiffs used the name of a non-existent incorporated entity and/or the d/b/a or 'fictitious name' of Mark King and Sarah King's Foundation as the alleged Plaintiff in Mark King and Sarah King's civil action further exemplifies the fact that Plaintiff's

4

lawsuit has been based on fraud from the outset. In paragraph 4 of Mark King and Sarah King's complaint Plaintiffs attempted to deceive Defendants and this Court into believing that a non-existent corporation and/or the Foundation's d/b/a The Telah Foundation is 'an Arizona 501(C)(3), Nonprofit Corporation'.

As per paragraph 4 of Plaintiff's complaint,
'Plaintiff, The Evolutionary Level Above Human, or Telah Foundation, Inc. (the "Foundation") is an Arizona 501(C)(3), Nonprofit Corporation with its principal place of business located at P.O. Box 25098, Scottsdale, AZ 85255'.
Neither The Evolutionary Level Above Human, Inc. nor The Telah Foundation, Inc. are 'an Arizona 501(C)(3), Nonprofit Corporation' and Mark King and Sarah King have committed perjury in paragraph 4 of Plaintiff's complaint by claiming that a non-existent corporation and/or the Foundation's d/b/a The Telah Foundation is 'An Arizona 501(C)(3), Nonprofit Corporation'. The only Arizona 501(C)(3), Nonprofit Corporation with a true and legal name using the words The Evolutionary Level Above Human in the Nonprofit Corporation's legal name is The Evolutionary Level Above Human Foundation. The only known d/b/a or 'trade name' of The Evolutionary Level Above Human Foundation is The Telah Foundation. ( Exhibit 18, page 1 )

Furthermore, The Evolutionary Level Above Human Foundation cannot be found in a search of the IRS's database of tax exempt organizations. ( Exhibit 32 ) Only when one misspells the word 'Level' as 'Leval' does an organization come up in the search as 'Evolutionary Leval Above Human Foundation' ( Exhibit 33). The article 'the' is dropped from the tax exempt entities name in the search of the IRS database if the article 'the' is followed by more than one word in the name of the organization. There are

multiple examples online of an entity called Evolutionary Leval Above Human Foundation ( Exhibit 34 ) that uses the same P.O. Box 25098 Scottsdale, AZ 85255 address that Plaintiffs claimed in paragraph 4 is the 'principal place of business' of Mark King and Sarah King's Foundation. Evolutionary Leval Above Human Foundation also lists a 'Mark King' as 'Pres' in a database of EIN Tax ID numbers ( Exhibit 34, page 1 ).

On the 2016-2020 tax returns filed by Mark King on behalf of The Evolutionary Level Above Human Foundation one will see that the same EIN, 86-0893308, that has been assigned to 'Evolutionary Leval Above Human Foundation', is being used by Plaintiffs to file taxes for The Evolutionary Level Above Human Foundation ( Exhibit 35, pages 1, 6, 11, 16, 21 ). Defendant Bartel has provided this evidence of tax fraud by Plaintiffs to the IRS.

Defendant would like to draw the Court's attention to the fact that the only Officers/Directors listed on The Evolutionary Level Above Human Foundation's IRS tax returns are Mark King and Sarah King and Plaintiffs are using the address of P.O. Box 25098 Scottsdale, AZ 85255 on the Foundation's 2016-2020 tax returns ( Exhibit 35, pages, 2, 7, 12, 17, 22 ). Defendant would also like to draw the Court's attention to the fact that the Foundation listed $0 in revenue and $10 in expenses every tax year from 2016-2020 and yet Mark King and Sarah King are suing Defendants for alleged lost 'revenue' of Plaintiff's Foundation ( Exhibit 35, pages 1-2, 6-7, 11-12, 16-17, 21-22 ).

Defendant Bartel believes that there is no doubt that the corporate veil must be pierced and that Mark King and Sarah King must be named as Plaintiffs in the case before this Court based on the evidence presented herein and in pending motions by Defendant Bartel. As no legal person is the alleged Plaintiff in this case, the Court must name Mark King

and Sarah King as Plaintiffs as Mark King and Sarah King are the only current Officers/ Directors of Plaintiff's Foundation ( Exhibit 36, page 2 ) and the only two Officers/Directors listed on the Foundation's 2016-2020 Federal tax returns ( Exhibit 35, pages 2, 7, 12, 17, 22) .

Mark King and Sarah King used the Foundation to register a trademark in 1997 that has been 'canceled' ( Exhibit 37 ).  Plaintiffs also used the Foundation to register two trademarks in 2009 ( Exhibit 38).

Mark King and Sarah King are listed as Directors and Officers in every annual report with the Arizona Corporation Commission for the Foundation from 2016-2023 ( Exhibit 39 ).

Mark King and Sarah King have clearly abused Plaintiff's Arizona Religious Nonprofit Corporation that is a 'Church' as per Exhibit 35, pages, 5, 10, 15, 20, 25, and an alleged 'charitable' organization that has done no known charity work in the greater Phoenix area. If Plaintiffs choose to challenge Defendant's previous statement Mark King and Sarah King should provide examples of the 'charitable' work that Plaintiffs have done in the name of the Foundation. The Foundation has tax exempt status and had $0 in revenue and $10 in expenses for every tax year from 2016-2020 (Exhibit 35, pages 1-2, 6-7, 11-12, 16-17, 21-22 ).

In fact, one cannot make a charitable contribution to The Evolutionary Level Above Human Foundation as the EIN that Mark King and Sarah King used to file the taxes for The Evolutionary Level Above Human Foundation only comes up in searches for Evolutionary Leval Above Human Foundation as per Defendant's previous explanation in this motion of Mark King and Sarah King's tax fraud that Plaintiffs used Plaintiffs Foundation to commit. ( Exhibit 33, pages 1-2 ). In Exhibit 34, page 3 there is an example of a

donation that can be made to Evolutionary Leval Above Human Foundation, EIN 86-0893308, which is an alleged 'non-profit' organization that one can allegedly make a 'charitable' donation to.

The main activities of the Foundation in the Foundation's twenty-five years plus history seem to involve fraudulently registering copyrights and trademarks, making false claims of ownership of all of the Group's Property and initiating legal actions like the case before this Court in order to attempt to manipulate the legal system and 'legitimize' Mark King and Sarah King's numerous false claims regarding the Group's Property and the Foundation's alleged sole ownership thereof.

Mark King and Sarah King deceived Defendants and this Court into believing that The Evolutionary Level Above Human, Inc. is an an 'Arizona 501(C)(3), Nonprofit Corporation' and used the name of a non-existent entity and a d/b/a 'fictitious name' of Plaintiff's Foundation to fraudulently file the civil action that resulted in the case before this Court. These actions were taken by Plaintiffs solely to cause harm to Defendants and to deceive Defendants and this Court.

Defendant has prepared a separate motion detailing how Mark King and Sarah King used the name of The Telah Foundation to fraudulently register seven copyrights in 1997 and a trademark in 2015. Four of The Telah Foundation's fraudulent 1997 copyright registrations are mentioned in paragraphs 15 through 18 of Plaintiff's complaint. Defendant Bartel had mistakenly believed that Plaintiffs used The Evolutionary Level Above Human Foundation to register Mark King and Sarah King's 1997 copyrights, however, upon close examination of Plaintiff's 1997 copyright registrations it became clear that Mark King and Sarah King used

the 'fictitious name' of The Telah Foundation on the copyright applications signed by alleged 'President' of The Telah Foundation, Mark King.

Defendant has filed a complaint with the Arizona Corporation Commission regarding Mark King and Sarah King's Foundation. As a result of the issues raised in Defendant Bartel's complaint with the Arizona Corporation Commission, as of May 12, 2023 The Evolutionary Level Above Human Foundation's 'Entity Status' is 'Pending Inactive' with the 'Reason for Status' given as 'Pending Administrative Dissolution-No Stat Agent/No Valid Agent Address'( Exhibit 36 ).

Moreover, Plaintiffs Mark King and Sarah King used Plaintiff's private residence of 7402 E. Sand Hills Rd. Scottsdale, AZ 85255 ( Exhibit 40), as the 'Known Place of Business' of Mark King and Sarah King's Foundation from 2016 until February of 2022 ( Exhibit 39, pages 1, 4, 7, 10, 11, 12, ). In February of 2022 in the Foundation's Annual Report as filed with the Arizona Corporation Commission by Plaintiffs, Mark King and Sarah King changed the address for the 'Known Place of Business' of Plaintiff's Foundation from 7402 E Sand Hills Rd. Scottsdale, AZ 85255 to 23623 N. Scottsdale Rd. D3-424 Scottsdale, AZ 85255 with no apparent accompanying 'Statement of Change' with the Arizona Corporation Commission ( Exhibit 39, Pages 12, 13 ).

As Mark King and Sarah King tried to use a non-existent corporation and/or a d/ba or 'trade name', 'brand name', 'alias' or 'fictitious name' of Plaintiff's Foundation to file the lawsuit that resulted in the case before this Court, Defendant believes it is true and factual that the Foundation is the 'alter ego' of Mark King and Sarah King. Defendant believes that Defendant has clearly established a pattern of self-serving, deceptive and vindictive behavior on the part of Mark King and Sarah King and that behavior has centered around Plaintiff's use and abuse of

Mark King and Sarah King's Foundation. Everything in Plaintiff's lawsuit is a fraud and a lie to the extent that Mark King and Sarah King have not revealed the true and legal name of Plaintiff's Foundation to this Court. Defendant Bartel has revealed the true and legal name of Mark King and Sarah King's Foundation as well as the 'Known Place of Business' of Plaintiff's Foundation. Defendant Bartel submitted the Court cases mentioned in paragraphs 10, 11 and 14 of Mark King and Sarah King's complaint, not the Plaintiffs.

Defendant strongly believes that If ever there was a case for piercing the corporate veil and naming a natural person or persons as Plaintiff or Plaintiffs rather than the legal person that is controlled and used by the natural person or persons, this is a most appropriate case for said piercing of the corporate veil, particularly since Mark King and Sarah King did not use a legal person as the Plaintiff in the case before this Court. Mark King and Sarah King must be held accountable for all that they have done in the name of Plaintiff's Foundation since the Foundation's Incorporation in the state of Arizona on September 23, 1997.

Mark King and Sarah King should also be held accountable for any and all actions Plaintiffs have taken in the name of The Telah Foundation, the dba of Mark King and Sarah King's Foundation that Plaintiffs began using prior to the Incorporation of Mark King and Sarah King's Foundation on September 23, 1997 as per the 'Telah Foundation's' copyright applications in Exhibit 28. Three of the 'Telah Foundation's' copyright applications were signed by Plaintiff Mark King September 12, 1997 (Exhibit 28, pages 4, 6, 8 ). Even after Plaintiff's Foundation was Incorporated in Arizona on September 23, 1997, Mark King and Sarah King continued to use 'The Telah Foundation', the acknowledged d/b/a or 'trade name' of Plaintiff's Foundation, to register a copyright registration in October of 1997 ( Exhibit 28, pages 1-2 ) which

is the same copyright registration described by Mark King and Sarah King in paragraph 15 of Plaintiff's complaint and is the same copyright registration Mark King and Sarah King accused Defendants of infringing on in the case before this Court.

Plaintiffs did not submit any of the Foundation's previous Court cases into evidence as part of Plaintiff's complaint, Defendant Jason Bartel has submitted the two cases referenced by Mark King and Sarah King in paragraphs 10 and 11 of Plaintiff's complaint as Exhibits 11 and 12 of Defendant's defense. Plaintiffs have not submitted any of the Arizona Corporation Commission's 'Entity Information' for The Evolutionary Level Above Human Foundation into the case before this Court, Defendant Bartel submitted this data as Defendant's Exhibit 1.

The only evidence that Mark King and Sarah King have submitted into this Court to support Plaintiff's allegation that 'The Foundation has been the owner of the Property from 1997 to the present' ( paragraph 12 of Mark King and Sarah King's complaint ) are the 1997 copyright registrations in the name of The Telah Foundation ( Exhibits A.B. F and G of Plaintiff's complaint ), one trademark registration in the name of The Telah Foundation ( Exhibit E of Plaintiff's complaint ) and two trademark registrations in the name of The Evolutionary Level Above Human Foundation ( Exhibits C and D of Mark King and Sarah King's complaint ).

As Plaintiff's only have one Arizona Nonprofit Corporation and this fact is not in dispute Defendant Bartel has requested that the Foundation in the case before this Court be referred to as The Evolutionary Level Above Human Foundation, an Arizona Nonprofit Corporation, the same entity described in Exhibit 1, page 1 of Defendant's defense, the Arizona Corporation Commission's 'Entity Information' data for The Evolutionary Level Above Human, an Arizona Religious Nonprofit Corporation.

Exhibit C of Plaintiff's complaint is a registered trademark of 'The Evolutionary Level Above Human Foundation ( Arizona Corporation ) DBA The Telah Foundation'. Exhibit E of Plaintiff's complaint is another trademark registered by Mark King and Sarah King and Exhibit E States that the trademark is registered to, 'The Telah Foundation ( Arizona Corporation ) P.O Box 25098 Scottsdale, AZ 85255' with a 'filed' date for the trademark registration of 10-27-2015. Therefore, these two registrations conflict with one another as the registration in Plaintiff's Exhibit C states that 'The Evolutionary Level Above Human Foundation' is an 'Arizona Corporation' while the trademark registration in Mark King and Sarah King's Exhibit E states that 'The Telah Foundation' is an 'Arizona Corporation" with an address of P.O. box 25098 Scottsdale, AZ 85255'.

As a Corporation only has one true name Plaintiffs Committed perjury to obtain a trademark registration in the name of 'The Telah Foundation' just as Mark King and Sarah King committed perjury to obtain the 1997 copyright registrations in the name of 'The Telah Foundation'. By Plaintiff's own admission in ( Exhibit 18, page 1) and Exhibit C, page 1.'The Telah Foundation' is merely the d/b/a of 'The Evolutionary Level Above Human Foundation, Inc'.

Defendant has conclusively proven in the motion before this Court that 'The Telah Foundation" is not an 'Arizona Corporation' as there is no 'The Telah Foundation' found in The Arizona Corporation Commission's database of Corporations and LLC's ( Exhibit 31 ).

As The Telah Foundation is not an Incorporated entity as per the Motion before this Court Plaintiffs have only used Mark King and Sarah King's Foundation to register two trademarks and no copyrights  Plaintiffs have deliberately confused the issue as to the name and the 'Known

Place of Business' of Mark King and Sarah King's Foundation and Defendant Bartel has revealed this vital information to the Court while Plaintiffs have deliberately and willfully tried to obscure that information. As Plaintiffs have claimed that 'The Telah Foundation' is an "Arizona Corporation' in order to obtain the trademark registration in Mark King and Sarah King's Exhibit E the trademark registration in Exhibit E was obtained fraudulently.

This begs the question, if Plaintiffs used The Evolutionary Level Above Human Foundation, Inc. an Arizona Nonprofit Corporation to obtain the trademarks registrations in Exhibits C and D of Mark King and Sarah King's complaint, why did Plaintiffs use 'The Telah Foundation', which is the d/b/a or 'fictitious name' of Mark King and Sarah King's Foundation to obtain the more recent trademark that was filed on 10-27-2015?