# EXHIBIT 28

The Telah Foundation's 1997 Copyright Registrations

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

**SRu 298-530**



*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

| 10 | 27 | 87 |
|---|---|---|
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

"THE AUDIOTAPE LIBRARY OF HEAVEN'S GATE BY TI AND DO"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

None

**NATURE OF MATERIAL RECORDED ▼** See instructions

☐ Musical   ☐ Musical-Dramatic
☐ Dramatic   ☒ Literary
☐ Other

## 2

**NAME OF AUTHOR▼**

a  Total Overcomers Anonymous, a.k.a. T.O.A.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ **United States**
Domiciled in **United States**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
**Entire Work**

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

hire is generally the employer, not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
**1997** ◀ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶          Day ▶          Year ▶          ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

The Telah Foundation
4757 E. Greenway Road, #103
Phoenix, AZ 85032

See instructions before completing this space

**APPLICATION RECEIVED**
OCT 27 1997

**ONE DEPOSIT RECEIVED**
OCT 27 1997

**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

pursuant to assignments

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of 2 pages

Deposit includes 486 audio cassettes containing text and sound recording.

EXAMINED BY ___ W.

CHECKED BY

FORM SR

☐ CORRESPONDENCE
  Yes

☐ DEPOSIT ACCOUNT
  FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

b. Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                      Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Jerome E. Weinstein, Esq.
WEINSTEIN AND HART
9777 Wilshire Blvd., Suite 1009
Beverly Hills, CA 90212-1901
Area Code & Telephone Number ▶ (310) 274-7157

**8**

Be sure to
give your
daytime phone
number.

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check one ▼
☐ author
☒ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of ___
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

The Telah Foundation,
by Mark King, President                date ▶ ✓ 10/21/97

Handwritten signature (X) ▼

*Mark King*

MAIL
CERTIFI-
CATE TO

Name ▼ Jerome E. Weinstein, Esq.
WEINSTEIN AND HART
Number/Street/Apartment Number ▼
9777 Wilshire Blvd., Suite 1009
City/State/ZIP ▼
Beverly Hills, CA 90212-1901

Certificate
will be
mailed in
window
envelope

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1995.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500.

October 1992—75,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/60,010

# CERTIFICATE OF REGISTRAT ON

FORM PA

UNITED STATES COPYRIGHT OFFICE

REGIST

**PA 869-585**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|
| 9 | 22 | 97 |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

"DO'S FINAL EXIT – STUDENTS OF HEAVENS GATE EXPRESSING THEIR THOUGHTS BEFORE EXIT"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See Instructions**

Audiovisual work

---

**2 a**

**NAME OF AUTHOR ▼**

\* Total Overcomers Anonymous aka T.O.A.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶ **United States**
Domiciled in ▶ **United States**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

Entire work

**NOTE**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3 a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This Information must be given
1997 ◀ Year in all cases.

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ **March** Day ▶ **25** Year ▶ **1997**
**United States of America** ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

The Telah Foundation
4757 E. Greenway Road, #103
Phoenix, AZ 85032

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

pursuant to assignments

APPLICATION RECEIVED
SEP. 22. 1997

ONE DEPOSIT RECEIVED
SEP. 22. 1997

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of — pages

3

Added by COMMUNITY Telephone conversation of
12/12/97 with Joseph Hart of Weinstein and Hart.

EXAMINED BY **FORM PA**

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**
PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6**
DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

See instructions
before completing
this space

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**7**
DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

CORRESPONDENCE Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Jerome E. Weinstein, Esq.
Weinstein and Hart
9777 Wilshire Blvd., Suite 1009
Beverly Hills, CA 90212-1901
Area Code and Telephone Number ▶ **(310) 274-7157**

Be sure to
give your
daytime phone
◀ number

**8**
CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☒ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.          date▶ ✓ **9/12/97**

The Telah Foundation,
by Mark King, President

Handwritten signature (X) ▼

**9**
MAIL
CERTIFI-
CATE TO

Name ▼
Jerome E. Weinstein, Esq.
Weinstein and Hart
Number/Street/Apartment Number ▼
9777 Wilshire Blvd., Suite 1009
City/State/ZIP ▼
Beverly Hills, CA 90212-1901

Certificate
will be
mailed in
window
envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

July 1993—300,000          ⊛ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,017

4

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

FORM PA
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 869-628

EFFECTIVE DATE OF REGISTRATION

9    24    97
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK** ▼

"LAST CHANCE TO EVACUATE EARTH BEFORE IT'S RECYCLED" "PLANET ABOUT TO BE RECYCLED-YOUR ONLY CHANCE TO SURVIVE - LEAVE WITH US"

**PREVIOUS OR ALTERNATIVE TITLES** ▼

**NATURE OF THIS WORK** ▼ See instructions

Audiovisual work

---

**2**

**a** **NAME OF AUTHOR** ▼

Total Overcomers Anonymous, a.k.a. T.O.A.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

**NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year in all cases.

1996

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.

Month October    Day 15    Year 1996
Nation United States of America

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

The Telah Foundation
4757 E. Greenway Road, #103
Phoenix, AZ 85032

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

pursuant to assignments

APPLICATION RECEIVED
SEP 24 1997
ONE DEPOSIT RECEIVED
SEP 24 1997
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

(2) ½" VT/L

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of

FORM PA

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**
PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**6**
DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

See instructions
before completing
this space

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**7**
DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼        Account Number ▼

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Jerome E. Weinstein, Esq.
Weinstein and Hart
9777 Wilshire Blvd., Suite 1009
Beverly Hills, CA 90212-1901
Area Code and Telephone Number ▶ (310) 274-7157

Be sure to
give your
daytime phone
◀ number

**8**
CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☒ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
date ▶ ✓ 9/12/97
The Telah Foundation,
by Mark King, President

Handwritten signature (X) ▼
Mark King

**9**
MAIL CERTIFICATE TO

Jerome E. Weinstein, Esq.
Weinstein and Hart
Number/Street/Apartment Number ▼
9777 Wilshire Blvd., Suite 1009
City/State/ZIP ▼
Beverly Hills, CA 90212-1901

Certificate
will be
mailed in
window
envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
in check or money order
payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office
has the authority to ad-
just fees at 5 year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

⬡ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,017

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE
REG

**PA 867-224**

**EFFECTIVE DATE OF REGISTRATION**

SEP 22 1997

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
"BEYOND HUMAN - THE LAST CALL"

PREVIOUS OR ALTERNATIVE TITLES ▼
Audiovisual work

NATURE OF THIS WORK ▼ See Instructions

\*

**2** **a** NAME OF AUTHOR ▼
Total Overcomers Anonymous, a.k.a. T.O.A.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NOTE

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.
Entire work

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
1992 ◀Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month January  Day 11  Year 1992
United States of America ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

The Telah Foundation
4757 E. Greenway Road, #103
Phoenix, AZ 85032

APPLICATION RECEIVED
SEP 22 1997
ONE DEPOSIT RECEIVED
SEP 22 1997
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

⑦ ½"VT/D

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

pursuant to assignments

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

*Deposit is a motion picture

EXAMINED BY

CHECKED BY

□ CORRESPONDENCE
   Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
□ Yes  ⊠ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a □ This is the first published edition of a work previously registered in unpublished form.
b □ This is the first application submitted by this author as copyright claimant.
c □ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**6**

See instructions
before completing
this space.

DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Jerome E. Weinstein, Esq.
Weinstein and Hart
9777 Wilshire Blvd., Suite 1009
Beverly Hills, CA 90212-1901
Area Code and Telephone Number ▶ (310) 274-7157

Be sure to
give your
daytime phone
number ◀

CERTIFICATION*  I, the undersigned, hereby certify that I am the
check only one ▼

□ author
□ other copyright claimant
□ owner of exclusive right(s)
□ authorized agent of . . . . .

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.

The Telah Foundation,
by Mark King, President          date ▶ ✓ 9/18/97

Handwritten signature (X) ▼

*Mark King*

MAIL
CERTIFI-
CATE TO

Name ▼
Jerome E. Weinstein, Esq.
Weinstein and Hart
Number/Street/Apartment Number ▼
9777 Wilshire Blvd., Suite 1009
City/State/ZIP ▼
Beverly Hills, CA 90212-1901

Certificate
will be
mailed in
window
envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

**9**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

1993  300,000      ⊛ PRINTED ON RECYCLED PAPER                                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-

# FORM TX

**UNITED STATES COPYRIGHT OFFICE**

REGISTRATION NUMBER

| | |
|---|---|
| TX | TXU |

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

HOW AND WHEN "HEAVEN'S GATE" (THE DOOR TO THE PHYSICAL KINGDOM LEVEL ABOVE HUMAN) MAY BE ENTERED – AN ANTHOLOGY OF OUR MATERIALS

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a** NAME OF AUTHOR ▼

Heaven's Representatives

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
{ Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1997 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

The Telah Foundation
4757 E. Greenway Road, #103
Phoenix, AZ 85032

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

pursuant to assignments

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of ____ pages

FORM TX

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
    Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼           Year of Registration ▼

**5**

DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
   N/A

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
   N/A

**6**

See instructions
before completing
this space.

—space deleted—

**7**

REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS  A signature on this form at space 10 and a check in one
of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically
handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this
application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See instructions.

DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                   Account Number ▼

**9**

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
   Jerome E. Weinstein, Esq.
   Weinstein and Hart
   9777 Wilshire Blvd., Suite 1009
   Beverly Hills, CA 90212-1901
   Area Code and Telephone Number ▶  (310) 274-7157

Be sure to
give your
daytime phone
number

CERTIFICATION*  I, the undersigned, hereby certify that I am the
                              ☐ author
                              ☒ other copyright claimant
Check only one ▶         ☐ owner of exclusive right(s)
                              ☐ authorized agent of _____
of the work identified in this application and that the statements made      Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
   The Telah Foundation,
   by Mark King, President                                date ▶  9/12/97

Handwritten signature (X) ▼
   Mark King

MAIL
CERTIFI-
CATE TO

Name ▼  Jerome E. Weinstein, Esq.
         Weinstein and Hart
Number/Street/Apartment Number ▼
         9777 Wilshire Blvd., Suite 1009
City/State/ZIP ▼
         Beverly Hills, CA 90212-1901

Certificate
will be
mailed in
window
envelope

• YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright
has the authorit
Just fees at 5-year
was, based on change
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

July 1993—300,000       ✪ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,019

# FORM VA

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA                    VAU

EFFECTIVE DATE OF REGISTRATION

(Month)          (Day)          (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM VA/CON)

**1**
Title

**TITLE OF THIS WORK:**

THE C. B. E. (CELESTIAL BEING ENTITY)

Previous or Alternative Titles

**NATURE OF THIS WORK:** (See instructions)

Lithographic print

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work ..................... Vol .... No. ...... Date ........... Pages .......

**2**
Author(s)

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:**

Total Overcomers Anonymous, a.k.a. T.O.A.

Was this author's contribution to the work a "work made for hire"?   Yes ..... No ...

**DATES OF BIRTH AND DEATH:**

Born ........ Died ........
(Year)          (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of United States  or  { Domiciled in ................
(Name of Country)                      (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?     Yes ...  No  X
Pseudonymous?  Yes ...  No  X

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

Entire work

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes ..... No ....

**DATES OF BIRTH AND DEATH:**

Born ........ Died ........
(Year)          (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ...............  or  { Domiciled in ................
(Name of Country)                      (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?     Yes ...  No ...
Pseudonymous?  Yes ...  No ...

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes ..... No ...

**DATES OF BIRTH AND DEATH:**

Born ........ Died ........
(Year)          (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ...............  or  { Domiciled in ................
(Name of Country)                      (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?     Yes ...  No ...
Pseudonymous?  Yes ...  No ...

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**
Creation and Publication

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year. 1992 ...

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date ... March 31, 1997
       (Month)    (Day)    (Year)

Nation United States of America
              (Name of Country)

(Complete this block ONLY if this work has been published.)

**4**
Claimant(s)

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

The Telah Foundation
4757 E. Greenway Road, #103
Phoenix, AZ 85032

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

pursuant to assignments

- Complete all applicable spaces (numbers 5-9) on the reverse side of this page
- Follow detailed instructions attached    • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of . pages



© 1997 The Telah Foundation

12

# FORM VA

UNITED STATES COPYRIGHT OFFICE

| REGISTRATION NUMBER |
|---|
| VA          VAU |

EFFECTIVE DATE OF REGISTRATION

. . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(Month)          (Day)          (Year)

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM VA/CON)

**① Title**

TITLE OF THIS WORK:

HEAVEN'S GATE AWAY TEAM PATCH

NATURE OF THIS WORK: (See instructions)

Fabric design

Previous or Alternative Titles:

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work . . . . . . . . . . . . . . . . . . . . . . Vol . . . . No . . . . Date . . . . . . . . . . . Pages . . . . . .

---

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR:

Total Overcomers Anonymous, a.k.a. T.O.A.

Was this author's contribution to the work a "work made for hire"?    Yes . . . . . .    No . . . . .

DATES OF BIRTH AND DEATH:

Born . . . . . . . . . . Died . . . . . . . . . .
        (Year)                (Year)

AUTHOR'S NATIONALITY OR DOMICILE:

Citizen of . . United States . . or { Domiciled in . . . . . . . . . . . . . . . . . . . . .
        (Name of Country)                    (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:

Anonymous?    Yes . . . . . .    No  X
Pseudonymous?    Yes . . . . . .    No  X

If the answer to either of these questions is "Yes." see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)

Entire work

**2**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?    Yes . . . . .    No . . . . .

DATES OF BIRTH AND DEATH:

Born . . . . . . . . . . Died . . . . . . . . . .
        (Year)                (Year)

AUTHOR'S NATIONALITY OR DOMICILE:

Citizen of . . . . . . . . . . . . . . . . . . . or { Domiciled in . . . . . . . . . . . . . . . . . . .
        (Name of Country)                    (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:

Anonymous?    Yes . . .    No . . .
Pseudonymous?    Yes . . .    No . . .

If the answer to either of these questions is "Yes." see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?    Yes . . .    No . . .

DATES OF BIRTH AND DEATH:

Born . . . . . . . . . . Died . . . . . . . . . .
        (Year)                (Year)

AUTHOR'S NATIONALITY OR DOMICILE:

Citizen of . . . . . . . . . . . . . . . . . . . or { Domiciled in . . . . . . . . . . . . . . . . . . .
        (Name of Country)                    (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:

Anonymous?    Yes . . .    No . . .
Pseudonymous?    Yes . . .    No . . .

If the answer to either of these questions is "Yes." see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)

---

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year. 1996

(This information must be given in all cases)

DATE AND NATION OF FIRST PUBLICATION:

Date . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
        (Month)          (Day)          (Year)

Nation . . . . . . . . . . . . . . . . . . . . . . . . . . .
                (Name of Country)

(Complete this block ONLY if this work has been published.)

---

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

The Telah Foundation
4757 E. Greenway Road, #103
Phoenix, AZ 85032

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

pursuant to assignments

---

• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• Follow detailed instructions attached     • Sign the form at line 8

13

DO NOT WRITE HERE

Page 1 of . . . . pages



© 1997 The Telah Foundation

14

# EXHIBIT 29

The Arizona Corporation Commission's 'True Name" Data For
Mark King and Sarah King's Foundation

**Name / Restructuring History**

| Effective Date | Name Type | Barcode ID | Name |
|---|---|---|---|
| 09/23/1997 | True Name | (/CommonHelper/GetFilingDocuments) | THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION |

**Page 1 of 1, records 1 to 1 of 1**

Back     Return to Search     Return to Results

Print

# EXHIBIT 30

The Arizona Corporation Commission's Search Results for 'The
Evolutionary Level Above Human'

## SEARCH CRITERIA

| | |
|---|---|
| The Evolutionary Level Above Human | **Entity Name:** |
| All | **Entity Type:** |
| N/A | **Statutory Agent Name:** |
| All | **Entity Status:** |
| N/A | **Principal Name:** |
| All | **Name Type:** |
| N/A | **Entity Number:** |
| All | **Entity County:** |

## SEARCH RESULTS

| Entity ID | Entity Name | Entity Type | Entity County | Agent Name | Agent Type | Entity Status |
|---|---|---|---|---|---|---|
| 08194851 | THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION ((/BusinessSearch/BusinessInfo?entityNumber=08194851) | Domestic Nonprofit Corporation | Maricopa | MARK KING | Statutory Agent | Pending Inactive |

**Page 1 of 1, records 1 to 1 of 1**

Return to Search

# EXHIBIT 31

The Arizona Corporation Commission's Search Results for 'The Telah Foundation'

## SEARCH

**Search Type:**

Starts With

## Enter search criteria into *one* of the below search fields (required):

**Entity Name:**

The Telah Foundation

**Statutory Agent Name:**

**Principal Name:**

**Entity ID:**

No search results were found

OK

## FILTER BY

## Filter the above search by one or more of the below fields:

**Entity Type:**

All

**Entity Status:**

All

**Name Type:**

All

**County:**

All

# EXHIBIT 32

IRS  Tax Exempt Search Results For The Evolutionary Level Above Human Foundation, An Alleged Arizona Religious Nonprofit Corporation

# Tax Exempt Organization Search

Select Database ⑦

| Search All ⌄ |
|---|

Search By ⑦

| Organization Name ⌄ |
|---|

Search Term ⑦

| Evolutionary Level Above Human Foundation ⊗ |
|---|

City

| Enter City |
|---|

State

| Arizona ⌄ |
|---|

Country

| United States ⌄ |
|---|

| RESET | | SEARCH |  Search Tips

⚠ **Your search did not return any results. Try again.**

**Need Help?** See Search Tips for guidance on effective searching, search criteria and logic, and selecting search terms.

# EXHIBIT 33

IRS  Tax Exempt Search Results For The Evolutionary Leval Above Human Foundation

# Tax Exempt Organization Search

Select Database ⓘ

| Search All                                                    ⌄ |
|------------------------------------------------------------------|

Search By ⓘ

| Organization Name                                             ⌄ |
|------------------------------------------------------------------|

Search Term ⓘ

| Evolutionary Leval Above Human Foundation                    ⊗ |
|------------------------------------------------------------------|

City

| Enter City                                                      |
|------------------------------------------------------------------|

State

| Arizona                                                       ⌄ |
|------------------------------------------------------------------|

Country

| United States                                                 ⌄ |
|------------------------------------------------------------------|

| RESET | | SEARCH |     <u>Search Tips</u>

Showing **1-1** results of **1**

| EIN ⬍ | Organization Name ⬍ | City ⬍ | State ⬍ | Country ⬍ | Database |
|--------|---------------------|--------|---------|-----------|----------|

# Evolutionary Leval Above Human Foundation

EIN: 86-0893308 | Scottsdale, Arizona, United States

## Other Names

EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION

## Publication 78 Data

Organizations eligible to receive tax-deductible charitable contributions. Users may rely on this list in determining deductibility of their contributions.

**On Publication 78 Data List:** Yes

**Deductibility Code:** PC ⑦

## Copies of Returns (990, 990-EZ, 990-PF, 990-T)

Electronic copies (images) of Forms 990, 990-EZ, 990-PF or 990-T returns filed with the IRS by charities and non-profits.

⌄ **Tax Year 2020 Form 990EZ**

⌄ **Tax Year 2020 Form 990EZ**

⌄ **Tax Year 2019 Form 990EZ**

⌄ **Tax Year 2018 Form 990EZ**

⌄ **Tax Year 2017 Form 990EZ**

2

# EXHIBIT 34

Examples Of An Alleged Entity Named Evolutionary Leval Above Human Foundation That Is An Alleged Tax Exempt Organization

# Evolutionary Leval Above Human Foundation in Scottsdale, Arizona

Home (//eintaxid.com/)  /  Companies with 'E' (//eintaxid.com/companies/e/)  /  Evolutionary Leval Above Human Foundation



## Organization Profile

Evolutionary Leval Above Human Foundation is a tax-exempt organization located in Scottsdale, Arizona. The Employer Identification Number (EIN) for Evolutionary Leval Above Human Foundation is **860893308**. EIN is also referred to as FEIN (Federal Employer Identification Number) or FTIN (Federal Tax Identification Number).

The organization type for Evolutionary Leval Above Human Foundation is **Corporation** and its contribution deductibility status is <u>Contributions are deductible</u>. Evolutionary Leval Above Human Foundation is exempted by IRS under the category of Charitable Organization. The organization is an independent organization or an independent auxiliary. The latest return for the tax period was filed in December, 2018. The main activities of Evolutionary Leval Above Human Foundation are

- Other religious activities
- Giving information or opinion (see also Advocacy)

**Beautiful Apartments by**

Amenities Designed To Elev
Your Lifestyle. Visit Us Toda

## Basic Profile

| | |
|---|---|
| **Organization Name** | Evolutionary Leval Above Human Foundation |
| **EIN (Taxpayer Id)** | 86-0893308 |

**Contact Address:**

| | |
|---|---|
| **Care of Name** | % Mark King Pres |
| **Address Line** | Po Box 25098 |
| **City** | Scottsdale |
| **State** | Arizona |
| **Zip** | 85255-0101 |




**Tax Exemption Details for Evolutionary Leval Above Human Foundation**

| | |
|---|---|
| **Category under which organization may be exempt** | Charitable Organization |
| **Ruling Date** | March, 1999 |
| **Deductibility** | Contributions are deductible |
| **Foundation Type** | Organization that normally receives no more than one-third of its support from gross investment income and unrelated business income and at the same time more than one-third of its support from contributions, fees, and gross receipts related to exempt purposes. 509(a)(2) |
| **Organization** | Corporation |
| **Exempt Organization Status** | Unconditional Exemption |

**Accounting Details for Evolutionary Leval Above Human Foundation**

| | |
|---|---|
| **Asset** | (USD) 1 to 9,999 |
| **Income** | 0 |

**TaxExemptWorld** (https://www.taxexemptworld.com/)

Updated on **March 12, 2023**

# EVOLUTIONARY LEVAL ABOVE HUMAN FOUNDATION

## 501C3 Nonprofit Organization Information

✔ Get Unlimited Access to **990 Returns**

✔ Get Unlimited Access to Financial Data

✔ Save to Excel, CSV, Access, or TXT

GET THE REPORT

Download all available information for this organization plus form 990 pdf files to your computer, laptop, and phone.

**ASSETS: $1 TO $1000**

**INCOME: $0**

**FORM 990 REVENUE: $0**

### ORGANIZATION NAME & ADDRESS

**Evolutionary Leval Above Human Foundation**

Po Box 25098

Scottsdale, AZ

85255-0101

### CONTACT INFO



Menu                                                     Sign in



# Evolutionary Leval Above Human Foundation

📍 Scottsdale, AZ

**TAX ID** 86-0893308

## Want to make a donation using Daffy?

Lower your income taxes with a charitable deduction this year when you donate to this non-profit via Daffy.

**PAYMENT METHOD**

| 💳 Card | 💵 Bank | ⓑ Crypto | 🖼️ Stock | ⇄ DAF |

**FREQUENCY**

| One-time | Monthly |

**AMOUNT**

$ 20

Donate with Debit/Credit card

Donate

# EXHIBIT 35

2016-2020 IRS Tax Returns Filed By Mark King On Behalf Of The Evolutionary Level Above Human Foundation, an Arizona Nonprofit Corporation

-FILED-

MAY 2 2 2023

At————————M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Click on the question-mark icons to display help windows
The information provided will enable you to file a more complete return and reduce the chances the IRS has to contact you.

Form **990-EZ**

## Short Form
## Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

OMB No 1545-1150

**2016**

Open to Public Inspection

▶ Do not enter social security numbers on this form as it may be made public.

▶ Information about Form 990-EZ and its instructions is at *www.irs.gov/form990*.

Department of the Treasury
Internal Revenue Service

**A** For the 2016 calendar year, or tax year beginning _____, 2016, and ending _____, 20 _____

**B** Check if applicable
- [ ] Address change
- [ ] Name change
- [ ] Initial return
- [ ] Final return/terminated
- [ ] Amended return
- [ ] Application pending

**C** Name of organization
The Evolutionary Level Above Human Foundation

Number and street (or P O box, if mail is not delivered to street address)
P.O. Box 25098

City or town, state or province, country, and ZIP or foreign postal code
Scottsdale, AZ 85255

Room/suite

**D** Employer identification number
86-0893308

**E** Telephone number
480-236-1031

**F** Group Exemption Number ▶

**G** Accounting Method  [ ] Cash  [✓] Accrual  Other (specify) ▶ _____

**H** Check [✓] if the organization is not required to attach Schedule B (Form 990, 990-EZ, or 990-PF)

**I** Website: ▶

**J** Tax-exempt status (check only one) — [✓] 501(c)(3)  [ ] 501(c) (  ) ◀ (insert no.)  [ ] 4947(a)(1) or  [ ] 527

**K** Form of organization  [✓] Corporation  [ ] Trust  [ ] Association  [ ] Other

**L** Add lines 5b, 6c and 7b to line 9 to determine gross receipts  If gross receipts are $200,000 or more, or if total assets (Part II, column (B) below) are $500,000 or more, file Form 990 instead of Form 990-EZ .  .  .  .  .  .  ▶ $

### Part I  Revenue, Expenses, and Changes in Net Assets or Fund Balances (see the instructions for Part I)

Check if the organization used Schedule O to respond to any question in this Part I .  .  .  .  .  .  .  .  . [ ]

| | | |
|---|---|---:|
| 1 | Contributions, gifts, grants, and similar amounts received .  .  .  .  .  .  .  . | **1** 0.00 |
| 2 | Program service revenue including government fees and contracts .  .  .  .  . | **2** 0.00 |
| 3 | Membership dues and assessments .  .  .  .  .  .  .  .  .  .  .  . | **3** 0.00 |
| 4 | Investment income .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **4** 0.00 |
| 5a | Gross amount from sale of assets other than inventory | 5a |
| b | Less: cost or other basis and sales expenses .  .  .  . | 5b |
| c | Gain or (loss) from sale of assets other than inventory (Subtract line 5b from line 5a) | **5c** |
| 6 | Gaming and fundraising events | |
| a | Gross income from gaming (attach Schedule G if greater than $15,000) .  .  .  .  .  .  .  .  . | 6a |
| b | Gross income from fundraising events (not including $ _____ of contributions from fundraising events reported on line 1) (attach Schedule G if the sum of such gross income and contributions exceeds $15,000) . | 6b |
| c | Less: direct expenses from gaming and fundraising events | 6c |
| d | Net income or (loss) from gaming and fundraising events (add lines 6a and 6b and subtract line 6c) .  .  .  .  .  .  .  .  .  .  .  .  .  . | **6d** |
| 7a | Gross sales of inventory, less returns and allowances | 7a |
| b | Less: cost of goods sold .  .  .  .  . | 7b |
| c | Gross profit or (loss) from sales of inventory (Subtract line 7b from line 7a) . | **7c** |
| 8 | Other revenue (describe in Schedule O) .  .  .  .  .  .  .  .  .  .  . | **8** |
| 9 | **Total revenue.** Add lines 1, 2, 3, 4, 5c, 6d, 7c, and 8 .  .  .  .  .  .  ▶ | **9** 0.00 |
| 10 | Grants and similar amounts paid (list in Schedule O) .  .  .  .  .  .  .  . | **10** |
| 11 | Benefits paid to or for members .  .  .  .  .  .  .  .  .  .  .  . | **11** |
| 12 | Salaries, other compensation, and employee benefits .  .  .  .  .  .  .  . | **12** |
| 13 | Professional fees and other payments to independent contractors .  .  .  .  . | **13** |
| 14 | Occupancy, rent, utilities, and maintenance .  .  .  .  .  .  .  .  .  . | **14** |
| 15 | Printing, publications, postage, and shipping .  .  .  .  .  .  .  .  .  . | **15** |
| 16 | Other expenses (describe in Schedule O) .  .  .  .  .  .  .  .  .  .  . | **16** 10.00 |
| 17 | **Total expenses.** Add lines 10 through 16 .  .  .  .  .  .  .  .  .  ▶ | **17** 10.00 |
| 18 | Excess or (deficit) for the year (Subtract line 17 from line 9) .  .  .  .  .  . | **18** -10.00 |
| 19 | Net assets or fund balances at beginning of year (from line 27, column (A)) (must agree with end-of-year figure reported on prior year's return) .  .  .  .  .  .  .  . | **19** |
| 20 | Other changes in net assets or fund balances (explain in Schedule O) .  .  .  . | **20** |
| 21 | Net assets or fund balances at end of year. Combine lines 18 through 20 .  .  ▶ | **21** -10.00 |

*(left margin: Revenue / Expenses / Net Assets)*

*(watermark: SCANNED MAY 23 2017)*

*(stamp: MAY 31 2017 OGDEN, UT)*

For Paperwork Reduction Act Notice, see the separate instructions.

Cat No 106421

Form **990-EZ** (2016)

*(handwritten at bottom: 20      1      9-44)*

Form 990-EZ (2016)                                                                                    Page **2**

**Part II   Balance Sheets** (see the instructions for Part II)

Check if the organization used Schedule O to respond to any question in this Part II . . . . . . . . . ☐

| | | | **(A)** Beginning of year | | **(B)** End of year |
|---|---|---|---|---|---|
| **22** | Cash, savings, and investments . . . . . . . . . | | **22** | | -10.00 |
| **23** | Land and buildings . . . . . . . . . . . . | | **23** | | |
| **24** | Other assets (describe in Schedule O) . . . . . . | | **24** | | |
| **25** | **Total assets** . . . . . . . . . . . . . | | **25** | | -10.00 |
| **26** | **Total liabilities** (describe in Schedule O) . . . . . . | | **26** | | |
| **27** | **Net assets or fund balances** (line 27 of column (B) must agree with line 21) . . | | **27** | | -10.00 |

**Part III   Statement of Program Service Accomplishments** (see the instructions for Part III)

Check if the organization used Schedule O to respond to any question in this Part III . . . ☐

What is the organization's primary exempt purpose? _____

Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. In a clear and concise manner, describe the services provided, the number of persons benefited, and other relevant information for each program title.

Expenses
(Required for section 501(c)(3) and 501(c)(4) organizations, optional for others.)

**28** System to secure, protect, archive and maintain the Foundation's intellectual property and elements of faith.

-------------------------------------------------------

-------------------------------------------------------

(Grants $ _____ ) If this amount includes foreign grants, check here . . . ▶ ☐  | **28a** | 5.00 |

**29** Dissemination of free audio-visual works to the public explaining religious faith.

-------------------------------------------------------

-------------------------------------------------------

(Grants $ _____ ) If this amount includes foreign grants, check here . . . ▶ ☐  | **29a** | 5.00 |

**30** -------------------------------------------------------

-------------------------------------------------------

(Grants $ _____ ) If this amount includes foreign grants, check here . . . ▶ ☐  | **30a** | |

**31** Other program services (describe in Schedule O) . .

(Grants $ _____ ) If this amount includes foreign grants, check here . . . ▶ ☐  | **31a** | |

**32** Total program service expenses (add lines 28a through 31a) . . . . . . . . ▶  | **32** | 10.00 |

**Part IV   List of Officers, Directors, Trustees, and Key Employees** (list each one even if not compensated—see the instructions for Part IV)

Check if the organization used Schedule O to respond to any question in this Part IV . . . . . . . . . ☐

| **(a)** Name and title | **(b)** Average hours per week devoted to position | **(c)** Reportable compensation (Forms W-2/1099-MISC) (if not paid, enter -0-) | **(d)** Health benefits, contributions to employee benefit plans, and deferred compensation | **(e)** Estimated amount of other compensation |
|---|---|---|---|---|
| Mark King P.O. Box 25098  Scottsdale, AZ 85255 | 5 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 |
| Sarah King P.O. Box 25098 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Form **990-EZ** (2016)

2

Form 990-EZ (2016)                                                                                     Page **3**

| **Part V** | **Other Information** (Note the Schedule A and personal benefit contract statement requirements in the instructions for Part V) Check if the organization used Schedule O to respond to any question in this Part V . . ☐ | | | |
|---|---|---|---|---|

| | | | **Yes** | **No** |
|---|---|---|:---:|:---:|
| 33 | Did the organization engage in any significant activity not previously reported to the IRS? If "Yes," provide a detailed description of each activity in Schedule O . . . . . . . . . . . . . . . | 33 | | ✔ |
| 34 | Were any significant changes made to the organizing or governing documents? If "Yes," attach a conformed copy of the amended documents if they reflect a change to the organization's name Otherwise, explain the change on Schedule O (see instructions) . . . . . . . . . . . . . . | 34 | | ✔ |
| 35a | Did the organization have unrelated business gross income of $1,000 or more during the year from business activities (such as those reported on lines 2, 6a, and 7a, among others)? . . . . . . . | 35a | | ✔ |
| b | If "Yes," to line 35a, has the organization filed a Form 990-T for the year? *If "No," provide an explanation in Schedule O* | 35b | | ✔ |
| c | Was the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization subject to section 6033(e) notice, reporting, and proxy tax requirements during the year? If "Yes," complete Schedule C, Part III . . | 35c | | ✔ |
| 36 | Did the organization undergo a liquidation, dissolution, termination, or significant disposition of net assets during the year? If "Yes," complete applicable parts of Schedule N . . . . . . . . | 36 | | ✔ |
| 37a | Enter amount of political expenditures, direct or indirect, as described in the instructions ▶ 37a | | | |
| b | Did the organization file **Form 1120-POL** for this year? . . . . . . . . . . . . . | 37b | | ✔ |
| 38a | Did the organization borrow from, or make any loans to, any officer, director, trustee, or key employee **or** were any such loans made in a prior year and still outstanding at the end of the tax year covered by this return? | 38a | | ✔ |
| b | If "Yes," complete Schedule L, Part II and enter the total amount involved | 38b | | |
| 39 | Section 501(c)(7) organizations. Enter: | | | |
| a | Initiation fees and capital contributions included on line 9 . . . . . . . . | 39a | | |
| b | Gross receipts, included on line 9, for public use of club facilities . . . . . | 39b | | |
| 40a | Section 501(c)(3) organizations. Enter amount of tax imposed on the organization during the year under: section 4911 ▶ ; section 4912 ▶ , section 4955 ▶ | | | |
| b | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations. Did the organization engage in any section 4958 excess benefit transaction during the year, or did it engage in an excess benefit transaction in a prior year that has not been reported on any of its prior Forms 990 or 990-EZ? If "Yes," complete Schedule L, Part I | 40b | | ✔ |
| c | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations Enter amount of tax imposed on organization managers or disqualified persons during the year under sections 4912, 4955, and 4958 . . . . . . . . . . . . . . . . ▶ | | | |
| d | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations. Enter amount of tax on line 40c reimbursed by the organization . . . . . . . . . . . . . ▶ | | | |
| e | All organizations. At any time during the tax year, was the organization a party to a prohibited tax shelter transaction? If "Yes," complete Form 8886-T . . . . . . . . . . . . . | 40e | | ✔ |
| 41 | List the states with which a copy of this return is filed ▶ AZ | | | |

| 42a | The organization's books are in care of ▶ **Mark King** | | | Telephone no. ▶ | | |
|---|---|---|---|---|---|---|
| | Located at ▶ **P.O. Box 25098, Scottsdale, AZ** | | ZIP + 4 ▶ | | 85255 | |

| | | | **Yes** | **No** |
|---|---|---|:---:|:---:|
| b | At any time during the calendar year, did the organization have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? If "Yes," enter the name of the foreign country: ▶ See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | 42b | | ✔ |
| c | At any time during the calendar year, did the organization maintain an office outside the United States? If "Yes," enter the name of the foreign country: ▶ | 42c | | ✔ |

| 43 | Section 4947(a)(1) nonexempt charitable trusts filing Form 990-EZ in lieu of **Form 1041**—Check here . . . . . . . . ▶ ☐ and enter the amount of tax-exempt interest received or accrued during the tax year . . . . . . ▶ | 43 | | |
|---|---|---|---|

| | | | **Yes** | **No** |
|---|---|---|:---:|:---:|
| 44a | Did the organization maintain any donor advised funds during the year? If "Yes," Form 990 must be completed instead of Form 990-EZ . . . . . . . . . . . . . . . . | 44a | | ✔ |
| b | Did the organization operate one or more hospital facilities during the year? If "Yes," Form 990 must be completed instead of Form 990-EZ . . . . . . . . . . . . . . | 44b | | ✔ |
| c | Did the organization receive any payments for indoor tanning services during the year? . . . . . | 44c | | ✔ |
| d | If "Yes" to line 44c, has the organization filed a Form 720 to report these payments? *If "No," provide an explanation in Schedule O* . . . . . . . . . . . . . . . . . . | 44d | | ✔ |
| 45a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? . . . . | 45a | | |
| b | Did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? If "Yes," Form 990 and Schedule R may need to be completed instead of Form 990-EZ (see instructions) . . . . . . . . . . . . . . | 45b | | |

Form **990-EZ** (2016)

3

Form 990-EZ (2016)                                                                                                          Page **4**

| | | Yes | No |
|---|---|---|---|
| **46** | Did the organization engage, directly or indirectly, in political campaign activities on behalf of or in opposition to candidates for public office? If "Yes," complete Schedule C, Part I . . . . . . . . . . . **46** | | ✔ |

**Part VI**  **Section 501(c)(3) organizations only**

All section 501(c)(3) organizations must answer questions 47–49b and 52, and complete the tables for lines 50 and 51.

Check if the organization used Schedule O to respond to any question in this Part VI . . . . . . . . . ☐

| | | Yes | No |
|---|---|---|---|
| **47** | Did the organization engage in lobbying activities or have a section 501(h) election in effect during the tax year? If "Yes," complete Schedule C, Part II . . . . . . . . . . . . . . . . . **47** | | ✔ |
| **48** | Is the organization a school as described in section 170(b)(1)(A)(ii)? If "Yes," complete Schedule E . . . **48** | | ✔ |
| **49a** | Did the organization make any transfers to an exempt non-charitable related organization? . . . . . **49a** | | ✔ |
| **b** | If "Yes," was the related organization a section 527 organization? . . . . . . . . . . **49b** | | ✔ |
| **50** | Complete this table for the organization's five highest compensated employees (other than officers, directors, trustees, and key employees) who each received more than $100,000 of compensation from the organization. If there is none, enter "None." | | |

| (a) Name and title of each employee | (b) Average hours per week devoted to position | (c) Reportable compensation (Forms W-2/1099-MISC) | (d) Health benefits, contributions to employee benefit plans, and deferred compensation | (e) Estimated amount of other compensation |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**f** Total number of other employees paid over $100,000 . . . . ▶ _____

**51** Complete this table for the organization's five highest compensated independent contractors who each received more than $100,000 of compensation from the organization. If there is none, enter "None."

| (a) Name and business address of each independent contractor | (b) Type of service | (c) Compensation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**d** Total number of other independent contractors each receiving over $100,000 . ▶ _____

**52** Did the organization complete Schedule A? **Note:** All section 501(c)(3) organizations must attach a completed Schedule A . . . . . . . . . . . . . . . . . . . . . ▶ ☑ **Yes** ☐ **No**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge

| **Sign Here** | ▶ _Mark King_ (signature) | 4/27/2017 |
|---|---|---|
| | Signature of officer | Date |
| | MARK KING | |
| | Type or print name and title | |

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name ▶ | | | Firm's EIN ▶ | |
| | Firm's address ▶ | | | Phone no. | |

May the IRS discuss this return with the preparer shown above? See instructions . . . . . . . . ▶ ☐ **Yes** ☐ **No**

Form **990-EZ** (2016)

4

**SCHEDULE A**
**(Form 990 or 990-EZ)**

Department of the Treasury
Internal Revenue Service

# Public Charity Status and Public Support

Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust.
▶ Attach to Form 990 or Form 990-EZ.
▶ Information about Schedule A (Form 990 or 990-EZ) and its instructions is at *www.irs.gov/form990*.

OMB No 1545-0047

**2016**

Open to Public Inspection

| Name of the organization | Employer identification number |
|---|---|
| The Evolutionary Level Above Human Foundation | 86-0893308 |

## Part I  Reason for Public Charity Status (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

1  ☑ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i)**.

2  ☐ A school described in **section 170(b)(1)(A)(ii)**. (Attach Schedule E (Form 990 or 990-EZ).)

3  ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii)**.

4  ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii)**. Enter the hospital's name, city, and state:

5  ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170(b)(1)(A)(iv)**. (Complete Part II.)

6  ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v)**.

7  ☐ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi)**. (Complete Part II.)

8  ☐ A community trust described in **section 170(b)(1)(A)(vi)**. (Complete Part II.)

9  ☐ An agricultural research organization described in **section 170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land-grant college of agriculture (see instructions). Enter the name, city, and state of the college or university

10  ☐ An organization that normally receives: (1) more than 33⅓% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 33⅓% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2)**. (Complete Part III.)

11  ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4)**.

12  ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2)**. See **section 509(a)(3)**. Check the box in lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g

a  ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

b  ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

c  ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

d  ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

e  ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

f  Enter the number of supported organizations . . . . . . . . . . . . . . . . . . . . . [    ]

g  Provide the following information about the supported organization(s).

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1–10 above (see instructions)) | (iv) Is the organization listed in your governing document? | | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | Yes | No | | |
| (A) | | | | | | |
| (B) | | | | | | |
| (C) | | | | | | |
| (D) | | | | | | |
| (E) | | | | | | |
| **Total** | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.     Cat No 11285F     **Schedule A (Form 990 or 990-EZ) 2016**

5

294925280681 2   8

Click on the question-mark icons to display help windows.
The information provided will enable you to file a more complete return and reduce the chances the IRS has to contact you.

Short Form
# Return of Organization Exempt From Income Tax

Form **990-EZ**

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

**2017**

OMB No 1545-1150

▶ Do not enter social security numbers on this form as it may be made public.

▶ Go to *www.irs.gov/Form990EZ* for instructions and the latest information.

**Open to Public Inspection**

Department of the Treasury
Internal Revenue Service

**A** For the 2017 calendar year, or tax year beginning _____ , 2017, and ending _____ , 20 _____

**B** Check if applicable
- ☐ Address change
- ☐ Name change
- ☐ Initial return
- ☐ Final return/terminated
- ☐ Amended return
- ☐ Application pending

**C** Name of organization
The Evolutionary Level Above Human Foundation

Number and street (or P O box, if mail is not delivered to street address) | Room/suite
P.O. Box 25098

City or town, state or province, country, and ZIP or foreign postal code
Scottsdale, AZ 85255

**D** Employer identification number
86-089330

**E** Telephone number
480-236-1031

**F** Group Exemption
Number ▶

**G** Accounting Method ☐ Cash ☑ Accrual Other (specify) ▶ _____

**H** Check ▶ ☐ if the organization is not required to attach Schedule B (Form 990, 990-EZ, or 990-PF)

**I** Website: ▶

**J** Tax-exempt status (check only one) — ☑ 501(c)(3) ☐ 501(c) ( ) ◀ (insert no) ☐ 4947(a)(1) or ☐ 527

**K** Form of organization ☑ Corporation ☐ Trust ☐ Association ☐ Other

**L** Add lines 5b, 6c, and 7b to line 9 to determine gross receipts If gross receipts are $200,000 or more, or if total assets (Part II, column (B) below) are $500,000 or more, file Form 990 instead of Form 990-EZ . . . . . . . ▶ $

## Part I    Revenue, Expenses, and Changes in Net Assets or Fund Balances (see the instructions for Part I)

Check if the organization used Schedule O to respond to any question in this Part I . . . . . . . ☐

|  |  |  |  |
|---|---|---|---|
| **Revenue** | 1 Contributions, gifts, grants, and similar amounts received . . . . . | 1 | 0.00 |
| | 2 Program service revenue including government fees and contracts . . | 2 | 0.00 |
| | 3 Membership dues and assessments . . . . . . . . . . | 3 | 0.00 |
| | 4 Investment income . . . . . . . . . . . . . . | 4 | 0.00 |
| | 5a Gross amount from sale of assets other than inventory . . | 5a | |
| | b Less: cost or other basis and sales expenses . . . . | 5b | |
| | c Gain or (loss) from sale of assets other than inventory (Subtract line 5b from line 5a) . | 5c | |
| | 6 Gaming and fundraising events | | |
| | a Gross income from gaming (attach Schedule G if greater than $15,000) . . . . . . . . . . . . . | 6a | |
| | b Gross income from fundraising events (not including $ _____ of contributions from fundraising events reported on line 1) (attach Schedule G if the sum of such gross income and contributions exceeds $15,000) . | 6b | |
| | c Less: direct expenses from gaming and fundraising events . | 6c | |
| | d Net income or (loss) from gaming and fundraising events (add lines 6a and 6b and subtract line 6c) . . . . . . . . . . . . . . . . . | 6d | |
| | 7a Gross sales of inventory, less returns and allowances . | 7a | |
| | b Less: cost of goods sold . . . . . . . . | 7b | |
| | c Gross profit or (loss) from sales of inventory (Subtract line 7b from line 7a) . | 7c | |
| | 8 Other revenue (describe in Schedule O) . . . . . . . . | 8 | |
| | 9 **Total revenue.** Add lines 1, 2, 3, 4, 5c, 6d, 7c, and 8 . . . . . ▶ | 9 | 0.00 |
| **Expenses** | 10 Grants and similar amounts paid (list in Schedule O) . . . . . | 10 | |
| | 11 Benefits paid to or for members . . . . . . . . . . | 11 | |
| | 12 Salaries, other compensation, and employee benefits . . . . | 12 | |
| | 13 Professional fees and other payments to independent contractors . . | 13 | |
| | 14 Occupancy, rent, utilities, and maintenance . . . . . . . | 14 | |
| | 15 Printing, publications, postage, and shipping . . . . . . | 15 | |
| | 16 Other expenses (describe in Schedule O) . . . . . . . . | 16 | 10.00 |
| | 17 **Total expenses.** Add lines 10 through 16 . . . . . . . ▶ | 17 | 10.00 |
| **Net Assets** | 18 Excess or (deficit) for the year (Subtract line 17 from line 9) . . . | 18 | -10.00 |
| | 19 Net assets or fund balances at beginning of year (from line 27, column (A)) (must agree with end-of-year figure reported on prior year's return) . . | 19 | |
| | 20 Other changes in net assets or fund balances (explain in Schedule O) . | 20 | |
| | 21 Net assets or fund balances at end of year Combine lines 18 through 20 . | 21 | -10.00 |

**RECEIVED**
OCT 15 2018
**OGDEN, UT**
RS-OSC

For Paperwork Reduction Act Notice, see the separate instructions.     Cat No 106421     Form **990-EZ** (2017)

SCANNED FEB 06 2019

84232234040 NOV 15 2018

59096

03
16

9 15

6

Form 990-EZ (2017)

Page **2**

## Part II — Balance Sheets (see the instructions for Part II)

Check if the organization used Schedule O to respond to any question in this Part II . . . . . . . . □

| | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|
| 22 | Cash, savings, and investments . . . . . . . . . . . | | 22 | -10.00 |
| 23 | Land and buildings . . . . . . . . . . . . . | | 23 | |
| 24 | Other assets (describe in Schedule O) . . . . . . . | | 24 | |
| 25 | Total assets . . . . . . . . . . . . . . . | | 25 | -10.00 |
| 26 | Total liabilities (describe in Schedule O) . . . . . | | 26 | |
| 27 | Net assets or fund balances (line 27 of column (B) must agree with line 21) | | 27 | -10.00 |

## Part III — Statement of Program Service Accomplishments (see the instructions for Part III)

Check if the organization used Schedule O to respond to any question in this Part III . . . □

What is the organization's primary exempt purpose?

Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. In a clear and concise manner, describe the services provided, the number of persons benefited, and other relevant information for each program title.

Expenses
(Required for section 501(c)(3) and 501(c)(4) organizations, optional for others)

**28** System to secure, protect, archive and maintain the Foundation's intellectual property and elements of faith.

(Grants $           ) If this amount includes foreign grants, check here . . . . ▶ □

| 28a | 5.00 |

**29** Dissemination of audio-visual works to the public explaining religious faith.

(Grants $           ) If this amount includes foreign grants, check here . . . . ▶ □

| 29a | 5.00 |

**30**

(Grants $           ) If this amount includes foreign grants, check here . . . . ▶ □

| 30a | |

**31** Other program services (describe in Schedule O)

(Grants $           ) If this amount includes foreign grants, check here . . . . ▶ □

| 31a | |

**32** Total program service expenses (add lines 28a through 31a) . . . . . . . . ▶

| 32 | 10.00 |

## Part IV — List of Officers, Directors, Trustees, and Key Employees (list each one even if not compensated—see the instructions for Part IV)

Check if the organization used Schedule O to respond to any question in this Part IV . . . . . . . . □

| (a) Name and title | (b) Average hours per week devoted to position | (c) Reportable compensation (Forms W-2/1099-MISC) (if not paid, enter -0-) | (d) Health benefits, contributions to employee benefit plans, and deferred compensation | (e) Estimated amount of other compensation |
|---|---|---|---|---|
| Mark King P.O. Box 25098  Scottsdale, AZ 85255 | 5 | 0 | 0 | 0 |
| Sarah King P.O. Box 25098  Scottsdale, AZ 85255 | 0 | 0 | 0 | 0 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Form **990-EZ** (2017)

7

Form 990-EZ (2017)

**Part V**    **Other Information** (Note the Schedule A and personal benefit contract statement requirements in the instructions for Part V.) Check if the organization used Schedule O to respond to any question in this Part V . . ☐

|  |  | | Yes | No |
|---|---|---|---|---|
| 33 | Did the organization engage in any significant activity not previously reported to the IRS? If "Yes," provide a detailed description of each activity in Schedule O . . . . . . . . . . . . . . | 33 | | ✔ |
| 34 | Were any significant changes made to the organizing or governing documents? If "Yes," attach a conformed copy of the amended documents if they reflect a change to the organization's name. Otherwise, explain the change on Schedule O (see instructions) . . . . . . . . . . . . . . . . | 34 | | ✔ |
| 35a | Did the organization have unrelated business gross income of $1,000 or more during the year from business activities (such as those reported on lines 2, 6a, and 7a, among others)? . . . . . . . . | 35a | | ✔ |
| b | If "Yes" to line 35a, has the organization filed a Form 990-T for the year? If "No," provide an explanation in Schedule O | 35b | | ✔ |
| c | Was the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization subject to section 6033(e) notice, reporting, and proxy tax requirements during the year? If "Yes," complete Schedule C, Part III . . . . | 35c | | ✔ |
| 36 | Did the organization undergo a liquidation, dissolution, termination, or significant disposition of net assets during the year? If "Yes," complete applicable parts of Schedule N . . . . . . . . . | 36 | | ✔ |
| 37a | Enter amount of political expenditures, direct or indirect, as described in the instructions ▶ **37a** | | | |
| b | Did the organization file **Form 1120-POL** for this year? . . . . . . . . . . . . | 37b | | ✔ |
| 38a | Did the organization borrow from, or make any loans to, any officer, director, trustee, or key employee **or** were any such loans made in a prior year and still outstanding at the end of the tax year covered by this return? . | 38a | | ✔ |
| b | If "Yes," complete Schedule L, Part II and enter the total amount involved . . . . | **38b** | | |
| 39 | Section 501(c)(7) organizations. Enter | | | |
| a | Initiation fees and capital contributions included on line 9 . . . . . | **39a** | | |
| b | Gross receipts, included on line 9, for public use of club facilities . . . . . | **39b** | | |
| 40a | Section 501(c)(3) organizations. Enter amount of tax imposed on the organization during the year under: section 4911 ▶ ; section 4912 ▶ ; section 4955 ▶ | | | |
| b | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations. Did the organization engage in any section 4958 excess benefit transaction during the year, or did it engage in an excess benefit transaction in a prior year that has not been reported on any of its prior Forms 990 or 990-EZ? If "Yes," complete Schedule L, Part I | 40b | | ✔ |
| c | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations. Enter amount of tax imposed on organization managers or disqualified persons during the year under sections 4912, 4955, and 4958 . . . . . . . . . . . . . . ▶ | | | |
| d | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations. Enter amount of tax on line 40c reimbursed by the organization . . . . . . . . . . . . ▶ | | | |
| e | All organizations. At any time during the tax year, was the organization a party to a prohibited tax shelter transaction? If "Yes," complete Form 8886-T . . . . . . . . . . . . . | 40e | | ✔ |
| 41 | List the states with which a copy of this return is filed ▶ | | | |
| 42a | The organization's books are in care of ▶      Telephone no. ▶ | | | |
|  | Located at ▶      ZIP + 4 ▶ | | | |

|  |  | | Yes | No |
|---|---|---|---|---|
| b | At any time during the calendar year, did the organization have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? If "Yes," enter the name of the foreign country: ▶ | 42b | | ✔ |
|  | See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR) | | | |
| c | At any time during the calendar year, did the organization maintain an office outside the United States? . If "Yes," enter the name of the foreign country: ▶ | 42c | | ✔ |
| 43 | Section 4947(a)(1) nonexempt charitable trusts filing Form 990-EZ in lieu of **Form 1041**—Check here . . . . ▶ ☐ and enter the amount of tax-exempt interest received or accrued during the tax year . . . . . ▶ | **43** | | |

|  |  | | Yes | No |
|---|---|---|---|---|
| 44a | Did the organization maintain any donor advised funds during the year? If "Yes," Form 990 must be completed instead of Form 990-EZ . . . . . . . . . . . . . . . . | 44a | | ✔ |
| b | Did the organization operate one or more hospital facilities during the year? If "Yes," Form 990 must be completed instead of Form 990-EZ . . . . . . . . . . . . . . . . | 44b | | ✔ |
| c | Did the organization receive any payments for indoor tanning services during the year? . . . . | 44c | | ✔ |
| d | If "Yes" to line 44c, has the organization filed a Form 720 to report these payments? If "No," provide an explanation in Schedule O . . . . . . . . . . . . . . . . . | 44d | | ✔ |
| 45a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? . . . . | 45a | | ✔ |
| b | Did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? If "Yes," Form 990 and Schedule R may need to be completed instead of Form 990-EZ (see instructions) . . . . . . . . . . . . . . . . | 45b | | ✔ |

Form **990-EZ** (2017)

*8*

Form 990-EZ (2017)

Page **4**

| | | Yes | No |
|---|---|---|---|
| **46** | Did the organization engage, directly or indirectly, in political campaign activities on behalf of or in opposition to candidates for public office? If "Yes," complete Schedule C, Part I . . . . . . . . . . . . . . **46** | | ✔ |

**Part VI** **Section 501(c)(3) organizations only**
All section 501(c)(3) organizations must answer questions 47–49b and 52, and complete the tables for lines 50 and 51.

Check if the organization used Schedule O to respond to any question in this Part VI . . . . . . . . . ☐

| | | Yes | No |
|---|---|---|---|
| **47** | Did the organization engage in lobbying activities or have a section 501(h) election in effect during the tax year? If "Yes," complete Schedule C, Part II . . . . . . . . . . . . . . **47** | | ✔ |
| **48** | Is the organization a school as described in section 170(b)(1)(A)(ii)? If "Yes," complete Schedule E . . . . **48** | | ✔ |
| **49a** | Did the organization make any transfers to an exempt non-charitable related organization? . . . . . . **49a** | | ✔ |
| **b** | If "Yes," was the related organization a section 527 organization? . . . . . . . . . . . **49b** | | ✔ |
| **50** | Complete this table for the organization's five highest compensated employees (other than officers, directors, trustees, and key employees) who each received more than $100,000 of compensation from the organization. If there is none, enter "None." | | |

| (a) Name and title of each employee | (b) Average hours per week devoted to position | (c) Reportable compensation (Forms W-2/1099-MISC) | (d) Health benefits, contributions to employee benefit plans, and deferred compensation | (e) Estimated amount of other compensation |
|---|---|---|---|---|
| ------------------------------- | | | | |
| ------------------------------- | | | | |
| ------------------------------- | | | | |
| ------------------------------- | | | | |
| ------------------------------- | | | | |

**f** Total number of other employees paid over $100,000 . . . . ▶ _____

**51** Complete this table for the organization's five highest compensated independent contractors who each received more than $100,000 of compensation from the organization. If there is none, enter "None."

| (a) Name and business address of each independent contractor | (b) Type of service | (c) Compensation |
|---|---|---|
| ------------------------------- | | |
| ------------------------------- | | |
| ------------------------------- | | |
| ------------------------------- | | |
| ------------------------------- | | |

**d** Total number of other independent contractors each receiving over $100,000 . . ▶ _____

**52** Did the organization complete Schedule A? **Note:** All section 501(c)(3) organizations must attach a completed Schedule A . . . . . . . . . . . . . . . . . ▶ ☑ **Yes** ☐ **No**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge

| Sign Here | ▶ *Mark King* Signature of officer | 10/6/2018 Date |
|---|---|---|
| | ▶ MARK KING       PRESIDENT Type or print name and title | |

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name ▶ | | | Firm's EIN ▶ | |
| | Firm's address ▶ | | | Phone no | |

May the IRS discuss this return with the preparer shown above? See instructions . . . . . . . ▶ ☐ **Yes** ☐ **No**

Form **990-EZ** (2017)

9

| SCHEDULE A (Form 990 or 990-EZ) | **Public Charity Status and Public Support** | OMB No 1545-0047 |
|---|---|---|
| | Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust. | **2017** |
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 990 or Form 990-EZ. ▶ Go to *www.irs.gov/Form990* for instructions and the latest information. | Open to Public Inspection |

| Name of the organization | Employer identification number |
|---|---|
| The Evolutionary Level Above Human Foundation | 86-0893308 |

**Part I** **Reason for Public Charity Status** (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

1  ☑ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**
2  ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990 or 990-EZ).)
3  ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**
4  ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state
5  ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170(b)(1)(A)(iv).** (Complete Part II.)
6  ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**
7  ☐ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II )
8  ☐ A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II )
9  ☐ An agricultural research organization described in **section 170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land-grant college of agriculture (see instructions). Enter the name, city, and state of the college or university:
10 ☐ An organization that normally receives: (1) more than 33⅓% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 33⅓% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)
11 ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**
12 ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box in lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

a  ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**
b  ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**
c  ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**
d  ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**
e  ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.
f  Enter the number of supported organizations . . . . . . . . . . . . . . . . . . . [     ]
g  Provide the following information about the supported organization(s).

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1–10 above (see instructions)) | (iv) Is the organization listed in your governing document? | | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | **Yes** | **No** | | |
| **(A)** | | | | | | |
| **(B)** | | | | | | |
| **(C)** | | | | | | |
| **(D)** | | | | | | |
| **(E)** | | | | | | |
| **Total** | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.     Cat No 11285F     Schedule A (Form 990 or 990-EZ) 2017

2949218702601 9

OMB No. 1545-1150

Short Form

Form **990-EZ**

# Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

**2018**

▶ Do not enter social security numbers on this form as it may be made public.

▶ Go to *www.irs.gov/Form990EZ* for instructions and the latest information.

**Open to Public Inspection**

Department of the Treasury
Internal Revenue Service

**A** For the 2018 calendar year, or tax year beginning _____ , 2018, and ending _____ , 20 _____

| **B** Check if applicable: | **C** Name of organization |
|---|---|
| ☐ Address change | The Evolutionary Level Above Human Foundation |
| ☐ Name change | Number and street (or P O box, if mail is not delivered to street address)  Room/suite |
| ☐ Initial return | P.O.Box 25098 |
| ☐ Final return/terminated | City or town, state or province, country, and ZIP or foreign postal code |
| ☐ Amended return | Scottsdale, AZ 85255 |
| ☐ Application pending | |

**D** Employer identification number
86-0893308

**E** Telephone number
480-236-1031

**F** Group Exemption
Number ▶

**G** Accounting Method: ☐ Cash  ☑ Accrual  Other (specify) ▶ _____

**H** Check ▶ ☐ if the organization is **not** required to attach Schedule B (Form 990, 990-EZ, or 990-PF).

**I** Website: ▶

**J** Tax-exempt status (check only one) — ☑ 501(c)(3)  ☐ 501(c) (   ) ◀ (insert no.)  ☐ 4947(a)(1) or  ☐ 527

**K** Form of organization: ☑ Corporation  ☐ Trust  ☐ Association  ☐ Other

**L** Add lines 5b, 6c, and 7b to line 9 to determine gross receipts. If gross receipts are $200,000 or more, or if total assets (Part II, column (B)) are $500,000 or more, file Form 990 instead of Form 990-EZ . . . . ▶ $

## Part I  Revenue, Expenses, and Changes in Net Assets or Fund Balances (see the instructions for Part I)

Check if the organization used Schedule O to respond to any question in this Part I . . . . . . . . ☐

| | | | |
|---|---|---|---|
| | 1 | Contributions, gifts, grants, and similar amounts received . . . . . . . | 1 | 0.00 |
| | 2 | Program service revenue including government fees and contracts . . . . | 2 | 0.00 |
| | 3 | Membership dues and assessments . . . . . . . . . . . . . | 3 | 0.00 |
| | 4 | Investment income . . . . . . . . . . . . . . . . . . | 4 | 0.00 |
| **Revenue** | 5a | Gross amount from sale of assets other than inventory | 5a | |
| | b | Less: cost or other basis and sales expenses | 5b | |
| | c | Gain or (loss) from sale of assets other than inventory (Subtract line 5b from line 5a) | 5c | |
| | 6 | Gaming and fundraising events: | | |
| | a | Gross income from gaming (attach Schedule G if greater than $15,000) . . . . | 6a | |
| | b | Gross income from fundraising events (not including $ _____ of contributions from fundraising events reported on line 1) (attach Schedule G if the sum of such gross income and contributions exceeds $15,000) . . | 6b | |
| | c | Less: direct expenses from gaming and fundraising events . . | 6c | |
| | d | Net income or (loss) from gaming and fundraising events (add lines 6a and 6b and subtract line 6c) . . . . . . . . . . . . . | 6d | |
| | 7a | Gross sales of inventory, less returns and allowances | 7a | |
| | b | Less: cost of goods sold | 7b | |
| | c | Gross profit or (loss) from sales of inventory (Subtract line 7b from line 7a) . . | 7c | |
| | 8 | Other revenue (describe in Schedule O) . . . . . . . . . . . | 8 | |
| | 9 | **Total revenue.** Add lines 1, 2, 3, 4, 5c, 6d, 7c, and 8 . . . . . . ▶ | 9 | 0.00 |
| **Expenses** | 10 | Grants and similar amounts paid (list in Schedule O) . . . . . . . | 10 | |
| | 11 | Benefits paid to or for members . . . . . . . . . . . . . | 11 | |
| | 12 | Salaries, other compensation, and employee benefits . . . . . . . | 12 | |
| | 13 | Professional fees and other payments to independen | 13 | |
| | 14 | Occupancy, rent, utilities, and maintenance . . . . | 14 | |
| | 15 | Printing, publications, postage, and shipping . . . | 15 | |
| | 16 | Other expenses (describe in Schedule O) . . . . | 16 | 10.00 |
| | 17 | **Total expenses.** Add lines 10 through 16 . . . . | 17 | 10.00 |
| **Net Assets** | 18 | Excess or (deficit) for the year (Subtract line 17 from line 9) . . . . . . | 18 | -10.00 |
| | 19 | Net assets or fund balances at beginning of year (from line 27, column (A)) (must agree with end-of-year figure reported on prior year's return) . . . . . . . . | 19 | |
| | 20 | Other changes in net assets or fund balances (explain in Schedule O) . . . | 20 | |
| | 21 | Net assets or fund balances at end of year. Combine lines 18 through 20 . . | 21 | -10.00 |

RECEIVED
JUN 2 8 2019
OGDEN, UT

SCANNED AUG 2 2 2019

For Paperwork Reduction Act Notice, see the separate instructions.    Cat. No 10642I    Form **990-EZ** (2018)

Form 990-EZ 2019  USDC IN/ND case 3:22-cv-00395-MGG  document 107-1  filed 05/22/23  page 43 of 86  Page **2**

| **Part II** | **Balance Sheets** (see the instructions for Part II) | | | | | | |
|---|---|---|---|---|---|---|---|
| | Check if the organization used Schedule O to respond to any question in this Part II . . . . . . | | | | | | ☐ |

| | | | (A) Beginning of year | | (B) End of year | |
|---|---|---|---|---|---|---|
| 22 | Cash, savings, and investments . . . . . . . . . | | | **22** | | -10.00 |
| 23 | Land and buildings . . . . . . . . | | | **23** | | |
| 24 | Other assets (describe in Schedule O) . . . . . . . | | | **24** | | |
| 25 | **Total assets** . . . . . . . . . . | | | **25** | | -10.00 |
| 26 | **Total liabilities** (describe in Schedule O) . . . . . | | | **26** | | |
| 27 | **Net assets or fund balances** (line 27 of column (B) **must agree with line 21**) . . | | | **27** | | -10.00 |

| **Part III** | **Statement of Program Service Accomplishments** (see the instructions for Part III) | Expenses |
|---|---|---|
| | Check if the organization used Schedule O to respond to any question in this Part III . . ☐ | (Required for section 501(c)(3) and 501(c)(4) organizations; optional for others.) |

What is the organization's primary exempt purpose? _____

Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. In a clear and concise manner, describe the services provided, the number of persons benefited, and other relevant information for each program title.

| | | |
|---|---|---|
| **28** | System to secure, protect, archive and maintain the Foundation's intellectual property and element of faith | |
| | _____ | |
| | (Grants $          ) If this amount includes foreign grants, check here . . . ▶ ☐ | **28a** 5.00 |
| **29** | Dissemination of audio-visual works to the public explaining religious faith. | |
| | _____ | |
| | _____ | |
| | (Grants $          ) If this amount includes foreign grants, check here . . . ▶ ☐ | **29a** 5.00 |
| **30** | _____ | |
| | _____ | |
| | _____ | |
| | (Grants $          ) If this amount includes foreign grants, check here . . . ▶ ☐ | **30a** |
| **31** | Other program services (describe in Schedule O) | |
| | (Grants $          ) If this amount includes foreign grants, check here . . . ▶ ☐ | **31a** |
| **32** | **Total program service expenses** (add lines 28a through 31a) . . . . . . . . . ▶ | **32** 10.00 |

| **Part IV** | **List of Officers, Directors, Trustees, and Key Employees** (list each one even if not compensated—see the instructions for Part IV) |
|---|---|
| | Check if the organization used Schedule O to respond to any question in this Part IV . . . . . . . . ☐ |

| (a) Name and title | (b) Average hours per week devoted to position | (c) Reportable compensation (Forms W-2/1099-MISC) (if not paid, enter -0-) | (d) Health benefits, contributions to employee benefit plans, and deferred compensation | (e) Estimated amount of other compensation |
|---|---|---|---|---|
| **Mark King** P.O. Box 25098  Scottsdale, AZ 85255 | 5 | 0 | 0 | 0 |
| **Sarah King** P.O. Box 25098  Scottsdale, AZ 85255 | 0 | 0 | 0 | 0 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Part V | **Other Information** (Note the Schedule A and personal benefit contract statement requirements in the instructions for Part V.) Check if the organization used Schedule O to respond to any question in this Part V . . ☐ | | | |
|---|---|---|---|---|

| | | | **Yes** | **No** |
|---|---|---|---|---|
| **33** | Did the organization engage in any significant activity not previously reported to the IRS? If "Yes," provide a detailed description of each activity in Schedule O . . . . . . . . . . . . | **33** | | ✔ |
| **34** | Were any significant changes made to the organizing or governing documents? If "Yes," attach a conformed copy of the amended documents if they reflect a change to the organization's name. Otherwise, explain the change on Schedule O. See instructions . . . . . . . . . . . . . . . . . . | **34** | | ✔ |
| **35a** | Did the organization have unrelated business gross income of $1,000 or more during the year from business activities (such as those reported on lines 2, 6a, and 7a, among others)? . . . . . . . | **35a** | | ✔ |
| **b** | If "Yes" to line 35a, has the organization filed a Form 990-T for the year? If "No," provide an explanation in Schedule O | **35b** | | ✔ |
| **c** | Was the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization subject to section 6033(e) notice, reporting, and proxy tax requirements during the year? If "Yes," complete Schedule C, Part III . . . . | **35c** | | ✔ |
| **36** | Did the organization undergo a liquidation, dissolution, termination, or significant disposition of net assets during the year? If "Yes," complete applicable parts of Schedule N . . . . . . . . . | **36** | | ✔ |
| **37a** | Enter amount of political expenditures, direct or indirect, as described in the instructions ▶ | **37a** | | |
| **b** | Did the organization file **Form 1120-POL** for this year? . . . . . . . . . . . . . | **37b** | | ✔ |
| **38a** | Did the organization borrow from, or make any loans to, any officer, director, trustee, or key employee or were any such loans made in a prior year and still outstanding at the end of the tax year covered by this return? . | **38a** | | ✔ |
| **b** | If "Yes," complete Schedule L, Part II and enter the total amount involved . . . . | **38b** | | |
| **39** | Section 501(c)(7) organizations. Enter: | | | |
| **a** | Initiation fees and capital contributions included on line 9 . . . . | **39a** | | |
| **b** | Gross receipts, included on line 9, for public use of club facilities . . . | **39b** | | |
| **40a** | Section 501(c)(3) organizations. Enter amount of tax imposed on the organization during the year under: section 4911 ▶ _____ ; section 4912 ▶ _____ ; section 4955 ▶ | | | |
| **b** | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations. Did the organization engage in any section 4958 excess benefit transaction during the year, or did it engage in an excess benefit transaction in a prior year that has not been reported on any of its prior Forms 990 or 990-EZ? If "Yes," complete Schedule L, Part I | **40b** | | ✔ |
| **c** | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations. Enter amount of tax imposed on organization managers or disqualified persons during the year under sections 4912, 4955, and 4958 . . . . . . . . . . . . . . . . . ▶ | | | |
| **d** | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations. Enter amount of tax on line 40c reimbursed by the organization . . . . . . . . . . . . ▶ | | | |
| **e** | All organizations. At any time during the tax year, was the organization a party to a prohibited tax shelter transaction? If "Yes," complete Form 8886-T . . . . . . . . . . . | **40e** | | ✔ |
| **41** | List the states with which a copy of this return is filed ▶ _____ | | | |
| **42a** | The organization's books are in care of ▶ _____  Telephone no. ▶ _____ | | | |
| | Located at ▶ _____  ZIP + 4 ▶ _____ | | | |
| | | | **Yes** | **No** |
| **b** | At any time during the calendar year, did the organization have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? | **42b** | | ✔ |
| | If "Yes," enter the name of the foreign country ▶ | | | |
| | See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | |
| **c** | At any time during the calendar year, did the organization maintain an office outside the United States? . | **42c** | | ✔ |
| | If "Yes," enter the name of the foreign country ▶ | | | |
| **43** | Section 4947(a)(1) nonexempt charitable trusts filing Form 990-EZ in lieu of **Form 1041**—Check here . . . . . ▶ ☐ and enter the amount of tax-exempt interest received or accrued during the tax year . . . . . ▶ | **43** | | |
| | | | **Yes** | **No** |
| **44a** | Did the organization maintain any donor advised funds during the year? If "Yes," Form 990 must be completed instead of Form 990-EZ . . . . . . . . . . . . . . . . . | **44a** | | ✔ |
| **b** | Did the organization operate one or more hospital facilities during the year? If "Yes," Form 990 must be completed instead of Form 990-EZ . . . . . . . . . . . . . . . . . | **44b** | | ✔ |
| **c** | Did the organization receive any payments for indoor tanning services during the year? . . . . . | **44c** | | ✔ |
| **d** | If "Yes" to line 44c, has the organization filed a Form 720 to report these payments? If "No," provide an explanation in Schedule O . . . . . . . . . . . . . . . . . . . | **44d** | | |
| **45a** | Did the organization have a controlled entity within the meaning of section 512(b)(13)? . . . . . | **45a** | | ✔ |
| **b** | Did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? If "Yes," Form 990 and Schedule R may need to be completed instead of Form 990-EZ. See instructions . . . . . . . . . . . . . . . . . . | **45b** | | ✔ |

Form **990-EZ** (2019)

13

| | | | Yes | No |
|---|---|---|---|---|
| **46** | Did the organization engage, directly or indirectly, in political campaign activities on behalf of or in opposition to candidates for public office? If "Yes," complete Schedule C, Part I . . . . . . . . . . . . . . . | **46** | | ✔ |

---

**Part VI**   **Section 501(c)(3) Organizations Only**
All section 501(c)(3) organizations must answer questions 47–49b and 52, and complete the tables for lines 50 and 51.
Check if the organization used Schedule O to respond to any question in this Part VI  . . . . . . . . ☐

| | | | Yes | No |
|---|---|---|---|---|
| **47** | Did the organization engage in lobbying activities or have a section 501(h) election in effect during the tax year? If "Yes," complete Schedule C, Part II   . . . . . . . . . . . . . . . . . . . . . | **47** | | ✔ |
| **48** | Is the organization a school as described in section 170(b)(1)(A)(ii)? If "Yes," complete Schedule E   . . . . | **48** | | ✔ |
| **49a** | Did the organization make any transfers to an exempt non-charitable related organization?  . . . . . . | **49a** | | ✔ |
| **b** | If "Yes," was the related organization a section 527 organization?   . . . . . . . . . . . . . | **49b** | | ✔ |

**50**   Complete this table for the organization's five highest compensated employees (other than officers, directors, trustees, and key employees) who each received more than $100,000 of compensation from the organization. If there is none, enter "None."

| (a) Name and title of each employee | (b) Average hours per week devoted to position | (c) Reportable compensation (Forms W-2/1099-MISC) | (d) Health benefits, contributions to employee benefit plans, and deferred compensation | (e) Estimated amount of other compensation |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**f**   Total number of other employees paid over $100,000  . . . . ▶

**51**   Complete this table for the organization's five highest compensated independent contractors who each received more than $100,000 of compensation from the organization. If there is none, enter "None."

| (a) Name and business address of each independent contractor | (b) Type of service | (c) Compensation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**d**   Total number of other independent contractors each receiving over $100,000  .  ▶

**52**   Did the organization complete Schedule A? **Note:** All section 501(c)(3) organizations must attach a completed Schedule A   . . . . . . . . . . . . . . . . . . . . . . . ▶ ☑ Yes ☐ No

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge

| **Sign Here** | Signature of officer    *Mark K*    Date  5/7/2019 |
|---|---|
| | Type or print name and title    MARK KING    PRESIDENT |

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name ▶ | | | Firm's EIN ▶ | |
| | Firm's address ▶ | | | Phone no. | |

May the IRS discuss this return with the preparer shown above? See instructions  . . . . . . . . . ▶ ☐ Yes ☐ No

Form **990-EZ** (2018)

14

OMB No 1545-0047

# SCHEDULE A
(Form 990 or 990-EZ)

## Public Charity Status and Public Support

**2018**

Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust.

▶ Attach to Form 990 or Form 990-EZ.

Department of the Treasury
Internal Revenue Service

▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

Open to Public Inspection

| Name of the organization | Employer identification number |
|---|---|
| The Evolutionary Level Above Human Foundation | 86-0893308 |

## Part I  Reason for Public Charity Status (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

1 ☑ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**   *01*

2 ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990 or 990-EZ).)

3 ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4 ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state:

5 ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170(b)(1)(A)(iv).** (Complete Part II.)

6 ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7 ☐ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

8 ☐ A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

9 ☐ An agricultural research organization described in **section 170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land-grant college of agriculture (see instructions). Enter the name, city, and state of the college or university:

10 ☐ An organization that normally receives: (1) more than 33⅓% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 33⅓% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)

11 ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

12 ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box in lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

a ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

b ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

c ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

d ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

e ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

f Enter the number of supported organizations . . . . . . . . . . . . . . . . . [          ]

g Provide the following information about the supported organization(s).

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1–10 above (see instructions)) | (iv) Is the organization listed in your governing document? | | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | Yes | No | | |
| (A) | | | | | | |
| (B) | | | | | | |
| (C) | | | | | | |
| (D) | | | | | | |
| (E) | | | | | | |
| **Total** | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.     Cat No. 11285F     Schedule A (Form 990 or 990-EZ) 2018

*15*

The information provided will enable you to file a more complete return and reduce the chances the IRS will need to contact you.

Short Form
Form **990-EZ**

## Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

OMB No 1545-0047

**2019**

▶ Do not enter social security numbers on this form, as it may be made public.

Open to Public Inspection

Department of the Treasury
Internal Revenue Service

▶ Go to *www.irs.gov/Form990EZ* for instructions and the latest information.

**A** For the 2019 calendar year, or tax year beginning _____ , 2019, and ending _____ , 20 ____

| **B** Check if applicable | **C** Name of organization | **D** Employer identification number |
|---|---|---|
| ☐ Address change | The Evolutionary Level Above Human Foundation | 86-089330 |
| ☐ Name change | Number and street (or P O box if mail is not delivered to street address)   Room/suite | **E** Telephone number |
| ☐ Initial return | P.O. Box 25098 | 480-236-1031 |
| ☐ Final return/terminated | City or town, state or province, country, and ZIP or foreign postal code | **F** Group Exemption |
| ☐ Amended return | Scottsdale, AZ 85255 | Number ▶ |
| ☐ Application pending | | |

**G** Accounting Method: ☐ Cash ☑ Accrual Other (specify) ▶ _____

**I** Website: ▶ _____

**H** Check ▶ ☐ if the organization is not required to attach Schedule B (Form 990, 990-EZ, or 990-PF).

**J** Tax-exempt status (check only one) — ☑ 501(c)(3) ☐ 501(c) (   ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527

**K** Form of organization: ☐ Corporation ☐ Trust ☐ Association ☐ Other _____

**L** Add lines 5b, 6c, and 7b to line 9 to determine gross receipts. If gross receipts are $200,000 or more, or if total assets (Part II, column (B)) are $500,000 or more, file Form 990 instead of Form 990-EZ. ▶ $ _____

### Part I    Revenue, Expenses, and Changes in Net Assets or Fund Balances (see the instructions for Part I)

Check if the organization used Schedule O to respond to any question in this Part I . . . . . . . ☐

| | | | |
|---|---|---|---|
| **Revenue** | 1 Contributions, gifts, grants, and similar amounts received | 1 | 0.00 |
| | 2 Program service revenue including government fees and contracts | 2 | 0.00 |
| | 3 Membership dues and assessments | 3 | 0 00 |
| | 4 Investment income | 4 | 0 00 |
| | 5a Gross amount from sale of assets other than inventory | 5a | |
| | b Less: cost or other basis and sales expenses | 5b | |
| | c Gain or (loss) from sale of assets other than inventory (subtract line 5b from line 5a) | 5c | |
| | 6 Gaming and fundraising events: | | |
| | a Gross income from gaming (attach Schedule G if greater than $15,000) | 6a | |
| | b Gross income from fundraising events (not including $ _____ of contributions from fundraising events reported on line 1) (attach Schedule G if the sum of such gross income and contributions exceeds $15,000) | 6b | |
| | c Less: direct expenses from gaming and fundraising events | 6c | |
| | d Net income or (loss) from gaming and fundraising events (add lines 6a and 6b and subtract line 6c) | 6d | |
| | 7a Gross sales of inventory, less returns and allowances | 7a | |
| | b Less: cost of goods sold | 7b | |
| | c Gross profit or (loss) from sales of inventory (subtract line 7b from line 7a) | 7c | |
| | 8 Other revenue (describe in Schedule O) | 8 | |
| | 9 **Total revenue.** Add lines 1, 2, 3, 4, 5c, 6d, 7c, and 8 ▶ | 9 | 0 00 |
| **Expenses** | 10 Grants and similar amounts paid (list in Schedule O) | 10 | |
| | 11 Benefits paid to or for members | 11 | |
| | 12 Salaries, other compensation, and employee benefits | 12 | |
| | 13 Professional fees and other payments to independent contractors | 13 | |
| | 14 Occupancy, rent, utilities, and maintenance | 14 | |
| | 15 Printing, publications, postage, and shipping | 15 | |
| | 16 Other expenses (describe in Schedule O) | 16 | 10 00 |
| | 17 **Total expenses.** Add lines 10 through 16 ▶ | 17 | 10 00 |
| **Net Assets** | 18 Excess or (deficit) for the year (subtract line 17 from line 9) | 18 | -10.00 |
| | 19 Net assets or fund balances at beginning of year (from line 27, column (A)) (must agree with end-of-year figure reported on prior year's return) | 19 | |
| | 20 Other changes in net assets or fund balances (explain in Schedule O) | 20 | |
| | 21 Net assets or fund balances at end of year. Combine lines 18 through 20 ▶ | 21 | 10 00 |

For Paperwork Reduction Act Notice, see the separate instructions.   Cat No 10642I   Form **990-EZ** (2019)

SCANNED APR 15 2021

RECEIVED MAY 27 2020 OGDEN, UT

IRS-OSC

525

G-14

16

Form 990-EZ (2019) — Page **2**

**Part II** **Balance Sheets** (see the instructions for Part II)

Check if the organization used Schedule O to respond to any question in this Part II . . . . . . . . . . ☐

|  | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|
| 22 | Cash, savings, and investments . . . . . . . . . . | | 22 | -10 00 |
| 23 | Land and buildings . . . . . . . | | 23 | |
| 24 | Other assets (describe in Schedule O) . . . . . . . | | 24 | |
| 25 | **Total assets** . . . . . . . . . . . . | | 25 | -10.00 |
| 26 | **Total liabilities** (describe in Schedule O) . . . . . . . | | 26 | |
| 27 | **Net assets or fund balances** (line 27 of column (B) **must** agree with line 21) . . | | 27 | -10 00 |

**Part III** **Statement of Program Service Accomplishments** (see the instructions for Part III)

Check if the organization used Schedule O to respond to any question in this Part III . . . . ☐

What is the organization's primary exempt purpose? _____

Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. In a clear and concise manner, describe the services provided, the number of persons benefited, and other relevant information for each program title.

Expenses
(Required for section 501(c)(3) and 501(c)(4) organizations, optional for others)

28  System to secure, protect, archive and maintain the Foundation's intellectual property and element of faith

_____

_____

(Grants $ _____ ) If this amount includes foreign grants, check here . . . . ▶ ☐ | **28a** | 5 00

29  Dissemination of audio-visual works to the public explaining religious faith

_____

_____

(Grants $ _____ ) If this amount includes foreign grants, check here . . . . ▶ ☐ | **29a** | 5 00

30

_____

_____

(Grants $ _____ ) If this amount includes foreign grants, check here . . . . ▶ ☐ | **30a**

31  Other program services (describe in Schedule O) . . . . . . . . . .

(Grants $ _____ ) If this amount includes foreign grants, check here . . . . ▶ ☐ | **31a**

32  **Total program service expenses** (add lines 28a through 31a) . . . . . . . . ▶ | **32** | 10 00

**Part IV** **List of Officers, Directors, Trustees, and Key Employees** (list each one even if not compensated—see the instructions for Part IV)

Check if the organization used Schedule O to respond to any question in this Part IV . . . . . . . . . ☐

| (a) Name and title | (b) Average hours per week devoted to position | (c) Reportable compensation (Forms W-2/1099-MISC) (if not paid, enter -0-) | (d) Health benefits, contributions to employee benefit plans, and deferred compensation | (e) Estimated amount of other compensation |
|---|---|---|---|---|
| Mark King | 5 | | | |
| P.O. Box 25098  Scottsdale, AZ 85255 | | 0 | 0 | 0 |
| | | | | |
| Sarah King | 0 | | | |
| PO Box 25098  Scottsdale, AZ 85255 | | 0 | 0 | 0 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Form **990-EZ** (2019)

17

Form 990-EZ (2019)

**Page 3**

| Part V | Other Information (Note the Schedule A and personal benefit contract statement requirements in the instructions for Part V.) Check if the organization used Schedule O to respond to any question in this Part V . . ☐ |
|---|---|

|  |  |  | Yes | No |
|---|---|---|---|---|
| 33 | Did the organization engage in any significant activity not previously reported to the IRS? If "Yes," provide a detailed description of each activity in Schedule O . . . . . . . . . . . . . | 33 |  | ✔ |
| 34 | Were any significant changes made to the organizing or governing documents? If "Yes," attach a conformed copy of the amended documents if they reflect a change to the organization's name. Otherwise, explain the change on Schedule O. See instructions . . . . . . . . . . . . . . . | 34 |  | ✔ |
| 35a | Did the organization have unrelated business gross income of $1,000 or more during the year from business activities (such as those reported on lines 2, 6a, and 7a, among others)? . . . . . . . . . | 35a |  | ✔ |
| b | If "Yes" to line 35a, has the organization filed a Form 990-T for the year? If "No," provide an explanation in Schedule O | 35b |  | ✔ |
| c | Was the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization subject to section 6033(e) notice, reporting, and proxy tax requirements during the year? If "Yes," complete Schedule C, Part III . . . | 35c |  | ✔ |
| 36 | Did the organization undergo a liquidation, dissolution, termination, or significant disposition of net assets during the year? If "Yes," complete applicable parts of Schedule N . . . . . . . . | 36 |  | ✔ |
| 37a | Enter amount of political expenditures, direct or indirect, as described in the instructions ▶ | 37a | | | |
| b | Did the organization file Form 1120-POL for this year? . . . . . . . . . . . | 37b |  | ✔ |
| 38a | Did the organization borrow from, or make any loans to, any officer, director, trustee, or key employee; or were any such loans made in a prior year and still outstanding at the end of the tax year covered by this return? . | 38a |  | ✔ |
| b | If "Yes," complete Schedule L, Part II, and enter the total amount involved . . . . | 38b | | | |
| 39 | Section 501(c)(7) organizations. Enter: | | | | |
| a | Initiation fees and capital contributions included on line 9 . . . . . . . . | 39a | | | |
| b | Gross receipts, included on line 9, for public use of club facilities . . . . . . . | 39b | | | |
| 40a | Section 501(c)(3) organizations. Enter amount of tax imposed on the organization during the year under: section 4911 ▶ _____ ; section 4912 ▶ _____ ; section 4955 ▶ _____ | | | | |
| b | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations. Did the organization engage in any section 4958 excess benefit transaction during the year, or did it engage in an excess benefit transaction in a prior year that has not been reported on any of its prior Forms 990 or 990-EZ? If "Yes," complete Schedule L, Part I | 40b |  | ✔ |
| c | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations. Enter amount of tax imposed on organization managers or disqualified persons during the year under sections 4912, 4955, and 4958 . . . . . . . . . . . . . . . . . ▶ | | | | |
| d | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations. Enter amount of tax on line 40c reimbursed by the organization . . . . . . . . . . . . . ▶ | | | | |
| e | All organizations. At any time during the tax year, was the organization a party to a prohibited tax shelter transaction? If "Yes," complete Form 8886-T . . . . . . . . . . . . . | 40e |  | ✔ |
| 41 | List the states with which a copy of this return is filed ▶ _____ | | | | |
| 42a | The organization's books are in care of ▶ _____  Telephone no. ▶ _____ | | | | |
|  | Located at ▶ _____  ZIP + 4 ▶ _____ | | | | |
| b | At any time during the calendar year, did the organization have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? | 42b |  | ✔ |
|  | If "Yes," enter the name of the foreign country ▶ _____ See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | | |
| c | At any time during the calendar year, did the organization maintain an office outside the United States? . | 42c |  | ✔ |
|  | If "Yes," enter the name of the foreign country ▶ _____ | | | | |
| 43 | Section 4947(a)(1) nonexempt charitable trusts filing Form 990-EZ in lieu of **Form 1041**—Check here . . . ▶ ☐ and enter the amount of tax-exempt interest received or accrued during the tax year . . . . . ▶ | 43 | | | |

|  |  |  | Yes | No |
|---|---|---|---|---|
| 44a | Did the organization maintain any donor advised funds during the year? If "Yes," Form 990 must be completed instead of Form 990-EZ . . . . . . . . . . . . . . . | 44a |  | ✔ |
| b | Did the organization operate one or more hospital facilities during the year? If "Yes," Form 990 must be completed instead of Form 990-EZ . . . . . . . . . . . . . . . | 44b |  | ✔ |
| c | Did the organization receive any payments for indoor tanning services during the year? . . . . . | 44c |  | ✔ |
| d | If "Yes" to line 44c, has the organization filed a Form 720 to report these payments? If "No," provide an explanation in Schedule O . . . . . . . . . . . . . . . . . | 44d |  | ✔ |
| 45a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? . . . . . | 45a |  | ✔ |
| b | Did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? If "Yes," Form 990 and Schedule R may need to be completed instead of Form 990-EZ. See instructions . . . . . . . . . . . . . . . . | 45b |  | ✔ |

14

Form **990-EZ** (2019)

Form 990-EZ (2019)

| | | | Yes | No |
|---|---|---|---|---|
| 46 | Did the organization engage, directly or indirectly, in political campaign activities on behalf of or in opposition to candidates for public office? If "Yes," complete Schedule C, Part I . . . . . . . . . . | 46 | | ✔ |

**Part VI** **Section 501(c)(3) Organizations Only**

All section 501(c)(3) organizations must answer questions 47–49b and 52, and complete the tables for lines 50 and 51.

Check if the organization used Schedule O to respond to any question in this Part VI  . . . . . . . ☐

| | | | Yes | No |
|---|---|---|---|---|
| 47 | Did the organization engage in lobbying activities or have a section 501(h) election in effect during the tax year? If "Yes," complete Schedule C, Part II  . . . . . . . . . . . . . | 47 | | ✔ |
| 48 | Is the organization a school as described in section 170(b)(1)(A)(ii)? If "Yes," complete Schedule E  . . . | 48 | | ✔ |
| 49a | Did the organization make any transfers to an exempt non-charitable related organization? . . . . . . | 49a | | ✔ |
| b | If "Yes," was the related organization a section 527 organization? . . . . . . . . . | 49b | | ✔ |

50  Complete this table for the organization's five highest compensated employees (other than officers, directors, trustees, and key employees) who each received more than $100,000 of compensation from the organization. If there is none, enter "None."

| (a) Name and title of each employee | (b) Average hours per week devoted to position | (c) Reportable compensation (Forms W-2/1099-MISC) | (d) Health benefits, contributions to employee benefit plans, and deferred compensation | (e) Estimated amount of other compensation |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**f** Total number of other employees paid over $100,000  . . . . ▶ _____

51  Complete this table for the organization's five highest compensated independent contractors who each received more than $100,000 of compensation from the organization. If there is none, enter "None."

| (a) Name and business address of each independent contractor | (b) Type of service | (c) Compensation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**d** Total number of other independent contractors each receiving over $100,000  . . ▶ _____

| 52 | Did the organization complete Schedule A? **Note:** All section 501(c)(3) organizations must attach a completed Schedule A . . . . . . . . . . . . . . . . . . ▶ ☑ Yes ☐ No |
|---|---|

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge

| **Sign Here** | Signature of officer  *Mark King*                       Date  5/20/2020 |
|---|---|
| | Type or print name and title  MARK KING   PRESIDENT / CEO |

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name  ▶ | | | Firm's EIN ▶ | |
| | Firm's address ▶ | | | Phone no | |

May the IRS discuss this return with the preparer shown above? See instructions  . . . . . . . . . ▶ ☐ Yes ☐ No

Form **990-EZ** (2019)

19

| **SCHEDULE A**<br>(Form 990 or 990-EZ)<br><br>Department of the Treasury<br>Internal Revenue Service | **Public Charity Status and Public Support**<br>Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust.<br>▶ Attach to Form 990 or Form 990-EZ.<br>▶ Go to www.irs.gov/Form990 for instructions and the latest information. | OMB No 1545-0047<br>**2019**<br>Open to Public Inspection |
|---|---|---|

| Name of the organization<br>The Evolutionary Level Above Human Foundation | Employer identification number<br>86-0893308 |
|---|---|

**Part I   Reason for Public Charity Status (All organizations must complete this part.) See instructions.**

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

1  ☑ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

2  ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990 or 990-EZ).)

3  ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4  ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

5  ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170(b)(1)(A)(iv).** (Complete Part II.)

6  ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7  ☐ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

8  ☐ A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

9  ☐ An agricultural research organization described in **section 170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land-grant college of agriculture (see instructions). Enter the name, city, and state of the college or university:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

10  ☐ An organization that normally receives: (1) more than 33⅓% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 33⅓% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)

11  ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

12  ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box in lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

a  ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

b  ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

c  ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

d  ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

e  ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

f  Enter the number of supported organizations . . . . . . . . . . . . . . . . . . . . . [     ]

g  Provide the following information about the supported organization(s).

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1–10 above (see instructions)) | (iv) Is the organization listed in your governing document? | | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | **Yes** | **No** | | |
| (A) | | | | | | |
| (B) | | | | | | |
| (C) | | | | | | |
| (D) | | | | | | |
| (E) | | | | | | |
| **Total** | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.     Cat No 11285F     Schedule A (Form 990 or 990-EZ) 2019

20

Click on the question-mark icons to display help windows
The information provided will enable you to file a more complete return and reduce the chances the IRS will need to contact you.

**Short Form**

Form **990-EZ**

# Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

▶ Do not enter social security numbers on this form as it may be made public.

▶ Go to *www.irs.gov/Form990EZ* for instructions and the latest information.

OMB No. 1545-0047

**2020**

Open to Public Inspection

Department of the Treasury
Internal Revenue Service

**A** For the 2020 calendar year, or tax year beginning _____ , 2020, and ending _____ , 20 _____

**B** Check if applicable:
☐ Address change
☐ Name change
☐ Initial return
☐ Final return/terminated
☐ Amended return
☐ Application pending

**C** Name of organization
The Evolutionary Level Above Human Foundation

Number and street (or P.O. box if mail is not delivered to street address)
P.O. Box 25098

Room/suite

City or town, state or province, country, and ZIP or foreign postal code
Scottsdale, AZ 85255

**D** Employer identification number
86 089330

**E** Telephone number
480-236-1031

**F** Group Exemption
Number ▶

**G** Accounting Method: ☐ Cash ☑ Accrual Other (specify) ▶ _____

**I** Website: ▶

**J** Tax-exempt status (check only one) — ☑ 501(c)(3) ☐ 501(c) ( ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527

**H** Check ▶ ☐ if the organization is **not** required to attach Schedule B (Form 990, 990-EZ, or 990-PF).

**K** Form of organization: ☐ Corporation ☐ Trust ☐ Association ☐ Other

**L** Add lines 5b, 6c, and 7b to line 9 to determine gross receipts. If gross receipts are $200,000 or more, or if total assets (Part II, column (B)) are $500,000 or more, file Form 990 instead of Form 990-EZ . . . . . . . . . . . . . . ▶ $

## Part I Revenue, Expenses, and Changes in Net Assets or Fund Balances (see the instructions for Part I)

Check if the organization used Schedule O to respond to any question in this Part I . . . . . . . . . . ☐

| | | | |
|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received | 1 | 0 00 |
| 2 | Program service revenue including government fees and contracts | 2 | 0 00 |
| 3 | Membership dues and assessments | 3 | 0 00 |
| 4 | Investment income | 4 | 0 00 |
| 5a | Gross amount from sale of assets other than inventory | 5a | |
| b | Less: cost or other basis and sales expenses | 5b | |
| c | Gain or (loss) from sale of assets other than inventory (subtract line 5b from line 5a) | 5c | |
| 6 | Gaming and fundraising events: | | |
| a | Gross income from gaming (attach Schedule G if greater than $15,000) | 6a | |
| b | Gross income from fundraising events (not including $ _____ of contributions from fundraising events reported on line 1) (attach Schedule G if the sum of such gross income and contributions exceeds $15,000) | 6b | |
| c | Less: direct expenses from gaming and fundraising events | 6c | |
| d | Net income or (loss) from gaming and fundraising events (add lines 6a and 6b and subtract line 6c) | 6d | |
| 7a | Gross sales of inventory, less returns and allowances | 7a | |
| b | Less: cost of goods sold | 7b | |
| c | Gross profit or (loss) from sales of inventory (subtract line 7b from line 7a) | 7c | |
| 8 | Other revenue (describe in Schedule O) | 8 | |
| 9 | **Total revenue.** Add lines 1, 2, 3, 4, 5c, 6d, 7c, and 8 . . . . . . ▶ | 9 | 0 00 |
| 10 | Grants and similar amounts paid (list in Schedule O) | 10 | |
| 11 | Benefits paid to or for members | 11 | |
| 12 | Salaries, other compensation, and employee benefits | 12 | |
| 13 | Professional fees and other payments to independent contractors | 13 | |
| 14 | Occupancy, rent, utilities, and maintenance | 14 | |
| 15 | Printing, publications, postage, and shipping | 15 | |
| 16 | Other expenses (describe in Schedule O) | 16 | 10 00 |
| 17 | **Total expenses.** Add lines 10 through 16 . . . . . . . ▶ | 17 | 10 00 |
| 18 | Excess or (deficit) for the year (subtract line 17 from line 9) | 18 | -10 00 |
| 19 | Net assets or fund balances at beginning of year (from line 27, column (A)) (must agree with end-of-year figure reported on prior year's return) | 19 | |
| 20 | Other changes in net assets or fund balances (explain in Schedule O) | 20 | |
| 21 | Net assets or fund balances at end of year. Combine lines 18 through 20 | 21 | -10 00 |

Revenue

Expenses

Net Assets

RECEIVED
APR 09 2021
OGDEN, UT
E1-70 IRS-OSC

SCANNED APR 1 4 2022

For Paperwork Reduction Act Notice, see the separate instructions. Cat. No. 10642I Form **990-EZ** (2020)

Form 990-EZ (2020)

| | Part II | **Balance Sheets** (see the instructions for Part II) | | |
|---|---|---|---|---|
| | | Check if the organization used Schedule O to respond to any question in this Part II . . . . . . . . . ☐ | | |

| | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|
| 22 | Cash, savings, and investments . . . . . . . . . . . . . | | 22 | -10 00 |
| 23 | Land and buildings . . . . . . . . . . | | 23 | |
| 24 | Other assets (describe in Schedule O) . . . . . . . . . | | 24 | |
| 25 | **Total assets** . . . . . . . . . . . . | | 25 | -10 00 |
| 26 | **Total liabilities** (describe in Schedule O) . . . . . . . . | | 26 | |
| 27 | **Net assets or fund balances** (line 27 of column (B) **must** agree with line 21) . . | | 27 | -10 00 |

| | Part III | **Statement of Program Service Accomplishments** (see the instructions for Part III) | **Expenses** |
|---|---|---|---|
| | | Check if the organization used Schedule O to respond to any question in this Part III . . ☐ | (Required for section 501(c)(3) and 501(c)(4) organizations; optional for others.) |

What is the organization's primary exempt purpose? _____

Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. In a clear and concise manner, describe the services provided, the number of persons benefited, and other relevant information for each program title.

**28** System to secure, protect, archive and maintain the Foundation intellectual property and elements of faith

_____

_____

(Grants $ _____ ) If this amount includes foreign grants, check here . . . . ▶ ☐ | **28a** | 5 00

**29** Dissemination of audio-visual works to the public explaining religious faith

_____

_____

(Grants $ _____ ) If this amount includes foreign grants, check here . . . . ▶ ☐ | **29a** | 5 00

**30** _____

_____

(Grants $ _____ ) If this amount includes foreign grants, check here . . . . ▶ ☐ | **30a** |

**31** Other program services (describe in Schedule O) . . . . . . . . . . . .

(Grants $ _____ ) If this amount includes foreign grants, check here . . . . ▶ ☐ | **31a** |

**32** **Total program service expenses** (add lines 28a through 31a) . . . . . . . . . . . ▶ | **32** | 10 00

| | Part IV | **List of Officers, Directors, Trustees, and Key Employees** (list each one even if not compensated—see the instructions for Part IV) |
|---|---|---|
| | | Check if the organization used Schedule O to respond to any question in this Part IV . . . . . . . . ☐ |

| (a) Name and title | (b) Average hours per week devoted to position | (c) Reportable compensation (Forms W-2/1099-MISC) (If not paid, enter -0-) | (d) Health benefits, contributions to employee benefit plans, and deferred compensation | (e) Estimated amount of other compensation |
|---|---|---|---|---|
| Mark King<br>P O Box 25098 Scottsdale, AZ 85255 | 5 | 0 | 0 | 0 |
| Sarah King<br>P O Box 25098 Scottsdale, AZ 85255 | 0 | 0 | 0 | 0 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

22

Form **990-EZ** (2020)

Form 990-EZ (2020)

| **Part V** | **Other Information** (Note the Schedule A and personal benefit contract statement requirements in the instructions for Part V.) Check if the organization used Schedule O to respond to any question in this Part V . . ☐ | | Yes | No |
|---|---|---|---|---|

| | | | Yes | No | |
|---|---|---|---|---|---|
| 33 | Did the organization engage in any significant activity not previously reported to the IRS? If "Yes," provide a detailed description of each activity in Schedule O . . . . . . . . . . . . . . . | 33 | | ✔ | ? |
| 34 | Were any significant changes made to the organizing or governing documents? If "Yes," attach a conformed copy of the amended documents if they reflect a change to the organization's name. Otherwise, explain the change on Schedule O. See instructions . . . . . . . . . . . . . . . . | 34 | | ✔ | |
| 35a | Did the organization have unrelated business gross income of $1,000 or more during the year from business activities (such as those reported on lines 2, 6a, and 7a, among others)? . . . . . . . . . | 35a | | ✔ | |
| b | If "Yes" to line 35a, has the organization filed a Form 990-T for the year? If "No," provide an explanation in Schedule O | 35b | | ✔ | |
| c | Was the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization subject to section 6033(e) notice, reporting, and proxy tax requirements during the year? If "Yes," complete Schedule C, Part III . . . | 35c | | ✔ | |
| 36 | Did the organization undergo a liquidation, dissolution, termination, or significant disposition of net assets during the year? If "Yes," complete applicable parts of Schedule N . . . . . . . . . | 36 | | ✔ | ? |
| 37a | Enter amount of political expenditures, direct or indirect, as described in the instructions ▶ | 37a | | | |
| b | Did the organization file **Form 1120-POL** for this year? . . . . . . . . . . . . . | 37b | | ✔ | |
| 38a | Did the organization borrow from, or make any loans to, any officer, director, trustee, or key employee; or were any such loans made in a prior year and still outstanding at the end of the tax year covered by this return? . | 38a | | ✔ | ? |
| b | If "Yes," complete Schedule L, Part II, and enter the total amount involved . . . . | 38b | | | |
| 39 | Section 501(c)(7) organizations. Enter: | | | | |
| a | Initiation fees and capital contributions included on line 9 . . . . . . . . | 39a | | | |
| b | Gross receipts, included on line 9, for public use of club facilities . . . . . . | 39b | | | |
| 40a | Section 501(c)(3) organizations. Enter amount of tax imposed on the organization during the year under: section 4911 ▶ _____ ; section 4912 ▶ _____ ; section 4955 ▶ _____ | | | | |
| b | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations. Did the organization engage in any section 4958 excess benefit transaction during the year, or did it engage in an excess benefit transaction in a prior year that has not been reported on any of its prior Forms 990 or 990-EZ? If "Yes," complete Schedule L, Part I | 40b | | ✔ | ? |
| c | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations. Enter amount of tax imposed on organization managers or disqualified persons during the year under sections 4912, 4955, and 4958 . . . . . . . . . . . . . . . . ▶ _____ | | | | |
| d | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations. Enter amount of tax on line 40c reimbursed by the organization . . . . . . . . . . . . . . ▶ _____ | | | | |
| e | All organizations. At any time during the tax year, was the organization a party to a prohibited tax shelter transaction? If "Yes," complete Form 8886-T . . . . . . . . . . . . . . | 40e | | ✔ | |
| 41 | List the states with which a copy of this return is filed ▶ | | | | |
| 42a | The organization's books are in care of ▶ _____ Telephone no. ▶ _____ | | | | |
| | Located at ▶ _____ ZIP + 4 ▶ _____ | | | | |

| | | | Yes | No |
|---|---|---|---|---|
| b | At any time during the calendar year, did the organization have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? | 42b | | ✔ |
| | If "Yes," enter the name of the foreign country ▶ _____ | | | |
| | See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | |
| c | At any time during the calendar year, did the organization maintain an office outside the United States? . | 42c | | ✔ |
| | If "Yes," enter the name of the foreign country ▶ _____ | | | |
| 43 | Section 4947(a)(1) nonexempt charitable trusts filing Form 990-EZ in lieu of **Form 1041**—Check here . . . ▶ ☐ and enter the amount of tax-exempt interest received or accrued during the tax year . . . . ▶ | 43 | | |

| | | | Yes | No |
|---|---|---|---|---|
| 44a | Did the organization maintain any donor advised funds during the year? If "Yes," Form 990 must be completed instead of Form 990-EZ . . . . . . . . . . . . . . . . . | 44a | | ✔ |
| b | Did the organization operate one or more hospital facilities during the year? If "Yes," Form 990 must be completed instead of Form 990-EZ . . . . . . . . . . . . . . . . . | 44b | | ✔ |
| c | Did the organization receive any payments for indoor tanning services during the year? . . . . . . | 44c | | ✔ |
| d | If "Yes" to line 44c, has the organization filed a Form 720 to report these payments? If "No," provide an explanation in Schedule O . . . . . . . . . . . . . . . . . . . | 44d | | ✔ |
| 45a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? . . . . . | 45a | | ✔ |
| b | Did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? If "Yes," Form 990 and Schedule R may need to be completed instead of Form 990-EZ. See instructions . . . . . . . . . . . . . . . . . . . | 45b | | ✔ |

23

Form 990-EZ (2020)

| | | | Yes | No |
|---|---|---|---|---|
| 46 | Did the organization engage, directly or indirectly, in political campaign activities on behalf of or in opposition to candidates for public office? If "Yes," complete Schedule C, Part I . . . . . . . . . . . . . . | 46 | | ✔ |

**Part VI** **Section 501(c)(3) Organizations Only**
All section 501(c)(3) organizations must answer questions 47–49b and 52, and complete the tables for lines
·50 and 51.
Check if the organization used Schedule O to respond to any question in this Part VI . . . . . . . . . ☐

| | | | Yes | No |
|---|---|---|---|---|
| 47 | Did the organization engage in lobbying activities or have a section 501(h) election in effect during the tax year? If "Yes," complete Schedule C, Part II . . . . . . . . . . . . . . . . . | 47 | | ✔ |
| 48 | Is the organization a school as described in section 170(b)(1)(A)(ii)? If "Yes," complete Schedule E . . . | 48 | | ✔ |
| 49a | Did the organization make any transfers to an exempt non-charitable related organization? . . . . . . | 49a | | ✔ |
| b | If "Yes," was the related organization a section 527 organization? . . . . . . . . . . . . | 49b | | ✔ |

**50** Complete this table for the organization's five highest compensated employees (other than officers, directors, trustees, and key employees) who each received more than $100,000 of compensation from the organization. If there is none, enter "None."

| (a) Name and title of each employee | (b) Average hours per week devoted to position | (c) Reportable compensation (Forms W-2/1099-MISC) | (d) Health benefits, contributions to employee benefit plans, and deferred compensation | (e) Estimated amount of other compensation |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**f** Total number of other employees paid over $100,000 . . . . ▶

**51** Complete this table for the organization's five highest compensated independent contractors who each received more than $100,000 of compensation from the organization. If there is none, enter "None."

| (a) Name and business address of each independent contractor | (b) Type of service | (c) Compensation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**d** Total number of other independent contractors each receiving over $100,000 . . ▶

**52** Did the organization complete Schedule A? **Note:** All section 501(c)(3) organizations must attach a completed Schedule A . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ Yes ☐ No

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge

**Sign Here** 🔲

| Signature of officer | *Mark King* | Date | 4/5/2021 |
|---|---|---|---|
| Type or print name and title | *MARK KING* | | |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. ▶ | |

May the IRS discuss this return with the preparer shown above? See instructions . . . . . . . . . . ▶ ☐ Yes ☐ No

Form **990-EZ** (2020)

24

| SCHEDULE A (Form 990 or 990-EZ) | **Public Charity Status and Public Support** | OMB No 1545-0047 |
|---|---|---|
| | Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust. | **2020** |
| | ▶ Attach to Form 990 or Form 990-EZ. | Open to Public |
| Department of the Treasury Internal Revenue Service | ▶ Go to *www.irs.gov/Form990* for instructions and the latest information. | Inspection |

| Name of the organization | Employer identification number |
|---|---|
| The Evolutionary Level Above Human Foundation | 86-0893308 |

**Part I**  **Reason for Public Charity Status. (All organizations must complete this part.) See instructions.**

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

1 ☑ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

2 ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990 or 990-EZ).)

3 ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4 ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state:

5 ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170(b)(1)(A)(iv).** (Complete Part II.)

6 ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7 ☐ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

8 ☐ A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

9 ☐ An agricultural research organization described in **section 170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land-grant college of agriculture (see instructions). Enter the name, city, and state of the college or university.

10 ☐ An organization that normally receives (1) more than 33⅓% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions, subject to certain exceptions; and (2) no more than 33⅓% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)

11 ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

12 ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2). See section 509(a)(3).** Check the box in lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g

a ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

b ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

c ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

d ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

e ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

f Enter the number of supported organizations . . . . . . . . . . . . . . . . . . .

g Provide the following information about the supported organization(s).

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1–10 above (see instructions)) | (iv) Is the organization listed in your governing document? | | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | Yes | No | | |
| (A) | | | | | | |
| (B) | | | | | | |
| (C) | | | | | | |
| (D) | | | | | | |
| (E) | | | | | | |
| **Total** | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.     Cat No 11285F     Schedule A (Form 990 or 990-EZ) 2020

25

# EXHIBIT 36

The Arizona Corporation Commission's 5/19/2023 'Entity Information'
For The Evolutionary Level Above Human Foundation

## ENTITY INFORMATION

### Search Date and Time: 5/19/2023 1:41:46 PM

### Entity Details

**Entity Name:**

THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION

**Entity ID:**

08194851

**Entity Type:**

Domestic Nonprofit Corporation

**Entity Status:**

Pending Inactive

The corporation has been without a statutory agent for at least 60 days and/or has failed to notify the Arizona Corporation Commission within 60 days of a resignation or change in its statutory agent information.

9/23/1997

▼

Pending Administrative Dissolution - No Stat Agent/No Valid Agent Address

**Formation Date:**

**Reason for Status:**

**Approval Date:**

9/23/1997

**Status Date:**

5/12/2023

**Original Incorporation Date:**

9/23/1997

**Life Period:**

Perpetual

**Business Type:**

Other - RELIGIOUS

**Last Annual Report Filed:**

2023

**Domicile State:**

Arizona

**Annual Report Due Date:**

5/23/2024

**Years Due:**

Arizona Corporations Commission

USDC IN/ND case 3:22-cv-00395-MGG   document 107-1   filed 05/22/23   page 59 of 86

Original Publish Date:

11/10/1997

## Statutory Agent Information

Name:

MARK KING

Appointed Status:

Active

Attention:

Address:

23623 N Scottsdale Rd D3-424, SCOTTSDALE, AZ 85255, USA

Agent Last Updated:

5/12/2023

E-mail:

Attention:

Mailing Address:

County:

Maricopa

## Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Director | MARK KING | | P.O. BOX 25098, SCOTTSDALE, AZ, 85255, Maricopa County, USA | 9/23/1997 | 3/23/2019 |
| Director | SARAH KING | | P.O. BOX 25098, SCOTTSDALE, AZ, 85255, Maricopa County, USA | 9/23/1997 | 3/23/2019 |
| President/CEO | MARK KING | | P.O. BOX 25098, SCOTTSDALE, AZ, 85255, Maricopa County, USA | 9/23/1997 | 3/23/2019 |
| Secretary | SARAH KING | | P.O. BOX 25098, SCOTTSDALE, AZ, 85255, Maricopa County, USA | 9/23/1997 | 3/23/2019 |

Page 1 of 1, records 1 to 4 of 4

**Address** 🔵 ❓

**Attention:**

**Address:** 23623 N Scottsdale Rd D3-424, SCOTTSDALE, AZ, 85255, USA

**County:** Maricopa

**Last Updated:** 5/12/2023

**Entity Principal Office Address**

**Attention:**

**Address:**

**County:**

**Last Updated:**

| Back | Return to Search |
| --- | --- |
| Return to Results | |

Document History          Name/Restructuring History

Pending Documents          Microfilm History

# EXHIBIT 37

The 1997 Trademark Registration  For 'The Evolutionary Level Above Human Foundation'

# HEAVEN'S GATE

# Evolutionary Level Above Human Foundation, The

USPTO Trademarks (https://uspto.report/TM/) ›
   /  Evolutionary Level Above Human Foundation, The (https://uspto.report/company/Evolutionary-Level-Above-Human-Foundation) ›
   /  Heaven's Gate Application #75389215 (https://uspto.report/TM/75389215/)

▷ ×

## View Manual (PDF)

Start Download.

Manuals Library

Open

Application Filed: 1997-11-13 (1997-11-13)

## Trademark Application Details

| | | |
|---|---|---|
| Status | 710 | Dead/Cancelled |

○ Refresh

(/TM/75389215/refresh)

CANCELLED - SECTION 8

| | |
|---|---|
| Research | Ⓦ (https://en.wikipedia.org/w/index.php?search=%22HEAVEN%27S+GATE%22) 🐦 (https://twitter.com/search?q=%22HEAVEN%27S+GATE%22) ▧ (https://nitter.domain.glass/search?f=tweets&q=%22HEAVEN%27S+GATE%22) 🗛 (https://translate.google.com/#view=home&op=translate&sl=auto&tl=en&text=HEAVEN%27S+GATE) ✳ (https://www.wolframalpha.com/input/?i=HEAVEN%27S+GATE) OneLook (https://www.onelook.com/?w=HEAVEN%27S+GATE) Acronym Finder (https://www.acronymfinder.com/~/search/af.aspx?Acronym=HEAVEN%27S+GATE&string=exact) |
| Serial Number | 75389215 |
| Registration Number | 2262312 |
| Mark Drawing Code | 1000: Typeset: Word(s)/letter(s)/number(s) |
| Cancellation Code | 2 |
| Attorney Name | J MICHAEL CLEARY |
| Law Office Assigned | L20 |
| Employee Name | HERMAN, RUSS |

## Timeline

USDC IN/ND case 3:22-cv-00395-MGG   document 107-1   filed 05/22/23   page 63 of 86

| 1996-10-03 | Date of First Use |
| 1997-11-13 | Application Filed |
| 1999-04-27 | Published for Opposition |
| 1999-07-20 | Trademark Registered |
| 1999-07-23 | Location: FILE REPOSITORY (FRANCONIA) |
| 2006-04-22 | Cancelled |
| 2006-04-22 | Status: Dead/Cancelled |
| 2018-07-08 | Transaction Date |

▷ ✕

# See Criminal History

Public Info Services                                                    Oper

## Trademark Applicants & Owners

| Owner: | 📖 Evolutionary Level Above Human Foundation, The<br>(/company/Evolutionary-Level-Above-Human-Foundation) |
| Entity Statement | NON-PROFIT CORPORATION |
| Address | 5515 North Seventh Street Suite 5226 Phoenix AZ 85014 |
| Legal Entity Type | |
| Legal Entity State | AZ |

▷ ✕

# Slavic Dating worth visiting

My Special Dates                                                        Sign l

## Documents

Click the blue "Refresh" button to load certificates, specimines, application, and other documents.

# EXHIBIT 38

The 2009 Trademark Registrations  For 'The Evolutionary Level Above Human Foundation'

# HEAVEN'S GATE

## The Evolutionary Level Above Human Foundation

USPTO Trademarks (https://uspto.report/TM/) ›
    /   The Evolutionary Level Above Human Foundation (https://uspto.report/company/Evolutionary-Level-Above-Human-Foundation) ›
    /   Heaven's Gate Application #77754619 (https://uspto.report/TM/77754619/)

▷ ✕

## View Manual (PDF)

Start Download.

Manuals Library                                              Open

Application Filed: 2009-06-08 (2009-06-08)

Trademark Application Details

# HEAVEN'S GATE

Edit Text in PDF Online

Learn more

Convert PDF to Word

Learn more

Convert PDF to Editable

Learn more

Edit PDF Online

Learn more

pdfFiller.com

## Status                                              701          Live/Registered

↻ Refresh
(/TM/77754619/refresh)
SECTION 8-ACCEPTED

Research

(https://en.wikipedia.org/w/index.php?search=%22HEAVEN%27S+GATE%22) (https://twitter.com/search?q=%22HEAVEN%27S+GATE%22) (https://nitter.domain.glass/search?f=tweets&q=%22HEAVEN%27S+GATE%22) (https://translate.google.com/#view=home&op=translate&sl=auto&tl=en&text=HEAVEN%27S+GATE) (https://www.wolframalpha.com/input/?i=HEAVEN%27S+GATE) OneLook (https://www.onelook.com/?w=HEAVEN%27S+GATE) Acronym Finder (https://www.acronymfinder.com/~/search/af.aspx?Acronym=HEAVEN%27S+GATE&string=exact)

| | |
|---|---|
| Serial Number | 77754619 |
| Registration Number | 3816596 |
| Mark Drawing Code | 4000: Illustration: Drawing with word(s)/letter(s)/number(s) in Block form |
| Attorney Name | Marcos Eduardo Garciaacosta |
| Law Office Assigned | L60 |
| Employee Name | SINGH, TEJBIR |

## Timeline

| | |
|---|---|
| 1997-03-20 | Date of First Use |
| 2009-06-08 | Application Filed |
| 2010-04-27 | Published for Opposition |
| 2010-07-13 | Trademark Registered |
| 2015-09-29 | Location: TMEG LAW OFFICE 106 |
| 2015-09-29 | Status: Live/Registered |
| 2019-12-02 | Transaction Date |

ⓘ⊳ ✕

# Slavic Dating worth visiting

My Special Dates                                                      Sign I

## Trademark Applicants & Owners

| | |
|---|---|
| Owner: | The Evolutionary Level Above Human Foundation (/company/Evolutionary-Level-Above-Human-Foundation) |
| Address | #107B-178 4757 E. Greenway Rd. Phoenix AZ 85032 |
| Legal Entity Type | Corporation |
| Legal Entity State | AZ |

# HEAVEN'S GATE

# The Evolutionary Level Above Human Foundation

USPTO Trademarks (https://uspto.report/TM/) ›

   /   The Evolutionary Level Above Human Foundation (https://uspto.report/company/Evolutionary-Level-Above-Human-Foundation) ›

   /   Heaven's Gate Application #77889658 (https://uspto.report/TM/77889658/)

▷ ×

## View Manual (PDF)

Start Download.

Manuals Library

Open

Application Filed: 2009-12-09 (2009-12-09)

Trademark Application Details

# HEAVEN'S GATE

| Edit Text in PDF Online | Convert PDF to Word | Convert PDF to Editable | Export PDF Online |
|---|---|---|---|
| Learn more | Learn more | Learn more | Learn more |

pdfFiller.com

## Status                     701        Live/Registered

↻ Refresh

(/TM/77889658/refresh)

SECTION 8-ACCEPTED

Research  W (https://en.wikipedia.org/w/index.php?
search=%22HEAVEN%27S+GATE%22)  (https://twitter.com/search?
q=%22HEAVEN%27S+GATE%22)  (https://nitter.domain.glass/search?
f=tweets&q=%22HEAVEN%27S+GATE%22)
(https://translate.google.com/#view=home&op=translate&sl=auto&tl=en&te
xt=HEAVEN%27S+GATE)  (https://www.wolframalpha.com/input/?
i=HEAVEN%27S+GATE) OneLook (https://www.onelook.com/?
w=HEAVEN%27S+GATE) Acronym Finder
(https://www.acronymfinder.com/~/search/af.aspx?
Acronym=HEAVEN%27S+GATE&string=exact)

| | |
|---|---|
| Serial Number | 77889658 |
| Registration Number | 3824482 |
| Mark Drawing Code | 4000: Illustration: Drawing with word(s)/letter(s)/number(s) in Block form |
| Attorney Name | Marcos Eduardo Garciaacosta |
| Law Office Assigned | M40 |
| Employee Name | ULRICH, NANCY G |

## Timeline

| | |
|---|---|
| 1996-10-02 | Date of First Use |
| 2009-12-09 | Application Filed |
| 2010-05-11 | Published for Opposition |
| 2010-07-27 | Trademark Registered |
| 2015-09-29 | Location: TMO LAW OFFICE 113 |
| 2015-09-29 | Status: Live/Registered |
| 2019-12-02 | Transaction Date |

▷ ✕

# Ask a Lawyers Online 24/7

A Team of Divorce Lawyers are on Call for you an
family 24/7. Even on holidays.

askalawyeroncall                                          O

## Trademark Applicants & Owners

| | |
|---|---|
| Owner: | The Evolutionary Level Above Human Foundation (/company/Evolutionary-Level-Above-Human-Foundation) |
| Address | #107B-178 4757 E. Greenway Rd. Phoenix AZ 85032 |
| Legal Entity Type | Corporation |
| Legal Entity State | AZ |

4

# EXHIBIT 39

2016-2023 Annual Reports With The Arizona Corporation Commission
For The Evolutionary Level Above Human Foundation



STATE OF ARIZONA
**CORPORATION COMMISSION**
E-FILED
**CORPORATION ANNUAL REPORT**
**& CERTIFICATE OF DISCLOSURE**

AZ Corp. Commission

05553926

DUE ON OR BEFORE    05/23/2016                    FILING FEE    $10

**PLEASE READ ALL INSTRUCTIONS.** The following information is required by A.R.S. §§10-1622 & 10-11622 for all corporations organized pursuant to Arizona Revised Statutes, Title 10. The Commission's authority to prescribe this form is A.R.S. §§ 10-121(A) & 10-3121(A). YOUR REPORT MUST BE SUBMITTED ON THIS ORIGINAL FORM. Make changes or corrections where necessary. Information for the report should reflect the current status of the corporation.

1.  08194851
    THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION
    7402 E SAND HILLS RD.
    Scottsdale, AZ  85255

    **RECEIVED**

    JUN 20 2016

    ARIZONA CORP. COMMISSION
    CORPORATIONS DIVISION

    Business Phone: _____    (Business phone is optional.)
    State of Domicile: AZ _____    Type of Corporation: NON-PROFIT

2.  Statutory Agent: MARK KING          Statutory Agent's Street or Physical Address:
    Mailing Address: 7402 E SAND HILLS RD    Physical Address: 7402 E SAND HILLS RD
    City, State, Zip: Scottsdale, AZ  85255   City, State, Zip:
                                                SCOTTSDALE, AZ 85255

| ACC USE ONLY | |
|---|---|
| Fee | $ 10 |
| Penalty | $ 0 |
| Reinstate | $ 0 |
| Expedite | $ 0 |
| Resubmit | $ |

*If appointing a new statutory agent, the new agent MUST consent to that appointment by signing below. Note that the agent address must be in Arizona.*

I, (individual) or We, (corporation or limited liability company) having been designated the new Statutory Agent, do hereby consent to this appointment until my removal or resignation pursuant to law.

_____
Signature of new Statutory Agent

_____
Printed Name of new Statutory Agent

3.  **Secondary Address:**

    (Foreign Corporations are **REQUIRED**
    to complete this section).

4.  **CHARACTER OF BUSINESS**

    RELIGIOUS

    Received: 04/16/2016 07:57

**9. FINANCIAL DISCLOSURE (A.R.S. §10-11622(A)(9))**
Nonprofits – financial disclosure is no longer required. **Cooperative marketing associations** – must submit a financial statement. All other types of corporations are not required to file a financial statement.

<u>ONLY NONPROFIT CORPORATIONS MUST ANSWER THIS QUESTION:</u>

**9A. MEMBERS (A.R.S. §10-11622(A)(6))**        This corporation **DOES ☒ DOES NOT ☐** have members.

**10. CERTIFICATE OF DISCLOSURE (A.R.S. §§ 10-202(D), 10-3202(D), 10-1622(A)(8) & 10-11622(A)(7))**
A.  Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or holds more than 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest in the corporation been:
1.   Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven year period immediately preceding the execution of this certificate?
2.   Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the seven year period immediately preceding execution of this certificate?
3.   Subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven year period immediately preceding execution of this certificate where such injunction, judgment, decree or permanent order involved the violation of:
   (a) fraud or registration provisions of the securities laws of that jurisdiction, or
   (b) the consumer fraud laws of that jurisdiction, or
   (c) the antitrust or restraint of trade laws of that jurisdiction?

<u>One box must be marked:</u>   **YES ☐   NO ☒**

If "YES" to A, the following information <u>must be submitted</u> as an attachment to this report for each person subject to one or more of the actions stated in Items 1 through 3 above.
1.   Full birth name.
2.   Full present name and prior names used.
3.   Present home address.
4.   All prior addresses for immediately preceding 7 year period.
5.   Date and location of birth.
6.   The nature and description of each conviction or judicial action; the date and location; the court and public agency involved; and the file or cause number of the case.

B.  Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or holds over 20% of the issued and outstanding common shares, or 20% of any other proprietary, beneficial or membership interest in the corporation, served in any such capacity or held a 20% interest in any other corporation on the bankruptcy or receivership of that other corporation?

<u>One box must be marked:</u>   **YES ☐   NO ☒**

If "YES" to B, the following information <u>must be submitted</u> as an attachment to this report for each corporation subject to the statement above.
   (a) Name and address of each corporation and the persons involved.
   (b) State(s) in which it: (i) was incorporated and (ii) transacted business.
   (c) Dates of corporate operation.

**11. STATEMENT OF BANKRUPTCY OR RECEIVERSHIP (A.R.S. §§ 10-1623 & 10-11623)**
A.   Has the <u>corporation</u> filed a petition for bankruptcy or appointed a receiver? <u>One box must be marked:</u>   **YES ☐   NO ☒**
If "Yes" to A, the following information <u>must be submitted</u> as an attachment to this report:
1.   All officers, directors, trustees and major stockholders of the corporation within one year of filing the petition for bankruptcy or the appointment of a receiver. If a major stockholder is a corporation, the statement shall list the current president, chairman of the board of directors and major stockholders of such corporate stockholder. "Major stockholder" means a shareholder possessing or controlling twenty per cent of the issued and outstanding shares or twenty per cent of any proprietary, beneficial or membership interest in the corporation.
2.   Whether any such person has been an officer, director, trustee or major stockholder of any other corporation within one year of the bankruptcy or receivership of the other corporation. If so, for each such corporation give:
   (a) Name and address of each corporation;
   (b) States in which it: (i) was incorporated and (ii) transacted business.
   (c) Dates of operation.

**12. SIGNATURES:**  | Annual Reports must be signed and dated by at least one duly authorized officer or they will be rejected. |
I declare, under penalty of perjury, that all corporate income tax returns required by Title 43 of the Arizona Revised Statutes have been filed with the Arizona Department of Revenue. I further declare under penalty of perjury that I (we) have examined this report and the certificate, including any attachments, and to the best of my (our) knowledge and belief they are true, correct and complete.

Name _Mark King_  _Mark K[signature]_  Date _04/16/2016_

Signature _Mark King_
PRESIDENT/CEO

Title _____
(Signator(s) must be duly authorized corporate officer(s) listed in section 7 of this report.)

AR:0046
Rev. 02/2016

2

USDC IN/ND case 3:24-cv-00440 document 16-5 filed 06/05/25 page 72 of 86

**5. CAPITALIZATION:** (For-profit Corporations and Business Trusts are REQUIRED to complete this section.)
Business trusts must indicate the number of transferable certificates held by trustees evidencing their beneficial interest in the trust estate.

**5a.** Please examine the corporation's original Articles of Incorporation for the amount of **shares authorized.**

| Number of Shares/Certificates **Authorized** | Class | Series Within Class (if any) |
|---|---|---|
| 100 | 1000 | |
| 0 | | |

**5b.** Review all corporation amendments to determine if the original number of shares has changed. Examine the corporation's minutes for the number of **shares issued.**

| Number of Shares/Certificates **Issued** | Class | Series Within Class (if any) |
|---|---|---|
| 100 | 1000 | |
| 0 | | |

**6. SHAREHOLDERS:** (For-profit Corporations and Business Trusts are REQUIRED to complete this section.)
List shareholders holding more than 20% of any class of shares issued by the corporation, or having more than a 20% beneficial interest in the corporation.

MARK KING                              SARAH KING

## 7. OFFICERS

Name: MARK KING
Title: PRESIDENT/CEO
Address: 7402 E Sand Hills Rd.
         Scottsdale, AZ  85255
Date Taking Office: 09/23/1997

Name: SARAH KING
Title: SECRETARY
Address: 7402 E Sand Hills Rd
         Scottsdale, AZ  85255
Date Taking Office: 09/23/1997

Name: DAVE GOETZINGER
Title: VICE-PRESIDENT
Address: 7402 E Sand Hills Rd
         Scottsdale, AZ  85255
Date Taking Office: ~~09/23/1997~~
                    01/01/2015

Name:
Title:
Address:
Date Taking Office:

## 8. DIRECTORS

Name: DAVE GOETZINGER
Address: 7402 E Sand Hills Rd
         Scottsdale, AZ  85255
Date Taking Office: 01/01/2015

Name: MARK KING
Address: 7402 E Sand Hills Rd
         Scottsdale, AZ  85255
Date Taking Office: 09/23/1997

Name: SARAH KING
Address: 7402 E Sand Hills Rd
         Scottsdale, AZ  85255
Date Taking Office: 09/23/1997

Name:
Address:
Date Taking Office:

3

Arizona Corporation Commission
Corporations Division

STATE OF ARIZONA

# CORPORATION COMMISSION
## CORPORATION ANNUAL REPORT
## & CERTIFICATE OF DISCLOSURE





05916309

**DUE ON OR BEFORE** 5/23/2017

**FILING FEE** 10.00

**PLEASE READ ALL INSTRUCTIONS.** The following information is required by A.R.S. §§10-1622 & 10-11622 for all corporations organized pursuant to Arizona Revised Statutes, Title 10. The Commission's authority to prescribe this form is A.R.S. §§ 10-121(A) & 10-3121(A). **YOUR REPORT MUST BE SUBMITTED ON THIS ORIGINAL FORM.** Make changes or corrections where necessary. Information for the report should reflect the current status of the corporation.

08194851

1. THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION

   7402 E SAND HILLS RD

   SCOTTSDALE, ARIZONA 85255

**Business Phone:**      (Business phone is optional.)

**State of Domicile:** AZ      **Type of Corporation:** NON-PROFIT

2.      Statutory Agent: MARK KING      Statutory Agent's Street or Physical Address:

   Mailing Address: 7402 E SAND HILLS RD      Physical Address:

   City, State, Zip: SCOTTSDALE, ARIZONA 85255      City, State, Zip:

| ACC USE ONLY | |
|---|---|
| Fee: | 10.00 |
| Penalty: | |
| Reinstate: | |
| Expedite: | |
| Resubmit: | |

*If appointing a new statutory agent, the new agent MUST consent to that appointment by signing below. Note that the agent address must be in Arizona.*

I, (individual) or We, (corporation or limited liability company) having been designated the new Statutory Agent, do hereby consent to this appointment until my removal or resignation pursuant to law.

_____
Signature of *new* Statutory Agent

_____
Printed Name of *new* Statutory Agent

3. **Secondary Address:**

   (Foreign Corporations are **REQUIRED** to complete this section).

4. **Character of Business:**

   RELIGIOUS

Received: 4/27/2017 8:14:43 AM

4

## 9.   FINANCIAL DISCLOSURE (A.R.S.§10-11622(A)(9))

**Nonprofits** – financial disclosure is no longer required. Cooperative marketing associations must submit a financial statement. All other types of corporations are not required to file a financial statement.

### ONLY NONPROFIT CORPORATIONS MUST ANSWER THIS QUESTION:

**9A.   MEMBERS (A.R.S. §10-11622(A)(6))**       This corporation DOES [X] DOES NOT [ ] have members.

## 10.   CERTIFICATE OF DISCLOSURE (A.R.S. §§10-202(D), 10-3202(D),10-1622(A)(8) & 10-11622(A)(7))

A.  Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or holds more than 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest in the corporation been:

1.    Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the five year        period immediately preceding the execution of this certificate?
2.    Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the five year period immediately preceding execution of this certificate?
3.    Subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the five year period immediately preceding execution of this certificate where such injunction, judgment, decree or permanent order involved the violation of:
     (a) fraud or registration provisions of the securities laws of that jurisdiction, or
     (b) the consumer fraud laws of that jurisdiction, or
     (c) the antitrust or restraint of trade laws of that jurisdiction?

### One box must be marked:   YES [ ]   NO [X]

**If "YES" to A, the following information must be submitted** as an attachment to this report for each person subject to one or more of the actions stated in Items 1 through 3 above.

1.   Full birth name.
2.   Full present name and prior names used.
3.   Present home address.
4.   All prior addresses for immediately preceding 5 year period.

5.    Date and location of birth.
6.    The nature and description of each conviction or judicial action; the date and location; the court and public agency involved; and the file or cause number of the case.

B.   Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or holds over 20% of the issued and outstanding common shares, or 20% of any other proprietary, beneficial or membership interest in the corporation, served in any such capacity or held a 20% interest in any other corporation on the bankruptcy or receivership of that other corporation?

### One box must be marked:   YES [ ]   NO [X]

**If "YES" to B, the following information must be submitted** as an attachment to this report for each corporation subject to the statement above.
     (a) Name and address of each corporation and the persons involved.
     (b) State(s) in which it:  (i) was incorporated and       (ii) transacted business.
     (c) Dates of corporate operation.

## 11. STATEMENT OF BANKRUPTCY OR RECEIVERSHIP (A.R.S. §§ 10-1623 & 10-11623)

A.  Has the corporation filed a petition for bankruptcy or appointed a receiver?   **One box must be marked:**   YES [ ]   NO [X]

    **If "Yes" to A, the following information must be submitted** as an attachment to this report:
1.   All officers, directors, trustees and major stockholders of the corporation within one year of filing the petition for bankruptcy or the appointment of a receiver. If a major stockholder is a corporation, the statement shall list the current president, chairman of the board of directors and major stockholders of such corporate stockholder. "Major stockholder" means a shareholder possessing or controlling twenty per cent of the issued and outstanding shares or twenty per cent of any proprietary, beneficial or membership interest in the corporation.
2.   Whether any such person has been an officer, director, trustee or major stockholder of any other corporation within one year of the bankruptcy or receivership of the other corporation. If so, for each such corporation give:
     (a) Name and address of each corporation;
     (b) States in which it:  (i) was incorporated and        (ii) transacted business.
     (c) Dates of operation.

## 12.   SIGNATURES: | Annual Reports must be signed and dated by at least one duly authorized officer or they will be rejected. |

I declare, under penalty of perjury, that all corporate income tax returns required by Title 43 of the Arizona Revised Statutes have been filed with the Arizona Department of Revenue.  I further declare under penalty of perjury that I (we) have examined this report and the certificate, including any attachments, and to the best of my (our) knowledge and belief they are true, correct and complete.

**Name:**     Mark King                    Date:4/27/2017

**Signature:**     Mark King

**Title:**     PRESIDENT/CEO

                    (Signator(s) must be duly authorized corporate officer(s) listed in section 7 of this report.)

5

USDC IN/ND case 3:22-cv-00395-MGG document 44-1 filed 05/22/23 page 75 of 86

5. **CAPITALIZATION:** (For-profit Corporations and Business Trusts are <u>REQUIRED</u> to complete this section.)

Business trusts must indicate the number of transferable certificates held by trustees evidencing their beneficial interest in the trust estate.

**5a.** Please examine the corporation's original Articles of Incorporation for the amount of **shares authorized**.

| Number of Shares/Certificates **Authorized** | Class | Series Within Class (if any) |
|---|---|---|
| 0.00 | | |
| 0.00 | | |

**5b.** Review all corporation amendments to determine if the original number of shares has changed. Examine the corporation's minutes for the number of shares issued.

| Number of Shares/Certificates **Issued** | Class | Series Within Class (if any) |
|---|---|---|
| 0.00 | | |
| 0.00 | | |

6. **SHAREHOLDERS:** (For-profit Corporations and Business Trusts are <u>REQUIRED</u> to complete this section.)

List shareholders holding more than 20% of any class of shares issued by the corporation, or having more than a 20% beneficial interest in the corporation.

Name:                       Name:

Name:                       Name:

7. **OFFICERS:**

| Name | Title | Date Taking Office |
|---|---|---|
| MARK KING | PRESIDENT/CEO | 9/23/1997 |
| P.O. Box 25098, Scottsdale, ARIZONA 85255 | | |
| SARAH KING | SECRETARY | 9/23/1997 |
| P.O. Box 25098, Scottsdale, ARIZONA 85255 | | |
| DAVE GOETZINGER | VICE-PRESIDENT | 9/23/1997 |
| P.O. Box 25098, Scottsdale, ARIZONA 85255 | | |

8. **DIRECTORS:**

| Name | Date Taking Office |
|---|---|
| DAVE GOETZINGER | 1/1/2015 |
| P.O. Box 25098, Scottsdale, ARIZONA 85255 | |
| MARK KING | 9/23/1997 |
| P.O. Box 25098, Scottsdale, ARIZONA 85255 | |
| SARAH KING | 9/23/1997 |
| P.O. Box 25098, Scottsdale, ARIZONA 85255 | |

6

# STATE OF ARIZONA
## CORPORATION COMMISSION
### CORPORATION ANNUAL REPORT
### & CERTIFICATE OF DISCLOSURE

06275678




**DUE ON OR BEFORE** 5/23/2018

**FILING FEE** 10.00

**PLEASE READ ALL INSTRUCTIONS.** The following information is required by A.R.S. §§10-1622 & 10-11622 for all corporations organized pursuant to Arizona Revised Statutes, Title 10. The Commission's authority to prescribe this form is A.R.S. §§ 10-121(A) & 10-3121(A). **YOUR REPORT MUST BE SUBMITTED ON THIS ORIGINAL FORM.** Make changes or corrections where necessary. Information for the report should reflect the current status of the corporation.

08194851

1. THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION

    7402 E SAND HILLS RD

    SCOTTSDALE, ARIZONA 85255

**Business Phone:**

(Business phone is optional.)

**State of Domicile:** AZ

**Type of Corporation:** NON-PROFIT

2.
Statutory Agent: MARK KING

Statutory Agent's Street or Physical Address:

Mailing Address: 7402 E SAND HILLS RD

Physical Address:

City, State, Zip: SCOTTSDALE, ARIZONA 85255

City, State, Zip:

| ACC USE ONLY | |
|---|---|
| Fee: | 10.00 |
| Penalty: | |
| Reinstate: | |
| Expedite: | |
| Resubmit: | |

*If appointing a new statutory agent, the new agent MUST consent to that appointment by signing below. Note that the agent address must be in Arizona.*

I, (individual) or We, (corporation or limited liability company) having been designated the new Statutory Agent, do hereby consent to this appointment until my removal or resignation pursuant to law.

_____

Signature of *new* Statutory Agent

_____

Printed Name of *new* Statutory Agent

3. **Secondary Address:**

(Foreign Corporations are **REQUIRED** to complete this section).

4. **Character of Business:**

    RELIGIOUS

Received: 3/8/2018 11:50:49 AM

7

5. **CAPITALIZATION:** (For-profit Corporations and Business Trusts are **REQUIRED** to complete this section.)

Business trusts must indicate the number of transferable certificates held by trustees evidencing their beneficial interest in the trust estate.

**5a.** Please examine the corporation's original Articles of Incorporation for the amount of **shares authorized**.

| Number of Shares/Certificates **Authorized** | Class | Series Within Class (if any) |
|---|---|---|
| 0.00 | | |
| 0.00 | | |

**5b.** Review all corporation amendments to determine if the original number of shares has changed. Examine the corporation's minutes for the number of shares issued.

| Number of Shares/Certificates **Issued** | Class | Series Within Class (if any) |
|---|---|---|
| 0.00 | | |
| 0.00 | | |

6. **SHAREHOLDERS:** (For-profit Corporations and Business Trusts are **REQUIRED** to complete this section.)

List shareholders holding more than 20% of any class of shares issued by the corporation, or having more than a 20% beneficial interest in the corporation.

Name:                          Name:

Name:                          Name:

7. **OFFICERS:**

| Name | Title | Date Taking Office |
|---|---|---|
| MARK KING | PRESIDENT/CEO | 9/23/1997 |
| P.O. BOX 25098, SCOTTSDALE, ARIZONA 85255 | | |
| SARAH KING | SECRETARY | 9/23/1997 |
| P.O. BOX 25098, SCOTTSDALE, ARIZONA 85255 | | |
| DAVE GOETZINGER | VICE-PRESIDENT | 9/23/1997 |
| P.O. BOX 25098, SCOTTSDALE, ARIZONA 85255 | | |

8. **DIRECTORS:**

| Name | Date Taking Office |
|---|---|
| DAVE GOETZINGER | 1/1/2015 |
| P.O. BOX 25098, SCOTTSDALE, ARIZONA 85255 | |
| MARK KING | 9/23/1997 |
| P.O. BOX 25098, SCOTTSDALE, ARIZONA 85255 | |
| SARAH KING | 9/23/1997 |
| P.O. BOX 25098, SCOTTSDALE, ARIZONA 85255 | |

6

## 9. FINANCIAL DISCLOSURE (A.R.S.§10-11622(A)(9))

**Nonprofits** – financial disclosure is no longer required. Cooperative marketing associations and cotton financial statement all other types of corporations are not required to file a financial statement.

**ONLY NONPROFIT CORPORATIONS MUST ANSWER THIS QUESTION:**

**9A. MEMBERS (A.R.S.§10-11622(A)(6))** This corporation **DOES** [ ] **DOES NOT** [X] have members.

## 10. CERTIFICATE OF DISCLOSURE (A.R.S. §§10-202(D), 10-3202(D),10-1622(A)(8) & 10-11622(A)(7))

A. Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or holds more than 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest in the corporation been:

1. Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the five year period immediately preceding the execution of this certificate?
2. Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the five year period immediately preceding execution of this certificate?
3. Subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the five year period immediately preceding execution of this certificate where such injunction, judgment, decree or permanent order involved the violation of:
   (a) fraud or registration provisions of the securities laws of that jurisdiction, or
   (b) the consumer fraud laws of that jurisdiction, or
   (c) the antitrust or restraint of trade laws of that jurisdiction?

### One box must be marked: YES [ ] NO [X]

If "YES" to A, the following information **must be submitted** as an attachment to this report for each person subject to one or more of the actions stated in Items 1 through 3 above.

1. Full birth name.
2. Full present name and prior names used.
3. Present home address.
4. All prior addresses for immediately preceding 5 year period.

5. Date and location of birth.
6. The nature and description of each conviction or judicial action; the date and location; the court and public agency involved; and the file or cause number of the case.

B. Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or holds over 20% of the issued and outstanding common shares, or 20% of any other proprietary, beneficial or membership interest in the corporation, served in any such capacity or held a 20% interest in any other corporation on the bankruptcy or receivership of that other corporation?

### One box must be marked: YES [ ] NO [X]

If "YES" to B, the following information **must be submitted** as an attachment to this report for each corporation subject to the statement above.
   (a) Name and address of each corporation and the persons involved.
   (b) State(s) in which it:  (i) was incorporated and    (ii) transacted business.
   (c) Dates of corporate operation.

## 11. STATEMENT OF BANKRUPTCY OR RECEIVERSHIP (A.R.S. §§ 10-1623 & 10-11623)

A. Has the **corporation** filed a petition for bankruptcy or appointed a receiver?    **One box must be marked:** YES [ ] NO [X]

If "Yes" to A, the following information **must be submitted** as an attachment to this report:

1. All officers, directors, trustees and major stockholders of the corporation within one year of filing the petition for bankruptcy or the appointment of a receiver. If a major stockholder is a corporation, the statement shall list the current president, chairman of the board of directors and major stockholders of such corporate stockholder. "Major stockholder" means a shareholder possessing or controlling twenty per cent of the issued and outstanding shares or twenty per cent of any proprietary, beneficial or membership interest in the corporation.
2. Whether any such person has been an officer, director, trustee or major stockholder of any other corporation within one year of the bankruptcy or receivership of the other corporation. If so, for each such corporation give:
   (a) Name and address of each corporation;
   (b) States in which it:  (i) was incorporated and        (ii) transacted business.
   (c) Dates of operation.

## 12. SIGNATURES: Annual Reports must be signed and dated by at least one duly authorized officer or they will be rejected.

I declare, under penalty of perjury, that all corporate income tax returns required by Title 43 of the Arizona Revised Statutes have been filed with the Arizona Department of Revenue. I further declare under penalty of perjury that I (we) have examined this report and the certificate, including any attachments, and to the best of my (our) knowledge and belief they are true, correct and complete.

**Name:**  Mark King          Date:3/8/2018

**Signature:**  Mark King

**Title:**  PRESIDENT/CEO

**(Signator(s) must be duly authorized corporate officer(s) listed in section 7 of this report.)**

AR:0046                                                Arizona Corporation Commission

# 2019 ANNUAL REPORT

## ENTITY INFORMATION

**ENTITY NAME:** THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION
**ENTITY ID:** 08194851
**ENTITY TYPE:** Domestic Nonprofit Corporation
**CHARACTER OF BUSINESS:** RELIGIOUS
**AUTHORIZED SHARES:**
**ISSUED SHARES:**

## STATUTORY AGENT INFORMATION

**STATUTORY AGENT NAME:** MARK KING
**PHYSICAL ADDRESS:** 7402 E SAND HILLS RD , SCOTTSDALE, AZ 85255
**MAILING ADDRESS:**

## KNOWN PLACE OF BUSINESS

7402 E SAND HILLS RD , SCOTTSDALE, AZ 85255

## PRINCIPAL OFFICE ADDRESS

## PRINCIPAL INFORMATION

Director: DAVE GOETZINGER - P.O. BOX 25098, SCOTTSDALE, AZ 85255, USA - - Date of Taking Office: 01/01/2015

Director: MARK KING - P.O. BOX 25098, SCOTTSDALE, AZ 85255, USA - - Date of Taking Office: 09/23/1997

Director: SARAH KING - P.O. BOX 25098, SCOTTSDALE, AZ 85255, USA - - Date of Taking Office: 09/23/1997

President/CEO: MARK KING - P.O. BOX 25098, SCOTTSDALE, AZ 85255, USA - - Date of Taking Office: 09/23/1997

Secretary: SARAH KING - P.O. BOX 25098, SCOTTSDALE, AZ 85255, USA - - Date of Taking Office: 09/23/1997

Vice-President: DAVE GOETZINGER - P.O. BOX 25098, SCOTTSDALE, AZ 85255, USA - - Date of Taking Office: 09/23/1997

## SIGNATURE

President/CEO: Mark King - 03/23/2019

# 2020 ANNUAL REPORT

## ENTITY INFORMATION

**ENTITY NAME:** THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION
**ENTITY ID:** 08194851
**ENTITY TYPE:** Domestic Nonprofit Corporation
**CHARACTER OF BUSINESS:** RELIGIOUS
**AUTHORIZED SHARES:**
**ISSUED SHARES:**

## STATUTORY AGENT INFORMATION

**STATUTORY AGENT NAME:** MARK KING
**PHYSICAL ADDRESS:** 7402 E Sand Hills Rd, SCOTTSDALE, AZ 85255
**MAILING ADDRESS:**

## KNOWN PLACE OF BUSINESS

Att: TELAH, 7402 E SAND HILLS RD , SCOTTSDALE, AZ 85255

## PRINCIPAL OFFICE ADDRESS

## PRINCIPAL INFORMATION

Director: DAVE GOETZINGER - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 01/01/2015

Director: MARK KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997

Director: SARAH KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997

President/CEO: MARK KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997

Secretary: SARAH KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997

Vice-President: DAVE GOETZINGER - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997

## SIGNATURE

President/CEO: Mark King - 04/23/2020

# 2021 ANNUAL REPORT

## ENTITY INFORMATION

**ENTITY NAME:**         THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION
**ENTITY ID:**               08194851
**ENTITY TYPE:**          Domestic Nonprofit Corporation
**CHARACTER OF BUSINESS:**    RELIGIOUS
**AUTHORIZED SHARES:**
**ISSUED SHARES:**

## STATUTORY AGENT INFORMATION

**STATUTORY AGENT NAME:**    MARK KING
**PHYSICAL ADDRESS:**         7402 E Sand Hills Rd, SCOTTSDALE, AZ 85255
**MAILING ADDRESS:**

## KNOWN PLACE OF BUSINESS

Att: TELAH, 7402 E SAND HILLS RD , SCOTTSDALE, AZ 85255

## PRINCIPAL OFFICE ADDRESS

## PRINCIPAL INFORMATION

Director: DAVE GOETZINGER - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 01/01/2015

Director: MARK KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997

Director: SARAH KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997

President/CEO: MARK KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997

Secretary: SARAH KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997

Vice-President: DAVE GOETZINGER - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997

## SIGNATURE

President/CEO: Mark King - 04/04/2021

12

# 2022 ANNUAL REPORT

## ENTITY INFORMATION

**ENTITY NAME:** THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION
**ENTITY ID:** 08194851
**ENTITY TYPE:** Domestic Nonprofit Corporation
**CHARACTER OF BUSINESS:** RELIGIOUS
**AUTHORIZED SHARES:**
**ISSUED SHARES:**

## STATUTORY AGENT INFORMATION

**STATUTORY AGENT NAME:** MARK KING
**PHYSICAL ADDRESS:** 23623 N Scottsdale Rd D3-424, SCOTTSDALE, AZ 85255
**MAILING ADDRESS:**

## KNOWN PLACE OF BUSINESS

Att: TELAH, 23623 N Scottsdale Rd D3-424, SCOTTSDALE, AZ 85255

## PRINCIPAL OFFICE ADDRESS

## PRINCIPAL INFORMATION

Director: MARK KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997
Director: SARAH KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997
President/CEO: MARK KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997
Secretary: SARAH KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997

## SIGNATURE

President/CEO: Mark King - 02/23/2022

13

# 2023 ANNUAL REPORT

## ENTITY INFORMATION

**ENTITY NAME:**                THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION
**ENTITY ID:**                  08194851
**ENTITY TYPE:**                Domestic Nonprofit Corporation
**CHARACTER OF BUSINESS:**      Other - RELIGIOUS
**AUTHORIZED SHARES:**
**ISSUED SHARES:**

## STATUTORY AGENT INFORMATION

**STATUTORY AGENT NAME:**       MARK KING
**PHYSICAL ADDRESS:**           23623 N Scottsdale Rd D3-424, SCOTTSDALE, AZ 85255
**MAILING ADDRESS:**

## KNOWN PLACE OF BUSINESS

Att: TELAH, 23623 N Scottsdale Rd D3-424, SCOTTSDALE, AZ 85255

## PRINCIPAL OFFICE ADDRESS

## PRINCIPAL INFORMATION

Director: MARK KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997
Director: SARAH KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997
President/CEO: MARK KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997
Secretary: SARAH KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997

## SIGNATURE

President/CEO: Mark King - 02/22/2023

# EXHIBIT 40

7402 E Sand Hills Rd, The 'Known Place Of Business' Of The Foundation From 2016-2022 And Mark King And Sarah King's Private Residence

# 7402 E Sand Hills Rd

## Scottsdale, AZ 85255

**Estimated Value**                                        🔧 Constructed in 1993    🏠 Residential

## $888,929 - $906,888                                    **2,378** sq. ft. living area    **3** bathrooms

| | |
|---|---|
| 👤🔍 Owners & Residents    10 | › |
| 4.8 ⭐ Neighborhood Reviews    19 | › |
| ⚙ Crime | › |
| A   Sex Offenders Nearby    5 | › |
| B+   Schools    5 | › |
| 🏛 Property Tax    $4,296 | › |
| 📝 Deeds & Sales Records    8 | › |
| 📋 Building Permits    1 | › |

## 👤🔍 Owners & Residents

| | |
|---|---|
| King Mark G & Sarah R Trust | Tr King |
| Mark G King | Sarah R King |
| King Trust | Mark G & Sara R King |
| Mark G & Sarah R King | Del Webbs Covent |
| Del Webb's Coventry Homes Inc | Del Webbs Constr |

Show All Owner & Resident Details

## 🕰 Ownership Timeline

📅 **2001 - Present**

**King Trust**

**Date of Purchase**
June 2001

**1993 - 2001**

## Mark G & Sarah R King

**Date of Purchase**     **Purchase Price**
August 1993         $159,500

Show All Past Owners

# 🏠 Home Values & Owners

