Jason Bartel
N4019 Forest Dr.
Hancock, WI 54943

U.S. District Court
Attn: Clerk of Court
204 S. Main St.
South Bend, IN
46601

---

**UNITED STATES POSTAL SERVICE** — Retail

**P** US POSTAGE PAID
$9.85
Origin: 53716
05/19/23
5649911165-22

PRIORITY MAIL®

0 Lb 11.20 Oz
RDC 04

EXPECTED DELIVERY DAY: 05/22/23

C005

SHIP TO:
204 S MAIN ST
SOUTH BEND IN 46601-2122

USPS TRACKING® #
9505 5111 5141 3139 9021 95