

US POSTAGE PAID
$9.65
Origin: 53714
05/22/23
5649800254-38

PRIORITY MAIL®

1 Lb 0.50 Oz
RDC 04

EXPECTED DELIVERY DAY: 05/25/23

C005

SHIP TO:
204 S MAIN ST
SOUTH BEND IN 46601-2122

USPS TRACKING® #
9505 5124 8709 3142 8414 84

FROM:
Jason Bartel
N4014 Forest Dr.
Hancock, WI
54943

TO:
U.S. District Court
Attn: Clerk of Court
204 S. Main St.
South Bend, IN
46601