**PRIORITY MAIL FLAT RATE ENVELOPE POSTAGE REQUIRED**

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE.

Retail

P  US POSTAGE PAID
$9.65
Origin: 53714
05/22/23
5649800254-38

PRIORITY MAIL®

0 Lb 7.10 Oz
RDC 04

EXPECTED DELIVERY DAY: 05/25/23

C005

SHIP TO:
204 S MAIN ST
SOUTH BEND IN 46601-2122

USPS TRACKING® #

9505 5124 8709 3142 8415 07

FROM:
Jason Bartel
N4014 Forest Dr.
Hancock, WI
54943

TO:
U.S. District Court
Attn: Clerk of Court
204 S. Main St.
South Bend, IN
46601

- Expected delivery date
- Domestic shipments inc
- USPS Tracking® service
- Limited international insu
- When used internationall

*Insurance does not cover certain
Domestic Mail Manual at http://pe
** See International Mail Manual

FLAT RATE E
ONE RATE ■ ANY WEIG

TRACKED ■ IN

PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP