UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION



THE EVOLUTIONARY LEVEL ABOVE
HUMAN, INC.,

        Plaintiff,

        v.                                  CASE NO. 3:22-CV-395-MGG

STEVEN ROBERT HAVEL, et al.,

        Defendants.

## RESPONSE TO PLAINTIFF'S EMERGENCY MOTION TO STRIKE

Defendant Jason Bartel hereby responds to Plaintiff's 'Emergency Motion To Strike'.

Defendant Bartel maintains that Plaintiff's 'Emergency Motion To Strike" is another delaying

tactic by Mark King and Sarah King in an attempt to again suppress evidence critical to the

factual and legal matters of the case before this Court.

As per the Court's September 21, 2022 Order for separate status reports by Plaintiff and

Defendants, the Court has removed 'd/b/a The Telah Foundation' as a Plaintiff in this case. All

subsequent Court Orders and Court filings by Defendant Jason Bartel have stated that the

alleged Plaintiff in this case is 'The Evolutionary Level Above Human, Inc.'

All Court filings by Mark King and Sarah King have continued to place 'd/b/a The Telah

Foundation, an Arizona nonprofit corporation' above the word 'Plaintiff' and under the Plaintiff

allegedly named, 'The Evolutionary Level Above Human, Inc.'. Defendant believes that Plaintiffs

continue to place 'd/b/a The Telah Foundation, an Arizona nonprofit corporation' above the word

'Plaintiff' on Court documents in order to continuously attempt to confuse the issues as to the

\

Plaintiffs as Mark King and Sarah King have done in two previous Court cases ( Exhibits 11, 12 and 18 ).

Defendant Bartel has provided evidence in Exhibit 1 that Mark King and Sarah King are the sole Officers and Directors of 'The Evolutionary Level Above Human Foundation', Incorporated in the state of Arizona on September 23, 1997. Plaintiffs have not disputed the Arizona Corporations Commission 'Entity Information' regarding 'The Evolutionary Level Above Human Foundation' while continually providing no evidence that 'The Evolutionary Level Above Human, Inc.' is a legal entity/person Incorporated in the state of Arizona.

Exhibit E of Mark King and Sarah King's complaint consists of a Trademark Registration in the name of 'The Telah Foundation ( Arizona Corporation )' while Exhibit C of Plaintiff's complaint is a Trademark Registration in the name of 'The Evolutionary Level Above Human Foundation ( Arizona Corporation ) DBA The Telah Foundation'. According to Mark King and Sarah King's Exhibits, Plaintiffs are stating that 'The Telah Foundation' is an '( Arizona Corporation )' and the 'DBA' of 'The Evolutionary Level Above Human Foundation ( Arizona Corporation )'. A legal entity cannot be both a 'Corporation' and a 'DBA' of a 'Corporation'. The true and legal name of the Arizona Nonprofit Corporation Incorporated in the state of Arizona on September 23, 1997 is not in dispute and has not been disputed in this case by the only two Officers and Directors of 'The Evolutionary Level Above Human Foundation', Mark King and Sarah King.

As Exhibit C of Plaintiff's complaint clearly states that the Trademark Registration is in the name of 'The Evolutionary Level Above Human Foundation ( Arizona Corporation )', this evidence presented by Mark King and Sarah King is in direct contradiction to Plaintiff's naming

4

'The Evolutionary Level Above Human, Inc.' as an alleged 'Plaintiff' in the case before this Court. This pattern of deceit involving the 'true name' of Mark King and Sarah King's Foundation has been repeated in the tax fraud delineated in Defendant's Motion To Add Evidence Regarding Plaintiff's Corporate Disclosure Statement In Order To Identify The True And Legal Name Of Mark KIng And Sarah King's Arizona Religious 501 ( C) (3) Nonprofit Corporation.

Plaintiffs have played a sick game with multiple names similar to the 'true name' of Mark King and Sarah King's Foundation. For IRS tax fraud there's 'Evolutionary Leval Above Human Foundation' ( Exhibit 33 ). For defrauding the United States District Court, Northern District of California ( Exhibit 43 ) there was 'The Evolutionary Level Above Heaven Foundation, Inc.' and for this Court Plaintiffs used 'The Evolutionary Level Above Human, Inc.' Meanwhile 'd/b/a The Telah Foundation' has been used to file a fraudulent 'creditor's claim' in a California Superior Court as well as multiple fraudulent copyright registrations and a fraudulent  trademark Registration ( Exhibit 41 )

The Evolutionary Level Above Human Foundation's only known and documented activities after being Incorporated in the state of Arizona on September 23, 1997 have been registering one Trademark in November of 1997 that was canceled in 2006 ( Exhibit 44 ), and one Trademark in 2009 that is still 'active' ( Exhibit C of Plaintiff's complaint ). The 'true name' of the Foundation is used to file taxes but Mark King and Sarah King used the EIN for 'Evolutionary Leval Above Human Foundation' to file those taxes for at least the years 2016-2020 ( Exhibit 35 ).

If Plaintiffs cannot provide any proof that 'The Telah Foundation' or  'The Evolutionary Level Above Human, Inc.' is a legal entity Incorporated in the state of Arizona then Mark King

and Sarah King filed a fraudulent civil action. If Mark King and Sarah King want to dispute the previous statement in this paragraph the Plaintiffs must provide proof to this Court from the Arizona Corporations Commission that 'The Telah Foundation' and/or 'The Evolutionary Level Above Human. Inc.' is or are Incorporated in the state of Arizona. If Mark King and Sarah King do not provide proof to this Court that either 'The Telah Foundation' and/or 'The Evolutionary Level Above Human, Inc.' is or are Incorporated in the state of Arizona, then Plaintiffs are stating before the Court that no natural and/or legal person or persons is the Plaintiff or Plaintiffs in the case before this Court. Therefore, Mark King and Sarah King must be named the Plaintiffs in the case before this Court.

As Mark King and Sarah King have attempted to deceive this Court and Defendants as to the identity of the alleged Plaintiff in this case from the moment that the Corporate Disclosure Statement was filed on the alleged Plaintiff's behalf, Defendant Bartel prays that the Court will grant Defendant's request to allow all of Defendant Bartel's previous Motions and Court filings to be entered into the Court.

Due to the fact that the Court has removed 'd/b/a The Telah Foundation' as a Plaintiff in this case in all Court filings from September 21, 2022 onward, the Court has acknowledged that 'The Telah Foundation' is not a legal entity/person. Mark King and Sarah King do not want the fact that 'The Telah Foundation' is not an Arizona Nonprofit Corporation to be acknowledged by this Court. Nor do Plaintiffs want this Court to be aware that the alleged Plaintiff, 'The Evolutionary Level Above Human, Inc.' is a non-existent corporation. Hence, Mark King and Sarah King's 'Emergency Motion To Strike'.

Thus, any copyright and trademark registrations, creditor's claims, contracts, legal

6

actions, property transactions or any other proceedings involving 'The Telah Foundation' are null and void as 'The Telah Foundation' is not a legal entity/person. Plaintiffs Mark King and Sarah King have yet to name a natural and/or legal person or persons in this case as a Plaintiff. If Plaintiffs care to dispute this fact then Mark King and Sarah King must provide evidentiary proof that a legal entity/person is the Plaintiff in this case. If Mark King and Sarah King again attempt to have Defendant's Motions stricken due to alleged violations of the Federal Rules of Civil Procedure, Plaintiffs will yet again be employing a delaying tactic in order to suppress evidence and unnecessarily prolong this case and further waste the Court's time and incur more Court costs with a lawsuit that is completely and totally based on fraud.

'The Telah Foundation' is not a legal entity and therefore has been removed as a named Plaintiff in all Court Orders in the case before this Court from September 21, 2022 to the present day. Unless Mark King and Sarah King can provide evidentiary proof that 'The Evolutionary Level Above Human, Inc.' is an Incorporated, and therefore, legal entity, Defendant requests that the Court strike any and all Court filings from September 21, 2022 to the present day filed on behalf of 'The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation, an Arizona nonprofit corporation'. As the civil action that resulted in the case before this Court was filed on behalf of a non-existent corporation and a d/b/a, Defendant believes that the Court must name Mark King and Sarah King as the Plaintiffs as no natural and/or legal persons or persons have entered this Court as a Plaintiff or Plaintiffs.

*Jason Bartel*
6/8/23

7