# EXHIBIT 41

A 'creditor's claim' filed in the name of 'The Telah Foundation' on September 19, 1997

51

| ATTORNEY OR CREDITOR WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| Jerome E. Weinstein, Esq., State Bar #46133 | (310)274-7157 | MARNELL M. STONE |
| WEINSTEIN AND HART | | CLERK-SUPERIOR COURT |
| 9777 Wilshire Boulevard, Suite 1009 | | SAN DIEGO COUNTY, CA. |
| Beverly Hills, CA 90212-1901 | | |

ATTORNEY FOR *(Name)*: THE TELAH FOUNDATION

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
STREET ADDRESS: 325 S. Melrose Drive
MAILING ADDRESS: 325 S. Melrose Drive
CITY AND ZIP CODE: Vista, CA 92083
BRANCH NAME: NORTH COUNTY BRANCH

ESTATE OF *(NAME)*: JOHN MICHAEL CRAIG, also known as
LOGAN M. LAWSON, aka LOGAN LAHSON,
                                                    DECEDENT

| **CREDITOR'S CLAIM*** <br> (for estate administration proceedings filed after June 30, 1988) | CASE NUMBER: <br> PN022228 |
|---|---|

> You must file this claim with the court clerk at the court address above before the LATER of (a) four months after the date letters (authority to act for the estate) were first issued to the personal representative, or (b) thirty days after the date Notice of Administration was given to the creditor, if notice was given as provided in Probate Code section 9051. Mail or deliver a copy of this claim to the personal representative. A proof of service is on the reverse.

1. Total amount of the claim: $ See Attachment "A"
2. Claimant *(name)*: THE TELAH FOUNDATION
   a. ☐ an individual.
   b. ☐ an individual or entity doing business under the fictitious name of *(specify)*:
   c. ☐ a partnership. The person signing has authority to sign on behalf of the partnership.
   d. ☒ a corporation. The person signing has authority to sign on behalf of the corporation.
   e. ☐ other *(specify)*:
3. Address of claimant *(specify)*: c/o WEINSTEIN AND HART
                                    9777 Wilshire Boulevard, Suite 1009
                                    Beverly Hills, CA 90212-1901
4. Claimant is ☐ the creditor ☐ a person acting on behalf of creditor *(state reason)*:

5. ☐ Claimant is ☐ the personal representative ☐ the attorney for the personal representative.
   *(Claims against the estate by the personal representative and the attorney for the personal representative must be filed within the claim period allowed in Probate Code section 9100. See the notice box above.)*
6. I am authorized to make this claim which is just and due or may become due. All payments on or offsets to the claim have been credited. Facts supporting the claim are ☐ on reverse ☒ attached. See Attachment "A"

I declare under penalty of perjury under the laws of the State of California that this creditor's claim is true and correct.
Date: September 19, 1997
          THE TELAH FOUNDATION
...by.its.President,.MARK KING..........              ▶ ✓        *(signature)*
          (TYPE OR PRINT NAME AND TITLE)                       (SIGNATURE OF CLAIMANT)

**INSTRUCTIONS TO CLAIMANT**
A. On the reverse, itemize the claim and show the date the service was rendered or the debt incurred. Describe the item or service in detail, and indicate the amount claimed for each item. Do not include debts incurred after the date of death, except funeral claims.
B. If the claim is not due or contingent, or the amount is not yet ascertainable, state the facts supporting the claim.
C. If the claim is secured by a note or other written instrument, the original or a copy must be attached *(state why original is unavailable)*. If secured by mortgage, deed of trust, or other lien on property that is of record, it is sufficient to describe the security and refer to the date or volume and page, and county when recorded. (See Probate Code section 9152.)
D. Mail or take this original claim to the court clerk's office for filing. If mailed, use certified mail, with return receipt requested.
E. Mail or deliver a copy to the personal representative. Complete the Proof of Mailing or Personal Delivery on the reverse.
F. The personal representative will notify you when your claim is allowed or rejected.
                                    *(Continued on reverse)*

---

\* See instructions before completing. Use Creditor's Claim form No. DE-170 for estates filed before July 1, 1988.

| Form Approved by the <br> Judicial Council of California <br> DE-172 [New July 1, 1988] | **202A** | **CREDITOR'S CLAIM** <br> *(Probate)* | Probate Code, §§ 9000 et seq., 9153 <br> 76C873 • MP172 |
|---|---|---|---|