

FROM:
Jason Bartel
N4019 Forest Dr.
Hancock, WI 54943

TO:
U.S. District Court Clerk
204 S. Main St.
South Bend, IN 46601