UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE
HUMAN, INC.,

    Plaintiff,

    v.

STEVEN ROBERT HAVEL, et al.,

    Defendants.

CASE NO. 3:22-CV-395-MGG

### MOTION FOR A PROPOSED ORDER TO INFORM THE CALIFORNIA SUPERIOR COURT, SAN DIEGO COUNTY THAT THE TELAH FOUNDATION'S SETTLEMENT AGREEMENT IN CASE NUMBER PN22228 WAS INDUCED BY FRAUD PERPETRATED BY MARK KING AND SARAH KING

    Defendant Jason Bartel hereby moves the Court for a Proposed Order granting Defendant's request to inform the California Superior Court, San Diego County that the Settlement Agreement in Case Number PN22228 was induced by fraud perpetrated by Mark King and Sarah King. Defendant will conclusively prove that the Settlement Agreement in Exhibit 12 was induced by fraud as the Settlement Agreement was with 'The Telah Foundation' which is the acknowledged d/b/a of 'The Evolutionary Level Above Human Foundation, Inc.' ( Exhibit 18, page 1, Exhibit E of Plaintiff's complaint ).

    Therefore, 'The Telah Foundation' is not a legal entity/person. Furthermore, this Court has removed 'd/b/a The Telah Foundation' from the Plaintiff field in the case filings in the case before this Court. Mark King and Sarah King continue to place 'd/b/a The Telah Foundation' in the Plaintiff field despite the Court's repeated removal of 'd/b/a The Telah

1

Foundation' as the 'Plaintiff' in all Court Orders since September 21, 2022. Thus, this Court has acknowledged by repeatedly removing 'd/b/a The Telah Foundation' from the Plaintiff field in this case that 'The Telah Foundation' is not a legal entity/person.

As per Exhibit 41, Mark King signed a 'creditor's claim' in the California Probate case as 'President' of 'The Telah Foundation' on September 19. 1997 and 'The Telah Foundation' is identified as a 'corporation' in the same document in Exhibit 41. This is similar to Mark King signing multiple copyright applications as 'President' of 'The Telah Foundation' on September 12, 1997 and in October of 1997. ( Defendant's Motion To Cancel All Of The Telah Foundation's Registered Copyrights And Trademark Registration Number 5148959 ).

'The Telah Foundation' is not an entity Incorporated in Arizona as it has been acknowledged by Plaintiffs as a 'd/b/a' in Exhibit 18, page 1 and Exhibit E of Mark King and Sarah King's complaint. . As per Exhibit 30 'The Telah Foundation' cannot be found in a search of the database of Corporations and LLC's on the Arizona Corporations Commission website. Prior to September 23, 1997, 'The Evolutionary Level Above Human Foundation, Inc.' did not exist. Mark King used a d/b/a of a Nonprofit Corporation that did not exist yet to file the creditor's claim in the California Probate case that Plaintiffs allege transferred "all of the intellectual property rights belonging to the Group" ( Paragraph 10 of Plaintiff's complaint ) to Plaintiff's Foundation.

If Mark King and Sarah King want to dispute Defendant's claim that 'The Telah Foundation' is a 'd/b/a' and therefore 'The Telah Foundation' is not an Arizona Nonprofit Corporation, then Plaintiffs must provide proof that 'The Telah Foundation' is an Incorporated entity in the state of Arizona. If Mark King and Sarah King cannot provide any evidentiary proof

that 'The Telah Foundation' is an Arizona Nonprofit Corporation then Plaintiffs are agreeing with Defendant Bartel that 'The Telah Foundation' is not a legal entity/person.

As Defendant has proven with the evidence in Exhibit 41 that Plaintiff Mark King signed a 'creditor's claim' on September 19, 1997 as 'President' of the alleged corporation 'The Telah Foundation', Defendant has demonstrated that the Settlement Agreement in Exhibit 12 was induced by fraud. Unless Plaintiffs can provide evidence that Mark King filed the creditor's claim in Exhibit 41 on behalf of an Incorporated, legal entity, Mark King and Sara King are agreeing with Defendant Bartel that the Settlement Agreement in Exhibit 12 was induced through fraud.

As the Probate case in the California Superior Court, Case Number: PN22228, has been 'Reassigned' as of April 1, 2023, Defendant has included the 'Notice Of Case Reassignment' as Exhibit 42.  Defendant prays that the Court will inform the Judge assigned to the Probate case in Exhibits 11 and 12 that the 'creditor's claim' in Exhibit 41 was filed on behalf of a d/b/a and not on behalf of a Nonprofit Corporation or any type of legal entity or entities. Thus, the 'creditor's claim' in Exhibit 41 and the subsequent Settlement Agreement in Exhibit 12 were completely and totally based on fraud perpetrated by Mark King and Sarah King. Defendant prays that this Court will inform the California Superior Court of the facts presented herein so that Mark King and Sarah King cannot use the fraudulently induced Settlement Agreement to falsely claim ownership of any or all of the Group's Property.

*[Signature: Jason Bartel]*
6/8/23

3