UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

-FILED-
JUN -9 2023
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

THE EVOLUTIONARY LEVEL ABOVE
HUMAN, INC.,

    Plaintiff,

    v.

STEVEN ROBERT HAVEL, et al.,

    Defendants.

CASE NO. 3:22-CV-395-MGG

### MOTION TO INFORM THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA OF MARK KING AND SARAH KING'S CONSENT DECREES INDUCED BY FRAUD

Defendant Bartel hereby moves the Court for an Order granting Defendant's request to inform the United States District Court, Northern District of California that the 'consent decrees' In the Federal case in Exhibit 18, pages 113-118, 123-126, were induced through fraud. Defendant will conclusively prove that the Attorneys for Mark King and Sarah King in Case Number: CV-98-00892 CRB signed on page 12 of Exhibit 18 ( also Exhibit 43 ) for a legal entity that was named differently than an alleged Plaintiff in the case, 'The Evolutionary Level Above Human Foundation, Inc.'

In Exhibit 43, also page 12 of Exhibit 18, Mark King and Sarah King's Attorneys clearly signed names two times to represent 'The Evolutionary Level Above Heaven Foundation, Inc.'. In between the two signatures in Exhibit 43 for the non-existent, 'The Evolutionary Level Above Heaven Foundation, Inc.' one can see the true name of Mark King and Sarah King's Foundation,

\

This Motion further establishes a pattern of deception on the part of Mark King and Sarah King and the abuse of Plaintiff's Foundation. In the case before this Court Mark King and Sarah King used the name of a non-existent corporation, 'The Evolutionary Level Above Human, Inc.' to fraudulently file the civil action that resulted in the case before this Court. In the Probate case in Exhibit 11 Mark King filed a 'creditor's claim' on behalf of d/b/a 'The Telah Foundation' on September 19, 1997 ( Exhibit 41 ). Mark King and Sarah King acknowledged in the Federal case in Exhibit 18, Page 1 that 'The Telah Foundation' is a 'dba' of 'The Evolutionary Level Above Human Foundation, Inc.'

Mark King and Sarah King only have one Foundation, 'The Evolutionary Level Above Human Foundation, Inc.', the same legal entity described in Exhibit 1 of Defendant's defense in the case before this Court, Incorporated as an Arizona Nonprofit Corporation on September 23, 1997. Plaintiff's Foundation was not represented in the Probate case in Exhibits 11 and 12, the Federal case mentioned in paragraph 11 of Plaintiff's complaint which is the same case in Exhibit 18 introduced by Defendant Bartel. Nor is the Foundation represented in the case before this Court as 'The Evolutionary Level Above Human, Inc.' is not a legal entity nor is 'd/b/a The Telah Foundation' a legal entity as Plaintiffs have acknowledged that 'The Telah Foundation' is a d/b/a and d/b/as are not legally Incorporated entities.

If Plaintiffs Mark King and Sarah King want to dispute Defendant's statement in the previous sentence then Plaintiffs must provide evidence to this Court to support said disputation. If Mark King and Sarah King cannot provide any proof that the alleged Plaintiff In the case before this Court is 'The Evolutionary Level Above Human, Inc.', then Mark King and Sarah King must

3

be named as Plaintiffs as no natural and/or legal person or persons has yet been named as a Plaintiff in the case before this Court.

These are the crucial legal and factual matters of this case. Defendant prays that this Court will inform the United States District Court, Northern District of California of the fraud that Mark King and Sarah King perpetrated to induce the 'consent decrees' in Case No: CV-98-00892 CRB as it is similar to the fraud that Mark King and Sarah King perpetrated on The California Superior Court, County of San Diego as per Defendant's concurrent, MOTION FOR A PROPOSED ORDER TO INFORM THE CALIFORNIA SUPERIOR COURT, SAN DIEGO COUNTY THAT THE TELAH FOUNDATION'S SETTLEMENT AGREEMENT IN CASE NUMBER PN22228 WAS INDUCED BY FRAUD PERPETRATED BY MARK KING AND SARAH KING.

*[signature: Jason Bertke]*
6/8/23

4