UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation, an Arizona nonprofit corporation,<br><br>Plaintiff,<br>v.<br><br>Steven Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>Defendants. | CASE NO. 3:22-CV-395-JD-MGG |

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation (the "Foundation" or "Plaintiff") hereby moves for a Preliminary Injunction. This Motion is supported by the Brief in Support of Motion for Preliminary Injunction that is being submitted herewith.

RESPECTFULLY SUBMITTED this 29th day of June 2023.

                               /s/ Isaac S. Crum
                               MESSNER REEVES LLP
                               Isaac S. Crum (AZ Bar #026510) (*Pro Hac Vice*)
                               icrum@messner.com
                               Daniel L. Marks (AZ Bar #034141) (*Pro Hac Vice*)
                               dmarks@messner.com
                               7250 N. 16th Street, Suite 410
                               Phoenix, Arizona 85020
                               Telephone: (602) 641-6705
                               Facsimile: (303) 623-0552

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the parties listed below. A copy of this filing was also sent via U.S. mail and email.

Cathy Weaver
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

Cathy Weavers
sawcat575@gmail.com

Steven Robert Havel
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

Jason Bartel
N4019 Forest Drive
Hancock, WI 54943
jason_bartel@unioncab.com

　　　　　　　　　　　　　　　　　　　　/s/ Mary Willson