# EXHIBIT LIST TO
## THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC.
## D/B/A THE TELAH FOUNDATION'S
## BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

## CASE NO. 3:22-CV-395-JD-MGG

## THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC. D/B/A THE TELAH FOUNDATION

## V.

## STEVEN ROBERT HAVEL, ET AL.

| EXHIBIT | DATE | TITLE OF DOCUMENT / DESCRIPTION |
|---|---|---|
| A. | January 22, 2023 | Declaration of Mark King in Support of Plaintiff's Motion for a Preliminary Injunction. |
| 1. | August 19, 2022 | Defendant Jason Bartel's blog post dated August 19, 2022 (https://crlody.wordpress.com/2022/08/19/tapes-1-218-on-a-google-drive/ (last accessed on December 5, 2022)). |
| 2. | November 16, 2022 | Copy of the website that was linked in Defendant Jason Bartel's blog post dated August 19, 2022 (https://drive.google.com/drive/u/2/folders/11ExoXaKa_mFbmHQyhSSuVBROeOMlwse3 (last accessed November 16, 2022)). |
| 3. | October 12, 2022 | Defendant Jason Bartel's blog post dated October 12, 2022 (https://crlody.wordpress.com/2022/10/12/the-heavens-gate-book-on-sale-for-500-on-ebay-and-more-telah-copyrighted-merch/ (last accessed December 5, 2022)). |
| 4. | October 19, 2022 | Defendant Jason Bartel's blog post dated October 19, 2022 (https://crlody.wordpress.com/2022/10/19/to-hell-with-going-dark-this-archive-of-the-class-audio-tapes-wouldnt-be-possible-without-the-work-of-an-individual-who-risked-incurring-the-legal-wrath-of-the-incredibly-petty-couple-mark-and/ (last accessed December 5, 2022)). |
| 5. | December 5, 2022 | The Website containing the "Heaven's Gate Audio Tapes," the link to which was within Mr. Bartel's post attached as Exhibit 3 (https://archive.org/details/HPM-HeavensGateAudio (last accessed December 5, 2022)). |
| 6. | October 7, 2022 | Screenshot of Mr. Havel and Ms. Weaver's October 7, 2022, "live stream" on YouTube reflecting transcript from 53:47 to 54:42. |
| 7. | October 7, 2022 | Screenshot of Mr. Havel and Ms. Weaver's October 7, 2022, "live stream" on YouTube reflecting transcript from 1:17:16 to 1:18:06. (https://www.youtube.com/watch?v=GyR8J2D8f3g (last accessed December 5, 2022)). |

**EXHIBIT LIST TO
THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC. D/B/A THE TELAH
FOUNDATION'S MOTION FOR A PRELIMINARY INJUNCTION**

**CASE NO. 3:22-CV-395-JD-MGG**

| EXHIBIT | DATE | TITLE OF DOCUMENT / DESCRIPTION |
|---|---|---|
| **8.** | October 7, 2022 | Defendant Jason Bartel's blog post dated October 7, 2022 (https://crlody.wordpress.com/2022/10/07/new-link-for-the-audio-tapes/ (last accessed December 5, 2022)). |
| **9.** | December 5, 2022 | Copy of the website that was linked in Defendant Jason Bartel's blog post dated October 7, 2022 (https://archive.org/details/HPM-HeavensGateAudio (last accessed December 5, 2022)). |
| **10.** | November 3, 2022 | Screenshot of Mr. Havel and Ms. Weaver's October 7, 2022, "live stream" on YouTube reflecting transcript from 2:07:35 to 2:08:52 (https://www.youtube.com/watch?v=ukk5XOCFyMU (last accessed December 5, 2022)). |
| **11.** | November 28, 2022 | Defendant Jason Bartel's blog post dated November 28, 2022 (https://crlody.wordpress.com/2022/11/28/what-mark-and-sarah-king-dont-want-others-to-hear-on-the-class-audio-tapes/ (last accessed December 5, 2022)). |
| **12.** | November 28, 2022 | Copy of the website that was linked in Defendant Jason Bartel's blog post dated November 28, 2022 (https://archive.org/details/HPM-HeavensGateAudio (last accessed December 5, 2022)). |
| **13.** | January 19, 2023 | Home page of Heavensgate.com (https://www.heavensgate.com (last accessed January 19, 2023)). |
| **14.** | January 19, 2023 | Home page of Heavensgatealso.com (https://www.heavensgatealso.com (last accessed January 19, 2023)). |
| **15.** | December 25, 2022 | Screenshot of Mr. Havel and Ms. Weaver's December 25, 2022, "live stream" on YouTube reflecting transcript from 1:04:56 to 1:06:00 (https://www.youtube.com/watch?v=D0i94iWqdiU at 1:05:08-1:05:16 (last accessed on January 19, 2023)). |
| **16.** | December 25, 2022 | Screenshot of Mr. Havel and Ms. Weaver's December 25, 2022, "live stream" on YouTube reflecting transcript from 1:06:00 to 1:06:57 (https://www.youtube.com/watch?v=D0i94iWqdiU at 1:05:08-1:05:16 (last accessed on January 19, 2023)). |
| **17.** | January 15, 2023 | Defendant Jason Bartel's blog post dated January 15, 2023 (https://www.youtube.com/watch?v=D0i94iWqdiU at 1:05:59-1:06:50 (last accessed on January 19, 2023)). |
| **18.** | January 15, 2023 | Copy of the website that was linked in Defendant Jason Bartel's blog post dated January 15, 2023 (https://archive.org/details/HPM-HeavensGateAudio (last accessed January 19, 2023)). |

**EXHIBIT LIST TO**
**THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC. D/B/A THE TELAH**
**FOUNDATION'S MOTION FOR A PRELIMINARY INJUNCTION**

**CASE NO. 3:22-CV-395-JD-MGG**

| EXHIBIT | DATE | TITLE OF DOCUMENT / DESCRIPTION |
|---|---|---|
| **19.** | January 16, 2023 | Defendant Jason Bartel's blog post dated January 16, 2023 (https://crlody.wordpress.com/2023/01/16/thanks-to-all-who-have-tried-to-disseminate-the-class-information/ (last accessed January 19, 2023)). |
| **B.** | **October 27, 2022** | **Cathy Weaver's Voluntary Petition for Individuals Filing for Bankruptcy.** |

Exhibit A

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
### SOUTH BEND DIVISION

h E    ti  r    Ab
  d b    h    h    d ti
Ari        r  it  r  r ti

          i  ti

t       b  rt
  th    A        r
      rt

                    d  t

A  E                    M

---

## DECLARATION OF MARK KING IN SUPPORT OF

## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

M r   i   d   r   d r    t     r r   d   r   t t

th t th      i  i tr    d  rr t        d t  t ti  i    rt b  t th      tt r

    d   d    d      t  t  t ti  t th      i

            r th        i ht    d    r  id  t  M ri        t  Ari

            th  r  id  t  d  dir  t r    h E    ti  r      Ab

    d b  h    h    d ti  th      d ti    r   i  ti

        h      r        d    th    tt r  t t d i  thi      r ti   r h

    h      d    r  t  r  i  i    i ti   b i    r  rd

        h   r  i   d th      i t    t      i d i      ti   ith th

b      ti   d   tt r   d  t t  th t        r    th    t     r   t    d  th r i

    d th    t      r   t    d  th r i r  tr    d    r t      th  xt  t  i      th t

th r  r    i    i t  i  b  t      th      i t  d thi  d    r ti    thi d    r ti

    h   d    r  b      iti b    d    i   r  ti      d d        t ti    th th  b      r  d

    d  bt i  d  r    ti    i    th  d t  th        i t      i  d

7.

Exhibit A

Mr   Mr   M

r          d   th   h                    r   r   b                d   t   h

r   d        i   ti      d   r   d   ri   t   i      ti



r   i        i   b   t   htt   t   itt   r            rd ti t t                     d

htt   t   itt   r            rd ti t t                       t   i it d M

h   th     b i   r   r          i ti        ri ht d   t ri   b

i   th                i ti   d   d d th t        d t t   i ri i        i ti

ri ht   d   i ti      ht t r     thi   tt r   i   b

d   t   h   r   d      h   rt r

it    r  ti   b t     th     d ti    d    d t     d t

h   r    d t  t   iri    b  id  i  r  r ti  th     d ti     ri ht d

t  ri

h       b  h    h  i  r   d it     th     d ti

ri ht d   t  t  i  r   t     i     r    i   th     d ti

ri ht d   t  t  i  di   di  t     d    d

r   t d  i    i ti   r  i t r d   ri ht d     i    h   h r



htt         t  b          id  t  i it d M

Mr     d M   r h     d th     b  h   t

di  i  t  th     th    ri ht d r  rdi   th t h   b   i  r  i  ib

d d t   dri   d   d   i b  b    d t

M     i  tr    d t   r t t  h r    r

t   th r  r   r    t    i  b   di   hi h    b    i    th

h    d i    i    i    i  t th     dri   d  i t t  i i

t          hi  id           i  b    t  <u>htt               t  b        t  h    d      E</u>
b t h   i   b    d i   t d  ri  t    t        t i it d M
                    r   b   t  A    t              d  t    rt      t  d      r  hi          th
     d  ti           ri  ht d   di    d  id      r    i
          hi  i  iti     ti        b      t  t    d   b      M  A r      t
               i   th  r         th  r  hi   Mr   rt  th    r  t d t      dditi
    r  hi              ri   th  t      r  i  di  id    t  r    d    d  th    d  ti
     ri  ht d    t  ri
          Mr   rt         r          t    t  t hi   r    t    third   h
     th      d  ti       ri  ht d   t  ri    hi   r    b
               i   tr    d    r  t          ti  b  Mr   rt   hi  b  d t d
A  ri           d    r  i    i  b   t th      h    b



**The 4shared accts have been shut down by TELAH but the google drives still have Ti and Do's audio tapes**
Posted on April 18, 2022 by crlody

Someone recently asked for access to the 4shared accts with the class' audio tapes. Mark King had them shut down for "copyright violations".

All the tapes can be found here,

https://drive.google.com/drive/u/2/folders/11ExoXaKa_mFbmHQvhSSuVBROeOMlwse3

https://drive.google.com/drive/u/3/folders/1UpGPvvEKMKyVgZNZeW4XGKpcMxDocLpn

One can send an e-mail to crlody@protonmail.com for access to a third drive.

*See*          see also  <u>htt     r  d    rd r             th    h r d    t  h</u>
<u>b     h t d    b  t   h  b  t  th      dri    ti  h   ti  d d    di  t</u>
          A    t       Mr   rt    t d t      hi  b    A
Mr   rt    t d t d  A    t        i   tt  h d  h r t    Exhibit    *see also*
<u>htt     r  d    rd r           t             dri</u>      t      d
     b  r           th    b it  th  t    i   d t  th A    t      b

t  hi hr    t  th t                    d d th    di t    i  tt  h d h r t    Exhibit

t b r        Mr   rt   r t          t        t th  t h        d d
t  hi  b        t b r        th t        tti      d  r  tti     i  ti   t
r   i   h ri   it   A        Mr   rt        t d t d   t b r          i  tt  h d
h r t   Exhibit   *see also*  htt     r d     rd r                    th  h        t
b          r      b     d   r  t   h     ri ht d   r h          t          d
b r

t b r        Mr   rt    t d  hi b
h    ith  i   d r  hi  i    r hi     th           t    di
t        d t b     ib   ith  t th    r      i di id     h   ri d
i  rri   th        r th  th i r dib    tt        M r    d  r h
i   th   t    b    t  th    r d   t     r  r ti    r   d ix
th   t r th      t thi    r d

A        Mr   rt    t d t d   t b r          i  tt  h d h r t   Exhibit   *see*
*also*   htt     r d     rd r              t  h    ith  i   d r  thi  r hi
th     di t     d t b    ib   ith  t th    r    i di id     h
ri   d  i  rri   th      r th   th i r dib    tt        r   d    t        d
b r

Mr   rt    t b r        t   t i    i   t    b it th  t    t i
di  ibr r          t  A  di        d th    b it   t t    h    i   h
b    d    i b  t   thr   h    x    b r  h    b th        r d    r  i
th ir b    b   t  h  E A     d ti   htt     r d     rd r            A        th
b  it    t i i    th        t  A  di        th  i   t   hi h        ithi  Mr
rt    t    tt  h d   Exhibit  i  tt  h d h r t   Exhibit   *see also*
htt     r hi   r d t i     M       t  A  di    t      d     b r

i ri t    d th t h   th ht th   d r b b h r

thi t   d   h   th t   d   th t t d i t

th t th   i t   **They're still not going to get any money from me and it's not going to stop the material from circulating, because we're all, [Bartel] and myself, Cathy, and [a third party], and other people are circulating the tapes."**

E h i   dd d   hi   id   i b   t

htt   t b   t h   E   b t h  i  b  d i t d

ri t

A t   Mr rt   r d  t d i   d i

th  di t   d di iti d th  d t th   M ti i   th

t thi d   hi  th b t  d  b Mr rt

t b r   Mr   d M  r br d t i  tr

b d ri  hi h ti  Mr   t t d **maybe we'll lose, but that won't stop me and Kathy [Weaver] and [Mr. Bartel]** r t i th tr th  E h i dd d A

r h t r ti th t rti  th  b id  d th tr ri ti tt h d h r t

Exhibit  *see also* htt   t b  t h   t

t d b r

t r i Mr   d M   r t b r   tr th   i

t t t r d

r it d  d h t r th t i i it t r b

r t h r

Mr   i ht b t d t  h t r i t d x t

M   r **We're gonna share the fucking information. I know I shouldn't say that** b t i  id

Mr   h **we're going to share the information one way or the other**

M   r **And they won't be able to touch us**

Mr   t i  hi hi r ti  d h  M b

it t t r th r r ri b  th d t th t

i t

M        r   h   r   i   t        r thi     i t      h t    h th ir
    h d    h d      r    t d   t        th    tri     b t    r d
       th t    d   t h    t d th t

Mr        i ht    t   d t th    r t d

M        r

A   r   h t   th t   rti   Mr        d M        r    t b r        i   tt h d
h r t    Exhibit    *see also* htt        t b        t h

        t        d        b r

        t b r        Mr   rt    t d   hi b        tr tit d        i
  r th    di t        hi h    t i d   i   t h   dr d            t t        d t t d
i   r t    h    ith      h   i r t r    A        th    t b r        b        t i
tt h d h r t    Exhibit    *see also* htt    r d    rd r                      i
  r th    di t                th    b it th t    i   d i th b        t i   tt h d
h r t    Exhibit    *see also* htt    r hi    r d t i    M        t A di        t
    d        b r

        h   b it        t i i   h   dr d            t        th t    i   d i
Mr   rt    t b r        b        t t t   th t   h    i   h   b        d    i b
t    thr   h   x    b r   h    b   th        r d    *See* Exhibit

        t b r        Mr   rt        d    h    ith   i   d r
  hi   i   t        h   ri    i ti    ri ht d    t ri    *See* Exhibit
        b r    Mr        d M        r b r   d   t   i   tr
    b   d ri    hi h ti    M        r   t t d   i   th    i   ti   t d thi    i   ri ht
b        d   i   hirt   d    d   th        di   r r        r    h t    Mr
    d M        r    t b r        i   tr        b   r    ti   tr    ri t
r            t            tt h d    h r t    Exhibit        *see    also*

ri th          b r            i tr    Mr       t t d th th      r d

t    i t i    h    i    th ht      d    th h         t          b i t      th t it i t d

di    r  t    i  ddr      d M         r t t d th t th r  h     b    di    i        th t

    i     t t  th  r    h         t              i  ddr        d b  d i  r d t  Mr

        d M          r    r    h t   Mr         d M          r        b r

    i  tr          b r    ti  tr    ri t r         t            t

tt  h d h r t     Exhibit    *see also* htt          t  b        t  h     i  i  di

t              t      d      r

          r      Mr    rt        d d  b      t th t    t i    i    t

    b i t  th t    t i      di  ibr r              t A di          d th    b i t

t  t    h    i    h    b      d    i b t    thr    h    x     b r  h      b th

    r d    A      th      r        b      ti  tt  h d h r t     Exhibit

*see also* htt     r d    rd r          i t d     r  ti      r hi      th

      t ri          rt  rd r d th    t d i      th t  h      d ti      d th

    h  did r  t    i      t      d      r              th    b i t

th t      i    d i    th    b       t i  tt  h d  h r t     Exhibit     *see also*

htt     r hi    r d t i     M        t A di    t      d      r

          r      Mr    rt    b i h d  b      t i    hi h Mr    rt

i    t  h      t      h  h    tri d t di    i  t  th      di t        d  r  t d i

    t  th      h      d ti    A      th      r        b      ti  tt  h d h r t

    Exhibit     *see also* htt     r d    rd r              th    t      h  h

tri d t di    i  t  th      i  r  ti      t      d      r

          h  r          r t d thr    h    i  ti      r ti    i d  i i i    i ti

h  b    b    t    i t i it    x i t    b      i t    i ti    dir t r  h      trib t d

    d    th t    i ti        th  d    i i i    x          i t d  i th    i ti

    r ti

Jan 22, 2023

*Mark King*
Mark King (Jan 22, 2023 14:05 MST)

EXHIBIT 1

# crlody

*Exposing the TELAH Foundation's lies*

---

## Tapes 1-218 on a google drive

Posted on <u>August 19, 2022</u> by <u>crlody</u>

I'm glad that the Kings had Dave G digitize these as the files that RKK and I created were of much lower quality, compression technology in 1997 vs. 2008. I had the lower quality Right To Know files on 4shared from @2008 to 2021 and the TELAH Foundation only started to have copyright strikes made after tapes above # 218 were added. And apparently they can't make strikes against tapes above 486 as they only copyrighted those 486 in September of 1997 when they filed. These 218 tapes were on the Right To Know CDs that I've given away since 1997. That CD was registered with the Library of Congress in 1997 by Right To Know Enterprises. Three sets of cassettes of these 218 tapes were given to three Universities by Right To Know in 1997. I have never sold one of these CDs but others have been selling them online. TELAH has not, to my knowledge, threatened any of these sellers with "$91 million" in copyright fines.

<u>https://drive.google.com/drive/u/2/folders/11Ex0XaKa_mFbmHQyhSSuVBROeOMlwse3</u>

---

 **About crlody**
a former student of Ti and Do
<u>View all posts by crlody →</u>

---

This entry was posted in <u>Uncategorized</u>. Bookmark the <u>permalink</u>.

---

**crlody**

EXHIBIT 2



EXHIBIT 3

# crlody

*Exposing the TELAH Foundation's lies*

---

## The Heaven's Gate book on sale for $500 on ebay and more Telah copyrighted merch

Posted on October 12, 2022 by crlody

https://www.ebay.ca/itm/204103077304?mkcid=16&mkevt=1&mkrid=711-127632-2357-0&ssspo=7l4dn4bysvs&sssrc=2349624&ssuid=g_4g0plbstw&var=&widget_ver=artemis&media=SMS

https://www.ebay.ca/itm/255632914124?hash=item3b84e8b6cc:g:zgUAAOSwwrdi0wgO&amdata=enc%3AAAQAHAAAA0ARFbAI99jVRJYTU0E08aQpLVKgCfGGXigF%2BJV9TQJIkBwWsG25qgL7PaZrUNFSIIh0jlQvbM5V6gVbpul4dejyxPkEQc6TPFhhQ8eWl7qW9j36kJBkz5ReL3VZw41ZUasGL5TcWeDSueTkRIg4Ai1fkqOPlqvzm00kPOpVMZrYyGECxVAkSRGW5PRA0eATlPW0gwZ8ZiBhBgNBSJjwK55Q%3D%7Ctkp%3ABk9SR7DYiJj5YA



**About crlody**
a former student of Ti and Do
View all posts by crlody →

This entry was posted in Uncategorized. Bookmark the permalink.

---

## 2 Responses to *The Heaven's Gate book on sale for $500 on ebay and more Telah copyrighted merch*



**Jeff** *says:*
October 12, 2022 at 10:29 am

The Kings may interpret this as advertising those pieces; be careful, Carlan.
(Also, my apologies for attaching the ody prefix to my name in the past. In retrospect, that was pretty disrespectful of me, being born several years after the class left and not genuinely believing in their teachings.)

Reply



**crlody** *says:*
October 12, 2022 at 12:36 pm

It's to prove a point, that others are selling things while I'm getting sued for putting the ckass' tapes on free, file sharing sites.

Reply

---

**crlody**

EXHIBIT 4

12/5/22, 3:07 PM     To hell with going dark.This archive of the class' audio tapes wouldn't be possible without the work of an individual who risked incu…

USDC IN/ND case 3:22-cv-00395-WGC   document 16-1   filed 06/29/22   page 25 of 129

**crlody**

*Exposing the TELAH Foundation's lies*

---

## To hell with going dark.This archive of the class' audio tapes wouldn't be possible without the work of an individual who risked incurring the "legal" wrath of the incredibly petty couple Mark and Sarah King, these tapes belong to the world, not a Corporation formed six months after the class left this world

Posted on October 19, 2022 by crlody

https://archive.org/details/HPM-HeavensGateAudio



**About crlody**
a former student of Ti and Do
View all posts by crlody →

This entry was posted in Uncategorized. Bookmark the permalink.

---

**crlody**

EXHIBIT 5

12/5/22, 3:10 PM  Heaven's Gate Audio Tapes - 914 Hours of Original Class Audio Recordings : The "Heaven's Gate" Class : Free Download, Borro…

USDC IN/ND case 3:22-cv-00395-MGG document 16-11 filed 06/29/23 page 27 of 129





Play from:  Player   β  Beta   Webamp

▶ ⟲ 🔊 00:00 / 43:49 ⏮ ⏭ 🖵

  

**1**  006 A - Ti, Do & Students - 08/29/1982 - 43:50
**2**  036 A - Ti, Do & Students - 12/10/1982 - 13:11
**3**  038 A - Ti, Do & Students - 12/21/1982 - 01:33:44
**4**  058 A - Ti, Do & Students - 07/20/1983 - 15:12
**5**  100 AB - Ti, Do & Students - 02/25/1984 - 01:10:51
**6**  101 A - Ti, Do & Students - 02/27/1984 - 29:46
**7**  102 AB - Ti, Do & Students - 03/03/1984 - 01:30:23
**8**  103 C - Ti, Do & Students - 03/03/1984 - 15:44
**9**  105 A - Ti, Do & Students - 03/09/1984 - 31:20
**10**  106 A - Ti, Do & Students - 03/11/1984 - 01:09:55
**11**  107 A - Ti, Do & Students - 03/18/1984 - 12:43
**12**  108 AB - Ti, Do & Students - 03/29/1984 - 01:22:50

☆ Favorite   ⧉ Share   ⚑ Flag

# Heaven's Gate Audio Tapes - 914 Hours of Original Class Audio Recordings
by The "Heaven's Gate" Class

| | |
|---|---|
| Topics | heaven's gate, Marshall Applewhite, cult, audio, class, instruction, tapes, class, initiation, recruitment, heavens, heaven's, gate, marshall, applewhite, recordings |
| Language | English |

This is a backup of the audio recordings made by the Heavens Gate group of their class sessions.

These files have been made available to me through an ex-member who goes by the name crlody. Here is their blog about The TELAH Foundation: https://crlody.wordpress.com/

Here is a blog run by a different ex-member, who provides a different perspective and narrative of events: https://sawyerhg.wordpress.com/

**Bulk downloads will not work because the zip file would be too large for Internet Archive to process.**

Please use the magnet links below to download all of the files in bulk.

## Magnet links:

Zipped version with original filenames:

magnet:?xt=urn:btih:37abed844da6daace22ac41bbebe3585ceae5a28&dn=HeavensGateAudio.zip&tr=udp%3a%2f%2ftracker.openbittorrent.com%3a6969%2fannounce&tr=udp%3a%2f%2ftracker.opentrackr.org%3a1337%2fannounce

Unzipped version with files renamed to work over BitTorrent:

magnet:?xt=urn:btih:848aaed0813ab360ff7253e680856f0973d377a2&dn=Heaven%27s%20Gate%20Audio%20Tapes%20-%20914%20Hours%20of%20Original%20Class%20Audio%20Recordings&tr=udp%3a%2f%2ftracker.openbittorrent.com%3a6969%2fannounce&tr=udp%3a%2f%2ftracker.opentrackr.org%3a1337%2fannounce

| | |
|---|---|
| Addeddate | 2022-06-01 12:12:02 |
| Identifier | HPM-HeavensGateAudio |
| Scanner | Internet Archive HTML5 Uploader 1.6.4 |



## Reviews

There are no reviews yet. Be the first one to write a review.

⊕ Add Review

844 Views

1 Favorite

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ITEM IMAGE | 1 file |
| ITEM TILE | 1 file |
| VBR M3U | 1 file |
| VBR MP3 | 827 files |
| WORD DOCUMENT | 1 file |

| | |
|---|---|
| SHOW ALL | 2188 Files |
| | 833 Original |

**IN COLLECTIONS**

Community Audio

Community Collections

Uploaded by

**HotPreyingMantis**

on June 1, 2022

SIMILAR ITEMS (based on metadata) ▶

*Fetching items*

Terms of Service (last updated 12/31/2014)

EXHIBIT 6



EXHIBIT 7



EXHIBIT 8

# crlody
*Exposing the TELAH Foundation's lies*

---

## New Link for the audio tapes

Posted on October 7, 2022 by crlody

https://archive.org/details/HPM-HeavensGateAudio

To hell with Mark and Sarah King and their shady lawyers. How do these people sleep at night?


**About crlody**
a former student of Ti and Do
View all posts by crlody →

This entry was posted in Uncategorized. Bookmark the permalink.

## 6 Responses to *New Link for the audio tapes*


**xfchg97** *says:*
October 9, 2022 at 7:56 am

The audios were there yesterday evening, but when I checked the link moments ago, they have been taken down.

Reply

> 
> **crlody** *says:*
> October 9, 2022 at 12:10 pm
>
> It looks like they're still there right now. Let's hope that they stay free and available.
>
> Reply


**xfchg97** *says:*
October 9, 2022 at 12:13 pm

Yeah I noticed that they were back up about an hour ago. They were yanked down when I checked at 1:42 this morning.

Reply

> 
> **crlody** *says:*
> October 9, 2022 at 12:30 pm
>
> Interesting.
>
> Reply

> > 
> > **xfchg97** *says:*
> > October 9, 2022 at 3:22 pm

apologies for what could have been our inconvenience. I've been feeling a bit under the weather and may have clicked on the link you provided in the article just below this one that leads to a page where the audios were taken down. I'm starting to think that it's possible that I may have clicked on that one by mistake because I was wondering how the uploader could have put up audios in just a few hours between the wee hours of the morning and shortly after 5AM. I'm going to have to conclude that a mistake was made on my end.

 **crlody** *says:*

October 9, 2022 at 3:53 pm

No worry.

**crlody**

EXHIBIT 9









Player   β Beta   Webamp

▶  ↻  🔊  00:00 / 43:50  ⏮  ⏭  ⬚

| | | |
|---|---|---|
| 1 | 006 A - Ti, Do & Students - 08/29/1982 | - 43:50 |
| 2 | 036 A - Ti, Do & Students - 12/10/1982 | - 13:11 |
| 3 | 038 A - Ti, Do & Students - 12/21/1982 | - 01:33:44 |
| 4 | 058 A - Ti, Do & Students - 07/20/1983 | - 15:12 |
| 5 | 100 AB - Ti, Do & Students - 02/25/1984 | - 01:10:51 |
| 6 | 101 A - Ti, Do & Students - 02/27/1984 | - 29:46 |
| 7 | 102 AB - Ti, Do & Students - 03/03/1984 | - 01:30:23 |
| 8 | 103 C - Ti, Do & Students - 03/03/1984 | - 15:44 |
| 9 | 105 A - Ti, Do & Students - 03/09/1984 | - 31:20 |
| 10 | 106 A - Ti, Do & Students - 03/11/1984 | - 01:09:55 |
| 11 | 107 A - Ti, Do & Students - 03/18/1984 | - 12:43 |
| 12 | 108 AB - Ti, Do & Students - 03/29/1984 | - 01:22:50 |




Favorite


Share


Flag

## Heaven's Gate Audio Tapes - 914 Hours of Original Class Audio Recordings

by The "Heaven's Gate" Class

| | |
|---|---|
| Topics | heaven's gate, Marshall Applewhite, cult, audio, class, instruction, tapes, class, initiation, recruitment, heavens, heaven's, gate, marshall, applewhite, recordings |
| Language | English |

This is a backup of the audio recordings made by the Heavens Gate group of their class sessions.

These files have been made available to me through an ex-member who goes by the name crlody. Here is their blog about The TELAH Foundation: https://crlody.wordpress.com/

Here is a blog run by a different ex-member, who provides a different perspective and narrative of events: https://sawyerhg.wordpress.com/

**Bulk downloads will not work because the zip file would be too large for Internet Archive to process.**

Please use the magnet links below to download all of the files in bulk.

## Magnet links:

Zipped version with original filenames:

magnet:?xt=urn:btih:37abed844da6daace22ac41bbebe3585ceae5a28&dn=HeavensGateAudio.zip&tr=udp%3a%2f%2ftracker.openbittorrent.com%3a6969%2fannounce&tr=udp%3a%2f%2ftracker.opentrackr.org%3a1337%2fannounce

Unzipped version with files renamed to work over BitTorrent:

magnet:?xt=urn:btih:848aaed0813ab360ff7253e680856f0973d377a2&dn=Heaven%27s%20Gate%20Audio%20Tapes%20-%20914%20Hours%20of%20Original%20Class%20Audio%20Recordings&tr=udp%3a%2f%2ftracker.openbittorrent.com%3a6969%2fannounce&tr=udp%3a%2f%2ftracker.opentrackr.org%3a1337%2fannounce

| | |
|---|---|
| Addeddate | 2022-06-01 12:12:02 |
| Identifier | HPM-HeavensGateAudio |
| Scanner | Internet Archive HTML5 Uploader 1.6.4 |



## Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 844 Views

## 1 Favorite

### DOWNLOAD OPTIONS

| | |
|---|---|
| ITEM IMAGE | 1 file |
| ITEM TILE | 1 file |
| VBR M3U | 1 file |
| VBR MP3 | 827 files |
| WORD DOCUMENT | 1 file |

| | |
|---|---|
| SHOW ALL | 2188 Files |
| | 833 Original |

---

### IN COLLECTIONS

Community Audio

Community Collections

---

Uploaded by
**HotPreyingMantis**
on June 1, 2022

---

Terms of Service (last updated 12/31/2014)

EXHIBIT 10



EXHIBIT 11

# crlody
*Exposing the TELAH Foundation's lies*

## What Mark and Sarah King don't want others to hear on the class' audio tapes

Posted on November 28, 2022 by crlody

https://archive.org/details/HPM-HeavensGateAudio

Check out tapes 331, 332 and 333. The Telah Foundation's copyright of The Audiotape Library of Heaven's Gate by Ti and Do was declared invalid in February of 1999.

In the description of tapes 331 and 332 in the tape log the class states,

"MRC & SRF Bitterness"

and in tape 333 from the tape log,

"MRC & SRF may not have been ready"

Who do we believe, Mark and Sarah King or the class? You decide.

---



**About crlody**
a former student of Ti and Do
View all posts by crlody →

---

This entry was posted in Uncategorized. Bookmark the permalink.

---

**crlody**

EXHIBIT 12







♫ Player  β Beta  🔊 Webamp



▶  ⏫  🔊  00:00 / 43:50  ⏮  ⏭  🖵

| 1 | 006 A - Ti, Do & Students - 08/29/1982 - 43:50 |
| 2 | 036 A - Ti, Do & Students - 12/10/1982 - 13:11 |
| 3 | 038 A - Ti, Do & Students - 12/21/1982 - 01:33:44 |
| 4 | 058 A - Ti, Do & Students - 07/20/1983 - 15:12 |
| 5 | 100 AB - Ti, Do & Students - 02/25/1984 - 01:10:51 |
| 6 | 101 A - Ti, Do & Students - 02/27/1984 - 29:46 |
| 7 | 102 AB - Ti, Do & Students - 03/03/1984 - 01:30:23 |
| 8 | 103 C - Ti, Do & Students - 03/03/1984 - 15:44 |
| 9 | 105 A - Ti, Do & Students - 03/09/1984 - 31:20 |
| 10 | 106 A - Ti, Do & Students - 03/11/1984 - 01:09:55 |
| 11 | 107 A - Ti, Do & Students - 03/18/1984 - 12:43 |
| 12 | 108 AB - Ti, Do & Students - 03/29/1984 - 01:22:50 |
| 13 | 109 A - Ti, Do & Students - 03/31/1984 - 45:21 |



  

☆ Favorite    📤 Share    ⚑ Flag

# Heaven's Gate Audio Tapes - 914 Hours of Original Class Audio Recordings

by The "Heaven's Gate" Class

| Topics | heaven's gate, Marshall Applewhite, cult, audio, class, instruction, tapes, class, initiation, recruitment, heavens, heaven's, gate, marshall, applewhite, recordings |
| Language | English |

This is a backup of the audio recordings made by the Heavens Gate group of their class sessions.

These files have been made available to me through an ex-member who goes by the name crlody. Here is their blog about The TELAH Foundation: https://crlody.wordpress.com/

Here is a blog run by a different ex-member, who provides a different perspective and narrative of events: https://sawyerhg.wordpress.com/

**Bulk downloads will not work because the zip file would be too large for Internet Archive to process.**

Please use the magnet links below to download all of the files in bulk.

## Magnet links:

Zipped version with original filenames:

magnet:?xt=urn:btih:37abed844da6daace22ac41bbebe3585ceae5a28&dn=HeavensGateAudio.zip&tr=udp%3a%2f%2ftracker.openbittorrent.com%3a6969%2fannounce&tr=udp%3a%2f%2ftracker.opentrackr.org%3a1337%2fannounce

Unzipped version with files renamed to work over BitTorrent:

magnet:?xt=urn:btih:848aaed0813ab360ff7253e680856f0973d377a2&dn=Heaven%27s%20Gate%20Audio%20Tapes%20-%20914%20Hours%20of%20Original%20Class%20Audio%20Recordings&tr=udp%3a%2f%2ftracker.openbittorrent.com%3a6969%2fannounce&tr=udp%3a%2f%2ftracker.opentrackr.org%3a1337%2fannounce

| Addeddate | 2022-06-01 12:12:02 |
| Identifier | HPM-HeavensGateAudio |
| Scanner | Internet Archive HTML5 Uploader 1.6.4 |



## Reviews

There are no reviews yet. Be the first one to write a review.

⊕ Add Review

844 Views

1 Favorite

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ITEM IMAGE | 1 file |
| ITEM TILE | 1 file |
| VBR M3U | 1 file |
| VBR MP3 | 827 files |
| WORD DOCUMENT | 1 file |

SHOW ALL                    2188 Files

833 Original

**IN COLLECTIONS**

Community Audio

Community Collections

Uploaded by
### HotPreyingMantis
on June 1, 2022

Terms of Service (last updated 12/31/2014)

EXHIBIT 13

USDC IN/ND case 3:22-cv-00395-MGG document 1679-1 filed 06/29/23 page 47 of 129



· RED ALERT ·

# HALE-BOPP Brings Closure to:

*As was promised - the keys to Heaven's Gate are here again in Ti and Do (The UFO Two) as they were in Jesus and His Father 2000 yrs. ago.*

Whether Hale-Bopp has a "companion" or not is irrelevant from our perspective. However, its arrival is joyously, very significant to us at "Heaven's Gate." The *joy* is that our Older Member in the Evolutionary Level Above Human (the "Kingdom of Heaven") has made it clear to us that Hale-Bopp's approach is the "marker" we've been waiting for -- the time for the arrival of the spacecraft from the Level Above Human to take us home to "Their World" -- in the literal Heavens. Our 22 years of classroom here on planet Earth is finally coming to conclusion -- "graduation" from the Human Evolutionary Level. We are happily prepared to leave "this world" and go with Ti's crew.

If you study the material on this website you will hopefully understand our joy and what our purpose here on Earth has been. You may even find your "boarding pass" to leave with us during this brief "window."

We are so very thankful that we have been recipients of this opportunity to prepare for membership in Their Kingdom, and to experience Their boundless Caring and Nurturing.

## Keys or Bookmarks to Vital Information on Our Website



### Do's Intro: Our Purpose -- The Simple Bottom Line *(an excerpt from our book* HEAVEN'S GATE *-- see below)*





**Statement by an E.T. Presently Incarnate** *(excerpt from our book)*

**Overview of Present Mission** *(excerpt from our book, a student paper)*

**Last Chance To Advance Beyond Human** *(excerpt from our book)*

**To Access Our Book Online in its Entirety:**
*How and When* **HEAVEN'S GATE** *May Be Entered*

**Transcripts of Two Recent Videos**

**Our Position Against Suicide**

**How a Member of the Kingdom of Heaven Might Appear**

**Earth Exit Statements by Students**

**Exit Press Release:**
**"Away Team" Returns to Level Above Human**

---

# To Order a Hard Copy of Our Book

The following materials are available through TELAH Services:

One of our correspondents from Germany offered to translate the following two transcripts into German.

- Videotape 1: *Last Chance To Evacuate Earth Before It's Recycled* (Sept. 29, 1996 - 70 min.)
- Transcript of videotape 1.      *German translation*

- Videotape 2: *Planet Earth About To Be Recycled -- Your Only Chance To Survive -- Leave With Us* (Oct. 5, 1996 - 58 min.)
- Transcript of videotape 2.      *German translation*

- Our Book, entitled *How and When "Heaven's Gate" May Be Entered (An Anthology of Our Materials).*

If you would like to send for videotapes, there is no charge. If you would like to copy them and return the originals to us, we will make them available to someone else. If you choose to assist with deferring our expenses, those funds would be reinvested towards getting this information out.

**The transcripts of videotapes 1 and 2 can be** viewed online, **downloaded** or requested through TELAH Services.

Hard copy editions of the book may be ordered through TELAH Services for $45 US. This includes shipping and handling, via priority mail.

**Requests For Materials Can Be Emailed To:**
rep@heavensgate.com

**Or Sent Via Postal Service To:**

TELAH Services
4757 E. Greenway Rd. Ste. 103-178
Phoenix, AZ 85032

| To Access Our Online Book **How and When HEAVEN'S GATE May Be Entered** |
| Do's Intro: Purpose - Belief | Statement by an E.T. Presently Incarnate |
| Last Chance To Evacuate Earth | Planet About To Be Recycled |
| Overview of Present Mission | Last Chance To Advance Beyond Human |
| Our Position Against Suicide | How a Member of the Kingdom of Heaven Might Appear |
| Connecting Links | Privacy Concerns |
| Back to Bookmarks | Top of this Homepage |

EXHIBIT 14



- RED ALERT -

# HALE-BOPP Brings Closure to:

*As was promised - the keys to Heaven's Gate are here again in Ti and Do (The UFO Two) as they were in Jesus and His Father 2000 yrs. ago.*

Whether Hale-Bopp has a "companion" or not is irrelevant from our perspective. However, its arrival is joyously, very significant to us at "Heaven's Gate." The *joy* is that our Older Member in the Evolutionary Level Above Human (the "Kingdom of Heaven") has made it clear to us that Hale-Bopp's approach is the "marker" we've been waiting for -- the time for the arrival of the spacecraft from the Level Above Human to take us home to "Their World" -- in the literal Heavens. Our 22 years of classroom here on planet Earth is finally coming to conclusion -- "graduation" from the Human Evolutionary Level. We are happily prepared to leave "this world" and go with Ti's crew.

If you study the material on this website you will hopefully understand our joy and what our purpose here on Earth has been. You may even find your "boarding pass" to leave with us during this brief "window."

We are so very thankful that we have been recipients of this opportunity to prepare for membership in Their Kingdom, and to experience Their boundless Caring and Nurturing.

## Keys or Bookmarks to Vital Information on Our Website

### Do's Intro: Our Purpose -- The Simple Bottom Line *(an excerpt*



*from our book* **HEAVEN'S GATE** *-- see below*)



**Statement by an E.T. Presently Incarnate** *(excerpt from our book)*



**Overview of Present Mission** *(excerpt from our book, a student paper)*

**Last Chance To Advance Beyond Human** *(excerpt from our book)*

**To Access Our Book Online in its Entirety:**

*How and When* **HEAVEN'S GATE** *May Be Entered*



**Transcripts of Two Recent Videos**

**Our Position Against Suicide**



**How a Member of the Kingdom of Heaven Might Appear**

**Earth Exit Statements by Students**

**Exit Press Release:**
**"Away Team" Returns to Level Above Human**

---

# To Order a Hard Copy of Our Book

---

The following materials are available through TELAH Services:

One of our correspondents from Germany offered to translate the following two transcripts into German.

- Videotape 1: *Last Chance To Evacuate Earth Before It's Recycled (Sept. 29, 1996 - 70 min.)*
- Transcript of videotape 1.         *German translation*

- Videotape 2: *Planet Earth About To Be Recycled -- Your Only Chance To Survive -- Leave With Us (Oct. 5, 1996 - 58 min.)*
- Transcript of videotape 2.         *German translation*

- Our Book, entitled *How and When "Heaven's Gate" May Be Entered (An Anthology of Our Materials).*

USDC IN/ND case 3:22-cv-00395-MGG document 175-1 filed 06/29/23 page 53 of 129

If you would like to send for videotapes, there is no charge. If you would like to copy them and return the originals to us, we will make them available to someone else. If you choose to assist with deferring our expenses, those funds would be reinvested towards getting this information out.

The transcripts of videotapes 1 and 2 can be viewed online, downloaded or requested through TELAH Services.

Hard copy editions of the book may be ordered through TELAH Services for $45 US. This includes shipping and handling, via priority mail.

Requests For Materials Can Be Emailed To:   rep@heavensgatealso.com

Or Sent Via Postal Service To:

TELAH Services
4757 E. Greenway Rd. Ste. 103-178
Phoenix, AZ 85032

| To Access Our Online Book How and When HEAVEN'S GATE May Be Entered |
| Do's Intro: Purpose - Belief | Statement by an E.T. Presently Incarnate |
| Last Chance To Evacuate Earth | Planet About To Be Recycled |
| Overview of Present Mission | Last Chance To Advance Beyond Human |
| Our Position Against Suicide | How a Member of the Kingdom of Heaven Might Appear |
| Connecting Links | Privacy Concerns |
| Back to Bookmarks | Top of this Homepage |

EXHIBIT 15



EXHIBIT 16



EXHIBIT 17

## crlody
*Exposing the TELAH Foundation's lies*

---

### Instead of creating an "archive" of the class' materials as a Court ordered them to do in 1999 the TELAH Foundation sued those of who did create one in 2021

Posted on January 15, 2023 by crlody

Thanks to an amazing correspondent who created this archive of the class' audio tapes,

https://archive.org/details/HPM-HeavensGateAudio

It is incomplete due to Mark and Sarah King withholding over one hundred of the tapes and because of the fraudulent DMCA notices that the King's used their Foundation's lawyers to enforce. Hopefully a complete archive can be created soon and ALL of the class' property can be placed in the public domain where it will be accessible to any and all who are interested in hearing what Ti, Do and the class had to say.

An "archive" that only gets licensed to HBOMAX and ABC and access is denied to numerous others isn't an archive. An archive that is controlled by a Religious Nonprofit Corporation that fraudulently enforces invalid copyrights registrations in order to deny access to the archive isn't an archive. In over twenty-three years Mark and Sarah King have done nothing to create an accessible archive of the class' materials. And now that others of us finally got a hold of many of the class' tapes and created an archive the Kings used their Religious Nonprofit Corporation to file a lawsuit based on previously invalidated copyright registrations.

The same Judge who invalidated ALL of the Telah Foundation's 1997 copyrights also ordered Mark and Sarah King to,

"The TELAH FOUNDATION agrees to protect, safeguard, archive and control all items received in this agreement and not sell them".

No "archive" other than those that RKK ( the CD-ROMs ), myself, a correspondent and others online have created. Instead of thanking me and others for doing a task that he is too lazy and incompetent to do Mark King chose to try to ruin my life with a lawsuit based on copyright registrations that the Kings have known were invalid since 1999. That's right, rather than letting the class' audio tapes be freely available the Kings chose to use their Religious Nonprofit Foundation to sue three of us in a Federal Court by hiring expensive I.P. lawyers from a large Corporate law firm. The Kings used their Corporate lawyers to try to hide the fact that all of the Foundation's registered copyrights have been invalid since February of 1999. All for one purpose only, to get revenge on those of us who tried to make Ti and Do's information FREELY available to any and all who are interested in it. Mark and Sarah King would prefer to make a Federal case out of all of this rather than simply stepping aside and letting those of us who are willing and able, to do as the class asked and "disseminate" their information.

The King's lawsuit is about one thing only; Mark and Sarah King's deceptiveness and vindictiveness. They have abused their Religious Nonprofit Corporation from day one when they filed fraudulent copyright registrations.

USDC IN/ND case 3:22-cv-00395-MGG   document 17-1   filed 06/23/23   page 60 of 129

They have done no known charity work with their Nonprofit and have done nothing to advance the study of religion, all that they have done is hide behind their Corporation while hiring lawyers to persecute those who dare to defy them. Such a disgusting abuse of a Nonprofit Corporation's tax-exempt status.



**About crlody**
a former student of Ti and Do
View all posts by crlody →

This entry was posted in Uncategorized. Bookmark the permalink.

---

**crlody**

EXHIBIT 18




USDC IN/ND case 3:22-cv-00395-MGG document 167-1 filed 06/29/23 page 62 of 129



**Play from:**  

▶  ↩10  🔊  00:00 / 43:49   ⏮ ⏭  ⬚

| 1 | 006 A - Ti, Do & Students - 08/29/1982  - 43:50 |
| 2 | 036 A - Ti, Do & Students - 12/10/1982  - 13:11 |
| 3 | 038 A - Ti, Do & Students - 12/21/1982  - 01:33:44 |
| 4 | 058 A - Ti, Do & Students - 07/20/1983  - 15:12 |
| 5 | 100 AB - Ti, Do & Students - 02/25/1984  - 01:10:51 |
| 6 | 101 A - Ti, Do & Students - 02/27/1984  - 29:46 |
| 7 | 102 AB - Ti, Do & Students - 03/03/1984  - 01:30:23 |
| 8 | 103 C - Ti, Do & Students - 03/03/1984  - 15:44 |
| 9 | 105 A - Ti, Do & Students - 03/09/1984  - 31:20 |
| 10 | 106 A - Ti, Do & Students - 03/11/1984  - 01:09:55 |
| 11 | 107 A - Ti, Do & Students - 03/18/1984  - 12:43 |
| 12 | 108 AB - Ti, Do & Students - 03/29/1984  - 01:22:50 |
| 13 | 109 A - Ti, Do & Students - 03/31/1984  - 45:31 |
| 14 | 110 A - Ti, Do & Students - 04/02/1984  - 30:13 |
| 15 | 111 AB - Ti, Do & Students - 04/06/1984  - 01:31:38 |





# Heaven's Gate Audio Tapes - 914 Hours of Original Class Audio Recordings

by The "Heaven's Gate" Class

| Topics | heaven's gate, Marshall Applewhite, cult, audio, class, instruction, tapes, class, initiation, recruitment, heavens, heaven's, gate, marshall, applewhite, recordings |
|---|---|
| Language | English |

This is a backup of the audio recordings made by the Heavens Gate group of their class sessions.

These files have been made available to me through an ex-member who goes by the name crlody. Here is their blog about The TELAH Foundation: https://crlody.wordpress.com/

Here is a blog run by a different ex-member, who provides a different perspective and narrative of events: https://sawyerhg.wordpress.com/

**Bulk downloads will not work because the zip file would be too large for Internet Archive to process.**

Please use the magnet links below to download all of the files in bulk.

## Magnet links:

### Zipped version with original filenames:

magnet:? xt=urn:btih:37abed844da6daace22ac41bbebe3585ceae5a28&dn=HeavensGateAudio.zip&tr=udp%3a%2f%2 ftracker.openbittorrent.com%3a6969%2fannounce&tr=udp%3a%2f%2ftracker.opentrackr.org%3a1337%2fann ounce

### Unzipped version with files renamed to work over BitTorrent:

magnet:? xt=urn:btih:848aaed0813ab360ff7253e680856f0973d377a2&dn=Heaven%27s%20Gate%20Audio%20Tapes %20- %20914%20Hours%20of%20Original%20Class%20Audio%20Recordings&tr=udp%3a%2f%2ftracker.openbitt orrent.com%3a6969%2fannounce&tr=udp%3a%2f%2ftracker.opentrackr.org%3a1337%2fannounce

| Addeddate | 2022-06-01 12:12:02 |
|---|---|
| Identifier | HPM-HeavensGateAudio |
| Scanner | Internet Archive HTML5 Uploader 1.6.4 |

## 💬 Reviews

➕ Add Review

There are no reviews yet. Be the first one to write a review.

 1,155 Views

USDC IN/ND case 3:22-cv-00395-MGG    document 16-11    filed 06/23/23    page 64 of 129

## DOWNLOAD OPTIONS

| | |
|---|---|
| ITEM IMAGE | 1 file |
| ITEM TILE | 1 file |
| VBR M3U | 1 file |
| VBR MP3 | 827 files |
| WORD DOCUMENT | 1 file |

SHOW ALL

2188 Files

833 Original

---

**IN COLLECTIONS**

---

Community Audio

---

Community Collections

---

Uploaded by

## HotPreyingMantis

on June 1, 2022

SIMILAR ITEMS (based on metadata) ▶

USDC IND Case 3:22-cv-00885-MCG document 1679-1 filed 01/23/23 page 65 of 129



**Heaven's Gate VHS Tapes**
by the "heaven's gate" class

10,727    146    4

**Heaven's Gate Rare VHS Tapes**
by the "heaven's gate" class

646    9    0

**Heaven's Gate ( Japan)**
by racdym and atlus

403    4    0

**54 - Heaven's Gate UFO Cult**
by timesuck with dan cummins

13    0    0



**Heaven's Gate**
by federal bureau of investigation

3,524    24    0



**Heaven's Gate**
by bina007

942    0    0



**Heaven's Gate**
by citation needed

14    0    0



**Everything Actioncast Ep 512 "Star Wars,**
by www.everythingaction.com

74    0    0

Terms of Service (last updated 12/31/2014)

EXHIBIT 19

# crlody
*Exposing the TELAH Foundation's lies*

---

## Thanks to all who have tried to disseminate the class' information

Posted on January 16, 2023 by crlody

I know that numerous individuals have tried to make the class' information, notably the audio tapes, available over the years. Some have had the class' videos and audio tapes removed from online sources due to the Telah Foundation and their lawyers. I know that the Beyond Human tapes were removed from one of xf's web pages many years ago and that's just one story. More recently the Kings have shut down online archives of the class' audio tapes. There are many, many stories of Mark and Sarah King interfering with those who have tried to do as the class asked and "disseminate" their information. Thanks to one and all for trying to **stand** up to the cowardly and bullying tactics of Mark and Sarah King as they hide behind their lawyers and their Religious Nonprofit Foundation. Hopefully their reign of intimidation and vindictiveness can be put to an end sooner rather than later. Hopefully they will no longer be able to use and abuse their Religious Nonprofit Corporation for their personal vendettas. Hopefully the days of the Telah Foundation are numbered as the Kings have appropriated the name "TELAH" from the class in order to form a Corporation to fraudulently claim ownership of all of the class' property. I think that it is safe to say that Mark and Sarah King have misapplied the tasks that were offered to them and have abused the name TELAH for their own selfish purposes.



**About crlody**
a former student of Ti and Do
View all posts by crlody →

This entry was posted in Uncategorized. Bookmark the permalink.

---

## 2 Responses to *Thanks to all who have tried to disseminate the class' information*



**Someone** *says:*
January 16, 2023 at 4:08 pm

I find the King's behaviour completely bizarre. If they believe in the material they have then why aren't they openly sharing it? That's what anyone would do if you had that kind of highly information to hand surely?
The only two explanations I can think of are
– 1. They believe it but want to selfishly preserve next level information to themselves or
2. They don't believe it (maybe never did?) and they see it as some sort of cash cow (which I very much doubt it is, especially after all this time).
Either way I applaud those who continue to share what they can despite the deluded threats they are facing.

Reply



**crlody** *says:*
January 16, 2023 at 5:56 pm

the high-priced entertainment lawyer in 1997 because they did believe that it was a "cash cow". I believe that as it became apparent that there wasn't really any $ in it their primary motivations became a sort of bitterness/self-righteousness. Interestingly, when they were asked to leave the class they were apparently quite "bitter" ( as per at least one of the audio tapes ) and RKK had told me that the Kings were at least partly bitter for financial reasons. Apparently SRF had brought a trust fund into the class in the mid-70s and when they got kicked out they felt that they were put into a bad financial situation. Do discusses their "bitterness" over finances on one of the tapes as well. In 1997 they seem to have decided that RKK and I were "interfering" with their supposed "task" and when they lost their Court case with San Diego County they somehow thought that it was our fault rather than their own. When I offered to pay for the copying costs of the audio tapes back in 1998 Mark told me that I had to "apologize" to him and his wife because somehow it was my and RKK's fault that they were stupid enough to spend so much money on lawyers.

So, in a "sense" their behavior does make sense in that they are staying the course of their bitterness and self-righteousness and they seem to have no desire to take any responsibility for anything that they've done, it's always conveniently someone else's fault. They have even concocted a new false history in which somehow "rumors" started by "classmates" are why they were asked to leave the class. Even though the audio tapes and Sawyer contradict their story. And maybe that's as much of a reason as any as to why they keep suppressing the tapes, there's stuff on there that contradicts their twenty-five years worth of deceptions.

Reply

**crlody**

EXHIBIT B

**Fill in this information to identify your case:**

United States Bankruptcy Court for the :

_____NORTHERN_____  District of __INDIANA__
                                        (State)

Case Number *(if known)*: _____    Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an
  amended filing

## Official Form 101

## Voluntary Petition for Individuals Filing for Bankruptcy

06/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together-called a *joint case*-and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself | | |
|---|---|---|---|
| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**1. Your full name**

Write the name that is on your government-issued picture identification (for example, your driver's license or passport).

Bring your picture identification to your meeting with the trustee.

| About Debtor 1 | About Debtor 2 |
|---|---|
| Cathy — First name | First name |
| Jo Ann — Middle name | Middle name |
| Weaver — Last name | Last name |
| Suffix (Sr., Jr., II, III) | Suffix (Sr., Jr., II, III) |

**2. All other names you have used in the last 8 years**

Include your married or maiden names.

| About Debtor 1 | About Debtor 2 |
|---|---|
| Cathy — First name | First name |
| Joann — Middle name | Middle name |
| Weaver — Last name | Last name |
| First name | First name |
| Middle name | Middle name |
| Last name | Last name |

**3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

| About Debtor 1 | About Debtor 2 |
|---|---|
| XXX – XX – __6960__ | XXX – XX – _____ |
| OR | OR |
| **9**XX – XX – ___ ___ ___ ___ | **9**XX – XX – ___ ___ ___ ___ |

Debtor 1 ____Cathy_____ ____Jo Ann_____ ____Weaver_____ Case Number (if known) _____

First Name      Middle Name      Last Name

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business names or EINs.

Business name _____

Business name _____

EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __

☐ I have not used any business names or EINs.

Business name _____

Business name _____

EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __

**5.** **Where you live**

■■■■ _____
Number   Street

■■■■     ■ ■■■
City     State  ZIP Code

ST. JOSEPH
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number   Street

_____
P.O. Box

_____
City     State  ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number   Street

_____
City     State  ZIP Code

_____
County

**If Debtor 2's mailing address is different from the one above, fill it in here.** Note that the court will send any notices this mailing address.

_____
Number   Street

_____
P.O. Box

_____
City     State  ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy.**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408

_____

_____

_____

| Debtor 1 | Cathy | Jo Ann | Weaver | | Case Number (if known) _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

I request that my fee be waived (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No

☐ Yes. District __None__ When _____ Case Number _____
MM / DD / YYYY

District __None__ When _____ Case Number _____
MM / DD / YYYY

District _____ When _____ Case Number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business parter, or by affiliate?**

■ No

☐ Yes. Debtor _____ Relationship to you _____
District _____ When _____ Case Number, if known _____
MM / DD / YYYY

Debtor _____ Relationship to you _____
District _____ When _____ Case Number, if known _____
MM / DD / YYYY

**11. Do you rent your residence?**

☐ No. Go to line 12

■ Yes. Has your landlord obtained an eviction judgment against you?

■ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1  Cathy                    Jo Ann              Weaver                    Case Number (if known) _____
          First Name               Middle Name         Last Name

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

12. **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheed and attach it to this petition.

■ No.  Go to Part 4.
☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number      Street

_____

_____
City                                    State    Zip Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

13. **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V,, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11

Bankruptcy

| Debtor 1 | Cathy | Jo Ann | Weaver | Case Number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

| 14. | **Do you own or have any property that poses or is alleged to pose a threat of imminent and indentifiable hazard to public health or safety? Or do you own any property that needs immediate attention?** | ☒ No. |
|---|---|---|

☐ Yes.  What is the hazard?  _____

_____

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____

_____

Number        Street

_____

_____  _____  _____

City                                              State        ZIP Code

| Debtor 1 | Cathy | Jo Ann | Weaver | Case Number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 5:**    Explain Your Efforts to Receive a Briefing About Credit Counseling

15. **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

| Debtor 1 | Cathy | Jo Ann | Weaver | | Case Number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** **What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
■ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

_____

**17.** **Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

   ■ No.

   ☐ Yes.

**18.** **How many creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19.** **How much do you estimate your assets to be worth?**

■ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20.** **How much do you estimate your liabilities to be?**

☐ $0-$50,000
■ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ **/s/ Cathy Jo Ann Weaver**
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Executed on   10/25/2022
               MM / DD / YYYY

Executed on  _____
               MM / DD / YYYY

Debtor 1 ___Cathy_____ ___Jo Ann_____ ___Weaver_____   Case Number *(if known)* _____
          First Name            Middle Name            Last Name

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ **/s/ John Madison Sadler**                    Date    **Date:  10/25/2022**
_____                 _____
Signature of Attorney for Debtor                         MM / DD / YYYY


**John Madison Sadler**
_____
Printed name

Geraci Law L.L.C.
_____
Firm name

55 E. Monroe St., #3400
_____
Number    Street


_____

Chicago                                  IL        60603
_____        _____    _____
City                                     State     ZIP Code


Contact Phone   312-332-1800            Email address   mer@geracilaw.com
_____                 _____


29743-49                                 IN
_____  _____
Bar number                               State

**Fill in this information to identify your case:**

Debtor 1 _Cathy_____ _Jo Ann_____ _Weaver_____
    First Name                Middle Name             Last Name

Debtor 2 _____ _____ _____
(Spouse, if filing)  First Name           Middle Name             Last Name

United States Bankruptcy Court for the : ___NORTHERN___ District of __INDIANA__
                                                  (State)

Case Number _____
(If known)

☐ Check if this is an amended filing

# Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

01. **What is your current marital status?**

☐ Married

☑ Not married

02 **During the last 3 years, have you lived anywhere other than where you live now?**

☐ No.

☑ Yes. List all of the places you lived in the last 3 years.  Do not include where you live now.

| Debtor 1 | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 121 E 9th St | FROM 2018 - | _____ | |
| Newport, KY 41071 | To 06/2019 | _____ | |
| _____ | | _____ | |

03 **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory? (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)**

☑ No.

☐ Yes. Make sure you fill out Schedule H: Your Codebtors (Official Form 106H).

### Part 2:  Explain the Sources of Your Income

USDC IN/ND case 3:22-cv-00395-MGG   document 16-1   filed 06/29/23   page 79 of 129

| Debtor 1 | Cathy | Jo Ann | Weaver | Case Number (if known) _____ |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | |

---

**04** **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No.

☑ Yes. Fill in the details

| | | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- | --- |
| | | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $20,000 approx. | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | _____ |
| **For last calendar year:**<br>**(January 1 to December 31, 2021)** | | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $16,161 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | _____ |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2020)** | | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $13,459 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | _____ |

---

**05** **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No.

☐ Yes. Fill in the details

| | | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- | --- |
| | | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

---

**Part 3:** **List Certain Payments You Made Before You Filed for Bankruptcy**

---

| Debtor 1 | Cathy | Jo Ann | Weaver | Case Number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**06   Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No. Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** Consumer debts are defined in 11 U.S.C. § 101(8) as

"incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,5755* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the

total amount you paid that creditor. Do not include payments for domestic support obligations, such as

child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

■ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

■ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that

creditor. Do not include payments for domestic support obligations, such as child support and

alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payments | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Citizens Bank NA | Monthly | $1,611.00 | See Schedule D | ☐ Mortgage |
| 480 Jefferson Blvd | | | | ■ Car |
| Warwick, RI 02886 | | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| _____ | | | | ☐ Suppliers or vendors |
| | | | | ☐ Other _____ |

---

07   Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?

Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner;
corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing
agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations,
such as child support and alimony.

■ No.
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

---

08   Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited
an insider?

Include payments on debts guaranteed or cosigned by an insider.

■ No.
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

---

**Part 4:   Identify Legal actions, Repossessions, and Foreclosures**

---

Debtor 1     Cathy       Jo Ann       Weaver       Case Number (if known) _____
      First Name       Middle Name       Last Name

09   Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No.

■ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| The Evolutionary Level Above Human, Inc. dba The Telah Foundation v Havel et al<br>22-CV-00395-MGG | Civil Copyright Infringement | United States District Court, Northern District of Indiana | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10   Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
Check all that apply and fill in the details below.

■ No. Go to line 11

☐ Yes. Fill in the information below.

11   Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

■ No. Go to line 11

☐ Yes. Fill in the information below.

12   Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

■ No.

☐ Yes.

**Part 5:**   List Certain Gifts and Contributions

13   Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

■ No.

☐ Yes. Fill in the details for each gift.

14   Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

■ No.

☐ Yes. Fill in the details for each gift.

**Part 6:**   List Certain Losses

15   Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

■ No.

☐ Yes. Fill in the details for each gift.

USDC IN/ND case 3:22-cv-00395-MGG    document 16-1    filed 06/29/23    page 82 of 129

| Debtor 1 | Cathy | Jo Ann | Weaver | Case Number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

16  **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No.
☑ Yes. Fill in the details

| Party Contact Info | Description and value of any property transferred | Date payment or transfer | Amount of payment |
|---|---|---|---|
| Geraci Law L.L.C. | | From 10/12/2022 - 10/25/2022 | $2,138.00 |
| 55 E. Monroe Street #3400 | | | |
| Chicago, IL 60603 | | | |
| | | | |
| Person who Made the Payment, if Not You | | | |

| Party Contact Info | Description and value of any property transferred | Date payment or transfer | Amount of payment |
|---|---|---|---|
| Hananwill Credit Counseling | Credit Counseling Services | 2022 | $25.00 |
| 115 N. Cross St. | | | |
| Robinson, IL 62454 | | | |
| | | | |
| Person who Made the Payment, if Not You | | | |

17  **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No.
☐ Yes. Fill in the details.

18  **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No.
☐ Yes. Fill in the details for each gift.

19  **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called asset-protection devices.)**

☑ No.
☐ Yes. Fill in the details for each gift.

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

20  **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No.
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor 1 ___Cathy___ ___Jo Ann___ ___Weaver___     Case Number *(if known)* _____
         First Name    Middle Name    Last Name

21  **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No.
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|

22  **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No.
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:    Identify Property You Hold or Control for Someone Else**

23  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No.
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

▪ **Environmental law** means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

▪ **Site** means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

▪ **Hazardous material** means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25  **Have you notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26  **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:    Give Details About Your Business or Connections to Any Business**

27  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

■ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

| Debtor 1 | Cathy | Jo Ann | Weaver | Case Number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Cathy J. Weaver | **Describe the nature of the business** | **Employer Identification number**<br>**Do not include Social Security number or** |
|---|---|---|
| _____ | 1099 independent contractor - ride share driver | EIN: _____ |
| _____ | | |
| _____ | **Name of accountant or bookkeeper** | **Dates business existed** |
| | NA | 08/2016 - present |

28  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No.

☐ Yes. Fill in the details.

| | Date issued |
|---|---|
| | _____ |

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ /s/ Cathy Jo Ann Weaver _____     ✗ _____
Signature of Debtor 1                                         Signature of Debtor 2

Date  10/25/2022 _____     Date _____
      MM / DD / YYYY                    MM / DD / YYYY

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Cathy | Jo Ann | Weaver |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the : ___NORTHERN___ District of ___INDIANA___
(State)

Case Number _____
(If known)

☐ Check if this is an amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

| **Part 1:** | **Summarize Your Assets** |
|---|---|

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*................................................... | $ 0 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* .................................... | $ 16,021 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* .............................................. | $ 16,021 |

| **Part 2:** | **Summarize Your Liabilities** |
|---|---|

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ | $22,036 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* .................................. | $0 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.................................. | $56,810 |
| **Your total liabilities** | **$78,846.00** |

| **Part 3:** | **Summarize Your Liabilities** |
|---|---|

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* .................................................... | $1,978.18 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* ............................................................ | $1,957.53 |

Debtor 1 ___Cathy_____ ___Jo Ann_____ ___Weaver_____    Case Number *(if known)* _____
          First Name                    Middle Name                   Last Name

---

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |

6. **Are you filing for bankruptcy under Chapter 7, 11 or 13?**

   ☐ No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

   ☑ Yes

---

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $ 1,403.06

---

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 of Schedule E/F, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 14,200.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 14,200.00 |

---

Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | Cathy | Jo Ann | Weaver |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the : ___NORTHERN___ District of ___INDIANA___
(State)

Case Number _____
(if known)

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

01.  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

■ No.
☐ Yes.   Describe.....

2.  Add the dollar value of the portion you own for all of your entries fro Part 1, including any entries for pages
you have attached for Part 1. Write that number here ..................................................  -->          $0.00

**Part 2:**  Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

03.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No.
■ Yes.   Describe.....

Make:  Chevrolet

Model:  Malibu

Year:  2019

Approximate Mileage:  125,000

Other information:

2019 Chevrolet Malibu with over 125,000 miles

Who has an interest in the property?  Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $        12,425.00 | $        12,425.00 |

04.  Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No.
☐ Yes.   Describe.....

5.  Add the dollar value of the portion you own for all of your entries fro Part 2, including any entries for pages
you have attached for Part 2. Write that number here .................................................................  -->          $ 12,425.00

**Part 3:**  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions

06.  Household goods and furnishings
Examples: Major appliances, furniture, linens, china, kitchenware

☐ No.
■ Yes.   Describe.....

| | |
|---|---|
| Furniture, linens, small appliances, table & chairs, bedroom set | *$1,000* |

$        1,000.00

Debtor 1    Cathy    Jo Ann    Weaver
First Name    Middle Name    Last Name    Case Number (if known)

**07. Electronics**

Examples: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No.

☑ Yes.    Describe.....

| | |
|---|---|
| TV, laptop, printer, camera, cellphone | $1,000 |

$_____1,000.00

**08. Collectibles of value**

Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No.

☐ Yes.    Describe.....

$_____0.00

**09. Equipment for sports and hobbies**

Examples: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No.

☐ Yes.    Describe.....

$_____0.00

**10. Firearms**

Examples: Pistols, rifles, shotguns, ammunition, and related equipment

☑ No.

☐ Yes.    Describe.....

$_____0.00

**11. Clothes**

Examples: Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No.

☑ Yes.    Describe.....

| | |
|---|---|
| Everyday clothes, shoes, accessories | $150 |

$_____150.00

**12. Jewelry**

Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☑ No.

☐ Yes.    Describe.....

$_____0.00

**13. Non-farm animals**

Examples: Dogs, cats, birds, horses

☐ No.

☑ Yes.    Describe.....

| | |
|---|---|
| A cat named "Evie" | $0 |

$_____0.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No.

☑ Yes.    Describe.....

| | |
|---|---|
| books, CDs, DVDs & Family Photos | $1,000 |

$_____1,000.00

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached

for Part 3. Write that number here ................................................................................... -->

$3,150.00

| Part 4: | Describe Your Financial Assets |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions

**16. Cash**

Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No.

☐ Yes.    Describe.....

$_____0.00

USDC IN/ND case 2:22-cv-00335-WGC    document 15-11    filed 06/23/23    page 89 of 129

Debtor 1   Cathy                    Jo Ann                  Weaver
           First Name               Middle Name             Last Name        Case Number (if known)

**17.  Deposits of money**

Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No.

■ Yes.     Describe.....   Account Type:              Institution name:

| | | |
|---|---|---|
| Other financial account | Venmo | $ 0.00 |
| Savings Account | JPMorgan Chase Bank | $ 1.00 |
| Checking Account | Alhambra Credit Union | $ 20.00 |
| Checking Account | JPMorgan Chase Bank | $ 425.00 |
| | | $ **446.00** |

**18.  Bonds, mutual funds, or publicly traded stocks**

Examples: Bond funds, investment accounts with brokerage firms, money market accounts

■ No.

☐ Yes.     Describe.....   Institution or issuer name:

                                                                                  $ 0.00

**19.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in**

■ No.

☐ Yes.     Describe.....   Name of Entity and Percent of Ownership:

                                                                                  $ 0.00

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

■ No.

☐ Yes.     Describe.....   Issuer name:

                                                                                  $ 0.00

**21.  Retirement or pension accounts**

Examples: Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No.

☐ Yes.     Describe.....   Type of account and Institution name:

                                                                                  $ 0.00

**22.  Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
Examples: Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications

■ No.

☐ Yes.     Describe.....   Institution name or individual:

                                                                                  $ 0.00

**23.  Annuities (A contract for a periodic payment of money to you, either for life or for a number of years)**

■ No.

☐ Yes.     Describe.....   Issuer name and description:

                                                                                  $ 0.00

**24.  Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No.

☐ Yes.     Describe.....   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

                                                                                  $ 0.00

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers**

■ No.

☐ Yes.     Describe.....   [                                        ]

                                                                                  $ 0.00

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property**

Examples: Internet domain names, websites, proceeds from royalties and licensing agreements

■ No.

☐ Yes.     Describe.....   [                                        ]

                                                                                  $ 0.00

**27.  Licenses, franchises, and other general intangibles**

Examples: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No.

☐ Yes.     Describe.....   [                                        ]

                                                                                  $ 0.00

USDC IN/ND case 3:22-cv-00395-MGG    document 15-1    filed 06/23/23    page 90 of 129

Debtor 1    Cathy    Jo Ann    Weaver

First Name    Middle Name    Last Name    Case Number (if known)

| Money or property owed to you? | | Current value of the portion you own? Do not deduct secured claims or exemptions |
|---|---|---|

**28. Tax refunds owed to you**

■ No.

☐ Yes.    Describe.....

$_____0.00

**29. Family support**

Examples: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No.

☐ Yes.    Describe.....

$_____0.00

**30. Other amounts someone owes you**

Examples: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No.

■ Yes.    Describe.....

Counter-claim against The Evolutionary Level Above Human, Inc. in case no. 22-CV-00395-MGG, filed in the Northern District of Indiana.  No attorney retained.

$_____Unknown

**31. Interest in insurance policies**

Examples: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No.

☐ Yes.    Describe.....    Company Name & Beneficiary:

$_____0.00

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No.

☐ Yes.    Describe.....

$_____0.00

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

Examples: Accidents, employment disputes, insurance claims, or rights to sue

■ No.

☐ Yes.    Describe.....

$_____0.00

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights**

■ No.

☐ Yes.    Describe.....

$_____0.00

**35. Any financial assets you did not already list**

■ No.

☐ Yes.    Describe.....

$_____0.00

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ..................................................................................................    -->

$446.00

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1. |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**

■ No.

☐ Yes.

Current value of the portion you own? Do not deduct secured claims or exemptions

**38. Accounts receivable or commissions you already earned**

■ No.

☐ Yes.    Describe.....

$_____0.00

USDC IN/ND case 3:22-cv-00335-WGC   document 11-1   filed 06/23/23   page 91 of 129

Debtor 1    Cathy    Jo Ann    Weaver
First Name    Middle Name    Last Name    Case Number (if known)

**39. Office equipment, furnishings, and supplies**
Examples: Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☒ No.
☐ Yes.   Describe.....

$_____ 0.00

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☒ No.
☐ Yes.   Describe.....

$_____ 0.00

**41. Inventory**

☒ No.
☐ Yes.   Describe.....

$_____ 0.00

**42. Interests in partnerships or joint ventures**

☒ No.
☐ Yes.   Describe.....   Name of Entity and Percent of Ownership:

$_____ 0.00

**43. Customer lists, mailing lists, or other compilations**

☒ No.
☐ Yes.   Describe.....

$_____ 0.00

**44. Any business-related property you did not already list**

☒ No.
☐ Yes.   Describe.....

$_____ 0.00

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
**for Part 5. Write that number here** .................................................................................   -->

| $ 0.00 |

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No.
☐ Yes.   Describe.....

$_____ 0.00

**47. Farm animals**
Examples: Livestock, poultry, farm-raised fish

☒ No.
☐ Yes.   Describe.....

$_____ 0.00

**48. Crops—either growing or harvested**

☒ No.
☐ Yes.   Describe.....

$_____ 0.00

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☒ No.
☐ Yes.   Describe.....

$_____ 0.00

**50. Farm and fishing supplies, chemicals, and feed**

☒ No.
☐ Yes.   Describe.....

$_____ 0.00

**51. Any farm- and commercial fishing-related property you did not already list**

☒ No.
☐ Yes.   Describe.....

$_____ 0.00

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached**
**for Part 6. Write that number here** .................................................................................   -->

| $0.00 |

Debtor 1    Cathy                    Jo Ann            Weaver
            First Name            Middle Name        Last Name        Case Number (if known)

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

**53.  Do you have other property of any kind you did not already list?**

Examples: Season tickets, country club membership

☒ No.

☐ Yes.    Describe.....

$_____0.00

**54.  Add the dollar value of all of your entries from Part 7.  Write that number here ...................................  -->**    $0.00

| Part 8: | List the Totals of Each Part of this Form |

55. **Part 1:  Total real estate, line 2**    $ 0.00

56. **Part 2:  Total vehicles, line 5**    $ 12,425.00

57. **Part 3:  Total personal and household items, line 15**    $ 3,150.00

58. **Part 4:  Total financial assets, line 36**    $ 446.00

59. **Part 5:  Total business-related property, line 45**    $ 0.00

60. **Part 6:  Total farm- and fishing-related property, line 52**    $ 0.00

61. **Part 7:  Total other property not listed, line 54**    $ 0.00

62. **Total personal property.** Add lines 56 through 61. ......................    $ 16,021.00    $ 16,021.00

63. **Total of all property on Schedule A/B.**  Add line 55 + line 62    **$16,021.00**

Official Form 106A/B          Record #   889196          Schedule A/B: Property          Page 6 of 6

**Fill in this information to identify your case:**

| Debtor 1 | Cathy | Jo Ann | Weaver |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the : __NORTHERN__ District of __INDIANA__
(State)

Case Number _____
(If known)

☐ Check if this is an amended filing

# Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on Schedule A/B: Property (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of Part 2: Additional Page as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions-such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds-may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2019 Chevrolet Malibu with over 125,000 miles<br><br>Line from *Schedule A/B*: 03 | $ 12,425 | ☑ $ 1,500<br><br>☐ 100% of fair market value, up to any applicable statutory limit | IC 34-55-10-2(c)(2) - $1,500.00 |
| Brief description: Furniture, linens, small appliances, table & chairs, bedroom set<br><br>Line from *Schedule A/B*: 06 | $ 1,000 | ☑ $ 1,000<br><br>☐ 100% of fair market value, up to any applicable statutory limit | IC 34-55-10-2(c)(2) - $1,000.00 |
| Brief description: TV, laptop, printer, camera, cellphone<br><br>Line from *Schedule A/B*: 07 | $ 1,000 | ☑ $ 1,000<br><br>☐ 100% of fair market value, up to any applicable statutory limit | IC 34-55-10-2(c)(2) - $1,000.00 |
| Brief description: Everyday clothes, shoes, accessories<br><br>Line from *Schedule A/B*: 11 | $ 150 | ☑ $ 150<br><br>☐ 100% of fair market value, up to any applicable statutory limit | IC 34-55-10-2(c)(2) - $150.00 |

Debtor 1 ___Cathy___ ___Jo Ann___ ___Weaver___    Case Number (if known) _____

First Name        Middle Name        Last Name

| Part 2: | Additional Page |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: A cat named "Evie"<br><br>Line from *Schedule A/B*: 13 | $ 0 | ☑ $ 0<br><br>☐ 100% of fair market value, up to any applicable statutory limit | IC 34-55-10-2(c)(2) - $0.00 |
| Brief description: books, CDs, DVDs & Family Photos<br><br>Line from *Schedule A/B*: 14 | $ 1,000 | ☑ $ 1,000<br><br>☐ 100% of fair market value, up to any applicable statutory limit | IC 34-55-10-2(c)(2) - $1,000.00 |
| Brief description: Other financial account, Venmo, 0.00<br><br>Line from *Schedule A/B*: 17 | $ 0 | ☑ $ 0<br><br>☐ 100% of fair market value, up to any applicable statutory limit | IC 34-55-10-2(c)(3) - $0.00 |
| Brief description: Savings Account, JPMorgan Chase Bank, 1.00<br><br>Line from *Schedule A/B*: 17 | $ 1 | ☑ $ 0<br><br>☐ 100% of fair market value, up to any applicable statutory limit | IC 34-55-10-2(c)(3) - $0.00 |
| Brief description: Checking Account, Alhambra Credit Union, 20.00<br><br>Line from *Schedule A/B*: 17 | $ 20 | ☑ $ 20<br><br>☐ 100% of fair market value, up to any applicable statutory limit | IC 34-55-10-2(c)(3) - $20.00 |
| Brief description: Checking Account, JPMorgan Chase Bank, 425.00<br><br>Line from *Schedule A/B*: 17 | $ 425 | ☑ $ 430<br><br>☐ 100% of fair market value, up to any applicable statutory limit | IC 34-55-10-2(c)(3) - $430.00 |
| Brief description: Counter-claim against The Evolutionary Level Above Human, Inc. in case no. 22-CV-00395-MGG, filed in the Northern District of<br><br>Line from *Schedule A/B*: 30 | $ Unknown | ☑ $ 0<br><br>☐ 100% of fair market value, up to any applicable statutory limit | IC 34-55-10-2(c)(3) - $0.00 |

3. **Are you claiming a homestead exemption of more than $189,050?**

(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment .)

☑ No.

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes.

| Official Form 106C | Record # 889196 | Schedule C: The Property You Claim as Exempt | Page 2 of 2 |

Case 22-31102-pes    Doc 1    Filed 10/27/22    Page 95 of 129

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Cathy | Jo Ann | Weaver |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: ___NORTHERN___ District of _INDIANA_
(State)

Case Number _____
(if known)

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditors name.

| | Column A | Column A | Column C |
|---|---|---|---|
| | Amount of claim | Value of collateral that supports this claim | Unsecured portion |
| | Do not deduct the value of collateral | | If any |

**2.1** Citizens Bank Na

Creditor's Name
480 JEFFERSON BLVD

Number        Street

_____

WARWICK          RI     02886

City              State   Zip Code

**Describe the property that secures the claim:**

2019 Chevrolet Malibu with over 125,000 miles

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22,036.00          $ 12,425.00          $ 9,611.00

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of Lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date Debt was incurred        10-03-2019        Last 4 digits of account number ____ 5674 ____

### Part 2:    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Add the dollar value of your entries in Column A on this page. Write that number here:        $ 22,036.00

Official Form 106D        Record # 889196        Schedule D: Creditors Who Have Claims Secured by Property        Page 1 of 1

**Fill in this information to identify your case:**

| Debtor 1 | Cathy | Jo Ann | Weaver |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the : ___NORTHERN___ District of ___INDIANA___
(State)

Case Number _____
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☒ No.  Go to Part 2.

   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

   | | Total claim | Priority amount | Nonpriority amount |
   |---|---|---|---|

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

   ☒ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| 4.1 | Bank of America | | Total claim |
|---|---|---|---|
| | Creditor's Name | | $ 3,932.00 |

PO BOX 982238
Number          Street

_____

EL PASO                    TX    79998
City                      State   Zip Code

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**          2022-2022

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans.
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify ___Credit Card or Credit Use___

USDC IN/ND case 3:22-cv-00395-MGG    document 16-11    filed 06/29/23    page 97 of 129

| | | | |
|---|---|---|---|
| Debtor 1 | Cathy | Jo Ann | Weaver |
| | First Name | Middle Name | Last Name |

Case Number *(if known)* _____

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** | **Total Claim**

---

**4.2**

Barclays Bank Delaware
Creditor's Name

PO BOX 8803
Number        Street

_____

WILMINGTON        DE    19899
City                State   Zip Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?        2021-2022

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Credit Card or Credit Use

$ 4,814.00

---

**4.3**

Citicards Cbna
Creditor's Name

PO BOX 6241
Number        Street

_____

SIOUX FALLS        SD    57117
City                State   Zip Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?        2021-2022

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Credit Card or Credit Use

$ 4,955.00

---

**4.4**

Commerce Bk
Creditor's Name

PO BOX 411036
Number        Street

_____

KANSAS CITY        MO    64141
City                State   Zip Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?        2021-2022

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Credit Card or Credit Use

$ 8,019.00

---

| Debtor 1 | Cathy | Jo Ann | Weaver | Case Number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:    Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total Claim**

### 4.5

**Equifax**
Creditor's Name

**Po Box 740241**
Number        Street

**Atlanta        Ga    30374**
City        State    Zip Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number __ 6960 __**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Notice Only

**$ 0.00**

### 4.6

**Experian**
Creditor's Name

**Po Box 2002**
Number        Street

**Allen        Tx    75013**
City        State    Zip Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number __ 6960 __**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Notice Only

**$ 0.00**

### 4.7

**Grand Canyon Universit**
Creditor's Name

**3300 W CAMELBACK RD**
Number        Street

**PHOENIX        AZ    85017**
City        State    Zip Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number __ 4088 __**

**When was the debt incurred?** 2016-2017

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Personal Loan

**$ 1,838.00**

USDC IN/ND case 3:22-cv-00395-MGG    document 17-11    filed 06/29/23    page 99 of 129

| Debtor 1 | Cathy | Jo Ann | Weaver | Case Number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total Claim |
|---|---|

---

**4.8**

Jpmcb Card
Creditor's Name

PO BOX 15369
Number        Street

WILMINGTON       DE    19850
City               State   Zip Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    2021-2022

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    Credit Card or Credit Use

$ 467.00

---

**4.9**

Jpmcb Card
Creditor's Name

PO BOX 15369
Number        Street

WILMINGTON       DE    19850
City               State   Zip Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    2019-2022

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    Credit Card or Credit Use

$ 1,385.00

---

**4.10**

Small Business Administration
Creditor's Name

801 Tom Martin Dr., Ste. 201
Number        Street

Birmingham       AL    35211-6424
City               State   Zip Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    2020

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    Debt Owed

$ 17,200.00

---

USDC IN/ND case 3:22-cv-00395-MGG   document 16-1   filed 06/29/23   page 100 of 129

Debtor 1 ___Cathy_____ ___Jo Ann_____ ___Weaver_____  Case Number *(if known)* _____

First Name          Middle Name          Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total Claim** |

---

**4.11**

The Evolutionary Level Above Human, Inc. d/b.
Creditor's Name

7250 N. 16th St, Ste 410
Number        Street

Case # 22-CV-00395

Phoenix          AZ    85020
City          State    Zip Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Debt Owed

$ 0.00

---

**4.12**

Transunion
Creditor's Name

Po Box 1000
Number        Street

Chester          Pa    19022
City          State    Zip Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number _6_ _9_ _6_ _0_

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Notice Only

$ 0.00

---

**4.13**

Us Dept of Ed/Glelsi
Creditor's Name

PO BOX 7860
Number        Street

MADISON          WI    53707
City          State    Zip Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number _8_ _5_ _8_ _1_

When was the debt incurred? __2015-2022__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☒ Student loans.
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

$ 14,200.00

Interest keeps running on most non-dischargeable debts including student loans, and other educational debts. You may owe more after the case is over than you did before filing.

---

Debtor 1  ___Cathy_____  ___Jo Ann_____  ___Weaver_____   Case Number (if known) _____
          First Name              Middle Name             Last Name

| Part 3: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

US District Court, Northern District of Indiana, Bankruptcy Dept
Name

1300 S. Harrison St

Number        Street

Case # 22-CV-00395

Fort Wayne                                    IN    46802
City                              State   Zip Code

**On which entry in Part 1 or Part 2 list the original creditor?**

Line __8__ of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ____ ____ ____ ____

Debtor 1 <u>Cathy</u>                    <u>Jo Ann</u>                    <u>Weaver</u>                    Case Number *(if known)* <u>_____</u>

First Name                    Middle Name                    Last Name

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  **Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
    **Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
|  | 6b. **Taxes and Certain other debts you owe the government** | 6b. | $ 0.00 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 14,200.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 42,610.00 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 56,810.00 |

Case 22-31102-pes    Doc 1    Filed 10/27/22    Page 34 of 60

| | | | |
|---|---|---|---|
| Debtor 1 | Cathy | Jo Ann | Weaver |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the : ___NORTHERN___ District of ___INDIANA___
(State)

Case Number _____
(if known)

☐ Check if this is an amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ■ **No.** Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed in *Schedule A/B: Property* (Official Form 106A/B)

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number      Street | |
| City                          State   Zip Code | |
| **2.2** | |
| Name | |
| Number      Street | |
| City                          State   Zip Code | |
| **2.3** | |
| Name | |
| Number      Street | |
| City                          State   Zip Code | |
| **2.4** | |
| Name | |
| Number      Street | |
| City                          State   Zip Code | |
| **2.5** | |
| Name | |
| Number      Street | |
| City                          State   Zip Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Cathy | Jo Ann | Weaver |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the :  __NORTHERN__  District of __INDIANA__
(State)

Case Number _____
(If known)

☐ Check if this is an amended filing

## Official Form 106H

### Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ■ No.

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Lousiiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ■ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   　☐ No

   　☐ Yes. Inwhich community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse or legal equivalent

   _____
   Number     Street

   _____
   City                          State              Zip Code

3. **In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |
| **3.1** _____<br>Name<br><br>_____<br>Number     Street<br><br>_____<br>City          State     Zip Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number     Street<br><br>_____<br>City          State     Zip Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.3** _____<br>Name<br><br>_____<br>Number     Street<br><br>_____<br>City          State     Zip Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

**Fill in this information to identify your case:**

| Debtor 1 | Cathy | Jo Ann | Weaver |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the : __NORTHERN DISTRICT OF INDIANA__

Case Number _____
(If known)

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

| 1. Fill in your employment information | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | Employment status | ☒ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
| Include part-time, seasonal, or self-employed work. | Occupation | **1099 Rideshare Driver** | |
| Occupation may Include student or homemaker, if it applies. | Employers name | **Uber Technologies, Inc.** | |
| | Employers address | **1455 Market St.** | |
| | | **San Francisco, CA 94103** | |
| | How long employed there? | **Since 5/1/2015** | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $0.00 | $0.00 |
| 3. | Estimate and list monthly overtime pay. | $0.00 | $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | **$0.00** | **$0.00** |

USDC IN/ND case 3:22-cv-00395-MGG   document 16-9-1   filed 06/23/23   page 106 of 129

| Debtor 1 | Cathy | Jo Ann | Weaver | Case Number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4. | $0.00 | $0.00 |
| 5. | List all payroll deductions: | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $0.00 | $0.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| | 5e. **Insurance** | 5e. | $0.00 | $0.00 |
| | 5f. **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| | 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h. | $0.00 | $0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $0.00 | $0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $0.00 | $0.00 |
| 8. | List all other income regularly received: | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $1,978.18 | $0.00 |
| | 8b. **Interest and dividends** | 8b. | $0.00 | $0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| | 8e. **Social Security** | 8e. | $0.00 | $0.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | | | |
| | 8g. **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| | 8h. **Other monthly income.** Specify: _____ | 8h. | $0.00 | $0.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $1,978.18 | $0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $1,978.18 + $0.00 = | $1,978.18 |
| 11. | **State all other regular contributions to the expenses that you list in *Schedule J.*** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.* Specify: _____ | 11. | | $0.00 |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies | 12. | | $1,978.18 |
| 13. | **Do you expect an increase or decrease within the year after you file this form?** [x] No. [ ] Yes. Explain: _____ | | | |

USDC IN/ND case 3:22-cv-00395-MGG    document 1-9    filed 06/29/23    page 107 of 129

**Fill in this information to identify your case:**

Debtor 1    Cathy         Jo Ann         Weaver

         First Name          Middle Name          Last Name

Debtor 2

(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the :    NORTHERN DISTRICT OF INDIANA

Case Number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
income as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
maintains a separate household.

<u>Official Form 106J</u>

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
|---|---|

**1. Is this a joint case?**

☒ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

     ☐ No.

     ☐ Yes. Debtor 2 must file a separate Schedule J.

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☒ No

☐ Yes. Fill out this information for each dependent.............................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☒ No<br>☐ Yes |
| _____ | _____ | ☒ No<br>☐ Yes |
| _____ | _____ | ☒ No<br>☐ Yes |
| _____ | _____ | ☒ No<br>☐ Yes |
| _____ | _____ | ☒ No<br>☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☒ No

☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
|---|---|

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

                                **Your expenses**

| | | | |
|---|---|---|---|
| **4.** | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $700.00 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | $0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $0.00 |

| Debtor 1 | Cathy | Jo Ann | Weaver | Case Number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | Your expenses |
|---|---|---|

| | | | | Your expenses |
|---|---|---|---|---|
| 5. | **Additional Mortgage payments for your residence**, such as home equity loans | | 5. | $0.00 |
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | | 6a. | $0.00 |
| | 6b. Water, sewer, garbage collection | | 6b. | $0.00 |
| | 6c. Telephone, cell phone, internet, satellite, and cable service | | 6c. | $100.00 |
| | 6d. Other. Specify:_____ | | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $225.00 |
| 8. | **Childcare and children's education costs** | | 8. | $0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $0.00 |
| 10. | **Personal care products and services** | | 10. | $0.00 |
| 11. | **Medical and dental expenses** | | 11. | $0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $190.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | | 15a. | $0.00 |
| | 15b. Health insurance | | 15b. | $0.00 |
| | 15c. Vehicle insurance | | 15c. | $205.00 |
| | 15d. Other insurance. Specify:_____ | | 15d. | $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Federal or State Tax Deductions or Repayments** | | 16. | $0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | | 17a. | $537.53 |
| | 17b. Car payments for Vehicle 2 | | 17b. | $0.00 |
| | 17c. Other. Specify:_____ | | 17c. | $0.00 |
| | 17d. Other. Specify:_____ | | 17d. | $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. | $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | | 19. | $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. Mortgages on other property | | 20a. | $ 0.00 |
| | 20b. Real estate taxes | | 20b. | $ 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | | 20c. | $ 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | | 20d. | $ 0.00 |
| | 20e. Homeowner's association or condominium dues | | 20e. | $ 0.00 |

USDC IN/ND case 3:22-cv-00395-MGG   document 16-9   filed 06/29/23   page 109 of 129

| | | | |
|---|---|---|---|
| Debtor 1 | Cathy | Jo Ann | Weaver |
| | First Name | Middle Name | Last Name |

Case Number (if known) _____

| | | | |
|---|---|---|---|
| 21. | **Other**. Specify: _____ | 21. | $0.00 |
| 22.. | **Your monthly expense:**  Add lines 4 through 21. | 22. | $1,957.53 |
| | The result is your monthly expenses. | | |

23. **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from *Schedule I*. | 23a. | $1,978.18 |
| 23b. | Copy your monthly expenses from line 22 above. | 23b. | $1,957.53 |
| 23c. | Subtract your monthly expenses from your monthly income. | 23c. | **$20.65** |
| | The result is your *monthly net income.* | | |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

[X] No

[ ] Yes.        Explain Here:

| Fill in this information to identify your case: |
|---|

Debtor 1    <u>Cathy</u>     <u>Jo Ann</u>     <u>Weaver</u>
     First Name         Middle Name        Last Name

Debtor 2    _____
(Spouse, if filing)   First Name         Middle Name        Last Name

United States Bankruptcy Court for the :   <u>NORTHERN</u>   District of   <u>INDIANA</u>
                                                  (State)

Case Number _____
(If known)

☐ Check if this is an amended filing

## Official Form 106 Dec

## Declaration About an Individual Debtor's Schedules      12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Sign Below |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of Person _____.     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ **/s/ Cathy Jo Ann Weaver**               ✗ _____
Signature of Debtor 1                                Signature of Debtor 2

Date   <u>10/25/2022</u>                  Date _____
      MM / DD / YYYY                              MM / DD / YYYY

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### NORTHERN DISTRICT OF INDIANA SOUTH BEND  DIVISION

In re

**Cathy Jo Ann Weaver  / Debtor**

Case No:

Chapter:    **Chapter 7**

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

**1.**    Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and  that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | **$1,800.00** |
| Prior to the filing of this statement I have received | **$1,800.00** |
| Balance Due | **$0.00** |

**2.**    The source of the compensation paid to me was:

■  Debtor(s)          ☐ Other: (specify)

**3.**    The source of compensation to be paid to me is:

■  Debtor(s)          ☐ Other: (specify)

**4.**    ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

**5.**    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

**6.**    By agreement with the debtor(s), the above-disclosed fee does not include payment for the following services:

Fee does NOT include payment for: Post filing work unless all fees have been paid in full before filing, or if not, a separate post-filing contract has been entered into, missed meeting or court dates, amendments to schedules, adversary complaints or conversions to another chapter, dischargeability actions, valuation hearings, other contested matters.

<table>
<tr><td>

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

Date:  10/25/2022                          /s/ John Madison Sadler

*Date*                                       *Signature of Attorney*

Geraci Law L.L.C.

*Name of law firm*

</td></tr>
</table>

Record #      889196                                                                                      Page 1 of 1

# Notice Required by 11 U.S.C. § 342(b) for

# Individuals Filing for Bankruptcy (Form 2010)

---

| This notice is for you if: |
|---|
| **You are an individual filing for bankruptcy, and** |
| **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." |

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

■  Chapter 7 - Liquidation

■  Chapter 11 - Reorganization

■  Chapter 12 - Voluntary repayment plan
for family farmers
or fishermen

■  Chapter 13 - Voluntary repayment plan
for individuals with regular
income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

---

## Chapter 7: Liquidation

| | | |
|---|---|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:
■  most taxes;
■  most student loans;
■  domestic support and property settlement obligations;

■ most fines, penalties, forfeitures, and criminal restitution obligations; and

■ certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

■ fraud or theft;

■ fraud or defalcation while acting in breach of fiduciary capacity;

■ intentional injuries that you inflicted; and

■ death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form -the *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the form-sometimes called the Means Test-deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|  |  |
|---|---|
| $1,167 | filing fee |
| + $571 | administrative fee |
| $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| Chapter 12: | Repayment plan for family farmers or fishermen |
| --- | --- |
| | $200 | filing fee |
| + | $78 | administrative fee |
| | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

| Chapter 13: | Repayment plan for individuals with regular income |
| --- | --- |
| | $235 | filing fee |
| + | $78 | administrative fee |
| | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

### Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury-either orally or in writing-in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-called a joint case. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

**I have read the above document, and any questions I may have were answered by my attorney before signing.**

10/25/2022   **/s/ Cathy Jo Ann Weaver**

**Cathy Jo Ann Weaver**

Dated: 10/25/2022   **/s/ John Madison Sadler**

Attorney: John Madison Sadler

Case 22-31102-nes    Doc 1    Filed 10/27/22    Page 116 of 129

Fill in this information to identify your case:

| Debtor 1 | Cathy | Jo Ann | Weaver |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the : ___NORTHERN___ District of _INDIANA___
(State)

Case Number _____
(if known)

☐ Check if this is an
amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors,**

**whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list.**

If two married people are filing together in a joint case, both are equally responsible for supplying correct information.

Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,

write your name and case number (if known).

### Part 1:    List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Citizens Bank Na**<br><br>Description of property securing debt: 2019 Chevrolet Malibu with over 125,000 miles | ☐ Surrender the property<br>☐ Retain the property and redeem it<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>■ Yes |
| Creditor's name: <br><br>Description of property securing debt: | ☐ Surrender the property<br>☐ Retain the property and redeem it<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name: <br><br>Description of property securing debt: | ☐ Surrender the property<br>☐ Retain the property and redeem it<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name: <br><br>Description of property securing debt: | ☐ Surrender the property<br>☐ Retain the property and redeem it<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |

Debtor 1    Cathy          Jo Ann          Weaver
            First Name     Middle Name     Last Name          Case Number *(if known)*

USDC IN/ND case 3:22-cv-00395-MGG    document 16-11    filed 06/23/23    page 117 of 129

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: _____ <br><br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: _____ <br><br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: _____ <br><br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: _____ <br><br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: _____ <br><br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: _____ <br><br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: _____ <br><br> Description of leased property: | ☐ No <br> ☐ Yes |

| Part 3: | Sign Below |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

**X** /s/ Cathy Jo Ann Weaver          **X** _____
Signature of Debtor 1                      Signature of Debtor 2

Date 10/25/2022          Date _____
    MM / DD / YYYY              MM / DD / YYYY

Official Form 108          Record #  889196          Statement of Intention for Individuals Filing Under Chapter 7          Page 2 of 2

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF INDIANA SOUTH BEND  DIVISION**

In re

**Cathy Jo Ann Weaver  / Debtor**                                    Bankruptcy Docket #:

Judge:

| **VERIFICATION OF CREDITOR MATRIX** |
|---|

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

| **I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.** |
|---|

10/25/2022              **/s/ Cathy Jo Ann Weaver**                              | **X Date & Sign** |
|---|

                        **Cathy Jo Ann Weaver**

---

* Joint debtors must provide information for both spouses.  Penalty for making a false statement or concealing property:  Fine
up to $500,000 or up to 5 years imprisonment or both.  18 U.S.C. 152 and 3571.

Record #     889196                                      B 1D (Official Form 1, Exh.D)(12/08)      Page 1 of 1

**Bank of America**
Attn: Bankruptcy Dept.
PO BOX 982238
EL PASO TX 79998

**Barclays Bank Delaware**
Attn: Bankruptcy Dept.
PO BOX 8803
WILMINGTON DE 19899

**Citicards Cbna**
Attn: Bankruptcy Dept.
PO BOX 6241
SIOUX FALLS SD 57117

**Citizens Bank Na**
Attn: Bankruptcy Dept.
480 JEFFERSON BLVD
WARWICK RI 02886

**Commerce Bk**
Attn: Bankruptcy Dept.
PO BOX 411036
KANSAS CITY MO 64141

**Grand Canyon Universit**
Attn: Bankruptcy Dept.
3300 W CAMELBACK RD
PHOENIX AZ 85017

**Jpmcb Card**
Attn: Bankruptcy Dept.
PO BOX 15369
WILMINGTON DE 19850

**Small Business Administration**
Bankruptcy Department
801 Tom Martin Dr., Ste. 201
Birmingham AL 35211-6424

**The Evolutionary Level Above Human, Inc. d/b/a**
C/O Messner Reeves LLP
7250 N. 16th St, Ste 410
Case # 22-CV-00395
Phoenix AZ 85020

US District Court, Northern District of
Indiana
Bankruptcy Dept
1300 S. Harrison St Case # 22-CV-00395
Fort Wayne IN 46802

**Us Dept of Ed/Glelsi**
Attn: Bankruptcy Dept.
PO BOX 7860
MADISON WI 53707

**DISCLAIMER Debtors have read and agree:**

1. **Divorce** or family support debts to a spouse, ex-spouse, child, guardian ad litem or similar person or entity in connection with a separation agreement, divorce decree or court order are not dischargable. Priority support debts must be paid in full in your Chapter 13 or it cannot be confirmed. DEBTS YOU AGREED TO ASSUME IN MARITAL SETTLEMENT AGREEMENTS are NON-DISCHARGEABLE if your ex-spouse files an adversary complaint, and the Judge rules that (a) you do not have the ability to pay the debt OR (b) discharging such debt would result in a benefit to you that outweighs the detriment to ex-spouse or your child. You agree to get advice in writing from your divorce attorney and send to us with copy of agreement. You must list any ex-spouse or spouse as a creditor. No guarantee any divorce debt is dischargeable. Property you are still on title to, or have a right to in a divorce, may be taken by a Bankruptcy trustee in a Chapter 7 and sold, or may be disposable income in a 13.

2. **Student loans and educational benefits** are not discharged in Chapter 7 or 13 if government insured loan or owed to non-profit school unless you pay us to file a complaint within the bankruptcy to prove repayment would be an "undue hardship", and win. Interest on student loans continue to run while you are in a Chapter 13.

3. **Cosigners, joint applicants, debts of persons other than debtor, debts incurred during marriage in community property states, or for family support are not discharged and joint, community or co-signers** are not protected from collection unless you pay 100% of the debt. Creditors can collect from co-signors and put your bankruptcy on their credit report, and report them negatively to credit bureaus. You may prevent this by making the regular payments to the creditor. Creditors can liquidate collateral of your co-signer and refuse to continue payment in installments. Property you are joint on with other persons can be LIQUIDATED to pay your creditors.

4. **TAX DEBTS.** Most taxes are not discharged in bankruptcy. However, income tax debt (1040 type tax) can be discharged if the following four rules are met: (1). The tax return was DUE at least 3 YEARS (plus extensions) before the filing of your bankruptcy case. (2). You FILED your income tax return at least 2 YEARS before your bankruptcy was filed. (You did not file a return if the tax authority or IRS had to file one for you, or if you didn't send the return to the District Director) (3). You did not wilfully intend to evade the tax. (4). The tax must have been ASSESSED over 240 DAYS before the bankruptcy filing. We recommend you meet with the IRS or state department of revenue to make sure all the conditions have been met, before you hire us or file a bankruptcy. Fraudulent taxes and taxes on unfiled returns can be discharged in a Chapter 13 case. Time in an offers in compromise, & time in bankruptcy plus 6 months, will extend the above time periods. Employers' share of FICA & FUTA is dischargeable, but not trust fund taxes like the employee's funds or sales tax.

5. **Fines, traffic tickets, parking tickets, penalties to governmental unit are not discharged in Chapter 7, may not be discharged in 13 without full payment.**

6. **Non filing spouse:** If you file individually, your spouse is not our client. Only your debts are discharged. If you want to protect a non-filing spouse, pay their bills or file a joint case with them. Family expenses (medical bills, rent and necessities may be discharged from a non-filing spouse). Wisconsin, community property is liable for community debts. 7. **DUI PERSONAL INJURIES, DEBTS YOU DON'T LIST are not discharged.**

8. **DEBTS where creditors successfully object to discharge may survive** Creditors, the Trustee, or Court, can try to deny discharge based on many factors, **a.** Income sufficient to pay a percentage of your unsecured debt. **b.** Failure to keep books and records documenting your financial affairs. c. Luxury purchases or cash advances within 60 days of filing or without intent or ability to repay. **d.** Debts you made by false pretenses, breach of fiduciary duty, wilful and malicious injuries to others **e.** Benefit overpayments like aid or unemployment if a determination of fraud has been made before or during bankruptcy. **f.** Failure to appear at meetings, court dates, or co-operate with the Trustee.

9. **INTEREST ON NON-DISCHARGEABLE DEBTS** in a Chapter 13 continues to accrue, and CREDITORS WHO DO NOT FILE CLAIMS in your Chapter 13 plan within 90days (180 days for governmental units) of the meeting of creditors, do not get paid. Your plan and their claim should provide for interest at contract rate, or you will have to pay the debt outside the Chapter 13 plan. Property taxes must be paid by you directly to avoid sale for delinquent taxes.

10. **LIQUIDATION OF REAL AND PERSONAL PROPERTY.** If you file a Chapter 7, any property that is not listed and claimed exempt on Schedule C pursuant to state or federal law is taken and sold by the trustee to pay creditors. You agree to assume the risk that your property will be taken and sold by the bankruptcy trustee (at or less than what it is worth) if we can't protect it under applicable state law. You get a discharge, but the trustee can take property not listed and exempted on schedules B and C and sell it for whatever price will provide some benefit to creditors.

11. **CHANGE IN LAWS.** Laws & court cases change constantly. We can file your case today if you pay us in full (some attorneys give credit, we don't) pay the filing fee and sign your petition in our main office. ANY DELAY either in hiring us, or after, IS YOUR RESPONSIBILITY. ADVERSE RULINGS Judges that sit in adjoining courtrooms can rule differently on the same facts. We can predict but can't guarantee a judge will or will not rule against you. You accept the risk of a judge ruling against you, as in any lawsuit.

12. **PAYMENTS TO CREDITORS YOU PREFERRED** to pay more than $600 in front of others, within 1 yr if a relative or insider, or within 90 days if another creditor, so don't pay off debts to keep credit cards or protect others. TRANSFERS OF PROPERTY within 4 years that made you unable to pay your debts at the time can be reversed by a Trustee and the transferee will have to give back the property you transferred.

13. **SURRENDER OF PROPERTY** Bankruptcy gets rid of debts, but real estate, condos and time shares remain in your name until a foreclosure sale or the lender accepts a deed in lieu of foreclosure. Turn condo keys over to condo association or remain liable for assessments after filing, and make sure you keep buildings & land insured and maintained and secured until it is taken back by lender or out of your name. If you let a house go vacant and pipes explode or someone gets killed in there you may be liable.

14. **RIGHT TO RECEIVE** inheritances, tax refunds, injury claims, compensation of any kind, insurance or realty commissions, are property of the bankruptcy estate and you will surrender these to the trustee unless they are claimed exempt on Schedule C, and no objection to your claim of exemption is upheld. Do not deduct extra money from taxes so you are entitled to a refund, change your W-9 if necessary.

15. **JOINT ACCOUNT HOLDERS** holders entire amount in the account could be taken by the trustee under Chapter 7.

16. **MARRIED COUPLES GOING THROUGH DIVORCE:** We have been advised to seek independent counsel for our bankruptcy. We understand that Peter Francis Geraci does not represent us with regard to any divorce matters and does not make any representations regarding what will happen in divorce court. We have decided to file a bankruptcy together dispite the fact that we are getting a divorce and our interests could be adverse. We have agreed to cooperate with each other in this joint bankruptcy.

17. **AUTO LEASES & INSTALLMENT AGREEMENTS** to purchase things, leases and almost all contracts will be void after bankruptcy. They are "executory contracts", and if they are of no benefit to the bankruptcy estate and not assumed within 60 days of filing, they are void. Debtors have been warned of this, and unless there is a novation under state law, or agreement not to use bankrptcy to void the contract, the debtors rights under the contract are extinguished. Debtor agrees to be responsible for obtaining such agreements or losing rights under such contracts. Debtor agrees that his or her attorney will not file motions to assume such contracts.

18. **Setoffs** if you have money in a credit union or creditor account, or other loans that cross-collateralized, any money or property may be taken for both loans. The Undersigned have read the above & assume the risk that a debt is not discharged in bankruptcy, that our non-exempt property will be taken and sold by the bankruptcy trustee if it can't be protected, that the trustee might object if I/we have excess income, or change in State, Local or Federal laws before the case is filed in Court **AND WE HAVE TO READ, CHECK, & MAKE SURE OUR PETITION IS ACCURATE!!!!**

10/25/2022       **/s/ Cathy Jo Ann Weaver**

**Cathy Jo Ann Weaver**

## STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. §341

### INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under Chapter 7 of the Bankruptcy Code.  This information is intended to make you aware of.

(1) the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;

(2) the effect of receiving a discharge of debts;

(3) the effect of reaffirming a debt; and

(4) your ability to file a petition under a different chapter of the bankruptcy code.


There are many other provisions of the Bankruptcy Code that may affect you situation.  This information sheet contains only general principles of law and is not a substitute for legal advice.  If you have questions or need further information as to how the bankruptcy laws apply to your specifc case, you should consult with your lawyer.


### WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules.   A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions.  Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained throught fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs.  Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make false oath.  Creditors cannot ask you to pay any debts which have been discharged.  You can only receive a chapter 7 discharge once every eight (8) years.

### WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years.  Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future.  Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed bankruptcy.

### WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own.  Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case.  Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of creditors.

Reaffirmation agreements are strictly voluntary -- they are not required by the Bankruptcy Code or other state or federal law.  You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there  may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest.  If you decide to sign a reaffirmation agreement, you may cancel it at anytime before the court issues your discharge order OR within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later.  If you reaffirm a debt and fail to make payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

### OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs.  Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code.  Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals.  Creditors vote on whether to accept or reject a plan, which also must be approved by the court.  While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession  and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers.  Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court.  Plan payments are made through a chapter 12 trustee, who also monitors the debtors' farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income.  Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court.  The debtor must pay the chapter 13 trustee the amounts set forth in their plan.  Debtors receive a discharge after they complete their chapter 13 repayment plan.  Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,000,000 (less than $307,675 in unsecured debts and less than $922,975 in secured debts).


**AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.**

889196

Debtor 1    Cathy                      Jo Ann                    Weaver                          Case Number (if known) _____
          First Name                 Middle Name               Last Name

| Part 6: | Answer These Questions for Reporting Purposes |
|---------|-----------------------------------------------|

16. **What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

17. **Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No.

☐ Yes.

18. **How many creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

19. **How much do you estimate your assets to be worth?**

■ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

20. **How much do you estimate your liabilities to be?**

☐ $0-$50,000
■ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---------|------------|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _Cathy Jon Wea_                              ✗ _____
Signature of Debtor 1                            Signature of Debtor 2

Executed on   10/25/2022                         Executed on _____
            MM / DD / YYYY                                    MM / DD / YYYY

| Debtor 1 | Cathy | Jo Ann | Weaver | Case Number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**27** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

■ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Cathy J. Weaver _____ | Describe the nature of the business | Employer Identification number |
|---|---|---|
| _____ | 1099 independent contractor - ride share driver | Do not include Social Security number or |
| _____ | | EIN: _____ |
| _____ | Name of accountant or bookkeeper | Dates business existed |
| | NA | 08/2016 - present |

**28** Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■ No.

☐ Yes. Fill in the details.

| Date issued |
|---|

| **Part 12:** | **Sign Below** |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _Cathy Jon Wan_____

Signature of Debtor 1

✗ _____

Signature of Debtor 2

Date 10/25/2022_____
        MM / DD / YYYY

Date _____
        MM / DD / YYYY

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

■ No

☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Cathy | Jo Ann | Weaver |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the : __NORTHERN__ District of __INDIANA__
(State)

Case Number _____
(If known)

☐ Check if this is an amended filing

---

Official Form 106 Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of Person _____.    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ _Cathy Jo Ann Weaver_                    ✗ _____
Signature of Debtor 1                        Signature of Debtor 2

Date _10/25/2022_                          Date _____
MM / DD / YYYY                             MM / DD / YYYY

---

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to: http://www.uscourts.gov/forms/bankruptcy-forms

### Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury-either orally or in writing-in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-called a joint case. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

**I have read the above document, and any questions I may have were answered by my attorney before signing.**

10/25/2022      *Cathy Jann Weaver*           | X Date & Sign |

**Cathy Jo Ann Weaver**

Dated: __10_ / _25_ /2022

**Attorney: John Madison Sadler**

Debtor 1   Cathy      Jo Ann       Weaver       Case Number *(If known)*

First Name      Middle Name       Last Name

**Part 2:**    **List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G),
fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet
ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: _____<br><br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name: _____<br><br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name: _____<br><br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name: _____<br><br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name: _____<br><br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name: _____<br><br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name: _____<br><br>Description of leased property: | ☐ No<br>☐ Yes |

**Part 3:**    **Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any
personal property that is subject to an unexpired lease.

✗ _Cathy Jo Ann Wea_____        ✗ _____

Signature of Debtor 1                          Signature of Debtor 2

Date   _10/25/2022_____                     Date _____

     MM / DD / YYYY                             MM / DD / YYYY

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA SOUTH BEND  DIVISION

In re

**Cathy Jo Ann Weaver  / Debtor**

Bankruptcy Docket #:

Judge:

| VERIFICATION OF CREDITOR MATRIX |
|:---:|

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

| **I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.** |
|:---:|

10/25/2022

_Cathy Jo Ann Weaver_

**Cathy Jo Ann Weaver**

**X Date & Sign**

* Joint debtors must provide information for both spouses.  Penalty for making a false statement or concealing property:  Fine
up to $500,000 or up to 5 years imprisonment or both.  18 U.S.C. 152 and 3571.

Record #    889196

B 1D (Official Form 1, Exh.D)(12/08)    Page 1 of 1

## DISCLAIMER  Debtors have read and agree.

1. **Divorce** or family support debts to a spouse, ex-spouse, child, guardian ad litem or similar person or entity in connection with a separation agreement, divorce decree or court order are not dischargable. Priority support debts must be paid in full in your Chapter 13 or it cannot be confirmed. DEBTS YOU AGREED TO ASSUME IN MARITAL SETTLEMENT AGREEMENTS are NON-DISCHARGEABLE if your ex-spouse files an adversary complaint, and the Judge rules that (a) you do not have the ability to pay the debt OR (b) discharging such debt would result in a benefit to you that outweighs the detriment to ex-spouse or your child. You agree to get advice in writing from your divorce attorney and send to us with copy of agreement. You must list any ex-spouse or spouse as a creditor. No guarantee any divorce debt is dischargeable. Property you are still on title to, or have a right to in a divorce, may be taken by a Bankruptcy trustee in a Chapter 7 and sold, or may be disposable income in a 13.

2. **Student loans and educational benefits** are not discharged in Chapter 7 or 13 if government insured loan or owed to non-profit school unless you pay us to file a complaint within the bankruptcy to prove repayment would be an "undue hardship", and win. Interest on student loans continue to run while you are in a Chapter 13.

3. **Cosigners, joint applicants, debts of persons other than debtor, debts incurred during marriage in community property states, or for family support are not discharged and joint, community or co-signers are not protected from collection unless you pay 100% of the debt.** Creditors can collect from co-signors and put your bankruptcy on their credit report, and report them negatively to credit bureaus. You may prevent this by making the regular payments to the creditor. Creditors can liquidate collateral of your co-signer and refuse to continue payment in installments. Property you are joint on with other persons can be LIQUIDATED to pay your creditors.

4. **TAX DEBTS.** Most taxes are not discharged in bankruptcy. However, income tax debt (1040 type tax) can be discharged if the following four rules are met: (1). The tax return was DUE at least 3 YEARS (plus extensions) before the filing of your bankruptcy case. (2). You FILED your income tax return at least 2 YEARS before your bankruptcy was filed. (You did not file a return if the tax authority or IRS had to file one for you, or if you didn't send the return to the District Director) (3). You did not wilfully intend to evade the tax. (4). The tax must have been ASSESSED over 240 DAYS before the bankruptcy filing. We recommend you meet with the IRS or state department of revenue to make sure all the conditions have been met, before you hire us or file a bankruptcy. Fraudulent taxes and taxes on unfiled returns can be discharged in a Chapter 13 case. Time in an offers in compromise, & time in bankruptcy plus 6 months, will extend the above time periods. Employers' share of FICA & FUTA is dischargeable, but not trust fund taxes like the employee's funds or sales tax.

5. Fines, traffic tickets, parking tickets, penalties to governmental unit are not discharged in Chapter 7, may not be discharged in 13 without full payment.

6. **Non filing spouse:** If you file individually, your spouse is not our client. Only your debts are discharged. If you want to protect a non-filing spouse, pay their bills or file a joint case with them. Family expenses (medical bills, rent and necessities may be collected from a non-filing spouse). Wisconsin, community property is liable for community debts. **7. DUI PERSONAL INJURIES, DEBTS YOU DON'T LIST are not discharged.**

8. **DEBTS where creditors successfully object to discharge may survive** Creditors, the Trustee, or Court, can try to deny discharge based on many factors, **a.** Income sufficient to pay a percentage of your unsecured debt. **b.** Failure to keep books and records documenting your financial affairs. c. Luxury purchases or cash advances within 60 days of filing or without intent or ability to repay. **d.** Debts you made by false pretenses, breach of fiduciary duty, wilful and malicious injuries to others **e.** Benefit overpayments like aid or unemployment if a determination of fraud has been made before or during bankruptcy. **f.** Failure to appear at meetings, court dates, or co-operate with the Trustee.

9. INTEREST ON NON-DISCHARGEABLE DEBTS in a Chapter 13 continues to accrue, and CREDITORS WHO DO NOT FILE CLAIMS in your Chapter 13 plan within 90 days (180 days for governmental units) of the meeting of creditors, do not get paid. Your plan and their claim should provide for interest at contract rate, or you will have to pay the debt outside the Chapter 13 plan. Property taxes must be paid by you directly to avoid sale for delinquent taxes.

10. **LIQUIDATION OF REAL AND PERSONAL PROPERTY.** If you file a Chapter 7, any property that is not listed and claimed exempt on Schedule C pursuant to state or federal law is taken and sold by the trustee to pay creditors. You agree to assume the risk that your property will be taken and sold by the bankruptcy trustee (at or less than what it is worth) if we can't protect it under applicable state law. You get a discharge, but the trustee can take property not listed and exempted on schedules B and C and sell it for whatever price will provide some benefit to creditors.

11. **CHANGE IN LAWS.** Laws & court cases change constantly. We can file your case today if you pay us in full (some attorneys give credit, we don't) pay the filing fee and sign your petition in our main office. ANY DELAY either in hiring us, or after, IS YOUR RESPONSIBILITY. ADVERSE RULINGS Judges that sit in adjoining courtrooms can rule differently on the same facts. We can predict but can't guarantee a judge will or will not rule against you. You accept the risk of a judge ruling against you, as in any lawsuit.

12. **PAYMENTS TO CREDITORS YOU PREFERRED** to pay more than $600 in front of others, within 1 yr if a relative or insider, or within 90 days if another creditor, so don't pay off debts to keep credit cards or protect others. TRANSFERS OF PROPERTY within 4 years that made you unable to pay your debts at the time can be reversed by a Trustee and the transferee will have to give back the property you transferred.

13. **SURRENDER OF PROPERTY** Bankruptcy gets rid of debts, but real estate, condos and time shares remain in your name until a foreclosure sale or the lender accepts a deed in lieu of foreclosure. Turn condo keys over to condo association or remain liable for assessments after filing, and make sure you keep buildings & land insured and maintained and secured until it is taken back by lender or out of your name. If you let a house go vacant and pipes explode or someone gets killed in there you may be liable.

14. **RIGHT TO RECEIVE** inheritances, tax refunds, injury claims, compensation of any kind, insurance or realty commissions, are property of the bankruptcy estate and you will surrender these to the trustee unless they are claimed exempt on Schedule C, and no objection to your claim of exemption is upheld. Do not deduct extra money from taxes so you are entitled to a refund, change your W-9 if necessary.

15. **JOINT ACCOUNT HOLDERS** holders entire amount in the account could be taken by the trustee under Chapter 7.

16. **MARRIED COUPLES GOING THROUGH DIVORCE:** We have been advised to seek independent counsel for our bankruptcy. We understand that Peter Francis Geraci does not represent us with regard to any divorce matters and does not make any representations regarding what will happen in divorce court. We have decided to file a bankruptcy together dispite the fact that we are getting a divorce and our interests could be adverse. We have agreed to cooperate with each other in this joint bankruptcy.

17. **AUTO LEASES & INSTALLMENT AGREEMENTS** to purchase things, leases and almost all contracts will be void after bankruptcy. They are "executory contracts", and if they are of no benefit to the bankruptcy estate and not assumed within 60 days of filing, they are void. Debtors have been warned of this, and unless there is a novation under state law, or agreement not to use bankrptcy to void the contract, the debtors rights under the contract are extinguished. Debtor agrees to be responsible for obtaining such agreements or losing rights under such contracts. Debtor agrees that his or her attorney will not file motions to assume such contracts.

18. **Setoffs** if you have money in a credit union or creditor account, or other loans that cross-collateralized, any money or property may be taken for both loans. The Undersigned have read the above & assume the risk that a debt is not discharged in bankruptcy, that our non-exempt property will be taken and sold by the bankruptcy trustee if it can't be protected, that the trustee might object if I/we have excess income, or change in State, Federal or Bankruptcy laws before the case is filed in Court **AND WE HAVE TO READ, CHECK, & MAKE SURE OUR PETITION IS ACCURATE!!!!**

10/25/2022

_Cathy Jo Ann Weaver_ (signature)

**Cathy Jo Ann Weaver**

X Date & Sign

| Debtor 1 | Cathy | Jo Ann | Weaver | Case Number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 3:** | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**Cathy Jo Ann Weaver**

Date: 10/25/2022

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.