UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human, Inc.<br><br>Plaintiff,<br>v.<br><br>Steven Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>Defendants. | CASE NO. 3:22-CV-395-JD-MGG<br><br><br><br>FILED<br>JUL 05 2023 – PM03:13<br>US DISTRICT COURT<br>Northern District of Indiana<br>Chanda J Berta – Clerk |

## MOTION TO MODIFY PLAINTIFFS "PROPOSED" ORDER FOR PRELIMINARY INJUNCTION

As permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Indiana Local Rules Defendant Cathy Weaver hereby moves to modify the Plaintiffs Proposed Order for a Preliminary Injunction. This Motion is supported by the Brief in Support of Defendants Motion to Modify the Plaintiffs Proposed Order for Preliminary Injunction that is being submitted herewith.

7/5/2023  *Cathy Weaver*
Cathy Weaver

5776 Grape Rd.
Suite 51
PMB# 121
Mishawaka, IN. 46545
Sawcat575@gmail.com
Defendant