To: Clerk of Court
From: Jason Bartel
Re: Address change for Pro Se Defendant
Case Number: 3:22-CV-395-JD-MGG



Dear Sir or Madam,

As of 7/5/23 my new mailing address will be,

Jason Bartel
N4051 26th Lane
Redgranite, WI 54970-7087

The former address is,

N4019 Forest Dr.
Hancock, WI 54943

Thank you.

Jason Bartel

*[signature]*
7/3/23

Jason Bartel
N4019 Forest Dr.
Hancock, WI 54943

U.S. District Court
Att: Clerk of Court
204 S. Main St.
South Bend, IN
46601

46601-219499