UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE
HUMAN, INC.,

    Plaintiff,

v.

STEVEN ROBERT HAVEL, et al.,

    Defendants

CASE NO. 3:22-CV-395-JD-MGG

-FILED-
JUL 10 2023
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## MOTION TO AMEND THE TITLE OF PROCEEDINGS AS A RESPONSE TO PLAINTIFF'S REDACTED PROPOSED ORDER FOR A PRELIMINARY INJUNCTION

    Defendant Jason Bartel hereby moves the Court for an Order granting Defendant's request to amend the Title of Proceedings in order to correct the corporate misnomer of the alleged Plaintiff in this case, 'The Evolutionary Level Above Human, Inc.' This Motion will serve as a response to Plaintiff's 'Proposed Order Granting Plaintiff's Motion For A Preliminary Injunction'.

    As Defendant's Instant Motion concerns whether or not the civil action that resulted in the case before this Court was filed on behalf of a legal entity, Defendant strongly believes that Defendant's Instant Motion involves a matter critical to the factual, procedural and legal matters of this case. Before this case can proceed Defendant requests that the Court determine if the Plaintiff is a legal entity or not. If the Plaintiff is not a legal entity then the Court may determine if the named Plaintiff is a corporate misnomer of an extant legal entity in order for a Plaintiff with the 'capacity to sue' to be properly identified and named in this case.

As per Defendant's Exhibits 1 and 45 there is an Arizona Nonprofit Corporation named 'The Evolutionary Level Above Human Foundation', Incorporated in the state of Arizona on September 23, 1997. As per Exhibits 1 and 45 'The Evolutionary Level Above Human Foundation' has a President/CEO and Director named Mark King. In the June 14, 2023 Zoom Hearing for this case the 'corporate representative' for the alleged Plaintiff, 'The Evolutionary Level Above Human, Inc.', was identified as Mark King. As per Exhibit 45 the 'statutory agent' of 'The Evolutionary Level Above Human Foundation' is named Daniel Marks. Daniel Marks is the name of an Attorney in this case for the alleged Plaintiff, 'The Evolutionary Level Above Human, Inc.'

The alleged Plaintiff in this case, 'The Evolutionary Level Above Human, Inc.', is not named as an owner of the three trademark and four copyright registrations submitted by Plaintiff in Plaintiff's Exhibits A, B, C, D, E, F and G. Plaintiff's Exhibits A, B, E, F and G are four copyright registrations and one trademark registration alleged to be owned by 'The Telah Foundation', not by the alleged Plaintiff, 'The Evolutionary Level Above Human, Inc.' Plaintiff's Exhibits C and D are two trademark registrations owned by 'The Evolutionary Level Above Human Foundation ( Arizona Corporation )'.

'The Telah Foundation' is identified as an alleged '( Arizona Corporation)' in Plaintiff's Exhibit E. In Plaintiff's Exhibits C and D, the trademark registration certificates owned by 'The Evolutionary Level Above Human Foundation ( Arizona Corporation)', The Telah Foundation is identified as 'DBA The Telah Foundation' and not as the true and legal name of the owner of the trademark certificates in Exhibits C and D, 'The Evolutionary Level Above Human Foundation ( Arizona Corporation )'.

Plaintiff continues to place 'd/b/a The Telah Foundation, an Arizona nonprofit corporation' in the Title of Proceedings in the case before this Court. Plaintiff has referred to 'The Telah Foundation' as an 'Arizona nonprofit corporation' in the Title of Proceedings while Plaintiff has claimed that 'The Telah Foundation' is an 'Arizona Corporation' in Plaintiff's Exhibit E. By using the term 'Arizona nonprofit corporation' to describe 'd/b/a The Telah Foundation' in the Title of Proceedings, Plaintiff is stating that 'd/b/a The Telah Foundation' is not Incorporated in the state of Arizona as the n and the c in the term nonprofit corporation are not capitalized. Plaintiff also claimed in paragraph 2 of Plaintiff's instant complaint that, 'The Foundation is an Arizona nonprofit corporation'.

In paragraph 4 of Plaintiff's complaint it is alleged that 'The Evolutionary Level Above Human, or Telah Foundation, Inc. (the "Foundation") is an Arizona 501(C)(3), Nonprofit Corporation with its principal place of business located at P.O. Box 25098, Scottsdale, AZ 85255'. Plaintiff is stating in paragraph 4 of Plaintiff's instant complaint that 'Telah Foundation, Inc. is an Arizona 501(C)(3), Nonprofit Corporation' while stating in the Title of Proceedings that 'd/b/a The Telah Foundation' is an 'Arizona nonprofit corporation'.

In Defendant's Exhibits 1 and 45 the addresses for The Evolutionary Level Above Human Foundation's President/CEO and Director Mark King and Director and Secretary Sarah King are listed as P.O. Box 25098, Scottsdale, AZ 85255, the same alleged address for 'The Evolutionary Level Above Human, or Telah Foundation, Inc.' in paragraph 4 of Plaintiff's instant complaint.

Furthermore, searching for 'The Evolutionary Level Above Human' in the Arizona Corporation Commission's database of Corporations and LLC's will only yield results for 'The

Evolutionary Level Above Human Foundation' ( Exhibit 46 ). Searching for 'The Evolutionary Level Above Human Foundation' in the Arizona Corporation Commission's database of Corporations and LLC's will yield the same result as searching for 'The Evolutionary Level Above Human' ( Exhibit 46 ). Moreover, in Defendant's MOTION TO ADD AN EXHIBIT OF A 1998/1999 FEDERAL COURT CASE INVOLVING MARK AND SARAH KING AND PLAINTIFF"S FOUNDATION TO DEFENDANT JASON BARTEL"S DEFENSE, Exhibit 18, page 1, the Plaintiff in a 1998/1999 Federal Court case in the Northern District of California is named the 'The Evolutionary Level Above Human Foundation, Inc.' Mark King and Sarah King are also named as Plaintiffs in the Federal Court case in Defendant's Exhibit 18, page 1. 'DBA The Telah Foundation' is listed in the Title of Proceedings after 'The Evolutionary Level Above Human Foundation, Inc.' in the Federal Court case in Defendant Bartel's Exhibit 18, page 1.

    Therefore, 'The Evolutionary Level Above Human, Inc.' is not an 'Arizona Nonprofit Corporation' and unless 'The Evolutionary Level Above Human, Inc.' is Incorporated in a state other than Arizona, 'The Evolutionary Level Above Human, Inc.' is a non-existent entity. If 'The Evolutionary Level Above Human, Inc.' is Incorporated in a state other than Arizona then Plaintiff needs to explain to this Court why Plaintiff claimed that 'The Evolutionary Level Above Human, Inc.' is an 'Arizona 501(C)(3), Nonprofit Corporation' in paragraph 4 of Plaintiff's instant complaint.

    Plaintiff has claimed in paragraph 4 of Plaintiff's instant complaint that 'Telah Foundation, Inc.' is an 'Arizona 501(C)(3), Nonprofit Corporation' and yet The Telah Foundation cannot be found in the Arizona Corporation Commission's database of Corporations and LLC's ( Exhibit 47 ). If Plaintiff is going to continue to allege that 'The Telah Foundation' is an Incorporated entity

in the state of Arizona then Plaintiff needs to explain why 'The Telah Foundation' was identified as a 'DBA' ( doing business as ) of 'The Evolutionary Level Above Human Foundation ( Arizona Corporation )' on the trademark registrations in Exhibits C and D and again as a 'd/b/a' of 'The Evolutionary Level Above Human, Inc.' in the Title of Proceedings in Plaintiff's instant complaint.

As a corporation only has one true and legal name in the corporation's Articles Of Incorporation, the same corporation cannot be both 'The Evolutionary Level Above Human, Inc.' and 'Telah Foundation, Inc.' as Plaintiff claimed in paragraph 4 of Plaintiff's complaint. In the June 14, 2023 Zoom hearing for this case the Court announced that the Parties in this case are, 'The Evolutionary Level Above Human, Inc. vs. Steven Robert Havel, Cathy Weaver and Jason Bartel'. The Court did not recognize 'The Telah Foundation' as a Party in this case on June 14, 2023 at the Zoom hearing.

If Plaintiff can provide no evidence that 'The Evolutionary Level Above Human, Inc.' is an Incorporated entity then Plaintiff is acknowledging before this Court that the named Plaintiff in the case before this Court is 'The Evolutionary Level Above Human Foundation, Inc.', the same Arizona Nonprofit Corporation described in Defendant's Exhibits 1 and 45 and the same Arizona Corporation that owns the trademark registrations in Plaintiff's Exhibits C and D. The Evolutionary Level Above Human Foundation has a 'Known Place of Business' located at 23623 N. Scottsdale Rd. D3-424 Scottsdale, AZ 85255 ( Exhibits 1 and 45 ). The 'Statutory Agent' for The Evolutionary Level Above Human Foundation, Daniel Marks, has an address listed as 7250 N. 16th St. Suite 410, Phoenix, AZ 85020 ( Exhibit 45 ).

Defendant has presented evidence in Defendant's Instant Motion that alleged Plaintiff, 'The Evolutionary Level Above Human, Inc.', is a corporate misnomer of an Arizona Nonprofit

5

Corporation, 'The Evolutionary Level Above Human Foundation', Incorporated in the state of Arizona on September 23, 1997. The corporate misnomer, 'The Evolutionary Level Above Human, Inc.' is sufficiently close to the true name of 'The Evolutionary Level Above Human Foundation, Inc.' as to distinguish it from other corporations/entities.

19 Am. Jur. 2d Corps. § 1907. 'The misnomer of a corporation generally will not be treated by the Courts as material if the identity of the corporation is reasonably clear or can be ascertained by sufficient evidence'. Defendant Bartel believes that the identity of the Corporate Plaintiff in this case, 'The Evolutionary Level Above Human Foundation, Inc.', is 'reasonably clear' based on the evidence presented in Defendant's Instant Motion. As Plaintiff has presented no evidence that 'The Evolutionary Level Above Human, Inc.' owns any of the copyright and trademark registrations in Plaintiff's Exhibits A, B, C, D, E, F and G, Defendant believes that alleged Plaintiff, 'The Evolutionary Level Above Human, Inc.' has no case for any alleged copyright and/or trademark infringement in the case before this Court.

Defendant requests that the Court amend the Title of Proceedings to reflect that 'The Evolutionary Level Above Human Foundation, Inc.' is the named Plaintiff in the case before this Court. Defendant further requests that the name of the alleged Plaintiff in this case, 'The Evolutionary Level Above Human, Inc.', be replaced in all Court filings with the name of the Arizona Nonprofit Corporation and true and legal Plaintiff, 'The Evolutionary Level Above Human Foundation, Inc.'

If Plaintiff wants to dispute Defendant's assertion that 'The Evolutionary Level Above Human, Inc.' is a 'corporate misnomer' of the Arizona Nonprofit Corporation, 'The Evolutionary Level Above Human Foundation', then Plaintiff should presence evidence to

support Plaintiff's claim that 'The Evolutionary Level Above Human, Inc.' is a legal entity Incorporated in the state of Arizona. If Plaintiff cannot present evidence that the alleged Plaintiff, 'The Evolutionary Level Above Human, Inc.', is a legal and Incorporated entity then Defendant strongly believes that the Court must name the Arizona Corporation identified in Plaintiff's Exhibits C and D as the Plaintiff in this case, 'The Evolutionary Level Above Human Foundation', an 'Arizona Corporation'.

As 'd/b/a The Telah Foundation, an Arizona nonprofit corporation' has been removed from the Title of Proceedings in all Court Orders and Court issued documents from September 21, 2022 to the present day, Defendant requests that the Court remove 'd/b/a The Telah Foundation, an Arizona nonprofit corporation' from the Title of Proceedings in all Court documents submitted by Plaintiff from September 21, 2022 to the present day. Defendant also requests that Plaintiff be Ordered by the Court to not include 'd/b/a The Telah Foundation, an Arizona nonprofit corporation' in the Title of Proceedings in any future Court filings by Plaintiff.

By removing 'd/b/a The Telah Foundation, an Arizona nonprofit corporation' from the Title of Proceedings in all Court Orders and filings from September 21, 2022 to the present day, this Court has acknowledged that 'd/b/a The Telah Foundation' is not a Party in the case before this Court. From September 21, 2022 to the present day this Court has only recognized 'The Evolutionary Level Above Human, Inc.' as a named Plaintiff in this case.

Therefore, 'The Telah Foundation' is not a Party in this case and cannot assert ownership of the Group's Property or make any other claims before this Court as a Plaintiff in this case. Nor can alleged Plaintiff, 'The Evolutionary Level Above Human, Inc.', claim to own any of the Group's Property that is allegedly owned 'The Telah Foundation'. Moreover, 'The Telah

7

Foundation' cannot be found in the Arizona Secretary of State's database of 'Trade Names' ( Exhibit 48 ).

Alleged Plaintiff, 'The Evolutionary Level Above Human, Inc.', is attempting to name a third party in this case, 'the Telah Foundation', that is not a legal entity. The third party, 'The Telah Foundation', is the acknowledged 'DBA' or 'trade name' of the 'Arizona Corporation', 'The Evolutionary Level Above Human Foundation' in Plaintiff's Exhibits C and D. The third party, 'The Telah Foundation', is the alleged 'd/b/a' of alleged Plaintiff, 'The Evolutionary Level Above Human, Inc.' in the Corporate Disclosure Report in the case before this Court. `

If the Court chooses to grant Defendant's Motion To Amend The Title Of Proceedings, then this Court is only recognizing 'The Evolutionary Level Above Human Foundation', an Arizona Nonprofit Corporation, as the Plaintiff in the case before this Court. If Defendant's Instant Motion is granted, any claims of ownership of the Group's Property by any entity or alleged entity not named 'The Evolutionary Level Above Human Foundation', an Arizona Nonprofit Corporation, do not have any legal standing in this case.

If representatives of the alleged legal entity,'The Telah Foundation' would like to assert The Telah Foundation's alleged ownership of the copyright registrations in Plaintiff's Exhibits A, B, G and F and The Telah Foundation's alleged ownership of the trademark registration in Plaintiff's Exhibit E, then representatives of The Telah Foundation must file a separate civil action on behalf of 'The Telah Foundation'.

The Telah Foundation is not an '( Arizona Corporation )' as Plaintiff has claimed in Plaintiff's Exhibit E. ( Exhibit 47 ). Plaintiff's Exhibits B, G and F are copyright registrations signed by the alleged 'President' of 'The Telah Foundation' on September 12, 1997. As per

8

Exhibits 1 and 45, 'The Evolutionary Level Above Human Foundation' was Incorporated in the state of Arizona on September 23, 1997. Plaintiff's Exhibit A is a copyright registration signed by alleged 'President' of 'The Telah Foundation' Mark King on October 21, 1997.

Therefore, both before and after 'The Evolutionary Level Above Human Foundation' was Incorporated in the state of Arizona on September 23, 1997, Mark King used d/b/a 'The Telah Foundation' to register the copyrights in Plaintiff's Exhibits A, B, F and G and the trademark registration in Plaintiff's Exhibit E. As Plaintiff's Exhibits C and D acknowledge that 'The Telah Foundation' is a 'DBA' of 'The Evolutionary Level Above Human Foundation', Plaintiff has acknowledged before this Court that a 'DBA' or 'trade name' of an Arizona Corporation was used for the copyright registrations in Plaintiff's Exhibits A, B, F and G and the trademark registration in Plaintiff's Exhibit E. .

As Plaintiff has presented no copyright registrations in the name of the alleged Plaintiff, 'The Evolutionary Level Above Human, Inc.', nor any copyright registrations in the name of the Arizona Nonprofit Corporation, 'The Evolutionary Level Above Human Foundation'; therefore, Plaintiff does not have any rights of ownership to the copyright registrations in Plaintiff's Exhibits A, B, F and G. Nor does Plaintiff have any rights to ownership of the trademark registration in Plaintiff's Exhibit E, a trademark registration alleged to be owned by 'The Telah Foundation', an alleged '( Arizona Corporation )'.

Defendant Bartel acknowledges before this Court that the Arizona Nonprofit Corporation, 'The Evolutionary Level Above Human Foundation', does own the trademark registrations in Plaintiff's Exhibits C and D, however, Defendant Bartel questions the circumstances under which 'The Evolutionary Level Above Human Foundation' obtained the trademark registrations in

Plaintiff's Exhibits C and D and the legality thereof.

Unless Plaintiff can provide proof that 'The Evolutionary Level Above Human, Inc.' is a legal, Incorporated entity then the alleged Plaintiff has no capacity to sue and Plaintiff has filed a frivolous or bad faith claim.

Plaintiff's only evidence to support Plaintiff's claim of ownership of the Group's Property are the copyright and trademark registrations in Plaintiff's Exhibits A, B, C, D, E, F and G. No legal, written transfer of Property from the Group to Plaintiff has been presented to the Court. Nor have any of Plaintiff's previous Court cases been presented to the Court that allegedly transferred the Group's Property to alleged Plaintiff, 'The Evolutionary Level Above Human, Inc.'

The alleged Plaintiff, 'The Evolutionary Level Above Human, Inc.', has no claim of ownership to the Group's intellectual property that Plaintiff has claimed that Defendants have infringed upon. The alleged Plaintiff is a corporate misnomer of an Arizona Corporation identified in Plaintiff's Exhibits C and D as 'The Evolutionary Level Above Human Foundation'.

Defendant prays that this Court will amend the Title of Proceedings in order to properly name the Plaintiff in this case, 'The Evolutionary Level Above Human Foundation, Inc.'

Plaintiff has not provided any titles for any of the audio tapes in Plaintiff's Proposed Order Granting Plaintiff's Motion For A Preliminary Injunction, only dates and the tape numbers were provided. As Plaintiff has provided no titles and/or topics for any of the audio tapes created by the Group other than 'various discussions', Plaintiff has provided an incomplete list of the audio tapes created by the Group. Defendant hereby does not agree to Plaintiff's redacted Proposed Order Granting Plaintiff's Motion For A Preliminary Injunction due to the incomplete list of the Group's audio tapes provided by alleged Plaintiff, 'The Evolutionary Level Above Human, Inc.'

In 1997 Chuck Humphrey gave Defendant Bartel a copy of an audio tapes log prepared by the Group. This log contains detailed descriptions of the topics covered in the Group's audio tapes numbered 1 through 365. Defendant will present this as evidence into the Court if the Court deems it appropriate to do so.

Furthermore, Plaintiff's redacted 'Proposed Order Granting Plaintiff's Motion For A Preliminary Injunction' stated on page 55,

'The Telah Foundation has full Intellectual Property rights ( with appropriate copyright rights as needed ) on all audio tapes and all other intellectual property of the Heaven's Gate Group'.

As Defendant Bartel has demonstrated in Defendant's Instant Motion, 'The Telah Foundation' is not a Party and Plaintiff in this case. The Court and Defendant Bartel have only recognized 'The Evolutionary Level Above Human, Inc.' as a Party and Plaintiff in this case in the Title of Proceedings from September 21, 2022 to the present day. Therefore, the 'Intellectual Property rights' alleged to be owned by 'The Telah Foundation' do not apply to the alleged Plaintiff in the case before this Court, The Evolutionary Level Above Human, Inc.

Plaintiff's Exhibits C and D contradict Plaintiff's claim in Plaintiff's Proposed Order Granting Plaintiff's Motion For A Preliminary Injunction as Exhibits C and D state that 'The Evolutionary Level Above Human Foundation' owns the trademark registrations in Exhibits C and D. Plaintiff's Proposed Order Granting Plaintiff's Motion For A Preliminary Injunction again states on page 55 that,

'The Telah Foundation has full Intellectual Property rights ( with appropriate copyright rights as 'needed ) on all audio tapes and all other intellectual property of the Heaven's Gate Group'.

If 'The Telah Foundation' has 'full Intellectual Property rights…..on all audio tapes and

11

and all other intellectual property of the Heaven's Gate Group' then Plaintiff's statement on page 55 of Plaintiff's instant Motion contradicts the trademark registrations in Plaintiff's Exhibits C and D that are owned by 'The Evolutionary Level Above Human Foundation ( Arizona Corporation )'.

*Jason Bertel*

7/4/2023