# EXHIBIT 45

The Arizona Corporation Commission's 7/3/23 Entity Information For 'The Evolutionary Level Above Human Foundation'

# ENTITY INFORMATION

Search Date and Time: 7/3/2023 8:10:29 AM

**Entity Details**

| | |
|---|---|
| Entity Name: | THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION |
| Entity ID: | 08194851 |
| Entity Type: | Domestic Nonprofit Corporation |
| Entity Status: | Active |
| Formation Date: | 9/23/1997 |
| Reason for Status: | In Good Standing |
| Approval Date: | 9/23/1997 |
| Status Date: | 6/16/2023 |
| Original Incorporation Date: | 9/23/1997 |
| Life Period: | Perpetual |
| Business Type: | Other - RELIGIOUS |
| Last Annual Report Filed: | 2023 |
| Domicile State: | Arizona |
| Annual Report Due Date: | 5/23/2024 |
| Years Due: | |

**Original Publish Date:**

11/10/1997

**Statutory Agent Information**

**Name:**

Daniel Marks

**Appointed Status:**

Active 6/16/2023

**Attention:**

**Address:**

7250 N 16th St Suite 410, PHOENIX, AZ 85020, USA

**Agent Last Updated:**

6/16/2023

**E-mail:**

**Attention:**

**Mailing Address:**

**County:**

Maricopa

**Principal Information**

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Director | MARK KING | | P.O. BOX 25098, SCOTTSDALE, AZ, 85255, Maricopa County, USA | 9/23/1997 | 3/23/2019 |
| Director | SARAH KING | | P.O. BOX 25098, SCOTTSDALE, AZ, 85255, Maricopa County, USA | 9/23/1997 | 3/23/2019 |
| President/CEO | MARK KING | | P.O. BOX 25098, SCOTTSDALE, AZ, 85255, Maricopa County, USA | 9/23/1997 | 3/23/2019 |
| Secretary | SARAH KING | | P.O. BOX 25098, SCOTTSDALE, AZ, 85255, Maricopa County, USA | 9/23/1997 | 3/23/2019 |

Page 1 of 1, records 1 to 4 of 4

Privacy Policy (http://azcc.gov/privacy-policy) I Contact Us (http://azcc.gov/corporations/corporation-contacts)

Address:

**Attention:**

**Address:** 23623 N Scottsdale Rd D3-424, SCOTTSDALE, AZ, 85255, USA

**County:** Maricopa

**Last Updated:** 6/16/2023

**Entity Principal Office Address**

**Attention:**

**Address:**

**County:**

**Last Updated:**

Back | Return to Search

Return to Results

Document History      Name/Restructuring History

Pending Documents      Microfilm History

# EXHIBIT 46

The Arizona Corporation Commission's Search Results For The Evolutionary Level Above Human And The Evolutionary Level Above Human Foundation

## SEARCH CRITERIA

**Entity Name:** The Evolutionary Level Above Human

**Entity Type:** All

**Statutory Agent Name:** N/A

**Entity Status:** All

**Principal Name:** N/A

**Name Type:** All

**Entity Number:** N/A

**Entity County:** All

## SEARCH RESULTS

| Entity ID | Entity Name | Entity Type | Entity County | Agent Name | Agent Type | Entity Status |
|---|---|---|---|---|---|---|
| 08194851 | THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION (/BusinessSearch/BusinessInfo?entityNumber=08194851) | Domestic Nonprofit Corporation | Maricopa | Daniel Marks | Statutory Agent | Active |

Page 1 of 1, records 1 to 1 of 1

[Return to Search]

## SEARCH CRITERIA

| | |
|---|---|
| **Entity Name:** | The Evolutionary Level Above Human Foundation |
| **Entity Type:** | All |
| **Statutory Agent Name:** | N/A |
| **Entity Status:** | All |
| **Principal Name:** | N/A |
| **Name Type:** | All |
| **Entity Number:** | N/A |
| **Entity County:** | All |

## SEARCH RESULTS

| Entity ID | Entity Name | Entity Type | Entity County | Agent Name | Agent Type | Entity Status |
|---|---|---|---|---|---|---|
| 08194851 | THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION (/BusinessSearch/BusinessInfo?entityNumber=08194851) | Domestic Nonprofit Corporation | Maricopa | Daniel Marks | Statutory Agent | Active |

Page 1 of 1, records 1 to 1 of 1

[ Return to Search ]

# EXHIBIT 47

The Arizona Corporation Commission's Search Results For The Telah Foundation

# SEARCH

**Search Type:**

[ Starts With ▼ ]

**Enter search criteria into *one* of the below search fields (required):**

**Entity Name:**

[ The Telah Foundation ]

**Statutory Agent Name:**

[                                                                                 ]

**Principal Name:**

[                                                                                 ]

No search results were found

**Entity ID:**

[                                                                                 ]

OK

# FILTER BY

**Filter the above search by one or more of the below fields:**

**Entity Type:**

[ All ▼ ]

**Entity Status:**

[ All ▼ ]

**Name Type:**

[ All ▼ ]

**County:**

[ All ▼ ]

Privacy Policy (http://azcc.gov/privacy-policy) | Contact Us (http://azcc.gov/corporations/corporation-contacts)

# EXHIBIT 48

The Arizona Secretary Of State's Trade Name Search For The Telah Foundation



(https://azsos.gov/)

 (https://azsos.gov/webform/contact-azsos)   (https://www.facebook.com/SecretaryHobbs) 
(https://twitter.com/SecretaryHobbs)  (https://www.instagram.com/azsecretaryhobbs)

Search

- Home (https://azsos.gov/)
- Elections (https://azsos.gov/elections)
- Business (https://azsos.gov/business)
- Services (https://azsos.gov/services)
- Rules (https://azsos.gov/rules)
- About the Office (https://azsos.gov/about-office)



(https://azsos.gov/)

- HOME (HTTPS://AZSOS.GOV/)
- ELECTIONS (HTTPS://AZSOS.GOV/ELECTIONS)
- BUSINESS (HTTPS://AZSOS.GOV/BUSINESS)
- SERVICES (HTTPS://AZSOS.GOV/SERVICES)
- RULES (HTTPS://AZSOS.GOV/RULES)
- ABOUT THE OFFICE (HTTPS://AZSOS.GOV/ABOUT-OFFICE)

# Entity Search

Search for the entity you would like to find:

◉

**Name:** The Telah Foundation

○ **File Number:** Trade name, trademark or partne

○ **Owner or Agent Name** (e.g. John Smith, Smith P

Search for The Telah Foundation yielded 0 results



(https://azgovernor.gov/)   (https://www.azleg.gov/)

(https://openbooks.az.gov/)   (https://azsos.gov/services/public-information/open-meeting-law)

v0.2023.0614.9361 b3

## Contact Us (https://azsos.gov/about-office/contact-us)

**Arizona Secretary of State**

1700 W Washington St Fl 7     **Phone:** 602-542-4285

Phoenix AZ 85007

Find in Google Maps (https://goo.gl/maps/hXprzBZNhgz)

(https://goo.gl/maps/hXprzBZNhgz)

STATEWIDE POLICIES (HTTPS://AZ.GOV/POLICIES)     SITE MAP (HTTPS://AZSOS.GOV/SITEMAP)

WEBSITE POLICIES (HTTPS://AZSOS.GOV/WEBSITE-POLICIES)

CONTACT US (HTTPS://AZSOS.GOV/ABOUT-OFFICE/CONTACT-US)

STAFF LOGIN (HTTPS://AZSOS.GOV/USER)

# Entity Search

Search for the entity you would like to find:

○ Name: [ Trade name, trademark or partnership description (e.g. Fred's B ]   ○ File Number:

[ Trade name, trademark or partne ]   ○ Owner or Agent:   [ Owner or Agent Name (e.g. John Smith, Smith P ]

**Search for The Telah Foundation yielded no results**