Jason Bartel
N4051 26th Ln.
Redgranite, WI 54970-7087




Retail
U.S. POSTAGE PAID
FCM LG ENV
WAUTOMA, WI 54982
JUL 05, 2023
$2.22
46601
RDC 99
R2305M146886-36

U.S. District Court
Att: Clerk of Court
204 S. Main St.
South Bend, IN 46601