

First of Two Documents to File please