**FROM:** Stephen Havel & Cathy Weaver
5776 Grape Rd,
Suite 51 PMB #121
Mishawaka, IN 46545

**TO:** Northern District Court of South Bend
204 S. Main St.
South Bend IN 46601

ATTN: Court Clerk

Ship To: 204 S MAIN ST, SOUTH BEND IN 46601-2122

US Postage Paid $9.65, Origin 47006, 07/10/23
Expected Delivery Day: 07/12/23
USPS Tracking #: 9505 5147 9577 3191 4367 79


