

Second of 2 documents to file please