**PRIORITY MAIL FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

UNITED STATES POSTAL SERVICE — Retail

P
US POSTAGE PAID
$9.65
Origin: 47006
07/10/23
1704400406-01

PRIORITY MAIL®
0 Lb 9.10 Oz
RDC 01

EXPECTED DELIVERY DAY: 07/12/23

C005

SHIP TO:
204 S MAIN ST
SOUTH BEND IN 46601-2122

USPS TRACKING® #
9505 5147 9577 3191 4367 79

PS00001000014    EP14F May 2020
OD: 12 1/2 x 9 1/2



**PRIORITY MAIL** — UNITED STATES POSTAL SERVICE

FROM:
Stephen Havel & Cathy Weaver
5776 Grape Rd.
Suite 51 PMB #121
Mishawaka, IN 46545

TO:
Northern District Court
of South Bend
204 S. Main St.
South Bend IN 46601

ATTN: Court Clerk