# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation, an Arizona nonprofit corporation,<br><br>                Plaintiff,<br>   v.<br><br>Steven Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>                Defendants. | CASE NO. 3:22-CV-395-JD-MGG |

## PLAINTIFF'S INITIAL DISCLOSURES

Plaintiff by and through its attorneys of record, hereby make the following disclosures pursuant to Federal Rules of Civil Procedure section 26(a)(1)(A). These disclosures are based on the information reasonably available to Plaintiff as of the time of the disclosures. Plaintiff reserves the right to supplement these disclosures with additional information. By making these disclosures of information and documents, Plaintiff does not waive any objections or claims of privilege and/or work product protection they have to the disclosures or admissibility of all such information or documents.

**A.**  **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION.**

| Name and Address | Subject Matter of Information |
|---|---|
| Mark King<br>(Contact through undersigned counsel) | Mr. King is knowledgeable about the TELAH Foundation's ownership of the asserted IP as well as: (1) the infringement by the Defendants, (2) Defendants stated position to continue their infringement, and (3) damages from said infringement. |
| Defendant Jason Bartel | Mr. Bartel is knowledgeable about: (1) the infringement by the Defendants, (2) |

| Name and Address | Subject Matter of Information |
|---|---|
|  | Defendants stated position to continue their infringement, and (3) damages from said infringement. |
| Defendant Cathy Weaver | Ms. Weaver is knowledgeable about: (1) the infringement by the Defendants, (2) Defendants stated position to continue their infringement, and (3) damages from said infringement. |
| Defendant Steven Havel | Mr. Havel is knowledgeable about: (1) the infringement by the Defendants, (2) Defendants stated position to continue their infringement, and (3) damages from said infringement. |
| Any person identified by any other party in their Rule 26 disclosures. |  |

B. **DOCUMENTS THAT SUPPORT CLAIMS OR DEFENSES**.

Plaintiff identifies the following documents that may be relevant:

| Documents | Location |
|---|---|
| Copyright and trademark registrations for Plaintiff's intellectual property | Attached as exhibits to Plaintiff's Complaint |
| Copies of intellectual property registered at the copyright and trademark office | The law offices of Messner Reeves, 7250 N. 16th Street, Suite 410, Phoenix AZ 85020 |
| Defendants' internet postings and YouTube accounts | In the possession of Defendants. |
| Filings in this action | The Court |
| Recordings that have been uploaded by Defendants to the internet and/or used by Defendants in YouTube videos | In the possession of Defendants. |

C. **ITEMIZATION OF DAMAGES**.

Discovery is still ongoing, however, the amount of statutory damages anticipated by Plaintiff is shown in the table below. Plaintiff reserves the right to elect actual damages in lieu of statutory damages. Regardless, Plaintiff also seeks Defendants' profits. Plaintiff

also seeks to recover its costs and expenses, trebling of all damages, pre- and post-judgment interest, attorneys' fees, and any other punitive or injunctive relief where available by law. Plaintiff also seeks to hold all defendants jointly and severally liable for all damages.

| Defendant | No. of Infringed Works | Min. Award under 504(c)(1) ($750) | Max Award under 504(c)(1) ($30,000) | Max Award under 504(c)(2) ($150,000) |
|---|---|---|---|---|
| Bartel | 224 [Doc. 35 at 12, ¶ 27] | $168,000 | $6,720,000 | $33,600,000 |
| Havel | 486 [Doc. 35 at 9, ¶ 16] | $364,500 | $14,580,000 | $72,900,000 |
| Weaver | 15 [Doc. 39-1 at 23] | $11,250 | $450,000 | $2,250,000 |

D. **INSURANCE AGREEMENTS.**

None.

E. **RESERVATIONS.**

Plaintiff reserves the right to supplement and/or amend these Initial Disclosures pursuant to Fed. R. Civ. P. 26(e)(1) and or as otherwise appropriate.

RESPECTFULLY SUBMITTED this 13th day of July 2023.

      /s/ Isaac Crum
MESSNER REEVES LLP
Isaac S. Crum (AZ Bar #026510) (*Pro Hac Vice*)
icrum@messner.com
7250 N. 16th Street, Suite 410
Phoenix, Arizona 85020
Telephone: (602) 641-6705
Facsimile: (303) 623-0552

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the parties listed below. A copy of this filing will also be sent via U.S. mail and email.

Cathy Weaver
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

Jason Bartel
N4019 Forest Drive
Hancock, WI 54943
jason_bartel@unioncab.com

Steven Robert Havel
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

                                                                                                          /s/ Isaac Crum