# Exhibit F

# CERTIFICATE OF REGISTRATION

**FORM VA**
UNITED STATES COPYRIGHT OFFICE



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

REGISTRATION NUMBER: **VA 877-834**

EFFECTIVE DATE OF REGISTRATION: 09 22 97 (Month Day Year)

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM VA/CON)

**(1) Title**

TITLE OF THIS WORK: **THE C. B. E. (CELESTIAL BEING ENTITY)**

NATURE OF THIS WORK: Lithographic print

Previous or Alternative Titles:

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work ... Vol ... No ... Date ... Pages ...

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1** NAME OF AUTHOR: **Total Overcomers Anonymous, a.k.a. T.O.A.**
DATES OF BIRTH AND DEATH: Born ... Died ...
Was this author's contribution to the work a "work made for hire"? Yes ... No ...
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of **United States** or Domiciled in ...
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes ... No X
Pseudonymous? Yes ... No X
AUTHOR OF: (Briefly describe nature of this author's contribution) **Entire work**

**2** NAME OF AUTHOR:
DATES OF BIRTH AND DEATH: Born ... Died ...
Was this author's contribution to the work a "work made for hire"? Yes ... No ...
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ... or Domiciled in ...
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes ... No
Pseudonymous? Yes ... No
AUTHOR OF:

**3** NAME OF AUTHOR:
DATES OF BIRTH AND DEATH: Born ... Died ...
Was this author's contribution to the work a "work made for hire"? Yes ... No ...
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ... or Domiciled in ...
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes ... No
Pseudonymous? Yes ... No
AUTHOR OF:

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: Year **1992**

DATE AND NATION OF FIRST PUBLICATION:
Date **March 31, 1997**
Nation **United States of America**

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
**The Telah Foundation**
**4757 E. Greenway Road, #103**
**Phoenix, AZ 85032**

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

**pursuant to assignments**

---

* Complete all applicable spaces (numbers 5-9) on the reverse side of this page
* Follow detailed instructions attached
* Sign the form at line 8

COURT'S EXHIBIT NO. 69

| EXAMINED BY | APPLICATION RECEIVED |
|---|---|
| CHECKED BY | SEP 2 2 1997 |
| CORRESPONDENCE:<br>☐ Yes | DEPOSIT RECEIVED<br>SEP 2 2 1997 |
| DEPOSIT ACCOUNT FUNDS USED.<br>☐ | REMITTANCE NUMBER AND DATE: |

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM VA/CON)

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes ....... No .X....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of the application.
- If your answer is "Yes," give: Previous Registration Number............................ Year of Registration.....................

**5** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
......N/A..........................................................................................................

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
......N/A..........................................................................................................

**6** Compilation or Derivative Work

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ............................................

Account Number: ............................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Jerome E. Weinstein, Esq.
      Weinstein and Hart
Address: 9777 Wilshire Blvd., Suite 1009
         (Apt.)
         Beverly Hills, CA 90212-1901
         (City)        (State)        (ZIP)

**7** Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author  ☒ other copyright claimant  ☐ owner of exclusive right(s)  ☐ authorized agent of
(Name of author or other copyright claimant, or owner of exclusive right(s))
the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ✓ Mark King
Typed or printed name: The Telah Foundation,
                       by Mark King, President
Date: ✓ 9/12/97

**8** Certification (Application must be signed)

MAIL CERTIFICATE TO

Jerome E. Weinstein, Esq.
WEINSTEIN AND HART
9777 Wilshire Blvd., Suite 1009
(Number Street and Apartment Number)
Beverly Hills, CA 90212-1901
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**9** Address For Return of Certificate

GOVERNMENT PRINTING OFFICE: 1980-311-425 4

Jan. 1980—500,000

