**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation,<br><br>              Plaintiff,<br>    v.<br><br>Stephen Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>              Defendants. | CASE NO. 3:22-CV-395-JD-MGG |

## MOTION FOR LEAVE TO WITHDRAW DANIEL L. MARKS AS

## CO-COUNSEL FOR PLAINTIFF

Pursuant to N.D. Ind. L.R. 83-8, Plaintiff requests that the Court remove Daniel L. Marks as co-counsel for Plaintiff.  Good cause for this request; to wit, Mr. Marks has transitioned his practice from Messner Reeves LLP to a different law firm and Messner Reeves LLP will be continuing to represent Plaintiff in this action.  Plaintiff is aware of Mr. Marks transitioning his practice from Messner Reeves LLP to a different law firm, and Plaintiff consents to Mr. Marks withdrawing as co-counsel of record in this action.

Isaac S. Crum of Messner Reeves LLP will continue to represent Plaintiff in this action.  Plaintiff requests that all future correspondence, filings, and papers submitted by the Defendants in this action be sent to Mr. Crum and not to Mr. Marks.

RESPECTFULLY SUBMITTED this 25th day of July 2023.

  _/s/ Isaac S. Crum_____
MESSNER REEVES LLP

Isaac S. Crum (AZ Bar #026510)
(*Pro Hac Vice*)
icrum@messner.com
7250 N. 16th Street, Suite 410
Phoenix, Arizona 85020
Telephone: (602) 641-6705
Facsimile: (303) 623-0552

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the parties listed below.  A copy of this filing will also be sent via U.S. mail and email.

Cathy Weaver
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

Jason Bartel
N4051 26th Lane
Redgranite, WI 54970-7087
jason_bartel@unioncab.com

Stephen Robert Havel
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

*/s/ Mary Willson*