UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF INDIANA

SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation, an Arizona nonprofit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Steven Robert Havel,<br><br>Cathy JoAnn Weaver,<br><br>Jason Bartel,<br><br>    Defendants. | CASE NO. 3:22-CV-395-JD-MGG |



## HAVEL'S REQUEST FOR PRODUCTION OF DOCUMENTS

TO: The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation, Mark King and Sarah King, Plaintiff,

**INSTRUCTIONS**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure (FRCP), Defendant Havel submits the following request for production of documents from Plaintiff.

Pursuant to FRCP Rule 34(a), Defendant acknowledges that these requests are limited to the scope of FRCP Rule 26(b), and requests that when Plaintiff is unable to produce certain documents because they fall outside of such scope, Plaintiff will provide a brief explanation as to

1

the reason why the documents fall outside the scope of the request.

If certain requests are duplicative of previous requests to which documents have already been produced, Plaintiff need not reproduce such documents but is requested to notify Defendant that such documents are among those already produced.

Pursuant to FRCP Rule 34(b)(2)(E), Defendant requests that when Plaintiff does produce the requested documents, including electronically stored information (ESI), Plaintiff will produce such documents or ESI as they are kept in the usual course of business or will organize and label them to correspond to the categories in the request.

Defendant requests that Plaintiff make a good faith effort to produce any and all requested documents that are readily ascertainable from Plaintiff.

**DEFINITIONS**

1. **Heaven's Gate or The Creators** refers to TI (Bonnie Lu Truesdale Nettles (aka Peep) and/or DO (Marshall Herff Applewhite (aka Bo) and/or The 38 Students who passed away in March of 1997. They are also known as The Group and/or The Class and/or Total Overcomers Anonymous (T.O.A.) and/or Human Individual Metamorphosis (H.I.M.) and/or Heaven's Representatives (they used for their Common Law Copyright of their Book) and/or Total Overcomers Anonymous Monastery (on the Beyond Human Video series copyright notice on the tape jackets) and/or Telah Services.

2. **Material** – refers to all the Intellectual Property created by Heaven's Gate and left behind for the purpose of being disseminated to anyone who wanted it.

3. **Plaintiffs** – refers to Mark King and/or Sarah King, The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation, Petitioners, Plaintiffs and/or their current Counsel.

## PRODUCTION OF DOCUMENTS

1. Some of these documents, Defendant listed in Defendant's Initial Disclosure. but in order to be sure those documents Defendant has listed are authentic and admitted as Court's evidence, I am listing them here to be supplied by Plaintiffs so there won't be any authenticity disputes.

2. Defendant is also providing reasons why these documents are important for Defendants Defense in case Defendant needs to file a motion with the court for Plaintiffs to provide said documents.

3. Defendant also needs these documents for the upcoming Jury Trial Demanded by Plaintiffs in their Complaint and/or for Defendant's Appended Counter Claim against Plaintiffs.

4. Regarding the requested documents to prove Plaintiffs had legal authority to copyright and/or trademark what Heaven's Gate authored, it is important to note the dates on their copyrights and trademark registrations was over a year before Plaintiffs received any Consent Decrees.

## DEFENDANTS DOCUMENT REQUESTS OF PLAINTIFFS

1. **Document(s)** submitted to Copyright office to prove, as shown in Section 4 of the registration, that Plaintiffs had "obtained ownership of the copyright" as "pursuant to assignments" to legally Transfer from Author, Total Overcomers Anonymous aka T.O.A., to The Telah Foundation the Deposit of 486 Audio tapes, referred to as "The Audiotape Library of Heaven's Gate by TI and DO as per copyright registration number: SRu 298-530 effective date of Oct 27, 1997.

2. **Document** submitted to the Copyright office that lists the exact Identities, the date each was

3

made and the description of each tapes content, or if no such document was submitted to the copyright office, then what description were on the label for each of the cassettes submitted to the Copyright office. (I labeled some of the original tapes while in The Group).

3. **Document(s)** submitted to Copyright office to prove, as shown in Section 1 of the registration, that Total Overcomers Anonymous aka T.O.A., Authored the Deposit of 486 Audio tapes, referred to by Plaintiffs as "The Audiotape Library of Heaven's Gate by TI and DO as a "work for hire", and/or **Document(s)** that legally prove Heaven's Gate employed Plaintiffs in the transfer of Authorship Copyrights (the Creators of said works automatically hold), of this Intellectual Property to Plaintiffs, as per copyright registration number: SRu 298-530 effective date of Oct 27, 1997

4. **Document(s)** submitted to Copyright office to prove, as shown in Section 4 of the registration, that Plaintiffs had "obtained ownership of the copyright" as "pursuant to assignments" to legally Transfer from Author Total Overcomers Anonymous aka T.O.A., to The Telah Foundation of Seven (7) ½" VT/D "Beyond Human – The Last Call" Video tapes, as per registration number: PA 867-224 effective date of Sep 22 1997.

5. **Document(s)** submitted to Copyright office to prove, as shown in Section 1 of the registration, that Total Overcomers Anonymous aka T.O.A., Authored as a "work for hire", Seven (7) ½" VT/D "Beyond Human – The Last Call" Video tapes, and/or **Document(s)** that legally prove Heaven's Gate employed Plaintiffs in the transfer of Authorship Copyrights (the Creators of said works automatically hold), of this Intellectual Property to Plaintiffs, as per registration number: PA 867-224 effective date of Sep 22 1997.

6. **Document(s)** submitted to Copyright office to prove, as shown in Section 4 of the registration, that Plaintiffs had "obtained ownership of the copyright" as "pursuant to

assignments" to legally Transfer from Author Heaven's Representatives to The Telah Foundation the Book Manuscript entitled, "How and When "Heaven's Gate" (The Door to the Physical Kingdom Level Above Human) May Be Entered – An Anthology of Our Materials", as per registration number: TXu 817-732, effective Sept. 22, 1997.

7. **Document(s)** submitted to Copyright office to prove, as shown in Section 1 of the registration, that Heaven's Representatives Authored, as a "work for hire", Book Manuscript Version, aka "Purple Book" entitled, "How and When "Heaven's Gate" (The Door to the Physical Kingdom Level Above Human) May Be Entered – An Anthology of Our Materials," , and/or **Document(s)** that legally prove Heaven's Gate employed Plaintiffs in the transfer of Authorship Copyrights (the Creators of said works automatically hold), of this Intellectual Property to Plaintiffs, as per registration number: TXu 817-732, effective Sept. 22, 1997.

8. **Document(s)** from Heaven's Gate that convey to Plaintiffs any Rights to Transfer and/or to Copyright Book Manuscript Version 1 and/or 2 (aka former member Rkkody's version he received from Heaven's Gate, that former Member of Heaven's Gate, Jhnody, (aka Jhn, Juan, legal name of Francisco Falcon) can prove he was gifted and mailed several copies of directly from Heaven's Gate before their Exit of their physical bodies in March of 1997), aka the "Blue Book," entitled, "How and When "Heaven's Gate" (The Door to the Physical Kingdom Level Above Human) May Be Entered – An Anthology of Our Materials," containing: "© Common Law Copyright 1996 by Heaven's Representatives Printed in the New Mexico Republic, the united States of America ALL RIGHTS RESERVED, WITHOUT PREJUDICE, U.C.C. 1-207, U.C.C. 1-103.6 ISBN: 0-926524-51-8 This book is protected by Common Law copyright. Permission is hereby granted to reproduce this book,

or portions thereof, as long as the content is unchanged, i.e., nothing added to it or taken away from it as long as it is for non-commercial purposes. No part of this publication may be reproduced or transmitted in any form or by any means, now known or to be invented or adapted, for the purpose of financial gain or profit".

9. **Document(s)** submitted to Copyright office to prove, as shown in Section 4 of the registration, that Claimant(s) (Plaintiffs) had "obtained ownership of the copyright" as "pursuant to assignments" to legally Transfer from Author, Total Overcomers Anonymous aka T.O.A., to The Telah Foundation the C.B.E. (Celestial Being Entity) Lithographic Print as per registration number: VA 877-834 with effective date of registration 09-22-97.

10. **Documents**: All correspondence, including faxes, emails, documents and in particular All the Letters received from DO (aka Marshall Applewhite) and Students, (signed by "Your Friends" and/or "The Class" and/or "Pursers (SNG, SLV, MLL, GLD)", and/or any other type of signature or without a signature, etc.) by and/or addressed to Mrc/Srf (aka Mrcody/Srfody), and/or addressed to Mark King and/or Sarah King, aka Plaintiffs and/or addressed to any others whose communications have been sent to Plaintiffs, (eg. Chris and Holly), etc.

    **Reason**: For years, (that Defendant has emails and witnesses to document), Plaintiffs, Mark King and/or Sarah King have said they have all these listed forms of communication they received from The Heaven's Gate Creators of all The Intellectual Property, that they contend gave them the rights to all The Creators Intellectual Property in 1997. Some of these Letters have been submitted to all three court cases by Plaintiffs. The documents should include but not be limited to:

    a) Letter 1 - (2 pages) from "The Class" to "Mrc/Srf" (Mark King/Sarah King)

6

Reason: Shows DO's preference for their Intellectual Property, (but in specific in this Letter stated as referring to the audio tapes and other material in a certain Storage Room), by saying, "It is our desire that any items of value that are retrievable by you be divided among those who feel inclined to disseminate our information. Any of the funds you retrieve can be used towards that end and for the living expenses of those involving themselves with this project."" (The "project" is the Dissemination of their Information, they hoped the 8 would do but "others" also).

b) **Letter 2** - (3 pages) from "Pursers (SNG, SLV, MLL, GLD)" dated "Mar. 22, 1997"
Reason: Shows that 4 individuals Mrc/Srf, Osc/Rkk were given funds by DO and The Class to use for the Dissemination Project.

c) **Letter 3** - (1 page) from "The Class" addressed to Mrc/Srf (Mark King and Sarah King)
Reason: This Letter shows that, contrary to Mark King and Sarah King's various court filing, others besides them were given cars and cash for the Dissemination Project.

d) **Letter 4** – (1 page) addressed to Chris and Holly ( ) presumably sent to Mrc/Srf from "Your friends, June, Steele, Sonny, Nick, Evan, Otis, Geoff"
Reason: Chris and Holly hosted the Heavensgate.com website that DO initially put Rkkody in charge of uploading certain documents to. This shows that Rkkody was given a significant role in service to DO and The Class, contrary to the way Mark King and Sarah King stated in the Judge Breyer lawsuit they filed when Rkkody couldn't defend himself against since he died 9 days before they filed the suit against the Morea's.

11. **Documents**: Defendant requests the following documents from Judge Lisa Guy Court Case No. PN022228 that began in 1997 and extended to 1999 the cases conclusion. The case was heard in the SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO. The list

7

of documents all contain vital evidence Defendant needs for their Defense and should include, but not be limited to:

a) The **"Supplemental Brief"** dated January 8, 1999, written by Cheryl K. Carter, Deputy, with John J. Sansone, County Counsel for Don Billings, Public Administrator / Public Guardian.

**Reason**: This document establishes much of the basis behind Judge Guy-Schalls Decision that shows Plaintiffs, Telah, Mark King and/or Sarah King, did not present any evidence they had any rights to any of the content of Storage or of the House where The Class were deceased and that their copyrights they presented in the case may have been fraudulently obtained.

b) **Petitioner's Supplemental Trial Brief** written by The Telah Foundation on January 11, 1999.

**Reason:** Shows Petitioners attempts at a rebuttal to the Supplemental Brief that is very important to Defendant's Defense.

c) **Case Docket**

d) **Judge Lisa Guy-Schalls Decision Against Petitioners claim** of physical and intellectual Property belonging to the Group.

e) **Judge Lisa Guy-Schalls Settlement** Agreement, Consent Decree

f) **Exhibits** provided by San Diego County – Inventories from Storage and the House.

g) **Petitioners** (Mark King and/or Sarah King (The Telah Foundation, Telah)) **Creditor's Claim**

h) **Petitioners** (Mark King and/or Sarah King (The Telah Foundation, Telah)) **Creditor's Claim Exhibits**

i) **Attachment A** written by Mark King and/or Sarah King and/or their council.

j) **Trial Exhibit Numbers** 1-3, 8-27, 33-38, 63, 74-76, 93-106, 132, 133, 137, 139-177, 178-210.

k) **Other documents** filed by Mark King and/or Sarah King, Telah, etc.

**Reason**: Though I have some of these documents I want to be sure what I have is authentic. There is a great deal in these documents that are crucial to my defense.

12. **Document(s)**: All documents related to Case PN022228 that relate to Olliver Odinwood (aka Ollody, legally, Cabot Van Sinderen's) Copyright Registration No.: VAu000041610 dated 1982-11-18 of 14 Acrylic Paintings he painted that one or more of the Case Exhibits listed as being given to Plaintiffs as part of the Settlement Agreement.

13. **Detailed List and pictures** of all 14 Acrylic Paintings painted by Olliver Odinwood (aka Ollody).

   **Reason**: These are paintings Olliver Odinwood drew and painted, that included the C.B.E. Lithographic image Plaintiffs copyrighted in 1997 but neglected to say whether it was a work for hire nor inform the Copyright office about any past copyright registrations. These documents are crucial to my defense given the C.B.E. Lithographic Print was painted by the true holder of the copyright and also includes the rings of Saturn that are part of the alleged Heaven's Gate Logo Defendant is claimed to have infringed upon copyrights and trademarks of.

14. **Documents**: request all documents from Case No. 3:98-cv-00892 UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA presided over by Judge Charles R Breyer, THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION, INC. dba THE TELAH FOUNDATION, MARK KING, SARAH KING and WAYNE

PARKER, Plaintiffs V RIGHT TO KNOW; The Executor of the Estate of CHARLES HUMPHREY aka CHUCK HUMPHREY, KATHRYN MOREA LANMINDS and IMPSAT MEXICO, Defendants. This should include but not be limited to:

a) Judge Breyer's Settlement Decision

b) Judge Breyer's Consent Decree

c) **Judge Breyer's Settlement Agreement** referred to a number of times as holding the details of the Settlement in his Consent Decree. (this document seems to have been referenced as "doc" in the Case Docket but perhaps was sealed so needs to be unsealed for the case.

d) Case Docket

e) Plaintiffs Complaint

f) All Plaintiffs Exhibits

g) Kathryn Morea's Answer

h) Kathryn Morea's Exhibits

i) The ADR communications

**Reason**: Though Defendant has some of these Defendant doesn't know if Plaintiffs would consider them authentic. They all hold a great deal of evidence important to Defendant's case.

15. All **Emails** between Mark King and/or Sarah King in those names or from the Email Address Rep@heavensgate.com to Cathysouthwestern@gmail.com co-defendant Cathy Weaver's email address.

    **Reason:** These emails show that there was no "conspiracy" among Defendants as Plaintiffs' claim in DE 1, Count VI.

16. **Documents: Cease and Desist and Proposed Legal Agreement** on Use of the Heaven's Gate Intellectual Property served on Havel and Weaver in person in November of 2021.

    **Reason:** Shows Plaintiffs issued Stephen Havel and Cathy Weaver with a Cease and Desist that did not detail exactly what audio tapes and/or video tapes and/or The Heaven's Gate Book and/or The Exit Videos and/or The CBE Image and/or other Intellectual Material Defendants were allegedly infringing upon.

17. **Emails** between Rep@heavensgate.com and/or Crown1@cox.net (Plaintiffs) and Sawyerhg@yahoo.com (Defendant Stephen Havel) .

    **Reason:** shows Mark King and/or Sarah King saying there are 1061 audio tapes and his/their claim they own copyrights on everything – all the Heaven's Gate Intellectual Property which is not true.

18. **Email documents** between Rep@heavensgate.com and/or Crown1@cox.net and Dave Goetzinger

    **Reason:** Shows how Dave Goetzinger, who was working for Mark King and/or Sarah King with some arrangement was given access to most or all of the audio tapes to digitize them and also worked on the Beyond Human – The Last Call Video Series and contains information important to my defense, like showing that they talked to him about having copyrights but never to me until this case was filed. Plus Dave Goetzinger might know why the audio tapes Lists Plaintiffs presented to the Court were so full of errors of all kinds so can not be considered authentic lists of what was copyrighted.

19. **Electronic Media** – Content of Rkkody's Right to Know CD's

    **Reason:** Plaintiffs won possession of these CD's in the Judge Breyer Case and were ordered by the Consent Decree to Disseminate them but have refused to do for over 20+ years. I

understand that Plaintiffs were ordered by Judge Breyer to send to "verified former Members of the Group" (of which Havel and Bartell are and can prove) with no stipulations as to Havel's and Bartell's use of said Material.

20. **Document - Copyright Registration** VAu000041610 / 1982-11-18 of 14 pieces of Art drawn as illustrations for The Meeting Screenplay and painted by Olliver Odinwood (aka Ollody, Oll, Oliver)

    **Reason**: Evidence that one of these paintings is the original painting that was made into a Lithographic Image that Mark King and Sarah King as the Telah Foundation copyrighted in 1997.)

21. **Document - Screenplay Copyright** PAu000431560 / 1982-08-25 held by Olliver Odinwood (aka Ollody, Oll, Oliver, legally Cabot Van Sinderen), and by David Codody (aka Cddody, Cdd, Fred, legally Fred Mackey who died in the early 2000's) and Daniel O'Day (aka Dncody, Dnc, legally Richard "dick" Joslyn who died in the early 2000's).

    **Reason:** This is important for Defendant's Defense.

22. **Document** – Audio Tape "master log" the existence of which is evidenced in point 22 below)

23. **Email Document**: On Nov. 24, 2021 rep@heavensgate.com (Plaintiffs Mark King and/or Sarah King) responded to Cathy Weaver (cathysouthwestern@gmail.com), with the subject "Coming to Agreement," addressed to Cathy and Sawyer, filed with the Court as DE 26-10) (Weaver's Answer to Plaintiffs Complaint against her, Exhibit 10.

    Reason:  In this email Plaintiffs refer to the "master log". in particular:

    -On page 84 of Cathy Weaver's Answer to Plaintiffs Complaint, in Exhibit 10 (DE 26-10 at 5c.), rep@heavensgate.com (Plaintiffs Mark King and/or Sarah King) wrote a reference to:

"…audio tape # 918 (master log #1039) ("Links returning after 20 days – 4/18/96")…" that shows these two different tape numbers with a Description referring to the same Audio Tape.

24. **Document** – Audio Tape Log from Rkkody's CD's he testifies were constructed by The Class which they were awarded to Plaintiffs in Judge Breyer's Consent Decree in 1999.

    **Reason**: The log includes 196 audio tapes (listed as numbers 1 to 218 but that some 22 are missing). Because Plaintiffs LIST DE 120-1 shows the alleged 486 Audios that they registered with the copyright office, if 22 or more from that List were absent how can there be 486 in that "Deposit" as stated in the registration.

25. **Documents** All Heaven's Gate produced Audio Tape Logs both hand written or digitized or in any format.

    **Reason:** This has information important to Defendant's Defense

26. **Emails between Plaintiffs and Francisco Falcon**, (aka Juan, Jhnody)

    **Reason**: To show that Plaintiffs sent Francisco Falcon approx.. 80 Audio Tape Cassettes and some 900 digitized audio cassette tapes at different times over the years.

Dated: August 7, 2023

*Stephen Havel*
Stephen Havel
5776 Grape Rd.
Suite 51
PMB# 121
Mishawaka, IN. 46545
Sawcat575@gmail.com
Defendant

FROM:
Stephen Havel
5776 Grape Rd.
Suite 51
PMB #121
Mishawaka, IN 46545

TO:
Robert A. Grant Fed. Bld.
ATTN: Court Clerk
204 S. Main St.
South Bend, IN
46601

SHIP TO:
204 S MAIN ST
SOUTH BEND IN 46601-2122

US POSTAGE PAID $9.65
Origin: 45219
08/07/23
3816140219-70

PRIORITY MAIL®
0 Lb 3.70 Oz
RDC 01

EXPECTED DELIVERY DAY: 08/09/23
C005

USPS TRACKING #
9505 5139 5641 3219 5871 38