UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION



THE EVOLUTIONARY LEVEL ABOVE
HUMAN, INC.,

    Plaintiff,

v,

STEVEN ROBERT HAVEL, et al.,

    Defendants

CASE NO. 3:22-CV-395-JD-MGG

### DEFENDANT JASON BARTEL'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant responds to the following in Plaintiff's Amended Complaint.

In the Title of Proceedings in Plaintiff's Amended Complaint, Plaintiff is no longer named 'The Evolutionary Level Above Human, Inc.', but rather 'The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation'. As Plaintiff is attempting to change Plaintiff's name in the Title of Proceedings Defendant believes that Plaintiff is acknowledging that the alleged Plaintiff in the case before this Court, 'The Evolutionary Level Above Human, Inc.', an alleged Arizona 501 (C)(3) Nonprofit Corporation, is not a legal entity with the capacity to sue. Therefore, Defendant believes that Plaintiff deliberately misled the Court and Defendants in Plaintiff's instant complaint in regards to the legal name of Plaintiff in the case before this Court.

Defendant Bartel objects to Plaintiff's attempt to amend the Title of Proceedings as Plaintiff is no longer using the term 'Inc.' to describe the entity that is the alleged Plaintiff in Plaintiff's First Amended Complaint. Therefore, Plaintiff is stating that 'The Evolutionary Level

\

Above Human Foundation d/b/a The Telah Foundation' is not an entity Incorporated in the state of Arizona and therefore 'The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation', an alleged Arizona nonprofit corporation as per paragraph 4 of Plaintiff's First Amended Complaint, does not have the capacity to sue.

Plaintiff alleged in paragraph 4 of Plaintiff's initial, instant complaint that 'The Evolutionary Level Above Human, or Telah Foundation, Inc. (the "Foundation") is an Arizona 501(C)(3), Nonprofit Corporation'. In Plaintiff's First Amended Complaint paragraph 4 has been amended with a claim that 'The Evolutionary Level Above Human Foundation, or The Telah Foundation ( the "Foundation" ) is an Arizona nonprofit corporation'. Therefore, Plaintiff is stating in Plaintiff's First Amended Complaint that 'The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation' is not a legal entity Incorporated in the state of Arizona as the n and the c in the term 'nonprofit corporation' are not capitalized.

Federal Rule of Civil Procedure 15 § (a)(2) states, 'a Party may amend its pleading only with the opposing Party's written consent or the Court's leave. The Court should freely give leave as justice so requires'.

Defendant Bartel does not believe that 'justice' requires this Court to grant Plaintiff's First Amended Complaint as Plaintiff appears to be attempting to replace one non-existent entity without the capacity to sue, 'The Evolutionary Level Above Human, Inc.', with an alleged entity that also does not have the capacity to sue, 'The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation, an Arizona nonprofit corporation'. As Plaintiff is using a different name for Plaintiff in Plaintiff's First Amended Complaint than in Plaintiff's instant complaint, Plaintiff appears to be confused as to Plaintiff's legal name and whether or not Plaintiff

is an 'Arizona 501(C)(3), Nonprofit Corporation' or an 'Arizona nonprofit corporation'. Defendant is not aware of any 'nonprofit corporations' that are legal entities with the capacity to sue nor of any d/b/as or 'trade names' with the capacity to sue. Defendant requests that the Court deny Plaintiff's First Amended Complaint for the reasons stated above.

Jason Bartel
jason_bartel@unioncab.com

*/s/ Jason Bartel*

8/11/23

