(COURT USE ONLY)
RECEIPT NO.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

The Evolutionary Level Above Human Foundation

v.

Steven Robert Havel, Cathy JoAnn Weaver, Jason Bartel

Cause No. 3:22-cv-00395-MGG

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

The Telah Foundation

Party(s) Represented

Prefix (check one) ☒ Mr.  ☐ Ms.  ☐ Mrs.

Last Name: Hinks   First Name: Otto   Middle Name/Initial: E.

Generation (Sr, Jr, etc):

Firm Name: Messner Reeves, LLP

Street Address: 7250 N. 16th Street   Suite/Room No.: 410

City: Phoenix   State: Arizona   Zip: 85020

Office Telephone No.: 602.457.5059   Fax No.:

E-Mail Address: ohinks@messner.com

**EDUCATION:**

College: ASU   Degree: B.S.E.E.   Year Completed: 2002

Law School: Arizona Summit Law School   Year Graduated: 2015

Other Post-Graduate Schooling: n/a

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| AZ | 2015 | Active / Good Standing | 032457 |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| Arizona Distric Court | 2015 | Active / Good Standing |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?  ☐ Yes (If yes, please attach an explanation)  ☒ No

Applicant: I, Otto Hinks, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 08.08.2023

Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: 8/18/2023

s/ Michael G. Gotsch, Sr.

Judge, U. S. District Court



# Supreme Court

STATE OF ARIZONA
ADMINISTRATIVE OFFICE OF THE COURTS

**ROBERT BRUTINEL**
CHIEF JUSTICE

**DAVID K. BYERS**
ADMINISTRATIVE DIRECTOR
OF THE COURTS

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **OTTO EDWIN HINKS** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on October 20, 2015, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this JULY 3 1 2023 .

Aaron Nash
Associate Disciplinary Clerk

OR

Kristina Tuba
Associate Disciplinary Clerk

1501 WEST WASHINGTON STREET • PHOENIX, ARIZONA 85007-3222 • 602-452-3300 (TDD) 602-452-3545