UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE
HUMAN, INC.,

    Plaintiff,

v,

STEVEN ROBERT HAVEL, et al.,

    Defendants

CASE NO. 3:22-CV-395-JD-MGG

**MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6 § (b)(1)(B) Defendant Jason Bartel requests an extension of time of one day to file Defendant's Response to Plaintiff's First Amended Complaint. Defendant does not believe that this one day extension will adversely affect the timing of the judicial proceedings in the case before this Court. Defendant also does not believe that a one day extension of time will cause a prejudice to Plaintiff.

Defendant believes that Defendant has acted in good faith to make the deadline for a Response to Plaintiff's First Amended Complaint. Immediately upon learning that Defendant's Priority Express envelope had not left a Milwaukee, WI Post Office facility until 4:20 P.M. CDT on Monday, August 14, 2023, Defendant began researching how to file for an Extension of Time. Defendant has prepared and sent out via Priority Mail a Motion For Extension Of Time on Tuesday, August 15, 2023.

Defendant was aware of the deadline for a Response and Defendant would prefer not to

make excuses. However, Defendant does feel that this could be a case for 'excusable neglect' as when Defendant mailed Defendant's Response at 9:30 a.m., Saturday, August 12, 2023, Defendant was told by the Postal clerk that the Priority Express envelope was 'guaranteed' by Monday August 14, 2023. As of 10:40 a.m. CDT on Tuesday, August 15, 2023 Defendant's envelope has still not been delivered to the Court.

Defendant missed the deadline for filing a Response to Plaintiff's First Amended Complaint by one day and Defendant requests that the Court consider this fact when Ruling on Defendant's Instant Motion. Defendant does not have the ability to file Court documents electronically and this can result in Defendant scrambling to meet deadlines. However, as Pro Se litigants are held to the same standards as an Attorney Defendant understands that meeting the Court's deadlines is solely Defendant's responsibility. Defendant will endeavor in the future to not request that the Court consider whether or not Defendant missed a Court deadline due to 'excusable neglect' in order for Defendant to be held to the same standards as an Attorney.

Defendant is aware of Defendant's numerous prior procedural errors in the case before this Court and Defendant will continue to endeavor to abide by the Court's Orders and the Federal Rules Of Civil Procedure in order to mitigate any future procedural errors on the part of Defendant. Defendant humbly requests of the Court an Extension Of Time for Defendant's Response to Plaintiff's First Amended Complaint as Defendant strongly believes that Defendant's Response directly impacts the factual and legal matters of the case before this Court.

*Jason Barta*
8/15/23

2

Jason Bartel
jason_bartel@unioncab.com

3



REDGRANITE, WI 54970
AUG 15, 2023
46601
$9.65
RDC 01   0 Lb 1.90 Oz   R2305K137498-02

# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

FROM: Jason Bartel
N4057 26th LN
Redgranite, WI
54970

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

TO: U.S. District Court
Att: Clerk of Court
204 S. Main St.
South Bend, IN
46601

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

EXPECTED DELIVERY DAY: 08/18/23
USPS TRACKING® #
9505 5100 0186 3227 1557 26

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP