UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation,<br><br>   Plaintiff,<br>   v.<br><br>Stephen Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>   Defendants. | CASE NO. 3:22-CV-395-JD-MGG |

## PLAINTIFF'S RESPONSE TO DEFENDANT JASON BARTEL'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiff The Evolutionary Level Above Human, Inc. ("Plaintiff") hereby submits its response to Defendant Jason Bartel's Response to Plaintiff's First Amended Complaint [DE 136 ("Mr. Bartel's Response to the FAC")].

In Mr. Bartel's Response to the FAC, he "requests that the Court deny Plaintiff's First Amended Complaint for the reasons stated" in his submission. [DE 136 at 3]. Mr. Bartel cites to Fed. R. Civ. Pro. 15 for the proposition that "a Party may amend its pleading only with the opposing Party's written consent or the Court's leave." Here, despite Mr. Bartel's convoluted arguments to the contrary, this Court has already provided leave for Plaintiff to amend its Complaint. The Scheduling Order explicitly provides that "[t]he last date to amend the pleadings without leave of court as to Plaintiff is **August 15, 2023.**" [DE 117 at 5 (emphasis in original)]. In a subsequent order, the Court recognized that "leave to amend pleadings has since been granted to the parties." [DE 130 at 9 (citing DE 117 at 5)].

{07609989 / 1}

1

Plaintiff filed its Amended Complaint on July 24, 2023, well in advance of the August 15, 2023, deadline. Thus, Plaintiff amended its Complaint by the Court's leave, and it should be recognized as the operative pleading. All of Mr. Bartel's arguments set forth in his Response to the FAC are not supported by law or fact and should be disregarded.

Accordingly, Plaintiff respectfully requests that Mr. Bartel's request that the Court deny Plaintiff's Fist Amended Complaint be itself denied.

DATED this 22nd day of August 2023.

**MESSNER REEVES, LLP**

By: /s/   Otto E. Hinks
MESSNER REEVES LLP
Isaac S. Crum (AZ Bar #026510) (Pro Hac Vice)
icrum@messner.com
Otto E. Hinks (AZ Bar #032457) (Pro Hac Vice)
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd of August 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the parties listed below. A copy of this filing will also be sent via U.S. mail and email.

Cathy Weaver
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

Jason Bartel
N4051 26th Lane
Redgranite, WI 54970-7087
jason_bartel@unioncab.com

Steven Robert Havel
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

By: */s/ Amber Gunsolley*