UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation,<br><br>    Plaintiff,<br> v.<br><br>Stephen Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>    Defendants. | CASE NO. 3:22-CV-395-JD-MGG |

## PLAINTIFF'S RESPONSE TO MOTION FOR EXTENTION OF TIME BY DEFENDANT JASON BARTEL

  Plaintiff The Evolutionary Level Above Human, Inc. ("Plaintiff") hereby states that it does not oppose the MOTION FOR EXTENTION OF TIME filed by Jason Bartel on August 17, 2023 [DE 139].

RESPECTFULLY SUBMITTED this 23rd day of August 2023.

               /s/  Otto E. Hinks
               MESSNER REEVES LLP
               Isaac S. Crum (AZ Bar #026510) (Pro Hac Vice)
               icrum@messner.com
               Otto E. Hinks (AZ Bar #032457) (Pro Hac Vice)
               *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd August 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the parties listed below. A copy of this filing will also be sent via U.S. mail and email.

Cathy Weaver
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

Jason Bartel
N4051 26th Lane
Redgranite, WI 54970-7087
jason_bartel@unioncab.com

Steven Robert Havel
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

By: */s/* Amber Gunsolley