UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation,<br><br>　　　　　Plaintiff,<br>　v.<br><br>Stephen Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>　　　　　Defendants. | CASE NO. 3:22-CV-395-JD-MGG |

**PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT JASON BARTEL**

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Plaintiff The Evolutionary Level Above Human Foundation ("Plaintiff") requests that Defendant Jason Bartel ("Bartel", "Defendant", or "You") admit the following, under oath, as required by law, within thirty (30) days of the date of service.

**REQUESTS FOR ADMISSION**

**REQUEST FOR ADMISSION NO. 1:** Admit that You are also known as Crlody.

**REQUEST FOR ADMISSION NO. 2:** Admit that You operate an online blog at the following web address: https://crlody.wordpress.com/.

**REQUEST FOR ADMISSION NO. 3:** Admit that on October 7, 2022, You posted on your blog an entry titled "New Link for the audio tapes," which contained a link (https://archive.org/details/HPM-HeavensGateAudio) to hundreds of Heaven's Gate tapes, and stated, in part, "To hell with Mark and Sarah King and their shady lawyers."

**REQUEST FOR ADMISSION NO. 4:** Admit that the website located at

{07623570 / 1}

1

https://archive.org/details/HPM-HeavensGateAudio contains hundreds of audio recordings made by the Heavens Gate group of their class sessions.

**REQUEST FOR ADMISSION NO. 5:** Admit that the website located at https://archive.org/details/HPM-HeavensGateAudio states that "These files have been made available to me through an ex-member who goes by the name crlody."

**REQUEST FOR ADMISSION NO. 6:** Admit that on October 19, 2022, You posted on your blog the following:

> To hell with going dark. This archive of the class' audio tapes wouldn't be possible without the work of an individual who risked incurring the "legal" wrath of the incredibly petty couple Mark and Sarah King, these tapes belong to the world, not a Corporation formed six months after the class left this world
>
> https://archive.org/details/HPM-HeavensGateAudio

**REQUEST FOR ADMISSION NO. 7:** Admit that on November 28, 2022, You published a blog post titled "What Mark and Sarah King don't want others to hear on the class' audio tapes" which shared the following link: https://archive.org/details/HPM-HeavensGateAudio.

**REQUEST FOR ADMISSION NO. 8:** Admit that on March 26, 2023, You participated in a livestream internet broadcast with Stephen Havel, Cathy Weaver, and Francisco Falcon.

**REQUEST FOR ADMISSION NO. 9:** Admit that during the March 26, 2023, livestream internet broadcast you stated the following regarding receiving Plaintiff's copyrighted audio tapes from Stephn Havel: "I thank you giving them to me … and if I could do it over again a thousand times knowing I would get sued, I would do it one thousand times."

**REQUEST FOR ADMISSION NO. 10:** Admit that you have no intention of abiding by a court order requiring you to stop infringing and disseminating Plaintiff's intellectual property.

DATED this 7th day of September 2023.

                                    **MESSNER REEVES, LLP**

                          By: */s/   Otto E. Hink*
                              MESSNER REEVES LLP
                              Isaac S. Crum (AZ Bar #026510) (Pro Hac Vice)
                              icrum@messner.com
                              Otto E. Hinks (AZ Bar #032457) (Pro Hac Vice)
                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on the September 7, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the parties listed below.  A copy of this filing will also be sent via U.S. mail and email.

| | |
|---|---|
| Cathy Weaver<br>5776 Grape Road, Ste 51<br>PMB #121<br>Mishawaka, IN 46545<br>sawcat575@gmail.com | Jason Bartel<br>N4051 26th Lane<br>Redgranite, WI 54970-7087<br>jason_bartel@unioncab.com |
| Steven Robert Havel<br>5776 Grape Road, Ste 51<br>PMB #121<br>Mishawaka, IN 46545<br>sawcat575@gmail.com | |

      By: */s/* Amber Gunsolley

{07623570 / 1}