UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation,<br><br>   Plaintiff,<br> v.<br><br>Stephen Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>   Defendants. | CASE NO. 3:22-CV-395-JD-MGG |

## PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT STEPHEN HAVEL

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Plaintiff The Evolutionary Level Above Human Foundation ("Plaintiff") requests that Defendant Stephen Havel ("Havel", "Defendant", or "You") admit the following, under oath, as required by law, within thirty (30) days of the date of service.

### REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:** Admit that You are also known as Sawyer.

**REQUEST FOR ADMISSION NO. 2:** Admit that You operate a YouTube channel called 3spm.

**REQUEST FOR ADMISSION NO. 3:** Admit that Your YouTube channel has over two thousand subscribers.

**REQUEST FOR ADMISSION NO. 4:** Admit that on May 1, 2022, in a video posted to Your YouTube channel you stated the following:

"And, uh, and technically, um, they could hold me accountable for that, so I'm not going

{07637359 / 1}

1

to say how many, I'm not gonna even try to guess, 'cus I don't remember. Uh, but, um, 'cus I can take the fifth that it would tend to incriminate me. So I'll do that, uh, even thought they could probably hear this tape and say, 'oh you say that.' So, I dunno. If that gets used against me, that's the way it goes. They're still not going to get any money from me and it's not going to stop the material from circulating, because we're all, [Bartel] and myself, Cathy, and [a third party], and other people are circulating the tapes."

**REQUEST FOR ADMISSION NO. 5:**  Admit that on October 7, 2022, during a live stream on Your YouTube channel, You stated the following in reference to this lawsuit:

 "maybe we'll lose, but that won't stop me and Cathy [Weaver] and [Mr. Bartel] from telling the truth."

**REQUEST FOR ADMISSION NO. 6:**  Admit that on October 7, 2022, during a live stream on Your YouTube channel, You stated the following in reference to sharing the Heaven's Gate audio tapes:

"Well, yeah, we're going to share the information one way or the other –."

**REQUEST FOR ADMISSION NO. 7:**  Admit that on February 16, 2023, during a live stream on Your YouTube channel, the following dialogue exchange occurred between You and Cathy Weaver:

Ms. Weaver: "Breaking the bonds, maybe I need to exit."

You: "I didn't say it in that way, but I was thinking those things."

**REQUEST FOR ADMISSION NO. 8:**  Admit that when You refer to "exiting" in the context of the dialogue exchange between You and Ms. Weaver quoted in Request for Admission No. 7, You mean suicide.

**REQUEST FOR ADMISSION NO. 9:**  Admit that on March 26, 2023, You participated in a livestream on Your YouTube channel with Jason Bartel, Cathy Weaver, and Francisco Falcon.

**REQUEST FOR ADMISSION NO. 10:** Admit that during the March 26, 2023,

{07637359 / 1}

2

livestream regarding You receiving Plaintiff's copyrighted audio tapes from Mr. Falcon and then sharing with Mr. Bartel, you stated the following to Mr. Bartel:

"I thank you for putting them up online."

**REQUEST FOR ADMISSION NO. 11:** Admit that you have no intention of abiding by a court order requiring you to stop infringing and disseminating Plaintiff's intellectual property.

DATED this 7th day of September 2023.

                                    **MESSNER REEVES, LLP**

By: /s/   Otto E. Hink
MESSNER REEVES LLP
Isaac S. Crum (AZ Bar #026510) (Pro Hac Vice)
icrum@messner.com
Otto E. Hinks (AZ Bar #032457) (Pro Hac Vice)
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the September 7th, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the parties listed below.  A copy of this filing will also be sent via U.S. mail and email.

Cathy Weaver
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

Jason Bartel
N4051 26th Lane
Redgranite, WI 54970-7087
jason_bartel@unioncab.com

Steven Robert Havel
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

By: */s/ Amber Gunsolley*

{07637359 / 1}

4