UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation,<br><br>　　　　Plaintiff,<br>　v.<br><br>Stephen Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>　　　　Defendants. | CASE NO. 3:22-CV-395-JD-MGG |

**PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT CATHY WEAVER**

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Plaintiff The Evolutionary Level Above Human Foundation ("Plaintiff") requests that Defendant Cathy Weaver ("Weaver", "Defendant", or "You") admit the following, under oath, as required by law, within thirty (30) days of the date of service.

**REQUESTS FOR ADMISSION**

**REQUEST FOR ADMISSION NO. 1:** Admit that You participate in the operation of a YouTube channel called 3spm.

**REQUEST FOR ADMISSION NO. 2:** Admit that on April 8, 2022, in a video posted to the 3spm YouTube channel you stated the following in reference to the Heaven's Gate audio tapes :

"Go ahead and email us . . . email us if you don't know where the tapes are . . . please email us and we'll direct you to them."

**REQUEST FOR ADMISSION NO. 3:** Admit that on October 7, 2022, during a live

{07637912 / 1}

1

stream on the 3spm YouTube channel, You stated the following in reference to this lawsuit: "Once it's done and whatever the outcome is, if its not favorable, we're out of here… And they won't be able to touch us."

**REQUEST FOR ADMISSION NO. 4:**  Admit that on October 7, 2022, during a live stream on the 3spm YouTube channel, You stated the following in reference to sharing the Heaven's Gate audio tapes:

"We're gonna share the fucking information. I know I shouldn't say that…"

**REQUEST FOR ADMISSION NO. 5:**  Admit that on February 16, 2023, during a live stream on the 3spm YouTube channel, the following dialogue exchange occurred between You and Stephen Havel:

You: "Breaking the bonds, maybe I need to exit."

Mr. Havel: "I didn't say it in that way, but I was thinking those things."

**REQUEST FOR ADMISSION NO. 6:**  Admit that when You refer to "exiting" in the context of the dialogue exchange between You and Mr. Havel quoted in Request for Admission No. 5, You mean suicide.

**REQUEST FOR ADMISSION NO. 7:**  Admit that on March 26, 2023, You participated in a livestream on the 3spm YouTube channel with Stephen Havel, Jason Bartel, and Francisco Falcon.

**REQUEST FOR ADMISSION NO. 8:** Admit that during the March 26, 2023, livestream regarding Mr. Havel receiving Plaintiff's copyrighted audio tapes from Mr. Falcon, you stated the following to Mr. Falcon:

"A lot of people on the chat want to thank you for making – giving – giving Sawyer, uh, the tapes."

**REQUEST FOR ADMISSION NO. 9:** Admit that you have no intention of abiding by a court order requiring you to stop infringing and disseminating Plaintiff's intellectual property.

{07637912 / 1}

2

DATED this 7th day of September 2023.

**MESSNER REEVES, LLP**

By: /s/   Otto E. Hinks

MESSNER REEVES LLP
Isaac S. Crum (AZ Bar #026510) (Pro Hac Vice)
icrum@messner.com
Otto E. Hinks (AZ Bar #032457) (Pro Hac Vice)
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the September 7th, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the parties listed below. A copy of this filing will also be sent via U.S. mail and email.

Cathy Weaver
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

Jason Bartel
N4051 26th Lane
Redgranite, WI 54970-7087
jason_bartel@unioncab.com

Steven Robert Havel
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

By: /s/ Amber Gunsolley