UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION



THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC.,

Plaintiff,

v.

STEVEN ROBERT HAVEL, et al.,

Defendants.

CASE NO. 3:22-CV-395-MGG

## MOTION TO STRIKE ALLEGED PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant Jason Bartel hereby moves the Court for an Order granting Defendant's request to Strike alleged Plaintiff's First Amended Complaint. Alleged Plaintiff's Attorney has not filed an amended Corporate Disclosure Statement, therefore, Attorney Isaac S Crum has only agreed to represent the alleged corporate entity, 'The Evolutionary Level Above Human, Inc.', as a Plaintiff in the case before this Court as per the Corporate Disclosure Statement filed with the Court on May 18, 2022.

Alleged Plaintiff's First Amended Complaint stated in the Title Of Proceedings that Plaintiff is now named 'The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation', however, Attorney Isaac S. Crum has not filed an amended Corporate Disclosure Statement naming 'The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation' as a Plaintiff in the case before this Court. Therefore, any claims made on behalf of 'The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation' are without merit as the alleged entity that is the named Plaintiff in alleged Plaintiff's

'required information' change.

Alleged Plaintiff's First Amended Complaint is frivolous and without merit for the reasons stated above. To date, September 10, 2023, Attorney Isaac S. Crum has only agreed to represent alleged Plaintiff, The Evolutionary Level Above Human, Inc.', as per the Corporate Disclosure Statement signed by Mr. Crum on May 18, 2022. Alleged Plaintiff filed alleged Plaintiff's First Amended Complaint on July 24, 2023 and yet alleged Plaintiff has not filed an amended Corporate Disclosure Statement as of today, September 10, 2023.


Jason Bartel
jason_bartel@unioncab.com

*[signature]*
9/10/2023