PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED




**PRIORITY® MAIL**

UNITED STATES POSTAL SERVICE.

Retail

**P**

US POSTAGE PAID
**$9.65**

Origin: 54982
09/11/23
5687100990-10

PRIORITY MAIL®

0 Lb 9.50 Oz

RDC 01

EXPECTED DELIVERY DAY: 09/14/23

C005

SHIP TO:
 204 S MAIN ST
SOUTH BEND IN 46601-2122

USPS TRACKING® #



9505 5100 2061 3254 5137 79

restrictions apply).*

and many international destinations.

form is required.

claims exclusions see the

liability and limitations of coverage.

**FROM:** Jason Bartel
4051 26th Ln.
Redgranite, WI 54970

**TO:** U.S. District court
Att: Clerk of Court
204 S. Main St.
South Bend, IN
46601

To schedule free Package Pickup,
scan the QR code.




USPS.COM/PICKUP

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.