# EXHIBIT 46

A September 19, 1997 Creditor's Claim with San Diego County Filed By "President Mark King"

Of The Telah Foundation

| ATTORNEY OR CREDITOR WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| Jerome E. Weinstein, Esq., State Bar #46133 WEINSTEIN AND HART 9777 Wilshire Boulevard, Suite 1009 Beverly Hills, CA 90212-1901 | (310)274-7157 | [Stamp:] ...RTONE CLERK-SUPERIOR COURT SAN DIEGO COUNTY, CA. |
| ATTORNEY FOR (Name): THE TELAH FOUNDATION | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 325 S. Melrose Drive
MAILING ADDRESS: 325 S. Melrose Drive
CITY AND ZIP CODE: Vista, CA 92083
BRANCH NAME: NORTH COUNTY BRANCH

ESTATE OF (NAME): JOHN MICHAEL CRAIG, also known as LOGAN M. LAWSON, aka LOGAN LAHSON,
                                                                        DECEDENT

**CREDITOR'S CLAIM\***
(for estate administration proceedings filed after June 30, 1988)

CASE NUMBER: PN022228

> You must file this claim with the court clerk at the court address above before the LATER of (a) four months after the date letters (authority to act for the estate) were first issued to the personal representative, or (b) thirty days after the date Notice of Administration was given to the creditor, if notice was given as provided in Probate Code section 9051. Mail or deliver a copy of this claim to the personal representative. A proof of service is on the reverse.

1. Total amount of the claim: $ See Attachment "A"
2. Claimant (name): THE TELAH FOUNDATION
   a. ☐ an individual.
   b. ☐ an individual or entity doing business under the fictitious name of (specify):
   c. ☐ a partnership. The person signing has authority to sign on behalf of the partnership.
   d. ☒ a corporation. The person signing has authority to sign on behalf of the corporation.
   e. ☐ other (specify):
3. Address of claimant (specify): c/o WEINSTEIN AND HART
   9777 Wilshire Boulevard, Suite 1009
   Beverly Hills, CA 90212-1901
4. Claimant is ☐ the creditor ☐ a person acting on behalf of creditor (state reason):
5. ☐ Claimant is ☐ the personal representative ☐ the attorney for the personal representative.
   (Claims against the estate by the personal representative and the attorney for the personal representative must be filed within the claim period allowed in Probate Code section 9100. See the notice box above.)
6. I am authorized to make this claim which is just and due or may become due. All payments on or offsets to the claim have been credited. Facts supporting the claim are ☐ on reverse ☒ attached. See Attachment "A"

I declare under penalty of perjury under the laws of the State of California that this creditor's claim is true and correct.
Date: September 19, 1997
THE TELAH FOUNDATION
by its President, MARK KING
(TYPE OR PRINT NAME AND TITLE)

▶ ✓  [signature: Mark King]
(SIGNATURE OF CLAIMANT)

**INSTRUCTIONS TO CLAIMANT**

A. On the reverse, itemize the claim and show the date the service was rendered or the debt incurred. Describe the item or service in detail, and indicate the amount claimed for each item. Do not include debts incurred after the date of death, except funeral claims.
B. If the claim is not due or contingent, or the amount is not yet ascertainable, state the facts supporting the claim.
C. If the claim is secured by a note or other written instrument, the original or a copy must be attached (state why original is unavailable). If secured by mortgage, deed of trust, or other lien on property that is of record, it is sufficient to describe the security and refer to the date or volume and page, and county where recorded. (See Probate Code section 9152.)
D. Mail or take this original claim to the court clerk's office for filing. If mailed, use certified mail, with return receipt requested.
E. Mail or deliver a copy to the personal representative. Complete the Proof of Mailing or Personal Delivery on the reverse.
F. The personal representative will notify you when your claim is allowed or rejected.
(Continued on reverse)

---

\*See instructions before completing. Use Creditor's Claim form No. DE-170 for estates filed before July 1, 1988.

Form Approved by the Judicial Council of California
DE-172 [New July 1, 1988]

**202A**

**CREDITOR'S CLAIM**
(Probate)

Probate Code, §§ 9000 et seq., 9153
76C875 - RP172

# EXHIBIT 47

A June 21, 2023 Arizona 'Trade Name' Registration for 'The Telah Foundation", 'Applicant': The Evolutionary Level Above Human Foundation, Arizona Corporation

**Name:**

The Telah Foundation

**Business Address:**
PO Box 25098
Scottsdale, Arizona
85255

**Mailing Address:**
PO Box 25098
Scottsdale, Arizona
85255

**Nature of Business:**

Domestic Nonprofit Corporation.

**Date of First Use:**

May 31, 1997

**Date Registered:**

June 21, 2023

**Expiration Date:**

June 21, 2028

**Applicants:**

| THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION | Arizona Corporation |

**Registration Information:**

Registration: June 21, 2023   Expires: June 21, 2028
(https://azgovernor.gov/)   ARIZONA STATE LEGISLATURE (https://www.azleg.gov/)

Correspondence History:
(https://openbooks.az.gov/)   OPEN MEETING LAW (https://azsos.gov/services/public-information/open-meeting-law)
Trade Name Application:   Filed: June 21, 2023

Back

# EXHIBIT 10

Unpublished Manuscript By Chuck Humphrey

# Chapter 1

**The Fed Ex Packages**

I hadn't normally made a habit of checking my mail at the Right to Know mail box I rented several months ago for Do and the class but on Mar 25th 1997 I broke routine and check the mail. I had just dropped off my truck at the repair shop which was in the same mall as the Mail Box Etc. where I rented the box in the name of Right to Know enterprises, a name Do had given for me to use with that mail stop.

I had always been in contact with them either by email, or by phone and had asked if there was anything I could do to help. About November or December they had called and mentioned it would help them to get this P.O. box set up so they could receive mail there for some tasks they were about to. I was happy to help so I rented the box for them.

They had not used the address for much so there was nothing in the box for several weeks. In fact, I don't recall ever getting any mail there except for that Fed-Ex package that arrived on Mar 25th.

It was an odd thing, for not only did I rarely check the mail but I had checked it just moments after it was delivered by Fed-Ex. The package was one of those boxes and the address label was strange in that the sender was the same as the recipient, Chuck Humphrey. I guess I just new it was from the class as that was the kind of thing I have learned to expect from them. They were always doing things to protect their security like using bogus return addresses and this was not out of character for them.

I don't know why I didn't open the package just then, but I walked back home which was only about ten minutes from the mall. As I approached the house I notices another Fed-Ex package leaning against the front door. This package was the express letter type. I saw the address was done in the same way. The sender was the same as the recipient. I went inside and opened the letter package and found a number of receipts and insurance forms for the old Ryder truck the class had bought a couple years ago in Texas. I didn't grasp the significance of these documents until I opened the other package. I searched in the letter for some explanation and when I found none I proceeded to open the other package. I pulled out several letters and two (2) Hi-8 tapes along with two (2) SVHS tapes labeled "Do's exit statements", and "Students thoughts before exit". I started reading one of the letters addressed to "RKK" and it began with the following words:

"By now, having read the enclosed press release and the Earth Exit Statements by Students, you should know that we have exited our Vehicles just as we entered them."

I new exactly what they had done. I can't say I was surprised that they had left, just very disappointed that I had not been in the class when they left.

I knew they were going to leave and I knew it was going to be soon but I did not know they were going to do it then. Now, as I look back on that day it makes perfect sense that they would choose that day to leave. It was the day when the comet "hale-bop" was closest to the earth. It had also been right after an eclipse of the moon and it was Easter.

Needless to say I was a bit overwhelmed and didn't quite know what to do. I had been staying at GNRODY's (pronouned "Gen-ro'-dy") house and she had just came home. I showed her the materials to and we were still in a state of confusion not really knowing what we should do next. We both wanted to watch the video but we didn't get around to it for a couple hours.

One of the letters was a set of instructions including a map on how to find their bodies. We had received this information before anyone knew they had done this. An eerie feeling knowing you have knowledge of what would turn out to be the most publicized cult in the US over the next few days. We also knew by the letter, that others were sent the same kind of packets. We browsed through most of the other material and then started watching the tapes. I remember fast forwarding through a lot of it because I was anxious to do something yet I wasn't sure what.

I called a former classmate who was known in the group as MRC and who was on the list of those who also received the same package and asked if he got a package. He told me that another ex-class member, whose class name is OSC, was there and picked up a package for himself but that they hadn't really had a change to examine the contents that close. I then called another ex-classmate, SRF, at her home and told her then the class had left their vehicles. I could be wrong, but she seemed like she really didn't believe me until she talked with MRC. After a while I guess MRC came home and showed the package to SRF and then we talked again by phone.

By this time both MRC as SRF seemed concerned that the TELAH address was on he Web. They had offered to assist the class in the past by setting up this address. In addition to their concern about the mail address being advertised on the Web site, they were also concerned about a letter they were send to the landlord of the house where the class had rented. MRC told me that they had a copy of the letter the class had prepared for SAM and had asked MRC/SRF to send once the bodies were found. The letter contained their names and my name. They wanted to remove their names and my name from that letter before they sent it off. I had some real mixed feelings at that time, as it seemed that they were changing something the class had purposely done, yet I also had mixed emotions about my name on the letter that might attract the authorities to me and I think that neither MRC/SRF wanted that link.

I think that ultimately my response was to tell them they had to do what they felt was right to do.

I learned later that they did remove their names and my name because they felt that Sam would surely show the sheriff and that would be a direct link to us.

# Chapter 2

**Before the News Hit**

I was having trouble with the concept that I had somehow done something wrong.. In my mind the worst that could happen was that I might get out of this vehicle by refusing to cooperate, and that would only accelerate my exit, which is what I wanted more than anything anyway.

By then I was feeling that I made a terrible mistake by waiting over 24 hours before doing anything. It wasn't until the next day that I took a flight from Denver to Phoenix which arrived on the afternoon of the 26th where I met with OSC at the airport.

OSC had also felt an urgency to get out to San Diego and go to the house in Ranch Santa Fe, so even though we were going to meet with MRC and SRF, we decided not to at that time but chose instead to hop on another plane to San Diego that same afternoon.

We took a flight that put us in San Diego about 6:30 p.m. that evening and OSC rented a car then we headed out towards Rancho Santa Fe. We made a quick stop to a store where we bought a video camcorder so that we could tape the scene before the authorities had any chance to contaminate or change the scene. We obviously didn't trust that whoever was called would not somehow alter the scene in some way as to try to make up their own scenario as to what really happened. I later learned my suspicions were unfounded and in fact I was surprised to learn that the sheriffs department did an excellent job in who they handled their investigation.

As we were driving up Interstate 5 towards the house we had to travel through slow rush hour traffic. We were about ten minutes from the house when we turned on the radio and listened to the first accounts of the event. Needless to say we had no further reason to continue for the last thing either of us wanted was to encounter the police or the reporters, so we turned off the Interstate into a hotel looking for a phone. The only lobby phones we found were being used by a couple reporters calling in their story. They had no idea we had more of the story they would ever hope to get and were standing in line waiting to use the phone.

Rather than wait or try to use the phone next to the reported and be overheard, we left the hotel and searched for another phone so we could call MRC and SRF and let them know we had to abort our mission.

Once we found a phone and talked to MRC/SRF, we all agreed that the best thing to do now was to return to Phoenix.

Our flight didn't leave for a while so OSC and I went to a Chinese restaurant outside the airport and had dinner. After a bite to eat we left San Diego and flew back to Phoenix that night.

It was late when we got back to Phoenix, and went to OSC apartment. He had a sofa-bed he let me use so I laid down for what I thought was going to be a few hours rest. Both of our vehicles were really exhausted and when I hit the bunk I went out like a light.

It wasn't two hours later, about 3 AM, when OSC woke me up and said MRC was on the phone. I answered the call and MRC seemed to be upset and nervous about the TELAH address still being on the Heaven's Gate web site. TELAH is the name the class used to distribute their materials and the address was a rented box where MRC and SRF had set up some months prior for the class to use.

In the Fed Ex pak they sent to me I was given the Internet access codes and a letter asking me to help upload some new files to their web sites. I was really not feeling up to digging into the Internet at that hour especially since my vehicle was lacking rest and I was having a lot of trouble making my brain work.

I went back to bed after trying to explain to MRC that I would try to get it done in the morning. Well, I felt bad that they were so nervous and wanted to do what I could to help them, so I get out of bed and stayed up for another hour to make the changes to the index pages for their web site, but the site was so busy I was unable to access the server and could not make the update MRC had wanted.

I guess I didn't get much accomplished and tried to get more sleep, but couldn't. I got up about 5:30 AM and showered. Both OSC and I had arranged to meet with MRC and SRF before they went to work that morning. We all knew there would be hoards of reporters waiting for MRC and SRF because the TELAH address was still on the web.

Shortly before 7:00AM OSC and I met with MRC and SRF in a strip mall parking lot where we sat in the back of their car while they transferred all of the things they received from the class to our keeping. The Class has given MRC and SRF the "purser" task. This was the name they used to describe the bookkeeping task. They sent a few letters to MRC and SRF outlining the things they were asking them to handle. MRC and SRF handed over all of their paperwork they got from the class along with two sets of keys to all of the cars and trucks the class had parked in a San Diego airport Parking lot. The Class had taken great care to make sure we could gain access to all of their effects, including some cars, trucks and two storage lockers in San Diego that contained the majority of personal items, computers and some other things.

# Chapter 3

**The Storage Lockers**

After we left MRC and SRF, OSC and I went back to his apartment. OSC felt better about getting a storage locker that he could use to store the paperwork we got from MRC and SRF. There was a strong air of paranoia that I could not understand. We had done nothing wrong, yet we were acting like a bunch of fugitives. Later that week OSC and MRC and SRF instigated a clandestine procedure of communication involving meeting in a parking lot at night and not having any phone contact. This severely impacted my ability to stay in touch with them.

I stayed in OSC's apartment and made some phone calls while OSC rented a storage locker in Phoenix and put all of the things MRC and SRF had given to us in that locker. We then made arrangement to fly back out to San Diego that afternoon (Thursday), to retrieve a couple of the cars and get some things out of the storage locker. I guess I had it in my brain that we needed to get the tapes out of the storage lockers before the cops confiscated it all. The class had mentioned in their letters that they would prefer we remove some items which they felt would be better if the authorities did not get. I interpreted this to mean the hundreds of audio tapes that were made in the class over the years beginning with 1982 up through 1997.

We hopped on another plane to San Diego with one way tickets as we were planning to drive a couple cars back. We arrived in San Diego later that afternoon. Once there, we took a shuttle to the parking lot where the class had stored the cars. We had a claim ticket for each of the cars made out to Mark King. The Class had paid for a month worth of storage and each of the cars were parked right near each other.

We were only there to get the L-Car, a Lincoln Continental and the M-Van, a Mazda mini-van. The class always used names like L-car to describe their cars and trucks. It was less human to refer to the car by a generic name like "L-car" rather than calling it a Lincoln.

We knew that the class had intended certain cars to be given to certain individuals. I was to get the L-car, and OSC was to get the M-Van and the O-Car, an Oldsmobile. They had a White Ford van (X-Van) and a Mercury Sable (S-car) that was to go to MRC and SRF. They had also mentioned that a large handicap van (I-van) could be sold to a nursing home or something. In their letter they made it clear that if any the vehicles were not wanted then they could go on some car lot on consignment, or be sold, or be given away, or just forgot about.

We took the L-Car off the lot out the back gate so as to avoid being questioned by the attendant. We drove to where the storage lockers were and using the access codes supplied in the letters to open the gate and went to the first storage locker.

We had been given all the keys and paperwork to the storage locker units 214 and 147 which were located on Barham Dr. in Escondido, CA. The class pursers were very well organized and kept a file folder on everything. We were given the complete file on the storage lockers that contained the rental agreements signed by Tom Nichols (DSTODY) and Cabot Van Sideren (OLLODY) and copies of all of the money orders in the amount of $80 to cover the rent on the two storage lockers through April 1997.

We opened the larger of the storage lockers and found it packed full right to the door with boxes piled almost to the ceiling. We started pulling boxes out and placed them outside on the pavement so we could go through them. The first boxes we pulled out contained the audio tapes I had felt the class

wanted us to protect. There were about 6 or 7 boxes of audio cassettes and several other boxes of extra Beyond Human video tapes. Since we did not have room in the L-car to retrieve the entire contents of the storage locker, both OSC and I agreed that we should just take the tapes and some other supplies he could use in reproducing the big blue book.

After looking around for anything else we thought might need to be retrieved, we closed that unit and went to the other one. For the most part there were just a lot of camping stuff and other household items. After packed up all the tapes in the l-car we proceeded back to the Airport parking lot.

# Chapter 4

**Stashing the loot**

Getting the items from the storage locker was smooth, but we both were very tired from not having had a lot of rest in the previous two days. We picked up the M-van and transferred some of the tapes and other book supplies to it. OSC drove the M-van and I took the L-car and headed out on Interstate 8 back towards Phoenix.

It was late in the evening when we got out of San Diego and we drove for a couple hours then pulled off at a motel for the night. The next morning (Friday) we got an early start and drove up to Phoenix.

When we arrived in Phoenix OSC was concerned about taking the cars to his apartment. We wound up parking on a side street about a block from his apartment. I was going along with him just to put him at ease but I continued to ask what crime we had committed that would bring down the wrath of "big Bro" on us.

OSC put his tapes in the storage locker he rented in Phoenix. I drove him to the Airport where his car was parked from the day before. Meanwhile OSC was going to fly back to San Diego to try to get the computers out of the storage lockers. We all agreed that the computers may contain a lot of information that we all felt better if the Sheriff did not have.

I drove straight through to Denver arriving late that evening. I ran into some snow driving up through Walsenberg Colorado and on into Denver. The next day was Saturday, Mar 29th. I rented a storage locker in Denver so that I could move all of my personal things into that locker because by this time I realized I couldn't stay where I was living with without putting people in the middle of something they had not wanted. I moved most of my personal belongings along with several boxes of electronic parts that I had accumulating to the storage locker.

I also placed the remaining audio tapes we retrieved from the San Diego storage locker into the Denver locker.

By this time, OSC had contacted me and told me the storage lockers had another lock placed on them. We didn't know for sure but we all suspected that the sheriff had put the locks on there. We still don't know how the sheriff found out about the storage lockers, but by that time every news station in the world was showing pictures of the 39 who "died". We suspected that by this time the manager of the storage lockers saw the news and recognized DSTODY's vehicle "Tom Nichols" who's played in the old Star Trek series.

I had been trying to stay in phone contact with MRC and OSC, but they seemed to be so afraid their phones were tapped it was all but impossible to have a conversation with them. I did not know what was to be done with the tapes, but on Monday I started looking for a couple lawyers. I wanted to get some legal opinion as to if I was in anyway being accused of a crime, and I was hoping to locate an attorney who would be able to represent the classes interest in recovering the remaining effects of the class that was taken by the San Diego Sheriff.

I had been contacted by a reporter from the San Francisco Chronicle who wanted an interview. I

told him I would not be able to talk with anyone until I found an attorney. He called back and gave me the names of a couple of attorneys in California. I was kind of leery taking a referral from a reporter, but I called them anyway.

One guy was an entertainment attorney who was interested in helping me sell my story, and the other was an attorney in San Diego who was interested in helping up get the things from the class that were confiscated by the Sheriff.

# Chapter 5

**The Lawyers**

Later that next week I had moved all of my stuff into the storage locker I rented in Denver and headed out again to meet up with MRC and SRF and OSC in Phoenix. I was excited about meeting with a lawyer and was trying to find a check partner but it seemed that none of the crew in Phoenix was interested in going out to California and talking with any lawyers there. I didn't like the idea of doing this myself, but since I felt I had already responded too slowly with respect to the storage lockers I felt it was important to take action quickly. I felt that if I had been quicker to respond in the first place that the storage lockers would not have been confiscated by the county.

It seems that what my Older Member had done was to get the worlds attention for a few days.. In only a week most of the dust had settled and we rarely saw another story expect for trails of family members telling their story in short columns hidden on the back of the back section somewhere.

When I finally did connect with PYP, we agreed to meet at a Denny's in Flagstaff later that night. I did not realize that a snowstorm had been hanging over Flagstaff and I ran right into the middle of it as I drove into town. I met PYP at the Denny's where we had agreed to meet. By this time the snow was coming down hard and I felt bad that I had asked him to drive all the way up from Sedona for he had very poor vision and could barely see in good weather, much less during the heavy snow we both had to driver through to meet in Flagstaff.

After he finished a milk shake, we went to the room I had taken for the night in a motel next to Denny's. I brought in the packet of paperwork I had collected from both MRC and SRF's letters and mine. After sharing what was happening with PYP, we both agreed to meet with OSC in Phoenix the next morning.

I got up about 5:30 AM, as I had been used to getting up early, and I just couldn't sleep much with all this going on. I got showered and dressed and started out the door when I noticed about 2 feet of fresh snow was covering the L-car I was driving.

After using my cloves and a wash cloth to clean the snow off of the car, I headed out slowly down the hill towards Phoenix. I could only drive about 35 MPH due to the snow and ice, but once I got below 35oo feet it cleared up and I made pretty good time into Phoenix.

During the drive down I got a call from Holly who was running the Internet site where Heaven's Gate was hosted. Apparently someone had redirected the domain name to a non-existing address effectively confiscating our web site. In the Letter I received from the class they had asked me to upload some new files to their web sites. The group had about three different sites. Http:www.heavensgate.com, http:www.heavensgatetoo.com, and a site in Romainia that was just being set up that we still do not have access to.

I had learned from Holly about the trouble everyone was having with trying to log into the site. Chris, the technical person who works with Holly, was busy trying to add another server when this all happened. I used the opportunity to ask Holly if she had any way to remove the TELAH address from the two web sites as MRC and SRF both were still very nervous about their address being used.

Holly told me she would do what she could as soon as they got the new server up, but she also had some reporters at her office from ABC who wanted me to do an interview with them for the Nightline show. Previously, NEO (Rio DiAngelo) had been negotiating with ABC to do a movie or

something. I told the reporter I would consider doing the interview if I could be hidden from the camera as I was still more concerned with getting the remaining things from the class and did not want the interference publicity might generate.

I made it to Phoenix before noon and made arrangements to meet the ABC crew at a station in Phoenix early that afternoon.

OSC and I met with PYP and we agreed that PYP and I would go to San Diego to talk with the attorney referred to us by the reporter. He was at work and I met him at lunch and so I used his apartment to change before going to the interview.

When I told PYP about it later he felt I might have been out of place without a check partner. I could have certainly used one, for the interview was not that good and as it turned out ABC didn't even air the segment.

PYP and I then drove to California where we made arrangements to meet with an attorney in a restaurant on the coast near Escondido. The meeting was interesting, and he asked us to come over to his home that afternoon. It was Sunday.

We went out to the beach and just relaxed a while before going over to met with the lawyer at his home. When we got there he had invited his law partner to sit in on our discussions. He seems to like to talk a lot and didn't seem to listen much. When we left the meeting we both felt OK about him and thought he might be the one who could get the things back from the sheriff.

I had no idea what a nightmare this was to become. We still had to talk to MRC and SRF and somehow relate to them that we felt good about having further contact with the lawyer and seeing what kind of arrangement he wanted from us.

By now MRC and SRF had been making some efforts towards getting involved with trying to do the task that the class had given to them. I had jumped in to pick up where I thought they were not doing it. That was a mistake as they got really upset with me later because I was trying to do their task and they had not asked me to do it. I was confused for I didn't understand how I could have made such a mistake in how I had interpreted them and the intentions of the class as described in their letters.

While I was in California I had the "farewell" videos duplicated at a place in San Diego. I had wanted to connect with the other attorney while I was there, for at this time I felt it might be right to make some efforts towards going public and writing a book or something.

The next day PYP got on a flight in San Diego back to Phoenix for he did not want to go to LA with me. PYP offered to start checking the email for Heaven's Gate. Since the class had given me all of the passwords to each of their email accounts, I passed them on to PYP to handle since he expressed that that would be something he would like to do.

I went up to LA that day and picked up the 500 tapes I had duplicated on the way up. I met with an Entertainment attorney who said I might have a story others would like to hear, so I decided to write a book.

I know as much about writing as a dog knows how to drive a car, so I asked him if he could find an agent who might be interested in working with me to locate a ghost writer and a publisher who might want to work with me on the.

18

The Attorney was cordial and seemed to be interested in helping. He explained his fee's and they seemed very appropriate so I gave him my verbal go-ahead on finding the agents.

I then got a motel room to spend the night before going back to Denver. I also visited with my vehicle's daughter and her family. They took me out to eat at the Sizzler and we talked a little about my involvement with Heaven's Gate.

She didn't criticize me, and her husband was interested in what I had to say. On a subsequent trip I learned that her ex-husband had been trying to convince her son that my Older Member was the "evil one" who was supposed to be first and that he murdered all of those others. I was really shocked that anyone could reach that conclusion especially without doing anything to investigate who these people were and who Do was. I did not feel it was my place to start any dialog with him, yet I was prepared to answer any questions he might have, but that opportunity never came.

I had given Kathy and Cesar my 1988 Suburban just a week before and they flew out to Denver to get it just a few days before all this. Unfortunately, the truck blew an engine while they were driving back to California and they had to leave it to be repaired in Green River Utah. I felt terrible that they had trouble with it. I thought I was giving them something they could use and it turned out to give them trouble. They said they would have it fixed and it would still be a good value to them.

After my visit with them I returned to the Motel and got some rest that night.

The next morning I headed out for Phoenix again with a car load of video tapes. While I was in LA I figured I could pick up some mailers for the videos so I called around and found a packaging company where I could buy the mailers. I placed a will-call order and picked up some of the items on my way out of LA towards phoenix later that morning.

I arrived in Phoenix and got a motel for I didn't want to put OSC through any more stress about being watched by the FBI. Later that evening we met with MRC and SRF in a another parking lot (security!). We went to a restaurant next door and had dinner. It was a Mexican food place, quite nice, and I had some beef enchiladas and rice.

We talked about the Attorney we met in San Diego. MRC and SRF had talked with that lawyer and were starting to feel good about working with him, and yet I was becoming more suspicious of him. I had heard that the sheriff was trying to get in touch with me to find out if I was "OK", as if he was somehow responsible for me. I mentioned this to the Attorney and he gave me what I call "a party line answer," telling me it was just his job and he was really a nice guy. I wasn't buying it. What seemed like an innocent concern did not make a bit of sense to me. This guy didn't know me from Adam yet he wants to talk with me to make sure I am O.K. I did not elect the Sheriff to be my mother. It is none of his business whether or not I am O.K. or whether I am thinking of leaving the way my Older member did. The lawyer just couldn't see that it was none of the county's business and took the side of the system rather than wanting to defend my position of not needing another mother.

MRC and SRF were still nervous about putting their address back on the web site and SRF made it pretty clear she did not want me interfering with their task of trying to retrieve the items from storage any more. (I asked MRC if they wanted to distribute the farewell videos out of their Postnet business and he said ho did not want to.

I was confused, The web site had been changed to remove the TELAH address and MRC did not want to handle the distribution of the new tapes yet the class clearly wanted that material to be available to people. I made a decision, rightly or wrongly to go to Denver and set up a method of distributing the new video tapes through the Right To Know address that was set up earlier.

After dinner we all parted our separate ways. I spent the night in a motel in Phoenix and left the next morning for Denver. I drove up to Denver the next day and arrived that evening about 8:30 PM.

The next day, I don't know what day it was, but the next day I could, I opened up a business name at the court house and set up a bank account for Right to Know. I also found a company in Boulder who would do the fulfillment on requests for the tapes.

I know I could have handled things better, yet I was furious over how the world including some ex-classmates were responding to this event. One of these ex-members (Dick Joslyn) went on TV telling people that the space craft had gone, that they all made a mistake by committing suicide. Some had aligned themselves with the world but still had no regrets for their being with them, a position I could relate with easily since I too found myself out of the class so often because of my own immaturity.

By this time Rio had gone onto to national TV claiming he heard a voice tell him he should leave only a few weeks before the others exited their vehicles. When I heard that I reflected on the many time I found myself in the same situation. The reality was that my desire to be only a servant of the Next Level was not strong enough and I gave into influences that conned me into believing I would be better off by leaving the class. I know all too well that influence who masquerades as someone who would have me believe the Next Level has a special task for me to do once the others have gone. Now I don't know what happened to RIO, only he and the Next Level knows what happened when he left, but it was odd that in the letters MRC and SRF and I received there was no mention of distributing some of the groups things to him. In fact, it seemed odd to me that someone who had left just weeks before was not given one of the cars. I don't want to criticize Rio, for I know how the media has a way of distorting things. I have to assume he genuinely wants to help set the record straight about the class and I would like to believe he still knows Ti and Do are who they say they are.

At any rate after setting up the Right to Know so that they could distribute the "exit" video tapes, I still had the question of what to do with the audio tapes?

By this time I have made another decision to put the Right to Know address on the web sites and ask people to send a $10 donation for each tape. I thought that was reasonable since the cost to duplicate and distribute the tapes were about that much. I took a lot of flack from MRC and SRF and OSC and PYP over that decision. They all felt that the tapes should be free. PYP in his grand style of well meaning said he would pay half of the cost, never bothered to follow through with his offerings. A pattern I became far too familiar with during period outside the class over the years. It seems that our friendship was always one of those one-way friendships. You know the kind when the only time you hear from someone is when they want something from you.

I had a real conflict going on in my head now. It was clear that MRC and SRF was not even considering participating in the offer that was extended by DO in the exit video where he said that if anyone wants to follow him there was a short window where we could go with him. I had already concluded that I wanted to go and was now in a state of simply trying to tie up these loose ends quickly so I could get out of here.

I didn't really care at this point whether or not MRC and SRF concurred with what I was doing. We had somehow come to different understandings at to what the class had intended in respect to handling the Web site, the storage locker contents and the audio tapes. <u>It was becoming more and more clear that this entire exercise was simply a way the Next Level was testing us.</u> It was a way to see if we could put into practice anything we had learned over the time we were once involved with them. One of the most important lessons they tried to teach us was the value of working with a check

20

partner. This check partner works when two individuals are seeking the same thing. In the class, it is effective only when both partners are seeking only to please their Older Member and have no interest in their own position of whether or not they are right or wrong. Their only interest is in performing the task they are assigned in the highest possible way, or in the way they feel their Older Member would be pleased with them. By now those who were given some tasks were bickering amongst themselves with me in the very thick of it. I gave into influences who became very critical of the others. It seemed that there were several of us who felt one way about what should happen, and others who felt opposing things would be right. In my mind we all flunked this test miserably, but again, I am not the one assigned to judge this, especially since I fight regular battles with criticizing others.

I felt like it is only a matter of time before I will be leaving my vehicle and trying to catch up with the other, yet I could tell that none of the ex-classmates I had been working with was thinking like that at all. It was a subject that made SRF very nervous and when I mentioned it to PYP his body language spoke loud and clear. In fact, there was only one person I ran into who was actually preparing for the time he could exit his vehicle. That was JSTODY. We both felt at the time that there was still things the Next Level might be able to take advantage of while we were still here and we did not want to leave without being sure that it was appropriate.

After spending a few more days in Denver trying to decide what to do about the tapes, I was getting more and more concerned that the tapes would be confiscated by someone and destroyed or made unavailable.

I started going through some of the paperwork on the yellow truck and noticed the storage area where the class had kept it was due to expire in about ten days. I called JSTODY and asked if he knew what could be done with it. He offered to sell it if we moved it back to Las Vegas. I then called OSC and MRC to run this plan by them. The other options included sending in a payment, but I felt like that might raise a flag when the payment was applied to the account thereby triggering the authorities and getting the truck confiscated.

It was clear that the class wanted to give the vehicles to those who are helping with their information. The wording in their letters were such that if no one wanted the vehicles, then they could be sold or even given away.

Thinking I had been doing the class a favor by trying to take care of some of the things MRC and SRF did not seem to be taking care of, I headed out again the next day towards Las Vegas to pick up JST.

I spent the night in Flagstaff and drove into Las Vegas the next day. When I got there JST and I talked at length about what seemed to be going on and we both acted as kind of check partners for the next several days.

We drove down to San Diego that afternoon and got a motel. We went to the storage area where the truck was supposed to be stored but did not see it there. Thinking it may be out of view behind a building or something we noticed the storage area was only accessible during the day. We had to wait until the next morning before doing anything about it so we headed back to the motel.

We made a phone call to OSC who told me MRC did not want us to get the truck. He said to give MRC a call so I did.

In talking with MRC he told me that the lawyer I'll refer to here as TOM felt like we should give the truck to a food bank in order to get some PR that would make us look good to the judge. Already MRC had told me that TOM wanted to present him and SRF to the county as two outstanding citizens

21

who have been out of the class for a long time. According to them, the judge can determine who gets the rights to the contents of the storage locker based not on the intentions of the class, but on how well he likes the person who was designated as the custodian. The judge apparently has the power to decide the case based on his own prejudice, so TOM wanted to position MRC and SRF as model citizens so we could get the judgment in their favor.

When we met at the Mexican restaurant only a week earlier MRC was saying that TOM wanted to form some kind of entity to be able to get all the rights to Heaven's Gate stuff including copyrights on all the web pages and their logo's etc. He said there can me 10's of millions at stake.

I was furious when I heard that TOM wanted to give the truck away in an act nothing short of bribery just to get the judge to feel good about MRC and SRF. I told MRC I was against this and that the attorney seemed to be just manipulating them so he could make a lot of money. It seems that TOM had not ever even brought up payment for his services to MRC at this time. No contract for services had been discussed and TOM had been working without any relationship being established with MRC and SRF at that time. That made me even more nervous. I knew the technique. I did the same kind of thing in my consulting business. I would put in a lot of front end work in the hopes that the client would feel guilty and therefore more committed to me than with my competitors.

Now I don't know what TOM was up to, but it sure did not seem right by what I knew to be right. If we had a legal right to the contents of the storage locker why did we need to play these games. What is wrong with the argument that we are designated by the class as the ones they wanted these things to go to?

By the time I got off the phone with MRC I was very upset. And agreed to simply drop it and return the keys to MRC and SRF. I was washing my hands of this entire thing and told MRC I would be mailing him the keys and he could give everything to the county of San Diego if that would make him happy. I was beginning to get the message that my involvement was simply interfering with what they had interpreted as "their responsibility" the same responsibility they so conveniently tried to hide from when the heat was on just a few weeks prior.

The next morning I had made arrangements to attend a press conference with Dick Joslyn at the Unitarian Universalis church in San Diego. Since we were so close to Mexico, JSTODY felt like using this opportunity to make a short trip to Tiauanna in the morning and pick up some Phenobarbital. It was not hard to buy over the counter there. It seems this country is so intent on controlling what people can and cannot get that it has made it illegal for pharmacies to sell it without a prescription here. I hate a government that seems to think it has the right and duty to be mother to everyone who happens to be born it it's boundaries. I resent with a passion that kind of arrogance in any government, but then it's not about protecting people is it. It is really about making more money for the medical profession isn't it? After all who are the ones who lobby for these control? In case you can't guess it is the medical community itself. Why would they want to control these substances? Could it have anything to do with generating more business for them? If you could by this stuff without a prescription then some poor starving doctor would not have paying customer. What is even more interesting is how easily bureaucrats can be convinced this is all done in the interest of "protecting us from ourselves."

So the next morning JSTODY heads off on a tour bus to Mexico and I went over to where the News Conference was to take place at 1:00PM. The press conference was a farce. Dick bored this room full of reporters for the better part of 2 hours with his rhetoric about how much he loved those people and he is the only one honoring their death. It made me want to throw up the way he grandstanded and tried to convince others not to commit suicide.

By the time he let Nancy Brown talk, already people were starting to leave out of sheer disgust.

22

Nancy talked for about ten minutes then he let me put my two cents worth in. I was maybe seven or eight minutes into it when he pulled me off and closed the press conference just as people were asking some good questions.

By that time JSTODY had The Truth about his trip and met me there at the press conference. He stood in the back where no one knew he was there. His mission was a success in that he got what he went there for. We headed out back towards Las Vegas where he had to pick up his daughter at the airport later that night.