PRESS FIRMLY TO SEAL   PRESS FIRMLY TO SEAL   PRIORITY MAIL FLAT RATE ENVELOPE POSTAGE REQUIRED




UNITED STATES POSTAL SERVICE — Retail

**P** — US POSTAGE PAID — **$9.65**
Origin: 54982
09/11/23
5687100990-10

PRIORITY MAIL®

0 Lb 9.50 Oz
RDC 01

EXPECTED DELIVERY DAY: 09/14/23

C005

SHIP TO:
204 S MAIN ST
SOUTH BEND IN 46601-2122



USPS TRACKING® #



9505 5100 2061 3254 5137 79

PRIORITY MAIL

FROM: Jason Bartel
4051 26th L.N.
Redgranite, WI 54970

TO: U.S. District Court
Att: Clerk of Court
204 S. Main St.
South Bend, IN
46601

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

