UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF INDIANA

SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation, an Arizona nonprofit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Steven Robert Havel,<br><br>Cathy JoAnn Weaver,<br><br>Jason Bartel,<br><br>    Defendants. | CASE NO. 3:22-CV-395-JD-MGG |

FILED
SEP 15 2023 – PM01:26
US DISTRICT COURT
Northern District of Indiana
Chanda J Berta – Clerk

## MOTION TO ORDER PLAINTIFFS TO PRODUCE

## HAVEL'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

As permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Indiana Local Rules Defendant Stephen Havel hereby moves to Order Plaintiffs to Produce Havel's First Request for Production of Documents.

This Motion is supported by the Brief in Support of Motion to Order Plaintiffs to Produce Havel's First Request for Production of Documents that is being submitted herewith.

RESPECTFULLY SUBMITTED this 14th day of September 2023.

Dated: September 14, 2023

dated: September 14, 2023 *Stephen Havel*

Stephen Havel

5776 Grape Rd.

Suite 51

PMB# 121

Mishawaka, IN. 46545

Sawcat575@gmail.com

Defendant