# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF INDIANA

### SOUTH BEND DIVISION

The Evolutionary Level Above Human, Inc.

d/b/a The Telah Foundation,

 an Arizona nonprofit corporation,

Civil Action No. 3:22-cv-00395

                Plaintiff,

     v.

Steven Robert Havel;

Cathy JoAnn Weaver;  Jason Bartel,

         Defendants.

FILED
SEP 15 2023 – PM01:30
US DISTRICT COURT
Northern District of Indiana
Chanda J Berta – Clerk

1

## HAVEL'S FIRST AMENDED

## ANSWER,

## DEFENSE (Page 81+) AND

## COUNTERCLAIM (Page 128+) TO PLAINTIFF'S:

## ANSWER

## COMPLAINT AND DEMAND FOR JURY TRIAL

Defendant Stephen Havel's Answer ~~responds~~ to Plaintiffs, The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation (the "Foundation") Complaint as follows:

### JURISDICTION AND VENUE

1. This Court has original subject matter jurisdiction over the claims in this action pursuant to the provisions of the Lanham Act (15 U.S.C. § 1051, *et seq.*) and the Copyright Act (17 U.S.C. § 101, *et seq.*), and pursuant to 28 U.S.C. §§ 1331 and 1338(a)–(b).

   **ANSWER: I admit that this court has jurisdiction over the claims in this action.**

   **I don't have enough information to deny or admit that I have infringed upon ~~a~~ copyrights and/or trademarks.**

   **I deny my actions have caused confusion under the Lanham Act.**

   **I deny there is any competition at all.**

2. This Court also has diversity jurisdiction pursuant to 28 U.S.C. § 1332, since there is complete diversity. The Foundation is an Arizona nonprofit corporation, no defendant is a citizen of the state of Arizona, and the matter in controversy is over $75,000.

   **ANSWER: I** do not have enough information to confirm or deny **that this court has diversity jurisdiction.**

   **I admit that I am not a citizen of the state of Arizona at this time.**

   **I deny the allegations that the matter in controversy is over $75,000. There is no evidence that there have been nor ever will be any monetary damages at all or to harm any future prospects for Telah to profit. To the contrary, I have provided them with income from the many times I sent people from my YouTube channel to buy the Heaven's Gate Book. Thus I was perhaps their greatest advertiser as it comes up in most every livestream.**

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)–(c), and this Court may properly exercise personal jurisdiction over Defendants since each of the Defendants is engaged in actions which directly targets and harms the Foundation.

   **ANSWER: I deny that any of my actions "directly target or harm the Foundation". I request proof of this alleged harm. They harm themselves by constantly threatening and now instigating this lawsuit. Many people know how contrary to TI and DO's wishes is hiding the audio tapes. In fact, some think there is something to hide so it does TI and DO a disservice by keeping the material hidden.**

## PARTIES

4.  Plaintiff, The Evolutionary Level Above Human, or Telah Foundation, Inc. (the
    "Foundation") is an Arizona 501(C)(3), Nonprofit Corporation with its principal place of
    business located at P.O. Box 25098, Scottsdale, AZ 85255.

    **ANSWER: I don't have enough information to admit or deny Foundation's "principal**
    **place of business", nor what kind of business entity they are as I wasn't aware of what**
    **business dealings they have had related to the organizational names as Plaintiffs of this**
    **action against me.** Additionally, as of Plaintiffs First Amended Complaint (de 132),
    somehow Plaintiff have ceased being a 501(C)(3) and have changed the name of The Telah
    Foundation, Inc. to The Telah Foundation.

5.  Upon information and belief, Defendants Steven Robert Havel (a/k/a Sawyer, Swyody, and
    Swy) and Cathy Joann Weaver are currently believed to be residing at 111 Campbell St.
    Mishawaka, IN 46544.

    **ANSWER: As of the filing of this Answer Havel will no longer be residing at the listed**
    **address but for the last few months, I have resided at said address.**

6.  Upon information and belief, Defendant Jason Bartel (a/k/a Crlody, Carlan, and Crl) is
    currently residing at in Madison, WI.

ANSWER: I don't know where Bartel resides. He is not my friend. I have no regular communication with him. He has largely been adversarial towards me and I've defended myself as evidenced many times.

7. Steven Havel, Cathy Weaver, and Jason Bartel are collectively referred to herein as the Defendants.

ANSWER: I admit that Steven Havel, Cathy Weaver, and Jason Bartel are listed as Defendants but deny they can be talked about in a collective manner since they are each independent of one another and in the case of Jason Bartel, at the time of this complaint filing I ~~have~~ had no relationship with whatsoever. I ~~have~~ had never met the man. I had only known him from internet communications because he joined The Class shortly before I left and I have only a vague memory of him, but there is ample evidence he was in the Group during the time frame he has stated. He ~~has~~ had become my biggest critic for over 10 years.

Plaintiffs have tried to join me with Bartel, it appears to try to cojoin responsibility for relief which I say is a fraudulent ploy to do as the only thing I have in common with Bartel is that we both seem to believe in TI and DO and what they taught but differ in the manner in which we go about demonstrating that belief.

5

## INTRODUCTION

8. In 1994 the directors of the Foundation renewed a long-standing relationship with a group known as "Total Overcomers Anonymous", "TOA", or "Heaven's Gate" (the "Group"). Three years later, in 1997, all the physical property and intellectual property belonging to the Group (collectively the "Property") was transferred to representatives of the Foundation or was placed, to be obtained, from a storage locker in San Diego County.

**ANSWER: I agree that DO and Crew, "The "Class" began to work ~~more~~ with Mark and Sarah King in 1994, after DO chose to send them out of his Class because they were no longer wanting to look to DO as their Teacher and Older Member and wanted to be together and didn't want to follow "lesson step" procedures that were part of TI and DO's Astronaut Training Program, generalized as "I Could Be Wrong," also characterized in particular towards Mark King (then Mrcody) as his acting like a "trail boss" when TI and DO said there were no "trail bosses" on Next Level Spacecrafts so he (and all of us who wanted to be their students) needed to not be trail bosses in the Classroom. (There are a number of audio clips of TI and DO talking about this directly).**

**I was still a Group Overseer and Meeting Speaker answering directly to DO and knew of some of the communications between him, The Class and Mark King and Sarah King, aka Mrc and Srf, or Mrcody and Srfody in 1994. I saw them in the audience at a meeting south of Phoenix in 1994 where Classmembers were putting on the Meeting.**

**I deny the collective definition of "Property" as "all the physical property and intellectual property belonging to the Group.**

**I do not have enough information to confirm or deny what property was "transferred" to whom. I request the specific evidence of what went to whom.**

I know and can prove with considerable documentation, verifiable by the court, that their saying in this paragraph that; "... in 1997, all the physical property and intellectual property belonging to the Group (collectively the "Property") was transferred to representatives of the Foundation or was placed, to be obtained, from a storage locker in San Diego County." is not true.

First related to their use of the term "transferred" was never shown to San Diego County as we have learned from finding that court cases documents.

Second their claim of that alleged transfer did not include "all" the physical and intellectual property belonging to the Group as considerable intellectual property (and some physical property) was given to 6 or more former members before they exited their bodies.

I am witness to what Jhnody (Francisco Falcon) was given before their exit of their bodies I have included in an exhibit in my Defense. These included the "master original" SVHS Beyond Human – The Last Call video tape series with a letter from them stating encouragement to give the tapes to the media and/or anyone he chose. (He is the individual who gave me some 900 digitized audio tapes in 2021).

Rkkody received a great deal of Intellectual Property directly from DO to include the master Exit tapes, the first and/or second version of the Book, referred to as the "Blue Book" that was self published with an ISBN number that Jhnody also received several copies of and gave me one recently.

Jhnody and Rkkody received Away Team Patches and both received diskettes with the entire Heaven's Gate website on them with instructions for their usage.

7

I have many reasons to believe Mark and/or Sarah King knew of much of these facts many years before they made these seeming falsified statements.

Additional evidence in this regard are:

I am also witness to Pmmody (known today as Ananda) having received the little black booklet that contained meditations and affirmations when she left in about 1993.

I am also witness to DO giving me a multicolored checked bathrobe while I was still in the class that had been his. He occasionally gave others certain clothing.

There is evidence that San Diego County retained possession of much of the physical property in the mansion and held an auction for the sale of some of it and gave some to Mark and Sarah King and sold some to Mark and Sarah King as a Settlement so to avoid lawsuits from families to the decedents and loss of time and funds to pay for the expenses incurred by San Diego County and for the burial expenses incurred by families. Yet Judge Lisa Guy Schalls Decision before the Settlement was quite clear that Mark and Sarah King had not provided any legal documentation to obtain copyrights and/or trademarks from pertaining to any of the Material the County had confiscated.

The Group had sent several individuals some of their intellectual property before they left their vehicles (bodies).

Before San Diego County put the lock on that storage locker, Rkkody had gone there and retrieved some 486 (one box) of audio tape cassettes. Thus they were not in the storage locker when San Diego received them. Thus these items (versions and copies of writings and videos and as many as 486 audios from the group) were not in the sole possession of Mark and Sarah King at any time before or after either when either of the two Judges gave them

the Cease and Desist rulings because DO and his Crew, The Group gave many materials

away to at least 8 individuals before they exited their human vehicles (bodies).

9.  Prior to being able to obtain all of the property in the storage locker, the locker was seized by

officials from San Diego County.

**ANSWER: I deny that Mark and Sarah King did not have time and opportunity and**

**means to obtain all of the property in the storage locker before it was seized by officials**

**from San Diego County.**


10. From 1997–1999 the Foundation was involved in litigation with San Diego County (who

represented both the County and the estates of members in the Group) over ownership of the

Property.  That litigation ended with the entry of a consent decree in 1999, which conveyed

to the Foundation not only a large amount of physical property, but also all of the intellectual

property rights belonging to the Group.

**ANSWER: I can't deny or agree that Mark and Sarah King (Foundation)**

**"(...represented both the County and the estates of members in the Group) over**

**ownership of the said Property.**

**I can't deny or agree about the details of exactly what constituted the physical and/or**

**intellectual property the courts Consent Decree gave to Mark and Sarah King. I've**

**never seen an inventory and I know the group had intellectual property that was not in**

**the storage.**

Through the Case Files for Judge Lisa Guy Schall's Court case Mark King and Sarah King

instigated, the Court decided to Settle and give to Mark and Sarah King some of the

Intellectual and Physical Property left in the Mansion and in several storage rooms and sell

other material to them but according to those same case files their having possession of those materials does not automatically convey the Intellectual Property Rights to copyright and/or trademark certain items.

If that Consent Decree did give them the right to copyright and trademark items why did part of that decree order them not to sell any of the material they were given? (**"In addition, the TELAH FOUNDATION promises to safeguard, archive and control these items thereby agreeing to not sell them." (Exhibit 18-Settlement).** Isn't commerce the exclusive reason for the copyright or trademark laws. Could it be that the Group used a Common Law copyright on the Blue Book objecting to commercializing them and/or held the same copyright any creator of something automatically holds as shown on the Beyond Human – The Last Call video Tape series jackets because they wanted those materials to be shared with people far and wide and were not afraid about how those items might be manipulated. Without seeing the actual tape logs that were with the "audio cassettes" given to Plaintiffs by Judge Lisa Guy Schall's Settlement Agreement or pictures of the labels of each tape cassette, there is no way to authenticate what came from The Group as Mark King and/or Sarah King, Plaintiffs have doctored the audio tape list and there are many major mistakes in the logs they submitted to the court.

11. A second lawsuit, filed in 1998 also ended in a 1999 consent decree which likewise confirmed the Foundation's ownership of, *inter alia,* the intellectual property of the Group. **ANSWER: I don't have enough information to confirm or deny what the "intellectual property of the group" comprised exactly as I know the group spread around its intellectual property between at least 8 former members as detailed in my Answers here a bit mostly in paragraphs 8 and 10.**

If Judge Breyer was misled to think Mark King and/or Sarah King possessed and/or were given, said in that case as "transferred" with again no legal documents from the Group and/or possessed by Wayne Parker (aka Oscody, Oscar, Osc), without explaining what the Group sent him and even what the Group sent Rkkody – Charles Chuck Humphrey, which was the greater amount sent to anyone else and what was sent to Jhnody (Francisco Falcon) then how can that Consent Decree be all inclusive of "all" the Groups Intellectual Property?

12. The Foundation has been the owner of the Property from 1997 to the present.

**ANSWER: I deny the definition of Property and don't have enough information to determine what Foundation owns and when they had ownership of what.** There is a very significant amount of evidence that any "ownership" Plaintiffs have of some of the Heaven's Gate Intellectual Property is a joint ownership with the other former members who were given much of the same intellectual property by DO and Crew and/or obtained it from the Storage Room DO and Crew gave them the authority to also "own".

13. Included in the Property transferred to the Foundation is a number of audio cassettes, audiovisual works, fabric designs, lithographic prints, and literary works.

**ANSWER: I deny the definition of Property as a catch all term.**

**I don't have the evidence to deny or confirm what items were "transferred" and by whose authority and to what end.**

14. In particular, the Property transferred included the intellectual property rights to hundreds of audio cassettes and video tapes which the County of San Diego and the estates represented by the County of San Diego, transferred to the Foundation.

**ANSWER: I don't have enough information to deny or agree with this paragraph.** Plaintiffs will not provide any detailed lists of what audio tape cassettes were given to them by San Diego County. The lists Plaintiffs provided the Court are filled with flaws and lacking the descriptions thus as they are evidence in this case, claiming I have infringed upon their copyrights, any tampering of those lists would be tampering with evidence.

15. The hundreds of audio cassettes (hereafter the "Audio Works") were registered (by the Foundation) with the United States Copyright Office on October 27, 1997 as Reg. No. SRu00298530.

**ANSWER: I admit that** the registration of **486 audio cassettes constituted one deposit registered by Foundation but that there is evidence of the appearance of a cross registration to Heaven's Representatives on May 13, 1998 that refers to some audio tapes being published in October of 1997 - SR00002J1498 to Kathy Morea, authored by Charles Humphrey (aka Rkkody) dba Right to Know a business entity DO had Rkkody set up.**

**I was sent these Common Law Copyrighted CD's containing 202 audio tapes and other class Intellectual property on December 29, 1997 and on January 6, 1998 by Right to Know (Rkkody aka Chuck Humphrey) which may be some of those same 486 audio tapes which were the tapes that were not in storage because Rkkody retrieved them from storage on or about March 26, 1997 (before the Telah Foundations registration), so would not have been part of the Consent Decrees for Foundation to claim ownership of.**

16. A true and correct copy of the Audio Works registration is attached hereto as Exhibit A.

**ANSWER: I admit that a document of registration of 486 audio tapes was shown in this complaint as Exhibit A.** However, when Plaintiffs finally provided the List of those tapes, some 17 of the tapes do not actually exist except in the log file, so it seems the copyright registration of 486 audios is not accurate to what was sent to the copyright office.

17. The video tapes (hereafter the "Video Works") were registered (by the Foundation) with the United States Copyright Office on September 22, 1997 as Reg. Nos. PA0000867224.

**ANSWER: I admit that a document of registration of 7 audio tapes entitled Beyond Human - The Last Call were registered to Foundation. These tapes were copyrighted in 1992 by Total Overcomers Anonymous Monastery a name the group used then. I was in the group in 1992 and was on the crew of students that produced those videos. I was assigned by DO to be one of his helpers on 4 or 5 of those video sessions. DO says on session one that I, Sawyer and June, another helper of DO then could serve as "older member" students that were capable of teaching people about what He and his partner TI taught. So I believe I have the right to use those videos.**

**Also, another former student named Jhnody who was on the list of those Mark and Sarah were to work with initially on the project to share TI and DO's information was sent the Beyond Human - The Last Call "original" SVHS recordings with written instructions to share them with the media or anyone he chose. Those original videos were not in the storage room so are not part of the intellectual property.**

18. A true and correct copy of the Video Works registrations are attached hereto as Exhibit B.

**ANSWER: I admit to seeing the registration but question how Foundation legally changed the copyright from Total Overcomers Anonymous Monastery to The Telah Foundation.** They didn't provide the San Diego County Court with any legal documentation to claim the tapes were "assigned" to them.

19. The Foundation is also the owner of trademarks related to the Group.

**ANSWER: I admit Foundation has registered two trademarks but question their right to do so since they are not the authors.**

20. The Trademarks (hereafter the "Trademarks") were registered (by the Foundation) with the United States Trademark Office on July 27, 2010, July 13, 2010, and February 28, 2017 as Trademark Reg. Nos. 3824482, 3816596 and 5,148,959.

**ANSWER: I don't have enough information to confirm or deny, or understand how the Telah Foundation created trademarks from Art Work they didn't create.**

21. A true and correct copy of the Trademarks registrations are attached hereto as Exhibit C–E.

**ANSWER: I admit to Foundations trademark registration but don't have enough evidence to admit or deny it's validity since I know Foundation had nothing to do with creating said artwork so question the legality of claiming ownership.**

22. The lithographic prints include artwork (hereafter the "Visual Work") which was registered by the Foundation as VA000877834 entitled "The C.B.E. (Celestial Being Entity)."

**ANSWER: I admit said Visual Work has been registered but since I personally know the person who painted that original design, known as Ollody and watched him draw**

and airbrush paint it, I question by what authority Foundation was able to register it as their own. Ollody did copyright this painting in 1982 and Plaintiffs knowingly falsified their copyright registration in 1997.

23. A true and correct copy of the Art Work is attached hereto as Exhibit F.

**ANSWER: I admit to the filing of said Art Work.**

24. The literary works include a book owned by the Foundation and registered as TXu

000817732 entitled "How and when 'Heaven's gate' (the door to the physical kingdom level above human) may be entered : an anthology of our materials" (the "Literary Work").

**ANSWER: I admit that Foundation possesses and has registered Literary Work but don't have enough information to agree or disagree that they own the work. I say this because Mark King told me that Oscody was given the Book of that title the group had written. In the lawsuit they filed against Rkkody's daughter in 1998 they were awarded possession of the version of the same manuscript that Rkkody had at the time, which was the version that is referred to as the "Blue Book," that was the Groups first work, whereas the version Mark and Sarah King eventually published is referred to as the "Purple Book". I have on record Mark King saying when he was reformatting the Blue Book into the Purple Book he didn't change "one jot" of the content, yet I know that the Blue Book has a common law copyright to Heaven's Representatives because they wanted their book to be copied and spread far and wide just not for commercial purposes. Yet Mark and Sarah's Purple Book has a copyright to the Telah Foundation. I claim Fair Use for the public reading of small sections of this Book that there was no charge to listen to and no monetization of the YouTube channel and didn't affect**

Foundation's profits and even potentially enhanced profits by promoting the Book as we sent people to buy the Book from Mark and Sarah Kings web mastering of the Heavensgate.com website.

25. A true and correct copy of the registration for the Literary Work is attached hereto as Exhibit G.

**ANSWER: Defendant admits a copy of the registration for the literary work is attached. However, Defendant denies the validity of the registration and the circumstance under which the registration was obtained since Foundation changed the intended Common Law Copyright.**

## DEFENDANTS' UNLAWFUL CONDUCT

26. Defendants have knowingly and willfully have illegally acquired, transported and disseminated copies of the audio tapes and other intellectual property belonging to the Foundation.

**ANSWER: I deny doing anything illegal, let alone doing so knowingly and willfully. I was gifted the audios in December of 1998 and in January of 1999 by Rkkody, the person who retrieved the 486 initial audio tapes from storage and who Common Law Copyrighted 202 of them under Heaven's Representatives then. Mark and Sarah King, until this lawsuit, even since 2007 never informed me of EXACTLY what audios they copyrighted, even as a part of their Cease and Desist served on me in 2021. I knew there were a great many audio tapes than what Rkkody retrieved from storage in March of 1997 because I personally was present in TI and DO's classroom for the making of some**

16

800+ of those audios. One can hear DO referring to me and one can hear my voice in many. Plus I was literally often times the one pushing the buttons on the audio tape recorder to make those tapes. Plus I knew that DO and TI wanted them made available to the public after they left.

I deny the phrase "intellectual property" defines anything in particular since the Group distributed parts of their intellectual property to no less than 8 former class members by their exit time.

27. On or about May 1, 2021 the Foundation first learned that Defendant, Jason Bartel had put the Foundation's registered copyrighted Audio Works and Video Works on a free online file sharing and storage site called "4Shared.com."

ANSWER: I contend an Affirmative Defense in the doctrine of Laches and Delay because of the time in which some 202 audio tapes were made available by first Rkkody on December 29, 1997 and January 6, 1998 and by co-defendant Bartel also at that time. Bartel first posted some 202 audio tapes on 4shared.com probably some 10 years ago and Mark and Sarah no doubt knew about it but didn't try to stop him.

Though I have nothing to do with Jason Bartel, who has been one of my greatest critics, I am witness to Mark King saying something to the effect that he, regarding the audios posted on 4shared.com by Bartel, "allowed" or "let it slide" - the existence of Bartel's 4shared.com account and provision of audios.

28. Over the summer of 2021, the Foundation sent Digital Millennium Copyright Act (DMCA) takedown notices to 4Shared to get those illegally posted Audio and Video Works taken off the site.

**ANSWER: Though I had nothing to do with Bartel and he's been my greatest critic, I don't agree that anything he did was "illegal". That is a false accusation from my observation. I admit that I became aware from Bartel's blog that his 4shared account had been taken down by Mark and Sarah King, aka Foundation.**

**As stated in paragraph answer #27, Bartel maintained that account for many years that Mark and Sarah knew about and "let it slide" and as far as I know never showed him or I any evidence they had anything copyrighted.**

29. On or about June 20, 2021 Defendant Bartel announced that more stolen audio tapes were on being sent to him by Co-Defendant Havel and that Defendant Bartel would post those additional tapes for free download on the 4Shared website.

**ANSWER: I don't have enough information to confirm or deny what Bartel "announced".**

**I deny there was anything stolen. This is a false statement and perhaps grounds to recognize Plaintiff is using deceit to try to win this case. I had no foreknowledge of anything Bartel was doing. We were not friends and Bartel was my biggest critic over many years.**

**I don't understand the grammar in this paragraph - "...were on being sent to him..."**

I deny that I sent Bartel tapes before so don't understand the use of "...that more stolen audio tapes were on being sent to him..." I believe Bartel had the 202 or so audio tapes that he got while working with Rkkody in 1997. I received some 202 audio tapes directly from Rkkody on December 29, 1997 and January 6, 1998. I deny any implied collusion or conspiracy as Foundation later on directly accuses me of.

30. On or about June 30, after receiving additional tapes from Co-Defendant Havel, Defendant Bartel put up the entirety of the Audio Works on his Wordpress blog for free download.

   **ANSWER: I don't have enough information to confirm or deny this allegation.**

31. On or about July 9, 2021, Defendant Bartel announced on Wordpress that 15 gigabytes of the Audio Works and Video Works had been uploaded to either Google Drive or to the 4Shared and were available for download.

   **ANSWER: I deny having enough information to know exactly what Bartel announced or did as I was not a regular follower of Bartel's blog. I was not and still am not friends with Bartel. He has been my biggest critic for over 10 years and I only sometimes saw his blog posts, mostly about me and thus responded to many of them with a comment.**

32. The uploading of this material to 4Shared or Google Drive, and the subsequent availability for download, was done without the permission or authorization of the Foundation.

   **ANSWER: I deny having anything to do with Bartel's uploading of files to 4shared and/or Google.**

33. On or about July 9, 2021, Defendant Bartel thanked Co-Defendant Havel for assisting him in obtaining the Audio Works and helping him make the Audio Works available for download.

**ANSWER: Defendant can neither admit nor deny as Defendant has no knowledge of this allegation.**

34. Upon information and belief, Defendants Havel and Weaver knowingly intend to infringe the Foundation's copyrights in the Audio Works and to take active steps to continue infringing, despite their knowing infringement.

**ANSWER: Defendant denies this allegation as Defendant repeatedly asked Mark & Sarah King to provide proof of their copyrights and Plaintiff's refused to do so.**

35. For example, on or about July 12, 2021, Defendant Havel posted to his website a log of the Audio Works with the following commentary:

> So just weeks ago, [a third party] who I had been in contact with on and off for years sent me the digitized audios, all in .mp3 format and I quickly sent them to [Defendant Bartel] and someone else who I know I can trust to be sure to upload them to the internet in mulitple [sic] places so that even if [the Foundation] somehow sue us it will be far too late to keep them from being available to those who want to listen to them.

**ANSWER: Here is the exact quote from Plaintiff Exhibit H which quotes my blog Sawyerhg.wordpress.com: In this Bartel is referred to by his Class name, Crlody:**

"So just weeks ago, Jhnody who I had been in contact with on and off for years sent me the digitized audios, all in .mp3 format and I quickly sent them to Crlody and someone else who I know I can trust to be sure to upload them to the internet in multiple places so that even if Mark and Sarah somehow sue us it will be far too late to keep them from being available to those who want to listen to them."

I admit that I wrote this and agree that I did send Bartel (Carlan, aka Crlody) a thumb drive containing digitized audio tapes Jhnody gifted to me that Mark and Sarah had sent to Jhnody.

I didn't know what Bartel would do with the audio tapes I provided to him from Jhnody. I never asked him to do anything, nor did I ask anyone else to post anything.

I don't recall following through with sending anyone else a thumb drive. To be honest I didn't want the expense of buying a thumb drive to give it away as I was/am poor and those 64 gig thumb drives cost nearly $40 and I am quite frugal and was trying to figure out a way to bundle what was now some 900 digitized audio tapes to send them to others in small packets as they are asked for. I never accomplished that. I have always been discreet about to whom I give the tapes to.

At the time and until this lawsuit was filed, I had no foreknowledge of what was or wasn't copyrighted though I had asked Mark King for exactly what audios were copyrighted, to no avail.

I only knew that before I received that thumb drive from Jhnody I already had since 1998 about 202 digitized audio tapes that Rkkody sent me back then that were Common

**Law Copyrighted by Heaven's Representatives, a phrase/name the Group aka Class used.**

36. A true and correct copy of this post is attached hereto as Exhibit H.

   **ANSWER: Admitted**

37. Through use of the DMCA, the Foundation was able to, over a month later, get the materials taken down and on or about August 29, 2021, Defendant Bartel announced on Wordpress that the 4Shared archive of the Audio Works and Video Works had been taken down due to "Copyright Infringement action by the legal owners, the Telah Foundation."

   **ANSWER: I don't have enough information to deny or agree with this paragraph.**

   **I don't believe that was an accurate quote to Bartel as I don't think he ever considered the Telah Foundation the "legal owners" of any of TI and DO and Crews Information. Perhaps that kind of message was sent to him by the 4shared organization explaining their action to take down his 4shared account he had for many years with posted audios on it.**

38. On information and belief, in September 2021 Defendant Cathy Weaver met up with Defendant Steven Havel with the intentions of continuing to engage in copyright infringement and to make the Audio and Video Works available for free download on the internet.

22

ANSWER: I deny this. It is another false statement. The truth is that I am witness to Defendant Weaver saying she came to my house with the intention of learning directly from me things I learned from being with TI and DO for 19 years.

From seldom correspondence with Weaver on my sawyer.heavensgate Facebook page and on my 3SPM YouTube channel over a year or two's time, I knew she was interested in starting a commune that I expressed to her I was not in favor of or at most would only be a guest to should it ever happen.

I also knew that she wanted to bring former class members who seemed to be fighting over the dissemination of the audio tapes together. I didn't think there was any value to that as I knew how stubborn we former members of TI and DO's group could be on certain issues.

However, I reluctantly agreed that there could be a positive in seeking a meeting with Mark and Sarah King.

I expressed to Weaver that meeting with them could be turned into a positive - that perhaps Mark and Sarah would wake up to realizing that DO didn't intend for them to be the sole owners and disseminators of Their Information as evidenced in perhaps hundreds of examples in the writing and audios and video's DO and TI and Crew made over some 24 years. (See audio tape 149 and many locations within the Heaven's Gate Book).

So Weaver corresponded with Mark King a great deal to coordinate a face to face meeting. Had she not come into my life I perhaps would have never sat down with them. She was instrumental as an informal mediator.

In fact Weaver convinced me to stop playing audio tapes on my YouTube Channel in lieu of having a potential agreement from a face to face meeting with Mark and Sarah King.

She did not want the audio files I had been gifted from Jhnody as she didn't know and assumed Mark King was telling the truth when he said they owned all the intellectual property belonging to the Class.

39. On information and belief, in October and November, 2021, at various locations, Defendants Havel and Weaver live streamed discussions on the internet providing instructions to others regarding how individuals could obtain copies of the Audio and Video Works owned by the Foundation.

**ANSWER: I deny that I had any foreknowledge about what Foundation owned or not.** Plus, Plaintiffs at that time did not inform me of their copyrights and then when they did through this lawsuit, still have not informed me of exactly which audio cassettes were included in the 486 audio tapes listed as the "deposit" in the copyright registration and I already knew there were at least 930 audio tapes in existence.

**I knew that I owned some 202 audio files that were sent to me by Rkkody on December 29, 1997 and January 6, 1998 that included video works** and digital images of the CBE and two other images of what a Member of the Kingdom of Heaven would look like and the so called Logo and other images. **Even when asked many times Mark and Sarah wouldn't supply any evidence of what they did own and how they came to own it and what instructions they received from DO to squelch their information or set up some kind of structure that prohibited who could hear their information.**

24

**I don't recall whether I gave anyone "instructions" on how to obtain copies of the Audios. I knew from a simple search that there were a number of people providing audios.** At least one person was even selling some audios that I disagreed with their doing. **Re: Videos - for many years the Beyond Human - The Last Call videos were freely available on a YouTube channel that Mark and Sarah surely knew about. They never tried to prevent anyone from accessing that YouTube channel.**

40. Defendants Havel and Weaver have also repeatedly engaged in public performances of the Audio Works, streaming them directly over their YouTube channel, and advertising this infringement via their twitter account:



**Sawyer 4DoTi** @Sawyerdoti · Sep 7, 2021                           •••
I plan to livestream by 1am ET on youtube.com/3spm I plan to play a tape of
DO from 1987 while he was grappling with whether TI wanted him to go
public again and if so how.



youtube.com
3spm
Showing how TI and DO's Teachings are Beyond
Human in All ways

        ⟲              ♡  1                ⬆

**Sawyer 4DoTi** @Sawyerdoti · Sep 2, 2021                           •••
I plan to do a livestream and play an audio tape of DO talking asap on



youtube.com
3spm
Showing how TI and DO's Teachings are Beyond
Human in All ways

⟲              ♡  1                ⬆



**Sawyer 4DoTi** @Sawyerdoti · Aug 21, 2021                          •••
I plan to livestream and mostly play a audio tape of DO talking about how
negativity is a computer virus on



youtube.com
3spm
Showing how TI and DO's Teachings are Beyond
Human in All ways

⟲              ♡  1                ⬆

ANSWER: I deny that the 3spm YouTube channel belongs to "we" (Cathy Weaver and

I). Sawyer alone created and has run the YouTube channel 3SPM for many years

**before meeting Weaver. Yes, I played audio tapes over the years and did so when Weaver joined me on the channel, but I didn't know what tapes were or were not copyrighted and since I was in the group while most were recorded didn't have any reason to not play them. There was therefore no infringement since no one ever provided me with the copyright information as I didn't know which audio's were or were not copyrighted. Mark and Sarah could have easily provided me with the list of which audio tapes were copyrighted. Or they could have copyrighted them all and provided that list.**

Additionally, note the dates on the playing of these audio tapes. They are all dated well BEFORE any threats by Plaintiffs to take legal action against my usage of those materials I possessed.

41. Upon information and belief, Defendants Havel and Weaver sent copies of the Audio and Video Works to a third-party during the summer and fall of 2021 to make sure they were transferred into another country, in order to prevent the Foundation from enforcing its Copyrights.

**ANSWER: I deny this. To my knowledge defendant Weaver never sent the audio tapes to anyone. Nor do I believe she had them in her possession. If I recall, Weaver didn't want any of the audio tapes as she was concerned they might have been copyrighted and didn't want to breach that copyright. She is the person who tried to broker a deal between me and Mark and Sarah King. She got me to stop playing audios on my channel to give a chance to arrive at an agreement.** Havel and Weaver never sent anyone copies of the Audio and Video Works.

42. Upon information and belief, Defendants Havel and Weaver's decision to provide CoDefendant Bartel with copies of the Audio and Video Works was also, in part, done to prevent the Foundation from enforcing its Copyrights.

**ANSWER: I deny this and this seems to me to be evidence of a False statement having no basis in fact and no evidence to support. I did not know Weaver when I sent Bartel the copy of the tapes Jhnody had legally gifted to me. Thus Cathy had nothing to do with sending tapes to Bartel.**

43. Indeed, Defendants Havel and Weaver repeatedly stated in YouTube videos that they continue to want to disseminate the copyrighted material and that the Foundation is "not going to stop us."

**ANSWER: I admit that I wanted to continue to play audios on my YouTube channel as I had been doing for years that Mark and Sarah King (Foundation) knew well about but chose not to challenge my doing. I believe this may qualify under the Laches Affirmative Defense.**

**However, I did not know and still don't know exactly which of the 1061** (now changed by Mark King (plaintiffs to be 1082) **audios are copyrighted and I was given the audios by Rkkody on December 29, 1997 and January 6, 1998 and then more of them by Jhnody in 2021. When Mark King sent me an email threatening me with a lawsuit, on Cathy's recommendation I stopped playing audio tapes on my 3SPM YouTube channel as a show of good faith to Mark and Sarah who Cathy had arranged to meet up with in Arizona. After meeting up with Mark and Sarah and trying to come up with a**

compromise, we learned at their lawyer's office that it was a type of trick to serve us with a "cease and desist" together with a long host of demands to settle on a deal. They are not going to stop me from sharing TI and DO's teachings with people. If I have to stop playing audio tapes, I will perform my music and sing and talk about TI and DO more. So the only thing they could stop is hearing DO's exact voice which is very sad and so ironic that the leaders of the website promoting DO and TI's teachings are trying to stifle Do's own voice delivering those teachings.

44. At the same time Defendant Havel expressly concedes that the Foundation owns the Property at issue in this case.

**ANSWER: I deny this as another false statement. I do not concede that the foundation owns the property. I've never seen the court orders they claim to have, and I've only seen the one copyright number associated with the Library of Congress that is listed as plaintiff's Exhibit A that only lists 486 of the audios and I never have seen a list of which audios are in that audio library. I know there are over 900 audios, some 200+ of which were sent to me in 1998 by Rkkody before a court ordered in 1999 that Mark and Sarah could have possession of the intellectual property in that storage room. I don't know how one would define "property at issue in this case". For instance, I don't know that the 1999 orders constitute ownership to the degree of having the right to copyright works they had nothing to do with constructing, versus take possession of.**

45. Upon information and belief, Co-Defendants Steven Havel, Cathy Weaver, and Jason Bartel are all working in a conspiracy to disseminate the Audio Works and/or Video Works in a

manner that violates the Foundation's United States copyrights and in a manner designed to thwart the Foundation's ability to assert and enforce its copyrights.

**ANSWER: I deny this as yet another totally false statement. There is no conspiracy in the dissemination of the audio works, etc. I have been disseminating the work that was gifted to me from Rkkody in 1998 that he got directly from the storage room he was given by DO the task to retrieve and disseminate. I'm not friends with Bartel. He is my biggest critic. I simply gave him the thumb drive because I knew he, like I wanted those tapes for our own use and to share with others. We did nothing together. I have not had contact with him except for responses to his comments on my YouTube channel and to some of his blog posts. In fact, one can examine my blog and see many posts of my defending myself from Carlan Crlody's near constant criticisms of me to a point that of late I blocked Crlody from commenting on my YouTube channel. There didn't have to be any talk at all and there wasn't surrounding the dissemination task. And without talk there is no conspiracy.**

46. Upon information and belief, at the time of filing, each of the Co-Defendants are still engaged in the conspiracy to commit further infringement of the Foundation's copyrights and will continue to illegally copy and disseminate the property of the Foundation in violation of the Foundation's copyrights unless enjoined by this Court.

**ANSWER: I deny this. This is a false statement. There is no conspiracy and there never has been one and there never will be one as I don't need to conspire to do what I feel to do in disseminating TI and DO's information and my 19 years of personal experience in the Group.**

**I haven't copied or disseminated any audio tapes for many months. They still havn't proved what exactly of the 1061 audsio tapes they have copyrighted so how do they expect someone to know what is or isn't copyrighted?**

47. Further, upon information and belief Co-Defendants Steven Havel and Cathy Weaver have prepared and are preparing a number of derivative works of copyrights owned by the Foundation in violation of the Foundation's copyrights.

    **ANSWER: I deny this. This is another false statement.**

48. Upon information and belief, Co-Defendants Steven Havel and Cathy Weaver have created or are creating an audio book version of a the Literary Work owned.

    **ANSWER: Cathy** Weaver **and I did start an audio book by reading parts of the Heaven's Gate Book,** downloaded from The Groups Heavensgate.com (that Mark King and Sarah King have been webmasters of after getting the site from Rkkody via the Courts in 1999 after Rkkody died)  that included the Common Law Copyright DO and Crew put on their website and first edition Book that authorized anyone to copy all or parts of it as long as not for commercial purposes, which my purpose was not at all commercial, **copyrighted under the Telah foundation. Before we started to do this we ran the idea by Mark and Sarah King and they said it had to be done in their way under their organization and they had already met with us, with a huge list of unbelievable demands to work under them, so much so that if we did anything on our own in any shape or form we would be sued and our children would be held liable for paying their attorney costs. There were**

so many unreasonable demands we knew we couldn't sign. So in order to make it easier for the blind to "read" the Heaven's Gate Book and to make it easier for people to play them in the car, etc. we made some audio versions. However, we marked them private on the YouTube channel we created for them pending further potential agreements with Mark and Sarah King. Again, there was no monetization on the channel ever and we used an image of the version of the Heaven's Gate Book referred to as the Purple Book that was printed by Mark and Sarah King, by the instructions from DO before they exited their physical bodies in 1997 as stated in several letters they were to help Oscody aka Wayne Parker to do. I personally could have and still could read most of the same exact documents out of what could be called the Blue Book which was the first, second and/or third drafts of the Book that have a few different pages from the Purple book. One of the different pages was the copyright page. The Blue book has a simple "common law copyright". Mark and Sarah changed that page for their printing of the Purple book to a copyright to the Telah foundation. The Blue book was bound by the group using a plastic comb.

49. Co-Defendants Steven Havel and Cathy Weaver are also engaging in public performances of the Literary Work and recording them and disseminating the public performances through Co-Defendants Steven Havel and Cathy Weaver's YouTube channel: https://www.youtube.com/3spm, and advertising such performances on their twitter account:



**Sawyer 4DoTI**
@Sawyerdoti

···

we plan to livestream asap on youtube.com/3spm . Our plan is to do a reading of the document in the Heavens Gate book, entitled Incarnating and Discarnating in addition to other discussion.



youtube.com
3spm
Showing how TI and DO's Teachings are Beyond Human in All ways

7:15 PM · Jan 25, 2022 · Twitter Web App

ᵕ   ⟲   ♡   ⬆

**ANSWER: I deny that the public performances of the Literary Work were ever advertised on my twitter account or played on Havel's 3SPM's YouTube channel. Weaver doesn't have a twitter account and does not own my YouTube Channel as I've had it for many years before meeting Weaver in person.**

50. Over the past few months this behavior has escalated exponentially, with Co-Defendants Steven Havel and Cathy Weaver posting now fewer than thirteen recordings containing the Foundation's copyrighted Audio Works and other material.

**ANSWER: I admit that I began to play audios again after the agreement Weaver was trying to help Mark and Sarah King and myself come to failed because of the totally unreasonable requirements the Kings wanted me to abide by.**

**After all, I was gifted 202 audios by Rkkody on December 29, 1997 and January 6, 1998 that had a Common Law copyright that allowed for them to be copied and distributed (like Rkkody was doing and Mark and Sarah King even then were threatening him with**

33

lawsuits over because they interpreted DO's instruction to divide the items of value in storage among those inclined to disseminate them as needing to be done by only their organization, when Rkkody knew, buy many evidences that the task of dissemination was meant to be done by whoever wanted to do so. And the Common Law Copyright was the same one used by DO and his students for the original version of the Heaven's Gate Book that Rkkody possessed. The only restriction in the copyright was to not do so for "commercial purposes". I never benefited commercially in any way from playing these audio tapes or disseminating them to others.

51. This includes the following YouTube videos and Audio Works:

> Tape No. 149 - Broadcast on YouTube 3spm channel on 11/08/2021
>
> Tape No. 263 - Broadcast on YouTube 3spm channel on 11/08/2021
>
> Tape No. 004 - Broadcast on YouTube 3spm channel on 11/08/2021
>
> Tape No. 030 - Broadcast on YouTube 3spm channel on 3/26/22
>
> Tape No. 161 - Broadcast on YouTube 3spm channel on 4/08/22
>
> Tape No. 156 - Broadcast on YouTube 3spm channel on 4/12/22
>
> Tape No. 011 - Broadcast on YouTube 3spm channel on 4/13/22
>
> Tape No. 054 - Broadcast on YouTube 3spm channel on 4/14/22
>
> Tape No. 052 - Broadcast on YouTube 3spm channel on 4/17/22
>
> Tape No. 050 - Broadcast on YouTube 3spm channel on 4/18/22
>
> Tape No. 200 - Broadcast on YouTube 3spm channel on 4/19/22
>
> Tape No. 201 - Broadcast on YouTube 3spm channel on 4/20/22
>
> Tape No. 202 - Broadcast on YouTube 3spm channel on 4/21/22
>
> Tape No. 203 - Broadcast on YouTube 3spm channel on 4/26/22

Tape No. 204 - Broadcast on YouTube 3spm channel on 4/27/22

**ANSWER: I admit that these are some of the audio tape I played for the public free of charge on those listed dates but I don't know how I could have posted three tapes on the same day. I removed some of them when Mark and Sarah King hit me with copyright strikes to some in 2021 as I was trying to not lose my entire channel then. I contested their strikes as Fair Use and YouTube sided with me but I still kept them marked private fearing Mark and Sarah King would issue more strikes for playing them and I didn't know what was and what wasn't copyrighted then. I still don't know because all the registration says is that one deposit was made that consisted of 486 tapes and I knew there were many more tapes because I was in the group when we made most of the tapes. One of my Affirmative Defenses is referred to in law as Laches and Delay and this seems to apply to this case in that, I'd been playing audio tapes for many years on my YouTube channel and Mark and Sarah King knew about it and did nothing to stop me from doing so. For example I played audios on:**

**August 31, 2011**

**September 9, 14, 2011**

**April 28 and 30, 2019**

**May 2, 4, 6, 9, 10, 14, 24, and 31, 2019**

**According to legaldictionary.net and many law groups for examples, the doctrine of laches in civil procedure is in short, stating that if the plaintiff commences an action with unreasonable delay (laches) after the accrual of the cause of action, his action will be defeated.**

35

I have reasons galore to believe Mark and Sarah King knew of some of my playing of audio tapes back in 2011 and 2019 but as they had demonstrated back then they were wanting me to stop doing and said so but when I'd ask them why they only said it was their task to disseminate the material which I know is not DO's intention at all which I can prove.

Also it's hard to believe they didn't know well that co-defendant Bartel had posted some 202 audio tapes in question on 4shared.com some 14 years ago as the account with the audios existed from 2008. But when Bartel posted those audios on 4shared.com in 2021 they knew about it days later because Bartel posted he'd done that on his blog, crlody.wordpress.com. There is evidence Mark and/or Sarah King and/or their lawyer(s) saw most everything Bartel posted on his blog as well as what I posted on my blog sawyerhg.wordpress.com because they were continuously gathering evidence they could use against him and I for the court case they often threatened me and him with continuously. There were a number of individuals who they heard from, who wanted the audios and who knew about the 4shared site and spoke about it with one another, that I have evidence of in email communications, namely, XF, Nisha, Jhnody, Stwody, Dave G. that even argued about more audios not being available. Plus there was the YouTube channel Heavensgatedatabase that had the Beyond Human Video series (Video Works) posted for many years and yet they never went after them but it seems they have some personal vendetta against me and my Fair Use of the materials. Thus I believe if by chance they actually didn't know about the 4shared posting of the audios they should have known if they expected to maintain their copyrights.

I downloaded some of the audios posted on 4shared around 2019 as there seemed to be different versions of a few audios that were made by DO in 1994, some of which are among the ones I played in the above listing in April and May of 2019 that I initially received from Rkkody on December 29, 1997 and January 6, 1998 that had a Common Law Copyright.

I have researched some of the laches cases and in some examples a plaintiff that delayed filing a lawsuit for Trademark infringement was seen by the defendant as indicating their use of a Trademark wasn't a concern. I did take Mark and Sarah's allowance of my playing of audio tapes and Bartels posting of audio tapes and others posting of same materials over years to mean they weren't that concerned about it. After all they were doing nothing for money and neither was I but there were some who were doing it for money, yet they allow them to date. I thought they realized it was DO's intention all along that they be shared far and wide and for free and they even say that but they also keep saying that I and Bartels sharing of the information is keeping them from providing the information, especially the audio tapes. Why are they so against the audio tapes? So when I received additional audio tapes from Jhnody in 2021, digitized tapes that Mark and Sarah King had sent to Jhnody (because Jhnody was going to only store them, they thought, I was surprised when they threatened me with a lawsuit and then went against Bartels posting more of them on 4shared.com where the 202 were posted for a number of years. Like I've said, I figured they overlooked trying to stop Bartel's 4shared.com offering. I have some theories of why posting these tapes from Jhnody angered Mark and Sarah King so much at that time. In any case, I have removed from public view all of these posts where I played audios on my 3spm YouTube channel. I

would delete them if the court ordered me to. DO's and TI's teachings are rich with knowledge and positivity. There is never any talk of any value to human suicide. If it's part of a settlement I will delete them entirely and create new original content from my 19 years of experience in TI and DO's group which by the way is some 7 years more experience in the group than neither Mark or Sarah King had so perhaps they have forgotten how strongly TI and DO expected people to, after they left their human vehicles, seek out all of their information and catalog it and even evolve from listening to those hundreds of audio tapes over and over. [See 3 examples of this intention in audio Tape 149 which was one that Rkkody gifted to me on December 29, 1997 and January 6, 1998).

Furthermore, none of the audios were played after the lawsuit was filed when I had received some minimal documentation that Plaintiffs had some audio tapes copyrighted back in 1997. Had I continued to play audios after being sued they could have accused me, though I would still fight it because their copyrights were obtained fraudulently and I believe they knew it.

52. In addition, Co-Defendants Steven Havel and Cathy Weaver have advertised and plan to sell or have sold t-shirts containing the Foundation's Trademarks including the trademarked design and word marks.

ANSWER: I admit that I posted images of 3 T shirt designs on my YouTube channel 3SPM for sale.  This was done AFTER Weaver and I set up a meeting with Mark and Sarah King and received an open ended Cease and Desist letter that gave no details at all what specifically I was to Cease and Desist from doing. They simply said "Mr. King and Telah are the keepers and guardians of the Content which also includes personal information, images, persona and more information regarding Heaven's Gate and its

members." In that letter they also stated that "You have in your possession a large number of materials that were illegally obtained from Mr. King and you have illegally made those recordings available to the public without my clients consent". In both examples, no specific materials were listed. It was general and I knew DO and Crew had sent files to up to 6 other former students besides themselves. At the time, their demands were beyond belief for me as they were treating me as if I had no personal interest in the material when in fact I am in many of the audios and video's often in a significant position within the Classroom, said by DO that I was an "elder" and "older member" who could help those that might come to gravitate to TI and Do's Teachings. Incidentally none of TI and DO's teachings encouraged anyone to take their own life but one wouldn't know that from media coverage, thus part of the reason all their teachings need to be available so the truth can be shown.

Cathy Weaver and I should have slightly modified the images Mark and Sarah trademarked which we will do in the future so that they don't resemble the trademarked versions. We wanted to keep them as close to what Ollody, member of the group painted as possible. Our main purpose for making shirts with images on them is to show this amazing artwork to people. Despite what many have been told, Heaven's Gate has an amazingly positive message that all people can live for. Again, nothing we do promotes human suicide. We do want to get help with our income so we don't have to work doing jobs in the world for money for food and gas, etc. as much, but this is hardly much of a business and we have lots of ideas that could never be challenged by anyone in their right mind. We only learned about someone else selling a Heaven's Gate keyhole/logo shirt when we went to a horror hound convention and met someone

wearing one like what we made. When we met with Mark and Sarah we took their document of demands to work under their authority and tried to reach a compromise. Part of that was to negotiate that anything we made using these trademarked images we would give a little to them for a penny on every dollar to start a negotiation. They rejected our offer and did not include a counteroffer. They don't want to work with us. They only want us to work under them. Here is what we made and sold:

a. We sold 4 T shirts using the Heaven's Gate keyhole logo that we learned was trademarked because of this lawsuit. Until this lawsuit I didn't know it was trademarked. Even when they gave me a Cease and Desist they were never specific as to what I needed to Cease and Desist. Plus they never used it commercially and I only learned about using when I went to a horror hound convention in Cincinnati in early 2022 when we saw someone wearing a T shirt using it. I'd been wanted to try to have a supplemental income to my social security for years so I figured, I actually believe in TI and DO and lived with them for 19 years and worked for them all that time so shouldn't I be allowed to use that image. Also, I had used that image on some of my YouTube channel screens for years of livestreams and Mark and Sarah knew well of my streams and never said anything about its use, though that was before I sold anything on the channel.

We paid $12 each for them and charged 32.50 for each that included shipping of $6 plus $3 or so for packaging and 1$ for gas to the post office so we made about $10 on each totaling $30.00. Note that they did not lose any sales as they don't sell the images or make products using the images. The trademark of this image indicates it was for digital usage. I don't know if what I used it for was considered digital usage.

b. Older Member CBE picture they have trademarked. I watched Ollody draw and paint this picture in the 1980's while in the group. Again, we could have used other images Ollody drew and painted but we liked this one because it was exactly what TI and DO describe as the way an Older Member of the Next Level Above Human would look like.

So many pictures of aliens are ugly and horrible looking, so I only wanted to use this one because it's exactly what TI and DO thought. There were other images of an Older Member painted by Ollody in the mid 1990's after I left the group. I wonder if I can use these. I could probably doctor it so I could use something similar. I've never heard that Telah has all the images trademarked. We also sold about 4 of these and paid $15 each for them and charged the same amount so had about a $7 profit for each totally about $28.00. I never advertised them beyond my 3spm YouTube channel and have since being sued only advertised the other T shirt design of a picture of TI and DO that I've seen no evidence was trademarked.

Mark and Sarah King have not made any products using this trademark, so it appears Laches and Delay are clear Affirmative Defenses as I have been using the CBE Image and the Keyhole Logo and the Words Heaven's Gate for many years and they have said nothing about it. Under trademark law if someone doesn't use their trademark, they could forfeit having it.

53. The sales of material containing the Foundation's Trademarks is likely to cause confusion that these t-shirts are affiliated with the Foundation.

ANSWER: I deny what I am doing would be "likely to cause confusion". DO never gave instructions that only Mark and Sarah King could use those images. I am as much representing TI and DO's information as Mark and Sarah do by hosting the website and actually far more than they since they never show their faces to anyone and I've done many many national and international and localized media spots. Why does everything have to be affiliated with the Foundation? If something is from TI and DO's Mind, it's from their Mind.

What about all the media groups who have used images of TI and/or DO? Mark and Sarah King even gave the media some of Ollody's images to use in documentaries but to a believer in them, like me, I can't have access to them? They are not making any money, they say, from these images anyway so there is no competition.

There are people using these images and I'd rather see them used than sit in a storage folder somewhere never seen by the public. TI and DO left a rich volume of both ideas and works and artwork and the world doesn't get to see hardly any of it because of the way they have been depicted.

I contend that the Foundation doesn't represent TI and DO's Heaven's Gate, TI and DO's information and their actions are the only true representations of them. Foundation was to be strictly a caretaker not an authoritarian regime holding onto their own sense of power.

Also I have learned that Ollody as Olliver Odinwood had copyrighted the 14 acryilic paintings he painted in 1982 and Mark King and probably Sarah King and I witnessed him painting some of but knew he had painted all of them, thus Mark King and Sarah

42

Kings Telah Foundation copyright of the CBE Lithographic Print is a forged copyright registration.

54. Upon information and belief, Co-Defendants Steven Havel and Cathy Weaver have created or are creating plush dolls based on images owned by the including "The C.B.E. (Celestial Being Entity)" and routinely use this image in on their YouTube channel and on t-shirts being sold by Co-Defendants Steven Havel and Cathy Weaver.

ANSWER: When we were asking Mark and Sarah to have permission to do certain things, (so they wouldn't sue me/us) when we met with them in November of 2021 in Phoenix at their lawyers office, when they surprised us with a Cease and Desist, we merely mentioned an idea we had to make a doll from the Older Member CBE picture and we proposed giving them 1 cent on every dollar we made, since we were putting out all the costs and efforts. They declined the offer and had no counteroffer. At that meeting Sarah seemed to turn up her nose at the very idea. But why not. People are making all kinds of ugly alien dolls. Why not give people a chance to see what TI and DO actually thought some of the more evolved true ET's might look like rather than images like in the movie Alien and Close Encounters and ET and Communion and Fire in the Sky, etc. However we never even drew up an image of a doll, let along construct a prototype. So they want to squelch all creative design using TI and DO's demonstrated creativity and art as the primary inspiration. They keep saying they have no such plans for such so it's not even about competition.

55. The creation of such derivative works and use in videos and on t-shirts constitutes copyright infringement of the Foundation's copyrights in its Art Work.

**ANSWER: However, I didn't know this image was copyrighted when I used them as I have been using them for nearly 20 years and Mark and Sarah King (Foundation) said nothing about it. Then all of a sudden, they decide to issue a potential strike on my channel for its use, of which YouTube did not hold up because I challenged it as Fair Use and won. Again, my channel is not monetized so my use of these images does not infringe on their profits as they don't have any anyway. Even when they tricked us into being issued a Cease and Desist in 2021 they didn't show us exactly what they had copyrighted and trademarked. They only said they "owned all their intellectual property" which I know isn't true so I totally distrusted things they would say.**

## COUNT I INFRINGEMENT OF U.S. COPYRIGHT REGISTRATION NO. SRU00298530

56. The Foundation hereby incorporates by reference each and every allegation contained in the preceding paragraphs as if fully set forth herein.

**ANSWER: As are the Answers thereto.**

57. Defendants' conduct infringes upon the Foundation's exclusive rights of reproduction and distribution that are protected under the Copyright Act.

**ANSWER: I never had any foreknowledge whether or not audio tapes were copyrighted by Foundation. I asked for their proof of DO's intention and Mark and Sarah King never showed anything. Mark and Sarah are not to be trusted. I was given some 202 audio tapes in digital format by Rkkody in December of 1988 and January of**

1999. Those audio tapes were listed as Common Law Copyright - allowing for copying them in part or in their entirety and sharing them with others as long as it wasn't for commercial purposes. I never did anything with them that involved any monetary exchanges. I was given some 900 digitized audio tapes by Jhnody in 2021. He received them from Mark and Sarah King. Jhnody like Rkkody was among the 8 former Members of the Group listed for one another to try to initially work with on the project of dissemination of TI and DO's Information which Mark and Sarah were tasked only with "dividing the items of value in storage among those who were inclined to perform the dissemination task. Some 1061, according to Marks words were some of the items of value in storage. DO gave no instructions to copyright those materials. Mark and Sarah King made that up and got one or two judges to go along with them because they had evidence of fiduciary responsibilities that Group tasked them to do. Foundation wasn't meant to own and/or regulate who could be given the audio tapes. DO was expecting the tapes to be copied and distributed. I was a key former member of the Group, working for DO as a public speaker in 1994. Foundation is infringing upon my rights to reproduce and distribute the audio tapes.

Foundation say they work for DO but all they have done over 25 years' time was to keep most of the tapes away from those like myself who have shown a desire to share them with others.

58. The Audio Works, recorded at the U.S. Copyright Office as Copyright Registration No. SRu00298530 are owned by the Foundation and have been owned by the Foundation continuously since 1997.

**ANSWER: As of this lawsuit I now agree that Foundation did copyright** as many as **486 audios but never informed myself of which exact audios were copyrighted and what kind of copyright it is.**

Furthermore, there is evidence there were not actually 486 audio cassettes in that "deposit" shown in the copyright registration because a number of tapes that were on the logfile were listed as "missing" or "damaged" and when Plaintiffs registered the copyrights in 1997 they hadn't received more audio tapes from San Diego County yet, so Plaintiffs need to provide the exact list of what was sent to the copyright office, otherwise they could be guilty of tampering with evidence in this case because the list they did provide by Court Order didn't resemble any of the original lists I was given by Rkkody from the box of audio tapes he retrieved from Storage, as every description for 1082 audio tapes says, "Various Discussions".

59. Each Defendant knew or had constructive knowledge that the reproduction and distribution of the Audio Works without the consent of the Foundation constituted copyright infringement.

   **ANSWER: I deny this. I asked for but was never shown in any way, shape or form the actual limited copyright and trademark proof until this lawsuit was filed and I still don't know exactly which audio tapes were part of that 486 tape deposits.**

60. Defendants' conduct was willful within the meaning of the Copyright Act, namely, it was intentional and with indifference to the Foundation's rights.

   **ANSWER: I deny this allegation. If I was indifferent to the Foundations rights I wouldn't have stopped playing audio tapes on my YouTube Channel when I did,**

because Weaver asked me to stop as a show of good faith when we planned to get together to meet to come upon an agreement. The facts are I didn't know which of the audio tapes were part of the "deposit of 486 tapes". I didn't even know how many audio tapes there were until Mark King said there were 1061. Plaintiffs recently updated how many audio tapes they have in their possession, 1082, except some tapes have two numbers for the same audio tape which Plaintiffs refuse to show their Master List to clear up.

61. The Foundation has been damaged by Defendants' conduct, including, but not limited to, economic and reputation losses. The Foundation continues to be damaged by such conduct and has no adequate remedy at law to compensate the Foundation for all of the possible damages stemming from the Defendants' conduct.

ANSWER: I deny there are any damages to Foundation because of any of my actions. Their reputation of going against DO's wishes is of their own making and my actions have nothing to do with them. They are simply embarrassed that I talk openly on my blog about their constant threats and their outrageous claims of complete ownership of all the Heaven's Gate intellectual property when I know and can prove that others also legitimately received some of the groups intellectual property. I deny they have any economic losses because of anything I have done. My YouTube channel, 3spm has never been monetized in any way for over 15 years so even when I play an audio tape from my personal collection there is never any money that changes hands because of playing it.

62. The Foundation hereby reserves the right, pursuant to 17 U.S.C. § 504(c), to elect to recover statutory damages for each infringement, in lieu of seeking recovery of actual damages.

ANSWER: I deny there are any statutory damages.

63. As Defendants' infringement was intentional and willful and as Defendants' conduct make this case exceptional, the Foundation is entitled to an award of statutory damages, exemplary damages, attorneys' fees, and the costs of the suit.

**ANSWER: I deny any alleged infringement was intentional and willful. I have as evidence Foundation never provided me with any documentation of what audios they had copyrighted. I also have evidence they allowed me to do what I wanted to do with the 202 audios Rkkody sent me on December 29, 1997 and January 6, 1998 over the course of many years after they had copyrighted some. I deny Foundation is entitled to any alleged statutory damages and/or exemplary damages, attorney fees and/or the cost of the suit.**

64. The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause the Foundation great and irreparable injury that cannot fully be compensated or measured in money. The Foundation has no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, the Foundation is entitled to injunctive relief prohibiting each Defendant from further infringing the Foundation's copyrights and ordering that each Defendant destroy all copies of Copyrighted Audio Works made in violation of the Foundation's copyrights.

**ANSWER: I deny I have caused or would cause the Foundation any injury whatsoever. I deny there is any basis for the court to enjoin and/or restrain me. If the court decides I can no longer play any of the audio tapes that we learn are among the "486 audios deposited" in Plaintiffs Exhibit A, when we actually know which ones they are among**

48

the 1061 (or now said by Plaintiffs as 1082) **Mark King has said he eventually received from storage, then I will voluntarily cease playing those on my 3spm YouTube channel. I have already ceased playing any tapes awaiting the Courts ruling on the matter. I have so much personal experience and memories from having been with TI and DO for 19 years that I can talk for hours about them. I prefer people hear TI and DO's voices. I would ask the court to order Mark and Sarah King to proceed with their announced plan of putting all the tapes up on Vimeo for free viewing as they have done with the Beyond Human Video Tape Series. I would then point people to their Vimeo channel to hear the audios and/or play them from that site if the court permitted me to do so, because I have a following that value some of my commentary from a first-hand witness.**

## COUNT II INFRINGEMENT OF U.S. COPYRIGHT REGISTRATION NO. PA0000867224

65. The Foundation hereby incorporates by reference each and every allegation contained in the preceding paragraphs as if fully set forth herein.

**ANSWER: As are the Answers thereto.**

66. Defendants' conduct infringes upon the Foundation's exclusive rights of reproduction and distribution that are protected under the Copyright Act.

**ANSWER: I don't agree or deny that Foundation has "exclusive rights of reproduction and distribution of the "Video Works" listed in Plaintiff's Exhibit B. This is because I don't have enough information on how Foundation used the limited legal authority they**

49

received from DO and Crew to move the registration of copyright from Total

Overcomers Anonymous Monastery copyright of 1992, as shown printed on the back of

each of 7 video tape jackets, (that I remembered the Group having while I was in the

Group and Mark and Sarah were not, that are still on the 7 video tapes Mark and

Sarah King sent me in about 2007), to The Telah Foundation. Perhaps the Group

started the Telah Foundation in 1996 and performed that registration update. However,

if that was the case then why did the type of copyright change from a Common Law

Copyright at some point, that Rkkody provided the evidence for in the Video CD he

sent me on December 29, 1997 and January 6, 1998? In any case for many reasons I feel

it was DO's intention that any of us former students and for that matter anyone should

have the freedom to send these tapes far and wide. There is ample evidence of this.

After all, I was on the crew that produced the videos with DO. The crew was Jnnody,

Lvvody, Jwnody (aka June) Lggody, Srrody and I, Swyody (aka Sawyer). One can see

me in the name Sawyer on 4-5 Sessions as one of DO's helpers with Jwnody, introduced

by DO as June as he introduced me as Sawyer. In Session one that I am a helper of DO

in, DO refers to June and Sawyer as "older members" who are able to teach others

about the teachings from TI and DO. So how is it that I am not allowed to share those

teachings with anyone?

Plus, there is no evidence DO wanted a new organization formed and that those

copyrights would be transferred to that new organization. Additionally, the original

master SVHS Beyond Human - The Last Call video tape series was mailed to Jhnody in

Venezuela by DO with a letter to him explaining how they hoped he would copy them

and share them with the media and share them with other people. Furthermore, I plea

in my defense the Affirmative Defense of laches and delay because these very same video tapes have been available to listen to and download on YouTube under the channel name, HeavensGateDatabase for close to 10 years now and only now in 2022 are Mark and Sarah claiming a copyright infringement. Not claiming a copyright all those years was giving me a clear signal that no one was breaking any copyright laws. Also, I was sent these digitized video tapes on a CD by Rkkody labeled 11-27-97 as shown on a CD that had a Common Law Copyright on it under Heaven's Representatives in which it stated they could be copied and sent to people as long as it wasn't done for commercial purposes. I have never sold them and my YouTube Channel has never been monetized.

67. The Video Works, recorded at the U.S. Copyright Office as Copyright Registration No. PA0000867224 are owned by the Foundation and have been owned by the Foundation continuously since 1997.

ANSWER: I don't have enough information to determine whether I admit or deny this statement because I don't know how Foundation arrived at moving the original copyright in 1992 from Total Overcomers Anonymous Monastery, which is what is printed on the tape jackets themselves that Mark and Sarah even sent me in about 2007 and moved that copyright to the Telah Foundation in 1997. Furthermore, I plea in my defense the Affirmative Defense of laches and delay because these very same video tapes have been available to listen to and download on YouTube under the channel name, HeavensGateDatabase for close to 10 years now and only now in 2022 are Mark and

Sarah claiming a copyright infringement. Not claiming a copyright all those years was giving me a clear signal that no one was breaking any copyright laws.

68. Each Defendant knew or had constructive knowledge that the reproduction and distribution of the Video Works without the consent of the Foundation constituted copyright infringement.

**ANSWER: I deny this allegation. This is a false representation as I never knew exactly which video tapes were copyrighted because Mark and Sarah King wouldn't show me that evidence while they had years of opportunity. Even in the Cease and Desist they served on me in November of 2021 they generalized what they had saying they owned all the Groups Intellectual Property and that whenever they challenged someone using what they legally have, the alleged offender would "run like cockroaches". They seemed to be basking in this newfound power they got from a couple Decent Decrees and didn't seem to care what their leader DO's intention for his information was. In fact in the agreement they wanted Weaver and I to sign they felt only they should be in control over all the information when we have direct evidence from DO that such was never their intention.**

69. Defendants' conduct was willful within the meaning of the Copyright Act, namely, it was intentional and with indifference to the Foundation's rights.

**ANSWER: I deny this based on my previous responses with the addition of the great time and energy both Weaver and myself put into fostering an agreement and my stopping playing tapes on my YouTube channel that shows anything but "indifference".**

**I also plead Fair Use as all of my efforts are strictly for educational purposes. I make no money on providing anyone with any of the Groups Audio Works or Video Works or Literary Works.**

70. The Foundation has been damaged by Defendants' conduct, including, but not limited to, economic and reputation losses. The Foundation continues to be damaged by such conduct and has no adequate remedy at law to compensate the Foundation for all of the possible damages stemming from the Defendants' conduct.

    **ANSWER: I deny Foundation has incurred any damages whatsoever from my actions.**

71. The Foundation hereby reserves the right, pursuant to 17 U.S.C. § 504(c), to elect to recover statutory damages for each infringement, in lieu of seeking recovery of actual damages.

    **ANSWER: I deny Foundation has any right to any alleged damages.**

72. As Defendants' infringement was intentional and willful and as Defendants' conduct make this case exceptional, the Foundation is entitled to an award of statutory damages, exemplary damages, attorneys' fees, and the costs of the suit.

    **ANSWER: I deny these allegations.**

73. The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause the Foundation great and irreparable injury that cannot fully be compensated or measured in money. The Foundation has no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, the Foundation is entitled to injunctive relief

prohibiting each Defendant from further infringing the Foundation's copyright and ordering that each Defendant destroy all copies of Copyrighted Video Works made in violation of the Foundation's copyrights.

**ANSWER: I deny this claim.**

## COUNT III INFRINGEMENT OF U.S. COPYRIGHT REGISTRATION NO. TXU000817732

74. The Foundation hereby incorporates by reference each and every allegation contained in the preceding paragraphs as if fully set forth herein.

**ANSWER: As are Answers thereto.**

75. Defendants' conduct infringes upon the Foundation's exclusive rights of creating derivative works that are protected under the Copyright Act.

**ANSWER: I deny this.**

76. The Literary Work entitled "How and when 'Heaven's Gate' (the door to the physical kingdom level above human) may be entered : an anthology of our materials", recorded at the U.S. Copyright Office as Copyright Registration No. TXu000817732 (the "Literary Work") is owned by the Foundation and has been owned by the Foundation continuously since 1997.

**Answer: The Literary Work in question was created by DO and his Group with a Common Law Copyright @1997 before Mark and Sarah King got involved and changed the copyright to the Telah Foundation. I have it in Mark Kings words that DO gave the Book described above to another former student, named Oscody in March of 1997 before they left this world. At that time the Book mentioned, termed here as the**

54

Blue Book had a Common Law Copyright on it that encouraged the copying of it in parts or as a whole as long as nothing is changed in its content and as long as it's not used for commercial purposes.

My Affirmative defense is that my usage was Fair Use since I never profited by putting some of the book into an audio book format and that Foundation had no plan for financial gain from it anyway so nothing was lost by my making it into an audio book. As an Elder Member of the Group tasked with communication of TI and DO's teachings, I wanted people who were blind to have the ability of hearing the content of the Book

77. Defendants Weaver and Havel know that the creation of a derivative work, such as an audio version, of the Literary Work without the consent of the Foundation constitutes copyright infringement.

ANSWER: I deny knowing that reading the free and public words from the Heaven's Gate Book is a copyright infringement. I believe it's Fair Use.

78. Defendants Weaver and Havel know that the public performance and the recording of public performances (and subsequent dissemination of such) of the Literary Work without the consent of the Foundation constitutes copyright infringement.

ANSWER: I deny knowing that creating an audio book was a copyright infringement as I thought Mark and Sarah King wanted people to hear TI and DO's teachings so considered it fair use. Afterall, the book was for sale on their website and on that website the entire book was given away as a zip file of the text download, which is how

it was set up by the Group's web site creators in the Group. So if anyone can have the book for free then why wouldn't one allow an audio book to be made for free?

79. Defendants' conduct in creating a derivative work and publicly performing and distributing copyrighted works is willful within the meaning of the Copyright Act, namely, it was intentional and with indifference to the Foundation's rights.

**ANSWER: I deny a reading of parts of the Book is a derivative work and that there was any intention or indifference towards Foundations rights.**

80. The Foundation has been damaged by Defendants' conduct, including, but not limited to, economic and reputation losses, and the loss of control of its copyrighted material. The Foundation continues to be damaged by such conduct and has no adequate remedy at law to compensate the Foundation for all of the possible damages stemming from the Defendants' conduct.

**ANSWER: I deny there has been any damage whatsoever to Foundation because of my conduct.**

81. The Foundation hereby reserves the right, pursuant to 17 U.S.C. § 504(c), to elect to recover statutory damages for each infringement, in lieu of seeking recovery of actual damages.

**ANSWER: I deny that Foundation has any damages and therefore nothing to recover. There is no evidence of losses due to injury or loss (Statutory damages).**

82. As Defendants' infringement was intentional and willful and as Defendants' conduct make this case exceptional, the Foundation is entitled to an award of statutory damages, exemplary damages, attorneys' fees, and the costs of the suit.

**ANSWER: I deny any intentional and willful infringement or any infringement at all as the use constitutes Fair Use. It appears The Telah foundation wish to punish me and Weaver and Bartel (Exemplary damages) for doing the work they were supposed to do for DO. This seems to be more about some personal vendetta that we don't see them as the ultimate authorities over all of TI and DO's teachings. I received 19 years of their teachings so even if I lose the right to share certain information I will continue to speak from my own experience.**

83. The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause the Foundation great and irreparable injury that cannot fully be compensated or measured in money. The Foundation has no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, the Foundation is entitled to injunctive relief prohibiting each Defendant from further infringing the Foundation's copyrights and ordering that each Defendant destroy all copies of Copyrighted Audio Works made in violation of the Foundation's copyrights.

**ANSWER: I deny there has been any injury to Foundation because of my actions. If the court should rule against my ability to share TI and DO's information with the world, I'll just continue to write my own book about my own experience. Thus there is no need for an injunction. For instance, the Heaven's Gate Website still provides the ability for someone to freely download and/or copy and paste almost it's entire content. This is the**

57

way DO had it designed because DO didn't want money to stand in the way of the provision of the information to whoever goes after it.

## COUNT IV INFRINGEMENT OF U.S. COPYRIGHT REGISTRATION NO. VA000877834

84. The Foundation hereby incorporates by reference each and every allegation contained in the preceding paragraphs as if fully set forth herein.

**ANSWER: As are Answers thereto.**

85. Defendants' conduct infringes upon the Foundation's exclusive rights of creating derivative works that are protected under the Copyright Act.

**ANSWER: I deny infringing on Foundations rights to do whatever they want to do with the CBE image. I contend that I have the right to create certain derivative works without the threat of lawsuits. Who exactly is the judge of what constitutes a "derivative work?" They are near impossible to work with as they have no respect for my having any rights at all. There has to be room for Fair Use. However, I will not use that C.B.E. image again. There are other images created by DO's crew that I suppose are not copyrighted. However, how do I know what is or isn't copyrighted if I'm never informed. It's not like I do what I do in a box. Mark receives notifications from my sawyerhg.wordpress.com blog posts and from my sawyer.heavensgate Facebook page posts and from my 3spm YouTube channel postings.**

86. Upon information and belief, Co-Defendants Steven Havel and Cathy Weaver have created or are creating plush dolls based on images registered as VA000877834 entitled "The C.B.E. (Celestial Being Entity)" (the "Visual Work") which is owned by the Foundation and has been owned by the Foundation continuously since 1997.

**ANSWER: I deny we ever did more than talk about creating dolls that looked similar to the CBE. I didn't even know what they had copyrighted or trademarked exactly because they wouldn't ever show me what they had. They would only say over and over they owned everything the group had which I knew was not true and could prove. However I nor Weaver even drew up an image of a doll, let alone construct a prototype. I have used the C.B.E. image on my YouTube channel but I have marked all of the livestreams and video's that used that one tiny image private and will delete them if I must as ordered by the court. I do not make any money on my YouTube channel so I don't know why it's so important that I never use that image or have to enter into some formal agreement to use that image. There are many people using that image. If one goes to the Roswell UFO museum there is a compilation of images and that image is one of them. Perhaps the Roswell museum got clearance to use it. It's history. Cathy and I did seek to compromise with them so we could use that image and others but Mark and Sarah, when we met with them in their lawyers office to try to talk things out, tricked us into issuing me/us a Cease and Desist from any use of any of what they claim is "their" material they got from the group. And in addition they included an agreement that gave dozens of stipulations to each use of any of "their" material yet gave no detailed list of what the items were.**

87. Defendants Weaver and Havel know that the creation of a derivative work, such as an these commercial dolls, of the Visual Work without the consent of the Foundation constitutes copyright infringement.

**ANSWER: I deny knowing how that lithographic image may be used but have no plans to use the one they have trademarked and have no plans to make a doll as that was mostly comedic in the first place.**

88. Defendants' conduct in creating a derivative work is willful within the meaning of the Copyright Act, namely, it was intentional and with indifference to the Foundation's rights.

**ANSWER: I deny creating any such work so there is no intentional usage, or with indifference to the Foundation's rights.**

89. The Foundation has been damaged by Defendants' conduct, including, but not limited to, economic and reputation losses, and the loss of control of its copyrighted material. The Foundation continues to be damaged by such conduct and has no adequate remedy at law to compensate the Foundation for all of the possible damages stemming from the Defendants' conduct.

**ANSWER: I deny there have been or will be any damages to foundation because of my actions. I have only sold 4 T Shirts that might fall under the category of Trademark infringement and at the time I didn't know what trademarks they had and didn't have**

60

**as they would say often they owned all the Groups intellectual property and I knew that wasn't true and I could prove that.**

90. The Foundation hereby reserves the right, pursuant to 17 U.S.C. § 504(c), to elect to recover statutory damages for each infringement, in lieu of seeking recovery of actual damages.

    **ANSWER: I deny that there are any damages thus no recovery.**

91. As Defendants' infringement was intentional and willful and as Defendants' conduct make this case exceptional, the Foundation is entitled to an award of statutory damages, exemplary damages, attorneys' fees, and the costs of the suit.

    **ANSWER: I deny that any perceived infringement was intentional or willful or that there are any statutory or exemplary damages.**

92. The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause the Foundation great and irreparable injury that cannot fully be compensated or measured in money. The Foundation has no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, the Foundation is entitled to injunctive relief prohibiting each Defendant from further infringing the Foundation's copyrights and ordering that each Defendant destroy all copies of Copyrighted Audio Works made in violation of the Foundation's copyrights.

    **ANSWER: I deny my conduct is causing or will cause Foundation any injury. I deny there is any need for injunctive relief or prohibition of my actions following my learning exactly what items are unlawful for me to make Fair Use of.**

## COUNT V CONTRIBUTORY INFRINGEMENT BY HAVEL AND WEAVER

93. The Foundation hereby incorporates by reference each and every allegation contained in the preceding paragraphs as if fully set forth herein.

**ANSWER: As are Answers thereto.**

94. Defendants' conduct constitutes contributory infringement upon the Foundation's exclusive rights of reproduction and distribution that are protected under the Copyright Act.

**ANSWER: I deny my contributing to another defendants alleged infringement upon what Foundation claims they have exclusive rights to reproduce and distribute that they say are protected by copyright.**

**I had no knowledge of what exact audios or videos or images were copyrighted by Foundation until this lawsuit gave some ideas of. I still don't know which of the 1000+ audios are in the deposit of 486 tapes copyrighted in Plaintiff's Exhibit A. I was gifted audios by Rkkody in 1997 and 1998 that were copyrighted by Heaven's Representatives using a Common Law Copyright allowing for copying them and sharing them or parts of them with anyone as long as it wasn't for commercial purposes and it never has been for commercial purposes except for the sale of 4 T shirts that I've since stopped selling and made a total of no more than $40 from and that I tried to come to an agreement with Foundation about beforehand. I plead the Affirmative Defenses of laches and Fair Use as I had been playing many audios Foundation could have warned me about since 2011 and more in 2019, plus some 202 audios had been on 4shared.com for some 10 years that Mark King said they let slide from seeking to halt. Thus they gave me the impression they weren't concerned. After all I was perhaps the most publicly visible**

62

provider of TI and DO's information for many years and had the most experience in the Classroom and the most evidence of being a public speaker and teacher of TI and DO's material. I also proved that there was no danger of anyone killing themselves from having access to TI and DO's teachings and also proved that there was no new Group or "cult" and nothing being done illegally or against anyone. Plus there is a huge amount of evidence I was doing exactly what TI and DO wanted to happen, especially following their exit from this world.

95. In particular, with respect to Defendant Bartel's direct infringement, through posting the Foundation's copyrighted material on the 4Shared website, Defendants Havel and Weaver actively induced, caused, and materially contributed to that infringement by sending him stolen copies of the Audio and Video Works that were in the possession of Defendants Havel and Weaver.

ANSWER: I deny there was anything stolen. That is a completely false accusation, even a lie to deceive the court and I hope Foundation is held accountable for publicizing such a lie.

I deny that Weaver had anything at all to do with my sending audio tapes Jhnody sent me to Bartel who posted some on the 4shared.com site. I didn't even meet Weaver until September of 2021 and it was months before then that I received the gift of audio tapes from Jhnody.

The Audios I had were gifted to me by Rkkody on December 29, 1997 and on January 6, 1998 and from Jhnody (who includes a deposition) who received them from Mark and Sarah with no formal agreement on what he was to do with the approximate 930

audio files that included the 202 the Rkkody had given to me. I deny giving Bartel any Video Works. I deny that Weaver had any Video Works. Bartel already had over 200 audio tape files that he got directly from Rkkody in 1997 and/or 1998 when he worked with Rkkody in sending them to people which Mark and Sarah were threatening lawsuits against even then which was all before the Kings had possession of the contents of storage that contained the remaining 500 or so audio tapes that hadn't at that time been copyrighted by anyone.

96. Defendants Havel and Weaver sent the stolen copies of the Audio and Video Works to Defendant Bartel knowing that he would be copying and redistributing the Foundation's copyrighted material.

**ANSWER: I deny anything was stolen. I deny that Weaver even knew me personally when I sent gifted audios to Bartel. I deny having any conversation or knowledge of what Bartel would do with the audios I sent to him from Jhnody that Mark and Sarah King gave to Jhnody.**

97. Defendants Havel and Weaver's conduct was willful within the meaning of the Copyright Act, namely, it was intentional and with indifference to the Foundation's rights.

**ANSWER: I deny that there was any willful intention or indifference to the Foundations rights. I didn't know what they had copyrighted. I did know what Rkkody had sent me that was copyrighted. I also knew what Rkkody and Mark and Sarah had sent me that had been copyrighted by the Group/Class way back in 1992 (Beyond**

Human Series) and 1997 (some 202 audio tapes). I deny Weaver had anything to do with any of my actions, many of which took place before I even met Weaver.

98. The Foundation has been damaged by Defendants Havel and Weaver's conduct, including, but not limited to, economic and reputation losses. The Foundation continues to be damaged by such conduct and has no adequate remedy at law to compensate the Foundation for all of the possible damages stemming from the Defendants' conduct.

**ANSWER: I deny there is any evidence of any damage from my conduct, economic and/or reputation losses. Foundation should be refused all claims of damage and for compensation and should be made to pay for the great losses Havel and Weaver have suffered by their callous and frivolous vindictive lawsuit.**

99. The Foundation hereby reserves the right, pursuant to 17 U.S.C. § 504(c), to elect to recover statutory damages for each infringement, in lieu of seeking recovery of actual damages.

**ANSWER: I deny there are any damages Foundation should recover but should be liable for the damages they caused.**

100.   As Defendants Havel and Weaver's infringement was intentional and willful and as Defendants Havel and Weaver's conduct make this case exceptional, the Foundation is entitled to an award of statutory damages, exemplary damages, attorneys' fees, and the costs of the suit.

**ANSWER: I deny there was any intentional and willful infringements, and that Foundation is entitled to any award of statutory, exemplary damages or attorney fees**

and the cost of this suit. The Cease and Desist presented to Havel and Weaver in 2021 did not include any evidence of copyrights or trademarks. Nor did they provide evidence of their "Consent Decree" and even that document generalizes the "intellectual property" from the storage room. They showed no list of exactly what audio tapes are included in the copyright registration [Plaintiff Exhibit A] that only says the "deposit is 486 audio tapes" while according to Mark King there were 1061 audio tapes they had. It is only with this lawsuit did I see that registration of the audio tape library [Plaintiff Exhibit A] and the Trademarks and copyrights of Video tapes and the CBE lithographic print had been registered. Plus there is evidence of what audio tapes weren't in storage when they got the Consent Decree.

101.   The conduct of each Defendants Havel and Weaver is causing and, unless enjoined and restrained by this Court, will continue to cause the Foundation great and irreparable injury that cannot fully be compensated or measured in money. The Foundation has no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, the Foundation is entitled to injunctive relief prohibiting Defendants Havel and Weaver from further infringing the Foundation's copyrights and ordering that each Defendant destroy all copies of Copyrighted Audio and Video Works made in violation of the Foundation's copyrights.

**ANSWER: I deny that there is any need for injunctive relief because:**

**- I have stopped playing all audios until I can learn exactly which audios were copyrighted** and if those that were copyrighted were legally copyrighted.

- I have marked livestreams with audio's played on them private pending a court order to delete them.

- there never were any videos in question

- I have removed the offering of two of three T shirt designs that are in question and will come up with unique T shirt designs

- I wish to keep my YouTube channel so have no desire to break any of Foundations copyrights or trademarks if they are proven to be legitimately registered, now that I will know which items are prohibited from my Fair Use.

In terms of the audio tape playing on my YouTube channel there is no monetary gain as the channel is not monetized.


## COUNT VI CONSPIRACY TO COMMIT COPYRIGHT INFRINGEMENT

102.   The Foundation hereby incorporates by reference each and every allegation contained in the preceding paragraphs as if fully set forth herein.

**ANSWER: As are Answers thereto.**


103.   As described above, each Defendant engaged in a concerted action with other Defendants to reproduce and distribute the Foundation's Audio and Video Works by sending each other stolen copies of these works and then uploading these Works to the internet to be downloaded by anyone.

ANSWER: I deny engaging with either Weaver or Bartel to reproduce and distribute the Foundations audio and video works. I didn't even know Weaver at the time when I acted alone to send Bartel the audio tapes Jhnody sent me. I deny anything was stolen from anyone. Rkkody gave me on December 29th 1997 and January 6, 1998 4 CD's in total that contained: 202 audios and the 7 Beyond Human videos (with 1992 TOA Monastery copyright) (Video Works) and 4 other videos plus the Heaven's Gate Website that contained the Heaven's Gate Book (Literary Work) then called the Blue Book, the forerunner to the Purple Book, all on 4 CD's that had the Common Law Copyright to Heaven's Representatives @1997 on them (which was the same copyright shown on the Blue Book the Class bound) and described in readme.txt files in the cd's. Then in 2021 Jhnody sent me some 930 audios on a pen drive from where he lives in Venezuela because he didn't want to just hide them away as Mark and Sarah King wanted to do. He had received them from Mark and Sarah King over a year's time or so. Mark and Sarah also had given him some 80 audio cassette tapes from the Class years before then. Jhnody also was sent a letter by DO in March of 1997 at the time of their decease, along with the 7 original Master SVHS Beyond Human Video tapes with instructions to use them to make copies to send to the media and to anyone he chose to send them to free of charge. That was the project DO gave to all who wanted to serve him after his departure.

104.    By so doing, the Defendants constructively agreed to engage in the unlawful reproduction and distribution of Foundation's copyrighted works.

**ANSWER: I deny there was any constructive agreement to engage in any unlawful reproduction and distribution of Foundations copyrighted works. Mark and Sarah King would never inform Bartel or myself of exactly what they had copyrighted so how were we to know what we could share with people when we knew it was DO's intention to share his information far and wide after he left.**

105.   In furtherance of this civil conspiracy, Defendants committed overt tortious and unlawful acts by copying the Works to distribute amongst each other and to distribute over the internet and were willful participants in this joint activity.

**ANSWER: I deny any Civil Conspiracy. In fact, Bartel and I did not get along at all. I have a great deal of evidence of how Bartel was my biggest critic. He was against my keeping a blog and against my putting music to DO's talking and against my talking about my experience of 19 years on my 3spm YouTube channel and against my adding commentary to audio tapes I played.**

106.   As a proximate result of this conspiracy, the Foundation has been damaged, as is more fully alleged in Counts I–IV, above.

**ANSWER: I deny there was any conspiracy whatsoever and thus no damage because of this imaginary conspiracy. Also re: Weaver. She didn't want the audios as she was concerned they were copyrighted because she was aware of Mark Kings threats of lawsuit against me in the spring of 2021 from my Sawyer.Heavensgate Facebook page posts and from my 3SPM YouTube channel livestreams that Mark King came into and**

69

spoke with her about then. She was a huge force in my life after we got together to try to bring Mark and Sarah King and myself together. She orchestrated our meeting in Phoenix in November of 2021. She was communicating with Mark King a great deal via email up until that meeting at their lawyer's office. She was added to a Cease-and-Desist letter though she had never participated in any of the alleged infractions as we barely knew each other, and she was simply a welcomed guest to my livestreams. She had sought to hear audios from Mark and Sarah King and did receive 1 at a time which frustrated her. She was witness to being told there was nothing to do but study the material to get reincarnated in about 1000 years' time, none of which was information that came from TI and/or DO's Mind. She wanted to meet them and thought if I met with them face- to- face we would get along. Bartel didn't know Jhnody had been considering sending the audio tapes he had to me as I didn't want to tell him about what Jhnody had until Jhnody approved of my telling him, and after I received them. By the way, Jhnody was named in the Letters to Mark and Sarah King (aka Mrcody and Srfody aka Mrc and Srf) as one of 6 other former students DO hoped could work together on the "project" to disseminate TI and DO's information that included the audio tapes from storage that Rkkody (Chuck Humphrey)_ and Oscody (Wayne Parker) retrieved in March of 1997 that Rkkody copyrighted under the name "heaven's representatives" as shown on the CD's he sent me.

## COUNT VII FEDERAL TRADEMARK INFRINGEMENT

107.   The Foundation hereby incorporates by reference each and every allegation contained in the preceding paragraphs as if fully set forth herein.

ANSWER: As are Answers thereto.

70

108.    The Foundation is the owner of all rights in the Trademarks.

> **ANSWER: I admit Foundations obtained some trademarks but don't know if they did so to serve DO or themselves and if their lack of use constitutes their loss of such trademarks. I only learned what they allegedly owned because of their provision of the documents in this suit which was after any alleged infringement because they would never tell me what they actually trademarked and copyrighted when I asked for that information.**
>
> **I also don't know if their Trademarks apply and were legitimately obtained according to trademark law since they did not create any of the Material and have no written signed and dated documents to prove the Group intended them to copyright and/or trademark anything.**

109.    Defendants Havel and Weaver have used the Trademarks in connection with their YouTube channel and in connection with selling T-Shirts in a manner that is likely to cause confusion, to cause mistake, or to deceive, in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

> **ANSWER: I deny knowing what Foundation had trademarked and copyrighted as whenever I asked Mark and Sarah King, even formally with a Lawyer present in 2021 when they served myself and Weaver a Cease and Desist they would fall short of being specific as to what they had. I admit I did display the keyhole image on my YouTube channel 3spm many times on certain screens I used over the 10 plus years I've had the channel, but until this lawsuit revealed the actual trademark documentation, I had no knowledge it was a trademarked image. Perhaps I'm not understanding the law in this respect but in examining the Trademark**

documentation for the Keyhole logo drawing, there was no infringement for use of this image on T shirts since it's Int. Cl.9 is described as: CLASS 9: Digital media, namely video tapes and DVD's featuring religious and spiritual information. So I have stopped using that digital image on my YouTube channel. I have also stopped offering for sale the T shirts that use a modified Keyhole/logo image, until I learn if that trademark applied to T shirts. I did display the CBE image on a number of my screens on my YouTube channel 3spm. However, at the time I had no foreknowledge it was trademarked by Mark and Sarah Kings TELAH Foundation though on a number of occasions I asked them for the evidence of what they had trademarked but they would never show me that evidence. Mark would say on several occasions that they owned all the Intellectual property the class had. I'd heard they were granted by a judge some possession of the contents of storage, but when I asked for that documentation and what material it included I got no response so I thought they may be blowing smoke. I didn't know if ownership meant having a trademark and those materials were like part of my "Families" possessions since I was a member of the Class for 19 years. Even so my 3spm channel was not monetized so the use of those two images had no financial bearing on anyone. And since my channel was all about the education opportunity regarding what TI and DO taught and did, I believed use of images was purely educational FAIR USE and in no way could cause confusion as to where they came from which I often would explain so don't know where that idea of causing confusion comes from. There are other images I can use to replace the use of the CBE image and Keyhole image and because Foundation is trying to keep us from even using derivative works, I will

simply create my own designs. One T shirt remains on my 3spm channel for sale. It's a picture of TI and DO from 1976 that is in the public domain. Foundation had been threatening me and others for literally years so I didn't trust they weren't lying as to what they actually had as I knew they both had thought they were meant to be the only possessor of TI and DO's material while I knew that DO wasn't wanting any one person to own it all in such a way as to not share it with others who sought to learn about them. Also, re: the CBE lithographic painting. In a pamphlet that Rkkody had sent me with the CD's containing 202 audios and the Beyond Human Series and the Book and more that was given a Common Law Copyright @97 that he sent me in 1997 and 1998, it showed some items he was selling to help him to be able to give away the audios and videos and Book and maintain the Web sites the group had left for him to manage. He was selling T shirts, one of which had that picture of the Older Member CBE image on it. And he was selling mugs with the Keyhole logo on it as well. Rkkody knew what his Older Member DO wanted.

110.   The use by Havel and Weaver is unauthorized, is likely to continue, and is likely to cause substantial injury to the public and to the Foundation, and the Foundation is entitled to injunctive relief and its attorneys fees and costs under the Lanham Act.

ANSWER: I deny anything I have done causes any injury to the public. Mark King not too long ago accused me of encouraging suicide and that is a big lie that is very very easy to back up. Not a livestream goes by where I don't state emphatically my and DO's Position Against Suicide and how we humans need our human bodies to learn lessons through. That's the way it was designed by the Creators. Since I've had a YouTube channel (3spm) and the Heaven's Gate information has been available in

degrees since around 2000 no one has committed suicide because of what DO and Crew said and did. There have been many thousands who have committed suicide for all manner of other reasons that had nothing to do with TI and DO's teachings. I could see how Mark and Sarah were affected by being seen as running a website that is linked with being a Suicide Cult. I've been accused of that as well. But there is no truth to it. There is no cult and there is no suicide. So I would ask them in what way could what I do "cause substantial injury to the public?" and to the Foundation. After all, they host the website that is pretty strange for most to wrap their heads around and I bet many people would say they are the cause of substantial injury to the public by existing, though in reality TI and DO's teachings that can be heard throughout the audio tapes are totally supportive of human's achieving positive growth by remaining in their physical vehicles (bodies) for as long as they can.

111.     Havel and Weaver's infringement of the Trademarks, as aforesaid has caused and is likely to continue to cause irreparable harm to the Foundation.  Unless restrained and enjoined by this Court, Havel and Weaver will persist in their infringement, thereby causing the Foundation further irreparable harm.

ANSWER: I deny I will continue to infringe upon Foundations rights, now that I am getting the help from the courts to sort out exactly who has what rights to what. It's in my interest to keep my YouTube channel going and to find ways of supporting its continuance and growth by making T shirts that don't infringe upon Foundations rights.

112.   The Foundation is entitled to, among other relief, injunctive relief and an award of actual

damages, Havel and Weaver's profits, enhanced damages and profits, reasonable

attorneys' fees, and costs of the action under sections 34, 35, 43 of the Lanham Act, 15

U.S.C. § 1116,

1117, 1125 together with prejudgment and post-judgment interest.

**ANSWER: I deny Foundation is entitled to any relief whatsoever and as they have said**
**in many of these paragraphs I've had to painstakingly answer to there are no "actual**
**damages". I would agree to give Foundation approx. $40.00 in profits from the sale of 4**
**T shirts that had the CBE image printed on them. If the Keyhole Logo is determined to**
**be infringing on that Trademark, then that would add another $40.00 in profits from**
**the sale of about 4 of those shirts. I barely got started with the T Shirt business and**
**initially with Weaver's help on this one project tried hard to work out a deal with Mark**
**and Sarah King that we would give them some of the profit, but they didn't want a**
**"piecemeal" deal. They wanted total control over what I and Weaver did which I can**
**document. They even wanted to own our patents should we create any and even hold**
**our children responsible for paying their lawyer fees, etc. for this action they brought**
**against us if we broke any part of the agreement. Their list of demands was so long and**
**so all-encompassing that there was no way anyone would agree to it, so they more or**
**less forced us to go at it without their approval. And since I didn't know exactly what**
**they had trademarked and what they had copyrighted and how those registrations**
**might apply to making T shirts, I chose to have some T shirts made with the CBE image**
**on them which looking back I see might have been a mistake. I have ceased selling those**

T shirts but have ideas for other images to use and seek the courts permission to do so, so we are not regulated by the likes of Mark and Sarah King (Foundation), who by the way aren't selling anything related to the CBE image and have no documentation from DO and Crew to have obtained a copyright over that image that I ever heard about. However, I had been using that very same CBE image on a number of my livestream screens on my YouTube 3SPM channel over many years and they said nothing about it and I find it hard to believe they never became aware of that usage but failed to say anything to me or show me the trademark they used in this lawsuit. I was present in the Group when Ollody drew and airbrushed that image and many others. I believe because of this significant delay in bringing this point up I may qualify for a laches affirmative defense.

113.     The Foundation has no adequate remedy at law.

ANSWER: I Agree there is no remedy at law and I deny there is any genuine basis to seek out some remedy at law. There have been no financial damages. Mark and Sarah King (Foundation) have only diminished their "reputation" by taking this highly offensive action against me who can show reasonable evidence deserves equal opportunity to have access to all of TI and DO's Information, as can be shown has been TI and DO's intention for many years and especially since their departure from their human bodies.

## DEMAND FOR JURY TRIAL

The Foundation requests a trial by jury on all issues so triable.

**ANSWER: I also request a trial by jury on all issues so triable.**


## PRAYER FOR RELIEF

WHEREFORE, the Foundation prays for judgment against the Defendants, and each of them, as follows:

A.  For entry of a preliminary injunctions, temporary restraining orders, and permanent injunctions providing that each Defendant shall be enjoined from directly or indirectly infringing the Foundation's rights in the Video and Audio Works, the Literary Work, and the Visual Work including without limitation by using the internet to reproduce or copy the Video and Audio Works, to distribute the Video and Audio Works, or to make the Video and Audio Works available for distribution to the public, or to publicly perform the Video and Audio Works or the Literary Work, or to create derivative works of the Literary Work or the Visual Work except pursuant to a lawful license or with the express authority of the Foundation. Each Defendant also shall destroy all copies of the Video and Audio Works that Defendant have in their possession, any and derivative of the Literary Work or Visual Work created, and shall destroy all copies of those downloaded audiovisual works transferred onto any physical medium or device in each Defendant's possession, custody, or control;

**ANSWER: I deny there are any grounds for injunctions, temporary restraining orders, and permanent injunctions or that there is any basis to enjoin the Defendants in any way to any of these potential orders by the Court.**

**I deny any requested limitations on the use of any of the materials listed unless the Court specifies exactly which ones.**

B. For actual damages or statutory damages pursuant to 17 U.S.C. § 504, at the election of the Foundation;

**ANSWER: I deny there are any grounds for the award of any alleged damages to Foundation.**

C. For an order of impoundment under 17 U.S.C. §§ 503 and 509(a) impounding all infringing copies of the Foundation's Video and Audio works, Literary Work, Visual Work, or derivatives thereof, photographs or other materials that are in Defendants' possession or under their control;

**ANSWER: I deny Foundation has any right to impound any of the Video and Audio works, Literary Work, Visual Work, or derivatives thereof, photographs or other materials that are in my possession or under my control.**

D. For actual damages and profits of Defendants along with the costs of this action, pursuant to 15 U.S.C. § 1117;

**ANSWER: I deny there are any damages to Foundation. I deny Foundation should be awarded with any of my profits from the sale of a handful of T shirts with the CBE image on them as until this lawsuit Foundation, even when asked many times would not provide specific documentation of what copyright they actually had, thus any usage was Fair Use and as of this suit I have ceased selling those T shirts.**

E. A trebling of all damages pursuant to 15 U.S.C. § 1117;

**ANSWER: I deny Foundation should be awarded with any damages.**

F.     A finding that this case is exceptional under 15 U.S.C. § 1117 and an award of attorneys

fees;

    **ANSWER: I deny there are any grounds to award Foundation their attorney fees.**

G.  For an order that Defendants are jointly and severally liable to the Foundation in the full

    amount of the Judgment on the basis of a common law claim for civil conspiracy to commit

    copyright infringement;

    **ANSWER: I deny any "civil conspiracy" to commit copyright infringement. They say**

    **the Defendants are "severally liable" which I understand means any one of the three**

    **Defendants will be equally responsible for what the others are judged guilty for, that is**

    **punished by financial judgement against any one of them. This term is primarily**

    **related to suing a company where there are more than one "partner". Perhaps this is**

    **why they were trying to claim the Defendants were "conspiring". There is no evidence**

    **of a conspiracy as there was no communications between Havel and Bartel, or**

    **communication between Havel and Weaver regarding the Audio Works thus no**

    **conspiracy without communication.**

       H.  For an award of compensatory damages in favor of the Foundation and against

Defendants, jointly and severally, in an amount to be determined at trial;

**ANSWER: I deny there are any grounds for the award of any damages to Foundation.**

I.   For the Foundation's costs;

**ANSWER: I deny there are any grounds for the award of any of Foundation's costs in this suit.**

J.  For the Foundation's reasonable attorneys' fees;

> **ANSWER: I deny there are any grounds for the award of any of Foundation's attorney fees.**

K.  An award of pre- and post-judgment interest on each and every monetary award; and

> **ANSWER: I deny there are any grounds for pre- and post-judgement interest on any monetary awards.**

L.  For such other and further relief as the Court deems proper.

> **ANSWER: I deny there are any grounds for any relief whatsoever.**

## HAVEL'S DEFENSE TO THE CLAIMS FOR RELIEF

Stephen Havel, Defendant respectfully asks this Court to reserve the right to amend, supplement, restate and/or withdraw any of these defenses or to assert additional defenses. Furthermore by characterizing the following as defenses, Stephen Havel Defendant does not admit that he bears the burden of proof on any of the issues raised by the following defenses.

## I.   INTRODUCTION

Heretofore my usage of the terms or phrases:

-"TI" (pronounced tee or tea), aka PEEP and/or TE refers to Bonnie Lu Truesdale Nettles).

-"DO" (pronounced doe or dough), aka BO refers to Marshall Herff Applewhite.

-"Older Member(s)" primarily refers to TI and/or DO, aka Teachers with the exception of when DO referred to Defendant Havel, aka Sawyer as an "elder" and "older member," along with saying the same about June in the Beyond Human Video tape Series Session One, and on rare occasion in certain Audio Tapes which wasn't in the same context with the way TI and DO are Older Members.

(DO considered TI his Older Member, Teacher, aka Heavenly Father)

-"Next Level" aka Level Above Human, aka Kingdom of Heaven, Kingdom of God, Evolutionary Kingdom Level Above Human, Physical Many Membered Kingdom in deep outer space, the literal heavens (elevated areas above the earth), Creators of the Earth and all it's inhabitants.

-"ody" name extension. Every Student who became a serious Student in TI and DO's Classroom took or received a new name when they joined that was shortened and given an "ody" (last name, or extension) that indicated that they were adopted into their Next Level

Above Human Family. However, being adopted didn't mean the Student would remain in that Family.

-"The Class" or "The Classroom" or "Crew" or "Group" refers to those who chose to be the Students of TI and DO who were among those who chose to exit their human bodies by their own hands in March of 1997 with DO. Since DO was intricately involved with everything his Students did, IF Students repeatedly demonstrated over years that they wanted to adopt his Teaching when documents from them were signed, "The Class" and/or "Your Friends" it was including DO's guidance in what they said. (This is especially applicable to the Letters sent to a number of former Students like Mark King and Sarah King in FedEx packages received by them on March 25, 1997 the day DO and The Class expected that their human vehicles (bodies) were deceased.

Names of former Class Members, aka dropouts who each chose to either no longer follow procedures so were sent out of the Class by TI and DO in 1976 (19 Students, including:

-Jhnody aka Juan, aka Francisco Falcon)

Or were sent out of the Class by DO in 1987:

-Mrcody aka Mark King - Foundation (Plaintiff)

-Srfody aka Sarah King - Foundation (Plaintiff)

or chose to leave the Group over the years:

-Swyody aka Sawyer, Steven Havel, (Defendant) - Left in September of 1994.

-Crlody aka Carlan, Jason Bartel, (co-Defendant) - Left around October of 1994.

These received FedEx packages from The Class on or after March 25, 1997 containing one or more Letters with instructions and parts of the Groups Intellectual Property and in a few cases money to the tune of about $10,000.00 each to help with the **DISSEMINATION PROJECT:**

Were to receive funds for Dissemination Project in addition to Intellectual property in their FedEx packages:

-MRC/SRF, aka Mark King and Sarah King, Foundation

-RKK, aka Rkkody, Chuck or Charles E. Humphrey (deceased)

-OSC, aka Oscody, aka Oscar (deceased)

Received Letter(s) and Physical and Intellectual Property:

-JHN, aka Jhnody, Juan, Francisco Falcon (lives in Venezuela)

JHN returned to the Class in 1993 but left again but remained in service in 1997. In his FedEx package he received 7 Original Master SVHS Video Cassette tapes on or about March 25, 1997 along with a Letter from DO and The Class to feel free to give them to the media and/or anyone who is interested.

JHN was given in March of 1997 Away Team patches, a number of copies of the original Blue Book that the group published with an ISBN number that had a Common Law Copyright on it that is what was posted on the Heavengate.com website Mark and Sarah King took over from Rkkody after Rkkody died.

-NEO, aka Neody, Rio D'Angelo (not his legal name) was given in March of 1997 at least 2 video tapes a letter and the directions to the Mansion at Rancho Sante Fe where the Group deceased their vehicles (bodies).

-FLX/ABL aka Flxody/Ablody (deceased) were given at least two videos and a letter in March of 1997 by DO and Class directly.

-OSC – aka Oscody, Oscar legally Wayne Parker (deceased) was given at least 2 video tapes, a letter and in that letter or another instructions to register one of the versions of the Book with the Library of Congress

## II. BACKGROUND

I joined with TI and DO on September 14, 1975 and left of my own volition nearly exactly 19 years later in September of 1994. When I joined for about 9 months we held public meetings. We would set up a meeting and advertise it with posters on bulletin boards and media if we could get it and simply talk about what TI and DO taught. Any that wanted more information would stay to receive answers to their questions. If they wanted to join they were told we were living in tents in state parks, etc. and they could meet us in the next town where we planned to give a meeting. This ended in late June of 1976 when TI and DO called that process to a halt. We gathered in Wyoming and lived outdoors until around 1980 and then moved into houses and got jobs and then in the late 1980's felt to once again explore going public with the information that had been growing and growing all those years.

This entire time of years both TI and DO were having Students write, put into their own words to describe what they believed and what they were learning by changing their behaviors and ways. Ti and DO said a big part of our task was to: Deposit Thoughts and to

84

leave Our Information behind after they left the earth (in whatever way that developed to happen) hopefully by being picked up by a Next Level physical Spacecraft), so all humans could have access to it if they wanted it.

Starting in 1982 or so, TI and DO had started us recording audio tapes of the meetings they would give to their student body of which I was present. Mark and Sarah were present until they left in 1987 so they missed the many meetings of DO racking his brain for how to go public again and to whom.

After we tried different ways of bringing our information to the public again, first by DO writing a booklet called, "'88 Update - The UFO Two and Their Crew" that we bound ourselves and sent to various UFO organizations and Spiritual groups.

Then DO examined sending just two students town to town to speak on the Groups behalf. DO decided that Jwnody and I (Swyody, aka Sawyer) might be the two and had us make a video presentation that we uploaded to a Satellite TV feed on a Christian network. There was no response.

Then in 1992 DO felt to make the Beyond Human Video Tape Series and uploaded it to a Satellite TV Station and you can see that Jwnody and I (aka Sawyer, aka Swyody) were DO's Helpers on it and he even referred to us as "elders and older members" that could help any future students. Because of that Video tape series we began corresponding with people all over the planet. We were called Total Overcomers Anonymous Monastery and the video tapes series was copyrighted but with a unregistered (as far as I know) Common Law Copyright so that it wasn't used for commercial purposes. I provided to the Court as an exhibit, pictures of the Beyond Human – The Last Call Video tape jacket that show the

copyright to Total Overcomers Anonymous Monestary which though unregistered, because they are the Creators of the work automatically have a (common law) copyright on.

Then in 1994 DO decided to send us all out to once again after some 17 years to hold public meeting all over the U.S. and Canada. I was assigned to be a Group Overseer and public Speaker and representative of TI and DO's information to the Media.

But I was having some difficulties following certain procedures so that after that 9 months of public meetings where I spoke to many media groups and in many public meetings, I decided I needed to leave to get a grip on why I was having such difficulties. I left them in September of 1994 and started a family though I traveled all over meeting with former dropout Class Members including with Mark and Sarah King and Rkkody.

In 1997 after the Group deceased themselves, I reluctantly felt I needed to tell my story so I sheepishly went to the media. It wasn't until after the 9/11 events that I decided I needed to seriously write about my experiences and then began to learn about all that transpired in the aftermath of the Groups exit from this world.

## III. THE COMPLAINT FAILS TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED BECAUSE:

**1. re: Audio Work,** Video Work, Literary Work, Visual Image Work, Defendant was gifted with Heavens Gate's intellectual property by Charles E. Humphrey aka (Rkkody) in 1997 and 1998 in the form of 5 CD's that had a Common Law Copyright to Heavens Representatives on them, using the same format as The Group used on their Heaven's Gate Book (Blue Book) containing:

-re: Audio Work - Approximately 202 digitized Audio Tapes, (presumably the first of the total of 486 audio cassette tapes that Rkkody retrieved from Storage on March 27, 1997, that are listed by Plaintiff as Audio Works when they copyrighted them.

-re: Video Work - 11 digitized Video Tapes that included Plaintiffs Video Works, The 7 tapes of Beyond Human - The Last Call Series, plus Planet About to be Recycled, Last Chance to Evacuate Earth, DO's Final Exit and Students Exit Statements

-re: Literary Work - The text of the Heaven's Gate Book "How and when 'Heaven's gate' (The Door to the Physical Kingdom Level Above Human) May Be Entered" (that originally had a Common Law Copyright in it's first and/or second and third revision by The Class, the first two versions referred to as "The Blue Book," the version Mark and Sarah King won from their lawsuit by Consent Decree in 1999 against Rkkody's daughter Kathy M., Charles M. Humphrey (Rkkody) and Rkkody's Right to Know organization DO had him set up, that the Kings filed a lawsuit against quickly after Rkkody deceased himself to not have any challenge to claiming the Materials he received directly from DO by March 25, 1997 that he therefore rightly owned.

- The Heavensgate.com website code and data that included the Heavens Gate Book, (I believe version 1, the Blue Book version, several of which were sent to Rkkody and Jhnody by DO that Jhnody gave me one of) as a zip file for free download by users of the website and/or other copies of that website the Class coded that Mark and Sarah King used when Rkkody was still in his human vehicle (body). (Rkkody was the first webmaster of the Classes Websites as instructed by DO and Crew in the Letter Rkkody received from DO's Class).

- Rkkody's Website - Rkkody.com code and images and documents from DO that were not all in the Heaven's Gate website or in the final version of the Book (Purple Book) or in any version of the Books as far as I know.

(Incidentally, there is a rumor that Mark King and/or Sarah King question whether Crlody was ever in the Group, thus I wish to admit to this record proof positive that Crlody was in the Group for actually many reasons but perhaps best documented in that part of the content of Rkkody.com that Rkkody sent to me on his CD's in 1997 included two documents, one of which were entitled, "Who is Rkkody" and the other was entitled, "Who is Crlody". I believe I recall Mark King and/or Sarah King saying that they didn't believe Crlody (co-defendant Jason Bartel) was ever in the Group, thus this is clear evidence that he was as Rkkody would have never included him on his website.)

- re: Visual Artwork - Many images from the Group to include the CBE (Older Member) image and Keyhole Logo image Mark and Sarah King (Foundation) later trademarked and accused me of using unlawfully (Art Works).

(See Exhibit 1 - Rkkodys gift to Sawyer in 1997 of Heaven's Gate Classroom Teachings - Audio Tapes Vol. 1-2 Copyright Registration SR0000251498)

2. re: Audio Work - Defendant was gifted with Heavens Gate's intellectual property by Jhnody (aka Francisco Falcon):

a) in 2021 with approximately 930 digitized audio tapes that Jhnody was given as a gift from Mark and Sarah King (Foundation).

(See Exhibit 2 - Jhnody's gift to Sawyer in June of 2021 of approx. 920 digitized audios on a pen drive he received from Mark and Sarah)

b) re: First Version of the Heaven's Gate Book – thus Literary Work (as the third version) - In 2023 Jhnody also gifted to Havel (sawyer), in person in Savannah, Georgia an original gold embossed "Blue Book" DO sent him several copies of that has a Common Law Copyright in it's pages just like the copyright Rkkody included on his CD's encouraging the copying of the entire book or parts of the book as long as it's not for commercial purposes.

3. Defendant was aware that the intellectual property Rkkody sent to me was registered with a Common Law Copyright that approved of anyone copying the contents of those CD's entirely or in part for dissemination as long as they are not used for commercial purposes.

4. Defendant was never informed by Mark and Sarah King what exactly they had copyrights for and what they had trademarked and how my usage and dissemination had any ill effect on their own usage and dissemination and/or sales. They would only say they own all the Intellectual Property which I knew for a fact was not a true statement so I quickly saw the handwriting on the wall from them that they were looking down on me and wanted to be the only ones disseminating the Groups Intellectual Property which I can prove by email exchanges I've had with them over the years.

5. Re: Literary Work, Defendant was never informed, though asked about what exact instructions they received from DO on what kind of copyright verbiage would go in the Heaven's Gate Book. aka The Purple Book that was reformatted from the Blue Book. I have evidence Mark said that not one jot was changed in the Blue Book and it's apparent that the copyright page was changed from a Common Law Copyright to a copyright to the Telah

Foundation only. They could have kept both Copyrights which I know because that's what I did with my Book entitled, "TI and DO The Father and "Jesus" Heaven's Gate UFO Two Witnesses"

DO DEEMED ME WORTHY TO BE AN "ELDER" AND TYPE OF "OLDER MEMBER" TO HELP OTHERS LEARN ABOUT ALL THAT TI AND DO AND CREW SAID AND DID AND WHY.

6. I was clearly identified by DO, whom was admitted to be OUR same Teacher, (presumably Spiritually, Scientifically and Religiously) by Mark King (aka Mrcody, Mrc) and Sarah King (aka Srfody, Srf) (Foundation) to be:


7. An "elder - older member" in the Group,

(See Exhibit 3 - DO shows trust in Sawyer as a Disseminator and Speaker of TI and DO's Information and his Media History)

8. Identified by DO as a public "Speaker,"

(See Exhibit 3 - DO shows trust in Sawyer as a Disseminator and Speaker of TI and DO's Information and his Media History), on DO's behalf

9. Speaker before many National and International media groups, (see Exhibit 3 - DO shows trust in Sawyer as a Disseminator and Speaker of TI and DO's Information and his Media History in document: Sawyers public speaking history page 1 of 2 and 2 of 2), with the Group in 1994 and

(See Exhibit 3 - DO shows trust in Sawyer as a Disseminator and Speaker of TI and DO's Information and his Media History), on DO's behalf

10. On behalf of the Group in 1997 as the primary Face representing TI and DO's teachings to millions of people worldwide to date through many documentaries by the BBC, National Geographic Channel, HBO Max, ABC's 2020, Heavensgate Podcast on iTunes with millions of downloads, CNN, BBC, CBS 60 Minutes, Larry King Live, Good Morning America, The New York Times, Newsweek, Time magazine, The LA Weekly and many more radio, TV and Internet broadcasts.

(See Exhibit 3 - DO shows trust in Sawyer as a Disseminator and Speaker of TI and DO's Information and his Media History), on DO's behalf

11. On my 3SPM YouTube Channel and Blog at SawyerHG.wordpress.com and Facebook page at: Sawyer.Heavensgate, I have been disseminating TI and DO's information for over 10 years to include playing audio tapes, reading from the Heaven's Gate Book posted on the Heavensgate.com website and from the files of that Book available for free download that Plaintiffs never complained to me about my doing.

12. Yet my 3SPM channel has never been monetized so Foundation has not lost any revenue since they don't or at least didn't at that time sell anything besides the Purple Book they had a hand in publishing, but that the Group sent them money to publish as revealed in one of the Letters Mark and Sarah King received from the Group and as I understand it are or were selling Video Tapes from the Group, which they were instructed not to do in Judge Lisa Guy Schalls 1999 Settlement Agreement with Telah Foundation.

13. I have tried over many years to work with Mark King and Sarah King. They treat me like a pion and renegade to their Self-confident thoughts instead of opening up to what TI and DO would say and do based mostly on what their left behind information actually says.

14. It is clear by many evidences that TI and DO and Crews intentions were to disseminate all their information to whoever wants it.

15. I didn't have any evidence of what Foundation had copyrighted or trademarked until this lawsuit and I have ceased selling two of the T-shirt designs and in total have profited no more than $40 to $80 by them to date.

16. Never have even sketched out a design for a doll.

17. There is no conspiracy between defendants. I am not Bartel's friend. I don't communicate with him unless he criticizes me which he often has done and I responded to as evidenced by many of my blog posts. Because of this lawsuit we do have communications and finally met face to face for the first time as co-defendants.

18. I can be heard in many of the audio tapes so these tapes are like my family tapes.

19. Mark King and Sarah King did not create any of the Trademarked or copyrighted works or I doubt any of the items in storage.

20. I have removed all alleged offending audios and use of trademarked images on my YouTube channel and Facebook page and Blog pending the Courts decision.

**ADDITIONAL DETAILS IN MY DEFENSE:**

21. Defendant demands proof of any damages to their reputation (except where I pointed out many lies Mark King and/or Sarah King told various media groups like Gizmodo, that I wrote **http://sawyerhg.wordpress.com** blog posts critiquing and providing evidence from TI and DO and Crews writings, videos and audios for, which probably is in large part one reason for this Complaint against me) or to their ability to compete for sales or actual damages due to lack of sales of anything or to their reputation. Yes, they have been saying for decades they would post the audio tapes and never have so they have a reputation of saying one thing and doing another thing. There have never been any damages except those brought on by themselves or because they didn't act on DO's instructions soon enough.

22. The CD's I received from Rkkody were registered with the copyright office at that time as having a Common Law Copyright in May of 98, directed as being free to copy parts of or in total to disseminate as long as it's not for commercial purposes.

(See Exhibit 1 - Rkkodys gift to Sawyer in 1997 of Heaven's Gate Classroom Teachings - Audio Tapes Vol. 1-2 Copyright Registration SR0000251498)

23. I have never sold any of the Heaven's Gate Intellectual Property I was gifted for over 20 years. Nor have I monetized my 3SPM YouTube channel where I have played some of the audio tapes over the years.

24. Rkkody (RKK) had the authority from DO and Crew to Retrieve the contents of Storage that contained the 1061 (Mark King recently updated to 1082) audio tapes. He was mentioned in the Letters from The Class to Mrc/Srf (Mark and Sarah King (Foundation)) and was tasked by DO and Crew to be the primary on initially handling the HeavensGate.com

website. By private communication he was tasked by DO to create the Right to Know address and business entity.

(See Exhibit 4 - The Letters From The Class to Mrc Srf Rkk JHN - Project and Intention for each Believer to Disseminate ALL Their Information)

25. The very title DO gave RKKODY of "Right to Know" showed DO's Mind on the subject of our all having the "Right to Know" the truth on all things which includes the story of TI and DO in the great depth that the Audio Files demonstrate.

26. Rkkody received a Fed X package from DO on March 25, 1997 just as Mark King and Sarah King did. Rkkody is often mentioned as a task partner to Mark and Sarah King yet Mark turned against him because he wanted to share TI and DO's information with the World as he knew DO wanted.

27. In the Letter from The Class (aka DO and Crew) to MRC/SRF (Mark King and Sarah King aka Foundation) they received in their FedEx package on March 25, 1997, Rkkody was named among others to work with at least initially on the Dissemination Project. In specific he was also suggested to help with the retrieval of the contents of several storage rooms. It was suggested he retrieve a truck they owned from one storage room to use to get the contents of the other storage room. That storage room contained most of The Classes Intellectual Property not sent to various former students in FedEx packages, namely 1061 (later Mark and Sarah King said were 1082) audio cassette tapes of the internal class meetings that took place from 1982 to 1997. Also in the Letter it suggested Rkkody and Oscody help with the retrieval of that Storage Room.

(See Exhibit 4 - The Letters From The Class to Mrc Srf Rkk JHN - Project and Intention for each Believer to Disseminate ALL Their Information)

28. Mark and Sarah King (Foundation) have said on a number of occasions that they sent Rkkody and Oscody to the storage room. Rkkody's manuscript provided to Jason Bartel that I also possess shows a slightly different story that Mark and Sarah King were relinguishing the tasks DO gave them.

29. Mark and Sarah King (Foundation) have said that Rkkody and Oscody left the storage room with a box of 486 audio cassette tapes, leaving the other boxes behind.

30. Mark and Sarah King (Foundation) have said that Rkkody then went to Denver where he copied some of the audio cassettes. He then gave the masters to Mark and Sarah King (as I understand it from Crlody (co-defendant Jason Bartel) was before he tried to leave his vehicle the first time)

31. Meanwhile San Diego County located the storage rooms and confiscated whatever was in those storage units.

32. Then Rkkody digitized the tapes he had and put them on CD's and they were sent to people including me.

33. On October 27, 1997 Mark and Sarah King as The Telah Foundation copyrighted 486 audio tapes.

34. On May 13, 1998 Kathy M. (Rkkody's daughter) d.b.a Right to Know registered 2 CD's under number: SR0000251498 for preexisting audio tapes. The CD's included 202 digitized audio tapes plus the other items on the cd's as described in paragraph 3 above. Rkkody gave

away the Audio and Video CD's but designed T shirts, mugs and Away Team patches for sale to pay for his costs of production and mailing of free CD's. (In the Judge Guy-Schall court case they depicted Rkkody as a third party trying to sell things from the group for profit when that was a complete lie).

35. On March 6, 1998 Mark King and Sarah King, days after Rkkody died by his own hand sued Kathy Morea, (Rkk's daughter), Charles "chuck" Humphrey and Right to Know for an 840 Trademark use, as 840 was at that time related to Advertising, marketing and promotion services. It was settled on May 11, 1999 because Kathy was pro se and couldn't mount a defense. The Kings were awarded with a "version" of the Book he had and they got the website Heavensgate.com back from her and Mark King told me they also sued for "issues on a master of the 200+ audio tapes" Rkkody had. In a settlement, they got a Consent Decree over these things and over the Intellectual Property though I don't have a inventory of what was included in that definition and know I can't count on Mark and Sarah King to provide it as they always stand in the way of being transparent with what they have, which I have many examples of.

JHNODY KNEW TI AND DO WANTED PEOPLE TO HAVE ALL THEIR INFORMATION

HE COULD NO LONGER STAND FOR MARK AND SARAH KINGS HIDING AWAY THE AUDIO TAPES

Perhaps Mark King and/or Sarah King are planning to sell the audio tapes even though Judge Guy-Schall ordered them not to.

36. Then on June 1, 2021 former Class member Jhnody (aka Francisco Falcon) decided to gift me with approx. 930 digitized audio tapes on a pen drive that I think included all of the 486 audios (212 or so) I got from Rkkody in 1997 and 1998. Mark King and Sarah King (Foundation) had been sending them to him a few at a time over a long period of time, in their minds for storage overseas since he was in Venezuela.

(See Exhibit 2 - Jhnody's gift to Sawyer in June of 2021 of approx. 920 digitized audios on a pen drive he received from Mark and Sarah)

37. Many years back Mark and Sarah King sent him about 80 audio cassette tapes. This seems to show that Mark and Sarah King were attempting to abide by The Classes instructions in the Letter to them from March 25, 1997 in their FedEx packet that said they were to "divide the items of value [audio cassette tapes retrieved from Storage] among those who were inclined to disseminate their information.

38. I can provide evidence in emails where Mark and Sarah King were telling me that they would have sent me audio tapes as well if I would have agreed to not share them with anyone and just keep them for personal use, though that was nowhere to be found as a stipulation by DO and Crew of who to give some of the audio tapes to. They were making these things up.

39. Jhnody was also sent a FedEx by DO that arrived on or about March 25, 1997. His name with Rkkody's and the others; Flxody, Ablody, Neody and Oscody were all listed in the Letter sent by DO and Crew to Mrc/Srf (Mark (Mrcody) and Sarah (Srfody) King (Foundation) spelling out that Mark and Sarah could hopefully work with some of them at least initially on the project of disseminating their information. Mrcody and Srfody were listed as "former members" as were all except for Oscody who was considered by DO to be a

"current member" yet Mark King and Sarah King even of late tell people they are the only "current members", another lie.

40. Swyody (Sawyer, Havel) and Crlody (Carlan, Bartel) were not listed because in Sawyers case DO gave me at least three clear chances from 1995-1997 to show DO that I still wanted to be of some service even though, like the others I couldn't seem to handle the requirements of being in the Classroom and I didn't take those opportunities. Both Mark King and Bartel have criticized me for not getting involved with what was going on after the Class left sooner.

41. At some point Jhnody listened to audio tape 149 in which on three occasions TI and/or DO said that they expected the public, after they left, would be looking for the tapes and anything they could find to learn about who these Two were. This reminded Jhnody that to leave the audio tapes rich with TI and DO's teachings in some storage room was plain wrong and against DO's wishes. So he sent them to me as he knew I would disseminate them. At first he didn't want me to send the pen drive to Crlody as Mark King had forbid him sending them to either of us. I told Jhnody that I would send them to Crlody so if that was a stipulation then don't send them to me. Like Rkkody, I knew they were meant to be shared with the public as within these tapes there is a great wealth of knowledge and demonstration of wisdom and compassion and love and vision and positivity for all human kind that want to become more filled with goodness from our Creators.

42. But despite what Mark and Sarah King thought about what I would do with the audios - just post them on the internet for anyone to have - for over 10 years that I was disseminating the audios that Rkkody gifted me I was always very choosy about who I gave them to. I

never just posted them for anyone to get to. But even if I had, so few people would know they existed unless they searched them out. They weren't meant for all people. They were only meant for those that sought them out. In my opinion with ample evidence, Mark and Sarah simply slipped into thinking they had become the gate keepers of who was worthy to have them.

43. Also along with the FedEx (or whatever delivery service) package Jhnody received from DO and Crew were 7 SVHS Beyond Human Original Master tapes. This is just one of the pieces of evidence that Mark and Sarah King don't own all the Heaven's Gate Intellectual property that they claim.

44. Mark King and Sarah King (Foundation) were caught in a number of partial and total mistruths and mistakes regarding:

a) Instructions DO and Crew gave them for what to do with the "items of value" in storage (The 1061 (or 1082) Audio Tapes).

The instructions were to "divide" the items of value (audio tapes, plus) among those who were inclined to disseminate their information, not become the overlords of who gets to disseminate it and see it and how they choose to disseminate it. They have often said they wanted the world to have TI and DO's information but then insist that they and only they are the avenue for that dissemination which is upside down according to many things TI and DO have said that is documentable.

b) Why they left the Group (Heaven's Gate)

They have not been forthright as to the circumstances of their being sent out of the Class in 1987. One of the reasons I believe they hate me is because when they would talk about this to media in the few interviews I saw that they did, I would correct them and that embarrassed them I believe. I was present and Bartel also learned in the Class and from a number of Audio Tapes the circumstance of why they were sent by DO out of the Class. I don't enjoy hearing about my failure in leaving but I have to be transparent about it.

c) What there was to do after DO and Crew left

d) Giving people a time frame for the start of a new civilization

e) Referring to Rkkody as having failed and that he "absconded" with the audio tapes

f) Their thinking DO meant for only them to disseminate their information

If they knew the content of the Book and recalled what was taught for all the years they were in the Class they would have known the way Rkkody and others knew that the Dissemination task was meant to be done by all would be Students as their primary task at this time for the Next Level. Crlody, (Co-defendant Bartel) was in the Class for some months and knew this. I knew this.

g) Their thinking that they know how DO would think about suing me/us

This is another over self-confidence demonstrated part of the reason DO sent them out of the Group as evidenced in many audio tape clips, another potential reason Plaintiffs don't want the audios made public.

h) By going against DO's wishes and not going to the storage unit with Rkk/Osc. However, that was just a mistake but when asked about it, he said he had to go to San Diego to identify

bodies which I know, though helpful showed that his priority wasn't what DO wanted and because of that choice he had to go through all kinds of problems getting the Intellectual Property from Storage because locks were put on the Storage rooms by the County. It would have been a matter of one day and most all the students had Id on them and we learned that they didn't actually go to San Diego then and instead sent San Diego county their list of the decedents.

i) For telling me that TI would "slap me silly" if I got on an airplane without being vaccinated. (From 19 years with TI and DO, to say something that confident about what TI would say about something like that shows they have lost sight of the great distance there is between any of our Minds and the Minds of TI and DO. It shows why DO had to mute Mark King while in the Class because he had become a "Trail Boss" among fellow Students and there are no Trail Bosses in the Next Level. One of the reasons he was sent out of the Class was because of this arrogant self-confidence).

j) When the Court ordered Plaintiffs to supply two lists of the identity of all the audio tapes they had, one list with the 486 listed that had a registered copyright and the other list the audio tapes that were never registered as copyrighted, they provided deceiving lists that listed all the tapes descriptions as "Various Discussions" instead of using the robust descriptions the Group provided them that because of Rkkody have one such list of.

For these reasons and many more, I don't trust much of anything they say.

45. We have the Letter instructions from The Class on what MRC/SRF (Mark and Sarah King) aka Foundation aka Plaintiffs and/or with RKK and OSC to help them were to do to

retrieve the "items of value" in the storage room at: Private Storage Systems at 2421 Barham, Escondido, CA

"It is our desire that any items of value that are retrievable by you be divided among those who feel inclined to disseminate our information. Any of the funds you retrieve can be used towards that end and for the living expenses of those involving themselves with this project." (See Exhibit 4 - The Letters From The Class to Mrc Srf Rkk JHN - Project and Intention for each Believer to Disseminate ALL Their Information)

Mark King said he eventually got possession of 1061 Audio Tapes from that storage unit. (Mark King and Sarah King have of late changed that to 1082, but even that is not necessarily a real count because of the missing tapes in the log file from the Class)

So one of the only tasks Mark and Sarah King were to do with the Intellectual Property they got from storage was to "divide" them among those who are inclined to disseminate our information" and I have proved beyond a shadow of a doubt that I have disseminated their information for over 20 years so deserve to be equally able to have access to all the intellectual property retrieved from storage.

46. Mark and Sarah King (Foundation) have no actual damages and have made their own statutory damages and I don't deserve to have to pay exemplary damages to punish me because they don't know how to share or to be enjoined with the other two defendants to any injunctions. Whatever the court orders I will either abide by or appeal. There is also no competition or confusion by any of my usage of materials.

47. Mark and Sarah King (Foundation)'s reputation was ruined because they have twisted TI and DO's intention for the handling of Intellectual Property they were given to divide among

those who were inclined to disseminate the Classes Information. Instead they have mutated the instructions into Their being in total control over the fate of all the Heaven's Gate Intellectual Information. They deem themselves the only ones who should do the dissemination task ignoring how DO wanted each person to disseminate their information.

48. I hold a firm Position Against Suicide that I've said in every one of my livestreams over years. I have talked people out of human suicide. Mark King in an email accused me of "killing teenagers" and yet when confronted with that statement at their lawyer's office in November of 2021 had nothing to say about it. That is slander and is a criminal act to accuse someone of such a thing when the opposite is actually true - I have talked some out of suicide.

49. There is no new Cult or Group. There are no new leaders to take DO's place. There is no baiting anyone to believe in TI and DO so they can be led into some dark path afterwards. I have operated for over 20 years in the public arena and there is no evidence contrary to any of these statements. I don't need to have followers. I've never done anything to cater to people to gain subscribers to my YouTube channel. My channel has never been monetized and has grown very slowly. On my Sawyer.Heavensgate Facebook page I never ever seek out "friends". I generally accept all friend requests unless it seems obvious they are sex bots or the like.

50. Since Mark King and Sarah King, Plaintiffs, never provided the Courts with any legal documentation (Assignments) from the Class and the Letters they had were not signed and dated and the Powers of Attorney they received from The Class, that were voided upon the decedents death they had nothing to give them any legal authority over any of the Classes

Intellectual Property as Judge Lisa Guy Schall ruled in her decision against their claim to possess any of the Classes Intellectual Property, thus their copyrights are all invalid and need to be withdrawn and I should receive relief according to my Counter Claim.

51. Since Mark King and Sarah King never provided the Courts with any legal documentation from the Class that was signed and dated that shows Mark King and/or Sarah King (aka Mrc and/or Srf, or Mrcody and/or Srfody) were employed by The Group/Class to justify claiming they were part of a Work for Hire justification to transfer the copyrights the Group automatically held (because they were the Creators of the Intellectual Property) their copyrights are all invalid and need to be withdrawn and this case dismissed and I should be provided relief as outlined in my Counter Claim.

52. Since Mark King and Sarah King, Plaintiffs, copyrighted the CBE Lithographic Print in 1997 knowing it was Ollody's (aka Olliver Odinwood, legally David Cabot Van Sinderen, Oll) artwork, yet in the registration did not check the box yes or no on whether that work was a work for hire and didn't respond honestly regarding that image being copyrighted before they did when it had been in 1982, and they learned about that as late as 1999 but probably much earlier and could have corrected it with the copyright office, their copyright of said artwork should be ruled invalid and I should receive relief according to my loss of revenue for stopping using the image on T shirts and according to my Counter Claim. (See Exhibit 16 Copyright vau000041610 by olliver odinwood of 14 paintings including the CBE Older Member and Saturn Rings on 11-18-1982)

## IV. AFFIRMATIVE DEFENSES

**A. Pertaining to Counts 1, 2 and 3, even if Plaintiffs copyrights are proven legal and upheld by the Courts, DEFENDANTS USAGE AND DISTRIBUTION IS JUSTIFIED AS FAIR USE AND LACHES AND DELAY AND CERTAIN  APPLICATIONS OF ESTOPPLE**

### 1. FAIR USE: 17 U.S. Code § 107 - Limitations on exclusive rights

Notwithstanding the provisions of sections 106 and 106A, the fair use of a copyrighted work, including such use by reproduction in copies or phonorecords or by any other means specified by that section, for purposes such as criticism, comment, news reporting, teaching (including multiple copies for classroom use), scholarship, or research, is not an infringement of copyright.

In determining whether the use made of a work in any particular case is a fair use the factors to be considered shall include (Summaries of the Fair Use doctrine below come from https://fairuse.stanford.edu/overview/fair-use/four factors/)

(1) the purpose and character of the use, including whether such use is of a commercial nature or is for nonprofit educational purposes;

(i.) My entire usage of TI and DO's Intellectual Material, cited by Foundation as;

- Audio Works (486 digitized audio tapes)

- Video Works (7 Video Tapes entitled Beyond Human - The Last Call

- Literary Work - The Book referred to as the "Purple Book" entitled "How and when 'Heaven's gate' (The Door to the Physical Kingdom Level Above Human) May Be Entered"

were used by me and provided to people who asked for it, and were broadcast parts of

over my livestreams without any monetary gain on my part. My YouTube channel

has never been monetized. None of what I've done has threatened Foundations

monetary gain from said works. My usage was strictly educational, scholarly and for

research purposes.

Therefore I meet the first condition for the Fair Use of an alleged copyrighted work.

(ii.) Plaintiffs were giving away the same information so what is the difference who

gives it away if that is fulfilling the intentions of the Creators of that Information. For

example:

Co-Defendant Cathy Weaver, who contacted Foundation (Mark King and/or Sarah

King, Plaintiffs) via their email address, rep@heavensgate.com, long before she had

any relationship to defendant Havel, asked to have access to audio tapes and reported

Foundation sends people who ask for Audios, one audio at a time and then if they ask

sends them the next one. Weaver said she had to agree not to share them with others

and if she did won't receive another. She reports that she didn't always have time to

listen to the audio tape before the link to that tape that Plaintiffs provided expired and

she'd have to ask for that same tape again. She received the link on her cell phone and

the cell phone had a technical problem so she needed to buy a new one and again lost

access to that audio tape link and had to ask again for that one file.  She could have

easily recorded the tape herself so she could listened to it however many times she

wanted but she didn't want to go against what Mark King and/or Sarah King required

of her – she didn't want to fall in disfavor with them in case she wouldn't have been able to hear any more tapes.

(iii.) Mark King and Sarah King told Cathy Weaver and myself in the meeting in their lawyers office in November of 2021 that they would put all the audio tapes on Vimeo by March 25th, 2022, the 25th anniversary of the Groups exit of their vehicles (bodies), yet did not follow through. Why was it so important that they limit the availability to the audio tapes and limit who provides them to who since no party was doing so for monetary or commercial gain.

(iv.) Mark and Sarah King have said repeatedly in a number of court documents that they wished to preserve the Group's Intellectual Property. If they are the only ones to have that material isn't that putting that Material in more danger of being lost than if many people have that Property?

(v.) ~~They~~ (Plaintiffs) used to, or still may send people the Beyond Human Video tapes to people for the cost of shipping and as of about 2008 started to provide them to watch on Vimeo for free. Recently I've received reports that they sold some Video tapes. Selling any of that Intellectual Property was breaking the Order of Judge Lisa Guy Schall and of Judge Robert Breyer, according to their Settlement Agreements and/or Consent Decrees. (See Exhibit 12 - Case PN022228 – Statement of Decision Feb 2nd 1999 by Judge Lisa Guy-Schall and Exhibit 17 - CASE 3:98-cv-00892-CRB - Judge Breyer Consent Decree)

**(vi.) Plaintiffs provide free downloads of the Literary Work off of the Heavensgate.com website The Class constructed for the** publics usage. That Literary

Work's free provision was set up by the Creators of that Literary Work and provided no stipulation of how it could be used and by whom and to the contrary was given by the Group a Common Law Copyright encouraging copying all of the Book (Literary Work) or part of it as long as nothing is changed or added to it and it is not used commercially. When Plaintiffs had that work printed they changed the copyright to their Telah Foundation and now they are declaring they have exclusive ownership of that Literary Work. I claim that they stole the work and are now profiting from it's sale by selling it and furthermore selling it only for cash and not paying taxes on their sales.

**(2) the amount and substantiality of the portion used in relation to the copyrighted work as a whole**

**(i.) There are 486 audios** said to have been **copyrighted. I was never informed that there were really 1061** (or 1082) Mark and Sarah King were hording for decades and still are. Each of those tapes may average about an hour in playing time. Whenever I would play an audio tape, I only played one. And I would often make it part of a 3-6 hour livestream with talk about it before and after and sometimes during. So one hour out of 486 or one hour out of 1061 (or 1082) hours every week I believe should qualify as a Fair Use proportion of time.

(ii.) I never played the Video Works on any of my Social Media Sites

(iii.) I have read parts of the Literary work but never more than about 5 pages at a time from a 250 page book.

Therefore I meet the second condition for the Fair Use of an alleged copyrighted work.

(3) the effect of the use upon the potential market for or value of the copyrighted work.

(i.) There was no market for the copyrighted Audio Work or Video Work, thus no effect on a potential market. Foundation, I believe has never sold the Audio Works or Video Works (that may not be correct entirely) and has never revealed any plan (I know about) to sell the Audio Works or the Video Works and it would be unlawful to do so. Plaintiffs were actually ordered by Judge Lisa Guy Schall in 1999 to not be able to sell any of the Intellectual Property or physical property they received in their Settlement. (Exhibit 18 - Case PN022228 08-11-99 Settlement ORDER APPROVING SELL ESTATE PROPERTY Judge LISA GUY-SCHALL) . Plus Judge Breyer ordered Plaintiffs in his Consent Decree to "distribute" the video tapes according to the method provided by The Group explained on their website Heavensgate.com involved sending someone who requests a video a tape with the agreement they would send it back to them so they could send it to someone else. Again there was no marketing program stipulated by the Creators of the Material and Mark and Sarah King seemed to abide by Judge Breyers order for a while. (Exhibit 17 - CASE 3:98-cv-00892-CRB - Judge Breyer Consent Decree).

(ii.) In terms of the Literary Work Foundation does sell the Purple Book they had printed, but if anything our readings enhanced their sales as I and we always would tell people to go to Heavensgate.com, the Website The Class built and ran before passing on the webmaster task to Rkkody and after Rkkody died, because Mark and Sarah Kings lawsuit against Rkkody's Daughter to take the site away from Rkkody's daughter who Rkkody left it to, to maintain won the suit because Rkkody's Daughter settled

rather than fight for it, thus putting it into the hands of, Mark and Sarah where one could buy the Purple Book or download it for free if they couldn't afford it.

(4) (iii.) The Audio Works were never published by Mark and Sarah King. They, the 200 or so digitized audios were published on 4shared.com since 2008 by co-defendant Jason Bartell (aka Crlody) who had them from his working with Rkkody in 1997 on digitizing them and sending them to libraries, etc. Rkkody retrieved them from the Group's Storage unit, before San Diego County confiscated them, but were free to download when they were first posted and then years later could only be downloaded for free if one downloaded one at a time. But the publisher of them, I don't believe made money from their publish. Foundation allowed them to remain on 4shared for all those years, thus in addition to Fair Use the Laches and Delay Affirmative Defense may apply.

The Video Works have been published by Telah Foundation for the last 9 years. They are free to watch on Vimeo. I don't think they can legally be downloaded. ~~There may be a charge to download them.~~ But there has been a YouTube channel that provided them free to watch and to download if one knew how for over 10 years and Foundation allowed it to exist, thus this may in addition to be Fair Use may be a Laches and delay Affirmative Defense.

(4) the nature of the copyrighted work - Because the dissemination of facts or information benefits the public, you have more leeway to copy from factual works such as biographies than you do from fictional works such as plays or novels. In addition, you

110

will have a stronger case of fair use if you copy the material from a published work than an unpublished work.

(i.) the Audio Works and Video Works and Literary Works in question are all factual.

(ii.) Portions of the Audio Works have been published. The Video Works have all been published. The Literary Work has been published.

## 2. LACHES AND DELAY

Some of the Audio Works were published on 4shared.com since 2008 and were free to download when they were first posted and then years later could only be downloaded for free if one downloaded one at a time. Foundation allowed them to remain on 4shared.com for all those years and should have known if their copyrights were being violated as they claim they are being violated by my recent playing of audio tapes on my YouTube channel.

I also played audio tapes in 2011 and some in 2019 that Foundation said nothing about so I thought they weren't concerned.

The Video Works have been posted on a YouTube channel for over 10 years and Foundation allowed it to exist, thus this may be a Laches Affirmative Defense.

## B. PERTAINING TO COUNT 4 - THE IDEA OF CREATING PLUSH DOLLS:

There never was a serious consideration of making Dolls. We entertained the idea and made mention of the idea at the meeting with Mark and Sarah King and Sarah indicated we would never get permission from them for any such thing. We had thought that there are all sorts of aliens depicted as ugly insect looking creatures, so why not make a doll that looks like the

image the TI and DO had Ollody draw/paint that shows a refined looking Being. But we never even constructed a drawing.

## C. PERTAINING TO COUNT 5 - CONTRIBUTORY INFRINGEMENT

This is a false accusation since I didn't steal any Audio Works. I was gifted audio works by Rkkody in 1997 and by Jhnody in 2021 and both of them had full rights to the audio tapes.

Rkkody actually went and retrieved the audio tapes from the Storage in March of 1997. He was mentioned by DO's Class to go to Storage and to disseminate the items of value found within that were mostly referring to the audio tapes as they held the more in depth understanding of what the Group was all about as stated in the Letters.

Jhnody received some 930 digitized audio tapes from Mark and Sarah which appears to be Mark and Sarah Kings ways of doing what DO asked them to do by "dividing" the audio tapes among those who were inclined to disseminate their information. They told him they were to be stored but Jhnody realized it was DO's intention when listening to audio tape 149 that the tapes be heard far and wide after they exited the earth. So he gifted what was gifted to him by Mark and Sarah as there was no contract or exchange of money for them.

Also I claim Laches and/or Delay as Plaintiff knew for many years that I was giving people the audios that Rkkody had gifted to me and they did nothing to change that so I had the impression they were okay with it since it was what DO wanted us to do with them.

## D. PERTAINING TO COUNT VI - CONSPIRACY TO COMMIT COPYRIGHT INFRINGEMENT

There was no communication between me and co-defendant Bartel about the audios I received from Jhnody or from Rkkody as he had received his own audios from Rkkody when he worked with him in 1997 and 1998 as I understand it.

I just knew he wanted them so when I was gifted them from Jhnody I gifted them to Bartel.

Calling that one exchange a Conspiracy is laughable and a false accusation that they should be held accountable for claiming against me.

Crlody was actually my biggest critic which I have many blog posts to prove. He has expressed disdain for me and has called me an agent of Lucifer and a Paul and other names. I want nothing to do with him. He is not my friend. However, he seems to believe in TI and DO so in that way I do relate to him when I need to reply to his accusations against me on my blog or YouTube channel.

## E. PERTAINING TO COUNT VII - FEDERAL TRADEMARK INFRINGEMENT, CBE Image use on T shirts

For many years I used the CBE image on my YouTube channel. My YouTube channel was never monetized. I consider it Fair Use and I claim laches and delay as an Affirmative Defense since Foundation never said anything about my usage and I know they were aware of much of my activity on my YouTube page 3SPM.

Even so, I never knew they had that CBE image or the other images copyrighted or trademarked until this lawsuit was filed. I had seen other people selling T shirts with the Heaven's Gate keyhole logo image and have needed to have more income since my social security check is only about $1000.00 and that doesn't even pay for a place to stay. I've

wanted to have a T shirt company for a while and since I like to show people that images that TI and DO commissioned Ollody to draw and airbrush paint that shows a picture of what a Member of the Next Level Kingdom of Heaven ~~would~~ may look like, much more refined than other depictions of ET's or Aliens, and I didn't know Mark and Sarah King would be so mad about since they weren't using the image in any way to earn funds through. Plus when co-defendant Weaver and myself began to consider making T shirts we told Mark King and Sarah King in the meeting we would give them a percentage as that seemed fair to help them pay for the website.

So I had some shirts made and sold literally 4 from each of two of the three designs for a total of $80 in profit.

I also had asked Mark and Sarah King directly what proof they had for what we could or couldn't use from the many images I knew TI and DO stimulated Ollody to draw/paint since I was in the Class when Ollody painted a bunch of them for a movie script and they just said they owned everything which even if that was true didn't mean I couldn't use them because they had no instructions from the Creator of those images to copyright them. In a sense it would be the parents and other family members to Ollody who should benefit from the images he created.

Now regarding the Keyhole image, the trademark refers to its use digitally which I don't know if applies to making T shirts from. If the court rules that I can't make T shirts for sale from those two images I won't as I have many ideas that won't be able to be challenged by Mark and Sarah King.

## V. TI AND DO AND STUDENT CREW's INTENTION FOR ALL THE INTELLECTUAL PROPERTY THEY LEFT BEHIND

1. Ti And Do And Their Student Crew, The Group, Aka The Class, Heaven's Gate Creators intended and hoped All of Their Intellectual Property, Aka Material, consisting of what They gave to a number of Former Members before they chose to lay down Their human physical bodies in March of 1997, consisting of some 1082 Audio Tapes, (Audio Works) 11 or More Video Tapes (Video Works), and Video Clips, Books, (Literary Work), Other Writings, 3 Movie Scripts And Artwork, Illustrations, Designs, Paintings (Visual Art Works).

2. Despite what one believes about TI and DO and Crew, They evidenced believing 100% They were both Older Members in the Kingdom of Heaven, They called in more accurate terms, The Physical, (many membered) Evolutionary Kingdom Level Above Human, from which They came to earth with their Soul bodies to take over human vehicles (bodies) to gather those Student Souls They had worked with for ages to bring those who chose and did the needed overcoming of humanness work into full adult Membership in Their Next Level.

3. Therefore, throughout TI and DO's accumulation of a group of students, mostly starting in 1975 to 1997, (with some who came and went and sometimes were sent out of the group, if they weren't serious enough, and whom some of which were able to return), They provided Their knowledge and teachings freely.

4. In around 1982 They began recording the meetings They had with Their Student body. These audio tapes provide the bulk of the evidence of their intention for those meeting tapes anticipating they would be listened to and cataloged by people after they left and returned to Their Next Level Above Human, Kingdom of Heaven.

115

5. Some of Their students, who had either left the Group over the years or were sent out of the Group, who had not rejoined when such was offered by TI and/or DO, if they were still in touch with DO and Crew (since TI left her human vehicle (body) in 1985) were sent some of the Material via carrier services that mostly arrived to them on March 25, 1997 days after they completed their exit of the vehicles (bodies) they took over to perform their tasks through. Those Letters provided instructions to Disseminate Their Information freely to people.

6. Here are transcripts from some of the audio tapes and parts of the Letters Mark and Sarah King (Mrc and Srf) and Francisco Falcon (Jhn) and Rkkody received that clearly show TI and/or DO's intention that all their Information be Disseminated especially upon their Departure:

(a) From the class' Letters to JHN,

(i.) "We have enclosed a set of diskettes containing the contents of our website, two final videotapes made by Do and the class, the location of our exit, and the list of others receiving this packet-one reason we particularly wanted to put it in your hands is so that two copies of this material will now exist outside the states. The other is with a Romanian ISP with whom we've made arrangements to be one to house the heavensgate site"

Note: this meant that not only Mark and Sarah King and Rkkody received the website.  As it turned out, there was no need to house another copy of that website BUT due to the way Mark King and Sarah King talk to people via the website email address, rep@heavensgate.com which I've received many reports of being told things that are not true about what TI and DO said or didn't say, perhaps it's not a bad idea for Jhnody to publish the site as he has and called it, heavensgatealso.com.

116

(ii.) "Due to time limitations, and less than professional equipment, the qualilty is rather poor on the enclosed videotapes, and for this we apologize. Some of the individuals on the list are receiving SVHS tapes and some will be receiving the standard VHS format - our intention is for those SVHS tapes to serve primarily as masters for making further copies, which we are certainly encouraging. These tapes can be sent to the media or wherever you feel would be appropriate. "

Note:  The Group clearly wanted these tapes to be freely sent to media and people by Jhn.

(iii.) "We would hope that, should you feel inclined to assist with the dissemination of our information, you would contact some of the following: MRC/SRF, RKK, OSC ( Oscar or OSCODY ), FLX/ABJ or NEO and work together on it to some degree, at least initially".

Note: "…assist with the dissemination of our information…"

(b) From the Classes' Letters to Rkkody:

(i.) "We are particularly interested in having you upload the files on the third diskette entitled, "Earth Exit, final press release, and index page" to all three of our websites."

Note: Rkkody gets direct instructions that he was to upload certain documents to all of the groups websites. Mark King and Sarah King didn't get any such instructions though they acted in now three courts of law as if they were the primary on all the tasks DO and Crew provided.

(ii.) "We are hoping, of course, to use this site as an alternate way to access our information in case the authorities shut down our sites in the States"

Note: Here the Crew speaks of the Romanian server who DO and Crew sent the entire Heaven's Gate website that contains the entire Heaven's Gate Book that includes the transcripts of the Beyond Human Video Tape Series. I guess they weren't concerned about copyrights.

(iii.) "We would hope that the public would have an opportunity for more thorough knowledge of who we are and what we're about."

Note: After giving contact information for Simon Boyce and Debbie Geller at the CBC office for the BBC who wanted to do a documentary of the Group but in which they declined, DO still wanted Rkkody to contact them. And what body of information would provide "the public" with a "…more thorough knowledge of who we are and what we're about…". I can think of two ways that would be more potentially more thorough than having provided to the media the website that contains their entire Book and the transcripts of the Beyond Human – The Last call video series and that could be in a Students testimony but better yet in the 1061/1082 audio tapes.

(iv.) "Some of the individuals on the list are receiving SVHS tapes and some will be receiving the standard VHS format - our intention is for those SVHS tapes to serve primarily as masters for making further copies, which we are certainly encouraging. (Rkk, you have the original master, we thought you would know best how to duplicate the tapes and where to distribute them for widest coverage.) These tapes can be sent to the media or wherever you feel would be appropriate. "

Note: DO's crew express their sending Rkkody video tapes with some that were SVHS, better used to copy them and they considered Rkkody best to "distribute" them for "widest coverage". Rkkody wrote in his manuscript that he made copies of the video masters a couple days after

he got the instruction from DO to do so. When he picked them up he said he offered for Mark and Sarah King to handle distribution since they had a mail box business and said Mark and Sarah King declined, once again standing in the way of what DO and Crew hoped they would do. (Perhaps they eventually received those video's as I know they eventually did  send people video's to use and send back, so they on that score came around to doing what DO hoped they would do.

(v.) "We are hoping that with your computer skills, you might choose to assist us in this capacity for whatever time feels right to you. We are particularly interested in having you upload the files on the third diskette......Instructions to do this have been written up by SRR/VRN and are included in this packet".

Note: Mark King and Sarah King misled the Court in the Judge Breyer case by filing statements that all but eliminate Rkkody from being involved as they also did in the Judge Lisa Guy Schall case that was going on at the same time as the Judge Breyer case. But this is direct from DO and Crew that shows otherwise.

(vi.) "RKK, Last minute additions for the web site--if you would like to help in this way.........RE: Installation of the files found on this disk. The files on this disk are a press release and the latest papers by students regarding our exit. These are intended as updates to the existing websites of heavensgate, heavensgatetoo. levelabovehuamn, and the Romania heavensgate site".

Note: Again, Rkkody is the primary on all the website updates, yet Mark and Sarah King sued him in Judge Breyer's Court and filed in Judge Lisa Guy Schall's Court that he was a "third party" they were suing, who was infringing upon their alleged copyrights and trademarks

119

commercially, when Rkkody's putting certain of the artwork provided by the Class to him he chose to have printed on T shirts, mugs and mousepads, etc. so he could afford to give away the media (CD's) with the Classes Information on them.

(vii.) "Chuck Humphrey is a computer programmer and all-around computer person who will be keeping up with our site on a Romanian unix server as well as uploading to the heavensgate sites the final press release and the Exit Statements by Students".

Note: This was an introduction to the hosts of the heavensgate.com website ISP in TN re: Rkkody, another of the forms of evidence that Mark King and Sarah King would not honestly tell to any Courts because it makes them look like they aren't the overseers of all the Classes Information.

(c.) From the class' Letters to Mrc/Srf - Mark King/Sarah King

(i.) "Also included are two videotapes of DO and the Class, a list of others receiving this final press release and "Earth Exit Statements by Students as well as a document describing our location.".

(ii.) "Of course this is contingent upon whether or not you should choose to say anything to the media on our behalf. We would hope that the public would have an opportunity for more thorough knowledge of who we are and what we're about."

(iii.) "It is our desire that any items of value that are retrievable by you be divided among those who feel inclined to disseminate our information. Any of the funds you retrieve can be used towards that end and for the living expenses of those involving themselves with this project".