**Index of Exhibits for Amended Answer, Defense and Counterclaim**

Exhibit 1 - Rkkodys gift to Sawyer in 1997 of Heaven's Gate Classroom Teachings - Audio Tapes Vol. 1-2 Copyright Registration SR0000251498

Exhibit 2 - Jhnody's gift to Sawyer in June of 2021 of approx. 920 digitized audios on a pendrive he received from Mark and Sarah

Exhibit 3 - DO shows trust in Sawyer as a Disseminator and Speaker of TI and DO's Information and his Media History

Exhibit 4 - The Letters From The Class to Mrc Srf Rkk JHN - Project and Intention for each Believer to Disseminate ALL Their Information

Exhibit 5 - Chatroom with Mark King September 3 2021 on Sawyer 3spm Youtube channel

(Note: Exhibit 6 no longer exists, nor does Exhibit 20 exist. Exhibits 7-10 never existed)

Exhibit 11 - Heaven's Gate Copyright of 1992 Beyond Human - The Last Call Video tape jacket

Exhibit 12 - Case PN022228 – Statement of Decision Feb 2nd 1999 by Judge Lisa Guy Schall

Exhibit 13 - MRC & SRF Letter from The Class - Rkkody's participation and the "items of value" in Storage (Audio Tapes)

Exhibit 14 Copyright SR0000251498 Heavens Gate audio recordings 2 cds by kathy morea Rkk (humphrey) right to know  5-13-98

Exhibit 15 - Blue Book Common Law Copyright

Exhibit 16 - copyright vau000041610 by olliver odinwood of 14 paintings including the CBE Older Member and Saturn Rings on 11-18-1982

Exhibit 17 - CASE 3:98-cv-00892-CRB - Judge Breyer Consent Decree

Exhibit 18 - Case PN022228 08-11-99 Settlement ORDER APPROVING SELL ESTATE PROPERTY Judge LISA GUY-SCHALL

Exhibit 19 – San Diego County – attorney Sansone's Objection to Petition to Determine Ownership of Estate Property ROA 74 Case File Contents 2-3 [173-179]

Exhibit 21 - Petition by Claimant to Determine Ownership of Estate Property pg 6-14 of roa 73 case file contents 1-3

Exhibit 22 - Petitioners supplemental trial brief pages 145-151 from ROA 75 Case File Contents 3-3

Exhibit 23 – Attachment A - Petitioners description of Property they claimed

# EXHIBIT 1

**I. Rkkody's Right to Know Common Law Copyright of 2 CD's SR0000251498 5-13-98**   Page 1

Picture of Audio CD's showing Common Law Copyright Label   Page 2

Close up of Common Law Copyright on CD w/verbiage to allow to copy non-commercial   Page 3

Readme.txt File on CD with Copyright Information to copy for non-commercial use   Page 4

Close up of  Common Law Copyright on Volume 2 CD   Page 5

Close up of Volume 2 of CD   Page 6

Content of CD's (202 audios, 7 BH videos, images of CBE and Keyhole Logo, websites   Pages 7-28

Pictures of the items Rkkody was selling to pay for giving away these CD's

(Mugs with Keyhole Logo, T shirts with CBE image, Away Team Patches, etc. )   Pages 29-33

Pictures of CD Mailers sent to Stephen Havel (Sawyer) showing postmarks of

August 29, 1997 and January 6, 1998 these when I received a total of 5 CD's

that had some duplicate information on them because all of the videos didn't fit on two   Pages 34-36

Exhibit 1 — Rkkooly's Gift

Rkk,

Last minute additions for the web site -- if you would like to help
in this way.  Heavensgatetoo is our primary concern.  We have others
that may already correct the other sites if you don't get a chance
to get to it.  Note: any existing graphics that are missing from
these files can be found already on the web site.

Re: Installation of the files found on this disk.

The files on this disk are a press release and the latest papers by
students regarding our exit.  These are intended as updates to the
existing websites of heavensgate, heavensgatetoo, levelabovehuman, and
the Romania heavensgate site.

Since the heavensgatetoo site has a unique set up from the rest, you will
find a "too" subdirectories present on this disk.  The files in it
are the equivalent to heavensgate (or levelabovehuman) but are for
heavensgatetoo.

For simplicity, you will find both index.htm and index.html in the root
directories.  These are duplicates of one another.  Some of the sites
default to index.htm others to index.html, hence the duplication -- upload
both.  The files in the "misc" directory compliment what is already
in the online misc directories.  The new index files update the index
files that already exist in the online root so that they will now include
pointers to the press release and student exit papers.

On another disk that you were sent, you will find the account information
you need in order to upload these files.

Thanks,

Your Friends.





RKK,

By now, having read the enclosed press release and the Earth Exit Statements by Students, you should be aware that we have exited our vehicles just as we entered them. Also enclosed is a list of the others who are receiving this press release, as well as a document describing our location. The Internet account information, however, we sent only to you, MRC/SRF, and OSC. We are hoping that with your computer skills, you might choose to assist us in this capacity for whatever length of time feels right to you. We are particularly interested in having you upload the files on the third diskette entitled "Earth Exit, final press release, and index page" to all three of our websites. Instructions to do this have been written up by SRR/VRN and are included in this packet. We are also interested in someone following through with keeping a check on the site located on the Romanian ISP listed on the account information sheet.

We did upload the site to his server last Thursday and we also FedEx'ed the Romanian webmaster the same set of diskettes as you received containing the entire site along with a press release and related documents. We have prepaid two months of webhosting on this Romanian server under the name of Sister Michael Remi. The FTP and telenet access routine is detailed on the account information sheet. The webmaster's name is Ionut Muntean, telephone number: 011 40 68 322150. He speaks and writes English well enough for us to communicate with him, and seems to be an agreeable fellow. All he knew about us however, before now, is that we were a small Interfaith monastery with some "non-traditional" views. So we're not sure what his response will be to this most recent event.

We are hoping, of course, to use this site as an alternate way to access our information in case the authorities shut down our sites in the States. The URL for this site is www.heavensgate.deltanet.roknet.ro – the server is unix machine. If you run into any questions regarding the unix server, a friend of some classmembers named Chris Milus (he's on the list we sent you), runs an ISP in Tennessee, which currently houses the heavensgate.com site. He's very unix knowledgeable, and we suspect he'll be more than happy to help out.

Thanks for your help on this.

Also we want to make it clear that we're certainly not asking you to do this if, after receiving this information, circumstances make it too difficult or other options seem more appropriate for you. We want you to feel free to exercise any available options with whatever timing feels right for your own next step.

We have listed Simon Boyce as our preferred media contact. He recently requested to use us in a major documentary about UFO's and paranormal (he works for the BBC, however he and his crew are currently working out of the CBC office – Canadian Broadcast Company – in New York). Although we declined the interview, he tried to make the point with us on several occasions that their intention was to be as objective as possible. So, whether or not that is possible (for the media to remain objective) at least his frame of mind attempts to lean in that direction. His producer/director, Debbie Geller, at a later time made another sincere, attempt to try to convince us to participate in their documentary. So, for this reason, we are recommending that they be involved to some degree, in the coverage of this event, that is, if their attitude seems to remain somewhat objective and you find working with them not too difficult. Of course, this is contingent upon whether or not you should choose to say anything to the media on our behalf. We would hope that the public would have an opportunity for more thorough knowledge of who we are and what we're about.

(continued next page)

Hopefully, you will be able to work together with MRC/SRF, OSC (Oscody), JHN, and NEO (who is currently working for a company in LA called InterAct Entertainment). There is also a recent correspondent from Germany by the name of Soeren, who has been trying to make it to the US to meet with us. OSC is in contact with this individual and has offered housing for him at the Phoenix satellite. We gave instructions to OSC that if Soeren continues to try to support us and to move in our direction, that he can be included in events that transpire to whatever degree feels right. Soeren has been through quite a lot recently in his attempts to come our way, and DO thinks that he deserves our/your help if he still wants it.

Also, it's OK of you want to ask PYP if he would like to participate in any way.

We're probably not thinking of all the things we need to pass on, but if you ask TI and DO for help, as you know, you will get all you need and then some.

Good Luck.

Your Friends

Note: Due to time limitations and less than professional equipment, the quality is rather poor on the enclosed videotapes, and for this we apologize. Some of the individuals on the list are receiving SVHS tapes and some will be receiving the standard VHS format – our intention is for those SVHS tapes to serve primarily as masters for making further copies, which we are certainly encouraging. (RKK, you have the original master, we thought you would know best how to duplicate the tapes and where to distribute them for widest coverage.) These tapes can be sent to the media or wherever you feel would be appropriate. However, in case you don't know this already, the SVHS tapes will not play properly on a standard VHS player/recorder, you will need to view them on an SVHS machine.

Additional Note: We suspect that the authorities will take an immediate interest in you – your whereabouts – your plans in relationship to the action that we took – and we are asking that you be cautious and aware of this for your own protection.

# Heaven's Gate
## Classroom Teachings
## Audio Tapes - Volume

Http://www.heave



Over 20

Video ta

stored o

**Vide**
**2924 C**
**Venice**
**(310) 8**

**Heaven's Gate**
**Classroom Teachings**
**Audio Tapes - Volume 2**

http://www.heavensgate.com

# Heaven's Gate
# Classroom Teachings
# Audio Tapes - Volume 1

s the Complete Heaven's Gate Web Site!

A free copy of Real Player 5 0 is included on this CD

ng

om

Published by F
Http://www.r
Http://www.he

Common law
by Heaven's
Permission i
to copy this
it is not f
pur

Published by Right to Know
Http://www.righttoknow.to
Http://www.heavensgate.to

Common law copyright 1997
by Heaven's Representatives
Permission is hereby granted
to copy this CD as long as
it is not for commercial
purposes

ate

chings

olume 2

## Gate Web Site!

cluded on this CD

Published by Right to Know
Http://www.righttoknow.to
Http://www.heavensgate.to

Common law copyright 1997
by Heaven's Representatives
Permission is hereby granted
to copy this CD as long as
it is not for commercial
purposes



# Right to Know

2532 Lincoln #174, Venice, Ca 90291

TO

Steve Havel
18 New York Ave.
Stony Brook, NY 11790

## CD ENCLOSED
Handle With Care
MAIL

## *Right to Know*

2522 Lincoln #174, Venice, Ca 90291

TO



Steve Havel
18 New York Ave.
Stony Brook, NY 11790

CD ENCLOSED
Handle With Care
MAIL



Right to Know
23324 Lincoln #174, Venice, Ca 90291

TO

Stephen Havel
18 New York Ave.
Stony Brook, NY 11790

U.S. POSTAGE
PHILA. PA
VENICE, CA
90291
DEC 28 '07
AMOUNT
$0.78

CD ENCLOSED
Handle With Care
FIRST CLASS MAIL

U.S. POSTAGE
PAID
VENICE, CA
90291
DEC 29 '97
AMOUNT

**$0.78**

Right to Know

313 Lincoln #174, Venice, Ca 90291

CD ENCLOSED
**Handle With Care**
FIRST CLASS MAIL

TO

Stephen Havel
18 New York Ave.
Stony Brook, NY 11790







p to their end. There are reprints of
d advertising placed in the USA too
dendum, is 230 8-1/2 x 14 (legal s

5 to Right to Know (includes shipping

**E PADS, PATCHES AND P**



B

Mouse Pad or Patch send $10 each

first days of

s of posters

today The

al size) pages

pping in US )

## PICTURES

each plus $3.00 S/H

Next Level might appear These

Style A    Style B

TO **ORDER** Mugs, Mouse Pad

Original Art
full color print
frame.

Available for $4

Sweat Shirts are high quality white
100% cotton. Specify size S, M, L.
ORDER Send $25.00 each plus $

classroom
pub... statements, ...nd advertisi...
book, ...luding the addendum, i...

To ORDER Send $25 to Right

## MUGS, MOUSE PADS,



Style A    Style B

To ORDER Mugs, Mouse Pad or

Original Art of h...
full color prints c...
frame

**System and Software requirements to view the** ~~video~~ **this CD**

Video material recorded on this CD can ONLY be viewed ~~on~~
a multi-media computer using the **RealPlayer 5.0**™ ~~or higher~~
by **RealNetworks Inc.**™

You can download a free copy of the RealPlayer 5.0 ~~from~~
*http://www.real.com/products/player.* Or, you can ~~get a~~
copy of RealPlayer 5.0 on diskette by sending $1.00 *(for ship-*
*ping and handling)* to Right to Know.

"RealPlayer 5.0 is either a registered trademark or trademark of RealNetworks, Inc. in the United States ~~and other countries~~

| Windows 95/NT | Minimum | Recommended |
|---|---|---|
| CPU | 486/66DX | Pentium |
| RAM | 16MB | 32MB |
| Hard Disk space (software) | 5MB | 5MB |
| Hard Disk space (data) | 500MB | 1 GB |
| Color Display | 16-bit | 24-bit (True color) |
| Sound Card | 16-bit | 16-bit |

Right to Know • 2532 Lincoln Blvd. • Suite 174 • Venice, CA 90291
http://www.righttoknow.to • http://www.health-info.org



Sunday, November 20, 1997

@Common Copyright Law
1996 by Heaven's Representatives
1997 by Right to know
ALL RIGHTS RESERVED, WITHOUT PREJUDICE,
U.C.C. 1-207, U.C.C. 1-103.6

    This CD-ROM is protected by Common Law copyright.  Permission is
hereby granted to
    reproduce this CD-ROM, or portions thereof, as long as the content is
unchanged, i.e.,
    nothing added to it or taken away from it as long as it is for non-
commercial
    purposes.

    No part of this CD-ROM may be reproduced or transmitted in any form or
by any
    means, now known or to be invented or adapted, for the purpose of
financial gain or
    profit.

CONTENTS:   These CD's contain Audio and Video materials that have
been encoded for the RealPlayer 4.0 and above media player.   To play
these files you
need to install the RealPlayer which can be be downloaded at
http://www.real.com/products/player

LAST MINUTE CHANGE:
Due to the amount of space required for the video files, we are unable to
store the entire
video library on the Video CD.  Therefore, we had to place one of the
videos,
"Last Chance to Evacuate Earth", on to the HGA3_2 CD in the \Video folder.

HGV3 Video CD:  Version HGV3.0
The following folders and files are contained in this CD
----------------------------------------------------------------
Video -     This folder contains the complete Heaven's Gate video tape
            collection.  (see index.htm for description of these tapes)
      Except for the "Last Chance to Evacuate Earth", which is now
            in the \Video folder on the HGA3_2 CD.


Websites -  This folder contains the two complete websites in the
folders,
            Heavensgate, Rkkody.  Use your browser to access these
            websites.


install.htm -This is an HTML file which can be displayed with an
            Internet broswer such as Netscape or Explorer.

It will proving instructions for using these CD' s.

Tapelog.rtf -This is a tape log prepared by  the class.
              It containes a summary of what subjects are contained on
              each Classroom Teachings audio tape.    This tape log covers
              only those tapes which have been encoded on these CD' s
              and does not include about 200 additional tapes that were
              not available for encoding.

Rmindex.htm -This is an HTML file which can be displayed with an
              Internet broswer such as Netscape or Explorer.  It is used
              by the index.htm file.

Vdindex.htm -This is an HTML file which can be displayed with an
              Internet broswer such as Netscape or Explorer.  It is used
              by the index.htm file.


Readme.txt - This file
-----------------------------------------------------------------


HGA3_1 Audio Tapes CD Vol-1:  Version HGA3.0
The following folders and files are contained in this CD
__*****************************************************************
Audio -      This folder contains encoded Heaven' s Gate classroom
              teachings audio tapes numbered from 001 to 190 inclusive.

       Some of the tapes were not included because they were not
              available to us.

Tapelog.rtf -This is a tape log prepared by  the class.
              It containes a summary of what subjects are contained on
              each Classroom Teachings audio tape.    This tape log covers
              only those tapes which have been encoded on these CD' s
              and does not include about 200 additional tapes that were
              not available for encoding.

Readme.txt - This file
-----------------------------------------------------------------

HGA3_2 Audio Tapes CD Vol-2:  Version HGA3.0
The following folders and files are contained in this CD
__*****************************************************************
Video -      This folder contains the video, "Last Chance to Evacuate
Earth".

Audio -      This folder contains encoded Heaven' s Gate classroom
              teachings audio tapes numbered from 191 to 218 inclusive.

Tapelog.rtf -This is a tape log prepared by  the class.
              It containes a summary of what subjects are contained on
              each Classroom Teachings audio tape.    This tape log covers

                  only those tapes which have been encoded on these CD′s
                  and does not include about 200 additional tapes that were
                  not available for encoding.

Readme.txt - This file

=================================================================
For information please contact:
Right to Know
2532 Lincoln Blvd.
Suite 174
Venice, CA 90291
303-784-5657
email: rep@heavensgate.to
http://www.heavensgate.to

Sunday, November 20, 1997

                    @Common Copyright Law
              1996 by Heaven's Representatives
                   1997 by Right to know
            ALL RIGHTS RESERVED, WITHOUT PREJUDICE,
                 U.C.C. 1-207, U.C.C. 1-103.6

This CD-ROM is protected by Common Law copyright.  Permission is hereby granted to
reproduce this CD-ROM, or portions thereof, as long as the content is unchanged, i.e.,
nothing added to it or taken away from it as long as it is for non-commercial
purposes.

No part of this CD-ROM may be reproduced or transmitted in any form or by any
means, now known or to be invented or adapted, for the purpose of financial gain or
profit.

CONTENTS:   These CD's contain Audio and Video materials that have
been encoded for the RealPlayer 5.0 and above media player.

*********
******** RealPlayer 5.0 has been included on this CD ********
*********
To play these files you need to install the RealPlayer
Which has been provided on this CD.  To install the RealPlayer simply
run the file named "realplay.exe and follow the on screen directions.


LAST MINUTE CHANGE:
Due to the amount of space required for the video files, we are unable to store the entire
video library on the Video CD.  Therefore, we had to place one of the videos,
"Last Chance to Evacuate Earth", on to the HGA3_2 CD in the \Video folder.

HGV3 Video CD:  Version HGV3.0

**Registration record SR0000251498**

Copyright Catalog (1978 to present)

◀ Previous     Next ▶

## Heaven's Gate classroom teachings :audiotapes vol. 1-2.

Share <     Actions ▾

| | |
|---|---|
| **Registration Number / Date** | SR0000251498 / 1998-05-13 |
| **Previous Registration** | Audiotapes preexisting. |
| **Type of Work** | Sound Recording |
| **Title** | Heaven's Gate classroom teachings :audiotapes vol. 1-2. |
| **Variant Title** | Heaven's Gate classroom teachings : audiotapes vol. 1-2. |
| **Date of Creation** | 1997 |
| **Date of Publication** | Oct97 |
| **Copyright Claimant** | ℗ Kathryn Morea, d.b.a. Right to Know |
| **Authorship on Application** | recording: Charles E. Humphrey, 1942-1998, d.b.a. Right to Know. |
| **Basis of Claim** | New Matter: editing, compilation. |
| **Description** | 2 compact discs. |
| **Names** | Morea, Kathryn |
| | Humphrey, Charles E., 1942-1998 |
| | Right to Know |

Subj:    Real Audio
Date:    97-06-14 20:19:22 EDT
From:    next-gen@ix.netcom.com (Chuck Humphrey)
Reply-to:    next-gen@ix.netcom.com
To: samnecoop@aol.com

File:  test.ra (719232 bytes)
DL Time (28800 bps): < 7 minutes

Steve!

I hope things are going well with your book.  The feedback I am getting
is not as encourging as what you are getting, but I have to feel that if
I do my best to get the attention of the publishers, then I need to
leave it in the hands of the Next Level and if they want it to happen
then it will happen.

I am attaching a real audio file I encoded from on of the tapes.   If
you don't have real audio drivers you can get them from
<http://www.real.com>

I still don't have the domain name transfered for Heavens Gate but I
sould happen in next couple days.  I do have a provider and all of the
file shave been uploaded.. Just waiting for the domain now.

Stay in touch.

Rkk


—————————— Headers ——————————
From next-gen@ix.netcom.com  Sat Jun 14 20:17:35 1997
Return-Path: <next-gen@ix.netcom.com>
Received: from mrin31.mx.aol.com (mrin31.mail.aol.com [152.163.116.69])
        by emin07.mail.aol.com (8.8.5/8.8.5/AOL-4.0.0)
        with ESMTP id UAA11839 for <samnecoop@aol.com>;
        Sat, 14 Jun 1997 20:17:28 -0400 (EDT)
Received: from dfw-ix9.ix.netcom.com (dfw-ix9.ix.netcom.com [206.214.98.9])
        by mrin31.mx.aol.com (8.8.5/8.8.5/AOL-4.0.0)
        with ESMTP id PAA14459 for <samnecoop@aol.com>;
        Fri, 13 Jun 1997 15:51:48 -0400 (EDT)
Received: (from smap@localhost)
        by dfw-ix9.ix.netcom.com (8.8.4/8.8.4)
        id MAA01588 for <samnecoop@aol.com>; Fri, 13 Jun 1997 12:54:27 -0500 (CDT)
Received: from den-co16-10.ix.netcom.com(205.184.147.138) by dfw-ix9.ix.netcom.com via smap (V1.3)
        id sma000165; Fri Jun 13 12:48:42 1997
Message-ID: <33A2E73B.565D@ix.netcom.com>
Date: Sat, 14 Jun 1997 12:47:23 -0600
From: Chuck Humphrey <next-gen@ix.netcom.com>
Reply-To: next-gen@ix.netcom.com
Organization: heavensgate
X-Mailer: Mozilla 3.0 (WinNT; I)
MIME-Version: 1.0
To: samnecoop@aol.com
Subject: Real Audio
Content-Type: multipart/mixed; boundary="————B317E5F42E3"

# EXHIBIT 2

**DO Establishes that JHNODY aka Francisco Falcon is in His Service to Disseminate Their Information by sending him a FedX packet and Tapes, etc.**

**This also shows that Mark and Sarah King knew that Jhnody was on the list (in the Letter to them) of someone to get help from and to definitely divide the audio tapes with as they did until JHN realized TI and DO didn't intend for them to be locked away – that they needed to be made available to the world to hear.**

**I. Email to Sawyer of Class Material he received in his FedX packet**     Page 1

Email to Sawyer of Beyond Human Video Tape Masters he received in his FedX packet     Page 2

Picture of 12 sessions of Beyond Human Original Masters     Page 3

**II -Letter to JHNODY with List of FedX Content**

Email from sending Letter to Sawyer     Page 1

Letter from Class     Page 2

Pics of enclosed 3 ½ " floppy disks with Class files listed in Letter + Away Team patches     Page 3

Pic of Blue Book (plastic binding) Content of Web Site before Purple Book Existed     Page 4

Cover of Blue Book     Page 5

Inside Cover Page of Blue Book     Page 6

Blue Book Common Law Copyright page (free to copy to distribute if non commercial)     Page 7

Blue Book Common Law Copyright page with ISBN # to Heavens Representatives     Page 8

**III. Email to Sawyer for List of who received a similar packet from DO and Crew**     Page 1

List of others who received a similar Fed X packet (page 1 of 2)     Page 2

List of others who received a similar Fed X packet (page 2 of 2)     Page 3

**IV Email to Sawyer of Location of Exit of Group to Rancho Sante Fe, CA**     Page 1

Location written document to Rancho Sante Fe and how to get into the house     Page 2

Map 1 of location     Page 3

Map 2 of location     Page 4

**V. Audio tapes sent to JHN by Mark and Sarah King**     Pages 1-18

**VI. Francisco Falcon sent Stephen Havel (Sawyer) Pendrive with 930 Audios 6-1-2021**     Pages 1-4

JHN packet: Exhibit 2 – JHN Gift

## LIST OF THOSE WHO RECEIVED SIMILAR PACKETS

(former classmembers currently handling TELAH's mail)
Mark and Sarah King
4757 East Greenway Rd., #103
Phoenix, AZ 85032
(602) 493-7678
solaty@cris.com

(current classmember in a satellite or "halfway-house" circumstance in relationship to the class)
Wayne Parker (a.k.a. OSC, Oscody or Oscar)
5515 N. 7th Street, #5-226
Phoenix, AZ 85014
(602) 279-3221
recgnizr@sprintmail.com

(former classmember)
Chuck Humphrey (a.k.a. RKK)
841 Phillips Drive
Northglenn, CO 80233
(303) 452-1708
next-gen@ix.netcom.com

Chuck Humphrey is also at
Right to Know
420 East 120th Street, Unit B-2, Suite 107
Denver, CO 80020
(303) 784-5657

(former classmember)
Francisco J. Falcon (a.k.a. JHN)
URB Santa Fe,
Calle Jose D. Beaujon
Quinta Rosita
Punto Fijo, Falcon, Venezuela
+58 69 455709
tidoaim@telcel.net.ve

(former classmember who left class in late February of 1997)
Rik Ford (Rio DiAngelo) (a.k.a. NEO)
c/o InterAct Entertainment
9107 Wilshire, Suite 700
Beverly Hills, CA 90210
1-888 www-geti or 1-800 USSEARCH, ask for Rio)
rio@websitesnow.com

(former classmembers currently in a "satellite" circumstance in relationship to the class)
Lorraine and Floyd Snelson (a.k.a. FLX and ABL)
11845 State Route F
Rolla, MO 65401
(573) 364-1031

(friends of classmembers, they maintain the ISP currently housing heavensgate.com)
Chris Milus and Holly Craig
1387 Old Elkton Pike
Dellrose, TN  38449
(615) 732-4816 or (615) 433-9448
chris@dns.cnav.com or holly@dns.cnav.com

(segment producer/reporter (Simon) and producer/director (Debbie) with the BBC – currently doing a documentary on UFO's – they are our preferred media contacts and we'd like them to have access to the story first – they recently contacted us to do an interview which we declined, but we felt good about them.  Feel free to contact them if you'd like to.)
Simon Boyce and Debbie Geller
BBC c/o CBC
747 Third Avenue, 8th floor
New York, NY  10017  Room 8-C
(212) 546-0547
boyces@newyork.cbc.ca

(webmaster at a Romanian ISP, a back-up site for heavensgate – site address is www.heavensgate.deltanet.roknet.ro)
Ionut Muntean
Deltasoft, LTD
2200 Brasov
50 Harmanului Street
B, fl.2, ap.9
ROMANIA
+40 68 322150
delta@deltanet.roknet.ro

Letter to J HWOODY

Blue Book Copyright

ALL RIGHTS RESERVED WITHOUT PREJUDICE.

Permission is hereby granted to reproduce...

*JHN packet -*

# Location

We have been residing at a rental property in San Diego county owned by Sam Koutchesfahani – his telephone number is (619) 756-6868. We'd prefer that you call him only after one of you (on the list) visit the rental property yourself. He knows who we are to the best of his comprehension, and he is likely to be cooperative if he knows you are friends of our "monastery." He is an Iranian who is currently not allowed to leave this country due to some legal problems that he was involved in. He is experiencing quite a lot of financial difficulties at present and the house that we've been renting is one of his major assets. So he may be concerned in this regard. His wife is named Fifi and she has also been extremely nice to us; she has some idea that we are "angels."

Address:
18241 Colina Norte
Rancho Santa Fe, CA  92067

The street, Colina Norte, is located off a larger street which runs roughly E to W called El Camino Del Norte. Both of these roads are located on the North side of the little town of Rancho Santa Fe, California. Rancho Santa Fe is just E of the slightly larger town of Encinitas, CA and it is SW of the town of Escondido, CA.

There is an iron gate at the bottom of the drive. You'll likely need to hop the fence and enter the house to open the gate. The entry door between the two garage doors on the SW side of the house will be left unlocked. To open the gate, enter the house and locate the switch that looks just like a regular wall light switch; it is situated next to the main intercom/radio fixture mounted in the wall between the kitchen and the main front door – just flip the switch up and the gate will open.

The house is quite large and sits on a hill with a large iron gate at the bottom of the driveway. The house number (18241) is on the left concrete gate pillar. The driveway curves around the front of the house and then winds towards the garages to the side of the house and then around towards the back of the house. You can see the tennis court above and to the rear of the property from the garage area. You can enter the house as stated above through the regular household door situated between the two garage doors.

If you have access to a San Diego county "*Thomas Guide*," the house is located on map 1148 in square D-7.

IN
JHN
packet.
Location
of
Exit



2nd packet
Location of Exit

IN THIS packet - website, diskette & Away team patche.



Audio tapes marked send sent to JTTF

Productions made to Sarah sent to JHN

862  12-21-94  Being Conned                120 min.
          (1 of 2)

863  12-21-94  Being Conned                120 min.
          (2 of 2)

864  12-22-94  Links/Meeting Strategy      270 min.

865  12-23-94  Exit Puzzles

866  12-27-94  Compound Strategy           90 min.

867  12-30-94  How To Break Monitor

868  12-31-94  Dr. Y

869  01-23-95  Compound Strategy           70 min.

870  01-25-95  Compound Strategy          100 min.
          Algae
          (1 of 2)

871  01-25-95  Compound Strategy          100 min.
          Algae
          (2 of 2)

These tapes might crash Sent to JHU



USDC IN/IND case 3:22-cv-00395-MGG document 153-2 filed 09/15/23 page 51 of 69



872 Moving Target Monastery
(1 of 2)
A Problem
B Send

382 Accidental Change
A
B Joined mp3

873 Moving Target Monastery
(2 of 2)
A Joined
B ??

883 Relationship to DM
A Noise reduction
B Joined mp3

874 Separating Vehicle & Mind
(1 of 2)
??
A Joined
B 25'

884 Links Meeting
A 50'
B doable.

875 Separating Vehicle & Mind
(2 of 2)
A Joined
B

885 Getting Rid
of Your Own Mind
A Joined mp3
B

876 To Leave Without
A
B Joined

886 Links Needs
A Joined mp3
B 20'

877 Alien Agenda
A
B Joined

887 Influences/
Deposits
A Joined
B mp3

878 Diet NL
(1 of 2)
A
B Joined

888 Getting Rid
of Excess
A Joined
B mp3

879 Diet NL
(2 of 2)
A
B Joined

889 Accelerating
A Joined mp3
B 30'

880 Mission to another country
(1 of 2) Joined
A
B 135'

890 NL Determines
A Joined
B mp3 70'

881 Mission to another country
Joined
A
B 105'

891 NL Determines Best
A
B 7'

True log sample from class

Tape log marking sent to John

| | | | |
|---|---|---|---|
| 871 | 01-25-95 | Compound Strategy   100 min.<br>Algae<br>( 2 of 2 ) | |
| 872 | 01-29-95 | Moving Target Monastery<br>( 1 of 2 ) | |
| 873 | 01-29-95 | Moving Target Monastery<br>( 2 of 2 ) | |
| 874 | 02-04-95 | Separating Vehicle & Mind<br>Leaving in '95   95 min.<br>( 1 of 2 ) | |
| 875 | 02-04-95 | Separating Vehicle & Mind<br>Leaving in '95   95 min.<br>( 2 of 2 ) | |
| 876 | 02-16-95 | To Leave Without   90 min.<br>Compromising | |
| 877 | 02-17-95 | Alien Agenda/Departure<br>Questions   65 min. | |
| 878 | 02-26-95 | Diet - NL has to like you<br>( 1 of 2 ) | |
| 879 | 02-26-95 | Diet - NL has to like you<br>( 2 of 2 ) | |
| 880 | 02-01-95 | Mission to Another Country<br>(India ?)   135 min.<br>( 1 of 2 ) | |
| 881 | 02-01-95 | Mission to Another Country<br>(India ?)   135 min.<br>( 2 of 2 ) | |
| 882 | 02-19-95 | Accelerated Change/   75 min.<br>Self Sufficiency | |
| 883 | 03-03-95 | Relationship to OM<br>& Misc. Strategy | |
| 884 | 04-??-95 | Links Meeting | |
| 885 | 04-13-95 | Getting Rid of Your Own Mind | |
| 886 | 04-15-95 | Links Needs   90 min. | |
| 887 | 04-17-95 | Influences/Deposits<br>Increasing Thirst Thru Asking | |
| 888 | 04-21-95 | Getting Rid of Excess<br>Conservative w/S<br>Desperation | |
| 889 | 04-22-95 | Accelerating   30 min. | |
| 890 | 04-29-95<br>05-01-95 | NL Determines Exit   70 min. | |
| 891 | 04-29-95<br>05-01-95 | NL Determines Exit   70 min. | |
| 892 | 05-09-95 | Redemption | |
| 893 | 05-25-95 | Shedding Influences<br>Becoming as Children | |
| 894 | 25-26-95 | Links   45 min. | |
| 895 | 05-26-95 | Duty | |
| 896 | 05-26-95 | Heavy Duty Influences   45 min. | |
| 897 | 05-27-95 | Lessons Re: STR | |
| 898 | 06-03-95 | Connecting   20 min. | |
| 899 | 06-06-95 | Celebration   45 min. | |
| | | Meeting   10 min. | |
| | | ...ing with ?   40 min. | |

| | | | |
|---|---|---|---|
| 841 | | Inverness 3rd Meeting Change becoming a new creature | |
| 842 | 06-14-94 | Portland   Group 3 | |
| 843 | 07-07-94 | Boseman Control Status Reports | |
| 844 | 07-11-94 | Meeting w/Links 2 Deposits ( 1 of 2 ) | |
| 845 | 07-11-94 | Meeting w/Links 2 Deposits (2 of 2 ) (starts about 2/3 in) | |
| 846 | 07-17-94 | Rockford | |
| 847 | 08-06-94 | Boston H.I.M. ( 1 of 2 ) | |
| 848 | 08-06-94 | Boston  H.I.M. ( 2 of 2 ) | 17 min. |
| 849 | 07-23-94 | Meeting w/Links | 40 min. |
| 850 | 09-26-94 | Soul, Karma, Judgment | 70 min. |
| 851 | 10-22-94 | Crew minded, positive | 65 min. |
| 852 | 11-04-94 | Links Meeting | |
| 853 | 11-09-94 | Links Meeting ( 1 of 2 ) | |
| 854 | 11-09-94 | Links Meeting ( 2 of 2 ) | |
| 855 | 11-09-94 | What If Links Leaves... | 90 min. |
| 856 | 11-22-94 | Hive Mentality Conceptualizing/ Controlling your Vehicle | 65 min. |
| 857 | 11-23-94 | Higher Perspective | 25 min. |
| 858 | 12-04-94 | Ornery & Healthy | 80 min. |
| 859 | 12-08-94 | As Fast As Possible ( 1 of 2 ) | 95 min. |
| 860 | 12-08-94 | As Fast As Possible ( 2 of 2 ) | 95 min. |
| 861 | 12-10-94 | Te Lahson Application | 60 min. |
| 862 | 12-21-94 | Being Conned ( 1 of 2 ) | 120 min. |
| 863 | 12-21-94 | Being Conned ( 2 of 2 ) | 120 min. |
| 864 | 12-22-94 | Links Meeting Strategy | 76 min. |
| 865 | 12-25-94 | Exit Puzzle | 85 min. |
| 866 | 12-27-94 | Compound Strategy | 80 min. |
| 867 | 12-31-94 | First Half of Meeting | 60 min. |
| 868 | 12-31-94 | D - Year | 95 min. |
| 869 | 01-23-95 | Compound Strategy | 70 min. |
| 870 | | | |

811   12-06-93   Lesson on going out          79 min.
                 Souls w/deposits vs none
                 (1 of 2)

812   12-06-93   Lesson on going out          79 min.
                 Souls w/deposits vs none
                 (2 of 2)

813   12-08-93   Next Level Conception 75 min.

814   12-10-93   Creatures vs Souls          48 min.

815   12-11-93   Lessons from Elijah Meeting
                 Holy spirit, sponge, permissiveness
                 (1 of 2)               126 min.

816   12-11-93   Lessons from Elijah Meeting
                 Holy spirit, sponge, permissiveness
                 (2 of 2)               126 min.

817   12-14-93   New Soul/Creature
                 Understanding          105 min.
                 Going out Questions (1 of 2)

818   12-14-93   New Soul/Creature
                 Understanding          105 min.
                 Going out Questions (2 of 2)

819   12-15-93   RDD Leaves Class        16 min.
                 Strategy for going out in 3's

820   12-15-93   2 Teams in a Town       96 min.

821   12-18-93   How to Approach Meeting
                                         68 min.

822   12-20-93   Offspring & Others      80 min.

823   12-25-93   Q & A Going Out         70 min.

824   12-27-93   Partnerships & Travel Strategy
                                         77 min.

825   12-28-93   Where to go first       54 min.

826   12-30-93   Consider actions in grouping
                 Strategy for going out

827   01-02-94   Make it believable,     75 min.
                 Do all I can, don't
                 shortchange them

828   01-02-94   Make it believable,     75 min.
                 Do all I can, don't
                 shortchange them

829   01-27-94   Compound/Going          45 min.
                 Public Strategy

830   03-03-94   Relationship to O.M.
                 Misc. Strategy
                 (says 2 of 2 but don't have 1st tape)

831   03-24-94   Tampa USF Meeting
                 (1 of 2)

832   03-24-94   Tampa USF Meeting
                 (2 of 2)

833   04-02-94   Meeting w/Links Group 2 & 4
                 (Little Rock, AR)
                 (says 1 of 2 but only have 1)

834   04-29-94   Not Judging, Not Denying
                 Who you are            120 min.
                 (1 of 2)

835   04-29-94   Not Judging, Not Denying
                 Who you are            120 min.
                 (2 of 2)

836   05-22-94   Mt. Cross

837   05-23-94   Inverness (tape 1 of 2)

838   05-23-94   Inverness (tape 2 of 2)

839   05-24-94   Inverness 2nd Meeting
                 (tape 1 of 2)

840   05-24-94   Inverness 2nd Meeting
                 (tape 2 of 2)



Shows JAN - Francisco
Falcon sent all this to
me from Venezuela

Location description   Inbox ×

Francisco Falcon
to me

Enviado desde mi Galaxy

3 Attachments

GRACIAS!     RECIBIDO!     OK.

Reply     Forward



What is Discovery in a Civil Cas × | CNN - One year later, Heaven's × | CNN - Heaven's Gate suicide × | Inbox (1) - alzzwells@gmail.co × | Original audio tapes 812 til 841 ×

https://mail.google.com/mail/u/1/#inbox/FMfcgzGpGdjNJmLnjPLSbZqkMJlHdWQc

Gmail

Search mail

Compose

Inbox 21
Starred
Snoozed
Sent
Drafts
juan 16
More

Meet
New meeting
Join a meeting

Hangouts
Sawyer

No recent chats
Start a new one

20 of 320

# Original audio tapes 812 til 841 Inbox ×

**Francisco Falcon**
to me

Fri, Jun 24, 4:58 PM (2 days ago)

Enviado desde mi Galaxy

**3 Attachments**

RECIBIDO! GRACIAS! OK.

Reply Forward

Type here to search

77°F

10:31 AM
6/26/2022

# Audios 872 til 896    Inbox ×

**Francisco Falcon**    Jun 24, 2022, 4:43 PM (2 days ago)
to me

Enviado desde mi Galaxy

  

GRACIAS!        RECIBIDO.        RECIBIDO, GRACIAS!

↩ Reply        ➡ Forward





What is Discovery in a Civil Cas × | CNN - One year later, Heaven's × | CNN - Heaven's Gate suicide × | Inbox (1) - alzzwells@gmail.co × | Original audio tapes 842 til 871 ×

https://mail.google.com/mail/u/1/#inbox/FMfcgzGpGdjNJiFmTWHWLgzmXqZvBZMQ

Gmail

Search mail

Compose

Inbox 20
Starred
Snoozed
Sent
Drafts
juan 16
More

Meet
New meeting
Join a meeting

Hangouts
Sawyer

No recent chats
Start a new one

21 of 320

# Original audio tapes 842 til 871

Inbox ×

**Francisco Falcon**
to me

Fri, Jun 24, 4:52 PM (2 days ago)

Enviado desde mi Galaxy

**3 Attachments**

RECIBIDO! GRACIAS! OK.

Reply Forward

Type here to search

81°F

Letter to me   Inbox

Francisco Falcon
to me

Enviado desde mi Galaxy

GRACIAS!   OK.   RECIBIDO.



Audiotapes packages

Francisco Falcon
to me

Enviado desde mi Galaxy

USDC NND case 3:22-cv-00395-MCC   document 153-2   filed 09/15/23   page 63 of 69









What came inside the package   Inbox ✕

Francisco Falcon
to me ▾

Fri, Jun 24, 7:46 PM (2 days ago)

2 diskettes to upload the webpage in internet if needed, several away team packages, exit statement diskette as well as Do and the class SVHS original exit video tapes

Enviado desde mi Galaxy

Thanks, I'll check them out.   Thanks, I'll check it out.   Got it, thanks!

Reply   Forward



# EXHIBIT 3

**DO Shows Some Trust in Sawyer as an "elder" and "older member" and as having had a speaker task for Him**

**Pic of June and Sawyer in Beyond Human Video Session 1**     **Page 1 - 2**

**Pics of Sawyer with Classmates during 1994 Public meetings**   **Page 3 - 6**

**History of Sawyers Public Speaking**                           **Page 7 - 8**

**2 Clips from Audio Tape 849 saying Sawyer had Speaker task**   **Page 9**

**DO in Beyond Human Session 1 identifies June and Sawyer**     **Page 10-15**
**as having grown to become "elders" and "older members"**
**to the audience.**

Exhibit 3 - DO's Student Sawyer

992 Sunday Do Surgoby (Sawyer)



Vimeo Heavens Gate by the Telah Foundation Beyond Human - The Last Call Session 1 - 2 June &
Sawyer pictured

# Beyond Human, Session 1

9 years ago

Documentary

Reporting & Journalism

Filmed: Beyond Human - The Last Call
t: Dale Sawyer

https://vimeo.com/heavensgate