UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF INDIANA

SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human, Inc. | CASE NO. 3:22-CV-395-JD-MGG |
| Plaintiff, | |
| v. | |
| Steven Robert Havel, | |
| Cathy JoAnn Weaver, | |
| Jason Bartel, | |
| Defendants. | |

**FILED**

SEP 15 2023 – PM01:26
US DISTRICT COURT
Northern District of Indiana
Chanda J Berta – Clerk

## HAVEL'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

TO: The Evolutionary Level Above Human, Inc. Mark King and Sarah King, Plaintiff,

## INSTRUCTIONS

Pursuant to Rule 34 of the Federal Rules of Civil Procedure (FRCP), Defendant submits the

following request for production of documents from Plaintiff.

 Pursuant to FRCP Rule 34(a), Defendant acknowledges that these requests are limited to the

scope of FRCP Rule 26(b), and requests that when Plaintiff is unable to produce certain

documents because they fall outside of such scope, Plaintiff will provide a brief explanation as to

the reason why the documents fall outside the scope of the request.

If certain requests are duplicative of previous requests to which documents have already been

produced, Plaintiff need not reproduce such documents but is requested to notify Defendant that

1

such documents are among those already produced.

Pursuant to FRCP Rule 34(b)(2)(E), Defendant requests that when Plaintiff does produce the requested documents, including electronically stored information (ESI), Plaintiff will produce such documents or ESI as they are kept in the usual course of business or will organize and label them to correspond to the categories in the request.

Defendant requests that Plaintiff make a good faith effort to produce any and all requested documents that are readily ascertainable from Plaintiff.

**DEFINITIONS**

1. **Heaven's Gate or The Creators** refers to TI (Bonnie Lu Truesdale Nettles and/or DO (Marshall Herff Applewhite) and/or The 38 Students who passed away in March of 1997. They are also known as The Group and/or The Class and/or Total Overcomers Anonymous (T.O.A.) and/or Human Individual Metamorphosis (H.I.M.) and/or Heaven's Representatives (they used for their Common Law Copyright of their Book) and/or Total Overcomers Anonymous Monastery (on the Beyond Human Video series copyright notice on the tape jackets).

2. **Material** – refers to all the Intellectual Property created by Heaven's Gate and left behind for the purpose of being disseminated to anyone who wanted it.

3. **Plaintiffs** – refers to Mark King and/or Sarah King, The Evolutionary Level Above Human, Inc., Petitioners, Plaintiffs and/or their current Counsel.

**PRODUCTION OF DOCUMENTS**

1. Some of these documents, Defendant listed in Defendant's Initial Disclosure. but in order to be sure those documents Defendant has listed are authentic and admitted as Court's evidence, I am listing them here to be supplied by Plaintiffs so there won't be any

authenticity disputes.

2. Defendant is also providing reasons why these documents are important for Defendants Defense in case Defendant needs to file a motion with the court for Plaintiffs to provide said documents.

3. Defendant also needs these documents for the upcoming Jury Trial Demanded by Plaintiffs in their Complaint and/or for Defendant's Appended Counter Claim against Plaintiffs.

4. Regarding the requested documents to prove Plaintiffs had legal authority to copyright and/or trademark what Heaven's Gate authored, it is important to note the dates on their copyrights and trademark registrations was over a year before Plaintiffs received any Consent Decrees.

**DEFENDANTS DOCUMENT REQUESTS OF PLAINTIFFS**

The following documents were part of the Court Action in the SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF SAN DIEGO In the Matter of the Estate of JOHN MICHAEL CRAIG, also known as LOGAN M. LAWSON, also known as LOGAN LAHSON Decedent (and all the decendants) in CASE NO.: PN022228:

The following are from Petitioners (Plaintiffs, Mark King and Sarah King's) Exhibit Index (Section E. Exhibit Index) as digitized by the Court in filenames:

ROA 72 Case File Contents 3-3.pdf

ROA 73 Case File Contents 1-3.pdf

ROA 74 Case File Contents 2-3.pdf

ROA 75 Case File Contents 3-3.pdf

If Plaintiffs, Mark King AND Sarah King agree that these case files are all authentic, the

Defendant only requests the files listed below from the Exhibit Index that is listed first:

1. CASE NO. PN022228 JOINT TRIAL READINESS CONFERENCE REPORT, Section E.

Exhibit Index

Reason, this report contains the following Exhibits filed by Petitioners that can be valuable in

Defendants Defense.


2. CASE NO.: PN022228 filed 04/21/98 14:59 $188.00

PETITION BY CLAIMANT TO DETERMINE OWNERSHIP OF ESTATE PROPERTY, FOR

ORDER AUTHORIZING AND DIRECTING REPRESENTATIVE TO TRANSFER ESTATE

PROPERTY TO PETITIONER AND PAYMENT OF PETITIONER'S ATTORNEY FEES

(ROA 72 Case File Contents 3-3 Pages 6-247 that includes Exhibits A through G).

Reason: Shows the Statutory Durable Power of Attorney files for approx 19 of the Members of

the Group who the Group determined might have a check coming to them. They were expired at

the death of the person who filed out the form so would have only been used if one or more of

these didn't die thus did not serve as a legal document for use to copyright and/or trademark any

of the Material left behind by the Group Members.


3. CASE NO.: PN022228 PETITIONER'S SUPPLEMENTAL TRIAL BRIEF DATE: January

11, 1999

Reason: Shows how Petitioners presented mistruths to the Court to obtain the Groups Material

which they are still doing.

4. CASE NO.: PN022228 PETITIONER, THE TELAH FOUNDATION'S OPPOSITION TO
PUBLIC ADMINISTRATOR'S MOTION IN LIMINE NO. 6 TO EXCLUDE PETITIONER'S
EXHIBIT #134-HOW AND WHEN HEAVEN'S GATE MAY BE ENTERED Signed
thereabouts 01-05-99 and filed January 11, 1999 (ROA 74 Case File Contents 2-3 pages 45-47)
Reasons: This shows that Mark King and Sarah King wanted to show the Groups intention by
submitting the entire book into the case. It also shows that they admit others besides themselves
received Material.


5. CASE NO.: PN022228 TRIAL BRIEF filed by Petitioners filed on 01-08-99.
(ROA 74 Case File Contents 2-3 page 64 of)
Reason: Shows Plaintiffs (then Petitioners) case of what was the Groups intention.
This document also shows that Plaintiffs believed if San Diego County didn't provide them with
the Groups Intellectual Property it would be a Religious Discrimination case which is part of
Defendant Havel's Defense to also show the Court and a Jury.


6. 105. CASE NO.: PN022228 TRIAL BRIEF filed by Petitioners filed on 01-08-99.
(ROA 74 Case File Contents 2-3 see page 64)
Reason: Shows Plaintiffs (then Petitioners) case of what was the Groups intention that if they
actually believed wouldn't be suing anyone for doing as they said they wanted to do with the
Materials.
This document also shows that Plaintiffs believed if San Diego County didn't provide them with
the Groups Intellectual Property it would be a Religious Discrimination case which is part of
Defendants Havel's Defense to also show the Court and a Jury.


5

7. Petitioners Exhibit No. 6 Marshall Herf Applewhite – Order to Proceed Summarily

8. Petitioners Exhibit No. 42 David Cabot Van Sinderen – Order to Proceed Summarily

9. Petitioners Exhibit No. 45 Creditor's Claim against the estate of Marshall Herf Applewhite

10. Petitioners Exhibit No. 75 Creditor's Claim against the estate of David Cabot Van Sinderen

11. Petitioners Exhibit No. 99 E-mail from Mark and Sarah King to Heaven's Gate dated
December 16, 1996 received from Public Administrator's Office on August 14,1998

12. Petitioners Exhibit No. 99 Handwritten notes in wallet of David Van Sinderen

13. Petitioners Exhibit No. 92 Envelope containing the Federal Express sender's copy receipts of
packages sent to 12 other individuals and two sender's copy receipts for packages sent to Mark
and Sarah King.

13. Petitioners Exhibit No. 74 Undated, unsigned letter in which the recipients are identified as
Sam, Fifi, Tawni & Tony in which the senders are identified as Logan & June.

14. Petitioners Exhibit No. 62 State of Arizona Certificate of Trade Name pertaining to the
TELAH Foundation dated January 15,1998

15. Petitioners Exhibit No. 61 Letter dated January 12, 1998 from Mark King to the Secretary of State.

16. Petitioners Exhibit No. 57 E-mail transcript dated January 15, 1997 from Soren Codea.

17. Petitioners Exhibit No. 54 E-mail transcript dated October 22, 1996 from Francisco J. Falcon

18. Petitioners Exhibit No. 53 E-mail transcript dated September 25, 1996 from Francisco J. Falcon

19. Petitioners Exhibit No. 52 E-mail transcript dated December 9, 1996 from "Mrc/Srf"

20. Petitioners Exhibit No. 51 E-mail transcript dated October 22, 1996 from "Mrc/Srf"

21. Petitioners Exhibit No. 37 Printed information sheet identifying those people who also received packages from the decedents on or about March 26, 1997.

22. Petitioners Exhibit No. 38 Handwritten letter dated 3/22, in which the recipients are identified as "MRC/SRF" and the senders are identified as "Your Friends"

23. Petitioners Exhibit No. 39 E-mail transcript from Chuck Humphrey to "rep@heavensgate.com" dated June 19,1996

7

24. Petitioners Exhibit No. 40 E-mail transcript in which the senders are identified as Mrc/Srf and the recipients are identified as Mll/Jwn, dated December 16, 1996.

25. Petitioners Exhibit No. 41 Printed letter in which the recipients are identified as "MRC/SRF" and the senders are identified as "MLL/GLD," the contents of which is concerning income and expense information for TELAH services.

26. Petitioners Exhibit No. 42 E-mail transcript dated October 21, 1996 from "Mrc/Srf"

27. Petitioners Exhibit No. 43 E-mail transcript dated October 25, 1996 from "Mrc/Srf"

28. Petitioners Exhibit No. 44 E-mail transcript dated October 28, 1996 from "Mrc/Srf"

29. Petitioners Exhibit No. 45 E-mail transcript dated October 29, 1996 from "Mrc/Srf"

30. Petitioners Exhibit No. 46 E-mail transcript dated October 30, 1996 from "Mrc/Srf"

31. Petitioners Exhibit No. 47 E-mail transcript dated November 5, 1996 from"Mrc/Srf"

32. Petitioners Exhibit No. 48 E-mail transcript dated November 6, 1996 from"Mrc/Srf"

33. Petitioners Exhibit No. 49 E-mail transcript dated November 12, 1996 from "Mrc/Srf"

34. Petitioners Exhibit No. 50 E-mail transcript dated November 18, 1996 from "Mrc/Srf"

35. Petitioners Exhibit No. 31 Four page tabulated document entitled 'Changes Made to Heaven's Gate Book.

36. Petitioners Exhibit No. 32 Three page document entitled "3rd Edition of Heaven's Gate"

37. Petitioners Exhibit No. 31 Four page tabulated document entitled "Changes Made to Heaven's Gate Book"

38. Petitioners Exhibit No. 30 Printed page entitled "Revised Editions of Heaven's Gate"

39. Petitioners Exhibit No. 28 Undated handwritten note to Mark and Sarah King who are identified as "MRC/SRF," the senders of which are identified as 'EVN/JWR."

(Defendants Note: It seems there is a typo here as there was no Classmember with the short name of JWR. It would seem this was referring to JWN, which is Jwnody)

40. Petitioners Exhibit No. 29  Undated handwritten two page note to Wayne Parker, who is identified as "OSC," the contents of which refer to the material necessary to make a book for the Library of Congress.

41. Petitioners Exhibit No. 4 Undated letter, the recipients of which are identified as Chris and Holly and the senders of which are identified as "June, Steele, Sonny, Nick, Evan, Otis, and Geoff.

42. Petitioners Exhibit No. 5 Undated letter in which the recipient, Wayne Parker, is identified as OSCODY, and the senders are identified as "The Class"

43. Petitioners Exhibit No. 6 Undated letter in which the recipient, Rio DiAngelo, is identified as NEO, and the senders are identified as "The Class"

44. Petitioners Exhibit No. 7 Letter dated March 24, 1997, in which the recipients, Floyd and Lorraine Snelson, are identified as FLX/ABL, and the senders are identified as "The Class"

45. Petitioners Exhibit No. 1 Undated letter in which the recipients, Mark and Sarah King, are identified as MRC and SRF, and the senders are identified as "The Class"

46. Petitioners Exhibit No. 2 Letter dated March 22, 1997, in which the recipients, Mark and Sarah King, are identified as MRC and SRF, and the senders are identified as "Pursers" (SNG, SLV, MLL, GLD)

47. 03-26-98 CASE NO. PN 022228 DECLARATION OF KIMBERLY A. DONOVAN IN SUPPORT OF OPPOSITION TO PETITION TO TERMINATE SPECIAL ADMINISTRATION

(See roa 73 case file contents 1-3 pages 364-389)


Reason: Shows how Mark King and Sarah King accused Chuck Humphrey of stealing the Materials DO gave him and accused him of commercializing the Material when there is a large amount of evidence to the contrary.


48. PETITION BY CLAIMANT TO DETERMINE OWNERSHIP OF ESTATE PROPERTY, FOR ORDER AUTHORIZING AND DIRECTING REPRESENTATIVE TO TRANSFER ESTATE PROPERTY TO PETITIONER AND PAYMENT OF PETITIONER'S ATTORNEY FEES filed 04/21/98.

Reason: A number of Claims made by Petitioners that show they either exaggerated or misled or were dishonest about a number of issues they presented to the Court that strengthens Defendants defense.


49. 03/26/98 CASE NO.: PN022228 OPPOSITION TO PETITION TO TERMINATE SPECIAL ADMINISTRATION (Probate Code §8546) filed 03/26/98. See roa 73 case file contents 1-3 pages 327-333)

Reason: To show that having the Material from the Class is a religious freedom issue according to Mark King and Sarah King.


50. Case No. PN022228 OBJECTION TO PETITION TO DETERMINE OWNERSHIP OF ESTATE PROPERTY, FOR ORDER AUTHORIZING AND DIRECTING

REPRESENTATIVE TO TRANSFER ESTATE PROPERTY TO PETITIONER AND

PAYMENT OF PETITIONER'S ATTORNEY'S FEES (PROBATE CODE §9860) JULY 17,

1998 (pages 173-179 of ROA 74 Case File Contents 2-3)

Reason: This document shows the power of attorneys in California were terminated upon

decedents deaths. It also shows petitioners Mark King and Sarah King had no documents to show

to acquire copyright registrations to transfer from TOA their common law copyrights to Telah

Foundation and showed no documents to back up their Transfer statement in the copyright

registrations as "pursuant to assignments". Attorneys, Cheryl Carter and the others asked if they

used those powers of attorney as the "assignments" which was not legal to do.


51. 07-17-98 CASE NO.:PN022228 VERIFIED SUPPLEMENT - DECLARATION OF MARK

KING (pages 182 and 183 of ROA 74 Case File Contents 2-3)

Reason: Shows how Mark King misled the Court to try to retrieve the Materials left by the

Group in storage and then when they bought those materials continued to insist only the Kings

should have them when that was clearly against the wishes of the Decedents.


52. CASE NO.: PN022228 TRIAL BRIEF filed by Petitioners filed on 01-08-99.

(see page 64 of ROA 74 Case File Contents 2-3)

Reason: Shows Plaintiffs (then Petitioners) case of what was the Groups intention

This document also shows that Plaintiffs believed if San Diego County didn't provide them with

the Groups Intellectual Property it would be a Religious Discrimination case which is part of

Defendants Defense to also show the Court and a Jury.

List of the contents of one of the items listed in San Diego Counties Exhibit 1 as:

53. CTN. FRAMED AND UNFRAMED ARTWORK/SIGNS

Reason: Plaintiffs have claimed copyright and/or ownership over all of David Cabot van Sinderen, aka Olliver Odinwood's , Ollody)'s artwork for The Meeting Script and in particular have a copyright for the CBE one of those 14 paintings and/or the Lithographic Print that is one of the counts in their complaint against Defendant, Defendant believes it necessary to see the entirety of what Plaintiffs received from the Court case in the Settlement that appears to be identified by this line item in Exhibit 1.

54. Envelope with original documents: Orig: Copyright screenplay The Meeting. Orig: Copyright artwork for screenplay.

55. Bills of sale by authors of The Meeting to Group Member.

56. No. PNO22228. Notice of lodgment in support of supplemental brief. Date January 8, 1999

57. No. PNO22228 Supplemental Brief. Date January 8, 1999.

58. Legal document from the Group to Plaintiffs stating their transfer of Telah Services to Plaintiff.

59. Document from IRS to Plaintiffs stating the renaming of Telah Services to The Telah Foundation that Plaintiffs say in an interview they received directly from an "IRS panel in Washington".

60. Fed Ex Packages and their contents that Plaintiffs have stated they and only they received from the Heavens Gate Group detailing alleged transfer and instructions of what to do with in regards to dissemination of the Heavens Gate Groups Intellectual Property.

13

Dated: September 14, 2023

Stephen Havel

5776 Grape Rd.

Suite 51

PMB# 121

Mishawaka, IN. 46545

Sawcat575@gmail.com

Defendant