UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human, Foundation d/b/a The Telah Foundation, an Arizona nonprofit corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>Steven Robert Havel;<br>Cathy JoAnn Weaver;<br>Jason Bartel,<br><br>                Defendants. | Civil Action No. 3:22-cv-00395 |

**PLAINTIFF'S AMENDED CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, this statement is amended and filed on behalf of The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation ("Plaintiff"), an Arizona nonprofit corporation.  There is no parent corporation of Plaintiff, and no publicly held corporation owns 10% or more of the stock of Plaintiff.

RESPECTFULLY SUBMITTED this 21st day of September 2023.

 /s/  Otto E. Hinks
MESSNER REEVES LLP
Isaac S. Crum (AZ Bar #026510)
icrum@messner.com
Otto E. Hinks (AZ Bar #032457)
ohinks@messner.com
7250 N. 16th Street, Suite 410
Phoenix, Arizona 85020
Telephone: (602) 641-6705
Facsimile: (303) 623-0552
*Attorneys for Plaintiff*

{07693891 / 2}                               1

## CERTIFICATE OF SERVICE

      I hereby certify that on the 21st of September, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the parties listed below. A copy of this filing will also be sent via U.S. mail and email.

Cathy Weaver
5776 Grape Road, Ste 51 PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

Jason Bartel
N4051 26th Lane
Redgranite, WI 54970-7087
Jason_Bartel@unioncab.com

Steven Robert Havel
5776 Grape Road, Ste 51 PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

By: /s/ Amber Gunsolley