UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC.,

    Plaintiff,

v.

STEVEN ROBERT HAVEL, et al.,

    Defendants.

CASE NO. 3:22-CV-395-MGG



## DEFENDANT JASON BARTEL RESPONDS TO ALLEGED PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION

Alleged Plaintiff, The Evolutionary Level Above Human, Inc., has filed alleged Plaintiff's First Set Of Requests For Admission on behalf of the alleged legal entity, The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation, an Arizona nonprofit corporation. Alleged Plaintiff's Attorney, Isaac S. Crum, has not filed an amended Corporate Disclosure Statement on behalf of The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation, therefore, The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation is not a Party to this case and cannot make any requests of Defendants in this Court.

In the case before this Court to date, September 18, 2023, Attorney Isaac S. Crum has only filed the May 18, 2022 Corporate Disclosure Statement on behalf of alleged Plaintiff, The Evolutionary Level Above Human, Inc. Alleged Plaintiff's Attorney, Isaac S.

Crum, has yet to file an amended Corporate Disclosure Statement on behalf of The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation and yet Mr. Crum has filed a First Amended Complaint and Multiple First Set Of Requests For Admissions on behalf of the alleged legal entity, The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation, an Arizona nonprofit corporation.

From September 20, 2022 to the present date this Court has only recognized The Evolutionary Level Above Human, Inc. as Plaintiff in the Title Of Proceedings in all Court Orders and filings.

Jason Bartel
jason_bartel@unioncab.com

*/s/ Jason Bartel*
9/18/2023

Jason Bartel
N4051 26th Ln N.
Redgranite, WI 54970

U.S. District Court
Att: Clerk of Court
204 S. Main St.
South Bend, IN
46601

Retail

U.S. POSTAGE PAID
FCM LG ENV
MONTELLO, WI 53949
SEP 19, 2023
46601
$1.35
RDC 99
R2304P118731-14