UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE
HUMAN, INC.,

    Plaintiff,

v.

STEVEN ROBERT HAVEL, et al.,

    Defendants.

CASE NO. 3:22-CV-395-MGG

FILED
09/26/2023 mail
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
Chanda J. Berta, Clerk of Court

## MOTION TO STRIKE ALLEGED PLAINTIFF'S AMENDED CORPORATE DISCLOSURE STATEMENT

Defendant Jason Bartel hereby moves the Court for an Order granting Defendant's request to Strike alleged Plaintiff's Amended Corporate Disclosure Statement. Alleged Plaintiff did not file an Amended Corporate Disclosure Statement with alleged Plaintiff's First Amended Complaint on July 24, 2023. As alleged Plaintiff's First Amended Complaint has named a different alleged entity as Plaintiff from alleged Plaintiff's instant complaint, alleged Plaintiff's Attorney, Isaac S. Crum, is required by Federal Rule Of Civil Procedure 7.1(b) to,

(1) File the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the Court; and
(2) promptly file a supplemental statement if any required information changes'.

Defendant asserts that alleged Plaintiff's Attorney, Mr. Crum, did not file an Amended Corporate Disclosure Statement until September 21, 2023, nearly two months after alleged Plaintiff's First Amended Complaint named a different, alleged corporate Plaintiff in the case

1

before this Court.

Furthermore, alleged Plaintiff's Amended Corporate Disclosure Statement did not use the term 'Inc.' to describe the alleged entity, 'The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation', therefore, Mr. Crum has acknowledged before the Court that 'The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation' is not an Incorporated entity and therefore 'The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation' is not a corporation with the capacity to sue in this Court. Thus, Isaac S. Crum's Amended Corporate Disclosure Statement is fraudulent as the Amended Corporate Disclosure Statement was not filed on behalf of a,

'nongovernmental corporate party or a nongovernmental corporation' as per Federal Rule Of Civil Procedure 7.1(a)(1).

Moreover, subsequent to filing alleged Plaintiff's First Amended Complaint and prior to Attorney Isaac S. Crum filing an Amended Corporate Disclosure Statement, alleged Plaintiff filed multiple 'First Set Of Requests For Admission' on Defendants. The aforementioned 'Requests' were frivolous and without merit as the 'Requests" were made on behalf of an alleged legal entity for which a Corporate Disclosure Statement was not filed with the Court.

Defendant prays that the Court will Strike alleged Plaintiff's Amended Corporate Disclosure Statement for the reasons stated above.

Jason Bartel
N4051 26th Lane
Redgranite, WI 54970
jason_bartel@unioncab.com

*Jason Bartel* (signature)
9/22/2023

2

Jason Bentel
N4051 26th Lane
Redgranite, WI
54970



U.S. POSTAGE PAID
FCM LG ENV
MONONA, WI 53716
SEP 22, 2023
$1.35

U.S. District Court
Att: Clerk of Court
204 S. Main St.
South Bend, IN
46601