UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation,<br><br>    Plaintiff,<br> v.<br><br>Stephen Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>    Defendants. | Civil Action No. 3:22-CV-00395 |

**PLAINTIFF'S RESPONSE TO DEFENDANT BARTEL'S MOTON TO STRIKE PLAITIFF'S FIRST AMENDED COMPLAINT**

  The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation (the "Foundation" or "Plaintiff") by and through their attorney, hereby submits its response to Defendant Jason Bartel's ("Defendant Bartel") Motion to Strike Alleged Plaintiff's First Amended Complaint. ("Motion") [DE 149].

**I. ARGUMENT.**

  Defendant Bartel's frivolous motion should be denied for numerous reasons. First, whether or not Plaintiff amended its Rule 7.1 Corporate Disclosure Statement at the time that it amended its complaint is irrelevant to the propriety of the amended complaint. Second, Defendant Bartel's Motion to Strike is untimely. Finally, the Motion is moot as Plaintiff has filed an amended disclosure statement.

  **A. Plaintiff's Corporate Disclosure Statement is Irrelevant.**

  Defendant Bartel's convoluted arguments regarding Plaintiff's formal name and failure to amend its Corporate Disclosure Statement have no bearing on whether

{07699788 / 2}

1

Plaintiff's Amended Complaint was properly submitted. The information provided in Corporate Disclosure Statements "required by Rule 7.1(a) reflects the 'financial interest' standard of Canon 3C(1)(c) of the Code of Conduct for United States Judges. This information will support properly informed disqualification decisions in situations that call for automatic disqualification under Canon 3C(1)(c)." Fed. R. Civ. Pro. 7.1, Committee Notes on Rules—2002. Thus, whether Plaintiff's Corporate Disclosure Statement was amended at the time that Plaintiff filed its First Amended Complaint is completely irrelevant to the propriety of Plaintiff's Amended Complaint.

**B.      The Motion to Strike is Untimely.**

Defendant Bartel's Motion is untimely. A motion to strike, pursuant to Fed. R. Civ. Pro. 12(f), must be filed "before responding to the pleading." Plaintiff filed and served its First Amended Complaint on July 24, 2023. [DE 132]. Rule 15 provides the following response time to an amended pleading: "any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later." Fed. R. Civ. Pro. 15(a)(3). As there was no time remaining to respond to the original complaint, Defendant Bartel's Answer to the First Amended Complaint was due 14 days after service, which was August 7, 2023. This would also be the deadline by which Defendant Bartel should have filed a motion to strike. Defendant Bartel did not file his Motion until September 13, 2023, making it over thirty days late. Defendant Bartel's Motion should be denied on this fact alone.

**C.      The Motion to Strike is Moot.**

Defendant Bartel's Motion is moot because Plaintiff filed an amended Corporate Disclosure Statement on September 21, 2023. [DE 155].

{07699788 / 2}

2

## II. CONCLUSION.

For the foregoing reasons, Plaintiff respectfully requests that Defendant Bartel's Motion to Strike be denied.

DATED this 27th day of September 2023.

**MESSNER REEVES, LLP**

By: /s/  Otto E. Hinks
MESSNER REEVES LLP
Isaac S. Crum (AZ Bar #026510) (Pro Hac Vice)
icrum@messner.com
Otto E. Hinks (AZ Bar #032457) (Pro Hac Vice)
*Attorneys for Plaintiff*

{07699788 / 2}

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th September 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the parties listed below.  A copy of this filing will also be sent via U.S. mail and email.

Cathy Weaver
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

Jason Bartel
N4051 26th Lane
Redgranite, WI 54970-7087
jason_bartel@unioncab.com

Steven Robert Havel
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

By: */s/ Amber Gunsolley*