UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human, Foundation d/b/a The Telah Foundation, an Arizona nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>Steven Robert Havel, Cathy JoAnn Weaver, Jason Bartel,<br><br>Defendants. | Civil Action No. 3:22-cv-00395 |

## ANSWER TO DEFENDANT BARTEL'S AMENDED COUNTERCLAIM

The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation (the "Foundation" or "Plaintiff") by and through their attorney, hereby answer the alleged "Amended Counterclaim" brought by Defendant Jason Bartel ("Defendant Bartel") [DE 150].

Defendant Bartel's "Amended Counterclaim" consists of approximately eleven (11) pages of unnumbered paragraphs. [*See* DE 150 at 62–72]. Pursuant to Fed. R. Civ. P. 8(b)(3), Plaintiff, in good faith, generally denies all of the allegations contained in the Amended Counterclaim and each cause of action applicable to Plaintiff, and specifically denies that Plaintiff is liable to Defendant Bartel under the theories or in the manners set forth in the Amended Counterclaim, and denies that Defendant Bartel was injured or damaged as alleged in the Amended Counterclaim or as a result of any conduct of Plaintiff.

Further, the Foundation denies that Defendant Bartel is entitled to any relief that would invalidate and/or diminish the Foundation's intellectual property rights.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
*(Failure to State a Claim)*

Defendant Bartel's Amended Counterclaim, in whole or in part, fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE
*(Doctrine of Unclean Hands)*

Defendant Bartel's Amended Counterclaim, in whole or in part, is barred by the doctrine of unclean hands.

### THIRD AFFIRMATIVE DEFENSE
*(Lack of Standing)*

Defendant Bartel lacks standing to pursue, some or all of, the alleged counterclaims.

WHEREFORE, Plaintiff prays that Defendant Bartel take nothing by way of the Amended Counterclaim and that Plaintiff has judgment in its favor, for all costs of suit, on all special defenses, and for all other relief that the Court may order or award in this case.

RESPECTFULLY SUBMITTED this 27th day of September 2023.

    */s/ Otto E. Hinks*
MESSNER REEVES LLP
Isaac S. Crum (AZ Bar #026510)
icrum@messner.com
Otto E. Hinks (AZ Bar #032457)
ohinks@messner.com
7250 N. 16th Street, Suite 410
Phoenix, Arizona 85020
Telephone: (602) 641-6705
Facsimile: (303) 623-0552

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of September 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to counsel of record. A copy of this filing was also sent via U.S. mail to the following:

>Cathy JoAnn Weaver
>5776 Grape Road, Ste 51 PMB #121
>Mishawaka, IN 46545
>sawcat575@gmail.com
>
>Steven Robert Havel
>5776 Grape Road, Ste 51 PMB #121
>Mishawaka, IN 46545
>sawcat575@gmail.com
>
>Jason Bartel
>N4051 26th Lane
>Redgranite, WI 54970-7087
>jasonbartel@unioncab.com

*/s/  Amber Gunsolley*