UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human, Foundation d/b/a The Telah Foundation, an Arizona nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>Steven Robert Havel;<br>Cathy JoAnn Weaver;<br>Jason Bartel,<br><br>Defendants. | Civil Action No. 3:22-cv-00395 |

### ANSWER TO AMENDED COUNTERCLAIMS

Plaintiff, The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation ("Plaintiff" or the "Foundation") by and through their attorney, to the extent necessary, hereby answer the alleged amended "counterclaims" brought by Defendant Steven Havel ("Defendant Havel").

### GENERAL DENIAL

Unless specifically admitted below, the Foundation denies each and every allegation set forth in the counterclaims. Any factual allegation admitted below is admitted only as to the specific admitted facts, not as to any purported conclusions, characterizations, implications, or speculations that arguably follow from the admitted facts. The Foundation denies that Defendant Havel is entitled to the relief requested or any other.

### ANSWER

**A. COUNT I – COUNTER DEFENDANTS ILLEGALLY COPYRIGHTED DO AND THE CLASS' BEYOND HUMAN – THE LAST CALL VIDEO TAPE SERIES (7 TAPES) AND FOUR OTHER VIDEO TAPES: "**Last Chance to Evacuate Earth Before It's Recycled,"

"Plant About to Be Recycled – Your Only Chance to Survive – Leave With Us," "Do's Final Exit – Students of Heaven's Gate Expressing Their Thoughts Before Exit, DO MADE IN 1992, 1996, AND 1997.

Answer to 1:[1] Denied.

Answer to 2: Denied.

Answer to 2(a): Admitted.

Answer to 2(b): Denied.

Answer to 3: Denied.

Answer to 4: Denied.

Answer to 4(a): Denied.

Answer to 4(b): Denied.

Answer to 5: Denied.

B.  COUNT II – COUNTER DEFENDANTS ILLEGALLY COPYRIGHTED DO AND THE CLASS' 486 AUDIO CASSETTE TAPES.

Answer to 1:  Denied.

Answer to 2: Denied.

Answer to 2(a): Denied.

Answer to 2(b): Denied.

Answer to 2(c): Denied.

Answer to 2(d): Denied.

Answer to 3: Denied.

---

[1] The allegation of the Amended Counterclaims are difficult to reproduce due to their length and confusion, accordingly, the answers will be provided without reproduction of the allegations. Further, the answers are provided based Plaintiff's best effort to discern the meaning of the allegations and considering their length and confusion, a denial may constitute a general denial to that particular numbered allegation. *See* Fed. R. Civ. P. 8(b)(3).

C.  **COUNT III – COUNTER DEFENDANTS ERRONEOUSLY CLAIM THE COPYRIGHT OF AUDIO TAPE NUMBERS 487 TO 1082 WHEN ONLY THE CREATORS HAVE THE COPYRIGHT.**

Answer to 1: Denied.

Answer to 2: Denied.

Answer to 3: Denied.

Answer to 4: Denied.

Answer to 5: Denied.

Answer to 6: Denied.

D.  **COUNT IV – MARK KING AND SARAH KING WENT DIRECTLY AGAINST DO'S WILL WHEN THEY CHANGED THE COMMON LAW COPYRIGHT DO AND THE CLASS' PUT ON VERSION ONE OF THEIR BOOK, ENTITLED "How and When 'Heaven's Gate' (The Door to the Physical Kingdom Level Above Human) May Be Entered : An Anthology of Our Materials" (aka "Blue Book") INTO THE TELAH FOUNDATION COPYRIGHT.**

Answer to 1: Denied.

Answer to 2: Denied.

Answer to 3: Denied.

E.  **COUNT V – INTENTIONALLY AND ILLEGALLY COPYRIGHTING DO AND THE CLASS' (OLLODY AKA OLLIVER ODINWOOD'S) ACRYLIC PAINTING OF "HOW AN OLDER MEMBER OF THE KINGDOM OF HEAVEN MIGHT LOOK" AS THE C.B.E. LITHOGRAPHIC PRINT (va 877-834 PLAINTIFF'S EXHIBIT F DE 1-6)**

Answer to 1: Denied.

Answer to 1(a): Denied.

Answer to 1(b): Denied.

Answer to 1(c): Denied.

Answer to 2: Denied.

**F.     COUNT VI COUNTER DEFENDANTS INTENTIONALLY AND ILLEGALLY REGISTERED TRADEMARKS ON DO AND THE CLASSES INTELLECTUAL PROPERTY, THE ARTWORK OF THOSE CREATORS WITHOUT ANY LEGAL DOCUMENTATION TO DO SO.**

Answer to 1: Denied.

**G.     COUNT VII COUNTER DEFENDANTS INTENTIONALLY MISLED NOW THREE COURTS BY CLAIMING TO OWN AND HAVE THE COPYRIGHTS FOR ALL DO AND THE CLASSES INTELLECTUAL PROPERTY WITHOUT ANY LEGAL DOCUMENTATION TO PROVE.**

Answer to 1: Denied.

Answer to 1(a): Denied.

Answer to 1(b): Denied.

Answer to 1(c): Denied.

Answer to 1(d): Denied.

Answer to 1(e): Denied.

**H.     COUNT VIII FILING TWO CLAIMS IN TWO DIFFERENT CALIFORNIA COURTS IN THE SAME TIME PERIOD TO ACQUIRE MUCH OF THE SAME BODY OF INFORMATION AND NOT INFORMING BOTH COURTS OF THE OTHERS ACTIONS AND THEIR NATURE**

Answer to 1: Denied.

**I.     COUNT IX – MARK AND SARAH KING ARE INFRINGING ON HAVEL'S "WORK FOR HIRE" COPYRIGHT OF ALL OF THE HEAVEN'S GATE INTELLECTUAL PROPERTY.**

Answer to information under Count IX: Denied.

Answer to 1: Denied.

Answer to 2: Denied.

Answer to 2(a): Denied.

Answer to 3: Denied.

Answer to 4: Denied.

**J.  COUNT X CLAIMING IN THREE COURTS THAT DO'S HEAVEN'S GATE GROUP "TRANSFERRED" TO THE TELAH FOUNDATION ALL RIGHTS TO ALL THEIR INTELLECTUAL PROPOERTY WHILE HAVING BO SUCH DOCUMENTABLE TRANSFER.**

Answer to 1: Denied.

Answer to 2: Denied.

Answer to 2(a): Denied.

Answer to 2(b): Admitted.

Answer to 2(c): Denied.

Answer to 2(d): Denied.

Answer to 2(e): This paragraph constitutes a legal conclusion to which no response is required. To the extent a response is required, it is denied.

**COUNT XI – DENYING JUDGE BREYER'S CONSENT DECREE ORDER TO DISSEMINATE RKKODY'S CD'S CONTAINING OVER 200 DIGITIZED; AUDIO TAPES, BEYOND HUMAN – THE LAST CALL VIDEO TAPES, THE HEAVEN'S GATE BOOK (VERSION 1) AND C.B.E. IMAGE, ETC. IN PARTICULAR TO "VERIFIED FORMER MEMBERS" OF THE CLASS – CRLODY (DEFENDANT JASON BARTEL) AND SWYODY (DEFENDANT STEPHEN HAVEL) AND OTHERS WITH A COMMON LAW STIPULATION.**

Answer to information under Count XI: Denied.

Answer to 1: Denied.

Answer to 2: Denied.

Answer to 3: Denied.

Answer to 4: Denied.

Answer to 5: Denied.

## ANSWER TO CONCLUSION

The Foundation denies that Defendant Havel is entitled to any relief that would invalidate and/or diminish the Foundation's intellectual property rights.

## ANSWER TO PRAYER FOR RELIEF

The Foundation denies that Defendant Havel is entitled to any relief requested against the Foundation.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
*(Failure to State a Claim)*

Defendant Havel's Amended Counterclaim, in whole or in part, fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE
*(Doctrine of Unclean Hands)*

Defendant Havel's Amended Counterclaim, in whole or in part, is barred by the doctrine of unclean hands.

### THIRD AFFIRMATIVE DEFENSE
*(Lack of Standing)*

Defendant Havel lacks standing to pursue, some or all of, the alleged counterclaims.

WHEREFORE, Plaintiff prays that Defendant Havel take nothing by way of the Amended Counterclaim and that Plaintiff has judgment in its favor, for all costs of suit, on all special defenses, and for all other relief that the Court may order or award in this case.

RESPECTFULLY SUBMITTED this 29th day of September 2023.

                                      */s/ Otto E. Hinks*
MESSNER REEVES LLP
Isaac S. Crum (AZ Bar #026510)
icrum@messner.com
Otto E. Hinks (AZ Bar #032457)
ohinks@messner.com
7250 N. 16th Street, Suite 410
Phoenix, Arizona 85020
Telephone: (602) 641-6705
Facsimile: (303) 623-0552

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of September 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the parties listed below. A copy of this filing will also be sent via U.S. mail and email:

>Cathy JoAnn Weaver
>5776 Grape Road, Ste 51 PMB #121
>Mishawaka, IN 46545
>sawcat575@gmail.com
>
>Steven Robert Havel
>5776 Grape Road, Ste 51 PMB #121
>Mishawaka, IN 46545
>sawcat575@gmail.com
>
>Jason Bartel
>N4051 26th Lane
>Redgranite, WI 54970-7087
>jasonbartel@unioncab.com

/s/ *Stephanie L. Coulter*
Stephanie L. Coulter