UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC.,

    Plaintiff,

v.

STEVEN ROBERT HAVEL, et al.,

    Defendants.

CASE NO. 3:22-CV-395-MGG

## MOTION TO STRIKE THE EVOLUTIONARY LEVEL ABOVE HUMAN INC.'S REDACTED PROPOSED ORDER FOR A PRELIMINARY INJUNCTION

Defendant Jason Bartel hereby moves the Court for an Order granting Defendant's request to Strike The Evolutionary Level Above Human, Inc.'s Redacted Proposed Order For A Preliminary Injunction for the reasons stated below.

Alleged Plaintiff's Redacted Proposed Order For A Preliminary Injunction was filed on behalf of the alleged legal entity, The Evolutionary Level Above Human, Inc., on June 29, 2023. On September 21, 2023, alleged Plaintiff's Attorneys, Otto E. Hinks and Isaac S. Crum, filed an Amended Corporate Disclosure Statement on behalf of the alleged legal entity, 'The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation, an Arizona nonprofit corporation".

Therefore, alleged Plaintiff's Redacted Proposed Order For A Preliminary Injunction was filed on behalf of an alleged legal entity that alleged Plaintiff's Attorneys, Otto E. Hinks and Isaac S. Crum, have no longer agreed to represent in this Court. Thus, any claims made by alleged Plaintiff on behalf of The Evolutionary Level Above Human, Inc. in alleged Plaintiff's Redacted

1

Proposed Order For A Preliminary Injunction are moot and have no place in the case before this Court. Therefore, the Court must strike alleged Plaintiff's Redacted Proposed Order For A Preliminary Injunction.

Respectfully Submitted,

Jason Bartel
N4051 26th Lane
Redgranite, WI 54970
jason_bartel@unioncab.com

*[signature]* Jason Bartel
9/26/2023

Jason Bertel
N4051 26th Lane
Redgranite, WI
54970

 

U.S. POSTAGE PAID
FCM LG ENV
MONONA, WI 53716
SEP 26, 2023
$1.35
46601
RDC 99
R2304H109498-16

U.S. District Court
Att: Clerk of Court
204 S. Main St.
South Bend, IN
46601