UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation,<br><br>  Plaintiff,<br>  v.<br><br>Stephen Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>  Defendants. | CASE NO. 3:22-CV-395-JD-MGG |

**PLAINTIFF'S RESPONSE TO DEFENDANT BARTEL'S MOTON TO STRIKE PLAINTIFF'S AMENDED CORPORATE DISCLOSURE STATEMENT**

   The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation (the "Foundation" or "Plaintiff") by and through their attorneys, hereby submits its response to Defendant Jason Bartel's ("Defendant Bartel") Motion to Strike Alleged Plaintiff's Amended Corporate Disclosure Statement ("Motion") [DE 157].

   Defendant Bartel's frivolous motion practice continues. Plaintiff inadvertently put "Inc." at the end of its name rather than "Foundation" in its original Complaint. Plaintiff corrected this inadvertent mistake when it filed its First Amended Complaint [DE 132] and Amended Corporate Disclosure Statement [DE 155]. Despite the fact that this immaterial mistake that has been corrected and addressed several times by Plaintiff's previous filings [*see* DE 131 at 5–6, DE 158 (Response to Defendant Bartel's Motion to Strike Plaintiff's First Amended Complaint)], Defendant Bartel continues to waste the Court's and Plaintiff's resources by filing motions that are unsupported by law.

{07734247 / 1}

1

Plaintiff has previously shown that Plaintiff's inadvertent "corporate misnomer" is not material to the issues in this case. *Id.* This is a position that Defendant Bartel apparently concedes. [DE 124 at 6, quoting 19 Am. Jur. 2d Corps. § 1907 ("The misnomer of a corporation generally will not be treated by the Courts as material if the identity of the corporation is reasonably clear or can be ascertained by sufficient evidence.")]. Yet Defendant Bartel keeps making the same legally unsupported arguments forcing Plaintiff to expend time, effort, and expense to respond.

As other courts have noted, a Corporate Disclosure Statement serves "no purpose with respect to the merits of the case." *Schueller v. Farmers Ins. Grp.*, No. 1:07-CV-1084 MCA/RLP, 2008 WL 11451265, at *2 (D.N.M. Sept. 26, 2008) (citing Fed. R. Civ. P. 7.1 cmt.) ("The purpose of Rule 7.1 is to aid judges in making informed disqualification decisions under the financial interest standard of Canon 3C(1)(c) of the Code of Conduct for United States Judges."). Accordingly, Plaintiff respectfully requests that Defendant Bartel's Motion be denied.

Further, the required Corporate Disclosure Statement has no bearing on the propriety of Plaintiff's duly issued discovery requests. *See Id.* Plaintiff respectfully requests that the Court find that Plaintiff's discovery requests [DE 143–148] were properly propounded and are not "frivolous and without merit," as Defendant Bartel asserts. [DE 157 at 2].

{07734247 / 1}

DATED this 9th day of October 2023.

                                              **MESSNER REEVES, LLP**

                                      By: */s/   Otto E. Hinks*
                                                MESSNER REEVES LLP
                                                Isaac S. Crum (AZ Bar #026510) (Pro Hac Vice)
                                                icrum@messner.com
                                                Otto E. Hinks (AZ Bar #032457) (Pro Hac Vice)
                                                ohinks@messner.com
                                                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th October 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the parties listed below.  A copy of this filing will also be sent via U.S. mail and email.

Cathy Weaver
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

Jason Bartel
N4051 26th Lane
Redgranite, WI 54970-7087
jason_bartel@unioncab.com

Steven Robert Havel
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

By: /s/ *Amber Gunsolley*
Amber Gunsolley

{07734247 / 1}