UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE
HUMAN, INC.,

    Plaintiff,

v.           CASE NO. 3:22-CV-395-MGG

STEVEN ROBERT HAVEL, et al.,

    Defendants.


-FILED-
OCT 17 2023
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**EMERGENCY MOTION FOR REQUIRED JOINDER OF PARTIES**

Pursuant to Federal Rule Of Civil Procedure 19 Defendant Jason Bartel hereby moves the Court for an Order granting Defendant's request for a Required Joinder Of Parties for The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation; Mark King and Sarah King. Defendant contends before this Court that a legal entity with the capacity to sue has yet to have a Corporate Disclosure Statement filed with the Court. Therefore, Defendants do not have a legal entity as Plaintiff of which to make Discovery requests and file counterclaims. Nor can Defendants seek any relief from this Court for the actions of alleged Plaintiff unless a legal entity or entities are identified as Plaintiff or Plaintiffs in the case before this Court. Defendant further contends that alleged Plaintiff has filed a frivolous civil action against Defendants solely for the purpose of harassing and intimidating Defendants. Defendant will present evidence to support these contentions below.

On September 21, 2023, alleged Plaintiff's Attorney, Otto E. Hinks, signed an Amended Corporate Disclosure Statement on behalf of alleged Plaintiff, 'The Evolutionary Level Above

1

Human Foundation d/b/a The Telah Foundation'. Therefore, alleged Plaintiff's Attorneys, Otto E. Hinks and Isaac S. Crum, have acknowledged before this Court that the alleged Plaintiff in alleged Plaintiff's May 18, 2022 Corporate Disclosure Report, 'The Evolutionary Level Above Human, Inc.', is not a legal, Incorporated entity with the capacity to sue in this Court.

Furthermore, alleged Plaintiff's Attorneys did not file an Amended Corporate Disclosure Report with alleged Plaintiff's First Amended Complaint on July 24, 2023, despite the fact that alleged Plaintiff amended the name and corporate status of alleged Plaintiff in alleged Plaintiff's First Amended Complaint. Alleged Plaintiff's Attorneys no longer claimed that alleged Plaintiff is an Incorporated entity in alleged Plaintiff's First Amended Complaint as the term 'Inc.' is not used to describe the alleged entity, The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation, an Arizona nonprofit corporation.

Nor did alleged Plaintiff file an Amended Corporate Disclosure Report with alleged Plaintiff's First Set Of Requests For Admissions on September 7, 2023. Only after Defendant filed a Motion To Strike Alleged Plaintiff's First Amended Complaint on September 10, 2023 did alleged Plaintiff's Attorneys file an Amended Corporate Disclosure Statement.

Alleged Plaintiff's Amended Corporate Disclosure Statement did not correct the corporate misnomer that is The Evolutionary Level Above Human, Inc. The Amended Corporate Disclosure Statement did not identify an Incorporated entity as a Plaintiff, but rather, removed the term 'Inc.', referring to a legal, Incorporated entity from the name of Plaintiff. A correction of a corporate misnomer would only change the true name of an Incorporated entity, it would not change the corporate misnomer into an entity that is no longer Incorporated and therefore no longer a corporation.

Defendant's Exhibits 1 and 48 are the entity data from The Arizona Corporation Commission for The Evolutionary Level Above Human Foundation, an Arizona Nonprofit Corporation Incorporated in the state of Arizona on September 23, 1997. Alleged Plaintiff has provided no evidence to this Court that the 'The Evolutionary Level Above Human, Inc.' or 'The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation, an alleged Arizona nonprofit corporation', are a legal entity or entities with the capacity to sue in this Court.

Furthermore, alleged Plaintiff's instant complaint claimed in paragraph 4 that,

'Plaintiff, The Evolutionary Level Above Human, or Telah Foundation, Inc. (the "Foundation") is an Arizona 501(C)(3), Nonprofit Corporation'. However, alleged Plaintiff's First Amended Complaint claimed in paragraph 4,

'Plaintiff, The Evolutionary Level Above Human Foundation, or The Telah Foundation ( the "Foundation" ) is an Arizona nonprofit corporation'.

An 'Arizona 501(C)(3), Nonprofit Corporation' is a  specific type of corporate entity that would need to be registered with the Arizona Corporation Commission and the IRS as 501(C)(3) is a specific type of federal tax exemption for nonprofit organizations. An 'Arizona nonprofit corporation' is not a legal term as 'Arizona nonprofit corporation' does not describe an entity Incorporated in the state of Arizona, the term Arizona Nonprofit Corporation or Arizona Corporation correctly describes an entity Incorporated in the state of Arizona. Therefore, alleged Plaintiff is stating before the Court that 'The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation, an Arizona nonprofit corporation' is not an entity Incorporated in the state of Arizona and is not a 501(C)(3) Nonprofit Corporation.  Therefore 'The Evolutionary Level Above d/b/a The Telah Foundation' is not a legal, corporate entity and thus does not have the

capacity to sue in this Court.

In order to have the capacity to sue in this Court The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation would need to be an Incorporated entity that has Articles Of Incorporation on file with the Arizona Corporation Commission. Alleged Plaintiff has presented no evidence and Defendant can discover no evidence in the public records of the Arizona Corporation Commission that The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation is the true name of an Incorporated entity with Articles Of Incorporation on file with the Arizona Corporation Commission.

A legal entity has yet to be named as Plaintiff in the case before this Court. Defendant asserts before this Court that the only legal entities that have entered this Court are the Defendants. Defendant Bartel has filed an Amended Counterclaim against 'The Evolutionary Level Above Human Foundation, Inc. d/b/a The Telah Foundation', however, alleged Plaintiff has refused to properly identify Plaintiff as 'The Evolutionary Level Above Human Foundation, Inc. d/b/a The Telah Foundation'. Therefore, as per Federal Rule Of Civil Procedure 19(a)(1)(A), 'in that person's absence the Court cannot accord complete relief among existing parties', as no legal person or persons has been named as a Plaintiff in this case.

Moreover, as per Exhibit 48 The Evolutionary Level Above Human Foundation, Inc. has a statutory agent named Daniel Marks and Mr. Marks lists an address of 7250 N 16th St. Suite 410, Phoenix, AZ 85020, the address for Messner Reeves LLP that is currently used by alleged Plaintiff's Attorneys, Isaac S. Crum and Otto E. Hinks. As per alleged Plaintiff's 7/25/23 MOTION FOR LEAVE TO WITHDRAW DANIEL L. MARKS AS CO-COUNSEL FOR PLAINTIFF,

4

'Mr. Marks has transitioned his practice from Messner Reeves LLP to a different law firm'

Therefore, the statutory agent, Daniel Marks, for 'The Evolutionary Level Above Human Foundation, Inc.' was an Attorney on this case and this establishes a clear connection between this case and The Evolutionary Level Above Human Foundation, Inc, an Arizona Nonprofit Corporation. As per Exhibits 1 and 48, The Evolutionary Level Above Human Foundation, Inc. has a President/CEO and Director named Mark King. A Mark King was identified as the 'corporate representative' of alleged Plaintiff, The Evolutionary Level Above Human, Inc. in the June 14, 2023 Zoom hearing in the case before this Court. The Evolutionary Level Above Human Foundation, Inc. is the Arizona Corporation identified as the owner of the trademark registrations in alleged Plaintiff's Exhibits C and D. Therefore, alleged Plaintiff has identified the Arizona Corporation with the true name of The Evolutionary Level Above Human Foundation as the owner of the trademark registrations in alleged Plaintiff's Exhibits C and D, however, alleged Plaintiff's Attorneys have repeatedly refused to file a Corporate Disclosure Statement on behalf of The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation.

For the reasons stated above Defendant believes effecting service on The Evolutionary Level Above Human Foundation, Inc. as an involuntary Plaintiff is necessary and vital to propelling this case forward. Therefore, as per Federal Rule Of Civil Procedure 19(a)(1)(A) Defendant requests that the Court draft an Order to effect service on The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation. Defendant would like to draw the Court's attention to the Statutory Agent of The Evolutionary Level Above Human Foundation, Daniel Marks and the fact that Mr. Marks has left Messner Reeves, LLP as per alleged Plaintiff's 7/25/23 MOTION FOR LEAVE TO WITHDRAW DANIEL L. MARKS AS

5

CO-COUNSEL FOR PLAINTIFF.

Therefore, Mr. Marks appears to be unavailable as a Statutory Agent to receive any legal documents at 7250 N 16th St. Suite 410, Phoenix, AZ 85020 on behalf of The Evolutionary Level Above Human Foundation, Inc.

Furthermore, as per Defendant's Exhibits 1 and 48 the 'address' or 'Known Place Of Business' of The Evolutionary Level Above Human Foundation, Inc. is 23623 N. Scottsdale D3-424 Scottsdale, AZ 85255. 23623 N. Scottsdale Rd. D3-424 Scottsdale, AZ 85255 is the address for a mailbox at a UPS Store ( Exhibit 49 ). Therefore, The Evolutionary Level Above Human Foundation, Inc. does not have a physical address at which the Arizona Nonprofit Corporation can be served with legal documents.

Despite the fact that alleged Plaintiff has refused to identify a legal, Incorporated entity in alleged Plaintiff's Corporate Disclosure Statement and Amended Corporate Disclosure Statement, it is undeniable that a legal entity of some type has retained the services of Attorneys Isaac S. Crum and Otto E. Hinks of Messner Reeves, LLP.

A legal person or persons contacted the Law Firm of Messner-Reeves LLP and a civil action was filed against Defendants and yet alleged Plaintiff's Attorneys have refused to identify a legal person or persons as Plaintiff in the case before this Court. If alleged Plaintiff's civil action had any merit then alleged Plaintiff would have filed alleged Plaintiff's civil action on behalf of The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation instead of on behalf of the corporate misnomer of The Evolutionary Level Above Human, Inc.

Therefore, alleged Plaintiff's Attorneys are in violation of Ariz. R. Prof'l Cond. 8.4 (c), 'It is professional misconduct for a lawyer to: engage in conduct involving dishonesty, fraud,

deceit or misrepresentation'.

    Defendant asserts that it is 'misrepresentation' to file a Corporate Disclosure Statement on behalf of an alleged entity, The Evolutionary Level Above Human, Inc., that is not an Incorporated entity and therefore is not a legal entity or person. Defendant asserts that it is misrepresentation to state that the non-existent corporation, The Evolutionary Level Above Human, Inc., is an Arizona 501(C)(3) Nonprofit Corporation as per paragraph 4 of Plaintiff's instant complaint. Defendant asserts before this Court that it is misrepresentation to file an Amended Corporate Disclosure Statement on behalf of an alleged entity, The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation that is not an entity Incorporated in the state of Arizona and therefore does not have the capacity to sue in this Court.

    Defendant believes that unless a legal entity or entities is or are brought into this Court as Plaintiff or Plaintiffs, Defendants will be unable to seek any relief from this Court. Defendant believes that alleged Plaintiff has demonstrated a pattern of deception and obfuscation on the part of alleged Plaintiff as alleged Plaintiff did not name a legal entity as Plaintiff in both alleged Plaintiff's Corporate Disclosure Statement and Amended Corporate Disclosure Statement. Alleged Plaintiff did not promptly file an Amended Corporate Disclosure Statement with alleged Plaintiff's First Amended Complaint on July 24, 2023 in which alleged Plaintiff attempted to change the true name of alleged Plaintiff from The Evolutionary Level Above Human, Inc. to The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation.

    Therefore, Defendant asserts that alleged Plaintiff is deliberately attempting to deceive the Court and Defendants as to the true and legal name of Plaintiff. Defendant prays that the Court will grant Defendant's request for Required Joinder Of Parties. To fulfill that request,

Defendant further prays that the Court will effect service on The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation.

Upon information and belief Defendant asserts that Mark King and Sarah King, the sole two Officers and Directors of The Evolutionary Level Above Human Foundation, Inc, have initiated the civil action that led to the case before this Court. As per Exhibit 50 page1, The Evolutionary Level Above Human Foundation, Inc. had no revenue recorded on the IRS tax return for 2009. Despite having $0 in revenue in 2009 The Evolutionary Level Above Human Foundation, Inc. registered the two trademarks in alleged Plaintiff's Exhibits C and D. If The Evolutionary Level Above Human Foundation, Inc. recorded no revenue on the Arizona Nonprofit Corporation's 2009 IRS tax returns then some other legal entity or entities paid to have the trademarks in alleged Plaintiff's Exhibits C and D registered with the USPTO. Mark King was the Statutory Agent, President/CEO and Director while Sarah King was the Vice-President, Secretary and Director of The Evolutionary Level Above Human Foundation, Inc. in the Arizona Nonprofit Corporation's 2009 and 2010 annual reports with the Arizona Corporation Commission. (Exhibit 51, pages 1-4 )

Mark King and Sarah King were two Plaintiffs allegedly along with The Evolutionary Level Above Human Foundation, Inc. in Exhibit 18 in Defendant's MOTION TO ADD AN EXHIBIT OF A 1998/1999 FEDERAL COURT CASE INVOLVING MARK AND SARAH KING AND PLAINTIFF"S FOUNDATION TO DEFENDANT JASON BARTEL"S DEFENSE. The Federal Court case in Defendant's Exhibit 18 is the same Court case mentioned by alleged Plaintiff in paragraph 11 of alleged Plaintiff's instant complaint.

Therefore, due to the apparent difficulty cited above in effecting service on The

Evolutionary Level Above Human Foundation, Inc., Defendant requests that the Court draft an additional Order to effect service on the sole two Officers and Directors of The Evolutionary Level Above Human Foundation, Inc., Mark King and Sarah King. Mark King and Sarah King have been Officers and Directors of The Evolutionary Level Above Human Foundation, Inc. since the Arizona Nonprofit Corporation was Incorporated on September 23, 1997 ( Exhibit 48) . A Mark King has been identified as the 'corporate representative' of alleged Plaintiff 'The Evolutionary Level Above Human, Inc.' in the June 14, 2023 Zoom hearing in the case before this Court.

Upon information and belief Mark King and Sarah King reside at 7402 E. Sand Hills Rd. Scottsdale, Arizona 85255.

Due to the extraordinary nature of this case in which no legal entity has yet to have a Corporate Disclosure Statement on file as a 'Plaintiff', Defendant prays that the Court will grant Defendant's request to effect service on The Evolutionary Level Above Human Foundation, Inc., Mark King and Sarah King as involuntary Plaintiffs in order to satisfy Federal Rule Of Civil Procedure 19(a)(1)(A) so that the Court may,

'accord complete relief among existing parties'.

The only 'existing parties' in this case are the three Defendants. A legal person or persons has repeatedly used corporate misnomers on the Corporate Disclosure Statement and Amended Corporate Disclosure Statement in order to obscure the true name of the Arizona Nonprofit Corporation, The Evolutionary Level Above Human Foundation, Inc. These repeated attempts at obfuscation of the true name of the corporate Plaintiff in this case clearly demonstrate that this lawsuit is frivolous and without merit.

demonstrate that this lawsuit is frivolous and without merit.

Over a year after alleged Plaintiff's civil action was filed alleged Plaintiff attempted to change the name of alleged Plaintiff in alleged Plaintiff's First Amended Complaint without filing an Amended Corporate Disclosure Statement. Alleged Plaintiff filed an Amended Corporate Disclosure Statement nearly two months after filing alleged Plaintiff's First Amended Complaint and is no longer claiming that alleged Plaintiff is an Incorporated entity as the term 'Inc.' is no longer being used by alleged Plaintiff.

Alleged Plaintiff's Attorneys have a professional responsibility to reveal the true name of the corporation that alleged Plaintiff's Attorneys are representing in this Court. Instead of revealing the true name of The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation to this Court, alleged Plaintiff's Attorneys and the legal entity or entities that have retained the services of Attorneys Isaac S. Crum and Otto E. Hinks, have continued to refuse to identify a legal entity or entities as a Plaintiff or Plaintiffs in the case before Court.

For the reasons stated above Defendant prays that the Court will grant Defendant's Motion for a Required Joinder Of Parties and effect service on The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation and the sole two Officers and Directors of The Evolutionary Level Above Human Foundation, Inc., Mark King and Sarah King.

Respectfully Submitted

Jason Bartel
N4051 26th LN.
Redgranite, WI 54970
jason_bartel@unioncab.com

*Jason Bartel*
10/8/2023

10