# EXHIBIT 48

The October 8, 2023 Entity Information For The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation

# Arizona Corporation Commission Corporations Division
## Website Entity Detail. http://ecorp.azcc.gov/

## Entity Details

| | | | |
|---|---|---|---|
| Entity Name: | THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION | Entity ID: | 08194851 |
| Entity Type: | Domestic Nonprofit Corporation | Entity Status: | Active |
| Formation Date: | 9/23/1997 | Reason for Status: | In Good Standing |
| Approval Date: | 9/23/1997 | Status Date: | |
| Original Incorporation Date: | 9/23/1997 | Life Period: | Perpetual |
| Business Type: | Other - RELIGIOUS | Last Annual Report Filed: | 2023 |
| Domicile State: | Arizona | Annual Report Due Date: | 5/23/2024 |
| Years Due: | | | |
| Original Publish Date: | 11/10/1997 | | |

## Statutory Agent Information

| | | | |
|---|---|---|---|
| Name: | Daniel Marks | Appointed Status: | Active 6/16/2023 |
| Attention: | | | |
| Address: | 7250 N 16th St Suite 410, PHOENIX, AZ 85020, USA | Agent Last Updated: | 6/16/2023 |
| Attention: | | Mailing Address: | |
| E-mail: | dmarks@messner.com | County: | |

## Principal Information

| Title | Name | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|
| Director | MARK KING | P.O. BOX 25098, SCOTTSDALE, AZ, 85255, Maricopa County, USA | 9/23/1997 | 3/23/2019 |
| Director | SARAH KING | P.O. BOX 25098, SCOTTSDALE, AZ, 85255, Maricopa County, USA | 9/23/1997 | 3/23/2019 |
| President/CEO | MARK KING | P.O. BOX 25098, SCOTTSDALE, AZ, 85255, Maricopa County, USA | 9/23/1997 | 3/23/2019 |

# Arizona Corporation Commission Corporations Division
## Website Entity Detail. http://ecorp.azcc.gov/

| | | | | |
|---|---|---|---|---|
| Secretary | SARAH KING | P.O. BOX 25098, SCOTTSDALE, AZ, 85255, Maricopa County, USA | 9/23/1997 | 3/23/2019 |

**Entity Known Place of Business**

| Address: | 23623 N Scottsdale Rd D3-424, SCOTTSDALE, AZ, 85255, USA | County: | Maricopa | Last Updated: | 6/16/2023 |
|---|---|---|---|---|---|

**Entity Principal Office Address**

| Address: | | County: | | Last Updated: | |
|---|---|---|---|---|---|

2

# EXHIBIT 49

The UPS Store At 23623 N. Scottsdale RD., D3, Scottsdale, Arizona 85255 That Serves As The Known Place Of Business Of The Evolutionary Level Above Human Foundation, Inc.



The UPS Store    Mailbox Services

# Mailbox Services
## The UPS Store N Scottsdale Rd and Pinnacle Peak Rd

Don't settle for a PO Box; with private mailbox services from The UPS Store N Scottsdale Rd and Pinnacle Peak Rd, you'll get a real street address, package acceptance from all carriers and quick and easy access to your mail and deliveries, kept in a secure location. Sign up today for your mailbox from The UPS Store location at 23623 N Scottsdale Rd D3.

- A real street address
- Package acceptance from all carriers
- Package and mail receipt notifications
- Mail holding and forwarding

- Call-In mail check
- 24-hour access (at participating locations)
- Key Savings Card™

**Get your real street address today!**

Let us handle all of your mail and package receiving.

Contact Us

Download Mailbox Agreement

Don't settle for a PO Box; get a private mailbox with a real street address.

# EXHIBIT 50

The Evolutionary Level Above Human Foundation's

2009 IRS Tax Return

# Form 990-EZ

**Short Form
Return of Organization Exempt From Income Tax**

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code
(except black lung benefit trust or private foundation)

▶ Sponsoring organizations of donor advised funds and controlling organizations as defined in section 512(b)(13) must file Form 990. All other organizations with gross receipts less than $500,000 and total assets less than $1,250,000 at the end of the year may use this form
▶ The organization may have to use a copy of this return to satisfy state reporting requirements

OMB No 1545-1150

**2009**

Open to Public Inspection

Department of the Treasury
Internal Revenue Service

**A** For the 2009 calendar year, or tax year beginning _____, 2009, and ending _____, 20___

**B** Check if applicable:
- [ ] Address change
- [ ] Name change
- [ ] Initial return
- [ ] Terminated
- [ ] Amended return
- [ ] Application pending

**C** Name of organization: THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION

Number and street (or P O box, if mail is not delivered to street address): 4757 E. GREENWAY RD.
Room/suite: 107B

City or town, state or country, and ZIP + 4: PHOENIX, AZ 85032-8512

**D** Employer identification number: 86-0893308

**E** Telephone number: (480)-236-1031

**F** Group Exemption Number ▶

• Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

**G** Accounting Method: [ ] Cash [X] Accrual
Other (specify) ▶

**H** Check ▶ [X] if the organization is not required to attach Schedule B (Form 990, 990-EZ, or 990-PF)

**I** Website: ▶ _____

**J** Tax-exempt status (check only one) — [X] 501(c) ( 3 ) ◀ (insert no) [ ] 4947(a)(1) or [ ] 527

**K** Check ▶ [X] if the organization is not a section 509(a)(3) supporting organization and its gross receipts are normally not more than $25,000. A Form 990-EZ or Form 990 return is not required, but if the organization chooses to file a return, be sure to file a complete return

**L** Add lines 5b, 6b, and 7b, to line 9 to determine gross receipts; if $500,000 or more, file Form 990 instead of Form 990-EZ ▶ $

SCANNED JUL 02 2010

## Part I  Revenue, Expenses, and Changes in Net Assets or Fund Balances (See the instructions for Part I.)

**Revenue**

| Line | Description | Amount |
|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received | 0.00 |
| 2 | Program service revenue including government fees and contracts | |
| 3 | Membership dues and assessments | |
| 4 | Investment income | |
| 5a | Gross amount from sale of assets other than inventory | |
| 5b | Less: cost or other basis and sales expenses | |
| 5c | Gain or (loss) from sale of assets other than inventory (Subtract line 5b from line 5a) | |
| 6 | Special events and activities (complete applicable parts of Schedule G). If any amount is from gaming, check here ▶ [ ] | |
| 6a | Gross revenue (not including $ _____ of contributions reported on line 1) | |
| 6b | Less: direct expenses other than fundraising expenses | |
| 6c | Net income or (loss) from special events and activities (Subtract line 6b from line 6a) | |
| 7a | Gross sales of inventory, less returns and allowances | |
| 7b | Less: cost of goods sold | |
| 7c | Gross profit or (loss) from sales of inventory (Subtract line 7b from line 7a) | 0.00 |
| 8 | Other revenue (describe ▶ _____) | |
| 9 | Total revenue. Add lines 1, 2, 3, 4, 5c, 6c, 7c, and 8 | |

RECEIVED MAY 27 2010

**Expenses**

| Line | Description | Amount |
|---|---|---|
| 10 | Grants and similar amounts paid (attach schedule) | |
| 11 | Benefits paid to or for members | |
| 12 | Salaries, other compensation, and employee benefits | |
| 13 | Professional fees and other payments to independent contractors | |
| 14 | Occupancy, rent, utilities, and maintenance | |
| 15 | Printing, publications, postage, and shipping | |
| 16 | Other expenses (describe ▶ AZ CORPORATION COMMISSION DUES ) | 10.00 |
| 17 | Total expenses. Add lines 10 through 16 | 10.00 |

**Net Assets**

| Line | Description | Amount |
|---|---|---|
| 18 | Excess or (deficit) for the year (Subtract line 17 from line 9) | −10.00 |
| 19 | Net assets or fund balances at beginning of year (from line 27, column (A)) (must agree with end-of-year figure reported on prior year's return) | |
| 20 | Other changes in net assets or fund balances (attach explanation) | |
| 21 | Net assets or fund balances at end of year. Combine lines 18 through 20 ▶ | |

## Part II  Balance Sheets. If Total assets on line 25, column (B) are $1,250,000 or more, file Form 990 instead of Form 990-EZ.

(See the instructions for Part II.)

| Line | | (A) Beginning of year | (B) End of year |
|---|---|---|---|
| 22 | Cash, savings, and investments | 0.00 | −10.00 |
| 23 | Land and buildings | | |
| 24 | Other assets (describe ▶ _____) | | |
| 25 | Total assets | 0.00 | −10.00 |
| 26 | Total liabilities (describe ▶ _____) | | |
| 27 | Net assets or fund balances (line 27 of column (B) must agree with line 21) | 0.00 | −10.00 |

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.   Cat. No 10642I   Form **990-EZ** (2009)

Form 990-EZ (2009)  Page 2

### Part III  Statement of Program Service Accomplishments (See the instructions for Part III.)

What is the organization's primary exempt purpose? PRESERVING MEMORY, INTEGRITY & DISSEMINATION OF RELIGIOUS FAITH

Describe what was achieved in carrying out the organization's exempt purposes. In a clear and concise manner, describe the services provided, the number of persons benefited, and other relevant information for each program title.

Expenses (Required for section 501(c)(3) and 501(c)(4) organizations and section 4947(a)(1) trusts, optional for others)

28  SYSTEM TO SECURE, PROTECT, ARCHIVE AND MAINTAIN THE FOUNDATIONS INTELLECTUAL PROPERTY AND ELEMENTS OF FAITH
(Grants $         ) If this amount includes foreign grants, check here ▶ ☐   28a  5.00

29  DISSEMINATION OF FREE AUDIO-VISUAL WORKS TO THE PUBLIC EXPLAINING RELIGIOUS FAITH
(Grants $         ) If this amount includes foreign grants, check here ▶ ☐   29a  5.00

30  
(Grants $         ) If this amount includes foreign grants, check here ▶ ☐   30a

31  Other program services (attach schedule)
(Grants $         ) If this amount includes foreign grants, check here ▶ ☐   31a

32  Total program service expenses (add lines 28a through 31a) ▶   32  10.00

### Part IV  List of Officers, Directors, Trustees, and Key Employees. List each one even if not compensated. (See the instructions for Part IV.)

| (a) Name and address | (b) Title and average hours per week devoted to position | (c) Compensation (If not paid, enter -0-.) | (d) Contributions to employee benefit plans & deferred compensation | (e) Expense account and other allowances |
|---|---|---|---|---|
| MARK KING, 4757 E. GREENWAY RD. #107B PHOENIX, AZ 85032 | PRESIDENT 5 | 0 | 0 | 0 |
| SARAH KING, 4757 E. GREENWAY RD. #107B PHOENIX, AZ 85032 | VICE PRESIDENT 1 | 0 | 0 | 0 |

Form 990-EZ (2009)

2

Form 990-EZ (2009) Page 3

## Part V — Other Information (Note the statement requirements in the instructions for Part V.)

| | | Yes | No |
|---|---|---|---|
| 33 | Did the organization engage in any activity not previously reported to the IRS? If "Yes," attach a detailed description of each activity | | X |
| 34 | Were any changes made to the organizing or governing documents? If "Yes," attach a conformed copy of the changes | | X |
| 35 | If the organization had income from business activities, such as those reported on lines 2, 6a, and 7a (among others), but not reported on Form 990-T, attach a statement explaining why the organization did not report the income on Form 990-T. | | |
| a | Did the organization have unrelated business gross income of $1,000 or more or was it subject to section 6033(e) notice, reporting, and proxy tax requirements? (35a) | | X |
| b | If "Yes," has it filed a tax return on **Form 990-T** for this year? (35b) | | X |
| 36 | Did the organization undergo a liquidation, dissolution, termination, or significant disposition of net assets during the year? If "Yes," complete applicable parts of Schedule N (36) | | X |
| 37a | Enter amount of political expenditures, direct or indirect, as described in the instructions. ▶ 37a _____ | | |
| b | Did the organization file **Form 1120-POL** for this year? (37b) | | X |
| 38a | Did the organization borrow from, or make any loans to, any officer, director, trustee, or key employee or were any such loans made in a prior year and still outstanding at the end of the period covered by this return? (38a) | | X |
| b | If "Yes," complete Schedule L, Part II and enter the total amount involved 38b _____ | | |
| 39 | Section 501(c)(7) organizations. Enter: | | |
| a | Initiation fees and capital contributions included on line 9 39a _____ | | |
| b | Gross receipts, included on line 9, for public use of club facilities 39b _____ | | |
| 40a | Section 501(c)(3) organizations. Enter amount of tax imposed on the organization during the year under: section 4911 ▶ _____ ; section 4912 ▶ _____ ; section 4955 ▶ _____ | | |
| b | Section 501(c)(3) and 501(c)(4) organizations. Did the organization engage in any section 4958 excess benefit transaction during the year or is it aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? If "Yes," complete Schedule L, Part I (40b) | | X |
| c | Section 501(c)(3) and 501(c)(4) organizations. Enter amount of tax imposed on organization managers or disqualified persons during the year under sections 4912, 4955, and 4958 ▶ _____ | | |
| d | Section 501(c)(3) and 501(c)(4) organizations. Enter amount of tax on line 40c reimbursed by the organization ▶ _____ | | |
| e | All organizations. At any time during the tax year, was the organization a party to a prohibited tax shelter transaction? If "Yes," complete Form 8886-T (40e) | | X |
| 41 | List the states with which a copy of this return is filed. ▶ _____ | | |
| 42a | The organization's books are in care of ▶ _____ Telephone no. ▶ _____ Located at ▶ _____ ZIP + 4 ▶ _____ | | |

| | | Yes | No |
|---|---|---|---|
| b | At any time during the calendar year, did the organization have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? (42b) If "Yes," enter the name of the foreign country: ▶ _____ See the instructions for exceptions and filing requirements for **Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts.** | | X |
| c | At any time during the calendar year, did the organization maintain an office outside of the U.S.? (42c) If "Yes," enter the name of the foreign country: ▶ _____ | | X |
| 43 | Section 4947(a)(1) nonexempt charitable trusts filing Form 990-EZ in lieu of **Form 1041** — Check here ▶ ☐ and enter the amount of tax-exempt interest received or accrued during the tax year ▶ 43 _____ | | |

| | | Yes | No |
|---|---|---|---|
| 44 | Did the organization maintain any donor advised funds? If "Yes," Form 990 must be completed instead of Form 990-EZ (44) | | X |
| 45 | Is any related organization a controlled entity of the organization within the meaning of section 512(b)(13)? If "Yes," Form 990 must be completed instead of Form 990-EZ (45) | | X |

Form **990-EZ** (2009)

3

Form 990-EZ (2009) Page **4**

### Part VI — Section 501(c)(3) organizations and section 4947(a)(1) nonexempt charitable trusts only. All section 501(c)(3) organizations and section 4947(a)(1) nonexempt charitable trusts must answer questions 46–49b and complete the tables for lines 50 and 51.

| | | Yes | No |
|---|---|---|---|
| 46 | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? If "Yes," complete Schedule C, Part I | | X |
| 47 | Did the organization engage in lobbying activities? If "Yes," complete Schedule C, Part II | | X |
| 48 | Is the organization a school as described in section 170(b)(1)(A)(ii)? If "Yes," complete Schedule E | | X |
| 49a | Did the organization make any transfers to an exempt non-charitable related organization? | | X |
| b | If "Yes," was the related organization a section 527 organization? | | X |

**50** Complete this table for the organization's five highest compensated employees (other than officers, directors, trustees and key employees) who each received more than $100,000 of compensation from the organization. If there is none, enter "None."

| (a) Name and address of each employee paid more than $100,000 | (b) Title and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans & deferred compensation | (e) Expense account and other allowances |
|---|---|---|---|---|
| NONE | | | | |

**f** Total number of other employees paid over $100,000 ▶ NONE

**51** Complete this table for the organization's five highest compensated independent contractors who each received more than $100,000 of compensation from the organization. If there is none, enter "None."

| (a) Name and address of each independent contractor paid more than $100,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| NONE | | |

**d** Total number of other independent contractors each receiving over $100,000 ▶ NONE

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

**Sign Here**
▶ Signature of officer: *[signed]* Date: 5/11/10
▶ Type or print name and title: MARK KING - PRESIDENT

**Paid Preparer's Use Only**
Preparer's signature: ▶
Date:
Check if self-employed ▶ ☐
Preparer's identifying number (See instructions)
Firm's name (or yours if self-employed), address, and ZIP + 4 ▶
EIN ▶
Phone no. ▶

May the IRS discuss this return with the preparer shown above? See instructions ▶ ☐ Yes ☐ No

Form **990-EZ** (2009)

4

# EXHIBIT 51

The Evolutionary Level Above Human Foundation's 2009 and 2010

Annual Reports With The Arizona Corporation Commission




**STATE OF ARIZONA**
**CORPORATION COMMISSION**
**CORPORATION ANNUAL REPORT**
**& CERTIFICATE OF DISCLOSURE**

E-FILED

02738061

DUE ON OR BEFORE 05/23/2009      FILING FEE   $10.00

PLEASE READ ALL INSTRUCTIONS. The following information is required by A.R.S. §§10-1622 & 10-11622 for all corporations organized pursuant to Arizona Revised Statutes, Title 10. The Commission's authority to prescribe this form is A.R.S. §§10-121(A) & 10-3121(A). YOUR REPORT MUST BE SUBMITTED ON THIS ORIGINAL FORM. Make changes or corrections where necessary. Information for the report should reflect the current status of the corporation.

1. -0819485-1
   THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION
   % MARK KING
   4757 E GREENWAY RD #107B-178
   PHOENIX, AZ  85032

   Business Phone: _____  (Business phone is optional.)
   State of Domicile: ARIZONA      Type of Corporation: NON-PROFIT

2. Statutory Agent: MARK KING
   Mailing Address: 4757 E GREENWAY RD #107B
   City, State, Zip: PHOENIX, AZ 85032

   Statutory Agent's Street or Physical Address:
   Physical Address:
   City, State, Zip: AZ

**ACC USE ONLY**
Fee         $ 10.00
Penalty     $ 0.00
Reinstate   $ 0.00
Expedite    $ _____
Resubmit    $ _____

*If appointing a new statutory agent, the new agent MUST consent to that appointment by signing below. Note that the agent address must be in Arizona.*

I, (individual) or We, (corporation or limited liability company) having been designated the new Statutory Agent, do hereby consent to this appointment until my removal or resignation pursuant to law.

_____
Signature of *new* Statutory Agent

_____
Printed Name of *new* Statutory Agent

3. **Secondary Address:**
   (Foreign Corporations are **REQUIRED** to complete this section).

4. CHARACTER OF BUSINESS

   RELIGIOUS

Received: 03/27/2009 14:59

AR:0046
Rev. 12/2008

Arizona Corporation Commission
Corporations Division

**5. CAPITALIZATION:** (For-profit Corporations and Business Trusts are **REQUIRED** to complete this section.)

Business trusts must indicate the number of transferable certificates held by trustees evidencing their beneficial interest in the trust estate.

**5a.** Please examine the corporation's original Articles of Incorporation for the amount of **shares authorized**.
Number of Shares/Certificates **Authorized**                Class                Series Within Class (if any)

**5b.** Review all corporation amendments to determine if the original number of shares has changed. Examine the corporation's minutes for the number of **shares issued**.
Number of Shares/Certificates **Issued**                Class                Series Within Class (if any)

**6. SHAREHOLDERS:** ((For-profit Corporations and Business Trusts are **REQUIRED** to complete this section.)

List shareholders holding more than 20% of any class of shares issued by the corporation, or having more than a 20% beneficial interest in the corporation.

NONE

**7. OFFICERS**

```
    Name: MARK KING                              Name: SARAH KING
    Title: PRESIDENT/CEO                         Title: SECRETARY
 Address: 4757 E GREENWAY RD #107B            Address: 4757 E GREENWAY RD #107B
          PHOENIX, AZ   85032                          PHOENIX, AZ   85032
 Date Taking Office: 09/23/1997               Date Taking Office: 09/23/1997


    Name: SARAH KING                             Name:
    Title: VICE-PRESIDENT                        Title:
 Address: 4757 E GREENWAY RD #107B            Address:
          PHOENIX, AZ   85032                 Date Taking Office:
 Date Taking Office: 09/23/1997
```

**8. DIRECTORS**

```
    Name: SARAH KING                             Name: MARK KING
 Address: 4757 E GREENWAY RD #107B            Address: 4757 E GREENWAY RD #107B
          PHOENIX, AZ   85032                          PHOENIX, AZ   85032
 Date Taking Office: 09/23/1997               Date Taking Office: 09/23/1997


    Name: MAUREEN KING                           Name:
 Address: 4757 E GREENWAY RD #107B            Address:
          PHOENIX, AZ   85032                 Date Taking Office:
 Date Taking Office: 09/23/1997
```




**STATE OF ARIZONA**
**CORPORATION COMMISSION**
**CORPORATION ANNUAL REPORT**
**& CERTIFICATE OF DISCLOSURE**

E-FILED

03137462

DUE ON OR BEFORE 05/23/2010          FILING FEE  $10.00

PLEASE READ ALL INSTRUCTIONS. The following information is required by A.R.S. §§10-1622 & 10-11622 for all corporations organized pursuant to Arizona Revised Statutes, Title 10. The Commission's authority to prescribe this form is A.R.S. §§10-121(A) & 10-3121(A). YOUR REPORT MUST BE SUBMITTED ON THIS ORIGINAL FORM. Make changes or corrections where necessary. Information for the report should reflect the current status of the corporation.

1.  -0819485-1
    THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION
    % MARK KING
    4757 E GREENWAY RD #107B-178
    PHOENIX, AZ  85032

    Business Phone: _____   (Business phone is optional.)
    State of Domicile: ARIZONA       Type of Corporation: NON-PROFIT

2.  Statutory Agent: MARK KING                 Statutory Agent's Street or Physical Address:
    Mailing Address: 4757 E GREENWAY RD #107B  Physical Address:
    City, State, Zip: PHOENIX, AZ 85032        City, State, Zip: AZ

**ACC USE ONLY**
Fee         $ 10.00
Penalty     $ 0.00
Reinstate$  0.00
Expedite    $ _____
Resubmit$   _____

*If appointing a new statutory agent, the new agent MUST consent to that appointment by signing below. Note that the agent address must be in Arizona.*

I, (individual) or We, (corporation or limited liability company) having been designated the new Statutory Agent, do hereby consent to this appointment until my removal or resignation pursuant to law.

_____
Signature of *new* Statutory Agent

_____
Printed Name of *new* Statutory Agent

3.  **Secondary Address:**
    (Foreign Corporations are **REQUIRED** to complete this section).

4.  **CHARACTER OF BUSINESS**

    RELIGIOUS

Received: 05/13/2010 21:06

AR:0046
Rev. 12/2008

Arizona Corporation Commission
Corporations Division

**5. CAPITALIZATION:** (For-profit Corporations and Business Trusts are REQUIRED to complete this section.)
Business trusts must indicate the number of transferable certificates held by trustees evidencing their beneficial interest in the trust estate.

**5a.** Please examine the corporation's original Articles of Incorporation for the amount of **shares authorized**.
Number of Shares/Certificates **Authorized**          Class                              Series Within Class (if any)

**5b.** Review all corporation amendments to determine if the original number of shares has changed. Examine the corporation's minutes for the number of **shares issued**.
Number of Shares/Certificates **Issued**              Class                              Series Within Class (if any)

**6. SHAREHOLDERS:** (For-profit Corporations and Business Trusts are REQUIRED to complete this section.)
List shareholders holding more than 20% of any class of shares issued by the corporation, or having more than a 20% beneficial interest in the corporation.

NONE

**7. OFFICERS**

Name: MARK KING
Title: PRESIDENT/CEO
Address: 4757 E GREENWAY RD #107B
         PHOENIX, AZ  85032
Date Taking Office: 09/23/1997

Name: SARAH KING
Title: SECRETARY
Address: 4757 E GREENWAY RD #107B
         PHOENIX, AZ  85032
Date Taking Office: 09/23/1997

Name: SARAH KING
Title: VICE-PRESIDENT
Address: 4757 E GREENWAY RD #107B
         PHOENIX, AZ  85032
Date Taking Office: 09/23/1997

Name:
Title:
Address:
Date Taking Office:

**8. DIRECTORS**

Name: SARAH KING
Address: 4757 E GREENWAY RD #107B
         PHOENIX, AZ  85032
Date Taking Office: 09/23/1997

Name: MARK KING
Address: 4757 E GREENWAY RD #107B
         PHOENIX, AZ  85032
Date Taking Office: 09/23/1997

Name: MAUREEN KING
Address: 4757 E GREENWAY RD #107B
         PHOENIX, AZ  85032
Date Taking Office: 09/23/1997

Name:
Address:
Date Taking Office: