Jason Bartel
N4051 26th Ln.
Redgranite, WI
54970

U.S. District Court
Att: Clerk of Court
204 S. Main St.
South Bend, IN
46601




Retail
U.S. POSTAGE PAID
FCM LG ENV
YUCCA VALLEY, CA 92284
OCT 10, 2023
46601
$2.31
RDC 99
R2304M111486-07