UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF INDIANA

SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation, an Arizona nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>Steven Robert Havel,<br><br>Cathy JoAnn Weaver,<br><br>Jason Bartel,<br><br>Defendants. | CASE NO. 3:22-CV-395-JD-MGG |



-FILED-

OCT 30 2023

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## MOTION TO COMPEL PLAINTIFFS TO PRODUCE

## HAVEL'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

As permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Indiana Local Rules Defendant Stephen Havel Motions the Court to Compel Plaintiffs to Produce Havel's Second Request for Production of Documents.

In Judge Gosch's Order for Plaintiffs and Defendants to proceed with Discovery, on June 16, 2023 in the Section entitled Scheduling Order at Paragraph 4 entitled Other Items; Judge Gosch wrote:

"4.     Other Items.

1

The court views the last months of discovery to be for the purpose of concluding your work, not extending it."

A little further on in this Order Judge Gosch wrote:

"The parties are thus advised to complete timely discovery and, if necessary, file any motion to continue pretrial deadlines, motion to compel, or such motions that may impact the schedule well enough in advance of this deadline to permit any necessary briefing and time for the court to rule."

Note Judge Gosch included "motion to compel" to move along the process if necessary.

Defendant finds this Motion to Compel Plaintiffs to fully cooperate in Discovery necessary.

When Defendant became aware that Plaintiffs would seek to delay Discovery as demonstrated in their response to Defendants Request (First) for Production of Documents, Defendant knew this would be the pattern for Plaintiffs to fight with every legal method they could muster to run out the clock for Discovery so Defendant could not obtain all the potential Admissible Evidence Plaintiffs possess or have easy access to.

Therefore Defendant filed a Motion with the Court to Compel Plaintiffs to cooperate with Defendant's Production of Document Requests that was met by the same boilerplate objections to providing anything requested.

Once again, Plaintiffs have not cooperated with Discovery except by responding to Defendant's Second Request for Production of Documents with the same stock objections that include a request for a Protective Order over documents that have for years were already in the public sphere and that Defendant could care less about sharing on the internet.

Subsequently Defendant is filing this second Motion to Compel Plaintiffs to cooperate with Defendants Second Request for Production of Documents.

This Motion is supported by the Brief in Support of Motion to Order Plaintiffs to Produce Havel's Second Request for Production of Documents that is being submitted herewith.

RESPECTFULLY SUBMITTED this

Dated:

October 25, 2023

*Stephen Havel*

Stephen Havel

5776 Grape Rd.

Suite 51

PMB# 121

Mishawaka, IN. 46545

Sawcat575@gmail.com

Defendant