

**FROM:**
Stephen Havel
5776 Grape Rd.
Ste 51 PMB #121
Mishawaka, IN 46545

**TO:** U.S. District Court
Robert Grant Federal courthouse
204 Main St.
South Bend, IN
46601