UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC.,

    Plaintiff,

v.

STEVEN ROBERT HAVEL, et al.,

    Defendants.

CASE NO. 3:22-CV-395-MGG

-FILED-
NOV 20 2023
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

### DEFENDANT BARTEL'S FIRST SET OF INTERROGATORIES

Defendant requests Plaintiff to respond to the following interrogatories under oath. Please see Local Rule 26 for definitions. "Documents" includes electronic transmission, and writings and recordings as defined in Fed. R. Evid. 1001. These interrogatories shall be deemed continuing so as to require supplementary answers if you obtain further information between the time answers are served and the time of trial. All references to the 'Group' refer to the Heaven's Gate group that had a publicly acknowledged end on or before March 26, 1997. Any references to the 'Foundation' refer to Plaintiff.

1. State the true and legal name of the corporate Plaintiff.
2. State the original Incorporation date of the corporate Plaintiff in the state of Arizona.
3. State the legal name of the Statutory Agent of the corporate Plaintiff.
4. State the legal names of the Officers and the Directors of the corporate Plaintiff.
5. State the address of the Statutory Agent of corporate Plaintiff.
6. State the addresses of the Officers and Directors of corporate Plaintiff.

18. State the name of the California Superior Court Judge who issued a February of 1999 'Statement of Decision' in the 'litigation with San Diego County' described in paragraph 10 of Plaintiff's instant complaint.

19. State the full name of the Court that Ruled upon the 'second lawsuit' described in paragraph 11 of Plaintiff's instant complaint.

20. State the Case Number for the 'second lawsuit' described in paragraph 11 of Plaintiff's Instant complaint.

21. State the name of the Judge who Ruled upon the 'second lawsuit' described in paragraph 11 of Plaintiff's instant complaint.

22. State the date ( month and year ) when the Internal Revenue Service conveyed 501(C)(3) tax-exempt status on the Arizona Nonprofit Corporation, 'The Evolutionary Level Above Human, or Telah Foundation, Inc.'

23. State the method and/or operation of the legal transfer of property by which 'all the physical property and intellectual property belonging to the Group was transferred to representatives of the Foundation' in 1997.

24. State whether or not The Evolutionary Level Above Human, Inc. is a legal entity Incorporated in the state of Arizona.

These interrogatories will be submitted to the Court and to Plaintiff's Attorneys at Messner Reeves LLP, 7250 N. 16th St. suite 410 Phoenix, AZ 85020.

Respectfully submitted,
Jason Bartel
N4051 26th Lane
Redgranite, WI 54970
jason_bartel@unioncab.com

*[signature: Jason Bartel]*
11/16/2023