

**UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL**

FROM: Jason Bartel
N4057 26th Ln.
Redgranite, WI
54970

BC 4/8

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

TO: U.S. District Court
Att: Clerk of Court
204 S. Main St.
South Bend, IN
46601

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

To schedule free Package Pickup, scan the QR code.


PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2


USPS.COM/PICKUP

EXPECTED DELIVERY DAY: 11/20/23
USPS TRACKING® #


9505 5111 5142 3320 9504 47