UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE
HUMAN, INC.,

    Plaintiff,

v.

STEVEN ROBERT HAVEL, et al.,

    Defendants.

CASE NO. 3:22-CV-395-MGG



-FILED-

NOV 20 2023

At_____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**DEFENDANT BARTEL'S FIRST SET OF REQUESTS FOR ADMISSIONS BY PLAINTIFF**

Pursuant to Federal Rule Of Civil Procedure 36 Defendant Bartel requests that Plaintiff admit or deny the following statements of fact and/or law. If a denial is made, please state the reason for the denial. If neither admitting or denying the statement, please set forth in detail why Plaintiff cannot admit or deny the statement of fact and/or law. All references to the 'Group' in the request for admissions by Plaintiff refer to the Heaven's Gate Group that had a publicly acknowledged end on or before March 26, 1997.

1. Admit that The Telah Foundation is a Trade Name registered with the Arizona Secretary Of State on June 21, 2023 by the Arizona Corporation with the true name of 'The Evolutionary Level Above Human Foundation'.

2. Admit that The Evolutionary Level Above Human Foundation, an Arizona Nonprofit Corporation, has a Statutory Agent, Isaac S Crum, % Messner Reeves 7250 N 16th Street Suite 410, Phoenix, AZ 85020, who was appointed on October 26, 2023.

3. Admit that Mark King and Sarah King are currently the sole two Officers and Directors of

the Arizona Nonprofit Corporation with the true name of 'The Evolutionary Level Above Human Foundation'.

4. Admit that the Arizona Corporation with the true name of 'The Evolutionary Level Above Human Foundation' is the owner of the registered trademarks in Plaintiff's Exhibits C and D.

5. Admit that the copyright registrations in Plaintiff's Exhibits A, B, F and G are registered to The Telah Foundation.

6. Admit that the copyright registrations in Plaintiff's Exhibits A, B, F and G were signed by President of The Telah Foundation, Mark King.

7. Admit that the trademark registration in Plaintiff's Exhibit E is registered to The Telah Foundation.

8. Admit that The Telah Foundation is identified in Plaintiff's Exhibits C and D as the 'DBA' or 'doing business as' of an Arizona Corporation with the true name of 'The Evolutionary Level Above Human Foundation'.

9. Admit that The Telah Foundation does not have Articles Of Incorporation on file with The Arizona Corporation Commission.

10. Admit that Plaintiff is referred to as an 'Arizona nonprofit corporation' in Plaintiff's Corporate Disclosure Statement filed with the Court on May 18, 2022 by Attorney Isaac S. Crum.

11. Admit that Plaintiff claims to be an 'Arizona 501 (C)(3), Nonprofit Corporation' in paragraph 4 of Plaintiff's instant complaint.

12. Admit that the United States District Court Northern District Of California case in Exhibit

18 in Defendant Bartel's MOTION TO ADD AN EXHIBIT OF A 1998/1999 FEDERAL COURT CASE INVOLVING MARK AND SARAH KING AND PLANTIFF"S FOUNDATION TO DEFENDANT JASON BARTEL"S DEFENSE is part of the 'second lawsuit' mentioned in paragraph 11 of Plaintiff's instant complaint.

13. Admit that the Plaintiffs in Case No: CV-98-00982 CRB in the United States District Court Northern District Of California were The Evolutionary Level Above Human Foundation, Inc. dba The Telah Foundation, Mark King, Sarah King and Wayne Parker.

14. Admit that Plaintiff used the term 'Inc.' in The Corporate Disclosure Statement filed on behalf of The Evolutionary Level Above Human, Inc.

15. Admit that Plaintiff did not use the term 'Inc.' in the Amended Corporate Disclosure Statement filed on behalf of The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation.

16. Admit that Plaintiff did not file an Amended Corporate Disclosure Statement with Plaintiff's First Amended Complaint on July 24, 2023.

17. Admit that the term 'Arizona nonprofit corporation' does not refer to an entity that has Articles of Incorporation on file with the Arizona Corporation Commission.

18. Admit that the term 'Arizona Nonprofit Corporation' does refer to an entity that has Articles of Incorporation on file with the Arizona Corporation Commission.

19. Admit that the documents submitted by Defendant as Exhibits 11 and 12 in Defendant's Status Report are part of the 'litigation with San Diego County', mentioned in paragraph 10 of Plaintiff's instant complaint.

20. Admit that the 'litigation with San Diego' in paragraph 10 of Plaintiff's instant complaint

is Probate Case No: PN22228 in the Court records of the California Superior Court County Of San Diego.

21. Admit that the Heaven's Gate Group left no wills and no wills of the Group were recognized by the California Superior Court County Of San Diego in Probate Case No: PN22228.

22. Admit that no legal transfer of the Group's Property from the Group to Mark King and Sarah King was recognized or affirmed by the California Superior Court County Of San Diego in Case No: PN22228.

23. Admit that no legal transfer of the Group's Property from the Group to The Telah Foundation was recognized or affirmed by the California Superior Court County Of San Diego in Probate Case No: PN22228.

24. Admit that Plaintiff has not submitted to this Court any evidence or exhibits from the 'litigation with San Diego County' mentioned in paragraph 10 of Plaintiff's instant complaint.

25. Admit that Plaintiff has not submitted to this Court any evidence or exhibits from the 'second lawsuit' mentioned in paragraph 11 of Plaintiff's instant complaint.

These Requests For Admissions have been sent to Plaintiff's Attorneys at Messner Reeves LLP, 7250 N 16th St. Suite 410 Phoenix, AZ 85020 and to the Court.

Jason Bartel
N4051 26th Lane
Redgranite, WI 54970
jason_bartel@unioncab.com

*Jason Bartel* (signature)

11/16/2023