

**UNITED STATES POSTAL SERVICE** ® | **PRIORITY**® **MAIL**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.

This package is made from post-consumer waste. Please recycle - again.

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED



PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

FROM: Jason Bartel
N4057 26th LN.
Redgranite, WI
54970

BC
W/8

TO: U.S. District Court
Att: Clerk of Court
204 S. Main St.
South Bend, IN
46601

EXPECTED DELIVERY DAY: 11/20/23

USPS TRACKING® #



9505 5111 5142 3320 9504 47