UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEVEN ROBERT HAVEL, et al., <br><br> Defendants. | CASE NO. 3:22-CV-395-MGG |

**DEFENDANT BARTEL'S REQUEST FOR PRODUCTION OF DOCUMENTS**

TO: Plaintiff

**INSTRUCTIONS**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure (FRCP), Defendant Bartel submits the following request for production of documents from Plaintiff. Pursuant to FRCP Rule 34(a), Defendant acknowledges that these requests are limited to the scope of FRCP Rule 26(b), and requests that when Plaintiff is unable to produce certain documents because they fall outside of such scope, Plaintiff will provide a brief explanation as to the reason why the documents fall outside the scope of the request. If certain requests are duplicative of previous requests to which documents have already been produced, Plaintiff need not reproduce such documents but is requested to notify Defendant that such documents are among those already produced. Pursuant to FRCP Rule 34(b)(2)(E), Defendant requests that when Plaintiff does produce the requested documents, including electronically stored information (ESI), Plaintiff will produce

such documents or ESI as they are kept in the usual course of business or will organize and label them to correspond to the categories in the request. Defendant requests that Plaintiff make a good faith effort to produce any and all requested documents that are readily available from Plaintiff.

**DEFINITIONS**

1. **The Group** refers to the thirty-nine individuals who were part of the Group now known to the world as Heaven's Gate. The Group had a publicly acknowledged end on or before March 26, 1997. The Group was referred to as 'Heaven's Representatives' in the 1996 Common Law copyright the Group placed on the Group's book, 'How And When Heaven's Gate May Be Entered'. On a copyright asserted by the Group for the Beyond Human video series the Group referred to themselves as 'Total Overcomers Anonymous (T.O.A.)'.

2. **The Property** refers to any property owned or created by the Group prior to the Group's end on or about March 26, 1997.

3. **Plaintiff** refers to the legal person who initiated the civil action that resulted in the case before this Court. Defendant Bartel asserts that Plaintiff is 'The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation'. Defendant acknowledges that since September 20, 2022, this Court has only recognized 'The Evolutionary Level Above Human, Inc.' as a Plaintiff in the case before this Court. As Plaintiff's Attorney(s) have filed Court documents beginning July 24, 2023 on behalf of another alleged entity that is not Incorporated, 'The Evolutionary Level Above Human Foundation d/b/a The

Telah Foundation, an Arizona nonprofit corporation',' without filing an accompanying Corporate Disclosure Statement, Defendant asserts before the Court that Plaintiff has not been forthright as to the true name of the corporate Plaintiff and whether or not the corporate Plaintiff is in fact an Incorporated entity. The 'Arizona Corporation', with the true name of 'The Evolutionary Level Above Human Foundation' is the owner of the registered trademarks in Plaintiff's Exhibits C and D as per Plaintiff's trademark registrations submitted as Plaintiff's Exhibits C and D, therefore, Plaintiff has stated that Plaintiff is in fact the 'Arizona Corporation' with the true name of 'The Evolutionary Level Above Human Foundation'. 'The Telah Foundation' is identified in Plaintiff's Exhibits C and D as the 'DBA' or 'doing business as' of the Arizona Corporation with the true name of 'The Evolutionary Level Above Human Foundation'. Therefore, 'The Telah Foundation' is not an Arizona Corporation and thus is not a legal entity and cannot be a Plaintiff in the case before this Court.

**PRODUCTION OF DOCUMENTS**

1. Some of these documents Defendant listed in Defendant's Initial Disclosures, however, in order to be sure those documents Defendant has listed are authentic and admitted as Court's evidence, Defendant Bartel is naming them here to be supplied by Plaintiff(s) so there won't be any authenticity disputes.

2. Defendant is also providing reasons why these documents are important for Defendants Defense in case Defendant needs to file a Motion with the court for Plaintiff to provide said documents.

3. Defendant also needs these documents for the upcoming Jury Trial Demanded by Plaintiff in Plaintiff's Complaint and/or for Defendant's Amended Counterclaim against Plaintiff.

4. Regarding the requested documents to prove Plaintiffs are the owners of the Group's Property and therefore had legal authority to copyright and/or trademark the Group's Property, it is important to note that the dates on Plaintiff's copyright registrations A, B, F and G are in September and October of 1997, six or more months after the publicly acknowledged end of the Group.

**DEFENDANT'S DOCUMENT REQUESTS OF PLAINTIFFS**

1. Defendant requests that Plaintiff provide Defendant with the Articles of Incorporation filed with the Arizona Corporation Commission for the alleged entity or entities in paragraph 4 of Plaintiff's instant complaint, ' The Evolutionary Level Above Human, or Telah Foundation, Inc.', an alleged Arizona 501(C)(3) Nonprofit Corporation. Considering that Plaintiff's Attorney(s) have attempted to change the name of Plaintiff beginning with Plaintiff's First Amended Complaint on July 24, 2023 without filing an accompanying Corporate Disclosure Statement as well as attempting to change Plaintiff into an alleged entity that is no longer a corporation by removing the term 'Inc.' from Plaintiff's name, Plaintiff's Attorneys need to provide Defendant with evidence that Plaintiff's Attorneys are in fact representing a legal entity or entities with the capacity to sue in this Court. If either The Evolutionary Level Above Human, Inc. or Telah Foundation, Inc. are Incorporated in

the state of Arizona then the Arizona Corporation Commission will have the Articles Of Incorporation on file for either or both of the alleged entities.

2. Defendant requests that Plaintiff provide the Articles of Incorporation filed with the Arizona Corporation Commission for the alleged entity in paragraph 4 of Plaintiff's First Amended Complaint, 'The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation, an Arizona nonprofit corporation', in order for Defendant to determine if 'The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation' is in fact the true name of a corporation as Plaintiff's Attorney Otto E. Hinks has claimed by filing the September 10, 2023 Corporate Disclosure Statement with this Court. If 'The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation, an Arizona nonprofit corporation' is an entity Incorporated in the state of Arizona then that entity will be referred to as an 'Arizona Corporation' or 'Arizona Nonprofit Corporation' in any documents produced by the Arizona Corporation Commission and the entity will have an 'Original Incorporation Date' as well as a 'True Name' listed on documents from the Arizona Corporation Commission.

3. Defendant requests that Plaintiff provide Defendant with the Articles of Incorporation for The Evolutionary Level Above Human Foundation, an Arizona Nonprofit Corporation. The Evolutionary Level Above Human Foundation, Inc. has a Statutory Agent identified as Isaac S. Crum and Mr. Crum lists an address of % Messner Reeves, LLP 7250 N 16th Street Suite 410, Phoenix AZ 85020. Defendant asserts that the Isaac S. Crum that is a Statutory Agent as of October 26, 2023 for The Evolutionary Level Above Human

Foundation, Inc. is the same Isaac S. Crum that is an Attorney for the Plaintiff in the case before this Court. Therefore, Defendant requests the Articles Of Incorporation for The Evolutionary Level Above Human Foundation, an Arizona Nonprofit Corporation, in order to properly identify the legal entity that is the Plaintiff in the case before this Court as Plaintiff's Attorneys have repeatedly refused to sign a Corporate Disclosure Statement on behalf of The Evolutionary Level Above Human Foundation, Inc., an Arizona Religious Nonprofit Corporation Incorporated in the state of Arizona on September 23, 1997.

4. Defendant requests that Plaintiff provide Defendant with IRS Form 1023 or 1023-EZ, Application for Recognition of Exemption Under Section 501(C)(3) of the Internal Revenue Code for 'The Evolutionary Level Above Human, or Telah Foundation, Inc.', an alleged Arizona 501(C)(3) Nonprofit Corporation. Defendant requests this form from Plaintiff in order to determine if Plaintiff is in fact an 'Arizona 501(C)(3) Nonprofit Corporation' as Plaintiff has also claimed in the Title of Proceedings and paragraph 2 of Plaintiff's instant complaint that Plaintiff is an 'Arizona nonprofit corporation'. Plaintiff has further claimed to be an 'Arizona nonprofit corporation' in paragraph 4 of Plaintiff's First Amended Complaint so there appears to be some confusion on the part of Plaintiff as to whether or not Plaintiff is an Incorporated entity and whether or not Plaintiff is a Nonprofit Corporation with tax-exempt 501(C)(3) status conferred upon Plaintiff by the IRS.

5. Defendant requests that Plaintiff provide Defendant with written proof of the alleged transfer of the Group's Property in paragraph 8 of Plaintiff's complaint to 'representatives of the Foundation', the alleged Plaintiff in the case before this Court. This written proof

would be an instrument of conveyance, or a note or memorandum of the transfer In writing and signed by the owner of the rights conveyed or such owner's duly authorized agent. Plaintiff must provide Defendant with this written proof of a transfer of property from the Group to Plaintiff in order for Plaintiff to demonstrate to the Court that Plaintiff, as per paragraph 12 of Plaintiff's complaint, 'has been the owner of the Property from 1997 to the present'.

6. Defendant requests that Plaintiff provide Defendant with all of the Court documents from the 'litigation with San Diego County' in paragraph 10 of Plaintiff's complaint. Upon information and belief Defendant asserts that the 'litigation with San Diego County' in paragraph 10 of Plaintiff's complaint is case No: PN22228 in the records of the Superior Court of California, County Of San Diego. Case No: PN22228 was a 1997-1999 Probate case in a California Superior Court for The County Of San Diego. Defendant introduced Case No: PN22228's 'Statement of Decision' and the 'Order Approving Agreement To Sell Estate Property And To Convey Trust Property To Trust Beneficiaries' as Exhibits 11 and 12 in Defendant's Status Report.  Mark King and Sarah King, on behalf of the alleged corporation, The TELAH Foundation, were Petitioners in Case No: PN22228 while the Public Administrator of San Diego County was the initial Petitioner and represented the estates of the deceased members of the Group.

7. Defendant requests that Plaintiff provide Defendant with all of the documents from the 'second lawsuit' in paragraph 11 of Plaintiff's complaint, including any documents which may have been sealed. Upon information and belief Defendant asserts that the 'second

lawsuit' in paragraph 11 of Plaintiff's complaint was Case No: CV-98-00892 CRB in the United States District Court for the Northern District of California, presided over by Judge Charles R. Breyer. Much of the case contents of Case No: CV-98-00892 CRB were introduced into the Court in Defendant's MOTION TO ADD AN EXHIBIT OF A 1998/1999 COURT CASE INVOLVING MARK AND SARAH KING AND PLAINTIFF'S FOUNDATION TO DEFENDANT JASON BARTEL'S DEFENSE. An additional document from Case No: CV-98-00892 CRB was introduced into the Court as Exhibit 19 in Defendant's MOTION TO ADD AN EXHIBIT TO DEFENDANT"S DEFENSE OF A TRIAL BRIEF FROM A 1998/1999 COURT CASE INVOLVING MARK AND SARAH KING AND THE FOUNDATION.

These requests for Production Of Documents will be sent to the Court and to Plaintiff"s Attorneys at Messner Reeves LLP, 7250 N. 16th St. Suite 410 Phoenix, AZ 85020

Respectfully Submitted,

Jason Bartel

N4051 26th Lane

Redgranite, WI 54970

jason_bartel@unioncab.com

*[signature]*

11/16/2023