UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human, Inc.<br><br>Plaintiff,<br>v.<br><br>Steven Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>Defendants. | CASE NO. 3:22-CV-395-JD-MGG<br><br>-FILED-<br>NOV 20 2023<br>At_____ M<br>Chanda J. Berta, Clerk<br>U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF INDIANA |

**DEFENDANT'S MOTION FOR PRELIMINARY INJUNCTION ON PLAINTIFFS REGISTERING NEW COPYRIGHTS AND/OR TRADEMARKS FOR ANY OF THE HEAVEN'S GATE INTELLECTUAL PROPERTY**

As permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Indiana Local Rules Defendant Havel moves the Court to order Plaintiffs to Cease filing further Copyrights and/or Trademarks for any of the Heaven's Gate Intellectual Property including but not limited to:

-Audio Tapes, digitized and/or in cassette form and/or for…

-Artwork like the C.B.E. Lithographic Print and/or for the other 13 Acrylic Paintings already copyrighted by their author, Olliver Odinwood (aka Ollody) and/or for Lithographic Prints made from any of those Acrylic Paintings and/or for…

-Any Video Tapes and/or for

-Writings and/or for

-Any other Intellectual Property Created by the Heaven's Gate "Group" that Mark King and Sarah King have obtained or bought or were gifted.

This Motion is supported by the **BRIEF TO SUPPORT DEFENDANT'S MOTION FOR PRELIMINARY INJUNCTION ON PLAINTIFFS REGISTERING NEW COPYRIGHTS AND/OR TRADEMARKS FOR ANY OF THE HEAVEN'S GATE INTELLECTUAL PROPERTY** that is being submitted herewith.

Dated: November 15, 2023 /s/ Stephen Havel

Stephen Havel

5776 Grape Rd.

Suite 51

PMB# 121

Mishawaka, IN. 46545

Sawcat575@gmail.com

Defendant

2