UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human, Inc.<br><br>Plaintiff,<br>v.<br><br>Steven Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>Defendants. | CASE NO. 3:22-CV-395-JD-MGG<br><br>**FILED**<br>11/20/2023 mail<br>U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF INDIANA<br>Chanda J. Berta, Clerk of Court |

## WEAVER'S MOTION TO REQUEST A CONTINUANCE

## OF THE DEADLINES FOR DISCOVERY

In accordance with the Courts Discovery Scheduling Order (DE 114 at 4) Defendant Cathy Weaver believes there is "good cause" for the Court to consider issuing an order for a Continuance (Extension) of the Discovery Deadlines set forth in the Courts Order. Pursuant with the guidelines provided by this Courts Discovery Scheduling Order:

"A motion to extend the discovery deadline should set forth (a) a statement of the discovery completed, (b) a specific description of the discovery that remains to be done, (c) a statement of the reason(s) discovery was not completed within the time allowed, and (d) a proposed schedule for the completion of the remaining discovery."

Heretofore are Defendants attempts to provide the Court with the information requested to extend Discovery:

1. **Re: (a) a statement of the discovery completed**

(1)

Defendant doesn't know if any Discovery has been "completed" because Defendant has not received anything from Plaintiffs for the following Requests:

    a. Defendant has filed her Requests for Admissions from Plaintiffs (on the same day as this Extension Request)

    b. Defendant has filed her Requests for Interrogatories from Plaintiffs (on the same day with this Extension Request)

    c. Defendant had made an Initial Disclosure to Plaintiffs but even that is not completed because Defendant has just learned in the last few days of a new document pertaining to Plaintiffs registering a new copyright of some audio tapes with a new Author that was never an Author, so provides a great deal of admissible evidence to Defendant's Defense and Counter Claim that Defendant believes Plaintiff is required to divulge as a report the Court Ordered (DE 114 at 3) as "Supplementation under Rule 26(e) is due every **six weeks until trial**" but that Defendant never received

    d. Defendant has provided responses to Plaintiffs First Requests for Admissions

    e. Defendant has provided responses to Plaintiffs First Requests for Interrogatories

2. **re: (b) a specific description of the discovery that remains to be done**

    a. Defendant has filed his Requests for Admissions from Plaintiffs (on the same day as this Extension Request)

    b. Defendant has filed his Requests for Interrogatories from Plaintiffs (on the same day with this Extension Request)

    c. Defendant's First Requests for Production of Documents.

    d. Defendant's Second Requests for Production of Documents

3. **re: (c) a statement of the reason(s) discovery was not completed within the time allowed**

a. When the Court set up the Discovery Deadlines, the timing seemed to be partially based on Plaintiffs and Defendants arriving at a "stipulated preliminary injunction" partially based on Plaintiffs supplying two court ordered lists of the 486 audio tape files Plaintiffs had a registered copyrights for and a second list of another 600+ audio tape files Plaintiffs did not have registered copyrights for. When Plaintiffs produced Lists with many errors in them and using a made up general description of "various discussions" (when Defendants knew the originals had detailed descriptions and noted when there were missing or damaged tapes) it was clear Plaintiffs were once again not providing genuine evidence of the audio tapes they have. Accordingly Defendant no longer could go along with the tentative agreement for a stipulated injunction. Dealing with all those back and forth filings took us into July.

b. Next Defendant worked hard on meeting the deadline for his Initial Disclosure of July 13, 2023.

c. Next Defendant worked on filing a very needed Amended Answer, Defense and Counter Claim to meet the deadline for non-dispositive motions of October 16, 2023 and that wasn't filed until September 29, 2023.

d. Unlike Plaintiffs who can afford lawyers co-Defendant Havel and Defendant must maintain full time jobs with a 60 hour work week, which makes one exhausted each day. The pattern so far is to work on this lawsuit here and there daily but then when a filing deadline comes up take days off to finish up documents.

4. **re: (d) a proposed schedule for the completion of the remaining discovery.**

Defendant requests a 3 month extension as co-defendant Havel requested.

(3)

Dated: November 15, 2023

*Cathy Weaver*

Cathy Weaver

5776 Grape Rd.

Suite 51

PMB# 121

Mishawaka, IN. 46545

Sawcat575@gmail.com

Defendant

(4)