UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF INDIANA

SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation,<br><br>                Plaintiff,<br>v.<br><br>Stephen Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>                Defendants. | CASE NO. 3:22 -CV-395-JD-MGG<br><br> |

### DEFENDANT HAVEL'S FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFF

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Defendant Stephen Havel requests that Plaintiff admit the following, under oath, as required by law, within thirty (30) days of the date of service.

### DEFINITIONS

The term or phrase "Group" or "The Class" or "DO's Class" refers to the most current organizational name of "Heaven's Gate".

The name TI (pronounced "tea" or "tee") refers to Bonnie Lu Truesdale Nettles, the Co-Founder and co-Teacher from 1975 to 1985 (when her body died), of what became known as Heaven's Gate.

The name DO (pronounced "doe" or "dough" refers to Marshall Herf Applewhite, the Co-Founder and Co-Teacher with TI and as of June of 1985 the sole remaining Teacher of the Heaven's Gate Group

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that Mark King (aka Mrc or Mrcody) and Sarah King are Officers and Founders of The Evolutionary Level Above Human Foundation (or when it was named differently) aka The Telah Foundation.

**REQUEST FOR ADMISSION NO. 2:**

Admit Mrcody (aka Mark King) and Srfody were members of the Group, now referred to as Heaven's Gate from 1975 to 1987.

**REQUEST FOR ADMISSION NO. 3:**

Admit that Ollody, (aka David Cabot Van Sinderen, OLL, Olliver Odinwood) was the Artist who painted the 14 original Acrylic Paintings he copyrighted in 1982 that included the Older Member picture made into a Lithographic Print Plaintiffs, as The Telah Foundation copyrighted in 1997 as the C.B.E. Celestial Being Entity.

**REQUEST FOR ADMISSION NO. 4:**

**Admit Rkkody** (aka RKK, Charles "Chuck" Humphrey) **and Oscody** (aka OSC, Wayne Parker) **on or about March 27, 1997 retrieved from the Storage Room**, (described in the Letter from DO's Class to Mrc and Srf (aka Mark King and Sarah King)) at one of two units #241 and #147 located at Private Storage Systems, 2421 Barham, Escondido, CA), **486 Audio Tape Cassettes of internal meetings that TI and/or DO and The Class had recorded since the 1980's.**

**REQUEST FOR ADMISSION NO. 5:**

Admit that Rkkody (aka Charles Chuck Humphrey) gave away CD's with about half of those 486 Audio Tapes he digitized in 1997 on the CD's.

**REQUEST FOR ADMISSION NO. 6:**

Admit that in Case No. CV-98-00892 CRB Judge Richard Breyer's Consent Decree you received this order: "3. The Moreas will provide TELAH with one copy of the two CD set of CD's created by Humphrey containing copies of audiotapes of classroom sessions by The Class ("the Audiotape CD Set"). From this copy, TELAH will make a new revised Audiotape CD Set and will disseminate it as set forth in the Settlement Agreement."

**REQUEST FOR ADMISSION NO. 7:**

Admit that in the Settlement Agreement referenced in Admission Request NO. 6, parts of the orders were for you to distribute and/or disseminate specific Intellectual Property like the Audio Tapes that were on Rkkody's CD's to "verified former members" of the Group or was said in some equivalent wording.

3

**REQUEST FOR ADMISSION NO. 8:**

Admit that Defendant Stephen Havel (aka Sawyer, Swyody, Swy) is a "verified former member" of what became known as the Heaven's Gate Group, verified especially by Defendant's audio and visual participation with DO in 4-5 Beyond Human – The Last Call Video tape Sessions the Group made in about 1991 for the public to see.

**REQUEST FOR ADMISSION NO. 9:**

Admit you do not have any legal documentation from the Group to Copyright anything the Group Created.

**REQUEST FOR ADMISSION NO. 10:**

Admit you do not have any legal or implied "Transfers" of any of the Groups unregistered Copyrights or Trademarks to Plaintiffs under any name.

**REQUEST FOR ADMISSION NO. 11:**

Admit you do not have any legal or implied "Assignments" of any of the Groups unregistered or registered Copyrights or Trademarks to Plaintiffs under any name.

**REQUEST FOR ADMISSION NO. 12:**

Admit that when you registered for Copyrights for any of the Heaven's Gate Intellectual Property in 1997 it was not lawful.

**REQUEST FOR ADMISSION NO. 13:**

Admit you stated that You were given the task by DO's Class of fulfilling the wishes of the Group re: the disposition of their Intellectual Property.

4

**REQUEST FOR ADMISSION NO. 14:**

Admit that in the Letter from DO's "The Class" addressed to Mrc/Srf (Mark King and Sarah King), regarding the content of the Storage Rooms listed in Request for Admission No. 4, you received The Groups wishes for the dissemination of their Intellectual Property you would find in those Storage rooms as, "It is our desire that any items of value that are retrievable by you be divided among those who feel inclined to disseminate our information".

**REQUEST FOR ADMISSION NO. 15:**

Admit that the Groups only example of their intended copyright, they put on their first and/or second version of their Book that they also posted on their website Heavensgate.com you still maintain that reads:

"© Common Law Copyright

1996 by Heaven's Representatives

Printed in the New Mexico Republic, the united States of America

ALL RIGHTS RESERVED, WITHOUT PREJUDICE,

U.C.C. 1-207, U.C.C. 1-103.6 This book is protected by Common Law copyright. Permission is hereby granted to reproduce this book, or portions thereof, as long as the content is unchanged, i.e., nothing added to it or taken away from it as long as it is for non-commercial purposes.

No part of this publication may be reproduced or transmitted in any form or by any means, now known or to be invented or adapted, for the purpose of financial gain or profit."

**REQUEST FOR ADMISSION NO. 16 :**

Admit that per Admission No. 15, Defendant has the right to make available to the public (like on Defendants 3spm Youtube.com Channel) any part of the Heaven's Gate Book since doing so is not for the purpose of financial gain or profit.

**REQUEST FOR ADMISSION NO. 17:**

Admit that you gave Jhnody (aka Francisco Falcon) an Audio tape log of the Heaven's Gate Audios that included detailed descriptions of the content of each audio tape numbering from 1 to 930.

**REQUEST FOR ADMISSION NO. 18:**

Admit that you ordered your lawyers to construct 2 Court Ordered Audio Tape Logs that replaced the descriptions shown in the log you gave Jhnody as described in Request for Admission No. 17 with the description, "Various Discussions".

**REQUEST FOR ADMISSION NO. 19:**

Admit that in the Letters from The Class (or other ways Group Members signed Letters) sent to former Classmembers (like you, Rkkody, Oscody, Jhnody, Neody, Flxody and

6

Ablody) it was DO and The Classes "desire" that these former members would want to participate in the Dissemination of their Intellectual Property.

**REQUEST FOR ADMISSION NO. 20:**

Admit that a deceased Student Member of the Heaven's Gate Group known as Srrody, (aka legally Steven Terry McCarter) is not a legitimate Author of any of the Groups audio tapes, the way you have claimed by registering a copyright on July 7, 2023 using a new claimant name of "The Evolutionary Above Human Foundation d.b.a. The Telah Foundation" for the following registration details from the U.S. Copyright office:

"Type of Work:   Sound Recording

Registration Number / Date:   SRu001552631 / 2023-07-07

Application Title:   Tape 487 and 9 Other Unpublished Works.

Title:  Tape 487 and 9 Other Unpublished Works.

Description:  Electronic file (eService)

Copyright Claimant:   The Evolutionary Above Human Foundation d.b.a. The Telah Foundation, Transfer: by operation of law. Address: 4757 E. Greenway Road, #103, Phoenix, AZ, 85032, United States.

Date of Creation:   1990

Authorship on Application:   Steven Terry McCarter, 1956- ; Citizenship: United States. Authorship: Sound Recordings.

Rights and Permissions:   Rowan Smith, Messner Reeves LLP, 7250 N 16th Street, Suite 410, Phoenix, AZ, 85020, United States, rsmith@messner.com

Copyright Note:   C.O. correspondence.

Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

Contents:

Tape 487.
Tape 488.
Tape 489-490.
Tape 491.
Tape 492.
Tape 493.
Tape 494.
Tape 495.
Tape 496.
Tape 497-498.


Names:   McCarter, Steven Terry

Evolutionary Above Human Foundation

Telah Foundation"

**REQUEST FOR ADMISSION NO. 21:**

Admit that you sent Francisco Falcon, (aka Jhnody) approximately 80 of the Heaven's Gate

audio cassette tapes (copies or originals) that you received from the Judge Lisa Guy-Schall

Settlement (that San Diego County had confiscated from the same Storage Room(s) referenced in Request for Admission No. 4.

**REQUEST FOR ADMISSION NO. 22:**

Admit that you sent Francisco Falcon (aka Jhnody) approximately 930 of the digitized audio tapes you possess.

**REQUEST FOR ADMISSION NO. 23:**

Admit that Defendant Stephen Havel and co-Defendant Jason Bartel have never shown any evidence they provided or displayed or performed or disseminated or distributed any of the Heaven's Gate Intellectual Property to make a profit or for any commercial purposes for over 25 years.

**REQUEST FOR ADMISSION NO. 24:**

**Admit that the organizational name; Total Overcomers Anonymous aka T.O.A. that the Group used didn't exist much at all before 1992**, (as evidenced on the video tape jackets The Group had made on the original Beyond Human – The Last Call video tape Series), thus could not be a legal Authors name for the Telah Foundations copyright registration of the 486 Audiot Tapes that were created by The Group from 1982 to 1989 or so.

**REQUEST FOR ADMISSION NO. 25:**

**Admit since TI (aka Bonnie Lu Truesdale Nettles) and DO (aka Marshall Herf Applewhite) or DO alone are the only true Authors** of the 1061 or 1082 or so Heaven's Gate Audio Tapes and/or Video Tapes to include; the Beyond Human - The Last Call Video Tape Series and/or the 4 Video tapes; Last Chance to Evacuate Earth Before Recycling, Planet About to be Recycled – Your Only Chance to Survive is to Leave With Us, DO's Final Exit and Students Expressing Themselves Before Exit, **thus using any other Authors name or entity as the Author or as a Work For Hire "Author" in all your Copyright registrations is not legal.**

Dated: NOV. 15, 2023

Stephen Havel

5776 Grape Rd.

Suite 51

PMB# 121

Mishawaka, IN. 46545

Sawcat575@gmail.com