

FROM:
Havel
5776 Grape Rd.
Ste 51 PMB #121
Mishawaka, IN 46545

TO:
US District Court
Robert Grant Federal
Courthouse
204 S. Main St.
South Bend IN 46601