UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF INDIANA

SOUTH BEND DIVISION



| | |
|---|---|
| The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Stephen Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>　　　　　　Defendants. | CASE NO. 3:22 -CV-395-JD-MGG |

**DEFENDANT CATHY WEAVER'S FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFF**

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Defendant Cathy Weaver requests that Plaintiff admit the following, under oath, as required by law, within thirty (30) days of the date of service.

**DEFINITIONS**

The term or phrase "Group" or "The Class" refers to the most current organizational name of Heaven's Gate.

1

The name TI (pronounced "tea" or "tee") refers to Bonnie Lu Truesdale Nettles, the Co-Founder and co-Teacher from 1975 to 1985 (when her body died), of what became known as Heaven's Gate.

The name DO (pronounced "doe" or "dough" refers to Marshall Herf Applewhite, the Co-Founder and Co-Teacher with TI and as of June of 1985 the sole remaining Teacher of the Heaven's Gate Group

## ADMISSIONS

### REQUEST FOR ADMISSION NO. 1:

Admit that it was the desire of DO's Class that anyone with the desire take part in the Dissemination Project (aka "getting this information out," as publicly described in particular in the document, '"Away Team" from Deep Space Surfaces Before Departure', written by DO's Student Jwnody, found in the Heaven's Gate Book, 'How and When "Heaven's Gate" (The Door to the Physical Kingdom Level Above Human) May Be Entered' and posted on the Website Heavensgate.com

### REQUEST FOR ADMISSION NO. 2:

Admit that in Court Case No. PN022228 in the document you filed as DECLARATION OF MARK KING, Mark King wrote, "It is my understanding of the decedents' beliefs that their religious and philosophical beliefs culminated on their "exit" and their belief system

was for the process leading up to that event, and as such is not something to be followed by others."

**REQUEST FOR ADMISSION NO. 3:**

Admit Jwnody authored a document in The Classes Heaven's Gate Book entitled, "Away Team" from Deep Space Surfaces Before Departure dated April 8, 1996 that contains a segment that reads:

"Every soul, that was a part of a deposit, at any time during this civilization, is back to make their choices once again. Some of these may be younger, perhaps second- or first-trimester, souls. Although they may not even have a chance to get to know us before our departure, we do recognize them, because they "recognize the enemy." They see through the lies and no longer want to be a part of this world. And so it is our task to give them a chance to leave this place by getting this information out."

**REQUEST FOR ADMISSION NO. 4:**

Re: the content of Request for Admission NO. 3:

Admit because Jwnody wrote "Although they may not even have a chance to get to know us before our departure," she was anticipating a time before and/or AFTER her/their departure.

**REQUEST FOR ADMISSION NO. 5:**

Re: the content of Request for Admission NO. 2:

3

Admit by Jwnody referring to individuals "getting this information out" AFTER her/their Departure as described in Admission NO. 3, she is indicating they would need to have their physical body as that is the only way people could be "getting this information out".

**REQUEST FOR ADMISSION NO. 6:**

Re: the content of Request for Admission NO. 2:

Admit Jwnody's use of the word "information" is referring to any or all of the Heaven's Gate Intellectual Property they left behind.

**REQUEST FOR ADMISSION NO. 7:**

Re: the content of Request for Admission NO. 2,3,4,5 and 6:

Admit there are a number of examples of The Class expressing the same idea of; "Getting Our Information Out" by writing about their "desire" for some to; "disseminate our information" and/or to participate in the "dissemination Project" that was not ever limited to Mark King and/or Sarah King and/or any other former members of the Class, nor limited to their website, book, video's but included their Audio Tapes.

**REQUEST FOR ADMISSION NO. 8:**

Admit that DO and The Class, the Creators of all the Intellectual Property never meant for Mark King and Sarah King to be the only former members and/or people to disseminate the Groups Information.

4

**REQUEST FOR ADMISSION NO. 9:**

Admit that in addition to Mrcody (aka Mark King) and Srfody (aka Sarah King)'s receipt of packets containing at least one Letter from the Group and an assortment of the Groups Intellectual Property on or about March 25, 1997, as few as 5 additional Former Members, (Rkkody (aka Charles "Chuck" Humphrey), Neody (aka Rio D' Angelo), Flxody (aka Lorraine Snelson), Ablody (aka Floyd Snelson) and Jhnody (aka Francisco Falcon) and listed by the Group as a Current Member named Oscody (aka Wayne Parker) also received at least one Letter directly from the Group in their Packets and an assortment of Intellectual Property the Group hoped they would share with anyone interested.

**REQUEST FOR ADMISSION NO. 10:**

Admit that DO and his Class never gave you any legal permission to copyright any of their audio/visual Intellectual Property.

**REQUEST FOR ADMISSION NO. 11:**

Admit that from 1997 to when this lawsuit was filed in May of 2022 you can not prove you ever informed Defendant Havel that you had copyrights on the Groups audio tapes and video tapes.

**REQUEST FOR ADMISSION NO. 12:**

Admit that Mark King and/or Sarah King knew that Defendant Havel, aka (Sawyer, Swyody, Swy) had communication with Dave Goetzinger.

**REQUEST FOR ADMISSION NO. 13:**

Admit that Rkkody was given by DO's Class via Letter(s) the primary task of updating the heavensgate.com website

**REQUEST FOR ADMISSION NO. 14:**

Admit that you have no evidence that Cathy Weaver ever infringed on any of your copyrights.

**REQUEST FOR ADMISSION NO. 15:**

Admit that Defendant Stephen Havel's use of the Older Member Image painted and copyrighted in 1982 by Ollody (aka Olliver Odinwood, legally David Cabot Van Sinderen) on T shirts wasn't from the Lithographic Print you said you were gifted and called the Celestial Being Entity, aka C.B.E. Lithographic Print you copyrighted in 1997.

**REQUEST FOR ADMISSION NO. 16:**

Admit your primary task re: Heaven's Gate's Intellectual Property was to be a "distributor" that Plaintiff Sarah King revealed in Case No. PNO22228 in Judge Lisa Guy-Schall's STATEMENT OF DECISION filed on February 22, 1999 in the section entitled, "FINDING OF FACT AND DECISION" in Paragraph 3 by stating:

"Sarah King testified that, "How and When Heaven's Gate (The Door to the Physical Kingdom Level Above Human) May Be Entered - An Anthology of Our Materials," Last Chance to Evacuate Earth Before It's Recycled," Plant About to Be Recycled - Your Only Chance to Survive - Leave With US," "Do's Final Exit - Students of Heaven's Gate Expressing

Their Thoughts Before Exit," and "Beyond Human - The Last Call," were all given to the petitioners by the group for the express purpose of distributing copies and receiving returned copies. Thus, she and her husband, Mark, were agents or distributors, but no more."

**REQUEST FOR ADMISSION NO. 17:**

Admit that this exact quote below is from the primary Letter you, Mrc and Srf (aka Mark King and Sarah King) received on March 25, 1997 via a FedX packet, from The Class that described DO and his Classes "desire" for what they hoped would be done with the "items of value" you (and any of the others on the list) would find in the two storage room units #241 and #147 located at Private Storage Systems, 2421 Barham, Escondido, CA:

"It is our desire that any items of value that are retrievable by you be divided among those who feel inclined to disseminate our information. Any of the funds you retrieve can be used towards that end and for the living expenses of those involving themselves with this project."

**REQUEST FOR ADMISSION NO. 18:**

Re: REQUEST FOR ADMISSION NO. 17:

**Admit there were no "funds" retrieved from either of these two storage rooms.**

**REQUEST FOR ADMISSION NO. 19:**

Re: REQUEST FOR ADMISSION NO. 18:

**Admit that the contents of Storage included the following items listed by San Diego County in your** Case No. PNO22228 in Judge Lisa Guy-Schall's:

7

"ORDER APPROVING AGREEMENT TO SELL ESTATE PROPERTY AND TO CONVEY TRUST PROPERTY TO TRUST BENEFICIARIES

LIST OF TRUST ASSETS BEING CONVEYED TO TRUST BENEFICIARY TELAH FOUNDATION

Blue Bag Containing Floppy Disks; Sheriff's Evidence List, Item #131

Blue Bag Containing Papers, Small Black Binder; Sheriff's Evidence List, Item #132

Black Attache Case Containing Misc. Papers, Office Items; Sheriff's Evidence List, Item #133

Green Attache Containing Floppy Disks; Sheriff's Evidence List, Item #134

Black Organizer Containing Papers and Floppy Disks; Sheriff's Evidence List, Item #135

Black Briefcase Containing Floppy Disks, Toolkit, Hard Disk, CDROM, Personal Organizer; Sheriff's Evidence List, Item #136

Dark Gray Briefcase Containing Floppy Disks; Sheriff's Evidence List, Item #137

Black Attache Containing Papers and Floppy Disks; Sheriff's Evidence List, Item #138

Blue Garment Bag Containing Pillow Cases, Misc. Items; Sheriff's Evidence List, Item #139

Tool Kit in Black Carrying Case; Sheriff's Evidence List, Item #140

Box Containing 4 Video Tapes (TV Interview Tapes); Sheriff's Evidence List, Item #141

Black Box Containing Video Tapes (Planet About To Be Recycled); Sheriff's Evidence List, Item #142

Box Containing Video Tapes (Beyond Human); Sheriff's Evidence List, Item #143

Box Containing Video Tapes (Planet About To Be Recycled); Sheriff's Evidence List, Item #144

Box Containing Video Tapes (Beyond Human); Sheriff's Evidence List, Item #145

Box Containing Video Tapes (Last Chance to Evacuate Edrth); Sheriff's Evidence List, Item #146

Box Containing Video Tapes (Last Chance to Evacuate Earth); Sheriff's Evidence List, Item #147

Box Containing Video Tapes (Beyond Human); Sheriff's Evidence List, Item #148

Box Containing Video Tapes (Last Chance to Evacuate Earth); Sheriff's Evidence List, Item #149

Box Containing Video Tapes (Last Chance to Evacuate Earth); Sheriff's Evidence List, Item #150

Box Containing Video Tapes (Last Chance to Evacuate Earth); Sheriff's Evidence List, Item #151

Box Containing Video Tapes (Last Chance to Evacuate Earth); Sheriff's Evidence List, Item #152

Box Containing Video Tapes (Planet About to Be Recycled); Sheriff's Evidence List, Item #153

Box Containing Video Tapes (Planet About to Be Recycled); Sheriff's Evidence List, Item #154

Box Containing Video Tapes (Beyond Human) and Audio Cassettes; Sheriff's Evidence List, Item #155

Box Containing Video Tapes (Beyond Human); Sheriff's Evidence List, Item #156

Box Containing Video Tapes (Unlabeled); Sheriff's Evidence List, Item #157

Box Containing Video Tapes (Session Tapes-Beyond Human) and Audio Cassettes; Sheriff's Evidence List, Item #158

Box Containing Video Tapes (All But 4-Planet About to Be RecycledOther 4 are Beyond Human); Sheriff's Evidence List, Item #159

Box Containing Video Tapes (Last Chance to Evacuate Earth); Sheriff's Evidence List, Item #160

Box Containing Video Tapes (Various Titles-Master Tapes Beyond Human Series); Sheriff's Evidence List, Item #161

Box Containing Audio Cassettes; Sheriff's Evidence List, Item #162

Box Containing Audio Cassettes; Sheriff's Evidence List, Item #163

Box Containing Audio Cassettes; Sheriff's Evidence List, Item #164

Box Containing Audio Cassettes; Sheriff's Evidence List, Item #165

Box Containing Papers, Spiral Notebooks; Sheriff's evidence List, Item #166

Box Containing Papers; Sheriff's Evidence List, Item #167

Box Containing Misc. Computer Manuals, Disks; Sheriff's Evidence List, Item #168

Box Containing Papers Entitled "95 Statement by an ET Presently Incarnate"; Sheriff's Evidence List, Item #169

Accordion Folder Containing Misc. Papers; Sheriff's Evidence List, Item #170

Box Containing Heaven's Gate Manuals; Sheriff's Evidence List, Item #171

Box Containing Heaven's Gate Manuals; Sheriff's Evidence List, Item #172

Box Containing Heaven's Gate Manuals; Sheriff's Evidence List, Item #173

Box Containing Heaven's Gate Manuals, Papers and Floppy Disks; Sheriff's Evidence List, Item #174

Box Containing Loose Papers; Sheriff's Evidence List, Item #175

Box Containing Notebooks, Papers and Floppy Disks; Sheriff's Evidence List, Item #176

Red Crate Containing Floppy Disks; Sheriff's Evidence List, Item #177

Plastic Box Containing Heaven's Gate Manuals; Sheriff's Evidence List, Item #178

Plastic Box Containing Heaven's Gate Manuals; Sheriff's Evidence List, Item #179

Pink Wallet with Discs

Cardboard Box Containing Mailers

Blue Nylon Bag Containing Misc. Clippings Docs

Black Bag Containing Misc. Docs

Green Nylon Bag Containing Discs

Computer Hard Drive IBM 50858185170

Computer Hard Drive Server No I.D.

Green Nylon Bag Containing Discs

Computer Hard Drive No I.D.

Cardboard Box Containing Discs

Manilla Envelope Containing Photos

Purple Wallet Containing Discs

Cardboard Box Containing Bag with Discs

Disc File Holder

Cardboard Box Misc. Docs

Heaven's Gate Away Team Patches"

**REQUEST FOR ADMISSION NO. 20:**

Re: REQUEST FOR ADMISSION NO. 17, 18 and 19:

**Admit the list in Admission No. 19 of what was in Storage includes Intellectual Property (like the "Heaven's Gate Away Team Patches") that could be considered some of the "items of value" that DO's Class Letter to you was referring to, that could generate "funds" that "can be used towards that end** [dissemination] **and for the living expenses of those involving themselves with this project,"** (speaking of "those who are inclined to disseminate our Information.)"

**REQUEST FOR ADMISSION NO. 21:**

Re: REQUEST FOR ADMISSION NO. 17, 18, 19 and 20:

Admit you presented to the Judge Breyer Court and the Judge Lisa Guy Schall Court statements that accused Rkkody (aka Charles Chuck Humphrey, "third party") of doing things against The Classes wishes by his attempting to sell T shirts, mugs, mouse pads, Away Team Patches, etc. (with Ollody's image art) to support his being able to afford to give away CD's (part of the Classes dissemination project) containing much of the Groups Intellectual Property on them.

**REQUEST FOR ADMISSION NO. 22:**

Admit these three paragraphs, 52, 53 and 54 from Plaintiffs document 67-1 filed 01/23/23 is true:

"52. The revenue generated through Plaintiff's operations is de minimis. Plaintiff has been able to maintain its existence because its Plaintiff's directors have contributed funds so that Plaintiff can pay the de minimis expenses associated with Plaintiff's operations.

53. The legal expenses associated with Plaintiff pursuing its claims against Defendants are not considered typical operating expenses. Plaintiff's legal expenses have already greatly exceeded Plaintiff's business operations. The cost of filing this action ($402) has exceeded the amount of annual income that Plaintiff earned in 2021. The cost of serving Defendants, one of whom evaded service (Mr. Bartel), was significant.

54. The expenses that Plaintiff has incurred in connection with its important and necessary legal action of Defendants are not sustainable for Plaintiff, which is a not-forprofit and does not generate a stream of revenue. "

**REQUEST FOR ADMISSION NO. 23:**

Admit that The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation or any other name Plaintiffs have used or are using to date regarding the substance of this lawsuit has filed with the IRS $0.00 in revenue from 2016 to 2020.

Dated: November 15, 2023

*Cathy Weaver*

Cathy Weaver

5776 Grape Rd.

Suite 51

PMB# 121

Mishawaka, IN. 46545

Sawcat575@gmail.com

Defendant