# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>Stephen Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>　　　　　　Defendants. | CASE NO. 3:22-CV-395-JD-MGG |

## MOTION FOR LEAVE TO WITHDRAW OTTO E. HINKS AS CO-COUNSEL FOR PLAINTIFF

Pursuant to N.D. Ind. L.R. 83-8, Plaintiff requests that the Court remove Otto E. Hinks as co-counsel for Plaintiff. Good cause exists for this request as Mr. Hinks is disassociating from Messner Reeves LLP. Isaac S. Crum of Messner Reeves LLP will continue to represent Plaintiff in this action.

Respectfully Submitted this 30th day of January, 2024.

　　　　　　　　　　　　　　　　　　　　**MESSNER REEVES, LLP**

　　　　　　　　　　　　　　　　　　　　By: */s/ Otto E. Hinks*
　　　　　　　　　　　　　　　　　　　　　　MESSNER REEVES LLP
　　　　　　　　　　　　　　　　　　　　　　Isaac S. Crum (AZ Bar #026510) (Pro Hac Vice)
　　　　　　　　　　　　　icrum@messner.com
　Otto E. Hinks (AZ Bar #032457) (Pro Hac Vice)
　ohinks@messner.com
　*Attorneys for Plaintiff*

{07996875 / 1}

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the parties listed below. A copy of this filing will also be sent via U.S. mail and email.

Cathy Weaver
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

Jason Bartel
N4051 26th Lane
Redgranite, WI 54970-7087
jason_bartel@unioncab.com

Steven Robert Havel
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

By: */s/ Amber Gunsolley*