UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation, <br><br> an Arizona nonprofit corporation, <br><br>   Plaintiff, <br><br>   v. <br><br> Steven Robert Havel; <br> Cathy JoAnn Weaver; <br> Jason Bartel, <br><br>   Defendants. | Civil Action No. 3:22-cv-00395 |

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW OTTO E. HINKS AS CO-COUNSEL FOR PLAINTIFF

THIS CAUSE being before the Court on Plaintiff, The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation's (the "Foundation") Motion for Leave to Withdraw Otto E. Hinks as Co-Counsel for Plaintiff and good cause appearing, the Motion is GRANTED.

So ORDERED this 5th day of February 2024.

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge

{08006280 / 1}                                  1