UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human, Foundation d/b/a The Telah Foundation, an Arizona nonprofit corporation, <br><br> Plaintiff, <br><br> v. <br><br> Steven Robert Havel; <br> Cathy JoAnn Weaver; <br> Jason Bartel, <br><br> Defendants. | Civil Action No. 3:22-cv-00395 |

**PLAINTIFF'S AMENDED CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and the Northern District of Indiana's General Order 2023-06, this statement is amended and filed on behalf of The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation ("Plaintiff"), an Arizona nonprofit corporation. Plaintiff states as follows:

- There is no parent corporation and no publicly held corporation that has an ownership interest in the Plaintiff, and there are no insurance carriers that may be liable in whole or in part (directly or indirectly) for a judgment in the action or for the cost of defense.

- As stated in the First Amended Complaint (Dkt. 132), federal jurisdiction exists under 28 U.S.C. §§ 1331, 1338(a)-(b), and 1332. The claims asserted present federal questions under the Lanham Act (15 U.S.C. § 1051, *et seq*.) and the Copyright Act (17 U.S.C. § 101, *et seq*.). Further there is complete diversity, and the amount in controversy is over $75,000. *See* First Amended Complaint (Dkt. 132) at ¶¶ 1–3 and

Counts I–VI (asserting copyright infringement, contributory infringement, and conspiracy) and Count VII (asserting trademark infringement).

RESPECTFULLY SUBMITTED this 20th day of March 2024.

    /s/ Isaac S. Crum
MESSNER REEVES LLP
Isaac S. Crum (AZ Bar #026510)
icrum@messner.com
7250 N. 16th Street, Suite 410
Phoenix, Arizona 85020
Telephone: (602) 641-6705
Facsimile: (303) 623-0552
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 20th of March, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the parties listed below. A copy of this filing will also be sent via U.S. mail and email.

Cathy Weaver
5776 Grape Road, Ste 51 PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

Jason Bartel
N4051 26th Lane
Redgranite, WI 54970-7087
Jason_Bartel@unioncab.com

Steven Robert Havel
5776 Grape Road, Ste 51 PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

By: /s/ Amber Gunsolley