# EXHIBIT 49

# ©opyright
United States Copyright Office

**Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.**

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Simple Search = evolutionary level above human foundation

Search Results: Displaying 1 of 1 entries



### *Tape 487 and 9 Other Unpublished Works.*

| | |
|---|---|
| **Type of Work:** | Entry not found. |
| **Registration Number / Date:** | SRu001552631 / 2023-07-07 |
| **Application Title:** | Tape 487 and 9 Other Unpublished Works. |
| **Title:** | Tape 487 and 9 Other Unpublished Works. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | The Evolutionary Level Above Human Foundation d.b.a. The Telah Foundation, Transfer: by operation of law. Address: 4757 E. Greenway Road, #103, Phoenix, AZ, 85032, United States. |
| **Date of Creation:** | 1990 |
| **Authorship on Application:** | Steven Terry McCarter, 1956- ; Citizenship: United States. Authorship: Sound Recordings. |
| **Rights and Permissions:** | Rowan Smith, Messner Reeves LLP, 7250 N 16th Street, Suite 410, Phoenix, AZ, 85020, United States, rsmith@messner.com |
| **Copyright Note:** | C.O. correspondence. |
| | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization. |
| **Contents:** | Tape 487. |
| | Tape 488. |
| | Tape 489-490. |
| | Tape 491. |

Tape 492.

Tape 493.

Tape 494.

Tape 495.

Tape 496.

Tape 497-498.

**Names:** McCarter, Steven Terry

Evolutionary Level Above Human Foundation

Telah Foundation



| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format ⌄ | Format for Print/Save | |
| Enter your email address: | | Email |

---

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# EXHIBIT 50

Rather, they want to sue its "DBA" "Pinkerton's, Inc., DBA Pinkerton Security & Investigation Services." But "Pinkerton Security & Investigation Services" is a fiction. It is nothing more than a name that Pinkerton's, Inc., uses. And although a lawsuit could properly be brought against Pinkerton's, Inc., by suing and serving it under its fictitious business name (Code Civ. Proc., § 474; Billings v. Edwards (1979) 91 Cal. App. 3d 826, 831, fn. 1 [154 Cal.Rptr. 453]), once Pinkerton's, Inc., appeared and was dismissed, the case was at an end.

The designation of "DBA" or "doing business as" simply indicates Pinkerton's, Inc., operates under a fictitious business name. (See Bus. & Prof. Code, § 17900 et seq. [regulating fictitious business names].) Use of a fictitious business name does not create a separate legal entity. As the First District Court of Appeal recently noted, " '[t]he designation [DBA] means "doing business as" but is merely descriptive of the person or corporation who does business under some other name. Doing business under another name does not create an entity distinct from the person operating the business.' [Citation.] The business name is a fiction, and so too is any implication that the business is a legal entity separate from its owner." (Providence Washington Ins. Co. v. Valley Forge Ins. Co. (1996) 42 Cal. App. 4th 1194, 1200 [50 Cal. Rptr. 2d 192], italics added, quoting Duval v. Midwest Auto City, Inc. (D.Neb. 1977) 425 F. Supp. 1381, 1387, affd. (8th Cir. 1978) 578 F.2d 721.)

The cases from other jurisdictions have reached the same conclusion. One federal court aptly explained, "the significance [of the term 'doing business as'] is, thus, much like that given to other phrases in common use in the law for slightly different purposes, 'alias' ... 'a/k/a' or 'also known as' ...." (Southern Ins. Company v. Consumer Ins. Agcy., Inc. (E.D.La. 1977) 442 F. Supp. 30, 31; see also Wood Mfg. Co., Inc. v. Schultz (W.D.Ark. 1985) 613 F. Supp. 878, 884, fn. 7 [" 'Doing business under another name does not create an entity distinct from the person operating the business. The individual who does business as a sole proprietor under one or several names remains one person, personally liable for all his obligations. So also with a corporation which uses more than one name.' "]; American Exp. v. Beryle (1991) 202 Ga.App. 358, 360 [414 S.E.2d 499, 501] ["The use of d/b/a or 'doing business as' to associate a tradename with the corporation using it does not create a legal entity separate from the corporation but is merely **[49 Cal. App. 4th 1349]** descriptive of the corporation."]; Krawfish Kitchen Restaurant, Inc. v. Ardoin (La.Ct.App. 1981) 396 So. 2d 990, 993 [" ' "The designation 'd/b/a' means 'doing business as' but is merely descriptive of the person or corporation who does business under some other name. Doing business under another name does not create an entity distinct from the person operating the business." ' "]; Jaffe v. Nocera (D.C.App. 1985) 493 A.2d 1003, 1008 [" '[T]he ordinary

# EXHIBIT 51

ATTORNEY OR CREDITOR WITHOUT ATTORNEY *(Name and Address):*
Jerome E. Weinstein, Esq., State Bar #46133 **TELEPHONE NO.:** (310)274-7157
WEINSTEIN AND HART
9777 Wilshire Boulevard, Suite 1009
Beverly Hills, CA 90212-1901
**ATTORNEY FOR** *(Name):* THE TELAH FOUNDATION

**FOR COURT USE ONLY**

**F I L E D**
PROBATE EXAMINING
By: R. EDWARDS, Deputy

**SEP 24 1997**

KENNETH E. MARTONE
CLERK SUPERIOR COURT
SAN DIEGO COUNTY CA

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
**STREET ADDRESS:** 325 S. Melrose Drive
**MAILING ADDRESS:** 325 S. Melrose Drive
**CITY AND ZIP CODE:** Vista, CA 92083
**BRANCH NAME:** NORTH COUNTY BRANCH

ESTATE OF *(NAME):* JOHN MICHAEL CRAIG, also known as
LOGAN M. LAWSON, aka LOGAN LAHSON,
**DECEDENT**

## CREDITOR'S CLAIM*
(for estate administration proceedings filed after June 30, 1988)

**CASE NUMBER:** PN022228

You must file this claim with the court clerk at the court address above before the LATER of (a) four months after the date letters (authority to act for the estate) were first issued to the personal representative, or (b) thirty days after the date Notice of Administration was given to the creditor, if notice was given as provided in Probate Code section 9051. Mail or deliver a copy of this claim to the personal representative. A proof of service is on the reverse.

1. Total amount of the claim: $ See Attachment "A"
2. Claimant *(name):* THE TELAH FOUNDATION
   a. ☐ an individual.
   b. ☐ an individual or entity doing business under the fictitious name of *(specify):*
   c. ☐ a partnership. The person signing has authority to sign on behalf of the partnership.
   d. ☒ a corporation. The person signing has authority to sign on behalf of the corporation.
   e. ☐ other *(specify):*
3. Address of claimant *(specify):* c/o WEINSTEIN AND HART
   9777 Wilshire Boulevard, Suite 1009
   Beverly Hills, CA 90212-1901
4. Claimant is ☐ the creditor ☐ a person acting on behalf of creditor *(state reason):*
5. ☐ Claimant is ☐ the personal representative ☐ the attorney for the personal representative.
   *(Claims against the estate by the personal representative and the attorney for the personal representative must be filed within the claim period allowed in Probate Code section 9100. See the notice box above.)*
6. I am authorized to make this claim which is just and due or may become due. All payments on or offsets to the claim have been credited. Facts supporting the claim are ☐ on reverse ☒ attached. **See Attachment "A"**

I declare under penalty of perjury under the laws of the State of California that this creditor's claim is true and correct.

Date: September 19, 1997
THE TELAH FOUNDATION
....by its President, MARK KING.........
*(TYPE OR PRINT NAME AND TITLE)*

▶ ✓ *(signature)* *(SIGNATURE OF CLAIMANT)*

## INSTRUCTIONS TO CLAIMANT
A. On the reverse, itemize the claim and show the date the service was rendered or the debt incurred. Describe the item or service in detail, and indicate the amount claimed for each item. Do not include debts incurred after the date of death, except funeral claims.
B. If the claim is not due or contingent, or the amount is not yet ascertainable, state the facts supporting the claim.
C. If the claim is secured by a note or other written instrument, the original or a copy must be attached (state why original is unavailable). If secured by mortgage, deed of trust, or other lien on property that is of record, it is sufficient to describe the security and refer to the date or volume and page, and county where recorded. (See Probate Code section 9152.)
D. Mail or take this original claim to the court clerk's office for filing. If mailed, use certified mail, with return receipt requested.
E. Mail or deliver a copy to the personal representative. Complete the Proof of Mailing or Personal Delivery on the reverse.
F. The personal representative will notify you when your claim is allowed or rejected.
*(Continued on reverse)*

* See instructions before completing. Use Creditor's Claim form No. DE-170 for estates filed before July 1, 1988.
Form Approved by the Judicial Council of California
DE-172 [New July 1, 1988]

**202A**

**CREDITOR'S CLAIM**
(Probate)

Probate Code, §§ 9000 et seq., 9152
79C878 • RP173

# EXHIBIT 52



**ARIZONA SECRETARY OF STATE**

(https://azsos.gov)

🏠(https://azsos.gov)     Elections (https://azsos.gov/elections)     Business (https://azsos.gov/business)

Services (https://azsos.gov/services)     Rules (https://azsos.gov/rules)     About (https://azsos.gov/about)

# Entity Search

Back

**File ID:**

9338888

**Name:**

The Telah Foundation

**Business Address:**

PO Box 25098
Scottsdale, Arizona
85255

**Mailing Address:**

PO Box 25098
Scottsdale, Arizona
85255

**Nature of Business:**

Domestic Nonprofit Corporation.

**Date of First Use:**

May 31, 1997

**Date Registered:**

June 21, 2023

**Expiration Date:**

June 21, 2028

**Applicants:**

THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION                    Arizona Corporation

**Registration Information:**

Registration    June 21, 2023    Expires:  June 21, 2028
Received:

**Correspondence History:**

Trade Name Application:    Filed:  June 21, 2023

[ Back ]

*v0.2024.0216.10011 b6*

Website Policies (https://azsos.gov/about/website-policies) | Contact Us (https://azsos.gov/about/contact-us)
© Arizona Secretary of State, All Rights Reserved

# EXHIBIT 53

# Arizona Corporation Commission Corporations Division
# Website Entity Detail. http://ecorp.azcc.gov/

## Entity Details

| | | | |
|---|---|---|---|
| Entity Name: | THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION | Entity ID: | 08194851 |
| Entity Type: | Domestic Nonprofit Corporation | Entity Status: | **Active** |
| Formation Date: | 9/23/1997 | Reason for Status: | In Good Standing |
| Approval Date: | 9/23/1997 | Status Date: | |
| Original Incorporation Date: | 9/23/1997 | Life Period: | Perpetual |
| Business Type: | Other - RELIGIOUS | Last Annual Report Filed: | 2023 |
| Domicile State: | Arizona | Annual Report Due Date: | 5/23/2024 |
| Years Due: | | | |
| Orignial Publish Date: | 11/10/1997 | | |

## Statutory Agent Information

| | | | |
|---|---|---|---|
| Name: | Isaac S Crum | Appointed Status: | Active 10/26/2023 |
| Attention: | | | |
| Address: | c/o Messner Reeves, LLP 7250 N 16th Street Suite 410, PHOENIX, AZ 85020, USA | Agent Last Updated: | 1/29/2024 |
| Attention: | | Mailing Address: | 7250 N. 16th Street , Suite 410, PHOENIX, AZ 85020, USA |
| E-mail: | icrum@messner.com | County: | Maricopa |

## Principal Information

| Title | Name | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|
| Director | MARK KING | P.O. BOX 25098, SCOTTSDALE, AZ, 85255, Maricopa County, USA | 9/23/1997 | 3/23/2019 |
| Director | SARAH KING | P.O. BOX 25098, SCOTTSDALE, AZ, 85255, Maricopa County, USA | 9/23/1997 | 3/23/2019 |

# Arizona Corporation Commission Corporations Division
# Website Entity Detail. http://ecorp.azcc.gov/

| | | | | |
|---|---|---|---|---|
| President/CEO | MARK KING | P.O. BOX 25098, SCOTTSDALE, AZ, 85255, Maricopa County, USA | 9/23/1997 | 3/23/2019 |
| Secretary | SARAH KING | P.O. BOX 25098, SCOTTSDALE, AZ, 85255, Maricopa County, USA | 9/23/1997 | 3/23/2019 |

## Entity Known Place of Business

| Address: | 7250 N. 16th Street, Suite 410, PHOENIX, AZ, 85020, USA | County: | Maricopa | Last Updated: | 1/29/2024 |
|---|---|---|---|---|---|

## Entity Principal Office Address

| Address: | | County: | | Last Updated: | |
|---|---|---|---|---|---|

Arizona Corporation Commission

2

3/18/2024 1:30:51 PM