





Jason Bentel
N4031 24th LN.
Redgranite, WI
54970

U.S. District Court
204 S. Main St.
South Bend,
IN 46601



