UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE
HUMAN, INC.,

    Plaintiff,

v.

STEPHEN ROBERT HAVEL, *et al.*,

    Defendants.

CAUSE NO. 3:22-CV-395 DRL-SJF

ORDER

The Evolutionary Level Above Human filed this case on May 18, 2022 alleging that *pro se* defendants Steven Havel, Cathy Weaver, and Jason Bartel have infringed the corporation's intellectual property rights. On February 21, 2024, the Magistrate Judge ordered Mr. Bartel to show cause why his motions have not violated the court's prior orders and why he should not be sanctioned for his continuous filings without first seeking leave of the court [193]. Mr. Bartel responded on March 21, 2024 [197].

The court REFERS the show cause and Mr. Bartel's response to the Magistrate Judge to review the response, to conduct all necessary hearings, to order additional briefing as needed, and to issue a report and recommendation that includes proposed findings of fact and recommendations for the disposition of the matter. The Magistrate Judge is specifically designated to exercise such jurisdiction of this court in accordance with 28 U.S.C. § 636(b) and N.D. Ind. L.R. 72-1.

SO ORDERED.

September 13, 2024

    *s/ Damon R. Leichty*
    Judge, United States District Court