UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation,<br><br>Plaintiff,<br>v.<br><br>Stephen Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>Defendants. | CASE NO. 3:22-CV-395-JD-MGG |

**NOTICE OF PENDING MOTION AND REQUEST FOR SUMMARY JUDGMENT BRIEFING SCHEDULE**

On February 21, 2024, this Court issued an Order to Show Cause why Defendant Jason Bartel should not be sanctioned for abusing this Court's process and filing repetitive and baseless motions. [DE 193 at 12–14.] Mr. Bartel filed a response to the Order to Show Cause on March 21, 2024. [DE 197.] In March 2024, Parties also met and conferred regarding discovery issues Defendant Havel had raised in violation of the Court's rules and, in part, after the nondispositive motion deadline. [*See* DE 195 at 5, 6–7.] The Parties thereafter filed a status report with the Court on April 5, 2024. [DE 198.] In August and September of last year this case was reassigned to the current District Court Judge who appointed Magistrate Judge Frankel to oversee discovery for the case. [DE 199 and 200.] In particular, Magistrate Judge Frankel was designated to rule on the Mr. Bartel's Show Cause Order. *Id.*

With this background, Plaintiff respectfully files this notice to remind the Court of that still-pending matter and to ask that the Court set a schedule for summary judgment briefing so that this matter may be finally brought to a close.

1

2

Respectfully Submitted May 16, 2024.

                      **MESSNER REEVES, LLP**

                      By: */s/ Isaac S. Crum*
                      MESSNER REEVES LLP
                      Isaac S. Crum (Pro Hac Vice)
                      icrum@messner.com
                      7250 N. 16th Street, Suite 410
                      Phoenix, AZ 85020
                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the parties listed below. A copy of this filing will also be sent via U.S. mail and email.

Cathy Weaver
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

Jason Bartel
N4051 26th Lane
Redgranite, WI 54970-7087
jason_bartel@unioncab.com

Steven Robert Havel
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

By: */s/ Isaac S. Crum*