PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL    PRIORITY MAIL FLAT RATE ENVELOPE POSTAGE REQUIRED

Retail

**UNITED STATES POSTAL SERVICE**

US POSTAGE PAID
**$10.10**
Origin: 45039
05/27/25
3848130839-11

**PRIORITY MAIL®**

0 Lb 2.60 Oz
RDC 03

EXPECTED DELIVERY DAY: 05/29/25    C005

SHIP TO:
204 S MAIN ST
SOUTH BEND IN 46601-2122

USPS TRACKING® #

9505 5139 5006 5147 0029 22

FROM: Stephen Havel &
Cathy Weaver
5776 Grape Rd.
Suite 51 PMB# 121
Mishawaka, IN. 46545

TO:
U.S. District Court
Robert Grant Federal Courthouse
204 S. Main St.
South Bend IN. 46601

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE

1) Havels Objection

2) Weavers Objection