UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human, Inc.<br><br>Plaintiff,<br>v.<br><br>Stephen Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>Defendants. | CASE NO. 3:22-CV-395 |

**WEAVERS' OBJECTION TO PLAINTIFF'S NOTICE OF PENDING MOTION AND REQUEST FOR SUMMARY JUDGMENT BRIEFING SCHEDULE [DOC. 201]**

Defendant Cathy Weaver respectfully submits this objection to Plaintiff's "Notice of Pending Motion and Request for Summary Judgment Briefing Schedule" (DOC. 201).

The Plaintiff's request to set a Summary Judgment Briefing schedule is premature. Issues relating to discovery remain unresolved. As referenced in Plaintiff's own notice, there have been disputes and delays in the discovery process. Scheduling a Summary Judgment Briefing before these matters are settled could result in decisions based on an incomplete factual record. Until this matter is fully resolved, scheduling a Summary Judgment Briefing is improper and may prejudice the Defendants' ability to respond fully and fairly.

Per this Courts order (DOC. 189) Discovery was placed on toll, additionally the Court ordered (DOC. 195) Defendant Havel to confer with Plaintiff's' counsel over disputed evidence requests

1

and a protective order. A joint status report was filed, and Defendants have been waiting for this Courts ruling on these Discovery related matters.

Plaintiff's' most recent filing seems determined to thwart the Discovery process and not allow Defendants to gather the evidence necessary for our defense.

Setting a briefing schedule under these circumstances would unfairly burden the Defendant, particularly considering the complexity of the legal and factual issues at stake, the Defendant's pro se status, and the need to preserve all arguments and defenses for resolution on the merits.

Under Federal Rule of Civil Procedure 56(d), Summary Judgment is inappropriate where a party has not had a full opportunity to conduct discovery and gather material facts. Defendant Weaver respectfully submits that a briefing schedule should not be imposed until Discovery is complete and the Court has resolved all outstanding discovery-related motions and orders.

WHEREFORE, Defendant Cathy Weaver respectfully requests that the Court deny Plaintiff's request to set a Summary Judgment Briefing schedule at this time and defer any such schedule until after resolution of the outstanding discovery issues.

*Cathy Weaver May 27, 2025*

Cathy Weaver
5776 Grape Rd.
Suite 51
PMB# 121
Mishawaka, IN. 46545
Sawcat575@gmail.com
Defendant.