


FROM: Stephen Havel & Cathy Weaver
5776 Grape Rd.
Suite 51 PMB# 121
Mishawaka, IN. 46545

TO:
U.S. District Court
Robert Grant Federal Courthouse
204 S. Main St.
South Bend IN. 46601

1) Havels Objection

2) Weavers Objection