UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE
HUMAN FOUNDATION,

    Plaintiff,

    v.      CASE NO. 3:22-CV-395-DRL-SJF

STEPHEN ROBERT HAVEL, et al.,

    Defendants.

## ORDER SETTING HEARING

Plaintiff, the Evolutionary Level Above Human Foundation, filed this case on May 18, 2022, alleging that *pro se* Defendants Stephen Havel, Cathy Weaver, and Jason Bartel have infringed Plaintiff's intellectual property rights. The parties consented to the exercise of jurisdiction by a United States Magistrate Judge on October 14, 2022. [*See* DE 41]. The Magistrate Judge retired in August 2024, and this case was reassigned to United States District Judge Damon R. Leichty, with the undersigned magistrate judge on referral.

While the case was still on consent to the previous magistrate judge, the Court addressed two discovery motions filed by Mr. Havel. [*See* DE 195]. In that order, the Court denied both motions and ordered Mr. Havel to meet and confer with Plaintiff's counsel should he wish to pursue the requested discovery further. Specifically, the Court ordered as follows:

> To facilitate resolution of these disputes and Plaintiff's production of responsive documents, Mr. Havel is ORDERED to meet and confer with Plaintiff's counsel if he wishes to pursue his discovery requests further.

> Any attempts at an informal resolution must occur before March 31, 2024. The parties must then FILE a joint status report no later than April 5, 2024, indicating the following: (1) whether any informal resolution conferences were held; (2) if the parties did meet and confer, whether the parties (a) were able to stipulate to the authentication of documents; (b) were able to stipulate to a protective order, and if so, an anticipated disclosure timeframe after a stipulated protective order is approved; and (c) were able to resolve other disputes raised in these filings. Any disputes that remain unresolved must be clearly delineated on the parties' status report. Any proposed protective order—whether agreed by the parties or proposed only by Plaintiff—must also be filed for the Court's consideration no later than April 5, 2024.

[DE 195 at 14]. The Court then tolled all remaining deadlines and explained that "[a]ny remaining issues will be resolved through a hearing, which will be set as appropriate upon receipt of these filings." [*Id.*].

On April 5, 2024, Plaintiff and Mr. Havel timely filed a Joint Status Report explaining that the parties addressed discovery disputes based on the following categories:

1. Document Authentication

2. Court Documents, Filings, and Exhibits

3. Non-Court Documents Consisting of Correspondence with Third Parties

4. Documents Requested in Categories 2 and 3 that Plaintiff Seeks to Produce Via a Protective Order

The parties' report also suggests that the parties' discovery disputes remain unresolved. [*See also* DE 202]. Accordingly, consistent with the Court's prior order providing that remaining discovery disputes are to be resolved at a hearing, the Court now **SETS** this matter for Zoom video hearing on **Tuesday, August 26, 2025, at 2:00 p.m. (Eastern Time).** The parties must be prepared to address and resolve pending discovery matters,

2

which the Court will address as framed above, and to set new deadlines(s) pertaining to the completion of remaining discovery and to file dispositive motions.

To timely receive the Zoom link, the *pro se* Defendants must provide chambers with their email address by **Tuesday, August 19, 2025**. The *pro se* Defendants may provide their email by emailing chambers at Frankel_chambers@innd.uscourts.gov or by calling chambers at (574) 246-8100.

**SO ORDERED** this 16th day of July 2025.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge