UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN ROBERT HAVEL *et al.*, <br><br> Defendants. | CAUSE NO. 3:22-CV-395 DRL-SJF |

## ORDER

This matter is before the court following Magistrate Judge Scott Frankel's report and recommendation [205] and after the prior magistrate judge, Michael G. Gotsch, Sr., ordered one of the *pro se* defendants, Jason Bartel, to show cause why he shouldn't be sanctioned for his previous filing conduct [193]. No objections were filed by the July 30, 2025 deadline.

Satisfied with the well-reasoned report and recommendation and because no party has objected, the court ADOPTS the report in its entirety and DECLINES to sanction Mr. Bartel at this time. The court REMINDS Mr. Bartel of Judge Frankel's admonition to file further motions judiciously and in compliance with the applicable rules.

SO ORDERED.

August 5, 2025

*s/ Damon R. Leichty*
Judge, United States District Court