**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | |
|---|---|
| The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation, <br><br> Plaintiff, <br><br>     v. <br><br> Stephen Robert Havel, <br> Cathy JoAnn Weaver, <br> Jason Bartel, <br><br>          Defendants. | CASE NO. 3:22-CV-395-JD-MGG |

**NOTICE OF DISPUTE REGARDING PROTECTIVE ORDER**

On August 27, 2025 [DE 208] this Court issued an Order directing the parties to file a stipulated protective order as outlined in the Court's Order by September 9, 2025. Plaintiff prepared a proposed protective order which Plaintiff believed complied with the Court's Order and circulated the proposed order to the Defendants. A copy of Plaintiff's proposed protective order is attached hereto as Exhibit A.

After two days of back-and-forth communications, however, the parties have been unable to finalize the protective order. Undersigned counsel's understanding of why the parties were unable to finalize the protective order is as follows:

- With respect to Mr. Bartel, Mr. Bartel indicated that he will not agree to any protective order that contains the name of Plaintiff, since he thinks Plaintiff is not a real entity. (Attached hereto as Exhibit C are two email strings with Mr. Bartel wherein he explains his position.)

- With respect to Mr. Havel and Ms. Weaver, they indicated that they believe that the categories of documents in Plaintiff's proposal (which were taken directly from this Court's Order, *see* DE 208 at 2–3) were too broad and there was no

1

good cause to support those categories.  As a result, they have forwarded undersigned counsel their proposed protective order which instead repeats and lists specific requests for production.  Their proposed protective order is attached hereto as Exhibit B.

Respectfully Submitted September 9, 2024.

**MESSNER REEVES, LLP**

By:    */s/ Isaac S. Crum*
MESSNER REEVES LLP
Isaac S. Crum (Pro Hac Vice)
icrum@messner.com
7250 N. 16th Street, Suite 410
Phoenix, AZ 85020
            *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the parties listed below.  A copy of this filing will also be sent via U.S. mail and email.

Cathy Weaver
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

Jason Bartel
N4051 26th Lane
Redgranite, WI 54970-7087
jason_bartel@unioncab.com

Steven Robert Havel
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

By: _/s/ Isaac S. Crum_