# Exhibit C

| | |
|---|---|
| **From:** | Jason Bartel |
| **To:** | Isaac Crum |
| **Subject:** | Plaintiff"s proposed protective order |
| **Date:** | Tuesday, September 9, 2025 12:36:52 PM |

**[ CAUTION: This Email is from an External Sender ]**

There is no evidence that the alleged, unspecified, unincorporated Arizona entity, The Evolutionary Level Above Human Foundation, exists. Nor is there evidence that this non-existent entity has directors/officers. Defendant will not sign a proposed protective order that seeks to protect the communications of an illegitimate entity or the illegitimate entity's alleged directors/officers.If Plaintiff wants to dispute that The Evolutionary Level Above Human Foundation is an illegitimate entity then Plaintiff can provide Defendants and the Court with evidentiary proof that the alleged unincorporated Arizona entity, The Evolutionary Level Above Human Foundation, is an entity with the capacity to sue in this Court.

Mark and Sarah King were identified as directors/officers of Telah Foundation in Plaintiff's original proposed protective order. Mark and Sarah King were identified as directors/officers of The Evolutionary Level Above Human Foundation in Plaintiff's redacted proposed protective order. Plaintiff claims in the redacted proposed protective order that it wants to protect communications that The Evolutionary Level Above Human Foundation's directors/officers (Mark and Sarah King) received from Heaven's Gate members.

It is public knowledge that the Heaven's Gate Group ended on or before March 26, 1997. The Evolutionary Level Above Human Foundation, Inc. was incorporated on 9/23/1997. Therefore it is not possible that any communications were received from the Heaven's Gate Group by directors/officers of The Evolutionary Level Above Human Foundation, Inc.

Due to Plaintiff changing itself from Telah Foundation to The Evolutionary Level Above Human Foundation and Plaintiff stating that both of these alleged entities have directors/officers, Plaintiff's identity is in question in Plaintiff's proposed protective order. Again, there is no evidence that either Telah Foundation or the unincorporated The Evolutionary Level Above Human Foundation, exist.

Unless Defendant receives proof that Telah Foundation or the allegedly unincorporated The Evolutionary Level Above Human Foundation are entities with the capacity to sue in this Court, Defendant will not sign Plaintiff's proposed protective order that seeks to protect communications for illegitimate entities. If Defendant signs Plaintiff's proposed protective order Defendant will be waiving Defendant's right to challenge Plaintiff's legitimacy in Court.

Jason Bartel

| | |
|---|---|
| **From:** | Jason Bartel |
| **To:** | Isaac Crum |
| **Subject:** | Re: Case 3:22-CV-395-JD-MGG - Proposed Protective Order |
| **Date:** | Monday, September 8, 2025 6:06:43 PM |

**[ CAUTION: This Email is from an External Sender ]**

There is no evidence that the alleged, unincorporated entity, 'The Evolutionary Level Above Human Foundation', an Arizona nonprofit corporation, exists as a legal entity in Arizona. Defendant is aware that The Evolutionary Level Above Human Foundation, Inc. is an entity incorporated in the state of Arizona. Defendant is aware that The Evolutionary Level Above Human Foundation, Inc. has Directors and Officers. Plaintiff has not filed a Corporate Disclosure Statement on behalf of The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation. As Defendant has evidence that The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation exists, and Defendant has no evidence that the alleged unincorporated entity, The Evolutionary Level Above Human Foundation, exists, Defendant will not sign Plaintiff's amended proposed protective order that seeks to protect communications involving the alleged 'directors/officers' of the alleged unincorporated entity, The Evolutionary Level Above Human Foundation.

Plaintiff's initial attempt to have Defendant accept that 'Telah Foundation' is a legal entity that has 'directors/officers' in order to manipulate Defendant into signing Plaintiff's proposed protective order demonstrates bad faith on behalf of Plaintiff. Plaintiff's second attempt to get Defendant to sign Plaintiff's proposed protective order by accepting that the alleged unincorporated entity, The Evolutionary Level Above Human Foundation, is a legal entity that has 'directors/officers' demonstrates continued bad faith on the behalf of Plaintiff.

Plaintiff has stated in Plaintiff's multiple versions of Plaintiff's proposed protective order that Plaintiff wants to protect communications with the alleged 'directors/officers' of two different alleged legal entities, 'Telah Foundation' and 'The Evolutionary Level Above Human Foundation'. This demonstrates that there is a question as to the identity of Plaintiff.

Plaintiff is of course welcome to file a contested motion for a protective order and Defendant will raise objections in a response to said motion.

Plaintiff is welcome to request a hearing in the Court in which Plaintiff may state that Defendant Bartel has objected to Plaintiff's proposed protective order due to Defendant's concerns about the legal identity and corporate and/or unincorporated structure of 'Telah Foundation' and 'The Evolutionary Level Above Human Foundation'.Defendant welcomes a discussion in a hearing concerning whether these alleged entities have 'directors/officers'.  This hearing would include a discussion of the alleged corporation that this lawsuit was filed on behalf of on May 18, 2022, The Evolutionary Level Above Human, Inc. and that alleged corporation's similar name toThe Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation. This hearing would also include a discussion as to why Plaintiff initially alleged 'Telah Foundation' had 'directors/officers' in Plaintiff's proposed protective order.

Plaintiff is welcome to use these communications in order to request said hearing from the Court, however, due to Plaintiff's bad faith in attempting twice to manipulate Defendant into

signing proposed protective orders with highly specious information Defendant Bartel will no longer communicate with Plaintiff's Attorney, Isaac Crum, concerning Plaintiff's proposed protective order. If Plaintiff has issues with Defendant no longer communicating with Plaintiff's attorney concerning Plaintiff's proposed protective orders Plaintiff must take those issues up with the Court.

Jason Bartel

On Mon, Sep 8, 2025 at 5:37 PM Isaac Crum <ICrum@messner.com> wrote:

> Mr. Bartel,
>
> In order to hopefully find some agreement, I have removed all reference to "Telah Foundation" and only included "The Evolutionary Level Above Human Foundation" in the proposed protective order. Please see the attached revised draft. Please let me know if this resolves your concerns and whether you still object to entry of this protective order.
>
> Best,
>
> **ISAAC S. CRUM**
>
> Partner
> **Messner Reeves LLP**
>
> **D:** 602.641.6705  **O:** 602.457.5059  **E:** icrum@messner.com
>
> 7250 N 16th Street, Suite 410, Phoenix, AZ 85020
>
> ---
>
> **From:** Jason Bartel <jason_bartel@unioncab.com>
> **Sent:** Monday, September 8, 2025 3:16 PM
> **To:** Isaac Crum <ICrum@messner.com>
> **Subject:** Re: Case 3:22-CV-395-JD-MGG - Proposed Protective Order
>
> **[ CAUTION: This Email is from an External Sender ]**
>
> This proposed protective order by Plaintiff is attempting to make confidential

communications involving alleged 'Telah Foundation directors/officers'. Plaintiff's Attorneys have not filed a Corporate Disclosure Statement on behalf of 'Telah Foundation', therefore 'Telah Foundation' is not the Plaintiff in this case and Plaintiff may not propose a protective order that wants to make communications involving alleged 'Telah Foundation directors/officers' confidential. As per Plaintiff's third Corporate Disclosure Statement filed on March 20th, 2024, the alleged Plaintiff in this case is 'The Evolutionary Level Above Human Foundation', not 'Telah Foundation'. Plaintiff's proposed protective order identifies Plaintiff in the Title of Proceedings as 'The Evolutionary Level Above Human Foundation', not 'Telah Foundation'.

'The Telah Foundation' is identified in the Title of Proceedings in Plaintiff's proposed protective order as a d/b/a name for alleged Plaintiff, The Evolutionary Level Above Human Foundation. d/b/a names are not the legal name of an entity and d/b/a names like 'The Telah Foundation' do not have directors/officers. As Plaintiff has alleged that Plaintiff is 'The Evolutionary Level Above Human Foundation', an Arizona nonprofit corporation, any communications that Plaintiff wants to keep confidential in a proposed protective order would involve alleged 'directors/officers' of 'The Evolutionary Level Above Human Foundation', an Arizona nonprofit corporation, and not 'Telah Foundation' or d/b/aThe Telah Foundation.

Defendant's citation of Plaintiff's third Corporate Disclosure Statement filed on March 20th, 2024 in no way endorses or shows agreement with any of Plaintiff's attorney's statements and claims in Plaintiff's third Corporate Disclosure statement.

Defendant can find no evidence that 'Telah Foundation' is the name of a legal entity in the state of Arizona that has 'directors/officers', therefore, Defendant will not sign Plaintiff's proposed protective order that wants to keep confidential communications of alleged 'Telah Foundation directors/officers'.

If Plaintiff chooses to file a motion for the proposed protective order attached in this e-mail to Defendant Bartel, Defendant will file an objection with the Court.

Jason Bartel

On Sun, Sep 7, 2025 at 7:16 PM Isaac Crum <ICrum@messner.com> wrote:
> All,

Please find attached a draft proposed protective order consistent with the Court's August 27 Order. As you are aware, this needs to be filed on the 9th. Please let me know if this is acceptable on your end or if you have any issues.

Best,

**ISAAC S. CRUM**

Partner
**Messner Reeves LLP**

**D:** 602.641.6705 **O:** 602.457.5059 **E:** icrum@messner.com

7250 N 16th Street, Suite 410, Phoenix, AZ 85020

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.