**FROM:**
Cathy Joann Weaver
5776 Grape Road Ste 51
PMB #121
Mishawaka, IN 46545

**TO:** U.S. District Court
Robert Grant Federal Courthouse
204 S. Main St.
South Bend, IN 46601

---

USPS Priority Mail Retail
US POSTAGE PAID $11.00
Origin: 47006
09/08/25
1704400406-31

PRIORITY MAIL®
0 Lb 10.00 Oz
RDC 03
EXPECTED DELIVERY DAY: 09/11/25
C005

SHIP TO:
204 S MAIN ST
SOUTH BEND IN 46601-2122

USPS TRACKING® #
9505 5147 9576 5251 8676 85