PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE.

Retail

P

US POSTAGE PAID
$11.00
Origin: 47006
09/08/25
1704400406-31

PRIORITY MAIL®

0 Lb 10.00 Oz

RDC 03

EXPECTED DELIVERY DAY: 09/11/25

C005

SHIP TO:
204 S MAIN ST
SOUTH BEND IN 46601-2122

USPS TRACKING® #

9505 5147 9576 5251 8676 85

- Expected delivery date sp...
- Most domestic shipment...
- USPS Tracking® included...
- Limited international insu...
- When used international...

*Insurance does not cover certain...
Domestic Mail Manual at http://p...
** See International Mail Manual...

FLAT RATE
ONE RATE ■ ANY WE...

TRACKED ■

PS00001000014
EP14F May 2020
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

PRIORITY MAIL
UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Cathy Joann Weaver
5776 Grape Road Ste 51
PMB #121
Mishawaka, IN 46545

TO:
U.S. District Court
Robert Grant Federal Courthouse
204 S. Main St.
South Bend, IN 46601

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE