UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION, | |
| Plaintiff, | |
| v. | CASE NO. 3:22-CV-395-DRL-SJF |
| STEPHEN ROBERT HAVEL, et al., | |
| Defendants. | |

**ORDER**

On September 12, 2025, at 8:43 p.m., the Court's case manager received a lengthy email from *pro se* Defendant Stephen Havel. The email was sent only to the Court and did not include any of the other parties. The Court accordingly issues this order to disclose the substance of the communication to the other parties as well as to advise Defendant Havel that the Court cannot act in response to the email[1], as it is an improper ex parte communication and cannot be permitted.

Under Canon 3(A)(4) of the Code of Conduct for United States Judges,

> [A] judge should not initiate, permit, or consider ex parte communications or consider other communications concerning a pending or impending matter that are made outside the presence of the parties or their lawyers. If a judge receives an unauthorized ex parte communication bearing on the substance of a matter, the judge should promptly notify the parties of the subject matter of the communication and allow the parties an opportunity to respond, if requested.

---

[1] A copy of the email has been attached to the end of this Order as Exhibit A.

A judge must reasonably ensure that court staff complies with this provision as well. There are exceptions when the communication is "authorized by law" or, "when circumstances require it," a judge may "permit ex parte communication for scheduling, administrative, or emergency purposes, but only if the ex parte communication does not address substantive matters and the judge reasonably believes that no party will gain a procedural, substantive, or tactical advantage as a result of the ex parte communication." *See id.*

Mr. Havel's lengthy email, attached to this order as Exhibit A, plainly goes beyond scheduling and administrative purposes and thus appears to be an improper ex parte communication. Accordingly, consistent with Canon 3(A)(4) of the Code of Conduct for United States Judges, the undersigned **DISCLOSES** the communication. Mr. Havel is **REMINDED** that neither the Court nor its staff can assist *pro se* parties in litigating their cases. Moreover, *pro se* parties are held to the same standards as lawyers when litigating before this Court. Mr. Havel is **ADMONISHED** to refrain from further ex parte communication with the Court.

**SO ORDERED** this 15th day of September 2025.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge

**Exhibit A**

**CAUTION - EXTERNAL:**

9-12-2025

To: Judge Frankels staff:
From Defendant Havel


re: CASE NO. 3:22-CV-395-DRL-SJF

The Evolutionary Level Above Human
Foundation,
Plaintiff,
v.
Stephen Robert Havel,
Cathy JoAnn Weaver,
Jason Bartel,
Defendants.

I haven't done this before but got some informal professional advice that it might be permissible to ask some questions re: Judge Frankel's Protective Order (De 212). Please help me know of a more appropriate way to understand what is happening so I don't break laws of procedure, etc.

My understanding was I could ask Judge Frankel's court clerk for clarification rather than trying to guess or file something. I'm not wanting advice exactly - just clarification on what the Protective Order means and how it applies:

(Questions are bolded)

1. re: the I. Scope:

I. Scope.
This Protective Order ("Order") shall govern the production and exchange of all documents, deposition testimony, interrogatory answers, responses to requests for admissions, and other information produced, disclosed, given or exchanged by and among the parties and/or third parties (collectively "Producing Parties") to another party or parties ("Receiving Parties") in the course of this action. Persons who are not parties to this Action, but who are required to produce documents in response to a subpoena in connection with this Action, shall be entitled to invoke the provisions of this Order as if such non-party were a party to this Action.

3

**a. Does this apply more or less to all communications listed for the remainder of the case or just for the "material" provided me in my Discovery requests as outlined?**

In other words, since Plaintiff already filed their responses to my requested Admissions, are all their responses now Confidential so that they will resubmit them with the words "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER"

2. Re:

II. Protected Material.
Materials designated as Confidential are referred to herein as "Protected
Material." The parties may not designate as Protected Material any material which is available to the public.

A. Confidential Information.
The following may be designated "Confidential," provided the information was maintained as confidential and the party has a legitimate interest in maintaining its confidentiality:

1. Communications between The Evolutionary Level Above Human
Foundation's directors/officers regarding: the class, decisions of
the class, disposition of any possessions of the class;
2. Communications received by The Evolutionary Level Above
Human Foundation's directors/officers (Mark and Sarah
King) from Heaven's Gate members regarding: the class,
decisions of the class, disposition of any possessions of the
class;
3. Lists summarizing contents of copyrighted works not being
asserted in this case that have been kept confidential and secret
from the public; and
4. Sealed court records.
Information or documents that are available to the public may not be designated as Confidential Information.

**a. is something already filed with the court considered public (unless it is specifically brought up in accordance with section IX)?**

**b. Do any of these 4 categories represent specific documents that Plaintiff will provide me with or are they just categories?**

In other words referring to: "3. Lists summarizing contents of copyrighted works not being

4

asserted in this case that have been kept confidential and secret from the public; and"

**c. Does that refer to one or more specific "lists" yet to be provided to Defendant(s)?**

**d. What if the provided lists are manufactured and can be shown to have even a great deal of false information in them, are they too then "Protected"?**

For example: In the two Lists Plaintiffs provided as Exhibits in a past filing, there are many errors, easy to document. One example: In the one List 1 for alleged copyrighted registered works, the registration document says there are 486 audio tapes and that's what List 1 shows numbered but there is lots of evidence from original lists I received in 1997 from a member of the group that there were not 486 actual cassette tapes copyrighted by Mark and Sarah King (Plaintiff). There were about 468 tapes they had in their possession when they filed that copyright. That's what I mean by an inaccurate list.

So would I have to challenge such a list being marked "confidential"?

**e. If Plaintiff provides a list of audio tapes that they say are not in this case, do I have the right to challenge how they were determined to not be in this case?**

That is a big issue in this case, something we don't agree on at all and I have ample evidence of not agreeing with.

**f. re: Lists - if Plaintiff does provide such a list and it gets marked "Confidential" does that mean only the List itself is "confidential" rather than all the audio tapes in the list being considered Confidential?**

Plaintiff has made it very clear that they don't even want me talking publicly about the audio tapes I was even present for when they were made by TI and/or DO which applies to over 700 of the audio tapes.

**g. Is the list of audio tapes Plaintiff gave to another former member of the group (Francisco Falcon known in the Group as Jhnody) that he gave to me and was never copyrighted (the list), that I posted on my blog for some months before I was sued considered to be public so if they included it to be protected (because it was in their complaint as Exhibit H) something they could have marked "confidential"?**

And for: "4. Sealed Court Records" since we've had nothing sealed yet in this case,

**h. does it mean if Plaintiff provides a requested Sealed Court Document then it alone would be Protected and marked confidential?**

(I have requested a Sealed document from another court case directly related to Plaintiffs counts against me and to my Defense and Counter Claims)

5

3. re:

IX. Previously Produced Information.

A. Producing Party shall have 20 days from the entry on this Order to designate any information previously produced in this litigation as Confidential. Documents designated in this manner shall be subject to this Order to the same extent as if the information had been designated at the time of the initial production, and such information shall be treated by the Receiving Party as if it had been inadvertently produced with an error in designation, subject to Section VIII. X. Obligations on Conclusion of Litigation.

a. **does this mean that in the next 20 days from when this order was signed by Judge Frankel, Plaintiffs, as the producing party will designate "information previously produced in this litigation as Confidential"?**

b. **If so, then do Defendants get to weigh in on whether making it confidential is warranted?**

c. **if So, does Defendant first try to work it out with Plaintiff?**

4. **Are Plaintiffs required to respond to all of my remaining production of document requests or just the ones Judge Frankel separately listed in his order (de 208)?**

(Because when Judge Gotsch's examination of their proposed Protective Order (de 194), stated what they proposed that is much the same as what Mr. Crum put in section II he denied saying it was "overbroad")

5. **When Discovery is over, if they don't provide those documents, can I still compel them to respond, though it may be after the Discovery deadline because they waited to the last minute to file it?**

6. **Do I have any recourse to still respond to this Protective order?**

Here is why I ask:

Plaintiff council Mr. Crum contacted me to go over his Proposed Protective Order that he modified from the one Judge Frankel provided, late on Sunday night before the deadline of Tuesday for him to file it with the court to meet his deadline. I had to sleep and go to work on Monday so when I got home by about 1pm I had like 6 hours or less to work with him and

6

started immediately but I had to work the next day as well but stayed up til I was exhausted and he told me he was filing his proposed order knowing I had all sorts of questions about it. So I had no recourse but to file my version of the Protective Order proposal and I knew nothing about most of what's in it as shown by these questions I still have. For example:

During the course of working with Mr. Crum, exchanging emails I asked him about section:

A. Confidential Information.
The following may be designated "Confidential," provided the information was maintained as confidential and the party has a legitimate interest in maintaining its confidentiality:

I asked him in email whether this section pertained to Court Documents and he said in writing that it did not because the court documents are public.

So I brought up to him about what it said in section:

IX Previously Produced Information

He said, yes that could apply to protecting court documents and agreed to take section IX out but did not.

7. re:

B. Obligations at Conclusion of Litigation.
Within sixty-three days after dismissal or entry of final judgment not subject to further appeal, all Confidential Information and documents marked &quot;CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER&quot; under this Order, including copies as defined in 3(a), shall be returned to the producing party unless: (1) the document has been offered into evidence or filed without restriction as to disclosure; (2) the parties agree to destruction to the extent practicable in lieu of return; or **(3) as to documents bearing the notations, summations, or other mental impressions of the receiving party, that party elects to destroy the documents and certifies to the producing party that it has done so.**

a. **Can there can be language added here that the "producing party would incur any costs to certify documents are destroyed?**

8. Do I have the right to have a hearing about this inclusion of section IX? Some of my searching says the Judge has alot of leeway in this so I need to ask.

9. Questions re: codefendant Cathy Weaver: Can her name name be struck from the Order as Mr. Crum did not report that accurately. The parts I'm speaking of are in DE 212 page 2:

a. **"On September 9, 2025, Plaintiff filed a Notice of Dispute Regarding Protective Order. Plaintiff reports that the parties were unable to finalize a stipulated protective order as ordered by the Court. Plaintiff explains that it prepared a proposed protective order, but that Defendants Stephen Havel and Cathy Weaver believed it was overbroad."**

I ask that the part saying "Cathy Weaver" believed it was overbroad is the inaccurate part. (All the emails between Cathy Weaver and Mr. Crum can be provided). I did say alot about it being overbroad but that wasn't part of what Weaver thought.

and where the order said also on page 2:

b. **"Plaintiff also included its proposed protective order [DE 211-1] as well as a protective order proposed by Defendants Havel and Weaver [DE 211-2] for the Court's consideration."**

Weaver didn't work on what I filed for a Proposed Protective Order at all. I chose to include mention of both these co-defendants in my proposed Protective Order out of courtesy to them, so they wouldn't be left out and that may have been a mistake for me to do as I didn't ask them if that was okay. It was giving them more rights not less.

Plus Cathy Weaver is adding this question:

c. **During the hearing co-defendant Cathy Weaver's understanding of a protective order was that it would be effective during the case only. But upon reading the order it states that the protective status would be in place even after the case is dismissed or decided upon. Is that accurate? If so can it be changed so it's just for the duration of the case?**

The way Mr. Crum put things in his proposed Protective order and his filing of the exhibits one would think I and Cathy weaver are one in the same Defendants and we are not and would like the wording to not link us together legally. Their case against Weaver is slim to nothing.

Also, I am not at all responsible for the responses of co-defendant Jason Bartel. We have been at odds with one another for many years.

Sincerely,

Stephen Havel, Pro Se Defendant

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.