UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation,<br><br>Plaintiff,<br>v.<br><br>Stephen Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>Defendants. | CASE NO. 3:22-CV-395-JD-MGG |

**PLAINTIFF'S AMENDED RESPONSES TO DEFENDANT HAVEL'S REQUESTS FOR ADMISSION**

Plaintiff The Evolutionary Level Above Human Foundation ("Plaintiff") submit these amended objections and responses ("Responses") to the Requests for Admission ("Requests" or "RFAs") propounded by Defendant Stephen Havel ("Defendant") (ECF No. 183). These Responses supersede Plaintiff's Responses filed on September 9, 2025 (ECF No. 209). Plaintiff amended answers are as shown below with additions underlined and deletions struck out.

### GENERAL OBJECTION

Plaintiff objects to the Requests as they are all clearly untimely and in violation of the Court's Scheduling Order (ECF 117). The close of discovery was set by this Court as December 14, 2023. (ECF 117 at 6.) The Court made clear in the Scheduling Order that:

1

> A. Discovery.
> 1. Time limit for discovery requests. All discovery other than depositions must be initiated at least forty-five days before the discovery deadline. A deposition commenced at least five days before the discovery deadline may continue beyond the discovery deadline. Notices of deposition shall be served on opposing counsel at least fifteen days before the deposition date.

*See* ECF 117 at 9.

As a result, the last date to serve any discovery requests was 45 days before December 14, 2023 which calculates to Monday, October 30, 2023. The Requests for Admission at issue were served a full 21 days later, on November 20, 2023. As such they are untimely and in violation of the Court's Scheduling Order.

The law in the Court regarding such untimely served discovery is clear. *See Shadle v. First Fin. Bank, N.A.,* No. 1:09–cv–37, 2009 WL 3787006, at *2 (N.D.Ind. Nov.10, 2009) (citing several cases from this circuit holding that defendants had no obligation to answer discovery from pro se plaintiff on the eve of deadline, and concluding even pro se plaintiffs should have known that they need to serve discovery requests at least thirty days prior to the close of discovery). *See also Westbrook v. Archey,* No. 1:05–CV–00057, 2006 WL 545008, at *1 (N.D.Ind. Mar.3, 2006) (holding that defendants had no obligation to answer interrogatories served on the eve of the discovery deadline by *pro se* plaintiff); *Shroyer v. Vaughn,* No. 1:00–CV–256, 2002 WL 32144316, at *1 (N.D.Ind. July 10, 2002) (denying discovery as untimely where it was served by *pro se* plaintiff just before the discovery deadline and called for responses after the close of discovery).

As in *Westbrook, Shroyer, and Shadle,* Mr. Havel's service of discovery at a date which called for responses after the close of discovery and after the time set by the Court were clearly untimely and do not require any response by Plaintiff. *Id.*

### RESPONSES TO DEFENDANT HAVEL'S REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:** Admit that Mark King ( aka Mrc or Mrcody) and Sarah King are Officers and Founders of The Evolutionary Level Above Human

2

Foundation ( or when it was named differently) aka The Telah Foundation.

**RESPONSE TO REQUEST FOR ADMSSION NO. 1:**

Admitted.

**REQUEST FOR ADMISSION NO. 2:** Admit Mrcody ( aka Mark King) and Srfody were members of the Group, now referred to as Heaven's Gate from 1975 to 1987.

**RESPONSE TO REQUEST FOR ADMSSION NO. 2:**

Admitted.

**REQUEST FOR ADMISSION NO. 3:** Admit that Ollody, ( aka David Cabot Van Sinderen, OLL, Olliver Odin wood) was the Artist who painted the 14 original Acrylic Paintings he copyrighted in 1982 that included the Older Member picture made into a Lithographic Print Plaintiffs, as The Telah Foundation copyrighted in 1997 as the C.B.E. Celestial Being Entity~~Document(s) submitted to Copyright office to prove, as shown in Section 4 of the registration, that Plaintiffs had "obtained ownership of the copyright" as "pursuant to assignments" to legally Transfer from Author, Total Overcomers Anonymous aka T.O.A., to The Telah Foundation the Deposit of 486 Audio tapes, referred to as "The Audiotape Library of Heaven's Gate by TI and DO as per copyright registration number: SRu 298-530 effective date of Oct 27, 1997.~~

**RESPONSE TO REQUEST FOR ADMSSION NO. 3:** ~~Plaintiff does not understand this Request for Admission and on that basis it is denied.~~ Plaintiff admits that the Older Member artwork was created by David Cabot Van Sinderen. Plaintiff is without knowledge as to the number of paintings he copyrighted in 1982 and, thus, denies the remainder of this request on that basis.

**REQUEST FOR ADMISSION NO. 4:** Admit Rkkody ( aka RKK, Charles "Chuck" Humphrey) and Oscody ( aka OSC, Wayne Parker) on or about March 27, 1997 retrieved

3

from the Storage Room, (described in the Letter from DO's Class to Mrc and Srf (aka Mark King and Sarah King)) at one of two units #241 and #147 located at Private Storage Systems, 2421 Barham, Escondido, CA), 486 Audio Tape Cassettes of internal meetings that TI and/or DO and The Class had recorded since the 1980's.

**RESPONSE TO REQUEST FOR ADMSSION NO. 4:**

Admitted.

**REQUEST FOR ADMISSION NO. 5:** Admit that Rkkody (aka Charles Chuck Humphrey) gave away CD's with about half of those 486 Audio Tapes he digitized in 1997 on the CD's.

**RESPONSE TO REQUEST FOR ADMSSION NO. 5:** Upon reasonable inquiry, Plaintiff is unable to admit or deny the requested statement for want of sufficient information to form a belief as to its truth.

**REQUEST FOR ADMISSION NO. 6:** Admit that in Case No. CV-98-00892 CRB Judge Richard Breyer's Consent Decree you received this order: "3. The Moreas will provide TELAH with one copy of the two CD set of CD's created by Humphrey containing copies of audiotapes of classroom sessions by The Class ("the Audiotape CD Set"). From this copy, TELAH will make a new revised Audiotape CD Set and will disseminate it as set forth in the Settlement Agreement."

**RESPONSE TO REQUEST FOR ADMSSION NO. 6:**

Plaintiff admits that the quoted language is found in a consent decree from 1999. Plaintiff denies that the consent decree was signed by Judge Richard Breyer. Plaintiff further denies that the Moreas ever provided Plaintiff with any CDs as was contemplated by the document.

**REQUEST FOR ADMISSION NO. 7:** Admit that in the Settlement Agreement

4

referenced in Admission Request NO. 6, parts of the orders were for you to distribute and/or disseminate specific Intellectual Property like the Audio Tapes that were on Rkkody's CD's to "verified former members" of the Group or was said in some equivalent wording.

**RESPONSE TO REQUEST FOR ADMSSION NO. 7:**

Denied.

**REQUEST FOR ADMISSION NO. 8:** Admit that Defendant Stephen Havel (aka Sawyer, Swyody, Swy) is a "verified former member" of what became known as the Heaven's Gate Group, verified especially by Defendant's audio and visual participation with DO in 4-5 Beyond Human - The Last Call Video tape Sessions the Group made in about 1991 for the public to see.

**RESPONSE TO REQUEST FOR ADMSSION NO. 8:** Plaintiff does not know what "verified former member" means and on that basis denies this request. Plaintiff, however, admits that Mr. Havel was a former member.

**REQUEST FOR ADMISSION NO. 9:** Admit you do not have any legal documentation from the Group to Copyright anything the Group Created.

**RESPONSE TO REQUEST FOR ADMSSION NO. 9:**

Denied.

**REQUEST FOR ADMISSION NO. 10:** Admit you do not have any legal or implied "Transfers" of any of the Groups unregistered Copyrights or Trademarks to Plaintiffs under any name.

**RESPONSE TO REQUEST FOR ADMSSION NO. 10:**

Denied.

**REQUEST FOR ADMISSION NO. 11:** Admit you do not have any legal or implied "Assignments" of any of the Groups unregistered or registered Copyrights or Trademarks to Plaintiffs under any name.

**RESPONSE TO REQUEST FOR ADMSSION NO. 11:**

Denied.

**REQUEST FOR ADMISSION NO. 12:** Admit that when you registered for Copyrights for any of the Heaven's Gate Intellectual Property in 1997 it was not lawful.

**RESPONSE TO REQUEST FOR ADMSSION NO. 12:**

Denied.

**REQUEST FOR ADMISSION NO. 13:** Admit you stated that You were given the task by DO's Class of fulfilling the wishes of the Group re: the disposition of their Intellectual Property.

**RESPONSE TO REQUEST FOR ADMSSION NO. 13:**

Admitted.

**REQUEST FOR ADMISSION NO. 14:** Admit that in the Letter from DO's "The Class" addressed to Mrc/Srf (Mark King and Sarah King), regarding the content of the Storage Rooms listed in Request for Admission No. 4, you received The Group's wishes for the dissemination of their Intellectual Property you would find in those Storage rooms as, "It is our desire that any items of value that are retrievable by you be divided among those who feel inclined to disseminate our information."

**RESPONSE TO REQUEST FOR ADMSSION NO. 14:**

Plaintiff admits that the quoted language is found in letters from the Class and Plaintiff admits that such division was accomplished and finalized in 1997–1999.

**REQUEST FOR ADMISSION NO. 15:** Admit that the Groups only example of their intended copyright, they put on their first and/or second version of their Book that they also posted on their website Heavens gate.com you still maintain that reads:

© Common Law Copyright
1996 by Heaven's Representatives
Printed in the New Mexico Republic, the United States of America
ALL RIGHTS RESERVED, WITHOUT PREJUDICE,
U.C.C. 1-207, U.C.C. 1-103.6 This book is protected by Common Law copyright. Permission is hereby granted to reproduce this book, or portions thereof, as long as the content is unchanged, i.e., nothing added to it or taken away from it as long as it is for noncommercial purposes.
No part of this publication may be reproduced or transmitted in any form or by any means, now known or to be invented or adapted, for the purpose of financial gain or profit.

**RESPONSE TO REQUEST FOR ADMSSION NO. 15:**
Denied.

**REQUEST FOR ADMISSION NO. 16** : Admit that per Admission No. 15, Defendant has the right to make available to the public (like on Defendants 3spm Youtube.com Channel) any part of the Heaven's Gate Book since doing so is not for the purpose of financial gain or profit.

**RESPONSE TO REQUEST FOR ADMSSION NO. 16:**
Denied.

**REQUEST FOR ADMISSION NO. 17:** Admit that you gave Jhnody (aka Francisco Falcon) an Audio tape log of the Heaven's Gate Audios that included detailed descriptions of the content of each audio tape numbering from 1 to 930.

**RESPONSE TO REQUEST FOR ADMSSION NO. 17:**
Admitted.

**REQUEST FOR ADMISSION NO. 18:** Admit that you ordered your lawyers to construct

2 Court Ordered Audio Tape Logs that replaced the descriptions shown in the log you gave Jhnody as described in Request for Admission No. 17 with the description, "Various Discussions".

**RESPONSE TO REQUEST FOR ADMSSION NO. 18:**

Any communications between Plaintiff and its attorneys are protected by the attorney-client privilege and Plaintiff will not respond to this request.

**REQUEST FOR ADMISSION NO. 19:** Admit that in the Letters from The Class ( or other ways Group Members signed Letters) sent to former Class members (like you, Rkkody, Oscody, Jhnody, Neody, Flxody and Ablody) it was DO and The Classes "desire" that these former members would want to participate in the Dissemination of their Intellectual Property.

**RESPONSE TO REQUEST FOR ADMSSION NO. 19:**

Plaintiff admits that former Class members were involved in the disposition of property in 1997–1999.  Plaintiff objects to this request as calling for speculation.

**REQUEST FOR ADMISSION NO. 20:** Admit that a deceased Student Member of the Heaven's Gate Group known as Srrody, (aka legally Steven Terry Mccarter) is not a legitimate Author of any of the Groups audio tapes, the way you have claimed by registering a copyright on July 7, 2023 using a new claimant name of "The Evolutionary Above Human Foundation d.b.a. The Telah Foundation" for the following registration details from the U.S. Copyright office:

> Type of Work: Sound Recording
> Registration Number / Date: SRu001552631 / 2023-07-07
> Application Title: Tape 487 and 9 Other Unpublished Works.
> Title: Tape 487 and 9 Other Unpublished Works.
> Description: Electronic file (eService)
> Copyright Claimant: The Evolutionary Above Human Foundation d.b.a. The Telah
> Foundation, Transfer: by operation of law. Address: 4757 E. Greenway

8

Road, #103, Phoenix, AZ, 85032, United States.
Date of Creation: 1990
Authorship on Application: Steven Terry Mccarter, 1956- ; Citizenship: United States. Authorship: Sound Recordings.
Rights and Permissions: Rowan Smith, Messner Reeves LLP, 7250 N 16th Street, Suite
410, Phoenix, AZ, 85020, United States, rsmith@messner.com
Copyright Note: C.O. correspondence.
Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.
Contents:
Tape 487.
Tape 488.
Tape 489-490.
Tape 491.
Tape 492.
Tape 493.
Tape 494.
Tape 495.
Tape 496.
Tape 497-498.
Names: Mccarter, Steven Terry
Evolutionary Above Human Foundation Telah Foundation

**RESPONSE TO REQUEST FOR ADMSSION NO. 20:**

Denied.

**REQUEST FOR ADMISSION NO. 21:** Admit that you sent Francisco Falcon, (aka Jhnody) approximately 80 of the Heaven's Gate audio cassette tapes (copies or originals) that you received from the Judge Lisa Guy-Schall Settlement (that San Diego County had confiscated from the same Storage Room(s) referenced in Request for Admission No. 4.

**RESPONSE TO REQUEST FOR ADMSSION NO. 21:**

Plaintiffs admit Mr. Falcon was handed 80 audio cassettes tape copies.

9

**REQUEST FOR ADMISSION NO. 22:** Admit that you sent Francisco Falcon (aka Jhnody) approximately 930 of the digitized audio tapes you possess.

**RESPONSE TO REQUEST FOR ADMSSION NO. 22:**

Admitted.

**REQUEST FOR ADMISSION NO. 23:** Admit that Defendant Stephen Havel and co-Defendant Jason Bartel have never shown any evidence they provided or displayed or performed or disseminated or distributed any of the Heaven's Gate Intellectual Property to make a profit or for any commercial purposes for over 25 years.

**RESPONSE TO REQUEST FOR ADMSSION NO. 23:**

Denied.

**REQUEST FOR ADMISSION NO. 24:** Admit that the organizational name; Total Overcomers Anonymous aka T.O.A. that the Group used didn't exist much at all before 1992, (as evidenced on the video tape jackets The Group had made on the original Beyond Human - The Last Call video tape Series), thus could not be a legal Authors name for the Tel ah Foundations copyright registration of the 486 Audio Tapes that were created by The Group from 1982 to 1989 or so.

**RESPONSE TO REQUEST FOR ADMSSION NO. 24:**

Denied.

**REQUEST FOR ADMISSION NO. 25:** Admit since TI (aka Bonnie Lu Truesdale Nettles) and DO (aka Marshall Herf Applewhite) or DO alone are the only true Authors of the 1061 or 1082 or so Heaven's Gate Audio Tapes and/or Video Tapes to include; the Beyond Human - The Last Call Video Tape Series and/or the 4 Video tapes; Last Chance to Evacuate Earth Before Recycling, Planet About to be Recycled - Your Only Chance to

Survive is to Leave With Us, DO's Final Exit and Students Expressing Themselves Before Exit, thus using any other Authors name or entity as the Author or as a Work For Hire "Author" in all your Copyright registrations is not legal.

**RESPONSE TO REQUEST FOR ADMSSION NO. 25:**

Denied.

DATED this 23rd day of September 2025.

                                              **MESSNER REEVES, LLP**

                                   By: /s/  *Isaac S. Crum*
                                         MESSNER REEVES LLP
                                         Isaac S. Crum (Pro Hac Vice)
                                         icrum@messner.com
                                         *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the September 23, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the parties listed below. A copy of this filing will also be sent via U.S. mail and email.

Cathy Weaver
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

Jason Bartel
N4051 26th Lane
Redgranite, WI 54970-7087
jason_bartel@unioncab.com

Steven Robert Havel
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

By: /s/       *Isaac S. Crum*