Three documents to file:

1 — motion — pages 1-7
2 — Brief — pages 1-14
3 — Exhibit A — pages 1-18

-FILED-

SEP 25 2025

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA