UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION,

Plaintiff,

v.

STEVEN ROBERT HAVEL, et al.,

Defendants

CASE NO. 3:22-CV-395-DRL-SJF

*-FILED-*
OCT -2 2025
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## DEFENDANT BARTEL'S MOTION FOR EXTENSION OF TIME

Defendant Bartel hereby moves the Court for an extension of time in regards to the Court's scheduling Order[DE 213]. Defendant did not receive the scheduling Order in the mail. Unfortunately this is not the first Court Order that Defendant Bartel has not received via the postal service. Defendant became aware of the scheduling Order after receiving an e-mail from Plaintiff's Attorney yesterday, September 29, 2025. In lieu of a Status Report Defendant is filing a Motion For Summary Judgment that was served on Plaintiff on September 25, 2025.

Respectfully Submitted, 9/30/2025

Jason Bartel
N4051 26th LN.
Redgranite, WI 54970
jason_bartel@unioncab.com