## Index of Exhibits

Exhibit A-Certificate of Good Standing for The Evolutionary Level Above Human Foundation, Inc.

Exhibit B-2025 Annual Report for The Evolutionary Level Above Human Foundation, Inc.

Exhibit C-Heaven's Gate Audio Tape Library Copyright Registration ( SRU000298530)

Exhibit D-Beyond Human Copyright Registration ( PA000867224 )

Exhibit E-Celestial Being Entity Copyright Application ( subsequent Reg. No. VA0000877834 )

Exhibit F-Heaven's Gate Book Copyright Registration ( TXU000817732 )

Exhibit G-Creditor's Claim Signed By President of The Telah Foundation Mark King

# EXHIBIT A

# STATE OF ARIZONA



## Office of the
## CORPORATION COMMISSION

### CERTIFICATE OF GOOD STANDING

I, the undersigned Executive Director of the Arizona Corporation Commission, do hereby certify that:

**THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION**

ACC file number: 08194851

was incorporated under the laws of the State of Arizona on 09/23/1997;

That all annual reports owed to date by said corporation have been filed or delivered for filing, and all annual filing fees owed to date have been paid; and

That, according to the records of the Arizona Corporation Commission, said corporation is in good standing in the State of Arizona as of the date this Certificate is issued.

This Certificate relates only to the legal existence of the above named entity as of the date this Certificate is issued, and is not an endorsement, recommendation, or approval of the entity's condition, business activities, affairs, or practices.

IN WITNESS WHEREOF, I have hereunto set my hand, affixed the official seal of the Arizona Corporation Commission, and issued this Certificate on this date: **08/31/2025**





**Douglas R. Clark, Executive Director**

# EXHIBIT B

# 2025 ANNUAL REPORT

## ENTITY INFORMATION

**ENTITY NAME:** THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION
**ENTITY ID:** 08194851
**ENTITY TYPE:** Domestic Nonprofit Corporation
**CHARACTER OF BUSINESS:** Other - Other - Other - RELIGIOUS
**AUTHORIZED SHARES:**
**ISSUED SHARES:**

## STATUTORY AGENT INFORMATION

**STATUTORY AGENT NAME:** Isaac S Crum
**PHYSICAL ADDRESS:** c/o Messner Reeves, LLP 7250 N 16th Street Suite 410, PHOENIX, AZ 85020
**MAILING ADDRESS:** 7250 N. 16th Street , Suite 410, PHOENIX, AZ 85020

## KNOWN PLACE OF BUSINESS

Att: Isaac S. Crum, 7250 N. 16th Street, Suite 410, PHOENIX, AZ 85020

## PRINCIPAL OFFICE ADDRESS


## PRINCIPAL INFORMATION

Director: MARK KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997
Director: SARAH KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997
President/CEO: MARK KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997
Secretary: SARAH KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997

## SIGNATURE

President/CEO: Mark King - 03/24/2025

# EXHIBIT C




# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
United States of America

OFFICIAL SEAL

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

SRu 298-530

**EFFECTIVE DATE OF REGISTRATION**

10 / 27 / 97
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**
"THE AUDIOTAPE LIBRARY OF HEAVEN'S GATE BY TI AND DO"

**PREVIOUS OR ALTERNATIVE TITLES ▼**
None

**NATURE OF MATERIAL RECORDED ▼** See instructions
☐ Musical   ☐ Musical-Dramatic
☐ Dramatic  ☒ Literary
☐ Other

---

**NAME OF AUTHOR ▼**
a  Total Overcomers Anonymous, a.k.a. T.O.A.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
Citizen of ▶ United States
OR Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire Work

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Citizen of ▶
OR Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP**

**NAME OF AUTHOR ▼**
c

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Citizen of ▶
OR Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP**

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
a  1997 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
b  Month ▶ ___ Day ▶ ___ Year ▶ ___  ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

The Telah Foundation
4757 E. Greenway Road, #103
Phoenix, AZ 85032

**APPLICATION RECEIVED**
OCT 27 1997
**ONE DEPOSIT RECEIVED**
OCT 27 1997
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

pursuant to assignments

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions
• Sign the form at line 8

DO NOT WRITE HERE
Page 1 of __ pages

Deposit includes 486 audio cassettes containing text and sound recording.

FORM SR

**CHECKED BY**

☐ CORRESPONDENCE
   Yes

☐ DEPOSIT ACCOUNT
   FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Jerome E. Weinstein, Esq.
WEINSTEIN AND HART
9777 Wilshire Blvd., Suite 1009
Beverly Hills, CA 90212-1901

Area Code & Telephone Number ▶ (310) 274-7157

**CERTIFICATION** I, the undersigned, hereby certify that I am the

Check one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

The Telah Foundation,
by Mark King, President     date ▶ ✓ 10/21/97

Handwritten signature (X) ▼
*Mark King*

MAIL CERTIFICATE TO

Name ▼
Jerome E. Weinstein, Esq.
WEINSTEIN AND HART
Number/Street/Apartment Number ▼
9777 Wilshire Blvd., Suite 1009
City/State/ZIP ▼
Beverly Hills, CA 90212-1901

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

92—75,000      ✩U.S. GOVERNMENT PRINTING OFFICE: 1993-342-432/60,021

# EXHIBIT D

# CERTIFICATE OF REGISTRATION

FORM PA



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

PA 867-224

EFFECTIVE DATE OF REGISTRATION

SEP 22 1997

Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**  "BEYOND HUMAN — THE LAST CALL"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions
Audiovisual work

---

**2 NAME OF AUTHOR ▼**  Total Overcomers Anonymous, a.k.a. T.O.A.

**DATES OF BIRTH AND DEATH**  Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?  ☒ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Citizen of ▶ United States
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work

**NAME OF AUTHOR ▼**

**NAME OF AUTHOR ▼**

---

**3 YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  1992  ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ▶ January   Day ▶ 11   Year ▶ 1992
United States of America  ◀ Nation

**COPYRIGHT CLAIMANT(S)**  Name and address must be given even if the claimant is the same as the author given in space 2. ▼

The Telah Foundation
4757 E. Greenway Road, #103
Phoenix, AZ 85032

APPLICATION RECEIVED
SEP 22 1997
ONE DEPOSIT RECEIVED
SEP 22 1997  ½"VT/D
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**TRANSFER**  If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

pursuant to assignments

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

*Deposit is a motion picture

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Jerome E. Weinstein, Esq.
Weinstein and Hart
9777 Wilshire Blvd., Suite 1009
Beverly Hills, CA 90212-1901
            Area Code and Telephone Number ▶ (310) 274-7157

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
The Telah Foundation,                             date ▶ 9/12/97
      by Mark King, President

Handwritten signature (X) ▼
/s/ Mark King

**8**

MAIL CERTIFI-CATE TO

Name ▼
Jerome E. Weinstein, Esq.
Weinstein and Hart
Number/Street/Apartment Number ▼
9777 Wilshire Blvd., Suite 1009
City/State/ZIP ▼
Beverly Hills, CA 90212-1901

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

13—300,000  ♻ PRINTED ON RECYCLED PAPER

# EXHIBIT E

FORM V
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA                    VAU

EFFECTIVE DATE OF REGISTRATION

........ ........ ........
(Month)    (Day)    (Year)

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM VA/CON)

**(1) Title**

TITLE OF THIS WORK: THE C. B. E. (CELESTIAL BEING ENTITY)

NATURE OF THIS WORK: (See instructions) Lithographic print

Previous or Alternative Titles:

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work ............ Vol ... No ... Date ... Pages ....

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1. NAME OF AUTHOR: Total Overcomers Anonymous, a.k.a. T.O.A.
   Was this author's contribution to the work a "work made for hire"? Yes ..... No .....
   DATES OF BIRTH AND DEATH: Born ..... Died ..... (Year)
   AUTHOR'S NATIONALITY OR DOMICILE: Citizen of United States or Domiciled in ...... (Name of Country)
   WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
   Anonymous? Yes ... No X
   Pseudonymous? Yes ... No X
   AUTHOR OF: (Briefly describe nature of this author's contribution) Entire work
   If the answer to either of these questions is "Yes," see detailed instructions attached.

2. NAME OF AUTHOR:
   Was this author's contribution to the work a "work made for hire"? Yes ..... No .....
   DATES OF BIRTH AND DEATH: Born ..... Died ..... (Year)
   AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ...... or Domiciled in ......
   WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
   Anonymous? Yes ... No
   Pseudonymous? Yes ... No
   AUTHOR OF: (Briefly describe nature of this author's contribution)

3. NAME OF AUTHOR:
   Was this author's contribution to the work a "work made for hire"? Yes ..... No .....
   DATES OF BIRTH AND DEATH: Born ..... Died ..... (Year)
   AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ...... or Domiciled in ......
   WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
   Anonymous? Yes ... No
   Pseudonymous? Yes ... No
   AUTHOR OF: (Briefly describe nature of this author's contribution)

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: Year 1992
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date ... March 31, 1997
(Month) (Day) (Year)
Nation United States of America
(Name of Country)
(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
The Telah Foundation
4757 E. Greenway Road, #103
Phoenix, AZ 85032

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

pursuant to assignments

---

Complete all applicable spaces (numbers 5-9) on the reverse side of this page
Follow detailed instructions attached • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ..... pages

| EXAMINED BY | APPLICATION RECEIVED | |
|---|---|---|
| CHECKED BY | | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE<br>☐ Yes | DEPOSIT RECEIVED | |
| DEPOSIT ACCOUNT FUNDS USED<br>☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes ....... No . **X** ....

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number ........................ Year of Registration ...............

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See Instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
...... N/A ..........

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
...... N/A ..........

**⑥ Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ...................................

Account Number: ...................................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Jerome E. Weinstein, Esq.
      Weinstein and Hart
Address: 9777 Wilshire Blvd., Suite 1009
         Beverly Hills, CA 90212-1901

**⑦ Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☒ other copyright claimant ☐ owner of exclusive right(s) ☐ authorized agent of
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ✓ *Mark King*

Typed or printed name: The Telah Foundation,
by Mark King, President

Date: ✓ 9/12/97

**⑧ Certification**

Jerome E. Weinstein, Esq.
WEINSTEIN AND HART
9777 Wilshire Blvd., Suite 1009
Beverly Hills, CA 90212-1901

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑨ Address For Return of Certificate**

# EXHIBIT F

# CERTIFICATE OF REGISTRATION



**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE
REG **TXu 817-732**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION
Sept. 22, 1997

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1 TITLE OF THIS WORK ▼**
HOW AND WHEN "HEAVEN'S GATE" (THE DOOR TO THE PHYSICAL KINGDOM LEVEL ABOVE HUMAN) MAY BE ENTERED - AN ANTHOLOGY OF OUR MATERIALS

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2 a NAME OF AUTHOR ▼** Heaven's Representatives
DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶ United States
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work

NAME OF AUTHOR ▼
(blank)

NAME OF AUTHOR ▼
(blank)

**3 a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** 1997
**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**

**4 COPYRIGHT CLAIMANT(S)**
The Telah Foundation
4757 E. Greenway Road, #103
Phoenix, AZ 85032

APPLICATION RECEIVED SEP 22 1997
ONE DEPOSIT RECEIVED SEP 22 1997
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER: pursuant to assignments

Page 1 of 2 pages

EXAMINED *TMS*

CHECKED BY

☐ CORRESPONDENCE Yes

FORM

FO
COPYR
OFFI
US
ONL

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
N/A

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
N/A

—space deleted—

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                      Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Jerome E. Weinstein, Esq.
Weinstein and Hart
9777 Wilshire Blvd., Suite 1009
Beverly Hills, CA 90212-1901
Area Code and Telephone Number ▶ (310) 274-7157

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☒ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
The Telah Foundation,         date ▶ 9/12/97
By Mark King, President

Handwritten signature (X) ▼
*Mark King*

MAIL CERTIFICATE TO
Name ▼ Jerome E. Weinstein, Esq.
Weinstein and Hart
Number/Street/Apartment Number ▼
9777 Wilshire Blvd., Suite 1009
City/State/ZIP ▼
Beverly Hills, CA 90212-1901

Certificate will be mailed in window envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in conne with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582

# EXHIBIT G

| ATTORNEY OR CREDITOR WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Jerome F. Weinstein, Esq., State Bar #46133<br>WEINSTEIN AND HART<br>9777 Wilshire Boulevard, Suite 1009<br>Beverly Hills, CA 90212-1901 | (310)274-7157 | **FILED**<br>PROBATE EXAMINING<br>By: R. EDWARDS, Deputy<br><br>**SEP 24 1997**<br><br>KENNETH E. MARTONE<br>CLERK SUPERIOR COURT<br>SAN DIEGO COUNTY CA |
| ATTORNEY FOR (Name): THE TELAH FOUNDATION | | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO<br>STREET ADDRESS: 325 S. Melrose Drive<br>MAILING ADDRESS: 325 S. Melrose Drive<br>CITY AND ZIP CODE: Vista, CA 92083<br>BRANCH NAME: NORTH COUNTY BRANCH | | |
| ESTATE OF (NAME): JOHN MICHAEL CRAIG, also known as<br>LOGAN M. LAWSON, aka LOGAN LAHSON,<br>DECEDENT | | |
| **CREDITOR'S CLAIM***<br>(for estate administration proceedings filed after June 30, 1988) | CASE NUMBER:<br>PN022228 | |

You must file this claim with the court clerk at the court address above before the LATER of (a) four months after the date letters (authority to act for the estate) were first issued to the personal representative, or (b) thirty days after the date Notice of Administration was given to the creditor, if notice was given as provided in Probate Code section 9051. Mail or deliver a copy of this claim to the personal representative. A proof of service is on the reverse.

1. Total amount of the claim: $ See Attachment "A"
2. Claimant (name): THE TELAH FOUNDATION
   a. [ ] an individual.
   b. [ ] an individual or entity doing business under the fictitious name of (specify):
   c. [ ] a partnership. The person signing has authority to sign on behalf of the partnership.
   d. [X] a corporation. The person signing has authority to sign on behalf of the corporation.
   e. [ ] other (specify):
3. Address of claimant (specify): c/o WEINSTEIN AND HART
   9777 Wilshire Boulevard, Suite 1009
   Beverly Hills, CA 90212-1901
4. Claimant is [ ] the creditor [ ] a person acting on behalf of creditor (state reason):
5. [ ] Claimant is [ ] the personal representative [ ] the attorney for the personal representative.
   (Claims against the estate by the personal representative and the attorney for the personal representative must be filed within the claim period allowed in Probate Code section 9100. See the notice box above.)
6. I am authorized to make this claim which is just and due or may become due. All payments on or offsets to the claim have been credited. Facts supporting the claim are [ ] on reverse [X] attached. See Attachment "A"

I declare under penalty of perjury under the laws of the State of California that this creditor's claim is true and correct.
Date: September 19, 1997
THE TELAH FOUNDATION
by its President, MARK KING
(TYPE OR PRINT NAME AND TITLE)
▶ ✓     *(Signature)* (SIGNATURE OF CLAIMANT)

**INSTRUCTIONS TO CLAIMANT**
A. On the reverse, itemize the claim and show the date the service was rendered or the debt incurred. Describe the item or service in detail, and indicate the amount claimed for each item. Do not include debts incurred after the date of death, except funeral claims.
B. If the claim is not due or contingent, or the amount is not yet ascertainable, state the facts supporting the claim.
C. If the claim is secured by a note or other written instrument, the original or a copy must be attached (state why original is unavailable). If secured by mortgage, deed of trust, or other lien on property that is of record, it is sufficient to describe the security and refer to the date or volume and page, and county where recorded. (See Probate Code section 9152.)
D. Mail or take this original claim to the court clerk's office for filing. If mailed, use certified mail, with return receipt requested.
E. Mail or deliver a copy to the personal representative. Complete the Proof of Mailing or Personal Delivery on the reverse.
F. The personal representative will notify you when your claim is allowed or rejected.
(Continued on reverse)

\* See instructions before completing. Use Creditor's Claim form No. DE-170 for estates filed before July 1, 1988.

Form Approved by the Judicial Council of California
DE-172 [New July 1, 1988]    **202A**    CREDITOR'S CLAIM (Probate)    Probate Code, §§ 9000 et seq., 9153