# AFFIDAVIT OF SERVICE ON PLAINTIFF FOR

# DEFENDANT BARTEL'S MOTION FOR SUMMARY JUDGMENT

-FILED-

OCT -2 2025

At _____ Chanda J. Berta, Clerk _____ M
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

