# PRIORITY MAIL EXPRESS® FLAT RATE ENVELOPE

**FROM:**
Jason Bartel
N4001 26th LN.
Redgranite, WI 54970
Phone: 608-212-9787

**TO:**
U.S. District Court
Clerk of Court
204 S. Main St.
South Bend, IN 46601

ZIP+4: 46601

**Postage:** $31.40
**PO ZIP Code:** 54982
**Scheduled Delivery Date:** 10/2/25
**Date Accepted:** 9/30/25
**Scheduled Delivery Time:** 6:00 PM
**Time Accepted:** 3:38 PM
**Flat Rate**
**Acceptance Employee Initials:** MC
**Total Postage & Fees:** $31.40

U.S. POSTAGE PAID
PME
WAUTOMA, WI 54982
SEP 30, 2025
46601
$31.40
S2324H501949-25
RDC 07

ER 156 495 614 US