UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE
HUMAN FOUNDATION,

Plaintiff,

v.

STEVEN ROBERT HAVEL, et al.,

Defendants

CASE NO. 3:22-CV-395-DRL-SJF

### DEFENDANT BARTEL'S MOTION FOR REQUIRED JOINDER OF PARTIES

Defendant Bartel hereby moves the Court for an Order granting Defendant's request for a required Joinder of Parties in accordance with Fed. Rule of Civ. Procedure 19. Defendant will demonstrate with facts and evidence that the Court cannot accord complete relief among existing parties unless The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation, and the corporation's sole two Officers and Directors, Mark King and Sarah King are enjoined by the Court as involuntary Plaintiffs in accordance with Fed. Rule of Civ. Proc. 19(a)(2).

Defendant makes this request so that Counter Plaintiff Bartel may name The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation, Mark King and Sarah King as Counter Defendants in a second amended counterclaim if the Court grants Defendant's request for leave to second amended counterclaim. Defendant also makes this request for a Joinder of parties so that a legal entity or entities will finally be brought

into this Court as a Plaintiff or Plaintiffs.

Defendant has attempted to enjoin Mark King and Sarah King previously in this case, however, Defendant did not have the same understandings as Defendant has presently nor did Defendant have some of the facts and evidence that Defendant has presently. Defendant has filed a Motion For Summary Judgment that presents facts and evidence that demonstrate that Plaintiff has yet to file a Corporate Disclosure Statement on behalf of an Arizona legal entity or Arizona unincorporated association in this case. Unless a legal entity or entities or unincorporated association with the capacity to sue in this Court is or are named as Plaintiff or Plaintiffs, Defendants cannot be accorded complete relief as Defendants are currently the only legal entities that are parties to this case.

**Facts and evidence supporting Defendant's Motion For Joinder Of Parties**

Exhibit B in Defendant's Motion For Summary Judgment identifies the CEO/President and a Director of The Evolutionary Level Above Human Foundation, Inc. as Mark King. Mr. King took office at these positions on 9/23/97 per Exhibit B. Exhibit B identifies Sarah King as the Secretary and a Director of The Evolutionary Level Above Human Foundation, Inc. Mrs. King took office at these positions on 9/23/97. Exhibit A in Defendant's Motion For Summary Judgment states that The Evolutionary Level Above Human Foundation was incorporated in the state of Arizona on 9/23/97. Exhibit B identifies no other Officers or directors of The Evolutionary Level Above Human Foundation, Inc. Mark King was identified as a corporate representative of Plaintiff in the case before this Court in the zoom hearing with retired Judge Gotsch on June 14, 2023[DE 116]. Plaintiff's Attorneys have not filed a Corporate Disclosure Statement on behalf of The Evolutionary Level Above Human Foundation, Inc., an Arizona

Nonprofit Corporation.

Defendant has demonstrated in Defendant's Motion for Summary Judgement that there is no evidence that the Plaintiff in the original complaint, The Evolutionary Level Above Human, Inc., exists as an entity incorporated in the state of Arizona. Defendant has further demonstrated in Defendant's Motion for Summary Judgement that there is no evidence that the alleged unincorporated Plaintiff, The Evolutionary Level Above Human Foundation, exists as an Arizona unincorporated association with the capacity to sue in this Court.

Therefore Defendant respectfully requests that the Court enjoin The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation, as an involuntary Plaintiff in the case before this Court under Federal Rule of Civil Procedure 19(a)(2). Plaintiff's Attorney Isaac S Crum is the Statutory Agent for The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation[Exhibit B in Defendant's Motion For Summary Judgment].

Mark King signed the copyright registration certificates in Plaintiff's Exhibits A, B, F & G as President of The Telah Foundation. Defendant has demonstrated in Defendant's Motion for Summary Judgment that The Telah Foundation is not a legal entity that may be a copyright claimant nor is The Telah Foundation the Plaintiff in this case. Plaintiff has identified The Telah Foundation as a d/b/a name for Plaintiff and no Court of Law has recognized a d/b/a name as a legal entity unto itself. Mark King signed the copyright registrations in Plaintiff's Exhibit B, F & G as President of The Telah Foundation on 9/12/97, prior to the incorporation of The Evolutionary Level Above Human Foundation in the state of Arizona on 9/23/97.

Mark King used his future, and therefore non-existent, position as CEO/President of The Evolutionary Level Above Human Foundation, Inc. to fraudulently register the intellectual

3

property in Plaintiff's Exhibits B, F & G on 9/12/97 as President of The Telah Foundation. Mr. King used his present position as CEO/President of The Evolutionary Level Above Human Foundation, Inc. to fraudulently register the intellectual property in Plaintiff's Exhibit A as President of The Telah Foundation on October 27, 1997.

Defendant's Motion for Summary Judgment demonstrates that Mark King and Sarah King were the initial petitioners in the Probate case in the California Court, Case No. PN022228 in the Superior Court of California, County of San Diego. The Agreement in the Probate case sold and conveyed some of the Group's property to TELAH FOUNDATION by and through Mark King and Sarah King.

Don Billings, Public Administrator, and trustee for TELAH FOUNDATION.....

hereby agrees to transfer and convey to TELAH FOUNDATION by and through Mark King and Sarah King all right, title and possession of the following property[DE 63-1, page 17, lines 13-14, 16-19]

Don Billings, Public Administrator, as Personal Representative of the Estates of:....

agrees to sell the following property to the TELAH FOUNDATION, by and through Mark King and Sarah King[DE 63-1, page 20, lines 8-9, 22-23]

As corporations only have one true and legal name, TELAH FOUNDATION, the Telah Foundation, Inc., Telah Foundation, Inc., and The Telah Foundation are not The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation. Mark King and Sarah King were not acting as representatives of The Evolutionary Level Above Human Foundation, Inc. when Mr. and Mrs. King petitioned the California Court in the Probate case.

Exhibit G in Defendant's Motion For Summary Judgment is a creditor's claim filed with

4

San Diego County in the Probate case in the California Court. Mark King signed the creditor's claim on September 19, 1997 as President of The Telah Foundation. Exhibit G identifies The Telah Foundation as a corporation. Exhibit G is part of the Court filings sent to Plaintiff by Defendant Havel which Plaintiff agreed appeared to be authentic[DE 198, page 1]. Mark King was not acting as a representative of The Evolutionary Level Above Human Foundation, Inc. when Mr. King signed the creditor's claim with San Diego County on September 19, 1997 as President of The Telah Foundation.

The second lawsuit mentioned in paragraph 12 of Plaintiff's complaint was submitted to the Court by Defendant with a Motion on 2/09/2023[DE 79-1]. Case No 3:98-cv-00892 ( hereinafter the Right To Know case ) was filed in the U.S. District Court, Northern District of California on March 6, 1998 on behalf of The Evolutionary Level Above Human Foundation, Inc., Mark King, Sarah King and Wayne Parker (deceased). The Defendants were Right To Know, the executor of the estate of Charles Humphrey, Kathryn Morea, Lanminds and Impsat Mexico. The Right To Know case is part of the Court Filings sent to Plaintiff by Defendant Havel which Plaintiff stated appeared to be authentic[DE 198, page 1].

The consent decree from the Right To Know case was later submitted by Plaintiff[DE 81-1, page 33, paragraph 8] and is addressed by retired Judge Gotsch in the Court's 2/27/2024 Opinion and Order[DE 194, page 18, footnote].

Although The Evolutionary Level Above Human Foundation, Inc. is identified as a Plaintiff in the Title Of Proceedings of the Right To Know case, on the page where the Attorneys signed to represent the Plaintiffs the Attorneys signed to represent a non-existent corporation, The Evolutionary Level Above Heaven Foundation, Inc.[DE 79-1, page 13]. This fits a pattern in

5

which Mark King and Sarah King use the guise of The Evolutionary Level Above Human Foundation, Inc. to file petitions or lawsuits on behalf of non-existent corporations. Thus, the consent decree in the Right To Know case was induced through fraud.

The Telah Foundation, Inc., The Evolutionary Level Above Heaven Foundation, Inc., The Evolutionary Level Above Human, Inc. and the alleged unincorporated association, The Evolutionary Level Above Human Foundation, are all products of the machinations of Mark King, Sarah King and the unethical and unscrupulous Attorneys Mr. and Mrs. King have hired to defraud the Court system, the U.S. Copyright Office and the U.S. Patent and Trademark Office.

Mark King and Sarah King are not entitled to the limited liability that is offered to Mr. and Mrs. King as Officers and Directors of The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation. Had Mark King and Sarah King hired Isaac S. Crum and Messner Reeves LLP to file this case on behalf of The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation, Mr. and Mrs. King could have been afforded limited liability. However, this case was instead filed on behalf of a non-existent Arizona corporation, The Evolutionary Level Above Human, Inc. Therefore Mark King and Sarah King must be held fully liable for this case that was filed on behalf of The Evolutionary Level Above Human, Inc. on May 18, 2022.

Based on the facts and evidence presented herein and in Defendant's Motion For Summary Judgment, Defendant requests that the Court enjoin Mark King and Sarah King as involuntary Plaintiffs in the case before this Court under Fed. Rule of Civ. Proc. 19(a)(2). Upon information and belief, Mark King and Sarah King reside at 7402 E. Sand Hills Rd., Scottsdale, AZ 85255.

Mark King and Sarah King used the King's positions at The Evolutionary Level Above Human Foundation, Inc. to hire Plaintiff's Attorney Isaac S. Crum to aid Mr. and Mrs. King in filing a lawsuit against Defendants that is wholly based on fraudulent claims, including the name of the Plaintiff as Defendant has demonstrated in Defendant's Motion For Summary Judgment.

The alleged Plaintiff in the original complaint, The Evolutionary Level Above Human, Inc., has a similar, yet different, name than The Evolutionary Level Above Human Foundation, Inc. The alleged unincorporated Plaintiff in Plaintiff's amended complaint has the exact same name as the entity incorporated in the state of Arizona on 9/23/97, The Evolutionary Level Above Human Foundation. This is clear evidence that Isaac S. Crum, Plaintiff's Attorney and the Statutory Agent for The Evolutionary Level Above Human Foundation, Inc. aided and abetted Mark King and Sarah King, the sole two Officers and Directors of the Evolutionary Level Above Human Foundation, Inc., in a fraudulent scheme to obscure the identity of Plaintiff from this Court and Defendants.

Mr. Crum is well aware that The Evolutionary Level Above Human Foundation is an Arizona incorporated entity and should be identified as The Evolutionary Level Above Human Foundation, Inc. in legal documents as Mr. Crum is the Statutory Agent for the Arizona Nonprofit Corporation. And yet Isaac S. Crum has not filed a Corporate Disclosure Statement on behalf of The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation[DE 3, 196]

Defendant has presented evidence in Defendant's Motion For Required Joinder Of Parties and in Defendant's Motion For Summary Judgment that Mark King and Sarah King have perpetrated fraud on the California Superior Court, County of San Diego, the U.S. Copyright

Office, the U.S. Patent and Trademark Office, the U. S. District Court, Northern District of California and now the U.S. District Court, Northern District of Indiana.

Defendant has demonstrated that Mark King and Sarah King have abused Mr. and Mrs. King's positions as the sole two Officers and Directors of The Evolutionary Level Above Human Foundation, Inc. in order to file this case on behalf of a non-existent corporation with a similar name to the Arizona Nonprofit Corporation that is nothing more than an alter ego for Mr. and Mrs. King in the King's numerous attempts to fraudulently claim ownership of the intellectual property that was created by the Heaven's Gate Group.

Defendant prays that the Court will enjoin Mark King, Sarah King and The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation, under Federal Rule 19(a)(2) as involuntary Plaintiffs in the case before this Court so that complete relief can be accorded among the existing parties, Defendants Havel, Weaver and Bartel. Defendant prays that the Court will enjoin Mark King and Sarah King so that the egregious abuses of the legal system and the U.S. Copyright Office by Mr. and Mrs. King can be put to an end once and for all. Without the required joinder of Mark King, Sarah King and The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation as involuntary Plaintiffs, just adjudication is not possible in the case before this Court.

       Respectfully Submitted

       Jason Bartel
       N4051 26th LN.
       Redgranite, WI 54970
       jason_bartel@unioncab.com