**PRESS FIRMLY TO SEAL**

**PRESS FIRMLY TO SEAL**

**PRIORITY MAIL EXPRESS**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

# PRIORITY MAIL EXPRESS®

**FOR DOMESTIC AN**
**PLACE MAILI**

*Retail*



U.S. POSTAGE PAID
PME
WAUTOMA, WI 54982
SEP 30, 2025

46601

**$31.40**

RDC 07

S2324H501949-25

## FLAT RATE ENVELOPE
### ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

PS10001000006

EP13F Jul
OD: 12 1/2

This package is made from post-consumer waste. **Please recycle – again.**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; July 2022; All rights reserved.

---

**UNITED STATES POSTAL SERVICE** ® | **PRIORITY MAIL EXPRESS**™

ER 156 495 614 US

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)   PHONE ( 608 ) 212-4781

Jason Bartel
N4401 26th LN.
Redgranite, WI
54970

**DELIVERY OPTIONS** (Customer Use Only)

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)   PHONE ( )

U.S. District court
clerk of court
204 S. Main st.
south Bend, IN 46601

ZIP + 4® (U.S. ADDRESSES ONLY)



46601

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**PAYMENT BY ACCOUNT** (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code: 54982

Scheduled Delivery Date (MM/DD/YY): 10/2/25

Postage: $ 31.40

Date Accepted (MM/DD/YY): 9/30/25

Scheduled Delivery Time ☐ 12:00 PM ☐ 3:00 PM

Insurance Fee | COD Fee

Time Accepted: 3:38 ☐ AM ☐ PM

Return Receipt Fee | Live Animal Transportation Fee

Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees

Weight ___ lbs. ___ ozs. | ☒ Flat Rate | Acceptance Employee Initials

$ 31.40

MC

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996

**◄ PEEL FROM THIS CORNER**