## Defendant's Exhibit List

Exhibit A – Email exchanges with Plaintiff's council Isaac Crum    Pg 1-5

Exhibit B – Text exchanges between Defendant Cathy Weaver with Mark King (Plaintiff) re Settlement    Pg 1-21

Exhibit C – T-Shirt Invoices    Pg.1-2

**Exhibit A**

Email exchanges with Plaintiff's council Isaac Crum

 Gmail

**Sawyer Cathy <sawcat575@gmail.com>**

___

## Re: Settlement or Dismissal?
1 message

**cathysouthwestern** <cathysouthwestern@gmail.com>
To: Sawyer Cathy <sawcat575@gmail.com>

Thu, Oct 2, 2025 at 4:46 PM

Thank you!
Cathy Weaver

On Mon, Sep 29, 2025 at 4:48 PM cathysouthwestern <cathysouthwestern@gmail.com> wrote:
If you'd been watching any of the live streams you would know that I haven't been on camera for over a year possibly 2 years now so there is no ducking on and off camera going on. And I guess I will just go to the judge because they are never going to agree to let me go from the case and like you said it's not worth losing my life over this.
Seriously I sat in while some audio tapes were played and we sold probably less than $100 worth of shirts and they *[handwritten: This is a typo I meant to say 1000]* think that is worth the extreme stress they've been putting me through. There is no reasoning with you guys so I guess I'm just going to have to throw myself on the mercy of the Court.

You seem to be forgetting that there is such a thing as fair use and you saying that I would have to agree to never be on camera ever again discussing this stuff that's unacceptable and I am allowed to talk about Heaven's Gate and this stuff as much as I want anybody in the world is allowed to do that it's called fair use. So that is something completely out of line to even suggest.

Thank you!
Cathy Weaver

On Mon, Sep 29, 2025, 4:17 PM Isaac Crum <ICrum@messner.com> wrote:

Cathy,


If you are seriously considering those options, please find help immediately.  Nothing is worth going down either of those paths.  I would urge you to call 988 on your phone and speak with someone immediately.


With respect to settlement, if you can think of some ways to make sure that settling with you is not just a giant loophole where you duck off camera for when Mr. Havel wants to infringe the copyrights and then duck back on when he is done, I can absolutely take that to my client.  (For example, if are allowed to discuss this with whomever you like in person, but you agree to never be on anymore videos discussing this stuff, that might be something we could work with.)



**ISAAC S. CRUM**

Partner
**Messner Reeves LLP**



**D:** 602.641.6705 **O:** 602.457.5059 **E:** icrum@messner.com

7250 N 16th Street, Suite 410, Phoenix, AZ 85020

**From:** cathysouthwestern <cathysouthwestern@gmail.com>
**Sent:** Monday, September 29, 2025 12:44 PM
**To:** Isaac Crum <ICrum@messner.com>
**Subject:** Re: Settlement or Dismissal?

# [ CAUTION: This Email is from an External Sender ]

I'm stuck in the middle of this.

I was NOT in the group. I unfortunately stuck my nose where it didn't belong and tried to mediate between these people and I'm paying dearly for it. Since I was not in the group I don't have any fight left for this I don't care about sharing the material anymore I am about to end up in a mental institution or kill myself over this I need to be released from this case I cannot deal with it anymore. Your clients are punishing me simply because I'm in a relationship with Sawyer and I can't handle it anymore.

Thank you!

Cathy Weaver

On Mon, Sep 29, 2025, 3:41 PM cathysouthwestern <cathysouthwestern@gmail.com> wrote:

Mr Havel has not played a tape on the live stream since 2021.

It sounds like I will need to seek a dismissal from the court if your client's terms are I have to break up with Mr Havel in order to reach a settlement with them that's completely ridiculous.

Thank you!

Cathy Weaver

On Mon, Sep 29, 2025, 2:38 PM Isaac Crum <ICrum@messner.com> wrote:

This is email is for settlement discussion only and covered by FRE 408.

Cathy,

I discussed this with my client. Based on my call with you and Mr. Havel, I expected this to be a joint proposal. Nevertheless, after discussing this with my client, the biggest hurdle to agreeing to something like this is you are physically with Mr. Havel. It would not change much if he continues to play the tapes, etc. and you just duck off camera during those time periods.

I would have to run it by my client, but I do think that there is a possibility that this could work if it was for both you and Mr. Havel – but if it is just you that seems like an enormous loophole.

Happy to discuss further.

Best,

**ISAAC S. CRUM**

Partner
**Messner Reeves LLP**

**D:** 602.641.6705 **O:** 602.457.5059 **E:** icrum@messner.com

7250 N 16th Street, Suite 410, Phoenix, AZ 85020

**From:** cathysouthwestern <cathysouthwestern@gmail.com>
**Sent:** Monday, September 29, 2025 10:57 AM
**To:** Isaac Crum <ICrum@messner.com>
**Subject:** Re: Settlement or Dismissal?

**[ CAUTION: This Email is from an External Sender ]**

I would appreciate an answer so I can proceed filing a dismissal with the court

Thank you!

Cathy Weaver

On Tue, Sep 23, 2025, 4:54 PM cathysouthwestern <cathysouthwestern@gmail.com> wrote:

③

Thank you!

Cathy Weaver

On Tue, Sep 23, 2025, 4:36 PM Isaac Crum <ICrum@messner.com> wrote:

Cathy,

Thank you for the email. Let me talk with my client and I will get back to you as soon as possible.

Best,

**ISAAC S. CRUM**

Partner
**Messner Reeves LLP**

**D:** 602.641.6705 **O:** 602.457.5059 **E:** icrum@messner.com

7250 N 16th Street, Suite 410, Phoenix, AZ 85020

**From:** cathysouthwestern <cathysouthwestern@gmail.com>
**Sent:** Tuesday, September 23, 2025 12:04 PM
**To:** Isaac Crum <ICrum@messner.com>
**Subject:** Re: Settlement or Dismissal?

**[ CAUTION: This Email is from an External Sender ]**

I forgot to say that I would also like the ability to listen to the audio tapes and to discuss them on the live stream as we have been doing since this lawsuit has been ongoing so to clarify I would not play any audios on the live stream but I would be able to listen to them all on my own all by myself in the privacy of my own home and then discuss what I have heard on those tapes with people on the live stream or even in person.

On Tue, Sep 23, 2025, 3:01 PM cathysouthwestern <cathysouthwestern@gmail.com> wrote:

Good afternoon Isaac,



I know you and Stephen have been going back and forth and I had mentioned that I was going to email you about a settlement agreement and you had mentioned that we both could be dismissed from the case and I've been talking about that with Stephen and it's just taken me a couple of days to get my thoughts together.

I don't know what's more appropriate that's why I labeled this settlement or a dismissal. And I'm emailing you from my email address so there's no confusion but also that this is just coming from me.

Stephen is not involved in this and neither is Bartell so nothing in this email will pertain to them.

I am sure you are aware that I had filed for bankruptcy in the beginning of this case and so my understanding is that inadvertently protected me from being assessed or ordered any financial damages in this case. I didn't know that at the time I filed but here, we are so with that being said your clients will not be able to recoup any alleged financial damages from me.

I think what they want is just for me not to share alleged material all of the material that is in question right now in this case so I will agree to do that if I will be dismissed from this case

my counterclaim will be dismissed everything against me and what I put against them will be dismissed and I walk away and never deal with this again.

I will be able to use the material in a fair use way like anybody else on this planet is allowed to do for example if I am talking about Heaven's Gate with somebody I will be able to refer them to the heavens gate website or I will be able to tell them that they can read the heavens gate book or watch the heavens gate material online Etc whatever your clients have already made publicly available to people I will be able to share that as well by just recommending their material they already have out. I don't know if that makes sense but I am just sending you this email so we can potentially get something drawn up because I don't know the legal language and I just want this to be over and done with.

Thank you!

Cathy Weaver

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by



**Exhibit B**

Text exchanges between Defendant Cathy Weaver with Mark King (Plaintiff) re Settlement

8:13     LTE 100%

< M **Mark King** ∨



Friday, July 11

Then why do you three
don't settle? You could
save court fees and
attorney costs hanging
around your neck for the
rest of your lives,              7:52 PM

> Well, Sawyer and I can't
> speak for Crlody but for us
> we want to be able to have
> a fair agreement so we
> can share the information
> and it can still be protected
> and preserved. I drew
> up a rough draft of an
> agreement but honestly
> am unsure of sending it
> because of how things
> have been.
7:59 PM

Bartel hates us and will
never settle. He will just
have to pay the fines. By
the way, there will be court
fines and attorney fees
coming your way. Think
twice about asking for
fantasy in settlement.
Right now the case is not



    +                ☺  

8:13     🔇 LTE 100%

‹  **M** **Mark King** ⌄    **2**:

Then why do you three
don't settle? You could
save court fees and
attorney costs hanging
around your neck for the
rest of your lives,              7:52 PM

> Well, Sawyer and I can't
> speak for Crlody but for us
> we want to be able to have
> a fair agreement so we
> can share the information
> and it can still be protected
> and preserved. I drew
> up a rough draft of an
> agreement but honestly
> am unsure of sending it
> because of how things
> have been.

7:59 PM

Bartel hates us and will
never settle. He will just
have to pay the fines. By
the way, there will be court
fines and attorney fees
coming your way. Think
twice about asking for
fantasy in settlement.
Right now the case is not
good for you three.              8:21 PM

    +          

8:13 🌀 ▶ 🔴 ◉ ▪ ☁ •    🔇 LTE 100% 🔋

‹ Ⓜ **Mark King** ⌄    **3**

Sunday, July 13

Yes, you did something very wrong and still continue to do it. Three hours ago Bartel told people on Reddit how to commit suicide in a step by step manner. Is advising teenagers to kill themselves good?    6:44 PM

You three people sit at the same defendants table and speak as one.    6:58 PM

Tuesday, July 15

If you want to believe Bartel, that is your choice.    7:35 PM

So all three of you now accept the window is closed    7:38 PM

The retired judge had already given a draft summary judgement. You may want to check it out.    7:42 PM ⌄

    

*3*

8:14

 **Mark King** ∨

**4**

The retired judge had already given a draft summary judgement. You may want to check it out.    7:42 PM

Do had a change of heart about us. Shouldn't you?    7:45 PM

We are not going to trial.    7:46 PM

Wednesday, September 17

Mark, between you and I not talking about Stephen or Jason just between you and I is there some kind of compromise we can come to that allows us to share the information through you. And by that I mean checking with you before sharing anything. And ending this law suit with that agreement. Do you ha

**View all**    ❯

10:56 AM

Do you agree to have such an agreement

4

8:14

**5**

‹ **Me**
10:56 AM, Sep 17

Mark, between you and I not talking about Stephen or Jason just between you and I is there some kind of compromise we can come to that allows us to share the information through you. And by that I mean checking with you before sharing anything. And ending this law suit with that agreement. Do you have an idea of what an agreement like that would look like?

 Copy text

 Share

 More

8:14   🔇 LTE 📶 100% 🔋

‹  Ⓜ️ **Mark King** ⌄    **6**

that agreement. Do you ha

View all                    ›

10:56 AM

Do you agree to have
such an agreement
memorialized by my
attorney?              1:44 PM

Yes. I do.
1:45 PM

But you know I can't speak
1:46 PM    for Stephen and Jason

Will Bartel ever agree to
anything? He hates us.    1:47 PM

Would a website
(password log in required)
with all the audios be
hosted by Telah that we
could direct those we wish
to set up an account with
can access be able to
happen?

Who wish....not we wish

So say someone asked
for the audios we would  ⌄

    +          

6

8:15

**7**

‹  Ⓜ  **Mark King** ⌄

Who wish....not we wish

So say someone asked us for the audios we would then direct them to this website that they would then have to set up an account with so you would be able to vet them before they would then have access to the audios.

1:48 PM

And yeah I don't know he is..... I don't even know

1:49 PM

We would work something out with the audios ,in time, but if Bartel and Falcon don't agree, then what does it matter.

1:52 PM

I think Falcon will agree

We all just want the audios accessible for those with the thirst

1:52 PM

Bartel must agree too.

1:55 PM

I think he would only



       

7

8:15      LTE 100%

< **M Mark King** ⌄                    **8**

**Bartel must agree too.**    1:55 PM

> I think he would only agree ....maybe Stephen and Falcon too for that matter if they are all included in the Telah Foundation as having equal rights to share the information under the safety that you have built under the Telah Foundation. You and Sarah of course are president and VP but can they be
>
> 2:07 PM            View all    ›

**No** 2:09 PM

> What if it was just Stephen and Falcon?
>
> 2:10 PM

> And no authority to change anything within Telah Foundation
>
> 2:11 PM    ⌄

**We appreciate your desire**

   +           

8

8:15

**9**

### Me
2:07 PM, Sep 17

I think he would only agree ....maybe Stephen and Falcon too for that matter if they are all included in the Telah Foundation as having equal rights to share the information under the safety that you have built under the Telah Foundation. You and Sarah of course are president and VP but can they be officers or some steps down but with access?

Copy text          Share          More

9

8:16                      100%

‹   M  **Mark King** ˅              **10**

> Foundation. You and Sarah of course are president and VP but can they be
>
> View all                          ›

2:07 PM

No   2:09 PM

What if it was just Stephen and Falcon?

2:10 PM

And no authority to change anything within Telah Foundation

2:11 PM

We appreciate your desire to resolve this, but after talking to our attorney, we will wait for the upcoming judge's decision and fees. Without Bartel, no settlement will hold.              2:38 PM

If Bartel agrees?

Next Level help us I just asked him

3:11 PM

                                    ˅

Will Bartel agree to all the

                    

8:16      LTE 100%

< (M) **Mark King** ⌄    **11**

If Bartel agrees?

Next Level help us I just asked him

3:11 PM

Will Bartel agree to all the terms you have mentioned with our additions?    3:13 PM

I have to wait to hear back from him.
I will let you know asap.
Mark throughout all of this I just want to love and serve Ti and Do and the Next Level and all the Older Members right up to the Chief. I know we all do. We just didn't/don't agree on how. I'm willing to set aside everything so I can

MMS
3:33 PM    View all    >

We wish Havel would stop telling his viewers that we are working for lower forces. He could express that we love Ti and Do and the Next Level too. We

       

8:16

# 12

< **Me**
3:33 PM, Sep 17

**(No subject)**

I have to wait to hear back from him.
I will let you know asap.
Mark throughout all of this I just want to love and
serve Ti and Do and the Next Level and all the
Older Members right up to the Chief. I know we all
do. We just didn't/don't agree on how. I'm willing
to set aside everything so I can dedicate my life
and time to serving Them and helping you and
Sarah disseminate the information how you guys
have worked so hard to set up. I for one recognize
what yall have done and continue to do all these
years. I know I need to trust you and yall need to
trust us...because we all want to serve Ti and Do.
Well, we can agree on that I think at least 😊



Copy text          Share          More

12

8:17 **LTE** 100%

< **M** **Mark King** ∨

# 13

We wish Havel would stop telling his viewers that we are working for lower forces.  He could express that we love Ti and Do and the Next Level too.  We have dedicated out lives to them for over 50 years.                    3:46 PM

> I think we succumb to our influences yes? He has an influence that will not let him trust or believe that about yall. I am working on asking guidance for this Mark.

3:53 PM

Also as a FYI, we do not know anything about Cntody.  We have no access to your chat and cannot reply to Bartels WordPress.  We do not use avatars, sock puppets or phony names to comment online to anyone.  We don't even know how to do that. Bartels vile email to us after that Livestream may have to

  

13

8:17

< **Mark King**
4:07 PM, Sep 17

# 14

Also as a FYI, we do not know anything about Cntody.  We have no access to your chat and cannot reply to Bartels WordPress.  We do not use avatars, sock puppets or phony names to comment online to anyone.  We don't even know how to do that.  Bartels vile email to us after that Livestream may have to be reported to the judge. He has admitted that he doesn't follow Next Level ways but are human responses of morality even followed?  It was disgusting.

Copy text          Share          More

14

8:17 🔵 ⬛ ∞ ➡️ ⬛ •    🔇 LTE 📶 100%🔋

‹ **Me**
6:50 PM, Sep 17

# 15

I shouldn't have accused you of that, of being that Cntody person.
I allow influences way too much control over my mouth. I honestly should know better and that there are plenty of people out there saying nasty things to us in the chat during the livestream.
I didn't realize you can't comment in the livestream chat anymore? I didn't think Stephen had banned you.
I didn't know about Crlody sending you an email...was this recent?
You have to believe me when I say we really are not in cahoots with him...he shocks me with some of the things he allows to come out of him. I agree, he has said some very vile things. I have no control over him and the things he does...Stephen and I have tried to reason with him here and there during this but you know as well as I do...we are all responsible for our own actions and Crlody is working for the most part on his own. All I can do is try and get him to see another way...I hope I'm pulling on Ti and Do's minds...I just want to get out of the way and let those who are seeking have a chance to know Ti and Do.

📋              ✂️              ⋮
Copy text        Share          More



15

8:18  💬 ▶️ 👓 ➡️ 📁 •    🔇 LTE 📶 100% 🔋

‹  **Mark King**
7:07 PM, Sep 17

# 16

Bartel sent it on <u>9/4/25</u>.  We are not going to repeat it.
We lost the ability to speak on your livestream about 8 months ago.  We do not know what happened but we still feel it is not a realistic way to communicate anyway.  These private texts are a bit better.
Also we had nothing to do with Reddit.  We don't know how to do what Havel indicated.  Please understand we do not want to escalate things.  Don't accuse us of things we are not doing.

📋                    ◁                    ⋮
Copy text           Share                More



16

8:18

**17**

< **Me**
12:57 PM, Sep 18

Even though I have no control over Bartel I'm sorry
he did that and I know he's capable of saying
some very unpleasant things having been on the
receiving end of that myself, not to mention the
awful things he's said about Stephen in the past.
I have no desire to see what he said in that email.
But again, I'm sorry you had to deal with that
negativity.

Copy text          Share          More

17

8:18

## Me
1:01 PM, Sep 18

# 18

I will take this opportunity to formally apologize to you and Sarah for the vile things I've said as well...you are absolutely correct in saying that I, and Stephen,  although I can't speak for him, have accused you both of things that you've said you had nothing to do with.

I do have a temper...well, I let that influence in and as a result I let myself get carried away and say hurtful things.

I'm going to work on owning up to my part in why we weren't able to work amicably in the first place.

I wish Mark and Sarah that I could go back to that meeting and do it all a different way, that we could have all set aside ourselves and worked put a fair to all of us licensing agreement.

I still want that. I want to work with you and help in anyway I can.

I mean that.

Copy text          Share          More



18

8:19 📧 ▶ ∞ ➡ 📁 •    🔇 LTE 📶 100% 🔋

‹ **Me**
1:04 PM, Sep 18

# 19

Oh, about the livestream....I don't know what happened with that and Stephen is going to look into it and see if maybe he blocked you....we both can't recall doing that but something is off with that so he is going to figure out what is going in with that.
But I do agree these texts are better because people are just stupid in the chat towards you and that is not acceptable

📋 Copy text        ◁ Share        ⋮ More



19



8:19

‹ M **Mark King** ⌄

with that and Stephen is going to look into it and see if maybe he blocked you....we both can't recall doing that but something is off with that so he is going to figure out what is going in with that.
But I do agree these texts are better becau

View all ›

1:04 PM

Basic decency should be maintained.
Cathy, thanks for trying.
All three defendants have to agree to have a settlement.   We know that Bartel will not agree.  We will bring this to a close.
We will wait for the judge's decision and the fines that will occur.

1:07 PM

Monday, September 29

I just want you to understand that you have caused me such extreme emotional and mental

     

20

8:19 🔔 ▶ 📻 → 📁 •    🔇 LTE 📶 100% 🔋

**21**

< **Me**
3:46 PM, Sep 29

I just want you to understand that you have
caused me such extreme emotional and mental
distress that I am on the verge of killing myself
or admitting myself into a mental institution. So
I hope that you're happy with yourself and that
you're achieving everything that you wanted to by
suing me. I just need you to know that

📋 Copy text    < Share    ⋮ More

21

**Exhibit C**

Invoices for T shirts

Alleged Copyrighted Heavens Gate Logo Quantity 35

Alleged Copyrighted CBE Image        Quantity  34

Not copyrighted image of Ti and Do     Quantity  34

# Invoice #163

Heaven/Alien/Ti & Do Tees

**PAID**

Thank you for your business!



**South Bend Print Shop**
63172 US 31
South Bend, Indiana 46614
5742665850
https://southbendprintshop.com
info@southbendprintshop.com

| | |
|---|---|
| **Delivery Method** | Pick-up |
| **Created** | April 26, 2022 |
| **Customer Due Date** | May 3, 2022 |
| **Invoice Date** | April 26, 2022 |
| **Terms** | Due on Receipt |
| **Payment Due Date** | April 27, 2022 |
| **Total** | $209.72 |
| **Outstanding** | $0.00 |

**Customer Billing**
Cathy
cathysouthwestern@gmail.com

**Customer Shipping**
Cathy

| Category | Color | Description | S | M | L | XL | 2XL | Qty | Items | Price | Taxed | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vinyl | Black | Fruit of the Loom - HD Cotton Short Sleeve T-Shirt - 3930R<br><br>Heavens Tee - 8"x7" | | | 2 | 3 | | | 5 | $12.00 | X | $60.00 |
| Vinyl | Black | Fruit of the Loom - HD Cotton Short Sleeve T-Shirt - 3930R<br><br>Alien Tee - 8" x 10" | | | 2 | 2 | | | 4 | $15.00 | X | $60.00 |
| Vinyl | Black | Fruit of the Loom - HD Cotton Short Sleeve T-Shirt - 3930R<br><br>Ti & Do - 8" 12" | | | 2 | 2 | | | 4 | $16.00 | X | $64.00 |

| Fee | Description | Qty | Amount | Taxed | Total |
|---|---|---|---|---|---|
| | Shipping to me | 1 | $12.00 | X | $12.00 |

| | |
|---|---|
| **Total Quantity** | 13 |
| **Item Total** | $184.00 |
| **Fees Total** | $12.00 |
| **Sub Total** | $196.00 |
| **Tax** | $13.72 ( 7% ) |
| **Total Due** | $209.72 |
| **Paid** | $209.72 |
| **Outstanding** | $0.00 |

Fill out your terms & conditions here: https://www.printavo.com/accounts/invoice_information

# Invoice #166

**PAID**

Heaven/Alien/Ti & Do Tees

Thank you for your business!



**South Bend Print Shop**
63172 US 31
South Bend, Indiana 46614
5742655850
https://southbendprintshop.com
info@southbendprintshop.com

| | |
|---|---|
| **Delivery Method** | Pick-up |
| **Created** | May 4, 2022 |
| **Customer Due Date** | May 6, 2022 |
| **Invoice Date** | May 4, 2022 |
| **Terms** | Due on Receipt |
| **Payment Due Date** | May 5, 2022 |
| **Total** | $1,380.30 |
| **Outstanding** | $0.00 |

**Customer Billing**
Cathy
cathysouthwestern@gmail.com

**Customer Shipping**
Cathy

| Category | Color | Description | S | M | L | XL | 2XL | Qty | Items | Price | Taxed | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vinyl | Black | Fruit of the Loom - HD Cotton Short Sleeve T-Shirt - 3930R<br><br>Heavens Tee - 8"x7" | | | 10 | 10 | 10 | | 30 | $12.00 | X | $360.00 |
| Vinyl | Black | Fruit of the Loom - HD Cotton Short Sleeve T-Shirt - 3930R<br><br>Alien Tee - 8" x 10" | | | 10 | 10 | 10 | | 30 | $15.00 | X | $450.00 |
| Vinyl | Black | Fruit of the Loom - HD Cotton Short Sleeve T-Shirt - 3930R<br><br>Ti & Do - 8" 12" | | | 10 | 10 | 10 | | 30 | $16.00 | X | $480.00 |

| | |
|---|---|
| **Total Quantity** | 90 |
| **Item Total** | $1,290.00 |
| **Fees Total** | $0.00 |
| **Sub Total** | $1,290.00 |
| **Tax** | $90.30 ( 7% ) |
| **Total Due** | $1,380.30 |
| **Paid** | $1,380.30 |
| **Outstanding** | $0.00 |

Fill out your terms & conditions here: https://www.printavo.com/accounts/invoice_information

2