UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION, **Plaintiff**, v. STEPHEN ROBERT HAVEL, *et al.*, **Defendants**. | CAUSE NO. 3:22-cv-395 DRL-SJF |

### ORDER

Per the court's September 11, 2025 order, a Zoom Scheduling Conference is currently scheduled for October 7, 2025 at 2:30 p.m. On the court's own motion, the court VACATES the hearing, to be rescheduled by separate order. The court DIRECTS the clerk to email notices of this action to all parties.

SO ORDERED.

October 7, 2025

*s/ Damon R. Leichty*
Judge, United States District Court