UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

-FILED-

OCT 06 2025

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

THE EVOLUTIONARY LEVEL ABOVE
HUMAN FOUNDATION,

Plaintiff,

v,

STEVEN ROBERT HAVEL, et al.,

Defendants

CASE NO. 3:22-CV-395-DRL-SJF

### DEFENDANT BARTEL'S SUBMISSION OF CERTIFIED EVIDENCE

Defendant Bartel hereby submits a certified copy from the Arizona Corporation Commission of Exhibit B from Defendant's Motion For Summary Judgment. Unfortunately the certified copy of Exhibit B arrived hours after Defendant sent the Court Defendant's Motion For Summary Judgment.

Respectfully Submitted, 10/1/2025

Jason Bartel
N4051 26th LN.
Redgranite, WI 54970

*[signature: Jason Bartel]*

# CERTIFIED COPY OF DEFENDANT BARTEL'S EXHIBIT B

# FROM DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

# STATE OF ARIZONA



## Office of the
## CORPORATION COMMISSION

The Executive Director of the Arizona Corporation Commission does hereby certify that the attached copy of the following document:

### 2025 ANNUAL REPORT 03/24/2025

consisting of 9 pages, is a true and complete copy of the original of said document on file with this office for:

### THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION
### ACC file number: 08194851



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission on this 30 Day of September, 2025 A.D.

*Douglas R. Clark*

**Douglas R. Clark, Executive Director**

By: _____

**GREGORY KENT**

Arizona Corporation Commission - RECEIVED: 3/24/2025
Arizona Corporation Commission - FILED: 3/24/2025

25032407053188

# 2025 ANNUAL REPORT

## ENTITY INFORMATION

**ENTITY NAME:** THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION
**ENTITY ID:** 08194851
**ENTITY TYPE:** Domestic Nonprofit Corporation
**CHARACTER OF BUSINESS:** Other - Other - Other - RELIGIOUS
**AUTHORIZED SHARES:**
**ISSUED SHARES:**

## STATUTORY AGENT INFORMATION

**STATUTORY AGENT NAME:** Isaac S Crum
**PHYSICAL ADDRESS:** c/o Messner Reeves, LLP 7250 N 16th Street Suite 410, PHOENIX, AZ 85020
**MAILING ADDRESS:** 7250 N. 16th Street, Suite 410, PHOENIX, AZ 85020

## KNOWN PLACE OF BUSINESS

Att: Isaac S. Crum, 7250 N. 16th Street, Suite 410, PHOENIX, AZ 85020

## PRINCIPAL OFFICE ADDRESS

## PRINCIPAL INFORMATION

Director: MARK KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997
Director: SARAH KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997
President/CEO: MARK KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997
Secretary: SARAH KING - P.O. BOX 25098, SCOTTSDALE, AZ, 85255, USA - - Date of Taking Office: 09/23/1997

## SIGNATURE

President/CEO: Mark King - 03/24/2025