Jason Bartel
N4057 26th Ln.
Redgranite, WI
54970

Retail  

RDC 99    46601

U.S. POSTAGE PAID
FCM LG ENV
REDGRANITE, WI 54970
OCT 01, 2025
$1.90
S2324M505990-14

Att: Clerk of Court

U.S. District Court
204 S. Main St.
South Bend, IN
46601

Do Not Bend
or Fold