# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
### SOUTH BEND DIVISION

The Evolutionary Level Above Human
Foundation d/b/a The Telah Foundation,

|                                   |                                    |
|-----------------------------------|------------------------------------|
| Plaintiff,                        | CASE NO. 3:22-CV-395-DRL-SJF       |
| v.                                |                                    |
| Stephen Robert Havel,             |                                    |
| Cathy JoAnn Weaver,               |                                    |
| Jason Bartel,                     |                                    |
| Defendants.                       |                                    |

## OPPOSITION TO MOTION FOR EXTENSION OF TIME

On September 30, 2025 (The day this Court ordered the parties to file status reports. DE 213.), Defendant Bartel instead filed a Motion for Extension of Time. DE 226. In the Motion, Defendant Bartel stated he was aware of the Court's Order in advance of the due date but then unilaterally decided that [i]n lieu of a Status Report Defendant is filing a Motion for Summary Judgment. . ." *Id.* Nowhere in Defendant Bartel's filing does Defendant Bartel indicate why he is requesting an extension of time or show good cause for any extension of time. Nor did Mr. Bartel meet and confer with Plaintiff prior to the filing of the motion or respond to the draft Status Report circulated by Plaintiff prior to the deadline. For these reasons Plaintiff opposes Defendant Bartel's Motion.

Respectfully Submitted October 9, 2025.

**MESSNER REEVES, LLP**

By: _/s/ Isaac S. Crum_
MESSNER REEVES LLP
Isaac S. Crum
(Pro Hac Vice)

icrum@messner.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on October 9, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the parties listed below. A copy of this filing will also be sent via U.S. mail and email.

Cathy Weaver                 Jason Bartel
5776 Grape Road, Ste 51    N4051 26th Lane
PMB #121                    Redgranite, WI 54970-7087
Mishawaka, IN 46545       jason_bartel@unioncab.com
sawcat575@gmail.com

Steven Robert Havel
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

                By:___/s/ *Isaac S. Crum*_____