FILED
10/10/2025 mail
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
Chanda J. Berta, Clerk of Court

Jason Bartel
N4051 26th LN.
Redgranite, WI 54970
608-212-9787
jason_bartel@unioncab.com

10/05/2025

Clerk of the Court
U.S. District Court, Northern District of Indiana
204 S. Main St.
South Bend, IN 46601

CASE NO. 3:22-CV-395-DRL-SJF

Subject: Resubmission of Motion For Required Joinder Of Parties

Dear Clerk of Court,

Please accept this letter and the enclosed documents for filing in the above-referenced case. This submission is to correct a deficiency with the Motion previously filed due to the Motion being unsigned[Docket Entry 228]. The attached Motion has been signed and is an identical copy of the previously unsigned Motion For Required Joinder Of Parties. Thank you for your understanding and attention to this matter.

Sincerely,

Jason Bartel
10/6/2025
*(signature)*



**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

UNITED STATES POSTAL SERVICE — Retail

**P** US POSTAGE PAID $11.90
Origin: 54982
10/06/25
5687100990-9

PRIORITY MAIL®

0 Lb 3.00 Oz
RDC 03

EXPECTED DELIVERY DAY: 10/09/25

C005

SHIP TO:
204 S MAIN ST
SOUTH BEND IN 46601-2122

USPS TRACKING® #

9505 5100 2062 5279 5183 87

FROM: Jason Bartel
N4051 26th Ln.
Redgranite, WI 54970

TO: U.S. District Court
Att: Clerk of Court
204 S. Main St.
South Bend, IN
46601

EP14F October 2023
OD: 12 1/2 x 9 1/2
PS00001000014