UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

-FILED-

OCT 14 2025

Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

THE EVOLUTIONARY LEVEL ABOVE
HUMAN FOUNDATION,

    Plaintiff,

v.

STEVEN ROBERT HAVEL, et al.,

    Defendants

CASE NO. 3:22-CV-395-DRL-SJF

### DEFENDANT BARTEL'S MOTION FOR LEAVE TO SECOND AMENDED COUNTERCLAIM

Defendant Bartel hereby moves the Court to grant Defendant's second request to amend Defendant's counterclaim. Defendant contends that the facts, evidence, law and legal arguments presented in Defendant's Motion for Summary Judgment will demonstrate the need for Defendant to file a second amended counterclaim. Defendant has uncovered new facts and evidence and has had new understandings since Defendant filed an amended counterclaim over two years ago in this Court. Furthermore, Defendant has also presented facts and evidence in Defendant's Motion for Summary Judgment that will necessitate bringing The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation and other parties into this case. Defendant will also file a Motion For Joinder Of Parties with supporting facts and evidence.

Moreover, Defendant has discovered that the copyright registration numbers in Plaintiff's Index of Exhibits for Exhibits A, B, F & G do not match the registration numbers in the

1

registration records of the U.S. Copyright Office for the same four Telah Foundation copyright registrations. Additionally, the registration numbers submitted in the complaint for Plaintiff's Exhibits A and F do not match the copyright registration numbers in the registration records of the U.S. Copyright Office for the same two Telah Foundation copyright registrations.

As Plaintiff has submitted false copyright registration numbers in Plaintiff's complaint and Index of Exhibits, Defendant requests leave of the Court to file a second amended counterclaim in order to present evidence that correctly identifies the copyright registration numbers for The Telah Foundation's copyright registrations and to correctly identify and name the Plaintiffs in this Case. Defendant has included the correct copyright registration numbers as they appear in the registration records of the U.S. Copyright Office with Defendant's Index of Exhibits for Defendant's Motion for Summary Judgment.

Respectfully submitted, 10/8/2025

Jason Bartel
N4051 26th LN.
Redgranite, WI 54970
jason_bartel@unioncab.com

*Jason Bartel* (signature)