Jason Bartel
N4051 26th LN.
Redgranite, WI 54970
608-212-9787
jason_bartel@unioncab.com

10/05/2025

Clerk of the Court
U.S. District Court, Northern District of Indiana
204 S. Main St.
South Bend, IN 46601

CASE NO. 3:22-CV-395-DRL-SJF

Subject: Resubmission of Motion For Leave To Second Amended Counterclaim

Dear Clerk of Court,

    Please accept this letter and the enclosed documents for filing in the above-referenced case. This submission is to correct a deficiency with the Motion previously filed[DE 229]. Due to a misunderstanding of the Court's rules and procedures I did not include a second amended counterclaim with the Motion previously filed. The attached Motion is an identical copy of the previously filed Motion and includes the second amended counterclaim in accordance with the Court's rules and procedures. Thank you for your understanding and attention to this matter.

    Sincerely,

Jason Bartel

10/8/2025

*(signature)*