# DEFENDANT BARTEL'S SECOND AMENDED COUNTERCLAIM

Defendant Jason Bartel identifies the following Second Amended Counterclaim upon which Defendant may rely at trial or in the case of a Summary Judgment Motion in favor of Defendants.

Defendant has presented facts and evidence in Defendant's Motion For Summary Judgment that demonstrate that Plaintiff, the alleged Arizona unincorporated association The Evolutionary Level Above Human Foundation, does not exist and therefore does not have the capacity to sue in this Court. Defendant has demonstrated in Defendant's Motion For Summary Judgment that corporate Plaintiff is The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation. As Plaintiff's attorneys have refused to file a Corporate Disclosure Statement on behalf of The Evolutionary Level Above Human Foundation, Inc., Defendant has filed a Motion For Required Joinder of Parties in order to enjoin The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation, as an involuntary Plaintiff in this case. Therefore, The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation is a Counter Defendant in Defendant Bartel's

Counterclaim.

Defendant has presented facts and evidence in Defendant's Motion For Required Joinder of Parties and Defendant's Motion For Summary Judgment that demonstrate the required joinder of the sole two Officers and Directors of The Evolutionary Level Above Human Foundation, Inc., Mark King and Sarah King, as involuntary Plaintiffs in the case before this Court. Therefore, Defendant will add Mark King and Sarah King as Counter Defendants to Defendant Bartel's Counterclaim.

In support of Defendant Jason Bartel's Counterclaim against The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation, Mark King, Sarah King, and collectively referred to as Counter Defendants, the Defendant Jason Bartel to be referred to as Counter Plaintiff hereby contends the following:

1. Plaintiff's Attorney, Isaac S. Crum filed this case on May 18, 2022 on behalf of a non-existent Arizona corporation, The Evolutionary Level Above Human, Inc.[DE 1]. Mr.Crum filed a Corporate Disclosure Statement on May 18, 2022 on behalf of The Evolutionary Level Above Human, Inc.[DE 3]. By filing this case on behalf of a non-existent Arizona corporation Plaintiff deliberately and

intentionally misrepresented itself to this Court and Defendants.

**2.** On July 24, 2023 Isaac S. Crum filed an amended complaint on behalf of a non-existent Arizona unincorporated association, The Evolutionary Level Above Human Foundation[DE 132]. Mr. Crum is the Statutory Agent for The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation, taking Office on 10/26/2023[Defendant's Exhibit B in Defendant's Motion For Summary Judgment]. Mr. Crum again intentionally misrepresented the Plaintiff by filing an amended complaint on behalf of a non-existent Arizona unincorporated association with the exact same name as Counter Defendant The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation. As Mr. Crum is the Statutory Agent for Counter Defendant The Evolutionary Level Above Human Foundation, Inc., Mr. Crum is well aware that Counter Defendant is an incorporated entity. However, Isaac S. Crum has yet to file a Corporate Disclosure Statement on behalf of The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation.

**3.** On September 21, 2023 Plaintiff's former Attorney Otto E. Hinks filed a Corporate Disclosure Statement on behalf of the non-existent Arizona unincorporated association, The Evolutionary Level Above Human Foundation[DE 155]. Plaintiff's Attorney intentionally misrepresented Plaintiff

3

by filing a Corporate Disclosure Statement on behalf of a non-existent Arizona unincorporated association.

**4.** Plaintiff's Attorney deliberately misrepresented incorporated Plaintiff's True Name in paragraph 4 of the original complaint. In paragraph 4 of the original complaint Plaintiff stated that it was The Evolutionary Level Above Human, or Telah Foundation, Inc. Plaintiff's Attorney has not filed a Corporate Disclosure Statement on behalf of Telah Foundation, Inc. Therefore, Plaintiff deliberately misled the Court and Defendants by stating that Plaintiff is Telah Foundation, Inc. in paragraph 4 of the original complaint.

**5.** Plaintiff deliberately misrepresented unincorporated Plaintiff's name in paragraph 4 of the amended complaint. In paragraph 4 of the amended complaint Plaintiff stated that it is The Evolutionary Level Above Human Foundation or The Telah Foundation. Plaintiff's Attorney has not filed a Corporate Disclosure Statement on behalf of The Telah Foundation, therefore, Plaintiff knowingly misrepresented itself by stating that Plaintiff is The Telah Foundation in paragraph 4 of the amended complaint.

**6.** The Heaven's Gate Group (hereinafter the "Group") has been publicly acknowledged to have ended on or before March 26, 1997. Counter Defendant,

The Evolutionary Level Above Human Foundation, Inc. was not incorporated in the state of Arizona until September 23, 1997[Exhibit A in Defendant Bartel's Motion For Summary Judgment]. Therefore the Group did not transfer any of the Group's property to representatives of The Evolutionary Level Above Human Foundation Inc. prior to the Group's end on or before March 26, 1997. Plaintiff falsely stated with intent in paragraph 8 of Plaintiff's complaint that all the physical and intellectual property belonging to the Group was transferred to representatives of Plaintiff or was placed, to be obtained, from a storage locker in San Diego County.

**7.** In paragraph 10 of the complaint Plaintiff intentionally and deliberately misrepresented itself as the alleged corporation that was a petitioner in the litigation with San Diego County ( Probate Case No. PN022228, hereinafter the "Probate case" ). The Probate case was in the California Superior Court, County of San Diego ( hereinafter the "California Court").

The corporate petitioner in the Probate case in the California Court was The Telah Foundation, Inc.[DE 63-1, page 2, lines 19-20]. The Telah Foundation, Inc. is not Counter Defendant, The Evolutionary Level Above Human Foundation, Inc. The Telah Foundation, Inc. is not a legal, incorporated

5

entity and therefore does not exist. Plaintiff knowingly and willfully attempted to deceive this Court and Defendants into believing that Plaintiff is the same alleged corporation, The Telah Foundation, Inc., that was a petitioner in the Probate case in the California Court.

**8.** Plaintiff engaged in deceit in paragraph 12 of the complaint when Plaintiff stated that it has owned the Group's property since 1997. Counter Defendant The Evolutionary Level Above Human Foundation, Inc. did not exist until September 23, 1997. Therefore the Group did not transfer any of the Group's property to The Evolutionary Level Above Human Foundation, Inc. before the Group's publicly acknowledged end on or before March 26, 1997. Prior to the Settlement Agreement in the Probate case in the California Court on August 11, 1999 that sold and conveyed some of the Group's property to the non-existent corporation The Telah Foundation, no transfer of the Group's property was recognized by a Court of Law[DE 63-1, page 13].

**9.** Plaintiff deliberately misrepresented the Group's audio cassettes that were sold and conveyed to The Telah Foundation in the Probate case in the California Court. In paragraphs 14 and 15 of the complaint Plaintiff stated that

the audio cassettes transferred in the August of 1999 Settlement Agreement in the Probate case were the same audio cassettes registered by The Telah Foundation on October 27, 1997 with the U.S. Copyright Office. Defendant Bartel's Motion For Summary Judgment demonstrated that the audio cassettes sold and conveyed to The Telah Foundation in the Agreement in the Probate case were not the same audio cassettes registered by The Telah Foundation on October 27, 1997. Furthermore, Defendant Bartel's Motion For Summary Judgment exemplified how Mark King, Sarah King and The Telah Foundation were denied all rights to the Heaven's Gate Group's property that was registered for copyrights by The Telah Foundation in September and October of 1997. Therefore, Plaintiff lied about owning the audio works in the The Telah Foundation's October 27, 1997 copyright registration and lied to the Court and Defendants about the audio cassettes in The Telah Foundation's October 27, 1997 copyright registration being the same audio cassettes transferred to The Telah Foundation in the Settlement Agreement in the Probate case in the California Court.

**10.** By changing itself from an incorporated entity in the original complaint into an unspecified, unincorporated association in the amended

complaint Plaintiff deliberately attempted to obscure Plaintiff's identity and corporate structure from the Court and Defendants. Plaintiff used the name of The Evolutionary Level Above Human Foundation in the amended complaint but refused to identify itself as an incorporated entity in order to obscure the identity of Counter Defendant The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation, from the Court and Defendants.

**11.** The Telah Foundation was ordered by the California Court to archive and not to sell any of the Group's property that was sold and conveyed in the Settlement Agreement in the Probate case[DE 63-1, page 23, lines 9-11]. Counter Plaintiff Bartel placed some of the audio tapes created by the Heaven's Gate Group on free file sharing sites on the Internet which lead to Counter Defendants filing a lawsuit against Counter Plaintiff Bartel. Counter Plaintiff Bartel did not attempt to sell any of the Group's property.

**12.** Since 1998 Counter Plaintiff Bartel has requested access to hundreds of the Group's audio tapes from Counter Defendant Mark King. Counter Plaintiff Bartel has been repeatedly denied access to the Group's audio tapes by Counter Defendant Mark King. After waiting over twenty years, in 2021 Counter

8

Plaintiff Bartel was granted access to some of the Group's audio tapes by Defendant Havel after a third party in Venezuela provided some of the Group's audio tapes to Defendant Havel. Counter Plaintiff Bartel created a free archive of the Group's audio tapes, some of which were sold and conveyed to the non-existent Telah Foundation in the Settlement Agreement in the Probate case. After Counter Plaintiff created a free and accessible archive of the Heaven's Gate Group's audio tapes Counter Plaintiffs Mark King and Sarah King hired Isaac S. Crum and Messner Reeves LLP of Phoenix, Arizona in order to file a frivolous and malicious lawsuit against Defendants on behalf of a non-existent corporation, The Evolutionary Level Above Human, Inc.

**13.** As The Telah Foundation or Telah Foundation is not a legal entity the Settlement Agreement in the Probate Case in the California Court was induced through fraud as Defendant Bartel demonstrated in Defendant's Motion For Summary Judgment. Despite this fraud on the California Court in the Probate case Counter Defendants Mark King and Sarah King chose to sue Counter Plaintiff Bartel for creating a free archive of the Heaven's Gate Group's audio tapes.

Counter Defendants filed a malicious lawsuit against Counter Plaintiff Bartel solely to harass and intimidate Counter Plaintiff. This case has no legal basis as Defendant Bartel has demonstrated in Defendant's Motion For Summary Judgment. Counter Defendants Mark King and Sarah King used Counter Defendant's positions as the sole two Officers and Directors of The Evolutionary Level Above Human Foundation, Inc. to hire Isaac S. Crum and Messner Reeves LLP of Phoenix, Arizona. Isaac S. Crum has refused to file a Corporate Disclosure Statement on behalf of The Evolutionary Level Above Human Foundation, Inc.

Counter Defendants Mark King and Sarah King have attempted to shield themselves from any liability in this case by hiding behind Isaac S. Crum and the multiple non-existent entities that Mr. Crum has claimed are his client including The Evolutionary Level Above Human, Inc. and the alleged unincorporated association, The Evolutionary Level Above Human Foundation.

**14.** Counter Plaintiff Bartel has suffered greatly over the past three plus years due to having to defend Counter Plaintiff against this malicious lawsuit that was brought by Counter Defendants Mark King and Sarah King. Counter Plaintiff has been unable, despite repeated attempts, to gain legal counsel.

Counter Plaintiff Bartel has spent untold hours researching this case and Counter Plaintiffs Mark King, Sarah King and The Evolutionary Level Above Human Foundation, Inc. Counter Plaintiff Bartel's home and work life were severely disrupted when process servers were hunting for Counter Plaintiff. Counter Plaintiff's relationships have been strained by this lawsuit. Counter Plaintiff has been having to fight this lawsuit for the past few months while Counter Plaintiff has been tending to Counter Plaintiff's father who had been dying from cancer. Counter Plaintiff Bartel's father died on October 3, 2025 from complications arising from pancreatic cancer.

**15.** Counter Plaintiff Bartel is entitled to compensatory damages for the pain and suffering that this lawsuit has brought into Counter Plaintiff's life. Counter Plaintiff has experienced mental anguish, a loss of enjoyment of life, and severe disruption to daily life. Counter Plaintiff has experienced difficulty sleeping and chronic anxiety while trying to fight this malicious lawsuit.

**16.** Counter Plaintiff Bartel is entitled to punitive damages due to the fraudulent conduct of Counter Defendants in this case. Defendant Bartel

demonstrated in Defendant's Motion For Summary Judgment that Counter Defendants Mark King and Sarah King perpetrated fraud on the California Superior Court, the U.S. Copyright Office, the U.S. Patent and Trademark Office and this Court. Defendant Bartel demonstrated in Defendant's Motion For Required Joinder Of Parties that Counter Defendants Mark King and Sarah King perpetrated fraud on the U.S. District Court, Northern District of California.

Counter Plaintiff Bartel contends that Counter Defendant's behavior was malicious based on the multiple, documented frauds perpetrated by Counter Defendants Mark King and Sarah King.

**17.** In addition to compensatory and punitive damages, Counter Plaintiff Bartel requests as part of Counter Plaintiff's counterclaim:

A declaration and order declaring that all claims to the Heaven's Gate Group's Property by The Telah Foundation are null and void as The Telah Foundation is not a legal entity. The Public Administrator of San Diego County is the administrator of the Heaven's Gate Group's Property as per the law of intestate succession.

A declaration and order declaring that all claims to the Heaven's Gate Group's property by The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation, are null and void.

A declaration and order declaring that all claims to the Heaven's Gate Group's property by Mark King and Sarah King are null and void.

A declaration and order declaring that all copyright and trademark registrations in the name of The Telah Foundation are null and void.

A declaration and order declaring that all copyright and trademark registrations in the name of The Evolutionary Level Above Human Foundation, Inc., an Arizona Corporation, are null and void.

A declaration and order declaring Mark King, Sarah King and The Evolutionary Level Above Human Foundation, Inc. as vexatious litigants based on the Probate case in the California Court, the Right To Know case in the U.S. District Court, Northern District of California and the case before this Court.

**18.** Counter Plaintiff Bartel requests such other and further relief as this Court shall find due under the law or in equity.

**19.** Defendant requests that any and all monetary damages that the Court may award be divided equally among the remaining Defendants in the case.

Respectfully Submitted, 10/8/2025

Jason Bartel

N4051 26th LN.

Redgranite, WI 54970

*[signature: Jason Bartel]*