**FROM:** Jason Bontel
N4051 26th LN.
Redgranite, WI
54970

**TO:** U.S. District Court
Att: Clerk of Court
204 S. Main St.
South Bend, IN
46601

Ship To: 204 S MAIN ST, SOUTH BEND IN 46601-2122

USPS Priority Mail — $11.90 — Origin 53949 — 10/08/25 — Expected Delivery 10/11/25
Tracking #: 9505 5104 3871 5281 2774 59