UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE
HUMAN FOUNDATION,

    Plaintiff,

v.

STEVEN ROBERT HAVEL, et al.,

    Defendants

CASE NO. 3:22-CV-395-DRL-SJF

### DEFENDANT BARTEL'S RESPONSE TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR AN EXTENSION OF TIME

Defendant Bartel hereby responds to Plaintiff's opposition to Defendant's Motion For Extension of Time[DE 234]. Plaintiff stated in Plaintiff's opposition to Defendant's Motion that Defendant Bartel did not 'show good cause' for an extension of time in regards to filing a status report with the Court by September 30, 2025. Defendant stated in Defendant's Motion For An Extension Of Time that Defendant did not receive the scheduling order via the postal service. As stated in Defendant's Motion, Defendant became aware of the scheduling order on September 29, 2025 after Isaac S. Crum sent Defendant an e-mail. Defendant stated in Defendant's Motion For An Extension Of Time that this is not the first time that Defendant has not received a Court Order via the postal service.

Due to this issue of not receiving two Court Orders via the postal service Defendant will endeavor to check PACER with more regularity as Defendant has had other issues with the postal service where Defendant currently resides.

1

Plaintiff stated in Plaintiff's opposition to Defendant's Motion that Defendant Bartel did not meet and confer with Plaintiff and respond to Plaintiff's draft status report. Defendant read the scheduling order on PACER on September 29, 2025 after Defendant received the email from Mr. Crum. The scheduling order stated 'Unless a party is proceeding pro se, the parties must meet and confer'. Defendant Bartel is proceeding pro se and therefore as per the terms of the Court's scheduling order Defendant Bartel was not required to meet and confer with Plaintiff and/or respond to Plaintiff's draft status report.

Defendant served Plaintiff with a Motion For Summary Judgment on September 25, 2025. On September 30, 2025 Defendant received a receipt via certified mail of service of Defendant's Motion For Summary Judgment on Plaintiff. Defendant went to the post office on September 30, 2025 and sent Defendant's Motion For Summary Judgment, a Motion For Extension of Time and two other Motions to the Court that were filed on October 2, 2025.

Defendant's Motion For Summary Judgment and Motion For Leave To Second Amended Counterclaim address the issues that the Court asked to be covered in the brief written status report that was due on September 30, 2025.

This includes the following:

(a) status of settlement negotiations, mediation, or other alternative process;

A Motion For Summary Judgment obviates the need for any settlement negotiations.

(b) likelihood and scope of any dispositive motion;

Defendant served a Motion For Summary Judgment on Plaintiff on September 25, 2025, five days before the brief written status report was due with the Court on September 30, 2025.

(c) need for oral argument on any dispositive motion;

2

Defendant did not request a need for oral argument in Defendant's Motion For Summary Judgment.

(d) claims to be tried absent any dispositive motion ruling;

Defendant has filed a Motion For Leave To Second Amended Counterclaim.

(e) need for the court to resolve any choice of law issues;

Defendant has not asked the Court to resolve any choice of law issues.

(f) duration of the anticipated trial;

A Motion For Summary Judgment obviates the need for a trial.

(g) unique issues that may arise for this trial, including for instance bifurcation, special verdict forms, witness accommodations, interpreters, and the like that may impact scheduling;

A Motion For Summary Judgment obviates the need for a trial.

(h) number of anticipated experts and a concise précis of anticipated opinion testimony limited to the proposed expert's name, specific area of expertise, and no more than five sentences summarizing anticipated opinions;

A Motion For Summary Judgment obviates the need for a trial and any opinion testimony.

(i) likelihood and scope of any anticipated motion under Fed. R. Evid. 702 and Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993), whether that motion may impact summary judgment, and need for any related evidentiary hearing;

Defendant has not indicated in Defendant's Motion For Summary Judgment or any other

Motions or Court filings any need for any anticipated motion under Fed. R. Evid. 702 and

Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993) that will affect a summary

judgment.

(j) any other matters that would assist the court in preparing for the conference, final scheduling, and trial.

A Motion For Summary Judgment obviates the need for a conference, final scheduling and a

trial.

Thus, Defendant became aware of the scheduling order on September 29, 2025, four days after Defendant served Plaintiff with a Motion For Summary Judgment via certified mail. Despite Defendant's father being bed ridden and dying from pancreatic cancer in Defendant's presence, Defendant took action on September 30, 2025 and sent a Motion For Summary Judgment and other Motions to the Court that addressed or removed the need to address all of the issues that would have been covered in a brief written status report. Furthermore, Defendant's Motion For Summary Judgment will dispose of the case and remove the need for any pre-trial reports and/or conferences. For these reasons Defendant contends that Plaintiff's opposition to Defendant's Motion For Extension of Time is frivolous, without merit and intended to harass Defendant while Plaintiff has yet to respond Defendant's Motion For Summary Judgment that is pending before the Court.

Respectfully Submitted, 10/10/2025

Jason Bartel
N4051 26th LN.
Redgranite, WI 54970

*/s/ Jason B*

4

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL


UNITED STATES POSTAL SERVICE

FROM: Jason Bartel
N4051 26th Ln.
Redgranite, WI 54970


P    US POSTAGE PAID
$11.90    Origin: 53716
10/10/25
5649911165-10

PRIORITY MAIL®

0 Lb 2.10 Oz
RDC 03

EXPECTED DELIVERY DAY: 10/14/25

C005

SHIP TO:
204 S MAIN ST
SOUTH BEND IN 46601-2122

TO: U.S. District Court
Att: Clerk of Court
204 S. Main St.
South Bend, IN
46601

- Expected delivery date spe
- Domestic shipments includ
- USPS Tracking® service inc
- Limited international insura
- When used internationally,

*Insurance does not cover cert
Domestic Mail Manual at http://pe.u
** See International Mail Manual at h

FLAT RATE E
ONE RATE ■ ANY WEIGHT

TRACKED ■ IN

USPS TRACKING® #


9505 5111 5142 5283 4139 91


PS00001000014

