UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

The Evolutionary Level Above Human Foundation,   CASE NO. 3:22-CV-395-DRL-SJF

Plaintiff

v.

Stephen Robert Havel,

Cathy Joann Weaver,

Jason Bartel

Pro Se Defendants

-FILED-
OCT 16 2025
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

NOTICE REGARDING PLAINTIFF'S REQUEST FOR ATTORNEY'S FEES UNDER RULE 37(a)(5)(B)

Defendant Stephen Havel, appearing pro se, respectfully submits this Notice in response to the Plaintiff's request for attorney's fees contained within its filing titled 'Response to Motion to Determine Sufficiency of RFAs' (Dkt. 233).

1. Substantial Justification for the Motion

Havel's underlying Motion to Determine Sufficiency of Plaintiffs' Responses to Requests for Admission was filed in good faith and with substantial justification under Fed. R. Civ. P.

1

36(a)(6). At the time of filing, discovery in this matter had been complicated by multiple court orders, judicial reassignment, and an unclear procedural posture regarding discovery deadlines. The motion was filed to obtain clarity and ensure completeness of the record—not to delay or increase costs.

## 2. Discovery Timeline and Judicial Transitions

The Court is aware that the discovery phase has been subject to tolling, extensions, and administrative changes following the retirement of the presiding judge. Given this history, it would be inequitable to impose sanctions or fees on a pro se defendant acting in good faith amid procedural uncertainty.

## 3. Fairness and Rule 37(a)(5)(B) Exceptions

Under Rule 37(a)(5)(B), an award of attorney's fees is not appropriate when:

- The motion was substantially justified, or

- Other circumstances make an award of expenses unjust.

Both exceptions apply here. Defendant Havel's motion was intended to facilitate compliance and understanding between the parties, not to harass or multiply proceedings.

## 4. Conclusion

For these reasons, Defendant respectfully requests that the Court deny Plaintiff's request for attorney's fees and sanctions and take no adverse action with respect to Defendant's prior motion.

Respectfully submitted,

Dated: 10-15-2025

*Stephen Havel*

Stephen Havel

5776 Grape Rd.

Suite 51

PMB# 121

Mishawaka, IN. 46545

Pro se Defendant

Email: SawCat575@gmail.com

3