## Cover

Two orders Follow, to be Filed. ASAP.

1 – Notice Regarding....
   pages 1–3

2 – Defendant Havel motion to Clarify....
   pages 1–12

-FILED-
OCT 16 2025
At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Thank you,