# PRIORITY MAIL EXPRESS®
## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

**U.S. POSTAGE PAID**
PME
WILMINGTON, OH 45177
OCT 15, 2025
46601
RDC 07
$33.40
S2324D500523-07

ER 151 664 302 US

**FROM:**
Stephen Havel
5776 Grape Rd
Ste #51 PMB #121
Mishawaka, IN 46545

**TO:**
Robert Grant Federal Courthouse
ATTN: Clerk  204 S Main St.
South Bend, IN
46601

PO ZIP Code: 45177
Scheduled Delivery Date: 10-17-25
Postage: $33.40
Date Accepted: 10-15-25
Scheduled Delivery Time: 6:00 PM
Time Accepted: 4:23 PM
Flat Rate ☒
Acceptance Employee Initials: M. Myers
Total Postage & Fees: $33.40

PS10001000006
EP13F July 2022
OD: 12 1/2 x 9 1/2