**PRIORITY MAIL EXPRESS® FLAT RATE ENVELOPE**

FROM:
Stephen Havel
57716 Grape Rd
Ste #51 PMB #121
Mishawaka, IN. 46545

TO:
Robert Grant Federal Courthouse
ATTN: Clerk  204 S Main St.
South Bend IN.
46601

U.S. POSTAGE PAID
PME
WILMINGTON, OH 45177
OCT 15, 2025
46601
RDC 07
$33.40
S2324D500523-07

ER 151 664 302 US

PO ZIP Code: 45177
Scheduled Delivery Date: 10-17-25
Postage: $33.40
Date Accepted: 10-15-25
Scheduled Delivery Time: 6:00 PM
Time Accepted: 4:23 PM
Flat Rate ☒
Acceptance Employee Initials: M. Myers
Total Postage & Fees: $33.40