UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation,<br><br>        Plaintiff,<br>v.<br><br>Stephen Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>        Defendants. | CASE NO. 3:22-CV-395-DRL-SJF |

**PLAINTIFF'S RESPONSE TO MR. BARTEL'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT PURSUANT TO L.R. 56-1**

    Pursuant to Local Rule 56-1(b)(2), Plaintiff, The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation ("The Foundation") includes this separate response to the Statements of Material Facts (the "SOMF") at the end of Jason Bartel's Motion for Summary Judgment [DE 227]. The Foundation incorporates these facts into its Response Brief. The record in this case, and the exhibits and declarations cited in these responsive facts, show that Mr. Bartel's Motion for Summary Judgment Should be Denied.

**Defendant Bartel's Material Facts**

1. **Incorporated Plaintiff The Evolutionary Level Above Human, Inc. stated it had two interchangeable true and legal names in Plaintiff's original complaint.**

    **1. RESPONSE**: The original complaint identifies Plaintiff as "Plaintiff, The Evolutionary Level Above Human, Inc. d/b/a The Telah Foundation (the 'Foundation')". *See* [DE 1 at 1].

1

**2.** **Plaintiff stated that it was both unincorporated and incorporated entity in Plaintiff's original complaint.**

**2. RESPONSE**:  The original complaint states Plaintiff is an Arizona 501(C)(3), Nonprofit Corporation".  [DE 1 at ¶ 4].

**3.** **Plaintiff filed this case on behalf of a non-existent corporation, The Evolutionary Level Above Human, Inc., with a similar name to an Extant Arizona Corporation, The Evolutionary Level Above Human Foundation, Inc.**

**3. RESPONSE**:  As clarified in the First Amended Complaint, Plaintiff is "The Evolutionary Level Above Human Foundation, or The Telah Foundation (the 'Foundation') is an Arizona nonprofit corporation."  [DE 132].

**4.** **The Telah Foundation is not a legal entity or unincorporated association.**

**4. RESPONSE**:  The Telah Foundation is The Evolutionary Level Above Human's d/b/a.  *See* Decl. of Mark King [DE 67-1] at ¶ 2; DE 132 at ¶ 4.

**5.** **Plaintiff's Attorney Isaac S. Crum signed a Corporate Disclosure Statement on March 20, 2024 on behalf of an alleged unincorporated association, The Evolutionary Level Above Human Foundation, with the exact same name as an extant Arizona Nonprofit Corporation for which Mr. Crum is the Statutory Agent, The Evolutionary Level Above Human Foundation, lnc.[DE 196][Defendant's Exhibit B].  Plaintiff's Attorney Isaac S. Crum has been the Statutory Agent for The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation, since 10/26/2023 [Exhibit B].**

**5. RESPONSE**:  The Evolutionary Level Above Human Foundation is not an unincorporated association.  [*See* DE 277-1 at 3].  The Evolutionary Level Above Human

2

Foundation is a nonprofit corporation which Isaac S. Crum is named the statutory agent since 10/26/2023. [DE 227-1 at 5].

6.  **Plaintiff is not The Telah Foundation.**

    **6. RESPONSE**: Plaintiff is "The Evolutionary Level Above Human Foundation" which does business as "The Telah Foundation" and which owns the intellectual property at issue in this case. *See* Decl. of Mark King [DE 67-1] at ¶¶ 2, 9.

7.  **The Telah Foundation is not a legal entity or unincorporated association.**

    **7. RESPONSE**: The Telah Foundation is The Evolutionary Level Above Human's d/b/a. *See* Decl. of Mark King [DE 67-1] at ¶ 2; [DE 132 at ¶ 4].

8.  **Plaintiff does not own any of the Group's property that was transferred and sold to TELAH FOUNDATION by and through Mark King and Sarah King in the Agreement in the Probate case in the California Court, Case No. PN022228.**

    **8. RESPONSE**: Plaintiff owns all of the Group's property that was transferred and sold to The Telah Foundation in the Probate case. [DE 67-1 at ¶ 8; DE 81-1 at ¶¶ 13-15 and DE 81-1 at Exhibit 2, page ECF 25-28].

9.  **The Settlement in the Probate case in the California Court was induced through fraud.**

    **9. RESPONSE**: The Settlement in the Probate case was not induced through fraud. The Settlement in the probate case occurred as described in the King Declarations [DE 67-1 and 81-1] and as recited by this Court in its February 27, 2024 Order [DE 194].

10. **Plaintiff does not own the intellectual property in Plaintiff's Exhibits A, B, F & G.**

**10. RESPONSE**:  Plaintiff owns the intellectual property at issue in this case, including Exhibits A, B, F, and G.  *See* Decl. of Mark King [DE 67-1] at ¶¶ 2, 9.  This is confirmed in the King Declarations and the Settlement Agreement.  [DE 67-1 at ¶ 8; DE 81-1 at ¶¶ 13-15 and DE 81-1 at Exhibit 2, page ECF 25-28.

11. **Plaintiff has not submitted any copyright or trademark registrations to this Court registered to the unincorporated Plaintiff, The Evolutionary Level Above Human Foundation.**

**11. RESPONSE**:  Two of Plaintiff's trademark registrations list the owner as "The Evolutionary Level Above Human Foundation (Arizona Corporation) DBA The Telah Foundation.  [DE 132-3 and 132-4 (First Amended Complaint at Ex. C & D) at 2.] Plaintiff's remaining trademark and the copyrights list The Telah Foundation, which is Plaintiff's d/b/a.  *See* Decl. of Mark King [DE 67-1] at ¶¶ 2, 9.

12. **The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation, is a legal entity incorporated in the state of Arizona with the capacity to sue in this Court.**

**12. RESPONSE**:   Plaintiff's name registered with the Arizona Corporation Commission is "The Evolutionary Level Above Human Foundation".  [DE 277-1 at 3]. Plaintiff has the capacity to sue in this Court.

13. **The Evolutionary Level Above Human Foundation, Inc. is an Arizona Nonprofit Corporation that has two Officers and Directors, Mark King and Sarah King, who took Office on the corporation's date of incorporation.**

4

**13. RESPONSE**: Plaintiff's name registered with the Arizona Corporation Commission is "The Evolutionary Level Above Human Foundation". [DE 277-1 at 3]. Mark King and Sarah King are the Foundation's officers and they took office on the date of incorporation. *Id.*

**14.** **The copyright registration certificates in Plaintiff's Exhibits A, B, F & G were obtained through fraud on the U.S. Copyright Office by alleged President of The Telah Foundation Mark King.**

**14. RESPONSE**: The registrations were not obtained through fraud. *See* DE 81-1 at ¶ 5-18.

**15.** **Mark King signed a creditor's claim in the Probate case in the California Court as President of The Telah Foundation on September 19, 1997.**

**15. RESPONSE**: Agreed. The Telah Foundation is The Evolutionary Level Above Human's d/b/a. *See* Decl. of Mark King [DE 67-1] at ¶ 2; [DE 132 at ¶ 4].

**16.** **The trademark registration in Plaintiff's Exhibit E was obtained through fraud on the U.S. Patent and Trademark Office.**

**16. RESPONSE**: The registrations were not obtained through fraud. *See* DE 81-1 at ¶ 5-18.

**17.** **Plaintiff filed this case based on four fraudulently obtained copyright registrations and one fraudulently obtained trademark registration while submitting no other evidence with Plaintiff's original and amended complaints other than Plaintiff's Exhibits D & F.**

**17. RESPONSE**: This case was not filed based on fraudulently obtained copyright registrations or trademark registrations. Plaintiff submitted copies of all of the

registrations—Exhibits A through G—in both its original and amended complaints. [DE 1 at Ex. A-G, DE 132 at Ex. A-G].

18. **Since this case began on May 18, 2022 Plaintiff has stated that it has four different names.**

    **18. RESPONSE**: Plaintiff is "The Evolutionary Level Above Human Foundation" which does business as "The Telah Foundation" and which owns the intellectual property at issue in this case. *See* Decl. of Mark King [DE 67-1] at ¶¶ 2, 9. Plaintiff's original complaint inadvertently omitted "foundation" and included "inc" in its initial pleading.

19. **Plaintiff's Attorneys have not filed a Corporate Disclosure Statement on behalf of The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation.**

    **19. RESPONSE**: Plaintiff is "The Evolutionary Level Above Human Foundation" which does business as "The Telah Foundation" and which owns the intellectual property at issue in this case. *See* Decl. of Mark King [DE 67-1] at ¶¶ 2, 9. Plaintiff has filed a corporate disclosure statement. [DE 196].

20. There has never been a Court case in which an incorporated Plaintiff restructured itself in an amended complaint into an unincorporated association by adding the word 'Foundation' to the True Name of the incorporated Plaintiff.
    **20. RESPONSE**: Plaintiff has no clue as to the veracity of this claim.

21. **Plaintiff's Attorneys have not filed a Corporate Disclosure Statement on behalf of a legal entity or unincorporated association with the capacity to sue in this Court as Plaintiff.**

**21. RESPONSE**:  This is false. Plaintiff is "The Evolutionary Level Above Human Foundation" which does business as "The Telah Foundation" and which owns the intellectual property at issue in this case.  *See* Decl. of Mark King [DE 67-1] at ¶¶ 2, 9.  Plaintiff has filed a corporate disclosure statement.  [DE 196].

Respectfully Submitted October 30, 2025.

                                              **MESSNER REEVES, LLP**

By: */s/ Isaac S. Crum*
    MESSNER REEVES LLP
    Isaac S. Crum
    (Pro Hac Vice)
    icrum@messner.com
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the parties listed below. A copy of this filing will also be sent via U.S. mail and email.

Cathy Weaver
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

Jason Bartel
N4051 26th Lane
Redgranite, WI 54970-7087
jason_bartel@unioncab.com

Steven Robert Havel
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

By: /s/ *Isaac S. Crum*