UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation,<br><br>  Plaintiff,<br>v.<br><br>Stephen Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>  Defendants. | CASE NO. 3:22-CV-395-DRL-SJF |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation (the "Foundation" or "Plaintiff") hereby moves for Summary Judgment on its claims for copyright infringement as follows:

- Summary Judgment as to Defendants Havel, Weaver, and Bartel on Count I (infringement of Audio Works);
- Summary Judgment as to Defendant Weaver on Count III (infringement of Literary Work);
- Summary Judgment as to Defendants Havel and Weaver on Count IV (infringement of Visual Work);
- Contributory Infringement as to Defendant Havel on Count V; and

Plaintiff also moves for partial summary judgment on subsidiary issues related to the above claims as described in concurrently filed brief. This Motion is supported by the Statement of Material Facts and the Brief in Support of Motion for Summary Judgment that is being submitted herewith.

1

2

RESPECTFULLY SUBMITTED this 31st day of October 2025.

   /s/ Isaac S. Crum
MESSNER REEVES LLP
Isaac S. Crum (Pro Hac Vice)
icrum@messner.com
7250 N. 16th Street, Suite 410
Phoenix, Arizona 85020
Telephone: (602) 641-6705
Facsimile: (303) 623-0552

**CERTIFICATE OF SERVICE**

 I hereby certify that on the 31st day of October 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the parties listed below. A copy of this filing was also sent via U.S. mail and email.

| | |
|---|---|
| Cathy Weaver<br>5776 Grape Road, Ste 51<br>PMB #121<br>Mishawaka, IN 46545<br>sawcat575@gmail.com | Jason Bartel<br>N4019 Forest Drive<br>Hancock, WI 54943<br>jason_bartel@unioncab.com |
| Steven Robert Havel<br>5776 Grape Road, Ste 51<br>PMB #121<br>Mishawaka, IN 46545<br>sawcat575@gmail.com | |

                 */s/ Isaac S. Crum*