**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation, | |
| Plaintiff, | CASE NO. 3:22-CV-395-DRL-SJF |
| v. | |
| Stephen Robert Havel, Cathy JoAnn Weaver, Jason Bartel, | |
| Defendants. | |

**PLAINTIFF'S SEPARATE STATEMENT OF MATERIAL FACTS IN SUPPORT**
**OF ITS MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS**
**PURSUANT TO L.R. 56-1**

Pursuant to Local Rule 56-1(a)(3), Plaintiff The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation ("The Foundation") includes this separate Statement of Material Facts (the "SOFs") in support of its Motion for Summary Judgment against Defendants Stephen Havel, Cathy Weaver, and Jason Bartel ("Defendants"), and incorporates these facts into its Memorandum in Support of its Motion. The record in this case, and the exhibits and declarations filed with these SOFs, show that the following facts are undisputed or otherwise not genuinely disputed, and thus support The Foundation's Motion:

1.      Total Overcomers Anonymous, T.O.A., or Heaven's Gate ("Heaven's Gate") was a group that gained notoriety in 1997, when the majority of its members (39 members)

1

engaged in a ritualistic mass suicide that coincided with the approach of the Hale-Bopp Comet. [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 5].

2.      Throughout the 1980's and 1990's Heaven's Gate created a number of works, including the following:

      a.   A series of audio tapes (the "Audio Works");

      b.   Certain video works (the "Video Works");

      c.   A literary work entitled "How and When Heaven's Gate' (the door to the physical kingdom level above human) may be entered: an anthology of our materials" (the "Literary Work"); and

      d.   A visual work of "The C.B.E." (the "Visual Work").

[Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶¶ 4-6, 9].

3.      Heaven's Gate also adopted and used trademarks in connection with its work (the "Trademarks").  [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 7].

4.      Plaintiff, which is a not-for-profit organization, acquired the intellectual property rights related to these works and trademarks in or around 1999, following the passing of the 39 Heaven's Gate members and after a lengthy court battle.  [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶¶ 8].

5.      The Registration Certificates attached to Complaint as Exhibits A, B, F, G and attached to the Motion for Summary Judgment as Exhibits 1, 2, 3, and 4 are true and accurate copies of United Stated intellectual property registration certificates for intellectual property owned by the Foundation.  [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 9].

6.      Plaintiff, which is a not-for-profit organization, acquired the intellectual property rights related to these works and trademarks in or around 1999, following the passing of the 39 Heaven's Gate members and after a lengthy court battle.  [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 8].

7.      Plaintiff's director, Mr. Mark King, personally applied for the copyright registrations for the Audio Works, the Video Works, the Literary Work, and the Visual Work. [*See* Exhibits 1, 2, 3, and 4].

8.      Plaintiff has maintained that it has owned the intellectual property of Heaven's Gate since 1997.  [Exhibit 6-A (February 13, 2023 Decl. of Mark King) at ¶ 4].

9.      Although there existed for a short period a dispute as to Plaintiff's ownership of the intellectual property of Heaven's Gate, multiple Court Orders have been entered that confirm that the Foundation is the legal owner of all of the intellectual property of Heaven's Gate. [Exhibit 6-A (February 13, 2023 Decl. of Mark King) at ¶ 5].

10.     On March 26, 1997, 39 members of Heaven's Gate passed away (the "Decedents").  [Exhibit 6-A (February 13, 2023 Decl. of Mark King) at ¶ 6].

11.     Before passing, many of the Decedents sent to Mark and Sarah King, the Directors of the Foundation, powers of attorney, codes to storage units, maps, and the intellectual property of Heaven's Gate.  The Decedents conveyed to the Kings the intellectual property, including the master copies of every work that had been created for Heaven's Gate. [Exhibit 6-A (February 13, 2023 Decl. of Mark King) at ¶ 7].

12.     Don Billings, a Public Administrator in the County of San Diego and Special Administrator of the decedents' estates, was appointed to administer "Summary Probate Proceedings provided for in [California] Probate Code § 7660 et seq." which were instituted for the decedents, and which were later consolidated into a single proceeding. [Exhibit 6-A (February 13, 2023 Decl. of Mark King) at ¶ 8].

13.     The Foundation filed a creditor's claim in connection with the consolidated and jointly administered probate proceedings for the Decedents, and a three-day trial ensued over the ownership of certain property, including the intellectual property being asserted in this case. [Exhibit 6-A (February 13, 2023 Decl. of Mark King) at ¶ 9; DE 227-1 at 19].

14.    In February 1999, the California Superior Court, which handled the probate proceedings, held that the intellectual property was not properly gifted by the decedents, even though there were powers of attorneys provided and a clear intent to convey the property.  A copy of the Superior Court of California's Statement of Decision dated February 22, 1999, is attached hereto as Exhibit 6-1. [Exhibit 6-A (February 13, 2023 Decl. of Mark King) at ¶ 10; Exhibit 6-2].

15.    The Foundation vehemently disagreed with this initial ruling by the California Superior Court since it was at odds with evidence presented during the three-day trial and the Foundation appealed. [Exhibit 6-A (February 13, 2023 Decl. of Mark King) at ¶ 11].

16.    After the appeal was filed, the Foundation and Mr. Billings, as Public Administrator for the County of San Diego and Personal Representative for the Combined Estates of the Decedents, entered into an agreement with Plaintiff that conveyed to Plaintiff all of the intellectual property rights. [Exhibit 6-A (February 13, 2023 Decl. of Mark King) at ¶ 12; Exhibit 6-2].

17.    The California Superior Court approved of the agreement.  A copy of the Superior Court of California, County of San Diego North County Branch Order Approving Agreement to Sell Estate Property and to Convey Trust Property to Trust Beneficiaries is attached hereto as Exhibit 2.  [Exhibit 6-A (February 13, 2023 Decl. of Mark King) at ¶ 13; Exhibit 6-2].

18.    The Superior Court of California's August 1999 Order confirmed the conveyance of "Intellectual Property" to Plaintiff.  [Exhibit 6-A (February 13, 2023 Decl. of Mark King) at ¶ 14; Exhibit 6-2 at 11:7-8].

19.    The agreement was binding on "the successors, heirs, administrators, assigns of each of the parties and beneficiaries of their respective estates." [Exhibit 6-A (February 13, 2023 Decl. of Mark King) at ¶ 15; Exhibit 6-2 at 5:10-12].

20.    In July 1999, the United States District Court for the Northern District of California entered a Consent Decree, a copy of which is attached hereto as Exhibit 6-3, that states that the Foundation has "exclusive rights and responsibility for ownership and management of the intellectual property of The Class/the Heaven's Gate group (including the numerous other names used by the group), including copyrights and trademarks to books, videotapes, audiotapes, CD's websites, letters, other documents, names and symbols." [Exhibit 6-A (February 13, 2023 Decl. of Mark King) at ¶ 16; Exhibit 6-3 at 3:6-9, ¶ 8]

21.    The Foundation holds various Copyright Registrations and Trademark Registrations, including those submitted with the Complaint. [Doc. 1-1 (copyright registration for the Audiotape Library of Heaven's Gate); Doc. 1-2 (copyright registration for "Beyond Human – the Last Call"); Doc. 1-3 (trademark registration no. 3,824,482); Doc. 1-4 (trademark registration no. 3,816,596); Doc. 1-5 (trademark registration no. 5,148,959); Doc. 1-6 (copyright registration for "the C.B.E. (Celestial Being Entity)"); Doc. 1-7 (copyright registration for "How and When 'Heaven's Gate' (the Door to the Physical Kingdom Level Above Human) May be Entered – an Anthology of Our Materials")]. [Exhibit 6-A (February 13, 2023 Decl. of Mark King) at ¶ 17; Exhibits 1-4; DE 132].

22.    Beginning in September 2021, Defendants Havel and Weaver started broadcasting audio from the Foundation's copyrighted material on their YouTube channel. [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 10].

23.    Defendants Havel and Weaver started broadcasting the audio works on the 3spm YouTube channel, which belongs to Mr. Havel but is operated by Mr. Havel and Ms. Weaver, and advertising these public performances on Havel's twitter channel.  [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 11].

24.     True and accurate representations of the advertisements of these public performances are shown below, along with the accurate URLs at which the advertisements were accessed, although some URLs may no longer work because Defendants have removed some online postings and/or made private online postings:



[Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 12; DE 20 (Answer of Stephen Havel) at 16-18, ¶ 40; DE 26 (Answer of Weaver) at 10-11, ¶ 40] (Previously available at: https://twitter.com/Sawyerdoti/status/1435464433388634116                     and https://twitter.com/Sawyerdoti/status/1433645089046376449 (last visited May 16, 2022)).

25.     Defendants Havel and Weaver have played the following audio tapes:

Tape No. 149 - Broadcast on YouTube 3spm channel on 11/08/21

Tape No. 263 - Broadcast on YouTube 3spm channel on 11/08/21

Tape No. 004 - Broadcast on YouTube 3spm channel on 11/08/21

Tape No. 030 - Broadcast on YouTube 3spm channel on 03/26/22

Tape No. 161 - Broadcast on YouTube 3spm channel on 04/08/22

Tape No. 156 - Broadcast on YouTube 3spm channel on 04/12/22

Tape No. 011 - Broadcast on YouTube 3spm channel on 04/13/22

Tape No. 054 - Broadcast on YouTube 3spm channel on 04/14/22

Tape No. 052 - Broadcast on YouTube 3spm channel on 04/17/22

Tape No. 050 - Broadcast on YouTube 3spm channel on 04/18/22

Tape No. 200 - Broadcast on YouTube 3spm channel on 04/19/22

Tape No. 201 - Broadcast on YouTube 3spm channel on 04/20/22

Tape No. 202 - Broadcast on YouTube 3spm channel on 04/21/22

Tape No. 203 - Broadcast on YouTube 3spm channel on 04/26/22

Tape No. 204 - Broadcast on YouTube 3spm channel on 04/27/22

[DE 1 at ¶ 51; DE 20 (Answer of Havel) at 24, ¶ 51 ("admit[ting] that these are some of the audio tape[s] [Mr. Havel] played for the public").]

26.    When these public performances of Plaintiff's copyrighted materials began in the Fall of 2021, Plaintiff demanded that Defendants stop infringing on Plaintiff's copyrights and Plaintiff sought to resolve this matter amicably.  [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 13].

27.    Defendants have refused all such overtures.  [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 14].

28.    Despite conversations between the Foundation and Defendants, Defendants have refused to stop airing YouTube videos incorporating the Foundation's copyrighted material. [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 15].

29.    The "3spm" YouTube channel has increased its use of the Foundation's copyrighted content in recent weeks playing numerous copies of the Foundation's copyrighted content, including audio tapes 204, 203, 202, 201, 200, 50, and 52—and repeatedly using Plaintiff's registered copyrighted "C.B.D." image, as shown here:



[Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 16] (https://www.youtube.com/c/3spmSwy/videos (last visited May 16, 2022)).

30.    As shown above, Ms. Weaver, also has control over the channel posting, for example, an entire video without Mr. Havel titled "I Quit Again." [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 16] (https://www.youtube.com/c/3spmSwy/videos (last visited May 16, 2022)).

31.    Mr. Havel and Ms. Weaver have also used the 3spm YouTube channel to disseminate the URLs of the copyrighted recordings that have been impermissibly uploaded to Google drive and made available by Defendants.  [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 17].

32.     On May 13, 2022's live stream, Defendant Weaver states: "There's several tapes, there are over 900-plus tapes available, audios, which we've been playing on the channel and if you email us we can give you a link to the google drive and point out specific tapes…"  [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 18]; this video was available at  https://www.youtube.com/watch?v=ld2l2JamEOY,  but has since been designated "private."  It was last visited May 16, 2022.

33.     On or about August 2021, Defendant Bartel posted an archive of the Foundation's copyrighted audio and video works online.  [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 19].

34.     This initial posting was subsequently taken down by a DMCA request. [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 20; DE 20, at 25 (avowing that "Bartel posted those audios on 4shared.com in 2021"); DE 35, at 15-16, ¶ 37 (admitting that "Plaintiff[] had shut down [Bartel's] 4shared account")].

35.     Following the removal of the archive, Mr. Bartel then created two additional archives on Google Drive that allow for individuals to freely download the Foundation's copyrighted material. [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 21; DE 9-1; *see also*  https://crlody.wordpress.com/2022/04/18/the-4shared-accts-have-been-shut-down-by-telah-but-the-google-drives-still-have-ti-and-dos-audio-tapes/.

36.     Mr. Bartel also encourages people to contact him for access to a third cache of the Foundation's copyrighted materials, on his personal blog. [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 21; DE 9-1]

37.     Below is a true and accurate copy of a posting by Mr. Bartel on his blog dated April 18, 2022, and was previously available at the URL shown below.

> **The 4shared accts have been shut down by TELAH but the google drives still have Ti and Do's audio tapes**
>
> Posted on April 18, 2022 by crlody
>
> Someone recently asked for access to the 4shared accts with the class' audio tapes. Mark King had them shut down for "copyright violations".
>
> All the tapes can be found here,
>
> https://drive.google.com/drive/u/2/folders/11Exo XaKa_mFbmHQvhSSuVBROeOMlwse3
>
> https://drive.google.com/drive/u/3/folders/1UpGPvvEKMKyVgZNZeW4XGKpcMxDocLpn
>
> One can send an e-mail to crlody@protonmail.com for access to a third drive.

[Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶¶ 22-23] *See* Doc. 9-1; *see also* https://crlody.wordpress.com/2022/04/18/the-4shared-accts-have-been-shut-down-by-telah-but-the-google-drives-still-have-ti-and-dos-audio-tapes/.

38.    On August 19, 2022, Mr. Bartel posted tapes 1-218 on his blog. [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶¶ 24; Exhibits 5-1 (copy of Mr. Bartel's post dated August 19, 2022); *see also* https://crlody.wordpress.com/2022/08/19/tapes-1-218-on-a-google-drive/ (last accessed on December 5, 2022); Exhibit 5-2 (a copy of the website that was linked to the August 19, 2022, blog post, which reflects that "CRL ODY" uploaded the audio tapes).

39. Mr. Bartel's Answer also describes his dissemination of Plaintiff's materials:

> Defendant admits that he uploaded audio works produced by the Group to multiple Google Drives and to 4shared for free download and Defendant further admits to providing the audio works produced by the Group to a College Professor on a thumb drive free of charge. Defendant further admits to placing 30 gigs of audio works produced by the Group on a private google drive and inviting many individuals, including one retired and one active College Professor, to access said audio works of the Group . . . .

[DE 35 (Bartel Answer) at 13-14, ¶ 30].

40.     On October 12, 2022, Mr. Bartel wrote a comment on a post that he uploaded to his blog on October 12, 2022, that "I'm getting sued for putting [Plaintiff's] tapes on free, file sharing sites." [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 25; Exhibit 5-3 (Mr. Bartel's post dated October 12, 2022); *see also* https://crlody.wordpress.com/2022/10/12/the-heavens-gate-book-on-sale-for-500-on-ebay-and-more-telah-copyrighted-merch/ (last accessed December 5, 2022).

41.     On October 19, 2022, Mr. Bartel posted on his blog:

> To hell with going dark.This [sic] archive of the [Heaven's Gate] audio tapes wouldn't be possible without the work of an individual who risked incurring the "legal" wrath of the incredibly petty couple Mark and Sarah King, these tapes belong to the world, not a Corporation formed six months after the class left this world[.]

[Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶¶ 26; *see also* Exhibit 5-4 (Mr. Bartel's post dated October 19, 2022); *see also* https://crlody.wordpress.com/2022/10/19/to-hell-with-going-dark-this-archive-of-the-class-audio-tapes-wouldnt-be-possible-without-the-work-of-an-individual-who-risked-incurring-the-legal-wrath-of-the-incredibly-petty-couple-mark-and/ (last accessed December 5, 2022)].

42.     Mr. Bartel's October 19, 2022, post contains a link to a website that contains an audio library of "Heaven's Gate Audio Tapes" and the website states "These files have been made available to me through an ex-member who goes by the name crlody. Here is their blog about The TELAH Foundation: https://crlody.wordpress.com/." [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 27; Exhibit 5-5(copy of the Website containing the "Heaven's Gate Audio Tapes," the link to which was within Mr. Bartel's post); *see also* https://archive.org/details/HPM-HeavensGateAudio (last accessed December 5, 2022)].

43.    Defendants Havel and Weaver have stated that they are working with Defendant Bartel to spread the Foundation's copyrighted material without the Foundation's permission.  As but one example, Havel and Weaver stated on Havel's website that:

> So just weeks ago, [a third party] who I had been in contact with on and off for years sent me the digitized audios, all in .mp3 format and I quickly sent them to [Defendant Bartel] and someone else who I know I can trust to be sure to upload them to the internet in mulitple [sic] places so that even if [the Foundation] somehow sue us it will be far too late to keep them from being available to those who want to listen to them.

[Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶¶ 28-29; *see* DE. 1-8 (Complaint Ex. H) at 4; [Doc. 20 (Defendant's Answer) at 12-13, ¶¶ 35-36].

44.    Mr. Havel "sen[t] Bartel (Carlan, aka Crlody) a thumb drive containing digitized audio tapes." [DE 20 (Havel's Answer) at 13, ¶ 35; DE 35 (Bartel Answer) at 13, ¶ 29].

45.    "Defendant [Bartel] was provided with 929 audio works in 2021 by Defendant Havel" and at a minimum "486" of those "Audio Works have been registered according to the copyright registration provided by Plaintiff[]."  [DE 35 (Bartel's Answer) at 9, ¶ 16]

46.    Mr. Havel "gave [Mr. Bartel] the thumb drive because [Mr. Havel] knew [Mr. Bartel], like [Mr. Havel], wanted those tapes for our own use and to share with others." [Doc. 20 (Havel's Answer) at 20, ¶ 45.]

47.    Mr. Bartel's Answer also "admits . . . that audio tapes produced by the Group were being sent to [Mr. Bartel] by Defendant Havel."  [DE 35 (Bartel Answer) at 13, ¶ 29]

48.    Mr. Havel admits to "play[ing] audio tapes" that were registered copyrights. [DE 20 (Havel's Answer) at 18, ¶ 40].

49.    Ms. Weaver stated "[she] began participating in [Mr. Havel's] live streams where [Ms. Weaver and Mr. Havel] played the audio tapes and we also decided to make

merchandise in the form of t-shirts." [DE (Letter from Havel and Weaver to Attorney) 39-1 at 23].

50. Ms. Weaver confirmed that she and Mr. Havel "repeatedly play[ed] audio tapes and s[old] t-shirts." [DE 39-1 (Letter from Havel and Weaver to Attorney) at 23].

51. Ms. Weaver stated that she and Mr. Havel have played "15 audio tapes on the live stream and [they] sold a total of 9 shirts at 32.50." [DE 39-1 (Letter from Havel and Weaver to Attorney) at 23]

52. Ms. Weaver stated that she and Mr. Havel "stopped selling the two shirt designs that contain what [Plaintiff] ha[s] finally proved via the exhibits [Plaintiff] presented with this lawsuit what [Plaintiff] ha[s] trademarked/copyrighted." [DE 39-1 (Letter from Havel and Weaver to Attorney) at 23]

53. The longer Plaintiff's copyrighted audio materials are available to download the less likely it is that the Foundation will be able to control the dissemination of its intellectual property. [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 30].

54. Defendants do not appear to have any intention of ceasing their copyright violations. [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶¶ 31].

55. On November 3, 2021, Defendants Weaver and Havel stated in their livestream on the 3spm YouTube channel that they would not stop distributing the copyrighted material and stated as follows:

> Weaver: "Everyone is going to have the tapes, and they can take and duplicate them."

> Havel: "How you going to stop people from doing that?"

> . . .

> Weaver: "…what's to say that the Next Level info won't go back under lock and key for another 24 years? Well, it's not. . . because, I'm not going to let that happen.

> Havel: "And a lot of people, actually who aren't going to let that happen."

[Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 32; This video was available at https://www.youtube.com/watch?v=NUzeenzlnuM, but has since been designated "private."]

56.    On January 27, 2022, in their YouTube video, Defendant Weaver stated that she would advise people to lie if asked to destroy unauthorized copies of the copyrighted material, as quoted below:

> "… [the files] are uploaded to a couple of different sites now actually, so, and it's great, keep them, I mean we shouldn't be saying that but… "Everybody destroy them, destroy them, wink, wink, don't really but say that you did…"

[Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 33; This video was available at https://www.youtube.com/watch?v=FlwOBIExXLc, but has since been designated "private."

57.    On March 28, 2022, in their YouTube video, Defendant Havel stated that, if forced to shutdown his channel, he would defy such a shutdown by creating a new channel that he would hide, as quoted below:

> "And, uh, I don't intend to let this channel come down. And, even if it did I would start another one and then they would have to find me and, uh, you know, shut me down.  This isn't the first attempt on this channel and it won't be the last."

[Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 34; This video was available at https://www.youtube.com/watch?v=mB8YOQSlg2Q, but has since been designated "private."]

58.    On April 8, 2022, in their YouTube video, Defendant Weaver encouraged people to email them to get copies of the copyrighted material, as follows:

> "Go ahead and email us . . . email us if you don't know where the tapes are . . . please email us and we'll direct you to them."

[Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 35; This video was available at https://www.youtube.com/watch?v=HNgOa0f4Bbw, but has since been designated "private."]

59.    On May 1, 2022, in their YouTube video (available at https://www.youtube.com/watch?v=GD5UwunEUsY), Defendant Havel acknowledged his role in the copyright infringement scheme and stated:

> "And, uh, and technically, um, they could hold me accountable for that, so I'm not going to say how many, I'm not gonna even try to guess, 'cus I don't remember.  Uh, but, um, 'cus I can take the fifth that it would tend to incriminate me. So I'll do that, uh, even thought they could probably hear this tape and say, "oh you say that."  So, I dunno. If that gets used against me, that's the way it goes.  **They're still not going to get any money from me and it's not going to stop the material from circulating, because we're all, [Bartel] and myself, Cathy, and [a third party], and other people are circulating the tapes."**

(Emphasis added). [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 36 (emphasis added) This video was available at https://www.youtube.com/watch?v=GD5UwunEUsY, but has since been designated "private."].

60.    On August 25, 2022, Mr. Bartel, aka Crlody, posted online "We made copies of the audio tapes and digitized them and put them on CD-ROMs. I still give away these CDs to this day."  This post has been taken down by Mr. Bartel.  [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 37].

61.    On October 7, 2022, Mr. Havel and Ms. Weaver broadcast a "live stream" on YouTube, during which time Mr. Havel stated "**maybe we'll lose, but that won't stop me and Kathy [Weaver] and [Mr. Bartel]** from telling the truth."  (Emphasis added). [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 38; *see* Exhibit 5-6 (screenshot reflecting that portion of the YouTube video and the transcript); *see also*

https://www.youtube.com/watch?v=GyR8J2D8f3g    at    54:01-54:09    (last    accessed December 5, 2022)].

62.    Later in Mr. Havel and Ms. Weaver's October 7, 2022, stream, the following statements were made:

> . Weaver: "Once it's done and whatever the outcome is, if its not favorable, we're out of here."
>
> Mr. Havel: "Right, but we don't know what we're going to do exactly."
>
> Ms. Weaver: "**We're gonna share the fucking information. I know I shouldn't say that**, but like you said-"
>
> Mr. Havel: "Well, yeah, **we're going to share the information one way or the other** –"
>
> Ms. Weaver: "**And they won't be able to touch us**."
>
> Mr. Havel: "You know, I'm not saying which information and how. Maybe it's just out of our mouths from our memories because they don't use that against us –"
>
> Ms. Weaver: "They're going to use everything against us. That's why their shady, shady lawyers wanted us to call so they can trip us up but we already know that we don't have to do that so –"
>
> Mr. Havel: "Right, we talked to the clerk today –"
>
> Ms. Weaver: "-Nanny nanny poo poo."

[Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 39; *see* Exhibit 5-7 (screenshot of that portion Mr. Havel and Ms. Weaver's October 7, 2022); *see also* https://www.youtube.com/watch?v=GyR8J2D8f3g    1:17:17-1:18:00    (last    accessed December 5, 2022)].

63.    On October 7, 2022, Mr. Bartel posted on his blog an entry titled "New Link for the audio tapes," which contained a link to hundreds of Heaven's Gate tapes, and stated, in part, "To hell with [Telah's Directors]." [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶¶ 40-41; *see* Exhibits 5-8 (October 7, 2022, blog post); and 5-9 (a copy of the

16

website that was linked in the blog post); *see also* https://crlody.wordpress.com/2022/10/07/new-link-for-the-audio-tapes/; *see also* https://archive.org/details/HPM-HeavensGateAudio (last accessed December 5, 2022).

64.    The website containing hundreds of Heaven's Gate Tapes that was linked in Mr. Bartel's October 7, 2022, blog post states that "These files have been made available to me through an ex-member who goes by the name crlody."  [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 41; Exhibit 5-9].

65.    On October 19, 2022, Mr. Bartel announced, "To hell with going dark," while simultaneously sharing Plaintiff's copyrighted materials.  [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 42].

66.    On November 3, 2022, Mr. Havel and Ms. Weaver broadcast a "live stream" on YouTube, during which time Ms. Weaver stated "like they instigated this again right because we sold nine shirts and played less than 13 audios for free."  [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 43; *see* Exhibit 5-10 (Screenshot of Mr. Havel and Ms. Weaver's October 7, 2022, "live stream" on YouTube reflecting transcript from 2:07:35 to 2:08:52); *see also* https://www.youtube.com/watch?v=ukk5XOCFyMU at 2:07:54 (last accessed December 5, 2022).

67.    On November 28, 2022, Mr. Bartel published a blog post titled "What [Plaintiff's Directors] don't want others to hear on the class' audio tapes," while simultaneously sharing Plaintiff's copyrighted materials. [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 44; Exhibit 5-11 (November 28, 2022, blog post); and 5-12 (the website that was linked in the blog post); *see also* https://crlody.wordpress.com/2022/11/28/what-mark-and-sarah-king-dont-want-others-to-hear-on-the-class-audio-tapes/ (last accessed December 5, 2022); *see also* https://archive.org/details/HPM-HeavensGateAudio (last accessed December 5, 2022).

68.    On November 28, 2022, Mr. Bartel published a blog post titled "What [Plaintiff's Directors] don't want others to hear on the class' audio tapes," while simultaneously sharing Plaintiff's copyrighted materials. [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 50; Exhibit 5-17 and 5-18.]

69.    On January 16, 2023, Mr. Bartel published a blog post in which Mr. Bartel gives "[t]hanks to all who have tried to disseminate" the "audio tapes" and for "stand[ing] up" to the "Telah Foundation." [Exhibit 5-A (January 22, 2023 Decl. of Mark King) at ¶ 51; Exhibit 5-19].

70.    During a YouTube "live stream" that Mr. Havel and Ms. Weaver hosted on January 28, 2023, Mr. Havel stated that he and Ms. Weaver would not "go[] away" if the YouTube channel was "taken down," that he may move the sharing of information to platforms such as Telegram or Rumble, and provided directions for the audience to "look for [Mr. Havel and Ms. Weaver]." [Exhibit 7-A (February 28, 2023 Decl. of Mark King) at ¶ 6; Exhibit 7-1 (screenshot of Mr. Havel and Ms. Weaver's January 28, 2023, "live stream" on YouTube reflecting transcript from 1:59:24 to 2:00:20); *see also* https://www.youtube.com/watch?v=ubNg4EmZg_8 at 1:59:24 (last accessed February 27, 2023)].

71.    At a later point during the January 28, 2023, live stream, Mr. Havel discussed his "commitment to uh doing these live streams" and "sharing" the "information." [Exhibit 7-A (February 28, 2023 Decl. of Mark King) at ¶ 7; Exhibit 7-2 (screenshot of Mr. Havel and Ms. Weaver's January 28, 2023, "live stream" on YouTube reflecting transcript from 2:19:00 to 2:19:53; *see also* https://www.youtube.com/watch?v=ubNg4EmZg_8 at 2:19:00 (last accessed February 27, 2023)].

72.    During the live stream, Ms. Weaver wore a shirt on which the words "Heaven's Gate" were written in a particular design that Plaintiff has trademarked.

[Exhibit 7-A (February 28, 2023 Decl. of Mark King) at ¶ 8; *Compare* Exhibit 7-2 *with* Doc. 1-5 at 2].

73.     The lawsuit that Plaintiff has brought against Mr. Havel and his co-Defendants has not caused Mr. Havel to stop circulating Plaintiff's copyrighted materials. [Exhibit 7-A (February 28, 2023 Decl. of Mark King) at ¶ 9].

74.     For example, on December 17, 2022, Mr. Havel was paid to perform at a "Heaven's Gate Re-Examined" event at a venue in Georgia called the "Lodge of Sorrows," during which time he played "the Final Exit Video." [Exhibit 7-A (February 28, 2023 Decl. of Mark King) at ¶ 10].

75.     Plaintiff is the owner of "the Final Exit Video."  [Exhibit 7-A (February 28, 2023 Decl. of Mark King) at ¶ 11].

76.     Attached hereto as Exhibit 7-3 is a printout from the "Lodge of Sorrows" Instagram posting dated December 17, 2022, that promotes the "Heaven's Gate Re-Examined" event and the playing of "the Final Exit Video. [Exhibit 7-A (February 28, 2023 Decl. of Mark King) at ¶ 12; Exhibit 7-3].

77.     The "Heaven's Gate Re-Examined" event was live streamed on December 17, 2022, on the 3spm YouTube channel belonging to Mr. Havel that he and Ms. Weaver operate.  [Exhibit 7-A (February 28, 2023 Decl. of Mark King) at ¶ 13; *see also* https://www.youtube.com/watch?v=zU2c5mcPMqg (last accessed February 28, 2023)].

78.     The Final Exit Video played for approximately one and one-half hours. [Exhibit 7-A (February 28, 2023 Decl. of Mark King) at ¶ 14; Exhibits 7-4 (screenshot of the December 17, 2022, YouTube live stream at the 2:41:51 mark) and 7-5 (screenshot of the December 17, 2022, YouTube live stream at the 4:10:12 mark)].

79.     In the December 17, 2022, live stream's comment section, Mr. Havel responded to a comment that stated "what a great event…jealous of all who attended" by

saying "we are hoping to do more all over the country. This feels like the right thing to do." [Exhibit 7-A (February 28, 2023 Decl. of Mark King) at ¶ 15; Exhibit 7-6 (screenshot)].

80.    Ms. Weaver, through her username "cathysouthwestern," also replied that "We are in talks to have another one coming up next May, it will be in Chicago this time!" [Exhibit 7-A (February 28, 2023 Decl. of Mark King) at ¶ 16; Exhibit 7-6 (screenshot)].

81.    In the December 17, 2022, live stream's comment section, Mr. Havel wrote, in part, "Wish we would have livestreamed starting at the museum earlier in the day when we had a little meeting around the Heavens Gate part of the museum with DO's voice playing and his face showing from a Beyond Human tape in the background the entire time." [Exhibit 7-A (February 28, 2023 Decl. of Mark King) at ¶ 17; Exhibit 7-7 (screenshot)].

82.    Beyond Human is a copyrighted work owned by Plaintiff. [Exhibit 7-A (February 28, 2023 Decl. of Mark King) at ¶ 18; Exhibit 2; DE 1-2; DE 132-2].

83.    Ms. Weaver also stated that she and Mr. Havel "are looking at doing another one in Chicago in May!" [Exhibit 7-A (February 28, 2023 Decl. of Mark King) at ¶ 19; Exhibit 7-7 (screenshot)].

84.    Mr. Havel and Ms. Weaver were both paid for participating in the "Heaven's Gate Re-Examined" event on December 17, 2022. [Exhibit 7-A (February 28, 2023 Decl. of Mark King) at ¶ 20].

85.    When interviewed, Mr. Havel and Ms. Weaver stated that the "Heaven's Gate Re-Examined" event was "the first paid event [Mr. Havel and Ms. Weaver had] done." [Exhibit 7-A (February 28, 2023 Decl. of Mark King) at ¶ 21; Exhibit 7-8 (screenshot); *see also* https://www.youtube.com/watch?v=L33X-dISk8I (last accessed February 28, 2023)].

86.    Defendant Weaver admitted to recording chapters from the Literary Work to create an audio book.

> 48. Upon information and belief, Co-Defendants Steven Havel and Cathy Weaver have created or are creating an audio book version of a the Literary Work owned.
>
> **ANSWER: Defendant admits recording some chapters from the Literary Work however Defendant claims Fair Use as the Literary Work is in the Public Domain and Plaintiffs offer the Literary Work free of charge via download on the website they maintain. Defendant has also marked the channel in question as private upon learning of this lawsuit so it is no longer accessible by the public.**

[DE 26 (Weaver's Answer to Complaint) at ¶48 (page13).]

Respectfully Submitted October 31, 2025.

**MESSNER REEVES, LLP**

By: */s/ Isaac S. Crum*
MESSNER REEVES LLP
Isaac S. Crum
(Pro Hac Vice)
icrum@messner.com
*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 31, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the parties listed below. A copy of this filing will also be sent via U.S. mail and email.

Cathy Weaver                                    Jason Bartel
5776 Grape Road, Ste 51             N4051 26th Lane
PMB #121                                        Redgranite, WI 54970-7087
Mishawaka, IN 46545                    jason_bartel@unioncab.com
sawcat575@gmail.com

Steven Robert Havel
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

By:___/s/ *Isaac S. Crum*_____