# Exhibit 2

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

## FORM PA
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE
REG: **PA 867-224**



EFFECTIVE DATE OF REGISTRATION
**SEP 22 1997**
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
"BEYOND HUMAN - THE LAST CALL"

PREVIOUS OR ALTERNATIVE TITLES ▼
Audiovisual work

NATURE OF THIS WORK ▼ See Instructions

*

**2 a** NAME OF AUTHOR ▼
Total Overcomers Anonymous, a.k.a. T.O.A.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
     Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work

**NOTE** Under the law...

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1992 ◀ Year In all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month ▶ January   Day ▶ 11   Year ▶ 1992
United States of America ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
The Telah Foundation
4757 E. Greenway Road, #103
Phoenix, AZ 85032

APPLICATION RECEIVED
SEP 22 1997
ONE DEPOSIT RECEIVED
SEP 22 1997   ½"VT/D
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
pursuant to assignments

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

                                          EXAMINED BY                              FORM PA
                                          CHECKED BY

                                          ☐ CORRESPONDENCE          FOR
                                              Yes                   COPYRIGHT
                                                                    OFFICE
                                                                    USE
                                                                    ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼           Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                              Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Jerome E. Weinstein, Esq.
Weinstein and Hart
9777 Wilshire Blvd., Suite 1009
Beverly Hills, CA 90212-1901
           Area Code and Telephone Number ▶ (310) 274-7157

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☒ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
The Telah Foundation,                                    date ▶ 9/10/97
by Mark King, President

Handwritten signature (X) ▼
/s/ Mark King

**8**

MAIL
CERTIFI-
CATE TO

Name ▼
Jerome E. Weinstein, Esq.
Weinstein and Hart
Number/Street/Apartment Number ▼
9777 Wilshire Blvd., Suite 1009
City/State/ZIP ▼
Beverly Hills, CA 90212-1901

Certificate
will be
mailed in
window
envelope

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

1993—300,000   ♺ PRINTED ON RECYCLED PAPER                                     ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,017

– The Last Call
VHS
T.O.A.
Beyond Human
– The Last Call
1 Hr. 35 Min.
VHS
T.O.A.
Beyond Human
– The Last Call
2 Hours
VHS
T.O.A.
Beyond Human
– The Last Call
2 Hours
VHS
T.O.A.
Beyond Human
– The Last Call
2 Hours
VHS
T.O.A.
Beyond Human
– The Last Call
2 Hours
VHS
T.O.A.
Beyond Human
– The Last Call
2 Hours
VHS