## Index of Exhibits

**Exhibit A-  E-mail from Plaintiff's former Attorney Daniel Marks**

**Exhibit B-  E-mail from Plaintiff's Attorney Isaac S. Crum**

**Exhibit C-  Page 1 of Motion For Rule 11 Sanctions Against Defendant Bartel**

# EXHIBIT A

**UNION CAB** of Madison
WORKER OWNED AND OPERATED

Jason Bartel <jason_bartel@unioncab.com>

---

## Telah Foundation adv. Havel, et al. - Renewed Request for Rule 26(f) Conference

**Daniel L. Marks** <DMarks@messner.com>                                        Thu, Oct 6, 2022 at 5:38 PM
To: "jasonbartel@unioncab.com" <jasonbartel@unioncab.com>, "sawcat575@gmail.com" <sawcat575@gmail.com>,
"jason_bartel@unioncab.com" <jason_bartel@unioncab.com>
Cc: Isaac Crum <ICrum@messner.com>, Mary Willson <MWillson@messner.com>

Stephen, Cathy, and Jason,


We are contacting you all to coordinate a telephonic Rule 26(f) conference, which is mandatory per Rule 26 of the Federal Rules of Civil Procedure.  For your convenience, we are attaching a copy of Rule 26 so that each of you are familiar with the Rule and your obligations as a litigant. We encourage you to familiarize yourself with the Rules as this matter proceeds because a self-represented litigant is held to the same standards as an attorney.


Please let us know if you are available during any of the following dates/times:


1. Friday, October 7, 2022:
   a. 12:30 p.m. AZ time / 2:30 p.m. WI time / 3:30 p.m. Eastern time
   b. 1:00 p.m. AZ time / 3:00 p.m. WI time / 4:00 p.m. Eastern time
   c. 1:30 p.m. AZ time / 3:30 p.m. WI time / 4:30 p.m. Eastern time
   d. 2:00 p.m. AZ time / 4:00 p.m. WI time / 5:00 p.m. Eastern time
   e. 2:30 p.m. AZ time / 4:30 p.m. WI time / 5:30 p.m. Eastern time
   f. 3:00 p.m. AZ time / 5:00 p.m. WI time / 6:00 p.m. Eastern time
   g. 3:30 p.m. AZ time / 5:30 p.m. WI time / 6:30 p.m. Eastern time
2. Monday, October 10, 2022:
   a. 12:30 p.m. AZ time / 2:30 p.m. WI time / 3:30 p.m. Eastern time
   b. 1:00 p.m. AZ time / 3:00 p.m. WI time / 4:00 p.m. Eastern time
   c. 1:30 p.m. AZ time / 3:30 p.m. WI time / 4:30 p.m. Eastern time
   d. 2:00 p.m. AZ time / 4:00 p.m. WI time / 5:00 p.m. Eastern time
   e. 2:30 p.m. AZ time / 4:30 p.m. WI time / 5:30 p.m. Eastern time
   f. 3:00 p.m. AZ time / 5:00 p.m. WI time / 6:00 p.m. Eastern time
   g. 3:30 p.m. AZ time / 5:30 p.m. WI time / 6:30 p.m. Eastern time
3. Tuesday, October 11, 2022:
   a. 12:30 p.m. AZ time / 2:30 p.m. WI time / 3:30 p.m. Eastern time
   b. 1:00 p.m. AZ time / 3:00 p.m. WI time / 4:00 p.m. Eastern time
   c. 1:30 p.m. AZ time / 3:30 p.m. WI time / 4:30 p.m. Eastern time
   d. 2:00 p.m. AZ time / 4:00 p.m. WI time / 5:00 p.m. Eastern time
   e. 2:30 p.m. AZ time / 4:30 p.m. WI time / 5:30 p.m. Eastern time
   f. 3:00 p.m. AZ time / 5:00 p.m. WI time / 6:00 p.m. Eastern time
   g. 3:30 p.m. AZ time / 5:30 p.m. WI time / 6:30 p.m. Eastern time

10/25/25, 1:56 PM          Union Cab of Madison Cooperative Mail - Telah Foundation adv. Havel, et al. - Renewed Request for Rule 26(f) Conference

USDC IN/ND case 3:22-cv-00395-DRL-SJF      document 248-1      filed 10/30/25      page 4 of 8

4. Wednesday, October 12, 2022:

    a. Any time between 9:00 a.m. AZ time and 5:00 p.m. AZ time (7:00 p.m. WI Time, 8:00 p.m. Eastern)

Once we have an agreed upon date and time, we will circulate a call-in number so that everyone can participate.

This is our first request for such a conference with respect to Jason, and part of an ongoing request for the participation of Stephen and Cathy, who have previously refused to participate in a Rule 26(f) conference.   Please note that if any party refuses to participate in this process, we will need to notify the Court and will request appropriate sanctions, including dismissal of any counterclaims, default judgment, and any other relief that is appropriate.

Thank you,

Danny

DANNY MARKS

Attorney

**D:** 602.635.4016    **E:** dmarks@messner.com

7250 N 16th Street, Suite 410, Phoenix, AZ 85020

https://www.messner.com

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

# EXHIBIT B

USDC IN/ND case 3:22-cv-00395-DRL-SJF     document 248-1     filed 10/30/25     page 6 of 8

UNION CAB of Madison

Jason Bartel <jason_bartel@unioncab.com>

## Telah Foundation adv. Havel, et al. - Renewed Request for Rule 26(f) Conference

**Isaac Crum** <ICrum@messner.com>                                     Thu, Oct 6, 2022 at 7:11 PM
To: Sawyer Cathy <sawcat575@gmail.com>, "Daniel L. Marks" <DMarks@messner.com>
Cc: Mary Willson <MWillson@messner.com>, "jason_bartel@unioncab.com" <jason_bartel@unioncab.com>

Danny works with me, so please feel free to treat his emails as if they came from me. (Also, as you can clearly see, I am cc-ed on these emails.) Please let us know if you are standing by your previous desire to not talk on the phone and we will let the Court know. Alternatively, we would appreciate it if you could pick a time from those listed below that works to discuss scheduling for this matter.

Thank you,

ISAAC S. CRUM

Partner
**Messner Reeves LLP**

**D:** 602.641.6705 **O:** 602.457.5059 **E:** icrum@messner.com

[Quoted text hidden]

# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation, | |
| Plaintiff, | CASE NO. 3:22-CV-395-DRL-SJF |
| v. | |
| Stephen Robert Havel, Cathy JoAnn Weaver, Jason Bartel, | |
| Defendants. | |

**MOTION FOR RULE 11 SANCTIONS AGAINST DEFENDANT BARTEL**

Mr. Bartel must be sanctioned.  Throughout this case's three-year history, Mr. Bartel's sole involvement has been to push the same baseless and already-rejected arguments over-and-over-and-over-and-over.  This is all done despite the fact that they are unsupported by any law or legal analysis.  These baseless arguments are, of course, the arguments that (1) Plaintiff's Officers, Mark and Sarah King need to be joined in this case, and (2) that Plaintiff does not really exist based on a perceived typographical error.  The latest regurgitation of these arguments are in the five motions, listed below, filed by Mr. Bartel that are currently pending with the Court:

1. Motion for Required Joinder of Parties [DE 228]

2. Motion for Required Joinder of Parties [DE 235]

3. Motion for Leave to Amend Counterclaims [DE 229]

4. Motion for Leave to Amend Counterclaims [DE 236]

5. Motion for Summary Judgment [DE 227]

1