UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE
HUMAN FOUNDATION,

  Plaintiff,

v.

STEVEN ROBERT HAVEL, et al.,

  Defendants

CASE NO. 3:22-CV-395-DRL-SJF

### DEFENDANT BARTEL'S STATUS REPORT

In accordance with the Court's October 22, 2025 Scheduling Order Defendant Bartel submits the following status report.

(a) status of settlement negotiations, mediation, or other alternative process;

There are no settlement negotiations or mediation between Defendant Bartel and Plaintiff.

(b) likelihood and scope of any dispositive motion;

Defendant served Plaintiff with a Motion For Summary Judgment on September 25, 2025 via certified mail. Defendant filed the Motion For Summary Judgment as well as proof of service on Plaintiff with the Court on October 2, 2025[DE 227]. Defendant filed a Motion For Summary Judgment in accordance with Federal and Local rules but Defendant failed to see the presider's instructions regarding summary judgment filings. Therefore, Defendant did not meet and confer with Plaintiff before filing a Motion For Summary Judgment due to Defendant's oversight of the presider's instructions regarding a Summary Judgment Motion. Defendant became aware of the presider's instructions after seeing the Court's scheduling Order on PACER on October 25,

1

2025. Defendant's Motion For Summary Judgment clearly demonstrates with facts, evidence, law and legal arguments that Plaintiff does not own the copyright registration certificates in Plaintiff's Exhibits A, B, F & G. Therefore, Defendant Bartel is not guilty of any claims of copyright infringement by Plaintiff. Defendant has filed a Motion To Waive Meet And Confer Requirement along with Defendant's Status Report.

(c) need for oral argument on any dispositive motion;

Defendant does not foresee a need for any oral arguments regarding Defendant's Motion For Summary Judgment.

(d) claims to be tried absent any dispositive motion ruling;

Defendant has filed a Motion For Leave To Second Amended Counterclaim. Defendant has also filed a Motion For Required Joinder Of Parties.

(e) need for the court to resolve any choice of law issues;

Defendant does not foresee a need for the Court to resolve any choice of law issues.

(f) duration of the anticipated trial;

Defendant does not foresee a need for a trial in this case.

(g) unique issues that may arise for trial, including for instance severance, bifurcation, special verdict forms, witness accommodations, interpreters, and the like that may impact preparations or scheduling;

Defendant does not foresee a need for a trial in this case and therefore does not see any unique issues arising during a trial.

(h) number of anticipated experts and a concise précis of anticipated opinion testimony limited to the proposed expert's name, specific area of expertise, and no more than five sentences summarizing anticipated opinions;

Defendant does not foresee a need for a trial in this case and therefore does not see a need

for any testimony.

(i) likelihood and scope of any anticipated motion under Fed. R. Evid. 702 and Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993), whether that motion may impact summary judgment, and need for any related evidentiary hearing;

Defendant does not foresee a likelihood of filing a motion under Fed. R. Evid. 702 and Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993).

(j) any other matters that would assist the court in preparing for the conference, final scheduling, and trial

Defendant was served by Plaintiff via email with a Motion For Sanctions under Rule 11 on

October 20, 2025. Defendant responded to Plaintiff with an email.

Respectfully submitted, 10/27/2025

Jason Bartel
N4051 26th LN.
Redgranite, WI 54970

*/s/ Jason Bartel*

**FROM:** Jason Bartel
N4051 26th LN.
Redgranite, WI 54970

**TO:** U.S. District Court
Att: Clerk of Court
204 S. Main St.
South Bend, IN
46601

USPS PRIORITY MAIL
US POSTAGE PAID $11.90
Origin: 54982
10/27/25
5687100990-8

0 Lb 4.60 Oz
RDC 03
EXPECTED DELIVERY DAY: 10/30/25
C005

SHIP TO:
204 S MAIN ST
SOUTH BEND IN 46601-2122

USPS TRACKING #
9505 5100 2061 5300 6842 04