# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF INDIANA

### SOUTH BEND DIVISION

The Evolutionary Level Above Human Foundation,

    Plaintiff

        v.

Stephen Robert Havel,

Cathy Joann Weaver,

Jason Bartel

    Pro Se Defendants

CASE NO. 3:22-CV-395-DRL-SJF



-FILED-

NOV 06 2025

At_____

Chanda J. Berta, Clerk — M

U.S. DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

**EMERGENCY NOTICE OF PRIVACY VIOLATION AND REQUEST TO STRIKE**

1. Defendant Cathy Weaver ("Weaver"), appearing pro se, respectfully submits this Emergency Notice. Plaintiffs' recently filed Exhibit 5 to their Motion for Summary Judgment (Dkt. 246-5, filed October 31, 2025) and it reproduces **Weaver's bankruptcy petition** (Voluntary Petition for Individuals Filing for Bankruptcy) containing her:

   (a) **personal residential address ([street info omitted]) in Exhibit 5 on page 76 and**

   (b) **last four digits of her Social Security number in Exhibit 5 on page 75**

1

which is in **violation of Federal Rule of Civil Procedure 5.2(a)** and **this Court's prior Order (Dkt. 117, entered June 16, 2023)** granting Weaver's reformed motion for redaction.

2. While seeing Weaver's address and 4 digits of her social security number shown in her Bankruptcy filing in Plaintiffs Summary Judgement – Exhibit 5 (Point 1 above), Weaver realized the **4 digits of her Social Security number had not been redacted by Plaintiffs** in their redacted filing noted as **Dkt. 119 Brief re 118 Redacted MOTION for Preliminary Injunction by Plaintiff (Attachments: #1 Exhibit)  Entered: 06/29/2023**. This is also in violation of Federal Rule of Civil Procedure 5.2(a) and this Court's prior Order (Dkt. 117, entered June 16, 2023) granting Weaver's reformed motion for redaction.

3. The disclosure of personal identifiers in public filings poses an immediate privacy and safety risk. Rule 5.2(a)(1)–(4) strictly prohibits the inclusion of full addresses and requires that only the last two digits of a Social Security number appear in any public court record.

4. Judge Gotsch has already ruled on this issue and directed the Clerk to strike a similar filing that contained Weaver's address, explicitly warning Plaintiffs about future violations. The Court stated:

> "The Court notes that Plaintiffs have filed a document containing personal identifying information belonging to Defendant Cathy Weaver, including her residential address. The Clerk is directed to STRIKE the attachment containing this information from the record.

The Court reminds the parties that Federal Rule of Civil Procedure 5.2 prohibits the inclusion of personal identifiers in public filings, including full addresses and Social Security numbers, and that continued noncompliance may result in sanctions or further protective measures." — Order of Magistrate Judge Michael G. Goetsch, June 16, 2023.

5. Weaver wishes to notify the court that after Plaintiff published Weaver's address in their initial complaint of May of 2021 she became fearful so moved out of that house. Approximately a year later the front porch and bedroom where Weaver lived was burned beyond recognition proving there is a security issue with publishing her personal address.

6. Despite this clear directive, Plaintiffs have repeated the same violation and this amounts to abuse of Weaver and another of the many reasons she should be Dismissed from the case.

7. Defendant respectfully requests that the Court:

   (a) Direct the Clerk to **Strike or seal** the offending filing Exhibit 5 to their Motion for Summary Judgment (Dkt. 246-5, filed October 31, 2025) from the public docket immediately and

   (b) Order Plaintiffs to refile a properly redacted version of Dkt. 246-5, filed October 31, 2025 to prevent further dissemination and

   (c) Direct the Clerk to **Strike or seal** Plaintiffs **Dkt. 119 Brief re 118 Redacted MOTION for Preliminary Injunction by Plaintiff (Attachments: #1 Exhibit) Entered: 06/29/2023** and

(d) Order Plaintiffs to refile **Dkt. 119 Brief re 118 Redacted MOTION for Preliminary Injunction by Plaintiff (Attachments: #1 Exhibit)  Entered: 06/29/2023** and

(e) Order Plaintiffs and their counsel to strictly comply with Rule 5.2(a) going forward; and

(f) Issue an admonishment and sanction and protective order as appropriate for repeated violation of the Court's protective ruling and to prevent continued misuse of Defendant's private information.

Respectfully submitted,

Dated: 11/3/2025

_Cathy Weaver_

Cathy Weaver, Defendant, *Pro Se*

5776 Grape Rd.

Suite 51

PMB# 121

Mishawaka, IN. 46545

Sawcat575@gmail.com

PRESS FIRMLY TO SEAL

**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

This package is made from post-consumer waste. Please recycle - again.

### UNITED STATES POSTAL SERVICE.     *Retail*

**PRIORITY® MAIL**

| **P** | **US POSTAGE PAID** |
|---|---|
| | $11.90  Origin: 31401  11/03/25  1278150701-52 |

**PRIORITY MAIL®**

0 Lb 2.20 Oz

**RDC 03**

EXPECTED DELIVERY DAY:   11/07/25

C005

SHIP TO:

204 S MAIN ST
SOUTH BEND IN 46601-2122

**USPS TRACKING® #**



9505 5124 3508 5307 5848 38

...se.

(restrictions apply).*

and many international destinations.

on form is required.

claims exclusions see the

lability and limitations of coverage.

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



### UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



FROM: Cathy Weaver
5776 Grape Rd
STE # 51 PMB# 121
Mishawaka, IN. 46545

TO:

Robert Grant Federal Courthouse
204 S. Main St.
South Bend IN. 46601

Label 228, December 2023     **FOR DOMESTIC AND INTERNATIONAL USE**