UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation,<br><br>                  Plaintiff,<br>    v.<br><br>Stephen Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>                  Defendants. | CASE NO. 3:22-CV-395-DRL-SJF |

**PLAINTIFF'S OPPOSITION TO MS. WEAVER'S
EMERGENCY MOTION TO STRIKE**

Plaintiff The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation ("The Foundation") hereby opposes Defendant Cathy Weaver's "Emergency Notice of Privacy Violation and Request to Strike." [DE 251 ("Motion").] The Court should deny the Motion for the reasons stated below.

**I.   Ms. Weaver's Motion Misstates Fed. R. Civ. P. 5.2 and Plaintiff's Filings are in Compliance with Rule 5.2.**

Ms. Weaver's Emergency Motion argues that Plaintiff has violated Rule 5.2 by not redacting the last four digits of her social security number and her old address from an exhibit to Plaintiff's Motion for Summary Judgment [DE 246-5 at 75 and 76]. There, however, has been no violation. Rule 5.2 states:

> (a) Redacted Filings. Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only:

1

> (1) the last four digits of the social-security number and taxpayer-identification number;
>
> (2) the year of the individual's birth;
>
> (3) the minor's initials; and
>
> (4) the last four digits of the financial-account number.

Fed. R. Civ. P. 5.2(a). Thus, on its face, the Rule *allows* filings to include the last four digits of a social security number. Further, the Rule says *nothing* about requiring redaction of old addresses. Ms. Weaver is simply wrong when she states that "Rule 5.2(a)(1)-(4) strictly prohibits the inclusion of full addresses and requires that only the last two digits of a [s]ocial [s]ecurity number appear in any public court record." (Motion, 2.) That argument is entirely wrong and appears to be entirely fabricated. The Exhibit to Plaintiff's Summary Judgment Motion, which shows only the last four digits and contains an old address, is in compliance with the applicable Federal Rule.

### II. The Document At Issue Has Been Publicly Available For Over 2 Years and Was Publicly Filed by Ms. Weaver.

Even if there were some requirement to redact either the last four digits of Ms. Weaver's social security number or her old address, that requirement would not apply in this case. That is because the document which contains this information was *voluntarily filed by Ms. Weaver* in her bankruptcy proceeding where she filed it without redaction and not under seal. Federal Rule of Civil Procedure 5.2(h) is clear that "A person waives the protection of Rule 5.2(a) as to the person's own information by filing it without redaction and not under seal." Here, Ms. Weaver has voluntarily filed this exact document with the United States Bankruptcy Court for the Northern District of Indiana. It is available on Pacer for the entire world to download, in this exact form without any redactions, as part of Bankruptcy Petition No. 22-31102-pes, at the following link: https://ecf.innb.uscourts.gov/doc1/070033275524 (last accessed November 6, 2025). This

document has been available for public access since October 27, 2022—for over three years. In that time, Ms. Weaver has taken no steps to try to seal or redact this exact information. As a result, Rule 5.2(h) is clear that Ms. Weaver has waived any protection otherwise afforded under Rule 5.2(a).

### III.  Ms. Weaver's Quotation from This Court's June 16, 2023 Order

Ms. Weaver's Emergency Motion also represents that it contains a quote from the "Order of Magistrate Judge Michael G. Goetsch, June 16, 2023." (*See* Motion 2–3.) Plaintiff has reviewed this Court's June 16, 2023 Order, which is Docket Entry No. 117. Plaintiff cannot find the alleged quoted language anywhere in that Order.[1] Indeed, disproving the alleged quotation, the Court in that Order ***did not*** "Strike" Plaintiff's earlier filing. [*See* DE 117 at 2.] The Court also did not hold that Rule 5.2(a) included "full addresses". *Id.* And, finally, the Court did not set any orders as to future filings. *Id.* All of that appears to have been fabricated by Ms. Weaver. To the contrary, the Order reflects only the parties' mutual agreement (reached during the June 14, 2023 status conference) to seal the earlier Motion, with Plaintiff to file a redacted copy publicly. *Id.*

This Court's previous order likewise did not order the redaction of the last four digits of Ms. Weaver's social security number. *Id.* Instead, this Court's June 16, 2023 order only referenced Ms. Weaver's "personal address", which was redacted in the subsequent filing. *See* DE 119. It is not clear what basis Ms. Weaver would have to argue

---

[1] After reviewing Ms. Weaver's motion and reading the alleged quotation, undersigned counsel emailed Ms. Weaver (at 1:49 PM MST on November 6, 2025) asking what document the quotation came from, since undersigned could not find the quotation in DE 117. The next day, at around 9:31 AM MST on November 7, 2025, just before Plaintiff filed this opposition, Ms. Weaver responded to Plaintiff's email with a draft "notice of clarification" which she indicated she intends to file with the Court. The notice attributes the fabricated quotation to the use of artificial intelligence.

3

for the redaction of the last four digits of a social security number, when the inclusion of the last four digits is explicitly authorized under Fed. R. Civ. P. 5.2(a).

**IV.     Conclusion**

For the reasons stated above, Ms. Weaver's Emergency Motion is meritless and should be denied.

Respectfully Submitted November 7, 2025.

**MESSNER REEVES, LLP**

By: */s/ Isaac S. Crum*
    MESSNER REEVES LLP
    Isaac S. Crum
    (Pro Hac Vice)
    icrum@messner.com
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 7, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the parties listed below. A copy of this filing will also be sent via U.S. mail and email.

Cathy Weaver  
5776 Grape Road, Ste 51  
PMB #121  
Mishawaka, IN 46545  
sawcat575@gmail.com  

Jason Bartel  
N4051 26th Lane  
Redgranite, WI 54970-7087  
jason_bartel@unioncab.com  

Steven Robert Havel  
5776 Grape Road, Ste 51  
PMB #121  
Mishawaka, IN 46545  
sawcat575@gmail.com  

By: /s/ *Isaac S. Crum*