# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF INDIANA

## SOUTH BEND DIVISION

The Evolutionary Level Above Human Foundation,

     Plaintiff                               CASE NO. 3:22-CV-395-DRL-SJF

            v.

Stephen Robert Havel,

Cathy Joann Weaver,

Jason Bartel

     Pro Se Defendants

## DEFENDANT CATHY JOANN WEAVER'S PRETRIAL STATUS REPORT

---

### a) Settlement Status

The parties have not reached a settlement. Ms. Weaver tried repeatedly to reach a settlement and Plaintiffs required she leave Havel and never speak publicly about this Heaven's Gate information again, the email exchanges with Mark King and with Plaintiff's council Isaac Crum that she provided in her Motion to Dismiss Exhibits.

**b) Likelihood and Scope of Any Dispositive Motions**

The dispositive-motion deadline of October 31, 2025 has passed. Ms. Weaver has a pending Motion to Dismiss to which Plaintiffs have objected. Ms. Weaver has filed her Reply showing Plaintiffs provided no supporting evidence in their response.

**c) Need for Oral Argument**

Ms. Weaver does not request oral argument and defers to the Court's discretion.

**d) Claims to Be Tried Absent Dispositive Rulings**

If the pending motions do not dispose of the case, Ms. Weaver anticipates trial on Plaintiff's copyright and trademark claims and her defenses, including fair use and Religious Freedom from Discrimination and Free Speech.

**e) Choice-of-Law Issues**

None anticipated.

**f) Estimated Trial Length**

Plaintiff previously estimated approximately three days. Ms. Weaver believes the trial could require five to seven days depending on the scope of claims and defenses remaining for trial.

**g) Unique Trial Issues**

None identified at this time.

**h) Experts**

Ms. Weaver does not intend to call expert witnesses.

**i) Anticipated FRE 702/Daubert Motions**

None anticipated by Ms. Weaver.

**j) Other Matters for the Court's Awareness**

Discovery has closed. Ms. Weaver notes ongoing concern about incomplete discovery responses and unanswered interrogatories, which may require preservation for appeal.

Additionally, Ms. Weaver wishes to note that in Plaintiffs' Motion for Summary Judgment, Exhibit 5 publicly re-filed personal identifiers (including Ms. Weaver's address and partial Social Security number) that were previously ordered stricken by Magistrate Judge Gotsch. Although the issue may not directly affect this report, Ms. Weaver raises it for the record and in anticipation that Plaintiffs will need to refile corrected exhibits consistent with the Court's redaction orders.

Respectfully submitted,

Date: 11/10/2025

Cathy JoAnn Weaver, Pro Se

5776 Grape Rd., Suite 51 PMB #121

Mishawaka, IN 46545

Email: Sawcat575@gmail.com