**Exhibit Index**

**Exhibit A-** Emails between Plaintiff's council Mr. Isaac Crum and Defendant Cathy Weaver regarding Weaver's attempt to work with Mr. Crum on a minor error in Weaver's Emergency Motion to Strike IIP

**Exhibit B -** Never filed Draft NOTICE OF CLARIFICATION REGARDING PRIOR FILING to show good faith in correcting the error in Weaver's filing Emergency Motion to Strike (Dkt. 251)

# Exhibit A

Emails between Plaintiff council Isaac Crum and Defendant Cathy Weaver regarding Weaver's attempt to work with Mr. Crum on a minor error in Weaver's Emergency Motion to Strike IIP

**From: Isaac Crum**

**To: Cathy Weaver**

Thu, Nov 6, 2025 at 3:48 PM On

On pages 2-3 in today's motion ("Emergency Notice of Privacy Violation and Request to Strike") you quote an order of the previous Magistrate Judge and say it is from an order dated June 16, 2023. Can you please tell me what document that was from? I have looked through the June 16, 2023 Order filed at DE 117 and I cannot find the quoted language anywhere. Thank you, ISAAC S. CRUM Partner D: 602.641.6705 O: 602.457.5059 E: icrum@messner.com 7250 N 16th Street, Suite 410, Phoenix, AZ 85020

**Reply from Cathy Weaver to: Isaac Crum**

Please see attached for my response. Can you file this with the court today? Let me know asap otherwise I need to mail it out. Thank you, Cathy Weaver On Thu, Nov 6, 20

2 Attachments:

Weaver's NOTICE OF CLARIFICATION REGARDING PRIOR FILING (Dkt. 251) page 1 of 2.png 13070K

Weaver's NOTICE OF CLARIFICATION REGARDING PRIOR FILING (Dkt. 251) page 2 of 2.png

# Exhibit B

Never filed Draft NOTICE OF CLARIFICATION REGARDING PRIOR FILING to show good faith in correcting the error in Weaver's filing Emergency Motion to Strike (Dkt. 251)

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF INDIANA

### SOUTH BEND DIVISION

The Evolutionary Level Above Human Foundation,

    Plaintiff                              CASE NO. 3:22-CV-395-DRL-SJF

    v.

Stephen Robert Havel,

Cathy Joann Weaver,

Jason Bartel

    Pro Se Defendants

### NOTICE OF CLARIFICATION REGARDING PRIOR FILING (Dkt. 251)

Defendant Cathy Weaver respectfully submits this clarification concerning the "Emergency Notice of Privacy Violation and Request to Strike" (Dkt. 251 at 4) previously filed on November 6, 2025.

I, Cathy Weaver am not mentally fit and competent to keep dealing with this lawsuit. When I saw that the plaintiffs had once again disclosed my personal address to the public I had another

1

mental breakdown and I had to go ahead and send an emergency notice to the court to let the Court know to take my address down once again and change my social security number. In my severe mental distress I am using AI assistance for my responses and I did not double check the work and as a result a paraphrased summary was placed in quotations as something the prior judge ordered. That mistake does not negate what this Court ordered prior for the Plaintiffs to not disclose my personal information.

I apologize for this error and once again would plead with the court to release me from this case.

Respectfully submitted,

Dated:

_____

Cathy Weaver, Defendant, *Pro Se*

5776 Grape Rd.

Suite 51

PMB# 121

Mishawaka, IN. 46545

Sawcat575@gmail.com