**PRIORITY MAIL EXPRESS®**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

NOV 10, 2025
46601
$33.40
RDC 07

**FROM:**
Cathy Weaver
5776 Grape Rd.
Ste 51 BMB#121
Mishawaka, IN 46545

**TO:**
US District Court
Robert Grant Federal Bldg.
204 S. Main St.
South Bend, IN 46601

PO ZIP Code: 31322
Scheduled Delivery Date: 11/13/25
Postage: $33.40
Date Accepted: 11/10/25
Time Accepted: 10:03 AM
Total Postage & Fees: $33.40

ER 252 002 016 US