UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation,<br><br>            Plaintiff,<br>    v.<br><br>Stephen Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>            Defendants. | CASE NO. 3:22-CV-395-DRL-SJF |

## PLAINTIFF'S NON-OPPOSITION TO MR. BARTEL'S MOTION TO WAIVE MEET AND CONFER REQUIREMENT

Plaintiff The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation ("The Foundation") does not oppose Mr. Bartel's "Motion to Waive Meet and Confer Requirement." [DE 248]. Plaintiff does, however, vehemently object to Mr. Bartel's use of his Motion to Waive as an attempt to smear Plaintiff by characterizing Plaintiff's previous good faith attempts to meet-and-confer, as required by the Federal Rules, as being done in "bad faith," as "bad faith conduct," or as being done to "deceive and intimidate Defendants," as Mr. Bartel baselessly alleges. *See e.g.,* DE 248 at 2–4. This Court, **over three years ago,** already reviewed and *rejected* Defendants' arguments that Plaintiff's attempts to meet and confer (as required by the Federal Rules) was not done to "intimidate" or "bully" Defendants. [*See* D.E. 52 at 4–5, n.1].

Plaintiff also objects to the Motion to Waive to the extent it seems to be an unauthorized reply brief in support of Mr. Bartel's Motion for Summary Judgement. Indeed, pages 4-8 have nothing to do with Mr. Bartel's Motion to Waive but instead they

1

are directed at the underlying arguments raised in his Motion for Summary Judgment, and they should be stricken or not considered by the Court. *See* N.D. Ind. L.R. 56-1(d) ("Additional Briefs. Additional briefs must not be filed without leave of court.).

Respectfully Submitted November 13, 2025.

                                             **MESSNER REEVES, LLP**

                                     By: */s/ Isaac S. Crum*
                                          MESSNER REEVES LLP
                                          Isaac S. Crum
                                          (Pro Hac Vice)
                                          icrum@messner.com
                                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the parties listed below. A copy of this filing will also be sent via U.S. mail and email.

Cathy Weaver
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

Jason Bartel
N4051 26th Lane
Redgranite, WI 54970-7087
jason_bartel@unioncab.com

Steven Robert Havel
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

By: /s/ *Isaac S. Crum*