UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION, INC.<br><br>Plaintiff,<br><br>v,<br><br>STEVEN ROBERT HAVEL, et al.,<br><br>Defendants | -FILED-<br>NOV 17 2025<br>Chanda J. Berta, Clerk<br>U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF INDIANA<br><br>CASE NO. 3:22-CV-395-DRL-SJF |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

Defendant Bartel hereby moves the Court for an extension of time in regards to Defendant's Replies to Plaintiff's Opposition to Defendant's Motion For Summary Judgment [DE 243] and Plaintiff's Response to Defendant's Statements of Material Facts in Defendant's Motion For Summary Judgment. [DE 243-1].

1

## DEFENDANT MADE A GOOD FAITH EFFORT TO TIMELY MAIL THE REPLIES IN ORDER THAT THEY ARRIVE TO THE COURT BEFORE THE 14 DAY DEADLINE

On Monday, November 10 at 8:45 a.m. Defendant mailed Defendant's Replies to the Court from a local post office. A Priority mailing to the Court from Wisconsin has rarely if ever taken more than 2-3 days previously. However, Defendant's mailing did not leave the local post office for nearly twenty-four hours after Defendant dropped it off in the morning on Monday, November 10 as per the USPS tracking record included as Exhibit A. As of today, Friday, November 14, 2025 Defendant's mailing to the Court has sat in a USPS facility in Indianapolis for close to another twenty-four hours and is not supposed to arrive at the Court until 9:00 p.m. today, November 14, 2025.

Defendant lives in a rural area with the nearest FedEx Office a forty five minute drive away. Defendant is dependent on what appears to be an increasingly unreliable postal service for mailings to and from the Court. Defendant expects an opposition from Plaintiff to this Motion as Plaintiff has been opposed to almost all of Defendant's recent Court filings. Plaintiff has the luxury of filing electronically allowing instant filing while Defendant does not.

Respectfully submitted    11/14/2025

Jason Bartel
N4051 26th LN.
Redgranite, WI 54970

*/s/ Jason Bartel*

2