# EXHIBIT A

# USPS Tracking®

FAQs **>**

Tracking Number:                                        Remove ✕

## 95055100020615314687161

Copy          Add to Informed Delivery
(https://informeddelivery.usps.com/)

**Expected Delivery on**

## FRIDAY
# 14  November     by
##       2025 ⓘ    9:00pm ⓘ

Your item arrived at our USPS facility in INDIANAPOLIS, IN 46219 on November 13, 2025 at 9:36 am. The item is currently in transit to the destination.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

• **Delivered**

• **Out for Delivery**

• **Preparing for Delivery**

● **Moving Through Network**
  **Arrived at USPS Facility**
  INDIANAPOLIS, IN 46219
  November 13, 2025, 9:36 am

● **In Transit to Next Facility**
  November 13, 2025, 7:15 am

USDC IN/ND case 3:22-cv-00395-DRL-SJF     document 260-4     filed 11/17/25     page 3 of 3

**Departed USPS Regional Facility**

OAK CREEK WI DISTRIBUTION CENTER
November 13, 2025, 3:15 am

**Arrived at USPS Regional Origin Facility**

OAK CREEK WI DISTRIBUTION CENTER
November 12, 2025, 12:27 pm

**Arrived at USPS Regional Facility**

OSHKOSH WI DISTRIBUTION CENTER
November 11, 2025, 9:11 am

**Departed USPS Facility**

WAUTOMA, WI 54982
November 11, 2025, 6:16 am

**USPS in possession of item**

WAUTOMA, WI 54982
November 10, 2025, 8:44 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates** ⌄

**Delivery Instructions** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers