# PRIORITY® ★ MAIL ★

FROM: Jason Bartel
N4051 26th LN.
Redgranite, WI 54970

U.S. District Court

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
- * Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

**US POSTAGE PAID $11.90**
Origin: 54970
11/14/25
5669400951-6

PRIORITY MAIL®
0 Lb 5.90 Oz
RDC 03

EXPECTED DELIVERY DAY: 11/17/25

SHIP TO:
RM 102
204 S MAIN ST
SOUTH BEND IN 46601-2119

USPS TRACKING® #
9505 5100 0186 5318 2207 19

C005

VISIT US AT USPS.COM®
UNITED STATES POSTAL SERVICE®