UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

SOUTH BEND DIVISION

FILED – NOV 21, 2025 – PM03:15
US DISTRICT COURT
Northern District of Indiana
Chanda J. Berta – Clerk

TELAH FOUNDATION, et al.,

   Plaintiffs,

v.

Stephen Havel, et al.,

   Defendants.

Case No. 3:22-CV-395-DRL-SJF

### DEFENDANT HAVEL'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendant Stephen Havel, proceeding pro se, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) for an extension of time to file his Opposition to Plaintiffs' Motion for Summary Judgment, which was filed on October 31, 2025.

Under N.D. Ind. L.R. 56-1(b), the response deadline is 28 days after service of the motion. Therefore, Defendant's opposition is currently due on November 28, 2025, which falls during the Thanksgiving holiday period. As a pro se litigant filing by U.S. Mail from Savannah, Georgia, Defendant faces logistical constraints—including limited post-holiday business hours and potential postal delays—that create a meaningful risk of an untimely filing despite diligent efforts.

This request is made before the current deadline expires, in good faith, and not for purposes of delay.

WHEREFORE, Defendant Stephen Havel respectfully asks the Court to grant this Motion and extend the deadline to file his Opposition to Plaintiffs' Motion for Summary Judgment to December 1, 2025 or to such date as the Court deems appropriate.

Respectfully submitted,

Dated: *Nov. 21, 2025*

Stephen Havel, Defendant, *Pro Se*

5776 Grape Rd.

Suite 51

PMB# 121

Mishawaka, IN. 46545

Sawcat575@gmail.com