UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

-FILED-
NOV 24 2025
At_____
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

THE EVOLUTIONARY LEVEL ABOVE
HUMAN FOUNDATION, INC.

    Plaintiff,

    v,

STEVEN ROBERT HAVEL, et al.,

    Defendants

CASE NO. 3:22-CV-395-DRL-SJF

### DEFENDANT BARTEL'S RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS

Defendant Bartel hereby responds to Plaintiff's Motion For Sanctions.[DE 258].

**Nothing Presented in Plaintiff's Motion For Sanctions Disputes the Following Facts, Evidence and Matters Of Law**

1. Plaintiff's Attorney Isaac S. Crum filed this case and a Corporate Disclosure Statement on May 18, 2022 on behalf of a non-existent Arizona corporation, The Evolutionary Level Above Human, Inc.[DE 1, 3]. The certified evidence in Exhibits A & B in Defendant's Motion For Summary Judgment identifies Plaintiff as The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation incorporated in the state of Arizona on September 23, 1997.[DE 227]. Plaintiff has not provided the Court with any certified evidence that The Evolutionary Level Above Human, Inc. was or is an entity incorporated in the state of Arizona. The Arizona Corporation Corporation has no publicly available records of an incorporated entity with the True Name of The Evolutionary Level Above Human. The Arizona Corporation Commission does have records for an 'Active' incorporated entity with the True Name of The Evolutionary Level Above Human Foundation.[DE 227, Exhibits A & B].

2. The four copyright registration certificates in Plaintiff's Exhibits A, B, F & G are registered to a d/b/a name, The Telah Foundation, and not to The Evolutionary Level Above Human, Inc. or Plaintiff The Evolutionary Level Above Human Foundation, Inc.

3. The trademark registration in Plaintiff's Exhibit E is registered to the alleged Arizona corporation The Telah Foundation(Arizona Corporation) and not to The Evolutionary Level Above Human, Inc. or Plaintiff The Evolutionary Level Above Human Foundation, Inc.

4. Plaintiff has not filed a Corporate Disclosure Statement on behalf of The Telah

Foundation(Arizona Corporation).

5. The trademark registrations in Plaintiff's Exhibits C & D are registered to The Evolutionary Level Above Human Foundation(Arizona Corporation) and not to the alleged corporation The Evolutionary Level Above Human, Inc. or The Telah Foundation.

6. Plaintiff has not filed a Corporate Disclosure Statement on behalf of The Evolutionary Level Above Human Foundation, Inc.(Arizona Corporation).

7. Plaintiff's original and amended complaints and Corporate Disclosure Statements identify The Telah Foundation as a d/b/a name for Plaintiff, not the true and legal name of Plaintiff. [DE 1, Title Of Proceedings, DE 132, Title Of Proceedings, DE 3, 155, 196].

8. It is a matter of law that a d/b/a name is not a legal entity that may be a copyright claimant and/or own property in the name of the d/b/a. Plaintiff has not provided the Court with any cases in which a d/b/a name was a copyright claimant or owned property in the name of the d/b/a.

9. Plaintiff's Exhibits B, F & G were signed by alleged President of The Telah Foundation Mark King on 9/12/1997, eleven days before Mark King took office as President/CEO and a Director of Plaintiff The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation.[DE 227, Exhibit B].

10. In the original complaint Plaintiff stated that it was both an Arizona nonprofit corporation and an Arizona 501(c)(3), Nonprofit Corporation.[DE 1, paragraphs 2, 4].

11. Plaintiff's amended complaint removed all references to Plaintiff being an entity incorporated in the state of Arizona by removing the identifier 'Inc' from all places that it appeared in the original complaint including the Title Of Proceedings.[DE 132].

12. Plaintiff's Attorneys have filed two Corporate Disclosure Statements on behalf of the alleged Arizona unincorporated association, The Evolutionary Level Above Human Foundation.[DE 155, 196]. Plaintiff's second amended corporate disclosure statement claims that Plaintiff has no 'insurance carriers that may be liable in whole or in part for a judgment in the action or for the cost of defense'.[DE 196].

13. Plaintiff's Attorney Isaac S Crum has been the Statutory Agent for The Evolutionary Level Above Human Foundation, Inc. since 10/26/2023, subsequent to Mr. Crum filing this case on May 18, 2022 on behalf of the non-existent Arizona corporation, The Evolutionary Level Above Human, Inc.[DE 1, 3].

14. Mark King's wife Sarah is the only other Officer and Director of The Evolutionary Level Above Human Foundation, Inc. Mrs. King took office as Secretary and a Director of the Arizona Nonprofit Corporation on 9/23/97.[DE 227, Exhibit B]..

15. As per Defendant's Motion For Summary Judgment the initial petitioners in Probate Case No. PN022228 were Mark King and Sarah King.[DE 227, page 12].

16. As per Defendant's Motion For Summary Judgment The Telah Foundation became a petitioner in Probate Case No. PN022228 when Mark King signed a creditor's claim with San Diego County on September 19, 1997 as the alleged President of the alleged corporation.[DE 227 Exhibit G].

17. The Settlement Agreement in Probate Case No. PN022228 was between the Public Administrator of San Diego County and Telah Foundation by and through Mark King and Sarah King.[DE 63-1, page 17, 20]. The Settlement Agreement was not with Plaintiff The Evolutionary Level Above Human Foundation, Inc.

18. As per the publicly available records of the Arizona Sec. Of State's Office, The Telah Foundation is a trade name that was initially registered on June 21, 2023 by 'Applicant' The Evolutionary Level Above Human Foundation(Arizona Corporation).[Exhibit 1].

19. Plaintiff stated in the original complaint that Plaintiff had two interchangeable, true names. Paragraph 4 of the original complaint states that Plaintiff 'The Evolutionary Level Above Human, or Telah Foundation, Inc. is an Arizona 501(c)(3), Nonprofit Corporation'. Plaintiff has not filed a Corporate Disclosure Statement on behalf of Telah Foundation, Inc. Plaintiff has not provided the Court with any certified evidence that 'Telah Foundation' is an entity incorporated in the state of Arizona.

**Conclusion: Plaintiff filed a Motion For Sanctions to harass Defendant Bartel**

Plaintiff is attempting to make the Motion For Sanctions against Defendant Bartel about Defendant's past Motion filings from nearly two years ago and longer in this case. The facts, evidence and matters of law presented in Defendant's Motion For Summary Judgment, Motion For Required Joinder of Parties and Second Amended Counterclaim speak for themselves.

Defendant contends that Plaintiff has not presented facts, evidence and matters of law to dispute the facts, evidence and matters of law in Defendant's Motions that are the subject of Plaintiff's Motion For Sanctions. The fact that Plaintiff's Exhibits A, B, F & G are registered to Plaintiff's d/b/a name The Telah Foundation and not to Plaintiff The Evolutionary Level Above Human Foundation is enough evidence to refute all allegations of copyright infringement against Defendants. The fact that Plaintiff's Exhibit E is registered to 'The Telah Foundation(Arizona Corporation)' and not to Plaintiff The Evolutionary Level Above Human Foundation is enough to prove that Plaintiff's Exhibit E was induced through fraud on the U.S. Patent and Trademark

Office. The fact that the non-existent corporation The Telah Foundation, Inc. was a petitioner in the Probate Case in the California Court, Case No. PN022228, and not Plaintiff The Evolutionary Level Above Human Foundation, is enough to prove that the Settlement Agreement in the Probate case in the California Superior Court was induced through fraud.

Plaintiff's Motion For Sanctions only serves to compel Defendant to respond to said Motion. Defendant contends that Plaintiff's Motion For Sanctions, like Plaintiff's entire case, has no legal basis or merits. Defendant has been feuding with Mark King and Sarah King for over twenty-eight years regarding the intellectual property that was created by the Heaven's Gate Group. Defendant asserts that Mark King and Sarah King are using the Court system to harass Defendants and Plaintiff's Motion For sanctions is just the latest example of this harassment.

For the reasons stated herein Defendant is opposed to Plaintiff's Motion For Sanctions.

Respectfully submitted   11/18/2025

Jason Bartel
N4051 26th LN.
Redgranite, WI 54970
jason_bartel@unioncab.com

6