# EXHIBIT 1



## ARIZONA SECRETARY OF STATE
(https://azsos.gov)

(https://azsos.gov)    Elections (https://azsos.gov/elections)    Business (https://azsos.gov/business)

Services (https://azsos.gov/services)    Rules (https://azsos.gov/rules)    About (https://azsos.gov/about)

# Result Detail

Back

**File ID:**

9338888

**Name:**

The Telah Foundation

**Business Address:**

PO Box 25098
Scottsdale, Arizona
85255

**Mailing Address:**

PO Box 25098
Scottsdale, Arizona
85255

**Nature of Business:**

Domestic Nonprofit Corporation.

**Date of First Use:**

May 31, 1997

**Date Registered:**

June 21, 2023

**Expiration Date:**

June 21, 2028

**Applicants:**

THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION                    Arizona Corporation

**Registration Information:**

Registration Received: June 21, 2023    Expires: June 21, 2028

**Correspondence History:**

Trade Name Application:    Filed: June 21, 2023

Back

Website Policies (https://azsos.gov/about/website-policies) | Contact Us (https://azsos.gov/about/contact-us)
© Arizona Secretary of State, All Rights Reserved