PRESS FIRMLY TO SEAL   PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE   Retail

US POSTAGE PAID
$11.90
Origin: 54982
11/19/25
5687100990-9

PRIORITY MAIL®

0 Lb 2.90 Oz
RDC 03

EXPECTED DELIVERY DAY: 11/24/25

C005

SHIP TO:
RM 102
204 S MAIN ST
SOUTH BEND IN 46601-2119

USPS TRACKING® #

9505 5100 2062 5323 5265 35

FROM: Jason Bartel
N4051 26th Ln.
Redgranite, WI 54970

TO: U.S. District Court
Room 102
204 S. Main St.
South Bend, IN
46601

EP14F October 2023
OD: 12 1/2 x 9 1/2
PS00001000014