UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation,<br><br>             Plaintiff,<br>  v.<br><br>Stephen Robert Havel,<br>Cathy JoAnn Weaver,<br>Jason Bartel,<br><br>             Defendants. | CASE NO. 3:22-CV-395-DRL-SJF |

## PLAINTIFF'S NON-OPPOSITION TO DEFENDANTS' THREE MOTIONS FOR EXTENSION OF TIME [DE 260, 261 and 262]

Plaintiff The Evolutionary Level Above Human Foundation d/b/a The Telah Foundation ("The Foundation") does not oppose Mr. Havel and Ms. Weaver's Motions [DE 261 and 262] seeking an extension until December 1, 2025 to respond to Plaintiff's Motion for Summary Judgment [DE 244]. Plaintiff also does not oppose Mr. Bartel's *post hoc* motion for an extension of time [DE 260] for his reply to Plaintiff's October 31, 2025 Response to Mr. Bartel's Motion for Summary Judgement [DE 243].

Respectfully Submitted November 25, 2025.

                                                    **MESSNER REEVES, LLP**

                                        By: */s/ Isaac S. Crum*
                                            MESSNER REEVES LLP
                                            Isaac S. Crum
                                            (Pro Hac Vice)
                                            icrum@messner.com
                                            *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the parties listed below. A copy of this filing will also be sent via U.S. mail and email.

Cathy Weaver
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

Jason Bartel
N4051 26th Lane
Redgranite, WI 54970-7087
jason_bartel@unioncab.com

Steven Robert Havel
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

By: /s/ *Isaac S. Crum*