UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THE EVOLUTIONARY LEVEL ABOVE
HUMAN FOUNDATION D/B/A THE
TELAH FOUNDATION,

        Plaintiff,

   v.                                                             CAUSE NO. 3:22cv395 DRL-SJF

STEPHEN ROBERT HAVEL, CATHY
JOANN WEAVER, AND JASON BARTEL,

        Defendants.

## ORDER

The Evolutionary Level Above Human Foundation (TELAH) sued *pro se* defendants Stephen Havel, Jason Bartel, and Cathy Weaver for alleged copyright and trademark infringement. On October 31, 2025, TELAH moved for summary judgment [244]. Mr. Havel and Ms. Weaver each requested an extension to respond until December 1, 2025 citing the Thanksgiving holiday and potential postal delays [261; 262]. TELAH doesn't object [264].

Finding good cause, the court GRANTS the motions [261; 262] and EXTENDS the response deadline for Mr. Havel and Ms. Weaver to December 1, 2025.

SO ORDERED.

November 26, 2025                *s/ Damon R. Leichty*
                                    Judge, United States District Court