Clerk of Court  
U.S. District Court  
Northern District of Indiana  
South Bend Division  
Case No. 3:22-CV-395-DRL-SJF

Jason Bartel  
Pro se Defendant  
jason_bartel@unioncab.com

Dear Clerk of Court,

    I recently sent two separate Priority mailings to the Court that were sent four days apart. The two mailings appear to have arrived at the Court simultaneously despite the initial mailing being sent on November 10, 2025 and the second mailing being sent on November 14, 2025. The mailing sent on November 10, 2025 was a Reply to Plaintiff's Opposition To Defendant's Motion For Summary Judgment[DE 243] and a Reply To Plaintiff's Response To Defendant's Statement Of Material Facts In Defendant's Motion For Summary Judgment[DE 243-1]. This mailing was due to the Court by November 13, 2025. I have included the final tracking update from the USPS for these filings to indicate that the mailing was received on November 10, 2025 at 8:44 a.m. at a USPS in Wautoma, WI but the mailing was not delivered to the Court until November 17, 2025 at 2:44 p.m.

    The second mailing included a Motion For Extension Of Time for the aforementioned Replies as I became aware through the USPS tracking report that the Replies were going to arrive at the Court after the November 13, 2025 deadline. This second mailing also included Responses to Plaintiff's Brief In Support Of Its Summary Judgment Motion[DE 245} and Plaintiff's Statement Of Material Facts[DE 246]. I have included the final tracking report for the second mailing to indicate that it was dropped off at a USPS office in Redgranite, WI (eight miles from Wautoma, WI) on November 14, 2025 and arrived at the Court at the same time as the initial mailing, November 17, 2025 at 2:44 p.m.

Thank you for your time and my apologies for the lateness of my Replies to DE 243 and DE 243-1.

November 21, 2025

Jason Bartel  
Pro se Defendant  
N4051 26th LN.  
Redgranite, WI 54970

-FILED-

NOV 28 2025

At _____ M  
Chanda J. Berta, Clerk  
U.S. DISTRICT COURT  
NORTHERN DISTRICT OF INDIANA

# USPS Tracking®

FAQs >

Remove X

**Tracking Number:**

9505510020615314687161

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered in or at the mailbox at 2:44 pm on November 17, 2025 in SOUTH BEND, IN 46601.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, In/At Mailbox**
SOUTH BEND, IN 46601
November 17, 2025, 2:44 pm

**Out for Delivery**
SOUTH BEND, IN 46601
November 17, 2025, 6:38 am

**Arrived at Post Office**
SOUTH BEND, IN 46601
November 17, 2025, 6:27 am

**Departed USPS Facility**
SOUTH BEND, IN 46601
November 17, 2025, 5:35 am

**Arrived at USPS Facility**
SOUTH BEND, IN 46601

Feedback

November 17, 2025, 3:17 am

**In Transit to Next Facility**
November 15, 2025

**Arrived at USPS Facility**
INDIANAPOLIS, IN 46219
November 13, 2025, 9:36 am

**In Transit to Next Facility**
November 13, 2025, 7:15 am

**Departed USPS Regional Facility**
OAK CREEK WI DISTRIBUTION CENTER
November 13, 2025, 3:15 am

**Arrived at USPS Regional Origin Facility**
OAK CREEK WI DISTRIBUTION CENTER
November 12, 2025, 12:27 pm

**Arrived at USPS Regional Facility**
OSHKOSH WI DISTRIBUTION CENTER
November 11, 2025, 9:11 am

**Departed USPS Facility**
WAUTOMA, WI 54982
November 11, 2025, 6:16 am

**USPS in possession of item**
WAUTOMA, WI 54982
November 10, 2025, 8:44 am

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                                ⌄

**USPS Tracking Plus®**                                                 ⌄

**Product Information**                                                 ⌄

Feedback 

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9505510001865318220719

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered in or at the mailbox at 2:44 pm on November 17, 2025 in SOUTH BEND, IN 46601.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, In/At Mailbox**

SOUTH BEND, IN 46601
November 17, 2025, 2:44 pm

**Out for Delivery**

SOUTH BEND, IN 46601
November 17, 2025, 6:37 am

**Arrived at Post Office**

SOUTH BEND, IN 46601
November 17, 2025, 6:26 am

**Departed USPS Facility**

SOUTH BEND, IN 46601
November 17, 2025, 4:09 am

**Arrived at USPS Facility**

SOUTH BEND, IN 46601

November 17, 2025, 3:38 am

**In Transit to Next Facility**
November 17, 2025, 1:50 am

**Departed USPS Facility**
INDIANAPOLIS, IN 46219
November 17, 2025, 12:32 am

**Arrived at USPS Facility**
INDIANAPOLIS, IN 46219
November 16, 2025, 1:40 pm

**Arrived at USPS Regional Origin Facility**
OAK CREEK WI DISTRIBUTION CENTER
November 16, 2025, 12:34 am

**In Transit to Next Facility**
November 15, 2025

**Departed Post Office**
REDGRANITE, WI 54970
November 14, 2025, 4:45 pm

**USPS in possession of item**
REDGRANITE, WI 54970
November 14, 2025, 9:44 am

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ∧

Track Another Package

FROM: Jason Bartel
N4951 26th Ln.
Redgranite, WI 54970

TO: U.S. District Court
Room 102
204 S. Main St.
South Bend, IN 46601



USPS Priority Mail label — US Postage Paid $11.90, Origin 54970, 11/21/25, 0 Lb 2.20 Oz, RDC 03, Expected Delivery Day 11/25/25, C005
SHIP TO: RM 102, 204 S MAIN ST, SOUTH BEND IN 46601-2119
USPS TRACKING #: 9505 5100 0186 5325 2212 73