UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF INDIANA

SOUTH BEND DIVISION

CASE NO. 3:22-CV-395-DRL-SJF

The Evolutionary Level Above Human Foundation,

    Plaintiff

        v.

Stephen Robert Havel,

Cathy Joann Weaver,

Jason Bartel

    Pro Se Defendants

-FILED-

DEC 02 2025

Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## DEFENDANT WEAVER'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendant Cathy Weaver ("Weaver"), pro se, respectfully files this Opposition to Plaintiffs' Motion for Summary Judgment and states:

**I. INTRODUCTION**

Plaintiffs have failed to carry their burden under Fed. R. Civ. P. 56. Their motion is supported by incomplete, disputed, and in several instances inadmissible evidence. Plaintiffs also ignore material factual disputes raised throughout discovery, including disputes concerning chain-of-

1

title, ownership of the audio materials, authenticity of tape logs, and the accuracy of Plaintiffs' own filings. Summary judgment is therefore improper.

## II. STANDARD

Summary judgment may be granted only if Plaintiffs show that no genuine dispute of material fact exists and that they are entitled to judgment as a matter of law. Fed. R. Civ. P. 56(a). The Court must view all evidence in the light most favorable to the non-movant.

## III. ARGUMENT

### A. Numerous Material Facts Are Disputed

Plaintiffs' Statement of Material Facts contains multiple factual assertions that are disputed, unsupported, or mischaracterized, including Plaintiffs' claims regarding:

1. Ownership and chain-of-title to the "audio materials" and whether Plaintiffs possess a complete, authenticated, and accurate tape library.

2. Authenticity and completeness of tape logs, including discrepancies between Plaintiffs' Exhibit H, Jhnody's logs, and the Rkkody CD logs.

3. Alleged infringement, where Plaintiffs fail to show volitional copying attributable to Weaver and fail to identify any protected work properly within Plaintiffs' copyright registrations.

4. Damages and causation, which remain wholly speculative and unsupported by admissible evidence.

### B. Plaintiffs' Evidence Is Inadmissible or Deficient

Plaintiffs rely on documents that lack authentication, including the tape logs, inventory lists, and portions of Exhibit 5 that repeat personally identifying information previously ordered stricken

2

by this Court (Dkt. 117). Evidence violating a court order and evidence lacking foundation cannot support summary judgment.

### C. Plaintiffs Misstate the Record and Omit Key Facts

Plaintiffs ignore evidence showing that:

- Audio tapes were distributed broadly beginning in 1997–1998 by third parties (including Rkkody).

- Plaintiffs themselves provided links to Weaver for streaming the tapes.

- Plaintiffs have admitted the existence of missing, unavailable, and non-existent tapes, contradicting their claim of a complete copyright deposit.

- Plaintiffs' trademark/copyright rights relating to shirt designs and audio tapes were unclear and disputed prior to filing suit.

## IV. CONCLUSION

Genuine disputes of material fact exist throughout the record, and Plaintiffs rely on incomplete, disputed, and improperly-supported evidence. Plaintiffs have not shown entitlement to judgment as a matter of law. For these reasons, the Court should deny Plaintiffs' Motion for Summary Judgment.

Respectfully submitted,

Dated: 11/29/2025

*Cathy Weaver* (signature)

Cathy Weaver

5776 Grape Rd.

Suite 51

PMB# 121

Mishawaka, IN. 46545

Sawcat575@gmail.com

Pro Se Defendant

**CERTIFICATE OF SERVICE**

I certify that on this date I mailed or otherwise served a true and correct copy of this Statement of Genuine Disputes upon all parties of record.

Date: 11/29/2025
4