## Mailing Envelope
### For Domestic and International Use

**EMS**

**Retail**

U.S. POSTAGE PAID
PME
ATMORE, AL 36502
DEC 01, 2025

46601

**$73.85**

S2324N502319-03

RDC 07

When used internationally
affix customs declarations.

**Please Rush To Addressee**

**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL EXPRESS**

ER 229 463 005 US

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)  PHONE: 505-480-7684

Havel + Weaver
5776 Grape Rd
Ste 51 PMB # 121
Mishawaka, IN 46545

**DELIVERY OPTIONS** (Customer Use Only)

☐ SIGNATURE REQUIRED

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)

**TO:** (PLEASE PRINT)  PHONE:

U.S. District Court
Robert Grant Federal Courthouse
204 S. Main St.
South Bend, IN 46601

ZIP + 4® (U.S. ADDRESSES ONLY)

4 6 6 0 1 - ___ - ___

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

LABEL 11-B, NOVEMBER 2023

**PAYMENT BY ACCOUNT** (if applicable)

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | |
|---|---|
| PO ZIP Code | 36502 |
| Date Accepted (MM/DD/YYYY) | 12-1-2025 |
| Time Accepted | 10:55 |
| Weight | 3 lb 13.00 oz |

Scheduled Delivery Date: 12/4/25
Postage: $73.85
Insurance Fee
Return Receipt Fee
Acceptance Employee Initials: VS
Total Postage & Fees: $73.85

**DELIVERY (POSTAL SERVICE USE ONLY)**

**PEEL FROM THIS CORNER**



Please Recycle


**UNITED STATES POSTAL SERVICE**


EP-13C