# Mailing Envelope
For Domestic and International Use

**EMS** Retail

U.S. POSTAGE PAID
PME
ATMORE, AL 36502
DEC 01, 2025
$73.85

46601

S2324N502319-03

RDC 07

*Please Rush To Addressee*

When used internationally affix customs declarations

## UNITED STATES POSTAL SERVICE — PRIORITY MAIL EXPRESS

ER 229 463 005 US

**CUSTOMER USE ONLY**

FROM: PHONE (505) 480-3684
Havel + Weaver
5776 Grape Rd
Ste 51 PMB #121
Mishawaka, IN 46545

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: PHONE ( )
U.S. District Court
Robert Grant Federal Courthouse
204 S. Main St.
South Bend, IN 46601

ZIP + 4: 46601-____

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

**PEEL FROM THIS CORNER**

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |

PO ZIP Code: 36502
Scheduled Delivery Date: 12/4/25
Postage: $73.85

Date Accepted: 12-1-2025
Scheduled Delivery Time: ☒ 12:00 PM
Insurance Fee: $
COD Fee: $

Time Accepted: 10:55 ☒ AM ☐ PM
Return Receipt Fee: $
Live Animal Transportation Fee: $

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $73.85

Weight: 3 lbs 13 oz
Flat Rate: ☒
Acceptance Employee Initials: VS
$73.85

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-B, NOVEMBER 2023    PSN 7690-02-000-9996



Please Recycle

UNITED STATES POSTAL SERVICE