**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**



THE EVOLUTIONARY LEVEL ABOVE
HUMAN FOUNDATION

        Plaintiff,

        v,                             CASE NO. 3:22-CV-395-DRL-SJF

STEVEN ROBERT HAVEL, et al.,

        Defendants

Dear Clerk of Court,

        Please change the email that I have associated with this Case from

jason_bartel@unioncab.com to crlody723@gmail.com and direct any future communications

from the Court to crlody723@gmail.com. Thank you for your time.

Jason Bartel
N4051 26th LN.
Redgranite, WI 54970

Jason Bartel
N4051 26th LN.
Redgranite, WI
54970

USDC IN/ND case 3:22-cv-00395-DRL-SJF    document 275    filed 06/01/26    page 2 of 2



U.S. District Court
102 Federal Building
204 S. Main St.
South Bend, IN
46601

46601-219499