**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

-FILED-
SEP 04 2026
AT ______ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION,

Plaintiff,

V,

CASE NO.3:22-CV-395-DRL

STEVEN ROBERT HAVEL, et al.,

Defendants

**Defendant Jason Bartel's Status Report**

Defendant Bartel hereby submits a Status Report as per the Court's August 26, 2026 Opinion and Order[DE 276].

## Defendant's Proposal For Resolution Of Damages, A Remaining Count and Counterclaims

Defendant Bartel respectfully requests that an issue of statutory standing under **17 U.S.C. § 501(b)** be considered by the Court before proceeding to the issues of damages, remaining counts and Defendants' counterclaims. Plaintiff claims it was conveyed 'all of the intellectual property rights' of the Group in an August 1999 Settlement that in truth only transferred property 'held by the Public Administrator'[DE 63-1, page 16, paragraph 7]. On April 24, 1997 the Public Administrator 'took possession' of the Group's property that was transferred on August 11, 1999[DE 63-1, page 3, lines 22-27]. Plaintiff's Exhibit A was registered for copyright on October 27, 1997, therefore it is not chronologically possible that the intellectual property in Exhibit A was ever 'held by the Public Administrator'. Nor is it chronologically possible that the audio cassettes transferred in the August 1999 Settlement are the same audio cassettes registered for copyright on October 27, 1997 as Plaintiff claimed in Paragraphs 10, 13, 14, and 15 of the complaint.

Furthermore, Plaintiff's Exhibits B, F and G were registered for copyright in September 1997, therefore it is not chronologically possible that

Exhibits B, F and G were ever 'held by the Public Administrator'. Nor is it chronologically possible that Plaintiff's Exhibits B, F and G are the same property that Plaintiff claimed was transferred in the August of 1999 Settlement and registered for copyright as stated in paragraphs 17, 22 and 24 of the complaint.

Due to Plaintiff's chain of title defects and lack of statutory standing to sue Defendants for copyright infringement on Counts 1, 3, 4 and 5, Plaintiff cannot pursue damages. Furthermore, Count 2 and Defendants' counterclaims will be resolved by Plaintiff's lack of statutory standing and chain of title defects.

**Defendant's Proposal For Next Steps**

Due to Plaintiff's lack of standing and defective chains of title that are demonstrably proven by docketed evidence Defendant intends to file a Motion for Leave to File an Interlocutory Motion for Reconsideration under Rule 54(b) so that the Court may reconsider Plaintiff's partial Summary Judgment. Defendant's stricken Summary Judgment Motion cited the evidence in the relevant California Probate case files supporting the standing issue and chain of title defects, however, Defendant did not frame the Probate case evidence in terms of a standing issue and defective chains of title. Furthermore, Defendant

obscured the only relevant issues of the case, Plaintiff's lack of standing and chain of title defects,  with numerous other non-relevant arguments as well as submitting a Motion that did not conform to Local Rules and formatting procedures.

Defendant looks forward to an opportunity for a just resolution to this case that will obviate the need to proceed to a damages phase and will resolve Defendants' counterclaims and Count 2.

Respectfully Submitted,

Jason Bartel
N4051 26th LN
Redgranite, WI 54970

August, 31, 2026

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$12.90
Origin: 54982
08/31/26
5687100990-8

PRIORITY MAIL®

0 Lb 2.30 Oz
RDC 03

EXPECTED DELIVERY DAY: 09/03/26

C005

SHIP TO:
RM 102
204 S MAIN ST
SOUTH BEND IN 46601-2119

USPS TRACKING® #

9505 5100 2061 6243 7468 44

FROM: Jason Bartel
N4051 26th LN.
Redgranite, WI
54970

TO:
U.S. District Court
Room 102
204 S. Main St.
South Bend, IN
46601

■ Expected delive
■ Domestic shipm
■ USPS Tracking®
■ Limited internati
■ When used inter

l destinations.

*Insurance does not co
Domestic Mail Manual a
** See International Mai

overage.

FLAT RA
ONE RATE ■ AN

TRACKED

Package Pickup,
QR code.

/PICKUP

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

PAPER POUCH how2recycle.info

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.