**Clerk of Court**
United States District Court for the Northern District of Indiana
South Bend Division

Re: Case No. 3:22-CV-395-DRL

Dear Clerk of Court.

I'm a pro se litigant in the above referenced case. Enclosed for filing, please find the following:

1. **Motion for Leave to File a Motion for Reconsideration** (with the proposed motion and its accompanying exhibits attached behind it as Exhibit A, secured via binder clip).
2. **One Separate Copy of the Motion for Reconsideration** (with accompanying appendix of exhibits and exhibits, secured via binder clip).

If the Court grants the Motion For Leave to file a Motion For Reconsideration please file the separate copy of the Motion For Reconsideration. Thank you for your time.

Respectfully,

Jason Bartel
N4051 26th LN
Redgranite, WI 54970

9/5/2026