UNITED STATES POSTAL SERVICE®

PRIORITY MAIL

PRIORITY MAIL

US POSTAGE IMI PITNEY BOWES

ZIP 54965 $ 011.65⁰
02 7H
0001323936 SEP 05 2026

PRESS FIRMLY TO SEAL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.
** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

FROM: Jason Bartel
N4051 26th LN.
Redgranite, WI
54970

# MAILING ENVELOPE
FOR DOMESTIC AND INTERNATIONAL USE

TO: U.S. District Court
Room 102
204 S. Main St.
South Bend, IN
46601

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

UNITED STATES POSTAL SERVICE®
USPS TRACKING #
9114 9022 0085 2294 9720 57
LAB400R Aug. 2013
7690-17-000-0669

PRESS FIRMLY TO SEAL

TRACKED ■ INSURED

PS00000133100

EP14 July 2022
OD: 15 x 11.625

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14 © U.S. Postal Service; July 2022; All rights reserved.

DuPont™ Tyvek® Protect What's Inside.™