UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION D/B/A THE TELAH FOUNDATION,<br><br>Plaintiff,<br>v.<br><br>STEPHEN ROBERT HAVEL, CATHY JOANN WEAVER, AND JASON BARTEL<br><br>Defendants. | CAUSE NO. 3:22cv395 DRL-SJF |

ITEMIZED BILL OF COSTS AND ATTORNEYS' FEES

In its August 26, 2026 Opinion and Order [276] (hereinafter the "Order"), this Court granted Plaintiff, The Evolutionary Level Above Human Foundation's ("TELAH Foundation") Motion for Sanctions against Mr. Bartel. [258] Pursuant to the Order [*see* 276 at 41], the TELAH Foundation hereby submits its itemized bill of costs and attorneys' fees, as ordered.

As stated in Plaintiff's Motion, Plaintiff has spent well over one-hundred-thousand dollars in prosecuting this case and defending against Defendants and Mr. Bartel's unsupported allegations and theories over the four years that this case has been pending. Redacted itemized invoices evidencing those legal fees are attached hereto as Exhibit A. However, in its Order the Court stated:

> The court remains mindful of Mr. Bartel's *pro se* status. To inform the court's assessment of reasonable attorney fees and expenses, the court will order TELAH to file, by September 16, 2026 an itemized bill of costs and fees associated with responding to or defending against Mr. Bartel's arguments regarding TELAH's corporate structure or existence, albeit TELAH would be well advised to smartly choose that period of time or moments in which it believes the filings became frivolous.

Order, 41-42. Plaintiff has taken this admonition to heart and, despite the well documented, meritless nature of the arguments made from the movement Mr. Bartel made his first filings with the Court, Plaintiff is limiting its request solely to the amount of attorneys' fees that were spent ***after*** Magistrate

Judge Scott Frankel and this Court declined to sanction Mr. Bartel in response to Plaintiff's first motion for sanctions, and when this Court reminded "Mr. Bartel of Judge Frankel's admonition to file further motions judiciously and in compliance with the applicable rules." [206] That occurred on August 5, 2025. The following legal fees connected with responding to Mr. Bartel's meritless arguments occurred after that date:

| **Date** | | **Description** | **Hours** | **Rate** | **Fees** |
|---|---|---|---|---|---|
| 10/17/2026 | ISC | Drafting motion for sanctions and cover letter for motion for sanctions. | 4.9 | $450.00 | $2,205.00 |
| 10/20/2025 | ISC | Revising and finalizing motion for sanctions and cover letter, and email service of same. | 3.9 | $450.00 | $1,755.00 |
| 10/22/2025 | ISC | Multiple response emails to Mr. Bartel explaining meritless nature of his arguments; email to client regarding same. | 0.8 | $450.00 | $360.00 |
| 10/30/2025 | ISC | Draft, finalize and file opposition to Bartel's Motion for Summary Judgment; drafting motion for summary judgment [related to Bartel's claims]. | 6.5 | $450.00 | $2,925.00 |
| 11/13/2025 | ISC | Finalize and file motion for sanctions against [B]artel; finalize and file response to motion by Bartel to waive meet and confer requirement | 1.9 | $450.00 | $855.00 |
| 12/4/2025 | ISC | Draft and file reply in support of motion for sanctions | 0.9 | $450.00 | $405.00 |
| 9/9/2026[1] | ISC | Obtain bills from Messner; begin preparing bill of costs for Sanctions on Bartel. | 1.0 | $300.00 | $300.00 |
| 9/16/2026[1] | ISC | Review previous court orders on sanctions; revise fee request; prepare filing for Court documenting attorneys' fees spent related to Mr. Bartel; file same with Court. | 2.5 | $300.00 | $750.00 |
| | | | | Total: | $9,555.00 |

Ex. A at 60 – 62.

Given that Plaintiff has limited its request to fees associated with Mr. Bartel's meritless arguments that occurred *after* Plaintiff's previous motion for sanctions "close[ly]" denied. [205] at 8.

[1] The September 2026 billing entries do not have a corresponding statement in Exhibit A, since invoices go out at the end of the month. A September 2026 invoice can be provided to the Court, at its request.

Plaintiff asserts they are reasonable given Mr. Bartel's pro se status and respectfully requests that the Court award Plaintiff $9,555.00 in attorneys' fees.

Respectfully Submitted September 16, 2026,

*/s/ Isaac S. Crum*
Isaac S. Crum
Crum IP, LLC
111 E. Dunlap Ave.
Ste. 1-258
Phoenix, AZ 85020
isaac@crumip.com
(602) 888-3383

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the parties listed below. A copy of this filing was also sent via U.S. mail and email.

Cathy Weaver
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

Jason Bartel
N4019 Forest Drive
Hancock, WI 54943
jason_bartel@unioncab.com

Steven Robert Havel
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

*/s/ Isaac S. Crum*