# Exhibit Index

Exhibit 17 - The Book and the Group's Heaven's Gate website displayed a reproduction notice permitting reproduction of the Book or portions thereof if the content remained unchanged and the reproduction was noncommercial. This Exhibit 17 reproduces that notice. Ms. Weaver relied on it in good faith when she participated in pre-suit, noncommercial recordings of portions of the Book and ceased the challenged activity after Plaintiff commenced this action. The notice is relevant to authorization, scope of any license, willfulness, and damages. Ms. Weaver proposes targeted discovery concerning the notice, the Book versions, and Plaintiff's asserted scope of rights.

# Exhibit 17

Reproduces that notice. Ms. Weaver relied on it in good faith when she participated in pre-suit, noncommercial recordings of portions of the Book and ceased the challenged activity after Plaintiff commenced this action. The notice is relevant to authorization, scope of any license, willfulness, and damages. Ms. Weaver proposes targeted discovery concerning the notice, the Book versions, and Plaintiff's asserted scope of rights.

# EXHIBIT 17

## HEAVEN'S GATE BOOK COPYRIGHT AND REPRODUCTION-PERMISSION NOTICE

Copyright notice displayed with the Heaven's Gate Book on the Group's website

**Source:** Heaven's Gate website, heavensgate.com/book/02.htm

**Document shown:** Copyright page for the Book, displaying "© Common Law Copyright 1996 by Heaven's Representatives."

**Reproduction language:** The notice states that permission is granted to reproduce the Book, or portions thereof, so long as the content is unchanged and the reproduction is for non-commercial purposes.

**Purpose of exhibit:** This exhibit is offered as evidence of the publicly displayed copyright and reproduction-permission notice relied upon by Defendant Cathy JoAnn Weaver in connection with her good-faith understanding of the Group's stated conditions for noncommercial reproduction of the Book.

heavensgate.com/book/02.htm

# Copyright

© Common Law Copyright
1996 by Heaven's Representatives
Printed in the New Mexico Republic, the united States of America

ALL RIGHTS RESERVED, WITHOUT PREJUDICE,
U.C.C. 1-207, U.C.C. 1-103.6

This book is protected by Common Law copyright. Permission is hereby granted to reproduce this book, or portions thereof, as long as the content is unchanged, i.e., nothing added to it or taken away from it as long as it is for non-commercial purposes.

No part of this publication may be reproduced or transmitted in any form or by any means, now known or to be invented or adapted, for the purpose of financial gain or profit.

*Website screenshot showing the copyright and reproduction-permission notice.*