**EXHIBIT INDEX**

**Exhibit 17 — Heaven's Gate Book Copyright and Reproduction-Permission Notice**

Copyright/reproduction-permission notice displayed with the Heaven's Gate Book on the Group's website.

**Exhibit 18 — November 14, 2021 Proposed Legal Agreement and Receipt Confirmation**

Written proposal identifying requested uses of audio, logs, and specified video works, together with the November 14, 2021 email acknowledgment from rep@heavensgate.com.

**Exhibit 19 — Screenshots of Sarah King (@sarah.king20) on Defendant Weaver's Livestream** - Screenshots preserving statements made by the account identified as @sarah.king20 in the livestream chat.

**Exhibit 26** - Copyright Office catalog entry for "The Meeting," Registration No. VAu000041610, dated November 18, 1982, identifying Olliver Odinwood as copyright claimant and identifying fourteen full-color acrylic illustrations by Olliver Odinwood, with a 1980 creation date. One of those 14 paintings were made into prints that were given to some former students, namely Mrcody and Srfody, and to Rkkody which is why Rkkody was selling framed prints on his Rkkody.com Website that is only available publicly on the wayback machine but that Havel owns a copy of from the CD's Rkkody sent Havel in 1997 and 1998.

# EXHIBIT 17

Heaven's Gate Book Copyright and Reproduction-Permission Notice

Existing exhibit previously submitted in support of Ms. Weaver's Rule 54(b) motion.

EXHIBIT 17

HEAVEN'S GATE BOOK COPYRIGHT AND REPRODUCTION-PERMISSION NOTICE

Copyright notice displayed with the Heaven's Gate Book on the Group's website

**Source:** Heaven's Gate website, heavensgate.com/book/02.htm

**Document shown:** Copyright page for the Book, displaying "© Common Law Copyright 1996 by Heaven's Representatives."

**Reproduction language:** The notice states that permission is granted to reproduce the Book, or portions thereof, so long as the content is unchanged and the reproduction is for non-commercial purposes.

**Purpose of exhibit:** This exhibit is offered as evidence of the publicly displayed copyright and reproduction-permission notice relied upon by Defendant Cathy JoAnn Weaver in connection with her good-faith understanding of the Group's stated conditions for noncommercial reproduction of the Book.

heavensgate.com/book/02.htm

# Copyright

© Common Law Copyright
1996 by Heaven's Representatives
Printed in the New Mexico Republic, the united States of America

ALL RIGHTS RESERVED, WITHOUT PREJUDICE,
U.C.C. 1-207, U.C.C. 1-103.6

This book is protected by Common Law copyright. Permission is hereby granted to reproduce this book, or portions thereof, as long as the content is unchanged, i.e., nothing added to it or taken away from it as long as it is for non-commercial purposes.

No part of this publication may be reproduced or transmitted in any form or by any means, now known or to be invented or adapted, for the purpose of financial gain or profit.

*Website screenshot showing the copyright and reproduction-permission notice.*

# EXHIBIT 18

## November 14, 2021 Proposed Legal Agreement and Receipt Confirmation

Proposed written agreement concerning dissemination and use of Heaven's Gate materials, including audio, logs, and specified video works; email acknowledgment from rep@heavensgate.com.

Submitted in support of Defendant Cathy JoAnn Weaver's Motion to Reconsider and Revise the August 26, 2026 Interlocutory Order under Fed. R. Civ. P. 54(b)

Legal Agreement Between The T.E.L.A.H Foundation

and Stephen Havel A.K.A. Sawyer and Cathy Weaver

Concerning the Heavens Gate Book

Section A

Stephen Havel A.K.A. Sawyer and Cathy Weaver request permission to reprint the following below listed items with the intention to distribute to individuals in person, community bulletin boards, electrical boxes, utility poles, etc., via the internet including any and all social media sites also to include a future website authored and designed by Stephen Havel A.K.A. Sawyer and Cathy Weaver, and mixed media such as newspapers, magazines etc.

Stephen Havel A.K.A. Sawyer and Cathy Weaver agree to not reprint the Heavens Gate book in its entirety it will only be a document-by-document reprint, for example we would reprint 1a. and pass it out if asked or as we felt called too.

Stephen Havel A.K.A. Sawyer and Cathy Weaver request permission to purchase multiple copies of the Heavens Gate book so in the event we are at a meeting or a convention and someone asks us for a copy of the book we would sell it to them at exactly the cost we paid for it from the T.E.L.A.H. Foundation. We request this permission because at several of our meetings people have asked us for the Heavens Gate book and we directed them to the T.E.L.A.H. Foundation via the Heavens Gate website and they expressed that they might do that but probably wouldn't because of having to send a money order or cash through the mail, they just want a copy right then and there. We'd like to be able to provide them that opportunity so they don't miss out on the opportunity to have a copy of the Heavens Gate book.

Stephen Havel A.K.A. Sawyer and Cathy Weaver request permission to add their own illustrations if inspired and also request creative artistic license to add colors or designs such as

borders to the posters to make them stand out.

Please see list as follows:

1a. Do's Intro: Purpose-Belief

pg. iii, iv, v, vi

2a. Overview of Present Mission

pg. vii, viii, ix

3a. Undercover "Jesus" surfaces Before Departure

Section 1-pg. 3-6

4a. '95 Statement by an E.T Presently Incarnate

Section 1-pg. 7-12

5a. First Statement of Ti and Do

Section 2-pg. 3, 4

6a. First Poster Used for Public Meetings

Section 2-pg.5

7a. The 17 Steps

Section 2-pg. 8

8a. Major Offenses Lesser Offenses

Section 2-pg. 9

9a. '88 Update – The UFO Two and Their Crew

To be reprinted ONLY in its entirety with nothing added or subtracted

Section 3-pg 3-19

10a. Beyond Human Section 4-pg. 2-4

11a. USA Today Ad May 27, 1993: "UFO Cult" Resurfaces With Final Offer

Section 5-pg. 3

12a. An unpublished presentation- exploring possible approaches April 25, 1993

Extraterrestrials Return with Final Warning

Section 5-pg.4-6

13a. Guidelines sent to those who were seriously considering joining the class-those who had responded to articles, ads, and correspondence October 23, 1993

Note: This particular type of classroom experience is no longer offered.

Total Overcomers Classroom Admission Requirements

Section 5-pg. 8-12

14a. Poster November 28, 1993

The Only Way Out of This Corrupt World

Section 6-pg.3

15a. Last Chance Statement January 16, 1994

Crew from the Evolutionary Level Above Human Offers-LAST CHANCE To Advance Beyond Human

Section 6-pg.4

16a. Poster. January 17, 1994

Crew From The Evolutionary Level Above Human Offers- Last Chance to Advance Beyond Human

Section 6-pg. 5

17a. Poster. March 10, 1994

Organized Religion (Especially Christian) has Become the Primary Pulpit for Misinformation and the "Great Cover-Up"

Section 6-pg. 6

18a. Poster. March 16, 1994

"UFO Cult" Resurfaces with a Final Offer

Section 6-pg. 7

19a. Poster. March 21, 1994

UFOs, Space Aliens and Their Final Fight for Earths Spoils

Section 6-pg. 8

20a. Poster. June 20, 1994

The End of The Age is Here-And as was Promised-He's Back, The One "The World" Hated and Killed Before! We're Back, His "Adopted" Who Were Treated The Same! Where Will You Stand? Section 6-pg.9

21a. Poster. July 30, 1994

Some desire to advance beyond racial consciousness some beyond gender and sexual consciousness some beyond religious consciousness some desire to advance even Beyond all Human behavior for the sake of the Evolutionary Level Above Human- the "Kingdom of God" Some who are devoting their entire lives to this endeavor will speak on:

Section 6-pg. 10

22a. Poster. August 18, 1994

UFO Two and Crew Say: "The Shedding of our Borrowed Human Bodies May Be Required in Order to Take Up Our New Bodies Belonging To The Next World."

Section 6-pg.11

Please scroll to continue

23a. Appendix A: Statements Written By Students

*Ti and Do as "Smelling Salts" -Jwnody

*WARNING: For Those Who Are Prone to Hasty Judgments -Glnody

*Ingredients of a Deposit-Becoming a New Creature -Lvvody

*The Truth Is -Nrrody

*A Matter of Life or Death? YOU Decide -Wknody

*T.E.L.A.H.- The Evolutionary Level Above Human -Smmody

*The Way Things Are -Yrsody

*A Farewell Message to Those Who Remain Behind -Drrody

*My Ode to Ti and Do! What This Class Has Meant to Me-Everything! Qstody

*The Hidden Facts of Ti and Do -Chkody

*" Away Team" from Deep Space Surfaces Before Departure -Jwnody

*A Testament -Srrody

*Older Member – Younger Member- Their Relationship -Slvody

*Statement by a Crewmember -Tddody

*Be Fruitful and Multiply -Jmmody

*Up the Chain -Brnody

*Religions Are Humans' #1 Killers of Souls -Jwnody

*Evolutionary "Rights" for "Victims" -Stmody

*Deposits -Snnody

*The World's Most Successful Con Game -Lggody

*Incarnating and Discarnating -Jnnody

*Investments -Anlody

Appendix A Pages 1-100

24a. Appendix B Appendix B-pg.1-9

Bible Quotes Primarily From Previous Representatives to Earth From The Evolutionary

Level Above Human

The Audios

Section B

1b. In regards to the number of audio tapes and logs left in storage and that were retrieved and then kept stored by the T.E.L.A.H. Foundation, Stephen Havel A.K.A. Sawyer and Cathy Weaver request ALL audio tapes and logs known and unknown be posted on the proposed Vimeo site with a deadline of March 25, 2022.

2b. Stephen Havel A.K.A. Sawyer and Cathy Weaver request the right to play every single audio and log on any and all social media platforms and in person with a statement that the T.E.L.A.H. Foundation has given us such permission and with whatever watermark and disclaimer the T.E.L.A.H. Foundation requires.

3b. Stephen Havel A.K.A. Sawyer and Cathy Weaver request the right to provide commentary on ALL audios and logs that may be played.

4b. Stephen Havel A.K.A. Sawyer and Cathy Weaver request to have full permission to provide audios and logs to those without internet via USB drives but first and foremost interested parties will be directed to the T.E.L.A.H. Foundations official Vimeo site.

5b. Stephen Havel A.K.A. Sawyer and Cathy Weaver request permission to transcribe every single audio either personally ourselves or via other true believers or other seekers who feel

inclined to do so. Transcripts will be proofread and then uploaded or submitted via e-mail to the T.E.L.A.H. Foundation to be added to the Vimeo site and properly watermarked or notated as the T.E.L.A.H. Foundation will describe.

6b. Stephen Havel A.K.A. Sawyer and Cathy Weaver request the permission to use any and or ALL audio tapes and logs in any music recording with possible expected profit and a percentage of royalties will be forwarded to the T.E.L.A.H. Foundation. Very low profit is expected so Stephen Havel A.K.A. Sawyer and Cathy Weaver propose a $00.01 cent to every dollar earned be forwarded to the T.E.L.A.H. Foundation.

The Videos

Section C

Stephen Havel A.K.A. Sawyer and Cathy Weaver request the permission to use the below listed tapes in any music recording with possible expected profit and a percentage of royalties will be forwarded to the T.E.L.A.H. Foundation. Very low profit is expected so Stephen Havel A.K.A. Sawyer and Cathy Weaver propose a $00.01 cent to every dollar earned be forwarded to the T.E.L.A.H. Foundation.

Stephen Havel A.K.A. Sawyer and Cathy Weaver request permission to play the following listed videos via the internet and in person:

1c. Beyond Human Series 1-12

2c. Last Chance To Evacuate Planet Earth

3c. Planet Earth About To Be Recycled

4c. Do's Final Exit

5c. Student Exit Statements

6c. Chicago Meeting Footage

7c. KOPE Radio Interview

8c. Missoula News Interview

9c. Video never released of When You Know Ti and Do song performed by the class

Artwork

Section D

1d. Stephen Havel A.K.A. Sawyer and Cathy Weaver request permission to use ALL of Ollody's art works depicting Next Level scenes and Members. Stephen Havel A.K.A. Sawyer and Cathy Weaver will be making merchandise for profit based on Ollody's works. Specifically, we will be designing a doll using the depiction of an Older Member. We are also pursuing a video game concept with the Older Member depiction as the avatar. We request permission to use Ollody's artwork for the doll, game and whatever other products may be created using Ollody's artworks.

2d. Stephen Havel A.K.A. Sawyer and Cathy Weaver also propose to reprint Ollody's artworks and display them in a gallery style setting for members of the public to view.

3d. Any profit made from any of these endeavors the T.E.L.A.H. Foundation will receive $00.01 cent of every dollar earned.

4d. Stephen Havel A.K.A. Sawyer and Cathy Weaver request permission to use the Heavens Gate logo and the Heavens Gate name without fear of legal repercussions.

Additional Terms

Section E

1e. If the audios are not posted by March 25, 2022 Stephen Havel A.K.A. Sawyer and Cathy Weaver have permission to share audios via USB drives, emailed or via the internet including any and all social media.

2e. Stephen Havel A.K.A. Sawyer and Cathy Weaver request written acknowledgement that the T.E.L.A.H. Foundation will not cause any of Stephen Havel's' A.K.A. Sawyer social media sites to be deleted or taken offline.

3e. Stephen Havel A.K.A. Sawyer and Cathy Weaver request written acknowledgement that the T.E.L.A.H. Foundation will not require audios that have already been dispersed to be collected and returned as it is not logically feasible for that to happen as people could just make copies that we are unaware of and can't retrieve.

4e. Stephen Havel A.K.A. Sawyer and Cathy Weaver request written acknowledgement that the T.E.L.A.H. Foundation will not require Stephen Havel A.K.A Sawyer to apologize for anything in order to obtain the permissions requested in this document.

5e. Stephen Havel A.K.A. Sawyer and Cathy Weaver request written acknowledgement that the T.E.L.A.H. Foundation will not require us to run everything by them before we reprint or create things.

6e. This agreement can be amended to allow for future intellectual property rights requests in the event this agreement proves insufficient to complete the task Stephen Havel A.K.A. Sawyer and Cathy Weaver have before them.

Gmail **cathysouthwestern <cathysouthwestern@gmail.com>**

## Intellectual Property Rights Request

4 messages

**cathysouthwestern** <cathysouthwestern@gmail.com> Sun, Nov 14, 2021 at 9:01 PM
To: rep@heavensgate.com

Good Evening,

Please see attached....can you email me back so I know you have received?

Thank you!
Cathy Weaver
480-201-4528
www.facebook.com/cathyweaverphotography

**Legal Agreement Between The T.E.L.A.H Foundation and Stephen Havel A.K.A. Sawyer and Cathy Weaver.docx**
21K

**rep@heavensgate.com** <rep@heavensgate.com> Sun, Nov 14, 2021 at 10:24 PM
To: cathysouthwestern <cathysouthwestern@gmail.com>

We have received your legal agreement and will pass it on to our attorneys on Monday morning.

> On Nov 14, 2021, at 9:01 PM, cathysouthwestern <cathysouthwestern@gmail.com> wrote:
>
> <Legal Agreement Between The T.E.L.A.H Foundation and Stephen Havel A.K.A. Sawyer and Cathy Weaver.docx>

**cathysouthwestern** <cathysouthwestern@gmail.com> Sun, Nov 14, 2021 at 10:50 PM
To: rep@heavensgate.com

Thank you for the confirmation.
[Quoted text hidden]

**cathysouthwestern** <cathysouthwestern@gmail.com> Wed, Jun 22, 2022 at 7:10 PM
To: Sawyer Cathy <sawcat575@gmail.com>

[Quoted text hidden]



10

# EXHIBIT 19

Screenshots of Sarah King (@sarah.king20) on Defendant Weaver's Livestream

Screenshots preserving statements made by the account identified as @sarah.king20 in the livestream chat.


#1 Birds, Cathy's Lyrics &
AI Suno
Welcome to live chat! Remember to guard your privacy and abide by our community guidelines.
Learn more
@sarah.king20 [message retracted]
@sarah.king20 [message retracted]
@3spmSwy
Birds, Cathy's Lyrics & AI Suno

(1)


#2
#1 is it a full moon or something?
@sarah.king20 #3 I have done nothing wrong.
@sarah.king20 #2 I'm waiting for my apology.

2


doesnt appreciate what Sarah said either
@keithlauritsen1285 #2 hello Joseph
@josephcoats6684 #1 hi keith
SK
@sarah.king20 I deserve some respect
Message deleted by @Cat
outhwestern. View
deleted message
@3spmSwy Cathy's Lyrics Sawyers Flute AI Suno


@keithlauritsen1285 #3 just let you i am 20
Message deleted by @Cathysouthwestern. View deleted message
@sarah.king20 I will appreciate if you can refrain from texting my man
Message deleted by @Cathysouthwestern. View deleted message
Message deleted by @Cathysouthwestern. View
@3spmSwy Cathy's Lyrics Sawyers Flute AI Suno

(4)


Combo 21
@leciannacarroll4960 #1 ok girl, I gotta scoot
@leciannacarroll4960 #1 LYF!!!!
@sarah.king20 can I get a apology?
@josephcoats6684 how disappointing of you Sarah !
@josephcoats6684 #2 hahaha! love it Cathy!
@Cathysouthwestern Click to see where your sta...

# EXHIBIT 26

Copyright Office catalog entry for "The Meeting," Registration No. VAu000041610, dated November 18, 1982, identifying Olliver Odinwood as copyright claimant and identifying fourteen full-color acrylic illustrations by Olliver Odinwood, with a 1980 creation date. One of those 14 paintings were made into prints that were given to some former students, namely Mrcody and Srfody, and to Rkkody which is why Rkkody was selling framed prints on his Rkkody.com Website that is only available publicly on the wayback machine but that Havel owns a copy of from the CD's Rkkody sent Havel in 1997 and 1998.

## Exhibit 26 – Prior Copyright by Original Artist (Ollody)

Exhibit 26 contains illustrations created by "Ollody," a former member of the Heaven's Gate group who produced artwork for the classroom and copyrighted his work under the pen name **Olliver Odinwood in 1982**. The exhibit includes copies of the original illustrations and references to the 1982 registration, which predates Plaintiffs' 1997 copyright application by fifteen years. Plaintiffs admitted in discovery that they have no written assignment from Ollody and no documentation showing that his copyrights were ever transferred to them. This prior copyright ownership conclusively defeats Plaintiffs' claim to exclusive rights over the visual artworks in Count IV and demonstrates that Plaintiffs' 1997 filing omitted required information about preexisting copyrighted work.

The origin and use of the Image Plaintiffs call the "Celestial Being Entity" aka C.B.E. Image – what a member of the Kingdom of Heaven May Look Like.

https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=1&ti=1,1&SAB1=

Labeled View

***The Meeting.***

**Type of Work:** Visual Material
**Registration Number / Date:** VAu000041610 / 1982-11-18
**Title:** The Meeting.
**Notes:** Cataloged from appl. only.
**Copyright Claimant:** Olliver ***Odinwood***
**Date of Creation:** 1980
**Authorship on Application:** 14 full color acrylic ill.: Olliver ***Odinwood.***
**Previous Registration:** Motion picture screenplay prev. reg.
**Copyright Note:** C.O. correspondence.
**Names:** *Odinwood*, Olliver, 1948-

Figure 1a – Copyright Registration filed by Olliver Odinwood, aka Ollody, Oll, Oliver, legally David Cabot Van Sinderen's of 14 Acrylic paintings he created around 1980 to 1982 that Havel (Swyody) and Mrcody and Srfody and many other classmembers witnessed him paintin then.

**Here is the text of the Copyright registration shown above:**

The Meeting.

*Type of Work: Visual Material

Registration Number / Date: VAu000041610 / 1982-11-18

Title: The Meeting.

Notes: Cataloged from appl. only.

Copyright Claimant: Olliver Odinwood

Date of Creation: 1980

Authorship on Application: 14 full color acrylic ill.: Olliver Odinwood.

Previous Registration: Motion picture screenplay prev. reg.

Copyright Note: C.O. correspondence.

Names: Odinwood, Olliver, 1948-

**Figure 1b – Probate Court document segments showing Olliver Odinwoods Artwork and registered copyrights were known about by Plaintiffs back in 1999**. Since Mark King and Sarah King as the only Officers of the Telah Foundation in 1997 copyrighted the framed lithographic print in October of 1997, when they learned it had already been copyrighted in 1982 they should have updated the copyright office. Then to bring litigation against Havel's use of the same image based on their fraudulent copyright is yet another act that may rise to criminal.

The following are segments from the 1997-1999 San Diego Probate Case Files for the:
SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF SAN DIEGO
Case No. PNO22228 STATEMENT OF DECISION, JOHN MICHAEL CRAIG, also known as

LOGAN M. LAWSON, aka LOGAN LAHSON, Deceased.

In section: Statement of Facts, page 4: Olliver Odinwood (aka Ollody) was documented to have had a "Copyright Registration for Artwork for a screenplay entitled, "The Meeting". Here is the full text of that statement:

"The Public Administrator marshaled a Certificate of Trade Name Registration for Higher Source Contract Enterprises (Trial Exhibit Number 211), and an application for Registration for Trade Name for Telah Services (Trial Exhibit Number 212), which are in the name of decedent Logan Lahson, aka John Craig.

In addition, he marshaled a Certificate of Copyright Registration for Artwork for a screen play entitled, "The Meeting," in the name of decedent Olliver Odinwood and a Certificate of Copyright Registration for a motion picture screenplay entitled, "The Meeting," In the name of Individual decedent David Codody, a pseudonym (Trial Exhibit Number 59,60). These certificates were recovered from the decedent's residence"

By Information and belief, the SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF SAN DIEGO in Case No. PNO22228 between Petitioners, The Telah Foundation (Mark King and Sarah King) vs the Public Administrator of the estate of JOHN MICHAEL CRAIG, also known as LOGAN M. LAWSON, aka LOGAN LAHSON, Deceased,having consolodated all the estates of the 39 deceased, that concluded on January 13, 1999 with a STATEMENT OF DECISION by Judge Lisa Guy-Schall, under the section: FINDINGS OF FACT AND DECISION, paragraph 3 concluded:

"As for the painting, "C.B.E.,"it was delivered to Petitioners In February of 1977, with words of gratitude, according to Sarah King. Yet, there is no evidence that decedents gave Intellectual propertv rights in the painting to the Petitioners as well."



Figure 1c – Framed Lithographic Print of what an Older Member of the Kingdom of Heaven may look like. This was from Rkkody.com and shows that Mark King and Sarah King were not the only former students or people who received this framed picture from the Group as Rkkody was offering these for sale.



Figure 1d – Another of DO's Images of how a Member of the Next Level may look



Figure 1e - Images on Rkkody.com Rkkody received from The Class to post and use of how a Member of the Next Level may look



Figure 1f - Images on Rkkody.com Rkkody received from The Class to post and use of how a Member of the Next Level may look, giving the person white hair as DO had when he came public by himself in the 1990's as seen on the Beyond Human Video tape series.

**Figure 2a. Admissions Responses that show Plaintiffs deceit:**

From Dtk. 233 page 7 of RESPONSE TO MOTION TO DETERMINE SUFFICIENCY OF PLAINTIFF'S RESPONSES TO REQUESTS FOR ADMSISION (DE 221 AND 222):

(Note Plaintiffs admits that Ollody is the artist that painted (created) a number of paintings and among them the "Older Member artwork" and that such artwork was made into the "Lithographic Print Plaintiffs, as The Telah Foundation copyrighted in 1997 as the C.B.E. Celestial Being Entity".)

REQUEST FOR ADMISSION NO. 3: Admit that Ollody, (aka David Cabot Van Sinderen, OLL, Olliver Odin wood) was the Artist who painted the 14 original Acrylic Paintings he copyrighted in 1982 that included the Older Member picture made into a Lithographic Print Plaintiffs, as The Telah Foundation copyrighted in 1997 as the C.B.E. Celestial Being Entity

RESPONSE TO REQUEST FOR ADMSSION NO. 3: Plaintiff admits that the Older Member artwork was created by David Cabot Van Sinderen. Plaintiff is without knowledge as to the number of paintings he copyrighted in 1982 and, thus, denies the remainder of this request on that basis.

**Figure 2b - Admissions Responses that show Plaintiffs deceit:**

From document: PLAINTIFF'S RESPONSES TO DEFENDANT HAVEL'S REQUEST FOR PRODUCTION OF DOCUMENTS (Dtk. 209):

Note: When Defendant Havel saw this response and checked his Admission Requests he saw that Plaintiffs had somehow copy/pasted another Admission text into the end of this Request. They corrected it but they could have responded to the Admission and recognized they had made a mistake.

REQUEST FOR ADMISSION NO. 3: Admit that Ollody, ( aka David Cabot Van Sinderen, OLL, Olliver Odin wood) was the Artist who painted the 14 original Acrylic Paintings he copyrighted in 1982 that included the Older Member picture made into a Lithographic Print Plaintiffs, as The Telah Foundation copyrighted in 1997 as the C.B.E. Celestial Being EntityDocument(s) submitted to Copyright office to prove, as shown in Section 4 of the registration, that Plaintiffs had "obtained ownership of the copyright" as "pursuant to assignments" to legally Transfer from Author, Total Overcomers Anonymous aka T.O.A., to The Telah Foundation the Deposit of 486 Audio tapes, referred to as "The Audiotape Library of Heaven's Gate by TI and DO as per copyright registration number: SRu 298-530 effective date of Oct 27, 1997. RESPONSE TO

REQUEST FOR ADMSSION NO. 3: Plaintiff does not understand this Request for Admission and on that basis it is denied.

**Figure 2c - Admissions Responses that show Plaintiffs deceit**

From document: PLAINTIFF'S RESPONSES TO DEFENDANT WEAVER'S REQUESTS FOR ADMISSION (Dtk. 210):

REQUEST FOR ADMISSION NO. 15: Admit that Defendant Stephen Havel's use of the Older Member Image painted and copyrighted in 1982 by Ollody (aka Olliver Odinwood, legally David Cabot Van Sinderen) on T shirts wasn't from the Lithographic Print you said you were gifted and called the Celestial Being Entity, aka C.B.E. Lithographic Print you copyrighted in 1997.

RESPONSE TO REQUEST FOR ADMSSION NO. 15: Denied. Plaintiff is the owner of all of the intellectual property, including the intellectual property refenced in this request and all versions of the CBE.

**Figure 2d - Admissions Responses that show Plaintiffs deceit**

REQUEST FOR ADMISSION NO. 21: Re: REQUEST FOR ADMISSION NO. 17, 18, 19 and 20: Admit you presented to the Judge Breyer Court and the Judge Lisa Guy Schall Court statements that accused Rkkody (aka Charles Chuck Humphrey, "third party") of doing things against The Classes wishes by his attempting to sell T shirts, mugs, mouse pads, Away Team

Patches, etc. (with Ollody's image art) to support his being able to afford to give away CD's (part of the Classes dissemination project) containing much of the Groups Intellectual Property on them.

RESPONSE TO REQUEST FOR ADMSSION NO. 21: Plaintiff admits its counsel informed the Court in connection with the probate proceeding that:

"The TELAH Foundation became aware of commercial misappropriation of intellectual property associated with the religion of The Evolutionary Level Above Human. Specifically, Mr. Chuck Humphrey had made revisions to the religious group's website and was selling T-shirts, coffee mugs, mouse pads and other paraphernalia in an obvious effort to exploit the Heaven's Gate organization, name and ideas. This was directly contrary to the beliefs and purposes of The TELAH Foundation, as expressed to [counsel for the TELAH Foundation] by Mark King. Sarah King and Wayne Parker. The TELAH Foundation instead believed that the organization's intellectual property should be maintained in exactly the manner that the deceased persons requested and specified, and always should be treated with dignity and respect."

Defendant's Note: Shows Plaintiffs did not deny that what they were referring to as "commercial misappropriation of **intellectual property** associated with the religion of The Evolutionary Level Above Human" by "Mr. Chuck Humphrey" who is Rkkody, also admitting by their response that Rkkody was managing the "religious group's website" which at that time was Heavensgate.com per DO (known in the media by Marshall Applewhite, Jr.), as shown in Letters sent to Rkkody he chose to make changes to. They are also admitting to Rkkody's provision of T

shirts, mugs, mouse pads, Away Team Patches, etc. (with Ollody's image art). This leads to the evidence that the "Celestial Being Entity" aka C.B.E. belonged to Ollody and Defendant Havel has witness testimony Plaintiffs knew before, during and especially after their 1999 Probate Settlement that Ollody had copyrighted that Image and was also the creator of the HG Logo and another dozen or so images used in the screen play of "The Meeting" as illustrations shopped to Hollywood's Producer Gary Kirsch and Stanley Kubeck.



18. After Do and The Class departed, plaintiffs attempted to carry out the wishes of Heaven's Gate and its followers. Plaintiffs incorporated the non-profit corporation known as TELAH for this purpose. TELAH has applied for and received registration of the copyrights for works prepared by the organization. Attached hereto as Exhibits A through E are the copyright registration relating to works authored by the organization under the names Total Overcomers Annonymous and Heaven's Representatives assigned to plaintiffs. Attached hereto as Exhibit F is the copyright application association with The Celestial Being Entity lithographic print created by Total Overcomers Annonymous and assigned to plaintiffs. Attached hereto as Exhibit G is the copyright application associated with the Heaven's Gate Away Team Patch created by Total Overcomers Annonymous and assigned to plaintiffs. The works described in this paragraph are referred to hereinafter as the Subject Works.

**DEFENDANTS' ACTIVITIES**

Figure 2e – From Plaintiffs Complaint Dtk. 1 and Amended 132, paragraph 18 states in line 11-13 "Attached hereto as Exhibit F is the copyright application association with The Celestial Being Entity lithographic print created by Total Overcomers Anonymous and assigned to plaintiffs." In figure 1b at the bottom of the figure, Judge Lisa Guy Schall says about the C.B.E.:

"As for the painting, "C.B.E.,"it was delivered to Petitioners In February of 1977, with words of gratitude, according to Sarah King. Yet, there is no evidence that decedents gave Intellectual propertv rights in the painting to the Petitioners as well."

Plaintiffs knew when they filed this lawsuit that Judge Lisa Guy Schall entered that decision and that they had no "assignment" from the Group to give them any intellectual rights to any of the Groups Property, though they like anyone could use it.

**Figure F - In Plaintiffs Exhibit F – Dkt. 1-F and in Amended Dkt. 132-F Complaints – the Celestial Being Entity – C.B.E. they give the copyright office misinformation they knew was not true.**

| | | | |
|---|---|---|---|
| | 3 | AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ........ (Name of Country) or Domiciled in ........ (Name of Country)<br>AUTHOR OF: (Briefly describe nature of this author's contribution) | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes No Pseudonymous? Yes No<br>If the answer to either of these questions is "Yes," see detailed instructions attached |
| 3 Creation and Publication | YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: Year 1992 (This information must be given in all cases.) | | DATE AND NATION OF FIRST PUBLICATION: Date March 31, 1997 (Month) (Day) (Year) Nation United States of America (Name of Country) (Complete this block ONLY if this work has been published.) |
| 4 Claimant(s) | NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):<br>The Telah Foundation<br>4757 E. Greenway Road, #103<br>Phoenix, AZ 85032 | | |
| | TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)<br>pursuant to assignments | | |

Figure 2f1:

(1) In Section 3 it states that the year in which creation of this work was completed was 1992 yet Plaintiffs Mark King and Sarah King were present when Ollody, Olliver Odinwood was painting the CBE image and others in the early 1980's while they were still in the Class.

(2) Also in Section 3 it states the Date and Nation of First Publication as March 31, 1997 yet Mark King and Sarah King knew or should have known that the CBE Image was used on the Groups website Heavensgate.com (where it still is) as early as December of 1996 or so. They also knew that Prints were made and framed and hung in Astrologics in Amarillo, Texas where they worked everyday in around 1982. I was there as well.

(3) There were no legal "assignments" to transfer them the rights to the Image

USDC IN/ND case 3:22-cv-00395-JD-MGG document 1-6 filed 05/18/22 page 3 of 4

| | | |
|---|---|---|
| EXAMINED BY<br>CHECKED BY | APPLICATION RECEIVED SEP 22 1997 | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED SEP 22 1997 | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE: | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM VA/CON)

PREVIOUS REGISTRATION: (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes ....... No . X ....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of the application.
- If your answer is "Yes," give: Previous Registration Number.......................... Year of Registration........................

Figure 2f2 – Mark King and Sarah King checked "no" to the question, "Has registration for this work or for an earlier version of this work been made in the Copyright Office?" They knew this was not true.

• If your answer is "Yes," give: Previous Registration Number. . . . . . . . . . . . . . . . . . . . . . . . . . . Year of Registration. . . . . . . . . . . . . . . . . . . . . . . . .

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

(6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
. . . . . .N/A. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
. . . . . .N/A. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name Jerome E. Weinstein, Esq.

(7)

Figure 2f3 –Plaintiffs knew there was a preexisting work as they knew they had a print thus an original existed to make into prints.

Figuire 2f-1 –

In HAVEL'S FIRST AMENDED ANSWER, DEFENSE (Page 81+) AND COUNTERCLAIM (Page 128+) TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL in Section III. THE COMPLAINT FAILS TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED BECAUSE: Paragraph 52:

52. Since Mark King and Sarah King, Plaintiffs, copyrighted the CBE Lithographic Print in 1997 knowing it was Ollody's (aka Olliver Odinwood, legally David Cabot Van Sinderen, Oll) artwork, yet in the registration did not check the box yes or no on whether that work was a work for hire and didn't respond honestly regarding that image being copyrighted before they did

when it had been in 1982, and they learned about that as late as 1999 but probably much earlier and could have corrected it with the copyright office, their copyright of said artwork should be ruled invalid and I should receive relief according to my loss of revenue for stopping using the image on T shirts and according to my Counter Claim. (See Exhibit 16 Copyright vau000041610 by olliver odinwood of 14 paintings including the CBE Older Member and Saturn Rings on 11-18-1982)