-FILED-
SEP 28 2026
At ___ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION, INC.

Plaintiff,

V,

STEVEN ROBERT HAVEL, et al.,

Defendants

CASE NO.3:22-CV-395-DRL

**OPPOSITION TO PLAINTIFF'S FEES AND COSTS LIST**

Defendant Bartel hereby presents an opposition to Plaintiff's fees and costs list[DE 280]. Defendant opposes this list based on the 'undisputed evidence' that Plaintiff The Evolutionary Level Above Human Foundation was incorporated in Arizona on September 23, 1997[DE 276, page 14]. This case was filed on May 18, 2022 on behalf of The Evolutionary Level Above Human, Inc., an alleged corporation that is not Plaintiff. Plaintiff has no operations other than as a litigation shell. An unregistered Arizona trust with the exact same name as Plaintiff is being used in a fraudulent scheme to attempt to take the place of The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation, as the Plaintiff in this case.

# INTRODUCTION: DEFENDANT DEMANDS BANK LOGS AND/OR CANCELED CHECKS SHOWING ORIGIN OF FUNDS USED TO PAY FOR LITIGATION

Due to this case being filed on behalf of an alleged corporation that is not Plaintiff, Defendant demands bank logs and/or canceled checks showing that the funds used to pay for litigation in this case originated exclusively from a bank account belonging to The Evolutionary Level Above Human Foundation, incorporated in the state of Arizona on September 23, 1997. As Plaintiff has yet to file a pleading in this case, including a Corporate Disclosure Statement, on behalf of The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation, Defendant contends that Plaintiff is attempting to substitute a non-legal entity with the same name as Plaintiff.

Defendant presents the following brief with evidence from the Arizona Corporation Commission's publicly available records demonstrating that Plaintiff is a corporation with no operations other than as a litigation shell to serve the interests of Plaintiff's sole two Officers and Directors, Mark King and Sarah King. NAICS reports demonstrate that there are two Arizona companies with the same name as Plaintiff and the alleged 'active' company is a trust and not a corporation. Tax returns filed by Plaintiff demonstrate that Plaintiff had declared $0 in revenue from 2008 until 2020.

# I. PLAINTIFF HAS ZERO OPERATIONAL REALITY

In January of 2022 Plaintiff changed the address of its Statutory Agent in Arizona to a mailbox at a UPS Store[Exhibits 1 and 2]. Arizona Law requires that a Statutory Agent maintain a physical street address in the state. When this case was filed on May 18, 2022 Plaintiff's Statutory Agent, Mark King, did not maintain a physical street address and was therefore not available during regular business hours to accept legal documents.

Plaintiff's Annual Report filed with the Arizona Corporation Commission in February of 2022 fraudulently changed the Known Place of Business for Plaintiff by not filing a required Statement of Change. Plaintiff replaced the previous Known Place of Business at 7402 E. Sand Hills Rd., Scottsdale, AZ 85255 with the address of the UPS Store mailbox, 23623 N. Scottsdale Rd. D3-424, Scottsdale, AZ 85255. Plaintiff did this by leaving 'Att: TELAH' in the address field for the Arizona Known Place of Business and placing the address for the UPS Store mailbox after the heading thereby replacing the previous address[Exhibit 3]

When this case was filed on May 18, 2022 Plaintiff's Arizona Known Place of Business and physical address for its Statutory Agent was a UPS Store mailbox, therefore, Plaintiff had no operational reality on May 18, 2022.

## II. PLAINTIFF'S CAMPAIGN TO MAINTAIN THE ILLUSION OF OPERATIONAL REALITY DURING THIS CASE

To maintain the illusion of operational reality and compliance with Arizona law, Plaintiff filed a fraudulent Statement of Change in May of 2023[Exhibit 4]. In order to stave off Administrative Dissolution Plaintiff removed 'Att: TELAH' from the address field and kept the Known Place of Business at the UPS Store mailbox. In order to further stave off Administrative Dissolution Plaintiff filed a Statement of Change in June of 2023 naming Daniel Marks, a former Attorney for Plaintiff in this case, as Plaintiff's Statutory Agent[Exhibit 5]. Mr. Marks subsequently left the case and Messner Reeves LLP of Phoenix. Isaac S. Crum became the Statutory Agent for Plaintiff in September of 2023 and remains so until the present day[Exhibit 6].

In January of 2024 Plaintiff, in yet another attempt to stave off Administrative Dissolution, filed a Statement of Change changing Plaintiff's Known Place of Business from the UPS Store mailbox to Mr. Crum's Law Office at Messner Reeves LLP of Phoenix, AZ[Exhibit 7]. Plaintiff has no operations and after being illegally located in a UPS Store mailbox the Arizona Nonprofit Corporation is now just a desk in Mr. Crum's office at Messner Reeves LLP.

## III. PLAINTIFF FILING THIS CASE ON BEHALF OF A DIFFERENT,ALLEGED CORPORATION CALLS INTO QUESTION PLAINTIFF'S RETAINER AGREEMENT

As it is 'undisputed evidence' that Plaintiff is The Evolutionary Level Above Human Foundation, Inc., Plaintiff filing this case on May 18, 2022 on behalf of The Evolutionary Level Above Human, Inc. calls into question Plaintiff's retainer agreement and any billed hours while Plaintiff was operating as The Evolutionary Level Above Human, Inc. Defendant demands that Plaintiff and Plaintiff's Attorney produce the original retainer agreement, matching the exact name and corporate form of Plaintiff, retained by Isaac S. Crum from The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation.

Since 2023 in an amended complaint Plaintiff has stated that it is The Evolutionary Level Above Human Foundation but unlike the original complaint Plaintiff no longer identifies as a corporation. As it is 'undisputed evidence' that Plaintiff is an incorporated entity Defendant objects to Plaintiff's fees list due to Plaintiff's refusal to acknowledge its corporate status in its own pleadings. Defendant further objects to Plaintiff's fees list as Plaintiff is not the same alleged corporation that Plaintiff filed the suit on behalf of in 2022.

## IV. THE TWO ARIZONA COMPANIES NAMED THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION

As per NAICS reports there are two Arizona companies named The Evolutionary Level Above Human Foundation with two distinct Duns numbers. In an NAICS report from May of 2024 the 'company' that is described as a 'Trust' and 'Grantmaking Foundation' had done "Sales Volume' of $49,196. The other 'company' is an alleged 'civic and social association' and did $0 in 'Sales Volume'[Exhibit 8]. In two NAICS reports from May of 2026 the data for the two 'companies' remains unchanged, however, a 'year started' has been added to the data fields, 2016 for the 'Trust' and '2010' for the 'Civic and Social Association'[Exhibits 9 and 10].

It is a matter of Law that a trust is not a corporation. The address listed for the trust in Exhibits 8 and 9 is not the Known Place of Business for Plaintiff. The Evolutionary Level Above Human Foundation that is the civic and social association in Exhibits 8 and 10 is also identified in Exhibit 11 as an 'inactive' company that is a 'Corporation'. This evidence seriously raises the question of whether Plaintiff is merely a shell corporation with no assets being kept alive only on paper by Plaintiff's Attorney and Plaintiff's sole two Officers and Directors for the purposes of litigating the case before this Court.

## V. PLAINTIFF'S PRESIDENT/CEO SIGNED A STATEMENT ON BEHALF OF THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC.

On Jan. 22, 2023 Plaintiff's President/CEO Mark King signed a Statement on behalf of The Evolutionary Level Above Human, Inc. Mr. King signed this Statement under penalty of perjury. Mark King stated that Plaintiff earned less in 2021 than 'The cost of filing this action ( $402 )'.[DE 67] ( document unavailable on PACER, Brief in Support of Preliminary Injunction ). Exhibit 12 is the 2026 Annual Report for Plaintiff, The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation. Mark King electronically signed the document as 'CEO' of Plaintiff. Mark King's handwritten signature is in Exhibit 6 authorizing Isaac S. Crum to be the Statutory Agent for Plaintiff. Exhibit 13 identifies Mark King as a Director and President/CEO of Plaintiff.

Unless Mark King is also the President of The Evolutionary Level Above Human, Inc., Mark King committed perjury when Mr. King signed the Statement in this case on Jan. 22, 2023. Mark King did commit perjury on Jan 22, 2023 and in a Declaration [DE 83-1] by stating that Plaintiff is The Evolutionary Level Above Human, Inc. as the Court has recognized the 'undisputed evidence' that Plaintiff is The Evolutionary Level Above Human Foundation, incorporated in Arizona on September 23, 1997[DE 276, page 14].

## VI. PLAINTIFF AND PLAINTIFF'S ATTORNEY CONSPIRED TO USE A SHELL CORPORATION AND SHIFTING CORPORATE IDENTITIES TO FILE AND MAINTAIN THIS ACTION

The evidence is very strong that The Evolutionary Level Above Human Foundation, Inc. is a shell corporation with no operations and is an alter ego of the corporation's sole two Officers and Directors, Mark King and Sarah King. Mark King and Sarah King were co-Plaintiffs along with the corporation in the 1998 infringement case filed in the U.S. District Court, Northern District of California[DE 79-1].

Mark King was the Statutory Agent for Plaintiff using a UPS Store mailbox as an address when this case was filed on May 18, 2022. Plaintiff was illegally operating out of the same UPS Store mailbox when this case was filed. Mark King signed a Declaration in this case on behalf of an alleged corporation with a similar name to Plaintiff, The Evolutionary Level Above Human, Inc.[DE 83-1]

Since this case was filed two of Plaintiff's attorneys have been the Statutory Agent for Plaintiff. Since this case was filed Plaintiff has had to locate its Arizona Known Place of Business in the office of Plaintiff's Attorney, Isaac S. Crum at Messner Reeves LLP of Phoenix, AZ. Since an amended complaint was filed Plaintiff has inexplicably ceased to be a corporation in Plaintiff's case filings.

## VII. FROM 2008 UNTIL 2020 PLAINTIFF DECLARED $0 IN REVENUE ON ITS PAPER FILED TAX RETURNS WITH THE IRS

For the sake of brevity Defendant is only including Plaintiff's 2014, 2018, 2019 and 2020 paper tax returns in order to demonstrate some key points. The 2014 and 2018 returns checked the box for 'corporation' on line K. [Exhibits 14 and 15]. Plaintiff's 2019 and 2020 tax returns did not check a box on line K for 'Form of organization'[Exhibits 16 and 17]. All four submitted tax returns declared $0 in revenue and listed Mark King and Sarah King as the only Officers, Directors, Trustees and Key Employees of Plaintiff. All the returns were signed by President or President/CEO Mark King with the exception of the 2020 return which was signed by Mark King but no Officer designation is listed.

Plaintiff's 2014 tax return lists the same address for Plaintiff as the Civic and social association in Defendant's Exhibits 8, 10 and 11 with an addition of '#107B' and '178' in the Room/Suite field on the return. Plaintiff hired Isaac S. Crum and Messner Reeves LLP in 2021 to initiate DMCA takedown requests on Defendant Bartel's free file sharing sites. Since 2021 Plaintiff has filed an electronic form declaring 'Gross receipts not greater than: $50,000'[Exhibit 18]

## VIII. CONCLUSION: PLAINTIFF'S FEES LIST IS A FRAUDULENT SCHEME AND MUST BE REJECTED BY THE COURT

Despite the Court declaring that Plaintiff, The Evolutionary Level Above Human Foundation, is an incorporated entity Plaintiff refuses to identify as an incorporated entity since filing an amended complaint in 2023. As Defendant has presented evidence that a trust in Arizona with the exact same name as Plaintiff has done some 'sales volume', Defendant asserts that Plaintiff's Officers/Directors and Isaac S. Crum have attempted to make an unregistered trust the Plaintiff in this case. Plaintiff and Plaintiff's Attorney have engaged in a fraudulent scheme to create standing for the trust with the same name as Plaintiff in order to attempt to use the Court to extort sanctions from Defendant Bartel.

Plaintiff and Plaintiff's Attorneys have acted with scienter in this case. This case was filed with malicious intentions by Plaintiff to punish Defendant Bartel. For the reasons stated herein, Defendant is opposed to Plaintiff's fees list.

Respectfully submitted

Jason Bartel
N4051 26th LN
Redgranite, WI 54970

9/21/2026

Jason Bartel