PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID

$12.90

Origin: 54970
09/21/26
5669400951-6

PRIORITY MAIL®

0 Lb 13.60 Oz

RDC 03

EXPECTED DELIVERY DAY: 09/24/26

C005

SHIP
TO:

RM 102
204 S MAIN ST
SOUTH BEND IN 46601-2119

USPS TRACKING® #

9505 5100 0186 6264 2421 69

FROM: Jason Bartel
N4051 26th LN
Redgranite, WI
54970

TO: U.S. District Court
Room 102
204 S. Main st.
South Bend, IN
46601

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE.

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.