-FILED-
SEP 30 2026
At ________ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION, INC.

Plaintiff,

V,

STEVEN ROBERT HAVEL, et al.,

Defendants

CASE NO.3:22-CV-395-DRL

**SUPPLEMENT TO DEFENDANT'S OPPOSITION TO FEES AND COSTS LIST**

Defendant Bartel hereby submits a supplement to Defendant's Opposition To Plaintiff's Fees and Costs List. Defendant files this supplement due to Defendant overlooking the fact that Plaintiff's fees and costs list states 'The Telah Foundation, Inc.' at the header on each page of itemized costs followed by a redacted block.[DE 280]

# THE ALLEGED CORPORATION NAMED IN PLAINTIFF'S FEES AND COSTS LIST DOES NOT MATCH THE NAME OF PLAINTIFF

Due to the 'undisputed evidence' that Plaintiff The Evolutionary Level Above Human was incorporated in Arizona on September 23, 1997[DE 276, page 14] Defendant objects to Plaintiff's fees and costs list which states that 'The Telah Foundation, Inc.' is the client in the headers on each page of Plaintiff's list. Plaintiff has stated that The Telah Foundation is a dba name of Plaintiff. It is a matter of Law that a dba name is not the true name of a corporation. The Court has acknowledged that Plaintiff is The Evolutionary Level Above Human Foundation, incorporated in Arizona on September 23, 1997[DE 276, page14].

Defendant calls into question the redacted text after 'The Telah Foundation, Inc.' on each page of Plaintiff's fees and costs list. Furthermore, as Mr. Crum is no longer working at Messner Reeves LLP of Phoenix Plaintiff does not have a valid address for a Statutory Agent or Arizona Known Place of Business[Exhibits 6 and 7, Defendant's Opposition To Fees and Costs List].

Respectfully Submitted,

Jason Bartel
N4051 26th LN
Regranite, WI 54970

9/27/2026

PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE. Retail

E

US POSTAGE PAID

$35.90

Origin: 54982
09/28/26
5687100990-8

PRIORITY MAIL EXPRESS®

JASON BARTEL
N4051 26TH LN
REDGRANITE WI 54970
(608) 212-9787

0 Lb 1.80 Oz

RDC 07

SCHEDULED DELIVERY DAY: 09/30/26 06:00 PM

C005

SHIP
TO:
US DISTRICT COURT
RM 102
204 S MAIN ST
SOUTH BEND IN 46601-2119

USPS TRACKING® #

9570 1100 2061 6271 7514 41

FOR ... L USE

...tic

...ce

...aims exclusions see the

WHE... UIRED.

3F July 2022
12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; July 2022; All rights reserved.