**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION, INC.<br><br>Plaintiff,<br><br>V,<br><br>STEVEN ROBERT HAVEL, et al.,<br><br>Defendants | CASE NO.3:22-CV-395-DRL<br><br>-FILED-<br>OCT - 2 2026<br>At ____ M<br>Chanda J. Berta, Clerk<br>U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF INDIANA |

**MOTION TO SUPPLEMENT THE RECORD**

Defendant Bartel hereby moves the Court to supplement the record with an email sent to Defendant by the Arizona Corporation Commission regarding Plaintiff. The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation, as a supplement to Defendant's Opposition to Plaintiff's fees and costs list.

# DECLARATION OF DEFENDANT JASON BARTEL

1. Attached as Exhibit 1 is a true and correct copy of an automated e-mail Defendant received from the Arizona Corporation Commission on February 22, 2026. Defendant had forgotten about this email when Defendant drafted an Opposition to Plaintiff's fees and costs list. This document contains the official seal of the Arizona Corporation Commission.

2. This email demonstrates an attempt by Plaintiff to digitally frame Defendant Bartel as being in control of Plaintiff, The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation.

3. Defendant declares that immediately upon receiving this email Defendant emailed the Arizona Corporation Commission's Legal Department to inform the Department that The Evolutionary Level Above Human Foundation is not Defendant's 'business' and that Defendant had previously ordered documents from the Commission regarding The Evolutionary Level Above Human Foundation for a Court case involving Defendant and the Arizona corporation.

4. On March 9, 2026 the CEO of The Evolutionary Level Above Human Foundation, Inc., Mark King, filed the 2026 Annual Report for Plaintiff with the Arizona Corporation Commission under penalty of perjury[Exhibit 12 in Defendant's Opposition to Plaintiff's Fees and Costs List].

5. Mark King, the CEO of The Evolutionary Level Above Human Foundation, Inc., is the same Mark King that signed a statement and a Declaration in the case before this Court as the 'President' of 'The Evolutionary Level Above Human, Inc.' [DE 67, 83-1]

6. Defendant Bartel declares under penalty of perjury that the foregoing is true and correct.

Date: September 26, 2026