# EXHIBIT 1

USDC IN/ND case 3:22-cv-00395-DRL do

# Annual Report Reminder

From Arizona Corporation Commission <NoReply@azcc.gov>

To crlody@protonmail.com

Date Sunday, February 22nd, 2026 at 1:45 AM

Dear Jason Bartel,

We are writing to inform you that **THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION**'s Annual Report is due in 90 days. Please ensure the report is filed promptly to maintain your business' good standing and compliance.

Sincerely,

Corporations Division
1300 W. Washington Street
Phoenix, AZ 85007-2996

(Note: This email has been sent by an automated process. Please do not reply to it.)