Jason Bartel
N4051 26th Ln
Redgranite, WI
54970

Retail

U.S. POSTAGE PAID
FCM LG ENV
WAUTOMA, WI 54982
SEP 26, 2026

46601

$1.98

RDC 99

S2324H501967-9

U.S. District Court
Room 102
204 S. Main St.
South Bend, IN
46601