**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

-FILED-
OCT 05 2026
At ____________ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION, INC.

Plaintiff,

V,

CASE NO.3:22-CV-395-DRL

STEVEN ROBERT HAVEL, et al.,

Defendants

**NOTICE TO THE COURT REGARDING PLAINTIFF'S COUNSEL'S UNREPORTED CHANGE OF FIRM AFFILIATION AND FRAUDULENT FEES CLAIM**

Defendant Bartel hereby submits this Notice to formally alert the Court of a procedural irregularity regarding Plaintiff's counsel, Isaac S. Crum, and Plaintiff's fees and costs list[DE 280].

# PLAINTIFF'S COUNSEL NO LONGER IS A PARTNER AT MESSNER REEVES LLP OF PHOENIX

Plaintiff's fees and costs list[DE 280] asks the Court for Attorney's fees to be awarded to Plaintiff in a filing signed by 'Isaac S. Crum Crum IP, LLC'. The billing logs submitted by Mr. Crum are in the name of Messner Reeves LLP. Mr. Crum has not reported a change of Firm affiliation to the Court. Prior to the fees and costs list all filings submitted to the Court by Isaac S. Crum were signed on behalf of Messner Reeves LLP, not Crum IP, LLP. Mr. Crum cannot attempt to collect Attorney's fees for Plaintiff in the name of Crum IP, LLC for work that Mr. Crum did as a Partner at Messner Reeves LLP of Phoenix. This is an attempt by Isaac S. Crum to defraud the Court and Defendant Bartel by not reporting a change in Firm affiliation in order to fraudulently obtain an award of attorney's fees for Plaintiff.

Respectfully Submitted,

Jason Bartel
N4051 26th LN.
Redgranite, WI 54970

9/29/2026