UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID

$12.90

Origin: 54970
09/29/26
5669400951-6

PRIORITY MAIL®

0 Lb 1.80 Oz

RDC 03

EXPECTED DELIVERY DAY: 10/02/26

C005

SHIP TO:

RM 102
204 S MAIN ST
SOUTH BEND IN 46601-2119

USPS TRACKING® #

9505 5100 0186 6272 2427 24

FROM: Jason Bartel
N4051 26th LN
Redgranite, WI 54970

TO: U.S. District Court
Room 102
204 S. Main St.
South Bend, IN
46601

This envelope is made from post-consumer waste. Please recycle - again.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.