UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

-FILED-
OCT 19 2026
At ____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION, INC.

Plaintiff,

V,

STEVEN ROBERT HAVEL, et al.,

Defendants

CASE NO.3:22-CV-395-DRL

**MOTION TO REVOKE ISAAC S. CRUM'S PRO HAC VICE STATUS**

Defendant Bartel hereby moves the Court for an Order granting Defendant's request to revoke the pro hac vice admission of Plaintiff's Counsel, Isaac S. Crum, with prejudice, and striking all filings by Mr. Crum on behalf of Crum IP, LLC since September 16, 2026.

## I. ISAAC S. CRUM'S UNREPORTED CHANGE OF FIRM AFFILIATION

The Court's initial Order granting Isaac S. Crum pro hac vice admission was predicated on a material fact that no longer exists, Mr. Crum's status as a Partner at Messner Reeves LLP[DE 10]. Beginning on September 16, 2026 Isaac S. Crum engaged in a calculated scheme to conceal from the Court and Defendants the fact that Mr. Crum has severed ties with Messner Reeves LLP and formed a solo practice, Crum IP LLC. To facilitate this deception Mr. Crum has falsified a physical address across multiple regulatory platforms, including a PACER account and Arizona State Bar profile, by masking a UPS store mailbox as a 'Ste' number[Exhibits 1 and 2]. Mr. Crum did not report the change of firm affiliation to the Court nor did Mr. Crum inform the Clerk of Court of a change of address to 111 E. Dunlap Ave. Ste 1-258, Phoenix AZ, 85020.

Furthermore, Isaac S. Crum was granted admission to practice pro hac vice on behalf of 'The Evolutionary Level Above Human, Inc.', an alleged Arizona corporation that is not Plaintiff[DE 10]. The Court has acknowledged that undisputed evidence establishes that Plaintiff, The Evolutionary Level Above Human Foundation, was incorporated in Arizona on September 23, 1997[DE 276, page 14].

## III. ISAAC S. CRUM'S PRO HAC VICE ADMISSION MUST BE REVOKED WITH PREJUDICE

Due to the foregoing evidence presented Defendant Bartel requests that the Court revoke Isaac S. Crum's pro hac vice admission with prejudice. Mr. Crum obtained pro hac vice admission under false pretences by using the name of an alleged Arizona corporation with a similar name to Plaintiff. Removing the word 'Foundation' from the true name of an Arizona nonprofit corporation is more than just a 'typo', it is a deliberate omission. Filing an amended complaint[DE 132] using the true name of an Arizona nonprofit corporation but no longer identifying Plaintiff as an incorporated entity while not filing an accompanying Corporate Disclosure Statement is more than a mere oversight, it is a calculated scheme to obscure the Plaintiff in this case, The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation.

Isaac S. Crum has abused the privilege afforded by pro hac vice status. Defendant requests that Mr. Crum's conduct be reported by the Court to the Arizona State Bar.

Respectfully Submitted,

Jason Bartel
N4051 26th LN
Redgranite, WI 54970

October 13, 2026

Jason Bartel