# INDEX OF EXHIBITS

Exhibit 1. Isaac S. Crum's Arizona State Bar Profile

Exhibit 2. Address information for a UPS Store at 111 E. Dunlap Ave Ste 1, Phoenix, AZ 85020

Exhibit 3. Articles of Organization for Crum IP LLC

# EXHIBIT 1

STATE BAR OF ARIZONA

Search

Mr Isaac Scott Crum

Crum IP, LLC
111 E DUNLAP AVE
STE 1-258
Phoenix, AZ 85020-2807
Maricopa County
Direct: 602-888-3383



isaac@crumip.com

Discipline: None

This website does not display all public sanctions or public information concerning a lawyer's disciplinary history. Obtain any additional public information by using the history request form to confirm the lawyer's entire record.

Glossary of Terms

Membership Information

Status: Active
Admitted to Practice Law: 2008
Admitted to to State Bar of Arizona: 10/27/2008
Professional Liability Insurance: Yes
Board Certified Legal Specializations: None
Sections: Intellectual Property Law Section

Biography

Mr. Crum has almost two decades of experience counseling and representing major corporations in intellectual property disputes throughout the country. His practice spans trademark, trade secret, copyright, and patent litigation at the patent and trademarke office, in district courts, courts of appeals, and before the United States Supreme Court. His experience at some of the world's largest law firms, experience with high stakes litigation, and technical background allow him to provide large-firm sophistication to his nationwide client base. Isaac earned both his undergraduate (computer engineering) and juris doctorate from the University of Arizona. His formative years were spent practicing at two prominent law firms in Washington, D.C., returning home to Arizona in 2013 when his family began to grow. His legal experience and technical background have been leveraged by many of the country's largest companies across a wide range of technologies—from semiconductors to whiskey. Mr. Crum has been recognized as a "Rising Star" by the peer-reviewed Southwest Super Lawyers®. Mr. Crum also has been rated since 2004 as a "Best Lawyer" in Patent Litigation by BestLawyers.

More information is available at: https://crumip.com

Law School

U of Arizona

Jurisdictions

Arizona (Active), District of Columbia (Active), Nebraska (Not Actively Practicing)

suggestion, or problem with our website? Send Feedback

Arizona Attorney Magazine

State Bar of Arizona

# EXHIBIT 2

services, visit us at 111 E Dunlap Ave. Locally owned and operated.

111 E Dunlap Ave
Ste 1
Phoenix, AZ 85020

Southeast Corner Of Central And Dunlap

(602) 997-7880

(480) 590-3784

store4210@theupsstore.com

Estimate Shipping Cost

Schedule Appointment

## Hours of Operation

**Store Hours - Open 7 Days**

Open Now - Closes at 6:00 PM

**UPS Air Pickup Times**

Last Pickup Today at 5:30 PM

**UPS Ground Pickup Times**

Last Pickup Today at 5:30 PM

**Notary Hours - Available 7 Days**

Available until 6:00 PM.

Design & Print Now >

Schedule Appointment >

THE UPS STORE #4210

# EXHIBIT 3

Corporations Division

***Electronically Filed***
Business ID: 25057864
Filing Number: 05022608066952
Filing Date: 05/02/2026
Effective Date: 05/02/2026

# ARTICLES OF ORGANIZATION OF LIMITED LIABILITY COMPANY

## BUSINESS INFORMATION

**Business Name:** Crum IP LLC
**Business ID:** 25057864
**Effective Date:** 05/02/2026
**Business Type:** Domestic Limited Liability Company
**Management Structure:** Member Managed
**Period of Duration:** Perpetual
**Character of Business:** 999999-Any legal purpose

## STATUTORY AGENT INFORMATION

**Statutory Agent Name:** NORTHWEST REGISTERED AGENT LLC
**Attention:** NORTHWEST REGISTERED AGENT LLC
**Physical Address:** 4539 N 22nd St, STE N, Phoenix, AZ, 85016, Maricopa, United States
**Mailing Address:** 4539 N 22nd St, STE N, Phoenix, AZ, 85016, Maricopa, United States
**Statutory Agent has provided Consent on:** 05/02/2026
**Statutory Agent Acceptance Statement:** NORTHWEST REGISTERED AGENT LLC has accepted the role of Statutory Agent for the business.

## PRINCIPAL ADDRESS

4539 N 22nd St, Ste N, PHOENIX, AZ, 85016, Maricopa, United States

## MAILING ADDRESS

4539 N 22nd St, Ste N, PHOENIX, AZ, 85016, Maricopa, United States

## PRINCIPAL INFORMATION

Member: Isaac Crum
4539 N 22nd St, Ste N, PHOENIX, AZ, 85016, Maricopa, United States

## ORGANIZERS

Northwest Registered Agent LLC N/A

## SIGNATURE & AFFIRMATION

I affirm, under penalty of perjury, that information provided is accurate to the best of my knowledge, and that I have authority to submit this filing.

Organizer: Northwest Registered Agent LLC - Nat Smith - 05/02/2026