PRESS FIRMLY TO SEAL

FSC RECYCLED

PAPER POUCH how2recycle.info

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$13.90
Origin: 54982
10/13/26
5687100990-26

PRIORITY MAIL®

0 Lb 3.40 Oz
RDC 03

EXPECTED DELIVERY DAY: 10/16/26

C005

SHIP TO:
RM 102
204 S MAIN ST
SOUTH BEND IN 46601-2119

USPS TRACKING® #

9505 5100 2061 6286 7544 93

PS00001142500

EP14F-250 May 2026
OD: 12 1/2 x 9 1/2

PRIORITY MAIL®

use.
e (restrictions apply).*
and many international destinations.

tion form is required.

g claims exclusions see the

ailability and limitations of coverage.

FROM: Jason Bartel
N4051 26th LN.
Redgranite, WI 54970

TO: U.S. District Court
Room 102
204 S. Main St.
South Bend, IN
46601

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PAPER POUCH how2recycle.info

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F-250 © U.S. Postal Service; May 2026; All rights reserved.