UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION D/B/A THE TELAH FOUNDATION,<br><br>Plaintiff,<br>v.<br><br>STEPHEN ROBERT HAVEL, CATHY JOANN WEAVER, AND JASON BARTEL<br><br>Defendants. | CAUSE NO. 3:22cv395 DRL-SJF |

OPPOSITION TO DEFENDANT'S MOTION TO REVOKE PRO HAC VICE STATUS

Plaintiff, The Evolutionary Level Above Human Foundation d/b/a The TELAH Foundation ("TELAH"), by counsel, files this opposition to Defendant's Motion to Revoke Isaac S. Crum's Pro Hac Vice Status [DE 295] ("Motion").[1]

On October 19, 2026, Defendant Bartel filed the instant motion to revoke Plaintiff's attorney's *pro hac vice* admission to practice before this Court in this matter. Defendant's Motion, however, fails to cite a single rule or case or statute that has been violated or which would otherwise support his request to reject undersigned's *pro hac vice* admission. Not only that, the Motion, despite being signed pursuant to Rule 11, is entirely a factual fabrication. It is clear that Mr. Bartel did zero research to ascertain whether his arguments had any basis in law and zero research to ascertain whether what he was stating

[1] The Motion, as submitted to the Court and as served on Plaintiff via ECF, appears to—possibly—be missing a page as it jumps from page 1 to page 3, and only Section I and Section III exist.

was even truthful. This violates Rule 11.[2] Fed. R. Civ. P. 11(b)(2), (3). As a result, the motion must be denied.

Mr. Bartel's entire argument appears to be that it is somehow not permitted for an attorney to start their own firm. This is clearly not true and Mr. Bartel's argument makes no sense. First, he argues that undersigned counsel's admission, *pro hac vice*, was predicated on being a member of the firm Messner Reeves LLP. [Motion at ECF 2.] As can be seen in this Court's Order granting admission, that is simply not true. [*See* DE 10.]

Next, Mr. Bartel goes on to, baselessly, allege that undersigned engaged in a "calculated scheme" to conceal the fact that undersigned had started his own firm in May of this year. [Motion at ECF 2.] Mr. Bartel, however, is simply making things up. Indeed, rather than "conceal" the fact that undersigned had started his own firm, undersigned immediately ***notified this court and all other federal courts of his updated address.*** This can be seen in undersigned's Pacer records, a true and correct copy of which is attached as Exhibit A where, as shown below, undersigned promptly updated his address with this Court as well as the other courts where he is admitted to practice:

| Court ⇅ | Description ⇅ | Date Submitted ⇅ | Status ⇅ |
|---|---|---|---|
| California Central District Court | noticing | 05/18/2026 | Processed |
| California Central District Court | address | 05/18/2026 | Processed |
| Indiana Northern District Court | address | 05/11/2026 | Processed |
| District Of Columbia District Court | address | 05/11/2026 | Processed |
| Arizona District Court | address | 05/11/2026 | Processed |
| U.S. Court Of Appeals, Federal Circuit | address | 05/11/2026 | Processed |
| Florida Middle District Court | address | 05/11/2026 | Processed |
| U.S. Court Of Appeals, Ninth Circuit | address | 05/11/2026 | Processed |
| Washington Western District Court | address | 05/11/2026 | Processed |
| California Northern District Court | address | 05/11/2026 | Processed |
| Texas Western District Court | address | 05/11/2026 | Processed |
| Colorado District Court | address | 05/11/2026 | Processed |
| Texas Eastern District Court | address | 05/11/2026 | Processed |
| California Central District Court | address | 05/11/2026 | Processed |
| New York Southern District Court | address | 05/11/2026 | Processed |

[2] In addition to violating Rule 11(b) by making false and unsupported representations to the Court, Mr. Bartel's filing also violates Rule 11(a) since it does not include an email address or telephone number for Mr. Bartel. Fed. R. Civ. P. 11(a).

Exhibit A.

In short, nothing was hidden from this Court, and indeed, to the contrary, this Court was promptly notified of undersigned's new firm name and mailing address, which has been updated and shown on the docket records since May. Mr. Bartel's allegation—*to wit* that, "Mr. Crum did not report the change of firm affiliation to the Court nor did Mr. Crum inform the Clerk of the Court of a change of address to 111 E. Dunlap Ave. Ste 1-258, Phoenix AZ, 85020"—is completely, verifiably false.

Mr. Bartel, then alleges that undersigned has "falsified a physical address" by "masking a UPS store mailbox as a 'ste' number." This is also completely false. Mr. Bartel has manufactured, out of whole cloth, a prohibition against using PO boxes as mailing addresses. A prohibition not found on Pacer, the Northern District of Indiana's Local Rules, or at the Arizona State Bar, each of which require only a mailing address whereby counsel can be reached. *See* Exhibit B (letter from Arizona State Bar dismissing complaint filed by Mr. Bartel).

Mr. Bartel, then makes the same rejected misnomer argument that this Court has rejected multiple times. [*See* DE 193 at 2-3; DE 276 at 11, 14.]

Finally, Mr. Bartel requests that "Mr. Crum's conduct be reported by the Court to the Arizona State Bar." A request that is unnecessary because (1) Mr. Bartel has failed to point to any unethical or wrongful conduct, and (2) the Arizona State Bar has already considered Mr. Bartel's gripes and determined they do not constitute wrongful behavior. [*See* Exhibit B.]

Plaintiff respectfully requests that the Court deny Mr. Bartel's Motion.

Respectfully submitted this 2nd day of November 2026,

/s/ Isaac S. Crum
Isaac S. Crum
Crum IP, LLC
111 E. Dunlap Ave.

Ste. 1-258
Phoenix, AZ 85020
isaac@crumip.com
(602) 888-3383

*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of November 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the parties listed below. A copy of this filing was also sent via U.S. mail and email.

Cathy Weaver
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

Jason Bartel
N4019 Forest Drive
Hancock, WI 54943
jason_bartel@unioncab.com

Stephen Robert Havel
5776 Grape Road, Ste 51
PMB #121
Mishawaka, IN 46545
sawcat575@gmail.com

*/s/ Isaac S. Crum*