# Exhibit A

https://pacer.psc.uscourts.gov/pscof/manage/efileTrans.jsf

An official website of the United States government. Here's how you know. Log in to PACER Systems

PACER
Public Access To Court Electronic Records

# Manage My Account

Isaac Crum

**Account Number** [redacted]
**Username**
**Amount Due** $0.00
**Account Balance** $0.00
**Case Search Status** Active
**Account Type** Upgraded PACER Account
**Multifactor Auth*** Enrolled

## E-File Registration/Maintenance History

The table below provides a listing of your e-file registration and maintenance requests. A **"Pending"** status indicates the request is pending action by the court. A **"Processed"** status indicates the request has been processed by the court; it does not indicate that your filing status is **"Active"** at this court. Review your filing status **here**.

| Court | Description | Date Submitted | Status |
|---|---|---|---|
| California Central District Court | noticing | 05/18/2026 | Processed |
| California Central District Court | address | 05/18/2026 | Processed |
| Indiana Northern District Court | address | 05/11/2026 | Processed |
| District Of Columbia District Court | address | 05/11/2026 | Processed |
| Arizona District Court | address | 05/11/2026 | Processed |
| U.S. Court Of Appeals, Federal Circuit | address | 05/11/2026 | Processed |
| Florida Middle District Court | address | 05/11/2026 | Processed |
| U.S. Court Of Appeals, Ninth Circuit | address | 05/11/2026 | Processed |
| Washington Western District Court | address | 05/11/2026 | Processed |
| California Northern District Court | address | 05/11/2026 | Processed |
| Texas Western District Court | address | 05/11/2026 | Processed |
| Colorado District Court | address | 05/11/2026 | Processed |
| Texas Eastern District Court | address | 05/11/2026 | Processed |
| California Central District Court | address | 05/11/2026 | Processed |
| New York Southern District Court | address | 05/11/2026 | Processed |
| Indiana Northern District Court | noticing | 05/07/2026 | Processed |
| District Of Columbia District Court | noticing | 05/07/2026 | Processed |
| Arizona District Court | noticing | 05/07/2026 | Processed |
| U.S. Court Of Appeals, Federal Circuit | noticing | 05/07/2026 | Processed |
| Florida Middle District Court | noticing | 05/07/2026 | Processed |

(1 of 3) « ‹ 1 2 3 › »

Done

PACER FAQ Privacy & Security Contact Us

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

29 Oct 2026, 09:14:13 - Chrome 156.0

Screenshot with URL