# Exhibit B

STATE BAR OF ARIZONA

Direct Line: 602-340-7252

Sent via email only: isaac@crumip.com

October 20, 2026

**PERSONAL AND CONFIDENTIAL**

Isaac S. Crum
Crum IP, LLC
111 E DUNLAP AVE
Phoenix, AZ 85020-2807

**Re: File No:** 26-2771
**Complainant:** Jason Bartel

Dear Mr. Crum:

The State Bar recently received a bar charge against you from Mr. Bartel. After our review of the charge, we have determined that no further investigation is warranted. We therefore consider this file closed.

The closing letter to Mr. Bartel contained the following:

> On October 19, 2026, I reviewed your October 17, 2026, written charge submission regarding Mr. Crum. After sending a copy of the charge to Mr. Crum for his review, I spoke with Mr. Crum via telephone on October 19, 2026.
>
> Mr. Crum's address of record with the State Bar of Arizona appears to be updated. Using a post office box as an address of record with the State Bar of Arizona is not prohibited by Rule. Mr. Crum informed me that he updated his address via his PACER account, which your charge confirms. Mr. Crum told me that he was unaware of any local rule in the Northern District of Indiana, where the underlying case is pending, requiring a separate written notice, as required by the local rules here in Arizona. Mr. Crum informed me that he would search again. You have raised the issue with the Court. The Court can handle the issue as it sees fit. We do not believe that any disciplinary action is warranted.
>
> I have determined that further investigation is not warranted, and our file has been closed.

If you wish to receive a copy of the charge filed by Mr. Bartel, please notify us at the number above and it will be provided. Pursuant to Rule 70(a)(3), Ariz. R. Sup. Ct., the

record of this charge will be public for six months from the date of this letter. This charge has no adverse impact on your standing with the State Bar. The record shows a consumer charge that was dismissed. Pursuant to Rule 71, Ariz. R. Sup. Ct., the State Bar file may be expunged in three years.

Sincerely,

*/s/ Matthew E. McGregor*

Matthew E. McGregor
Intake Bar Counsel

MEM/tab