# Exhibit A

# 'A group named TELAH foundation, made up of former members Mark and Sara King who operate the Postnet on Greenway Rd in Phoenix AZ. are trying to prevent others from offering and distributing information and materials about Heaven's Gate'.

Oct 8, 2026 Uncategorized

As true today as it was almost thirty years ago. Except they sold that Postnet on E. Greenway Rd. in Phoenix sometime in the 2010's.

http://web.archive.org/web/19971212001005/http://www.heavensgate.com/

'During the period between 1982 and 1997. The group made hundreds of audio tapes during their intimate classroom meetings. Right to Know has digitized and is distributing about 200 of these audio tapes from the years 1982 – 1985 on to two (2) CD-ROMS.

TELAH has possession of the remaining tapes and is activily trying to prevent the public from access to those tapes. They have been intimidating people who receive the CD-ROM from Right to Know and have for months been interfering with anyone who attempts to make this material available.

The Group had prepared a large Blue Book that was initially distibuted through TELAH and the copyright on that book was designed to allow ANYONE the right to copy and distribute that material. After the "Exit", TELAH has been working with lawyers to change the copyright and claim ownership of that material. This goes against the very essence of what this group was all about and is a self-centered attempt by a few individuals to prevent this world from learning what Heaven's Gate had to offer.

If you wish to examine the information and materials for yourself, please see the Right to Know web site for details on obtaining the CD ROM’s that TELAH does not want you to see’.

Or better yet, go to the Internet archive.

https://archive.org/details/Torrent-HeavensGateAudio

‘Self-centered attempt’ is right. And they have gotten away with it for a long time. It took awhile but Right To Know finally got more of the tapes and put them online in 2022. Now it’s time for Right To Know to put Mark and Sarah King and The Telah Foundation down for good so these two tyrants will NEVER again be able to use the legal system to intimidate and punish those who try to disseminate Ti and Do’s information.

Right To Know is a name chosen by Do. The Telah Foundation is a name most likely chosen by a scumbag entertainment lawyer who thought he and the Kings could make ‘tens of millions’ off of the class. The scumbag and the Kings appropriated the name of TELAH from the class and made it into a fake religious nonprofit corporation. Disgusting.

Now their latest scumbag is backed into a corner and trying to hide his alleged law ‘practice’ in a UPS Store mailbox. No matter how hard he tries it’s not going to fit in there. And no matter how hard he tries he can’t use it to represent the King’s toxic, litigation shell corporation, they are all in free fall without parachutes and no LLC’s and nonprofit corporations are going to be able to buffer their landings. The day of reckoning is nigh and it is a looooong time coming.

← Previous Next →

## Leave a Reply

Write a comment...

Add your name

Comment

Blog at WordPress.com.