# Exhibit B

# For all of your shell corporation litigation needs call Crum IP LLC

Oct 11, 2026 Uncategorized

Do you have a fake religious nonprofit corporation that you want to hide behind while you use the legal system to persecute your enemies? Then call Isaac Crum at Crum IP. Isaac will take your money and lie, lie, lie for you, he knows every dirty trick in the book including how to hide your shell corporation in a UPS Store mailbox just like he's hidden his own 'solo practice' on his Arizona State Bar profile and PACER account.

Isaac will do anything for his corporate shell clients including taking illicit money for years. He will submit redacted billing logs in a Federal Court in order to try to cover for his clients and the Firm that he was a Partner at for years. Isaac will write a completely fraudulent lawsuit to cover up fraud in multiple previous Court cases for his corporate shell clients. Isaac has ZERO ethics and will do whatever his equally unethical shell corporate client wants him to do as long as the illicit money keeps flowing.

If you want a completely amoral individual representing your litigation shell ( and who else is more qualified, am I right ? ) then look no further than the litigation shell that is Crum IP LLC, complete with none of that pesky professional liability insurance that bogs down the big firms.

← Previous

## Leave a Reply

Write a comment...

Add your name

Comment

Blog at WordPress.com.