# Exhibit C

# Isaac's request to be an out of state attorney for a non-existent corporation

Oct 13, 2026 Uncategorized

MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

The Evolutionary Level Above Human, Inc, d/b/a The Telah Foundation

Party(s) Represented

Technically, Isaac has spent the entire case litigating for a non-existent corporation, The Evolutionary Level Above Human, Inc. He filed an amended complaint, had an associate file an amended Corporate Disclosure Statement, filed one himself later but he never filed an amended pro hac vice application. So in reality he never asked the Court for permission to represent the corporation that the Court had stated on August 26, 2026 is the Plaintiff, The Evolutionary Level Above Human Foundation, incorporated in Arizona on September 23, 1997.

And then he tried to slip it by the Court that he was no longer with Messner Reeves and is working at a solo practice LLC, something that also would need to go on an amended pro hac vice application as his original one clearly identifies Messner Reeves LLP as the 'Firm Name' where he was working when he filed the application with the Court.

The Court was informed over a week ago that Isaac switched firms without telling anyone and guess what, CRICKETS from Isaac. I know he's listening as he changed his state bar profile to show that he ( allegedly ) now has professional liability insurance. As a side note, in the pictures I've seen of this guy I see a downright dead look in his eyes, it's actually really creepy. And his attempt at smiling is as painted on and forced as a smile can get. Do corporate IP

lawyers have souls? You be the judge.

← Previous Next →

## Leave a Reply

Write a comment...

Add your name Comment

Create a free website or blog at WordPress.com.