# Exhibit D

# Crum IP LLC’s real address

Oct 13, 2026 Uncategorized

Principal Office Address

4539 N 22nd St, Ste N, PHOENIX, AZ, Maricopa, 85016

It’s actually the address for Northwest Registered Agent but it’s a physical address where legal documents can be served on the LLC. It’s also the physical address for the statutory agent for The Evolutionary Level Above Human Foundation, Inc. so one could KILL two birds with one stone. If anything needs to be killed in this world it’s Isaac’s litigation shell LLC and the King’s litigation shell nonprofit corporation. May they both die long, slow, painful deaths very soon.

← Previous Next →

## Leave a Reply

Write a comment...

Add your name

Comment

Create a free website or blog at WordPress.com.