# Exhibit E

USDC IN/ND case 3:22-cv-00395-DRL document 297-5 filed 11/02/26 page 2 of 3

# I'm hoping that this link to a Google drive with tapes 1-279 will be viewable by everyone

Oct 15, 2026 Uncategorized

https://drive.google.com/drive/folders/1CnpnWjkd5NsGWML-h6hhFRAW3r8f3gQ2

Many of the tapes from 1-100 aren't on the Internet archive.

The evil Mark and Sarah King had their scumbag lawyer Isaac S. Crum put dozens of DMCA takedown requests on the files I put up. Hopefully these three wastes of DNA will get thrown in prison where they won't be able to persecute anyone who wants to listen to Ti and Do. I truly hate these three pieces of garbage with every fiber of my being. Have a nice day.

← Previous Next →

## Leave a Reply

Write a comment...

Add your name Comment

Blog at WordPress.com.