# Exhibit F

https://crlody2.wordpress.com/2026/10/17/isaac-crum-and-his-wife-bought-their-million-dollar-house-in-phoenix-in-march-of-2022-i-wonder-how-much-of-it-was-financed-by-dirty-money-from-the-kings-illicit-sources/

Isaac Crum and his wife bought their million dollar house in Phoenix in March of 2022. I wonder how much of it was financed by dirty money from the King's illicit sources?

Oct 17, 2026
Uncategorized

The billing logs Isaac submitted go back to January of 2022. There is an August of 2021 DMCA action taken against my free file sharing sites in the name of The Telah Foundation so it's logical to assume that the Kings used their dirty money to hire Isaac Crum and Messner Reeves at that time if not even earlier. By March of 2022 Isaac was racking up the billing hours for the psychopathic Kings in the name of the non-existent The Telah Foundation, Inc. and the other shady sources that he tried to hide from the Court by redacting a large block of text on the headers of each page of the logs.
Like I've said before Isaac must have seen a cash cow when the Kings walked in full of spite and vindictiveness. You want to sue a cab driver and two Uber drivers for infringement? I'm your scumbag, I mean IP lawyer, which are pretty much interchangeable terms as far as I'm concerned. Yeah, I'll write a totally fraudulent suit and once we serve them we'll make them sign a draconian document that will ensure that they never talk about any of this ever again and make them give you everything they have that was created by the HG group. I'll demand that we get to look at their computers too or else we'll proceed with the suit. This will be a slam dunk, no problem, these idiots won't know what hit them.
But the idiots fought back and Isaac, the Kings and Messner Reeves LLP just kept digging themselves in deeper and deeper into the lies that the suit was based on from the outset. Now he's out of the firm and scrambling to manufacture a most likely fake solo practice that's operating out of a UPS Store mailbox. And all because he got in bed with Mark and Sarah King and the evil that surround and permeates them. I don't think Isaac's going to be a 'Best Lawyer' again this year. Or any year to come. Oh how the mighty have fallen.
The Kings and Isaac messed with the wrong idiot. Because I'm not actually an idiot. Mark told Isaac I was an idiot and Isaac believed him. Mark is in reality the arrogant idiot and so is Isaac for getting involved with that toxic nightmare and his equally toxic wife. Mark wished prison on me, Sawyer and Cathy, actually wished it upon us and said we deserved it. He is as evil as they come. Everything he wished on us is going to wallop him so hard that he won't know what to do. And he'll still probably think it's all my fault.
It is my fault, I defended myself and he needs to pay for what he and his wife have done, I take full responsibility for exposing these two monsters and their lawyer. I filed complaints with the IRS, the AZ Corp Commission and everyone I could to get back at these liars and frauds. I played their game by the rules and they did nothing but bend and break those rules and they got caught. They won't go down but kicking and screaming but they will go down.