# Exhibit G

# Why is the phone number for Isaac's alleged solo law practice supposedly a landline registered to a woman in Tucson?

Oct 12, 2026 Uncategorized

https://crumip.com

602-888-3383

Landline
Bandwidth.com Clec Llc

Apparently bandwidth.com sells phone numbers to businesses. Considering that Isaac left Messner Reeves LLP and has no liability insurance who would be hiring him besides The Evolutionary Level Above Human Foundation? He has no office except for a UPS Store mailbox. Everything points to his LLC being a litigation shell to continue litigating for the King's nonprofit litigation shell. He's trying to make himself be hard to find by hiding behind the UPS Store mailbox and the registered agent.

Since forming the LLC Isaac and his wife sold a property that he apparently used to live in but it's okay, he still has his million dollar house in Phoenix just like the Kings have their million dollar house in Scottsdale. It looks like Isaac bought the new place in November 2021, a few months after the Kings hired him. Nice big 2,800 sq foot house, financed at least in part no doubt by dirty money from the Kings and all of their fake companies.

Isaac must have seen a cash cow when the Kings walked into his office. And when he saw that they wanted to sue a cab driver and two Uber drivers who couldn't afford scumbags like

himself he must have known it was a slam dunk that wouldn't take much work at all. Who cares where the money comes from when you know it'll never be looked into by anyone?

But what happens when the money trail does get looked into by investigators with a lot better tools than poor schelps like me have using only public records? I guess we'll see what happens.

← Previous

## Leave a Reply

Write a comment...

Add your name

Comment

Blog at WordPress.com.