# Exhibit H

# Happy Birthday to The Evolutionary Level Above Human Foundation, Inc., it will be the last one.

Sep 23, 2026 Uncategorized

It's hard to believe that it's been twenty-nine years of never ending lies and fraud said and done in the name of the King's 'Foundation' that isn't a Foundation. Conceived by the first scumbag Attorney the Kings hired, Jerome Weinstein, it has brought nothing but misery to the world. The Kings stole Ti and Do's term for the Next Level and weaponized it into a religious nonprofit corporation so they could claim that they own all of the class' property. The piece of garbage Weinstein died in November of 1997 less than a month after the last fraudulent copyright was registered in the name of The Telah Foundation.

But that obvious sign didn't stop Mark and Sarah King, they've hired scumbag lawyer after scumbag lawyer to keep up the facade of their religious nonprofit corporation. They used it to get tax exempt status as a public charity that was a biological and life sciences organization. Well, they used a fake entity to get the tax exempt status with a misspelled word in the name. And they got away with that for twenty-five years. They turned that fake public charity into a church. They used the religious nonprofit corporation to sue RKK's vehicle's daughter shortly after she found RKK's vehicle in the Arizona desert.

And now they've used it, sort of, to sue me for putting the class' audio tapes on free file sharing sites. They used a fake corporate name to file the suit and then they used the correct name but stopped calling it a corporation because they've created a trust with the exact same name that they were hoping to slip by the Court as the Plaintiff. But now the toxic shell corporation is the Plaintiff and all of the evil that the Kings have perpetrated while hiding like roaches behind their corporation is going to come down on them with a vengeance. They've

hired their last scumbag lawyer and he is inextricably tied to the monster created by the Kings and Wayne Parker. Whatever happened to Wayne?

Don't trust anyone over thirty but in this case don't trust a fake religious nonprofit corporation that won't make it to thirty. The King's Foundation is like the picture of Dorian Gray, it's taken on all of their ugliness and misdeeds but it won't last forever. The illusion of their artificial person will get stripped away and all of that evil will take root where it belongs, in Mark and Sarah King. And no corporate fictions and scumbags who defend corporate fictions will be able to save them.

← Previous Next →

## Leave a Reply

Write a comment...

Add your name Comment

Create a free website or blog at WordPress.com.