UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION D/B/A THE TELAH FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN ROBERT HAVEL, CATHY JOANN WEAVER, AND JASON BARTEL,<br><br>Defendants. | CAUSE NO. 3:22cv395 DRL-SJF |

ORDER

On November 2, 2026, The Evolutionary Level Above Human Foundation (TELAH) filed a motion seeking judgment on counterclaims, equitable relief, and final judgment. This omnibus motion violates the local rules requiring that motions be filed separately, N.D. Ind. L.R. 7-1(a), and that parties file a supporting brief with any motion raised under Fed. R. Civ. P. 12.

Accordingly, the court STRIKES TELAH's motion [297] with leave to refile rule-compliant motions by December 1, 2026.

SO ORDERED.

November 12, 2026

*s/ Damon R. Leichty*
Judge, United States District Court