UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

-FILED-
NOV 12 2026
At ___ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION, INC.

Plaintiff,

V,

STEVEN ROBERT HAVEL, et al.,

Defendants

CASE NO.3:22-CV-395-DRL

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR JUDGMENT**

Defendant Bartel hereby responds to Plaintiff's Motion For Judgment on Counterclaims[DE 297]. Defendant requests that the Court Strike Plaintiff's Motion due to the fact that Plaintiff's Attorney has still not filed a Notice of Change of Address and Firm affiliation in the case before this Court[DE 295]. Furthermore, Isaac S. Crum's pro hac vice application was to represent The Evolutionary Level Above Human, Inc., an alleged corporation that is not Plaintiff as stated by the Court on August 26, 2026 [DE 10, 276, page 14]. Moreover, Mr. Crum's Pro Hac Vice status is tied to Mr. Crum being a Partner at Messner Reeves LLP, not to Mr. Crum's employment at Crum IP LLC.

## I. PLAINTIFF'S MOTION IS DEFECTIVE DUE TO ISAAC S. CRUM'S CONTINUED REFUSAL TO FILE A NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION

Isaac S. Crum was granted pro hac vice status while a Partner at Messner Reeves LLP[DE 10]. Without filing a Notice with the Court of a change in Firm affiliation and change of address Mr. Crum began making filings in this case on September 16, 2026 on behalf of Crum IP, LLC, an alleged solo practice with an address at a UPS Store mailbox masked as a 'Ste' number[DE 280, 281, 295]. Masking a personal mailbox at a UPS Store as a 'Ste' number that is part of the address for the store is a deliberate attempt to deceive the Court and Defendants into believing that Crum IP LLC has an address at a physical office space[DE 295]. Mr. Crum has changed his PACER account but that does not change the fact that Isaac S. Crum has not filed a Notice with the Court of an address change and change in firm affiliation. Prior to September 16, 2026 Defendants had no knowledge of Mr. Crum's change of address and change in firm affiliation.

Furthermore, Mr. Crum's continued refusal to file a Notice with the Court of a change in Firm affiliation and change of address seriously calls into question the Pro Hac Vice status granted to Mr. Crum on May 18, 2022[DE 10, 295].

## II. ISAAC S. CRUM'S PRO HAC VICE STATUS IS TO PRACTICE ON BEHALF OF THE EVOLUTIONARY LEVEL ABOVE HUMAN, INC.

The Court has acknowledged that Plaintiff, The Evolutionary Level Above Human Foundation, was incorporated in Arizona on September 23, 1997[DE 276, page 14]. Therefore, Isaac S. Crum has been representing an alleged corporation, The Evolutionary Level Above Human, that the law of the case has established through indisputable evidence is not the Plaintiff[DE 10]. Plaintiff's entire case is a nullity as Isaac S. Crum has been representing an alleged corporation that the Court does not recognize as a Party to this case.

Defendant should not need to waste time and energy responding to a Motion for Judgment on Counterclaims when Isaac S. Crum has not been granted Pro Hac Vice admission to represent the Plaintiff in this case, The Evolutionary Level Above Human Foundation, Inc., an Arizona Nonprofit Corporation. Mr. Crum's Motion is yet another attempt to harass and intimidate Defendants as this case has had no merit from the outset. If this case had any merit Isaac S. Crum would have filed a Motion for Pro Hac Vice admission to represent The Evolutionary Level Above Human Foundation, Inc. and not the alleged corporation The Evolutionary Level Above Human, Inc.[DE 10].

## III. PLAINTIFF'S MOTION AND ALL COURT FILINGS BY PLAINTIFF SINCE SEPTEMBER 16, 2026 MUST BE STRICKEN

Plaintiff's continued refusal to file a Notice with the Court of a change in firm affiliation and address is in direct violation of the Court's rules and procedures. Defendant's Motion To Revoke Pro Hac Vice status demonstrates with evidence that the address for Crum IP LLC is a UPS Store mailbox masked as a 'Ste' number[DE 295]. It is a violation of U.S. Postal Service regulations to mask a private mailbox as a Ste number. Masking a private mailbox as a 'Ste' number is a misleading communication to the Court and Defendants. Continually refusing to file a Notice of Change of Address and Firm Affiliation while making multiple filings in this Court is an abuse of the Pro Hac Vice privilege that the Court has granted to Isaac S. Crum.

For the reasons stated herein, Defendant requests that the Court Strike Plaintiff's Motion For Judgment On Counterclaims[DE 297].

Respectfully submitted,

Jason Bartel
N4051 26th LN
Redgranite, WI 54970
crlody723@gmail.com

11/7/2026

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$13.90
Origin: 54982
11/07/26
5687100990-9

PRIORITY MAIL®

0 Lb 2.10 Oz
RDC 01

EXPECTED DELIVERY DAY: 11/12/26

C005

SHIP TO:
RM 102
204 S MAIN ST
SOUTH BEND IN 46601-2119

USPS TRACKING® #

9505 5100 2062 6311 5846 29

FROM: Jason Bartel
N4051 26th LN.
Redgranite, WI 54970

TO: U.S. District Court
Room 102
204 S. Main St.
South Bend, IN
46601

PS00001142500

EP14F-250 May 2026
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

PAPER POUCH
how2recycle.info

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F-250 © U.S. Postal Service; May 2026; All rights reserved.