Exhibit Index

Exhibit 4 – Supplemental Brief

Exhibit 6 - California Probate Decision

Exhibit T – Inventory from Probate Settlement

Exhibit T3 – Emails between Kings and Havel