Havel

Exhibit T

Inventory from ~~probate~~ probate

Settlement

# Exhibit T

Figures that show Plaintiffs audio tape library copyright registration shows no list of the specific contents of the Deposit of "audio cassettes" and figures from segments from San Diego Probate Case No. PNO22228 inventory that show what Plaintiffs received in the Settlement Agreement, [Exhibit 7 - 1999 Case PN022228 08-11-99 Settlement ORDER APPROVING Sell ESTATE PROPERTY Judge LISA GUY-SCHALL] that are the only indications there were audio cassettes in storage (besides in Letters from the Group, though **none show Audio tape numbers.**

Figure 1: Page 3 from Plaintiffs Audio Cassette Copyright Registration shows what the "Deposit" contains that says "***Deposit includes 486 audio cassettes containing text and sound recordings**" and shows no individual audio tape numbers.

*Deposit includes 486 audio cassettes containing text and sound recordings



EXAMINED BY

FORM SR

CHECKED BY

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

DERIVATIVE WORK OR COMPILATION Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

See instructions before completing this space

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**7**

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

Figure 2:

Lines 10-13 listings of 4 Boxes of Audio Cassettes:

- "Box Containing Audio Cassettes; Sheriff's Evidence List, Item #162"
- "Box Containing Audio Cassettes; Sheriff's Evidence List, Item #163"
- "Box Containing Audio Cassettes; Sheriff's Evidence List, Item #164"
- "Box Containing Audio Cassettes; Sheriff's Evidence List, Item #165"

Box Containing Audio Cassettes; Sheriff's Evidence List, Item #162
Box Containing Audio Cassettes; Sheriff's Evidence List, Item #163
Box Containing Audio Cassettes; Sheriff's Evidence List, Item #164
Box Containing Audio Cassettes; Sheriff's Evidence List, Item #165
Box Containing Papers, Spiral Notebooks; Sheriff's evidence List, Item #166
Box Containing Papers; Sheriff's Evidence List, Item #167
Box Containing Misc. Computer Manuals, Disks; Sheriff's Evidence List, Item #168
Box Containing Papers Entitled "95 Statement by an ET Presently Incarnate"; Sheriff's Evidence List, Item #169
Accordion Folder Containing Misc. Papers; Sheriff's Evidence List, Item #170
Box Containing Heaven's Gate Manuals; Sheriff's Evidence List, Item #171
Box Containing Heaven's Gate Manuals; Sheriff's Evidence List, Item #172
Box Containing Heaven's Gate Manuals; Sheriff's Evidence List, Item #173
Box Containing Heaven's Gate Manuals, Papers and Floppy Disks; Sheriff's Evidence List, Item #174
Box Containing Loose Papers; Sheriff's Evidence List, Item #175
Box Containing Notebooks, Papers and Floppy Disks; Sheriff's Evidence List, Item #176
Red Crate Containing Floppy Disks; Sheriff's Evidence List, Item #177
Plastic Box Containing Heaven's Gate Manuals; Sheriff's Evidence

Figure 3: Potentially Audio Cassette tapes of meetings?

- Line 13 – Box containing Cassettes; Sheriff's Evidence List, Item #199
- Line 18 – Two Cassettes (Audio Only); Sheriff's Evidence List, Item #63

VHS Tapes; Sheriff's Evidence List, Item #197
Box Containing Misc. Items; Sheriff's Evidence List, Item #198
Box Containing Cassettes; Sheriff's Evidence List, Item #199
Computer Disks; Sheriff's Evidence List, Item #200
VHS Tapes; Sheriff's Evidence List, Item #201
Empty VHS Cases; Sheriff's Evidence List, Item #202
VHS Tapes; Sheriff's Evidence List, Item #203
Clipboard and Three Ring Binder "Checkout" and Roster; Sheriff's Evidence List, Item #40
"Why We Must Leave At This Time" and "Earth Exit Statement"; Sheriff's Evidence List, Item #58
Computer Disks; Sheriff's Evidence List, Item #62
Two Cassettes (Audio Only); Sheriff's Evidence List, Item #63
File of Disks; Sheriff's Evidence List, Item #77
Manila Envelope Containing Documents; Sheriff's Evidence List, Item #188
Manila Envelope Containing Five (5) White Envelopes (Travel Documents); Sheriff's Evidence List, Item #189
Bank Bag with Calculator; Gas Receipts and Notebook
Computer Mini-Tower
Ctn. W/Computer (Insight)
Tower Computer Marked as "SERVER" on Tape; Sheriff's Evidence List, Item #113
Minitower Computer; Sheriff's Evidence List, Item #114
Monitor; Sheriff's Evidence List, Item #115
Box Containing Monitor, Keyboard and Mouse; Sheriff's Evidence List, Item #116

Figure 4: Copyright documents for Screenplay and Artwork for Screenplay "THE MEETING"

Lines 5, 6 and 7:

- 1 Ctn. Framed and unframed Artwork/Signs

    (alleged to include the C.B.E. Older Member image in Plaintiffs Complaint

- Listing of 1 Envelope w/orig. Documents;

    - orig. Envelope containing **Copyright of Screenplay "THE MEETING"**

    - orig**. Copyright Artwork for Screenplay** and

    - 2 Bills of Sale by Authors of THE MEETING to group member

Note: no group member name is listed here but the copyrights were located in the public record and submitted to the court that shows Olliver Odinwood, aka Ollody, legally David Cabot Van Sinderen as the Author of 14 Acrylic paintings

Business Records in box marked "PURSER"
Y/M Wide Band Wedding Ring
Yellow Metal Ring
Blk. Bag w/misc. clothing and papers
State of Arizona Certificate of Trade Name Higher Source Contract Enterprises Regis 12/11/95; Exp. 12/11/2000; Trade Name #151844 on behalf of Logan Lahson
Form SS-4 Application for Employer ID# John M. Craig DBA Logan Lahson
1 Ctn. Framed and Unframed Artwork/Signs
1 Envelope w/orig. Documents; orig. Copyright Screenplay THE MEETING, orig. Copyright Artwork for Screenplay and 2 Bills of Sale by Authors of THE MEETING to group member
3 Drawer File Cabinet, 2 Drawer File Cabinet
Application for Trade Name for Telah Services and Attachments
2-Drawer Filing Cabinet; Sheriff's Evidence List, Item #41
Notebook Computer; Sheriff's Evidence List, Item #43
Mouse; Sheriff's Evidence List, Item #43.01
Desktop Computer CPU; Sheriff's Evidence List, Item #44
Keyboard; Sheriff's Evidence List, Item #44.01
Monitor; Sheriff's Evidence List, Item #44.02
Mouse; Sheriff's Evidence List Item #44.03
Data Transfer A/B Switch Box; Sheriff's Evidence List, Item #45
Notebook Computer; Sheriff's Evidence List, Item #46