Havel Exhibit T3

Emails c̄ King

TelAh_000045

# Exhibit T3

**Emails between Mark and Sarah King (Rep@Heavensgate.com) and Havel (**Sawyer Heavensgate (sawyerhg@yahoo.com))** before the lawsuit was filed.**

**Introduction on pages 1-2 provides the pertinent information most relative to this case:**

1. **Mark King and Sarah King acknowledge they knew Havel and Bartel possessed an "original" 200 tape CD for two decades and let Havel and Bartel's use "slide"**
2. **Also on page 2 Mark and Sarah King write to Havel mis-representing what they were "given" by TI and DO and the Class and what their task was:**
3. On page 3, paragraph 6 Havel writes to Mark King and Sarah King about Bartel's having posted 196 audios on 4shared for years and they didn't respond to my saying that directly:
4. On page 1 under section 3 Mark and Sarah King directly state "**We thought you knew we had copyrights on everything (yes, even the 1061 individual audiotapes)." Now that number has changed.**

Page 3 begins the actual file TELAH provided Havel as part of his Discovery named TELAH_000045 that includes pages 45, 46, 47 and 48.

Introduction:

1. **Mark King and Sarah King acknowledge they knew Havel and Bartel possessed an "original" 200 tape CD for two decades and let Havel and Bartel's usage "slide".**

On Page 2 below in an email from Mark King and Sarah King, as rep@heavensgate.com in response to Sawyer Heavensgate (sawyerhg@yahoo.com) it is shown that "**we**" (signatures as Mrc/Srf which were abbreviations of Group names Mrcody/Srfody who are **Mark King and Sarah King)** "**let both of you** (Bartel (carlan/crlody/crl) and Havel (sawyer/swyody/swy) "**have the original 200 tape CD**" (Rkkody made and sent to Havel in 1997/98 in the court record and that Bartel had from working with Rkkody in person at that same time period - sending those CD's to libraries and people) "**or using the videotapes the Group left**" (Beyond Human – The Last Call 7 video tape series, videos; Last Chance to Evacuate Earth…, Planet About to be Recycled…, DO's Final Exit and Students Expressing themselves before exit) "**we let that slide for two decades but you went too far.**"

Actual Text from Mark (mrc) and Sarah (Srf) of that statement shown in full context further below:

"8. Keeping the website up and disseminating the information is our task. We only found out about the 4Share location on May 1st, 2021. We immediately went to 4Share to take it down. They didn't want to until they saw the legal ramifications. **As far as letting both of you have the original 200 tape CD or using the videotapes the Group left, we let that slide for two decades but you went too far.**"

**2. Also on page 2 Mark and Sarah King write to Havel mis-representing what they were "given" by TI and DO and the Class and what their task was:**

"6. You leave out a key piece. We were given all the intellectual and physical property by Ti, Do and the Class. Read the letters. We were to determine what was of value and what to do with it. We determined and still determine who can do this."

The "letter" they reference does NOT describe anything they were given by the group and what "was of value". It does state what the Group hoped they would do with their Intellectual Property (left in storage) – "divide it among those that want to disseminate it". It was verified in the Probate case by Sarah King that they were only to be "distributers" of the Groups Intellectual Property "and nothing more".

3. On page 3, paragraph 6 Havel writes to Mark King and Sarah King about Bartel's having posted 196 audios on 4shared for years and they didn't respond to my saying that:

I know you are both under pressure from the lower forces who want to do away with the website and all of us who believe in and stand for Tl and Do in any way. That's the price we have to pay in our current service. That doesn't mean to me to throw caution to the wind. Maybe you see Crlody as doing that but that doesn't make sense to me either as surely you **knew he had that 4shared account for years with the 196 audio's available for download to anyone who searched for it.**

4. On page 1 under section 3 Mark and Sarah King directly state things that have been proven to be untrue by writing to Havel saying:

**"We thought you knew we had copyrights on everything (yes, even the 1061 individual audiotapes). The Telah Foundation has full ownership, full copyrights and trademarks on everything the Group owned. Not because we got to the the rights first but because we have a full federal court order from a judge in 1999 giving us every bit of intellectual property. "**

The facts are that 8 individuals including Rkkody and Jhnody were sent packets of the Groups Intellectual Property. Rkkody and Jhnody were given as evidenced in the letters that have been presented to the Court, sets of the Beyond Human tapes, the other 2 or more of the 4 Exit Video's, complete copies of the heavensgate.com website to include many images to include the C.B.E image (and other Older Member of the Next Level images), the logo images), version 1 and/or 2 of the Heaven's Gate Book that has the common law copyright notice in it and are finished bound books with silver embossed lettering on the cover. They were sent the Groups wishes to make copies of the Video's and give them to the media (which rkkody did then). The Group gave Mark and Sarah no "Assignments" or any indication of a transfer of rights to anyone. The Probate case's first decision said in two documents, The Billings Supplemental document and in Judge Lisa Guy Schall's Decision that the Kings provision of copyrights and trademarks had no supporting documents from the Group and Billings suggested those documents the Kings submitted were "fraudulently" obtained. We now know from two court hearings, one with Judge Gotsch and one with Judge Frankel and in plaintiffs Preliminary Injunction record that Plaintiffs continued to state they had copyrights **on all the tapes** as is said by the Kings here which they also stated in the Probate case and in the Judge Breyer cases in 1999.

**From:** **Sawyer heavensgate** sawyerhg@yahoo.com
**Subject:** Re: HG
**Date:** September 1, 2021 at 3:23 PM
**To:** rep@heavensgate.com

So what is the Next Level way in which you will allow me to keep my youtube channel?

Why 2022 for the provision of the audio tapes?

Please explain why it's so important that you do things "legally" when we all know that TI and DO knew that the entire human kingdom's legal system was the work of Lucifer and his associates lording over and riding herd over humans that had risen to positions of power in th human kingdom.

Maybe I don't understand. Is the web site domain threatened? For instance are you being pressured by human authorities to reign in rogue disseminators of TI and DO's information.

You apparently don't know that I have never encouraged or even insinuated that committing suicide was what TI and DO would have anyone do at this time so accusing me of killing teenagers is a lie and I can't believe you believe that. Show me some examples of a teenager who killed themselves because of something I said. Sure someone may have because of what DO said. DO's the one you are finding fault with when he said in DO's Final Exit that someone could have never known him but could feel they missed the bus. Even with his saying that he also said they should first study their information. He never put a time limit on that so you are wrong about that accusatio about me.

I'm not saying I wouldn't work with you, so make your proposal and I'll talk to TI and DO about it and see what I feel. I am not without options. There are many alternatives to youtube and google and facebook.

On Wednesday, September 1, 2021, 01:49:04 AM EDT, rep@heavensgate.com <rep@heavensgate.com> wrote:

Hi Sawyer,

1. We replied to your email in late March. We don't know why you didn't get it but in short, no, you or your production people do not have rights to do that. You do not have permission.

2. Yes, we took down Jason Bartel's illegal, stolen audio tapes. He took down the Google drive bu Google will be shutting down that drive and everything on it soon. Please be careful about encouraging that friend of yours. You may have cost him his Google privileges and possibly being added to the lawsuit. Please be careful about asking others (Geoff Barnes, Jeremy Gilley, Abby Rose, Jason Pollack Anon, etc, etc, etc) about performing illegal acts of storing, transcribing, disseminating and keep tapes hidden from us. This illegal activity may hurt them more than you know. Some of these people are young and impressionable and your advice may unintentionally hurt them.

3. Yes, we want to have Ti and Do's information go out to the world. We thought you may even hel us with that but it must be done legally. What you have done over the past few months is not legal. We know that you and Bartel think that getting these tapes out, your way, is fine and correct, but it is not. Did you wonder why the entities we have contacted take down the information so quickly? Did you think it was because we tricked them or presented our case better? No, it is not. We thought you knew we had copyrights on everything (yes, even the 1061 individual audiotapes). The Telah Foundation has full ownership, full copyrights and trademarks on everything the Group ownec Not because we got to the the rights first but because we have a full federal court order from a judge in 1999 giving us every bit of intellectual property. When those entities see that document, they cut and run. The Federal Copyright and Trademark office has determined a total of 917 illegal downloads of infringed material. At $100,000 per download it is currently sitting at over $91 million in fines to you and Bartel (and who ever is added). Google Drive, 4Share, Wordpress, Youtube are all getting clear as soon as possible. Both Bartel's and your sites are all coming down. We are meeting on Youtube later this week to give final instruction's on that one. Do you want that site to stay up, then please, cooperate with us. It ironic that your activity may set back the release of all th audiotapes on March 24th, 2022 (25 anniversary). Yes, we want the information out but it must be done in a legal and orderly method. Please help us with this, not hinder us.

4. You know that Bartel had said many unfounded things about you for over two decades. You

4. You know that Bartel had said many unfounded things about you for over two decades. You know what he said is just incorrect. Multiply that many times for us. When he doesn't know, he just makes things up. It goes from the silly about "saying it worth millions of dollars (last time it was 10 million-it's like a fish story). In April 1997, we were with Chuck Humphrey at a Mexican restaurant called Carlos O'Brien's. We told him how our attorney, Jerry Weinstein, had said this information may be worth a million dollars. We laughed at him and said it would not be worth a cent. Chuck laughed with us and reframed the story for Bartel. Another of his tales is that we lost the case with San Diego. Not true, that was the judge who signed the order of intellectual property release to us. We have never spoken to or met Bartel but he has a whole trove of these made-up stories to make himself feel that he was a part of things. He never has been but he may get up front and personal with a judge very soon.

5. Stop telling people to kill themselves! When our attorneys see what you and Bartel say it isn't interpreted as allowing choice (or other euphemisms you use). It is taken as aiding and abetting a death. In the past few months you have even changed your wording to "needing you body for lessons". We thought you had finally had an enlightened moment. Obviously not. Both you and Bartel have killed teenagers and others who Ti and Do would have never allow a brief encounter with the information to ever do. How can someone who get a fraction of information over a short period of time make an informed decision? Ti and Do taught people for over 20 years before this even came up.

6. You leave out a key piece. We were given all the intellectual and physical property by Ti, Do and the Class. Read the letters. We were to determine what was of value and what to do with it. We determined and still determine who can do this. If you care to ask, we can work with you. Bartel and Falcon are out. They lost that ability to do anything for the Group unless they have a serious change of heart to really help Ti and Do instead of hurting them.

7. No, they deliberately did not mention you. Bartel was never even thought about because he is not a part of this. All he know is bitterness, hatred and lies. He even stated such in his postings. He really has to expose that influence for what it really is.

8. Keeping the website up and disseminating the information is our task. We only found out about the 4Share location on May 1st, 2021. We immediately went to 4Share to take it down. They didn't want to until they saw the legal ramifications. As far as letting both of you have the original 200 tape CD or using the videotapes the Group left, we let that slide for two decades but you went too far. Everything must come down now. You blew it. You damaged Ti and Do and the Group.

9. As far as brand or logo, we have ownership of them for 75 years. What this means is that you can no longer use the logo on the website, the website or the term "Heaven's Gate" from now on (without permission).

10. Yes, you and Bartel are the classic keyboard cowards.

11. You and Bartel take what is in articles or documents as coming straight from us. You keep quoting things we have never said. These authors or documentarians change things all the time. Why have you never checked with us before making accusations?

12. We believe everything that Ti, Do and the Next Level taught us. Always have. Your past statements make it clear that you want to follow the ways of the Next Level but have trouble doing that.

13. Finally, our international attorney indicates we can get to Francis Falcon, even in Venezuela. He is not out of reach. We have all international copyrights too.

We recommend that you do not send this out to others (like you do a lot). Take time to have along breathe and really think things over. We want to work with you but we have to see some cooperation on your part. Please communicate your feelings to us first so we can come to an agreement. We need to know before the Youtube meeting occurs. We don't want to stop you

agreement. We need to know before the Youtube meeting occurs. We don't want to stop you expressing your views but we have to have it occur in a Next Level way.

Mrc/Srf

> On Aug 31, 2021, at 7:03 PM, Sawyer heavensgate <sawyerhg@yahoo.com> wrote:
>
> Thank you for getting in touch.
>
> I sent you an email a few months ago and asked you about allowing me to use ollody's digital pictures in video's I want to make and you didn't respond or I missed it and only learned of your negative response from Jhnody so I knew you got it.
>
> Did you take down Crlody's 4shared account by claiming he breached a copyright?
>
> Do you want people to have TI and DO's information or not?
>
> Who cares that you have a bone to pick with Crlody because of some of his vulgar ways. It's about fulfilling what TI and Do intended and you know from audio tape 149 that they intended for people to have a chance to hear all the audio tapes after they left.
>
> And why are you telling people the gate is closed in some many words and the only thing to do is to study the information for a future incarnation? Didn't DO say that people could follow him. I know that's not popular but it's not that hard to explain what he meant by using the many things He and Jwnody wrote and said to not give a false impression that suicide doesn't get one anywhere. In the Away team document Jwnody wrote in the Book it was clear that the task souls are taking vehicles to do AFTER their exit especially is to disseminate their information and "Stand in Defense" of all they stood for and taught.
>
> And in the letter they sent to you, they said they hoped people would have the opportunity to learn more in depth about them and they wrote that knowing that their book was posted on the internet way before then so what does that say about the "items of value" in storage that they instructed you or whoever did the task to divide among those who want to do the task.
>
> Just because they didn't mention me or crlody is no excuse to not provide the audio tapes to us and whoever wanted to participate in the task.
>
> We have to take our lumps when it comes to why we each left which was nice to see, though painful, in the audio tape where DO talked about swyody leaving. And I know now that they also said things about you two.
>
> I know you are both under pressure from the lower forces who want to do away with the website and all of us who believe in and stand for TI and Do in any way. That's the price we have to pay in our current service. That doesn't mean to me to throw caution to the wind. Maybe you see Crlody as doing that but that doesn't make sense to me either as surely you knew he had that 4shared account for years with the 196 audio's available for download to anyone who searched for it.
>
> Maybe it wasn't you who claimed copyright infringement of the audios on 4shared. I hope you will let me know if that's the case.
>
> If it isn't you then who else would have the copyrights or perhaps 4shared doesn't look for proof before cancelling an account because crlody doesn't have to pay for the space so they just turn him off.
>
> I saw on the log file that you claimed to hold the copyrights to the audios. Is that true? Did you file [illegible]

TELAH_000047

7

for every tape. That to me seems to be an extreme to do to protect intellectual property in this case when the 195 tapes have already been sent far and wide and even if that was not the case, holding them back from people, fearing they would be tampered with as I believe Srfody first said to me was her concern, or used in some sexual way I believe she said also doesn't make any sense since as I told her then that's going to happen no matter what we do.

I am glad you challenged Lil Uzi Vert's, but mostly it was the words he replaced that I disliked.

I don't think we need to preserve some brand name or logo. It's going to run it's course and in a sense of course even bad publicity reaches that one or two people who look into the details and potentially become students of TI and DO.

So I'm glad you wrote as all these things have built up in my craw so to speak and I was a bit of a coward to approach you on them.

I'm sure you know of the critiques I've written on my blog re: email interviews you gave to various small media groups. I have been critical of you for being so brief about explaining some things while other things you were as best I could tell making up entirely. I won't hash over all those things and I know I'm trusting that those who printed your email responses didn't doctor things or take them out of context as why would they in most cases.

I'm not sure if you believe in everything TI and DO taught and did as being their instruction and of course it doesn't matter to me personally that I know about what you believe, except that I have to field the many questions people have about things they have reported that you have said to them in emails. There has been some consistency in some of what they have reported to me which leads me to believe they are accurately reporting and sometimes they send me the copy of the exact emails.

So I do think it's important to maintain communication and I look forward to what you might say about what I've said here.

In a sense you may have had a harder task but we all get what we need so I'm willing to put it all behind us and move forward if it's about TI and DO's full teachings getting to more people.

sawyer

On Tuesday, August 31, 2021, 01:01:05 PM EDT, rep@heavensgate.com <rep@heavensgate.com> wrote:

Sawyer,

You tell people we don't communicate with you, even though you know that is not true.

Are you going to turn down our ability to communicate with you at this important time?

Mrc & Srf

> On Aug 30, 2021, at 10:24 AM, rep@heavensgate.com wrote:
>
> Did you want to converse with us before more misunderstandings arise?
>
> MRC