PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS
POSTAGE REQUIRED

PRIORI
★ MAIL
EXPRES

OUR FASTEST SERVICE IN

B/C

UNITED STATES POSTAL SERVICE. Retail

E

US POSTAGE PAID
$38.25
Origin: 76645
11/12/26
4840750038-3

PRIORITY MAIL EXPRESS®

STEPHEN HAVEL
STE 51
5776 GRAPE RD
MISHAWAKA IN 46545-8460
(505) 480-3684

0 Lb 15.00 Oz
RDC 07

SCHEDULED DELIVERY DAY: 11/16/26 06:00 PM

C005

SHIP TO:
(505) 480-3684
ROBERT GRANT FEDERAL COURT HOUSE
204 S MAIN ST
SOUTH BEND IN 46601-2122

USPS TRACKING® #

9570 1141 7342 6316 8670 87

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Stephen Havel
5776 Grape Rd
Ste 51 PMB#121
Mishawaka, IN 46545

TO: Robert Grant Federal Courthouse
204 S. Main St
South Bend, IN
46601

Label 228, December 2023 FOR DOMESTIC AND INTERNATIONAL USE

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EMS

EP13F July 2013 OD: 12.5 x 9

PS10001000006

UNITED STATES POSTAL SERVICE®

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.