**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

-FILED-
NOV 19 2026
At ___ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION, INC.

Plaintiff,

V,

CASE NO.3:22-CV-395-DRL

STEVEN ROBERT HAVEL, et al.,

Defendants

**MOTION FOR LEAVE TO FILE A SUPPLEMENT**

Due to recently discovered evidence Defendant requests leave of the Court to file a supplement to Defendant's Motion To Revoke Pro Hace Vice Status[DE 295].

## I. DEFENDANT RECENTLY DISCOVERED A COURT CASE RELEVANT TO THE MOTION TO REVOKE PRO HAC VICE STATUS

Since filing a Motion To Revoke Isaac S. Crum's Pro Hac Vice Status Defendant has discovered an ongoing Court case in a United States District Court in which Mr. Crum filed a Notice of Address Change on May 11, 2026. [Exhibit 1 in attached Supplement To Motion To Revoke Pro Hace Vice Status] This clear evidence of Plaintiff's Attorney's filing of a Notice of Address Change in a separate ongoing case demonstrates Isaac S. Crum's scienter in the case before this Court regarding Mr. Crum's continual refusal to file a Notice of change of address and change of firm affiliation with the Court.

Respectfully Submitted,

Jason Bartel
N4051 26th LN
Redgranite, WI 54970

11/14/2026