-FILED-
NOV 19 2026
At ______ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

THE EVOLUTIONARY LEVEL ABOVE HUMAN FOUNDATION, INC.

Plaintiff,

V,

STEVEN ROBERT HAVEL, et al.,

Defendants

CASE NO.3:22-CV-395-DRL

**SUPPLEMENT TO MOTION TO REVOKE PRO HAC VICE STATUS[DE 295]**

Defendant Bartel hereby requests that the Court take notice of an ongoing Court case in a U.S. District Court in which Isaac S. Crum informed said Court of a change of address and change in firm affiliation. As per multiple filings by Defendant Bartel in the case before this Court Mr. Crum has not filed a Notice regarding Mr. Crum's change in firm affiliation and change of address[DE 294, 295].

## I. ISAAC S. CRUM INFORMED THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA OF AN ADDRESS CHANGE ON 5/11/2026

On May 11, 2026 Plaintiff's Attorney Isaac S. Crum filed a Notice of Change of Address in an ongoing case in the Northern District of California, Case No.3:24-CV-01972-AMO[Exhibit 1]. The fact that Mr. Crum filed a Notice of Change of Address in another case that Mr. Crum is currently working and has still refused to file a Notice of Change of Address in the case before this Court demonstrates that Isaac S. Crum has acted with scienter. Mr. Crum's continued refusal to file a Notice of Change of Address and Firm Affiliation is a deliberate attempt by Isaac S. Crum to extract Attorney's fees on behalf of a firm that has not been recognized by the Court[DE 280]. Furthermore, Mr. Crum has sought judgment on counterclaims, equitable relief and final judgment on behalf of a firm that has not been recognized by the Court[DE 297]. Defendant requests that the evidence herein be added to the Motion To Revoke Pro Hac Vice Status[DE 295].

Respectfully submitted,

Jason Bartel
N4051 26th LN
Redgranite WI 54970
crlody723@gmail.com

11/14/2026

# EXHIBIT 1

CRUM IP, LLC
Isaac S. Crum
111 E. Dunlap Ave.
Suite 1-258
Phoenix, AZ 85020
isaac@crumip.com
Tel: (602) 888-3383

*Attorney for Datanet*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATANET, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DROPBOX, INC.,<br><br>Defendant. | Case No. 3:24-CV-01972-AMO<br><br>**CHANGE OF ADDRESS** |

Counsel for Plaintiff Datanet, LLC ("Plaintiff") hereby notifies the Court and all parties to this action that Isaac S. Crum has moved his law practice from Messner Reeves, LLP to Crum IP, LLC. Mr. Crum's new contact information is as follows:

Isaac S. Crum
Crum IP, LLC
111 E. Dunlap Ave.
Suite 1-258
Phoenix, AZ 85020
isaac@crumip.com
Tel: (602) 888-3383

Respectfully submitted this 11th day of May 2026,

/s/ Isaac S. Crum

CRUM IP, LLC
Isaac S. Crum
111 E. Dunlap Ave.
Suite 1-258
Phoenix, AZ 85020
isaac@crumip.com
Tel: (602) 888-3383

***Attorney for Plaintiff Datanet, LLC***