Jason Bartel
N4051 26th LN
Redgranite, WI
54970

FIRST-CLASS
US POSTAGE IMI PITNEY BOWES
ZIP 54965
02 7H
0001323936
$ 001.98⁰
NOV 14 2026

U.S. District Court
Room 102
204 S. Main St.
South Bend,
IN 46601